AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Suzanne Kaye, | ) | Case No.  21-8055-BER |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED BY____TM____D.C.**

**Feb 15, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. -  **West Palm Beach**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 31, 2021_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 875(c) | did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

❒ Continued on the attached sheet.

s/Kaitlin Marsh
*Complainant's signature*

Kaitlin L. Marsh, SA FBI
*Printed name and title*

Sworn and attested to me by Applicant by Telephone pursuant to Fed. R. Crim. P. 4(d) and 4.1.

Date:  2/15/21

*Judge's signature*

City and state:  _____West Palm Beach, Florida_____    _____Bruce Reinhart, U.S. Magistrate Judge_____
*Printed name and title*

## AFFIDAVIT OF SPECIAL AGENT KAITLIN L. MARSH
## IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kaitlin L. Marsh, being duly sworn, do hereby state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") in West Palm Beach, Florida, and have been so employed in that capacity since July 7, 2019.  I am currently assigned to the Joint Terrorism Task Force investigating counterterrorism matters in the Palm Beach County Area of Responsibility.

2.      I am familiar with the facts described in this Affidavit through my own personal knowledge, as well as through my discussion with other law enforcement officials and my understanding of other investigative activities conducted during this investigation.

3.      I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for SUZANNE KAYE, for violation of Title 18, United States Code, Section 875(c), Interstate Communication of a Threat.  This affidavit does not include all facts known to me, but rather contains facts sufficient to support the issuance of the complaint and arrest warrant.

## BACKGROUND

4.      The United States Capitol ("The Capitol"), which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by the U.S. Capitol Police.  Restrictions around The Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people, such as members of the United States Congress and their professional staff, with appropriate identification are allowed access inside The Capitol.

5.      On January 6, 2021, the exterior plaza of The Capitol was closed to members of the public.  On that same day, a joint session of the United States Congress convened at The Capitol. During the joint session, elected members of the United States House of Representatives and the

United States Senate met in separate chambers of The Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had occurred on November 3, 2020. The joint session began at approximately 1:00 p.m. (Eastern Standard Time). The Vice President of the United States - Mike Pence - was present and presiding in the Senate chamber.

6.      With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside The Capitol. As noted above, temporary and permanent barricades were in place around the exterior of The Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from The Capitol building and the proceedings underway inside.

7.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of The Capitol. At such time, the joint session was still underway and the exterior doors and windows of The Capitol were locked or otherwise secured.  Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering The Capitol.  Shortly after 2:00 p.m., individuals in the crowd forced entry into The Capitol, by, among other things, breaking windows.

8.      Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in The Capitol in a secure location from the time he was evacuated from the Senate Chamber until the sessions resumed.

9.      During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of scores of individuals inside The Capitol building without authority to be there and engaging in  conduct in violation of Federal laws.

10.      Social media and video footage of the event show rioters making statements consistent with Anti-Authority/Anti-Government (AA/AG) Extremism.  A review of open source and social media posts leading up to and during the event indicate that individuals participating in the "Stop the Steal" rally were angered about the results of the 2020 Presidential election, and felt that Joseph Biden had unlawfully been declared President-Elect. Users in multiple online groups and platforms discussed traveling to The Capitol armed or making plans to start a "revolution" on that day. Participants in the riot used violence, which resulted in injuries to multiple law enforcement officers and damage to The Capitol building, all with the intent to subvert the certification of the electoral election ballots and thereby disrupt the election of the President of the United States in furtherance of their AA/AG ideology.

11.      The FBI was charged with investigating all federal crimes perpetrated at The Capitol on January 6, 2021.

## PROBABLE CAUSE

12.      On January 16, 2021, the FBI received an online tip to the National Threat Operations Center (NTOC) that SUZANNE ELLEN KAYE has an account on Facebook (Suzanne.kaye.XXX) and posts "anti-Biden" and "anti-Democratic" statements.  The tipster further reported that KAYE claimed she was at The Capitol on January 6, 2021, and may have additional information.  The FBI identified KAYE's Facebook page as follows: User Name- Suzanne.kaye.XXX; ID- 100046176XXXXXX, Display Name: Angry Patriot Hippie.

