FILED by YH D.C.

Mar 23, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-80039-CR-ROSENBERG/REINHART

CASE NO. _____

18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

SUZANNE ELLEN KAYE,
  a/k/a "muckbangXX," MUCK BANG 01
  a/k/a "suzannekaye3,"
  a/k/a "Angry Hippie Patriot,"

  Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about January 31, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

SUZANNE ELLEN KAYE,
  a/k/a "muckbangXX," MUCK BANG 01
  a/k/a "suzannekaye3,"
  a/k/a "Angry Hippie Patriot,"

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, agents from the Federal Bureau of Investigation, in that in a video posted on social media platforms sent through the Internet, the defendant stated, in part, that she will "… shoot your [expletive] ass if you come here," in violation of Title 18, United States Code, Section 875(c).

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SUZANNE ELLEN KAYE**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SUZANNE ELLEN KAYE,

                            Defendant.      /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
- ___ Miami
- ___ Key West
- ___ FTL
- _✓_ WPB
- ___ FTP

New defendant(s)    Yes ___ No ___
Number of new defendants ___
Total number of counts ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
List language and/or dialect  _____

4. This case will take _1-2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | (Check only one) | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _✓_ | | Petty | ___ |
   | II | 6 to 10 days | ___ | | Minor | ___ |
   | III | 11 to 20 days | ___ | | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | | Felony | _✓_ |
   | V | 61 days and over | ___ | | | |

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  Yes
   If yes: Magistrate Case No.  21-8055-BER
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___  No _✓_

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No _✓_

                                                */s/ Mark Dispoto*
                                                MARK DISPOTO
                                                ASSISTANT UNITED STATES ATTORNEY
                                                Court Id. No. A5501143

*Penalty Sheet(s) attached                                                                         REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: SUZANNE ELLEN KAYE

Making a Communication in Interstate Commerce that Contained a Threat to Injure

Title 18, United States Code, Section 875(c)

**\*Max. Penalty:** 5 years' imprisonment; 3 years supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, supervised release and fine. It does not include possible restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SUZANNE ELLEN KAYE

Making a Communication in Interstate Commerce that Contained a Threat to Injure

Title 18, United States Code, Section 875(c)

**\*Max. Penalty:** 5 years' imprisonment; 3 years supervised release; $250,000 fine

\*Refers only to possible term of incarceration, supervised release and fine. It does not include possible restitution, special assessments, parole terms, or forfeitures that may be applicable.