UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80039-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SUZANNE ELLEN KAYE,

    Defendant.
_____/

**ORDER TO MODIFY PRETRIAL RELEASE**

THIS CAUSE having come before the Court on the Defendant's Motion to Modify Pretrial Release at D.E. 21 and the Court having reviewed the record, argument from counsel and relevant testimony from the probation office, and being fully advised, it is

ORDERED AND ADJUDGED that the Motion to Modify Pretrial Release is Granted. The probation office shall suspend the drug testing of defendant Suzanne Kaye.

DONE AND ORDERED at West Palm Beach, Florida this 30th day of April, 2021.

                                              */s/ Robin L. Rosenberg*
                                            ROBIN L. ROSENBERG
                                            United States District Judge

cc:    Mark Dispoto, AUSA
        Kristy Militello, AFPD
        United States Probation