UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80039-CR-ROSENBERG(s)
18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

SUZANNE ELLEN KAYE,
  a/k/a "muckbang01,"
  a/k/a "suzannekaye3,"
  a/k/a ~~"Angry Hippie Patriot,"~~ "Angry Patriot Hippie" SKC

Defendant.
_____/

FILED BY SP D.C.
Mar 24, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 1, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

SUZANNE ELLEN KAYE,
  a/k/a "muckbang01,"
  a/k/a "suzannekaye3,"
  a/k/a ~~"Angry Hippie Patriot,"~~ "Angry Patriot Hippie" SKC

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, agents from the Federal Bureau of Investigation, in that in a video posted on social media platforms sent through the Internet, the defendant stated, in part, that she will "… shoot your [expletive] ass if you come here," in violation of Title 18, United States Code, Section 875(c).

### COUNT 2

On or about February 1, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

SUZANNE ELLEN KAYE,<br>
a/k/a "muckbang01,"<br>
a/k/a "suzannekaye3,"<br>
a/k/a ~~"Angry Hippie Patriot,"~~ "Angry Patriot Hippie" SEC

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, agents from the Federal Bureau of Investigation, in that in a video posted on social media platforms sent through the Internet, the defendant stated, in part, that she will "… shoot your [expletive] ass if you come to my house," in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SUZANNE ELLEN KAYE**, **a/k/a "muckbang01," a/k/a "suzannekaye3," a/k/a** ~~"Angry Hippie Patriot,"~~ "Angry Patriot Hippie" SEC has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Superseding Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set

forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. | 21-80039-cr-RLR(s) |
|---|---|---|

vs.

SUZANNE ELLEN KAYE,

CERTIFICATE OF TRIAL ATTORNEY*

Defendant.
_____/

**Superseding Case Information:**

**Court Division:** (Select One)

Miami ____   Key West ____
FTL ____    WPB  X   FTP ____

| | | |
|---|---|---|
| New Defendant(s) | Yes ___ | x No |
| Number of New Defendants | | |
| Total number of counts | 2 | |

I do hereby certify that:

1. I have carefully considered the allegations of the superseding indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect

4. This case will take   1-2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I    0 to 5 days    X
   II   6 to 10 days   ____
   III  11 to 20 days  ____
   IV   21 to 60 days  ____
   V.   61 days and over ____

   Petty     ____
   Minor     ____
   Misdem.   ____
   Felony     X

6. Has this case been previously filed in this District Court?  (Yes or No)   Yes
   If yes:
   Judge: Rosenberg                              Case No   21-80039-cr-RLR
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.                21-8055-BER
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____   No   x

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____   No   x

*Mark Dispoto*
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY
Court Id. No. A5501143

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SUZANNE ELLEN KAYE

**Case No:** 21-80039-CR-ROSENBERG(s)

**Count 1:**

Making a Communication in Interstate Commerce that Contained a Threat to Injure

Title 18, United States Code, Section 875(c)

**\*Max. Penalty:** 5 years' imprisonment; 3 years supervised release; $250,000 fine

**Count 2:**

Making a Communication in Interstate Commerce that Contained a Threat to Injure

Title 18, United States Code, Section 875(c)

**\*Max. Penalty:** 5 years' imprisonment; 3 years supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, supervised release and fine.  It does not include possible restitution, special assessments, parole terms, or forfeitures that may be applicable.**