
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cr-80039-RLR(s)

UNITED STATES OF AMERICA

vs.

SUZANNE ELLEN KAYE,
   a/k/a "muckbangXX,"
   a/k/a "suzannekaye3,"
   a/k/a "Angry Patriot Hippie,"

   Defendant.
_____/

## VERDICT

1. As to Count One of the Indictment, Interstate Transmission of a Threat to Injure, we, the Jury, unanimously find by proof beyond a reasonable doubt, the Defendant, Suzanne Ellen Kaye,

_____ Guilty      ___✓___ Not guilty

2. As to Count Two of the Indictment, Interstate Transmission of a Threat to Injure, we, the Jury, unanimously find by proof beyond a reasonable doubt, the Defendant, Suzanne Ellen Kaye,

___✓___ Guilty      _____ Not guilty

SO SAY WE ALL.

Date: 6/20/2022

_____
Foreperson