Can We Please Have:

Layman's terms
     of Charges 1 & 2

— or explain the difference
    between the two of them.

6/29/22

Please refer to the
Superseding Indictment.

Judge Rosenberg
6/22/22

21-cr-80039
USA v. Kaye
Jury Note 1

We have a Verdict

21-cr-80039
USA v Kaye
Jury Note 2