UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cr-80039-RLR

United States of America

　　　　　　　　　　　Plaintiff(s),

vs.

Suzanne Ellen Kaye

　　　　　　　　　　　Defendant(s).
_____/

FILED BY **HEE** D.C.

JUL 11 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives

Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): Defendant's Exhibit A

☐ Attachments
(Exhibit list, Order of Court)

Signature: _____
Print Name: GEORGE NOTARIO
Agency or Firm: FEDERAL PUBLIC DEF.
Address: 450 S. AUSTRALIAN AVE. #500
　　　　　WPB, FLA. 33401

Exhibits Released by:
**Nancy Etienne**
(Deputy Clerk)

Telephone: (561) 719-3829
Date: 7/11/2022

ORIGINAL - Court File
cc: Records Section
　　Courtroom Deputy
　　Counsel of Record