Kimber Lipson

███████████████

Palmdale, CA ████

████████████████

███████████

April 17, 2023

Dear Judge Rosenberg,

My name is Kimber Lipson, and I am writing this letter on behalf of my friend Suzanne Kaye who I have had the pleasure of knowing for 30 years and counting. Suzanne and I met in our early twenties where we worked at the same place of employment. Once she and I started working together we immediately formed a connection that was unbreakable. As time went on, Suzanne and I became best friends who did everything together. Not only was she my person, but she was the sister I never had.

Suzanne is a friend that you don't get very often. She is a kind person who has a heart of gold and will do anything for the ones she loves. She is a very supportive individual who always generously lend out a hand to friends and family in difficult times. She is one of the most admirable individuals I know. I can confirm that she is a great person of integrity, is extremely dedicated to her family and work and is entirely loving. Whenever anyone needed something, Suzanne would drop what she is doing to be there for you, and she would never disappoint. During our time together I have found Suzanne to be trustworthy, caring, passionate, and an honest person. She is well known for being a great person of good character.

In addition to our friendship, she is the best mother to her kids and the best grandmother to her granddaughter. Suzanne truly loves her granddaughter and will always go above and beyond to make sure she has all the essentials she needs to have a happy life. Her son and his daughter are currently

living with Suzanne, and she has been helping her son take care of her. I know that Suzanne truly loves her family because she is constantly lighting up the room when she talks about them. I can hear in her voice how much she truly loves them. What children need most are the essentials that grandparents provide in abundance. Grandparents give unconditional love, kindness, patience, humor, and comfort which are all qualities Suzanne gives to her family. As a result, to her offense it comes to a complete shock to me. I hope that this letter helps provide you with a better picture of who Suzanne Kaye really is.

It must be difficult for you to make decisions like this when you do not actually know the person standing in front of you. So, I hope you will look at my letter and the countless others you are receiving and understand that Suzanne Kaye is the kind of person who deserves to be seen for who she really is. Thank you so much for your time and consideration.

Sincerely,

Kimber Lipson