AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Florida

United States of America

v.

Suzanne Ellen Kaye

## EXHIBIT AND WITNESS LIST

Case Number:  9:21-CR-80039

| PRESIDING JUDGE Robin L. Rosenberg | PLAINTIFF'S ATTORNEY Mark Dispoto | DEFENDANT'S ATTORNEY Kristy Militello and Scott Berry |
|---|---|---|
| TRIAL DATE (S) sentencing 4/21/2023 | COURT REPORTER Pauline Stipes | COURTROOM DEPUTY Melanie Richardson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/21/2023 | yes | yes | probable cause affidavit, criminal information + nolle prosse for pg 28 |
| 2 | | 4/21/2023 | yes | yes | probable cause affidavit + nolle prosse for pg 29 |
| 3 | | 4/21/2023 | yes | yes | probable cause affidavit + no file for pg 30 |
| 4 | | 4/21/2023 | ✓ | ✓ | Dr Holbrook's CV |
| 5 | | 4/21/2023 | ✓ | ✓ | Dr. Holbrook's report (under seal) |
| 6 | | 4/21/2023 | ✓ | ✓ | 20 pgs of Ms. Kaye's medical records (under seal) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

# DOCKET

## No.

## 50-2010-MM-000723-AXXX-MB

Exhibit 1

NAME: **KAYE, SUZANNE ELLEN**   JACKET #: 0401348   BOOK #: 2010002941

ALIAS NAMES:   OVER 8 NAMES: ☐

NONE

*10mm 723   MB*

Monday, January 18, 2010
4:48:34 PM

## PALM BEACH SHERIFFS OFFICE
## BOOKING CARD

INCARCERATION DATE/TIME   01/18/2010   16:44
PRISONER TYPE   LOCAL CHARGES
DOB:   01/16/1962      R/S:   W/F
AGE:   48         HEIGHT: 5 ft 1 in
SSN ▮▮▮▮▮▮▮      WEIGHT: 168

BKG.LOC:   MDC INTAKE
BKG. ID #:   8260
HAIR COLOR:   GRY
EYE COLOR:   BLU

COUNTRY OF ORIGIN: USA

ADDRESS: 7849 VENTURE CENTER WY #6202   CITY: BOYNTON BEACH   STATE: FL   ZIP: 33437

| | | |
|---|---|---|
| ID #:   20100118055 | POUCH:  156 | NCIC: |
| SID #: | AFIS: | DOC #: |
| ALIEN #: | U.S. MARSHAL #: | INCIDENT #:  10027753 |
| FBI #: | OBTS #: | |

ARREST ADDRESS: RESIDENCE      CITY:         STATE:   ZIP:
ARREST DATE:   01/18/2010      ARREST TIME:   13:00
BKG. DATE:   01/18/2010      BKG. TIME:   16:44
WARRANT/CASE#:          COURT DIVISION:         CURRENT BOND:      $0.00
ARREST OFFICER:  DUROS      ARREST AGENCY: 01 - PBSO
TRANS. OFFICER: SAME      TRANS. AGENCY:  01 - PBSO

CASE TYPE:  MISDEMEANOR
NOTE:

| STATUTE: | CT: | DESCRIPTION: | CASE FLAG:  NO BOND | | VOFC: | B TYPE: | CUR. BOND: |
|---|---|---|---|---|---|---|---|
| 784.03 1A1 (MF) | 1 | BATTERY-TOUCH OR STRIKE | | ☐ | | NO | $0.00 |
| () | 0 | DOMESTIC | | ☐ | | | $0.00 |

HOLDS:

| | HOLD DATE/TIME: | HOLD BY: | HOLD DEPT.: | HOLD REM.DATE/TIME: | HOLD REM. BY: | HOLD REM. DEPT: |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |

| | ALERT DESCRIPTION: | ALERT NARRATIVE: |
|---|---|---|
| 1 | 39 | UNIFORM SIZE - S/S |
| 2 | 38 | NO QUALIFYING CHARGES/NO CONVICTIONS |
| 3 | | |

OVER 3 ALERTS:   ☐

KEEP SEPARATE FROM:

NONE

OVER 6 NAMES:   ☐

ASSIGNED HOUSING:         NTA DATE/TIME:         NTA LOC:

NCIC INTAKE:      NCIC RELEASE:      F.P. ENTERED:      F.P. CLEAR:

PALMS REL.:      PHOTO ID:      CLASSIFICATION:      MED.CLEAR IN:

MED. CLEAR REL:      RELEASE MOVE:

RELEASE DATE/TIME:      RELEASE INFORMATION:

COURT DATE/TIME:      COURT LOCATION:

CLERK ☐      WARRANTS ☐      STATE ATTY ☐      CENTRAL RCDS ☐      CLASS ☐

JAN 19 2010

**ARREST / NOTICE TO APPEAR**
Juvenile Referral Report

1. Arrest  3. Request for Warrant
2. N.T.A.  4. Request for Capias

| | |
|---|---|
| OBTS Number | |

**ADMINISTRATIVE**

| Agency ORI Number | Agency Name | Agency Report Number (N.T.A.'s only) |
|---|---|---|
| FLO  500000 | PALM BEACH COUNTY SHERIFF'S OFFICE  06- | 10-027753 |

ChargeType: Check as many as apply.
☐ 1. Felony
☐ 2. Traffic Felony
☑ 3. Misdemeanor
☐ 4. Traffic Misdemeanor
☐ 5. Ordinance
☐ 6. Other

Weapon Seized / Type  2  ☐ 1. Yes  ☑ 2. No

Multiple Clearance Indicator  1

Location of Arrest (Including Name of Business)
7849 VENTURE CENTER WAY #6202  BOYNTON BEACH FL 33437

Location of Offense (Business Name, Address)
7849 VENTURE CENTER WAY #6202  BOYNTON BEACH FL 33437

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|
| 01/18/10 | 1300 | | | | | N/A |

**DEFENDANT**

Name (Last, First, Middle)
KAYE, SUZANNE ELLEN

Alias (Name, DOB, Soc. Sec. #, Etc.)

| Race W - White I - American Indian B - Black O - Oriental/Asian | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|
| W | F | 01/16/62 | 501 | 168 | BLU | GRY | LGT | MED |

Scars, Marks, Tatoos, Unique Physcal Features (Location, Type, Description)
SC-ABD, CHEST, TAT RGT ARM-SAM/BRETT

Marital Status  M
Religion  JEWISH

Indication of:  Y  N  Unk.
Alcohol Influence  ☐ ☑ ☐
Drug Influence  ☐ ☑ ☐

Local Address (Street, Apt. Number)      (City)      (State)      (Zip)
7849 VENTURE CENTER WAY #6202  BOYNTON BEACH, FL 33437

Phone
(561) 797-8988

Residence Type:
1. City    3. Florida
2. County  4. Out of State   2

Permanent Address (Street, Apt. Number)   (City)   (State)   (Zip)

Phone
( )

Address Source
VERBAL

Business Address (Name, Street)   (City)   (State)   (Zip)

Phone
( )

Occupation
UNEMPLOYED

| D/L Number, State | Soc. Sec. Number | INS Number | Place of Birth (City, State) | Citizenship |
|---|---|---|---|---|
| K-000-785-62-516-0  FL. | | | BROOKLIN, NY | US |

**CO-DEF**

Co-Defendant Name (Last, First, Middle)

| Race | Sex | Date of Birth | ☐ 1. Arrested ☐ 2. At Large | ☐ 3. Felony ☐ 4. Misdemeanor ☐ 5. Juvenile |
|---|---|---|---|---|

Co-Defendant Name (Last, First, Middle)

| Race | Sex | Date of Birth | ☐ 1. Arrested ☐ 2. At Large | ☐ 3. Felony ☐ 4. Misdemeanor ☐ 5. Juvenile |
|---|---|---|---|---|

**JUVENILE**

☐ Parent
☐ Legal Custodian
☐ Other:

Name (Last)   (First)   (Middle)

Residence Phone

Address (Street, Apt. Number)   (City)   (State)   (Zip)

Business Phone

Notified by: (Name)

Date  01/18/10

Time

Juvenile Disposition
1. Handled / processed within Dept. and Released.
2. TOT HRS / DYS
3. Incarcerated

Released To: (Name)

Relationship

Date

Time

The above address provided by ☐ defendant and / or ☐ defendant's parents The child and / or parent was told to keep the Juvenile Court Clerk (Phone 355-2526) informed of any change of address.
☐ Yes, by: (Name)   ☐ No: (Reason)

School Attended

Grade

Property Crime?  ☐ Yes ☐ No

Description of Property

Value of Property

**CODE**

Drug Activity  S. Sell  R. Smuggle  K. Dispense/  M. Manufacture/  Z. Other   Drug Type  B. Barbiturate  H. Hallucinogen  P. Paraphernalia  U. Unknown
N. N/A  B. Buy  D. Deliver  Distribute  Produce/  N. N/A  C. Cocaine  M. Marijuana  Equipment  Z. Other
P. Possess  T. Traffic  E. Use  Cultivate  A. Amphetamine  E. Heroin  O. Opium/Deriv.  S. Synthetics

**CHARGE**

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|
| DOMESTIC BATTERY | 1 | ☑ Y ☐ N | 784.03 1A1 | |

Drug Activity  N
Drug Type  N
Amount / Unit  N/A
Offense #  10-027753
Warrant / Capias Number
Bond

**CHARGE**

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|
| | | ☐ Y ☐ N | | |

Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond

**CHARGE**

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|
| | | ☐ Y ☐ N | | |

Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond

**CHARGE**

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|
| | | ☐ Y ☐ N | | |

Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond

**CHARGE**

| Charge Description | Counts | Domestic Violence | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|
| | | ☐ Y ☐ N | | |

Drug Activity | Drug Type | Amount / Unit | Offense # | Warrant / Capias Number | Bond

*VICTIM NOTIFICATION REQUIRED*

**NOTICE TO APPEAR**

Location (Court, Room Number, Address)

Court Date and Time

| Month | Day | Year | Time | AM | PM |
|---|---|---|---|---|---|

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE CHARGED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

Signature of Defendant (or Juvenile and Parent / Custodian)

Date Signed

**ADMIN**

HOLD for other Agency
Name:

Signature of Arresting Officer
X  9464

Name Verification (Printed by Arrestee)

☐ Dangerous  ☐ Resisted Arrest
☐ Suicidal   ☐ Other:

Name of Arresting Officer (Print)
P. DUROS  9464

(PRINT)

Intake Deputy   I.D. #  Pouch #

Transporting Officer
P. Duros  9464 PBSO

Witness here if subject signed with an "X"

PAGE  1  of  1

DISTRIBUTION:  WHITE - COURT COPY   GREEN - STATE ATTORNEY   YELLOW - AGENCY   PINK - AGENCY   GOLD - DEFENDANT (N.T.A.'s ONLY)

PBSO #148  REV. 8/97

JAN 2 6 2010

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT | | 1. Arrest  2. N.T.A. | 3. Request for Warrant  4. Request for Capias | 1 | Juvenile  N |

**ADMIN**

| Agency ORI Number | Agency Name | Agency Report Number | |
| FLO   5 0 0 0 0 0 | PALM BEACH COUNTY SHERIFF'S OFFICE | 06- | 10-027753 |

ChargeType: Check as many as apply.
- [ ] 1. Felony
- [ ] 2. Traffic Felony
- [✓] 3. Misdemeanor
- [ ] 4. Traffic Misdemeanor
- [ ] 5. Ordinance
- [ ] 6. Other

Special Notes:

**CHARGES DEF**

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
| KAYE, SUZANNE ELLEN | | W | F | 01/16/62 |

| Charge Description | Charge Description |
| DOMESTIC BATTERY   784.03 1A | |
| Charge Description | Charge Description |

**VICTIM**

| Victim's Name (Last, First, Middle) | Race | Sex | Date of Birth |
| WENIZOFF, MICHAEL | W | M | 02/27/57 |

| Local Address (Street, Apt. Number) | (City) | (State) | (zip) | Phone | Address Source |
| 7874 VENTURE CENTER WAY APT 6202 | BOYTON BEACH | FL | 33437 | (561) 573-7672 | FL/DL |

| Business Address (Name, Street) | (City) | (State) | (zip) | Phone | Occupation |
| | | | | | UNEMPLOYED |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody

- [ ] committed the below acts in my presence.
- [ ] confessed to admitting to the below facts.
- [✓] was observed by SAM WEINZOFF who told D/S DUROS that he/she saw the arrested person commit the below acts.
- [✓] was found to have committed the below acts, resulting from my (described) investigation.

On the 18 day of JANUARY 20 10 at 1300 [ ] A. M. [✓] P.M. (Specifically include facts constituting cause for arrest.)

**PROBABLE CAUSE STATEMENT**

MET WITH VICTIM, MICHAEL WEINZOFF WHO ADVISED ME OF THE FOLLOWING: HE RETURNED TO HIS RESIDENCE WITH HIS MINOR CHILDREN FROM VISITING THIER GRANDMOTHER AFTER AN ARGUMENT WITH HIS WIFE SUZANNE ELLEN KAYE. WEINZOFF OBSERVED HIS RESIDENCE TO BE UPSIDE DOWN (CLOTHING/ITEMS TOSSED ABOUT THE RESIDENCE INTERIOR). SUZANNE KAYE (SPOUSE) BEGAN CURSING, APPROACHED IN A THREATENING MANNER, AND STRUCK WEINZOFF IN THE FACE UPPER LIP AREA CAUSING SLIGHT SWELLING AND BLEEDING. THE INCIDENT OCCURRED IN FRONT OF THIER MINOR CHILDREN. MICHAEL WEINZOFF AND SAMUEL WEINZOFF GAVE A SWORN WRITTEN STATEMENT TO THE INCIDENT. BRETT WEINZOFF (DAUGHTER) VERBALLY TOLD D/S GOLDSTIEN THAT KAYE STRUCK MICHAEL WEINZOFF.

I OBSERVED MICHAEL WEINZOFF'S UPPER LIP WAS SLIGHTLY SWOLLEN. I OBSERVED SEVERAL SCRATCHES ABOUT HIS LEFT NECK AREA. WEINZOFF DECLINED MEDICAL TREATMENT. MICHAEL WENIZOFF INJURIES WERE PHOTGRAPHED BY CPL CRESSWELL. BASED ON THE ABOVE FACT(S), AND MY INVESTIGATION, I ARRESTED SUZANNE E. KAYE FOR VIOLATION OF F.S.S. 784.03(1)A, BATTERY BY HER STRIKING MICHAEL WENIZOFF WITH AN UNKNOWN FIST AGAINST HIS WILL.

**ADMINISTRATIVE**

STATE OF FLORIDA
COUNTY OF PALM BEACH

P.DUROS

(Signature of Arresting/Investigative Officer)

The foregoing instrument was sworn to or affirmed and subscribed before me this 18 day of JANUARY 20 10 by P.DUROS 9464

(Print name of Arresting/Investigative Officer), who is personally known to me and/or produced identification. Type of identification produced KNOWN LEO

Notary Public, Clerk of Court, Officer (F.S.S. 117.10)

SCANNED

JAN 2 0 2010

| PAGE |
| 1 OF 1 |

PBSO #0004 REV. 04/01

DISTRIBUTION:   WHITE - COURT COPY   GREEN - STATE ATTORNEY   YELLOW - AGENCY   PINK - AGENCY

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, STATE OF FLORIDA
CRIMINAL DIVISION "DVTD"

STATE OF FLORIDA

vs.

SUZANNE KAYE, W/F, 01/16/1962 ▆▆▆▆▆▆▆

_____/

CASE NO.  2010MM000723AMB
BOOKING NO. 2010002941

**INFORMATION FOR**

1)  DOMESTIC BATTERY

In the Name and by Authority of the State of Florida:
MICHAEL F. MCAULIFFE, State Attorney for the Fifteenth Judicial Circuit, Palm Beach County, Florida, by and through his undersigned Assistant State Attorney, charges that SUZANNE KAYE on or about January 18, 2010, in the County of Palm Beach and State of Florida, did actually and intentionally touch or strike MICHAEL WENIZOFF against the will of MICHAEL WENIZOFF, {or} did intentionally cause bodily harm to MICHAEL WENIZOFF, contrary to Florida Statute 784.03(1). (1 DEG MISD)

MICHAEL F. McAULIFFE
STATE ATTORNEY

MICHELLE WHITE
FL. BAR NO. 57936
Assistant State Attorney
Palm Beach County, Florida

STATE OF FLORIDA
COUNTY OF PALM BEACH

Appeared before me, MICHELLE WHITE Assistant State Attorney for Palm Beach County, Florida, personally known to me, who, being first duly sworn, says that this prosecution is instituted in good faith.

Assistant State Attorney

Sworn to and subscribed to before me this 29 day of January, 2010.

NOTARY PUBLIC, State of Florida

LAURA A. RODRIGUEZ
Commission DD 729837
Expires February 20, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

SCANNED
FEB 0 1 2010
DNP

FCIC REFERENCE NUMBERS:
1) DOMESTIC BATTERY 1319

**STATE OF FLORIDA**
vs.

ASE NO. _____                                    ID

**\*\*\* 502010MM000723AXXXMB**                              **DHON**
ame  **KAYE, SUZANNE ELLEN**    DOB **1/16/62**   Race **W**   Sex **F**   **2010002941**
or        **1: DOMESTIC BATTERY**                    **2/1/10**        **DVTD**

Cit.#   **CT1:**          Dist #   **01**      ISS  **1/18/10**   **06**   Agency

                                            A/C

| Bond Reg | Type | Amt | Ref |
|---|---|---|---|

Date **2/1/10**  Judge **Anningham**  State: _____

Interp:  Spanish/Creole  Present/Needed   Deft ✗  Pres W/Counsel (PD)   **White Marone**

☐ **RECALL CAPIAS**   ☐ **CAPIAS ORDERED**   Bond Set $_____   ☐ Bond Forf/Disch/Remains

Obtain/Waive Atty   ☐ Advised of rights   ☐ Sworn & Testified   ☐ Indigent/Not Indigent

Plea: ☐ Not Guilty ☐ Private counsel _____ Appt. ☐ PD Appt'd $50 Fee   ☐ PD Discharged

☐ G CT_____ ☐ NC CT_____ Adj:☐ G CT_____ NG CT_____ ☐ W/Held CT_____

☐ PLEA TO COURT ☐ Best int. ☐ Action/plea/bond forfeiture of _____ vacated & set aside ☐ Sentencing Passed

☐ Nolle Prosequi CT_____   ☐ Dismiss CT_____

☐ **SEE Order Assessing Costs/Judgment**   ☐ _____ Mos/Days to pay   **Report immediately to Clerks Office**
☐ _____ **To Complete collections agreement**

Total deduct $_____ from cash bond in case #_____   **Into filed**   Apply To _____

Jail sent. Consec/Concur W/ _____

Prob _____ Yrs/Mos Consec/Concur W/ _____

☐ Prob Term/Rev/Continue   ☐ ___ Day Immobilization   ☐ AA/NA mtg   ☐ Driver Lisc Susp. _____ Mos/Yrs.

Early term after _____ Mos when conditions are met   _____ Hrs Comm Serv in lieu of fine/costs

_____ Hrs Comm Service/enroll w/in_____ days   ☐ W/PBCCS program/Non prof. Org.   ☐ BIP/enroll w/in _____ days

☐ DUI School/enroll w/in_____ days/any rec. treat   ☐ VIP/enroll w/in_____ days   ☐ No Consum/Poss Alcohol/Drug/Mind Altering Sub. W/O RX

☐ Psych/drug/alcohol eval/treat as needed   ☐ PIPE/PREP   ☐ Random Alcohol/Drug Test at Deft Expense   ☐ HIV/STD/Hep A,B,C test/class

☐ No violent Contact w/ Victim   Restitution ordered/reserved $ _____ (Deft   TO   in Hosp.)

**Mom & sister + . (Deft in Hosp.)**

**Oral Ml modify no contact order. granted  2/16/10**

Arraign (Cs Dispo) NJ Trial Trial Plea Cal Call Status Prelim Final Sent Rest Hrg   on **2/16/10**   Div **DVTD**   _____ M

☐ Deft pres waived/required   Also set for: _____   on _____   Div _____ at _____ M

☐ Clerk to notice  (PD to notice  ☐ WST Waiver Of Jury   ☐ File to Judges Office   ☐ St/Def Motion for cont granted/denied.

                    Bondsman: _____          Prob: _____

By: _____               Deft X _____

Mailed To: _____        Def Counsel: X _____

**SCANNED**
**FEB 01 2010**
**DNP**

**JAIL INFORMATION**

☐ Time Served

Jail _____ Mos/Days

☐ With credit for _____ days
already served

☐ Straight Time/Served as

☐ Short/long weekends _____

☐ No objection to work release

☐ May do In-House Arrest

Jail sent to commence on _____
at _____ M.

☐ **REMANDED**

☐ SERVICE OF CAPIAS

☐ DO NOT FIRST APPEAR

Bond set at/reduced to $ _____

☐ **RELEASE SOR/OR**

GAL:

☐ Room _____, County Courthouse
205 N. Dixie, West Palm Beach

☐ Room _____, So County Complex
200 W. Atlantic Ave., Delray Beach

☐ Room _____, No County Complex
3188 PGA Blvd., Palm Beach Garden

☐ Courtroom, Criminal Justice Bldg.
38844 State Road 80, Belle Glade

☐ Courtroom, Criminal Justice Complex
3228 Gun Club Rd., West Palm Beac

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT MS. MARY JAFFE, ADA COORDINATOR, IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NO. DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA, 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE. IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

FORM 611 REV 02/09

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA.

BOOKING NO: 2010002941

CASE NO: 2010mm 000723Axx

DIVISION: DXTD

STATE OF FLORIDA,

vs.

Kaye, Suzanne _____ Defendant.
(Last Name)    (First Name)

### ORDER ~~RESCINDING NO~~ *modifying* CONTACT ORDER

This matter having come before the Court, the Court finds that:

☐  the State Attorney has entered a nolle prosse as to the charges.

☐  the State Attorney has entered a "No File" as to the charges.

☐  the case has been concluded by plea.

☐  the Defendant has been found not guilty at trial.

☒  a motion to ~~rescind~~ *modify* the No Contact Order has been granted.

☐  probation has been revoked or terminated.

*No violent contact with Michael Wenizoff, and minor children S.W., and B.W.*

Wherefore, it is hereby **ORDERED** and **ADJUDGED** that the No Contact Order previously entered in this case is hereby ~~rescinded.~~ *Modified*

**DONE** and **ORDERED**, in Chambers, at Palm Beach County, Florida this 1st day of February, 200 10.

_____
Judge

SCANNED
FEB 11 2010
DNP

Copies:
Blue:   Palm Beach Sheriff's Office Communication
Pink:   State Attorney
Yellow: Public Defender/Defense Attorney
Green:  Complainant
Gold:   Defendant

Form 31

**PALM BEACH COUNTY PRETRIAL SERVICES**
Supervised O.R. Program
205 North Dixie Highway, Room 2.2400
West Palm Beach, FL 33401



256170

| REPORTING CONDITIONS OF SUPERVISION |

CASE 2010mm 000 123AXX  BOOKING #: 2010 002941  CHARGE(S): Domestic Bullion

A.  You have been released on Supervised O.R. by Judge: K Marx .

B.  You MUST do the following until further order of the Court:

1. You MUST report for an orientation interview on 1 /20 /2010 at 1:45 p.m. to:
   ☒ Palm Beach County Courthouse, 205 North Dixie Highway, Room 2.2400, West Palm Beach, FL 33401  (561) 355-6308
   ☐ South County Courthouse, 200 West Atlantic Avenue, Room 207, Delray Beach, FL 33444  (561) 274-1412
   ☐ West County Courthouse, 2976 State Road 15, Belle Glade, FL 33430  (561) 992-1120

2. You MUST appear at all future hearings of any kind or nature at the specific time scheduled.

3. You MUST immediately contact Pretrial Services after each court appearance.

4. You MUST NOT VIOLATE ANY City, County, State or Federal LAW.

5. You MUST notify Pretrial Services before leaving the Palm Beach, Broward or Martin county area.

6. You MUST complete the "CLIENT ASSOCIATIONS AND PLACES FREQUENTED" form prior to release.

7. You MUST follow the following standard program conditions:
   a. You must bring $10.00 cash or money order to each weekly appointment (cost of supervision) unless otherwise ordered by the Court.
      This payment starts with your orientation interview.
   b. You must report in person weekly unless otherwise ordered by the Court.

8. You MUST notify the Clerk of Court and Supervised O.R. of any change of address. (Supervised O.R. will also notify the clerk, as the mailing of any notice to the last address furnished by you to the Court shall constitute service of notice).

C.  The following checked conditions of pretrial release are Court imposed and MAY BE MODIFIED ONLY BY THE COURT:
   ☐ You shall not possess or carry any type of weapons or firearms.
   ☐ You shall not possess or consume alcoholic beverages and/or chemical substances in the absence of a doctor's prescription.
   ☐ You shall not visit any bars or liquor lounges.  ☐ You shall submit to random drug/alcohol testing at your own expense.
   ☐ You shall, within 2 business days of the date of this order, contact the Sheriff's Substance Abuse Awareness Program (SAAP) and schedule an evaluation.
   ☐ You shall promptly engage in any recommended treatment.
   ☐ You shall, within_____ hours of the date of this order or within the same period of time from your release from custody, whichever occurs first, enroll, register, and attend ☐ inpatient ☐ outpatient treatment at_____ and shall maintain such treatment until further order of the Court.
   ☐ You shall maintain a curfew and be in your residence (the address given to the Clerk of Court) by_____ ☐ a.m./☐ p.m. until_____ ☐ a.m./☐ p.m.
   ☒ You shall have ☒ no contact ☐ no violent contact with the alleged victim in this case.
   ☒ Other: Continue Treatment w/ Dr Jred Jeon .

D.  I hereby agree to abide by the above conditions which were thoroughly explained to me. I also understand that my failure to follow the above conditions could result in a warrant being issued and the revocation of my Supervised O.R. bond. I also understand that my willful failure to appear at any future court hearing will result in the revocation of my Supervised O.R. bond.

_____                    _____
Defendant Signature                                  Pretrial Services Counselor

Kaye Suzonne                                         1/19/2010 .
_____                    _____
Defendant Name                                       Date

E.  Next Scheduled Court Information (to be completed at Orientation Interview)

1. YOUR NEXT SCHEDULED COURT DATE IS ON: Per Clerk                    AT: 355-2994

2. THE LOCATION OF YOUR NEXT COURT APPEARANCE IS CHECKED BELOW:
   ☐ Criminal Justice Complex Courtroom, 3228 Gun Club Road, West Palm Beach, Florida
   ☐ Central Courthouse, Room/Division_____, 205 North Dixie Highway, West Palm Beach, Florida
   ☐ South County Courthouse, 200 West Atlantic Avenue, Delray Beach, Florida
   ☐ North County Courthouse, 3188 PGA Boulevard, Palm Beach Gardens, Florida
   ☐ West County Courthouse, 2976 State Road 15, Belle Glade, Florida

See Above
_____        /        _____
Defendant Signature                       Date      Pretrial Services Counselor

SCANNED
FEB 05 2010
DT

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, Room 5.2500, West Palm Beach, Florida 33401; telephone number (561) 355-2431 within two (2) working days of your receipt of this form. If you are hearing or voice impaired, call 1-800-995-8771."

PTS Form  SORCOND-2007

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL
CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

CRIMINAL DIVISION "DVTD"

STATE OF FLORIDA

CASE NO. _2010mmm000723 mus_

v.

CHARGE(S): _Domestic Battery_

Defendant. _Suzanne, Kaye_

**NOLLE PROSSE**

ALTHOUGH THERE WAS PROBABLE CAUSE FOR THE CHARGE(S) THE CASE IS NOLLE
PROSSED FOR FOLLOWING REASON(S):

___ Officer(s) _____ FTA

___ Witness(es) _____ FTA

_✓_ Victim _Michael Wentzel_ FTA

___ Unable to Locate Witness(es)

___ Defendant/Wit. deceased

___ Evidence suppressed

___ Defendant Completed Plea & Pass

_✓_ No Reasonable likelihood
      of successful prosecution

___ Defendant Completed P.T.I./D.A.I.P.

___ Other (Explanation Below)

Other: _____

DATE: _3-5-10_

**Clerk and Sheriff to rescind no contact order**

___ Court would not continue

___ Breath Testing Technician FTA

___ Re-filed as a felony

___ Duplicate Charge Filed

___ Age of case

___ Wrong Defendant charged

___ Plea negotiation

___ Defendant completed Domestic
      Battery plea & pass agreement

FILED

MAR 05 2010

CIRCUIT & COUNTY COURTS
(CRIMINAL DIV.)

MICHAEL F. MCAULIFFE
State Attorney

MICHELLE WHITE
Assistant State Attorney
Florida Bar No: 57936

Fax to PBSO

**STATE OF FLORIDA**
VS.

CASE NO.                      ID

**LSTR**

\*\*\* 502010MM000723AXXXMB            2010002941

Name **KAYE, SUZANNE ELLEN**    DOB **1/16/62**   Race **W**   Sex **F**   Arrest **3/5/10**   **DVTD**

For      1: **DOMESTIC BATTERY**

Cit.# **CT1:**      Dist # **01**      ISS **1/18/10**     Agency **06**

A/C

Bond Reg    Type    Amt    Ref

Date **3/5/10** Judge: **Cunningham** State:

Interp:   Spanish/Creole Present/Needed    Def    Pres W/Counsel/PD

☐ **RECALL CAPIAS**    ☐ **CAPIAS ORDERED**   Bond Set $ \_\_\_\_\_    ☐ Bond Forf/Disch/Remains

Obtain ☐ Waive Atty    ☐ Advised of rights    ☐ Sworn & Testified    ☐ Indigent/Not Indigent

Plea: ☐ Not Guilty   ☐ Private counsel \_\_\_\_\_   Appt. ☐ PD Appt'd $50 Fee    ☐ PD Discharged

☐ G CT \_\_\_\_\_   ☐ NC CT \_\_\_\_\_   Adj:☐ G CT \_\_\_\_\_   NG CT \_\_\_\_\_   ☐ W/Held CT \_\_\_\_\_

☐ PLEA TO COURT ☐ Best int. ☐ Action/plea/bond forfeiture of \_\_\_\_\_ vacated & set aside ☐ Sentencing Passed

☒ Nolle Prosequi CT \_\_\_\_\_    ☐ Dismiss CT \_\_\_\_\_

☐ **SEE Order Assessing Costs/Judgment**    ☐ \_\_\_ Mos/Days to pay    ☐ \_\_\_ **Report immediately to Clerks Office To Complete collections agreement**

Total deduct $ \_\_\_\_\_ from cash bond in case # \_\_\_\_\_ Apply To \_\_\_\_\_

Jail sent. Consec/Concur W/ \_\_\_\_\_

Prob \_\_\_\_\_ Yrs/Mos Consec/Concur W/ \_\_\_\_\_

☐ Prob Term/Rev/Continue    ☐ \_\_\_ Day Immobilization    ☐ AA/NA mtg    ☐ Driver Lisc Susp. \_\_\_\_\_ Mos/Yrs.

Early term after \_\_\_\_\_ Mos/when conditions are met    \_\_\_ Hrs Comm Serv in lieu of fine/costs

\_\_\_ Hrs Comm Service/enroll w/in \_\_\_ days    ☐ W/PBCCS program/Non prof. Org.    ☐ BIP/enroll w/in \_\_\_ days

☐ DUI School/enroll w/in \_\_\_ days/any rec. treat    ☐ VIP/enroll w/in \_\_\_ days    ☐ No Consum/Poss Alcohol/Drug/Mind Altering Sub. W/O RX

☐ Psych/drug/alcohol eval/treat as needed    ☐ PIPE/PREP    ☐ Random Alcohol/Drug Test at Deft Expense    ☐ HIV/STD/Hep A,B,C test/class

☐ No violent Contact w/Victim    Restitution ordered/reserved $ \_\_\_\_\_ TO \_\_\_\_\_

✱ **VICTIM NOT PRESENT**

Arraign Cs Dispo NJ Trial Trial Plea Cal Call Status Prelim Final Sent Rest Hrg on \_\_\_\_\_ Day \_\_\_ at \_\_\_ M

☐ Deft pres waived/required    Also set for: \_\_\_\_\_ on \_\_\_\_\_ Day \_\_\_ at \_\_\_ M

☐ Clerk to notice ☐ PD to notice ☐ WST Waiver Of Jury ☐ File to Judges Office ☐ St/Def Motion for cont granted/denied.

Bondsman: \_\_\_\_\_    Prob: \_\_\_\_\_    GAL: \_\_\_\_\_

Deft: X \_\_\_\_\_

By: \_\_\_\_\_    Def Counsel: X \_\_\_\_\_

Deputy Clerk

Mailed To:

☐ Room \_\_ , County Courthouse 205 N. Dixie, West Palm Beach
☐ Room \_\_ , So County Complex 200 W. Atlantic Ave., Delray Beach
☐ Room \_\_ , No County Complex 3188 PGA Blvd., Palm Beach Gardens
☐ Courtroom, Criminal Justice Bldg. 38844 State Road 80, Belle Glade
☐ Courtroom, Criminal Justice Complex 3228 Gun Club Rd., West Palm Beach

**JAIL INFORMATION**

☐ Time Served

Jail \_\_\_\_\_ Mos/Days

☐ With credit for \_\_\_\_\_ days already served

☐ Straight Time/Served as

☐ Short/long weekends \_\_\_\_\_

☐ No objection to work release

☐ May do In-House Arrest

Jail sent to commence on \_\_\_\_\_ at \_\_\_\_\_ M.

☐ **REMANDED**

   ☐ SERVICE OF CAPIAS

   ☐ DO NOT FIRST APPEAR

Bond set at/reduced to $ \_\_\_\_\_

☐ **RELEASE SOR/OR**

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT MS. MARY JAFFE, ADA COORDINATOR, IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURT-HOUSE, 205 NO. DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA, 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE. IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

# DOCKET
## No.
## 50-2011-MM-000186-AXXX-SB

Exhibit 2

*2011 mm 186AM*

**ARREST / NOTICE TO APPEAR**
Juvenile Referral Report

1. Arrest   3. Request for Warrant
2. N.T.A.   4. Request for Capias   ☒

Juvenile

OBTS Number: 4

**ADMINISTRATIVE**

Agency ORI Number: FLO 5 0 0 0 0 0
Agency Name: PALM BEACH COUNTY SHERIFF'S OFFICE
Agency Report Number: 0 6 - 1 1 0 1 - 1 6 7 1 8 6

Charge Type: (Check as many as apply)
☐ 1. Felony
☐ 2. Traffic Felony
☒ 3. Misdemeanor
☐ 4. Traffic Misdemeanor
☐ 5. Ordinance
☐ 6. Other

If Weapon Seized
Enter Type

Multiple Clearance Indicator

Location of Arrest (Including Name of Business): DElray MEDICAL Hospital
Location of Offense (Business Name, Address): 9849 Venture Center #7102

Date of Arrest: 12 31 10
Time of Arrest: 1730
Booking Date:
Booking Time:
Jail Date:
Jail Time:
Location of Vehicle:

**DEFENDANT**

Name (Last, First, Middle): KAYE   SUZANNE   Ellen
Alias (Name, DOB, Soc. Sec., Etc.)

Race: W
Sex: F
Date of Birth: 01 16 62
Height: 500
Weight: 110
Eye Color: Gry
Hair Color: Brn
Complexion: fair
Build: MED

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description): Double Heart Tattoo right upon arm.

Marital Status: M
Religion: Jewish
Indication of:
Alcohol Influence ☐ Y ☒ N ☐ Unk.
Drug Influence

Residence Type:
☐ 1. City
☐ 2. County
☒ 3. Florida
☐ 4. Out of State

Local Address (Street, Apt. Number): 9849 Venture Center Way
(City): Boynton Bch Fl
(State):
(Zip): 33437
Phone: (561) 797-8988

Permanent Address (Street, Apt. Number):
(City):
(State):
(Zip):
Phone:
Address Source:

Business Address (Name, Street):
(City):
(State):
(Zip):
Phone:
Occupation:

D/L Number, State: K000-785-62-516-0
Soc. Sec. Number:
INS Number:
Place of Birth (City, State): Brooklyn-NY
Citizenship: US

**CO-DEF**

Co-Defendant Name (Last, First, Middle):
Race:
Sex:
Date of Birth:
☐ 1. Arrested   ☐ 3. Felony
☐ 2. At Large   ☐ 4. Misdemeanor
☐ 5. Juvenile

Co-Defendant Name (Last, First, Middle):
Race:
Sex:
Date of Birth:
☐ 1. Arrested   ☐ 3. Felony
☐ 2. At Large   ☐ 4. Misdemeanor
☐ 5. Juvenile

**JUVENILE**

☐ Parent
☐ Legal Custodian
☐ Other:
Name (Last):
(First):
(Middle):
Residence Phone:

Address (Street, Apt. Number):
(City):
(State):
(Zip):
Business Phone:

Notified by: (Name):
Date:
Time:
Juvenile Disposition
1. Handled/Processed within Dept. and Released.
2. TOT HRS/DYS
3. Incarcerated

Released To: (Name):
Relationship:
Date:
Time:

The above address was provided by ☐ defendant and / or ☐ defendant's parents. The child and / or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address.
☐ Yes; by: (Name)
☐ No: (Reason)
School Attended:
Grade:

Property Crime? ☐ Yes ☐ No
Description of Property:
Value of Property:

**CODE**

Drug Activity: S. Sell, P. Possess, N. N/A
R. Smuggle, D. Deliver, T. Traffic
K. Dispense/Distribute, E. Use
M. Manufacture/Produce/Cultivate
Z. Other
Drug Type: N. N/A, A. Amphetamine
B. Barbiturate, C. Cocaine, E. Heroin
H. Hallucinogen, M. Marijuana, O. Opium/Deriv.
P. Paraphernalia/Equipment, S. Synthetic
U. Unknown, Z. Other

**CHARGE**

Charge Description: Simple Battery
Counts: 1
Domestic Violence ☐ Y ☒ N
Statute Violation Number: 784.03
Violation of ORD ☐

Drug Activity:
Drug Type:
Amount / Unit:
Offense #:
Warrant / Capias Number:
Bond ☒

**CHARGE**

Charge Description:
Counts:
Domestic Violence ☐ Y ☐ N
Statute Violation Number:
Violation of ORD ☐

Drug Activity:
Drug Type:
Amount / Unit:
Offense #:
Warrant / Capias Number:
Bond ☒

**CHARGE**

Charge Description:
Counts:
Domestic Violence ☐ Y ☐ N
Statute Violation Number:
Violation of ORD ☐

Drug Activity:
Drug Type:
Amount / Unit:
Offense #:
Warrant / Capias Number:
Bond

*JAN 05 2011*
*SCANNED*
*JAN 05 2011*

**CHARGE**

Charge Description:
Counts:
Domestic Violence ☐ Y ☐ N
Statute Violation Number:
Violation of ORD ☐

Drug Activity:
Drug Type:
Amount / Unit:
Offense #:
Warrant / Capias Number:
Bond

**NOTICE TO APPEAR**

Location (Court, Room Number, Address): South County Court House - 200 W Atlantic Ave   DElray Bch Fl

Court Date and Time:
Month: 01
Day: 20
Year: 11
Time: 0830
☒ A.M. ☐ P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SPECIFIED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent/Custodian):
Date Signed: 12-31-2010

**ADMIN**

HOLD for other Agency:
Name:
Signature of Arresting Officer:
Name Verification (Printed by Arrestee):

☐ Dangerous   ☐ Resisted Arrest
☐ Suicidal   ☐ Other:
Name of Arresting Officer (Print): D/S Tomsand
I.D. #: 5544
Agency:
(PRINT)

Intake Deputy:
I.D. #:
Pouch #:
Transporting Officer:
I.D. #:
Agency:
Witness here if subject signed with an "X":
PAGE: 1 OF 1

PROBABLE CAUSE AFFIDAVIT

| | 1. Arrest | 3. Request for Warrant | | |
| | 2. N.T.A. | 4. Request for Capias | | Juvenile |

**OBTS Number**

**Agency ORI Number** FL0 5 0 0 0 0 0

**Agency Name** PALM BEACH COUNTY SHERIFF'S OFFICE

**Agency Report Number** 0 6 - 1 0 1 6 7 8 6

**Special Notes:**

**Charge Type:**
Check as many as apply.
1. Felony 3. Misdemeanor 5. Ordinance
2. Traffic Felony 4. Traffic Misdemeanor 6. Other

**Name (Last, First, Middle)** Kaye Suzanne Ellen

**Alias**

**Race** W **Sex** F **Date of Birth** 01/16/62

**Charge Description** Simple Battery

**Charge Description**

**Charge Description**

**Charge Description**

**Victim's Name (Last, First, Middle)** Gambrel Tia

**Race** W **Sex** F **Date of Birth** 08/08/81

**Local Address (Street, Apt. Number)** 7873 Venture Center Way #102 **(City)** Boynton Bch FL **(State)** **(Zip)** 33437 **Phone** (781) 281-2233 **Address Source**

**Business Address (Name, Street)** **(City)** **(State)** **Phone** **Occupation** (Not working)

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...

☐ committed the below acts in my presence.
☐ confessed to
☐ admitting to the below facts

☐ was observed by _____ who told me
that he/she saw the arrested person commit the below acts.
☒ was found to have committed the below acts, resulting from my (described) investigation.

On the **31** day of **December** 20**10** at **1603** ☐ A.M. ☒ P.M. (Specifically include facts constituting cause for arrest.)

Sgt. MaGuire, Deputy Cheyanne DeGondea, and I responded to 7873 Venture Center Way in the Florida Club Apartments within the unincorporated area of Boynton Bch FL, in Palm Beach County. I met with the victim Tia Gambrel who stated the following in a sworn statement, written. Her acquaintance Suzanne (later identified as Suzanne Kaye) came to her house. Suzanne had stolen 100 from her, days earlier, so when a mutual friend was going to give the 100.00 he borrowed from Suzanne, Tia took the money. Her male friend left. Suzanne became very upset, angry and started choking Ms. Gambrel. Tia said she tried to physically put Suzanne out of her apt, all the while Suzanne was scratching and hitting her. Suzanne ripped Tia's underwear and bit her on her right leg. Tia said she hit Suzanne and called 911. Ms. Gambrel had been screaming for help as she could not get Suzanne off her. Once Ms. Gambrel was able to get away from Suzanne and into her home, Suzanne stayed outside and continued to pound on her door. When deputies arrived, Suzanne was still outside Ms. Gambrel apt wanting to fight with her. (A neighbor witnessed) the tail end of the fight, and confirmed Ms. Gambrel was trying to get away from Suzanne and go back into her home (the neighbor) said Suzanne was the aggressor in the fight during the time he saw the fight. Suzanne did hit and become very aggressive with Ms. Gambrel in her home. Dp. DeGondea took photos of Ms. Gambrel's injuries, bruise above her left eye, deep scratches on her lower back and neck, and a bite indentation on her right leg above her knee. Suzanne Kaye was given a (NTA) on 1-20-2011 8:30 AM for Simple Battery.

STATE OF FLORIDA
COUNTY OF PALM BEACH

**(Signature of Arresting/Investigative Officer)**

The foregoing instrument was sworn to or affirmed and subscribed before me this **31** day of **December** 20**10** by **G. Romstadt**

LEO

**(Print name of Arresting/Investigative Officer)**, who is personally known to me and/or produced identification. Type of identification produced

**DIS T. FTX # 2335**

Notary Public, Clerk of Court, Officer (F.S.S. 117.10)

**PAGE 1 OF 1**

**STATE OF FLORIDA**
VS.

CASE NO.                                                                                                    ID

502011MM000186AXXXSB                                                                              LMCF

Name KAYE, SUZANNE ELLEN          DOB 1/16/62     Race W     Sex F     Arrest _____

For     1. SIMPLE BATTERY                                                          1/20/11          DR

Cit.# _____ CT1: _____  Dist.# _____ 40 _____ ISS _____ 12/31/10  Agency _____ 06

A/C _____

| Bond Reg | Type | Amt | Ref |

Date: 1/20/11 Judge: Hanser          State: Epstein

**JAIL INFORMATION**

Interp:     Spanish/Creole Present/Needed     Deft _____ Pres/W/Counsel/PD _____

☐ Time Served

☐ **RECALL CAPIAS**     ☐ **CAPIAS ORDERED**     Bond Set $ _____     ☐ Bond Forf/Disch/Remains

Jail _____ Mos/Days

Obtain / Waive Atty     ☐ Advised of rights     ☐ Sworn & Testified     ☐ Indigent/Not Indigent

☐ With credit for _____ days already served

Plea: ☐ Not Guilty ☐ Private counsel _____ Appt. ☐ PD Appt'd $50 Fee     ☐ PD Discharged

☐ Straight Time/Served as

☐ G CT _____ ☐ NC CT _____ Adj: ☐ G CT _____ NG CT _____ ☐ W/Held CT _____

☐ Short/long weekends _____

☐ PLEA TO COURT ☐ Best int. ☐ Action/plea/bond forfeiture of _____ vacated & set aside ☐ Sentencing Passed

☐ No objection to work release

☐ Nolle Prosequi CT _____     ☐ Dismiss CT _____

☐ May do In-House Arrest

☐ SEE Order Assessing Costs/Judgment     ☐ _____ Mos/Days to pay     ☐ _____ **Report immediately to Clerks Office To Complete collections agreement**

Jail sent to commence on _____ at _____ M.

Total deduct $ _____ from cash bond in case # _____ Apply To _____

☐ REMANDED

☐ SERVICE OF CAPIAS

Jail sent. Consec/Concur W/ _____

☐ DO NOT FIRST APPEAR

Prob _____ Yrs/Mos Consec/Concur W/ _____

Bond set at/reduced to $ _____

☐ Prob Term/Rev/Continue     ☐ _____ Day Immobilization     ☐ AA/NA mtg     ☐ Driver Lisc Susp. _____ Mos/Yrs.

☐ **RELEASE SOR/OR**

Early term after _____ Mos/when conditions are met     _____ Hrs Comm Serv in lieu of fine/costs

_____ Hrs Comm Service/enroll w/in _____ days     ☐ W/PBCCS program/Non prof. Org.     ☐ BIP/enroll w/in _____ days

☐ DUI School/enroll w/in _____ days/any rec. treat     ☐ VIP/enroll w/in _____ days     ☐ No Consum/Poss Alcohol/Drug/Mind Altering Sub. W/O RX

☐ Psych/drug/alcohol eval/treat as needed     ☐ PIPE/PREP     ☐ Random Alcohol/Drug Test at Deft Expense     ☐ HIV/STD/Hep A,B,C test/class

☐ No violent Contact w/Victim     Restitution ordered/reserved $ _____ TO _____

Arraign Cs Dispo NJ Trial Trial Plea Cal Call Status Prelim Final Sent Rest Hrg   on 2/28/11   Div D at 8.30 a M

☐ Deft pres waived/required     Also set for: _____ on _____ Div _____ at _____ M

☐ Clerk to notice ☐ PD to notice ☐ WST Waiver Of Jury     ☐ File to Judges Office ☐ St/Def Motion for cont granted/denied.

Bondsman: _____     Prob: _____     GAL: _____

Deft: _____

☐ Room _____, County Courthouse 205 N. Dixie, West Palm Beach

By: _____ Def Counsel: X _____

☐ Room _____, So County Complex 200 W. Atlantic Ave., Delray Beach

Deputy Clerk

☐ Room _____, No County Complex 3188 PGA Blvd., Palm Beach Gardens

Mailed To: _____

☐ Courtroom, Criminal Justice Bldg. 38844 State Road 80, Belle Glade

OTR

☐ Courtroom, Criminal Justice Complex 3228 Gun Club Rd., West Palm Beach

FORM 611 REV 02/09

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT MS. MARY JAFFE, ADA COORDINATOR, IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NO. DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA, 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE. IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA
CRIMINAL DIVISION "D"

STATE OF FLORIDA vs. Suzanne Kaye

CASE NO.(s) 11MM000186Axx          Date: 1 /20/2011

The undersigned Attorneys and Defendant agree to set the above case(s) as follows:

1. _____ The case involves a **VICTIM** or **ACCIDENT** and the State needs to contact the
alleged victim before any plea offer can be made.
RESET __5__ WEEKS FOR CASE DISPOSITION.

2. _____ Request case be set in Delray Beach for a CASE DISPOSITION in
_____ weeks.

**\*\*All Case Dispositions to be set on Monday or Wednesday morning, unless
otherwise ordered by the court.\*\***

3. _____ Reset for **VOP PRELIM** in _____ weeks.

4. _____ Reset for **ARRAIGNMENT** in _____ weeks.

5. _____ Reset for **P.T.I.** in _____ weeks.

6. _____ Reset **SENTENCING** _____ weeks.   [   ] LAST CONTINUANCE

> **FILED**
>
> **JAN 2 0 2011**
>
> CIRCUIT & COUNTY COURTS
> CRIMINAL DIV)

7. _____ Defendant is requesting the case be reset for **ARRAIGNMENT** in _____ weeks
to hire an attorney

8. _____ Other _____

_____

_____

_____

\*\* BY SIGNING THIS FORM AND REQUESTING OR AGREEING TO A CONTINUANCE
THE DEFENDANT AND/OR DEFENSE COUNSEL AGREE TO WAIVE THE
DEFENDANT'S RIGHT TO A SPEEDY TRIAL\*\*

_____          _____
ATTORNEY FOR THE DEFENDANT               DEFENDANT

_____          _____
ASA CYNTHIA QUIROZ                       ASA MARTIN EPSTEIN

**STATE OF FLORIDA**
vs.

CASE NO. _____

ID _____

CKIN

*** 502011MM000186AXXXSB
Name    KAYE, SUZANNE ELLEN                    DOB 1/16/62  Race W  Sex F  Arrest 2/28/11  D
For          1: SIMPLE BATTERY

Cit.# ___ CT1: ___ Dist.# ___ 40 ___ ISS ___ 12/31/10 ___ Agency ___ 06

A/C _____

| Bond Reg | Type | Amt | Ref |
|---|---|---|---|

Date: 2/28/11  Judge: Hanser                    State: Psleen

Interp:    Spanish/Creole Present/Needed    Deft ___ N  Pres W/Counsel/PD _____

☐ **RECALL CAPIAS**    ☒ CAPIAS ORDERED  Bond Set $ 1000    ☐ Bond Forf/Disch/Remains

Obtain/Waive Atty    ☐ Advised of rights    ☐ Sworn & Testified    ☐ Indigent/Not Indigent

Plea: ☐ Not Guilty ☐ Private counsel ___ Appt. ☐ PD Appt'd $50 Fee    ☐ PD Discharged

☐ G CT ___ ☐ NC CT ___ Adj:☐ G CT ___ NG CT ___ ☐ W/Held CT ___

☐ PLEA TO COURT ☐ Best int. ☐ Action/plea/bond forfeiture of ___ vacated & set aside ☐ Sentencing Passed

☐ Nolle Prosequi CT ___    ☐ Dismiss CT ___

☐ **SEE Order Assessing Costs/Judgment**    ☐ ___ Mos/Days to pay    **Report immediately to Clerks Office**
☐ ___ **To Complete collections agreement**

Total deduct $ ___ from cash bond in case # ___ Apply To ___

Jail sent. Consec/Concur W/ ___

Prob ___ 1 ___ Yrs/Mos Consec/Concur W/ ___

☐ Prob Term/Rev/Continue    ☐ ___ Day Immobilization    ☐ AA/NA mtg    ☐ Driver Lisc Susp. ___ Mos/Yrs.

Early term after ___ Mos/when conditions are met    ___ Hrs Comm Serv in lieu of fine/costs

___ Hrs Comm Service/enroll w/in ___ days    ☐ W/PBCCS program/Non prof. Org.    ☐ BIP/enroll w/in ___ days

☐ DUI School/enroll w/in ___ days/any rec. treat    ☐ VIP/enroll w/in ___ days    ☐ No Consum/Poss Alcohol/Drug/Mind Altering Sub. W/O RX

☐ Psych/drug/alcohol eval/treat as needed    ☐ PIPE/PREP    ☐ Random Alcohol/Drug Test at Deft Expense    ☐ HIV/STD/Hep A,B,C test/class

☐ No violent Contact w/Victim    Restitution ordered/reserved $ ___ TO ___

___

---

Arraign Cs Dispo  NJ  Trial  Trial  Plea  Cal Call  Status  Prelim  Final  Sent  Rest  Hrg    on ___ Div ___ at ___ M

☐ Deft pres waived/required    Also set for: ___ on ___ Div ___ at ___ M

☐ Clerk to notice  ☐ PD to notice  ☐ WST Waiver Of Jury  ☐ File to Judges Office  ☐ St/Def Motion for cont granted/denied.

Bondsman: ___    Prob: ___    GAL: ___

Deft: X ___

By: ___ Def Counsel: X ___
Deputy Clerk

Mailed To: ___

**JAIL INFORMATION**

☐ Time Served

☐ Jail ___ Mos/Days

☐ With credit for ___ days already served

☐ Straight Time/Served as

☐ Short/long weekends ___

☐ No objection to work release

☐ May do In-House Arrest

Jail sent to commence on ___ at ___ M.

☐ REMANDED

☐ SERVICE OF CAPIAS

☐ DO NOT FIRST APPEAR

Bond set at/reduced to $ ___

☐ **RELEASE SOR/OR**

☐ Room , County Courthouse
205 N. Dixie, West Palm Beach

☐ Room , So County Complex
200 W. Atlantic Ave., Delray Beach

☐ Room , No County Complex
3188 PGA Blvd., Palm Beach Gardens

☐ Courtroom, Criminal Justice Bldg.
38844 State Road 80, Belle Glade

☐ Courtroom, Criminal Justice Complex
3228 Gun Club Rd., West Palm Beach

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT MS. MARY JAFFE, ADA COORDINATOR, IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURT-HOUSE, 205 NO. DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA, 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE. IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.

FORM 611 REV 02/09

NAME: KAYE, SUZANNE E ... EN

JACKET #: 0401341

BOOK #: 2011018387

Page: 1 of 1

ALIAS NAMES:            OVER 8 NAMES: ☐

Thursday, April 21, 2011
12:01:58 PM

## PALM BEACH CNTY SHERIFF'S OFFICE
## BOOKING CARD

INCARCERATION DATE/TIME  04/21/2011  9:47
PRISONER TYPE  LOCAL CHARGES
DOB:  01/16/1962          R/S:   W/F
AGE:  49                  HEIGHT: 5 ft 00 in
SSN: ████████            WEIGHT: 110

BKG.LOC:  MDC INTAKE
BKG. ID #:  6199
HAIR COLOR: GRY
EYE COLOR:  BLU

COUNTRY
OF ORIGIN: USA

ADDRESS: 7849 VENTURE CENTER WY APT. 6202  CITY: BOYNTON BEACH   STATE: FL   ZIP: 33437

ID #:      20110421046         POUCH: 3552
SID #:     03510385            AFIS:
ALIEN #:                       U.S. MARSHAL #:
FBI #:                         OBTS #:

NCIC:
DOC #:
INCIDENT #: 11064331
CASE #:

ARREST ADDRESS: 7849 VENTURE CENTER WAY # 6202  CITY:  BOYNTON BEACH       STATE: FL    ZIP:

ARREST DATE:   04/21/2011          ARREST TIME:  8:56
BKG. DATE:     04/21/2011          BKG. TIME:    11:43
WARRANT #:     11000186MMAXX SB    COURT DIVISION:
ARREST OFFICER: TOMAS             ARREST AGENCY: 01-PBSO
TRANS. OFFICER: TOMAS             TRANS. AGENCY: 01-PBSO

CURRENT BOND:      $1,000.00
IN-CUSTODY: ☐

CASE TYPE:  FTA-MISDEMEANOR
NOTE:

| STATUTE: | CT: | DESCRIPTION: | CASE FLAG: | VOFC: | B TYPE: | CUR. BOND: |
|---|---|---|---|---|---|---|
| 843.15 1B(MF) | 1 | FAILURE TO APPEAR - | | ☐ | | $0.00 |
| * | 0 | FTA FOR CASE DISPO: CT1) SIMPLE BATTERY | | ☐ | INITIAL | $1,000.00 |
| * | 0 | JUDGE HANSER | | ☐ | | $0.00 |

## HOLDS:

| | HOLD DATE/TIME: | HOLD BY: | HOLD DEPT.: | HOLD REM.DATE/TIME: | HOLD REM. BY: | HOLD REM. DEPT: |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |

| | ALERT DESCRIPTION: | ALERT NARRATIVE: |
|---|---|---|
| 1 | 39 | UNIFORM SIZE - S/S |
| 2 | 38 | NO QUALIFYING CHARGES/NO CONVICTIONS |
| 3 | | |

OVER 3 ALERTS: ☐

KEEP SEPARATE FROM:

NONE

OVER 6 NAMES: ☐

ASSIGNED HOUSING: _____  NTA DATE/TIME: _____  NTA LOC: _____

NCIC INTAKE: _____      NCIC RELEASE: _____      F.P. ENTERED: _____      F.P. CLEAR: _____
PALMS REL.: _____       PHOTO ID: _____          CLASSIFICATION: _____    MED.CLEAR IN: _____
MED. CLEAR REL: _____   RELEASE MOVE: _____
RELEASE DATE/TIME: _____   RELEASE INFORMATION: _____
COURT DATE/TIME: _____     COURT LOCATION: _____

CLERK ☑   WARRANTS ☐   STATE ATTY ☐   CENTRAL RCDS ☐

SCANNED
APR 2 5 2011

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
(CRIMINAL DIVISION)

## ***C A P I A S ***

Case No: **502011MM000186AXXXSB**          DIV: **D**

Arrest No:                                    Document ID: **CISS-11-003014**

**THE STATE OF FLORIDA** - To Each Sheriff of the State:

The Honorable JUDGE L HANSER, having on the record directed the Clerk to issue a Capias for the Defendant.
**YOU ARE HEREBY COMMANDED TO TAKE: SUZANNE ELLEN KAYE**

Address: **7849 VENTURE CENTER WAY , BOYNTON BEACH, FL 33437**

| Race: | Sex: | Height: | Weight: | DOB: | Hair: | Eyes: |
|-------|------|---------|---------|------|-------|-------|
| WHITE | F | 5'0" | 110 | 16-JAN-1962 | GRAY | BLUE |

If such person be found in your County, arrest and safely keep so that you have such person before a Judge of the County Court, Fifteenth Judicial Circuit, in and for Palm Beach, at Palm Beach County Courthouse, West Palm Beach Florida, to answer unto the State of Florida for: **FTA FOR CASE DISPOSITION ON 2/28/11**

As to the **CHARGE(S): CT 1  784.03  1 SIMPLE BATTERY**

Appearance **Bond set** by Court Order at **$1000.00**          **CISS-11-003014**

DATED THIS **01** DAY OF **MARCH, 2011.**

Sharon R. Bock,
Clerk & Comptroller

_Leonard Hanser_
Judge, Fifteenth Judicial Court ~~EXECUTED~~       By:_____
                                                            Deputy Clerk

Executed on the_____ Day of ____**APR 2 1 2011**____, by Arresting the Within Named.

**Ric Bradshaw, Sheriff**

By_____
**Deputy Sheriff**

FUGITIVE WARRANTS

2011 MAR -8  AM 9:18

SCANNED
MAY 0 2 2011
TJC

CCR_CT_CAPIAS                                                    revised 10/08

w/Judge

**STATE OF FLORIDA**
VS.

CASE NO.                                                                    ID

*** 502011MM000186AXXXSB

Name  KAYE, SUZANNE ELLEN          DOB 1/16/62   Race W   Sex F   Arrest 2011018387   IHOL

For           1: SIMPLE BATTERY                              9/8/11         P

Cit.#  CT1:              Dist.# 40      ISS 12/31/10    Agency 06

A/C

Bond Req    Type    Amt    Ref

Date: 9/8/11   Judge: Bonavita          State: Francis Kuhzman

Interp:  Spanish/Creole Present/Needed   Deft   N   Pres W/Counsel (PD)

☐ RECALL CAPIAS      ☐ CAPIAS ORDERED   Bond Set $ _____   ☐ Bond Forf/Disch/Remains

Obtain / Waive Atty    ☐ Advised of rights   ☐ Sworn & Testified   ☐ Indigent/Not Indigent

Plea: ☐ Not Guilty  ☐ Private counsel _____ Appt.  ☐ PD Appt'd $50 Fee   ☐ PD Discharged

☐ G CT _____ ☐ NC CT _____ Adj:☐ G CT _____ NG CT _____ ☐ W/Held CT _____

☐ PLEA TO COURT ☐ Best int. ☐ Action/plea/bond forfeiture of _____ vacated & set aside ☐ Sentencing Passed

☐ Nolle Prosequi CT _____        ☐ Dismiss CT _____

☐ SEE Order Assessing Costs/Judgment   ☐ ____ Mos/Days to pay   ☐ ____ **Report Immediately to Clerks Office To Complete collections agreement**

Total deduct $ _____ from cash bond in case # _____ Apply To _____

Jail sent. Consec/Concur W/ _____

Prob _____ Yrs/Mos Consec/Concur W/ _____

☐ Prob Term/Rev/Continue   ☐ ____ Day Immobilization   ☐ AA/NA mtg   ☐ Driver Lisc Susp. _____ Mos/Yrs.

Early term after _____ Mos/when conditions are met   _____ Hrs Comm Serv in lieu of fine/costs

_____ Hrs Comm Service/enroll w/in _____ days   ☐ W/PBCCS program/Non prof. Org.   ☐ BIP/enroll w/in _____ days

☐ DUI School/enroll w/in ____ days/any rec. treat   ☐ VIP/enroll w/in ____ days   ☐ No Consum/Poss Alcohol/Drug/Mind Altering Sub. W/O RX

☐ Psych/drug/alcohol eval/treat as needed   ☐ PIPE/PREP   ☐ Random Alcohol/Drug Test at Deft Expense   ☐ HIV/STD/Hep A,B,C test/class

☐ No victim Contact w/Victim   Restitution ordered/reserved TO _____  ORDER Rescinding NO Contact ORDER Filed & Faxed PBSD

**JAIL INFORMATION**

☐ Time Served

☐ Jail _____ Mos/Days

☐ With credit for _____ days already served

☐ Straight Time/Served as

☐ Short/long weekends

☐ No objection to work release

☐ May do In-House Arrest

☐ Jail sent to commence on _____ at _____ M.

☐ REMANDED
   ☐ SERVICE OF CAPIAS
   ☐ DO NOT FIRST APPEAR
   Bond set at/reduced to $ _____

☐ RELEASE SOR/OR

Arraign Cs Dispo NJ Trial Trial Plea Cal Call Status Prelim Final Sent Rest Hrg  on _____ Div _____ at _____ M

☐ Deft pres waived/required   Also set for: _____ on _____ Div _____ at _____ M

☐ Clerk to notice   ☐ PD to notice   ☐ WST Waiver Of Jury   ☐ File to Judges Office   ☐ St/Def Motion for cont granted/denied.

Bondsman: _____   Prob: _____   GAL: _____

By _____   Deft: X _____

Deputy Clerk

Mailed To: _____   Def Counsel: X _____

☐ Room _____ County Courthouse 205 N. Dixie, West Palm Beach
☐ Room _____ So County Complex 200 W. Atlantic Ave., Delray Beach
☐ Room _____ No County Complex 3188 PGA Blvd., Palm Beach Gardens
☐ Courtroom, Criminal Justice Bldg. 38844 State Road 80, Belle Glade
☐ Courtroom, Criminal Justice Complex 3228 Gun Club Rd., West Palm Beach

SCANNED
SEP 08 2011
DNP

**If you are a person with a disability** who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Krista Garber, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida, 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

FORM 811 REV 05/11

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA.

BOOKING NO: *2011018387*

CASE NO: *11 MM 000186 AXX SB*

DIVISION: *P*

STATE OF FLORIDA

vs.

*Kaye, Suzanne*
(Last Name)        (First Name)

Defendant.

**FILED**

SEP 0 8 2011

SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
COUNTY CRIMINAL

/

## ORDER RESCINDING NO CONTACT ORDER

This matter having come before the Court, the Court finds that:

☒ the State Attorney has entered a nolle prosse as to the charges.

☐ the State Attorney has entered a "No File" as to the charges.

☐ the case has been concluded by plea.

☐ the Defendant has been found not guilty at trial.

☐ a motion to rescind the No Contact Order has been granted.

☐ probation has been revoked or terminated.

Wherefore, it is hereby **ORDERED** and **ADJUDGED** that the No Contact Order
previously entered in this case is hereby rescinded.

**DONE** and **ORDERED** in Chambers, in West Palm Beach, Palm Beach County,
Florida this *8* day of *Sept*, 20 *11*

Judge *Bonavita*
*Div P*

Copies:
Yellow:    Public Defender/Defense Attorney
Pink:      State Attorney
Gold:      Defendant
Blue:      Palm Beach Sheriff's Office Communication
Green:     Complainant

**SCANNED**
SEP 0 8 2011
**DNP**

*✱ FAX PBSO*

Form 38

IN THE COUNTY COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY, FLORIDA

CRIMINAL DIVISION "P"

STATE OF FLORIDA
v.

CASE NO. _11MM000186_

Suzanne Kaye

INFORMATION FOR:

_Battery_

Defendant.

_____/

### NOLLE PROSSE

ALTHOUGH THERE WAS PROBABLE CAUSE FOR THE CHARGE(S), THE CASE IS NOLLE PROSSED FOR
FOLLOWING REASON(S):

| | |
|---|---|
| ___ Officer(s) _____ FTA | ___ Court would not continue |
| ___ Witness(es) _Pretrial_ FTA | ___ Breath Testing Technician FTA |
| X Victim @ trial FTA | ___ Refiled as a felony |
| ___ Unable to Locate Witness(es) | ___ Duplicate Charge Filed |
| ___ Defendant/Wit. deceased | ___ Age of case |
| ___ Evidence suppressed | ___ Wrong Defendant charged |
| ___ Defendant Completed P.T.I./D.A.I.P. | ___ Plea negotiation |
| X No Reasonable likelihood of successful prosecution | ___ Other (Explanation Below) |

Other: _____

_____

DATE: _9/8/11_

MICHAEL F. MCAULIFFE
State Attorney

SCANNED
SEP 0 8 2011
DNP

FILED
SEP 0 8 2011
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
COUNTY CRIMINAL

Assistant State Attorney
Florida Bar No: _865893_

# DOCKET
# No.
# 50-2020-CF-001169-AXXX-MB

Exhibit 3

THURSDAY, FEBRUARY 06, 2020 05:43:56 AM                                       PAGE 1 OF 1

# PALM BEACH COUNTY SHERIFF'S OFFICE BOOKING FACE SHEET

| NAME | JACKET # | BOOKING # |
| --- | --- | --- |
| KAYE, SUZANNE | 0401348 | 2020004105 |

PAGE: 1 OF 1

20 CF 1169 MB

| ALIAS NAMES | OVER 8 NAMES: ☐ | |

KAYE, SUZANNE ELLEN

| INCARCERATION DATE/TIME | BOOKING LOCATION |
| --- | --- |
| 02/06/2020 03:36:52 | MDC INTAKE |

| PRISONER TYPE | BOOKING BY |
| --- | --- |
| LOCAL CHARGES | 33574 |

| DOB | RACE/SEX | HAIR COLOR | EYE COLOR |
| --- | --- | --- | --- |
| 01/16/1962 | W/F | BLK | BRO |

| AGE AT BOOKING | HEIGHT | WEIGHT | SSN |
| --- | --- | --- | --- |
| 58 | 4 FT 11 IN | 100 | YES |

| ADDRESS | CITY | STATE | ZIP CODE | COUNTRY OF ORIGIN |
| --- | --- | --- | --- | --- |
| | | FL | | USA |

| ID # | NCIC | AFIS | DOC # |
| --- | --- | --- | --- |
| 20200206027 | | 2010002941 | |

| ALIEN # | INCIDENT # | OBTS # | CASE # |
| --- | --- | --- | --- |
| | 20-034703 | 5003449077 | |

| ARREST ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| | | FL | |

| ARREST DATE | ARREST TIME | BOOKING DATE | BOOKING TIME |
| --- | --- | --- | --- |
| 02/06/2020 | 00:06 | 02/06/2020 | 04:15 |

| WARRANT # | COURT DIVISION | CURRENT BOND | IN CUSTODY BOOKING |
| --- | --- | --- | --- |
| | | $0.00 | ☐ |

| ARRESTING OFFICER | ARRESTING AGENCY |
| --- | --- |
| D/S D WAGNER | 01-PBSO |

| TRANSPORT OFFICER | TRANSPORT AGENCY |
| --- | --- |
| D/S D WAGNER | 01-PBSO |

| CASE TYPE | HOLDS |
| --- | --- |
| FELONY | NO |

| NOTE | CASE FLAG |
| --- | --- |
| | NO BOND |

| STATUTE | COUNT | DESCRIPTION | VOFC | BOND TYPE | CURRENT BOND |
| --- | --- | --- | --- | --- | --- |
| 784.021 1A (FT) | 1 | AGGRAV ASSLT - WEAPON - W DEADLY WEAPON WITHOUT INTENT TO KILL | ☐ | NO BOND | $0.00 |
| * | 0 | - DOMESTIC | | | $0.00 |
| 784.03 1A1 (MF) | 1 | BATTERY - TOUCH OR STRIKE | ☐ | NO BOND | $0.00 |
| * | 0 | - DOMESTIC | | | $0.00 |

SCANNED
FEB 06 2020

*0401348*

*20 cf 1169MB/796*

| OBTS Number | | **ARREST / NOTICE TO APPEAR** | | 1. Arrest  3. Request For Warrant | | Juvenile | |
|---|---|---|---|---|---|---|---|
| | | **Juvenile Referral Report** | | 2. N.T.A.  4. Request For Capias | 1 | | N |

| Agency ORI Number | Agency Name | | Agency Report Number | |
|---|---|---|---|---|
| FLO 5 0 0 0 0 0 | PALM BEACH COUNTY SHERRIF'S OFFICE | | 06 | 20-034703 |

| Charge Type | If Weapon Seized | Multiple | | |
|---|---|---|---|---|
| [X] 1. Felony   [X] 3. Misdemeanor   5. Ordinance | Enter Type     None | Clearance Indicator | 0 | 2 |
| 2. Traffic Felony   4. Traffic Misdemeanor   6. Other | | | | |

| Location of Arrest (Including Name of Business) | Location of Offense (Including Name of Business) |
|---|---|

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|
| Feb 6, 2020 | 0006 | | | | | N/A |

| Name (Last, First, Middle) | | | Alias (Name, DOB, Soc. Sec. #. Etc.) |
|---|---|---|---|
| KAYE | SUZANNE | | |

| Race | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|
| W | F | 01/16/1962 | 4'11 | 100 | BRN | BLK | LIGHT | SMALL |

| Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description) | Marital Status | Religion | Indicator of Alcohol Influence / Drug Influence |
|---|---|---|---|
| N/A | SINGLE | UNK | |

| Local Address (Street, Apt. Number) | City | State | Zip | Phone | Residence Type: |
|---|---|---|---|---|---|
| | | FL | | 561-503-9550 | 1. City  3. Florida  2. County  4. Out of State   2 |

| Permanent Address (Street, Apt. Number) | City | State | Zip | Address Source |
|---|---|---|---|---|
| SAME AS ABOVE | | | | VERBAL |

| Business Address (Street, Apt. Number) | City | State | Zip | Phone | Occupation |
|---|---|---|---|---|---|
| | | | | | UNK |

| DL Number, State | Social Security Number | INS Number | Place of Birth | Citizenship |
|---|---|---|---|---|
| K000785625160 | | | WEST PALM BEACH FL | US |

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | 1. Arrested  4. Misdemeanor  2. At Large  5. Juvenile  3. Felony |
|---|---|---|---|---|

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | 1. Arrested  4. Misdemeanor  2. At Large  5. Juvenile  3. Felony |
|---|---|---|---|---|

*No Bond*

| Parent / Legal Guardian / Other   Name (Last, First, Middle) | | | Phone |
|---|---|---|---|

| Address (Street, Apt. No.) | | State | Zip | Business Phone |
|---|---|---|---|---|

*No Bond*

| Notified By (Name) | Date | Time | Juvenile Disposition  1. Handled/Processed within Dept. and Released  2. TOT HRS/DYS  3. Incarcerated |
|---|---|---|---|

| Released To (Name) | Relationship | Date | Time |
|---|---|---|---|

| The above address was provided by [ ] defendant and/or [ ] defendant's parents. The child and/or parent was told to keep the Juvenile Court Clerk's Office (Phone 561 355-2528) informed of any address change. [ ] Yes, by: (Name) _____ [ ] No (Reason) | School Attended | Grade |
|---|---|---|

| Property Crime? [X] Yes [ ] No | Description of Property | Value of Property |
|---|---|---|

| Drug Activity | S. Sell | R. Smuggle | X. Dispense/ | M. Manufacture/ | Z. Other | Drug Type | B. Barbiturate | H. Hallucinogen | P. Paraphernalia | U Unknown |
|---|---|---|---|---|---|---|---|---|---|---|
| N. N/A | B. Buy | D. Deliver | Distribute | Produce | | N. N/A | C. Cocaine | M. Marijuana | Equipment | Z. Other |
| P. Possess | T. Traffic | E. Use | | Cultivate | | A. Amphetamine | E. Heroin | | | |

| Charge Description | Counts | Domestic Violence [ ]Y [ ]N | Statute Violation Number | | Violation or ORD. # |
|---|---|---|---|---|---|
| AGG. ASSAULT | 1 | | 784.02(1)(A)(1) *784.021(6)(A)* | | |

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |
|---|---|---|---|---|---|
| N | N | N | 20-034703 | | |

| Charge Description | Counts | Domestic Violence [ ]Y [ ]N | Statute Violation Number | Violation or ORD. # |
|---|---|---|---|---|
| SIMPLE BATTERY | 1 | | 784.03(1)(A)(1) | |

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |
|---|---|---|---|---|---|
| N | N | N/A | 20-034703 | | |

| Charge Description | Counts | Domestic Violence [ ]Y [ ]N | Statute Violation Number | Violation or ORD. # |
|---|---|---|---|---|

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |
|---|---|---|---|---|---|

| Charge Description | Counts | Domestic Violence [ ]Y [ ]N | Statute Violation Number | Violation or ORD. # |
|---|---|---|---|---|

| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |
|---|---|---|---|---|---|

| Location (Court, Address, Room Number) |
|---|

| Court Date and Time | | | | | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | Time | AM [ ] | | |

I AGREE TO APPEAR AT THE ABOVE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT I SHOULD WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

| Signature of Defendant (or Juvenile and Parent/Custodian) | Date Signed |
|---|---|

| HOLD for Other Agency | | Signature of Arresting Officer | | Name Verification (Printed by Arrestee) | | |
|---|---|---|---|---|---|---|
| Name | | | | | | |
| [ ] Dangerous   [ ] Racist and Arrest | | Name of Arresting Officer | ID # | (PRINT) | | |
| [ ] Suicidal   [ ] Other | | D/S D. WAGNER | 31815 | | | Page |
| Intake Deputy | | Transporting Officer   ID # | Agency | | | |
| | | D/S D. WAGNER | PBSO | Witness here if subject signed with an "X" | | 1 of 1 |

SCANNED

FEB 0 6 2020

**PROBABLE CAUSE AFFIDAVIT**

| OBTS Number | | | 1. Arrest  3. Request For Warrant | Juvenile |
| --- | --- | --- | --- | --- |
| | | | 2. N.T.A.  4. Request For Capias  [1] | N |

| Agency ORI Number | Agency Name | Agency Report Number | |
| --- | --- | --- | --- |
| **FLO 5 00 000** | **PALM BEACH COUNTY SHERRIF'S OFFICE** | 06 | **20-034703** |

| Charge Type: Check as many as apply | [X] 1. Felony  [X] 3. Misdemeanor  5. Ordinance | Special Notes |
| --- | --- | --- |
| | 2. Traffic Felony  4. Traffic Misdemeanor  6. Other | |

| Defendant Name (Last, First, Middle) | | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- |
| **KAYE          SUZANNE** | | W | F | 01/16/1962 |

| Charge | Charge |
| --- | --- |
| **AGG.ASSUALT** | **SIMPLE BATTERY** |

| Charge | Charge |
| --- | --- |
| | |

| Victim Name (Last, First, Middle) | | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- |
| **WEINZOFF        BRETT** | | W | F | 02/21/2000 |

| Local Address (Street, Apt. Number) | City | State | Zip | Phone | Address Source |
| --- | --- | --- | --- | --- | --- |
| | | FL | | | **VERBAL** |

| Business Address (Street, Apt. Number) | City | State | Zip | Phone | Occupation |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

The undersign swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The person taken into custody...

| | | |
| --- | --- | --- |
| [ ] committed the below acts in my presence. | [ ] was observed by _____ who told _____ | |
| | that he/she saw the arrested person commit the below acts. | |
| [ ] confessed to | | |
| admitting to the below facts. | [X] was found to have committed the below acts, resulting from (described) investigation. | |

On the **6TH** day of **FEBUARY** 20 **2020** at **0006** [X] AM [ ] PM

On 02/04/2020 at approximately 2140 hours, I responded to _____ within the city of _____ FL _____ in reference to a Welfare Check.

Upon arrival, I made contact with the subject of interest Suzanne Kaye at her residence who appeared to be healthy and okay. I relocated to my patrol vehicle at this time and contacted the complainant (Brett Weinzoff), and advised her of my findings. While continuing to speak to her she advised me that approximately two hours prior that her and her mother (Suzanne) where in a physical altercation, once she told me about the physical altercation I asked if she would be will to come back to the residence so I could speak with her in person, which she agreed.

Once Brett arrived she provided me with a sworn written statement that states the following (not verbatim of the statement): Earlier in the evening she went upstairs to her apartment, and noticed that all her belongings were put outside the door. Her mom (Suzanne) proceed to begin cursing and scream at her as she entered the apartment. Brett attempted to be civil and Suzanne grabbed her by the shirt collar in the front and pulled on the shirt causing it to rip. Suzanne had walked away were both parties began to exchange words. One of Brett's friend saw Suzanne began to go over to the kitchen and rummage in a draw, where it appeared she grabbed a knife. Brett was able to notice that her mom Suzanne was holding a knife, coming around the corner from the kitchen towards her. Brett was able to shut the door on her before she came towards her. Brett's friend (Catherine Roberts) was able to restrain, but after the fact that Suzanne stabbed the door 4-5 times.

I spoke with Catherine who stated the following on a sworn statement (not verbatim of the statement): While inside the residence she witnessed Brett's mother (Suzanne) grabbed Brett by the collar and began to start aggressively lash out. Once she released Brett's shirt she went to the kitchen where she grabbed a knife and began to jab the door. Catherine attempted to restrain Suzanne from attacking her, Brett, and so that she could not injure herself in the process.

| The foregoing instrument was sworn to and affirmed before me this **6TH** day of **FEBUARY** 20 **2020** , by: | |
| --- | --- |
| **D/S M. BUNDRICK 34274** | **D/S D. WAGNER**          31845 |
| Name of Notary Public / Clerk of Court / Officer (F.S.S. 117.00) | Name of Arresting/Investigating Officer |
| Signature of Notary Public / Clerk of Court / Officer (F.S.S. 117.00) | Signature of Arresting/Investigating Officer |

| Page |
| --- |
| 1 of 1 |

| OBTS Number | | | PROBABLE CAUSE  AFFIDAVIT | | 1. Arrest   3. Request For Warrant | | Juvenile | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 2. N.T.A.   4. Request For Capias | | 1 | N |

| Agency ORI Number | Agency Name | | Agency Report Number | |
|---|---|---|---|---|
| FLO 5 0 0 0 0 0 | PALM BEACH COUNTY SHERRIF'S OFFICE | | 06 | 20-034703 |

| Charge Type:   ☒ 1. Felony   ☒ 3. Misdemeanor | 5. Ordinance | Special Notes |
|---|---|---|
| Check as many   ☐ 2. Traffic Felony   ☐ 4. Traffic Misdemeanor | 6. Other | |

| Defendant Name (Last, First, Middle) | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|
| KAYE | SUZANNE | | W | F | 01/16/1962 |

| Charge | | Charge | |
|---|---|---|---|
| AGG.ASSUALT | | SIMPLE BATTERY | |

| Charge | | Charge | |
|---|---|---|---|
| | | | |

| Victim Name (Last, First, Middle) | | | Race | Sex | Date of Birth |
|---|---|---|---|---|---|
| WEINZOFF | BRETT | | W | F | 02/21/2000 |

| Local Address (Street, Apt. Number) | City | State | Zip | Phone | Address Source |
|---|---|---|---|---|---|
| | | FL | | | |

| Business Address (Street, Apt. Number) | City | State | Zip | Phone | Occupation |
|---|---|---|---|---|---|
| | | | | | |

The undersign swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The person taken into custody...

☐ committed the below acts in my presence.

☐ was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.

☐ confessed to admitting to the below facts.

☒ was found to have committed the below acts, resulting from (described) investigation.

On the **6TH** day of **FEBUARY** 20 **2020** at **0006**   ☒ AM  ☐ PM

I also spoke with Brett's other friend Kendall Mcphee who was inside the residence during the incident who provided me with a sworn written statement stating the following (Not verbatim of the statement): Brett's mother went to go attack Brett and grabbed her tightly around the shirt collar. Suzanne had then gone to the kitchen where she grabbed a knife and lunged at Brett. She did not Strike anyone but she stabbed the door.

I relocated and spoke with Suzanne again and asked about the incident where she said that her daughter stole $300 from her. She admitted that she threw all her daughters belongings outside the door in attempt to throw her daughter out of the residence. I asked if the argument became physical which she said yes, that Brett had grabbed her on her wrist causing a small red mark on her wrist where the bone is, as well as a small bruise on the palm of her hand near her pointer finger. I asked about a knife and at no time did she state she grabbed a knife. Consent was asked to go inside the residence to see the door to Brett's room but she refused. She also stated at no time did she ever put a hand on Brett. Suzanne admitted that the bruise above her wrist were old and not caused due to the incident.

Brett signed a Consent to Search Form so that I was able to go inside the residence and see the door to her bedroom (the witness of the Consent from was D/S Reyka #17180).

Once inside the residence where Brett's room was I witnessed 5 marks in the middle of the door that appeared to be stab marks. Photographs were taken of the marks. I questioned Suzanne about the marks where she said "they have been there sense yesterday, I attempted to get into my daughter's room due to it being locked." Where the marks were located where nowhere near the door frame.

I spoke with Robert Helton, who refused to provide a sworn statement but did state the following: While inside his room he heard a loud commotion occurring and when it stopped he walked outside the room to see what occurred. He said that Samuel told him that Suzanne stabbed the door with a knife. At no time did he witness the incident occur. I asked Robert if the marks had been in the door prior which he stated "no".

| The foregoing instrument was sworn to and affirmed before me this | **6TH** day of | **FEBUARY** 20 **2020** , by: | |
|---|---|---|---|
| **D/S M. BUNDRICK 34274** | | **D/S D. WAGNER** | 31845 |
| Name of Notary Public / Clerk of Court / Officer (F.S.S. 117.00) | | Name of Arresting/Investigating Officer | |
| Signature of Notary Public / Clerk of Court / Officer (F.S.S. 117.00) | | Signature of Arresting/Investigating Officer | |

FILED 02/18/2020

| Page |
|---|
| 2 of 1 |

**PROBABLE CAUSE AFFIDAVIT**

| OBTS Number | | | 1. Arrest  3. Request For Warrant | Juvenile |
| 2. N.T.A.  4. Request For Copies | 1 | N |

| Agency OR Number | Agency Name | Agency Report Number | |
| FLO 5 0 0 0 0 0 | PALM BEACH COUNTY SHERRIF'S OFFICE | 06 | 20-034703 |

| Charge Type Check as many as apply | ☒ 1. Felony  ☐ 2. Traffic Felony | ☒ 3. Misdemeanor  ☐ 4. Traffic Misdemeanor | ☐ 5. Ordinance  ☐ 6. Other ___ | Special Notes |

| Defendant Name (Last, First, Middle) | | Race | Sex | Date of Birth |
| KAYE          SUZANNE | | W | F | 01/16/1962 |

| Charge | AGG.ASSUALT | Charge | SIMPLE BATTERY |
| Charge | | Charge | |

| Victim Name (Last, First, Middle) | | Race | Sex | Date of Birth |
| WEINZOFF          BRETT | | W | F | 02/21/2000 |

| Local Address (Street, Apt. Number) | City | State FL | Zip | Phone | Address Source |
| Business Address (Street, Apt. Number) | City | State | Zip | Phone | Occupation |

The undersign swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The person taken into custody...

☐ committed the below acts in my presence.

☐ confessed to admitting to the below facts.

☐ was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.

☒ was found to have committed the below acts, resulting from (described) investigation.

On the **6TH** day of **FEBUARY** 20 **2020** at **0006**  ☒ AM  ☐ PM

Samuel Weinzoff refused to provide me with a sworn statement and stated that he was never at the residence.

Brett's shirt was located outside the residence on the ground near the balcony which she said her mom (Suzanne) must have thrown out when she initially left. With the shirt I witnessed a large tear in the front, which correlate with all Brett's, Catherine's, and Kendall's.

Based on all the evidence gathered at the scene and the statements provided from the victim and the two witness's I find Probable Cause to Arrest Suzanne from Simple Battery F.S.S 784.03(1)(a)(1) and Agg. Assault F.S.S 784.02(1)(a)(1).

Due to Suzanne's medical issue's she was transported to JFK South to be Medical checked before going to the Jail. PBCFR 91 #200014955 is who transported her.

All of Suzanne's personal property such as her necklace and bracelet were given to Robert by her Request.

This case is cleared by arrest.

| The foregoing instrument was sworn to and affirmed before me this **6TH** day of **FEBUARY** 20 **2020** , by: | | |
| D/A M. BUNDRICK 34274 | D/S D. WAGNER | 31845 |
| Name of Notary Public / Clerk of Court / Officer (F.S.S. 117.00) | Name of Arresting/Investigating Officer | |
| FEB 06 2020 | | Page |
| Signature of Notary Public / Clerk of Court / Officer (F.S.S. 117.00) | Signature of Arresting/Investigating Officer | 3 of 1 |

Filing # 104226679 E-Filed 03/03/2020 10:29:56 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, CRIMINAL DIVISION
IN AND FOR PALM BEACH COUNTY, FLORIDA

DS DYLAN WAGNER, 31845
PALM BEACH COUNTY SHERIFF'S OFFICE
Agency case number 06-20-034703

STATE OF FLORIDA                          CASE NO. 2020CF001169AMB

                                          Booking No. 2020004105
vs.

SUZANNE ELLEN KAYE, W/F, 01/16/1962
_____/

NO FILE FOR:

1)    AGGRAVATED ASSAULT (DEADLY WEAPON)
2)    BATTERY (DOMESTIC)

        Insufficient evidence exists to prove the charge beyond a reasonable doubt due to an
uncooperative victim and lack of independent evidence.

                                          DAVID ARONBERG
                                          STATE ATTORNEY

Date: March 2, 2020

                                          /s/ Wendy Borrego

                                          By:  WENDY BORREGO
                                               Assistant State Attorney
                                               FL. BAR NO. 103679

WB/*

**CLERK AND SHERIFF TO RESCIND NO CONTACT ORDER**