```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION

 3                   CASE NO. 21-CR-80039-ROSENBERG

 4
      UNITED STATES OF AMERICA,       .
 5                                    .
            Plaintiff,                .
 6                                    .
                 vs.                  .
 7                                    .
      SUZANNE ELLEN KAYE,             .  West Palm Beach, FL
 8                                    .  March 16, 2022
                                      .
 9          Defendant.                .

10
                          MOTION HEARING (By Zoom)
11              BEFORE THE HONORABLE ROBIN L. ROSENBERG
                     UNITED STATES DISTRICT JUDGE
12

13    APPEARANCES:

14
      FOR THE PLAINTIFF:         MARK DISPOTO
15                               United States Attorney's Office
                                 500 E Broward Boulevard
16                               7th Floor
                                 Fort Lauderdale, FL 33301
17                               561-820-8711

18    FOR THE DEFENDANT:         KRISTY MILITELLO, ESQ.
                                 Federal Public Defenders Office
19                               450 S. Australian Avenue
                                 Suite 500
20                               West Palm Beach, FL 33401
                                 561-833-6288
21

22    Official Court Reporter:   Pauline A. Stipes
                                 HON. ROBIN L. ROSENBERG
23                               West Palm Beach/Ft. Pierce, Fl
                                 561-820-8711
24

25
```

1                              INDEX

2     **P. BROOKS FULLER**

3     Direct Examination by Ms. Militello          Page 6

4     Cross Examination by Mr. Dispoto             Page 80

5     Redirect Examination by Ms. Militello        Page 117

6

7                          **EXHIBITS**

8                                      I.D.        Received

9        Defense Exhibit 3                         Page 7
         Defense Exhibit 6                         Page 12
10       Defense Exhibit 7                         Page 14
         Defense Exhibits 4, 5                     Page 17
11       Defense Exhibit 8          Page 26
         Defense Exhibit 9          Page 27
12       Defense Exhibit 12         Page 30
         Defense Exhibit 11         Page 31
13       Defense Exhibit 14                        Page 73
         Defense Exhibit 10         Page 75
14       Defense Exhibits 26, 27                   Page 80
         Defense Exhibit 2                         Page 126

15

16

17

18

19

20

21

22

23

24

25

1          *THE COURT:*  Okay, good morning.  Can you hear me okay?

2          *MR DISPOTO:*  Yes, your Honor.  Good morning.

3          *THE COURT:*  This is United States of America versus

4     Suzanne Ellen Kaye, Case Number 21-CR-80039.

5          We are here for a hearing, and the hearing is based on

6     the Defense's notice of expert testimony and summary that was

7     filed at Docket Entry 58, to which the Government filed a

8     motion to exclude Defense expert at Docket Entry 62, and the

9     Defense filed a response to the motion at Docket Entry 65, and

10    there was a reply as well filed by the Government at Docket

11    Entry 69.

12         I have also received the Defense's notice of

13    conventionally filed DVD, so I have that, and I did receive at

14    Docket Entry 72 the Defense exhibit list.  Docket Entry 73 is

15    the notice of filing and there are attachments to 73 that

16    include, as I take it, the various exhibits that Defense will

17    be relying upon.

18         Is there anything that you believe you filed in

19    connection with the hearing that the Court has not listed --

20    well, let me actually begin, before I have you answer that

21    question, by stating everybody who is here on the record.

22         We are appearing by Zoom in light of the ongoing COVID

23    pandemic, and at the request and by agreement of all of the

24    parties in this matter.

25         So, let me have introductions first.

1          *MR DISPOTO:*  Good morning, your Honor, Mark Dispoto

2     appearing on behalf of the United States.

3          *MS. MILITELLO:*  Good morning, your Honor, Kristy

4     Militello on behalf of Suzanne Kaye, who I see present on the

5     Zoom as well.

6          *THE COURT:*  Good morning.  And we also have our

7     witness, Brooks Fuller, and I do see on the screen Suzanne

8     Kaye.

9          Counsel, did the Court identify all of the relevant

10    submissions in connection with the hearing this morning?

11         *MS. MILITELLO:*  From the Defense, yes.

12         *MR DISPOTO:*  Yes, your Honor.

13         *THE COURT:*  I do want to let you know that there are

14    no time constraints, at least on the Court's part, so I want

15    you to have whatever opportunity you want for full examination

16    and cross-examination of the witness who is the subject of the

17    motion, as well as any argument that you would like to make.

18         Perhaps we can save the argument until after the

19    presentation of evidence so that we can ensure that we get the

20    testimony in and any other evidence that the Defense and/or

21    Government wants to present, although I take it it is just

22    Defense, because I have not received any exhibits from the

23    Government.

24         With that, why don't I turn it over to the Defense.  I

25    know it is the Government's motion, but if it is acceptable to

1    the parties, I think I will reserve argument at the end and

2    just get right into the evidence, and then we can hear

3    argument.  Perhaps at that point the Government can go first

4    since it is the Government's motion.

5              So, how would you like to begin, Ms. Militello, do you

6    want us to swear in the witness?

7              MS. MILITELLO:  Yes.  Sorry, I was just trying to

8    process what the Court said, the Government going first as to

9    argument, but you would like me to proceed now with the

10   proffer; is that right?

11             THE COURT:  I would.  I am going to have argument at

12   the end.  At that point, I can have the Government go first,

13   but I don't not what Dr. Fuller's schedule is.  If he has to

14   leave us, I could still hear from counsel on the argument.

15             MS. MILITELLO:  Sure.  I have a quick procedural

16   question as to proceeding via Zoom right now.  Because the

17   Court has the exhibits I can reference them or does the Court

18   prefer that I publish them during the hearing?  I don't

19   necessarily think I need to since both parties have them.

20             THE COURT:  I have them in front of me physically.  If

21   Mr. Dispoto has them also, and Dr. Fuller has them as well,

22   unless anyone needs them to be published, I don't need them to

23   be published.

24             MS. MILITELLO:  Okay.  Yes, if the Court would swear

25   in Dr. Fuller.

1      **PRESTON BROOKS FULLER, DEFENDANT'S WITNESS, SWORN**

2          *THE COURT:*  Could you state your full name for the

3      record and spell your last name.

4          *THE WITNESS:*  Sure.  Preston Brooks Fuller,

5      F-U-L-L-E-R.

6          *THE COURT:*  Thank you so much.  You may proceed with

7      direct examination, Ms. Militello.

8                        **DIRECT EXAMINATION**

9      *BY MS. MILITELLO:*

10     *Q.*  Dr. Fuller, what do you do for a living?

11     *A.*  I am a professor at Elon University, my title is assistant

12     professor of journalism at Elon University.  I also direct a

13     nonprofit called the North Carolina Open Government Coalition

14     that deals with Government transparency.  So I have a two-fold

15     job at Elon.

16     *Q.*  What do you teach at Elon?

17     *A.*  I teach media law and ethics primarily I also teach classes

18     in undergraduate research and methods.

19     *Q.*  What degrees do you hold?

20     *A.*  I hold a Bachelor of Arts in journalism and mass

21     communication from the University of North Carolina at Chapel

22     Hill, a law degree from the University of South Carolina in

23     Columbia, and I have a Ph.D. from the University of North

24     Carolina at Chapel Hill, also in media journalism and a

25     concentration in media law and policy.

1    *Q.*  Have you reviewed Defense Exhibit 3?

2    *A.*  Could you refresh my recollection, the title of that

3    exhibit?  I need to look at the list, I am sorry.

4    *Q.*  That is fine.  I can share it is a copy of your CV.

5    *A.*  Yes, I have reviewed that many times.  Let me get the list

6    in front of me as well.  Thank you.

7    *Q.*  No problem.

8    *A.*  My apologies, I am looking for this.

9    *Q.*  I can send it to you.

10   *A.*  I have it now, I found it.  Yes, I have reviewed this

11   document.

12   *Q.*  Does your CV accurately reflect your educational

13   background, your qualifications, and experience?

14   *A.*  It does accurately reflect those things, yes.

15        *MS. MILITELLO:*  At this time I would move Dr. Fuller's

16   CV into evidence.

17        *THE COURT:*  Any objection?

18        *MR DISPOTO:*  No, your Honor, thank you.

19        *THE COURT:*  Defense Exhibit 3 is admitted without

20   objection.

21        (Whereupon Defense Exhibit 3 was marked for evidence.)

22   *BY MS. MILITELLO:*

23   *Q.*  Related, Dr. Fuller, to your expertise, could you give us a

24   one sentence summary, what is your expertise?

25   *A.*  Sure.  My expertise is in freedom of expression in the

1   United States in both legal circles as well as sociological

2   circles and there is an emphasis in that study on political

3   extremism, true threats, incitement, and borderline expression.

4   Q.  Okay.  So, how does your expertise differ from that of,

5   say, maybe myself or the prosecution or just your average

6   lawyer?

7   A.  In my Ph.D. training at UNC Chapel Hill I took a series of

8   courses and produced a series of papers involving sociology of

9   communication and sociological research methods, qualitative

10   analysis, ethnographic field observation, in-depth

11   interviewing, and also the theoretical grounding and

12   communication behaviors and social behaviors related to online

13   speech.

14   Q.  Let me stop you.

15       The different trainings and Ph.D. classes that you just

16   mentioned, are those different methods of analyzing speech?

17   A.  Yes, those are.  The methods that one might engage in in

18   legal education usually have to do with analysis of doctrine

19   and court cases.  Those are the primary methods honed in a law

20   degree program, in a J.D. program, as many of you folks know,

21   but in a program in media and communication methods extend to

22   other forms of qualitative analysis, so looking at the

23   sociology of communication, communication behavior, how people

24   use and tend to use social media platforms to engage in

25   different types of speech, and the cultural norms and social

1   norms associated with speech traditions that go beyond the law.

2   Q.  In studying those speech traditions, do you study -- or how

3   do you study the history of speech traditions as it relates to

4   high conflict speech?

5   A.  One of the ways that I have studied this in my work has

6   been through in-depth field work that includes ethnographic

7   field observation.  What that entails is going into a field

8   site such as a high conflict political protest or a -- I should

9   say a space where high conflict political protests are

10  happening quite frequently and conducting in-depth interviews,

11  participant observation with the people that are engaged in

12  protests, counter protests, and also looking at the digital

13  media that they post on to spaces like You Tube, TikTok, and

14  Facebook, and their personal web pages, and doing deep

15  qualitative analysis of all of those media artifacts, both

16  digital and analog.

17  Q.  Okay.  And you just brought up sort of two kinds of speech

18  that happens in person, in real time, versus that happening in

19  social media.

20       Have you researched in both areas, or have you conducted

21  research yourself and reviewed other research in both social

22  media online speech as well as traditional speech in person?

23  A.  Yes, I have.  My dissertation work that led to the

24  publication of a peer reviewed monograph on the subject dealt

25  with a multi method study of online and offline speech.

1     Specifically in that study was about an 18 month long field

2 project conducting studies of abortion clinic advocacy, so on

3 the pro choice and anti-abortion side of abortion clinic

4 advocacy, and doing qualitative analysis of field notes,

5 ethnographic work, in-depth interviews, as well as digital

6 media posted by participants in that site.

7     So, a quick way to say this is, looking at all of the

8 communication that bears upon one deep case of high conflict

9 political participation in the U.S.

10 *Q.* And would the research indicate that speech is perceived

11 differently when it is in person versus when it is online or in

12 social media?

13 *A.* Yes.  In the studies that I conducted, as well as the

14 literature on something that is called social semiotics -- what

15 that means is, semiotics is meaning making and the way that

16 individuals tend to make and understand communication

17 behaviors.

18     There is research that suggests that where speech takes

19 place is part of the meaning of such speech.  So, for instance,

20 posting something on a publicly available media platform from a

21 blog to a social media account can carry different alternative

22 meanings than something that is communicated directly to a

23 particular person, say through a letter or an email.

24 *Q.* Okay.  We will get into specifics as to what that means.  I

25 am just trying to set the groundwork that these are things that

1    you studied.

2        Your research and review, you mentioned that your

3    dissertation was peer reviewed.  The methods that you

4    discussed, are these methods accepted within your field of

5    practice?

6    A.  They are.  In the field of communication research there are

7    people who study using quantitative methods, like statistics

8    and numbers.  There are people who use qualitative methods, and

9    these are the sorts of methods, in-depth interviewing, field

10   observation, and qualitative analysis, of those media artifacts

11   are considered generally accepted, and when they are peer

12   reviewed, considered gold standard for qualitative works.

13   Q.  Okay.  Just to be clear, your dissertation, Words, Wounds,

14   and Relationships, is that Exhibit 6?

15   A.  Please refer to -- yes, that is correct.

16   Q.  And that was published and is peer reviewed?

17   A.  It was published in monograph form by a communication

18   journal called Journalism and Communication Monographs.

19       So, the dissertation itself submitted to the faculty at UNC

20   Chapel Hill is reviewed by a committee of peers, but it is not

21   blind reviewed.  It took another form as a monograph, which is

22   a book length project, that was published by a blind review

23   committee that publishes the monograph, much like an academic

24   press would.

25   Q.  You mentioned that within your field that is the gold

1    standard of scientific methodology?

2    A.  Yes.  In my field, a multi-method many month field study is

3    considered the gold standard of sociological research and

4    qualitative sociology in communication.

5         MS. MILITELLO:  At this time I move Defense Exhibit 6

6    into evidence.

7         MR DISPOTO:  No objection.

8         THE COURT:  Okay.  Defense Exhibit 6 is admitted

9    without objection.

10        MR DISPOTO:  Judge, I'm sorry, we can't hear you.

11        THE COURT:  Sorry, I put myself on mute.

12        Defense Exhibit 6 is admitted without objection.

13       (Whereupon Defense Exhibit 6 was marked for evidence.)

14        MS. MILITELLO:  Thank you.

15   BY MS. MILITELLO:

16   Q.  Dr. Fuller, did you also recently publish an article,

17   Defense Exhibit 7, entitled Representation and Aggression in

18   Digital Racial Conflict?  I believe that is part of the title.

19   A.  Yes.  That is a coauthored piece with colleagues from

20   Louisiana State University in Baton Rouge that I worked on

21   while I was in the system as a professor at LSU prior to taking

22   the role at Elon and recently published that piece.

23   Q.  Okay.  Could you briefly describe what your research was in

24   relation to that piece?

25   A.  Sure.  That research was multi part.  Part of what my

1    colleagues spent the bulk of their work on was public opinion

2    research and statistical analysis.  What I contributed to the

3    piece was some of the qualitative coding of Facebook comments

4    that were appended beneath live videos of racial justice

5    protesting in Baton Rouge after the killing of Alton Sterling

6    in Baton Rouge.

7         So, what we studied there was the communication tendencies

8    among the public in that comment section beneath those videos

9    typically posted by news, and -- sorry, my of light just went

10   off in my office because it doesn't think I'm here, but I very

11   much am.  I apologize for that.

12        My contribution to that study was primarily analysis of the

13   comments, as well as orienting the theoretical frame for that

14   study, and it has to do with the ways people tend to

15   communicate around contentious political issues, and the way

16   that they use representations of aggression and violence to

17   communicate political viewpoints.

18   Q.  And the ways that you analyzed violent speech, was that

19   online in relation to Defense Exhibit --

20   A.  Yes.  That study dealt entirely with communication that

21   takes place online in the form of Facebook comments under live

22   stream videos.  It is a study of communication in the moment as

23   the speakers are watching and commenting on and communicating

24   with one another about the videos before them.

25   Q.  And to be clear, the research primarily focused on violent

1    and aggressive rhetoric online; is that right?

2    A.  It focused on two things, that was the second component of

3    the study.  It also focused on public opinion as it to

4    different political groups, but also had  a component that

5    dealt with violence, aggression, and political behavior through

6    this means.

7            MR. BERRY:  At this time I would like to move Exhibit

8    7 into evidence.

9            MR DISPOTO:  No objection.

10           THE COURT:  7 is admitted without objection.

11       (Whereupon Defense Exhibit 7 was marked for evidence.)

12   BY MS. MILITELLO:

13   Q.  Going back to Defense Exhibit 6, your dissertation and

14   monograph which was peer reviewed, could you give us a short

15   summary of what your almost two years of work entailed

16   regarding that piece?

17   A.  Yes, I can.  The research ultimately concludes that meaning

18   is constructed in numerous ways and the meaning that comes out

19   of high conflict expression around contentious political issues

20   often depends on the ways in which people communicating with

21   one another have developed preexisting social contexts to

22   understand the communication.  It deals with -- it depends on

23   linguistic and rhetorical communications and factors involved

24   in the communication itself.

25       It deals with the ways in which -- or the meaning stems

1   from the way that people tap into or communicate around issues

2   with a certain political history, so, engagement in preexisting

3   political debates.  It also depends quite a bit on the platform

4   in which the media takes place, so whether that communication

5   takes place online, offline, or in a hybrid format.

6   　　The research looks at ways that people on either side of

7   contentious social issues tend to make meaning in different

8   ways using those bits of context.  It is a deeply sociological

9   study of communication environments.

10  Q.  Thank you.  Dr. Fuller, if you had to just -- you have this

11  Ph.D. in speech, and that could mean so many things, and you

12  gave us already sort of a brief summary of what your specialty

13  was, but would you characterize your specialty as one that is

14  of someone who analyzes high conflict violent aggressive

15  speech?

16  A.  Yes, that is my primary area of expertise, someone who

17  analyzes through qualitative methods high conflict political

18  expression in the United States.

19  Q.  We talked about the qualitative methods.  Those are the

20  methods accepted within your field?

21  A.  Yes, they are.

22  Q.  Did you also author Defense Exhibits 4 and 5, what I call

23  them Law Review articles.  I think they were published in law

24  journals.  Defense Exhibit 4 being Evaluating Intent in True

25  Threats Cases, and Defense Exhibit 5 being The Angry

1    Pamphleteer:  True Threats, Political Speech.  I abbreviated

2    the title, but did you author those two Law Review articles?

3    *A.*  I did.  The first article, Evaluating Intent in True Threat

4    Cases, is a traditional Law Review article accepted by the

5    editorial board at the Hastings Communication and Entertainment

6    Law Journal.  The second article is a peer reviewed -- double

7    blind peer reviewed study that was published in a journal

8    called Communication Law and Policy that has different

9    editorial standards than blind peer reviewed Law Reviews do.

10   *Q.*  Okay.  In terms of these two articles that you published,

11   how do they differ from the firsthand research that you did in

12   your dissertation?

13   *A.*  The first, Evaluating Intent in True Threats Cases, is a

14   more traditional doctrinal study of the way that Courts tend to

15   decide and interpret preexisting case law on the intent

16   question in true threats cases, so it is a legal study related

17   to those legal issues.

18       The Angry Pamphleteer case involves more semantic analysis

19   than qualitative analysis, using one factual scenario and a

20   counter factual to do a more in-depth study of the frameworks

21   that Courts bring to bear on communication through online

22   platforms, so it is a comparative analysis of those subjects.

23            *MS. MILITELLO:*  At this time I would move into

24   evidence Defense Exhibits 4 and 5.

25            *MR DISPOTO:*  No objection.

```
 1            THE COURT:  Defense Exhibits 4 and 5 are admitted
 2     without objection.
 3        (Whereupon Defense Exhibits 4, 5 were marked for evidence.)
 4     BY MS. MILITELLO:
 5     Q.  Is it fair to say that Defense Exhibit 4, your Law Review
 6     article, is using more of traditional legal analysis, such that
 7     we might be familiar with here in the court system, whereas
 8     Defense Exhibit 5, The Angry Pamphleteer, uses some of the
 9     sociological elements of your expertise and studies in
10     combination with your legal background?
11     A.  That is fair to say.  If you put the two on a continuum,
12     the first is a far more traditional legal analysis and involves
13     some methods related to semantic analysis, but it is more
14     traditional legal work than the monograph and the more recent
15     publications.
16        So, I guess you could say that the use of qualitative
17     methods to answer some of these questions about communication
18     and meaning has matured over the years.
19     Q.  Okay.  Does your research and education in scholarly review
20     provide insight into how a reasonable person might view high
21     conflict speech, aggressive speech, violent speech?
22     A.  Yes, because it is grounded in the sociological research as
23     well as the theoretical work that has come before -- the
24     theoretical traditions that have come before in my work that
25     goes farther than simply the plain meaning of language and
```

1    deals with other forms of meaning making communication, and

2    elements of communication that are considered when people --

3    when people encounter high conflict expression around

4    contentious political issues.  So it brings additional elements

5    to bear on those questions.

6    Q.  Okay.  So, when you say it brings additional elements to

7    bear, is it fair to say, then, that you have primary expertise

8    in evaluating how individuals perceive threats?

9    A.  Yes, that is fair.  Primarily through the qualitative

10   methods that I have engaged in to understand various aspects of

11   political rhetoric that are encoded in the ways that people

12   tend to speak online, and I think the most important part of

13   this is understanding patterns that may not be evident to the

14   lay person and patterns of communication that are the result of

15   doing these studies.

16       This is not the type of thing that someone would be able to

17   discern in terms of broad and more generalizable patterns if

18   they just looked at a single communication.  It takes a deeper

19   level of study to arrive at these conclusions.

20   Q.  Okay.  So, not to minimize your education or research or

21   expertise, but that was going to be one of my next questions,

22   is, what makes your experience different, or what can you bring

23   to the Court that is different than someone -- your average

24   social media user with experience on Facebook or TikTok?

25   A.  I bring a level of scientific rigor and training and the

1   methodologies, as well as the social environments that are at

2   the heart of this case, and some of the factual matters that

3   involve online political participation and engagement in

4   political controversial speech in the United States, primarily

5   through the deep case studies and interviews and ethnographic

6   field work.

7   Q.  I sort of quickly breezed past your educational background

8   and the classes that you mentioned, but is it fair to say,

9   outside of your primary research, that you have both studied

10  and read the other research in this area and the other peer

11  reviewed publications regarding this topic of your expertise?

12  A.  I have not read it all, but I have read quite a bit of it,

13  particularly as it relates to high conflict political

14  expression since that is the core of my research area.

15  Q.  Okay.  And you have taken classes related to this area as

16  well?

17  A.  I have.  I have taken classes in sociological research

18  methods and additional course offerings in freedom of

19  expression, additional course offerings in qualitative

20  sociology, and sociological theory as well.

21     These are courses that are offered only at the Ph.D.

22  granting level at the institutions I have attended.

23  Q.  Okay.  Have you reviewed the videos that are subject to the

24  indictment in Ms. Kaye's case?

25  A.  Yes, I have reviewed them.

1    *Q.* I say videos, have you reviewed more than one version of

2    the video in the indictment?

3    *A.* Yes, I reviewed three videos. One is a video that appears

4    to be posted to TikTok with sound, one appears to be the same

5    video without sound, and I reviewed a shorter video that was

6    posted elsewhere that is 50 seconds and has no sound and is

7    different than the first two with both audio and visually.

8    *Q.* Are the videos largely substantively the same?

9    *A.* Largely, but they also have distinctions, some of which I

10   mentioned before, but others that we perhaps will get into.

11   *Q.* Are they -- just so we know what we are talking about --

12   sort of the same videos -- did you review the indictment in

13   this case?

14   *A.* Yes.

15   *Q.* Okay. And do the videos involve a threat to either

16   exercise Ms. Kaye's Second Amendment rights or a threat to

17   shoot the FBI?

18   *A.* My conclusion is that they do not. The videos included

19   references to the Second Amendment and included references to

20   the FBI, but my conclusion is that they did not contain a

21   threatening message to exercise those rights in that way.

22   *Q.* I asked you a poor question. I just wanted to talk about

23   the topic contained in the video. These are the same videos we

24   are talking about?

25   *A.* Yes, they are the same.

 1   *Q.*  That is my next question.  Well, do you have training in

 2   what is -- in how people perceive things as being a threat, and

 3   then do you have training and expertise as to what is a true

 4   threat?

 5   *A.*  Yes, both of those areas of expertise by virtue of my

 6   training.

 7   *Q.*  I think you just answered this, but to be clear, do you

 8   believe that Ms. Kaye's video constitutes a true threat?

 9   *A.*  There are three videos in the case that I reviewed, and I

10   conclude that neither of the three videos contains a true

11   threat.

12   *Q.*  And to be very clear, will you give testimony about the

13   second element required under this statute for a conviction,

14   which is that the Defendant sent the message with the intent to

15   communicate a true threat, or with the knowledge that it would

16   be viewed as a true threat?

17       Do you plan on giving any testimony regarding the

18   Defendant's intent or knowledge?

19   *A.*  I cannot definitively conclude Ms. Kaye's intent or

20   knowledge or her state of mind, so I will not give such

21   testimony.

22   *Q.*  When we talk about your conclusion that these videos do not

23   constitute a true threat, how do you reach that conclusion?

24   *A.*  The conclusion here stems primarily from the communication

25   itself, and not from the intent of the speaker at all.

1        I reach that conclusion by analyzing and comparing these

2    videos to one another, as well as to other communication in

3    high conflict political arenas across four key domains.  One

4    domain is the area of linguistics or rhetoric, kind of the

5    words, the turns of phrase, and the raw communication.

6        The other is the media context in which those

7    communications took place, so the platforms and the conventions

8    and norms associated with those platforms.

9        A bit on the social context, or perhaps lack of social

10   context in these videos, sort of analyzing what the audience

11   appears to be, the way the audience tends to participate with

12   the communication or respond to the communication, including

13   when and how those communications took place, and then the

14   political history in which the communications -- that the

15   communications tap into.  So, the ways in which the

16   communication appears to enter a preexisting political debate

17   in the public square.

18       There are four key domains here about how one makes meaning

19   and how one would reasonably interpret both the dominant

20   meaning of the speech and its underlying meanings of the speech

21   that ought to be weighed against one another when determining

22   the ultimate conclusion.

23   Q.  I am going to try to start on a fundamental level and break

24   down each of these categories.

25       I would like to start with the political history and

1  political speech aspect, what you mentioned as the fourth

2  category.  Let's start there, and very broadly, how would you

3  define political speech?

4  A.  Broadly, political speech is the ways in which people

5  participate in debates about policy issues, rights, systems of

6  Government, regardless of what those are.  That is -- the broad

7  definition is individual's engagement with core aspects of

8  governance, whether it be self governance all the way

9  authoritarianism.  Political speech is that engagement.

10 Q.  You mentioned the pattern and history of political speech.

11 Could you go into what that is in this country?

12 A.  Sure.  In many ways offensive, caustic, and in some cases

13 violence tends to political speeches at the heart of

14 our tradition in the United States of America.  It is as

15 American as apple pie in some ways.

16     The early colonial period was quite violent.  The period of

17 antebellum United States and reconstruction was also quite

18 violent.  The period of labor rights protesting in the early

19 1900's all the way to the civil rights movement of the 1950's,

20 '60's, and the political debates in which we find ourselves

21 today, violent political expression or the use of violence as a

22 rhetorical device is part and parcel to that political

23 tradition dating all the way back to the framers and the

24 founders, such as Thomas Jefferson, moving all the way to civil

25 rights leaders such as Charles Evers, and today our current

1    political figures, many of whom are in office.

2    *Q.*  To break that down a little bit, when you talk about we

3    have this history of violence, you are specifically talking

4    about a history of violent expression; is that right?

5    *A.*  I am.  The political arena in the United States of America

6    tolerates violent expression used as a rhetorical device.  It

7    is quite common place, actually, for rhetoric that may appear

8    to be violent on its face to be accepted and tolerated as part

9    of political engagement in high conflict spaces.  This is in

10   some of the spaces I have studied.

11       Those rules of engagement, those rules and norms about the

12   way people discuss and fight about political issues is part of

13   our tradition and discourse in the United States.

14   *Q.*  You mentioned Thomas Jefferson.  Are you familiar with

15   Defense Exhibit 8, his letter published in the Library of

16   Congress to William Smith?

17   *A.*  I am familiar with that letter, I have referenced it

18   several times.

19   *Q.*  Do you believe that that letter is accurate as it has been

20   preserved in the Library of Congress?

21   *A.*  I believe it is accurate as it has been preserved there, in

22   the Library of Congress, yes.

23   *Q.*  Okay.  Is that letter an example of violent rhetoric used

24   by one of our founding fathers?

25   *A.*  Yes, it is.  This is a letter in which Thomas Jefferson

```
 1   says -- I may not quote it perfectly, but says that the tree of
 2   liberty shall be replenished or are refreshed from time to time
 3   with the blood of tyrants.  So this is quite plainly tapping
 4   into violent imagery for the purposes of communicating a
 5   political viewpoint.
 6       I can't really say the purposes that Thomas Jefferson had,
 7   but I interpret this to be the engagement on a political
 8   subject, specifically tyranny in the colonial period.
 9           MS. MILITELLO:  At this time I would like to move into
10   evidence as a demonstrative aid Defense Exhibit 8.
11           MR DISPOTO:  No objection.
12           THE COURT:  Did you want it admitted as evidence?  Or
13   if it is demonstrative, it doesn't necessarily need to be
14   admitted as evidence.
15           MS. MILITELLO:  I really think these examples all are
16   just demonstrative of Dr. Fullers' testimony.  They are just
17   examples that we would present, so I don't think -- I think
18   potentially they could be admitted as actual evidence, but I
19   don't think they need to be.  I think they are just
20   demonstrative of the various examples.
21           THE COURT:  No objection to it being used for
22   demonstrative purposes?
23           MR DISPOTO:  No, your Honor.
24           THE COURT:  I will have it marked only for
25   demonstrative purposes.
```

1       *(Whereupon Defense Exhibit 8 was marked for*

2       *identification.)*

3       BY MS. MILITELLO:

4       Q.  From your education and research, and I think you briefly

5       answered this, but has our tradition of violent rhetoric for

6       political purposes continued since Thomas Jefferson over the

7       last couple hundred years?

8       A.  Yes, it has.  It is clear from many examples that in the

9       United States of America violent rhetoric is used to

10      communicate political viewpoints, as is evident not just in

11      case law, but also in literature.  So other academic peer

12      reviewed studies on far right groups, on white supremacist

13      groups, but also my research as well on ideological groups such

14      as pro choice advocates and pro life advocates as well, that

15      the language in the political arena does often veer to violence

16      to communicate a viewpoint.

17      Q.  You mentioned politicians today.  Are you familiar with or

18      did you observe any of former Present Trump's impeachment

19      trial?

20      A.  I did.  I watched some of that trial in real time and also

21      reviewed videos that were presented at that trial, after that

22      trial took place, and have seen clips from that impeachment

23      trial in other venues as well.

24      Q.  Okay.  And so, have you reviewed the compilation of threats

25      or violent statements that was admitted by the Trump defense

```
 1    during his impeachment trial and that has been marked as

 2    Defense Exhibit 9?

 3    A.  I have reviewed that document.  I also conclude that those

 4    are not considered true threats of violence, but I think that

 5    may be beside the point.

 6        I have reviewed that document, yes, I have.

 7    Q.  Okay.  You reviewed it.  Are you familiar with most of the

 8    statements on that compilation?

 9    A.  Yes, I am familiar with them.

10    Q.  Okay.  Are those statements examples -- I know you said you

11    don't believe they are true threats, but are they examples of

12    conflicts and violent aggressive rhetoric used to make

13    political statements?

14    A.  Yes, they are.

15            MS. MILITELLO:  At this time, similarly, we would use

16    Defense Exhibit 9 as a demonstrative.  I know the Court has

17    reviewed it, so I won't publish it.

18            MR DISPOTO:  No objection.

19            THE COURT:  Exhibit 9 is marked only for demonstrative

20    purposes.

21        (Whereupon Defense Exhibit 9 was marked for

22    identification.)

23    BY MS. MILITELLO:

24    Q.  You mentioned the town square.  Again, if we can back up

25    for a minute, what is the town square and why is that important
```

1   when you are talking about political speech?

2   *A.*   In the pre-digital age, when individuals wanted to

3   communicate broadly to members of their communities and to

4   their publics one of the common places they would do that is in

5   the literal town squares and the courthouse and other open

6   public forums.

7       Over time, of course, as technology has given us the

8   opportunity to engage with each other in new domains such as

9   social media platforms, the aspects of the town square related

10   to open and rancorous and heated debate have in many ways moved

11   online, and some of the social tolerance for that heated debate

12   has followed with it, so that the town square now -- and Courts

13   have pointed this out, but also sociologists as well, the

14   metaphorical town square and the metaphorical public

15   discourse -- or the public discourse that takes place there is

16   essentially just an extension of these pre-digital times.

17       We very much moved most of our lives into social media

18   platforms to do everything from shopping to engaging in

19   political debate.

20   *Q.*   Okay.   So, is it fair to say that Facebook, Instagram,

21   TikTok, they are the new town square?

22   *A.*   Yes, I think that is fair to say.

23   *Q.*   Could you talk a little bit -- you mentioned this concept

24   of tyranny as it relates to Thomas Jefferson, but is there a

25   pattern or history in political speech invoking the Second

1   Amendment in response to tyranny or perceived acts of tyranny?

2   *A.* Very much so.  Many political figures, both elected and not

3   elected, have invoked the Second Amendment as a means of

4   expressing political discontent with Government, and discontent

5   with Government overreach, and so we have seen numerous

6   examples of this from people both vying for public office all

7   the way up to the highest office in the United States, the

8   presidency.

9      So, the invocation of Second Amendment rights is very much

10   one of the areas where a reference to force is used in part of

11   political debate.  It is quite common.

12   *Q.* You said we have seen examples at all levels of this,

13   including the highest levels in the United States.  Could you

14   tell us what some of those examples are?

15   *A.* Yes.  One example is Wendy Rogers from Arizona referenced

16   the Second Amendment as it relates to defending one's self

17   against, quote, forced vaccination, I believe.  Sharron Angle

18   is a Nevada Representative that referenced Second Amendment

19   remedies to, quote, cure the Harry Reid problem, Harry Reid is

20   a Senator in Nevada, and invoked Second Amendment remedies,

21   again, is, I believe, and the -- largely to express discontent

22   for a political opponent and that political opponents'

23   policies.

24      The former President of the United States, Donald Trump,

25   has referenced Second Amendment people, kind of an invocation

1    of folks who agree with full-fledged Second Amendment rights to

2    things like open carry and right to bear arms, as a means of

3    expressing political discontent with Democratic opponents.  It

4    is quite common to see it uttered in the political arena.

5    Q.  You mentioned Wendy Rogers.  Is that what is submitted as

6    Defense Exhibit 12?

7    A.  Yes.  It is a screen capture from Wendy Rogers' Twitter

8    account.

9           MS. MILITELLO:  At this time I would submit it as a

10   demonstrative aid.

11          THE COURT:  Any objection?

12          MR DISPOTO:  No objection.

13          THE COURT:  Exhibit 12 is marked only for

14   demonstrative purposes.

15      (Whereupon Defense Exhibit 12 was marked for

16   identification.)

17   BY MS. MILITELLO:

18   Q.  Speaking of invoking one's Second Amendment rights, are you

19   familiar with the Charlton Heston video from the NRA meeting

20   that is marked as Defense Exhibit 11?

21   A.  Yes, I am very familiar with that video.

22   Q.  Could you tell us a little bit about that video and the

23   statement made against a candidate, Al Gore?

24   A.  Yes.  That video was taken at an NRA meeting, and in that

25   meeting Charlton Heston, the actor and I believe former NRA

1  president or one of the officers of the National Rifle

2  Association, uttered -- and one of his quotes that he uttered,

3  he called them fighting words, directed them at Al Gore and

4  said, "with my cold dead hands," and then raised a rifle in the

5  air.  This was obviously a reference to the use of arms, again,

6  to communicate disfavor with gun control advocate Al Gore at

7  that time.

8  *Q.*  And at this point, is it fair to say that video occurred a

9  couple of decades ago?

10  *A.*  Yes.

11  *Q.*  Does that sort of fit into this continuing evolution of the

12  invocation of the Second Amendment against perceived acts of

13  tyranny?

14  *A.*  It does follow in that evolution, it follows in that

15  history.

16      *MS. MILITELLO:*  I would submit as a demonstrative aid

17  Defense Exhibit 11, the video from the NRA meeting.

18      *MR DISPOTO:*  No objection.

19      *THE COURT:*  That is marked only for demonstrative

20  purposes.

21    *(Whereupon Defense Exhibit 11 was marked for*

22  *identification.)*

23  *BY MS. MILITELLO*:

24  *Q.*  Okay.  Now going back to Ms. Kaye's case specifically, you

25  said the fourth category was that her video fit into this

1  history of political speech.  Can you explain how this category

2  or analysis worked into your view that Ms. Kaye's videos are

3  not a true threat?

4  *A.*  There are two ways that Ms. Kaye's video invokes an ongoing

5  political debate, one of which is by the immediate reference at

6  the beginning of both videos to patriots, and so the word

7  "patriot" is commonly used as a call to a specific audience of

8  like-minded people with a political viewpoint.

9     The definition of patriot can shift, of course, but the

10  invocation of that word communicates a reference to political

11  patriotism, so that is one aspect of the rhetoric that does

12  that.

13     The other is -- and this is where the language differs

14  across the two videos a little bit, but one, in this case the

15  video discusses exercising First Amendment rights, right to

16  counsel, and right to the Second Amendment.  Also, in another

17  video it discusses knowing one's rights.  She says, I know my

18  rights to the First Amendment, freedom of speech, and Second

19  Amendment rights as well.

20     So, these are elements that one sees and that I have seen

21  in the field study work of couching other statements in the

22  context of, or against the backdrop of exercising rights

23  against Government's perceived overreach.  So this seems to

24  follow that pattern of engaging in political debate by invoking

25  those concepts.

1    *Q.*  Does her statement about the persecution of a four star

2    general also lend to any political nature of the speech?

3    *A.*  It does in the sense that -- I can't know exactly the --

4    which four star general, I believe it to be Mike Flynn, and

5    during the time that this video was created and years leading

6    up to the video, Mike Flynn was the subject of prosecution by

7    Federal law enforcement.

8         So, what that does is, that indicates the participation in

9    a contentious political debate along different sides of that

10   political issue about Government overreach yet again.

11   *Q.*  And does the statement identify her as being part of any

12   particular political group?

13   *A.*  Yes.  That sort of statement tends to be associated with

14   folks who are along the right wing of the political continuum,

15   so it would identify that someone is ideologically oriented

16   toward conservatism and right wing political beliefs.

17   *Q.*  You said earlier that when you analyze political speech you

18   look to what the dominant purpose of the speech is.  Can you

19   give us a little bit more background as to how you analyze --

20   what you mean by that, the dominant and subordinate meanings,

21   and how you determine whether something is in fact political

22   speech?

23   *A.*  Yes.  Statements in all aspects of our lives carry -- have

24   the ability to carry multiple meanings, and one of the critical

25   aspects of determining whether speech has the ability -- or has

1    the result of threatening, causing fear, causing some sort of

2    emotional distress is determining through context what the

3    dominant meaning of the speech is versus other layered

4    subordinate meanings.

5        For example -- would you mind if I give an example from my

6    field work?  Is that helpful?

7    Q.  Yes.  Go ahead, please.

8    A.  For example, in my field work during abortion clinic

9    advocacy there is a series of field notes and qualitative

10   analyses around a series of statements uttered by pro life

11   advocates at the abortion clinic where the advocates were in

12   front of the clinic and repeating the words quite loudly and

13   pointed at -- or directed at individuals going into and

14   emerging from the abortion clinic, saying and repeating, you

15   will feel the blood, you will feel the blood.

16       Through qualitative analysis and ethnographic field

17   observation of those comments, the -- it turns out that that

18   statement has multiple meanings depending on listener,

19   depending on context, and depending on speaker, and one of the

20   meanings, which could quite possibly be its dominant meaning,

21   and this was determined through in-depth interviews with these

22   folks, was determined to be a reference to the blood of Jesus

23   Christ.

24       So it had evangelical overtones that would not be

25   understandable to the common person walking through unless they

1    had an orientation around that particular use of language, that

2    convention, those social norms, and the norms of that group

3    uttering that speech.

4        So, in much the same ways, references to Second Amendment

5    rights or Second Amendment remedies, or references to firearms

6    or weapons are quite commonplace in the political dialogue of

7    certain groups, but would be quite foreign and subject to

8    misunderstanding from others.

9        No one can definitively say that a statement has exactly

10   one meaning, but one can say that language and communications

11   like this are quite complex, more complex than they would seem

12   just from the plain meaning of the words.

13           THE COURT:  Can I interrupt you for one moment.  We

14   are going to take a very brief recess.  We will be in recess

15   for five minutes.  I will instruct Dr. Fuller not to discuss

16   your testimony with anyone.  I will turn the video and audio

17   off and we will come back in five minutes.

18       (Thereupon, a short recess was taken.)

19           THE COURT:  Okay, we can resume.  Sorry about that.

20           MS. MILITELLO:  Okay, thank you, Judge.

21   BY MS. MILITELLO:

22   Q.  Dr. Fuller, you mentioned the word context when talking

23   about evaluating whether something is political speech.  Could

24   you talk about what context means.  We're not in the community

25   standards arena of obscenity, so what does context mean in

1    terms of a threat analysis and also in terms of what makes

2    something political speech?

3    A.   In both of those areas context means all of the

4    circumstances, all of the relevant circumstances surrounding

5    the communication, everything from the plain language that is

6    used, as well as statements, different cultural meanings.  The

7    English language, like many languages, has words that mean many

8    different things depending on how those words are oriented.  So

9    the linguistic construction of language is one piece of that

10   context.

11       The social context in terms of the actual makeup of an

12   audience, the audience behavior, the audience reaction to a

13   piece of language or a communication, the media or physical

14   environment in which the communication is uttered.

15       So, for instance, the difference between the dinner table

16   and the basketball game, that is a piece of the physical

17   context, and also with mediated communication, the difference

18   between different platforms and what they afford the speakers

19   the opportunity to do and the choices that they can make with

20   respect to their communications, and then, much of the

21   surrounding history and political context that we have already

22   covered.

23   Q.   All right.  Unless you have anything to add as to the

24   political history and speech category, I am going to move on to

25   linguistics, which is the second category that you mentioned.

1    *A.*   The only thing I would add about the like political

2    engagement, it relates -- I think it is important to understand

3    that these contextual elements interplay, they are interwoven

4    with one another.  The political history and context can often

5    depend on things like -- or the linguistic meanings can often

6    depend on the political context in which something is uttered.

7         An example of this is the video that is used as the

8    demonstrative aid related to the political figure speech that

9    was played at the Trump impeachment hearing.  One of the

10   aspects that is present in those speeches, and present in that

11   video, is things like repetition as a rhetorical device, the

12   nature of a stump speech, different ways of expression or

13   exacerbation that have to do with the flow or rhythm and

14   communication behaviors of the speakers themselves.

15        All of that is relevant to context, and is an aspect of

16   that context, so that is also relevant here.

17   *Q.*   Okay.  I think we should talk about linguistics before we

18   talk about how that is relevant here.

19   *A.*   Sure.

20   *Q.*   Talk to me about linguistics, why that is a category that

21   you think is relevant in determining that this isn't a threat.

22   *A.*   It is relevant here because, like I mentioned before we

23   took the break, words carry multiple meanings, and phrases as

24   they are constructed could mean different things.

25        One of the aspects of meaning making in this case,

```
 1    especially as it is relevant to the affect that communications
 2    have on different audiences is the invocation of the audience.
 3    When they invite someone to listen, who they are inviting
 4    linguistically, like who is called to listen, is an aspect of
 5    meaning making, essentially, is one speaking to their political
 6    adversaries or are they speaking to their political friends.
 7    That can matter quite a of the bit, is someone speaking to a
 8    family member versus a stranger.
 9        So, the ways in which speakers communicate those offers for
10    an audience to engage with them is an aspect of linguistic
11    meaning that is important.
12    Q.  Okay.  In Ms. Kaye's case, does her speech indicate who she
13    is speaking to?
14    A.  In the videos, it's my recollection the videos reference
15    TikTok patriots.  Given that at least one of Ms. Kaye's social
16    media accounts is titled Angry Hippie Patriot, that is a
17    reference -- in my conclusion, based on other similarly
18    situated political environments, that is a reference to someone
19    who is like minded.
20        Groups identify themselves by their names and their
21    monikers, and it appears that Ms. Kaye is also identifying
22    herself through her moniker and that opening invocation to
23    invite whomever she classifies as patriots.  These are the
24    folks who appear to be the audience for the communication based
25    on that word and the way it is uttered.
```

39

1   *Q.* And you said that that audience was important when you were

2   looking at the linguistics.  How so, and why?

3   *A.* Well, it is important legally because of factors from the

4   Watts case that you all talked about in legal argument, I am

5   sure, and I know, but it is also important in terms of meaning

6   making in the actual social environment of the speech.

7       So, understanding who it is that interacts with Ms. Kaye's

8   speech and expression is relevant to understanding the multiple

9   meanings that can come with her speech and expression because

10  audiences have different ways of speaking to one another.  One

11  common way we talk about this is code switching.  People tend

12  to take on dialects, rhetorical conventions, and other aspects

13  of their speech in some settings that they would not in other

14  settings based on their familiarity, intimacy, and knowledge of

15  the people who they are talking to.

16      I am speaking very differently today in court today than I

17  would if I was watching March Madness with my friends.  That is

18  an aspect of our cultural behavior.  This is a core aspect of

19  linguistic context as well, understanding the ways that those

20  functions actually create meanings of speech.  The words are

21  not enough, basically.

22  *Q.* Okay.  So, then, when looking at Ms. Kaye's words, are

23  there any other indications that she is speaking to sort of

24  like-minded individuals?

25  *A.* Yes.  Something we covered a moment ago was the reference

1   to a persecuted general.  This is where these aspects of

2   context can into one another and interrelate, but that is an

3   indicator of an ongoing dialogue that is signaled by a

4   linguistic choice, and that linguistic choice -- or rhetorical

5   choice, I should say, is to make that choice to engage in that

6   ongoing political debate is relevant to the overall meaning of

7   then communication in its entirety.

8       The more that someone uses those rhetorical functions, the

9   more likely it is that their dominant meaning of speech is

10  politically oriented.  The less we see that, the less likely it

11  is.  You can view this element on a bit of a continuum.  The

12  more present those factors are of political indicators

13  linguistically, the more likely it is to be an attempt to

14  engage in political speech, regardless of if we know the deep

15  intent in someone's mind set.

16  *Q.*  Okay.  And so, not talking about Ms. Kaye's intent, but you

17  mentioned so many times that your research focuses on meaning

18  making.  What does meaning making mean?

19  *A.*  Meaning making is hard to define without just using the

20  words.  It is the way that human beings in communication with

21  one another derive multiple layered meanings from the same

22  communication, the way that people tend to interpret certain

23  aspects of communication to take on different meanings based on

24  context.

25  *Q.*  Okay.  Now, have you either conducted research yourself or

1    reviewed scholarly research about any sort of tendencies of

2    people in how they convey political speech using anger or

3    violence?

4    A.  Yes, I have.

5    Q.  Are there any trends that people do to create meaning to

6    their speech using anger or violence that you can inform us

7    about?

8    A.  Yes.  The research that I have relied on tends to show that

9    individuals engaged online with political adversaries tend to

10   be more tolerant and more approving of violent rhetoric as it

11   relates to their political opponents and less as it relates to

12   their political friends or people with whom they are aligned.

13       What that says in basic terms is that in adversarial

14   political discussions violence is far more -- as a rhetorical

15   device is far more tolerated as a means of expressing approval,

16   and we see that in the most recent peer reviewed study that has

17   been admitted, we see that in the form of approval via Facebook

18   likes, as well as comments that are appended beneath a call for

19   a forceful act.

20   Q.  Okay.  So, let's just try to explain that a little bit

21   more.  Do people -- you talk about how people sort of tolerate

22   or understand violence depending on their political

23   allegiances.  Is that fair to say?

24   A.  Uh-hum.

25   Q.  So, people who are like minded or more tolerant of violent

1    or aggressive speech -- what do you mean by tolerant?  Does

2    that mean that they don't view it as a real threat?

3    *A.*  That is correct.  They don't consider it to be a

4    transgressive behavior, it is part of the norms of political

5    hyperbole in those situations.  It tends to be understood by

6    folks who are like minded as a rhetorical device and not as a

7    serious communication.  That is the patterns that appear around

8    high conflict political participation.

9        Where this can be turned on its head a little bit is where

10   political adversaries are often -- I have seen in this my

11   research, political adversaries are quicker to call speech

12   transgressive or threatening or menacing when uttered by a

13   political opponent.  You can say they are more sensitive to

14   those things, also, and this is quite interesting, use that

15   labeling as a means of political combat in a way.

16       Basically saying -- one of the ways that folks silence one

17   another online is calling another person's political expression

18   transgressive in some way, violating community standards or

19   community norms, and that is now part of the discourse as well.

20       One thing that I have seen and my colleagues have seen in

21   online spaces that is especially important since more of that

22   communication is moving digital.

23   *Q.*  And so in this case, you mentioned that Ms. Kaye's speech

24   is more far right.  Then, would it be fair to say that someone

25   who sees themself on the left is more likely to view her threat

1    as being -- or her speech -- would they view her speech as

2    being a threat?

3    A.   I can't say what they are more likely to view it as, but

4    they are more likely to act in a way that flags the speech or

5    reports the speech, or calls it a social transgression of some

6    kind.  They are more likely to take action to silence the

7    speaker.  I can't rightly say what they would think about it,

8    but their behaviors are patterned in way.

9    Q.   Your research bears that out?

10   A.   Yes, very much so.  People who engage in -- like I

11   mentioned a couple of times, one of the most vehemently fought

12   political debates in the United States is that of abortion

13   rights, abortion access, pro choice, pro life, and my research

14   bears that out as well in exactly this way.

15   Q.   Can you give a short explanation of how your research bears

16   that out?

17   A.   Yes.  My research documents patterns of behavior along this

18   political debate and tracks very closely and analyzes the

19   behavior of people engaged in the debates, to document patterns

20   in the way that they report certain speech versus others, and

21   the speech that they tolerate from other folks versus speech

22   they do not tolerate.

23   Q.   Can you give us a concrete example in one of the abortion

24   cases?

25   A.   Yes.  For example, in one of those cases a -- there is one

particular figure who is pseudonymous in my field work and they

will remain pseudonymous to protect their privacy.  I am trying

to remember the pseudonym I have gave him.  Trent.  There is a

person named Trent in those field notes and he often dresses in

Army fatigues and dresses in militant -- with military

insignia.  I believe he identifies himself as a veteran and

discusses in quite violent terms harm that will occur to people

if they do not repent or do not stop providing abortion related

services, and includes discussions of harms that might occur.

Patient clinic escorts, the women and men who walk people

into abortion clinics or out of abortion clinics, and the ones

specifically at that site, if they are not steeped in the site

itself, so if they are newcomers to the site, they are much

more likely to report that speech as harmful or as threatening

and call the police than they would be if they know the

speaker, or they would be if they were politically aligned with

the speaker.

When they are new to the environment and see it without any

grounding or any context they are much more likely to respond

in the way I described.

Q.  Not to have you give legal testimony as to the legal

holdings in Watts, but in terms of the facts of Watts, do we

see some of that as well in terms of who Watts was speaking to

and who reported the alleged threat?

A.  We do.  The person who reported the alleged threat is an

1   undercover Marshal, and the primary audience in Watts was

2   members of the W. E. B. Du Bois Club engaged in a political

3   discussion of police brutality in the Vietnam War.

4   Q.  To followup on that, was it the case that Watts' intended

5   audience of his like-minded people, as far as we know, did not

6   report the statements as threats, they reacted favorably,

7   whereas the undercover who was not truly part of that group had

8   a very different reaction?

9   A.  We know that they responded with laughter, we know that

10  there is no evidence that anyone assembled in that town square,

11  the National Mall, reported it as a threat to the FBI or any

12  other Federal law enforcement.

13  Q.  Okay.  So, is that sort of in keeping with what you found

14  to be true?

15  A.  Yes.  One of the things that I found that matters quite a

16  bit is that the greater the social ties to a speaker, the more

17  that a person follows along to that person's accounts or knows

18  that person even in just the digital world, they don't have to

19  know them intimately in the physical world, but the more

20  familiar they are with the speaker, much less likely -- or the

21  less likely they are to report harm from that speech, even if

22  the speech is functionally equivalent to something that would

23  be reported as threatening by an outsider or a member of a

24  political out group.

25  Q.  You mentioned some of the linguistic flourishes, so what is

1   a linguistic flourish?

2   *A.*   A linguistic flourish is a part of speech or expressive

3   behavior that is used in addition to the words that are used.

4       For instance, a sigh or a pause or a gruff or a snort or

5   something like that, those are linguistic and rhetorical

6   flourishes.

7   *Q.*   Now, did you see any linguistic or rhetorical flourishes

8   that are consistent with patterns of high conflict speech?

9   *A.*   Um-m-m, yes, primarily the one that we discussed where we

10  are invoking an intended -- or a specific audience, I don't

11  know if intended, but invoking a specific audience.

12      One that is not necessarily key to high conflict speech,

13  but is key to political speech or political theater is the

14  words such as I really need a drink, or I am going to have to

15  have a drink, or I need a drink.  Those are the types of things

16  that are used in political expression to show exasperation, not

17  just political, but around the dinner table sometimes as well.

18  These are common parts of speech.

19      There is a moment in the video, or at least in one of the

20  videos where there is a sigh that Ms. Kaye makes, I think after

21  taking a swig of a beverage, and says ahhhh (indicating),

22  something like that.  Those are commonplace when engaging in

23  these types of colloquial intimate familiar discussions with

24  like-minded people.

25  *Q.*   What about the invocation of her rights?  We talked about

1  the Second Amendment right, but you said she also mentions the

2  First Amendment right.  Is there any reason to believe that

3  one's invocation of their rights is part of a pattern or is it

4  indicative of political engagement?

5  A.  Yes.  In much the same way that field work bears out the

6  invocation of abortion rights or rights of the unborn or

7  something like that, the invocation of those rights tends to

8  color the dominant meaning of the speech more broadly for

9  people who understand what those rights are.  That is very

10 important as well.  In field work, if someone is unfamiliar

11 with the reference to the political issue or the rights issue

12 then the statement has no meaning, or its meaning is something

13 else entirely.

14     To the extent that people invoke rights such as First

15 Amendment, Second Amendment, rights to privacy, and things of

16 that nature, that is an important dominant linguistic function

17 that is used and that is part of the meaning making process,

18 tapping into these other preexisting debates, and that is one

19 of the linguistic ways someone would do that.

20 Q.  You mentioned linguistics as being a reason you don't think

21 this is a threat.  You mentioned some of those patterns.  Are

22 there others or have we covered linguistically primarily why

23 you think Ms. Kaye's videos are not a true threat?

24 A.  Those are all the linguistic functions that I identified in

25 the videos that are relevant here.

1  *Q.*  I want to ask you about the linguistic history if the Court

2  will permit either saying --

3      *MS. MILITELLO:*  It is the F word.  I don't know if the

4  Court wants me to use the actual word in this hearing or what

5  the Court's preference is.

6      *THE COURT:*  What would you intend to use at trial?

7  Whatever you are going to use at trial, unless you are asking

8  what the Court would permit at trial.

9      *MS. MILITELLO:*  I would intend to quote the evidence

10  at trial, and Ms. Kaye does use the word fuck and she has

11  videos that use the word fuck.

12      *THE COURT:*  Given that is what your intention would be

13  should you be permitted to use the evidence being presented,

14  then I will permit you to use it in the fashion in which you

15  would use at trial, which is saying the word.

16      *MS. MILITELLO:*  Thank you.

17  *BY MS. MILITELLO:*

18  *Q.*  I would like to talk to you about the linguistic history of

19  the word fuck.  Is it fair to say that we have known for

20  several decades that that word is protected when used in a

21  political context?

22  *A.*  We do know that it is protected legally and we also know

23  that it is more generally accepted to use that word in social

24  settings.

25  *Q.*  When you say more generally accepted, for example, could

1   you give us some of the history of the Cohen case when it was

2   used and it was less accepted versus now when it is more

3   generally accepted?

4   A.   Two prominent examples come to mind.  In fact, a third

5   really comes to mind.  The first being Chaplinsky versus New

6   Hampshire, a case in which someone was arrested for calling a

7   Federal Marshal a GD racketeer and a GD fascist, and those

8   words prompted law enforcement intervention.

9       In the Cohen case, Paul Cohen was arrested for wearing a

10  jacket that said F the draft, in reference to the Vietnam War

11  draft, inside of a courthouse and was arrested for disorderly

12  conduct on the basis of using that word.

13      The Court, in one of those cases, Chaplinsky, the Court

14  found the language was unprotected speech, and about three

15  decades later found that the speech in the Cohen matter was

16  protected speech.

17      I don't know if you want me to get into any aspect of the

18  Court's opinion there, but what it has also shown is an

19  evolution of acceptability and language more broadly, not just

20  in the legal arena, but in the social arena as well and --

21  Q.   Let me stop you real quick.  That is what I am interested

22  in, not so much the legal side, but the sociological side,

23  which is your expertise.

24      When Cohen was decided, the F -- fuck may have been more

25  socially acceptable, but was it broadly socially accepted, or

```
 1    was it still sort of controversial and maybe even radioactive
 2    in the way that it was used?
 3    A.  Certainly far more controversial than it is today, and far
 4    less socially acceptable than it is today.  I can't say that
 5    I'm a scholar on the F word, but I am a scholar on the
 6    functions, norms of the way people interact amid conflict, and
 7    curse words, profanity, things of that nature are far more
 8    tolerated across digital and analog domains in the political
 9    arena than they ever used to be.
10    Q.  Is it fair to say they are commonly used today?
11    A.  They are quite commonly used today, especially in high
12    conflict settings.  One of the most famous examples in pop
13    culture is the rap album and rap recording F the police.  This
14    is quite common and is used in both the artistic arena as well
15    as the political arena with great frequency.
16    Q.  Thank you.
17        Okay.  I would like to move on to category three, which is,
18    I believe, the choice of platforms to convey one's speech, or
19    the media used to convey one's speech.
20        So, can you talk to us about the factors in this category
21    that lend you to believe that Ms. Kaye's speech was not a
22    threat?
23    A.  Yes.  One really important part of social media
24    environments is how -- the architects of those environments.
25    The people who build the apps create the apps in ways that give
```

1   individual users choices about how to direct communications to

2   different audiences.

3       They do things like tags, hash tags, that are ways of

4   participating in an ongoing debate that is signified by that

5   tag.  They give the ability for someone to use the at symbol,

6   followed by a user name to direct a communication that is

7   communicated broadly also again to that named individual, and

8   in most social media apps also give the ability to send a

9   direct message to an intended audience member.

10  Q.  Can I stop you real quick?  Before you finish that thought,

11  you mentioned different ways that you can direct communication.

12      You used the word hash tag and tag without defining them.

13  Could you tell us how a hash tag works and how someone might be

14  alerted to a speech from a hash tag?

15  A.  Sure.  Hash tag is -- the way that it functions is by using

16  the hash symbol, which is the symbol just above the 3 on your

17  keyboard.  The hash symbol is coded by app developers in a way

18  that if you use that symbol and then add text after that symbol

19  it will aggregate messages so that they can be quickly viewed

20  and accessed if they have the same tag.

21      What users are often invited to do and the way users often

22  use this function is by finding a tag and using it to make sure

23  that their communication is lumped in with other similar

24  communications.  So that is the way that it usually functions,

25  and the social media apps and other digital apps also have the

1    ability to silence different hash tags and to make sure they
2    are not used.  They control that function.
3        What it does is it gives users the ability to participate
4    in a particular dialogue by using a special key word, and they
5    signify that key word by using the hash.
6    Q.  Is it fair to say that you could target communications with
7    a hash tag?  For example, hash tag POTUS might mean President
8    of the United States, and you could then, if you were the
9    President or someone making statements about him, use that hash
10   tag to see the statements directed to him?
11   A.  You could.  It is a way of participating in a discussion on
12   a subject, but it can also be used as a way to direct or target
13   communication in a way that the at symbol is not.  The at
14   symbol is far more direct, but the hash tag function does work
15   like that.  What it does is it creates a digital association
16   between the user's message and other similar messages.
17       If one were to be interested in, like you said, POTUS, or
18   hash tag Trump, or hash tag Obama, they can see discussions
19   going on about those leaders.
20   Q.  You mentioned tagging and then you mentioned using the at
21   symbol.  Are those two things the same or are they different?
22   A.  I was using hash tag and tag synonymously, and at as a
23   means of directing a message towards somebody by making that
24   indication.
25   Q.  Okay.  When one posts on social media, whether it is

1   TikTok, Instagram, Facebook, one can use the at symbol to

2   direct the communication to another social media user; is that

3   correct?

4   A.  That is exactly -- that is the primary way of directing the

5   message that is intended to be both a public message and a

6   message that discusses another user.  That is the primary way

7   users on social media do that, and the third is by direct

8   message, which we can maybe discuss in a moment.

9   Q.  Is it easy to do this tagging, this app, the app's

10  direction of communication?

11  A.  It is quite simple, and many social media applications will

12  auto complete or provide suggestions for accounts based on the

13  characters that are typed in by the user.  If someone wants to

14  direct a message toward me, as they start typing characters

15  associated with my name the social media app may serve up that

16  as an option to send a message directly -- not directly, but to

17  send a message in a way that alerts that user that they are

18  being discussed.  So, yes, that is very common and easy to do.

19  Q.  That was my followup question.  When a person is tagged or

20  when the app symbol is used with the user name, they receive an

21  alert or some sort of message that a statement has been

22  directed to them; is that right?

23  A.  Unless they have turned that notification function off on

24  an app.  The default setting is on virtually all social media

25  apps and they would receive a notification they are being

1    discussed.

2    *Q.*  How is that different from a direct message?

3    *A.*  A direct message is akin to a text message or an email or

4    some other form of direct communication that is being conducted

5    locally within the app and it usually exists as a separate page

6    where the user has the option to go to their messages page

7    within a social media app and select specific users for a

8    private message.  It is not public.  For instance, if someone

9    wants to communicate something that they intend to keep

10   private, this is one of the primary ways they would be able to

11   do that.

12   *Q.*  Is a direct message the electronic version of mailing a

13   letter?

14   *A.*  It is one of the electronic versions of mailing a letter.

15   Email, of course, is the dominant, text messages, and other

16   forms of private messaging.  Yes, it is one of those ways.

17   *Q.*  All right.  Does whether -- from your research, whether

18   there is an audience participating in the speech, does that

19   change the analysis of the speech?

20   *A.*  It depends on who that audience is, but yes, generally

21   speaking, the larger the audience and the more diffuse the

22   audience from the local to the global, the larger that audience

23   is, the less likely it is for a statement to be taken

24   seriously, at least it is in the patterns that emerge in the

25   field work.

1      This has exceptions, just like every rule, it is not a

2  universal truth, but it is a more generalizable truth than

3  previously known or discussed.

4  Q.  Does the scholarly research also indicate that aggressive

5  speech that is face to face has more of an impact than

6  aggressive speech made to a broad audience?

7  A.  It depends on some factors.  So, in the world of anonymous

8  accounts, when an account is not associated with a real person

9  and a real name, then that speech can tend to have more serious

10  impacts on the audience because the audience does not know the

11  identity of the speaker, and therefore the audience has more

12  reason to suspect malice to follow of some kind.

13      If the audience is aware of who the speaker is, and the

14  speaker communicates quite broadly, then what the research

15  tends to show is that the impact of the statement, whatever it

16  is, is blunted.  It's sort of like someone shouting into the

17  void or someone, going back to an earlier metaphor, standing on

18  the proverbial speaker's corner and yelling outside of a park,

19  like Hyde Park in London or the Boston Common in Boston,

20  something like that.

21      The larger the available audience, the less likely for the

22  speech to be considered serious, more likely to be considered

23  hyperbole is what the patterns bear out.

24  Q.  Do you know from your work on social media whether groups

25  such as the FBI, FBI field offices, Department of Justice have

1  hash tag accounts and whether they can be on social media?

2  A.  They have and they do.

3  Q.  Okay?

4  A.  Yes, the FBI and various FBI field offices have social

5  media accounts.  I don't have an exhaustive understanding of

6  all of them, but they are quite active on Twitter.  Other

7  Government offices have quite active Instagram accounts.

8  TikTok is an emerging platform and is growing, and there are

9  offices that do have the ability to be tagged on TikTok.

10  Q.  Okay.  Looking at Ms. Kaye's video and speaking about how

11  her speech was published and directed, can you tell us about

12  that?

13  A.  Yes.  From my recollection of all the videos that I looked

14  at that are as part of the exhibits, I did not see that Ms.

15  Kaye tagged any FBI offices, field offices, any Government

16  accounts that I could note, or any other specific users.  It

17  would be uncommon for an FBI agent to have active social media

18  presence because of security concerns, but it is not

19  impossible, especially for higher level offices, so --

20  Q.  To clarify, you mean an individual FBI agent?

21  A.  Yes, I mean an individual person, like the Director of the

22  FBI for instance, a political appointee.  And there were no

23  indications that Ms. Kaye tagged any of those accounts.

24  Q.  There may not be an individual account for hypothetical FBI

25  Agent Smith, but there are social media accounts for FBI, or

1    FBI South Florida, various offices.  I don't mean to say -- I

2    may have the user name incorrect, but is that a fair

3    representation?

4    *A.*  It is a fair representation that those FBI field offices do

5    have those accounts, and some that I reviewed say Denver and

6    Raleigh, things like that.

7    *Q.*  The Department of Justice similarly has social media

8    accounts that people use from time to time to tag them on

9    social media?

10   *A.*  Yes, it does, of course.

11   *Q.*  And did Ms. Kaye, from the videos you saw and the records

12   provided to you in discovery, did she use any hash tags or tags

13   or direct messages to send this video to any specific entity?

14   *A.*  She did not use any of the media functions and the social

15   media app functions that are available to direct those messages

16   in a particular way to a particular account associated with a

17   Government official or entity.

18   *Q.*  So, where does it go when she posts these videos?

19   *A.*  It goes out into the public sphere.  It does not alert

20   specifically Federal agents or law enforcement or those

21   offices.  It would mean that the likely audience who consumed

22   or viewed the video were either, in this case, followers or

23   someone who was alerted to seek out the video on their own.

24       In the case of TikTok, a person who stumbled upon the video

25   in what is called their For You page where TikTok's algorithm

1   will serve videos to users based on what they know about the

2   user and what they think the user wants to see, but Ms. Kaye

3   would have no control over that algorithm, it is proprietary

4   and quite secret.

5   Q.  Is it fair to say that Facebook and Instagram have similar

6   features where they try to show you videos similar to other

7   content that you have seen before?

8   A.  They absolutely do.  They take elements of your personal

9   profile on the data you give them, as well as collect data on

10  what users like and the pages the users visit, not just within

11  their apps, but more broadly to try to curate the content that

12  users receive.

13  Q.  Social media companies want to show you what you want to

14  see so you stay on it as long as possible?

15  A.  They want to show you what will engage you.  They are in

16  the business of gathering attention, yes.  This is one of the

17  ways that they gather attention, is by showing something that

18  will interest someone, whether it is something that they love

19  something they dislike.

20  Q.  Okay.  All right.  And back to Ms. Kaye, I asked you about

21  the audience targeting, but are there any other things, when

22  you determine that Ms. Kaye's speech was not a threat, related

23  to her choice of platform and the media she used?

24  A.  One that maybe gets into another issue is the specific

25  audience itself and who makes up followers.  I can't speak to

1    that specifically because I don't have evidence available in

2    front of me about Ms. Kaye's friends and followers and the

3    people who would commonly see her account.

4         One thing that TikTok does on its main home page is, it

5    gives you the For You page, that's the videos that are curated

6    by the algorithm, and then it gives you a page where you can

7    see what your followers posted, and in that page it collects

8    everything that your followers posted since you last logged on.

9         One thing that would be relevant would be understanding

10   what the followers are, who their -- what material is on their

11   accounts, as well as the people that Ms. Kaye follows as well.

12   Q.  Okay.  And I provided to you a copy of relevant discovery.

13   Is it fair to say that you were not provided any TikTok records

14   like those that you just mentioned?

15   A.  I do not have records related to the identities or user

16   names, in this case followers, or the people that she follows.

17   No, I don't have that.

18   Q.  Okay.  Going on to the next category, which was the last

19   one I think we will talk about now, which is the social element

20   and audience and -- what else can you tell us about this

21   category of analysis?

22   A.  Well, this springboards off of the last line of questions,

23   the last discussion, is that one aspect of the meaning making

24   process is understanding the character of the actual and

25   intended audience.  I can't speak to the attended audience, I

1   can only flag that the reference to TikTok patriots might be

2   one way in which we could discern the intended audience, but

3   one aspect of understanding the social context is understanding

4   who it is that reacted to the videos and who it is that made

5   comments on the videos and when they did, and what they said.

6        Their identities and their apparent political persuasions

7   are relevant for reasons we have talked about before because we

8   have mentioned, and the evidence bears this out, people who are

9   politically opposed to one another are much more likely to

10  react in digital environments by glomming on and antagonizing

11  speakers with which they disagree, and much more likely to

12  taunt, gloat, report their speech for violations of community

13  norms, and things of that nature.

14       So, it is quite relevant to see who it is that commented on

15  the videos, when they commented, and what they said.

16  Q.  Okay.  And to that end, we know, and confirm if you can,

17  but from the records that were provided from the discovery that

18  these videos were posted January 31, 2021; is that right?

19  A.  I believe that is correct.  Yes, that is correct.

20  Q.  Were you provided audience reactions or wall comments from

21  January 31, February 1, 2, 3, 4, 5, 6, 7, 8, 9, any date prior

22  to Ms. Kaye's arrest?

23  A.  The only dates that I can recall being provided comments

24  were from February 18th and 19th and beyond.  I don't have

25  specific dates in front of me there, but I do remember

```
 1   February 18th and 19th, there were series of comments on her
 2   Facebook account.
 3   Q.  Is it your understanding from the case that Ms. Kaye was
 4   arrested on February 17th, so the day before the comments --
 5   the only comments that we have were made?
 6   A.  That is my understanding, yes.
 7   Q.  Did you review a Department of Justice press release that
 8   was also published around the time of Ms. Kaye's arrest, around
 9   the 17th or the 18th?
10   A.  Only in brief, and only weeks ago, so not a great level of
11   depth.  I do understand that that press release took place
12   between the arrest and the comments that were posted that we
13   just described on February 18th and February 19th, to the best
14   of my understanding.
15   Q.  Are you aware of any national media attention that this
16   case received as a result of Ms. Kaye's arrest?
17   A.  I am having trouble recalling specifics.  I do remember a
18   great deal of national media attention to arrests related to
19   references to January 6th, one of them being Ms. Kaye's arrest,
20   yes.
21   Q.  Okay.  The reason I ask you those things is this:  The wall
22   posts from after Ms. Kaye's arrest, are they useful in the same
23   way that comments from her audience prior to her arrest would
24   be useful?
25   A.  No, not in the same way.  They are useful because through
```

1    analysis of those comments one can discern the likely catalyst

2    to those comments, and it appears to be, in reviewing those

3    comments, that they were catalyzed had not by Ms. Kaye's

4    original post, but by media national media attention driving

5    users to go to her page and look at the posts and then they

6    comment.

7        It appears from some of the texts -- I don't have it

8    directly in front of me, but some of the texts reference the

9    arrest, going to jail, and is properly characterized, in my

10   opinion, as gloating or antagonism and that would communicate a

11   very different context than something that was organic to the

12   post itself.

13       So we could learn quite a bit more by seeing what people

14   did in response immediately after the post when they likely

15   would have seen it on TikTok, Facebook, Instagram, wherever it

16   was posted than we can from something many weeks after the post

17   occurred.

18   Q.  If we had the wall post or the comments, the organic ones,

19   the ones from two weeks or so within that period before her

20   arrest, that would be more helpful from a sociological

21   standpoint than the only comments we have really from after her

22   arrest?

23   A.  It would be more helpful sociologically because comments

24   that take place close in time to the original posts are more

25   likely to be extemporaneous and more likely to be natural and

```
 1    not mediated by other factors outside of the communication, and
 2    this is in keeping with human experience and social groups that
 3    the more mitigating or aggravating other lurking factors, the
 4    more -- or the less clear it becomes the motivations for that
 5    speech.
 6        When someone views speech and comments immediately, the
 7    research on the subject tends to suggest that these are more
 8    indicative of deeply held views of that commenter.  It makes it
 9    more difficult to say what the authentic reaction is of the
10    audience when that audience is reacting many weeks after the
11    communication took place.
12    Q.  Did you review an online tip to the FBI on February 8th, so
13    one week after the videos were posted?
14    A.  I did review that, yes.
15    Q.  Does the FBI interview and/or the tip indicate the
16    individual's political history or motivation or status in
17    regards to Ms. Kaye's audience in any way that would inform his
18    view or outlook of her post?
19    A.  The summary report that I reviewed tends to suggest that
20    that person is not politically aligned -- the person's name is
21    Jeffrey Essex, and he is not politically aligned with Ms. Kaye.
22    Q.  At the risk of being redundant, is that important, and why?
23    A.  It is important because it tends to suggest the ways in
24    which a political adversary tends to react much more seriously,
25    or tends to react much more harshly to speech as compared to
```

1    someone who is politically aligned or a member of a like-minded

2    political group.  Yes, we can refer back to my previous

3    testimony, but that answer would stand.

4    Q.  And that is based on the sociological research that you,

5    yourself, have conducted and that which you have reviewed?

6    A.  That is correct.

7    Q.  In terms of audience, does any history of violence factor

8    into how the speech is interpreted?

9    A.  Yes, in some ways.  So, one thing that is important in

10   understanding the impact of communication is understanding the

11   personal experiences that an audience may have, or may not

12   have, with the speaker, and for instance, whether that speaker

13   has a preexisting adversarial relationship with the audience

14   members.

15        This is one of those areas that I reviewed and studied and

16   thought about, analyzed in this case that is absent.  There is

17   no evidence of preexisting relationships or histories of

18   violence between Ms. Kaye and the person who alerted the FBI of

19   the speech.  That doesn't appear to be the case.

20        I have no evidence of that, so it is a little bit like

21   proving a negative, but I see no evidence of it.

22   Q.  So, similarly, if Ms. Kaye had a history of threatening the

23   FBI or a history of making aggressive statements to the FBI,

24   would that be a relevant factor in considering the speech in

25   this case?

1   *A.*  It is one relevant factor, yes.

2   *Q.*  So, just to tag -- or to expand on that a little bit, if

3   the person -- if it was a husband, wife in the midst of a

4   domestic violence reputation where the speaker was frequently

5   violent with their spouse, the audience, you are saying that

6   speech could be viewed differently than when the speech is made

7   broadly to an audience and there is no history of that person

8   using violence against their audience; is that right?

9   *A.*  I am saying that.  Imagine that a person is standing in

10   front of your house, and that person is a fire and casualty

11   insurance sales person and they say, nice house, it would be a

12   shame if something happened to it.  If you change the identity

13   of that speaker and you turn that into someone who is a

14   convicted Mafia boss or someone with a criminal history, and

15   they say the same thing, nice house, it would be a shame if

16   something happened to it, then that history and those previous

17   circumstances are relevant to making meaning out of that

18   statement.

19      This is one of the ways that speech is not afforded meaning

20   merely by words alone, and that is one of the contextual

21   aspects, is the identity of the speaker and the speaker's

22   history of any relevant action.

23   *Q.*  What are the other contextual factors that you have

24   reviewed as it relates to Ms. Kaye and her speech?  For

25   example, is her user name relevant?

1   *A.*  We mentioned that.  Yes, we mentioned that.  The user names

2   are relevant because, like hash tags, they are a means of

3   showing that one is engaged in a particular political subject

4   or expression.

5       User names are how people identify themselves to the social

6   media world in many ways.  Sometimes it is just your actual

7   given name and sometimes it has to do with political identity

8   and things of that nature.  You know, I won't give examples,

9   but, yes, people use their social media monikers and handles to

10  indicate their ideological leanings quite frequently.

11  *Q.*  Do people curate -- is that a fair word -- their social

12  media profiles and postings?

13  *A.*  Quite commonly and in lots of different ways depending on

14  the media platform.

15      One of the ways that they do that is by deciding which

16  videos they take and actually post publicly versus which videos

17  they do not, and when there is a match between the videos that

18  they post and the persona that they create through their

19  moniker, their biographical information, things that they like,

20  things that they comment on, that is all part of the context in

21  the social environment.

22  *Q.*  In this case, did you review Defense Exhibits 14 through

23  23, which are other social media videos that Ms. Kaye had

24  posted?

25  *A.*  I need to review the exhibit list to confirm.

1    *Q.*  The ten videos.

2    *A.*  I reviewed each of these videos.  Some of these videos are

3    authored or posted by Ms. Kaye and some are authored or posted

4    by other users, apparently.

5    *Q.*  And do these videos inform your opinions in any way?

6    *A.*  Yes.  There are a number of videos that Ms. Kaye shares

7    that have to do with users' reverence toward service members.

8    There is a video that I would title the F the Elites video.

9    That is a video that was either liked or shared or interacted

10    with in some way by Ms. Kaye, from my understanding of the

11    evidence, where it is an individual posting a letter by

12    Representative Paul Gosar, I believe of Arizona, and it

13    includes commentary about that letter and references to the

14    elites in the United States and disagreement or disapproval of

15    those folks.

16    These are videos that Ms. Kaye either posted or interacted

17    with and would be very much part of the online persona that she

18    creates by creating her social media page.

19    *Q.*  Okay.  What does that online persona tell you, or how does

20    that inform your opinion in this case?

21    *A.*  It tells me, leads me to the conclusion that the -- to the

22    extent that Ms.aye engages in political rhetoric on social

23    media, she engaged in political rhetoric from the standpoint of

24    an ideological conservative or right wing, and that the videos

25    that she posts related to that political engagement are deeply

1    held ideological convictions about beliefs along that part of

2    the political spectrum.

3        She is very clearly identifying herself with right wing

4    accounts and conservative accounts.

5    *Q.*  Does the fact that she has previously posted videos that

6    are political in nature inform whether this video is likely

7    political in nature?

8    *A.*  It does inform it because it follows the pattern of

9    engaging in an ongoing debate.  We can tell from the analysis

10   in this case social media accounts we have it is, someone who

11   is engaged in the -- engaged with political speech prior to

12   posting the video that gave rise to the indictment, or videos

13   that gave rise to the indictment, and it shows a pattern of

14   engagement in political issues.  I think that is probably the

15   clearest way to say it.

16       It also shows videos that are completely -- I would assess

17   them as irrelevant to those subjects or benign in some way.  It

18   shows a little bit more complex picture than just somebody who

19   focuses on political speech and only political speech.  There

20   are also very inconsequential videos about food and things like

21   that.

22   *Q.*  In terms of the videos about food, for example Exhibit 22,

23   Korean Lunch, and Exhibit 23, Ghost Pepper Noodles, while those

24   may not have any bearing on politics, do they appear to have

25   any bearing on like a performance element or theatrical element

1  of her social media for an audience?

2  *A.*  Yes.  One of the things that I learned when reviewing the

3  evidence here is -- there is a reference in one of her accounts

4  called Muck Bang or Muck Bong, and this is a reference to

5  eating shows in Korea.

6      One of the things that I learned here is that there is a --

7  what this appears to be is an engagement with a cultural

8  phenomenon of consuming hot spicy noodles and things like that,

9  that is meant to be, or at least I would characterize or

10  understand to be humorous, maybe light hearted, culturally

11  relevant in some way.  It is a way of tapping into a

12  different -- entirely different political conversation.

13     I think one thing that it does show is that Ms. Kaye's

14  social media accounts seem to follow a pattern of tapping into

15  preexisting social, political, or cultural things and events

16  that are happening, rather than using the account solely for

17  direct communication with other people.

18  *Q.*  One of the posts Ms. Kaye posted was like a two to three

19  second video that appears to be an incomplete version of the

20  videos in the indictment; is that right?

21  *A.*  Yes.

22  *Q.*  And she deleted that posting and then immediately after

23  posted the video in the indictment; is that right?

24  *A.*  Yes, I believe so.

25  *Q.*  We have essentially three or four versions of almost

```
 1   identical, but not quite, video speech; is that right?
 2   A.  Yes.
 3   Q.  So, what does that rehearsal performance video tell you, if
 4   anything?
 5   A.  One thing that it tells me through analysis of the field
 6   work and other similar political statements, and also when
 7   compared to the sorts of political statements played at the
 8   Trump impeachment hearing, is that it follows a pattern of
 9   engaging in a political script.
10        The same way that people rehearse their stump speeches when
11   they are about to say something politically oriented, users do
12   some of the same things.
13        So, one thing we can tell by looking at the difference in
14   the videos is that they are very clearly following a similar
15   script or framework where there is an invocation of -- that we
16   talked about of TikTok patriots, and then there is a reference
17   to a call from the FBI, and then there is a reference to
18   rights, and then there is the conclusion of the video, and it
19   follows a pattern, the same way that a notable political figure
20   would tend to repeat a very similar stump speech like you saw
21   when that video showed President Biden mentioning wishing that
22   he were in high school to take Donald Trump behind the gym and
23   beat him up, or something like that.
24        In much the same way this is -- part of engaging in the
25   political theater is also repeating the stump speech, and in
```

1   many ways this resembles the stump speech.  It also resembles

2   the scripts of high conflict advocacy.  People in those fields

3   come to those environments with rehearsed talking points, and

4   they come with rehearsed scripts and methodologies and modes of

5   speech, and they tend to say the same thing day in and day out

6   to communicate deeply held political viewpoints.  This appears

7   to follow some of those patterns that we see in high conflict

8   political spaces.

9       That speech is rarely extemporaneous.  It is cultivated and

10  practiced, and that tends to show its ideological force.

11  Q.  You used the words political theater, and I think earlier

12  you used the words political hyperbole.  Would you characterize

13  Ms. Kaye's video as political theater or political hyperbole?

14  A.  Yes, I would characterize that video as political theater,

15  political hyperbole based on the contextual factors that I

16  reviewed.

17  Q.  Are there other contextual factors that I have neglected to

18  ask you about that are reasons why you believe this is not a

19  true threat and why this is political theater?

20  A.  No.  No, there are not.

21  Q.  And just for the sake of brevity, every time that we

22  mention what the research says, and what you have seen in the

23  high conflict areas, are we talking about the peer reviewed

24  publications that we submitted and you talked about previously

25  in Defense Exhibits 6 and 7 primarily?

1   *A.*  My references to the research stem primarily from the peer

2   reviewed publications that I have worked on and the research

3   that I have conducted on my own and with my colleagues.

4   *Q.*  Okay.  And you mentioned the various methods and

5   qualitative analysis that you used.  Are those methods and

6   qualitative analyses generally accepted within your field of

7   study?

8   *A.*  They are.

9   *Q.*  Would you have gotten peer review and publication if they

10  weren't?

11  *A.*  Absolutely not.  One of the hallmarks of a peer reviewed

12  publication is a level of empirical and analytical rigor that

13  follows in a tradition, in this case of qualitative sociology,

14  which is my primary area, aside from law and policy.

15      So, a study is not published in a peer reviewed journal

16  without some generally accepted and established method, and

17  that method has been reviewed by peers as sound.  So this is

18  other people with Doctorates in the same area or an adjacent

19  area.

20          *MS. MILITELLO:*  Your Honor, I would like to admit

21  Defense Exhibits 14 through 23 that Dr. Fuller previously

22  mentioned relating to the videos posted by Ms. Kaye on social

23  media.

24          *THE COURT:*  Any objection?

25          *MR DISPOTO:*  No objection.

```
 1           THE COURT:  14 through 23 are admitted without
 2      objection.
 3         (Whereupon Defense Exhibits 14-23 were marked for
 4      evidence.)
 5      BY MS. MILITELLO:
 6      Q.  The last thing I would like to ask you about is Defense
 7      Exhibit 10, which we marked as the video of the comedy skits.
 8      I suppose I characterize that as a comedy skit.
 9           Could you tell us about that video?
10      A.  That is an exhibit where a Canadian comedy troupe, a sketch
11      comedy group with a comedy show called the Whitest Kids You
12      Know posted a video in online platforms, as well as, I believe,
13      on Canadian television, and it makes references to killing the
14      President of the United States, but it does so against the
15      backdrop of some orchestral chamber music, and with some of the
16      rhetorical flourishes, such as pauses and sighs, and music
17      dropping out during certain moments of the video that indicate
18      comedic themes, when the language itself is otherwise an
19      obvious reference to violence toward political leaders, the
20      President of the United States.
21           But that video is a hallmark example of the way that a
22      person engaged in political theater sometimes uses music, as
23      well as some of those linguistic rhetorical functions to say
24      something other than what the words indicate.
25      Q.  Is the video an example of how you have to look to these
```

1    four categories that you mentioned in context to determine

2    whether the words themselves are a true threat?

3    A.  This is a hallmark example of exactly that.  In fact, the

4    text of this video was used by Anthony Douglas Elonis, who is

5    notable for having been arrested for and tried and convicted

6    for a violation of 18 U.S.C. 875(c), threats in interstate

7    commerce, where Elonis used the words from that video placed

8    into an entirely different context, in this case just published

9    on Facebook, and interchanging the words "President of the

10   United States" and instead he used the words "my wife."

11       Not as a legal matter, but as a factual matter, Anthony

12   Elonis was engaged in a bitter custody dispute with his

13   estranged wife at the time.  There was a history in that case

14   of a protective order, and he posted these words without music,

15   without visuals, they were simply text.

16       This is a good example of how the text packaged in a

17   different way can communicate an entirely different meaning

18   potentially, and that has been judged a different meaning both

19   by the facts of that case, as well as the way that case marched

20   through the court system.  It reinforces the idea that context

21   is more than just language.

22           MS. MILITELLO:  At this time I would like to move in

23   as a demonstrative aid Defense Exhibit 10.

24           MR DISPOTO:  No objection.

25           THE COURT:  10 is marked for demonstrative purposes

1  only.

2      *(Whereupon Defense Exhibit 10 was marked for*

3  *identification.)*

4  *BY MS. MILITELLO*:

5  *Q.*  Dr. Fuller, you mentioned music, and we have not talked

6  about the music that is present in one of Ms. Kaye's videos and

7  not the others.

8      First, let me ask you, does the music present in the TikTok

9  video from Ms. Kaye play into your analysis of the video?

10 *A.*  Yes.  Again, it is hard to know exactly what the intended

11 meaning of a video like that is, but what it does indicate is

12 that it is an extra layer of contextual significance where if

13 someone uses music they are communicating an additional layer

14 of meaning.

15     I can't definitively say exactly what that meaning is, but

16 it is very much part of the equation, and videos posted to

17 TikTok with popular music are perhaps more likely to be

18 engaging in different conversations than videos posted with no

19 musical accompaniment at all.

20     Something that emerges in the field work is the use of

21 music to defuse situations, if that makes sees, defuse, not

22 diffuse, the use of music by political adversaries to

23 communicate jest or humor and things of that nature.  This is

24 one element of the pattern, it is certainly not dispositive or

25 exhaustive, but it is an element that is considered in the

1    sociological research that I have done.

2    Q.  Now, I am going to ask you some fundamental questions as it

3    relates to social media and music.

4        Are you aware, regarding the use of TikTok and how TikTok

5    has an application that allows you to add a layer of music to a

6    video?

7    A.  TikTok does have a function where users are able to search

8    and append music to videos that they post.  This is really

9    commonplace.  Quite a bit of TikTok culture revolves around

10   music and entertainment, and this is one of the ways that

11   TikTok affords users the opportunity to engage in entertainment

12   and other cultural conversations through the use of music.

13       Other applications do not permit this.  Instagram does not

14   permit this, and Facebook does not permit this except in the

15   story function, which was not used by Ms. Kaye in this case.

16   She posted her videos just as posts.

17       The only way that a user can append music and post it in a

18   normal Instagram post or a normal Facebook post is by recording

19   the music separately.  TikTok is much more simple for a user to

20   add a sound if they want to add a sound, in this case a music

21   track.

22   Q.  If Ms. Kaye added the music track to the TikTok video and

23   did not otherwise record her video with music in the

24   background, would that explain why there is no music on the

25   Facebook and Instagram versions of the video?

1    *A.*  It would explain to me that in an extemporaneous speech a

2    user would not be able to add that music extemporaneously

3    unless they were highly sophisticated in audio and video

4    editing.  It is very simple to do on TikTok.  An average person

5    simply would not be able to quickly add music to a post in the

6    same way that they would on TikTok.  It would explain why it is

7    absent in the later videos.

8    *Q.*  Okay.

9             *MS. MILITELLO:*  That is all the questions I have.

10            *THE COURT:*  Okay.  Mr. Dispoto, are you comfortable

11   going into any cross-examination now?  Does anybody need a

12   brief break?

13            *MR DISPOTO:*  On that subject, Judge, I didn't -- I

14   want to notify the Court, I have some child care issues, my

15   wife is away and I have to pick up my daughter at school.  She

16   gets out at 3:30, so I really need to be available to leave by

17   3:15.

18            While I don't anticipate my cross-examination being

19   nearly as long as the direct, it is hard to predict how long it

20   will take.  My best guess is about 30 minutes.  I wanted to

21   notify the Court of that time issue.

22            *THE COURT:*  Should we go right into cross-examination,

23   then?

24            *MR DISPOTO:*  That is fine.

25            *THE COURT:*  Okay.

1          *MR DISPOTO:*  Ms. Militello made reference to the

2    TikTok video with the music.  Was that submitted to the Court?

3    I want to make sure my notes are accurate.  I didn't see it on

4    the list.

5          *MS. MILITELLO:*  No, that is my fault.  I probably

6    should have included it.  It is the exhibit we previously

7    submitted by DVD with my Motion to Dismiss which was filed last

8    summer.  I can pull the Docket Entry.  That is the exhibit I am

9    referencing.  I can get the exact number of the previously

10   filed exhibit.

11         *MR DISPOTO:*  I am familiar with the video, I want to

12   make sure it is part of the record.  I will leave it to Ms.

13   Militello, if she wants to add it as an exhibit for

14   demonstrative purposes I do not object.  I wasn't sure if it

15   was already submitted to the Court.

16         *THE COURT:*  Why don't we make sure the record is

17   clean.

18         Let me first review before you go into your

19   cross-examination, and we can add that as an additional

20   exhibit.

21         I have that I admitted Exhibits 3 through 7 into

22   evidence, Exhibits 8 through 12 have been marked for ID only

23   for demonstrative purposes, and 14 through 23 have all been

24   admitted into evidence.

25         Does that comport with your records?

```
 1              MR DISPOTO:  Yes.

 2              THE COURT:  Defense as well?

 3              MS. MILITELLO:  Yes.

 4              THE COURT:  Do you want to make this another exhibit

 5    and call it 24?

 6              MS. MILITELLO:  Yes.  So the record is clear, why

 7    don't I mark as 24 the TikTok video, and 25 the video that the

 8    Government originally provided as the Facebook video.  Those

 9    are the two videos that were previously submitted to the Court

10    as part of the Motion to Dismiss.

11              THE COURT:  The TikTok video at 24, I want a way to

12    refer to it on the exhibit list.  So, I guess -- are you

13    looking right now at whatever Docket Entry the Motion to

14    Dismiss is, or does it have its own Docket Entry number?

15              MS. MILITELLO:  I will pull it up now.

16              THE COURT:  While we are doing this, there is no

17    objection to either one of them being admitted?

18              MR DISPOTO:  No objection.

19              THE COURT:  They are admitted without objection.  And

20    you say 25 was the Facebook video?

21              MS. MILITELLO:  Yes.

22              THE COURT:  If you can give me the Docket Entry number

23    for those, that will make it abundantly clear.

24              MS. MILITELLO:  Okay.  Docket Entry 27 is the notice

25    of filing Defense Exhibits A and B referenced in the Motion to
```

1    Dismiss indictment at Docket Entry 26.  The videos themselves

2    are Exhibits A and B in Docket Entry 27.  For clarity, let me

3    just make sure A and B correspond in order.  Defense Exhibit A

4    that is part of 27 is the TikTok video, and Defense Exhibit B

5    at Docket Entry 27 is the Facebook video.

6            THE COURT:  Okay.  And those are, for our hearing

7    purposes, Exhibit 24, the TikTok video, is what appears at

8    Docket Entry 27, Exhibit A.  Our Exhibit 25 is the Facebook

9    video which appears at Docket Entry 27, Exhibit B, both of

10   which are admitted without objection.

11       (Whereupon Defense Exhibits 26, 27 were marked for

12   evidence)

13           MS. MILITELLO:  Thank you.

14           THE COURT:  Dr. Fuller, are you comfortable going

15   right into cross-examination or do you need a quick break?

16           THE WITNESS:  No, your Honor, I am comfortable.

17                     **CROSS-EXAMINATION**

18   BY MR DISPOTO:

19   Q.  Dr. Fuller, good afternoon.

20   A.  Good afternoon.

21   Q.  My name is Mark Dispoto, I am the prosecutor in this case.

22   It's nice to meet you.

23   A.  Nice to meet you, too.

24   Q.  Do you prefer to be referred to as doctor, professor, or

25   something else?

1    *A.*  We have been referring to me as Dr. Fuller today, so let's

2    keep it consistent.

3    *Q.*  Okay.  Dr. Fuller, you testified quite a bit about your

4    expertise in the field of mass communication, I guess, with a

5    focus on media and internet.  Do I have that somewhat accurate?

6    *A.*  Yes, I did testify to that.

7    *Q.*  When do you believe -- approximately what year do you

8    believe that you gained sufficient amount of education,

9    experience, and training that qualified you to be an expert in

10   that field?

11   *A.*  From the period of 2015 through present day I've been

12   working on these qualitative sociological studies.  The primary

13   period of expertise for the sociological issues would be from

14   2015 to 2017, doing that field work.

15   *Q.*  Can we agree that for the last six or seven years you have

16   been an expert in this field?

17   *A.*  Yes.

18   *Q.*  And in those last six or seven years, have you ever been

19   qualified in a court of law to testify as an expert in this

20   field?

21   *A.*  No.  This is the first time that I have been asked to do

22   so.

23   *Q.*  Okay.  Have you ever testified in court and been asked to

24   render any opinions on the subject matters of your testimony

25   here today?

```
 1    A.   No, sir.

 2    Q.   And you are not an expert in reading people's minds; is

 3    that right?

 4    A.   No, sir.

 5    Q.   In fact, you have made it very clear today that you are not

 6    giving an opinion with respect to Ms. Kaye's intent on the day

 7    that she posted her video, correct?

 8    A.   No, I am not.

 9    Q.   And just so that we are all clear, you are also not an

10    expert in deciphering people's intent based on other factors,

11    whether it be body language or any other conditions that

12    surround a person's speech?

13    A.   No.  I am only an expert in the sociological patterns of

14    human behavior related to different communications online and

15    offline, but not in manifesting intent or state of mind.

16    Q.   You don't have any personal knowledge about the facts of

17    this case; is that right?

18    A.   Personal knowledge -- what do you mean by personal

19    knowledge, aside from the evidence?

20    Q.   You don't know what was, obviously, in Ms. Kaye's mind at

21    the time that she made her posts?

22    A.   I cannot know that, no.

23    Q.   You don't know how many audience members there were that

24    actually saw her posts?

25    A.   No.  I have not been provided that information in
```

```
 1    discovery, so I can't form an opinion based on that.
 2    Q.  You don't know how many people who saw her video perceived
 3    it as a threat?
 4    A.  No, because I can't tell what is in their minds either.
 5    So, no, I can't.
 6    Q.  And you don't know how many people who viewed her video
 7    perceived it not as a threat?
 8    A.  That is exactly right.  I can't know the countless people
 9    who took no action at all because they saw no threat.  I can't
10    know that.
11    Q.  Now, you talked at length on direct examination about the
12    use of hash tags and at symbols, as well as direct messaging,
13    which is designed to at least target a certain audience to a
14    message; is that right?
15    A.  Yes, I did talk about that.
16    Q.  And in this particular case, I believe that you had
17    acknowledged that Ms. Kaye's post was not a private post, but
18    in fact was a publicly available post?
19    A.  Correct, it was publicly available.
20    Q.  Okay.  And by the way, just so that we are clear, your
21    testimony today is focusing exclusively on the definition of a
22    true threat?
23    A.  Not the legal definition, it is focused on the patterns of
24    behavior that tend to impact recipients of communication.  So,
25    it is on the complex social environments around political
```

1    debate, not the ultimate conclusion about what a true threat is

2    in a court.

3    Q.  Is it your testimony that you are not giving an opinion as

4    to whether or not Ms. Kaye's statements on her video constitute

5    a true threat?

6    A.  Not the intent element particularly, but on the threatening

7    impact, or lack of threatening impact, of the communications

8    themselves and the way that communications tend to be

9    perceived.  I am testifying to those elements that are factual

10   in nature, but not the ultimate legal conclusion.

11            THE COURT:  I am sorry, can you say that again?

12            You said you are not testifying on the intent.  What

13   is it that you said you understand you are testifying on?

14            THE WITNESS:  The sociological factors that relate to

15   the likely impacts of the expression on different audiences and

16   the contextual factors that make meaning in the speech in its

17   full context, essentially the way the context works online and

18   offline.

19   BY MR DISPOTO:

20   Q.  Let me approach this from a slightly different angle so

21   that I understand your testimony.

22       Are you familiar with the required elements under the law

23   to prove a violation of an 875(c) threat?

24   A.  Yes, and they differ based on circuit, but yes.

25   Q.  Are you familiar -- we are in the Eleventh Circuit.  Are

1   you familiar with the Eleventh Circuit standard?

2   A.  Yes.  I couldn't recite it.

3   Q.  I wouldn't do that to you.  But I am going to read to you

4   from the Eleventh Circuit pattern jury instructions, and you

5   tell me if this comports with your understanding of what the

6   elements are under the Eleventh Circuit since the Elonis case.

7       Number one -- the Government would have to prove, number

8   one, that the Defendant knowingly sent a message in interstate

9   commerce containing a true threat to injure; and number two,

10  that she sent the message with the intent to communicate a true

11  threat, or with knowledge that it would be viewed as a true

12  threat.

13      Is that your understanding of what the law is in the

14  Eleventh Circuit on the 875(c) element?

15  A.  Yes, that is my understanding.

16  Q.  So your testimony does not address that second part,

17  correct, the subjective aspect of the law, her intent or her

18  knowledge?  You are not talking about that at all today,

19  correct?

20  A.  I am talking about the likely audience, the reasonable

21  person and likely audience, and I am talking about the first

22  component.

23      But in terms of Ms. Kaye's knowledge and intent, I do not

24  have the ability to make that determination.

25  Q.  Right.  The first element -- and I will read it again so

1    that we are all on the same page -- that she knowingly sent the

2    message in interstate commerce containing a true threat to

3    injure.  It is that definition of true threat that is the heart

4    of your testimony, correct?

5    *A.*  That is correct.

6    *Q.*  And again, I am going to read from the pattern jury

7    instructions and you tell me if this comports with your

8    understanding of what the definition of a true threat is here

9    in the Eleventh Circuit.

10        A true threat is a serious threat made under circumstances

11   that would place a reasonable person in fear of being injured.

12        Is that your understanding of the legal definition of a

13   true threat?

14   *A.*  The definition that I am familiar with derives from the

15   Virginia versus Black case, serious expression of intent to

16   commit an act of violence against an identifiable individual or

17   group.

18   *Q.*  I can appreciate that, but that definition is not

19   necessarily the law in the Eleventh Circuit, and since you are

20   obviously --

21        *MS. MILITELLO:*  I am going to object to that because,

22   respectfully, the Supreme Court does dictate what the law is in

23   this circuit.  The Court could clarify it, but I don't think it

24   is appropriate for the Government to correct the expert on what

25   the Supreme Court has stated the law is in this circuit.

```
 1            THE COURT:  Well --
 2            MR DISPOTO:  I can withdraw that and rephrase it.
 3            THE COURT:  Yes, rephrase it.
 4   BY MR DISPOTO:
 5   Q.  Put aside your understanding of the definition of true
 6   threat.  Let's assume for the sake of my questions moving
 7   forward that a true threat in the Eleventh Circuit is defined
 8   as a serious threat made under circumstances that would place a
 9   reasonable person in fear of being injured.  Okay?
10       Assuming that is the correct definition of true threat,
11   does any of your previously given testimony change?
12   A.  No.  My testimony relates to the circumstances that would
13   give rise to the reasonable person's reaction.
14   Q.  Right.  Okay.  So, you are testifying -- you are providing
15   the Court with factors that you believe are relevant in
16   determining what a reasonable person would believe in response
17   to Ms. Kaye's post, correct?
18   A.  Not just my belief, no, but observable patterns and human
19   behavior related to the speech, yes.
20   Q.  I understand that.  At the end of the day, you did render
21   opinions in this case, did you not?
22   A.  Yes.
23   Q.  One of the opinions you rendered was that you believe that
24   her statements were -- I am going to use your language --
25   political theater or political hyperbole?
```

1    *A.*  Correct.

2    *Q.*  So, stated differently, you are of the opinion that Ms.

3    Kaye's statements in the video was not a true threat as defined

4    by what I just asked you to assume to be the correct

5    definition?

6    *A.*  Yes, that is correct.

7    *Q.*  Okay.  Does it matter in your calculus that her post was

8    public and not private?

9    *A.*  Yes, it does matter.

10   *Q.*  And by having her post be available to the public, would

11   you agree with me that generally more people have access to her

12   post than a private group?

13   *A.*  Yes.

14   *Q.*  Okay.  And does it matter to you in your calculus that,

15   according to the Facebook post of Defense Exhibit 25, which

16   was, as Ms. Militello described it, the original post that the

17   Government provided the Defense with, that there was a grand

18   total of one like indicated in that post?

19       Does that -- when determining what a reasonable person

20   would perceive in response to her message, does it matter to

21   you that there was only one like?

22   *A.*  Yes.  That is an element that is relevant.

23   *Q.*  Okay.  And it is relevant because at least it suggests, not

24   necessarily definitively, but it suggests that her audience did

25   not respond to her message by liking it enough for them to

1   indicate as such on the Facebook platform?

2   *A.*  Yes.  I would also add that a relevant audience -- there is

3   a TikTok audience that I don't have any record of, so I can't

4   make a definitive determination about the audience when only

5   part of the audience is visible.

6   *Q.*  I am not talking about TikTok, I am talking about the

7   Facebook post, the one where she threatens to exercise her

8   Second Amendment rights to shoot your F'ing ass if you come

9   here.

10      To you, as an expert, does the existence of only one like

11  indicate to you that her audience, whatever size that audience

12  may be, didn't appear to like her message enough for more than

13  one person to indicate as such through the Facebook platform?

14  *A.*  All it indicates is that one person liked it.  That is all

15  I can indicate.

16  *Q.*  And before you said -- you hypothesized, and if I am using

17  that word incorrectly, I apologize, but you hypothesized that

18  people who engage in political speech typically do so to a

19  particularly sympathetic audience, correct?

20  *A.*  Uh-hum.

21  *Q.*  And her sympathetic audience, however small or large as it

22  may be, resulted in only one like?

23  *A.*  Uh-hum.  Many of them shrugged it appears, did nothing.

24  *Q.*  What do you mean, shrugged?

25  *A.*  They did nothing metaphorically speaking.  I don't know how

1    large her audience is, but one person liked it in the time that

2    it was posted, and then others I guess did nothing.

3    *Q.*  But you can't say whether those that did nothing -- you

4    can't say -- you have no idea what they thought of her post,

5    correct?

6    *A.*  No.  There is no evidence from which to draw that

7    particular conclusion, it is just an element.

8    *Q.*  Some may have loved her post and thought that it was

9    political speech, but didn't go on the platform to indicate

10   that they liked it, correct?

11   *A.*  Uh-hum.

12   *Q.*  Others may have disapproved of her speech, thought it was a

13   threat, but decided not to do anything about it, correct?

14   *A.*  Correct.

15   *Q.*  So, in this particular case, you don't have any information

16   to offer us with respect to exactly what her audience thought

17   of her post other than what we see in the social media records?

18   *A.*  Right, and those records appear to have periods of activity

19   long after the post was originated by folks who were directed

20   to the post.

21   *Q.*  All right.  Let's talk about that for a few minutes.

22   *A.*  Okay.

23   *Q.*  So, you indicated on direct that you are aware of several

24   posts or several comments that were made by individuals

25   starting on, I think you said it was February 17th, the day

1  after Ms. of Kaye got arrested, correct?

2  A.  I testified to February 18th and 19th, but that was just my

3  recollection of the dates.

4  Q.  Okay.  And it was your understanding that Ms. Kaye got

5  arrested on February 17th, correct?

6  A.  I am sorry, the Zoom cut out very briefly.  Could you

7  repeat that?

8  Q.  Sure.  It is your understanding that Ms. Kaye got arrested

9  on February 17th?

10  A.  That is my understanding.

11  Q.  And you are -- are you assuming that, based upon the

12  timeframe of the post in relation to her arrest and the

13  subsequent publicity of that arrest, that these individuals saw

14  her post for the first time after her arrest and not before?

15  A.  Yes, I am making that assumption.

16  Q.  You don't know that to be true, though, correct?

17  A.  No.  Facebook keeps that data under lock and key.

18  Q.  And of all of the people who posted comments, these

19  individuals, would you agree with me -- by the way, did you

20  read the comments?

21  A.  Yes, I did read the comments.

22  Q.  Of the ones that you read, would you agree with me that

23  those individuals universally condemned Ms. Kaye's statements?

24  A.  It is not within my recollection to say universally because

25  I can't remember every comment.

```
 1        One of the broad themes is that people expressed serious
 2   disapproval of her politically.  There are references to Trump,
 3   I think, and things like that, so they appear to be responding
 4   to the political orientation of the messaging, yes.
 5   Q.  Not all of them?
 6   A.  No, not all of them.
 7   Q.  Many of them had no political affiliation, correct?
 8   A.  I recall some of them punting, saying you are going to jail
 9   and things like that, that are not a value judgment one way or
10   the other about the threat piece, so they had very different
11   character, but universally were antagonistic toward Ms. Kaye,
12   yes.
13   Q.  An individual who is identified on the Facebook comments
14   with the initials DA wrote, quote, "Be sure to let us know how
15   this video works out for you.  I think the FBI called it
16   evidence.  LMAO!!"
17        Do you recall reading that comment?
18   A.  I do.
19   Q.  That is not a reference to any political -- that's not --
20   excuse me, Judge, I am stammering.  Let me rephrase.
21        That comment is not a political statement, is it?
22   A.  In a manner of speaking it is.  It's a -- the LMAO is laugh
23   my ass off, and it appears to be someone having fun at Ms.
24   Kaye's expense.
25   Q.  Right.  You don't know if that is politically motivated?
```

1   *A.*  To the extent that her expression is ideologically grounded

2   responses to that section, also adversarial and therefore

3   ideologically grounded, it would be really odd for someone

4   politically aligned to laugh their tail off at a person with

5   whom they fundamentally agreed.  That would be unusual.

6   *Q.*  Whether it would be unusual or not, you don't know one way

7   or other, do you?

8   *A.*  About their state of mind in posting the post?

9   *Q.*  Yes.

10  *A.*  I can only analyze the speech and semantic and linguistic

11  aspects of it that are there to analyze.

12  *Q.*  You don't know if DA is actually an individual who aligns

13  with right wing ideology, but draws the line at making online

14  threats against FBI agents.  You don't know if that is true or

15  not, do you?

16  *A.*  I don't know what DA's political persuasion is.

17  *Q.*  By the way, does DA and his or her commentary here, is that

18  at all relevant to the reasonable person standard as you

19  understand it?

20  *A.*  Yes.  All of it is relevant.

21  *Q.*  Okay.  And KD wrote, quote, "You're a bright one, loser,

22  enjoy prison," unquote.

23      Does can KD's opinion or reaction to Ms. Kaye's post inform

24  you as to what a reasonable person might think of Ms. Kaye's

25  post?

1    *A.*  Yes.  It communicates to me that the character of a great
2    deal of the comments were that of political antagonism rather
3    than psychological distress and fear just in terms of the way
4    the words and language are packaged, and the ways in which the
5    commenters participate.  This is actually very similar to the
6    study on aggression and public in Facebook live comments, the
7    recently released peer review study.
8         Yes, sir, it is indeed relevant and shows something
9    fanatically quite normal for people to engage in adversarial
10   political behavior, and it shows you a bit what the dominant
11   meaning might be of the speech because the response of the
12   audience appears to be scorn rather than fear.  That is my
13   interpretation based on the research and analysis of this.
14   *Q.*  Why would they respond with fear?  The threat wasn't made
15   to them, the threat was made to the FBI.  Why would DA or KD
16   respond with fear?  I will ask another question.
17   *A.*  Yes.
18   *Q.*  You keep attributing a political motivation to these
19   people's responses when, in fact, you have no idea if these
20   people were driven by politics or maybe just a personal
21   offensiveness to Ms. Kaye's response.
22        You don't know one way or the other, do you?
23   *A.*  They follow a pattern of the political behavior on social
24   media.  That is the -- the extent to which I can say something
25   about their speech is that they follow a documentable empirical

1    pattern in the behavior.

2    *Q.*  How about NC from Instagram?  Here she writes, quote,

3    "Sounds like a warped view of the First and Second Amendments.

4    Maybe she will learn about it in court from her court appointed

5    lawyer."

6         Is that a political statement?

7    *A.*  Yes, that is very political because it makes reference to

8    the First and Second Amendment the same way that Ms. Kaye

9    appears to.

10   *Q.*  Any reference to the First or Second Amendment is a

11   political statement?

12   *A.*  No.  You are talking about a response to an existing

13   element of speech.  I am saying this person's comment appears

14   to engage on those political points, yes.

15   *Q.*  So, let's get back, then, to your understanding of the

16   reasonable person standard.

17        Do you agree that a reasonable person could perceive Ms.

18   Kaye's post as a true threat regardless of whether other online

19   recipients, like those who are politically aligned with her,

20   found humor or political jest in the posts?

21   *A.*  That question appears to be calling for not the

22   metaphorical reasonable person, but individuals.

23        I think the point I have been trying to make is that the

24   aspects -- the meaning is complex.  Not to testify as to like

25   the Court's conclusion in Watts, but we know from all of these

```
 1    cases the statements that wind up being classified as political

 2    speech are still interpreted by some as not political speech.

 3    That is how prosecutions originate.  It has to start somewhere.

 4         What my testimony is about is helping the jury and the fact

 5    finder understand the contextual elements and communication,

 6    not whether one person could interpret something as something

 7    else.  That is true of all speech, so --

 8    Q.  Defense Exhibit 4 is the article that you wrote entitled

 9    Evaluating Intent in True Threat Cases:  The importance of

10    context in analyzing threatening internet messages?

11    A.  Yes.

12    Q.  I know you wrote it back in 2015, but I assume you still

13    remember the content of that article.

14    A.  Yes.  It is a legal analysis of the way Courts are

15    evaluating intent.

16    Q.  In that article did you write that a reasonable person

17    could perceive an individual's post as a true threat regardless

18    of whether other online recipients found humor or political

19    jest in the posts?

20    A.  I can't recall.  I'm sorry, I can't recall that.

21    Q.  Okay.  We'll come back to it because I don't have the page.

22         MR DISPOTO:  Judge, I know that Ms. Militello

23    submitted it to the Court, and I am not criticizing her in any

24    way, but in light of the short timeframe of those submissions

25    to the Court and today's hearing, I did not get a chance to
```

1    pull that up.

2              May I ask Ms. Militello if she would email me Exhibit

3    4, and I will come back to that with this witness a little

4    later?

5              *THE COURT:*  Sure.  Can you do that, Ms. Militello?

6              *MS. MILITELLO:*  Yes, no problem.

7              *MR DISPOTO:*  Thank you.  If it comes right now, I will

8    wait, but if it's going to take a few moments I will move on.

9    *BY MR DISPOTO*:

10   *Q.*  While we are waiting, let me ask you this question, Dr.

11   Fuller.  Do you agree with that statement?  Whether you wrote

12   it or not, do you agree with that statement?

13   *A.*  As a legal matter and a legal conclusion, yes, but I am not

14   testifying to the legal conclusion about the metaphorical

15   reasonable person.

16       Reasonable individuals make meaning and interpret meaning

17   in drastically different ways.  Yes, that is true that

18   reasonable people's interpretations of messages do differ, and

19   context helps us cut through that.

20   *Q.*  So that we are clear, you say you are not testifying to the

21   legal definition.  You are testifying about the legal

22   definition of a true threat, are you not?  That is why you are

23   here.

24       You gave an opinion that this is not a true threat.  We

25   already established the law requires the Government to prove a

1    true threat.  You are giving a legal opinion, are you not?

2    *A.*  Yes.  Yes.

3    *Q.*  Okay.  So, when we talk about the reasonable person, which

4    is a component of the definition of true threat, you would

5    agree with me as a legal matter that a reasonable person could

6    perceive Ms. Kaye's post as a true threat regardless of whether

7    online recipients -- other online recipients found humor or

8    jest in the posts?

9    *A.*  It is a possibility, yes.

10   *Q.*  From a legal perspective, do you agree with me that it

11   doesn't really matter how her audience that consisted of

12   like-minded political people, how they perceive their

13   statement?

14   *A.*  No, it still matters quite a bit.  It is the flip side of

15   the coin where one person has interpreted meaning of a

16   statement one way, there are many other folks who interpret the

17   statements another way.  The work here to be done is cutting

18   through to determine the dominant meaning of those statements

19   regardless of whether an individual finds salient some other

20   meaning.

21       It is very similar to the law of libelous statements,

22   statements capable of multiple meanings.  The question is the

23   dominant meaning, not the question of whether one meaning was

24   communicated.  Statements are complex, and language is complex,

25   and social media engagement is complex.

1  *Q.*  You are not suggesting, Doctor, that before the reasonable

2  person can interpret her statement, that that individual needs

3  to rummage through her other posts to find out if she made any

4  other kind of threats, or find out if she engaged in any

5  rehearsal of this video.

6      You are not suggesting that the reasonable person needs to

7  do anything other than analyze the four corners of the video to

8  determine whether that statement constituted a serious threat

9  made under circumstances that a reasonable person would put in

10  fear of being injured?

11  *A.*  No.  On the contrary, I am saying that those circumstances,

12  all the surrounding circumstances are relevant to the ultimate

13  conclusion that a reasonable person would make.

14      So it depends on what those circumstances entail, and the

15  circumstances in this case would entail aspects of the media

16  platform, aspects of Suzanne Kaye's digital or virtual

17  identity, previous statements.  Everything that would be at the

18  fingertips of that person receiving the messages is relevant.

19  *Q.*  Okay.  Can we agree that among Ms. Kaye's audience there

20  likely was a subset of people that did not view her statement

21  as a threat?  Can we agree to that?

22  *A.*  You mean there is likely a subset of people who did not

23  view her statement as a threat?

24  *Q.*  Yes, a true threat.

25  *A.*  Likely.

1    *Q.*   Okay.  Do you think it is also likely that there is a

2    subset of people who did view her statement as a true threat?

3    *A.*   What I'm having trouble with is true threat, the legal

4    meaning, or a threatening message, like a threatening

5    communication that actually has an impact, psychological or

6    otherwise, on an audience?

7    *Q.*   True threat legal meaning:  A serious threat made under

8    circumstances that would place a reasonable person in fear of

9    being injured.

10        We already know that, right?

11   *A.*   Yes.

12   *Q.*   We already know from the comments that we went over

13   previously that there likely was a group of individuals that

14   did view this as a true threat, right?

15   *A.*   Ask that question again, please.

16   *Q.*   Sure.  Would you agree with me that there likely was a

17   group of people who, when they viewed this video, interpret it

18   as a serious threat made under circumstances that would place a

19   reasonable person in fear of being injured?

20   *A.*   Uh-hum.  Right.  That is why this entire issue is not

21   governed solely by the audience factors alone, but all of the

22   factors in conjunction, yes.

23        What you are asking is about what a reasonable audience

24   might perceive, and because reasonable audiences can reach

25   multiple reasonable meanings, that is why the inquiry does not

1    end there; that's why the inquiry involves all of these other

2    factors.

3    Q.  Those other factors -- and we will go over them in a little

4    bit.  You would agree with me that the Courts, specifically the

5    Supreme Court and the Eleventh Circuit, has not relied on many

6    of those factors that you cited as part of the calculus in

7    determining what a reasonable person would believe, right?

8    A.  No, I don't agree with that.  Justice O'Connor's opinion in

9    Black speaks to history and ideology of the Ku Klux Klan, and

10   so I think, yes, when differentiating between political

11   statements and true threats, you are asking about Courts, and

12   Courts absolutely conduct that contextual analysis.  That is

13   half of the dissertation and a lot of the work, is that Courts

14   have different views on this.

15       These are the legal questions about -- usually at the stage

16   of a Motion to Dismiss and things of that nature.  So, Courts

17   have indeed sanctioned the use of multiple aspects and avenues

18   of context in lots of different ways, and how Judge Rosenberg

19   decides to instruct the jury, that is the -- those aspects of

20   context -- I believe my testimony is to help understand the

21   full context of communication behavior and not make the legal

22   arguments for the parties.

23   Q.  Right.  And I am not suggesting that the Courts have not

24   looked to history and haven't emphasized the importance of

25   context in determining what is a true threat, but my question

```
 1    for you is more broad than that.
 2         You went through a litany of factors that you believe are
 3    relevant to the determination of what defines a true threat.
 4    Many of those factors the Court's don't agree with you on.
 5         Let me give you one example.  You say that where the speech
 6    takes place matters, right?  The fact that this speech took
 7    place on the internet, that matters to you?
 8    A.  It matters in the case law as well, but yes.
 9    Q.  Okay.  But the case law treats speech online the same as
10    any other type of speech?
11    A.  No --
12    Q.  Doesn't it?
13    A.  No, not necessarily, it doesn't.  There are numerous cases
14    where that is not the case.
15    Q.  Let me ask you a question:  Are you aware of any Supreme --
16    I am just talking about Supreme Court or Eleventh Circuit.  Are
17    you aware of any Supreme Court case or case in the Eleventh
18    Circuit that says internet speech should be treated differently
19    than any other forms of mass communication?
20    A.  There are cases in which the Supreme Court acknowledges the
21    importance and distinctive factors related to online
22    communication and the role it plays in present day.  The north
23    Carolina v Packing Ham case is the one that is salient in my
24    brain right now, and Reno Ace v ACLU is the other.
25              MR DISPOTO:  One moment, please.
```

```
1    BY MR DISPOTO:
2    Q.  I'm referring to -- if you want to see it, I am happy to
3    either show it to you or you can pull it out.  I am referring
4    to page 74 of your Law Review article, which admittedly was
5    written in 2015, the same year that Elonis came out, but prior
6    to the Supreme Court's decision in Elonis.
7        You wrote on the top of page 74, "Thus far, the internet's
8    particular technological qualities have not served as grounds
9    upon which to treat the internet differently from other mass
10   communication or broadcast technologies."
11       Did you write that in your Law Review article?
12   A.  I am pulling up the article.
13   Q.  Sure.  It's at the top of page 74.
14   A.  Yes, I wrote that.
15   Q.  The Supreme Court in Elonis, which came down only a couple
16   of months after you wrote this Law Review article, said nothing
17   that would change that opinion of yours, correct?
18   A.  No.  Elonis was decided on a more narrow issue involving
19   the level of intent required to convict under the statute.
20       So, in many respects the scholars of this case, myself
21   included, identified Elonis as the Supreme Court punting on
22   that issue about technological aspects of speech, and so they
23   didn't decide it squarely.
24   Q.  Right.  And are you aware, Dr. Fuller, that since Elonis
25   there have been many cases involving online statements that
```

1    resulted in a conviction under Section 875, which was

2    subsequently upheld by the Circuit Courts?

3    *A.*   Yes, there certainly have.

4    *Q.*   You talk about context in Ms. Kaye's video.  Does her

5    demeanor during the video matter to you?  Not on the issue of

6    her intent, but on the issue of how a reasonable person would

7    perceive the video, does her demeanor and her tone matter?

8    *A.*   Yes.  That is part of the context.

9    *Q.*   And would you agree with me that the more angry a person

10   is, the more likely the reasonable person would perceive that

11   statement as being a sincere true threat?

12   *A.*   No, not really.  Because of the -- the anger and caustic

13   and offensive nature of the political arena, I think the

14   elevation of anger is a factor to consider, moderated by the

15   political beliefs and ideology.  People get very angry in

16   politics and are highly polarized.  It is not enough to say

17   that that is dispositive.

18   *Q.*   I never said it was dispositive.

19   *A.*   Is that what you are asking?

20   *Q.*   No.  I never said it was dispositive.

21      My question was:  In your expert opinion, if a person

22   displays an angry aggressive demeanor, is that evidence of more

23   likely a person who views that to perceive that person as

24   giving a sincere true threat, as opposed to a nonserious maybe

25   joke or something other than a true threat?

1    *A.*  Yes, I think anger is a factor to consider.

2    *Q.*  Okay.  And in this case, you would agree with me that

3    Ms. Kaye appeared angry in that video?

4    *A.*  Yes.

5    *Q.*  And you would expect the reasonable person to rely on that

6    as at least part of what will impact that person's reaction to

7    the video?

8    *A.*  The anger is part of the meaning making process,

9    absolutely.

10   *Q.*  So is the use of profanity, correct?

11   *A.*  Yes.

12   *Q.*  I know you gave us a brief contextual lesson in the F word,

13   but to the reasonable person who views her video, would you

14   agree with me that the use of the F word is indicative of a

15   person exhibiting a true and sincere statement, correct?

16   *A.*  I am following what you are saying.  The use of the F word

17   or other language that is emphatic in nature tends to show the

18   depth of someone's belief or seriousness of their statements.

19   *Q.*  Right.  Especially when made in conjunction with anger or

20   agitation or the other aggressive behaviors that Ms. Kaye

21   displayed during her video?

22   *A.*  The use of the F word is another factor in conjunction with

23   anger and relative references to politics and other aspects,

24   yes.

25   *Q.*  By the way, on the subject of context, you relied on the

1    politicians using -- I think you referred to it as rhetorical

2    flourish, but I may be misquoting you.  Certainly in the video

3    that Ms. Militello has admitted to the Court regarding former

4    President Trump's admission into evidence in his impeachment

5    trial a list of video clips, or a series of video clips wherein

6    politicians have made some type of reference to physical

7    violence against another, correct?

8    A.   Okay.  I am following.

9    Q.   Have I described that correctly?

10   A.   Yes, you have described that correctly.

11   Q.   Okay.  Without going through it ad nauseam, I believe some

12   politicians made it -- I think you said on direct that there

13   was one video where Joe Biden made a reference to, had he met

14   Donald Trump when they were in school he would have punched him

15   in the face, or something like that.

16   A.   Taken him behind the gym.

17   Q.   To the reasonable person, would you agree that coming from

18   a politician in these contexts most likely does not indicate a

19   sincere and true intent to engage in a physical assault?

20   A.   It's a factor to consider given that some politicians, when

21   candidates for office, have engaged in physical violence with

22   the press and things like that.  It is a factor to consider.

23   Q.   I am asking you to go further out on a limb, because you

24   went out on a limb with Ms. Kaye.  Now I am asking you to go

25   out on a limb with Joe Biden.

1      Was that a true threat in your opinion?

2  A.  Very likely not, no.

3  Q.  And part of the reason for that is because the reasonable

4  person would most likely understand that coming from a

5  politician, that that was, I guess, some type of hyperbolic

6  flourish that was not indicative of a true threat.  Would you

7  agree with that?

8  A.  In the particular Joe Biden context, yes.

9  Q.  Yes.  In fact, in many of those same videos, as part of

10  that same piece of evidence, whether it be from House Speaker

11  Nancy Pelosi or from other politicians, same principles apply,

12  correct?

13  A.  Yes.

14  Q.  And you don't think -- you've reviewed -- you have reviewed

15  those clips, correct?

16  A.  Yes.  Those clips are edited, of course, but I have

17  reviewed that video.

18  Q.  And would you agree with me that none of those clips

19  exhibit a true threat?

20  A.  If there is one that does, it does not come to mind.

21  Q.  Okay.  And like the comedian who is sitting on the stool,

22  the bar stool or whatever seat he is sitting on, and he

23  basically is talking to his audience about the one thing you

24  cannot say under law, you cannot say, I am going to kill the

25  President of the United States, right?  He says that?

1    *A.*   Uh-hum.

2    *Q.*   And he says, I am not saying I want to the kill the

3    President of the United States, I am just telling you that you

4    cannot say it, correct?

5    *A.*   That is what he says in the video.

6    *Q.*   And he continues to embellish the statement even more.  At

7    one point he makes a serious face, another point maybe he

8    changes the tone of his voice, all to highlight the point of

9    the video, which is context matters, right?

10   *A.*   Yes.

11   *Q.*   And you would agree with me that the reasonable person

12   would not perceive this video in this context as a threat?

13   *A.*   The reasonable person familiar with all of the

14   circumstances, including the identity of the speaker, the

15   rhetorical flourishes, the linguistic context and the political

16   expression, would likely not, correct.

17   *Q.*   Speaking with the reasonable person for a moment, would you

18   agree with me that some of the people who viewed her video most

19   likely knew nothing about Ms. Kaye?

20   *A.*   That some of the people knew nothing about her?

21   *Q.*   Yes.

22   *A.*   Sure, I think that is true, especially of a public person

23   on TikTok, yes, that is probably true.

24   *Q.*   Is it your opinion that the hypothetical reasonable person

25   cannot accurately assess the video without knowing more than

1    what is seen in the four corners of the video?

2    *A.* Cannot assess it?

3    *Q.* Yes.

4    *A.* At all?

5    *Q.* Yes.

6    *A.* They can't understand its full context without better

7    understanding the features of the communication and the

8    linguistics and all of the things we discussed.

9    *Q.* But can a reasonable person simply rely on the four corners

10   of the video to make a determination as to whether that

11   individual believes that a serious threat was made under

12   circumstances that would place a person in fear of being

13   injured?  Can they do that, or do they need more?

14   *A.* I think in a perfect world they need expertise of all the

15   contextual elements in a perfect world, but do people make

16   those determinations all the time?  Yes, they make those

17   determinations all the time.

18   *Q.* Does the law require more, or does the law allow a jury to

19   make that determination?

20   *A.* My understanding is that the law does not require it, but

21   allows the assistance to the fact finder to understand the

22   context.

23   *Q.* Are you aware, Dr. Fuller, of any case in which an expert

24   like yourself has ever been admitted as an expert in this field

25   to assist the fact finder in making a legal determination under

1    an 875(c) charge?

2    *A.*  I am not aware of any, no.

3    *Q.*  And you have been studying this area of the law as an

4    expert for the last, what, six, seven years?

5    *A.*  I have not been studying the laws of evidence or admitting

6    expert testimony, so I cannot say that.

7    *Q.*  But you are very much familiar with the laws that relate to

8    threat cases, correct?

9    *A.*  Yes.

10   *Q.*  And you have read numerous cases in this circuit and

11   others, cases from the District Court level all the way up to

12   the Supreme Court of the United States, correct?

13   *A.*  Yes, but very few -- relatively few trial records, like the

14   record on appeal.  I did not spend a great deal of professional

15   time analyzing the record on appeal, including the evidentiary

16   issue, so I do not have first-hand knowledge of the expert

17   testimony and evidentiary problem we are talking about.

18   *Q.*  How many threats cases would you estimate you have either

19   read or are familiar with in this area of the law?

20   *A.*  Appellate cases, on the order of maybe a hundred; trial

21   court cases, and these are just trial opinions -- let me adjust

22   that appellate number upward, probably 200; all of the Supreme

23   Court cases, whatever that number is, and the trial court

24   opinions, also a couple hundred.  Intimately familiar, several

25   dozen, intimately familiar with deep analysis.

1     Trial court records and evidentiary admissions has not been

2     the area of my focus now.

3  Q.  I am not talking about intimately familiar, but in those

4     hundreds of cases you just cited that you are at least familiar

5     with, can you cite to this Court one example of a Court

6     anywhere admitting expert testimony like yourself on this

7     issue?

8  A.  I cannot think of an example raised on appeal, which is the

9     bulk of my work.  If that is not an issue for appeal, I can't

10    know about it if I haven't read it.  So, you know --

11 Q.  Is that a lawyer's response to a short answer, which is,

12    no, you are not familiar with it?

13 A.  No -- yeah, I guess so.

14 Q.  If you were familiar with it, we would know it, right?

15 A.  That is fair.  Right, I do not know that.  On that

16    particular issue of expert testimony in an 875(c) case, I am

17    not familiar with a trial court case making that determination,

18    no.

19 Q.  Prior to coming into court for this hearing, how many times

20    did you speak to or meet with Defense counsel?

21 A.  May I consult the notes?

22 Q.  Sure, absolutely.

23 A.  11, and that is including email conversation back and forth

24    to receive exhibits and things of that nature.  11 total

25    communications and maybe four phone calls of varying length.

1    *Q.*  Of those communications, how many would you say were
2    substantively related, meaning you weren't talking about
3    ministerial matters like the sending of exhibits or the
4    scheduling of appointments, but rather the subject matter of
5    your testimony?
6    *A.*  Four.
7    *Q.*  How much time in total would you say you have spent
8    substantively speaking with Defense counsel about your
9    testimony?
10   *A.*  Approximately four hours, maybe three and a half.
11   *Q.*  Did you also speak with Ms. Kaye or just with the
12   attorneys?
13   *A.*  I have never spoken to Ms. Kaye.  This is the first I have
14   seen her in person, or via Zoom.
15   *Q.*  Did you write reports that memorialize either your opinions
16   or your analysis in this case?
17   *A.*  Um-m-m, the expert summary, I did a first draft of that.
18   Um-m-m, I'm trying to recall, because I want to answer really
19   accurately for maybe discovery purposes or what have you.
20       I have handwritten notes that I developed, and I do not
21   believe I have any digital files.  I have handwritten notes.
22   *Q.*  With respect to the expert summary, you said you prepared a
23   draft?
24   *A.*  Yes.  That is the only digital file I have where the
25   Defense attorneys asked me to describe my qualifications and

1    expertise and things of that nature, and I created a draft of

2    that.

3    Q.  Have you reviewed Defense Exhibit 1 in this case, which I

4    don't believe was admitted into evidence, but it is the notice

5    of expert testimony?

6    A.  Yes, I have.

7    Q.  Is that in substance sort of the draft that you prepared or

8    did you prepare something else?

9    A.  Yes, in substance it is.  It is almost verbatim.  There

10   might be typographical changes, but it is it.

11   Q.  During the course of speaking with the Defense counsel in

12   this case, I just want to ask you if you told them the

13   following:

14       Did you ever tell them that factoring in the venue through

15   which the Defendant made her statements that someone like her

16   can say she will exercise her Second Amendment rights to shoot

17   someone, and that speech may not rise to the level of a true

18   threat?

19   A.  I cannot recall.  I'm not sure.

20   Q.  Do you agree with that statement?

21   A.  I was listening for the words, and the words alone, so

22   could you say that again, please?

23   Q.  My apologies in advance, because I know that this is not

24   the most grammatically smooth sentence, but I am intentionally

25   keeping it identical to what was written in a Defense pleading,

1   and I just want to know if it came from you or someone else.

2   A.  Okay.

3   Q.  Factoring in the venue through which the Defendant made her

4   statements that someone like her can say she will exercise her

5   Second Amendment rights to shoot someone, and that speech may

6   not rise to the level of a true threat.

7   A.  I do not believe that I communicated that statement

8   verbatim to the Defense.

9   Q.  Okay.  Understanding you didn't convey it verbatim, did you

10  convey that idea, albeit not verbatim, to the Defense?

11  A.  Yes, probably so.

12  Q.  Okay.  So I want to focus, then, on the key words in the

13  statement, may not.

14      Is it your belief that when considering the venue through

15  which Ms. Kaye made her statements that she can say that she

16  will exercise her Second Amendment rights to shoot someone, and

17  that speech may not rise to the level of a true threat?

18  A.  I agree with the thrust of that statement, yes.

19  Q.  But that is different from what you are testifying to

20  today, is it not?  Today you are saying that you believe in

21  fact, not that it may not, today you are saying it does not?

22  A.  I am trying to parse the statements.  I'm sorry.

23  Q.  By the way, if you want to correct your testimony today you

24  can.  What I am trying to find out from you is, is it may not

25  or does not?

1   *A.*  My statements are that in -- my conclusion is that the

2   statements that are the basis of the indictment do not contain

3   a true threat to the first part of the standard in the Eleventh

4   Circuit, and also that they may not.  One includes the other,

5   sort of like a lesser included statement.

6       So, I believe that this is a parsing of language that -- I

7   believe it does not.  I can agree with both of those things.  I

8   can agree that something may not rise to the level of a true

9   threat and I can go further and say that it does not rise to

10  the level of a true threat.

11  *Q.*  Why the change?  Why previously did you say may not, but

12  today you say it does not?

13  *A.*  What do you mean, previously?

14  *Q.*  You are the one that told us that prior to coming here to

15  court today, you met with, or talked, conversed with Defense

16  counsel for three and a half to four hours discussing the

17  substantive part of your testimony during which time you said

18  to them, factoring in venue through which the Defendant made

19  her statements someone like her can say she will exercise her

20  Second Amendment rights to shoot someone, and that speech may

21  not rise to the level of a true threat.

22  *A.*  When you asked me that question, I said I probably said

23  that.  In the course of conducting analysis and analyzing the

24  case, one, myself starts with a preliminary assessment and then

25  moves through analysis, taking into account factors and

1   reaching a firmer conclusion as the analysis goes.

2       This is an evolution of the understanding of the case and

3   getting -- I didn't receive all of the discovery at once, so

4   that is an element -- that is one of the reasons that a

5   conclusion matures over time.

6   Q.  So, originally, you gave an expert opinion without having

7   all of the information that you needed?

8   A.  This is the first time I am giving that expert opinion.

9   Q.  You gave an opinion to the Defense attorneys previously by

10  saying it may not rise to the level of a true threat.

11      I am asking you, when you gave they that opinion, you gave

12  it without having all of the information that you needed?

13  A.  I said without all of the discovery.

14      So, for instance, I had some of the video content, but at

15  different times during the preparation and analysis of the case

16  I didn't have, for instance, Jeffrey Essex -- his statement at

17  different times, so it would really depend on when that

18  statement was purportedly made by me, like which phone call,

19  and I have no record of which phone call such a statement would

20  be made where I am giving a preliminary opinion and then

21  assessing evidence as it comes in and then creating the opinion

22  that I have stated today.

23  Q.  Did you have the -- I am going to call them the threat

24  videos, but I think you know what I mean.  Did you have the

25  videos that contain the essential statements in this case prior

1    to making that opinion?

2    A.  I had at least one of them, I don't know the time line.  I

3    know that I had the TikTok video from the outset and received

4    the video without sound and a different shortened -- the three

5    second video at another time I took all of that into account to

6    get us here to today.

7    Q.  Do you remember when -- how many days or weeks prior to

8    today did your opinion elevate from may be to definitely?

9    A.  I can't say definitively.  Let me look at my notes, if you

10   don't mind.

11   Q.  Sure.

12   A.  Sometime around the middle of February, I would imagine.

13   Q.  Okay.  Thank you, Dr. Fuller, it was nice talking with you.

14          MR DISPOTO:  Judge, that is all the questions I have.

15          THE COURT:  Is there anything on redirect?

16          MS. MILITELLO:  A few things, please.

                    **REDIRECT EXAMINATION**

18   BY MS. MILITELLO:

19   Q.  Dr. Fuller, when you were first retained, do you recall

20   that you were sent a copy of the TikTok video and also all of

21   the pleadings related to the Motion to Dismiss that were filed

22   last summer?  That would be my Motion to Dismiss, the

23   Government's response, my reply, and the Court's ruling.

24   A.  I received all of those.

25   Q.  And it was only after reviewing the full breadth of facts

1    from the both the Government and myself that you rendered any

2    expert opinion in this case?

3    A.  I believe that is correct.  Everything prior to receiving

4    all of the videos and -- not just the videos that are subject

5    to this indictment, but the videos from Ms. Kaye's account and

6    the comments and all of those things, everything before that

7    was a preliminary opinion trying to better understand the

8    context and do the analysis.

9    Q.  Sure.  In terms of some of the discovery, getting that last

10   month, is it your understanding that the Government did not

11   provide my office those additional Facebook and Instagram

12   records until approximately last month, one year after this

13   incident?

14   A.  I do not know specifically when they were received by your

15   office.  I know that they were not all received at once.

16   Q.  You weren't provided them until relatively recently,right?

17   A.  That's correct.  I can't recall the exact date, but within

18   the last several weeks.

19   Q.  Okay.  Going back to the records, these recent Facebook and

20   Instagram records, the Government asked whether you were aware

21   there was only one like on Facebook.  Are you aware that she

22   only had, according to these records, ten followers on

23   Facebook?

24   A.  I wasn't aware of that.

25   Q.  Does that change your opinion that there is only one like

1  if there are only ten followers?

2  *A.*  That matters quite a bit.  In the world of social media

3  engagement, a ten percent engagement rate would be quite high,

4  especially with -- with a larger follower account that would be

5  quite significant.  Yes, I think that is highly relevant.

6  *Q.*  Okay.  And is it true that we don't have the TikTok records

7  to indicate how many followers she had on TikTok at the time

8  the TikTok was posted?

9  *A.*  I don't have those records, I have not been sent them.  I

10  don't believe that Defense counsel has them.  I am not sure

11  where they are or whether they exist.

12  *Q.*  I represented in a footnote in my Motion to Dismiss that

13  Ms. Kaye had thousands of followers on TikTok, but is it true

14  that you haven't -- we don't have the business records from

15  TikTok?

16  *A.*  I have not seen any business records that would suggest

17  that.

18      May I stand up and turn my light back on?

19          *THE COURT:*  Yes.

20          *THE WITNESS:*  I am sorry, please go ahead.

21  *BY MS. MILITELLO:*

22  *Q.*  You were asked if you ever reviewed an 875(c) case where

23  you saw an expert testify; is that right?

24  *A.*  I was asked that, yes.

25  *Q.*  Have you reviewed the acquittals of 875(c) cases across the

1   United States?

2   A.  No.

3   Q.  So you haven't done the docket primary research to see if

4   they used experts?

5   A.  No.  That would be an interesting study.

6   Q.  And then, in other 875(c) cases that you have reviewed, as

7   indicated by your Law Review articles and such, did you say you

8   did not always or routinely go to the original District Court

9   and see whether an expert was even requested?

10  A.  That's right, I did not see that.  Not all District Court

11  cases render opinions in these matters.  Sometimes they are

12  brief per curiam, for lack of a better word.  So, no, I did not

13  review all of those.

14  Q.  Now, are you aware of any 875(c) threat cases where the

15  Government has prosecuted based on so little alleged criminal

16  conduct?

17      MR DISPOTO:  Judge, I am going to object to that.

18  That is really not within the expert's field of expertise to

19  comment on.

20      MS. MILITELLO:  Respectfully, Judge, I think that an

21  expert may not be needed on certain threat cases where

22  Defendants go out and purchase firearms and shoot them online.

23  Where we have a case, frankly, incomparable to any other at the

24  appellate level that deals solely with speech, the need for an

25  expert may be greater.

1        *THE COURT:*  You can ask the witness whether he is

2    familiar with other indictments and the nature of the charges.

3    *BY MS. MILITELLO:*

4    *Q.*  Okay.  From your review of other 875(c) Federal threats

5    cases, have you seen cases prosecuted with what I am describing

6    as so little alleged criminal conduct, or not saying it is

7    criminal, but just alleged conduct?

8    *A.*  I am not familiar with a case where the record is identical

9    to this record in terms of volume.

10   *Q.*  I mean, is it fair to say that in most threat cases there

11   is some sort of action, it is the traditional speech plus

12   action can be criminal, or there is some targeting or directing

13   of the speech to make it criminal?

14   *A.*  That is a fair question.  It is far more common for true

15   threat prosecutions to occur when the communications are

16   directed at an identifiable listener or audience who is named

17   in the alleged threatening communication.  That is far more

18   likely in the case law.

19   *Q.*  Like a there threat made to a judge individually, whether

20   it is by a call or an email or a letter, right?

21   *A.*  Yes.  That is much more common in the way this statute

22   often gets invoked with a named Federal official.

23   *Q.*  Not just a named Federal official, well sometimes named,

24   but often the speech has been sent to that official as well,

25   right?

1    A.  That is the substance of a lot of true threats

2    prosecutions, is that the communication is direct, yes.

3    Q.  And also in a lot of true threats cases, you mentioned, for

4    example, Elonis, we have a history of violence between the

5    parties, there was a protective order, which elevates that

6    speech, right?

7    A.  I did mention that, yes.

8    Q.  And you would agree that if Ms. Kaye, after she posted the

9    video, purchased a firearm, that would elevate her speech as

10   well?

11   A.  I would say that is an element of the factual context that

12   would be considered and would be relevant, yes.

13   Q.  So, without those other actions, would you agree that in

14   order to interpret her speech the context becomes even more

15   important, these contextual factors that you testified to on

16   direct?

17   A.  I would agree with the statement, yes.  The absence or

18   presence of certain factors renders the need for additional

19   fact finding help more important where the bulk of the

20   prosecution of the case revolves around statements and

21   communications and not other physical acts that are taken.

22   Q.  Okay.  You were asked about the law, so I will ask you some

23   additional questions about the law.

24       I tried to by doing so on direct, but I am going to ask you

25   about Justice Roberts opinion in --

1          THE COURT:  Let me interrupt because this isn't really

2     what we are going to get into at trial.  So, whether he was

3     asked that or not, I am not envisioning -- didn't read that

4     anywhere in your notice that that is what you anticipate the

5     witness to get into at trial.

6          Now, I know Mr. Dispoto needs to leave soon for pick

7     up, so I did want to make sure I gave each side an opportunity

8     to distill down your argument in light of the hearing here

9     today because it may have changed people's views, and things

10    are flushed out in much more detail than they were in the

11    briefing papers.

12         Unless there are any pressing additional questions, I

13    would like to give you time for argument.

14         MS. MILITELLO:  All right.  I will be brief.

15    BY MS. MILITELLO:

16    Q.  I would just ask that you would agree that hurtful speech

17    may be politically protected speech?

18    A.  Yes, I would agree that speech that causes harm can also be

19    fully protected speech.

20    Q.  Would you agree that -- do you agree that speech rights are

21    the same and that the contextual factors are what is important

22    when evaluating the speech that a politician makes or a

23    president makes versus Ms. Kaye?

24         In other words, her First Amendment rights are the same as

25    the others that I mentioned, so in order to determine whether

1    her speech is a threat or not we have to look to the contextual

2    factors?

3    A.   I agree the importance of contextual analysis and

4    contextual rigor is critical in understanding that as an

5    element of the facts and is critical to all cases related to

6    First Amendment rights versus protected speech.

7    Q.   I know you testified on redirect that her wall posts from

8    these other people who saw them after her arrest were relevant

9    to your analysis.  Do you agree that if we had the responses of

10   her audiences, that that would be more insightful as to what a

11   reasonable person viewed -- or how they viewed her speech?

12   A.   I agree that it would be a factor to consider, yes,

13   absolutely.

14        MS. MILITELLO:  I don't have any other questions

15   unless Dr. Fuller has anything else to add.

16        THE WITNESS:  May I use my light again?

17        THE COURT:  Yes.  I will let Mr. Dispoto distill down

18   his argument, but before he does so, Ms. Militello, in light of

19   the hearing here today, could you first distill down what you

20   would anticipate as sort of the opinions.  I don't want to have

21   you rehash or summarize what Dr. Fuller has said, but what is

22   or what are the succinct sort of bottom line opinion or

23   opinions that you are seeking from Dr. Fuller in light of what

24   we heard here today?

25        Then I am going to ask Mr. Dispoto to make his

1    argument and then will allow you to respond.  You will have a

2    chance to respond.  I just want to make sure I understand,

3    because it is vastly different than just reading the

4    submissions and the notice of filing.

5            MS. MILITELLO:  Yes.  May I do two things, though?  I

6    would like the Court to take judicial notice of Docket Entry

7    58, which is notice of expert testimony, Defense Exhibit 1.

8            THE COURT:  Any objection?

9            MR DISPOTO:  No.

10           THE COURT:  The Court will take judicial notice of

11   Docket Entry 58.

12           MS. MILITELLO:  I ask the Court, based on my

13   representation that this is an accurate email that I sent to

14   Mark Dispoto, the prosecutor, that Defense Exhibit 2 is the

15   date -- contains the date that we sent the Government Dr.

16   Fuller's CV.  That is important because there was some

17   confusion.  While we filed it under seal at a later date, the

18   Government did receive the CV closer to when we provided the

19   expert notice.

20           THE COURT:  What are you asking?

21           MS. MILITELLO:  That the Court admit the email,

22   Defense Exhibit 2, which shows the disclosure to the

23   Government.

24           THE COURT:  Any objection?

25           MR DISPOTO:  Judge, although I am not going to make

1   any representations regarding its relevance or lack thereof, I

2   have no objection.

3        THE COURT:  All right.  Admitted without objection,

4   Defense Exhibit 2.

5      (Whereupon Defense Exhibit 2 was marked for evidence.)

6        MS. MILITELLO:  In terms of summarizing the expert's

7   opinion, I noticed in the -- the notice of opinion testimony, I

8   do believe that Dr. Fuller can give testimony that this is not

9   a threat and that this is not a true threat.

10        I am not making argument if the Court doesn't want

11   right now.

12        THE COURT:  No argument.  In other words, you are

13   saying that one of his opinions is going to be that the

14   statements made by Ms. Kaye in the video, or videos, were not a

15   true threat as defined in the jury instruction in 18 U.S.C.

16   Section 875(c), the 30.3 jury instruction, that he is going to

17   give an opinion that what she said, how she said it, how she

18   conveyed it, that is not a true threat under the law as defined

19   in the jury instruction?

20        MS. MILITELLO:  Yes.  Essentially it is part, but not

21   all of element one.  I can give argument as to why I think that

22   is appropriate, but yes.

23        So, when we talk -- people, I think, are conflating

24   what the ultimate issue is.  Setting that aside for now, I

25   don't think it is an ultimate issue, and I do think he is

1    permitted to say that this speech is not a true threat.

2         So, that would be the paramount finding of his

3    testimony.

4         THE COURT:  True threat does appears in element two as

5    well.  It appears in element one, the Defendant knowingly sent

6    a message to -- in commerce containing a true threat to injure

7    the person.  That is element one.  You are saying it applies to

8    element one.

9         Element two is, the Defendant sent the message with

10   the intent to communicate a true threat.  I know he made clear

11   he is not going to testify about intent, but to communicate a

12   true threat.  Presumably his rendering of an opinion on true

13   threat would apply to the use of the true threat there, and

14   then it goes on to say, or with the knowledge that it would be

15   viewed as a true threat.

16        Would his opinion as to whether her statements were

17   not a true threat apply to both element one and two; and

18   furthermore, the definition of true threat as set forth in the

19   instruction?

20        MS. MILITELLO:  Sorry, I didn't understand the Court's

21   second --

22        THE COURT:  There is also -- we are operating, I am

23   assuming, under the witness' definition of a true threat is the

24   same as that defined in the Eleventh Circuit.  So, when you say

25   that you are going to offer Dr. Fuller to give an opinion that

```
 1    it is not a true threat, you mean the true threat as defined in
 2    the Eleventh Circuit opinion.
 3             MS. MILITELLO:  Yes.
 4             THE COURT:  I mean the Eleventh Circuit instruction.
 5             MS. MILITELLO:  Yes.  Now, he gave extensive testimony
 6    on how one views a threat, and I think threat, as we know from
 7    the case law, is different than a "true threat", and they have
 8    different meanings, and threat and how it is viewed in speech
 9    and communication is different than what a legal true threat
10    is.  I think he did today and would talk about both.
11             THE COURT:  Could that be confusing to the jury,
12    though, if he is going to talk about threat and then true
13    threat?
14             MS. MILITELLO:  Well, respectfully, that is how the
15    Courts analyze these things.  I get that the jury aren't
16    lawyers, but when you look at Watts and Black, they talk about
17    threatening language, and then whether or not that threatening
18    language rises to the level of true threats, so yes, we will
19    need to be clear.
20             I can tell the Court that I plan on asking for more
21    extensive jury instructions, but threats in and of
22    themselves -- hurtful language in and of itself is protected
23    speech, and is not protected when it rises to the level of a
24    true threat.  Simply making a threat is not illegal.
25             THE COURT:  So back -- that was my fault, so back to
```

1    my original question.  Dr. Fuller, you propose that he give an

2    opinion, you are summarizing that his opinion would be that Ms.

3    Kaye's statements were not a true threat as defined in the

4    Eleventh Circuit instruction, and as true threat is used in the

5    first element, but also used in the second element?

6         MS. MILITELLO:  Well, I suppose -- I think element two

7    is just a completely different analysis.

8         So, whether she intended to send the message or sent

9    the message with the intent to communicate a true threat is a

10   finding the jury would have to make that he is giving no

11   opinions on, and whether she had the knowledge it would be

12   viewed as a true threat is not anything that he would opine

13   about.

14        THE COURT:  He would not opine -- because there was

15   much discussion today about what a reasonable person, and that

16   is in fact how true threat is defined.  So, where does his

17   opinion about what a true threat -- where does it end, and

18   where does the discussion of how it is viewed, that is by the

19   reasonable person -- was the testimony today not about what you

20   would intend to get into in trial and it just happened to come

21   out in the hearing today or --

22        MS. MILITELLO:  No, let me clarify.  He would

23   absolutely testify in relation to the reasonable person

24   standard, however, he would not testify whether Ms. Kaye had

25   knowledge of the reasonable person standard, whether she has

1  knowledge that it would be viewed that way.

2          His scholarly research focuses on how people view

3  threats, not how Ms. Kaye knew this threat would be viewed.

4  So, he can inform the jury on factors that people in patterns

5  of when people consider threats to be true threats, when people

6  consider threats to be more serious, more likely to be acted

7  upon, when it puts them in fear, when it doesn't, and these

8  things become important when all we have is speech to analyze.

9          When the Government wants to introduce wall posts

10 after an arrest, or a tip made to the FBI, the jury needs some

11 framework for how to evaluate those things.

12         *THE COURT:*  Sorry, you are getting into argument, but

13 that's my fault.

14         It is not a true threat, that is the opinion?

15         *MS. MILITELLO:*  That is the overriding opinion, right.

16 And then I would have him testify maybe more succinctly, but to

17 the contextual manners, the four categories essentially, as to

18 why he doesn't think it is a true threat, which includes some

19 explanation as to what is political speech.

20         Our jury instruction does not have a definition.  The

21 Court can, of course, give a legal definition to political

22 speech and what it is.  What the expert can do is provide the

23 sociological context of those things, right, and the historical

24 context of what it means that we have protected political

25 speech in this country since the days of the founding through

1   now.

2          He can leave the option of introducing some of these

3   contemporaneous examples of violent rhetoric.  We would seek to

4   do so through the expert versus through by investigator who

5   doesn't, I don't think, have a college degree.  I would like to

6   do that through the witness of my choice, which would be the

7   expert.

8          He can also give the linguistic history and

9   explanation about speech having multiple meaning.  He can give

10  the jury some of the analysis about how to determine dominant

11  and subordinate meanings in speech.  His research focuses on

12  how we can interpret speech, what is the meaning making of the

13  speech.  He is an expert in advising what are these contextual

14  factors.

15         The Supreme Court has already said what the contextual

16  factors are.  He would simply provide the research, which is

17  focused on aggressive sort of violent high conflict speech, how

18  that is perceived, how it is interpreted, and the things that

19  one looks at to interpret and make meaning of that speech.

20         THE COURT:  All right.  I think I have the general

21  idea.  Let me turn it over to Mr. Dispoto to crystalize -- in

22  light of the hearing today and Ms. Militello's distilled

23  summary of the nature of the opinion, I will let you make your

24  argument as to -- in support of your motion, and I guess I

25  would ask you to also just address, because I know at the time

```
 1   you did your motion you didn't necessarily know the -- maybe

 2   you did, but it wasn't referenced.  You made reference to the

 3   witness may be qualified, you didn't kind of commit yourself

 4   one way or another.

 5          So, in your argument, can you be clear like what you

 6   are challenging and what you are not.  If you are not

 7   challenging his qualifications, let me know that.

 8          I understand you are probably going to adhere to the

 9   view that you don't think an expert of this nature is warranted

10   in this case in light of your questions, et cetera, but I would

11   like to know what your view is on the qualifications so we

12   don't spend needless time on certain issues and can focus on

13   others.

14          MR DISPOTO:  Certainly, Judge, and I will address that

15   first.  Dr. Brooks is certainly an expert in the field of mass

16   communication with an emphasis on media law.  I think that was

17   the way it was articulated.

18          However, just because he is an expert in that field

19   does not make him qualified to give any opinion that he thinks

20   he is qualified to give.  It is the Government's position that

21   he is not qualified to give an opinion regarding what a

22   reasonable person would perceive relative to this video.

23          This witness has no information that deals directly

24   with information that would be helpful to the jury to make that

25   ultimate determination.  Ultimately, it is for the jury to
```

1  decide whether the threat was a true threat, and that requires
2  the jury to rely on a reasonable person standard.

3  All the research that Dr. Brooks may have done, and I
4  say this with all due respect to the doctor, this is in no way
5  meant to undermine or criticize his great work, but none of it
6  has anything to do with Ms. Kaye.  What other people or other
7  audiences may have done on other occasions in other contexts
8  does not offer this witness any reliable information upon which
9  they can use to make that ultimate determination.

10  In essence, the Defense is asking the Court to allow
11  an expert to opine on the ultimate issue in the case, and that
12  is really whether or not the Defendant is guilty.  By rendering
13  an opinion regarding whether this is a true threat, that is the
14  ultimate issue in the case.  Just like a witness can't come
15  forward and say it is my belief that the person is not guilty,
16  or it's my belief that a person did not form the requisite mens
17  rea, here, in effect, the witness is doing the same thing.

18  THE COURT:  Playing devil's advocate and anticipating
19  Ms. Militello's argument, she is focused on, she said on behalf
20  of the Defendant, element one and not element two.  Presumably
21  you need to prove beyond a reasonable doubt both elements.  He
22  is not going to get into intent.

23  Flesh that out for me as to how and why it is the
24  ultimate issue.

25  MR DISPOTO:  Because the jury has to find that a true

1    threat was made.  That is one of the elements, just like intent

2    is one of the elements.  That is an objective standard, a

3    reasonable person.  A reasonable person is not defined by Ms.

4    Kaye's political allies.  The reasonable person standard is not

5    defined by her intended audience.

6         She put out in the public sphere a statement that was

7    viewed by a variety of people, and it is for the jury to decide

8    what a reasonable person would perceive under the

9    circumstances, and to some extent, Dr. Fuller's expertise

10   places on the jury burdens and responsibilities that the law

11   doesn't require.

12        I will give you a quick example.

13        One of the very last things he said in redirect

14   examination was that had Ms. Kaye gone out and purchased a

15   firearm, that that would be a relevant factor to be considered.

16   That is only relevant as it relates to her intent, that is not

17   relevant to a reasonable person standard.  A reasonable person

18   would have no idea what -- a reasonable person would have no

19   idea whether Ms. Kaye owns firearms.

20        Many of the factors that Dr. Brooks talks about,

21   whether it be other online posts, whether there were prior

22   threats, those are factors that the Court doesn't require the

23   reasonable person to engage in to determine whether this is a

24   true threat or not.

25        The reasonable person can make that determination

Pauline A. Stipes, Official Federal Reporter

1    based on context within the four corners of the video, and what

2    the Defense is purporting to do is to cite factors beyond that

3    that the reasonable person is not required to explore before he

4    or she makes that determination, nor is the jury required to

5    necessarily consider those things.

6         Ms. Militello can argue those things in closing

7    argument, but for an expert with all the trappings of his

8    experience and education to come into court to render an

9    opinion on this ultimate decision, runs a substantial risk of

10   misleading this jury into making a determination based on

11   factors that the Government doesn't to prove, and quite

12   frankly, it does haven't to consider.

13        *THE COURT:*  Would the Government still be objecting

14   to -- maybe you would, but maybe on different grounds.  I want

15   to understand.  If we were to consider Dr. Fuller's testimony

16   about the four categories and sort of how I will summarize it

17   as the way to understand speech, and we are not talking about

18   true threat, and we are not talking about Ms. Kaye, but he is

19   giving a recitation, if you will, on those four categories that

20   he has set out for us, that you -- by analyzing and comparing

21   videos to one another as well as other communications in high

22   conflict arenas, and he talked about media context, social

23   context, political history, and rhetoric.

24        If he were to just testify as to those areas, you

25   might not think it is the most relevant or helpful, you know,

1    or may have objections along those lines, but does that give

2    the Government any other basis for objecting to his testimony

3    other than perhaps, let's say relevancy?

4            I understand the thrust of your argument now is

5    getting to an ultimate issue, this is in the jury's province.

6    If he doesn't get to the ultimate issue and he testifies to

7    everything else, what is the Government's view?

8            *MR DISPOTO:*  Let me make sure I understand the Court's

9    question.  So, he offers no opinions, but comes in basically as

10   an educator; is that what the Court is saying?

11           *THE COURT:*  Yes.

12           *MR DISPOTO:*  We would still object because providing

13   the jury with some of the factors that he believes are relevant

14   is not necessarily -- would not help the jury in making its

15   ultimate determination because at the end of the day, they are

16   more than capable of evaluating this video based on its context

17   and to come to the ultimate conclusions in the case.

18           It doesn't need a history lesson about political

19   speech in our country.  It doesn't need a lesson about how

20   people communicate on the internet or how audiences receive

21   that information.  I also think that to allow that runs the

22   risk, whether intentionally or not, of the witness stepping too

23   far when he starts talking about how other audiences on other

24   occasions may or my not perceive certain types of speeches.

25           None of that the jury needs to come to its ultimate

1   conclusion in the case, which is, was this a true threat, and

2   they can do that based just on the four corners of the video.

3          *THE COURT:*  All right.  Response.

4          *MS. MILITELLO:*  I would like to start with reading

5   Federal Rule of Evidence 704, which states that an opinion on

6   an ultimate issue is not objectionable -- an opinion is not

7   objectionable just because it embraces an ultimate issue.  The

8   rule is clear that that alone does not qualify Dr. Fuller from

9   testifying.

10          Subpart B says, the exception is in a criminal case an

11   expert may not state an opinion about whether the Defendant did

12   or did not have a mental state or condition that constitutes an

13   element of the crime charged.

14          He can give testimony that embraces an ultimate issue,

15   as long as it is not the ultimate issue of the Defendant's

16   state of mind.  We see that all the time in criminal cases.

17   The expert says, yes, this is fentanyl.  That is an element of

18   the crime.  Yes, this person died of a gunshot wound, it's a

19   homicide, okay.  That is an element of the crime.

20          They can't then say whether the person knowingly

21   possessed the fentanyl.  They can't say the Defendant's state

22   of mind questions, but they can testify as to ultimate issues,

23   so I think that needs to be clarified.

24          However, the Court is right, the Court could limit his

25   testimony, we'd prefer not to, but, of course, that would be

1    one of the options, such that the Court has him simply testify

2    as to the background and history of political speech and how

3    that informs people's use of social media, the patterns people

4    see on social media.

5          We know from the filings I made with the Northern

6    District that the Government used an expert, an FBI agent, to

7    talk about the patterns of someone's social media account and

8    their social media history, and they also explained things like

9    tagging, hash tags, and directing messages.  Those things are

10   not within the common knowledge of every juror.  I am certain

11   they are not within the common knowledge of all of my

12   colleagues, and we cannot assume a jury understands those

13   things.

14         As it relates to the history, I think that it is

15   important because it informs the contextual factors that

16   political speech is often violent, and yet it is often

17   protected.  So, some of the things that he mentioned are things

18   the jury should consider, and we provided the Court the

19   citation in the Docket Entry for a 25-page expert opinion that

20   was admitted in a gay marriage case from a historian talking

21   about the history of civil rights as it relates to marriage in

22   this case, and that was later credited by the Supreme Court.

23         Historians, people who are experts in civil rights, do

24   provide that background for the Courts to consider.  In this

25   case, I think it is important for the jury to consider all of

1  these contextual factors.

2         Also, when they are trying to determine how would this

3  hypothetical reasonable person interpret this speech, that they

4  get some background, some education, some specialized scholarly

5  knowledge on how people generally do interpret speech that is

6  made in high conflict sort of adversarial situations.  It is

7  directly relevant.  There has been no testimony today that what

8  he referred to as the gold standard of research is somehow not

9  accepted in the community or is not sound, the methodology is

10 not sound.

11         I think the Government's real argument is that it is

12 not relevant, but respectfully, the fact that we are here and

13 we disagree so genuinely about whether this is constitutionally

14 protected speech or not is exactly why it is relevant.

15         THE COURT:  If he were to testify, hypothetically,

16 sort of as an educator and not rendering an opinion, that would

17 divorce his testimony from any opinion about true threat, and

18 therefore reasonable person.

19         So it would follow, would it not, that there would be

20 no argument made that the jury must consider any of the

21 educational propositions that Dr. Fuller puts forth in

22 considering what the reasonable person -- what the reasonable

23 person would feel in terms of whether the reasonable person was

24 in fear.

25         I hear that is one of the Government's concerns, that

1  somehow it is adding layers to what the jury may think it has

2  to consider in terms of the reasonable person.

3         So, would I assume, then, that Defense would not be

4  making any argument, hearing from this expert, that that is

5  what the jury must consider in determining what the reasonable

6  person would ascertain?

7         *MS. MILITELLO:*  I think the Court will read the expert

8  instruction which informs the jury that they are always free to

9  disregard expert testimony.  Of course I will say they should

10 credit his testimony, but the Government is free to say that

11 they can disregard it, and I think I would be free to say that

12 they should not.

13        The proper -- in terms of what the reasonable person

14 is, and what that weight is, first of all, I disagree that he

15 would be informing the jury of any contextual factors that the

16 law says it should not consider, and the Government hasn't

17 pointed out any factors that any Court has said he considered

18 that the Court says they should not.

19        In fact, I think we cited in the Motion in Limine a

20 number of cases talking about context, and I think Courts are

21 pretty clear that context isn't even limited to the things that

22 they mention, right.  So, I don't think there would be any

23 issue with him testifying as to what his academic research has

24 shown, right, that people who are political adversaries, who

25 are not in the in group, but on the outside group, that they

1    use speech differently than someone who is on the inside group,

2    and what does that mean when you speak the more familiar

3    conversational tone versus when you speak as we are in court,

4    more formally, what kind of message does that convey, sort of

5    these ways of analyzing speech.

6          I think he should be permitted to testify, and I think

7    the basis of his dissertation and his published research, which

8    is how people then report when they hear threats and when they

9    don't, how they receive those messages is directly relevant.

10         THE COURT:  Okay.  I am sensitive to the time.  I know

11   we are having a status conference on Monday, so it may be that

12   I could devote some additional time if there is a last point or

13   two you want to make, or after I have digested everything, I

14   have another question or two.

15         I have one question for Ms. Militello.

16         You raised 704 which, as you point out, doesn't --

17   because an opinion embraces an ultimate issue doesn't mean that

18   it is excluded, but it does preclude testimony in the form of a

19   legal conclusion.  How is it that his testimony that what

20   Ms. Kaye side and did was not a true threat is not a legal

21   conclusion?

22         MS. MILITELLO:  So, I think that -- I think as an

23   expert, he is otherwise permitted to give some legal

24   conclusions.  I think if the Court chooses to find that is not

25   appropriate, that that would be -- we would proceed nonetheless

1   with our request for him to give the factors for the jury to

2   consider whether it is or is not a true threat, and that would

3   be the position where at trial he would be talking about what

4   threats are, the common knowledge of what is threat and what is

5   perceived as threatening, and not whether that rises to the

6   level of a true threat or not.

7   THE COURT:  Okay.  We are reconvening on Monday,

8   correct, because we are going to find out what, if anything,

9   the Government has done on Thursday with the Grand Jury.  Are

10  you still proceeding along those lines?

11  MR DISPOTO:  Yes, Judge.

12  THE COURT:  I am not going to issue an order before

13  the status conference, so if you feel that there is anything

14  you haven't been able to say, or if I come up with any

15  additional questions I want to ask you, be on notice I may want

16  to ask a question or two or you can make a comment or two.

17  I want to thank everybody for your time, and thank Dr.

18  Fuller for making yourself available at the last minute.

19  Is there anything more you want to say before we sign

20  off from the hearing today?

21  MR DISPOTO:  No, Judge.

22  MS. MILITELLO:  No, your Honor.

23  THE WITNESS:  No.

24  THE COURT:  All right.  Take care.  Good to see

25  everybody.

1          *(Thereupon, the hearing was concluded.)*

2                                    * * *

3          I certify that the foregoing is a correct transcript

4    from the record of proceedings in the above matter.

5

6          Date:  March 19, 2022

7                          /s/ Pauline A. Stipes, Official Federal Reporter

8                          Signature of Court Reporter

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Pauline A. Stipes, Official Federal Reporter

**MR DISPOTO: [35]**  3/1 3/25
4/11 7/17 12/6 12/9 14/8
16/24 25/10 25/22 27/17
30/11 31/17 72/24 74/23
77/12 77/23 77/25 78/10
78/25 79/17 87/1 96/21 97/6
102/24 117/13 120/16 125/8
125/24 132/13 133/24 136/7
136/11 142/10 142/20
**MR. BERRY: [1]**  14/6
**MS. MILITELLO: [50]**  4/2
4/10 5/6 5/14 5/23 7/14 12/4
12/13 16/22 25/8 25/14 27/14
30/8 31/15 35/19 48/2 48/8
48/15 72/19 74/21 77/8 78/4
79/2 79/5 79/14 79/20 79/23
80/12 86/20 97/5 117/15
120/19 123/13 124/13 125/4
125/11 125/20 126/5 126/19
127/19 128/2 128/4 128/13
129/5 129/21 130/14 137/3
140/6 141/21 142/21
**THE COURT: [72]**  2/14 3/2
4/5 4/12 5/10 5/19 6/1 6/5
7/16 7/18 12/7 12/10 14/9
16/25 25/11 25/20 25/23
27/18 30/10 30/12 31/18
35/12 35/18 48/5 48/11 72/23
72/25 74/24 77/9 77/21 77/24
78/15 79/1 79/3 79/10 79/15
79/18 79/21 80/5 80/13 84/10
86/25 87/2 97/4 117/14
119/18 120/25 122/25 124/16
125/7 125/9 125/19 125/23
126/2 126/11 127/3 127/21
128/3 128/10 128/24 129/13
130/11 131/19 133/17 135/12
136/10 137/2 139/14 141/9
142/6 142/11 142/23
**THE WITNESS: [6]**  6/3 80/15
84/13 119/16 124/15 142/22

**'**

**'60's [1]**  23/20

**/**

**/s [1]**  143/7

**1**

**10 [5]**  2/13 73/7 74/23 74/25
75/2
**11 [6]**  2/12 30/20 31/17
31/21 111/23 111/24
**117 [1]**  2/5
**12 [6]**  2/9 2/12 30/6 30/13
30/15 78/22
**126 [1]**  2/14
**14 [6]**  2/10 2/13 66/22 72/21
73/1 78/23
**14-23 [1]**  73/3
**16 [1]**  1/8
**17 [1]**  2/10
**17th [5]**  61/4 61/9 90/25
91/5 91/9
**18 [3]**  10/1 74/6 126/15
**18th [5]**  60/24 61/1 61/9

61/13 91/14
**19 [1]**  143/6
**1900's [1]**  23/19
**1950's [1]**  23/19
**19th [4]**  60/24 61/1 61/13
91/2

**2**

**200 [1]**  110/22
**2015 [4]**  81/11 81/14 96/12
103/5
**2017 [1]**  81/14
**2021 [1]**  60/18
**2022 [2]**  1/8 143/6
**21-CR-80039 [1]**  3/4
**21-CR-80039-ROSENBERG [1]**
1/3
**22 [1]**  68/22
**23 [6]**  66/23 68/23 72/21
73/1 73/3 78/23
**24 [4]**  79/5 79/7 79/11 80/7
**25 [4]**  79/7 79/20 80/8 88/15
**25-page [1]**  138/19
**26 [4]**  2/11 2/14 80/1 80/11
**27 [9]**  2/11 2/14 79/24 80/2
80/4 80/5 80/8 80/9 80/11

**3**

**30 [2]**  2/12 77/20
**30.3 [1]**  126/16
**31 [3]**  2/12 60/18 60/21
**33301 [1]**  1/16
**33401 [1]**  1/20
**3:15 [1]**  77/17
**3:30 [1]**  77/16

**4**

**450 [1]**  1/19

**5**

**50 [1]**  20/6
**500 [2]**  1/15 1/19
**561-820-8711 [2]**  1/17 1/23
**561-833-6288 [1]**  1/20
**58 [3]**  3/7 125/7 125/11

**6**

**62 [1]**  3/8
**6288 [1]**  1/20
**65 [1]**  3/9
**69 [1]**  3/11
**6th [1]**  61/19

**7**

**704 [2]**  137/5 141/16
**72 [1]**  3/14
**73 [3]**  2/13 3/14 3/15
**74 [3]**  103/4 103/7 103/13
**75 [1]**  2/13
**7th [1]**  1/16

**8**

**80 [2]**  2/4 2/14
**80039 [1]**  3/4
**8711 [2]**  1/17 1/23
**875 [12]**  74/6 84/23 85/14
104/1 110/1 111/16 119/22
119/25 120/6 120/14 121/4

126/16
**8th [1]**  63/12

**A**

**abbreviated [1]**  16/1
**ability [8]**  33/24 33/25 51/5
51/8 52/1 52/3 56/9 85/24
**able [6]**  18/16 54/10 76/7
77/2 77/5 142/14
**abortion [13]**  10/2 10/3 10/3
34/8 34/11 34/14 43/12 43/13
43/23 44/8 44/11 44/11 47/6
**about [129]**  10/1 13/24 15/19
17/17 20/11 20/22 20/24
21/12 21/22 22/18 23/5 24/2
24/4 24/11 24/12 28/1 30/22
33/1 33/10 35/19 35/23 35/24
37/1 37/17 37/18 37/20 39/4
39/11 40/16 41/1 41/7 41/21
43/7 46/25 46/25 48/1 48/18
49/14 50/20 51/1 52/9 52/19
56/10 56/11 58/1 58/20 59/2
59/19 59/20 60/7 64/16 67/13
68/1 68/20 68/22 70/11 70/16
71/18 71/23 71/24 73/6 73/9
75/6 77/20 81/3 82/16 83/11
83/15 84/1 85/18 85/20 85/21
89/4 89/6 89/6 90/13 90/21
92/10 93/8 94/25 95/2 95/4
95/12 96/4 97/14 97/21 98/3
100/23 101/11 101/15 102/16
103/22 104/4 107/23 108/19
108/20 110/17 111/3 111/10
112/2 112/8 122/22 122/23
122/25 127/11 128/10 128/12
128/16 129/13 129/15 129/17
129/19 131/9 131/10 134/20
135/16 135/17 135/18 135/22
136/18 136/19 136/23 137/11
138/7 138/21 139/13 139/17
140/20 142/3
**above [2]**  51/16 143/4
**absence [1]**  122/17
**absent [2]**  64/16 77/7
**absolutely [7]**  58/8 72/11
101/12 105/9 111/22 124/13
129/23
**abundantly [1]**  79/23
**academic [3]**  11/23 26/11
140/23
**acceptability [1]**  49/19
**acceptable [3]**  4/25 49/25
50/4
**accepted [13]**  11/4 11/11
15/20 16/4 24/8 48/23 48/25
49/2 49/3 49/25 72/6 72/16
139/9
**access [2]**  43/13 88/11
**accessed [1]**  51/20
**accompaniment [1]**  75/19
**according [2]**  88/15 118/22
**account [13]**  10/21 30/8 55/8
56/24 57/16 59/3 61/2 69/16
115/25 117/5 118/5 119/4
138/7
**accounts [18]**  38/16 45/17
53/12 55/8 56/1 56/5 56/7
56/16 56/23 56/25 57/5 57/8

**A**

**accounts... [6]** 59/11 68/4
68/4 68/10 69/3 69/14
**accounts is [1]** 38/16
**accurate [5]** 24/19 24/21
78/3 81/5 125/13
**accurately [4]** 7/12 7/14
108/25 112/19
**Ace [1]** 102/24
**acknowledged [1]** 83/17
**acknowledges [1]** 102/20
**ACLU [1]** 102/24
**acquittals [1]** 119/25
**across [4]** 22/3 32/14 50/8
119/25
**act [3]** 41/19 43/4 86/16
**acted [1]** 130/6
**action [5]** 43/6 65/22 83/9
121/11 121/12
**actions [1]** 122/13
**active [3]** 56/6 56/7 56/17
**activity [1]** 90/18
**actor [1]** 30/25
**acts [3]** 29/1 31/12 122/21
**actual [6]** 25/18 36/11 39/6
48/4 59/24 66/6
**actually [8]** 3/20 24/7 39/20
66/16 82/24 93/12 94/5 100/5
**ad [1]** 106/11
**add [12]** 36/23 37/1 51/18
76/5 76/20 76/20 77/2 77/5
78/13 78/19 89/2 124/15
**added [1]** 76/22
**adding [1]** 140/1
**addition [1]** 46/3
**additional [12]** 18/4 18/6
19/18 19/19 75/13 78/19
118/11 122/18 122/23 123/12
141/12 142/15
**address [3]** 85/16 131/25
132/14
**adhere [1]** 132/8
**adjacent [1]** 72/18
**adjust [1]** 110/21
**admission [1]** 106/4
**admissions [1]** 111/1
**admit [2]** 72/20 125/21
**admitted [21]** 7/19 12/8
12/12 14/10 17/1 25/12 25/14
25/18 26/25 41/17 73/1 78/21
78/24 79/17 79/19 80/10
106/3 109/24 113/4 126/3
138/20
**admittedly [1]** 103/4
**admitting [2]** 110/5 111/6
**advance [1]** 113/23
**adversarial [5]** 41/13 64/13
93/2 94/9 139/6
**adversaries [6]** 38/6 41/9
42/10 42/11 75/22 140/24
**adversary [1]** 63/24
**advising [1]** 131/13
**advocacy [4]** 10/2 10/4 34/9
71/2
**advocate [2]** 31/6 133/18
**advocates [4]** 26/14 26/14
34/11 34/11

**affect [1]** 138/1
**affiliation [1]** 92/7
**afford [1]** 36/18
**afforded [1]** 65/19
**affords [1]** 76/11
**after [22]** 4/18 13/5 26/21
46/20 51/18 61/22 62/14
62/16 62/21 63/10 63/13
69/22 90/19 91/1 91/14
103/16 117/25 118/12 122/8
124/8 130/10 141/13
**afternoon [2]** 80/19 80/20
**again [12]** 27/24 29/21 31/5
33/10 51/7 75/10 84/11 85/25
86/6 100/15 113/22 124/16
**against [11]** 22/21 29/17
30/23 31/12 32/22 32/23 65/8
73/14 86/16 93/14 106/7
**age [1]** 28/2
**agent [4]** 56/17 56/20 56/25
138/6
**agents [2]** 57/20 93/14
**aggravating [1]** 63/3
**aggregate [1]** 51/19
**aggression [4]** 12/17 13/16
14/5 94/6
**aggressive [11]** 14/1 15/14
17/21 27/12 42/1 55/4 55/6
64/23 104/22 105/20 131/17
**agitation [1]** 105/20
**ago [3]** 31/9 39/25 61/10
**agree [38]** 30/1 81/15 88/11
91/19 91/22 95/17 97/11
97/12 98/5 98/10 99/19 99/21
100/16 101/4 101/8 102/4
104/9 105/2 105/14 106/17
107/7 107/18 108/11 108/18
113/20 114/18 115/7 115/8
122/8 122/13 122/17 123/16
123/18 123/20 123/20 124/3
124/9 124/12
**agreed [1]** 93/5
**agreement [1]** 3/23
**ahead [2]** 34/7 119/20
**ahhhh [1]** 46/21
**aid [5]** 25/10 30/10 31/16
37/8 74/23
**air [1]** 31/5
**akin [1]** 54/3
**Al [3]** 30/23 31/3 31/6
**albeit [1]** 114/10
**album [1]** 50/13
**alert [2]** 53/21 57/19
**alerted [3]** 51/14 57/23
64/18
**alerts [1]** 53/17
**algorithm [3]** 57/25 58/3
59/6
**aligned [7]** 41/12 44/16
63/20 63/21 64/1 93/4 95/19
**aligns [1]** 93/12
**all [83]** 3/23 4/9 9/15 10/7
19/12 21/25 23/8 23/19 23/23
23/24 25/15 29/6 29/12 33/23
36/3 36/4 36/23 37/15 39/4
47/24 53/24 54/17 56/6 56/13
58/20 66/20 75/19 77/9 78/23
82/9 83/9 85/18 86/1 89/14

89/14 90/21 91/18 92/5 92/6
93/18 93/20 95/25 96/7 99/12
100/21 101/1 108/8 108/13
109/4 109/8 109/14 109/16
109/17 110/11 110/22 116/3
116/7 116/12 116/13 117/5
117/14 117/20 117/24 118/4
118/6 118/15 120/10 120/13
123/14 124/5 126/3 126/21
130/8 131/20 133/3 133/4
135/7 137/3 137/16 138/11
138/25 140/14 142/24
**alleged [6]** 44/24 44/25
120/15 121/6 121/7 121/17
**allegiances [1]** 41/23
**allies [1]** 134/4
**allow [4]** 109/18 125/1
133/10 136/21
**allows [2]** 76/5 109/21
**almost [3]** 14/15 69/25 113/9
**alone [4]** 65/20 100/21
113/21 137/8
**along [7]** 33/9 33/14 43/17
45/17 68/1 136/1 142/10
**already [7]** 15/12 36/21
78/15 97/25 100/10 100/12
131/15
**also [59]** 3/12 4/6 5/21 6/12
6/17 6/24 8/11 9/12 12/2 12/16
14/3 14/4 15/3 15/22 20/9
23/17 26/11 26/13 26/20 27/3
28/13 32/16 33/2 36/1 36/17
37/16 38/21 39/5 42/14 47/1
48/22 49/18 51/7 51/8 51/25
52/12 55/4 61/8 68/16 68/20
70/6 70/25 71/1 82/9 89/2
93/2 100/1 110/24 112/11
115/4 117/20 122/3 123/18
127/22 129/5 131/8 131/25
136/21 138/8 139/2
**alternative [1]** 10/21
**although [2]** 4/21 125/25
**Alton [1]** 13/5
**always [2]** 120/8 140/8
**am [82]** 5/11 6/11 7/3 7/8
10/25 13/11 22/23 24/5 24/17
27/9 30/21 36/24 39/4 39/16
44/2 46/14 49/21 50/5 61/17
65/9 76/2 78/8 78/11 80/16
80/21 82/8 82/13 84/9 84/11
85/3 85/20 85/21 86/6 86/14
86/21 87/24 89/6 89/6 89/16
91/6 91/15 92/20 95/13 96/23
97/13 99/11 101/23 102/16
103/2 103/3 103/12 105/16
106/8 106/23 106/24 107/24
108/2 108/3 110/2 111/3
111/16 113/24 114/22 114/24
116/8 116/11 116/20 116/23
119/10 119/20 120/17 121/5
121/8 122/24 123/3 124/25
125/25 126/10 127/22 138/10
141/10 142/24
**Amendment [31]** 20/16 20/19
29/1 29/3 29/19 29/18
29/20 29/25 30/1 30/18 31/12
32/15 32/16 32/18 32/19 35/4
35/5 47/1 47/2 47/15 47/15

**A**

**Amendment... [9]**  89/8 95/8
  95/10 113/16 114/5 114/16
  115/20 123/24 124/6
**Amendments [1]**  95/3
**AMERICA [5]**  1/4 3/3 23/14
  24/5 26/9
**American [1]**  23/15
**amid [1]**  50/6
**among [2]**  13/8 99/19
**amount [1]**  81/8
**analog [2]**  9/16 50/8
**analyses [2]**  34/10 72/6
**analysis [38]**  8/10 8/18 8/22
  9/15 10/4 11/10 13/2 13/12
  16/18 16/19 16/22 17/6 17/12
  17/13 32/2 34/16 36/1 54/19
  59/21 62/1 68/9 70/5 72/5
  75/9 94/13 96/14 101/12
  110/25 112/16 115/23 115/25
  116/1 116/15 118/8 124/3
  124/9 129/7 131/10
**analytical [1]**  72/12
**analyze [7]**  33/17 33/19
  93/10 93/11 99/7 128/15
  130/8
**analyzed [2]**  13/18 64/16
**analyzes [3]**  15/14 15/17
  43/18
**analyzing [8]**  8/16 22/1
  22/10 96/10 110/15 115/23
  135/20 141/5
**and/or [2]**  4/20 63/15
**anger [8]**  41/2 41/6 104/12
  104/14 105/1 105/8 105/19
  105/23
**angle [2]**  29/17 84/20
**angry [8]**  15/25 16/18 17/8
  38/16 104/9 104/15 104/22
  105/3
**anonymous [1]**  55/7
**another [26]**  11/21 13/24
  14/21 22/2 22/21 32/16 37/4
  39/10 40/2 40/24 42/17 42/17
  53/2 53/6 58/24 60/9 79/4
  94/16 98/17 105/22 106/7
  108/7 117/5 132/4 135/21
  141/14
**answer [5]**  3/20 17/17 64/3
  111/11 112/18
**answered [2]**  21/7 26/5
**antagonism [2]**  62/10 94/2
**antagonistic [1]**  92/11
**antagonizing [1]**  60/10
**antebellum [1]**  23/17
**Anthony [2]**  74/4 74/11
**anti [1]**  10/3
**anti-abortion [1]**  10/3
**anticipate [3]**  77/18 123/4
  124/20
**anticipating [1]**  133/18
**any [75]**  4/17 4/20 4/22 7/17
  21/17 26/18 30/11 33/2 33/11
  39/23 41/1 41/5 44/18 44/19
  45/11 46/7 47/2 49/17 56/15
  56/15 56/16 56/23 57/12
  57/13 57/14 58/21 59/13

60/21 61/22 63/17 64/7 65/22
67/5 68/24 68/25 72/24 77/11
81/24 82/11 82/16 87/11 89/3
90/15 92/19 95/10 96/23 99/3
99/4 102/10 102/15 102/17
102/19 109/23 110/2 112/21
118/1 119/16 120/14 120/23
123/12 124/14 125/8 125/24
126/1 132/19 133/8 136/2
139/17 139/20 140/4 140/15
140/17 140/17 140/22 142/14
**anybody [1]**  77/11
**anyone [3]**  5/22 35/16 45/10
**anything [12]**  3/18 36/23
  70/4 90/13 99/7 117/15
  124/15 129/12 133/6 142/8
  142/13 142/19
**anywhere [2]**  111/6 123/4
**apologies [2]**  7/8 113/23
**apologize [2]**  13/11 89/17
**app [8]**  51/17 53/9 53/15
  53/20 53/24 54/5 54/7 57/15
**app's [1]**  53/9
**apparent [1]**  60/6
**apparently [1]**  67/4
**appeal [4]**  110/14 110/15
  111/8 111/9
**appear [8]**  24/7 38/24 42/7
  64/19 68/24 89/12 90/18 92/3
**APPEARANCES [1]**  1/13
**appeared [1]**  105/3
**appearing [2]**  3/22 4/2
**appears [20]**  20/3 20/4 22/11
  22/16 38/21 62/2 62/7 69/7
  69/19 71/6 80/7 80/9 89/23
  92/23 94/12 95/9 95/13 95/21
  127/4 127/5
**appellate [3]**  110/20 110/22
  120/24
**append [2]**  76/8 76/17
**appended [2]**  13/4 41/18
**apple [1]**  23/15
**application [1]**  76/5
**applications [2]**  53/11 76/13
**applies [1]**  127/7
**apply [3]**  107/11 127/13
  127/17
**appointed [1]**  95/4
**appointee [1]**  56/22
**appointments [1]**  112/4
**appreciate [1]**  86/18
**approach [1]**  84/20
**appropriate [3]**  86/24 126/22
  141/25
**approval [2]**  41/15 41/17
**approving [1]**  41/10
**approximately [3]**  81/7
  112/10 118/12
**apps [7]**  50/25 50/25 51/8
  51/25 51/25 52/25 58/11
**architects [1]**  50/24
**are [297]**
**are quite [1]**  35/6
**area [11]**  15/16 19/10 19/14
  19/15 22/4 72/14 72/18 72/19
  110/3 110/19 111/2
**areas [7]**  9/20 21/5 29/10
  36/3 64/15 71/23 135/24

**aren't [1]**  128/15
**arena [10]**  24/5 26/15 30/4
  35/25 49/20 49/20 50/9 50/14
  50/15 104/13
**arenas [2]**  22/3 135/22
**argue [1]**  135/6
**argument [24]**  4/17 4/18 5/1
  5/3 5/9 5/11 5/14 39/4 123/8
  123/13 124/18 125/1 126/10
  126/12 126/21 130/12 131/24
  132/5 133/19 135/7 136/4
  139/11 139/20 140/4
**arguments [1]**  101/22
**Arizona [2]**  29/15 67/12
**arms [2]**  30/2 31/5
**Army [1]**  44/5
**around [14]**  13/15 14/19 15/1
  18/3 34/10 35/1 42/7 46/17
  61/8 61/8 76/9 83/25 117/12
  122/20
**arrest [15]**  60/22 61/8 61/12
  61/16 61/19 61/22 61/23 62/9
  62/20 62/22 91/12 91/13
  91/14 124/8 130/10
**arrested [8]**  49/6 49/9 49/11
  61/4 74/5 91/1 91/5 91/8
**arrests [1]**  61/18
**arrive [1]**  18/19
**article [12]**  12/16 16/3 16/4
  16/6 17/6 96/8 96/13 96/16
  103/4 103/11 103/12 103/16
**articles [4]**  15/23 16/2
  16/10 120/7
**articulated [1]**  132/17
**artifacts [2]**  9/15 11/10
**artistic [1]**  50/14
**Arts [1]**  6/20
**as [255]**
**ascertain [1]**  140/6
**aside [4]**  72/14 82/19 87/5
  126/24
**ask [21]**  48/1 61/21 71/18
  73/6 75/8 76/2 94/16 97/2
  97/10 100/15 102/15 113/12
  121/1 122/22 122/24 123/16
  124/25 125/12 131/25 142/15
  142/16
**asked [12]**  20/22 58/20 81/21
  81/23 88/4 112/25 115/22
  118/20 119/22 119/24 122/22
  123/3
**asking [10]**  48/7 100/23
  101/11 104/19 106/23 106/24
  116/11 125/20 128/20 133/10
**aspect [11]**  23/1 32/11 37/15
  38/4 38/10 39/18 39/18 49/17
  59/23 60/3 85/17
**aspects [19]**  18/10 23/7 28/9
  33/23 33/25 37/10 37/25
  39/12 40/1 40/23 65/21 93/11
  95/24 99/15 99/16 101/7
  101/19 103/22 105/23
**ass [2]**  89/8 92/23
**assault [1]**  106/19
**assembled [1]**  45/10
**assess [3]**  68/16 108/25
  109/2
**assessing [1]**  116/21

## A

assessment [1]   115/24
assist [1]   109/25
assistance [1]   109/21
assistant [1]   6/11
associated [6]   9/1 22/8
  33/13 53/15 55/8 57/16
association [2]   31/2 52/15
assume [5]   87/6 88/4 96/12
  138/12 140/3
assuming [3]   87/10 91/11
  127/23
assumption [1]   91/15
attachments [1]   3/15
attempt [1]   40/13
attended [2]   19/22 59/25
attention [5]   58/16 58/17
  61/15 61/18 62/4
Attorney's [1]   1/15
attorneys [3]   112/12 112/25
  116/9
attributing [1]   94/18
audience [69]   22/10 22/11
  32/7 36/12 36/12 36/12 38/2
  38/10 38/24 39/1 45/1 45/5
  46/10 46/11 51/9 54/18 54/20
  54/21 54/22 54/22 55/6 55/10
  55/10 55/11 55/13 55/21
  57/21 58/21 58/25 59/20
  59/25 59/25 60/2 60/20 61/23
  63/10 63/10 63/17 64/7 64/11
  64/13 65/5 65/7 65/8 69/1
  82/23 83/13 85/20 85/21
  88/24 89/2 89/3 89/4 89/5
  89/11 89/11 89/19 89/21 90/1
  90/16 94/12 98/11 99/19
  100/6 100/21 100/23 107/23
  121/16 134/5
audiences [9]   38/2 39/10
  51/2 84/15 100/24 124/10
  133/7 136/20 136/23
audio [3]   20/7 35/16 77/3
Australian [1]   1/19
authentic [1]   63/9
author [2]   15/22 16/2
authored [2]   67/3 67/3
authoritarianism [1]   23/9
auto [1]   53/12
available [9]   10/20 55/21
  57/15 59/1 77/16 83/18 83/19
  88/10 142/18
Avenue [1]   1/19
avenues [1]   101/17
average [3]   8/5 18/23 77/4
aware [13]   55/13 61/15 76/4
  90/23 102/15 102/17 103/24
  109/23 110/2 118/20 118/21
  118/24 120/14
away [1]   77/15

## B

Bachelor [1]   6/20
back [17]   14/13 23/23 27/24
  31/24 35/17 55/17 58/20 64/2
  95/15 96/12 96/21 97/3
  111/23 118/19 119/18 128/25
  128/25

backdrop [2]   32/22 73/15
background [8]   7/13 17/10
  19/7 33/19 76/24 138/2
  138/24 139/4
Bang [1]   69/4
bar [1]   107/22
based [20]   3/5 38/17 38/24
  39/14 40/23 53/12 58/1 64/4
  71/15 82/10 83/1 84/24 91/11
  94/13 120/15 125/12 135/1
  135/10 136/16 137/2
basic [1]   41/13
basically [4]   39/21 42/16
  107/23 136/9
basis [4]   49/12 115/2 136/2
  141/7
basketball [1]   36/16
Baton [3]   12/20 13/5 13/6
be [157]
BEACH [4]   1/2 1/7 1/20 1/23
Beach/Ft [1]   1/23
bear [5]   16/21 18/5 18/7
  30/2 55/23
bearing [2]   68/24 68/25
bears [6]   10/8 43/9 43/14
  43/15 47/5 60/8
beat [1]   70/23
because [44]   4/22 5/16 13/10
  17/22 37/22 39/3 39/9 55/10
  56/18 59/1 60/7 61/25 62/23
  63/23 66/2 68/8 83/4 83/9
  86/21 88/23 91/24 94/11 95/7
  96/21 100/24 104/12 106/23
  107/3 112/18 113/23 123/1
  123/9 125/3 125/16 129/14
  131/25 132/18 133/25 136/12
  136/15 137/7 138/15 141/17
  142/8
become [1]   130/8
becomes [2]   63/4 122/14
been [29]   9/6 24/19 24/21
  27/1 41/17 49/24 53/21 72/17
  74/5 74/18 78/22 78/23 81/1
  81/11 81/16 81/18 81/21
  81/23 82/25 95/23 103/25
  109/24 110/3 110/5 111/1
  119/9 121/24 139/7 142/14
before [22]   1/11 3/20 13/24
  17/23 17/24 20/10 37/17
  37/22 51/10 58/7 60/7 61/4
  62/19 78/18 89/16 91/14 99/1
  118/6 124/18 135/3 142/12
  142/19
before the [1]   61/4
begin [2]   3/20 5/5
beginning [1]   32/6
behalf [3]   4/2 4/4 133/19
behavior [15]   8/23 14/5
  36/12 39/18 42/4 43/17 43/19
  46/3 82/14 83/24 87/19 94/10
  94/23 95/1 101/21
behaviors [6]   8/12 8/12
  10/17 37/14 43/8 105/20
behind [2]   70/22 106/16
being [26]   15/24 15/25 21/2
  25/21 33/11 43/1 43/2 47/20
  48/13 49/5 53/18 53/25 54/4
  60/23 61/19 63/22 77/18

backdrop [2]   32/22 73/15
79/17 86/11 87/9 96/1 99/10
  100/9 100/19 104/11 109/12
beings [1]   40/20
belief [5]   87/18 105/18
  114/14 133/15 133/16
beliefs [3]   33/16 68/1
  104/15
believe [38]   3/18 12/18 21/8
  24/19 24/21 27/11 29/17
  29/21 30/25 33/4 44/6 47/2
  50/18 50/21 60/19 67/12
  69/24 71/18 73/12 81/7 81/8
  83/16 87/15 87/16 87/23
  101/7 101/20 102/2 106/11
  112/21 113/4 114/7 114/20
  115/6 115/7 118/3 119/10
  126/8
believes [2]   109/11 136/13
beneath [3]   13/4 13/8 41/18
benign [1]   68/17
beside [1]   27/5
best [2]   61/13 77/20
better [3]   109/6 118/7
  120/12
between [8]   36/15 36/18
  52/16 61/12 64/18 66/17
  101/10 122/4
beverage [1]   46/21
beyond [4]   9/1 60/24 133/21
  135/2
Biden [4]   70/21 106/13
  106/25 107/8
biographical [1]   66/19
bit [23]   15/3 19/12 22/9
  24/2 28/23 30/22 32/14 33/19
  38/7 40/11 41/20 42/9 45/16
  62/13 64/20 65/2 68/18 76/9
  81/3 94/10 98/14 101/4 119/2
bits [1]   15/8
bitter [1]   74/12
Black [3]   86/15 101/9 128/16
blind [4]   11/21 11/22 16/7
  16/9
blog [1]   10/21
blood [4]   25/3 34/15 34/15
  34/22
blunted [1]   55/16
board [1]   16/5
body [1]   82/11
Bois [1]   45/2
Bong [1]   69/4
book [1]   11/22
borderline [1]   8/3
boss [1]   65/14
Boston [2]   55/19 55/19
both [22]   5/19 8/1 9/15 9/20
  9/21 19/9 20/7 21/5 22/19
  29/2 29/6 32/6 36/3 50/14
  53/5 74/18 80/9 115/7 118/1
  127/17 128/10 133/21
bottom [1]   124/22
Boulevard [1]   1/15
brain [1]   102/24
breadth [1]   117/25
break [5]   22/23 24/2 37/23
  77/12 80/15
breezed [1]   19/7
brevity [1]   71/21

**B**

**brief [7]** 15/12 35/14 61/10
77/12 105/12 120/12 123/14
**briefing [1]** 123/11
**briefly [3]** 12/23 26/4 91/6
**bright [1]** 93/21
**bring [3]** 16/21 18/22 18/25
**brings [2]** 18/4 18/6
**broad [5]** 18/17 23/6 55/6
92/1 102/1
**broadcast [1]** 103/10
**broadly [10]** 23/2 23/4 28/3
47/8 49/19 49/25 51/7 55/14
58/11 65/7
**BROOKS [7]** 2/2 4/7 6/1 6/4
132/15 133/3 134/20
**brought [1]** 9/17
**Broward [1]** 1/15
**brutality [1]** 45/3
**build [1]** 50/25
**bulk [3]** 13/1 111/9 122/19
**burdens [1]** 134/10
**business [3]** 58/16 119/14
119/16
**by their [1]** 38/20

**C**

**calculus [3]** 88/7 88/14
101/6
**call [11]** 15/22 32/7 41/18
42/11 44/15 70/17 79/5
116/18 116/19 116/23 121/20
**called [10]** 6/13 10/14 11/18
16/8 31/3 38/4 57/25 69/4
73/11 92/15
**called their [1]** 57/25
**calling [3]** 42/17 49/6 95/21
**calls [2]** 43/5 111/25
**came [3]** 103/5 103/15 114/1
**can [107]** 3/1 4/18 4/19 5/2
5/3 5/12 5/17 7/4 7/9 10/21
14/17 18/22 27/24 32/1 32/9
36/19 37/4 37/5 38/7 39/9
40/2 40/11 41/6 42/9 42/13
43/15 43/23 50/20 51/10
51/11 51/19 52/12 52/18 53/1
53/8 55/9 56/1 56/11 59/6
59/20 60/1 60/16 60/23 62/1
62/16 64/2 68/9 70/13 74/17
76/17 78/8 78/9 78/19 79/22
81/15 84/11 86/18 87/2 89/15
93/10 93/23 94/24 97/5 99/2
99/19 99/21 100/24 103/3
109/9 109/13 111/5 113/16
114/4 114/15 114/24 115/7
115/8 115/9 115/19 121/1
121/12 123/18 126/8 126/21
128/20 130/4 130/21 130/22
131/2 131/8 131/9 131/12
132/5 132/12 133/9 134/25
135/6 137/2 137/14 137/22
140/11 142/16
**can tell [1]** 68/9
**can't [27]** 12/10 25/6 33/3
43/3 43/7 50/4 58/25 59/25
75/15 83/1 83/4 83/5 83/8

83/9 89/3 89/13 90/4 91/25
96/20 96/20 109/6 111/9
117/9 118/17 133/14 137/20
137/21
**Canadian [2]** 73/10 73/13
**candidate [1]** 30/23
**candidates [1]** 106/21
**cannot [11]** 21/19 82/22
107/24 107/24 108/4 108/25
109/2 110/6 111/8 113/19
138/12
**capable [2]** 98/22 136/16
**capture [1]** 30/7
**care [2]** 77/14 142/24
**Carolina [5]** 6/13 6/21 6/22
6/24 102/23
**carry [5]** 10/21 30/2 33/23
33/24 37/23
**case [81]** 1/3 3/4 10/8 16/15
16/18 19/2 19/5 19/24 20/13
21/9 26/11 31/24 32/14 37/25
38/12 39/4 42/23 45/4 49/1
49/6 49/9 57/22 57/24 59/16
61/3 61/16 64/16 64/19 64/25
66/22 67/20 68/10 72/13 74/8
74/13 74/19 74/19 76/15
76/20 80/21 82/17 83/16 85/6
86/15 87/21 90/15 99/15
102/8 102/9 102/14 102/17
102/17 102/23 103/20 105/2
109/23 111/16 111/17 112/16
113/3 113/12 115/24 116/2
116/15 116/25 118/2 119/22
120/23 121/8 121/18 122/20
128/7 132/10 133/11 133/14
136/17 137/1 137/10 138/20
138/22 138/25
**cases [34]** 8/19 15/25 16/4
16/13 16/16 23/12 43/24
43/25 49/13 96/1 96/9 102/13
102/20 103/25 110/8 110/10
110/11 110/18 110/20 110/21
110/23 111/4 119/25 120/6
120/11 120/14 120/21 121/5
121/5 121/10 122/3 124/5
137/16 140/20
**casualty [1]** 65/10
**catalyst [1]** 62/1
**catalyzed [1]** 62/3
**categories [5]** 22/24 74/1
130/17 135/16 135/19
**category [10]** 23/2 31/25
32/1 36/24 36/25 37/20 50/17
50/20 59/18 59/21
**causes [1]** 123/18
**causing [2]** 34/1 34/1
**caustic [2]** 23/12 104/12
**certain [11]** 15/2 35/7 40/22
43/20 73/17 83/13 120/21
122/18 132/12 134/12 138/10
**certainly [6]** 50/3 75/24
104/3 106/2 132/14 132/15
**certify [1]** 143/3
**cetera [1]** 132/10
**challenging [2]** 132/6 132/7
**chamber [1]** 73/15
**chance [2]** 96/25 125/2
**change [6]** 54/19 65/12 87/11

103/17 115/11 118/25
**changed [1]** 123/9
**changes [2]** 108/8 113/10
**Chapel [4]** 6/21 6/24 8/7
11/20
**Chaplinsky [2]** 49/5 49/13
**character [3]** 59/24 92/11
94/1
**characterize [5]** 15/13 69/9
71/12 71/14 73/8
**characterized [1]** 62/9
**characters [2]** 53/13 53/14
**charge [1]** 110/1
**charged [1]** 137/13
**charges [1]** 121/2
**Charles [1]** 23/25
**Charlton [2]** 30/19 30/25
**child [1]** 77/14
**choice [10]** 10/3 26/14 40/4
40/4 40/5 40/5 43/13 50/18
58/23 131/6
**choices [2]** 36/19 51/1
**chooses [1]** 141/24
**Christ [1]** 34/23
**circles [2]** 8/1 8/2
**circles and [1]** 8/2
**circuit [21]** 84/24 84/25
85/1 85/4 85/6 85/14 86/9
86/19 86/23 86/25 87/7 101/5
102/16 102/18 104/2 110/10
115/4 127/24 128/2 128/4
129/4
**circumstances [16]** 36/4 36/4
65/17 86/10 87/8 87/12 99/9
99/11 99/12 99/14 99/15
100/8 100/18 108/14 109/12
134/9
**citation [1]** 138/19
**cite [2]** 111/5 135/2
**cited [3]** 101/6 111/4 140/19
**civil [4]** 23/19 23/24 138/21
138/23
**clarified [1]** 137/23
**clarify [3]** 56/20 86/23
129/22
**clarity [1]** 80/2
**classes [5]** 6/17 8/15 19/8
19/15 19/17
**classified [1]** 96/1
**classifies [1]** 38/23
**clean [1]** 78/17
**clear [17]** 11/13 13/25 21/7
21/12 26/8 63/4 79/6 79/23
82/5 82/9 83/20 97/20 127/10
128/19 132/5 137/8 140/21
**clearest [1]** 68/15
**clearly [2]** 68/3 70/14
**clinic [7]** 10/2 10/3 34/8
34/11 34/12 34/14 44/10
**clinics [2]** 44/11 44/11
**clips [6]** 26/22 106/5 106/5
107/15 107/16 107/18
**close [1]** 62/24
**closely [1]** 43/18
**closer [1]** 125/18
**closing [1]** 135/6
**Club [1]** 45/2
**Coalition [1]** 6/13

**C**

coauthored [1]  12/19
code [1]  39/11
coded [1]  51/17
coding [1]  13/3
Cohen [5]  49/1 49/9 49/9
 49/15 49/24
coin [1]  98/15
cold [1]  31/4
colleagues [5]  12/19 13/1
 42/20 72/3 138/12
collect [1]  58/9
collects [1]  59/7
college [1]  131/5
colloquial [1]  46/23
colonial [2]  23/16 25/8
color [1]  47/8
Columbia [1]  6/23
combat [1]  42/15
combination [1]  17/10
come [17]  17/23 17/24 35/17
 39/9 49/4 71/3 71/4 89/8
 96/21 97/3 107/20 129/20
 133/14 135/8 136/17 136/25
 142/14
comedian [1]  107/21
comedic [1]  73/18
comedy [5]  73/7 73/8 73/10
 73/11 73/11
comes [5]  14/18 49/5 97/7
 116/21 136/9
comfortable [3]  77/10 80/14
 80/16
coming [4]  106/17 107/4
 111/19 115/14
comment [9]  13/8 62/6 66/20
 91/25 92/17 92/21 95/13
 120/19 142/16
commentary [2]  67/13 93/17
commented [2]  60/14 60/15
commenter [1]  63/8
commenters [1]  94/5
commenting [1]  13/23
comments [29]  13/3 13/13
 13/21 34/17 41/18 60/5 60/20
 60/23 61/1 61/4 61/5 61/12
 61/23 62/1 62/2 62/3 62/18
 62/21 62/23 63/6 90/24 91/18
 91/20 91/21 92/13 94/2 94/6
 100/12 118/6
commerce [4]  74/7 85/9 86/2
 127/6
commit [2]  86/16 132/3
committee [2]  11/20 11/23
common [15]  24/7 28/4 29/11
 30/4 34/25 39/11 46/18 50/14
 53/18 55/19 121/14 121/21
 138/10 138/11 142/4
commonly [5]  32/7 50/10
 50/11 59/3 66/13
commonplace [3]  35/6 46/22
 76/9
communicate [19]  13/15 13/17
 15/1 21/15 26/10 26/16 28/3
 31/6 38/9 54/9 62/10 71/6
 74/17 75/23 85/10 127/10
 127/11 129/9 136/20

communicated [4]  10/22 51/7
 98/24 114/7
communicates [3]  32/10 55/14
 94/1
communicating [4]  13/23
 14/20 25/4 75/13
communication [69]  6/21 8/9
 8/12 8/21 8/23 8/23 10/8
 10/16 11/6 11/17 11/18 12/4
 13/7 13/20 13/22 14/22 14/24
 15/4 15/9 16/5 16/8 16/21
 17/17 18/1 18/2 18/14 18/18
 21/24 22/2 22/5 22/12 22/12
 22/16 36/5 36/13 36/14 36/17
 37/14 38/24 40/7 40/20 40/22
 40/23 42/7 42/22 51/6 51/11
 51/23 52/13 53/2 53/10 54/4
 63/1 63/11 64/10 69/17 81/4
 83/24 96/5 100/5 101/21
 102/19 102/22 103/10 109/7
 121/17 122/2 128/9 132/16
communications [19]  14/23
 22/7 22/13 22/14 22/15 35/10
 36/20 38/1 51/1 51/24 52/6
 82/14 84/7 84/8 111/25 112/1
 121/15 122/21 135/21
communities [1]  28/3
community [5]  35/24 42/18
 42/19 60/12 139/9
companies [1]  58/13
comparative [1]  16/22
compared [2]  63/25 70/7
comparing [2]  22/1 135/20
compilation [2]  26/24 27/8
complete [1]  53/12
completely [2]  68/16 129/7
complex [8]  35/11 35/11
 68/18 83/25 95/24 98/24
 98/24 98/25
component [4]  14/2 14/4
 85/22 98/4
comport [1]  78/25
comports [2]  85/5 86/7
concentration [1]  6/25
concept [1]  28/23
concepts [1]  32/25
concerns [2]  56/18 139/25
conclude [3]  21/10 21/19
 27/3
concluded [1]  143/1
concludes [1]  14/17
conclusion [23]  20/18 20/20
 21/22 21/23 21/24 22/1 22/22
 38/17 67/21 70/18 84/1 84/10
 90/7 95/25 97/13 97/14 99/13
 115/1 116/1 116/5 137/1
 141/19 141/21
conclusions [3]  18/19 136/17
 141/24
concrete [1]  43/23
condemned [1]  91/23
condition [1]  137/12
conditions [1]  82/11
conduct [5]  49/12 101/12
 120/16 121/6 121/7
conducted [6]  9/20 10/13
 40/25 54/4 64/5 72/3
conducting [3]  9/10 10/2

115/23
conference [2]  141/11 142/13
confirm [2]  60/16 66/25
conflating [1]  126/23
conflict [24]  9/4 9/8 9/9
 10/8 12/18 14/19 15/14 15/17
 17/21 18/3 19/13 22/3 24/9
 42/8 46/8 46/12 50/6 50/12
 71/2 71/7 71/23 131/17
 135/22 139/6
conflicts [1]  27/12
confusing [1]  128/11
confusion [1]  125/17
Congress [3]  24/16 24/20
 24/22
conjunction [3]  100/22
 105/19 105/22
connection [2]  3/19 4/10
conservatism [1]  33/16
conservative [2]  67/24 68/4
consider [19]  42/3 104/14
 105/1 106/20 106/22 124/12
 130/5 130/6 135/5 135/12
 135/15 138/18 138/24 138/25
 139/20 140/2 140/5 140/16
 142/2
considered [11]  11/11 11/12
 12/3 18/2 27/4 55/22 55/22
 75/25 122/12 134/15 140/17
considering [3]  64/24 114/14
 139/22
consisted [1]  98/11
consistent [2]  46/8 81/2
constitute [2]  21/23 84/4
constituted [1]  99/8
constitutes [2]  21/8 137/12
constitutionally [1]  139/13
constraints [1]  4/14
constructed [2]  14/18 37/24
construction [1]  36/9
consult [1]  111/21
consumed [1]  57/21
consuming [1]  69/8
contain [3]  20/20 115/2
 116/25
contained [1]  20/23
containing [3]  85/9 86/2
 127/6
contains [2]  21/10 125/15
contemporaneous [1]  131/3
content [4]  58/7 58/11 96/13
 116/14
contentious [5]  13/15 14/19
 15/7 18/4 33/9
context [58]  15/8 22/6 22/9
 22/10 32/22 34/2 34/19 35/22
 35/24 35/25 36/3 36/10 36/11
 36/17 36/21 37/4 37/6 37/15
 37/16 39/19 40/2 40/24 44/19
 48/21 60/3 62/11 66/20 74/1
 74/8 74/20 84/17 84/17 96/10
 97/19 101/18 101/20 101/21
 101/25 104/4 104/8 105/25
 107/8 108/9 108/12 108/15
 109/6 109/22 118/8 122/11
 122/14 130/23 130/24 135/1
 135/22 135/23 136/16 140/20
 140/21

## C

context can [1]  37/4
contexts [3]  14/21 106/18
133/7
contextual [22]  37/3 65/20
65/23 71/15 71/17 75/12
84/16 96/5 101/12 105/12
109/15 122/15 123/21 124/1
124/3 124/4 130/17 131/13
131/15 138/15 139/1 140/15
continued [1]  26/6
continues [1]  108/6
continuing [1]  31/11
continuum [3]  17/11 33/14
40/11
contrary [1]  99/11
contributed [1]  13/2
contribution [1]  13/12
control [3]  31/6 52/2 58/3
controversial [3]  19/4 50/1
50/3
convention [1]  35/2
conventionally [1]  3/13
conventions [2]  22/7 39/12
conversation [2]  69/12
111/23
conversational [1]  141/3
conversations [2]  75/18
76/12
conversed [1]  115/15
convey [6]  41/2 50/18 50/19
114/9 114/10 141/4
conveyed [1]  126/18
convict [1]  103/19
convicted [2]  65/14 74/5
conviction [2]  21/13 104/1
convictions [1]  68/1
copy [3]  7/4 59/12 117/20
core [3]  19/14 23/7 39/18
corner [1]  55/18
corners [5]  99/7 109/1 109/9
135/1 137/2
correct [42]  11/15 42/3 53/3
60/19 60/19 64/6 82/7 83/19
85/17 85/19 86/4 86/5 86/24
87/10 87/17 88/1 88/4 88/6
89/19 90/5 90/10 90/13 90/14
91/1 91/5 91/16 92/7 103/17
105/10 105/15 106/7 107/12
107/15 108/4 108/16 110/8
110/12 114/23 118/3 118/17
142/8 143/3
correctly [2]  106/9 106/10
correspond [1]  80/3
couching [1]  32/21
could [37]  5/14 6/2 7/2 7/23
12/23 14/14 15/11 17/16
23/11 25/18 28/23 29/13
30/22 34/20 35/23 37/24
48/25 51/13 52/6 52/8 52/11
56/16 60/2 62/13 65/6 73/9
86/23 91/6 95/17 96/6 96/17
98/5 113/22 124/19 128/11
137/24 141/12
couldn't [1]  85/2
counsel [8]  4/9 5/14 32/16
111/20 112/8 113/11 115/16

counter [2]  9/12 16/20
counter factual [1]  16/20
countless [1]  83/8
country [3]  23/11 130/25
136/19
couple [5]  26/7 31/9 43/11
103/15 110/24
course [12]  19/18 19/19 28/7
32/9 54/15 57/10 107/16
113/11 115/23 130/21 137/25
140/9
courses [2]  8/8 19/21
court [78]  1/1 1/22 3/19 4/9
5/8 5/17 5/17 5/24 8/19 17/7
18/23 27/16 39/16 48/1 48/4
48/8 49/13 49/13 74/20 77/14
77/21 78/2 78/15 79/9 81/19
81/23 84/2 86/22 86/23 86/25
87/15 95/4 95/4 96/23 96/25
101/5 102/16 102/17 102/20
103/15 103/21 106/3 110/11
110/12 110/21 110/23 110/23
111/1 111/5 111/5 111/17
111/19 115/15 120/8 120/10
125/6 125/10 125/12 125/21
126/10 128/20 130/21 131/15
133/10 134/22 135/8 136/10
137/24 137/24 138/1 138/18
138/22 140/7 140/17 140/18
141/3 141/24 143/8
Court's [9]  4/14 48/5 49/18
95/25 102/4 103/6 117/23
127/20 136/8
courthouse [2]  28/5 49/11
Courts [14]  16/14 16/21
28/12 96/14 101/4 101/11
101/12 101/13 101/16 101/23
104/2 128/15 138/24 140/20
47/22
covered [3]  36/22 39/25
47/22
COVID [1]  3/22
CR [2]  1/3 3/4
create [4]  39/20 41/5 50/25
66/18
created [2]  33/5 113/1
creates [2]  52/15 67/18
creating [2]  67/18 116/21
credit [1]  140/10
credited [1]  138/22
crime [3]  137/13 137/18
137/19
criminal [8]  65/14 120/15
121/6 121/7 121/12 121/13
137/10 137/16
critical [3]  33/24 124/4
124/5
criticize [1]  133/5
criticizing [1]  96/23
cross [8]  2/4 4/16 77/11
77/18 77/22 78/19 80/15
80/17
cross-examination [7]  4/16
77/11 77/18 77/22 78/19
80/15 80/17
crystalize [1]  131/21
cultivated [1]  71/9
cultural [6]  8/25 36/6 39/18

119/10  174
culturally [1]  69/10
culture [2]  50/13 76/9
curate [2]  58/11 66/11
curated [1]  59/5
cure [1]  29/19
curiam [1]  120/12
current [1]  23/25
curse [1]  50/7
custody [1]  74/12
cut [2]  91/6 97/19
cutting [1]  98/17
CV [5]  7/4 7/12 7/16 125/16
125/18

## D

DA [4]  92/14 93/12 93/17
94/15
DA's [1]  93/16
data [3]  58/9 58/9 91/17
date [6]  60/21 118/17 125/15
125/15 125/17 143/6
dates [3]  60/23 60/25 91/3
dating [1]  23/23
daughter [1]  77/15
day [9]  61/4 71/5 71/5 81/11
82/6 87/20 90/25 102/22
136/15
days [2]  117/7 130/25
dead [1]  31/4
deal [3]  61/18 94/2 110/14
deals [6]  6/14 14/22 14/25
18/1 120/24 132/23
dealt [3]  9/24 13/20 14/5
debate [13]  22/16 28/10
28/11 28/19 29/11 32/5 32/24
33/9 40/6 43/18 51/4 68/9
84/1
debates [6]  15/3 23/5 23/20
43/12 43/19 47/18
decades [3]  31/9 48/20 49/15
decide [4]  16/15 103/23
133/1 134/7
decided [3]  49/24 90/13
103/18
decides [1]  101/19
deciding [1]  66/15
deciphering [1]  82/10
decision [2]  103/6 135/9
deep [5]  9/14 10/8 19/5
40/14 110/25
deeper [1]  18/18
deeply [4]  15/8 63/8 67/25
71/6
default [1]  53/24
Defendant [12]  1/9 1/18
21/14 85/8 113/15 114/3
115/18 127/5 127/9 133/12
133/20 137/11
DEFENDANT'S [4]  6/1 21/18
137/15 137/21
Defendants [1]  120/22
Defenders [1]  1/18
defending [1]  29/16
defense [85]  2/9 2/9 2/10
2/10 2/11 2/11 2/12 2/12
2/13 2/13 2/14 2/14 3/8 3/9
3/14 3/16 4/11 4/20 4/22

**D**

**defense... [66]**   4/24 7/1
7/19 7/21 12/5 12/8 12/12
12/13 12/17 13/19 14/11
14/13 15/22 15/24 15/25
16/24 17/1 17/3 17/5 17/8
24/15 25/10 26/1 26/25 27/2
27/16 27/21 30/6 30/15 30/20
31/17 31/21 66/22 71/25
72/21 73/3 73/6 74/23 75/2
79/2 79/25 80/3 80/4 80/11
88/15 88/17 96/8 111/20
112/8 112/25 113/3 113/11
113/25 114/8 114/10 115/15
116/9 119/10 125/7 125/14
125/22 126/4 126/5 133/10
135/2 140/9
**Defense Exhibit [1]**   13/19
**Defense's [2]**   3/6 3/12
**define [2]**   23/3 40/19
**defined [10]**   87/7 88/3
126/15 126/18 127/24 128/1
129/3 129/16 134/3 134/5
**defines [1]**   102/3
**defining [1]**   51/12
**definitely [1]**   117/8
**definition [19]**   23/7 32/9
83/21 83/23 86/3 86/8 86/12
86/14 86/18 87/5 87/10 88/5
97/21 97/22 98/4 127/18
127/23 130/20 130/21
**definitive [1]**   89/4
**definitively [5]**   21/19 35/9
75/15 88/24 117/9
**defuse [2]**   75/21 75/21
**degree [3]**   6/22 8/20 131/5
**degrees [1]**   6/19
**deleted [1]**   69/22
**demeanor [3]**   104/5 104/7
104/22
**Democratic [1]**   30/3
**demonstrative [17]**   25/10
25/13 25/16 25/20 25/22
25/25 27/16 27/19 30/10
30/14 31/16 31/19 37/8 74/23
74/25 78/14 78/23
**Denver [1]**   57/5
**Department [3]**   55/25 57/7
61/7
**depend [3]**   37/5 37/6 116/17
**depending [6]**   34/18 34/19
34/19 36/8 41/22 66/13
**depends [6]**   14/20 14/22 15/3
54/20 55/7 99/14
**depth [9]**   8/10 9/6 9/10 10/5
11/9 16/20 34/21 61/11
105/18
**derive [1]**   40/21
**derives [1]**   86/14
**describe [2]**   12/23 112/25
**described [5]**   44/20 61/13
88/16 106/9 106/10
**describing [1]**   121/5
**designed [1]**   83/13
**detail [1]**   123/10
**determination [13]**   85/24
89/4 102/3 109/10 109/19

109/25 111/7 132/25 133/9
134/25 135/4 135/10 136/15
**determinations [2]**   109/16
109/17
**determine [9]**   33/21 58/22
74/1 98/18 99/8 123/25
131/10 134/23 139/2
**determined [2]**   34/21 34/22
**determining [9]**   22/21 33/25
34/2 37/21 87/16 88/19 101/7
101/25 140/5
**developed [2]**   14/21 112/20
**developers [1]**   51/17
**device [5]**   23/22 24/6 37/11
41/15 42/6
**devil's [1]**   133/18
**devote [1]**   141/12
**dialects [1]**   39/12
**dialogue [3]**   35/6 40/3 52/4
**dictate [1]**   86/22
**did [70]**   3/13 4/9 12/16
15/22 16/2 16/3 16/11 20/12
20/20 25/12 26/18 26/20 45/5
46/7 56/14 57/11 57/12 57/14
60/5 61/7 62/14 63/12 63/14
66/22 76/23 81/6 83/15 87/20
87/21 88/24 89/23 89/25 90/2
90/3 91/19 91/21 96/16 96/25
99/20 99/22 100/2 100/14
103/11 110/14 111/20 112/11
112/15 112/17 113/8 113/14
114/9 115/11 116/23 116/24
117/8 118/10 120/7 120/18
120/10 120/12 122/7 123/7
125/18 128/10 132/1 132/2
133/13 137/11 137/12 141/20
**didn't [12]**   77/13 78/3 89/12
90/9 103/23 114/9 116/3
116/16 123/3 127/20 132/1
132/3
**died [1]**   137/18
**differ [4]**   8/4 16/11 84/24
97/18
**difference [3]**   36/15 36/17
70/13
**different [51]**   8/15 8/16
8/25 10/21 14/4 15/7 16/8
18/22 18/23 20/7 33/9 36/6
36/8 36/18 37/12 37/24 38/2
39/10 40/23 45/8 51/2 51/11
52/1 52/21 54/2 62/11 66/13
69/12 69/12 74/8 74/17 74/17
74/18 75/18 82/14 84/15
84/20 92/10 97/17 101/14
101/18 114/19 116/15 116/17
117/4 125/3 128/7 128/8
128/9 129/7 135/14
**differentiating [1]**   101/10
**differently [7]**   10/11 39/16
65/6 88/2 102/18 103/9 141/1
**differs [1]**   32/13
**difficult [1]**   63/9
**diffuse [2]**   54/21 75/22
**digested [1]**   141/13
**digital [15]**   9/12 9/16 10/5
12/18 28/2 28/16 42/22 45/18
50/8 51/25 52/15 60/10 99/16
112/21 112/24

**dinner [2]**   36/15 46/17
**direct [28]**   2/3 6/7 6/8 6/12
51/1 51/6 51/9 51/11 52/12
52/14 53/2 53/7 53/14 54/2
54/3 54/4 54/12 57/13 57/15
69/17 77/19 83/11 83/12
90/23 106/12 122/2 122/16
122/24
**directed [7]**   31/3 34/13
52/10 53/22 56/11 90/19
121/16
**directing [4]**   52/23 53/4
121/12 138/9
**direction [1]**   136/9
**directly [7]**   10/22 53/16
53/16 62/8 132/23 139/7
141/9
**Director [1]**   56/21
**disagree [3]**   60/11 139/13
140/14
**disagreement [1]**   67/14
**disapproval [2]**   67/14 92/2
**disapproved [1]**   90/12
**discern [3]**   18/17 60/2 62/1
**disclosure [1]**   125/22
**discontent [4]**   29/4 29/4
29/21 30/3
**discourse [4]**   24/13 28/15
28/15 42/19
**discovery [8]**   57/12 59/12
60/17 83/1 112/19 116/3
116/13 118/9
**discuss [3]**   24/12 35/15 53/8
**discussed [6]**   11/4 46/9
53/18 54/1 55/3 109/8
**discusses [4]**   32/15 32/17
44/7 53/6
**discussing [1]**   115/16
**discussion [5]**   45/3 52/11
59/23 129/15 129/18
**discussions [4]**   41/14 44/9
46/23 52/18
**disfavor [1]**   31/6
**dislike [1]**   58/19
**Dismiss [8]**   78/7 79/10 79/14
80/1 101/16 117/21 117/22
119/12
**disorderly [1]**   49/11
**displayed [1]**   105/21
**displays [1]**   104/22
**dispositive [4]**   75/24 104/17
104/18 104/20
**DISPOTO [11]**   1/14 2/4 4/1
5/21 77/10 80/21 123/6
124/17 124/25 125/14 131/21
**dispute [1]**   74/12
**disregard [2]**   140/9 140/11
**dissertation [8]**   9/23 11/3
11/13 11/19 14/13 16/12
101/13 141/7
**distill [3]**   123/8 124/17
124/19
**distilled [1]**   131/22
**distinctions [2]**   20/9
**distinctive [1]**   102/21
**distress [2]**   34/2 94/3
**DISTRICT [7]**   1/1 1/1 1/11
110/11 120/8 120/10 138/6

**D**

DIVISION [1]   1/2
divorce [1]   139/17
do [116]   4/7 4/13 5/5 6/10
6/10 6/16 6/19 8/18 9/2 9/3
13/14 16/9 16/11 16/20 20/15
20/18 21/1 21/3 21/7 21/17
21/22 21/23 24/19 28/4 28/18
36/19 37/13 41/5 41/21 42/1
43/22 44/8 44/8 44/22 44/25
47/19 48/22 51/3 51/21 53/7
53/9 53/18 54/11 55/24 56/2
56/9 57/4 58/8 59/15 60/25
61/11 61/17 66/7 66/11 66/15
66/17 67/5 67/7 68/24 70/11
76/13 77/4 78/14 79/4 80/15
80/24 81/5 81/7 81/7 81/21
82/18 85/3 85/23 89/18 89/24
90/13 92/17 92/18 93/7 93/15
94/22 95/17 97/5 97/11 97/12
97/18 98/10 99/7 100/1
109/13 109/13 109/15 110/16
111/15 112/20 113/20 114/7
115/2 115/13 117/7 117/19
118/8 118/14 123/20 124/9
125/5 126/8 126/25 130/22
131/4 131/6 133/6 135/2
137/2 138/23 139/5
docket [20]   3/7 3/8 3/9 3/10
3/14 3/14 78/8 79/13 79/14
79/22 79/24 80/1 80/2 80/5
80/8 80/9 120/3 125/6 125/11
138/19
doctor [3]   80/24 99/1 133/4
Doctorates [1]   72/18
doctrinal [1]   16/14
doctrine [1]   8/18
document [4]   7/11 27/3 27/6
43/19
documentable [1]   94/25
documents [1]   43/17
does [86]   5/17 7/12 7/14 8/4
17/19 26/15 31/11 31/14
32/11 33/1 33/3 33/8 33/11
35/25 38/12 40/18 42/1 48/10
52/3 52/14 52/15 54/17 54/18
55/4 55/10 57/10 57/18 57/19
59/4 63/15 64/7 67/19 67/19
68/5 68/8 69/13 70/3 73/14
75/8 75/11 76/7 76/13 76/14
77/11 78/25 79/14 85/16
86/22 87/11 88/7 88/9 88/14
88/19 88/20 89/10 93/17
93/23 100/25 104/4 104/7
106/18 107/20 107/20 109/18
109/18 109/20 114/21 114/25
115/7 115/9 115/12 118/25
124/18 127/4 129/16 129/17
129/18 130/20 132/19 133/8
135/12 136/1 137/8 141/2
141/4 141/18
does preclude [1]   141/18
doesn't [18]   13/10 25/13
64/19 98/11 102/12 102/13
126/10 130/7 130/18 131/5
134/11 134/22 135/11 136/6
136/18 136/19 141/16 141/17

doing [7]   4/14 10/4 18/15
79/16 81/14 122/24 133/17
domain [1]   22/4
domains [4]   22/3 22/18 28/8
50/8
domestic [1]   65/4
dominant [13]   22/19 33/18
33/20 34/3 34/20 40/9 47/8
47/16 54/15 94/10 98/18
98/23 131/10
don't [58]   4/24 5/13 5/18
5/22 25/17 25/19 27/11 42/2
42/3 45/18 46/10 47/20 48/3
49/17 56/5 57/1 59/1 59/17
60/24 62/7 77/18 78/16 79/7
82/16 82/20 82/23 83/2 83/6
86/23 89/3 89/25 90/15 91/16
92/25 93/6 93/12 93/14 93/16
94/22 96/21 101/8 102/4
107/14 113/4 117/2 117/10
119/6 119/9 119/10 119/14
124/14 124/20 126/25 131/5
132/9 132/12 140/22 141/9
Donald [3]   29/24 70/22
106/14
done [6]   76/1 98/17 120/3
133/3 133/7 142/9
double [1]   16/6
doubt [1]   133/21
Douglas [1]   74/4
down [6]   22/24 24/2 103/15
123/8 124/17 124/19
dozen [1]   110/25
Dr [37]   5/13 5/21 5/25 6/10
7/15 7/23 12/16 15/10 25/16
35/15 35/22 72/21 75/5 80/14
80/19 81/1 81/3 97/10 103/24
109/23 117/13 117/19 124/15
124/21 124/23 125/15 126/8
127/25 129/1 132/15 133/3
134/9 134/20 135/15 137/8
139/21 142/17
draft [6]   49/10 49/11 112/17
112/23 113/1 113/7
drastically [1]   97/17
draw [1]   90/6
draws [1]   93/13
dresses [2]   44/4 44/5
drink [3]   46/14 46/15 46/15
driven [1]   94/20
driving [1]   62/4
dropping [1]   73/17
Du [1]   45/2
due [1]   133/4
during [10]   5/18 27/1 33/5
34/8 73/17 104/5 105/21
113/11 115/17 116/15
DVD [2]   3/13 78/7

**E**

each [4]   22/24 28/8 67/2
123/7
earlier [3]   33/17 55/17
71/11
early [2]   23/16 23/18
easy [2]   53/9 53/18
eating [1]   69/5
edited [1]   107/16

editing [1]   77/4
editorial [2]   16/5 16/9
education [7]   8/18 17/19
18/20 26/4 81/8 135/8 139/4
educational [3]   7/12 19/7
139/21
educator [2]   136/10 139/16
effect [1]   133/17
either [12]   15/6 20/15 40/25
48/2 57/22 67/9 67/16 79/17
83/4 103/3 110/18 112/15
elected [2]   29/2 29/3
electronic [2]   54/12 54/14
element [31]   21/13 40/11
59/19 68/25 68/25 75/24
75/25 84/6 85/14 85/25 88/22
90/7 95/13 116/4 122/11
124/5 126/21 127/4 127/5
127/7 127/8 127/9 127/17
129/5 129/5 129/6 133/20
133/20 137/13 137/17 137/19
elements [15]   17/9 18/2 18/4
18/6 32/20 37/3 58/8 84/9
84/22 85/6 96/5 109/15
133/21 134/1 134/2
elevate [2]   117/8 122/9
elevates [1]   122/5
elevation [1]   104/14
Eleventh [16]   84/25 85/1
85/4 85/6 85/14 86/9 86/19
87/7 101/5 102/16 102/17
115/3 127/24 128/2 128/4
129/4
elites [2]   67/8 67/14
ELLEN [2]   1/7 3/4
Elon [5]   6/11 6/12 6/15 6/16
12/22
Elonis [11]   74/4 74/7 74/12
85/6 103/5 103/6 103/15
103/18 103/21 103/24 122/4
else [8]   47/13 59/20 80/25
96/7 113/8 114/1 124/15
136/7
elsewhere [1]   20/6
email [8]   10/23 54/3 54/15
97/2 111/23 121/20 125/13
125/21
embellish [1]   108/6
embraces [3]   137/7 137/14
141/17
emerge [1]   54/24
emerges [1]   75/20
emerging [2]   34/14 56/8
emotional [1]   34/2
emphasis [2]   8/2 132/16
emphasized [1]   101/24
emphatic [1]   105/17
empirical [2]   72/12 94/25
encoded [1]   18/11
encounter [1]   18/3
end [7]   5/1 5/12 60/16 87/20
101/1 129/17 136/15
enforcement [4]   33/7 45/12
49/8 57/20
engage [14]   8/17 8/24 28/8
38/10 40/5 40/14 43/10 58/15
76/11 89/18 94/9 95/14
106/19 134/23

**E**

**engaged [13]**   9/11 18/10 41/9 43/19 45/2 66/3 67/23 68/11 68/11 73/22 74/12 94/4 106/21
**engagement [15]**   15/2 19/3 23/7 23/9 24/9 24/11 25/7 37/2 47/4 67/25 68/14 69/7 98/25 119/3 119/3
**engages [1]**   67/22
**engaging [7]**   28/18 32/24 46/22 68/9 70/9 70/24 75/18
**English [1]**   36/7
**enjoy [1]**   93/22
**enough [4]**   39/21 88/25 89/12 104/16
**ensure [1]**   4/19
**entail [2]**   99/14 99/15
**entailed [1]**   14/15
**entails [1]**   9/7
**enter [1]**   22/16
**entertainment [3]**   16/5 76/10 76/11
**entire [1]**   100/20
**entirely [5]**   13/20 47/13 69/12 74/8 74/17
**entirety [1]**   40/7
**entitled [2]**   12/17 96/8
**entity [2]**   57/13 57/17
**Entry [19]**   3/7 3/8 3/9 3/11 3/14 3/14 78/8 79/13 79/14 79/22 79/24 80/1 80/2 80/5 80/8 80/9 125/6 125/11 138/19
**environment [4]**   36/14 39/6 44/18 66/21
**environments [8]**   15/9 19/1 38/18 50/24 50/24 60/10 71/3 83/25
**envisioning [1]**   123/3
**equation [1]**   75/16
**equivalent [1]**   45/22
**escorts [1]**   44/10
**especially [7]**   38/1 42/21 50/11 56/19 105/19 108/22 119/4
**ESQ [1]**   1/18
**essence [1]**   133/10
**essential [1]**   116/25
**essentially [6]**   28/16 38/5 69/25 84/17 126/20 130/17
**Essex [2]**   63/21 116/16
**established [2]**   72/16 97/25
**estimate [1]**   110/18
**estranged [1]**   74/13
**et [1]**   132/10
**ethics [1]**   6/17
**ethnographic [5]**   8/10 9/6 10/5 19/5 34/16
**evaluate [1]**   130/11
**evaluating [9]**   15/24 16/3 16/13 18/4 35/23 96/9 96/15 123/22 136/16
**evangelical [1]**   34/24
**even [7]**   45/18 45/21 50/1 108/6 120/9 122/14 140/21
**events [1]**   69/15

**ever [6]**   14/19 81/18 81/23 109/24 113/14 119/22
**Evers [1]**   23/25
**every [4]**   55/1 71/21 91/25 138/10
**everybody [3]**   3/21 142/17 142/25
**everything [8]**   28/18 36/5 59/8 99/17 118/3 118/6 136/7 141/13
**evidence [40]**   4/19 4/20 5/2 7/16 7/21 12/6 12/13 14/8 14/11 16/24 17/3 25/10 25/12 25/14 25/18 45/10 48/9 48/13 59/1 60/8 64/17 64/20 64/21 67/11 69/3 73/4 78/22 78/24 80/12 82/19 90/6 92/16 104/22 106/4 107/10 110/5 113/4 116/21 126/5 137/5
**evident [2]**   18/13 26/10
**evidentiary [3]**   110/15 110/17 111/1
**evolution [4]**   31/11 31/14 49/19 116/2
**exacerbation [1]**   37/13
**exact [2]**   78/9 118/17
**exactly [10]**   33/3 35/9 43/14 53/4 74/3 75/10 75/15 83/8 90/16 139/14
**examination [16]**   2/3 2/4 2/5 4/15 4/16 6/7 6/8 77/11 77/18 77/22 78/19 80/15 80/17 83/11 117/17 134/14
**example [21]**   24/23 29/15 34/5 34/5 34/8 37/7 43/23 43/25 48/25 52/7 65/25 68/22 73/21 73/25 74/3 74/16 102/5 111/5 111/8 122/4 134/12
**examples [13]**   25/15 25/17 25/20 26/8 27/10 27/11 29/6 29/12 29/14 49/4 50/12 66/8 131/3
**exasperation [1]**   46/16
**except [1]**   76/14
**exception [1]**   137/10
**exceptions [1]**   55/1
**exclude [1]**   3/8
**excluded [1]**   141/18
**exclusively [1]**   83/21
**excuse [1]**   92/20
**exercise [7]**   20/16 20/21 89/7 113/16 114/4 114/16 115/19
**exercising [2]**   32/15 32/22
**exhaustive [2]**   56/5 75/25
**exhibit [72]**   2/9 2/9 2/10 2/11 2/11 2/12 2/12 2/13 2/13 2/14 3/14 7/1 7/3 7/19 7/21 11/14 12/5 12/8 12/12 12/13 12/17 13/19 14/7 14/11 14/13 15/24 15/25 17/5 17/8 24/15 25/10 26/1 27/2 27/16 27/19 27/21 30/6 30/13 30/15 30/20 31/17 31/21 66/25 68/22 68/23 73/7 73/10 74/23 75/2 78/6 78/8 78/10 78/13 78/20 79/4 79/12 80/3 80/4 80/7 80/8 80/8 80/9 88/15

**96/8 97/2 107/19 113/3 125/7 125/14 125/22 126/4 126/5**
**exhibiting [1]**   105/15
**exhibits [22]**   2/7 2/10 2/14 3/16 4/22 5/17 15/22 16/24 17/1 17/3 56/14 66/22 71/25 72/21 73/3 78/21 78/22 79/25 80/2 80/11 111/24 112/3
**exist [1]**   119/11
**existence [1]**   89/10
**existing [1]**   95/12
**exists [1]**   54/5
**expand [1]**   65/2
**expect [1]**   105/5
**expense [1]**   92/24
**experience [6]**   7/13 18/22 18/24 63/2 81/9 135/8
**experiences [1]**   64/11
**expert [47]**   3/6 3/8 81/9 81/16 81/19 82/2 82/10 82/13 86/24 89/10 104/21 109/23 109/24 110/4 110/6 110/16 111/6 111/16 112/17 112/22 113/5 116/6 116/8 118/2 119/23 120/9 120/21 120/25 125/7 125/19 130/22 131/4 131/7 131/13 132/9 132/15 132/18 133/11 135/7 137/11 137/17 138/6 138/19 140/4 140/7 140/9 141/23
**expert's [2]**   120/18 126/6
**expertise [18]**   7/23 7/24 7/25 8/4 15/16 17/9 18/7 18/21 19/11 21/3 21/5 49/23 81/4 81/13 109/14 113/1 120/18 134/9
**experts [2]**   120/4 138/23
**explain [5]**   32/1 41/20 76/24 77/1 77/6
**explained [1]**   138/8
**explanation [3]**   43/15 130/19 131/9
**explore [1]**   135/3
**express [1]**   29/21
**expressed [1]**   92/1
**expressing [3]**   29/4 30/3 41/15
**expression [20]**   7/25 8/3 14/19 15/18 18/3 19/14 19/19 23/21 24/4 24/6 37/12 39/8 39/9 42/17 46/16 66/4 84/15 86/15 93/1 108/16
**expressive [1]**   46/2
**extemporaneous [3]**   62/25 71/9 77/1
**extemporaneously [1]**   77/2
**extend [1]**   8/21
**extension [1]**   28/16
**extensive [2]**   128/5 128/21
**extent [5]**   47/14 67/22 93/1 94/24 134/9
**extra [1]**   75/12
**extremism [1]**   8/3

**F**

**F'ing [1]**   89/8
**F-U-L-L-E-R [1]**   6/5
**face [5]**   24/8 55/5 55/5

**F**

**face...** **[2]**  106/15 108/7
**Facebook** **[29]**  9/14 13/3
  13/21 18/24 28/20 41/17 53/1
  58/5 61/2 62/15 74/9 76/14
  76/18 76/25 79/8 79/20 80/5
  80/8 88/15 89/1 89/7 89/13
  91/17 92/13 94/6 118/11
  118/19 118/21 118/23
**fact** **[17]**  33/21 49/4 68/5
  74/3 82/5 83/18 94/19 96/4
  102/6 107/9 109/21 109/25
  114/21 122/19 129/16 139/12
  140/19
**factor** **[10]**  64/7 64/24 65/1
  104/14 105/1 105/22 106/20
  106/22 124/12 134/15
**factoring** **[3]**  113/14 114/3
  115/18
**factors** **[40]**  14/23 39/3
  40/12 50/20 55/7 63/1 63/3
  65/23 71/15 71/17 82/10
  84/14 84/16 87/15 100/21
  100/22 101/2 101/3 101/6
  102/2 102/4 102/21 115/25
  122/15 122/18 123/21 124/2
  130/4 131/14 131/16 134/20
  134/22 135/2 135/11 136/13
  138/15 139/1 140/15 140/17
  142/1
**facts** **[5]**  44/22 74/19 82/16
  117/25 124/5
**factual** **[6]**  16/19 16/20 19/2
  74/11 84/9 122/11
**faculty** **[1]**  11/19
**fair** **[21]**  17/5 17/11 18/7
  18/9 19/8 28/20 28/22 31/8
  41/23 42/24 48/19 50/10 52/6
  57/2 57/4 58/5 59/13 66/11
  111/15 121/10 121/14
**familiar** **[28]**  17/7 24/14
  24/17 26/17 27/7 27/9 30/19
  30/21 45/20 46/23 78/11
  84/22 84/25 85/1 86/14
  108/13 110/7 110/19 110/24
  110/25 111/3 111/4 111/12
  111/14 111/17 121/2 121/8
  141/2
**familiarity** **[1]**  39/14
**family** **[1]**  38/8
**famous** **[1]**  50/12
**fanatically** **[1]**  94/9
**far** **[14]**  17/12 26/12 41/14
  41/15 42/24 45/5 50/3 50/3
  50/7 52/14 103/7 121/14
  121/17 136/23
**farther** **[1]**  17/25
**fascist** **[1]**  49/7
**fashion** **[1]**  48/14
**fathers** **[1]**  24/24
**fatigues** **[1]**  44/5
**fault** **[3]**  78/5 128/25 130/13
**favorably** **[1]**  45/6
**FBI** **[26]**  20/17 20/20 45/11
  55/25 55/25 56/4 56/4 56/15
  56/17 56/20 56/22 56/24
  56/25 57/1 57/4 63/12 63/15

64/18 64/24 64/23 70/17
  92/15 93/14 94/15 130/10
  138/6
**fear** **[13]**  34/1 86/11 87/9
  94/3 94/12 94/14 94/16 99/10
  100/8 100/19 109/12 130/7
  139/24
**features** **[2]**  58/6 109/7
**February** **[12]**  60/21 60/24
  61/1 61/4 61/13 61/13 63/12
  90/25 91/2 91/5 91/9 117/12
**February 1** **[1]**  60/21
**February 17th** **[4]**  61/4 90/25
  91/5 91/9
**February 18th** **[4]**  60/24 61/1
  61/13 91/2
**February 19th** **[1]**  61/13
**Federal** **[10]**  1/18 33/7 45/12
  49/7 57/20 121/4 121/22
  121/23 137/5 143/7
**feel** **[4]**  34/15 34/15 139/23
  142/13
**fentanyl** **[2]**  137/17 137/21
**few** **[5]**  90/21 97/8 110/13
  110/13 117/16
**field** **[40]**  8/10 9/6 9/7 9/7
  10/1 10/4 11/4 11/6 11/9
  11/25 12/2 12/2 15/20 19/6
  32/21 34/6 34/8 34/9 34/16
  44/1 44/4 47/5 47/10 54/25
  55/25 56/4 56/15 57/4 70/5
  72/6 75/20 81/4 81/10 81/14
  81/16 81/20 109/24 120/18
  132/15 132/18
**fields** **[1]**  71/2
**fight** **[1]**  24/12
**fighting** **[1]**  31/3
**figure** **[3]**  37/8 44/1 70/19
**figures** **[2]**  24/1 29/2
**file** **[1]**  112/24
**filed** **[10]**  3/7 3/7 3/9 3/10
  3/13 3/18 78/7 78/10 117/21
  125/17
**files** **[1]**  112/21
**filing** **[3]**  3/15 79/25 125/4
**filings** **[1]**  138/5
**find** **[7]**  23/20 99/3 99/4
  114/24 133/25 141/24 142/8
**finder** **[3]**  96/5 109/21
  109/25
**finding** **[4]**  51/22 122/19
  127/2 129/10
**finds** **[1]**  98/19
**fine** **[2]**  7/4 77/24
**fingertips** **[1]**  99/18
**finish** **[1]**  51/10
**fire** **[1]**  65/10
**firearm** **[2]**  122/9 134/15
**firearms** **[3]**  35/5 120/22
  134/19
**firmer** **[1]**  116/1
**first** **[34]**  3/25 5/3 5/8 5/12
  16/3 16/13 17/12 20/7 32/15
  32/18 47/2 47/14 49/5 75/8
  78/18 81/21 85/21 85/25
  91/14 95/3 95/8 95/10 110/16
  112/13 112/17 115/3 116/8
  117/19 123/24 124/6 124/19

129/5 132/15 140/14
**first-hand** **[1]**  110/16
**firsthand** **[1]**  16/11
**fit** **[2]**  31/11 31/25
**five** **[2]**  35/15 35/17
**FL** **[4]**  1/7 1/16 1/20 1/23
**flag** **[1]**  60/1
**flags** **[1]**  43/4
**fledged** **[1]**  30/1
**Flesh** **[1]**  133/23
**flip** **[1]**  98/14
**Floor** **[1]**  1/16
**FLORIDA** **[2]**  1/1 57/1
**flourish** **[4]**  46/1 46/2 106/2
  107/6
**flourishes** **[5]**  45/25 46/6
  46/7 73/16 108/15
**flow** **[1]**  37/13
**flushed** **[1]**  123/10
**Flynn** **[2]**  33/4 33/6
**focus** **[4]**  81/5 111/2 114/12
  132/12
**focused** **[6]**  13/25 14/2 14/3
  83/23 131/17 133/19
**focuses** **[4]**  40/17 68/19
  130/2 131/11
**focusing** **[1]**  83/21
**fold** **[1]**  6/14
**folks** **[11]**  8/20 30/1 33/14
  34/22 38/24 42/6 42/16 43/21
  67/15 90/19 98/16
**follow** **[8]**  31/14 32/24 55/12
  69/14 71/7 94/23 94/25
  139/19
**followed** **[2]**  28/12 51/6
**follower** **[1]**  119/4
**followers** **[11]**  57/22 58/25
  59/2 59/7 59/8 59/10 59/16
  118/22 119/1 119/7 119/13
**following** **[4]**  70/14 105/16
  106/8 113/13
**follows** **[8]**  31/14 45/17
  59/11 59/16 68/8 70/8 70/19
  72/13
**followup** **[2]**  45/4 53/19
**food** **[2]**  68/20 68/22
**footnote** **[1]**  119/12
**force** **[2]**  29/10 71/10
**forced** **[1]**  29/17
**forceful** **[1]**  41/19
**foregoing** **[1]**  143/3
**foreign** **[1]**  35/7
**form** **[8]**  11/17 11/21 13/21
  41/17 54/4 83/1 133/16
  141/18
**formally** **[1]**  141/4
**format** **[1]**  15/5
**former** **[4]**  26/18 29/24 30/25
  106/3
**forms** **[4]**  8/22 18/1 54/16
  102/19
**Fort** **[1]**  1/16
**forth** **[3]**  111/23 127/18
  139/21
**forums** **[1]**  28/6
**forward** **[2]**  87/7 133/15
**fought** **[1]**  43/11
**found** **[8]**  7/10 45/13 45/15

## F

**found... [5]**   49/14 49/15
95/20 96/18 98/7
**founders [1]**   23/24
**founding [2]**   24/24 130/25
**four [18]**   22/3 22/18 33/1
33/4 69/25 74/1 99/7 109/1
109/9 111/25 112/6 112/10
115/16 130/17 135/1 135/16
135/19 137/2
**fourth [2]**   23/1 31/25
**frame [1]**   13/13
**framers [1]**   23/23
**framework [2]**   70/15 130/11
**frameworks [1]**   16/20
**frankly [2]**   120/23 135/12
**free [3]**   140/8 140/10 140/11
**freedom [3]**   7/25 19/18 32/18
**frequency [1]**   50/15
**frequently [3]**   9/10 65/4
66/10
**friends [4]**   38/6 39/17 41/12
59/2
**front [7]**   5/20 7/6 34/12
59/2 60/25 62/8 65/10
**Ft [1]**   1/23
**fuck [4]**   48/10 48/11 48/19
49/24
**full [7]**   4/15 6/2 30/1 84/17
101/21 109/6 117/25
**full-fledged [1]**   30/1
**FULLER [32]**   2/2 4/7 5/21
5/25 6/1 6/4 6/10 7/23 12/16
15/10 35/15 35/22 72/21 75/5
80/14 80/19 81/1 81/3 97/11
103/24 109/23 117/13 117/19
124/15 124/21 124/23 126/8
127/25 129/1 137/8 139/21
142/18
**Fuller's [5]**   5/13 7/15
125/16 134/9 135/15
**Fullers' [1]**   25/16
**fully [1]**   123/19
**fun [1]**   92/23
**function [7]**   47/16 51/22
52/2 52/14 53/23 76/7 76/15
**functionally [1]**   45/22
**functions [9]**   39/20 40/8
47/24 50/6 51/15 51/24 57/14
57/15 73/23
**fundamental [2]**   22/23 76/2
**fundamentally [1]**   93/5
**further [2]**   106/23 115/9
**furthermore [1]**   127/18

## G

**gained [1]**   81/8
**game [1]**   36/16
**gather [1]**   58/17
**gathering [1]**   58/16
**gave [12]**   15/12 44/3 68/12
68/13 97/24 105/12 116/6
116/9 116/11 116/11 123/7
128/5
**gay [1]**   138/20
**GD [2]**   49/7 49/7
**general [4]**   33/2 33/4 40/1

**generalizable [2]**   18/17 55/2
**generally [9]**   11/11 48/23
48/25 49/3 54/20 72/6 72/16
88/11 139/5
**genuinely [1]**   139/13
**get [18]**   4/19 5/2 7/5 10/24
20/10 49/17 78/9 95/15 96/25
104/15 117/6 123/2 123/5
128/15 129/20 133/22 136/6
139/4
**gets [3]**   58/24 77/16 121/22
**getting [4]**   116/3 118/9
130/12 136/5
**Ghost [1]**   68/23
**give [35]**   7/23 14/14 21/12
21/20 33/19 34/5 43/15 43/23
44/21 49/1 50/25 51/5 51/8
58/9 66/8 79/22 87/13 102/5
123/13 126/8 126/17 126/21
127/25 129/1 130/21 131/8
131/9 132/19 132/20 132/21
134/12 136/1 137/14 141/23
142/1
**given [6]**   28/7 38/15 48/12
66/7 87/11 106/20
**gives [3]**   52/3 59/5 59/6
**giving [9]**   21/17 82/6 84/3
98/1 104/24 116/8 116/20
129/10 135/19
**gloat [1]**   60/12
**gloating [1]**   62/10
**global [1]**   54/22
**glomming [1]**   60/10
**go [18]**   5/3 5/12 9/1 23/11
34/7 54/6 57/18 62/5 77/22
78/18 90/9 101/3 106/23
106/24 115/9 119/20 120/8
120/22
**goes [4]**   17/25 57/19 116/1
127/14
**going [43]**   5/8 5/11 9/7
14/13 18/21 22/23 31/24
34/13 35/14 36/24 46/14 48/7
52/19 55/17 59/18 62/9 76/2
77/11 80/14 85/3 86/6 86/21
87/24 92/8 97/8 106/11
107/24 116/23 118/19 120/17
122/24 123/2 124/25 125/25
126/13 126/16 127/11 127/25
128/12 132/8 133/22 142/8
142/11
**gold [4]**   11/12 11/25 12/3
139/8
**gone [1]**   134/14
**good [9]**   3/1 3/2 4/1 4/3 4/6
74/16 80/19 80/20 142/24
**Gore [3]**   30/23 31/3 31/6
**Gosar [1]**   67/12
**got [3]**   91/1 91/4 91/8
**gotten [1]**   72/9
**governance [2]**   23/8 23/8
**governed [1]**   100/21
**Government [36]**   3/7 3/10
4/21 4/23 5/3 5/8 5/12 6/13
6/14 23/6 29/4 29/5 33/10
56/7 56/15 57/17 79/8 85/7
86/24 88/17 97/25 118/1

**118/10 118/20 120/15 125/15
125/18 125/23 130/9 135/11
135/13 136/2 138/6 140/10
140/16 142/9
**Government's [8]**   4/25 5/4
32/23 117/23 132/20 136/7
139/11 139/25
**grammatically [1]**   113/24
**grand [2]**   88/17 142/9
**granting [1]**   19/22
**great [6]**   50/15 61/10 61/18
94/1 110/14 133/5
**greater [2]**   45/16 120/25
**grounded [3]**   17/22 93/1 93/3
**grounding [2]**   8/11 44/19
**grounds [2]**   103/8 135/14
**groundwork [1]**   10/25
**group [13]**   33/12 35/2 45/7
45/24 64/2 73/11 86/17 88/12
100/13 100/17 140/25 140/25
141/1
**groups [8]**   14/4 26/12 26/13
26/13 35/7 38/20 55/24 63/2
**growing [1]**   56/8
**gruff [1]**   46/4
**guess [8]**   17/16 77/20 79/12
81/4 90/2 107/5 111/13
131/24
**guilty [2]**   133/12 133/15
**gun [1]**   31/6
**gunshot [1]**   137/18
**gym [2]**   70/22 106/16

## H

**had [24]**   14/4 15/10 25/6
34/24 35/1 45/7 62/3 62/18
64/22 66/23 83/16 92/7 92/10
106/13 116/14 117/2 117/3
118/22 119/7 119/13 124/9
129/11 129/24 134/14
**half [3]**   101/13 112/10
115/16
**hallmark [2]**   73/21 74/3
**hallmarks [1]**   72/11
**Ham [1]**   102/23
**Hampshire [1]**   49/6
**hand [1]**   110/16
**handles [1]**   66/9
**hands [1]**   31/4
**handwritten [2]**   112/20
112/21
**happened [3]**   65/12 65/16
129/20
**happening [3]**   9/10 9/18
69/16
**happening quite [1]**   9/10
**happens [1]**   9/18
**happy [1]**   103/2
**hard [3]**   40/19 75/10 77/19
**harm [3]**   44/7 45/21 123/18
**harmful [1]**   44/14
**harms [1]**   44/9
**Harry [2]**   29/19 29/19
**harshly [1]**   63/25
**has [66]**   3/19 5/13 5/17 5/21
5/21 9/5 13/14 16/8 17/18
17/23 20/6 24/19 24/21 26/5
26/8 27/1 27/16 28/7 28/12

**H**

**has... [47]**   29/25 33/25
33/25 34/18 35/9 36/7 41/16
47/12 48/10 49/18 53/21 54/6
55/1 55/5 55/11 57/7 64/13
66/7 68/5 72/17 74/18 76/5
86/25 96/3 98/15 100/5 101/5
106/3 109/24 111/1 119/10
120/15 121/24 124/15 124/21
129/25 131/15 132/23 133/6
133/25 135/20 138/1 139/7
140/1 140/17 140/23 142/9
**hash [21]**   51/3 51/12 51/13
51/14 51/15 51/16 51/17 52/1
52/5 52/7 52/7 52/9 52/14
52/18 52/18 52/22 56/1 57/12
66/2 83/12 138/9
**hasn't [1]**   140/16
**Hastings [1]**   16/5
**have [218]**
**haven't [6]**   101/24 111/10
119/14 120/3 135/12 142/14
**having [9]**   61/17 74/5 88/10
92/23 100/3 116/6 116/12
131/9 141/11
**he [67]**   5/13 31/2 31/3 44/4
44/6 63/21 70/22 74/10 74/14
106/13 106/14 107/22 107/22
107/25 108/2 108/5 108/6
108/7 108/7 121/1 123/2
124/18 126/16 126/25 127/10
127/11 128/5 128/10 128/12
129/1 129/10 129/12 129/14
129/22 129/24 130/4 130/18
131/2 131/8 131/9 131/13
131/16 132/18 132/19 132/20
132/21 133/21 134/13 135/3
135/18 135/20 135/22 135/24
136/6 136/6 136/9 136/13
136/23 137/14 138/17 139/8
139/15 140/14 140/17 141/6
141/23 142/3
**head [1]**   42/9
**hear [6]**   3/1 5/2 5/14 12/10
139/25 141/8
**heard [1]**   124/24
**hearing [19]**   1/10 3/5 3/5
3/19 4/10 5/18 37/9 48/4
70/8 80/6 96/25 111/19 123/8
124/19 129/21 131/22 140/4
142/20 143/1
**heart [3]**   19/2 23/13 86/3
**hearted [1]**   69/10
**heated [2]**   28/10 28/11
**held [3]**   63/8 68/1 71/6
**help [3]**   101/20 122/19
136/14
**helpful [5]**   34/6 62/20 62/23
132/24 135/25
**helping [1]**   96/4
**helps [1]**   97/19
**her [99]**   21/20 31/25 33/1
33/11 38/12 38/22 39/9 42/25
43/1 43/1 46/25 56/11 58/23
59/3 61/1 61/23 61/23 62/5
62/19 62/21 63/18 65/24
65/25 67/18 69/1 69/3 76/16

76/23 82/7 82/21 82/24 83/2
83/6 84/4 85/17 85/17 87/24
88/7 88/10 88/11 88/20 88/24
88/25 89/7 89/11 89/12 89/21
90/1 90/4 90/8 90/12 90/16
90/17 91/12 91/14 91/14 92/2
93/1 93/17 95/4 95/19 96/23
98/11 99/2 99/3 99/20 99/23
100/2 104/4 104/6 104/7
104/7 105/13 105/21 108/18
108/20 112/14 113/15 113/15
113/16 114/3 114/4 114/4
114/15 114/16 115/19 115/19
115/19 122/9 122/14 123/24
124/1 124/7 124/8 124/10
124/11 127/16 134/5 134/16
**here [26]**   3/5 3/21 13/10
17/7 21/24 22/18 37/16 37/18
37/22 47/25 69/3 69/6 81/25
86/8 89/9 93/17 95/2 97/23
98/17 115/14 117/6 123/8
124/19 124/24 133/17 139/12
**here is [1]**   69/3
**herself [2]**   38/22 68/3
**Heston [2]**   30/19 30/25
**high [24]**   9/4 9/8 9/9 10/8
14/19 15/14 15/17 17/20 18/3
19/13 22/3 24/9 42/8 46/8
46/12 50/11 70/22 71/2 71/7
71/23 119/3 131/17 135/21
139/6
**higher [1]**   56/19
**highest [2]**   29/7 29/13
**highlight [1]**   108/8
**highly [3]**   77/3 104/16 119/5
**Hill [4]**   6/22 6/24 8/7 11/20
**him [11]**   44/3 52/9 52/10
70/23 106/14 106/16 130/16
132/19 138/1 140/23 142/1
**himself [1]**   44/6
**Hippie [1]**   38/16
**his [32]**   24/15 27/1 31/2
45/5 63/17 74/12 93/17 106/4
107/23 108/8 116/16 124/18
124/25 126/13 127/2 127/12
127/16 129/2 129/16 130/2
131/11 132/7 133/5 135/7
136/2 137/24 139/17 140/10
140/23 141/7 141/7 141/19
**historian [1]**   138/20
**Historians [1]**   138/23
**historical [1]**   130/23
**histories [1]**   64/17
**history [35]**   9/3 15/2 22/14
22/25 23/10 24/3 24/4 28/25
31/15 32/1 36/21 36/24 37/4
48/1 48/18 49/1 63/16 64/7
64/22 64/23 65/7 65/14 65/16
65/22 74/13 101/9 101/24
122/4 131/8 135/23 136/18
138/2 138/8 138/14 138/21
**hold [2]**   6/19 6/20
**holdings [1]**   44/22
**home [1]**   59/4
**homicide [1]**   137/19
**HON [1]**   1/22
**honed [1]**   8/19
**Honor [9]**   3/2 4/1 4/3 4/12

7/18 25/23 72/20 80/16
142/22
**HONORABLE [1]**   1/11
**hot [1]**   69/8
**hours [2]**   112/10 115/16
**house [4]**   65/10 65/11 65/15
107/10
**how [78]**   5/5 8/4 8/23 9/2
16/11 17/20 18/8 21/2 21/23
22/13 22/18 22/19 23/2 32/1
33/19 33/21 36/8 37/18 39/2
41/2 41/21 43/15 50/24 51/1
51/13 51/13 54/2 56/10 64/8
66/5 67/19 73/25 74/16 76/4
77/19 82/23 83/2 83/6 89/25
92/14 95/2 96/3 98/11 98/12
101/18 104/6 110/18 111/19
112/1 112/7 117/7 119/7
124/11 126/17 126/17 128/6
128/8 128/14 129/16 129/18
130/2 130/3 130/11 131/10
131/12 131/17 131/18 133/23
135/16 136/19 136/20 136/23
138/2 139/2 139/5 141/8
141/9 141/19
**however [4]**   89/21 129/24
132/18 137/24
**hum [6]**   41/24 89/20 89/23
90/11 100/20 108/1
**human [4]**   40/20 63/2 82/14
87/18
**humor [4]**   75/23 95/20 96/18
98/7
**humorous [1]**   69/10
**hundred [3]**   26/7 110/20
110/24
**hundreds [1]**   111/4
**hurtful [2]**   123/16 128/22
**husband [1]**   65/3
**hybrid [1]**   15/5
**Hyde [1]**   55/19
**hyperbole [6]**   42/5 55/23
71/12 71/13 71/15 87/25
**hyperbolic [1]**   107/5
**hypothesized [2]**   89/16 89/17
**hypothetical [3]**   56/24
108/24 139/3
**hypothetically [1]**   139/15

**I**

**I made [1]**   138/5
**I'm [9]**   12/10 13/10 50/5
96/20 100/3 103/2 112/18
113/19 114/22
**I've [1]**   81/11
**I.D [1]**   2/8
**ID [1]**   78/22
**idea [7]**   74/20 90/4 94/19
114/10 131/21 134/18 134/19
**idea what -- a [1]**   134/18
**identical [3]**   70/1 113/25
121/8
**identifiable [2]**   86/16
121/16
**identification [5]**   26/2
27/22 30/16 31/22 75/3
**identified [3]**   47/24 92/13
103/21

**I**

**identifies [1]** 44/6
**identify [5]** 4/9 33/11 33/15
38/20 66/5
**identifying [2]** 38/21 68/3
**identities [2]** 59/15 60/6
**identity [6]** 55/11 65/12
65/21 66/7 99/17 108/14
**ideological [5]** 26/13 66/10
67/24 68/1 71/10
**ideologically [3]** 33/15 93/1
93/3
**ideology [3]** 93/13 101/9
104/15
**illegal [1]** 128/24
**imagery [1]** 25/4
**imagine [2]** 65/9 117/12
**immediate [1]** 32/5
**immediately [3]** 62/14 63/6
69/22
**impact [8]** 55/5 55/15 64/10
83/24 84/7 84/7 100/5 105/6
**impacts [2]** 55/10 84/15
**impeachment [6]** 26/18 26/22
27/1 37/9 70/8 106/4
**importance [4]** 96/9 101/24
102/21 124/3
**important [21]** 18/12 27/25
37/2 38/11 39/1 39/3 39/5
42/21 47/10 47/16 50/23
63/22 63/23 64/9 122/15
122/19 123/21 125/16 130/8
138/15 138/25
**impossible [1]** 56/19
**in-depth [7]** 8/10 9/6 9/10
10/5 11/9 16/20 34/21
**incident [1]** 118/13
**incitement [1]** 8/3
**include [1]** 3/16
**included [5]** 20/18 20/19
78/6 103/21 115/5
**includes [5]** 9/6 44/9 67/13
115/4 130/18
**including [5]** 22/12 29/13
108/14 110/15 111/23
**incomparable [1]** 120/23
**incomplete [1]** 69/19
**inconsequential [1]** 68/20
**incorrect [1]** 57/2
**incorrectly [1]** 89/17
**indeed [2]** 94/8 101/17
**INDEX [1]** 2/1
**indicate [15]** 10/10 38/12
55/4 63/15 66/10 73/17 73/24
75/11 89/1 89/11 89/13 89/15
90/9 106/18 119/7
**indicated [3]** 88/18 90/23
120/7
**indicates [2]** 33/8 89/14
**indicating [1]** 46/21
**indication [1]** 52/24
**indications [2]** 39/23 56/23
**indicative [4]** 47/4 63/8
105/14 107/6
**indicator [1]** 40/3
**indicators [1]** 40/12
**indictment [10]** 19/24 20/2

20/12 68/24 68/13 69/20
69/23 80/1 115/2 118/5
**indictments [1]** 121/2
**individual [12]** 51/1 51/7
56/20 56/21 56/24 67/11
86/16 92/13 93/12 98/19 99/2
109/11
**individual's [3]** 23/7 63/16
96/17
**individually [1]** 121/19
**individuals [13]** 10/16 18/8
28/2 34/13 39/24 41/9 90/24
91/13 91/19 91/23 95/22
97/16 100/13
**inform [8]** 41/6 63/17 67/5
67/20 68/6 68/8 93/23 130/4
**information [9]** 66/19 82/25
90/15 116/7 116/12 132/23
132/24 133/8 136/21
**informing [1]** 140/15
**informs [3]** 138/3 138/15
140/8
**initials [1]** 92/14
**injure [3]** 85/9 86/3 127/6
**injured [6]** 86/11 87/9 99/10
100/9 100/19 109/13
**inquiry [2]** 100/25 101/1
**inside [2]** 49/11 141/1
**insight [1]** 17/20
**insightful [1]** 124/10
**insignia [1]** 44/6
**Instagram [11]** 28/20 53/1
56/7 58/5 62/15 76/13 76/18
76/25 95/2 118/11 118/20
**instance [8]** 10/19 36/15
46/4 54/8 56/22 64/12 116/14
116/16
**instead [1]** 74/10
**institutions [1]** 19/22
**instruct [2]** 35/15 101/19
**instruction [8]** 126/15
126/16 126/19 127/19 128/4
129/4 130/20 140/8
**instructions [3]** 85/4 86/7
128/21
**insurance [1]** 65/11
**intend [4]** 48/6 48/9 54/9
129/20
**intended [10]** 45/4 46/10
46/11 51/9 53/5 59/25 60/2
75/10 129/8 134/5
**intent [30]** 15/24 16/3 16/13
16/15 21/14 21/18 21/19
21/25 40/15 40/16 82/6 82/10
82/15 84/6 84/12 85/10 85/17
85/23 86/15 96/9 96/15
103/19 104/6 106/19 127/10
127/11 129/9 133/22 134/1
134/16
**intention [1]** 48/12
**intentionally [2]** 113/24
136/22
**interact [1]** 50/6
**interacted [2]** 67/9 67/16
**interacts [1]** 39/7
**interchanging [1]** 74/9
**interest [1]** 58/18
**interested [2]** 49/21 52/17

**interesting [2]** 42/14 120/5
**internet [6]** 81/5 96/10
102/7 102/18 103/9 136/20
**internet's [1]** 103/7
**interplay [1]** 37/3
**interpret [14]** 16/15 22/19
25/7 40/22 96/6 97/16 98/16
99/2 100/17 122/14 131/12
131/19 139/3 139/5
**interpretation [1]** 94/13
**interpretations [1]** 97/18
**interpreted [4]** 64/8 96/2
98/15 131/18
**interrelate [1]** 40/2
**interrupt [2]** 35/13 123/1
**interstate [3]** 74/6 85/8
86/2
**intervention [1]** 49/8
**interview [1]** 63/15
**interviewing [2]** 8/11 11/9
**interviews [4]** 9/10 10/5
19/5 34/21
**interwoven [1]** 37/3
**intimacy [1]** 39/14
**intimate [1]** 46/23
**intimately [3]** 45/19 110/24
110/25 111/3
**introduce [1]** 130/9
**introducing [1]** 131/2
**introductions [1]** 3/25
**investigator [1]** 131/4
**invite [2]** 38/3 38/23
**invited [1]** 51/21
**inviting [1]** 38/3
**invocation [11]** 29/9 29/25
31/12 32/10 38/2 38/22 46/25
47/3 47/6 47/7 70/15
**invoke [1]** 47/14
**invoked [3]** 29/3 29/20
121/22
**invokes [1]** 32/4
**invoking [5]** 28/25 30/18
32/24 46/10 46/11
**involve [2]** 19/3 20/15
**involved [1]** 14/23
**involves [3]** 16/18 17/12
101/1
**involving [3]** 8/8 103/18
103/25
**irrelevant [1]** 68/17
**is [783]**
**is a [1]** 46/2
**is unfamiliar [1]** 47/10
**isn't [3]** 37/21 123/1 140/21
**issue [28]** 33/10 47/11 47/11
58/24 77/21 100/20 103/18
103/22 104/5 104/6 110/16
111/7 111/9 111/16 126/24
126/25 133/11 133/14 133/24
136/5 136/6 137/6 137/7
137/14 137/15 140/23 141/17
142/12
**issue is [1]** 137/6
**issues [13]** 13/15 14/19 15/1
15/7 16/17 18/4 23/5 24/12
68/14 77/14 81/13 132/12
137/22
**it [430]**

**I**

**it's [9]** 38/14 55/16 80/22
92/22 97/8 103/13 106/20
133/16 137/18
**its [15]** 22/20 24/8 34/20
40/7 42/9 47/12 59/4 71/10
79/14 84/16 109/6 126/1
136/14 136/16 136/25
**itself [8]** 11/19 14/24 21/25
44/13 58/25 62/12 73/18
128/22

**J**

**J.D [1]** 8/20
**jacket [1]** 49/10
**jail [2]** 62/9 92/8
**January [3]** 60/18 60/21
61/19
**January 31 [1]** 60/18
**Jefferson [6]** 23/24 24/14
24/25 25/6 26/6 28/24
**Jeffrey [2]** 63/21 116/16
**jest [4]** 75/23 95/20 96/19
98/8
**Jesus [1]** 34/22
**job [1]** 6/15
**Joe [3]** 106/13 106/25 107/8
**joke [1]** 104/25
**journal [4]** 11/18 16/6 16/7
72/15
**journalism [4]** 6/12 6/20
6/24 11/18
**journals [1]** 15/24
**judge [15]** 1/11 12/10 35/20
77/13 92/20 96/22 101/18
117/14 120/17 120/20 121/19
125/25 132/14 142/11 142/21
**judged [1]** 74/18
**judgment [1]** 92/9
**judicial [2]** 125/6 125/10
**juror [2]** 138/10
**jury [37]** 85/4 86/6 96/4
101/19 109/18 126/15 126/16
126/19 128/11 128/15 128/21
129/10 130/4 130/10 130/20
131/10 132/24 132/25 133/2
133/25 134/7 134/10 135/4
135/10 136/13 136/14 136/25
138/12 138/18 138/25 139/20
140/1 140/5 140/8 140/15
142/1 142/9
**jury's [1]** 136/5
**just [68]** 4/21 5/2 5/7 8/5
8/15 9/17 10/25 11/13 13/9
15/10 18/18 20/11 20/22 21/7
25/16 25/16 25/19 26/10
28/16 35/12 40/19 41/20
45/18 46/17 49/19 51/16 55/1
58/10 59/14 61/13 65/2 66/6
68/18 71/21 74/8 74/21 76/16
80/3 82/9 83/20 87/18 88/4
90/7 91/2 94/3 94/20 102/16
108/3 110/21 111/4 112/11
113/12 114/1 118/4 121/7
121/23 123/16 125/2 125/3
129/7 129/20 131/25 132/18
133/14 134/1 135/24 137/2

137/7
**justice [6]** 13/4 55/25 57/7
61/7 101/8 122/25

**K**

**KAYE [51]** 1/7 3/4 4/4 4/8
38/21 46/20 48/10 56/15
56/23 57/11 58/2 58/20 59/11
61/3 63/21 64/18 64/22 65/24
66/23 67/3 67/6 67/10 67/16
69/18 72/22 75/9 76/15 76/22
91/1 91/4 91/8 92/11 95/8
105/3 105/20 106/24 108/19
112/11 112/13 114/15 119/13
122/8 123/23 126/14 129/24
130/3 133/6 134/14 134/19
135/18 141/20
**Kaye's [48]** 19/24 20/16 21/8
21/19 31/24 32/2 32/4 38/12
38/15 39/7 39/22 40/16 42/23
47/23 50/21 56/10 58/22 59/2
60/22 61/8 61/16 61/19 61/22
62/3 63/17 69/13 71/13 75/6
82/6 82/20 83/17 84/4 85/23
87/17 88/3 91/23 92/24 93/23
93/24 94/21 95/18 98/6 99/16
99/19 104/4 118/5 129/3
134/4
**Kaye's social [1]** 38/15
**KD [2]** 93/21 94/15
**KD's [1]** 93/23
**keep [3]** 54/9 81/2 94/18
**keeping [3]** 45/13 63/2
113/25
**keeps [1]** 91/17
**key [8]** 22/3 22/18 46/12
46/13 52/4 52/5 91/17 114/12
**keyboard [1]** 51/17
**Kids [1]** 73/11
**kill [2]** 107/24 108/2
**killing [2]** 13/5 73/13
**kind [7]** 22/4 29/25 43/6
55/12 99/4 132/3 141/4
**kinds [1]** 9/17
**Klan [1]** 101/9
**Klux [1]** 101/9
**knew [3]** 108/19 108/20 130/3
**know [71]** 4/13 4/25 8/20
20/11 27/10 27/16 32/17 33/3
39/5 40/14 44/15 45/5 45/9
45/9 45/19 46/11 48/3 48/22
48/22 49/17 55/10 55/24 58/1
60/16 66/8 73/12 75/10 82/20
82/22 82/23 83/2 83/6 83/8
83/10 89/25 91/16 92/14
92/25 93/6 93/12 93/14 93/16
94/22 95/25 96/12 96/22
100/10 100/12 105/12 111/10
111/10 111/14 111/15 113/23
114/1 116/24 117/2 117/3
118/14 118/15 123/6 124/7
127/10 128/6 131/25 132/1
132/7 132/11 135/25 138/5
141/10
**knowing [2]** 32/17 108/25
**knowingly [4]** 85/8 86/1
127/5 137/20
**knowledge [19]** 21/15 21/18

21/20 39/14 82/16 82/18
82/19 85/11 85/18 85/23
110/16 127/14 129/11 129/25
130/1 138/10 138/11 139/5
142/4
**known [2]** 48/19 55/3
**knows [1]** 45/17
**Korea [1]** 69/5
**Korean [1]** 68/23
**KRISTY [2]** 1/18 4/3
**Ku [1]** 101/9

**L**

**labeling [1]** 42/15
**labor [1]** 23/18
**lack [4]** 22/9 84/7 120/12
126/1
**language [22]** 17/25 26/15
32/13 35/1 35/10 36/5 36/7
36/9 36/13 49/14 49/19 73/18
74/21 82/11 87/24 94/4 98/24
105/17 115/6 128/17 128/18
128/22
**languages [1]** 36/7
**large [2]** 89/21 90/1
**largely [3]** 20/8 20/9 29/21
**larger [4]** 54/21 54/22 55/21
119/4
**last [18]** 6/3 26/7 59/8
59/18 59/22 59/23 73/6 78/7
81/15 81/18 110/4 117/22
118/9 118/12 118/18 134/13
141/12 142/18
**later [5]** 49/15 77/7 97/4
125/17 138/22
**Lauderdale [1]** 1/16
**laugh [2]** 92/22 93/4
**laughter [1]** 45/9
**law [49]** 6/17 6/22 6/25 8/19
9/1 15/23 15/23 16/2 16/4
16/6 16/8 16/9 16/15 17/5
26/11 33/7 45/12 49/8 57/20
72/14 81/19 84/22 85/13
85/17 86/19 86/22 86/25
97/25 98/21 102/8 102/9
103/4 103/11 103/16 107/24
109/18 109/18 109/20 110/3
110/19 120/7 121/18 122/22
122/23 126/18 128/7 132/16
134/10 140/16
**laws [2]** 110/5 110/7
**lawyer [2]** 8/6 95/5
**lawyer's [1]** 111/11
**lawyers [1]** 128/16
**lay [1]** 18/14
**layer [3]** 75/12 75/13 76/5
**layered [2]** 34/3 40/21
**layers [1]** 140/1
**leaders [3]** 23/25 52/19
73/19
**leading [1]** 33/5
**leads [1]** 67/21
**leanings [1]** 66/10
**learn [2]** 62/13 95/4
**learned [2]** 69/2 69/6
**least [10]** 4/14 38/15 46/19
54/24 69/9 83/13 88/23 105/6
111/4 117/2

**L**

**leave [5]**   5/14 77/16 78/12 123/6 131/2
**led [1]**   9/23
**left [1]**   42/25
**legal [36]**   8/1 8/18 16/16 16/17 17/6 17/10 17/12 17/14 39/4 44/21 44/21 49/20 49/22 74/11 83/23 84/10 86/12 96/14 97/13 97/13 97/14 97/21 97/21 98/1 98/5 98/10 100/3 100/7 101/15 101/21 109/25 128/9 130/21 141/19 141/20 141/23
**legally [2]**   39/3 48/22
**lend [2]**   33/2 50/21
**length [3]**   11/22 83/11 111/25
**less [10]**   40/10 40/10 41/11 45/20 45/21 49/2 50/4 54/23 55/21 63/4
**lesser [1]**   115/5
**lesson [3]**   105/12 136/18 136/19
**let [24]**   3/20 3/25 4/13 7/5 8/14 49/21 75/8 78/18 80/2 84/20 92/14 92/20 97/10 102/5 102/15 110/21 117/9 123/1 124/17 129/22 131/21 131/23 132/7 136/8
**let's [7]**   23/2 41/20 81/1 87/6 90/21 95/15 136/3
**letter [11]**   10/23 24/15 24/17 24/19 24/23 24/25 54/13 54/14 67/11 67/13 121/20
**level [20]**   18/19 18/25 19/22 22/23 56/19 61/10 72/12 103/19 110/11 113/17 114/6 114/17 115/8 115/10 115/21 116/10 120/24 128/18 128/23 142/6
**levels [2]**   29/12 29/13
**libelous [1]**   98/21
**liberty [1]**   25/2
**Library [3]**   24/15 24/20 24/22
**life [3]**   26/14 34/10 43/13
**light [11]**   3/22 13/9 69/10 96/24 119/18 123/8 124/16 124/18 124/23 131/22 132/10
**like [91]**   4/17 5/5 5/9 9/13 11/7 11/23 14/7 22/25 25/9 30/2 32/8 35/11 36/7 37/1 37/5 37/11 37/22 38/4 38/19 39/24 41/25 42/6 43/10 45/5 46/5 46/22 46/24 47/7 48/18 50/17 51/3 52/15 52/17 55/1 55/16 55/19 55/20 56/21 57/6 58/10 59/14 64/1 64/20 66/2 66/19 68/20 68/25 69/8 69/18 70/20 70/23 72/20 73/6 74/22 75/11 88/18 88/21 89/10 89/12 89/22 92/3 92/9 95/3 95/19 95/24 98/12 100/4 106/15 106/22 107/21 109/24 110/13 111/6 112/3 113/15

114/4 115/4 115/19 116/18 118/21 118/25 121/19 123/13 125/6 131/5 132/5 132/11 133/14 134/1 137/4 138/8
**like-minded [6]**   32/8 39/24 45/5 46/24 64/1 98/12
**liked [4]**   67/9 89/14 90/1 90/10
**likely [41]**   40/9 40/10 40/13 42/25 43/3 43/4 43/4 44/14 44/19 45/20 45/21 54/23 55/21 55/22 57/21 60/9 60/11 62/1 62/14 62/25 62/25 68/6 75/17 84/15 85/20 85/21 99/20 99/22 99/25 100/1 100/13 100/16 104/10 104/23 106/18 107/2 107/4 108/16 108/19 121/18 130/6
**likes [1]**   41/18
**liking [1]**   88/25
**limb [3]**   106/23 106/24 106/25
**Limine [1]**   140/19
**limit [1]**   137/24
**limited [1]**   140/21
**line [4]**   59/22 93/13 117/2 124/22
**lines [2]**   136/1 142/10
**linguistic [21]**   14/23 36/9 37/5 38/10 39/19 40/4 40/4 45/25 46/1 46/2 46/5 46/7 47/16 47/19 47/24 48/1 48/18 73/23 93/10 108/15 131/8
**linguistically [3]**   38/4 40/13 47/22
**linguistics [7]**   22/4 36/25 37/17 37/20 39/2 47/20 109/8
**list [7]**   3/14 7/3 7/5 66/25 78/4 79/12 106/5
**listed [1]**   3/19
**listen [2]**   38/3 38/4
**listener [2]**   34/18 121/16
**listening [1]**   113/21
**litany [1]**   102/2
**literal [1]**   28/5
**literature [2]**   10/14 26/11
**little [14]**   24/2 28/23 30/22 32/14 33/19 41/20 42/9 64/20 65/2 68/18 97/3 101/3 120/15 121/6
**live [3]**   13/4 13/21 94/6
**lives [2]**   28/17 33/23
**living [1]**   6/10
**LMAO [2]**   92/16 92/22
**local [1]**   54/22
**locally [1]**   54/5
**lock [1]**   91/17
**logged [1]**   59/8
**London [1]**   55/19
**long [6]**   10/1 58/14 77/17 77/19 90/19 137/15
**look [7]**   7/3 33/18 62/5 73/25 117/9 124/1 128/16
**looked [3]**   18/18 56/13 101/24
**looking [9]**   7/8 8/22 9/12 10/7 39/2 39/22 56/10 70/13 79/13

**looks [2]**   15/6 131/19
**loser [1]**   93/21
**lot [3]**   101/13 122/1 122/3
**lots [2]**   66/13 101/18
**loudly [1]**   34/12
**Louisiana [1]**   12/20
**love [1]**   58/18
**loved [1]**   90/8
**LSU [1]**   12/21
**lumped [1]**   51/23
**Lunch [1]**   68/23
**lurking [1]**   63/3

**M**

**made [37]**   30/23 55/6 60/4 61/5 65/6 78/1 82/5 82/21 86/10 87/8 90/24 94/14 94/15 99/3 99/9 100/7 100/18 105/19 106/6 106/12 106/13 109/11 113/15 114/3 114/15 115/18 116/18 116/20 121/19 126/14 127/10 130/10 132/2 134/1 138/5 139/6 139/20
**Madness [1]**   39/17
**Mafia [1]**   65/14
**mailing [2]**   54/12 54/14
**main [1]**   59/4
**make [40]**   4/17 10/16 15/7 27/12 36/19 40/5 51/22 52/1 78/3 78/12 78/16 79/4 79/23 80/3 84/16 85/24 89/4 95/23 97/16 99/13 101/21 109/10 109/15 109/16 109/19 121/13 123/7 124/25 125/2 125/25 129/10 131/19 131/23 132/19 132/24 133/9 134/25 136/8 141/13 142/16
**makes [13]**   18/22 22/18 36/1 46/20 58/25 63/8 73/13 75/21 95/7 108/7 123/22 123/23 135/4
**makeup [1]**   36/11
**making [27]**   10/15 18/1 37/25 38/5 39/6 40/18 40/18 40/19 47/17 52/9 52/23 59/23 64/23 65/17 91/15 93/13 105/8 109/25 111/17 117/1 126/10 128/24 131/12 135/10 136/14 140/4 142/18
**malice [1]**   55/12
**Mall [1]**   45/11
**manifesting [1]**   82/15
**manner [1]**   92/22
**manners [1]**   130/17
**many [34]**   7/5 8/20 12/2 15/11 23/12 24/1 26/8 28/10 29/2 36/7 36/7 40/17 53/11 62/16 63/10 66/6 71/1 82/23 83/2 83/6 89/23 92/7 98/16 101/5 102/4 103/20 103/25 107/9 110/18 111/19 112/1 117/7 119/7 134/20
**March [3]**   1/8 39/17 143/6
**marched [1]**   74/19
**mark [5]**   1/14 4/1 79/7 80/21 125/14
**marked [21]**   7/21 12/13 14/11 17/3 25/24 26/1 27/1 27/19

**M**

**marked... [13]**   27/21 30/13
30/15 30/20 31/19 31/21 73/3
73/7 74/25 75/2 78/22 80/11
126/5
**marriage [2]**   138/20 138/21
**Marshal [2]**   45/1 49/7
**mass [5]**   6/20 81/4 102/19
103/9 132/15
**match [1]**   66/17
**material [1]**   59/10
**matter [16]**   3/24 38/7 49/15
74/11 74/11 88/7 88/9 88/14
88/20 97/13 98/5 98/11 104/5
104/7 112/4 143/4
**matters [11]**   19/2 45/15
81/24 98/14 102/6 102/7
102/8 108/9 112/3 119/2
120/11
**matured [1]**   17/18
**matures [1]**   116/5
**may [47]**   6/6 18/13 24/7 25/1
27/5 49/24 53/15 56/24 57/2
64/11 64/11 68/24 89/12
89/22 90/8 90/12 97/2 106/2
111/21 113/17 114/5 114/13
114/17 114/21 114/24 115/4
115/8 115/11 115/20 116/10
117/8 119/18 120/21 120/25
123/9 123/17 124/16 125/5
132/3 133/3 133/7 136/1
136/24 137/11 140/1 141/11
142/15
**maybe [17]**   8/5 50/1 53/8
58/24 69/10 94/20 95/4
104/24 108/7 110/20 111/25
112/10 112/19 130/16 132/1
135/14 135/14
**me [59]**   3/1 3/20 3/25 5/9
5/20 7/5 7/6 8/14 37/20 48/4
49/17 49/21 53/14 59/2 60/25
62/8 67/21 67/21 70/5 75/8
77/1 78/18 79/22 80/2 81/1
84/20 85/5 86/7 88/11 91/19
91/22 92/20 92/20 94/1 97/2
97/10 98/5 98/10 100/16
101/4 102/5 102/15 104/9
105/2 105/14 107/18 108/11
108/18 110/21 112/25 115/22
116/18 117/9 123/1 129/22
131/21 132/7 133/23 136/8
**mean [23]**   15/11 33/20 35/25
36/7 37/24 40/18 42/1 42/2
52/7 56/20 56/21 57/1 57/21
82/18 89/24 99/22 115/13
116/24 121/10 128/1 128/4
141/2 141/17
**meaning [54]**   10/15 10/19
14/17 14/18 14/25 15/7 17/18
17/25 18/1 22/18 22/20 34/3
34/20 35/10 35/12 37/25 38/5
38/11 39/5 40/6 40/9 40/17
40/18 40/19 41/5 47/8 47/12
47/12 47/17 59/23 65/17
65/19 74/17 74/18 75/11
75/14 75/15 84/16 94/11
95/24 97/16 97/16 98/15

98/18 98/23 98/23 98/23
100/4 100/7 105/8 112/2
131/9 131/12 131/19
**meanings [18]**   10/22 22/20
33/20 33/24 34/4 34/18 34/20
36/6 37/5 37/23 39/9 39/20
40/21 40/23 98/22 100/25
128/8 131/11
**means [12]**   10/15 10/24 14/6
29/3 30/2 35/24 36/3 41/15
42/15 52/23 66/2 130/24
**meant [2]**   69/9 133/5
**media [71]**   6/17 6/24 6/25
8/21 8/24 9/13 9/15 9/19
9/22 10/6 10/12 10/20 10/21
11/10 15/4 18/24 22/6 28/9
28/17 36/13 38/16 50/19
50/23 51/8 51/25 52/25 53/2
53/7 53/11 53/15 53/24 54/7
55/24 56/1 56/5 56/17 56/25
57/7 57/9 57/14 57/15 58/13
58/23 61/15 61/18 62/4 62/4
66/6 66/9 66/12 66/14 66/23
67/18 67/23 68/10 69/1 69/14
72/23 76/3 81/5 90/17 94/24
98/25 99/15 119/2 132/16
135/22 138/3 138/4 138/7
138/8
**mediated [2]**   36/17 63/1
**meet [3]**   80/22 80/23 111/20
**meeting [4]**   30/19 30/24
30/25 31/17
**member [4]**   38/8 45/23 51/9
64/1
**members [5]**   28/3 45/2 64/14
67/7 82/23
**memorialize [1]**   112/15
**men [1]**   44/10
**menacing [1]**   42/12
**mens [1]**   133/16
**mental [1]**   137/12
**mention [3]**   71/22 122/7
140/22
**mentioned [35]**   8/16 11/2
11/25 19/8 20/10 23/1 23/10
24/14 26/17 27/24 28/23 30/5
35/22 36/25 37/22 40/17
42/23 43/11 45/25 47/20
47/21 51/11 52/20 52/20
59/14 60/8 66/1 66/1 72/4
72/22 74/1 75/5 122/3 123/25
138/17
**mentioning [1]**   70/21
**mentions [1]**   47/1
**merely [1]**   65/20
**message [31]**   20/21 21/14
51/9 52/16 52/23 53/5 53/5
53/6 53/8 53/14 53/16 53/17
53/21 54/2 54/3 54/3 54/8
54/12 83/14 85/8 85/10 86/2
88/20 88/25 89/12 100/4
127/6 127/9 129/8 129/9
141/4
**messages [11]**   51/19 52/16
54/6 54/15 57/13 57/15 96/10
97/18 99/18 138/9 141/9
**messaging [3]**   54/16 83/12
92/4

**met [2]**   106/13 115/15
**metaphor [1]**   55/17
**metaphorical [4]**   28/14 28/14
95/22 97/14
**metaphorically [1]**   89/25
**method [4]**   9/25 12/2 72/16
72/17
**methodologies [2]**   19/1 71/4
**methodology [2]**   12/1 139/9
**methods [20]**   6/18 8/9 8/16
8/17 8/19 8/21 11/3 11/4
11/7 11/8 11/9 15/17 15/19
15/20 17/13 17/17 18/10
19/18 72/4 72/5
**middle [1]**   117/12
**midst [1]**   65/3
**might [12]**   8/17 17/7 17/20
44/9 51/13 52/7 60/1 93/24
94/11 100/24 113/10 135/25
**might be [1]**   51/13
**Mike [2]**   33/4 33/6
**militant [1]**   44/5
**military [1]**   44/5
**MILITELLO [16]**   1/18 2/3 2/5
4/4 5/5 6/7 78/1 78/13 88/16
96/22 97/2 97/5 106/3 124/18
135/6 141/15
**Militello's [2]**   131/22
133/19
**mind [12]**   21/20 34/5 40/15
49/4 49/5 82/15 82/20 93/8
107/20 117/10 137/16 137/22
**minded [9]**   32/8 38/19 39/24
41/25 42/6 45/5 46/24 64/1
98/12
**minds [2]**   82/2 83/4
**minimize [1]**   18/20
**ministerial [1]**   112/3
**minute [2]**   27/25 142/18
**minutes [4]**   35/15 35/17
77/20 90/21
**misleading [1]**   135/10
**misquoting [1]**   106/2
**misunderstanding [1]**   35/8
**mitigating [1]**   63/3
**moderated [1]**   104/14
**modes [1]**   71/4
**moment [7]**   13/22 35/13 39/25
46/19 53/8 102/25 108/17
**moments [2]**   73/17 97/8
**Monday [2]**   141/11 142/7
**moniker [2]**   38/22 66/19
**monikers [2]**   38/21 66/9
**monograph [6]**   9/24 11/17
11/21 11/23 14/14 17/14
**Monographs [1]**   11/18
**month [4]**   10/1 12/2 118/10
118/12
**months [1]**   103/16
**more [91]**   16/14 16/18 16/20
17/6 17/12 17/13 17/14 18/17
20/1 33/19 35/11 40/8 40/9
40/12 40/13 41/10 41/10
41/14 41/15 41/21 41/25
42/13 42/21 42/24 42/25 43/3
43/4 43/6 44/14 44/19 45/16
45/19 47/8 48/23 48/25 49/2
49/19 49/24 50/3 50/7 52/14

# M

**more... [50]**   54/21 55/2 55/5
55/9 55/19 55/22 58/11 60/9
60/11 62/13 62/20 62/23
62/24 62/25 63/3 63/4 63/7
63/9 63/24 63/25 68/18 74/21
75/17 76/19 88/11 89/12
102/1 103/18 104/9 104/10
104/22 108/6 108/25 109/13
109/18 121/14 121/17 121/21
122/14 122/19 123/10 124/10
128/20 130/6 130/6 130/16
136/16 141/2 141/4 142/19
**morning [6]**   3/1 3/2 4/1 4/3
4/6 4/10
**most [13]**   18/12 27/7 28/17
41/16 43/11 50/12 51/8
106/18 107/4 108/18 113/24
121/10 135/25
**motion [17]**   1/10 3/8 3/9
4/17 4/25 5/4 78/7 79/10
79/13 79/25 101/16 117/21
117/22 119/12 131/24 132/1
140/19
**motivated [1]**   92/25
**motivation [2]**   63/16 94/18
**motivations [1]**   63/4
**move [9]**   7/15 12/5 14/7
16/23 25/9 36/24 50/17 74/22
97/8
**moved [2]**   28/10 28/17
**movement [1]**   23/19
**moves [1]**   115/25
**moving [3]**   23/24 42/22 87/6
**Mr [7]**   2/4 5/21 77/10 123/6
124/17 124/25 131/21
**Ms [71]**   2/3 2/5 5/5 6/7
19/24 21/19 31/24 32/2 32/4
38/12 38/15 39/7 39/22 40/16
42/23 47/23 48/10 50/21
56/10 56/14 57/11 58/22 59/2
59/11 60/22 61/3 61/16 61/19
61/22 62/3 63/17 63/21 64/18
65/24 67/3 67/16 69/13 71/13
72/22 75/6 75/9 76/15 76/22
78/1 78/12 82/6 82/20 83/17
84/4 85/23 87/17 88/2 91/23
92/23 93/23 93/24 94/21
95/17 97/2 98/6 99/19 104/4
114/15 118/5 129/2 130/3
131/22 133/19 134/3 135/6
141/15
**Ms. [39]**   20/16 21/8 38/21
46/20 56/23 58/2 58/20 61/8
64/22 66/23 67/6 67/10 69/18
88/16 91/1 91/4 91/18 92/11
95/8 96/22 97/5 105/3 105/20
106/3 106/24 108/19 112/11
112/13 119/13 122/8 123/23
124/18 126/14 129/24 133/6
134/14 134/19 135/18 141/20
**Ms. Kaye [30]**   38/21 46/20
56/23 58/2 58/20 64/22 66/23
67/6 67/10 69/18 91/4 91/8
92/11 95/8 105/3 105/20
106/24 108/19 112/11 112/13
119/13 122/8 123/23 126/14

129/24 133/6 134/14 134/19
135/18 141/20
**Ms. Kaye's [3]**   20/16 21/8
61/8
**Ms. Militello [5]**   88/16
96/22 97/5 106/3 124/18
**Ms. of [1]**   91/1
**Ms.aye [1]**   67/22
**much [27]**   6/6 11/23 13/11
28/17 29/2 29/9 35/4 36/20
43/10 44/13 44/19 45/20 47/5
49/22 60/9 60/11 63/24 63/25
67/17 70/24 75/16 76/19
110/7 112/7 121/21 123/10
129/15
**Muck [2]**   69/4 69/4
**multi [3]**   9/25 12/2 12/25
**multi-method [1]**   12/2
**multiple [9]**   33/24 34/18
37/23 39/8 40/21 98/22
100/25 101/17 131/9
**music [25]**   73/15 73/16 73/22
74/14 75/5 75/6 75/8 75/13
75/17 75/21 75/22 76/3 76/5
76/8 76/10 76/12 76/17 76/19
76/20 76/22 76/23 76/24 77/2
77/5 78/2
**musical [1]**   75/19
**must [2]**   139/20 140/5
**mute [1]**   12/11
**my [91]**   6/11 7/2 7/8 7/25
8/7 9/5 9/23 12/2 12/25 13/9
13/10 13/12 15/16 17/24
18/21 19/14 20/18 20/20 21/1
21/5 26/13 31/4 32/17 34/5
34/8 38/14 38/17 39/17 42/10
42/20 43/13 43/17 44/1 53/15
53/19 56/13 61/6 61/14 62/9
64/2 67/10 72/1 72/3 72/3
72/14 74/10 77/14 77/15
77/18 77/20 78/3 78/5 78/7
80/21 85/15 87/6 87/12 87/18
91/2 91/10 91/24 92/23 94/12
96/4 101/20 101/25 102/23
104/21 109/20 111/2 111/9
112/25 113/23 115/1 115/1
117/9 117/22 117/23 118/11
119/12 119/18 124/16 125/12
128/25 129/1 130/13 131/6
133/15 136/24 138/11
**myself [5]**   8/5 12/11 103/20
115/24 118/1

# N

**name [11]**   6/2 6/3 51/6 53/15
53/20 55/9 57/2 63/20 65/25
66/7 80/21
**named [6]**   44/4 51/7 121/16
121/22 121/23 121/23
**names [4]**   38/20 59/16 66/1
66/5
**Nancy [1]**   107/11
**narrow [1]**   103/18
**national [5]**   31/1 45/11
61/15 61/18 62/4
**natural [1]**   62/25
**nature [18]**   33/2 37/12 47/16
50/7 60/13 66/8 68/6 68/7

75/23 84/10 101/16 104/13
105/17 111/24 113/1 121/2
131/23 132/9
**nauseam [1]**   106/11
**NC [1]**   95/2
**nearly [1]**   77/19
**necessarily [9]**   5/19 25/13
46/12 86/19 88/24 102/13
132/1 135/5 136/14
**need [19]**   5/19 5/22 7/3
25/13 25/19 46/14 46/15
66/25 77/11 77/16 80/15
109/13 109/14 120/24 122/18
128/19 133/21 136/18 136/19
**needed [3]**   116/7 116/12
120/21
**needless [1]**   132/12
**needs [7]**   5/22 99/2 99/6
123/6 130/10 136/25 137/23
**negative [1]**   64/21
**neglected [1]**   71/17
**neither [1]**   21/10
**Nevada [2]**   29/18 29/20
**never [3]**   104/18 104/20
112/13
**new [4]**   28/8 28/21 44/18
49/5
**newcomers [1]**   44/13
**news [1]**   13/9
**next [3]**   18/21 21/1 59/18
**nice [5]**   65/11 65/15 80/22
80/23 117/13
**no [89]**   1/3 4/14 7/7 7/18
12/7 14/9 16/25 20/6 25/11
25/21 25/23 27/18 30/12
31/18 35/9 45/10 47/12 56/22
58/3 59/17 61/25 64/17 64/20
64/21 65/7 71/20 71/20 72/25
74/24 75/18 76/24 78/5 79/16
79/18 80/16 81/21 82/1 82/4
82/8 82/13 82/22 82/25 83/4
83/5 83/9 83/9 87/12 87/18
90/4 90/6 90/6 91/17 92/6
92/7 94/19 95/12 97/6 98/14
99/11 101/8 102/11 102/13
103/18 104/12 104/20 107/2
110/2 111/12 111/13 111/18
116/19 120/2 120/5 120/12
125/9 126/2 126/12 129/10
129/22 132/23 133/4 134/18
134/18 136/9 139/7 139/20
142/21 142/22 142/23
**none [3]**   107/18 133/5 136/25
**nonetheless [1]**   141/25
**nonprofit [1]**   6/13
**nonserious [1]**   104/24
**noodles [2]**   68/23 69/8
**normal [3]**   76/18 76/18 94/9
**norms [10]**   8/25 9/1 22/8
24/11 35/2 35/2 42/4 42/19
50/6 60/13
**north [4]**   6/13 6/21 6/23
102/22
**Northern [1]**   138/5
**not [282]**
**notable [2]**   70/19 74/5
**note [1]**   56/16
**notes [8]**   10/4 34/9 44/4

**N**

notes... [5]   78/3 111/21
  112/20 112/21 117/9
nothing [7]   89/23 89/25 90/2
  90/3 103/16 108/19 108/20
notice [13]   3/6 3/12 3/15
  79/24 113/4 123/4 125/4
  125/6 125/7 125/10 125/19
  126/7 142/15
noticed [1]   126/7
notification [2]   53/23 53/25
notify [2]   77/14 77/21
now [26]   5/9 5/16 7/10 28/12
  31/24 40/25 42/19 46/7 49/2
  59/19 76/2 77/11 79/13 79/15
  83/11 97/7 102/24 106/24
  111/2 120/14 123/6 126/11
  126/24 128/5 131/1 136/4
NRA [4]   30/19 30/24 30/25
  31/17
number [11]   3/4 67/6 78/9
  79/14 79/22 85/7 85/7 85/9
  110/22 110/23 140/20
numbers [1]   11/8
numerous [4]   14/18 29/5
  102/13 110/10

**O**

O'Connor's [1]   101/8
Obama [1]   52/18
object [4]   78/14 86/21
  120/17 136/12
objecting [2]   135/13 136/2
objection [27]   7/17 7/20
  12/7 12/9 12/12 14/9 14/10
  16/25 17/2 25/11 25/21 27/18
  30/11 30/12 31/18 72/24
  72/25 73/2 74/24 79/17 79/18
  79/19 80/10 125/8 125/24
  126/2 126/3
objectionable [2]   137/6
  137/7
objections [1]   136/1
objective [1]   134/2
obscenity [1]   35/25
observable [1]   87/18
observation [5]   8/10 9/7
  9/11 11/10 34/17
observe [1]   26/18
obvious [1]   73/19
obviously [3]   31/5 82/20
  86/20
occasions [2]   133/7 136/24
occur [3]   44/7 44/9 121/15
occurred [2]   31/8 62/17
odd [1]   93/3
of tyrants [1]   25/3
off [7]   13/10 35/17 53/23
  59/22 92/23 93/4 142/20
offensive [2]   23/12 104/13
offensiveness [1]   94/21
offer [3]   90/16 127/25 133/8
offered [1]   19/21
offerings [2]   19/18 19/19
offers [2]   38/9 136/9
office [9]   1/15 1/18 13/10
  24/1 29/6 29/7 106/21 118/11

officers [1]   31/1
offices [10]   55/25 56/4 56/7
  56/9 56/15 56/15 56/19 57/1
  57/4 57/21
official [6]   1/22 57/17
  121/22 121/23 121/24 143/7
offline [4]   9/25 15/5 82/15
  84/18
often [12]   14/20 26/15 37/4
  37/5 42/10 44/4 51/21 51/21
  51/22 121/24 138/16 138/16
okay [78]   3/1 3/1 5/24 8/4
  9/17 10/24 11/13 12/8 12/23
  16/10 17/19 18/6 18/20 19/15
  19/23 20/15 24/23 26/24 27/7
  27/10 28/20 31/24 35/19
  35/20 37/17 38/12 39/22
  40/16 40/25 41/20 45/13
  50/17 52/25 56/3 56/10 58/20
  59/12 59/18 60/16 61/21
  67/19 72/4 77/8 77/10 77/25
  79/24 80/6 81/3 81/23 83/20
  87/9 87/14 88/7 88/14 88/23
  90/22 91/4 93/21 96/21 98/3
  99/19 100/1 102/9 105/2
  106/8 106/11 107/21 114/2
  114/9 114/12 117/13 118/19
  119/6 121/4 122/22 137/19
  141/10 142/7
once [2]   116/3 118/15
one [148]
one's [6]   29/16 30/18 32/17
  47/3 50/18 50/19
ones [4]   44/11 62/18 62/19
  91/22
ongoing [6]   3/22 32/4 40/3
  40/6 51/4 68/9
online [31]   8/12 9/22 9/25
  10/11 13/19 13/21 14/1 15/5
  16/21 18/12 19/3 28/11 41/9
  42/17 42/21 63/12 67/17
  67/19 73/12 82/14 84/17
  93/13 95/18 96/18 98/7 98/7
  102/9 102/21 103/25 120/22
  134/21
only [30]   19/21 25/24 27/19
  30/13 31/19 37/1 60/1 60/23
  61/5 61/10 61/10 62/21 68/19
  75/1 76/17 78/22 82/13 88/21
  89/4 89/10 89/22 93/10
  103/15 112/24 117/25 118/21
  118/22 118/25 119/1 134/16
open [4]   6/13 28/5 28/10
  30/2
opening [1]   38/22
operating [1]   127/22
opine [3]   129/12 129/14
  133/11
opinion [54]   13/1 14/3 49/18
  62/10 67/20 82/6 83/1 84/3
  88/2 93/23 97/24 98/1 101/8
  103/17 104/21 107/1 108/24
  116/6 116/8 116/9 116/11
  116/20 116/21 117/1 117/8
  118/2 118/7 118/25 122/25
  124/22 126/7 126/7 126/17
  127/12 127/16 127/25 128/2

118/15
129/2 129/2 129/17 130/14
130/15 131/23 132/19 132/21
133/13 135/9 137/5 137/6
137/11 138/19 139/16 139/17
141/17
opinions [13]   67/5 81/24
  87/21 87/23 110/21 110/24
  112/15 120/11 124/20 124/23
  126/13 129/11 136/9
opponent [2]   29/22 42/13
opponents [2]   30/3 41/11
opponents' [1]   29/22
opportunity [5]   4/15 28/8
  36/19 76/11 123/7
opposed [2]   60/9 104/24
option [3]   53/16 54/6 131/2
options [1]   138/1
orchestral [1]   73/15
order [7]   74/14 80/3 110/20
  122/5 122/14 123/25 142/12
organic [2]   62/11 62/18
orientation [2]   35/1 92/4
oriented [4]   33/15 36/8
  40/10 70/11
orienting [1]   13/13
original [5]   62/4 62/24
  88/16 120/8 129/1
originally [2]   79/8 116/6
originate [1]   96/3
originated [1]   90/19
other [89]   4/20 8/22 9/21
  18/1 19/10 19/10 22/2 22/6
  26/11 26/23 28/5 28/8 32/13
  32/21 34/3 38/17 39/12 39/13
  39/23 43/21 45/12 47/18
  51/23 51/25 52/16 54/4 54/15
  56/6 56/16 58/6 58/21 63/1
  63/3 65/23 66/23 67/4 69/17
  70/6 71/17 72/18 73/24 76/12
  76/13 82/10 82/11 90/17
  92/10 93/7 94/22 95/18 96/18
  98/7 98/16 98/19 99/3 99/4
  99/7 101/1 101/3 102/10
  102/19 102/24 103/9 104/25
  105/17 105/20 105/23 107/11
  115/4 120/6 120/23 121/2
  121/4 122/13 122/21 123/24
  124/8 124/14 126/12 133/6
  133/6 133/7 133/7 134/21
  135/21 136/2 136/3 136/23
  136/23
others [10]   20/10 35/8 43/20
  47/22 75/7 90/2 90/12 110/11
  123/25 132/13
otherwise [4]   73/18 76/23
  100/6 141/23
ought [1]   22/21
our [14]   4/6 23/14 23/25
  24/13 24/24 26/5 28/17 33/23
  39/18 80/6 80/8 130/20
  136/19 142/1
our tradition [1]   23/14
ourselves [1]   23/20
out [37]   14/18 28/13 34/17
  43/9 43/14 43/16 44/11 45/24
  47/5 55/23 57/19 57/23 60/8
  65/17 71/5 73/17 77/16 91/6
  92/15 99/3 99/4 103/3 103/5

**O**

**out... [14]** 106/23 106/24 106/25 114/24 120/22 123/10 129/21 133/23 134/6 134/14 135/20 140/17 141/16 142/8
**outlook [1]** 63/18
**outset [1]** 117/3
**outside [4]** 19/9 55/18 63/1 140/25
**outsider [1]** 45/23
**over [9]** 4/24 17/18 26/6 28/7 58/3 100/12 101/3 116/5 131/21
**overall [1]** 40/6
**overreach [3]** 29/5 32/23 33/10
**overriding [1]** 130/15
**overtones [1]** 34/24
**own [3]** 57/23 72/3 79/14
**owns [1]** 134/19

**P**

**packaged [2]** 74/16 94/4
**Packing [1]** 102/23
**page [30]** 2/3 2/4 2/5 2/9 2/9 2/10 2/10 2/11 2/11 2/12 2/12 2/13 2/13 2/14 2/14 54/5 54/6 57/25 59/4 59/5 59/6 59/7 62/5 67/18 86/1 96/21 103/4 103/7 103/13 138/19
**pages [2]** 9/14 58/10
**PALM [4]** 1/2 1/7 1/20 1/23
**Pamphleteer [3]** 16/1 16/18 17/8
**pandemic [1]** 3/23
**papers [2]** 8/8 123/11
**paramount [1]** 127/2
**parcel [1]** 23/22
**park [2]** 55/18 55/19
**parse [1]** 114/22
**parsing [1]** 115/6
**part [38]** 4/14 10/19 12/18 12/25 12/25 18/12 23/22 24/8 24/12 29/10 33/11 42/4 42/19 45/7 46/2 47/3 47/17 50/23 56/14 66/20 67/17 68/1 70/24 75/16 78/12 79/10 80/4 85/16 89/5 101/6 104/8 105/6 105/8 107/3 107/9 115/3 115/17 126/20
**participant [1]** 9/11
**participants [1]** 10/6
**participate [4]** 22/11 23/5 52/3 94/5
**participating [3]** 51/4 52/11 54/18
**participation [4]** 10/9 19/3 33/8 42/8
**particular [14]** 10/23 33/12 35/1 44/1 52/4 57/16 57/16 66/3 83/16 90/7 90/15 103/8 107/8 111/16
**particularly [3]** 19/13 84/6 89/19
**parties [5]** 3/24 5/1 5/19 101/22 122/5

**parts [1]** 70/18
**past [1]** 19/7
**Patient [1]** 44/10
**patriot [3]** 32/7 32/9 38/16
**patriotism [1]** 32/1
**patriots [5]** 32/6 38/15 38/23 60/1 70/16
**pattern [14]** 23/10 28/25 32/24 47/3 68/8 68/13 69/14 70/8 70/19 75/24 85/4 86/6 94/23 95/1
**patterned [1]** 43/8
**patterns [17]** 18/13 18/14 18/17 42/7 43/17 43/19 46/8 47/21 54/24 55/23 71/7 82/13 83/23 87/18 130/4 138/3 138/7
**Paul [2]** 49/9 67/12
**Pauline [2]** 1/22 143/7
**pause [1]** 46/4
**pauses [1]** 73/16
**peer [17]** 9/24 11/3 11/11 11/16 14/14 16/6 16/7 16/9 19/10 26/11 41/16 71/23 72/1 72/9 72/11 72/15 94/7
**peers [2]** 11/20 72/17
**Pelosi [1]** 107/11
**people [81]** 8/23 9/11 11/7 11/8 13/14 14/20 15/1 15/6 18/2 18/3 18/11 21/2 23/4 24/12 29/6 29/25 32/8 39/11 39/15 40/22 41/2 41/5 41/12 41/21 41/21 41/25 43/10 43/19 44/7 44/10 45/5 46/24 47/9 47/14 50/6 50/25 57/8 59/3 59/11 59/16 60/8 62/13 66/5 66/9 66/11 69/17 70/10 71/2 72/18 83/2 83/6 83/8 88/11 89/18 91/18 92/1 94/9 94/20 98/12 99/20 99/22 100/2 100/17 104/15 108/18 108/20 109/15 124/8 126/23 130/2 130/4 130/5 130/5 133/6 134/7 136/20 138/3 138/23 139/5 140/24 141/8
**people's [6]** 82/2 82/10 94/19 97/18 123/9 138/3
**Pepper [1]** 68/23
**per [1]** 120/12
**perceive [15]** 18/8 21/2 88/20 95/17 96/17 98/6 98/12 100/24 104/7 104/10 104/23 108/12 132/22 134/8 136/24
**perceived [9]** 10/10 29/1 31/12 32/23 83/2 83/7 84/9 131/18 142/5
**percent [1]** 119/3
**perfect [2]** 109/14 109/15
**perfectly [1]** 25/1
**performance [2]** 68/25 70/3
**perhaps [6]** 4/18 5/3 20/10 22/9 75/17 136/3
**period [7]** 23/16 23/16 23/18 25/8 62/19 81/11 81/13
**periods [1]** 90/18
**permit [6]** 48/2 48/8 48/14 76/13 76/14 76/14
**permitted [4]** 48/13 127/1

141/6 141/23
**persecuted [1]** 40/1
**persecution [1]** 33/1
**person [101]** 9/18 9/22 10/11 10/23 17/20 18/14 34/25 44/4 44/25 45/17 45/18 53/19 55/8 56/21 57/24 63/20 64/18 65/3 65/7 65/9 65/10 65/11 73/22 77/4 85/21 86/11 87/9 87/16 88/19 89/13 89/14 90/1 93/4 93/18 93/24 95/16 95/17 95/22 96/6 96/16 97/15 98/3 98/5 98/15 99/2 99/6 99/9 99/13 99/18 100/8 100/19 101/7 104/6 104/9 104/10 104/21 104/23 104/23 105/5 105/13 105/15 106/17 107/4 108/11 108/13 108/17 108/22 108/24 109/9 109/12 112/14 124/11 127/7 129/15 129/19 129/23 129/25 132/22 133/2 133/15 133/16 134/3 134/3 134/4 134/8 134/17 134/17 134/18 134/23 134/25 135/3 137/18 137/20 139/3 139/18 139/22 139/23 139/23 140/2 140/6 140/13
**person's [7]** 42/17 45/17 63/20 82/12 87/13 95/13 105/6
**persona [3]** 66/18 67/17 67/19
**personal [7]** 9/14 58/9 64/11 82/16 82/18 82/18 94/20
**perspective [1]** 98/10
**persuasion [1]** 93/16
**persuasions [1]** 60/6
**Ph.D [5]** 6/23 8/7 8/15 15/11 19/21
**phenomenon [1]** 69/8
**phone [3]** 111/25 116/18 116/19
**phrase [1]** 22/5
**phrases [1]** 37/23
**physical [7]** 36/13 36/16 45/19 106/6 106/19 106/21 122/21
**physically [1]** 5/20
**pick [2]** 77/15 123/6
**picture [1]** 68/18
**pie [1]** 23/15
**piece [10]** 12/19 12/22 12/24 13/3 14/16 36/9 36/13 36/16 92/10 107/10
**Pierce [1]** 1/23
**place [19]** 10/19 13/21 15/4 15/5 22/7 22/13 24/7 26/22 28/15 61/11 62/24 63/11 86/11 87/8 100/8 100/18 102/6 102/7 109/12
**placed [1]** 74/7
**places [2]** 28/4 134/10
**plain [3]** 17/25 35/12 36/5
**plainly [1]** 25/3
**Plaintiff [2]** 1/5 1/14
**plan [2]** 21/17 128/20
**platform [9]** 10/20 15/3 56/8 58/23 66/14 89/1 89/13 90/9

**P**

platform... [1]  99/16
platforms [9]  8/24 16/22
 22/7 22/8 28/9 28/18 36/18
 50/18 73/12
play [1]  75/9
played [2]  37/9 70/7
Playing [1]  133/18
plays [1]  102/22
pleading [1]  113/25
pleadings [1]  117/21
please [7]  11/15 34/7 100/15
 102/25 113/22 117/16 119/20
plus [1]  121/11
point [10]  5/3 5/12 27/5
 31/8 95/23 108/7 108/7 108/8
 141/12 141/16
pointed [3]  28/13 34/13
 140/17
points [2]  71/3 95/14
polarized [1]  104/16
police [3]  44/15 45/3 50/13
policies [1]  29/23
policy [4]  6/25 16/8 23/5
 72/14
political [177]
politically [12]  40/10 44/16
 60/9 63/20 63/21 64/1 70/11
 92/2 92/25 93/4 95/19 123/17
politician [3]  106/18 107/5
 123/22
politicians [6]  26/17 106/1
 106/6 106/12 106/20 107/11
politics [4]  68/24 94/20
 104/16 105/23
poor [1]  20/22
pop [1]  50/12
popular [1]  75/17
position [2]  132/20 142/3
possessed [1]  137/21
possibility [1]  98/9
possible [1]  58/14
possibly [1]  34/20
post [38]  9/13 62/4 62/12
 62/14 62/16 62/18 63/18
 66/16 66/18 76/8 76/17 76/18
 76/18 77/5 83/17 83/17 83/18
 87/17 88/7 88/10 88/12 88/15
 88/16 88/18 89/7 90/4 90/8
 90/17 90/19 90/20 91/12
 91/14 93/8 93/23 93/25 95/18
 96/17 98/6
posted [28]  10/6 13/9 20/4
 20/6 59/7 59/8 60/18 61/12
 62/16 63/13 66/24 67/3 67/3
 67/16 68/5 69/18 69/23 72/22
 73/12 74/14 75/16 75/18
 76/16 82/7 90/2 91/18 119/8
 122/8
posting [5]  10/10 67/11
 68/12 69/22 93/8
postings [1]  66/12
posts [18]  52/25 57/18 61/22
 62/5 62/24 67/25 69/18 76/16
 82/21 82/24 90/24 95/20
 96/19 98/8 99/3 124/7 130/9
 134/21

potentially [2]  25/18 74/18
POTUS [2]  52/7 52/17
practice [1]  11/5
practiced [1]  71/10
pre [2]  28/2 28/16
pre-digital [2]  28/2 28/16
preclude [1]  141/18
predict [1]  77/19
preexisting [8]  14/21 15/2
 16/15 22/16 47/18 64/13
 64/17 69/15
prefer [3]  5/18 80/24 137/25
preference [1]  48/5
preliminary [3]  115/24
 116/20 118/7
preparation [1]  116/15
prepare [1]  113/8
prepared [2]  112/22 113/7
presence [2]  56/18 122/18
present [11]  4/4 4/21 25/17
 26/18 37/10 37/10 40/12 75/6
 75/8 81/11 102/22
presentation [1]  4/19
presented [2]  26/21 48/13
preserved [2]  24/20 24/21
presidency [1]  29/8
president [12]  29/24 31/1
 52/7 52/9 70/21 73/14 73/20
 74/9 106/4 107/25 108/3
 123/23
press [4]  11/24 61/7 61/11
 106/22
pressing [1]  123/12
PRESTON [2]  6/1 6/4
Presumably [2]  127/12 133/20
pretty [1]  140/21
previous [3]  64/2 65/16
 99/17
previously [12]  55/3 68/5
 71/24 72/21 78/6 78/9 79/9
 87/11 100/13 115/11 115/13
 116/9
primarily [10]  6/17 13/12
 13/25 18/9 19/4 21/24 46/9
 47/22 71/25 72/1
primary [11]  8/19 15/16 18/7
 19/9 45/1 53/4 53/6 54/10
 72/14 81/12 120/3
principles [1]  107/11
prior [11]  12/21 60/21 61/23
 68/11 103/5 111/19 115/14
 116/25 117/7 118/3 134/21
prison [1]  93/22
privacy [2]  44/2 47/15
private [6]  54/8 54/10 54/16
 83/17 88/8 88/12
pro [6]  10/3 26/14 26/14
 34/10 43/13 43/13
probably [7]  68/14 78/5
 108/23 110/22 114/11 115/22
 132/8
problem [4]  7/7 29/19 97/6
 110/17
procedural [1]  5/15
proceed [3]  5/9 6/6 141/25
proceeding [2]  5/16 142/10
proceedings [1]  143/4
process [4]  5/8 47/17 59/24

105/8
produced [1]  8/8
profanity [2]  50/7 105/10
professional [1]  110/14
professor [4]  6/11 6/12
 12/21 80/24
proffer [1]  5/10
profile [1]  58/9
profiles [1]  66/12
program [3]  8/20 8/20 8/21
project [2]  10/2 11/22
prominent [1]  49/4
prompted [1]  49/8
proper [1]  140/13
properly [1]  62/9
propose [1]  129/1
propositions [1]  139/21
proprietary [1]  58/3
prosecuted [2]  120/15 121/5
prosecution [3]  8/5 33/6
 122/20
prosecutions [3]  96/3 121/15
 122/2
prosecutor [2]  80/21 125/14
protect [1]  44/2
protected [11]  48/20 48/22
 49/16 123/17 123/19 124/6
 128/22 128/23 130/24 138/17
 139/14
protective [2]  74/14 122/5
protest [1]  9/8
protest or [1]  9/8
protesting [2]  13/5 23/18
protests [3]  9/9 9/12 9/12
prove [5]  84/23 85/7 97/25
 133/21 135/11
proverbial [1]  55/18
provide [6]  17/20 53/12
 118/11 130/22 131/16 138/24
provided [12]  57/12 59/12
 59/13 60/17 60/20 60/23 79/8
 82/25 88/17 118/16 125/18
 138/18
providing [3]  44/8 87/14
 136/12
province [1]  136/5
proving [1]  64/21
pseudonym [1]  44/3
pseudonymous [2]  44/1 44/2
psychological [2]  94/3 100/5
public [17]  1/18 13/1 13/8
 14/3 22/17 28/6 28/14 28/15
 29/6 53/5 54/8 57/19 88/8
 88/10 94/6 108/22 134/6
publication [3]  9/24 72/9
 72/12
publications [4]  17/15 19/11
 71/24 72/2
publicity [1]  91/13
publicly [4]  10/20 66/16
 83/18 83/19
publics [1]  28/4
publish [3]  5/18 12/16 27/17
published [15]  5/22 5/23
 11/16 11/17 11/22 12/22
 15/23 16/7 16/10 24/15 56/11
 61/8 72/15 74/8 141/7
publishes [1]  11/23

**P**

**pull [4]**   78/8 79/15 97/1
103/3
**pulling [1]**   103/12
**punched [1]**   106/14
**punting [2]**   92/8 103/21
**purchase [1]**   120/22
**purchased [2]**   122/9 134/14
**purportedly [1]**   116/18
**purporting [1]**   135/2
**purpose [1]**   33/18
**purposes [13]**   25/4 25/6
25/22 25/25 26/6 27/20 30/14
31/20 74/25 78/14 78/23 80/7
112/19
**put [5]**   12/11 17/11 87/5
99/9 134/6
**puts [2]**   130/7 139/21

**Q**

**qualifications [4]**   7/13
112/25 132/7 132/11
**qualified [6]**   81/9 81/19
132/3 132/19 132/20 132/21
**qualify [1]**   137/8
**qualitative [21]**   8/9 8/22
9/15 10/4 11/8 11/10 11/12
12/4 13/3 15/17 15/19 16/19
17/16 18/9 19/19 34/9 34/16
72/5 72/6 72/13 81/12
**qualities [1]**   103/8
**quantitative [1]**   11/7
**question [22]**   3/21 5/16
16/16 20/22 21/1 53/19 94/16
95/21 97/10 98/22 98/23
100/15 101/25 102/15 104/21
115/22 121/14 129/1 136/9
141/14 141/15 142/16
**questions [15]**   17/17 18/5
18/21 59/22 76/2 77/9 87/6
101/15 117/14 122/23 123/12
124/14 132/10 137/22 142/15
**quick [6]**   5/15 10/7 49/21
51/10 80/15 134/12
**quicker [1]**   42/11
**quickly [3]**   19/7 51/19 77/5
**quite [38]**   9/10 15/3 19/12
23/16 23/17 24/7 25/3 29/11
30/4 34/12 34/20 35/6 35/7
35/11 38/7 42/14 44/7 45/15
50/11 50/14 53/11 55/14 56/6
56/7 58/4 60/14 62/13 66/10
66/13 70/1 76/9 81/3 94/9
98/14 119/2 119/3 119/5
135/11
**quote [7]**   25/1 29/17 29/19
48/9 92/14 93/21 95/2
**quotes [1]**   31/2

**R**

**racial [2]**   12/18 13/4
**racketeer [1]**   49/7
**radioactive [1]**   50/1
**raised [3]**   31/4 111/8 141/16
**Raleigh [1]**   57/6
**rancorous [1]**   28/10
**rap [2]**   50/13 50/13

**rarely [1]**   51/9
**rate [1]**   119/3
**rather [4]**   69/16 94/2 94/12
112/4
**raw [1]**   22/5
**rea [1]**   133/17
**reach [3]**   21/23 22/1 100/24
**reaching [1]**   116/1
**react [3]**   60/10 63/24 63/25
**reacted [2]**   45/6 60/4
**reacting [1]**   63/10
**reaction [6]**   36/12 45/8 63/9
87/13 93/23 105/6
**reactions [1]**   60/20
**read [14]**   19/10 19/12 19/12
85/3 85/25 86/6 91/20 91/21
91/22 110/10 110/19 111/10
123/3 140/7
**reading [4]**   82/2 92/17 125/3
137/4
**real [8]**   9/18 26/20 42/2
49/21 51/10 55/8 55/9 139/11
**really [16]**   25/6 25/15 46/14
49/5 50/23 62/21 76/8 77/16
93/3 98/11 104/12 112/18
116/17 120/18 123/1 133/12
**reason [5]**   47/2 47/20 55/12
61/21 107/3
**reasonable [65]**   17/20 85/20
86/11 87/9 87/13 87/16 88/19
93/18 93/24 95/16 95/17
95/22 96/16 97/15 97/16
97/18 98/8 99/1 99/6
99/9 99/13 100/8 100/19
100/23 100/24 100/25 101/7
104/6 104/10 105/5 105/13
106/17 107/3 108/11 108/13
108/17 108/24 109/9 124/11
129/15 129/19 129/23 129/25
132/22 133/2 133/21 134/3
134/3 134/4 134/8 134/17
134/17 134/18 134/23 134/25
135/3 139/3 139/18 139/22
139/22 139/23 140/2 140/5
140/13
**reasonably [1]**   22/19
**reasons [3]**   60/7 71/18 116/4
**recall [9]**   60/23 92/8 92/17
96/20 96/20 112/18 113/19
117/19 118/17
**recalling [1]**   61/17
**receive [9]**   3/13 53/20 53/25
58/12 111/24 116/3 125/18
136/20 141/9
**received [8]**   2/8 3/12 4/22
61/16 117/3 117/24 118/14
118/15
**receiving [2]**   99/18 118/3
**recent [3]**   17/14 41/16
118/19
**recently [3]**   12/16 12/22
94/7
**recently,right [1]**   118/16
**recess [1]**   35/14 35/14 35/18
**recipients [5]**   83/24 95/19
96/18 98/7 98/7
**recitation [1]**   135/19
**recite [1]**   85/2

**recollection [5]**   7/2 38/14
56/13 91/3 91/24
**reconstruction [1]**   23/17
**reconvening [1]**   142/7
**record [13]**   3/21 6/3 76/23
78/12 78/16 79/6 89/3 110/14
110/15 116/19 121/8 121/9
143/4
**recording [2]**   50/13 76/18
**records [17]**   57/11 59/13
59/15 60/17 78/25 90/17
90/18 110/13 111/1 118/12
118/19 118/20 118/22 119/6
119/9 119/14 119/16
**redirect [5]**   2/5 117/15
117/17 124/7 134/13
**redundant [1]**   63/22
**refer [3]**   11/15 64/2 79/12
**reference [26]**   5/17 29/10
31/5 32/5 32/10 34/22 38/14
38/17 38/18 39/25 47/11
49/10 60/1 62/8 69/3 69/4
70/16 70/17 73/19 78/1 92/19
95/7 95/10 106/6 106/13
132/2
**referenced [6]**   24/17 29/15
29/18 29/25 79/25 132/2
**references [10]**   20/19 20/19
35/4 35/5 61/19 67/13 72/1
73/13 92/2 105/23
**referencing [1]**   78/9
**referred [3]**   80/24 106/1
139/8
**referring [3]**   81/1 103/2
103/3
**reflect [2]**   7/12 7/14
**refresh [1]**   7/2
**refreshed [1]**   25/2
**regarding [8]**   14/16 19/11
21/17 76/4 106/3 126/1
132/21 133/13
**regardless [6]**   23/6 40/14
95/18 96/17 98/6 98/19
**regards [1]**   63/17
**rehash [1]**   124/21
**rehearsal [2]**   70/3 99/5
**rehearse [1]**   70/10
**rehearsed [2]**   71/3 71/4
**Reid [2]**   29/19 29/19
**reinforces [1]**   74/20
**relate [2]**   84/14 110/7
**related [18]**   7/23 8/12 16/16
17/13 19/15 28/9 37/8 44/8
58/22 59/15 61/18 67/25
82/14 87/19 102/21 112/2
117/21 124/5
**relates [13]**   9/3 19/13 28/24
29/16 37/2 41/11 41/11 65/24
76/3 87/12 134/16 138/14
138/21
**relating [1]**   72/22
**relation [4]**   12/24 13/19
91/12 129/23
**relationship [1]**   64/13
**relationships [2]**   11/14
64/17
**relative [2]**   105/23 132/22
**relatively [2]**   110/13 118/16

**R**

**release [2]** 61/7 61/11
**released [1]** 94/7
**relevance [1]** 126/1
**relevancy [1]** 136/3
**relevant [44]** 4/9 36/4 37/15
37/16 37/18 37/21 37/22 38/1
39/8 40/6 47/25 59/9 59/12
60/7 60/14 64/24 65/1 65/17
65/22 65/25 66/2 69/11 87/15
88/22 88/23 89/2 93/18 93/20
94/8 99/12 99/18 102/3 119/5
122/12 124/8 134/15 134/16
134/17 135/25 136/13 139/7
139/12 139/14 141/9
**reliable [1]** 133/8
**relied [3]** 41/8 101/5 105/25
**rely [3]** 105/5 109/9 133/2
**relying [1]** 3/17
**remain [1]** 44/2
**remedies [3]** 29/19 29/20
35/5
**remember [6]** 44/3 60/25
61/17 91/25 96/13 117/7
**render [4]** 81/24 87/20
120/11 135/8
**rendered [2]** 87/23 118/1
**rendering [3]** 127/12 133/12
139/16
**renders [1]** 122/18
**Reno [1]** 102/24
**repeat [2]** 70/20 91/7
**repeating [3]** 34/12 34/14
70/25
**repent [1]** 44/8
**repetition [1]** 37/11
**rephrase [3]** 87/2 87/3 92/20
**replenished [1]** 25/2
**reply [2]** 3/10 117/23
**report [7]** 43/20 44/14 45/6
45/21 60/12 63/19 141/8
**reported [4]** 44/24 44/25
45/11 45/23
**Reporter [3]** 1/22 143/7
143/8
**reports [2]** 43/5 112/15
**representation [4]** 12/17
57/3 57/4 125/13
**representations [2]** 13/16
126/1
**Representative [2]** 29/18
67/12
**represented [1]** 119/12
**reputation [1]** 65/4
**request [2]** 3/23 142/1
**requested [1]** 120/9
**require [4]** 109/18 109/20
134/11 134/22
**required [5]** 21/13 84/22
103/19 135/3 135/4
**requires [2]** 97/25 133/1
**requisite [1]** 133/16
**research [52]** 6/18 8/9 9/21
9/21 10/10 10/18 11/2 11/6
12/3 12/23 12/25 13/2 13/25
14/17 15/6 16/11 17/19 17/22
18/20 19/9 19/10 19/14 19/17

26/4 26/13 40/17 40/25 41/1
41/8 42/11 43/9 43/13 43/15
43/17 54/17 55/4 55/14 63/7
64/4 71/22 72/1 72/2 76/1
94/13 120/3 130/2 131/11
131/16 133/3 139/8 140/23
141/7
**researched [1]** 9/20
**resembles [2]** 71/1 71/1
**reserve [1]** 5/1
**respect [5]** 36/20 82/6 90/16
112/22 133/4
**respectfully [4]** 86/22
120/20 128/14 139/12
**respects [1]** 103/20
**respond [7]** 22/12 44/19
88/25 94/14 94/16 125/1
125/2
**responded [1]** 45/9
**responding [1]** 92/3
**response [11]** 3/9 29/1 62/14
87/16 88/20 94/11 94/21
95/12 111/11 117/23 137/3
**responses [3]** 93/2 94/19
124/9
**responsibilities [1]** 134/10
**result [3]** 18/14 34/1 61/16
**resulted [2]** 89/22 104/1
**resume [1]** 35/19
**retained [1]** 117/19
**reverence [1]** 67/7
**review [22]** 11/2 11/22 15/23
16/2 16/4 17/5 17/19 20/12
61/7 63/12 63/14 66/22 66/25
72/9 78/18 94/7 103/4 103/11
103/16 120/7 120/13 121/4
**reviewed [49]** 7/1 7/5 7/10
9/21 9/24 11/3 11/12 11/16
11/20 11/21 14/14 16/6 16/7
16/9 19/11 19/23 19/25 20/1
20/3 20/5 21/9 26/12 26/21
26/24 27/3 27/6 27/7 27/17
41/1 41/16 57/5 63/19 64/5
64/15 65/24 67/2 71/16 71/23
72/2 72/11 72/15 72/17
107/14 107/14 107/17 113/3
119/22 119/25 120/6
**reviewing [3]** 62/2 69/2
117/25
**Reviews [1]** 16/9
**revolves [2]** 76/9 122/20
**rhetoric [14]** 14/1 18/11
22/4 24/7 24/23 26/5 26/9
27/12 32/11 41/10 67/22
67/23 131/3 135/23
**rhetorical [15]** 14/23 23/22
24/6 37/11 39/12 40/4 40/8
41/14 42/6 46/5 46/7 73/16
73/23 106/1 108/15
**rhythm [1]** 37/13
**rifle [2]** 31/1 31/4
**right [68]** 5/2 5/10 5/16
14/1 24/4 26/12 30/2 32/15
32/16 33/14 33/16 36/23
42/24 47/1 47/2 53/22 54/17
58/20 60/18 65/8 67/24 68/3
69/20 69/23 70/1 77/22 79/13
80/15 82/3 82/17 83/8 83/14

85/25 87/14 90/18 90/21
92/25 93/13 97/7 100/10
100/14 100/20 101/7 101/23
102/6 102/24 103/24 105/19
107/25 108/9 111/14 111/15
119/23 120/10 121/20 121/25
122/6 123/14 126/3 126/11
130/15 130/23 131/20 137/3
137/24 140/22 140/24 142/24
**rightly [1]** 43/7
**rights [36]** 20/16 20/21 23/5
23/18 23/19 23/25 29/9 30/1
30/18 32/15 32/17 32/18
32/19 32/22 35/5 43/13 46/25
47/3 47/6 47/6 47/7 47/9
47/11 47/14 47/15 70/18 89/8
113/16 114/5 114/16 115/20
123/20 123/24 124/6 138/21
138/23
**rigor [3]** 18/25 72/12 124/4
**rise [10]** 68/12 68/13 87/13
113/17 114/6 114/17 115/8
115/9 115/21 116/10
**rises [3]** 128/18 128/23
142/5
**risk [3]** 63/22 135/9 136/22
**Roberts [1]** 122/25
**ROBIN [2]** 1/11 1/22
**Rogers [2]** 29/15 30/5
**Rogers' [1]** 30/7
**role [2]** 12/22 102/22
**ROSENBERG [4]** 1/3 1/11 1/22
101/18
**Rouge [3]** 12/20 13/5 13/6
**routinely [1]** 120/8
**rule [3]** 55/1 137/5 137/8
**rules [2]** 24/11 24/11
**ruling [1]** 117/23
**rummage [1]** 99/3
**runs [2]** 135/9 136/21

**S**

**said [32]** 5/8 27/10 29/12
31/4 31/25 33/17 39/1 47/1
49/10 52/17 60/5 60/15 84/12
84/13 89/16 90/25 103/16
104/18 104/20 106/12 112/22
115/17 115/22 115/22 116/13
124/21 126/17 126/17 131/15
133/19 134/13 140/17
**sake [2]** 71/21 87/6
**sales [1]** 65/11
**salient [2]** 98/19 102/23
**same [31]** 20/4 20/8 20/12
20/23 20/25 35/4 40/21 47/5
51/20 52/21 61/22 61/25
65/15 70/10 70/12 70/19
70/24 71/5 72/18 77/6 86/1
95/8 102/9 103/5 107/9
107/10 107/11 123/21 123/24
127/24 133/17
**sanctioned [1]** 101/17
**save [1]** 4/18
**saw [8]** 57/11 70/20 82/24
83/2 83/9 91/13 119/23 124/8
**say [80]** 8/5 9/9 10/7 10/23
17/5 17/11 17/16 18/6 18/7
19/8 20/1 25/6 28/20 28/22

**S**

**say... [66]**   31/8 35/9 35/10
40/5 41/23 42/13 42/24 43/3
43/7 48/19 48/25 50/4 50/10
52/6 57/1 57/5 58/5 59/13
63/9 65/11 65/15 68/15 70/11
71/5 73/23 75/15 79/20 84/11
90/3 90/4 91/24 94/24 97/20
102/5 104/16 107/24 107/24
108/4 110/6 112/1 112/7
113/16 113/22 114/4 114/15
115/9 115/11 115/12 115/19
117/9 120/7 121/10 122/11
127/1 127/14 127/24 133/4
133/15 136/3 137/20 137/21
140/9 140/10 140/11 142/14
142/19
**say that [1]**   58/5
**saying [18]**   34/14 42/16 48/2
48/15 65/5 65/9 92/8 95/13
99/11 105/16 108/2 114/20
114/21 116/10 121/6 126/13
127/7 136/10
**says [14]**   25/1 25/1 32/17
41/13 46/21 71/22 102/18
107/25 108/2 108/5 137/10
137/17 140/16 140/18
**scenario [1]**   16/19
**schedule [1]**   5/13
**scheduling [1]**   112/4
**scholar [2]**   50/5 50/5
**scholarly [5]**   17/19 41/1
55/4 130/2 139/4
**scholars [1]**   103/20
**school [3]**   70/22 77/15
106/14
**scientific [2]**   12/1 18/25
**scorn [1]**   94/12
**screen [2]**   4/7 30/7
**script [2]**   70/9 70/15
**scripts [2]**   71/2 71/4
**seal [1]**   125/17
**search [1]**   76/7
**seat [1]**   107/22
**second [35]**   14/2 16/6 20/16
20/19 21/13 28/25 29/3 29/9
29/16 29/18 29/20 29/25 30/1
30/18 31/12 32/16 32/18 35/4
35/5 36/25 47/1 47/15 69/19
85/16 89/8 95/3 95/8 95/10
113/16 114/5 114/16 115/20
117/5 127/21 129/5
**seconds [1]**   20/6
**secret [1]**   58/4
**section [4]**   13/8 93/2 104/1
126/16
**security [1]**   56/18
**see [28]**   4/4 4/7 30/4 40/10
41/16 41/17 44/18 44/23 46/7
52/10 52/18 56/14 58/2 58/14
59/3 59/7 60/14 64/21 71/7
78/3 90/17 103/2 120/3 120/9
120/10 137/16 138/4 142/24
**seeing [1]**   62/13
**seek [2]**   57/23 131/3
**seeking [1]**   124/23
**seem [2]**   35/11 69/14

**seems [1]**   142/23
**seen [14]**   26/22 29/5 29/12
32/20 42/10 42/20 42/20 58/7
62/15 71/22 109/1 112/14
119/16 121/5
**sees [3]**   32/20 42/25 75/21
**select [1]**   54/7
**self [2]**   23/8 29/16
**semantic [3]**   16/18 17/13
93/10
**semiotics [2]**   10/14 10/15
**Senator [1]**   29/20
**send [6]**   7/9 51/8 53/16
53/17 57/13 129/8
**sending [1]**   112/3
**sense [1]**   33/3
**sensitive [2]**   42/13 141/10
**sent [12]**   21/14 85/8 85/10
86/1 117/20 119/9 121/24
125/13 125/15 127/5 127/9
129/8
**sentence [2]**   7/24 113/24
**separate [1]**   54/5
**separately [1]**   76/19
**series [6]**   8/7 8/8 34/9
34/10 61/1 106/5
**serious [13]**   42/7 55/9 55/22
86/10 86/15 87/8 92/1 99/8
100/7 100/18 108/7 109/11
130/6
**seriously [2]**   54/24 63/24
**seriousness [1]**   105/18
**serve [2]**   53/15 58/1
**served [1]**   103/8
**service [1]**   67/7
**services [1]**   44/9
**set [4]**   10/25 40/15 127/18
135/20
**setting [2]**   53/24 126/24
**settings [4]**   39/13 39/14
48/24 50/12
**seven [3]**   81/15 81/18 110/4
**several [6]**   24/18 48/20
90/23 90/24 110/24 118/18
**shall [1]**   25/2
**shame [2]**   65/12 65/15
**share [1]**   7/4
**shared [1]**   67/9
**shares [1]**   67/6
**Sharron [1]**   29/17
**she [48]**   32/17 38/12 38/23
39/23 47/1 48/10 57/12 57/14
57/18 58/23 59/16 67/17
67/23 67/25 68/3 68/5 69/22
76/16 77/15 78/13 82/7 82/21
85/10 86/1 89/7 95/2 95/4
97/2 99/3 99/4 113/16 114/4
114/15 114/15 115/19 118/21
119/7 122/8 126/17 126/17
126/17 129/8 129/11 129/25
133/19 133/19 134/6 135/4
**shift [1]**   32/9
**shoot [7]**   20/17 89/8 113/16
114/5 114/16 115/20 120/22
**shopping [1]**   28/18
**short [5]**   14/14 35/18 43/15
96/24 111/11
**shortened [1]**   117/4

**shorter [1]**   20/5
**should [13]**   9/8 37/17 40/5
48/13 77/22 78/6 102/18
138/18 140/9 140/12 140/16
140/18 141/6
**shouting [1]**   55/16
**show [11]**   41/8 46/16 55/15
58/6 58/13 58/15 69/13 71/10
73/11 103/3 105/17
**showed [1]**   70/21
**showing [2]**   58/17 66/3
**shown [2]**   49/18 140/24
**shows [7]**   68/13 68/16 68/18
69/5 94/8 94/10 125/22
**shrugged [2]**   89/23 89/24
**side [7]**   10/3 15/6 49/22
49/22 98/14 123/7 141/20
**sides [1]**   33/9
**sigh [2]**   46/4 46/20
**sighs [1]**   73/16
**sign [1]**   142/19
**signaled [1]**   40/3
**Signature [1]**   143/8
**significance [1]**   75/12
**significant [1]**   119/5
**signified [1]**   51/4
**signify [1]**   52/5
**silence [3]**   42/16 43/6 52/1
**similar [9]**   51/23 52/16 58/5
58/6 70/6 70/14 70/20 94/5
98/21
**similarly [4]**   27/15 38/17
57/7 64/22
**simple [3]**   53/11 76/19 77/4
**simply [7]**   17/25 74/15 77/5
109/9 128/24 131/16 138/1
**since [10]**   5/4 5/19 19/14
26/6 42/21 59/8 85/6 86/19
103/24 130/25
**sincere [4]**   104/11 104/24
105/15 106/19
**single [1]**   18/18
**sir [3]**   82/1 82/4 94/8
**site [5]**   9/8 10/6 44/12
44/12 44/13
**sitting [2]**   107/21 107/22
**situated [1]**   38/18
**situations [3]**   42/5 75/21
139/6
**six [3]**   81/15 81/18 110/4
**size [1]**   89/11
**sketch [1]**   73/10
**skit [1]**   73/8
**skits [1]**   73/7
**slightly [1]**   84/20
**small [1]**   89/21
**Smith [2]**   24/16 56/25
**smooth [1]**   113/24
**snort [1]**   46/4
**so [163]**
**social [70]**   8/12 8/24 8/25
9/19 9/21 10/12 10/14 10/21
14/21 15/7 18/24 19/1 22/9
22/9 28/9 28/11 28/17 35/2
36/11 38/15 39/6 43/5 45/16
48/23 49/20 50/23 51/8 51/25
52/25 53/2 53/7 53/11 53/15
53/24 54/7 55/24 56/1 56/4

**S**

**social... [32]**   56/17 56/25
57/7 57/9 57/14 58/13 59/19
60/3 63/2 66/5 66/9 66/11
66/21 66/23 67/18 67/22
68/10 69/1 69/14 69/15 72/22
76/3 83/25 90/17 94/23 98/25
119/2 135/22 138/3 138/4
138/7 138/8
**socially [3]**   49/25 49/25
50/4
**sociological [17]**   8/1 8/9
12/3 15/8 17/9 17/22 19/17
19/20 49/22 62/20 64/4 76/1
81/12 81/13 82/13 84/14
130/23
**sociologically [1]**   62/23
**sociologists [1]**   28/13
**sociology [5]**   8/8 8/23 12/4
19/20 72/13
**solely [3]**   69/16 100/21
120/24
**some [69]**   13/3 17/8 17/13
17/17 19/2 20/9 23/12 23/15
24/10 26/20 28/11 29/14 34/1
39/13 42/18 43/5 44/23 45/25
47/21 49/1 53/21 54/4 55/7
55/12 57/5 62/7 62/8 64/9
67/2 67/3 67/10 68/17 69/11
70/12 71/7 72/16 73/15 73/15
73/23 76/2 77/14 90/8 92/8
96/2 98/19 106/6 106/11
106/20 107/5 108/18 108/20
116/14 118/9 121/11 121/12
122/22 125/16 130/10 130/18
131/2 131/10 134/9 136/13
138/17 139/4 139/4 139/4
141/12 141/23
**somebody [2]**   52/23 68/18
**somehow [2]**   139/8 140/1
**someone [39]**   15/14 15/16
18/16 18/23 33/15 38/3 38/7
38/18 40/8 42/24 47/10 47/19
49/6 51/5 51/13 52/9 53/13
54/8 55/16 55/17 57/23 58/18
63/6 64/1 65/13 65/14 68/10
75/13 92/23 93/3 113/15
113/17 114/1 114/4 114/5
114/16 115/19 115/20 141/1
**someone's [3]**   40/15 105/18
138/7
**something [35]**   10/14 10/20
10/22 33/21 35/23 36/2 37/6
39/25 45/22 46/5 46/22 47/7
47/12 54/9 55/20 58/17 58/18
58/19 62/11 62/16 65/12
65/16 70/11 70/23 73/24
75/20 80/25 94/8 94/24 96/6
96/6 104/25 106/15 113/8
115/8
**Sometime [1]**   117/12
**sometimes [6]**   46/17 66/6
66/7 73/22 120/11 121/23
**somewhat [1]**   81/5
**somewhere [1]**   96/3
**soon [1]**   123/6
**sophisticated [1]**   77/3

**sorry [13]**   5/7 7/3 12/10
12/11 13/9 35/19 84/11 91/6
96/20 114/22 119/20 127/20
130/12
**sort [25]**   9/17 15/12 19/7
20/12 22/10 31/11 33/13 34/1
39/23 41/1 41/21 45/13 50/1
53/21 55/16 113/7 115/5
121/11 124/20 124/22 131/17
135/16 139/6 139/16 141/4
**sorts [2]**   11/9 70/7
**sound [9]**   20/4 20/5 20/6
72/17 76/20 76/20 117/4
139/9 139/10
**Sounds [1]**   95/3
**South [2]**   6/22 57/1
**SOUTHERN [1]**   1/1
**space [1]**   9/9
**spaces [5]**   9/13 24/9 24/10
42/21 71/8
**speak [7]**   18/12 58/25 59/25
111/20 112/11 141/2 141/3
**speaker [17]**   21/25 34/19
43/7 44/16 44/17 45/16 45/20
55/11 55/13 55/14 64/12
64/12 65/4 65/13 65/21
107/10 108/14
**speaker's [2]**   55/18 65/21
**speakers [5]**   13/23 36/18
37/14 38/9 60/11
**speaking [16]**   30/18 38/5
38/6 38/7 38/13 39/10 39/16
39/23 44/23 54/21 56/10
89/25 92/22 108/17 112/8
113/11
**speaks [1]**   101/9
**special [1]**   52/4
**specialized [1]**   139/4
**specialty [2]**   15/12 15/13
**specific [8]**   32/7 46/10
46/11 54/7 56/16 57/13 58/24
60/25
**specifically [9]**   10/1 24/3
25/8 31/24 44/12 57/20 59/1
101/4 118/14
**specifics [2]**   10/24 61/17
**spectrum [1]**   68/2
**speech [171]**
**speeches [4]**   23/13 37/10
70/10 136/24
**spell [1]**   6/3
**spend [2]**   110/14 132/12
**spent [2]**   13/1 112/7
**sphere [2]**   57/19 134/6
**spicy [1]**   69/8
**spoken [1]**   112/13
**spouse [1]**   65/5
**springboards [1]**   59/22
**square [8]**   22/17 27/24 27/25
28/9 28/12 28/14 28/21 45/10
**squarely [1]**   103/23
**squares [1]**   28/5
**stage [1]**   101/15
**stammering [1]**   92/20
**stand [2]**   64/3 119/18
**standard [14]**   11/12 12/1
12/3 85/1 93/18 95/16 115/3
129/24 129/25 133/2 134/2

134/4 134/17 139/8
**standards [3]**   16/9 35/25
42/18
**standing [2]**   55/17 65/9
**standpoint [2]**   62/21 67/23
**star [2]**   33/1 33/4
**start [6]**   22/23 22/25 23/2
53/14 96/3 137/4
**starting [1]**   90/25
**starts [2]**   115/24 136/23
**state [9]**   6/2 12/20 21/20
82/15 93/8 137/11 137/12
137/16 137/21
**stated [3]**   86/25 88/2 116/22
**statement [36]**   30/23 33/1
33/11 33/13 34/18 35/9 47/12
53/21 54/23 55/15 65/18
92/21 95/6 95/11 97/11 97/12
98/13 98/16 99/2 99/8 99/20
99/23 100/2 104/11 105/15
108/6 113/20 114/7 114/13
114/18 115/5 116/16 116/18
116/19 122/17 134/6
**statements [40]**   26/25 27/8
27/10 27/13 32/21 33/23
34/10 36/6 45/6 52/9 52/10
64/23 70/6 70/7 84/4 87/24
88/3 91/23 96/1 98/17 98/18
98/21 98/22 98/24 99/17
101/11 103/25 105/18 113/15
114/4 114/15 114/22 115/1
115/2 115/19 116/25 122/20
126/14 127/16 129/3
**states [28]**   1/1 1/4 1/11
1/15 3/3 4/2 8/1 15/18 19/4
23/14 23/17 24/5 24/13 26/9
29/7 29/13 29/24 43/12 52/8
67/14 73/14 73/20 74/10
107/25 108/3 110/12 120/1
137/5
**stating [1]**   3/21
**statistical [1]**   13/2
**statistics [1]**   11/7
**status [3]**   63/16 141/11
142/13
**statute [3]**   21/13 103/19
121/21
**stay [1]**   58/14
**steeped [1]**   44/12
**stem [1]**   72/1
**stems [2]**   14/25 21/24
**stepping [1]**   136/22
**Sterling [1]**   13/5
**still [8]**   5/14 50/1 96/2
96/12 98/14 135/13 136/12
142/10
**Stipes [2]**   1/22 143/7
**stool [2]**   107/21 107/22
**stop [4]**   8/14 44/8 49/21
51/10
**story [1]**   76/15
**stranger [1]**   38/8
**stream [1]**   13/22
**studied [6]**   9/5 11/1 13/7
19/9 24/10 64/15
**studies [7]**   10/2 10/13 17/9
18/15 19/5 26/12 81/12
**study [25]**   8/2 9/2 9/3 9/25

**S**

**study... [21]**   10/1 11/7 12/2 13/12 13/14 13/20 13/22 14/3 15/9 16/7 16/14 16/16 16/20 18/19 32/21 41/16 72/7 72/15 94/6 94/7 120/5
**studying [3]**   9/2 110/3 110/5
**stumbled [1]**   57/24
**stump [5]**   37/12 70/10 70/20 70/25 71/1
**subject [14]**   4/16 9/24 19/23 25/8 33/6 35/7 52/12 63/7 66/3 77/13 81/24 105/25 112/4 118/4
**subjective [1]**   85/17
**subjects [2]**   16/22 68/17
**submissions [3]**   4/10 96/24 125/4
**submit [2]**   30/9 31/16
**submitted [8]**   11/19 30/5 71/24 78/2 78/7 78/15 79/7 96/23
**subordinate [3]**   33/20 34/4 131/11
**Subpart [1]**   137/10
**subsequent [1]**   91/13
**subsequently [1]**   104/2
**subset [3]**   99/20 99/22 100/2
**substance [3]**   113/7 113/9 122/1
**substantial [1]**   135/9
**substantive [1]**   115/17
**substantively [3]**   20/8 112/2 112/8
**succinct [1]**   124/22
**succinctly [1]**   130/16
**such [17]**   9/8 10/19 17/6 21/20 23/24 23/25 26/13 28/8 46/14 47/14 55/25 73/16 89/1 89/13 116/19 120/7 138/1
**sufficient [1]**   81/8
**suggest [4]**   63/7 63/19 63/23 119/16
**suggesting [3]**   99/1 99/6 101/23
**suggestions [1]**   53/12
**suggests [3]**   10/18 88/23 88/24
**Suite [1]**   1/19
**summarize [2]**   124/21 135/16
**summarizing [2]**   126/6 129/2
**summary [8]**   3/6 7/24 14/15 15/12 63/19 112/17 112/22 131/23
**summer [2]**   78/8 117/22
**support [1]**   131/24
**suppose [2]**   73/8 129/6
**supremacist [1]**   26/12
**Supreme [14]**   86/22 86/25 101/5 102/15 102/16 102/17 102/20 103/6 103/15 103/21 110/12 110/22 131/15 138/22
**sure [29]**   5/15 6/4 7/25 12/25 23/12 37/19 39/5 51/15 51/22 52/1 78/3 78/12 78/14 78/16 80/3 91/8 92/14 97/5 100/16 103/13 108/22 111/22

113/19 117/4 118/9 119/10 123/7 125/2 136/8
**surround [1]**   82/12
**surrounding [3]**   36/4 36/21 99/12
**suspect [1]**   55/12
**SUZANNE [5]**   1/7 3/4 4/4 4/7 99/16
**swear [2]**   5/6 5/24
**swig [1]**   46/21
**switching [1]**   39/11
**SWORN [1]**   6/1
**symbol [11]**   51/5 51/16 51/16 51/17 51/18 51/18 52/13 52/14 52/21 53/1 53/20
**symbols [1]**   83/12
**sympathetic [2]**   89/19 89/21
**synonymously [1]**   52/22
**system [3]**   12/21 17/7 74/20
**systems [1]**   23/5

**T**

**table [2]**   36/15 46/17
**tag [19]**   51/5 51/12 51/12 51/13 51/14 51/15 51/20 51/22 52/7 52/7 52/10 52/14 52/18 52/18 52/22 52/22 56/1 57/8 65/2
**tagged [4]**   53/19 56/9 56/15 56/23
**tagging [3]**   52/20 53/9 138/9
**tags [8]**   51/3 51/3 52/1 57/12 57/12 66/2 83/12 138/9
**tail [1]**   93/4
**take [15]**   3/16 4/21 35/14 39/12 40/23 43/6 58/8 62/24 66/16 70/22 77/20 97/8 125/6 125/10 142/24
**taken [7]**   19/15 19/17 30/24 35/18 54/23 106/16 122/21
**takes [5]**   10/18 13/21 15/4 15/5 18/18 28/15 102/6
**taking [3]**   12/21 46/21 115/25
**talk [22]**   20/22 21/22 24/2 28/23 35/24 37/17 37/18 37/20 39/11 41/21 48/18 50/20 59/19 83/15 90/21 98/3 104/4 126/23 128/10 128/12 128/16 138/7
**talked [10]**   15/19 39/4 46/25 60/7 70/16 71/24 75/5 83/11 115/15 135/22
**talking [27]**   20/11 20/24 24/3 28/1 35/22 39/15 40/16 71/3 71/23 85/18 85/20 85/21 89/6 89/6 95/12 102/16 107/23 110/17 111/3 112/2 117/13 135/17 135/18 136/23 138/20 140/20 142/3
**talks [1]**   134/20
**tap [2]**   15/1 22/15
**tapping [4]**   25/3 47/18 69/11 69/14
**target [3]**   52/6 52/12 83/13
**targeting [2]**   58/21 121/12
**taunt [1]**   60/12
**teach [3]**   6/16 6/17 6/17

**technological [2]**   103/8 103/22
**technologies [1]**   103/10
**technology [1]**   28/7
**television [1]**   73/13
**tell [15]**   29/14 30/22 51/13 56/11 59/20 67/19 68/9 70/3 70/13 73/9 83/4 85/5 86/7 113/14 128/20
**telling [1]**   108/3
**tells [2]**   67/21 70/5
**ten [4]**   67/1 118/22 119/1 119/3
**tend [14]**   8/24 10/16 13/14 15/7 16/14 18/12 39/11 40/22 41/9 55/9 70/20 71/5 83/24 84/8
**tendencies [2]**   13/7 41/1
**tends [14]**   22/11 23/13 33/13 41/8 42/5 47/7 55/15 63/7 63/19 63/23 63/24 63/25 71/10 105/17
**terms [20]**   16/10 18/17 36/1 36/1 36/11 39/5 41/13 44/7 44/22 44/23 64/7 68/22 85/23 94/3 118/9 121/9 126/6 139/23 140/2 140/13
**testified [5]**   81/3 81/23 91/2 122/15 124/7
**testifies [1]**   136/6
**testify [13]**   81/6 81/19 95/24 119/23 127/11 129/23 129/24 130/16 135/24 137/22 138/1 139/15 141/6
**testifying [10]**   84/9 84/12 84/13 87/14 97/14 97/20 97/21 114/19 137/9 140/23
**testimony [44]**   3/6 4/20 21/12 21/17 21/21 25/16 35/16 44/21 64/3 81/24 83/21 84/3 84/21 85/16 86/4 87/11 87/12 96/4 101/20 110/6 110/17 111/6 111/16 112/5 112/9 113/5 114/23 115/17 125/7 126/7 126/8 127/3 128/5 129/19 135/15 136/2 137/14 137/25 139/7 139/17 140/9 140/10 141/18 141/19
**text [6]**   51/18 54/3 54/15 74/4 74/15 74/16
**texts [2]**   62/7 62/8
**than [42]**   10/22 16/9 16/19 17/14 17/25 18/23 20/1 20/7 35/11 39/16 44/15 50/3 50/4 50/9 55/2 55/5 62/11 62/16 62/21 65/6 68/18 69/16 73/24 74/21 75/18 88/12 89/12 90/17 94/3 94/12 99/7 102/1 102/19 104/25 108/25 123/10 125/3 128/7 128/9 136/3 136/16 141/1
**thank [13]**   6/6 7/6 7/18 12/14 15/10 35/20 48/16 50/16 80/13 97/7 117/13 142/17 142/17
**that [1167]**
**that rehearsal [1]**   70/3
**that what [1]**   104/19

**T**

**that's [6]**   59/5 92/19 101/1
118/17 120/10 130/13
**the assistance [1]**   109/21
**the internet [1]**   103/9
**the online [1]**   67/17
**theater [8]**   46/13 70/25
71/11 71/13 71/14 71/19
73/22 87/25
**theatrical [1]**   68/25
**their [44]**   9/14 13/1 28/3
28/4 36/20 38/5 38/6 38/20
38/20 39/13 39/14 40/9 41/6
41/11 41/12 41/22 43/8 44/2
47/3 51/23 54/6 57/23 57/25
58/11 59/10 59/10 60/6 60/6
60/12 65/5 65/8 66/9 66/10
66/11 66/18 66/19 70/10 83/4
93/4 93/8 94/25 98/12 105/18
138/8
**their social [1]**   66/11
**them [43]**   5/17 5/18 5/19
5/20 5/21 5/21 5/22 5/22
13/24 15/23 19/25 27/9 31/3
31/3 38/10 45/19 51/12 53/22
56/6 57/8 58/9 61/19 68/17
79/17 88/25 89/23 92/5 92/6
92/7 92/8 94/15 101/3 113/12
113/14 115/18 116/23 117/2
118/16 119/9 119/10 120/22
124/8 130/7
**themes [2]**   73/18 92/1
**themself [1]**   42/25
**themselves [7]**   37/14 38/20
66/5 74/2 80/1 84/8 128/22
**then [40]**   5/2 18/7 21/3
22/13 31/4 36/20 39/22 40/7
42/24 47/12 48/14 51/18 52/8
52/20 55/9 55/14 59/6 62/5
65/16 69/22 70/16 70/17
70/18 77/23 90/2 95/15
114/12 115/24 116/20 116/21
120/6 124/25 125/1 127/14
128/12 128/17 130/16 137/20
140/3 141/8
**theoretical [4]**   8/11 13/13
17/23 17/24
**theory [1]**   19/20
**there [93]**   3/10 3/15 3/18
4/13 8/2 10/18 11/6 11/8
13/7 21/9 22/18 23/2 24/21
28/15 28/24 32/4 34/9 39/23
41/5 43/25 44/3 45/10 46/19
46/20 47/2 47/22 49/18 54/18
56/8 56/22 56/24 56/25 58/21
60/25 61/1 64/16 65/7 66/17
67/6 67/8 68/19 69/3 69/6
70/15 70/16 70/17 70/18
71/17 71/20 74/13 76/24
79/16 82/23 88/17 88/21 89/2
90/6 92/2 93/11 98/16 99/19
99/22 100/1 100/13 100/16
101/1 102/13 102/20 103/25
104/3 106/12 107/20 113/9
117/15 118/21 118/25 119/1
121/10 121/12 121/19 122/5
123/12 125/16 127/13 127/22

**129/14 131/1** 139/7 139/19
140/22 141/12 142/13 142/19
**therefore [3]**   55/11 93/2
139/18
**thereof [1]**   126/1
**Thereupon [2]**   35/18 143/1
**these [53]**   10/25 11/4 11/9
16/10 17/17 18/15 18/19
19/21 20/23 21/22 22/1 22/10
22/24 25/15 28/16 32/20
34/21 37/3 38/23 40/1 46/18
46/23 47/18 57/18 60/18 63/7
67/2 67/2 67/5 67/16 73/25
74/14 81/12 91/13 91/18
94/18 94/19 95/25 101/1
101/15 106/18 110/21 118/19
118/22 120/11 122/15 124/8
128/15 130/7 131/2 131/13
139/1 141/5
**they [182]**
**they do [1]**   66/17
**thing [14]**   18/16 37/1 42/20
59/4 59/9 64/9 65/15 69/13
70/5 70/13 71/5 73/6 107/23
133/17
**things [57]**   7/14 10/25 14/2
15/11 21/2 30/2 36/8 37/5
37/11 37/24 42/14 45/15
46/15 47/15 50/7 51/3 52/21
57/6 58/21 60/13 61/21 66/8
66/19 66/20 68/20 69/2 69/6
69/8 69/15 70/12 75/23 92/3
92/9 101/16 106/22 109/8
111/24 113/1 115/7 117/16
118/6 123/9 125/5 128/15
130/8 130/11 130/23 131/18
134/13 135/5 135/6 138/8
138/9 138/13 138/17 138/17
140/21
**things depending [1]**   36/8
**think [74]**   5/1 5/19 13/10
15/23 18/12 21/7 25/15 25/17
25/17 25/19 25/19 26/4 27/4
28/22 37/2 37/17 37/21 43/7
46/20 47/20 47/23 58/2 59/19
68/14 69/13 71/11 86/23
90/25 92/3 92/15 93/24 95/23
100/1 101/10 104/13 105/1
106/1 106/12 107/14 108/22
109/14 111/8 116/24 119/5
120/20 126/21 126/23 126/25
126/25 128/6 128/10 129/6
130/18 131/5 131/20 132/9
132/16 135/25 136/21 137/23
138/14 138/25 139/11 140/1
140/7 140/11 140/19 140/20
140/22 141/6 141/6 141/22
141/22 141/24
**thinks [1]**   132/19
**third [2]**   49/4 53/7
**this [193]**
**Thomas [6]**   23/24 24/14 24/25
25/6 26/6 28/24
**those [117]**   7/14 8/16 8/17
8/19 9/2 9/15 11/10 13/8
15/8 15/19 16/2 16/17 16/22
18/5 20/21 21/5 22/6 22/8
22/13 23/6 24/11 24/11 27/3

27/10 29/14 32/25 34/17 35/2
36/3 36/8 37/10 38/9 39/19
40/8 40/12 42/5 42/14 43/25
44/4 46/5 46/15 46/22 47/7
47/9 47/21 47/24 49/7 49/13
50/24 52/19 52/21 54/16
56/23 57/4 57/5 57/15 57/20
59/14 61/21 62/1 62/2 62/2
64/15 65/16 67/15 68/17
68/23 71/2 71/3 71/7 72/5
73/23 79/8 79/23 80/6 81/18
84/9 90/3 90/18 91/23 95/14
95/19 96/24 98/18 99/11
99/14 101/3 101/6 101/19
102/4 107/9 107/15 107/16
107/18 109/16 109/16 111/3
112/1 115/7 117/24 118/6
118/11 119/9 120/13 122/13
130/11 130/23 134/22 135/5
135/6 135/19 135/24 136/1
138/9 138/12 141/9 142/10
**though [3]**   91/16 125/5
128/12
**thought [6]**   51/10 64/16 90/4
90/8 90/12 90/16
**thousands [1]**   119/13
**threat [141]**   16/3 20/15
20/16 21/2 21/4 21/8 21/11
21/15 21/16 21/23 32/3 36/1
37/21 42/2 42/25 43/2 44/24
44/25 45/11 47/21 47/23
50/22 58/22 71/19 74/2 83/3
83/7 83/9 83/22 84/1 84/5
84/23 85/9 85/11 85/12 86/2
86/3 86/8 86/10 86/10 86/13
87/6 87/7 87/8 87/10 88/3
90/13 92/10 94/14 94/15
95/18 96/9 96/17 97/22 97/24
98/1 98/4 98/6 99/8 99/21
99/23 99/24 100/2 100/3
100/7 100/7 100/14 100/18
101/25 102/3 104/11 104/24
104/25 107/1 107/6 107/19
108/12 109/11 110/8 113/18
114/6 114/17 115/3 115/9
115/10 115/21 116/10 116/23
120/14 120/21 121/10 121/15
121/19 124/1 126/9 126/9
126/15 126/18 127/1 127/4
127/6 127/10 127/12 127/13
127/13 127/15 127/17 127/18
127/23 128/1 128/1 128/6
128/6 128/7 128/8 128/9
128/12 128/13 128/24 128/24
129/3 129/4 129/9 129/12
129/16 129/17 130/3 130/14
130/18 133/1 133/1 133/13
134/1 134/24 135/18 137/1
139/17 141/20 142/2 142/4
142/6
**threatening [15]**   20/21 34/1
42/12 44/14 45/23 64/22 84/6
84/7 96/10 100/4 100/4
121/17 128/17 128/17 142/5
**threatens [1]**   89/7
**threats [27]**   8/3 15/25 16/1
16/13 16/16 18/8 26/24 27/4
27/11 45/6 74/6 93/14 99/4

## T

**threats... [14]** 101/11
110/18 121/4 122/1 122/3
128/18 128/21 130/3 130/5
130/5 130/6 134/22 141/8
142/4
**three [10]** 20/3 21/9 21/10
49/14 50/17 69/18 69/25
112/10 115/16 117/4
**through [39]** 9/6 10/23 14/5
15/17 16/21 18/9 19/5 34/2
34/16 34/21 34/25 38/22
61/25 66/18 66/22 70/5 72/21
73/1 74/20 76/12 78/21 78/22
78/23 81/11 89/13 97/19
98/18 99/3 102/2 106/11
113/14 114/3 114/14 115/18
115/25 130/25 131/4 131/4
131/6
**thrust [2]** 114/18 136/4
**Thursday [1]** 142/9
**Thus [1]** 103/7
**ties [1]** 45/16
**TikTok [40]** 9/13 18/24 20/4
28/21 38/15 53/1 56/8 56/9
57/24 59/4 59/13 60/1 62/15
70/16 75/8 75/17 76/4 76/4
76/7 76/9 76/11 76/19 76/22
77/4 77/6 78/2 79/7 79/11
80/4 80/7 89/3 89/6 108/23
117/3 117/20 119/6 119/7
119/8 119/13 119/15
**TikTok's [1]** 57/25
**time [44]** 4/14 7/15 9/18
12/5 14/7 16/23 25/2 25/2
25/9 26/20 27/15 28/7 30/9
31/7 33/5 57/8 57/8 61/8
62/24 71/21 74/13 74/22
77/21 81/21 82/21 90/1 91/14
109/16 109/17 110/15 112/7
115/17 116/5 116/8 117/2
117/5 119/7 123/13 131/25
132/12 137/16 141/10 141/12
142/17
**timeframe [2]** 91/12 96/24
**times [8]** 7/5 24/18 28/16
40/17 43/11 111/19 116/15
116/17
**times that [1]** 40/17
**tip [3]** 63/12 63/15 130/10
**title [5]** 6/11 7/2 12/18
16/2 67/8
**titled [1]** 38/16
**today [33]** 23/21 23/25 26/17
39/16 39/16 50/3 50/4 50/10
50/11 81/1 81/25 82/5 83/21
85/18 114/20 114/20 114/21
114/23 115/12 115/15 116/22
117/6 117/8 123/9 124/19
124/24 128/10 129/15 129/19
129/21 131/22 139/7 142/20
**today's [1]** 96/25
**told [2]** 113/12 115/14
**tolerance [1]** 28/11
**tolerant [3]** 41/10 41/25
42/1
**tolerate [3]** 41/21 43/21

43/22
**tolerated [3]** 24/8 41/15
50/8
**tolerates [1]** 24/6
**tone [3]** 104/7 108/8 141/3
**too [2]** 80/23 136/22
**took [11]** 8/7 11/21 22/7
22/13 26/22 37/23 61/11
63/11 83/9 102/6 117/5
**top [2]** 103/7 103/13
**topic [2]** 19/11 20/23
**total [3]** 88/18 111/24 112/7
**toward [5]** 33/16 53/14 67/7
73/19 92/11
**towards [1]** 52/23
**town [8]** 27/24 27/25 28/5
28/9 28/12 28/14 28/21 45/10
**track [2]** 76/21 76/22
**tracks [1]** 43/18
**tradition [5]** 23/14 23/23
24/13 26/5 72/13
**traditional [7]** 9/22 16/4
16/14 17/6 17/12 17/14
121/11
**traditions [4]** 9/1 9/2 9/3
17/24
**training [6]** 8/7 18/25 21/1
21/3 21/6 81/9
**trainings [1]** 8/15
**transcript [1]** 143/3
**transgression [1]** 43/5
**transgressive [3]** 42/4 42/12
42/18
**transparency [1]** 6/14
**trappings [1]** 135/7
**treat [1]** 103/9
**treated [1]** 102/18
**treats [1]** 102/9
**tree [1]** 25/1
**trends [1]** 41/5
**Trent [2]** 44/3 44/4
**trial [22]** 26/19 26/20 26/21
26/22 26/23 27/1 48/6 48/7
48/8 48/10 48/15 106/5
110/13 110/20 110/21 110/23
111/1 111/17 123/2 123/5
129/20 142/3
**tried [2]** 74/5 122/24
**trouble [2]** 61/17 100/3
**troupe [1]** 73/10
**true [117]** 8/3 15/24 16/1
16/3 16/13 16/16 21/3 21/8
21/10 21/15 21/16 21/23 27/4
27/11 32/3 45/14 47/23 71/19
74/2 83/22 84/1 84/5 85/9
85/10 85/11 86/2 86/3 86/8
86/10 86/13 87/5 87/7 87/10
88/3 91/16 93/14 95/18 96/7
96/9 96/17 97/17 97/22 97/24
98/1 98/4 98/6 99/24 100/2
100/3 100/7 100/14 101/11
101/25 102/3 104/11 104/24
104/25 105/15 106/19 107/1
107/6 107/19 108/22 108/23
113/17 114/6 114/17 115/3
115/8 115/10 115/21 116/10
119/6 119/13 121/14 122/1
122/3 126/9 126/15 126/18

127/1 127/4 127/6 127/10
127/12 127/12 127/13 127/15
127/17 127/18 127/23 128/1
128/1 128/7 128/9 128/12
128/18 128/24 129/3 129/4
129/9 129/12 129/16 129/17
130/5 130/14 130/18 133/1
133/13 133/25 134/24 135/18
137/1 139/17 141/20 142/2
142/6
**truly [1]** 45/7
**Trump [8]** 26/25 29/24 37/9
52/18 70/8 70/22 92/2 106/14
**Trump's [2]** 26/18 106/4
**truth [1]** 55/2 55/2
**try [4]** 22/23 41/20 58/6
58/11
**trying [9]** 5/7 10/25 44/2
95/23 112/18 114/22 114/24
118/7 139/2
**Tube [1]** 9/13
**turn [5]** 4/24 35/16 65/13
119/18 131/21
**turned [2]** 42/9 53/23
**turns [2]** 22/5 34/17
**Twitter [2]** 30/7 56/6
**two [26]** 6/14 9/17 14/2
14/15 16/2 16/10 17/11 20/7
32/4 32/14 49/4 52/21 62/19
69/18 79/9 85/9 125/5 127/4
127/9 127/17 129/6 133/20
141/13 141/14 142/16 142/16
**two-fold [1]** 6/14
**type [4]** 18/16 102/10 106/6
107/5
**typed [1]** 53/13
**types [4]** 8/25 46/15 46/23
136/24
**typically [2]** 13/9 89/18
**typing [1]** 53/14
**typographical [1]** 113/10
**tyranny [5]** 25/8 28/24 29/1
29/1 31/13
**tyrants [1]** 25/3

## U

**U.S [1]** 10/9
**U.S.C [2]** 74/6 126/15
**Uh [6]** 41/24 89/20 89/23
90/11 100/20 108/1
**Uh-hum [6]** 41/24 89/20 89/23
90/11 100/20 108/1
**ultimate [23]** 22/22 84/1
84/10 99/12 126/24 126/25
132/25 133/9 133/11 133/14
133/24 135/9 136/5 136/6
136/15 136/17 136/25 137/6
137/7 137/14 137/15 137/22
141/17
**ultimately [2]** 14/17 132/25
**Um [3]** 46/9 112/17 112/18
**Um-m-m [3]** 46/9 112/17
112/18
**unborn [1]** 47/6
**UNC [2]** 8/7 11/19
**uncommon [1]** 56/17
**under [19]** 13/21 21/13 84/22
85/6 86/10 87/8 91/17 99/9

**U**

**under... [11]** 100/7 100/18 103/19 104/1 107/24 109/11 109/25 125/17 126/18 127/23 134/8

**undercover [2]** 45/1 45/7

**undergraduate [1]** 6/18

**underlying [1]** 22/20

**undermine [1]** 133/5

**understand [25]** 10/16 14/22 18/10 37/2 41/22 47/9 61/11 69/10 84/13 84/21 87/20 93/19 96/5 101/20 107/4 109/6 109/21 118/7 125/2 127/20 132/8 135/15 135/17 136/4 136/8

**understandable [1]** 34/25

**understanding [31]** 18/13 39/7 39/8 39/19 56/5 59/9 59/24 60/3 60/3 61/3 61/6 61/14 64/10 64/10 67/10 85/5 85/13 85/15 86/8 86/12 87/5 91/4 91/8 91/10 95/15 109/7 109/20 114/9 116/2 118/10 124/4

**understands [1]** 138/12

**understood [1]** 42/5

**unfamiliar [1]** 47/10

**UNITED [27]** 1/1 1/4 1/11 1/15 3/3 4/2 8/1 15/18 19/4 23/14 23/17 24/5 24/13 26/9 29/7 29/13 29/24 43/12 52/8 67/14 73/14 73/20 74/10 107/25 108/3 110/12 120/1

**universal [1]** 55/2

**universally [3]** 91/23 91/24 92/11

**University [6]** 6/11 6/12 6/21 6/22 6/23 12/20

**unless [8]** 5/22 34/25 36/23 48/7 53/23 77/3 123/12 124/15

**unprotected [1]** 49/14

**unquote [1]** 93/22

**until [3]** 4/18 118/12 118/16

**unusual [2]** 93/5 93/6

**up [16]** 9/17 27/24 29/7 33/6 53/15 58/25 70/23 77/15 79/15 96/1 97/1 103/12 110/11 119/18 123/7 142/14

**upheld [1]** 104/2

**upon [7]** 3/17 10/8 57/24 91/11 103/9 130/7 133/8

**upward [1]** 110/22

**us [24]** 5/6 5/14 7/23 14/14 15/12 28/7 29/14 30/22 33/19 41/6 43/23 49/1 50/20 51/13 56/11 59/20 73/9 90/16 92/14 97/19 105/12 115/14 117/6 135/20

**use [44]** 8/24 8/24 11/8 13/16 17/16 23/21 27/15 31/5 35/1 42/14 48/4 48/6 48/7 48/10 48/11 48/13 48/14 48/15 48/23 51/5 51/18 51/22 52/9 53/1 57/8 57/12 57/14 66/9 75/20 75/22 76/4 76/12

83/12 87/24 101/17 105/10 105/14 105/16 105/22 124/16 127/13 133/9 138/3 141/1

**used [37]** 24/6 24/23 25/21 26/9 27/12 29/10 32/7 36/6 37/7 46/3 46/3 46/16 47/17 48/20 49/2 50/2 50/9 50/10 50/11 50/14 50/19 51/12 52/2 52/12 53/20 58/23 71/11 71/12 72/5 74/4 74/7 74/10 76/15 120/4 129/4 129/5 138/6

**used to [1]** 26/9

**useful [3]** 61/22 61/24 61/25

**user [18]** 18/24 51/6 53/2 53/6 53/13 53/17 53/20 54/6 57/2 58/2 58/2 59/15 65/25 66/1 66/5 76/17 76/19 77/2

**user's [1]** 52/16

**users [16]** 51/1 51/21 51/21 52/3 53/7 54/7 56/16 58/1 58/10 58/10 58/12 62/5 67/4 70/11 76/7 76/11

**users' [1]** 67/7

**uses [4]** 17/8 40/8 73/22 75/13

**using [18]** 11/7 15/8 16/19 17/6 40/19 41/2 41/6 49/12 51/15 51/22 52/4 52/5 52/20 52/22 65/8 69/16 89/16 106/1

**usually [4]** 8/18 51/24 54/5 101/15

**uttered [8]** 30/4 31/2 31/2 34/10 36/14 37/6 38/25 42/12

**uttering [1]** 35/3

---

**V**

**vaccination [1]** 29/17

**value [1]** 92/9

**variety [1]** 134/7

**various [6]** 3/16 18/10 25/20 56/4 57/1 72/4

**varying [1]** 111/25

**vastly [1]** 125/3

**veer [1]** 26/15

**vehemently [1]** 43/11

**venue [4]** 113/14 114/3 114/14 115/18

**venues [1]** 26/23

**verbatim [4]** 113/9 114/8 114/9 114/10

**version [3]** 20/1 54/12 69/19

**versions [3]** 54/14 69/25 76/25

**versus [15]** 3/3 9/18 10/11 34/3 38/8 43/20 43/21 49/2 49/5 66/16 86/15 123/23 124/6 131/4 141/3

**very [33]** 13/10 21/12 23/2 28/17 29/2 29/9 30/21 35/14 39/16 43/10 43/18 45/8 47/9 53/18 62/11 67/17 68/3 68/20 70/14 70/20 75/16 77/4 82/5 91/6 92/10 94/5 95/7 98/21 104/15 107/2 110/7 110/13 134/13

**veteran [1]** 44/6

**via [3]** 5/16 41/17 112/14

**video [106]** 20/2 20/3 20/5 20/5 20/23 21/8 30/19 30/21 30/22 30/24 31/8 31/17 31/25 32/4 32/15 32/17 33/5 33/6 35/16 37/7 37/11 46/19 56/10 57/13 57/22 57/23 57/24 67/8 67/8 67/9 68/6 68/12 69/19 69/23 70/1 70/3 70/18 70/21 71/13 71/14 73/7 73/9 73/12 73/17 73/21 73/25 74/4 74/7 75/9 75/9 75/11 76/6 76/22 76/23 76/25 77/3 78/2 78/11 79/7 79/7 79/8 79/11 79/20 80/4 80/5 80/7 80/9 82/7 83/2 83/6 84/4 88/3 92/15 99/5 99/7 100/17 104/4 104/5 104/7 105/3 105/7 105/13 105/21 106/2 106/5 106/5 106/13 107/17 108/5 108/9 108/12 108/18 108/25 109/1 109/10 116/14 117/3 117/4 117/5 117/20 122/9 126/14 132/22 135/1 136/16 137/2

**videos [73]** 13/4 13/8 13/22 13/24 19/23 20/1 20/3 20/8 20/12 20/15 20/18 20/23 21/9 21/10 21/22 22/2 22/10 26/21 32/2 32/6 32/14 38/14 38/14 46/20 47/23 47/25 48/11 56/13 57/11 57/18 58/1 58/6 59/5 60/4 60/5 60/15 60/18 63/13 66/16 66/16 66/17 66/23 67/1 67/2 67/2 67/5 67/6 67/16 67/24 68/5 68/12 68/16 68/20 68/22 69/20 70/14 72/22 75/6 75/16 75/18 76/8 76/16 77/7 79/9 80/1 107/9 116/24 116/25 118/4 118/4 118/5 126/14 135/21

**Vietnam [2]** 45/3 49/10

**view [17]** 17/20 32/2 40/11 42/2 42/25 43/1 43/3 63/18 95/3 99/20 99/23 100/2 100/14 130/2 132/9 132/11 136/7

**viewed [17]** 21/16 51/19 57/22 65/6 83/6 85/11 100/17 108/18 124/11 124/11 127/15 128/8 129/12 129/18 130/1 130/3 134/7

**viewpoint [3]** 25/5 26/16 32/8

**viewpoints [3]** 13/17 26/10 71/6

**views [7]** 63/6 63/8 101/14 104/23 105/13 123/9 128/6

**violating [1]** 42/18

**violation [2]** 74/6 84/23

**violations [1]** 60/12

**violence [20]** 13/16 14/5 23/13 23/21 24/3 26/15 27/4 41/3 41/6 41/14 41/22 64/7 64/18 65/4 65/8 73/19 86/16 106/7 106/21 122/4

**violent [23]** 13/18 13/25 15/14 17/21 23/16 23/18 23/21 24/4 24/6 24/8 24/23 25/4 26/5 26/9 26/25 27/12

**V**

**violent... [7]**   41/10 41/25
44/7 65/5 131/3 131/17
138/16
**Virginia [1]**   86/15
**virtual [1]**   99/16
**virtually [1]**   53/24
**virtue [1]**   21/5
**visible [1]**   89/5
**visit [1]**   58/10
**visually [1]**   20/7
**visuals [1]**   74/15
**voice [1]**   108/8
**void [1]**   55/17
**volume [1]**   121/9
**vying [1]**   29/6

**W**

**wait [1]**   97/8
**waiting [1]**   97/10
**walk [1]**   44/10
**walking [1]**   34/25
**wall [5]**   60/20 61/21 62/18
124/7 130/9
**want [33]**   4/13 4/14 4/15 5/6
25/12 48/1 49/17 58/13 58/13
58/15 76/20 77/14 78/3 78/11
79/4 79/11 103/2 108/2
112/18 113/12 114/1 114/12
114/23 123/7 124/20 125/2
126/10 135/14 141/13 142/15
142/15 142/17 142/19
**wanted [3]**   20/22 28/2 77/20
**wants [7]**   4/21 48/4 53/13
54/9 58/2 78/13 130/9
**War [2]**   45/3 49/10
**warped [1]**   95/3
**warranted [1]**   132/9
**was [146]**
**wasn't [4]**   78/14 94/14
118/24 132/2
**watched [1]**   26/20
**watching [2]**   13/23 39/17
**Watts [7]**   39/4 44/22 44/22
44/23 45/1 95/25 128/16
**Watts' [1]**   45/4
**way [80]**   10/7 10/15 13/15
15/1 16/14 20/21 22/11 23/8
23/19 23/23 23/24 24/12 29/7
38/25 39/11 40/20 40/22
42/15 42/18 43/4 43/8 43/14
43/20 44/20 47/5 50/2 50/6
51/15 51/17 51/21 51/24
52/11 52/12 52/13 53/4 53/6
53/17 57/16 60/2 61/23 61/25
63/17 67/5 67/10 68/15 68/17
69/11 69/11 70/10 70/19
70/24 73/21 74/17 74/19
76/17 77/6 79/11 83/20 84/8
84/17 91/19 92/9 93/6 93/17
94/3 94/22 95/8 96/14 96/24
98/16 98/17 105/25 110/11
114/23 121/21 130/1 132/4
132/17 133/4 135/17
**ways [40]**   9/5 13/14 13/18
14/18 14/20 14/25 15/6 15/8
18/11 22/15 23/4 23/12 23/15
28/10 32/14 33/4 37/12 38/9
39/10 39/19 42/16 47/19
50/25 51/3 51/11 54/10 54/16
58/17 63/23 64/9 65/19 66/6
66/13 66/15 71/1 76/10 94/4
97/17 101/18 141/5
**we [140]**   3/5 3/22 4/6 4/18
4/19 4/19 5/2 10/24 12/10
13/7 15/19 17/7 20/10 20/11
20/11 20/23 21/22 23/20 24/2
25/17 27/15 27/24 28/17 29/5
29/12 35/13 35/14 35/17
35/19 36/21 37/17 37/17
37/22 39/11 39/25 40/10
40/14 41/16 41/17 44/22
44/25 45/5 45/9 45/9 46/9
46/9 46/25 47/22 48/19 48/22
48/22 53/8 59/19 60/2 60/7
60/7 60/16 61/5 61/12 62/13
62/16 62/18 62/21 64/2 66/1
66/1 68/9 68/10 69/25 70/13
70/15 71/7 71/21 71/23 71/24
73/7 75/5 77/22 78/6 78/16
78/19 79/16 81/1 81/15 82/9
83/20 84/25 86/1 90/17 95/25
97/10 97/20 97/24 98/3 99/19
99/21 100/10 100/12 100/12
101/3 109/8 110/17 111/14
119/6 119/14 120/23 122/4
123/2 124/1 124/9 124/24
125/15 125/17 125/18 126/23
127/22 128/6 128/18 130/8
130/24 131/3 131/12 132/11
135/15 135/17 135/18 136/12
137/16 138/5 138/12 138/18
139/12 139/13 140/19 141/3
141/11 141/25 142/7 142/8
142/19
**we'd [1]**   137/25
**We'll [1]**   96/21
**We're [1]**   35/24
**weapons [1]**   35/6
**wearing [1]**   49/9
**web [1]**   9/14
**week [1]**   63/13
**weeks [6]**   61/10 62/16 62/19
63/10 117/7 118/18
**weighed [1]**   22/21
**weight [1]**   140/14
**well [51]**   3/10 3/20 4/5 4/17
5/21 7/6 8/1 9/22 10/5 10/13
13/13 17/23 19/1 19/16 19/20
21/1 22/2 26/13 26/14 26/23
28/13 32/19 36/6 39/3 39/19
41/18 42/19 43/14 44/23
46/17 47/10 49/20 50/14 58/9
59/11 59/11 59/22 73/12
73/23 74/19 79/2 83/12 87/1
102/8 121/23 121/24 122/10
127/5 128/14 129/6 135/21
**Wendy [3]**   29/15 30/5 30/7
**went [4]**   13/9 100/12 102/2
106/24
**were [54]**   13/4 15/23 17/3
26/21 34/11 39/1 44/16 52/8
52/17 56/22 57/22 59/13
60/17 60/18 60/20 60/24 61/1
61/5 61/12 62/3 63/13 70/22
73/3 74/15 77/3 79/9 80/11
82/23 87/24 90/19 90/24
92/11 94/2 94/20 106/14
111/14 112/1 117/19 117/20
117/21 118/14 118/15 118/20
119/22 122/22 123/10 124/8
126/14 127/16 129/3 134/21
135/15 135/24 139/15
**weren't [3]**   72/10 112/2
118/16
**WEST [4]**   1/2 1/7 1/20 1/23
**what [172]**
**whatever [7]**   4/15 48/7 55/15
79/13 89/11 107/22 110/23
**when [79]**   10/11 10/11 11/11
18/2 18/3 18/6 21/22 22/13
22/21 24/2 28/1 28/2 33/17
35/22 38/3 39/1 39/22 42/12
44/18 46/22 48/20 48/25 49/1
49/2 49/24 52/25 53/19 53/20
55/8 57/18 58/21 60/5 60/15
62/14 63/6 63/10 65/6 66/17
69/2 70/6 70/10 70/21 73/18
81/7 88/19 89/4 94/19 98/3
100/17 101/10 105/19 106/14
106/20 114/14 115/22 116/11
116/17 117/7 117/19 118/14
121/15 123/22 125/18 126/23
127/24 128/16 128/23 130/5
130/5 130/7 130/7 130/8
130/9 136/23 139/2 141/2
141/3 141/8 141/8
**where [40]**   9/9 10/18 29/10
32/13 34/11 40/1 42/9 42/9
46/9 46/20 54/6 57/18 57/25
58/6 59/6 65/4 67/11 70/15
73/10 74/7 75/12 76/7 89/7
98/15 102/5 102/14 106/13
112/24 116/20 119/11 119/22
120/14 120/21 120/23 121/8
121/19 129/16 129/17 129/18
142/3
**whereas [2]**   17/7 45/7
**wherein [1]**   106/5
**Whereupon [12]**   7/21 12/13
14/11 17/3 26/1 27/21 30/15
31/21 73/3 75/2 80/11 126/5
**wherever [1]**   62/15
**whether [55]**   15/4 23/8 33/21
33/25 35/23 52/25 54/17
54/17 55/24 56/1 58/18 64/12
68/6 74/2 82/11 84/4 90/3
93/6 95/18 96/6 96/18 97/11
98/6 98/19 98/23 99/8 107/10
109/10 118/20 119/11 120/9
121/1 121/19 123/2 123/25
127/16 128/17 129/8 129/11
129/24 129/25 133/1 133/12
133/13 134/19 134/21 134/21
134/23 136/22 137/11 137/20
139/13 139/23 142/2 142/5
**which [78]**   3/7 11/21 14/14
14/20 14/25 15/4 20/9 21/14
22/6 22/14 22/15 23/4 23/20
24/25 32/5 33/4 34/20 36/14
36/25 37/6 38/9 48/14 48/15
49/6 49/23 50/17 51/16 53/8
59/18 59/19 60/2 60/11 63/24

**W**

**which... [45]**   64/5 66/15
66/16 66/23 72/14 73/7 76/15
78/7 80/9 80/10 83/13 88/15
90/6 94/4 94/24 98/3 102/20
103/4 103/9 103/15 104/1
108/9 109/23 111/8 111/11
113/3 113/15 114/3 114/15
115/17 115/18 116/18 116/19
122/5 125/7 125/22 130/18
131/6 131/16 133/8 137/1
137/5 140/8 141/7 141/16
**while [6]**   12/21 68/23 77/18
79/16 97/10 125/17
**white [1]**   26/12
**Whitest [1]**   73/11
**who [70]**   3/21 4/4 4/16 11/7
11/8 15/14 15/16 30/1 33/14
38/3 38/4 38/12 38/19 38/24
39/7 39/15 41/25 42/6 42/25
43/10 44/1 44/10 44/23 44/24
44/25 45/7 47/9 50/25 54/20
55/13 57/21 57/23 57/24
58/25 59/3 59/10 60/4 60/4
60/8 60/14 64/1 64/18 65/13
68/10 68/18 74/4 83/2 83/6
83/9 89/18 90/19 91/18 92/13
93/12 95/19 98/16 99/22
100/2 100/17 104/23 105/13
107/21 108/18 121/16 124/8
131/4 138/23 140/24 140/24
141/1
**whom [3]**   24/1 41/12 93/5
**whomever [1]**   38/23
**why [24]**   4/24 27/25 37/20
39/2 47/22 63/22 71/18 71/19
76/24 77/6 78/16 79/6 94/14
94/15 97/22 100/20 100/25
101/1 115/11 115/11 126/21
130/18 133/23 139/14
**wife [4]**   65/3 74/10 74/13
77/15
**will [53]**   3/16 5/1 10/24
20/10 21/12 21/20 25/24
34/15 34/15 35/14 35/15
35/16 35/17 44/2 44/7 48/2
48/14 51/19 53/11 58/1 58/15
58/18 59/19 77/20 78/12
79/15 79/23 85/25 94/16 95/4
97/3 97/7 97/8 101/3 105/6
113/16 114/4 114/16 115/19
122/22 123/14 124/17 125/1
125/1 125/10 128/18 131/23
132/14 134/12 135/16 135/19
140/7 140/9
**will learn [1]**   95/4
**William [1]**   24/16
**wind [1]**   96/1
**wing [5]**   33/14 33/16 67/24
68/3 93/13
**wishing [1]**   70/21
**withdraw [1]**   87/2
**within [14]**   11/4 11/25 15/20
54/5 54/7 58/10 62/19 72/6
91/24 118/17 120/18 135/1
138/10 138/11
**without [24]**   7/19 12/9 12/12

14/10 17/24 40/5 40/19 44/18
51/12 72/16 73/1 74/14 74/15
79/19 80/10 106/11 108/25
109/6 116/6 116/12 116/13
117/4 122/13 126/3
**witness [14]**   4/7 4/16 5/6
6/1 97/3 121/1 123/5 131/6
132/3 132/23 133/8 133/14
133/17 136/22
**witness' [1]**   127/23
**women [1]**   44/10
**won't [2]**   27/17 66/8
**word [24]**   32/6 32/10 35/22
38/25 48/3 48/4 48/10 48/11
48/15 48/19 48/20 48/23
49/12 50/5 51/12 52/4 52/5
66/11 89/17 105/12 105/14
105/16 105/22 120/12
**words [30]**   11/13 22/5 31/3
34/12 35/12 36/7 36/8 37/23
39/20 39/22 40/20 46/3 46/14
49/8 50/7 65/20 71/11 71/12
73/24 74/2 74/7 74/9 74/10
74/14 94/4 113/21 113/21
114/12 123/24 126/12
**work [26]**   9/5 9/6 9/23 10/5
13/1 14/15 17/14 17/23 17/24
19/6 32/21 34/6 34/8 44/1
47/5 47/10 52/14 54/25 55/24
70/6 75/20 81/14 98/17
101/13 111/9 133/5
**worked [3]**   12/20 32/2 72/2
**working [1]**   81/12
**works [4]**   11/12 51/13 84/17
92/15
**world [7]**   45/18 45/19 55/7
66/6 109/14 109/15 119/2
**would [202]**
**would elevate [1]**   122/9
**wouldn't [1]**   85/3
**wound [1]**   137/18
**Wounds [1]**   11/13
**write [3]**   96/16 103/11
112/15
**writes [1]**   95/2
**written [2]**   103/5 113/25
**wrote [8]**   92/14 93/21 96/8
96/12 97/11 103/7 103/14
103/16

**Y**

**yeah [1]**   111/13
**year [3]**   81/7 103/5 118/12
**years [7]**   14/15 17/18 26/7
33/5 81/15 81/18 110/4
**yelling [1]**   55/18
**yes [163]**
**yet [2]**   33/10 138/16
**you [547]**
**You're [1]**   93/21
**you've [1]**   107/14
**your [114]**   3/2 4/1 4/3 4/12
6/2 6/3 7/4 7/12 7/12 7/13
7/18 7/23 7/24 8/4 8/5 11/2
11/2 11/4 11/13 11/25 12/23
14/13 14/15 15/12 15/13
15/20 16/12 17/5 17/9 17/10
17/19 18/20 18/22 18/23 19/7

19/9 19/11 21/22 25/23 26/4
32/2 35/16 40/17 43/9 43/15
48/12 49/23 51/16 54/17
55/24 58/8 59/7 59/8 61/3
65/10 66/6 67/5 67/20 72/6
72/20 75/9 78/18 78/25 80/16
81/3 81/24 83/20 84/3 84/21
85/5 85/13 85/16 86/4 86/7
86/12 87/5 87/11 87/24 88/7
88/14 89/8 91/4 91/8 95/15
103/4 103/11 104/21 107/1
108/24 112/5 112/8 112/15
112/16 114/14 114/23 115/17
117/8 118/10 118/14 118/25
120/7 121/4 123/4 123/8
124/9 131/23 131/24 132/1
132/5 132/10 132/11 136/4
142/17 142/22
**yours [1]**   103/17
**yourself [7]**   9/21 40/25 64/5
109/24 111/6 132/3 142/18

**Z**

**Zoom [6]**   1/10 3/22 4/5 5/16
91/6 112/14