```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                    WEST PALM BEACH DIVISION

 3                CASE NO. 21-CR-80039-ROSENBERG

 4
     UNITED STATES OF AMERICA,      .
 5                                  .
     Plaintiff,                     .
 6                                  .
          vs.                       .
 7                                  .
     SUZANNE ELLEN KAYE,            .  West Palm Beach, FL
 8                                  .  March 21, 2022
 9   Defendant.                     .

10
                     STATUS CONFERENCE (By Zoom)
11          BEFORE THE HONORABLE ROBIN L. ROSENBERG
                  UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14
     FOR THE PLAINTIFF:        MARK DISPOTO
15                             United States Attorney's Office
                               500 E Broward Boulevard
16                             7th Floor
                               Fort Lauderdale, FL 33301
17                             561-820-8711

18   FOR THE DEFENDANT:        KRISTY MILITELLO, ESQ.
                               Federal Public Defenders Office
19                             450 S. Australian Avenue
                               Suite 500
20                             West Palm Beach, FL 33401
                               561-833-6288
21

22   Official Court Reporter:  Pauline A. Stipes
                               HON. ROBIN L. ROSENBERG
23                             West Palm Beach/Ft. Pierce, Fl
                               561-820-8711
24

25
```

1          THE COURT:  All right.  United States of America

2     versus Suzanne Kaye, Case Number 21-CR-80039, we are appearing

3     by Zoom in light of the COVID pandemic.

4          Let's have counsel state their appearance for the

5     record.

6          MR. DISPOTO:  Mark Dispoto for the Government, your

7     Honor.

8          MS. MILITELLO:  Kristy Militello for Ms. Kaye.  Can

9     you hear us?

10         THE COURT:  Yes.  Okay, I originally scheduled the

11    status conference to go over the motion that was made on the

12    telephone call that was meant as a scheduling call for the

13    Daubert hearing last week where Mr. Dispoto brought up a

14    mention of a superseding indictment.

15         Mr. Dispoto said on the telephone call which was to

16    set up to schedule for the Daubert hearing, it came up that

17    there was going to be some activity this past Thursday

18    regarding seeking to supersede, if not in West Palm, Fort

19    Lauderdale or Miami, to which the Court subsequently received

20    an email that there is no superseding indictment on Thursday.

21         I indicated at the Daubert hearing that if any counsel

22    felt there was anything more you needed to add with respect to

23    the Daubert hearing and the witness' testimony and argument

24    they would be given an opportunity to make it afterwards.

25         I think I gave you ample opportunity, I think I

1    mentioned that if there is anything more you needed to say I

2    would leave this occasion to allow you to do that.

3         Let me start with that part of the status conference.

4    Does either party have anything more you want to tell the Court

5    by way of argument with respect to the Government's motion to

6    exclude the expert, I believe his name was Dr. Fuller?

7         MR. DISPOTO:  Judge, if the Court would allow, I would

8    like to be heard, you know, further on that matter.

9         THE COURT:  How much further?  How much time do you

10   need?

11        MR. DISPOTO:  Well, ideally five to ten minutes.

12        THE COURT:  Okay.  How about you, Ms. Militello?

13        MS. MILITELLO:  I did not anticipate making any

14   additional argument today.  I don't know what the Government's

15   response would be.

16        THE COURT:  Five to ten minutes is not more than

17   necessary.  You may proceed.

18        MR. DISPOTO:  In thinking about the issues over the

19   weekend, I think it is important to sort of, you know, fragment

20   the issues so that it is clear as to what exactly Defense is

21   seeking to do and what the Court will allow.

22        I think the best way to start is to simply remind the

23   Court, as I know the Court already knows, that the expert

24   cannot define the scope of the First Amendment or draw the line

25   between political speech and true threats.  Those are legal

1   questions that belong to the Court alone, and I know I cited

2   some case law in that regard.

3        But another case I found over the weekend is

4   Commodores versus McClary, 879 F.3d 1114, an 11th Circuit case,

5   2018, where the Court indicates questions of law are not

6   subject to expert testimony.

7        So, the first problem with Dr. Brooks' (sic) testimony

8   is that it is fueled with efforts on his part to opine

9   regarding whether Ms. Kaye's video constitutes a true threat.

10  Even if the Court were to preclude Dr. Brooks from explicitly

11  articulating that opinion, it is still clear from his

12  descriptions of the contextual factors --

13       *THE COURT:*  His name is Dr. Fuller, so the record is

14  clear.

15       *MR. DISPOTO:*  Sorry, Judge, correct, Dr. Brooks

16  Fuller.

17       His testimony clearly indicates that he has an opinion

18  in that regard, and when he describes the contextual factors,

19  it is clear he is of the opinion that those contextual factors

20  lend him to believe that this was political speech and not a

21  true threat.

22       So, right off the bat there is a substantial concern

23  with Dr. Fuller's testimony.

24       Moreover, what he is seeking to offer the jury really

25  isn't helpful to them because what he purports to be offering

1    them is testimony that is relevant to help define how a

2    reasonable person would perceive the threat, and that is sort

3    of a second prong of the true test.  An expert is not needed to

4    say how a reasonable person can perceive the video.  They can

5    do that on their own evaluating the four corners of the video

6    and considering what other arguments and contextual factors the

7    parties want to present to the jury.

8            They can look at those circumstances to help them

9    determine whether a reasonable person would perceive this to be

10   a serious threat, they don't need a history lesson to do that.

11           Moreover, Dr. Fuller's definition of a reasonable

12   person may be different than the jury's definition of a

13   reasonable person.

14           So, while he may think a reasonable person should

15   consider all of those contextual factors, the jury may not

16   necessarily believe so, and hearing from the expert in that

17   regard may confuse them.

18           The testimony is confusing in many other ways as well.

19   There is overlap between political speech and true threats.

20           Just because a statement is politically motivated

21   doesn't necessarily mean that it is not a true threat.  There

22   can be overlap, and that nuance is not apparent in Dr. Fuller's

23   testimony.

24           Moreover, his testimony really does invade the

25   province of the jury because it is their job to determine what

1    is and what isn't political speech, that is going to be at the

2    heart of the case, and if the jury is allowed to be influenced

3    by Dr. Fuller's testimony, it really does encroach on their

4    exclusive province to decide the ultimate issue in the case,

5    which is, is this constitutionally protected political speech

6    or is it a true threat.

7          As I said, even if the Court was to preclude him from

8    rendering an opinion, it is obvious from the doctor's testimony

9    what he thinks.

10         So, the doctor claims during his direct examination

11   that there are ways that people communicate around contentious

12   issues, but his research in that regard, while interesting,

13   doesn't necessarily offer any reliable information regarding

14   what Ms. Kaye intended or what her audience necessarily

15   perceived.

16         It doesn't define the reasonable person standard.  In

17   fact, we know from the comments on the Facebook video that a

18   lot of people universally condemned her remarks, and obviously

19   that is what shapes the reasonable person standard.

20         So, his research about other times and other occasions

21   doesn't really offer the jury all that much, despite the fact

22   he thinks he has insight as to what a reasonable person might

23   believe or think under the circumstances.

24         So, the expert has offered to the Court these other

25   contextual factors, but each of the factors really is

1   misleading in a lot of ways.

2          He talks about -- first and foremost, he acknowledges

3   that the law hasn't quite caught up to his research.  In fact,

4   he admitted on cross-examination right from the text of his Law

5   Review article that he wrote a year after Elonis was handed

6   down, and I believe I read for the Court a portion of that that

7   indicated as such, and he implored Elonis in the Law Review

8   article for the Court to say one way or the other whether these

9   contextual factors he researched in the study should be taken

10  into consideration.  The Court didn't address those matters,

11  that is a narrow ruling.

12         So, in essence, what he is asking the Court to do is

13  to allow him to present these contextual factors to the jury,

14  and that is confusing.  Why is that even really relevant?  How

15  does it define the reasonable person standard?

16         I can think of a couple examples to highlight that

17  confusion.  He talks about political history, and makes mention

18  of Thomas Jefferson and Thomas Jefferson's quote about shedding

19  the blood of tyrants.  I don't remember what it was.  That does

20  not offer any indication whether Ms. Kaye -- Thomas Jefferson's

21  quote can be utilized to explain it, but it doesn't offer any

22  context to her statement.

23         There was testimony about Second Amendment remedies,

24  about certain politicians invoking the use of Second Amendment

25  remedies.  That is a far different context than Ms. Kaye's

1    video.  Ms. Kaye was not a politician, she wasn't speaking on

2    the stump, she is not running for public office.  It is almost

3    like comparing apples and oranges, but it is clear from Dr.

4    Fuller's testimony he equates the two, as if the invocation of

5    anyone's Second Amendment remedy is evidence of it being

6    political speech and therefore constitutionally protected.

7            He speculates about Ms. Kaye's mindset, he talks

8    about -- when he makes reference to I need a drink, he

9    speculates that was evidence of a sign of exasperation.  He

10   provides a background on the use of the F word, and the fact

11   that it is common use in today's language and somehow that is

12   evidence of not mal intent, but some type other benign meaning,

13   but he doesn't know one way or the other.

14           He talks about social elements, and in particular who

15   reacted to her video and when they reacted, and he somehow

16   draws this distinction and line between, well, the people who

17   reacted to Ms. Kaye's video only did so because they saw a

18   public press release, and therefore they were not part of the

19   original audience, they must be a political adversary.

20           He is drawing a lot of speculative conclusions to

21   almost explain away these factors.  He is not an unbiased

22   witness.  He is not just setting forth factors for the jury to

23   consider, he's clearly influencing the jury by offering

24   explanations and factors on its face to hold a contrary

25   meaning.

1          So, when the Court considers all of his testimony, I
2     submit it is almost impossible to scale back his testimony to
3     the point where he offers relevant information while not
4     rendering either improper opinions or encroaching on the
5     province of the jury or not confusing or misleading them in any
6     way.
7          So, for those reasons, the Government believes that
8     his testimony should be precluded.
9          This is not to say that Ms. Militello can't in her
10    closing argument make a lot of these arguments herself.  She
11    can appeal to the jury's common sense if she wants, and she can
12    talk about the invocation of the Second Amendment and what it
13    means or doesn't mean.  She can make arguments based on the
14    circumstantial aspect of the evidence.  We don't need an expert
15    with all of his impressive credentials and background to come
16    in and, in essence, raise the bar by asking the jury to
17    consider factors that a reasonable person would not necessarily
18    consider.
19         A reasonable person is not obligated to look at her
20    other videos online.  A reasonable person would not even know
21    if Ms. Kaye owns a firearm or purchased a firearm.  These are
22    factors that Dr. Fuller says a reasonable person should
23    consider.
24         So, we believe, Judge, for all of those reasons the
25    witness' testimony should be excluded to avoid confusing and

1    misleading them, whether it is intentional or not.

2              THE COURT:  Okay.  Any response?

3              MS. MILITELLO:  Just briefly.  The Government has so

4    muddled the law here, what is clear.  Black is clear, either

5    someone's speech is political and protected under the First

6    Amendment or a threat, it cannot be both.  If it is protected

7    speech, the Court should dismiss the case.  The Government is

8    wrong when it advises the Court it can be both, that is,

9    somehow because it overlaps Dr. Fuller's testimony is wrong.

10             Respectfully, I think Dr. Fuller knows more about

11   these issues than at least I do, I am not sure about the

12   Government, but the Government did advise the Court in that

13   area.

14             In this case, the Government is seeking to expand the

15   threat statute as to criminal conduct, the speech, with nothing

16   else to corroborate it.  No action was taken, no additional

17   targeting has been prosecuted.  This is a unique case where we

18   are looking only at the speech.

19             Because we are looking at the speech, this is why we

20   would like an expert to talk about what the jury should be

21   looking at, what different linguistic meanings may occur, how

22   social media works, how you can tag a threat or you can send a

23   threat directly to someone on social media, which the

24   Government used an FBI agent for in the Jeffreys case in the

25   Middle District of Florida, how political adversaries can

```
 1    silence each other and have a long history of doing so.

 2           The history of political speech is relevant.  So many

 3    jurors will be offended by the idea of invoking your right of

 4    Second Amendment against tyranny, and yet our country has a

 5    long list of persons who will do that.

 6           I think it is noteworthy, and the Court can cure this,

 7    but our jury instruction does not have a -- is quite limited,

 8    and so even the contextual reasons laid out in Watts are not

 9    fully articulated in the jury instruction, and so I had

10    mentioned to the Court before, depending on the Court's ruling

11    here, either way we will be requesting more robust jury

12    instructions.

13           Juries don't know -- I don't intend to have Dr. Fuller

14    state that, but because there is this conflation of law and

15    facts that relate to his testimony, I want to clarify that

16    issue.

17           Again, there is quite a bit of case law that, in

18    general, questions of law are for the Court, and not for the

19    jury or for an expert, but there are exceptions in areas of tax

20    law.  Lawyers have been permitted to testify, other legal

21    experts, same with foreign law.  It is not all or nothing,

22    there are sometimes lawyers that can testify as lawyers or

23    experts in the law.

24           That was not our intent with Dr. Fuller, where I would

25    have had him go much more deeply into the law.  It was the
```

1    Government on cross-examination who was asking about true

2    threats in Elonis.  Elonis doesn't contest the direct issues --

3    he seems to be muddying the issues here.  Elonis addresses what

4    the intent was under the statute.

5           Dr. Fuller is not going to testify as to Ms. Kaye's

6    subjective intent.  His research centers on how a person

7    perceives threatening language, and the different factors that

8    someone looks at when they are determining whether something is

9    a threat or not.  Is any random person a reasonable person?

10   No.  He can't speak to what any specific individual person --

11   how an individual person would view a threat.

12          He can only say what his years and years of research

13   showed as general categories of things that people use to

14   evaluate threats and how they interpret threats.  The jury --

15   there is a standard instruction that the jury is not to give an

16   expert more or less credibility.  They are to evaluate a

17   witness and are free to disregard it.  The Court would give

18   that instruction on the request of the Government, and it is up

19   to the jury to determine what weight they give Dr. Fuller's

20   testimony.

21          I believe his testimony is relevant.  I think, again,

22   as relates to the Motion in Limine, we cited cases for the

23   Court.  I know the Court is not ruling on that right now, I am

24   not asking for a ruling on that.  We cited cases about context,

25   why the -- so there is Supreme Court case law that does affirm

1    what Dr. Fuller is saying, that these things are relevant to

2    both the law and the fact.

3         I didn't ask him, what are the cases, what are these

4    factors.  Instead, we asked him from a scientific standpoint

5    what are the factors that people look at in how to interpret

6    language, and that is what the center of his testimony would

7    be, how to interpret language, and give the jury some

8    additional factors that they can consider when determining

9    whether this is a threat or not.

10        THE COURT:  Okay.  All right.  Thank you.  Turning,

11   then, to the original purpose of the status conference, I am

12   going to let the Government state on the record what you had

13   stated off the record in the telephone call when we were

14   scheduling our Daubert hearing with respect to the potential of

15   a superseding indictment.

16        If that is still the Government's position, I would

17   like you to articulate that on the record, and I have a series

18   of questions directed to that if your statement is going to be

19   consistent with what you were saying on the telephone.

20        MR. DISPOTO:  Certainly, Judge.  Last week I indicated

21   to your Honor that it was my intention to present to the Grand

22   Jury on Thursday a superseding indictment.  I anticipated the

23   result of those proceedings would be known or filed with the

24   Court if they entered a true bill by Friday.  I believe we

25   spoke about letting your Honor and chambers know and we would

1    discuss it at the proceeding on Monday.  That was my

2    understanding and belief at the time.

3         I made an error, and my error was, I thought we were

4    back to a weekly schedule with the Grand Jury.  Since the Grand

5    Jury has been back from the COVID 19 pandemic suspension, we

6    have been on an every other week schedule in West Palm.

7         I mistakenly thought that we had returned to a weekly

8    schedule.  I know that the Grand Jury sat the week before, so I

9    thought that they were sitting again on Thursday.

10         I did not find out that they were not sitting until

11    late on Wednesday.  It was close to five o'clock when I

12    inquired about whether there were Grand Juries -- I first

13    inquired about Ft. Pierce.  I thought if the Ft. Pierce Grand

14    Jury was sitting, we could go up there.  I was told there was

15    no Grand Jury in Ft. Pierce.

16         I then inquired about Fort Lauderdale and Miami.  I

17    was told Fort Lauderdale did not have a Grand Jury, Miami did,

18    but since it was so late in the day, I was not able to get on

19    the calendar to present the case to a Grand Jury in Miami.

20    That left me with the only option available, which was to

21    present it this upcoming Thursday.

22         In an effort to prevent any sort of unnecessary delay,

23    I emailed a copy of the draft indictment that has been approved

24    by my office for the Grand Jury to Ms. Militello.  I notified

25    the Court probably Friday by email of my error.  I am on the

1    calendar for this Thursday, and I expect that presentation will

2    take place.  If the Grand Jury enters a true bill, that will be

3    filed by Friday.

4         THE COURT:  All right.  A couple of questions.  As I

5    understood it, you were seeking to present a superseding

6    indictment to the Grand Jury based on a second video.

7         MR. DISPOTO:  Yes.

8         THE COURT:  Is that video the same video that appears

9    at Exhibit B, Docket Entry 26-1, the Defendant's Motion to

10   Dismiss that was filed on June 21, 2021?

11        MR. DISPOTO:  Judge, I would have to look at it.  I

12   don't have it in front of me.  My guess --

13        THE COURT:  I will give you a moment if you want to

14   pull that up.  Docket 26-1, Exhibit B, as in boy, to the

15   Defendant's Motion to Dismiss filed on June 21, 2021.

16        Is this the video that is the subject of the potential

17   superseding indictment?

18        MR. DISPOTO:  If your Honor wants to give me a moment,

19   I will pull it up.

20        THE COURT:  Yes.  I think the Motion to Dismiss --

21   would you know, too, Ms. Militello?  There were two exhibits, A

22   and B.  I am assuming A is the one that is the subject of the

23   indictment, and I am inquiring about B.

24        MS. MILITELLO:  Yes, it is my understanding that our

25   Exhibit B is substantively the same video that the Government

1   seeks to file a superseding indictment for.  The exhibit from

2   our Exhibit B, it came from TikTok, there is some music in the

3   background.  The Instagram does not allow audio, it has some

4   substantive changes, which aren't very many, but what Dr.

5   Fuller talked about in the Daubert hearing in Exhibit B.

6   Exhibit B is the identical video without that background track

7   of music.

8        THE COURT:  So, Exhibit B does not have the music,

9   Exhibit A does.  They both were conventionally filed, we

10  received them on a DVD.

11       MR. DISPOTO:  It went to CM/ECF first, I do see that,

12  it was filed separately with the Clerk.

13       THE COURT:  So, Exhibit B does not have the music,

14  Exhibit A does.

15       MR. DISPOTO:  Judge, I can't say, there are two

16  different videos.  I have never seen the video with the music

17  posted on any social media account in this case.  So, this

18  video with music that Ms. Militello is talking about, that is

19  not something the Government had seen on Facebook or Instagram,

20  TikTok is a Chinese company, we did not get returns for that.

21       THE COURT:  When you say you haven't seen it, 26-1 was

22  attached to the Motion to Dismiss filed on June 21, 2021.

23  Would you have looked at what was attached?

24       MR. DISPOTO:  I said I have never seen it, I never saw

25  it on the social media account -- we haven't seen it posted on

1     social media accounts.  That is the distinction I am making.

2              I know it exists, I have seen the video.  We've -- we

3     don't have evidence that that video was posted on a social

4     media account.  That video is not the subject nor has ever been

5     the subject of an allegation in the indictment.  There are two

6     other videos that are at issue.

7              The original video that we -- that the agents will

8     testify they saw back in -- you know, when this incident

9     occurred, and this second video.

10             Now, the second video appears to have been created at

11    or around the same time of the first, she wears the same

12    clothing, it's in a different room, but the substance is very

13    similar.  She takes a drink, she says what she says, it is

14    laced with profanity.  The threat itself is worded slightly

15    differently, but it is a second video with another threat,

16    albeit of a similar nature.

17             That video we didn't learn about until we recently

18    received the second production from Facebook, because the

19    original production from Facebook did not contain any videos.

20    So, when we didn't receive videos, and I know Ms. Militello had

21    trouble with Facebook getting any records whatsoever, we had to

22    go back to Facebook and say, where are the videos?  We know one

23    exists.

24             The agents saw one shortly after the video was posted,

25    and once they produced the second production, that is when we

1    now got all of her Facebook videos, and there were about, I

2    would guess, ten total, the original one that we were aware of,

3    and now the second one.

4         THE COURT:  When did you get the second production

5    from Facebook?

6         MR. DISPOTO:  I would have to check my records, Judge.

7    I can tell you -- I can give you an exact date.  I don't think

8    I have that at my fingertips at the moment.  I can supply that

9    to the Court within 24 hours.

10        THE COURT:  Approximately when.  Did you turn it over

11   to the Defense at the time?

12        MR. DISPOTO:  As soon as we received the production, I

13   provided it to Defense counsel.  I can tell you when I provided

14   it to Defense counsel.

15        THE COURT:  Okay.  When did you provide it to Defense

16   counsel?

17        MR. DISPOTO:  One moment.

18        MS. MILITELLO:  I can tell the Court we uploaded the

19   material on February 28, 2022, which is the date I cited in our

20   motion to exclude some of the records.  I think the Government

21   may have made them available a day or two before, but there was

22   a weekend.  The 28th is the day our computer shows it is

23   uploaded in the Defense system, February 28th of this year is

24   when I physically received them.  Mr. Dispoto may have made

25   them available the day before.

1        *MR. DISPOTO:*  I think that is about right.  My best
2    memory is about a month ago.
3        *THE COURT:*  All right.  I am trying to follow this, in
4    that we are talking about what is in the indictment is the same
5    video in the Motion to Dismiss, B, but you hadn't received any
6    proof, anything from Facebook to show that it had actually been
7    posted.
8        *MR. DISPOTO:*  I don't know if I could say that.
9    Kristy -- Ms. Militello, would you be of assistance?  Is it the
10   exact same video?  Without having it in front of me to see, I
11   can't represent with certainty whether it is the exact same
12   video or not.  If it is a video with music in the background,
13   it is not the same video.
14       *MS. MILITELLO:*  So, I think I had the two videos mixed
15   up originally.
16       The video we attached with music, Exhibit A, is the
17   video posted on TikTok.  That is substantively the video the
18   Government intends to supersede with, but without the track of
19   music in the background.  Exhibit B -- we could call them the
20   59-second video and the 50-second video.  Exhibit A is the
21   57-second video, B is the 50-second video.
22       The only thing I would seek to clear up, the complaint
23   in this case, Docket Entry 3, paragraph 19, states:  On the
24   same date, Agent Smith reviewed Kaye's known Instagram and
25   TikTok accounts and determined that she uploaded the same video

1    to both social media platforms on January 31, 2021.

2           Now, I think that is in error in that the videos are

3    not identical, however, it shows how closely identical they

4    are, it is 50 seconds versus 59 seconds.

5           My point in bringing that up, the agents knew about

6    the video, posted Instagram and TikTok video when they filed

7    this complaint, February 2021, and I intended on

8    cross-examining the agents to authenticate the video, because

9    the -- in the complaint filed under oath, at paragraph 19, they

10   did just that.

11          THE COURT:  And you are acknowledging, Mr. Dispoto,

12   that they are, in essence, similar videos, the nature of the

13   threat --

14          MR. DISPOTO:  Similar, yes, Judge, sorry.  The second

15   video is similar in content from the initial video, that is

16   correct.

17          THE COURT:  Made at or about the same time?

18          MR. DISPOTO:  It appears, yes.  It was certainly

19   posted out around the same time, and it appears from what I am

20   seeing the location is the same, I believe her clothing is the

21   same, it looks like she is drinking from the same bottle.  My

22   guess is that she made two videos.

23          THE COURT:  Okay.  So I have a whole series of

24   questions.

25          It appears as if the Government may have known about

1    this video awhile back, including the reference that was made

2    in the complaint to the Facebook and the TikTok videos, the

3    fact that two different videos were attached and referenced in

4    the Motion to Dismiss on June 21st, and so, it raises the

5    question in the Court's mind as to how we are getting to today,

6    March 21st, and we are talking about something that was sort of

7    known, you know, close to a year ago.

8         I suppose even giving all benefit of the doubt to

9    whatever might explain that, although I would be curious to

10   know what explains why the Government didn't get ahold of this

11   and ensure that they received what they needed from Facebook in

12   the second production, which was on or about February 28th --

13   even February 28th would have been about a month ago, which

14   would have still given the Court and the Defense sufficient

15   time to keep the trial date, which the Court is relying upon as

16   the trial date in this case.

17        Now, we need to remember that there was a motion to

18   continue that was filed on August 24th.  We had an original

19   trial date of September 27th, and on October 19th, I continued

20   the trial until January 26th, and then on December 2nd, I

21   continued the trial until February 28th, which sounds like

22   about the time you are saying was the second production, and on

23   January 21st, I continued the case until April 4th.

24        It just does not seem to make sense to the Court with

25   a special set trial, with all of the difficulties that lawyers

1    and judges alike are having in finding the right time to

2    schedule trials due to backlogs and shared courtrooms, that the

3    Court should be faced with Monday, the 21st, two weeks before

4    trial -- and I do recall on the telephone call, I don't know

5    that it would have made a difference, but you indicated on the

6    telephone call that you would bring it before the Grand Jury,

7    and you said you would go to West Palm or Miami if you needed

8    to.

9              So, you acknowledged that it may be there wasn't a

10   Grand Jury sitting in West Palm Beach, and that was the day we

11   had the telephone call, which is before we had the Daubert

12   hearing, which presumably would have been enough time to get on

13   the Miami calendar before the Miami Grand Jury.

14             For a host of these reasons, I am having a difficult

15   time finding the proficient, fair, equitable way to go about

16   bringing this case to justice, bringing this case to trial.

17   This case should go to trial on April 4th.

18             *MR. DISPOTO:*  Judge, may I address those matters?

19             *THE COURT:*  Sure.  That is why I am raising them.

20             *MR. DISPOTO:*  With respect to the first issue the

21   Court brought up, yes, we were aware of the existence of the

22   video which is part of the Motion to Dismiss, but we didn't

23   have any evidence that that video was posted to any social

24   media accounts.  Without the evidence themselves, without the

25   records themselves, or the witnesses saying, yes, I saw them on

1    social media, we didn't have enough evidence to bring that back
2    to the Grand Jury.
3         The only video that my agents have SR -- unless I am
4    mistaken, which I don't think I am, the video they saw was the
5    first one, not the second one.
6         The second one I only learned about -- I knew about it
7    from Ms. Militello's original pleading, but I didn't have any
8    evidence that it was actually posted to any social media
9    account until I got the second production from Facebook.  That
10   is when I believed there was sufficient evidence to present
11   that second video to the Grand Jury.
12        Now, with respect to the timing of the receipt of
13   those records, we originally subpoenaed Facebook back -- it was
14   probably shortly after her arrest, right around that time, so
15   we are talking, I guess, March of 2021.  Facebook produces --
16   actually, I am not sure if it was a subpoena or a search
17   warrant, but Facebook produces the records, and we find no
18   videos.
19        Like Ms. Militello, we had trouble getting a timely
20   response from Facebook regarding our subsequent inquiry, and it
21   wasn't until recently, approximately a month ago, that we
22   finally got them to produce the videos.  As soon as I received
23   it, not only did I notify Ms. Militello, I scheduled it to go
24   to the Grand Jury not last Thursday, it would have been the
25   Thursday before that -- sorry, I don't have a calendar in front

```
 1    me.
 2              THE COURT:  Isn't the video a recording from
 3    Facebook --
 4              MR. DISPOTO:  I didn't have the records to corroborate
 5    that it was posted on Facebook.
 6              THE COURT:  You had the video, it was filed at 26-1.
 7              MR. DISPOTO:  I understand that.  I didn't have the
 8    Facebook records to confirm that she posted that to Facebook.
 9              THE COURT:  When did you seek the records from
10    Facebook?
11              MR. DISPOTO:  I am sorry, when?
12              THE COURT:  Yes.
13              MR. DISPOTO:  We originally -- before the Motion to
14    Dismiss was filed, we had already received the Facebook
15    records, but those records did not contain videos, any of them,
16    not even the original.  There were no videos attached to that
17    production.
18              THE COURTROOM DEPUTY:  After the Motion to Dismiss was
19    filed, did you do another subpoena?
20              MR. DISPOTO:  We immediately contacted Facebook.
21              THE COURT:  Do you know when the subpoenas were issued
22    that led to this --
23              MR. DISPOTO:  I don't think we ever -- I have to go
24    back, I don't want to guess.  We contacted Facebook, and let me
25    see if we had to do a second subpoena or whether we just
```

1    communicated with them and they produced it as a followup to

2    the first subpoena we sent.

3            I will look right now.

4            THE COURT:  And it is a screen shot regarding the

5    Facebook video, doesn't that give reason to suggest, you know,

6    that it had been posted, so --

7            MR. DISPOTO:  Sure, it absolutely gave reason to

8    suggest it had been posted.  Again, we are not going to charge

9    somebody and seek a superseding indictment without

10   investigating that completely, and that required us to go back

11   to Facebook and see if, in fact, they have records of her

12   posting it.

13           If they come back and there is no record of her having

14   posted that, we wouldn't have asked the Grand Jury to consider

15   additional charges because there is a conflict in the evidence.

16   There is an indication she did, there are no records on

17   Facebook.

18           THE COURT:  If you got it on February 28th, I think

19   Fort Lauderdale sits every Tuesday and Thursday, West Palm,

20   every other, why not a superseding on March 1st or March 3rd --

21           MR. DISPOTO:  Your Honor, can I get my calendar?  I

22   have to stand up for a moment.

23           THE COURT:  Yes.

24           MR. DISPOTO:  Okay, today is March 21st, okay.  So

25   March 3rd -- wait a second.

1          The Grand Jury was sitting on the 24th, they sat on

2     the 10th.  March 10th, I was scheduled to go in front of the

3     Grand Jury in West Palm.  On March 9th my agent telephoned me

4     and told me that he had a family emergency, his son was in the

5     hospital somewhere in northern Florida, and he asked if the

6     Grand Jury could get postponed.

7          Before I withdrew the case from the Grand Jury

8     calendar on the 10th, I inquired with the FBI as to whether

9     there was another witness available to testify in his place.  I

10    was told that there was not.

11         So, not having a witness for the 10th, I, at that

12    point, believed incorrectly the Grand Jury was going to be

13    sitting on the 17th.

14         THE COURT:  There was always the Miami Grand Jury

15    meeting Tuesday, Wednesday, Thursday, and Fort Lauderdale

16    meeting regularly, and we knew as of, you know, January 21st

17    that I had reset the trial for April 4th.

18         I think the bottom line is this:  I am just finding it

19    very hard to accept that this has been handled in an efficient,

20    effective, and reasonable way to ensure justice is served by

21    hearing of a yet to be superseding indictment literally on the

22    eve of the third scheduled specially set trial in this case,

23    given how difficult it is to pull up trials with lawyers and

24    judges' times and courtroom space is limited, when the very

25    video is by everyone's account the same as the video that is

1    the subject of the indictment.

2              So, it is even unclear to me what purpose this is

3    serving, but that gets within the discretion of the Government,

4    but what does get into, you know, the Court's province is the

5    impact it has on the Court's schedule.

6              I am assuming if you are going to try to supersede,

7    Ms. Militello suggested as such, but maybe she can state on the

8    record what her intentions are.  I know she has a trial next

9    week, and had indicated at least on the telephone call the

10   intention to want to file a Motion to Dismiss.

11             Now, clearly, if that is her intention and that is

12   allowable, which I imagine that it is, unless she is going to

13   sort of suggest that she is not going to raise any new issues,

14   how are we going to go to trial on April 4th, that is a

15   specially set trial date?

16             *MR. DISPOTO:*  Judge, I share in the Court's

17   frustration.

18             *THE COURT:*  Only you could have done something about

19   it.  None of us could have done something about it.  It was in

20   your control to go to Miami, Fort Lauderdale, or find another

21   way as early as possible, when you knew on February 28th, to

22   get the superseding indictment.

23             *MR. DISPOTO:*  I thought I was doing that by scheduling

24   it for the Grand Jury on March 10th.  Once I received the video

25   and spoke to my agent about it and reviewed the production that

1    was made, the Fort Lauderdale Grand Jury was not sitting on

2    March 3rd.  Could I have scheduled it as early as

3    February 24th?  I have to go back to my record to see when it

4    was received.  I thought I was moving as expeditiously as

5    possible, unfortunately some of these circumstances were my

6    fault, others being out of my control, the witness canceling on

7    me on March 10th.

8          Bottom line, your Honor, I was not comfortable going

9    to the Grand Jury based solely on what we had from Ms.

10   Militello's exhibit production back to the Motion to Dismiss.

11         I wanted to confirm that that video was in fact

12   uploaded in part of the Facebook records.

13         THE COURT:  What would have happened if we went to

14   trial on our original dates in September, January, February,

15   you wouldn't proceed on that video, correct?

16         MR. DISPOTO:  Yes, absolutely.  If we had gone to

17   trial originally, prior to the second production, I wouldn't

18   have had -- we would have probably called a witness from

19   Facebook to come in to explain why there are no videos in the

20   records, and we wouldn't -- I wouldn't have had that second

21   video to show the jury.

22         Now, maybe I would have sought the Court's permission

23   to use it as evidence in the trial, but it would not have been

24   the subject of a new charge.

25         A lot of this, starting with Facebook's -- you know,

1    as the Court knows, Ms. Militello has had a lot of problems

2    with them, and with us it hasn't been smooth either.  A lot of

3    this has to do with the fact that they do not produce the full

4    panoply of records.

5         *THE COURT:*  What does the second video do for the

6    Government?  The jury is not going to find her guilty as to one

7    of the videos and not guilty on the other.

8         What is the Government accomplishing by having the

9    second video?

10        *MR. DISPOTO:*  What the Government is accomplishing is

11   providing the jury with the full context of the facts of the

12   case.  She, according to the Government, made two threats,

13   albeit they were substantially similar, but she posted two

14   videos that contained two threats.  It is actually very

15   relevant because one video is, okay, a momentary lapse in

16   judgment.  This was two, this was, you know, even more

17   premeditated than one.

18        So, it is highly relevant for the jury to consider

19   and, you know, it is evidence of a second crime having been

20   committed, a second threat.

21        I agree with the Court that April 4th, in light of

22   these developments, is a very difficult lift for all of us with

23   objections being filed today from the Defense regarding the

24   evidence, the Daubert hearing not yet complete.  If the expert

25   is going to be allowed to testify in any capacity, transcripts

```
1    are going to have to be ordered.  I share in the Court's
2    frustration.
3         THE COURT:  I am not taking any blame for this.  I
4    held that hearing right away, as soon as the motion was ripe,
5    and the order will be forthcoming.  Don't put me in on this
6    because I am frustrated.  I have done everything I can to
7    accommodate, give extensions, continuances, where I thought was
8    a good faith reasonable reason to do so, and finally landed on
9    this date.  The Court has cleared its calendar, has many, many
10   things following it, and is dismayed that this trial date
11   should have -- should be able to be kept and there could have
12   been things to have avoided this situation.
13        What is Defense's position with respect to if there is
14   a superseding indictment?
15        MS. MILITELLO:  Well, if the Court had the opportunity
16   to review my filings today, and I know I just filed them, I
17   worked very hard to get them done --
18        THE COURT:  I did review them.
19        MS. MILITELLO:  I am generally confused as to the
20   timeline when the Government received these records.  The
21   certification purports to certify records they say the
22   Government received last March.  And so, I am not going to
23   necessarily allege a discovery violation because I don't know
24   what happened, to be candid, and I tried to make sense of it
25   over the last several days, and I cannot make sense of it.
```

1          *THE COURT:*  This is your notice of objection to

2     Facebook records.

3          *MS. MILITELLO:*  Yes.

4          *THE COURT:*  Docket Entry 76.

5          *MS. MILITELLO:*  Yes.  So, I attached to that motion

6     exhibits with a Facebook records certification, and so the

7     Government is right, the certification was provided to them in

8     February of this year.

9          *THE COURT:*  February 2nd.

10         *MS. MILITELLO:*  Yes.  I don't know when the Government

11    received it, that is the date it was signed, it purports to

12    certify records given to the Government in March 2021.

13         I can tell the Court when I had a phone call with

14    Perkins Coe (phon) and they said they had no records.  The

15    first response was, why didn't the Government give you these

16    records, we have a whole portal for them.  There is no portal

17    for Defense lawyers.

18         The Government has the ability to get the records,

19    whether they got them in March or February, I don't know.  I

20    didn't move for a discovery violation sanction.  I don't know,

21    I don't know when they got this.

22         *THE COURT:*  The custodian of records, February 22,

23    2022, 76-1, says, among other things, in his certificate of

24    authenticity, I reviewed the records produced by Facebook in

25    this matter pursuant to the search warrant -- the records

1    include search results -- messages sent, photos, videos, other

2    content and records for, and has the number 30720027814.

3            You are saying you are confused by what the Government

4    received on March 1, 2021?

5            MS. MILITELLO:  Right.  I know Mr. Dispoto has been

6    consistent with what he told the Court.  He told me he didn't

7    have those videos as part of the March disclosure, but their

8    certification from which they are intending to introduce these

9    videos is from the March disclosure, and so, did they miss it?

10   Did they have the videos the whole time?  They didn't produce

11   them to me in March of last year.

12           THE COURT:  What certificate are you relying upon,

13   this certificate, for what video?

14           MR. DISPOTO:  Well, I may not be relying on the

15   certificate at all, I may have to call witnesses from Facebook

16   to come in.  I can tell you from the timeline originally they

17   did not produce those videos, they didn't produce any videos.

18   It wasn't until February that they finally produced the videos.

19           THE COURT:  February 2022?

20           MR. DISPOTO:  Correct.  I know they make reference --

21           THE COURT:  So you are not relying upon the

22   certificate of authenticity for any videos because you say you

23   received no videos in March of 2021.

24           MR. DISPOTO:  Let me look -- is that the basis for the

25   defense objecting to -- when you are objecting to Facebook

1    records, do you mean like the video also?

2             Are you saying, I am objecting to anything from

3    Facebook, including videos, because the certificate is not

4    valid for the reasons you just articulated?

5        MS. MILITELLO:  To answer your question, it is a

6    two-part answer; the first is yes, I think the certification is

7    valid.  I am objecting pursuant to the certification so the

8    Government has an opportunity to cure that.

9             We have additional objections as to what is and is not

10   hearsay and what can and cannot be admitted as a business

11   record, although I think they could admit perhaps Ms. Kaye's

12   video from that in the indictment.  I think they can

13   authenticate that, but there are other portions of the records

14   that I do not believe they will be able to properly

15   authenticate.

16       THE COURT:  What other records are we talking about?

17       MS. MILITELLO:  The Court, probably in passing, heard

18   some testimony at the Daubert hearing about wall comments,

19   people responding to the video.  We know there are fake

20   accounts on Facebook, is it John Smith commenting or Susan

21   Smith using John smith's name.

22            There are a number of cases I cited in the motion

23   about when third-party statements are in business records, a

24   business custodian cannot certify the statement of third

25   parties, you have to have those individuals, right, those

```
 1    witnesses to authenticate their statements and their comments.
 2              And also, there is a confrontation clause issue if you
 3    don't have particular persons doing that.
 4              And lastly, as to any statements made after Ms. Kaye's
 5    arrest, after the press release, after the national media
 6    attention, I don't think those statements are relevant.  They
 7    are more prejudicial than probative.
 8              The very first argument relates to the certification
 9    we are talking about now, and I only brought up -- I don't
10    intend to argue that motion before the Court.  I introduced it
11    to say in terms of the timeliness of the discovery and when the
12    Government knew about the video, to me it is very unclear.
13              Facebook started to provide something since last
14    March, I asked for a copy of this video since last March, and
15    he told me he didn't have one.  He has been consistent.  I
16    don't know if that is an error in the certification or Facebook
17    provided other records.  I don't know what they gave the
18    Government and when.
19              MR. DISPOTO:  We have not filed a notice of intention
20    to rely on any amount of certifications in the case.  I won't
21    rely on that and certify that until I can stand by them.  I
22    realize this is not an ideal certificate, and if I have to
23    bring in a representative from Facebook, I will do that.
24              As far as the comments, it was not my intention to
25    admit in the Government's case in chief those comments.  I
```

1   agree with Ms. Militello, I don't think that they are

2   necessarily relevant.  They may be relevant if the expert is

3   allowed to testify on cross.  The evidence from the Facebook

4   records are the relevant videos.

5          *THE COURT:*  What are we calling the relevant videos?

6          *MR. DISPOTO:*  The videos that we are talking about.

7          *THE COURT:*  So you don't disagree with anything that

8   has been filed in Docket Entry 76?

9          *MR. DISPOTO:*  I have not viewed Docket Entry 76,

10  Judge.  It was filed today, I haven't had time to review it.  I

11  can't go that far.  I am responding to what Ms. Militello is

12  bringing up now.

13         *THE COURT:*  I will give you a chance to respond, this

14  isn't a hearing.  Since we are trying to cover a lot of ground

15  here, you are not at this point -- until you can understand

16  more clearly the certificate of authenticity, you are not

17  relying upon it, and none of the things Ms. Militello indicated

18  as to what she objects to on Docket Entry 76 are things you are

19  otherwise intending to introduce.

20         *MR. DISPOTO:*  I think that is correct.  I don't know

21  if she objected to the videos.  The videos are the Facebook

22  records that I intended to admit, and just the general

23  subscriber information that is related to the account, the

24  things that identify her, that this is her account, none of the

25  other comments.  Those comments are not relevant to the

1    Government's case in chief.

2         THE COURT:  And then Ms. Militello followed the

3    objection to the admission of tip evidence.  Have you looked at

4    that?

5         MR. DISPOTO:  Judge, no, I have not looked at it.  The

6    original tipster was -- I was planning to call the original

7    tipster to testify, and he was going to testify about how it

8    was that this video came to him, and how it was that he

9    reported it.

10        Now, what he reported, the specifics of his report to

11   the FBI may not be relevant, that is not something I have given

12   a lot of thought to.  There is like a questionnaire on the tip

13   line that they fill out regarding the video, you know.  I don't

14   know if Ms. Militello addressed that in her pleading today, but

15   Mr. Essex was going to testify about how this video came to him

16   and what he did in response to viewing it.

17        He is going to testify, I contacted the FBI through

18   their online portal and I filled out a form reporting this

19   video to them.  The rest of his testimony could be five minutes

20   long.

21        I haven't reviewed the motion to see what they

22   objected to in the tip evidence.

23        THE COURT:  Okay.  Ms. Militello, with respect to any

24   superseding indictment, what was Defense's intention?

25        MS. MILITELLO:  My apologies, I don't think I answered

1    that.

2            At the status conference we had prior to the Daubert

3    status conference, when we set the case for trial, I advised

4    the Court and Government that I had this trial next week in

5    Fort Lauderdale.  We are otherwise ready for trial.  That is my

6    concern.  I do intend to file a Motion to Dismiss.

7            *THE COURT:*  Is it on the same basis as the first

8    indictment?

9            *MS. MILITELLO:*  No.  So, my argument would be based on

10    double jeopardy and -- hold on, I don't have my rule book

11    handy -- I think Rule 12.  This one is specifically allowed,

12    which puts it in a different position, perhaps, than my other

13    motion and must be raised pretrial, according to the rule, I

14    can't wait until the trial to address it.

15            The rule requests that I address it pretrial.  I did

16    research and it says when there are multiple charges and it is

17    more likely to be criminal conduct, there are reasons for the

18    Court to consider it pretrial, and the rule requires I address

19    it pretrial.  I have not had time to fully research that, and

20    we don't have the superseding indictment yet.

21            Even if I were somehow able to file the motion before

22    my trial starts on Monday, it is difficult.  I have an evidence

23    view tomorrow, today we were filing jury instructions on that

24    case.  I don't know how I could respond and respond to the

25    Government's response.  I will be in Fort Lauderdale all day, I

1    will have the three-hour commute to get from West Palm to Fort

2    Lauderdale.  I won't be able to do this in the evenings when I

3    am in trial in another case.

4           If the Government is permitted to proceed with a

5    superseding indictment, I don't know how I can do that if the

6    Court allows it by April 4th.

7           I understand, but disagree with the legal analysis as

8    to why they think it is appropriate.  One of the things I want

9    to research, at common law, if one were to make two threat

10   statements during an assault, I will punch you and kill you, if

11   it is part of the same course of conduct it is the single -- my

12   gut is it is the same -- I haven't done that research yet.

13          I do have a timeline, these videos were posted within

14   a minute.  We are talking about a short time period here and I

15   submit it would be the same course of conduct.

16          So, I would intend to dismiss on that basis, likely to

17   file a Motion to Dismiss.  I wouldn't intend on briefing or

18   relitigating this issue, I would rely on the arguments I have

19   already made.

20          *THE COURT:*  Mr. Dispoto, have you done research on the

21   other argument Ms. Militello made?  Are you fully prepared to

22   responded to the Motion to Dismiss, to be confident that the

23   superseding indictment would even succeed given the kind of

24   summary argument, or the highlight of the issues that Ms.

25   Militello would intend to raise?

1          *MR. DISPOTO:*  I have not done the research, but I have

2     spoken to colleagues, and the response I got from smarter

3     prosecutors than me was based on it was allowed, and I am

4     comfortable moving forward and I am comfortable in our

5     position.

6          *THE COURT:*  We have a calendar call on Wednesday.  I

7     was going to move it because we had the status conference

8     today.

9          Mr. Dispoto, I am not going to leave anything to

10    chance at this point.  At this point, the trial is set for the

11    4th, there is no superseding indictment.  If there is one, it

12    should have been -- this is the Court's view, it is very late,

13    very late in the game.  Even taking the February 28th date as

14    the first date, all of this could have been addressed, a new

15    motion could have been filed.

16         So, what I am not going to have happen is move a trial

17    without a superseding indictment, or move a trial with a

18    superseding indictment where I haven't heard from counsel that

19    he has done the research, not relied upon smarter colleagues,

20    and can say to the Court with as much certainty as you can,

21    because if you are going to go through the trouble of getting a

22    superseding indictment, I believe you can go through the

23    trouble of doing the legal research, if necessary, to make sure

24    it is going to survive.

25         I am not saying you have to have a crystal ball as to

1    what we put in a motion and how the Court will rule, but Ms.

2    Militello previewed a new issue, and so you now have the

3    benefit of her thinking.

4         I would like -- between now and then, I would like to

5    know when you are superseding, before which Grand Jury.  I

6    would like you to drill down on the March 21st certificate so

7    you can answer the questions we had today, which we seem to be

8    grappling with, which is, when did the documents arrive, what

9    was received on March 21, 2021, are you relying upon the

10   certificate, are you going to bring somebody in.

11        You said you need to look at it a little bit more, and

12   I would like you to tell me the status of where we stand on the

13   23rd at calendar call with respect to the certificate, with

14   respect to what you received, when.

15        Now you have the benefit of all of my questions so you

16   can kind of come back and answer specifically what date, what

17   video.  To be honest, it is not clear in my mind what is being

18   said, I have to be honest, what video was received when,

19   knowledge of posting, not posting.  I need it very clearly laid

20   out for me.

21        This is a big deal to move this trial given everything

22   else that is swirling around in everyone's orbit with respect

23   to trying to get the work done for the Court and for you and

24   your clients, quite frankly, and two weeks before trial, I am

25   conflicted about hearing all of this.  I consider this to be

1    extremely last minute.

2            Had I not called to see what your schedule was out of

3    courtesy for a Daubert hearing, which I didn't have to have, I

4    could have made a ruling.  Nobody asked for it per se.  I

5    wanted to make sure everybody was heard, even giving you the

6    benefit to continue your arguing today.

7            Had I not made the phone call, I still do not know

8    what I would learn about a superseding indictment.  I will

9    leave it at that.  I think you understand where I am coming

10   from and how I am coming to it, and how I tried to go through

11   the sequence of events to get the sense of it, and make sense

12   of it.

13           We will get together on Wednesday.  I ask the parties

14   to speak with one another about the objections that

15   Ms. Militello filed today so I know whether there should be

16   expedited or full briefing.  Maybe by that point, Mr. Dispoto,

17   you will also know that you are not objecting to Ms.

18   Militello's objections with respect to her one filing, not the

19   one relating to the tip, but relating to Docket Entry 76, the

20   Facebook records, and let me know on Docket Entry 77, so I

21   don't have you briefing things that maybe there is no dispute,

22   but putting you on a briefing schedule if there is dispute.

23           If you spend time reviewing those between now and

24   Wednesday, talking to Ms. Militello to share any questions you

25   have, any reconciliation of any of those objections, I will go

1    over that on Wednesday, the status of the superseding I will go

2    over.  I want clarity on timeline, videos, the certificate of

3    authenticity, and everything else so we can make a considered

4    decision about what to do.

5             As of now, the trial remains on the 4th.

6             MR. DISPOTO:  Judge, may I ask on a housekeeping

7    matter, Wednesday's calendar call, that is at 9:00?

8             THE COURT:  Yes, they are generally at 9:00, I don't

9    know that this is any different.

10            MR. DISPOTO:  I have a hearing.  Does the Court allow

11   in-person appearance?  If so, I will appear at 9:00, I am in

12   the courthouse.

13            THE COURT:  No, I am having most of my proceedings in

14   person, we are required to do everything in person for the

15   sentencings.

16            MR. DISPOTO:  So I will appear in person on Wednesday

17   if that is okay.

18            THE COURT:  That is fine.  I have other matters,

19   preferably I would like to get the other ones out of the way

20   first.  What I may try to do -- you have a 10:00 o'clock?

21            MR. DISPOTO:  Yes.

22            THE COURT:  Let me see how many more I have.  A lot of

23   those are they just want to know whether they are going to

24   trial or not.  We have a lot more to discuss, I still have a

25   lot of questions.

```
 1              Remind me about your 10:00 o'clock, I don't want you

 2    to be late for your 10:00 o'clock.  Who is your 10:00 o'clock

 3    in front of?

 4              MR. DISPOTO:  Judge Reinhart.

 5              THE COURT:  I have a 10:00 o'clock myself.  I have a

 6    sentencing.  I would like you to be organized, have it written

 7    out as far as the timeline, be able to address the Court's

 8    concerns and questions.

 9              MR. DISPOTO:  I hope I am not saying too much, I hope

10    the Court understands, I wasn't necessarily prepared to answer

11    a lot of the detailed questions.  I was not aware of the

12    Court's concerns.  I will have those answers on Wednesday.

13              THE COURT:  That is great.  I will see everybody on

14    Wednesday.  Are you going to appear by Zoom?

15              MS. MILITELLO:  I will appear in person, I have a

16    10:00 o'clock with your Honor.

17              THE COURT:  We will see you in person on Wednesday.

18              Take care.

19         (Thereupon, the hearing was concluded.)

20                              *  *  *

21

22

23

24

25
```

1          I certify that the foregoing is a correct transcript

2     from the record of proceedings in the above matter.

3

4          Date: September 2, 2022

5                    /s/ Pauline A. Stipes, Official Federal Reporter

6                         Signature of Court Reporter

MR. DISPOTO: **[49]**
MS. MILITELLO: **[17]**   2/7
3/12 10/2 15/23 18/17 19/13
30/14 30/18 31/2 31/4 31/9
32/4 33/4 33/16 36/24 37/8
43/14
THE COURT: **[60]**
THE COURTROOM DEPUTY: **[1]**
24/17

**/**

**/s [1]**   44/5

**1**

**10:00 o'clock [6]**   42/20 43/1
43/2 43/2 43/5 43/16
**10th [6]**   26/2 26/2 26/8
26/11 27/24 28/7
**1114 [1]**   4/4
**11th [1]**   4/4
**12 [1]**   37/11
**17th [1]**   26/13
**19 [3]**   14/5 19/23 20/9
**19th [1]**   21/19
**1st [1]**   25/20

**2**

**2018 [1]**   4/5
**2021 [10]**   15/10 15/15 16/22
20/1 20/7 23/15 31/12 32/4
32/23 40/9
**2022 [5]**   1/8 18/19 31/23
32/19 44/4
**21 [5]**   1/8 15/10 15/15 16/22
40/9
**21-CR-80039 [1]**   2/2
**21-CR-80039-ROSENBERG [1]**
1/3
**21st [7]**   21/4 21/6 21/23
22/3 25/24 26/16 40/6
**22 [1]**   31/22
**23rd [1]**   40/13
**24 [1]**   18/9
**24th [3]**   21/18 26/1 28/3
**26-1 [4]**   15/9 15/14 16/21
24/6
**26th [1]**   21/20
**27th [1]**   21/19
**28 [1]**   18/19
**28th [8]**   18/22 18/23 21/12
21/13 21/21 25/18 27/21
39/13
**2nd [2]**   21/20 31/9

**3**

**30720027814 [1]**   32/2
**31 [1]**   20/1
**33301 [1]**   1/16
**33401 [1]**   1/20
**3rd [3]**   25/20 25/25 28/2

**4**

**450 [1]**   1/19
**4th [8]**   21/23 22/17 26/17
27/14 29/21 38/6 39/11 42/5

**5**

**50 [1]**   20/4
**50-second [2]**   19/20 19/21
**500 [2]**   1/15 1/19
**561-820-8711 [2]**   1/17 1/23
**561-833-6288 [1]**   1/20
**57-second [1]**   19/21
**59 [1]**   20/4
**59-second [1]**   19/20

**6**

**6288 [1]**   1/20

**7**

**76 [5]**   31/4 35/8 35/9 35/18
41/19
**76-1 [1]**   31/23
**77 [1]**   41/20
**7th [1]**   1/16

**8**

**80039 [1]**   2/2
**8711 [2]**   1/17 1/23
**879 [1]**   4/4

**9**

**9:00 [3]**   42/7 42/8 42/11
**9th [1]**   26/3

**A**

**ability [1]**   31/18
**able [6]**   14/18 30/11 33/14
37/21 38/2 43/7
**about [56]**
**above [1]**   44/2
**absolutely [2]**   25/7 28/16
**accept [1]**   26/19
**accommodate [1]**   30/7
**accomplishing [2]**   29/8 29/10
**according [2]**   29/12 37/13
**account [7]**   16/17 16/25 17/4
23/9 26/25 35/23 35/24
**accounts [4]**   17/1 19/25
22/24 33/20
**acknowledged [1]**   22/9
**acknowledges [1]**   7/2
**acknowledging [1]**   20/11
**action [1]**   10/16
**activity [1]**   2/17
**actually [4]**   19/6 23/8 23/16
29/14
**add [1]**   2/22
**additional [5]**   3/14 10/16
13/8 25/15 33/9
**address [6]**   7/10 22/18 37/14
37/15 37/18 43/7
**addressed [2]**   36/14 39/14
**addresses [1]**   12/3
**admission [1]**   36/3
**admit [3]**   33/11 34/25 35/22
**admitted [2]**   7/4 33/10
**adversaries [1]**   10/25
**adversary [1]**   8/19
**advise [1]**   10/12
**advised [1]**   37/3
**advises [1]**   10/8
**affirm [1]**   12/25

**after [7]**   7/5 17/24 23/14
24/18 34/4 34/5 34/5
**afterwards [1]**   2/24
**again [4]**   11/17 12/21 14/9
25/8
**against [1]**   11/4
**agent [4]**   10/24 19/24 26/3
27/25
**agents [5]**   17/7 17/24 20/5
20/8 23/3
**ago [4]**   19/2 21/7 21/13
23/21
**agree [2]**   29/21 35/1
**ahold [1]**   21/10
**albeit [2]**   17/16 29/13
**alike [1]**   22/1
**all [19]**   2/1 5/15 6/21 9/1
9/15 9/24 11/21 13/10 15/4
18/1 19/3 21/8 21/25 29/22
32/15 37/25 39/14 40/15
40/25
**allegation [1]**   17/5
**allege [1]**   30/23
**allow [6]**   3/2 3/7 3/21 7/13
16/3 42/10
**allowable [1]**   27/12
**allowed [5]**   6/2 29/25 35/3
37/11 39/3
**allows [1]**   38/6
**almost [3]**   8/2 8/21 9/2
**alone [1]**   4/1
**already [3]**   3/23 24/14 38/19
**also [3]**   33/1 34/2 41/17
**although [2]**   21/9 33/11
**always [1]**   26/14
**am [36]**   10/11 12/23 13/11
14/25 15/22 15/23 17/1 19/3
20/19 22/14 22/19 23/3 23/4
23/16 24/11 26/18 27/6 30/3
30/6 30/19 30/22 33/2 33/7
35/11 38/3 39/3 39/4 39/9
39/16 39/25 40/24 41/9 41/10
41/21 42/13 43/9
**Amendment [7]**   3/24 7/23 7/24
8/5 9/12 10/6 11/4
**AMERICA [2]**   1/4 2/1
**among [1]**   31/23
**amount [1]**   34/20
**ample [1]**   2/25
**analysis [1]**   38/7
**another [7]**   4/3 17/15 24/19
26/9 27/20 38/3 41/14
**answer [5]**   33/5 33/6 40/7
40/16 43/10
**answered [1]**   36/25
**answers [1]**   43/12
**anticipate [1]**   3/13
**anticipated [1]**   13/22
**any [31]**   2/21 3/13 6/13 7/20
7/21 9/5 10/2 12/9 12/10
14/22 16/17 17/19 17/21 19/5
22/23 22/23 23/7 23/8 24/15
27/13 29/25 30/3 32/17 32/22
34/4 34/20 36/23 41/24 41/25
41/25 42/9
**anyone's [1]**   8/5
**anything [7]**   2/22 3/1 3/4
19/6 33/2 35/7 39/9

**A**

apologies [1]   36/25
apparent [1]   5/22
appeal [1]   9/11
appear [4]   42/11 42/16 43/14
43/15
appearance [2]   2/4 42/11
APPEARANCES [1]   1/13
appearing [1]   2/2
appears [5]   15/8 17/10 20/18
20/19 20/25
apples [1]   8/3
appropriate [1]   38/8
approved [1]   14/23
approximately [2]   18/10
23/21
April [6]   21/23 22/17 26/17
27/14 29/21 38/6
April 4th [6]   21/23 22/17
26/17 27/14 29/21 38/6
are [80]
area [1]   10/13
areas [1]   11/19
aren't [1]   16/4
argue [1]   34/10
arguing [1]   41/6
argument [8]   2/23 3/5 3/14
9/10 34/8 37/9 38/21 38/24
arguments [4]   5/6 9/10 9/13
38/18
around [5]   6/11 17/11 20/19
23/14 40/22
arrest [2]   23/14 34/5
arrive [1]   40/8
article [2]   7/5 7/8
articulate [1]   13/17
articulated [2]   11/9 33/4
articulating [1]   4/11
as [55]
ask [3]   13/3 41/13 42/6
asked [5]   13/4 25/14 26/5
34/14 41/4
asking [4]   7/12 9/16 12/1
12/24
aspect [1]   9/14
assault [1]   38/10
assistance [1]   19/9
assuming [2]   15/22 27/6
attached [6]   16/22 16/23
19/16 21/3 24/16 31/5
attention [1]   34/6
Attorney's [1]   1/15
audience [2]   6/14 8/19
audio [1]   16/3
August [1]   21/18
August 24th [1]   21/18
Australian [1]   1/19
authenticate [4]   20/8 33/13
33/15 34/1
authenticity [4]   31/24 32/22
35/16 42/3
available [4]   14/20 18/21
18/25 26/9
Avenue [1]   1/19
avoid [1]   9/25
avoided [1]   30/12
aware [3]   18/2 22/21 43/11

away [2]   8/21 30/4
awhile [1]   21/1

**B**

back [14]   9/2 14/4 14/5 17/8
17/22 21/1 23/1 23/13 24/24
25/10 25/13 28/3 28/10 40/16
background [6]   8/10 9/15
16/3 16/6 19/12 19/19
backlogs [1]   22/2
ball [1]   39/25
bar [1]   9/16
based [5]   9/13 15/6 28/9
37/9 39/3
basis [3]   32/24 37/7 38/16
bat [1]   4/22
be [58]
BEACH [5]   1/2 1/7 1/20 1/23
22/10
Beach/Ft [1]   1/23
because [17]   4/25 5/20 5/25
8/17 10/9 10/19 11/14 17/18
20/8 25/15 29/15 30/6 30/23
32/22 33/3 39/7 39/21
been [24]   10/17 11/20 14/5
14/6 14/23 17/4 17/10 19/6
21/13 22/12 23/24 25/6 25/8
26/19 28/23 29/2 29/19 30/12
32/5 34/15 35/8 39/12 39/14
39/15
before [16]   1/11 11/10 14/8
18/21 18/25 22/3 22/6 22/11
22/13 23/25 24/13 26/7 34/10
37/21 40/5 40/24
being [4]   8/5 28/6 29/23
40/17
belief [1]   14/2
believe [11]   3/6 4/20 5/16
6/23 7/6 9/24 12/21 13/24
20/20 33/14 39/22
believed [2]   23/10 26/12
believes [1]   9/7
belong [1]   4/1
benefit [4]   21/8 40/3 40/15
41/6
benign [1]   8/12
best [2]   3/22 19/1
between [3]   3/25 5/19 8/16
40/4 41/23
big [1]   40/21
bill [2]   13/24 15/2
bit [2]   11/17 40/11
Black [1]   10/4
blame [1]   30/3
blood [1]   7/19
book [1]   37/10
both [5]   10/6 10/8 13/2 16/9
20/1
bottle [1]   20/21
bottom [2]   26/18 28/8
Boulevard [1]   1/15
boy [1]   15/14
briefing [4]   38/17 41/16
41/21 41/22
briefly [1]   10/3
bring [4]   22/6 23/1 34/23
40/10
bringing [4]   20/5 22/16

22/16 35/12
Brooks [2]   4/10 4/15
Brooks' [1]   4/7
brought [3]   2/13 22/21 34/9
Broward [1]   1/15
business [3]   33/10 33/23
33/24

**C**

calendar [10]   14/19 15/1
22/13 23/25 25/21 26/8 30/9
39/6 40/13 42/7
call [16]   2/12 2/12 2/15
13/13 19/19 22/4 22/6 22/11
27/9 31/13 32/15 36/6 39/6
40/13 41/7 42/7
called [2]   28/18 41/2
calling [1]   35/5
came [4]   2/16 16/2 36/8
36/15
can [39]   2/8 5/4 5/4 5/8
5/22 7/16 7/21 9/11 9/11
9/13 10/8 10/22 10/22 10/25
11/6 11/22 12/12 13/8 18/7
18/7 18/8 18/13 18/18 25/21
27/7 30/6 31/13 32/16 33/10
33/12 34/21 35/15 38/5 39/20
39/20 39/22 40/7 40/16 42/3
can't [6]   9/9 12/10 16/15
19/11 35/11 37/14
canceling [1]   28/6
candid [1]   30/24
cannot [5]   3/24 10/6 30/25
33/10 33/24
capacity [1]   29/25
care [1]   43/18
case [30]   1/3 2/2 4/2 4/3
4/4 6/2 6/4 10/7 10/14 10/17
10/24 11/17 12/25 14/19
16/17 19/23 21/16 21/23
22/16 22/16 22/17 26/7 26/22
29/12 34/20 34/25 36/1 37/3
37/24 38/3
cases [4]   12/22 12/24 13/3
33/22
categories [1]   12/13
caught [1]   7/3
center [1]   13/6
centers [1]   12/6
certain [1]   7/24
certainly [2]   13/20 20/18
certainty [2]   19/11 39/20
certificate [12]   31/23 32/12
32/13 32/15 32/22 33/3 34/22
35/16 40/6 40/10 40/13 42/2
certification [8]   30/21 31/6
31/7 32/8 33/6 33/7 34/8
34/16
certifications [1]   34/20
certify [5]   30/21 31/12
33/24 34/21 44/1
chambers [1]   13/25
chance [2]   35/13 39/10
changes [1]   16/4
charge [2]   25/8 28/24
charges [2]   25/15 37/16
check [1]   18/6
chief [2]   34/25 36/1

**C**

Chinese [1]   16/20
Circuit [1]   4/4
circumstances [3]   5/8 6/23 28/5
circumstantial [1]   9/14
cited [5]   4/1 12/22 12/24 18/19 33/22
claims [1]   6/10
clarify [1]   11/15
clarity [1]   42/2
clause [1]   34/2
clear [9]   3/20 4/11 4/14 4/19 8/3 10/4 10/4 19/22 40/17
cleared [1]   30/9
clearly [5]   4/17 8/23 27/11 35/16 40/19
Clerk [1]   16/12
clients [1]   40/24
close [2]   14/11 21/7
closely [1]   20/3
closing [1]   9/10
clothing [2]   17/12 20/20
CM [1]   16/11
CM/ECF [1]   16/11
Coe [1]   31/14
colleagues [2]   39/2 39/19
come [5]   9/15 25/13 28/19 32/16 40/16
comfortable [3]   28/8 39/4 39/4
coming [2]   41/9 41/10
commenting [1]   33/20
comments [7]   6/17 33/18 34/1 34/24 34/25 35/25 35/25
committed [1]   29/20
Commodores [1]   4/4
common [3]   8/11 9/11 38/9
communicate [1]   6/11
communicated [1]   25/1
commute [1]   38/1
company [1]   16/20
comparing [1]   8/3
complaint [4]   19/22 20/7 20/9 21/2
complete [1]   29/24
completely [1]   25/10
computer [1]   18/22
concern [2]   4/22 37/6
concerns [2]   43/8 43/12
concluded [1]   43/19
conclusions [1]   8/20
condemned [1]   6/18
conduct [4]   10/15 37/17 38/11 38/15
conference [7]   1/10 2/11 3/3 13/11 37/2 37/3 39/7
confident [1]   38/22
confirm [2]   24/8 28/11
conflation [1]   11/14
conflict [1]   25/15
conflicted [1]   40/25
confrontation [1]   34/2
confuse [1]   5/17
confused [2]   30/19 32/3
confusing [4]   5/18 7/14 9/5

9/25
confusion [1]   7/17
consider [10]   5/15 8/23 9/17 9/18 9/23 13/8 25/14 29/18 37/18 40/25
consideration [1]   7/10
considered [1]   42/3
considering [1]   5/6
considers [1]   9/1
consistent [3]   13/19 32/6 34/15
constitutes [1]   4/9
constitutionally [2]   6/5 8/6
contacted [3]   24/20 24/24 36/17
contain [2]   17/19 24/15
contained [1]   29/14
content [2]   20/15 32/2
contentious [1]   6/11
contest [1]   12/2
context [4]   7/22 7/25 12/24 29/11
contextual [9]   4/12 4/18 4/19 5/6 5/15 6/25 7/9 7/13 11/8
continuances [1]   30/7
continue [2]   21/18 41/6
continued [3]   21/19 21/21 21/23
contrary [1]   8/24
control [2]   27/20 28/6
conventionally [1]   16/9
copy [2]   14/23 34/14
corners [1]   5/5
correct [6]   4/15 20/16 28/15 32/20 35/20 44/1
corroborate [2]   10/16 24/4
could [14]   14/14 19/8 19/19 26/6 27/18 27/19 28/2 30/11 33/11 36/19 37/24 39/14 39/15 41/4
counsel [6]   2/4 2/21 18/13 18/14 18/16 39/18
country [1]   11/4
couple [2]   7/16 15/4
course [2]   38/11 38/15
COURT [54]
Court's [10]   11/10 21/5 27/4 27/5 27/16 28/22 30/1 39/12 43/7 43/12
courtesy [1]   41/3
courthouse [1]   42/12
courtroom [1]   26/24
courtrooms [1]   22/2
cover [1]   35/14
COVID [2]   2/3 14/5
CR [2]   1/3 2/2
created [1]   17/10
credentials [1]   9/15
credibility [1]   12/16
crime [1]   29/19
criminal [2]   10/15 37/17
cross [4]   7/4 12/1 20/8 35/3
cross-examination [2]   7/4 12/1
cross-examining [1]   20/8
crystal [1]   39/25
cure [2]   11/6 33/8

curious [1]   21/9
custodian [2]   31/22 33/24

**D**

date [14]   18/7 18/19 19/24 21/15 21/16 21/19 27/15 30/9 30/10 31/11 39/13 39/14 40/16 44/4
dates [1]   28/14
Daubert [11]   2/13 2/16 2/21 2/23 13/14 16/5 22/11 29/24 33/18 37/2 41/3
day [6]   14/18 18/21 18/22 18/25 22/10 37/25
days [1]   30/25
deal [1]   40/21
December [1]   21/20
decide [1]   6/4
decision [1]   42/4
deeply [1]   11/25
Defendant [1]   1/9 1/18
Defendant's [2]   15/9 15/15
Defenders [1]   1/18
defense [10]   3/20 18/11 18/13 18/14 18/15 18/23 21/14 29/23 31/17 32/25
Defense's [2]   30/13 36/24
define [4]   3/24 5/1 6/16 7/15
definition [2]   5/11 5/12
delay [1]   14/22
depending [1]   11/10
describes [1]   4/18
descriptions [1]   4/12
despite [1]   6/21
detailed [1]   43/11
determine [3]   5/9 5/25 12/19
determined [1]   19/25
determining [2]   12/8 13/8
developments [1]   29/22
did [24]   3/13 8/17 10/12 14/10 14/17 14/17 16/20 17/19 18/4 18/10 18/15 20/10 23/23 24/9 24/15 24/19 25/16 30/18 32/9 32/10 32/17 36/16 37/15 40/8
didn't [17]   7/10 13/3 17/17 17/20 21/10 22/22 23/1 23/7 24/4 24/7 31/15 31/20 32/6 32/10 32/17 34/15 41/3
difference [1]   22/5
different [9]   5/12 7/25 10/21 12/7 16/16 17/12 21/3 37/12 42/9
differently [1]   17/15
difficult [4]   22/14 26/23 29/22 37/22
difficulties [1]   21/25
direct [2]   6/10 12/2
directed [1]   13/18
directly [1]   10/23
disagree [2]   35/7 38/7
disclosure [2]   32/7 32/9
discovery [3]   30/23 31/20 34/11
discretion [1]   27/3
discuss [2]   14/1 42/24
dismayed [1]   30/10

**D**

**dismiss [16]**   10/7 15/10
15/15 15/20 16/22 19/5 21/4
22/22 24/14 24/18 27/10
28/10 37/6 38/16 38/17 38/22
**DISPOTO [10]**   1/14 2/6 2/13
2/15 18/24 20/11 32/5 38/20
39/9 41/16
**dispute [2]**   41/21 41/22
**disregard [1]**   12/17
**distinction [2]**   8/16 17/1
**DISTRICT [4]**   1/1 1/1 1/11
10/25
**DIVISION [1]**   1/2
**do [28]**   3/2 3/9 3/21 5/5
5/10 7/12 10/11 11/5 16/11
22/4 24/19 24/21 24/25 29/3
29/3 29/5 30/8 33/1 33/14
34/23 37/6 38/2 38/5 38/13
41/7 42/4 42/14 42/20
**Docket [9]**   15/9 15/14 19/23
31/4 35/8 35/9 35/18 41/19
41/20
**doctor [1]**   6/10
**doctor's [1]**   6/8
**documents [1]**   40/8
**does [16]**   3/4 5/24 6/3 7/15
7/19 11/7 12/25 16/3 16/8
16/9 16/13 16/14 21/24 27/4
29/5 42/10
**doesn't [9]**   5/21 6/13 6/16
6/21 7/21 8/13 9/13 12/2
25/5
**doing [4]**   11/1 27/23 34/3
39/23
**don't [38]**   3/14 5/10 7/19
9/14 11/13 11/13 15/12 17/3
18/7 19/8 22/4 23/4 23/25
24/23 24/24 30/5 30/23 31/10
31/19 31/20 31/21 34/3 34/6
34/9 34/16 34/17 35/1 35/7
35/20 36/13 36/25 37/10
37/20 37/24 38/5 41/21 42/8
43/1
**done [9]**   27/18 27/19 30/6
30/17 38/12 38/20 39/1 39/19
40/23
**double [1]**   37/10
**doubt [1]**   21/8
**down [2]**   7/6 40/6
**Dr [19]**   3/6 4/7 4/10 4/13
4/15 4/23 5/11 5/22 6/3 8/3
9/22 10/9 10/10 11/13 11/24
12/5 12/19 13/1 16/4
**draft [1]**   14/23
**draw [1]**   3/24
**drawing [1]**   8/20
**draws [1]**   8/16
**drill [1]**   40/6
**drink [2]**   8/8 17/13
**drinking [1]**   20/21
**due [1]**   22/2
**during [2]**   6/10 38/10
**DVD [1]**   16/10

**E**

**each [2]**   6/25 11/1

**early [2]**   27/21 28/2
**ECF [1]**   16/11
**effective [1]**   26/20
**efficient [1]**   26/19
**effort [1]**   14/22
**efforts [1]**   4/8
**either [5]**   3/4 9/4 10/4
11/11 29/2
**elements [1]**   8/14
**ELLEN [1]**   1/7
**Elonis [5]**   7/5 7/7 12/2 12/2
12/3
**else [3]**   10/16 40/22 42/3
**email [2]**   2/20 14/25
**emailed [1]**   14/23
**emergency [1]**   26/4
**encroach [1]**   6/3
**encroaching [1]**   9/4
**enough [2]**   22/12 23/1
**ensure [2]**   21/11 26/20
**entered [1]**   13/24
**enters [1]**   15/2
**Entry [8]**   15/9 19/23 31/4
35/8 35/9 35/18 41/19 41/20
**equates [1]**   8/4
**equitable [1]**   22/15
**error [5]**   14/3 14/3 14/25
20/2 34/16
**ESQ [1]**   1/18
**essence [3]**   7/12 9/16 20/12
**Essex [1]**   36/15
**evaluate [2]**   12/14 12/16
**evaluating [1]**   5/5
**eve [1]**   26/22
**even [14]**   4/10 6/7 7/14 9/20
11/8 21/8 21/13 24/16 27/2
29/16 37/21 38/23 39/13 41/5
**evenings [1]**   38/2
**events [1]**   41/11
**ever [2]**   17/4 24/23
**every [3]**   14/6 25/19 25/20
**everybody [2]**   41/5 43/13
**everyone's [2]**   26/25 40/22
**everything [4]**   30/6 40/21
42/3 42/14
**evidence [18]**   8/5 8/9 8/12
9/14 17/3 22/23 22/24 23/1
23/8 23/10 25/15 28/23 29/19
29/24 35/3 36/3 36/22 37/22
**exact [3]**   18/7 19/10 19/11
**exactly [1]**   3/20
**examination [3]**   6/10 7/4
12/1
**examining [1]**   20/8
**examples [1]**   7/16
**exasperation [1]**   8/9
**exceptions [1]**   11/19
**exclude [2]**   3/6 18/20
**excluded [1]**   9/25
**exclusive [1]**   6/4
**exhibit [15]**   15/9 15/14
15/25 16/1 16/2 16/5 16/6
16/8 16/9 16/13 16/14 19/16
19/19 19/20 28/10
**exhibits [2]**   15/21 31/6
**existence [1]**   22/21
**exists [2]**   17/2 17/23
**expand [1]**   10/14

**expect [1]**   15/1
**expedited [1]**   41/16
**expeditiously [1]**   28/4
**expert [12]**   3/6 3/23 4/6 5/3
5/16 6/24 9/14 10/20 11/19
12/16 29/24 35/2
**experts [2]**   11/21 11/23
**explain [4]**   7/21 8/21 21/9
28/19
**explains [1]**   21/10
**explanations [1]**   8/24
**explicitly [1]**   4/10
**extensions [1]**   30/7
**extremely [1]**   41/1

**F**

**F.3d [1]**   4/4
**face [1]**   8/24
**Facebook [42]**   6/17 16/19
17/18 17/19 17/21 17/22 18/1
18/5 19/6 21/2 21/11 23/9
23/13 23/15 23/17 23/20 24/3
24/5 24/8 24/10 24/14
24/20 24/24 25/5 25/11 25/17
28/12 28/19 31/2 31/6 31/24
32/15 32/25 33/3 33/20 34/13
34/16 34/23 35/3 35/21 41/20
**Facebook's [1]**   28/25
**faced [1]**   22/3
**fact [9]**   6/17 6/21 7/3 8/10
13/2 21/3 25/11 28/11 29/3
**factors [18]**   4/12 4/18 4/19
5/6 5/15 6/25 6/25 7/9 7/13
8/21 8/22 8/24 9/17 9/22
12/7 13/4 13/5 13/8
**facts [2]**   11/15 29/11
**fair [1]**   22/15
**faith [1]**   30/8
**fake [1]**   33/19
**family [1]**   26/4
**far [4]**   7/25 34/24 35/11
43/7
**fault [1]**   28/6
**FBI [4]**   10/24 26/8 36/11
36/17
**February [17]**   18/19 18/23
20/7 21/12 21/13 21/21 25/18
27/21 28/3 28/14 31/8 31/9
31/19 31/22 32/18 32/19
39/13
**February 2021 [1]**   20/7
**February 22 [1]**   31/22
**February 24th [1]**   28/3
**February 28 [1]**   18/19
**February 28th [7]**   18/23
21/12 21/13 21/21 25/18
27/21 39/13
**Federal [2]**   1/18 44/5
**felt [1]**   2/22
**file [5]**   16/1 27/10 37/6
37/21 38/17
**filed [20]**   13/23 15/3 15/10
15/15 16/9 16/12 16/22 20/6
20/9 21/18 24/6 24/14 24/19
29/23 30/16 34/19 35/8 35/10
39/15 41/15
**filing [2]**   37/23 41/18
**filings [1]**   30/16

**F**

fill [1]  36/13
filled [1]  36/18
finally [3]  23/22 30/8 32/18
find [4]  14/10 23/17 27/20
 29/6
finding [3]  22/1 22/15 26/18
fine [1]  42/18
fingertips [1]  18/8
firearm [2]  9/21 9/21
first [16]  3/24 4/7 7/2 10/5
 14/12 16/11 17/11 22/20 23/5
 25/2 31/15 33/6 34/8 37/7
 39/14 42/20
five [4]  3/11 3/16 14/11
 36/19
FL [4]  1/7 1/16 1/20 1/23
Floor [1]  1/16
FLORIDA [3]  1/1 10/25 26/5
follow [1]  19/3
followed [1]  36/2
following [1]  30/10
followup [1]  25/1
foregoing [1]  44/1
foreign [1]  11/21
foremost [1]  7/2
form [1]  36/18
Fort [11]  1/16 2/18 14/16
 14/17 25/19 26/15 27/20 28/1
 37/5 37/25 38/1
forth [1]  8/22
forthcoming [1]  30/5
forward [1]  39/4
found [1]  4/3
four [1]  5/5
fragment [1]  3/19
frankly [1]  40/24
free [1]  12/17
Friday [3]  13/24 14/25 15/3
front [5]  15/12 19/10 23/25
 26/2 43/3
frustrated [1]  30/6
frustration [2]  27/17 30/2
Ft [4]  1/23 14/13 14/13
 14/15
fueled [1]  4/8
full [3]  29/3 29/11 41/16
Fuller [10]  3/6 4/13 4/16
 9/22 10/10 11/13 11/24 12/5
 13/1 16/5
Fuller's [7]  4/23 5/11 5/22
 6/3 8/4 10/9 12/19
fully [3]  11/9 37/19 38/21
further [2]  3/8 3/9

**G**

game [1]  39/13
gave [3]  2/25 25/7 34/17
general [3]  11/18 12/13
 35/22
generally [2]  30/19 42/8
get [16]  14/18 16/20 18/4
 21/10 22/12 25/21 26/6 27/4
 27/22 30/17 31/18 38/1 40/23
 41/11 41/13 42/19
gets [1]  27/3
getting [4]  17/21 21/5 23/19

39/21
give [11]  12/15 12/17 12/19
 13/7 15/13 15/18 18/7 25/5
 30/7 31/15 35/13
given [7]  2/24 21/14 26/23
 31/12 36/11 38/23 40/21
giving [2]  21/8 41/5
go [20]  2/11 11/25 14/14
 17/22 22/7 22/15 22/17 23/23
 24/23 25/10 26/2 27/14 27/20
 28/3 35/11 39/21 39/22 41/10
 41/25 42/1
going [27]  2/17 6/1 12/5
 13/12 13/18 25/8 26/12 27/6
 27/12 27/13 27/14 28/8 29/6
 29/25 30/1 30/22 36/7 36/15
 36/17 39/7 39/9 39/16 39/21
 39/24 40/10 42/23 43/14
gone [1]  28/16
good [1]  30/8
got [7]  18/1 23/9 23/22
 25/18 31/19 31/21 39/2
Government [35]  2/6 9/7 10/3
 10/7 10/12 10/12 10/14 10/24
 12/1 12/18 13/12 15/25 16/19
 18/20 19/18 20/25 21/10 27/3
 29/6 29/8 29/10 29/12 30/20
 30/22 31/7 31/10 31/12 31/15
 31/18 32/3 33/8 34/12 34/18
 37/4 38/4
Government's [6]  3/5 3/14
 13/16 34/25 36/1 37/25
Grand [29]  13/21 14/4 14/4
 14/8 14/12 14/13 14/15 14/17
 14/19 14/24 15/2 15/6 22/6
 22/10 22/13 23/2 23/11 23/24
 25/14 26/1 26/3 26/6 26/7
 26/12 26/14 27/24 28/1 28/9
 40/5
grappling [1]  40/8
great [1]  43/13
ground [1]  35/14
guess [5]  15/12 18/2 20/22
 23/15 24/24
guilty [2]  29/6 29/7
gut [1]  38/12

**H**

had [37]  11/9 11/25 13/12
 14/7 16/19 17/20 17/21 19/6
 19/14 21/18 22/11 22/11
 23/19 24/6 24/14 24/25 25/6
 25/8 26/4 26/17 27/9 28/9
 28/16 28/18 28/20 29/1 30/15
 31/13 31/14 35/10 37/2 37/4
 37/19 39/7 40/7 41/2 41/7
hadn't [1]  19/5
handed [1]  7/5
handled [1]  26/19
handy [1]  37/11
happen [1]  39/16
happened [2]  28/13 30/24
hard [2]  26/19 30/17
has [24]  4/17 6/22 6/24 10/3
 10/17 11/4 14/5 14/23 16/3
 17/4 26/19 27/5 27/8 29/1
 29/3 30/9 30/9 31/18 32/2
 32/5 33/8 34/15 35/8 39/19

hasn't [2]  7/3 29/2
have [108]
haven't [6]  16/21 16/25
 35/10 36/21 38/12 39/18
having [8]  19/10 22/1 22/14
 25/13 26/11 29/8 29/19 42/13
he [47]
he's [1]  8/23
hear [1]  2/9
heard [4]  3/8 33/17 39/18
 41/5
hearing [17]  2/13 2/16 2/21
 2/23 5/16 13/14 16/5 22/12
 26/21 29/24 30/4 33/18 35/14
 40/25 41/3 42/10 43/19
hearsay [1]  33/10
heart [1]  6/2
held [1]  30/4
help [2]  5/1 5/8
helpful [1]  4/25
her [19]  6/14 6/18 7/22 8/15
 9/9 9/19 18/1 20/20 23/14
 25/11 25/13 27/8 27/11 29/6
 35/24 35/24 36/14 40/3 41/18
here [5]  10/4 11/11 12/3
 35/15 38/14
herself [1]  9/10
highlight [2]  7/16 38/24
highly [1]  29/18
him [8]  4/20 6/7 7/13 11/25
 13/3 13/4 36/8 36/15
his [25]  3/6 4/8 4/11 4/13
 4/17 5/24 6/10 6/12 6/20 7/3
 7/4 9/1 9/2 9/8 9/15 11/15
 12/6 12/12 12/21 13/6 26/4
 26/9 31/23 36/10 36/19
history [4]  5/10 7/17 11/1
 11/2
hold [2]  8/24 37/10
HON [1]  1/22
honest [2]  40/17 40/18
Honor [7]  2/7 13/21 13/25
 15/18 25/21 28/8 43/16
HONORABLE [1]  1/11
hope [2]  43/9 43/9
hospital [1]  26/5
host [1]  22/14
hour [1]  38/1
hours [1]  18/9
housekeeping [1]  42/6
how [27]  3/9 3/9 3/12 5/1
 5/4 7/14 10/21 10/22 10/25
 12/6 12/11 12/14 13/5 13/7
 20/3 21/5 26/23 27/14 36/7
 36/8 36/15 37/24 38/5 40/1
 41/10 41/10 42/22
however [1]  20/3

**I**

idea [1]  11/3
ideal [1]  34/22
ideally [1]  3/11
identical [3]  16/6 20/3 20/3
identify [1]  35/24
imagine [1]  27/12
immediately [1]  24/20
impact [1]  27/5
implored [1]  7/7

**I**

important [1]   3/19
impossible [1]   9/2
impressive [1]   9/15
improper [1]   9/4
in-person [1]   42/11
incident [1]   17/8
include [1]   32/1
including [2]   21/1 33/3
incorrectly [1]   26/12
indicated [6]   2/21 7/7 13/20 22/5 27/9 35/17
indicates [2]   4/5 4/17
indication [2]   7/20 25/16
indictment [27]   2/14 2/20 13/15 13/22 14/23 15/6 15/17 15/23 16/1 17/5 19/4 25/9 26/21 27/1 27/22 30/14 33/12 36/24 37/8 37/20 38/5 38/23 39/11 39/17 39/18 39/22 41/8
individual [2]   12/10 12/11
individuals [1]   33/25
influenced [1]   6/2
influencing [1]   8/23
information [3]   6/13 9/3 35/23
initial [1]   20/15
inquired [4]   14/12 14/13 14/16 26/8
inquiring [1]   15/23
inquiry [1]   23/20
insight [1]   6/22
Instagram [4]   16/3 16/19 19/24 20/6
Instead [1]   13/4
instruction [4]   11/7 11/9 12/15 12/18
instructions [2]   11/12 37/23
intend [6]   11/13 34/10 37/6 38/16 38/17 38/25
intended [3]   6/14 20/7 35/22
intending [2]   32/8 35/19
intends [1]   19/18
intent [4]   8/12 11/24 12/4 12/6
intention [6]   13/21 27/10 27/11 34/19 34/24 36/24
intentional [1]   10/1
intentions [1]   27/8
interesting [1]   6/12
interpret [3]   12/14 13/5 13/7
introduce [2]   32/8 35/19
introduced [1]   34/10
invade [1]   5/24
investigating [1]   25/10
invocation [2]   8/4 9/12
invoking [2]   7/24 11/3
is [223]
isn't [4]   4/25 6/1 24/2 35/14
issue [7]   6/4 11/16 17/6 22/20 34/2 38/18 40/2
issued [1]   24/21
issues [8]   3/18 3/20 6/12 10/11 12/2 12/3 27/13 38/24
it [164]

it's [1]   17/12
its [2]   8/24 30/9
itself [1]   17/14

**J**

January [5]   20/1 21/20 21/23 26/16 28/14
January 21st [2]   21/23 26/16
January 26th [1]   21/20
January 31 [1]   20/1
Jefferson [1]   7/18
Jefferson's [2]   7/18 7/20
Jeffreys [1]   10/24
jeopardy [1]   37/10
job [1]   5/25
John [2]   33/20 33/21
JUDGE [15]   1/11 3/7 4/15 9/24 13/20 15/11 16/15 18/6 20/14 22/18 27/16 35/10 36/5 42/6 43/4
judges [1]   22/1
judges' [1]   26/24
judgment [1]   29/16
June [4]   15/10 15/15 16/22 21/4
June 21 [3]   15/10 15/15 16/22
June 21st [1]   21/4
Juries [2]   11/13 14/12
jurors [1]   11/3
jury [53]
jury's [2]   5/12 9/11
just [11]   5/20 8/22 10/3 20/10 21/24 24/25 26/18 30/16 33/4 35/22 42/23
justice [2]   22/16 26/20

**K**

KAYE [7]   1/7 2/2 2/8 6/14 7/20 8/1 9/21
Kaye's [8]   4/9 7/25 8/7 8/17 12/5 19/24 33/11 34/4
keep [1]   21/15
kept [1]   30/11
kill [1]   38/10
kind [2]   38/23 40/16
knew [5]   20/5 23/6 26/16 27/21 34/12
know [52]
knowledge [1]   40/19
known [4]   13/23 19/24 20/25 21/7
knows [3]   3/23 10/10 29/1
KRISTY [3]   1/18 2/8 19/9

**L**

laced [1]   17/14
laid [2]   11/8 40/19
landed [1]   30/8
language [4]   8/11 12/7 13/6 13/7
lapse [1]   29/15
last [9]   2/13 13/20 23/24 30/22 30/25 32/11 34/13 34/14 41/1
lastly [1]   34/4
late [5]   14/11 14/18 39/12 39/13 43/2

Lauderdale [11]   1/16 2/19 14/16 14/17 25/19 26/15 27/20 28/1 37/5 37/25 38/2
law [16]   4/2 4/5 7/3 7/4 7/7 10/4 11/14 11/17 11/18 11/20 11/21 11/23 11/25 12/25 13/2 38/9
lawyers [6]   11/20 11/22 11/22 21/25 26/23 31/17
learn [2]   17/17 41/8
learned [1]   23/6
least [2]   10/11 27/9
leave [3]   3/2 39/9 41/9
led [1]   24/22
left [1]   14/20
legal [4]   3/25 11/20 38/7 39/23
lend [1]   4/20
less [2]   12/16
lesson [1]   5/10
let [6]   3/3 13/12 24/24 32/24 41/20 42/22
Let's [1]   2/4
letting [1]   13/25
lift [1]   29/22
light [2]   2/3 29/21
like [15]   3/8 8/3 10/20 13/17 20/21 21/21 23/19 33/1 36/12 40/4 40/4 40/6 40/12 42/19 43/6
likely [2]   37/17 38/16
Limine [1]   12/12
limited [2]   11/7 26/24
line [5]   3/24 8/16 26/18 28/8 36/13
linguistic [1]   10/21
list [1]   11/5
literally [1]   26/21
little [1]   40/11
location [1]   20/20
long [3]   11/1 11/5 36/20
look [7]   5/8 9/19 13/5 15/11 25/3 32/24 40/11
looked [3]   16/23 36/3 36/5
looking [3]   10/18 10/19 10/21
looks [2]   12/8 20/21
lot [13]   6/18 7/1 8/20 9/10 28/25 29/1 29/2 35/14 36/12 42/22 42/24 42/25 43/11

**M**

made [15]   2/11 14/3 18/21 18/24 20/17 20/22 21/1 22/5 28/1 29/12 34/4 38/19 38/21 41/4 41/7
make [12]   2/24 9/10 9/13 21/24 30/24 30/25 32/20 38/9 39/23 41/5 41/11 42/3
makes [2]   7/17 8/8
making [2]   3/13 17/1
mal [1]   8/12
many [6]   5/18 11/2 16/4 30/9 30/9 42/22
March [24]   1/8 21/6 23/15 25/20 25/20 25/24 25/25 26/2 26/3 27/24 28/2 28/7 30/22 31/12 31/19 32/4 32/7 32/9

**M**

**March... [6]**   32/11 32/23 34/14 34/14 40/6 40/9
**March 10th [3]**   26/2 27/24 28/7
**March 2021 [1]**   31/12
**March 21 [1]**   40/9
**March 21st [3]**   21/6 25/24 40/6
**March 9th [1]**   26/3
**MARK [2]**   1/14 2/6
**material [1]**   18/19
**matter [4]**   3/8 31/25 42/7 44/2
**matters [3]**   7/10 22/18 42/18
**may [17]**   3/17 5/12 5/14 5/15 5/17 10/21 18/21 18/24 20/25 22/9 22/18 32/14 32/15 35/2 36/11 42/6 42/20
**maybe [4]**   27/7 28/22 41/16 41/21
**McClary [1]**   4/4
**me [23]**   3/3 14/20 15/12 15/18 19/10 24/1 24/24 26/3 26/4 27/2 28/7 30/5 32/6 32/11 32/24 34/12 34/15 39/3 40/12 40/20 41/20 42/22 43/1
**mean [3]**   5/21 9/13 33/1
**meaning [2]**   8/12 8/25
**meanings [1]**   10/21
**means [1]**   9/13
**meant [1]**   2/12
**media [11]**   10/22 10/23 16/17 16/25 17/1 17/4 20/1 22/24 23/1 23/8 34/5
**meeting [2]**   26/15 26/16
**memory [1]**   19/2
**mention [2]**   2/14 7/17
**mentioned [2]**   3/1 11/10
**messages [1]**   32/1
**Miami [9]**   2/19 14/16 14/17 14/19 22/7 22/13 22/13 26/14 27/20
**Middle [1]**   10/25
**might [2]**   6/22 21/9
**MILITELLO [24]**   1/18 2/8 3/12 9/9 14/24 15/21 16/18 17/20 19/9 23/19 23/23 27/7 29/1 35/1 35/11 35/17 36/2 36/14 36/23 38/21 38/25 40/2 41/15 41/24
**Militello's [3]**   23/7 28/10 41/18
**mind [2]**   21/5 40/17
**mindset [1]**   8/7
**minute [2]**   38/14 41/1
**minutes [3]**   3/11 3/16 36/19
**misleading [3]**   7/1 9/5 10/1
**miss [1]**   32/9
**mistaken [1]**   23/4
**mistakenly [1]**   14/7
**mixed [1]**   19/14
**moment [5]**   15/13 15/18 18/8 18/17 25/22
**momentary [1]**   29/15
**Monday [3]**   14/1 22/3 37/22
**month [3]**   19/2 21/13 23/21

**more [15]**   2/22 3/1 3/4 3/16 10/10 11/11 11/25 12/16 29/16 34/7 35/16 37/17 40/11 42/22 42/24
**Moreover [3]**   4/24 5/11 5/24
**most [1]**   42/13
**motion [28]**   2/11 3/5 12/22 15/9 15/15 15/20 16/22 18/20 19/5 21/4 21/17 22/22 24/13 24/18 27/10 28/10 30/4 31/5 33/22 34/10 36/21 37/6 37/13 37/21 38/17 38/22 39/15 40/1
**motivated [1]**   5/20
**move [5]**   31/20 39/7 39/16 39/17 40/21
**moving [2]**   28/4 39/4
**Mr [9]**   2/13 2/15 18/24 20/11 32/5 36/15 38/20 39/9 41/16
**Ms [29]**   2/8 4/9 7/25 8/7 9/9 12/5 14/24 15/21 16/18 17/20 19/9 23/7 23/19 23/23 27/7 28/9 29/1 33/11 34/4 35/1 35/11 35/17 36/2 36/14 36/23 38/24 40/1 41/17 41/24
**Ms. [8]**   3/12 6/14 7/20 8/1 8/17 9/21 38/21 41/15
**Ms. Kaye [4]**   6/14 7/20 8/1 9/21
**Ms. Kaye's [1]**   8/17
**Ms. Militello [3]**   3/12 38/21 41/15
**much [6]**   3/9 3/9 6/21 11/25 39/20 43/9
**muddled [1]**   10/4
**muddying [1]**   12/3
**multiple [1]**   37/16
**music [9]**   16/2 16/7 16/8 16/13 16/16 16/18 19/12 19/16 19/19
**must [2]**   8/19 37/13
**my [31]**   13/21 14/1 14/3 14/24 14/25 15/12 15/24 18/6 18/8 19/1 20/5 20/21 23/3 25/21 26/3 27/25 28/3 28/5 28/6 30/16 34/24 36/25 37/5 37/9 37/10 37/12 37/22 38/11 40/15 40/17 42/13
**myself [1]**   43/5

**N**

**name [3]**   3/6 4/13 33/21
**narrow [1]**   7/11
**national [1]**   34/5
**nature [2]**   17/16 20/12
**necessarily [8]**   5/16 5/21 6/13 6/14 9/17 30/23 35/2 43/10
**necessary [2]**   3/17 39/23
**need [7]**   3/10 5/10 8/8 9/14 21/17 40/11 40/19
**needed [5]**   2/22 3/1 5/3 21/11 22/7
**never [3]**   16/16 16/24 16/24
**new [4]**   27/13 28/24 39/14 40/2
**next [2]**   27/8 37/4
**no [19]**   1/3 2/20 10/16 10/16 12/10 14/15 23/17 24/16

**not [102]**
**noteworthy [1]**   11/6
**nothing [2]**   10/15 11/21
**notice [2]**   31/1 34/19
**notified [1]**   14/24
**notify [1]**   23/23
**now [18]**   12/23 17/10 18/1 18/3 20/2 21/17 23/12 25/3 27/11 28/22 34/9 35/12 36/10 40/2 40/4 40/15 41/23 42/5
**nuance [1]**   5/22
**number [3]**   2/2 32/2 33/22

**O**

**o'clock [7]**   14/11 42/20 43/1 43/2 43/2 43/5 43/16
**oath [1]**   20/9
**objected [2]**   35/21 36/22
**objecting [5]**   32/25 32/25 33/2 33/7 41/17
**objection [2]**   31/1 36/3
**objections [5]**   29/23 33/9 41/14 41/18 41/25
**objects [1]**   35/18
**obligated [1]**   9/19
**obvious [1]**   6/8
**obviously [1]**   6/8
**occasion [1]**   3/2
**occasions [1]**   6/20
**occur [1]**   10/21
**occurred [1]**   17/9
**October [1]**   21/19
**October 19th [1]**   21/19
**off [2]**   4/22 13/13
**offended [1]**   11/3
**offer [5]**   4/24 6/13 6/21 7/20 7/21
**offered [1]**   6/24
**offering [2]**   4/25 8/23
**offers [1]**   9/3
**office [4]**   1/15 1/18 8/2 14/24
**Official [2]**   1/22 44/5
**okay [11]**   2/10 3/12 10/2 13/10 18/15 20/23 25/24 25/24 29/15 36/23 42/17
**once [2]**   17/25 27/24
**one [22]**   7/8 8/13 15/22 17/22 17/24 18/2 18/3 18/17 23/5 23/5 23/6 29/6 29/15 29/17 34/15 37/11 38/8 38/9 39/11 41/14 41/18 41/19
**ones [1]**   42/19
**online [2]**   9/20 36/18
**only [10]**   8/17 10/18 12/12 14/20 19/22 23/3 23/6 23/23 27/18 34/9
**opine [1]**   4/8
**opinion [4]**   4/11 4/17 4/19 6/8
**opinions [1]**   9/4
**opportunity [4]**   2/24 2/25

**O**

**opportunity... [2]**   30/15 33/8
**option [1]**   14/20
**oranges [1]**   8/3
**orbit [1]**   40/22
**order [1]**   30/5
**ordered [1]**   30/1
**organized [1]**   43/6
**original [11]**   8/19 13/11 17/7 17/19 18/2 21/18 23/7 24/16 28/14 36/6 36/6
**originally [6]**   2/10 19/15 23/13 24/13 28/17 32/16
**other [25]**   5/6 5/18 6/20 6/20 6/24 7/8 8/12 8/13 9/20 11/1 11/20 14/6 17/6 25/20 29/7 31/23 32/1 33/13 33/16 34/17 35/25 37/12 38/21 42/18 42/19
**others [1]**   28/6
**otherwise [2]**   35/19 37/5
**our [11]**   11/4 11/7 11/24 13/14 15/24 16/2 18/19 18/22 23/20 28/14 39/4
**out [10]**   11/8 14/10 20/19 28/6 36/13 36/18 40/20 41/2 42/19 43/7
**over [7]**   2/11 3/18 4/3 18/10 30/25 42/1 42/2
**overlap [2]**   5/19 5/22
**overlaps [1]**   10/9
**own [1]**   5/5
**owns [1]**   9/21

**P**

**PALM [11]**   1/2 1/7 1/20 1/23 2/18 14/6 22/7 22/10 25/19 26/3 38/1
**pandemic [2]**   2/3 14/5
**panoply [1]**   29/4
**paragraph [2]**   19/23 20/9
**part [8]**   3/3 4/8 8/18 22/22 28/12 32/7 33/6 38/11
**particular [2]**   8/14 34/3
**parties [3]**   5/7 33/25 41/13
**party [2]**   3/4 33/23
**passing [1]**   33/17
**past [1]**   2/17
**Pauline [2]**   1/22 44/5
**people [6]**   6/11 6/18 8/16 12/13 13/5 33/19
**per [1]**   41/4
**perceive [3]**   5/2 5/4 5/9
**perceived [1]**   6/15
**perceives [1]**   12/7
**perhaps [2]**   33/11 37/12
**period [1]**   38/14
**Perkins [1]**   31/14
**permission [1]**   28/22
**permitted [2]**   11/20 38/4
**person [25]**   5/2 5/4 5/9 5/12 5/13 5/14 6/16 6/19 7/15 7/15 9/17 9/19 9/20 9/22 12/6 12/9 12/9 12/10 12/11 42/11 42/14 42/14 42/16 43/15 43/17

**persons [2]**   11/5 34/3
**phon [1]**   31/14
**phone [2]**   31/13 41/7
**photos [1]**   32/1
**physically [1]**   18/24
**Pierce [4]**   1/23 14/13 14/13 14/15
**place [2]**   15/2 26/9
**Plaintiff [2]**   1/5 1/14
**planning [1]**   36/6
**platforms [1]**   20/1
**pleading [2]**   23/7 36/14
**point [7]**   9/3 20/5 26/12 35/15 39/10 39/10 41/16
**political [11]**   3/25 4/20 5/19 6/1 6/5 7/17 8/6 8/19 10/5 10/25 11/2
**politically [1]**   5/20
**politician [1]**   8/1
**politicians [1]**   7/24
**portal [3]**   31/16 31/16 36/18
**portion [1]**   7/6
**portions [1]**   33/13
**position [4]**   13/16 30/13 37/12 39/5
**possible [2]**   27/21 28/5
**posted [17]**   16/17 16/25 17/3 17/24 19/7 19/17 20/6 20/19 22/23 23/8 24/5 24/8 25/6 25/8 25/14 29/13 38/13
**posting [3]**   25/12 40/19 40/19
**postponed [1]**   26/6
**potential [2]**   13/14 15/16
**preclude [2]**   4/10 6/7
**precluded [1]**   9/8
**preferably [1]**   42/19
**prejudicial [1]**   34/7
**premeditated [1]**   29/17
**prepared [2]**   38/21 43/10
**present [7]**   5/7 7/13 13/21 14/19 14/21 15/5 23/10
**presentation [1]**   15/1
**press [2]**   8/18 34/5
**presumably [1]**   22/12
**pretrial [4]**   37/13 37/15 37/18 37/19
**prevent [1]**   14/22
**previewed [1]**   40/2
**prior [2]**   28/17 37/2
**probably [4]**   14/25 23/14 28/18 33/17
**probative [1]**   34/7
**problem [1]**   4/7
**problems [1]**   29/1
**proceed [3]**   3/17 28/15 38/4
**proceeding [1]**   14/1
**proceedings [3]**   13/23 42/13 44/2
**produce [5]**   23/22 29/3 32/10 32/17 32/17
**produced [4]**   17/25 25/1 31/24 32/18
**produces [2]**   23/15 23/17
**production [12]**   17/18 17/19 17/25 18/4 18/12 21/12 21/22 23/9 24/17 27/25 28/10 28/17
**profanity [1]**   17/14

**proficient [1]**   22/15
**prong [1]**   5/3
**proof [1]**   19/6
**properly [1]**   33/14
**prosecuted [1]**   10/17
**prosecutors [1]**   39/3
**protected [4]**   6/5 8/6 10/5 10/6
**provide [2]**   18/15 34/13
**provided [4]**   18/13 18/13 31/7 34/17
**provides [1]**   8/10
**providing [1]**   29/11
**province [4]**   5/25 6/4 9/5 27/4
**public [3]**   1/18 8/2 8/18
**pull [3]**   15/14 15/19 26/23
**punch [1]**   38/10
**purchased [1]**   9/21
**purports [3]**   4/25 30/21 31/11
**purpose [2]**   13/11 27/2
**pursuant [2]**   31/25 33/7
**put [2]**   30/5 40/1
**puts [1]**   37/12
**putting [1]**   41/22

**Q**

**question [2]**   21/5 33/5
**questionnaire [1]**   36/12
**questions [12]**   4/1 4/5 11/18 13/18 15/4 20/24 40/7 40/15 41/24 42/25 43/8 43/11
**quite [4]**   7/3 11/7 11/17 40/24
**quote [2]**   7/18 7/21

**R**

**raise [3]**   9/16 27/13 38/25
**raised [1]**   37/13
**raises [1]**   21/4
**raising [1]**   22/19
**random [1]**   12/9
**reacted [3]**   8/15 8/15 8/17
**read [1]**   7/6
**ready [1]**   37/5
**realize [1]**   34/22
**really [6]**   4/24 5/24 6/3 6/21 6/25 7/14
**reason [3]**   25/5 25/7 30/8
**reasonable [17]**   5/2 5/4 5/9 5/11 5/13 5/14 6/16 6/19 6/22 7/15 9/17 9/19 9/20 9/22 12/9 26/20 30/8
**reasons [6]**   9/7 9/24 11/8 22/14 33/4 37/17
**recall [1]**   22/4
**receipt [1]**   23/12
**receive [1]**   17/20
**received [19]**   2/19 16/10 17/18 18/12 18/24 19/5 21/11 23/22 24/14 27/24 30/4 30/20 30/22 31/11 32/4 32/23 40/9 40/14 40/18
**recently [2]**   17/17 23/21
**reconciliation [1]**   41/25
**record [10]**   2/5 4/13 13/12 13/13 13/17 25/13 27/8 28/3

**R**

record... [2]  33/11 44/2
recording [1]  24/2
records [36]  17/21 18/6
 18/20 22/25 23/13 23/17 24/4
 24/8 24/9 24/15 24/15 25/11
 25/16 28/12 28/20 29/4 30/20
 30/21 31/2 31/6 31/12 31/14
 31/16 31/18 31/22 31/24
 31/25 32/2 33/1 33/13 33/16
 33/23 34/17 35/4 35/22 41/20
reference [3]  8/8 21/1 32/20
referenced [1]  21/3
regard [4]  4/2 4/18 5/17
 6/12
regarding [7]  2/18 4/9 6/13
 23/20 25/4 29/23 36/13
regularly [1]  26/16
Reinhart [1]  43/4
relate [1]  11/15
related [1]  35/23
relates [2]  12/22 34/8
relating [2]  41/19 41/19
release [2]  8/18 34/5
relevant [15]  5/1 7/14 9/3
 11/2 12/21 13/1 29/15 29/18
 34/6 35/2 35/2 35/4 35/5
 35/25 36/11
reliable [1]  6/13
relied [1]  39/19
relitigating [1]  38/18
rely [3]  34/20 34/21 38/18
relying [6]  21/15 32/12
 32/14 32/21 35/17 40/9
remains [1]  42/5
remarks [1]  6/18
remedies [2]  7/23 7/25
remedy [1]  8/5
remember [2]  7/19 21/17
remind [2]  3/22 43/1
rendering [2]  6/8 9/4
report [1]  36/10
reported [2]  36/9 36/10
Reporter [3]  1/22 44/5 44/6
reporting [1]  36/18
represent [1]  19/11
representative [1]  34/23
request [1]  12/18
requesting [1]  11/11
requests [1]  37/15
required [2]  25/10 42/14
requires [1]  37/18
research [13]  6/12 6/20 7/3
 12/6 12/12 37/16 37/19 38/9
 38/12 38/20 39/1 39/19 39/23
researched [1]  7/9
reset [1]  26/17
respect [11]  2/22 3/5 13/14
 22/20 23/12 30/13 36/23
 40/13 40/14 40/22 41/18
Respectfully [1]  10/10
respond [3]  35/13 37/24
 37/24
responded [1]  38/22
responding [2]  33/19 35/11
response [7]  3/15 10/2 23/20
 31/15 36/16 37/25 39/2

**S**

rest [1]  36/19
result [1]  13/23
results [1]  32/1
returned [1]  14/7
returns [1]  16/20
review [5]  7/5 7/7 30/16
 30/18 35/10
reviewed [4]  19/24 27/25
 31/24 36/21
reviewing [1]  41/23
right [16]  2/1 4/22 7/4 11/3
 12/23 13/10 15/4 19/1 19/3
 22/1 23/14 25/3 30/4 31/7
 32/5 33/25
ripe [1]  30/4
ROBIN [2]  1/11 1/22
robust [1]  11/11
room [1]  17/12
ROSENBERG [3]  1/3 1/11 1/22
rule [6]  37/10 37/11 37/13
 37/15 37/18 40/1
ruling [5]  7/11 11/10 12/23
 12/24 41/4
running [1]  8/2

**S**

said [7]  2/15 6/7 16/24 22/7
 31/14 40/11 40/18
same [21]  11/21 15/8 15/25
 17/11 17/11 19/4 19/10 19/11
 19/13 19/24 19/25 20/17
 20/19 20/20 20/21 20/21
 26/25 37/7 38/11 38/12 38/15
sanction [1]  31/20
sat [2]  14/8 26/1
saw [6]  8/17 16/24 17/8
 17/24 22/25 23/4
say [13]  3/1 5/4 7/8 9/9
 12/12 16/15 16/21 17/22 19/8
 30/21 32/22 34/11 39/20
saying [8]  13/1 13/19 21/22
 22/25 32/3 33/2 39/25 43/9
says [5]  9/22 17/13 17/13
 31/23 37/16
scale [1]  9/2
schedule [8]  2/16 14/4 14/6
 14/8 22/2 27/5 41/2 41/22
scheduled [5]  2/10 23/23
 26/2 26/22 28/2
scheduling [3]  2/12 13/14
 27/23
scientific [1]  13/4
scope [1]  3/24
screen [1]  25/4
se [1]  41/4
search [3]  23/16 31/25 32/1
second [33]  5/3 7/23 7/24
 8/5 9/12 11/4 15/6 17/9
 17/10 17/15 17/18 17/25 18/3
 18/4 19/20 19/20 19/21 19/21
 20/14 21/12 21/22 23/5 23/6
 23/9 23/11 24/25 25/25 28/17
 28/20 29/5 29/9 29/19 29/20
seconds [2]  20/4 20/4
see [10]  16/11 19/10 24/25
 25/11 28/3 36/21 41/2 42/22
 43/13 43/17
seeing [1]  20/20

seek [3]  19/22 24/9 25/9
seeking [5]  2/18 3/21 4/24
 10/14 15/5
seeks [1]  16/1
seem [2]  21/24 40/7
seems [1]  12/3
seen [6]  16/16 16/19 16/21
 16/24 16/25 17/2
send [1]  10/22
sense [6]  9/11 21/24 30/24
 30/25 41/11 41/11
sent [2]  25/2 32/1
sentencing [1]  43/6
sentencings [1]  42/15
separately [1]  16/12
September [3]  21/19 28/14
 44/4
September 27th [1]  21/19
sequence [1]  41/11
series [2]  13/17 20/23
serious [1]  5/10
served [1]  26/20
serving [1]  27/3
set [6]  2/16 21/25 26/22
 27/15 37/3 39/10
setting [1]  8/22
several [1]  30/25
shapes [1]  6/19
share [3]  27/16 30/1 41/24
shared [1]  22/2
she [23]  8/1 8/2 9/10 9/11
 9/11 9/13 17/11 17/13 17/13
 17/13 19/20 21/20 20/22 24/8
 25/16 27/7 27/8 27/12 27/13
 29/12 29/13 35/18 35/21
shedding [1]  7/18
short [1]  38/14
shortly [2]  17/24 23/14
shot [1]  25/4
should [13]  5/14 7/9 9/8
 9/22 9/25 10/7 10/20 22/3
 22/17 30/11 30/11 39/12
 41/15
show [2]  19/6 28/21
showed [1]  12/13
shows [2]  18/22 20/3
sic [1]  4/7
sign [1]  8/9
Signature [1]  44/6
signed [1]  31/11
silence [1]  11/1
similar [6]  17/13 17/16
 20/12 20/14 20/15 29/13
simply [1]  3/22
since [5]  14/4 14/18 34/13
 34/14 35/14
single [1]  38/11
sits [1]  25/19
sitting [7]  14/9 14/10 14/14
 22/10 26/1 26/13 28/1
situation [1]  30/12
slightly [1]  17/14
smarter [2]  39/2 39/19
Smith [3]  19/24 33/20 33/21
smith's [1]  33/21
smooth [1]  29/2
so [55]
social [11]  8/14 10/22 10/23

**S**

**social... [8]**  16/17 16/25 17/1 17/3 20/1 22/23 23/1 23/8
**solely [1]**  28/9
**some [9]**  2/17 4/2 8/12 13/7 16/2 16/3 18/20 28/5 33/18
**somebody [2]**  25/9 40/10
**somehow [4]**  8/11 8/15 10/9 37/21
**someone [2]**  10/23 12/8
**someone's [1]**  10/5
**something [7]**  12/8 16/19 21/6 27/18 27/19 34/13 36/11
**sometimes [1]**  11/22
**somewhere [1]**  26/5
**son [1]**  26/4
**soon [3]**  18/12 23/22 30/4
**sorry [4]**  4/15 20/14 23/25 24/11
**sort [5]**  3/19 5/2 14/22 21/6 27/13
**sought [1]**  28/22
**sounds [1]**  21/21
**SOUTHERN [1]**  1/1
**space [1]**  26/24
**speak [2]**  12/10 41/14
**speaking [1]**  8/1
**special [1]**  21/25
**specially [2]**  26/22 27/15
**specific [1]**  12/10
**specifically [2]**  37/11 40/16
**specifics [1]**  36/10
**speculates [2]**  8/7 8/9
**speculative [1]**  8/20
**speech [12]**  3/25 4/20 5/19 6/1 6/5 8/6 10/5 10/7 10/15 10/18 10/19 11/2
**spend [1]**  41/23
**spoke [2]**  13/25 27/25
**spoken [1]**  39/2
**SR [1]**  23/3
**stand [3]**  25/22 34/21 40/12
**standard [4]**  6/16 6/19 7/15 12/15
**standpoint [1]**  13/4
**start [2]**  3/3 3/22
**started [1]**  34/13
**starting [1]**  28/25
**starts [1]**  37/22
**state [4]**  2/4 11/14 13/12 27/7
**stated [1]**  13/13
**statement [4]**  5/20 7/22 13/18 33/24
**statements [5]**  33/23 34/1 34/4 34/6 38/10
**states [6]**  1/1 1/4 1/11 1/15 2/1 19/23
**status [9]**  1/10 2/11 3/3 13/11 37/2 37/3 39/7 40/12 42/1
**statute [2]**  10/15 12/4
**still [5]**  4/11 13/16 21/14 41/7 42/24
**Stipes [2]**  1/22 44/5
**study [1]**  7/9

**stump [1]**  8/2
**subject [7]**  4/6 15/16 15/22 17/4 17/5 27/1 28/24
**subjective [1]**  12/6
**submit [2]**  9/2 38/15
**subpoena [4]**  23/16 24/19 24/25 25/2
**subpoenaed [1]**  23/13
**subpoenas [1]**  24/21
**subscriber [1]**  35/23
**subsequent [1]**  23/20
**subsequently [1]**  2/19
**substance [1]**  17/12
**substantial [1]**  4/22
**substantially [1]**  29/13
**substantive [1]**  16/4
**substantively [2]**  15/25 19/17
**succeed [1]**  38/23
**such [2]**  7/7 27/7
**sufficient [2]**  21/14 23/10
**suggest [3]**  25/5 25/8 27/13
**suggested [1]**  27/7
**Suite [1]**  1/19
**summary [1]**  38/24
**supersede [3]**  2/18 19/18 27/6
**superseding [23]**  2/14 2/20 13/15 13/22 15/5 15/17 16/1 25/9 25/20 26/21 27/22 30/14 36/24 37/20 38/5 38/23 39/11 39/17 39/18 39/22 40/5 41/8 42/1
**supply [1]**  18/8
**suppose [1]**  21/8
**Supreme [1]**  12/25
**sure [6]**  10/11 22/19 23/16 25/7 39/23 41/5
**survive [1]**  39/24
**Susan [1]**  33/20
**suspension [1]**  14/5
**SUZANNE [2]**  1/7 2/2
**swirling [1]**  40/22
**system [1]**  18/23

**T**

**tag [1]**  10/22
**take [2]**  15/2 43/18
**taken [2]**  7/9 10/16
**takes [1]**  17/13
**taking [2]**  30/3 39/13
**talk [2]**  9/12 10/20
**talked [1]**  16/5
**talking [9]**  16/18 19/4 21/6 23/15 33/16 34/9 35/6 38/14 41/24
**talks [4]**  7/2 7/17 8/7 8/14
**targeting [1]**  10/17
**tax [1]**  11/19
**telephone [8]**  2/12 2/15 13/13 13/19 22/4 22/6 22/11 27/9
**telephoned [1]**  26/3
**tell [7]**  3/4 18/7 18/13 18/18 31/13 32/10 40/12
**ten [3]**  3/11 3/16 18/2
**terms [1]**  34/11
**test [1]**  5/3

**testify [11]**  11/20 11/22 12/5 17/18 26/9 29/25 35/3 36/7 36/7 36/15 36/17
**testimony [24]**  2/23 4/6 4/7 4/17 4/23 5/1 5/18 5/23 5/24 6/3 6/8 7/23 8/4 9/1 9/2 9/8 9/25 10/9 11/15 12/20 12/21 13/6 33/18 36/19
**text [1]**  7/4
**than [8]**  3/16 5/12 7/25 10/11 29/17 34/7 37/12 39/3
**Thank [1]**  13/10
**that [233]**
**their [8]**  2/4 5/5 5/25 6/3 32/7 34/1 34/1 36/18
**them [26]**  4/25 5/1 5/8 5/17 9/5 10/1 16/10 18/21 18/24 18/25 19/19 22/19 22/25 23/22 24/15 25/1 29/2 30/16 30/17 30/18 31/7 31/16 31/19 32/11 34/21 36/19
**themselves [2]**  22/24 22/25
**then [5]**  13/11 14/16 21/20 36/2 40/4
**there [51]**
**therefore [2]**  8/6 8/18
**Thereupon [1]**  43/19
**these [16]**  6/24 7/8 7/13 8/21 9/10 9/21 10/11 13/1 13/3 22/14 28/5 29/22 30/20 31/15 32/8 38/13
**they [58]**
**thing [1]**  19/22
**things [10]**  12/13 13/1 30/10 30/12 31/23 35/17 35/18 35/24 38/8 41/21
**think [30]**  2/25 2/25 3/19 3/22 5/14 6/23 7/16 10/10 11/6 12/21 15/20 18/7 18/20 19/1 19/14 20/2 23/4 24/23 25/18 26/18 33/6 33/11 33/12 34/6 35/1 35/20 36/25 37/11 38/8 41/9
**thinking [2]**  3/18 40/3
**thinks [2]**  6/9 6/22
**third [3]**  26/22 33/23 33/24
**third-party [1]**  33/23
**this [70]**
**Thomas [3]**  7/18 7/18 7/20
**those [22]**  3/25 4/19 5/8 5/15 7/10 9/7 9/24 13/23 22/18 23/13 24/15 32/7 32/17 33/25 33/25 34/6 34/25 35/25 41/23 41/25 42/23 43/12
**thought [8]**  14/3 14/7 14/9 14/13 27/23 28/4 30/7 36/12
**threat [18]**  4/9 4/21 5/2 5/10 5/21 6/6 10/6 10/15 10/22 10/23 12/9 12/11 13/9 17/14 17/15 20/13 29/20 38/9
**threatening [1]**  12/7
**threats [7]**  3/25 5/19 12/2 12/14 12/14 29/12 29/14
**three [1]**  38/1
**three-hour [1]**  38/1
**through [4]**  36/17 39/21 39/22 41/10
**Thursday [10]**  2/17 2/20

**T**

**Thursday... [8]**   13/22 14/9
14/21 15/1 23/24 23/25 25/19
26/15
**TikTok [6]**   16/2 16/20 19/17
19/25 20/6 21/2
**time [17]**   3/9 14/2 17/11
18/11 20/17 20/19 21/15
21/22 22/1 22/12 22/15 23/14
32/10 35/10 37/19 38/14
41/23
**timeline [5]**   30/20 32/16
38/13 42/2 43/7
**timeliness [1]**   34/11
**timely [1]**   23/19
**times [2]**   6/20 26/24
**timing [1]**   23/12
**tip [4]**   36/3 36/12 36/22
41/19
**tipster [2]**   36/6 36/7
**today [12]**   3/14 21/5 25/24
29/23 30/16 35/10 36/14
37/23 39/8 40/7 41/6 41/15
**today's [1]**   8/11
**together [1]**   41/13
**told [7]**   14/14 14/17 26/4
26/10 32/6 32/6 34/15
**tomorrow [1]**   37/23
**too [2]**   15/21 43/9
**total [1]**   18/2
**track [2]**   16/6 19/18
**transcript [1]**   44/1
**transcripts [1]**   29/25
**trial [31]**   21/15 21/16 21/19
21/20 21/21 21/25 22/4 22/16
22/17 26/17 26/22 27/8 27/14
27/15 28/14 28/17 28/23
30/10 37/3 37/4 37/5 37/14
37/22 38/3 39/10 39/16 39/17
40/21 40/24 42/5 42/24
**trials [2]**   22/2 26/23
**tried [2]**   30/24 41/10
**trouble [4]**   17/21 23/19
39/21 39/23
**true [10]**   3/25 4/9 4/21 5/3
5/19 5/21 6/6 12/1 13/24
15/2
**try [2]**   27/6 42/20
**trying [3]**   19/3 35/14 40/23
**Tuesday [2]**   25/19 26/15
**turn [1]**   18/10
**Turning [1]**   13/10
**two [16]**   8/4 15/21 16/15
17/5 18/21 19/14 20/22 21/3
22/3 29/12 29/13 29/14 29/16
33/6 38/9 40/24
**two-part [1]**   33/6
**type [1]**   8/12
**tyranny [1]**   11/4
**tyrants [1]**   7/19

**U**

**ultimate [1]**   6/4
**unbiased [1]**   8/21
**unclear [2]**   27/2 34/12
**under [4]**   6/23 10/5 12/4
20/9

**understand [4]**   24/7 35/15
38/7 41/9
**understanding [2]**   14/2 15/24
**understands [1]**   43/10
**understood [1]**   15/5
**unfortunately [1]**   28/5
**unique [1]**   10/17
**UNITED [5]**   1/1 1/4 1/11 1/15
2/1
**universally [1]**   6/18
**unless [2]**   23/3 27/12
**unnecessary [1]**   14/22
**until [11]**   14/10 17/17 17/20
21/21 21/23 23/9 23/21 32/18
34/21 35/15 37/14
**up [16]**   2/13 2/16 2/16 7/3
12/18 14/14 15/14 15/19
19/15 19/22 20/5 22/21 25/22
26/23 34/9 35/12
**upcoming [1]**   14/21
**uploaded [4]**   18/18 18/23
19/25 28/12
**upon [6]**   21/15 32/12 32/21
35/17 39/19 40/9
**us [5]**   2/9 25/10 27/19 29/2
29/22
**use [5]**   7/24 8/10 8/11 12/13
28/23
**used [1]**   10/24
**using [1]**   33/21
**utilized [1]**   7/21

**V**

**valid [2]**   33/4 33/7
**versus [3]**   2/2 4/4 20/4
**very [12]**   16/4 17/12 26/19
26/24 29/14 29/22 30/17 34/8
34/12 39/12 39/13 40/19
**video [72]**
**videos [37]**   9/20 16/16 17/6
17/19 17/20 17/22 18/1 19/14
20/2 20/12 20/22 21/2 21/3
23/18 23/22 24/15 24/16
28/19 29/7 29/14 32/1 32/7
32/9 32/10 32/17 32/17 32/18
32/22 32/23 33/3 35/4 35/5
35/6 35/21 35/21 38/13 42/2
**view [3]**   12/11 37/23 39/12
**viewed [1]**   35/9
**viewing [1]**   36/16
**violation [2]**   30/23 31/20

**W**

**wait [2]**   25/25 37/14
**wall [1]**   33/18
**want [10]**   3/4 5/7 11/15
15/13 24/24 27/10 38/8 42/2
42/23 43/1
**wanted [2]**   28/11 41/5
**wants [2]**   9/11 15/18
**warrant [2]**   23/17 31/25
**was [95]**
**wasn't [5]**   8/1 22/9 23/21
32/18 43/10
**Watts [1]**   11/8
**way [10]**   3/5 3/22 7/8 8/13
9/6 11/11 22/15 26/20 27/21
42/19

**ways [3]**   5/18 6/11 7/1
**we [92]**
**We've [1]**   17/2
**wears [1]**   17/11
**Wednesday [10]**   14/11 26/15
39/6 41/13 41/24 42/1 42/16
43/12 43/14 43/17
**Wednesday's [1]**   42/7
**week [6]**   2/13 13/20 14/6
14/8 27/9 37/4
**weekend [3]**   3/19 4/3 18/22
**weekly [2]**   14/4 14/7
**weeks [2]**   22/3 40/24
**weight [1]**   12/19
**well [5]**   3/11 5/18 8/16
30/15 32/14
**went [2]**   16/11 28/13
**were [23]**   4/10 8/18 13/13
13/19 14/3 14/9 14/10 14/12
15/5 15/21 16/9 18/11 18/2
21/3 22/21 24/16 24/21 28/5
29/13 37/21 37/23 38/9 38/13
**WEST [11]**   1/2 1/7 1/20 1/23
2/18 14/6 22/7 22/10 25/19
26/3 38/1
**what [74]**
**whatever [1]**   21/9
**whatsoever [1]**   17/21
**when [41]**   4/18 8/8 8/15 9/1
10/8 12/8 13/8 13/13 14/11
16/21 17/8 17/20 17/25 18/4
18/10 18/13 18/15 18/24 20/6
23/10 24/9 24/11 24/21 26/24
27/21 28/3 30/20 31/10 31/13
31/21 32/25 33/23 34/11
34/18 37/3 37/16 38/2 40/5
40/8 40/14 40/18
**where [10]**   2/13 4/5 9/3
10/17 11/24 17/22 30/7 39/18
40/12 41/9
**whether [14]**   4/9 5/9 7/8
7/20 10/1 12/8 13/9 14/12
19/11 24/25 26/8 31/19 41/15
42/23
**which [22]**   2/15 2/19 6/5
10/23 14/20 16/4 18/19 21/12
21/13 21/15 21/21 22/11
22/12 22/22 23/4 27/12 32/8
37/12 40/5 40/7 40/8 41/3
**while [3]**   5/14 6/12 9/3
**who [5]**   8/14 8/16 11/5 12/1
43/2
**whole [3]**   20/23 31/16 32/10
**why [9]**   7/14 10/19 12/25
21/10 22/19 25/20 28/19
31/15 38/8
**will [29]**   3/21 11/3 11/5
11/11 15/1 15/2 15/13 15/19
17/7 25/3 30/5 33/14 34/23
35/13 37/25 38/1 38/10 40/1
41/8 41/13 41/17 41/25 42/1
42/11 42/16 43/12 43/13
43/15 43/17
**withdrew [1]**   26/7
**within [3]**   18/9 27/3 38/13
**without [7]**   16/6 19/10 19/18
22/24 22/24 25/9 39/17
**witness [6]**   8/22 12/17 26/9

**W**

**witness... [3]**   26/11 28/6
 28/18
**witness' [2]**   2/23 9/25
**witnesses [3]**   22/25 32/15
 34/1
**won't [2]**   34/20 38/2
**word [1]**   8/10
**worded [1]**   17/14
**work [1]**   40/23
**worked [1]**   30/17
**works [1]**   10/22
**would [49]**
**wouldn't [6]**   25/14 28/15
 28/17 28/20 28/20 38/17
**written [1]**   43/6
**wrong [2]**   10/8 10/9
**wrote [1]**   7/5

**Y**

**year [5]**   7/5 18/23 21/7 31/8
 32/11
**years [2]**   12/12 12/12
**yes [17]**   2/10 15/7 15/20
 15/24 20/14 20/18 22/21
 22/25 24/12 25/23 28/16 31/3
 31/5 31/10 33/6 42/8 42/21
**yet [5]**   11/4 26/21 29/24
 37/20 38/12
**you [113]**
**your [18]**   2/6 11/3 13/18
 13/21 13/25 15/18 25/21
 27/20 28/8 31/1 33/5 40/24
 41/2 41/6 43/1 43/2 43/2
 43/16

**Z**

**Zoom [3]**   1/10 2/3 43/14