13.     The FBI conducted open source media checks of the Facebook account mentioned above which did not reveal any posts related to her activity at The Capitol in Washington, D.C. on Jaunary 6, 2021.  During online social media searches, the FBI identified a second Facebook page used by KAYE.   This page's information is as follows: User Name- muckbangXX; ID-102165611XXXXXX; Display Name- ANGRY Patriot Hippie.

14.     The FBI also discovered KAYE was using two other social media online platforms called Instagram and TikTok.  Her Instagram account Display Name is Suzanne Kaye and her handle is @suzane kayeX.  Her TikTok account is under @suzannekayeX.

15.     Based on public source information, Agents learned that KAYE's last known address was located in Lake Worth, Florida.  On January 28, 2021, Agents Smith and Stewart responded to that address in an attempted to interview KAYE about any illegal activity that occurred at The Capitol on January 6, 2021.  While at the residence, the agents observed numerous notes on the exterior of KAYE's apartment door, which led them to believe that the apartment had likely been unoccupied for an extended time.

16.     On the same date, Agents Smith and Stewart made telephonic contact with KAYE and informed her of the FBI's interest in interviewing her about her travel to Washington, D.C. on January 6, 2021.  KAYE asked the agents if they had proof that she traveled to Washington D.C. Agent Smith stated that the FBI would like to interview her about her travel.  KAYE denied having traveled to Washington D.C., but claimed she was aware of individuals who did travel there. KAYE agreed to speak with the FBI and provided her current address in Boca Raton, Florida. KAYE further indicated that she was retired and had plenty of time to talk, but would need to be interviewed at her residence because she was not able to drive.

17.     On February 8, 2021, the FBI's NTOC received an online tip from an individual who provided a link to a video posted to KAYE's known Facebook page (User Name-muckbangXX; ID- 102165611XXXXXX; Display Name- ANGRY Patriot Hippie).  The tipster claimed in the online tip that the video was a threat to shoot the FBI.

18.     On February 9, 2021, Agent Smith reviewed KAYE's Facebook page titled "ANGRY Patriot Hippie" which revealed KAYE uploaded a video on January 31, 2021, at 10:38 pm captioned, "Fuck the FBI!!"  In this video, KAYE announced that she received a telephone call from the FBI asking about her travel to Washington D.C.  KAYE then told her audience in the video that she will not talk to the FBI without counsel, and that she will exercise "my second amendment right to shoot your fucking ass if you come here," implying that she will use violence against FBI Agents if they come to her residence.

19.     On the same date, Agent Smith reviewed KAYE's known Instagram and TikTok accounts and determined that she uploaded the same video to both social media platforms on January 31, 2021.

20.     According to National Crime Information Center database checks, KAYE has a criminal history.  In January 2010, she was arrested for domestic battery by Palm Beach Sheriff's Office.  In February 2020, she was arrested for aggravated assault by Palm Beach Sheriff's Office for possession of deadly weapon without intent to kill and battery, both charges were dropped and abandoned.

21.     Based on the aforementioned information, your Affiant respectfully submits that there is probable cause to believe that SUZANNE KAYE knowingly and intentionally transmitted

in interstate commerce a communication containing a threat to injure the person of another, in

violation of Title 18, United States Code, Section 875(c).


                                                    s/Kaitlin Marsh
                                                    KAITLIN L. MARSH
                                                    Federal Bureau of Investigation
                                                    Special Agent
                                                    West Palm Beach, Florida



Sworn and attested to me by Applicant by
telephone on this _____15_____ day of February,
2021, in West Palm Beach, Florida, pursuant to
Fed. R. Crim. P. 4(d) and 4.1.

_____
HONORABLE BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE