UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-CR-80039-ROSENBERG

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**SUZANNE ELLEN KAYE,**

Defendant.

West Palm Beach, FL
March 23, 2022

STATUS CONFERENCE
BEFORE THE HONORABLE ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF: **MARK DISPOTO**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33301
561-820-8711

FOR THE DEFENDANT: **KRISTY MILITELLO, ESQ.**
Federal Public Defenders Office
450 S. Australian Avenue
Suite 500
West Palm Beach, FL 33401
561-833-6288

Official Court Reporter: Pauline A. Stipes
HON. ROBIN L. ROSENBERG
West Palm Beach/Ft. Pierce, Fl
561-820-8711

*THE COURT:* The last matter we have is United States of America versus Suzanne Ellen Kaye, Case Number 21-CR-80039.

If we could have all counsel state your appearance for the record.

*MR. DISPOTO:* Good morning, your Honor, Mark Dispoto appearing on behalf of the United States.

*MS. MILITELLO:* Kristy Militello on behalf of Ms. Kaye.

*THE COURT:* We are having a status conference as a followup to our status conference that we had on Monday, at which time the Court had a number of questions. I was hoping for clarification today, so where shall we begin?

*MR. DISPOTO:* I have had an opportunity to review all of the issues that we spoke about on Monday. I am confident I will be able to supply the Court with additional information that will clarify many, if not all, of the issues.

Would your Honor like to start with respect to the superseding indictment that we have been discussing?

*THE COURT:* Yes.

*MR. DISPOTO:* Okay. I guess the first place to start is, your Honor asked me on Monday if I had personally conducted the necessary research to ensure that the Government can accurately or successfully defend a multiplicity challenge to the superseding indictment. I have done that. Based on that research, I am satisfied that the Government would be able to

successfully defend a challenge.

It is the intention of my office to proceed as planned with the Grand Jury presentation tomorrow. I confirmed that the Grand Jury is sitting. The Government has a sufficient number of cases, and I do not anticipate any interruption with that tomorrow.

Regarding the events that led up to tomorrow, would you like me to give you the time events that led up the need for, in the Government's mind, to supersede in this matter?

*THE COURT:* Yes, but separate from the need to supersede is the fact that it is happening tomorrow, on the 24th, when I know we spoke on the phone last -- I'm trying to think if it was when we had our Daubert hearing on Wednesday, the 16th, and we spoke on the phone on Monday, the 14th, or was it the prior week?

No, it was last week because Melanie was out, and you said that you were going to do what it took, even if it meant going to Fort Lauderdale and Miami. I know Miami had one on Tuesday, Wednesday, and Thursday, and it may not seem like a big deal, but it is a big deal, it is a whole nother week and impinges on the trial date.

You said that on the phone. Why didn't that happen? Why didn't you pursue a Grand Jury that week when you said you would?

*MR. DISPOTO:* Let me first address the comments that I

made to the Court and then I will address why we didn't -- why I didn't present the matter to the Grand Jury in Miami on the --

*THE COURT:* It would have been the week of the 14th. Remember, you were going to know by the 17th, you said you were going to know by the 17th. We said let's wait until the 21st, surely you will know by the 21st.

*MR. DISPOTO:* When I addressed the Court initially and I indicated it was my intention to present the matter to the Grand Jury on the 17th, and if I couldn't present it, or if the Grand Jury wasn't sitting that day, I would present the matter to another Grand Jury.

What I meant when I said that, sometimes when we have a scheduled Grand Jury -- and in this case, it was my impression the scheduled Grand Jury was on the 17th. Sometimes what happens is, we discover as an office that we don't have enough business to call the Grand Jury in.

We won't call the Grand Jury in if we have one case that will take 30 minutes. We have to have three hours of cases as an office policy to bring in the Grand Jury. We find out the day before whether the office has sufficient business to bring in the Grand Jury. If we don't have sufficient business and an individual prosecutor needs to indict a case for a reason, he or she will go to a Grand Jury, whether it be Ft. Pierce, Fort Lauderdale, or Miami.

In this particular case we had the Daubert hearing on the 16th. As the Court recalls, we were in session from probably 11:00 in the morning until about 3:15, where I had the child care issues. By the time I got out of court and inquired remotely about the status of the next day's Grand Jury, that is when I found out that there is no Grand Jury sitting tomorrow. It is not a matter that we didn't have enough business, the Grand Jury was not even sitting tomorrow. That is my error.

That is when I inquired as to the Ft. Pierce Grand Jury, Ft. Lauderdale Grand Jury, and Miami Grand Jury. By the time all of that unfolded and I learned there was a Miami Grand Jury sitting on the 17th, it was approaching five o'clock in the day. It wasn't on the calendar, it was too late to get on the calendar, so I certainly -- I suppose I could have gone down there and have the agent go down there without being on the calendar in hopes that we could get in, but, practically speaking, it was very difficult, if not nearly impossible, to secure any time because I was not scheduled on the calendar.

To answer the question about the 15th and 16th, certainly, if I had known then what I know now, I would have gone to the Grand Jury, but I was under the impression we had a Grand Jury sitting on the 17th in West Palm, so there would be no need for me to go to the Grand Jury on the 15th or 16th.

Unfortunately, and this is no fault of my own, with me being out-of-pocket, so to speak, to communicate with my office

during the midday hours on the 16th, I didn't learn about there not being a sitting Grand Jury in West Palm Beach until very late in the day on the 16th.

In fact, I recall sitting with the managing United States Attorney in the West Palm office, Lacosta, trying to get it on a calendar. We started communicating with the other branch officers, it was close to or at five o'clock and too late for me to secure any time for another Grand Jury.

Those are the sort of relevant timeline events for that particular week.

Does the Court want me to address --

*THE COURT:* I would just comment that we had the conversation on Monday. I would think it could have been accomplished as a backup plan maybe getting on the Miami calendar on the 17th, or the 15th, the day before the Daubert hearing, or at any point I would have excused you for a phone call. I think we took a break at some point in the Daubert hearing.

I think it is kind of apparent that the Court is frustrated that even at that late hour, and that is not even addressing why we are at the late hour of March 14th, I guess you are going to address that next, but at a minimum, the late hour, that there was not anything and everything that possibly could have been done to ensure, based on the representations on the 14th, that that indictment was superseded the week that it

was represented that everything was done, and it seems like things could have been done. There were three Grand Jurys sitting that week in Miami.

I am frustrated by that. You wanted to explain what happened between -- the timeline, why we are even talking about March 14th as a superseding indictment date when, as I went through on Monday, the case had been continued three times, we had three specially set dates. And I think you were going to try to sort of put the pieces together of when you knew what that would have given you the certainty you needed to make the decision to supersede.

Whatever that date is, based on your explanation in answering some of the questions that you wanted to research an answer, the answer to the question would be based on that date. Why wasn't the indictment superseded back then?

*MR. DISPOTO:* Before I do that, let me also add, I want to be clear, I am not offering the Court any excuses. I recognize I made an error, and my error was I should have made sure of, when I couldn't present this case to the Grand Jury on the 10th, which was my original intention and that was canceled due to a personal emergency of my agent, I should have made sure the Grand Jury was sitting on the 17th. I didn't do that, that was my mistake.

I thought I knew we had gone back to a weekly schedule. I had no reason to doubt my knowledge, but in light

of the Court's schedule, I should have done that and I offer no excuses. The only context that I can give is simply with the business of the everyday schedule, it wasn't something that I thought in the moment necessary to do. I apologize to the Court for that and I hope the Court understands that, unfortunately, that was an inadvertent error on my part.

Regarding the timeline of events that led up to the timing of the presentation -- I know there was some confusion about sort of, you know, the important events. Originally, when this case started back in February of 2021, the Government issued a subpoena for these social media records, the subpoena was just for the subscriber information, and that was submitted back on February 10, 2021.

About two weeks later, the Government obtained a search warrant which would have given us more of the content, including the videos. That search warrant was signed on February 26, 2021. The social media companies complied with the search warrant and served us with the returns sometime in March. According to the certificate of business record certifications, they were signed in March 2021, so we obtained those returns in March.

I had originally served on the Defense a copy of the video, and that was part of my initial production, as well as the subscriber records for the social media accounts.

It wasn't until later in 2021, in our second

production of discovery that we provided the records to -- the social media records to the Defense.

Sometime around in the fall of 2021, the Government had discovered that we were unable to access the videos because the production is in digital format. While we were able to certainly print out the documents, we weren't able to access those videos.

I contacted my agent, in fact, I met with the agent in November to discuss reaching out to Facebook regarding both the Facebook and Instagram records, and the agent then turned around and contacted them.

Now, these social media companies communicate through like an internet portal, you can't just pick up the phone and call someone. So there were efforts made to get clarification from the media companies about that.

In January of 2022, my agent sent me an email, and in part the email read, "Facebook has not provided an answer to our question nor have they been able to help with locating the video. The last time we talked, me and the agent, "you and me were going to consider a subpoena to Facebook. Should we do that?"

On January 10th, we issued subpoenas to Facebook, these would be trial subpoenas, in hopes that would spur a response to our inquiry regarding the videos. As of January 21, 2022, the agent notified me and wrote in part that

he has had success with Facebook, and "I have the videos." That was January 21st.

Now, at this time of the year our office was in a partial shut down due to the pandemic, I was only in the office on a part-time basis. The agent indicated he was going to drop the videos off, or discs off at my office. On February 4, 2022, the agent again emailed and asked if he can drop the videos off one day next week.

On February 8th of 2022, I notified Ms. Militello that I had the social media discs, so I believe that the Government received from the agent the videos sometime during the first week of February 2022.

By the way, I would like to clarify something.

When we met on Monday, I was under the impression that Facebook had actually produced a second batch, if you will, of returns that included the video. I spoke to the agent yesterday and he clarified that it wasn't a second production, it was that Facebook had assisted the agent as to the videos originally produced, this is relevant to the 2922 -- the agent was unable to access them without further instructions from the social media company. There was never a second production, it was just they assisted the agent in accessing the videos, which was done in early February.

The agent burned copies of those on to a disc and left them at my office and I provided a copy to Defense counsel. I

physically received these discs in early February. From there, I had to review the contents of the disc, and that is when I learned about the second video. I had to discuss the contents of those discs with my agent, I discussed the contents of the disc with my supervisor, and I had to prepare a superseding indictment package from my office to supersede and present to the Grand Jury.

That takes over the next couple weeks, and the Grand Jury in West Palm only sat on the 24th of February. I say only, between February 8th and the end of February, that was the next date. I was unable to get on the calendar for that day, understanding that other branch offices had other dates.

*THE COURT:* Why couldn't you get on to that date since you had it on February 8th?

*MR. DISPOTO:* I could have. I had to go through my supervisory channels to get it authorized. I can't just do it on my own, I have to get it authorized by my supervisors. That is a process for me to take time to prepare the paperwork and process the memo and have the supervisors review it and have it authorized and have it signed off, in this case, by the Deputy Criminal Chief in Miami, and that was all done leading up to the end of February, early March.

So I then get on the March 10th calendar --

*THE COURT:* What about the week of February 28th, what happened that week?

*MR. DISPOTO:* I am trying to think if I have the date -- I don't have the date that my request to supersede was authorized by my supervisors. I can get that for the Court if the Court wants. The only thing I can speculate for your Honor, it wasn't authorized yet to have it presented to the Grand Jury. The week I had it signed off and authorized, that is when I scheduled it for the next Grand Jury date, which would have been March 10th.

So, all along the way, Judge, and certainly, you know, if I had the benefit of hindsight, I certainly would have done everything humanly possible to execute the matters more than what was actually done, but at the time, I honestly felt that I was moving expeditiously.

*THE COURT:* Well, what I am hearing is, basically, your agent had the videos in January, we are sitting here on March 23rd, with the trial in two weeks, and you haven't superseded. I understand these steps, but you see what the result of all of this is, with a third resetting of a specially set case, with busy dockets, and no -- and no notice to the Court at any time, at any time that, despite status conferences and motions to continue, that this was something that was coming down the pike, that we should be aware of it, that the Court should be prepared, Defense should be prepared.

So, I just have to say this has created a tremendous -- I don't say this often, in fact I don't think I

have said this before this case, because there usually is an easy work around, but a Defendant who has waited and reset three different times, with a court docket that is super tight right now, super tight, this is really posing a problem for the Court. That is why I have devoted an enormous amount of time that I usually don't.

I understand people make mistakes. I understand people have better actions in hindsight, but I feel I needed to understand what happened and to have you be accountable for what happened and understand.

In the Court's view, this was not handled in a reasonable manner given everything surrounding this case, and the efforts the Court has gone to to meet with the parties regularly, the attorneys, to stay on top of the case and even going so far during -- when it was set for February, I called you all in, I said I was worried. I think I said I had another trial one week. I bent over backwards in advance so you would know, so you wouldn't be preparing for trial when I didn't believe I had a reasonable expectation that I could bring it to trial.

So, I tried to do everything I could, and to be hit with this at this late hour, I am just -- I am just calling it like I see it and I am very frustrated by it. But with that being said, what is your intention? When are you superseding this indictment?

*MR. DISPOTO:* Tomorrow.

*THE COURT:* So the 24th. So now what, what happens?

*MR. DISPOTO:* Tomorrow we will be superseding, I am anticipating the results. If the jury enters a true bill on the indictment, we will get that by Friday. That will be accessible to the Defense by CM/ECF. I know Ms. Militello is in trial next week.

Judge, I appreciate the Court's, you know, candor with the Government. I apologize for this imposing on the Court's schedule, and I hope the Court understands that at no time did I intend to be derelict in my duties or disrespectful to the Court.

I think Ms. Militello would acknowledge, at least as relates to my relationship with the Defense, I have been candid with her and have disclosed as soon as I have known things. I have been very accommodating to her, I always try to do the right thing, and the only additional context I could give the Court regarding why I didn't notify the Court sooner on this, I honestly did not believe initially, when I learned of a superseding indictment, that it would impact our trial date.

Had I been able to present the case when it was originally scheduled, I believe, with no additional discovery at issue, we would have been able to resolve any motion she was going to file, and the trial date would not be continued.

*THE COURT:* Had you discussed superseding with Ms.

Militello?

*MR. DISPOTO:* I did. I believe Ms. Militello and I discussed it before I notified the Court.

*THE COURT:* Did you have a discussion that any motions would be resolved and it wouldn't impact the trial date?

*MR. DISPOTO:* No, Ms. Militello informed me she was going to file a Motion to Dismiss. I don't know if that was before or after I informed the Court. I know she and I talked about the second video before I notified the Court. Had I been able to -- with no additional discovery, and knowing Ms. Militello had the other trial scheduled for the week before, I believed at the time -- I didn't have any reason to believe that it necessarily would have impacted our trial date. But once that --

*THE COURT:* Did you explain why you didn't go on March 10th?

*MR. DISPOTO:* Did I explain what?

*THE COURT:* Why didn't you present it on March 10th or March 7th; is that when your agent was sick?

*MR. DISPOTO:* No. On March 10th he was scheduled to present it. On March 9th, he had a family emergency, his son was in the hospital in northern Florida, and he was up there with his son. That is when I inquired of getting another witness for the next day.

I don't believe I of discussed this with Ms.

Militello. Had we presented it on the 10th, I didn't think that would impact our trial date. It is when it fell through that I became concerned. I notified the Court --

*THE COURT:* You notified the Court? Melanie was out, and I had to make a phone call to schedule the Daubert. I don't know from this date when I learned of it.

So, what do we do from here?

*MR. DISPOTO:* I would ask -- I know the Court is frustrated and I appreciate that. I would ask you to continue the trial. I don't know what we are able to do relative to the Motion to Dismiss with the pending of trial, with the trial date.

Ms. Militello and I are scheduled on the 18th --

*THE COURT:* 18th of April?

*MR. DISPOTO:* Any time after that I would be available.

*MS. MILITELLO:* If the Court would allow, I would like to first separately address now what is clearly a discovery violation because, in effect, the Government, through their agent, possessed the original video that is the basis of this indictment since March 2021, and did not provide it to the Defense until February 2022. They did say they did give a video to the Defense in this March of last year, that is the video provided in our Motion to Dismiss, it is not the original video.

I emailed Mr. Dispoto starting in March of last year, where is the original video, why don't I have the copy with the music on it? Then I didn't realize there were multiple videos, because the agent said the -- this video with the music, I am asking them, where is the video with the music? All I have is your agent videotaping a computer, which said he didn't have it.

One, they indicted Ms. Kaye without the original video which Mr. Dispoto indicated to the Court they were uncomfortable about, and yet they did that in this case as relates to the one count we have presently before the Court.

Beyond that, what bothers me more than anything, as a Federal Defender we are very busy and the amount of time and resources and money I spent for half a year trying to track down these records from Facebook and Instagram -- I remember a calendar call where the Government said they are happy, and I think Mr. Dispoto meant this, he was happy to get these records.

*THE COURT:* Yes, I remember that calendar call.

*MS. MILITELLO:* They had them the whole time, they had them in March 2021. It is not that the Government said we are having technical difficulties, we'll get them as soon as we can. The response is, we don't have them, and I think that was an honest response from Mr. Dispoto, I don't think he was lying to me.

But we now have the citation, United States versus Jordan, the Government is required to produce evidence in the hands of their investigatory agency.

They are in constructive possession of them, they are responsible for what the agents had back in March. We have a year-long discovery violation where I spent hours, I mean on the phone with Facebook's lawyers debating whether the Stored Communication Act applies to different subpoenas in criminal cases. We served them probably a dozen subpoenas just to get that lawyer on the phone, and when I was on the phone with them, they told me, why don't you just get the records from the Government. We provide these records to the Government regularly, how come they don't have them?

I should back up. I mentioned to the Court that I asked Mr. Dispoto for the original copy of the video in March. I did get them in June when we filed the Motion to Dismiss, and then in November, after speaking with the Facebook lawyer, I sent the Government a copy of the language of my subpoena, which I previously didn't do because I thought it was work product. I do think it is work product.

I said, this what I am looking for, do you have these records? And Mr. Dispoto told to me he checked with the agent. He told me thereafter that they don't have the records, which is not true, they had the records this whole time.

I do think the Court needs to address the discovery

violation and address -- really, I don't think it is a valid excuse that they couldn't supersede earlier because they didn't have the business records, when in fact that is what they did in this case to begin with. That is how this case originated.

To add to the timeline more, on March 1st Mr. Dispoto emailed me a copy of the Instagram video and said he planned to supersede that month. I emailed him back that I thought it was duplicative, my email said it is the same as the TikTok.

Now, I know duplicity and duplicative is not the same thing, I didn't do that research, and Mr. Dispoto said they were able to supersede. I didn't hear anything for weeks. I hoped Mr. Dispoto had changed his mind, and here we are today, and that is not the case.

We are ready for trial without a superseding indictment. I do think, however, there should be some consequence for the discovery violation given the time and resources that were expended over the last year. The Court knows we had status check after status check with the Defense to obtain these records.

What they gave us originally, and I remember saying this, it is like they took the digital records -- the records we got from Facebook and Instagram had videos and embedded links you could open up and play the video. What we had was a printed copy of that.

Obviously, I could not play the videos and access

them. It is not clear whether that is a screen shot of someone -- there is no notice to the Defense at all that these were embedded documents or that the Government had records or the complete records. I didn't know what was provided to them in the search warrant, which I think is part of the issue of the business certification. It is so vague and doesn't say what was included, so we did not know they had these the entire time.

*THE COURT:* What is the -- let's put the discovery issue aside. What is the practical procedure if the Court were to proceed with trial on April 4th on the indictment?

*MS. MILITELLO:* Without the superseding indictment?

*THE COURT:* Yes. Let's assume that it is superseded, is it the case that the Court could nevertheless proceed on the indictment, or the portion of the superseding indictment that relates to that which has always been in the original indictment, and not bring to trial that which is new and sort of, yes, no, and if so, what are the practical procedures, and other substantive consequences of that?

*MS. MILITELLO:* My position is that Ms. Kaye should not have to go through two jury trials, the stress and money and resources of doing that. This should be litigated one time before a jury.

So, that is the concern in terms of bifurcating this or separating the two counts. As the Court knows, it is an

incredible emotional -- I don't believe the Defendant should have to be going through that two times.

If they are able to proceed, I cannot get a motion filed. I am working every day on the trial I have next week, and they won't have the indictment to me until Friday.

We said this at the calendar call, I advised the Court that I would be available on April 4th, but I would not be able to litigate the week before, and the Court said that is okay. This was not anticipated, and we set this trial date.

I am unable to respond before the April 4th date if they supersede. I just think procedurally, even if I move to dismiss, I don't think the Court can rule in time. The appropriate remedy where it is a due process violation, I think would be through a motion practice as a result of the superseding indictment.

I think a continuance is the practical result. My expert should be permitted to testify. His wife is having a baby in May. As a result, he will be on paternity leave, and he is unable to testify until mid July.

*THE COURT:* Again, going back to the question of the bifurcating of the counts should it be superseded, if Ms. Kaye is, let's say, laying out both scenarios, acquitted on the count that is originally in the indictment, you would make an argument that the Government couldn't come back for the second count for the reasons you will raise in the Motion to Dismiss?

*MS. MILITELLO:* Right. I don't want her arrested again and going through these restraints of her liberty. She had several seizures when she was in custody, she was hospitalized. There are very real consequences to this prosecution. So, yes, my position would be that I want this handled at one time.

If she is acquitted on Count 1, I suppose --

*THE COURT:* In other words, if she is acquitted on Count 1, there may -- the Government -- it would seem like there shouldn't be a second trial. If she is found guilty on Count 1, it would seem there should not be a second trial.

So, do you see it that way?

*MS. MILITELLO:* Right. I think factually it is unlikely the jury would find her guilty one count and not the other. Two counts are double jeopardy, it is the same course of conduct.

Perhaps the Court is right, if we try just one on April 4th, and the Court just allows, if necessary, me time to write a written pleading as relates to Count 2.

Normally, under the rule, that has to be done pretrial. I can't do that pretrial. The Court, of course, can modify the time requirement at any time when that pleading would need to be filed, or maybe the Court could take my ore tenus motion. Maybe that is the answer.

*THE COURT:* From the Government, what is your position

if the Court were to proceed on Count 1 that has been the subject of the indictment ever since, I don't know, February of 2021, when the case started?

*MR. DISPOTO:* Well, your Honor, I don't think that that approach is necessarily going to solve our current issues.

By that I mean, now, if the Court is intending on doing that and wants to hear more from the parties, then obviously that issue will have to be briefed, it may have to be argued in front of your Honor --

*THE COURT:* No. It would just be Count 1, I wouldn't need to hear anything from the parties.

*MR. DISPOTO:* I am talking about on the issue of severance. Let's assume there is a superseding tomorrow, the Court is severing two counts.

*THE COURT:* You mean going back to that issue.

*MR. DISPOTO:* Moreover, I do not agree with the Court's initial assessment that if we did sever and the jury acquitted Ms. Kaye of Count 1, then there can be no trial on Count 2.

These are two different videos, albeit similar, but the second video contains additional profanity, additional language that the jury can arguably distinguish from the first video. That is a legal issue that is still pending. The Defendant may want to litigate that issue as well before trying the case on just Count 1.

If your Honor agrees with the Government in that regard, they may not want to sever.

So, there are a lot of issues that need to be fleshed out before, I would think, the Court would want to go down that road and we don't have time to flesh those out in --

*THE COURT:* What is the Defendant's response on severing and proceeding on Count 1 on the 4th as always scheduled?

*MS. MILITELLO:* What gives me pause is that if we lose the Motion to Dismiss, then Ms. Kaye wrote be required to go through two jury trials, and I don't want to agree to do that without talking to her, and, of course, there is the practical reality of the Court's time that entails, my expert, money, resources. It is certainly not the most efficient way to resolve the case.

I know it is not a very clear answer. I think if they supersede, because we can't have a ruling in advance of the trial on whether it is appropriate to proceed on two counts, I think the Court would need to continue the case.

*THE COURT:* You have no ability because you are in trial next week to brief that issue.

*MS. MILITELLO:* That is correct.

*THE COURT:* Okay. What about the evidentiary issues, that the Government -- that the Defense filed the other day?

*MR. DISPOTO:* Before I address those, I am seeing from

the clock, I have eight minutes before 10:00. Does your Honor -- I know you have other matters. I have to be at Judge Reinhart's. Does your Honor want to continue with our proceedings here, in which event --

*THE COURT:* No. I have a 10:00 o'clock. I want to finish up with those two. It sounded like yesterday, or when we spoke on Monday, you didn't have an objection to the two notices that the Defense had filed.

*MR. DISPOTO:* I can address this quickly if the Court would like.

*THE COURT:* There was the notice of objection at Docket Entry 77 to the tip evidence and the notice of objection to the Facebook records at Docket Entry 76.

*MR. DISPOTO:* With respect to the tip evidence, it is not my intention to admit into evidence any documentation regarding the tip, and I think that was the focus of the objection. I simply intend --

*THE COURT:* So, is that objection sustained based on -- it is unopposed and therefore sustained?

*MR. DISPOTO:* I don't believe she is objecting to Mr. Essex testifying, I believe she is objecting to the tip records.

*MS. MILITELLO:* I am objecting to both. I think Mr. Essex's review of the video is irrelevant. The fact that he thought it was a threat and reported it as a threat is

irrelevant. He doesn't have legal training and certainly not the expert training as an expert does. We cannot allow some random civilian to give insight into what a random person would view the video as.

I would maintain that his testimony is not relevant and more prejudicial than probative.

*MR. DISPOTO:* He was going to testify about how he came in contact with the video, and what he did after he saw it.

*THE COURT:* Any objection to that?

*MS. MILITELLO:* I don't think that is relevant. Who cares what some random party --

*THE COURT:* When you say contacted --

*MR. DISPOTO:* He contacted the FBI and notified the FBI about the video. It is relevant, it is the chain of events leading up to the FBI learning about the video.

*THE COURT:* Any problem with that?

*MS. MILITELLO:* Implicit is that he thought there was something criminal about the video, which is why he reported it to the FBI.

*THE COURT:* Somewhere in the chain of evidence it is going to come out that the FBI had the video.

*MS. MILITELLO:* This is a common complaint, why did you go to the person's house? They got the 911 call. The way that is resolved, the agent would say we got an alert that it

was posted, that is it. There doesn't need to be testimony from the person who made the alert or why they thought the alert was appropriate.

*THE COURT:* Okay. I will take a closer look, but in all respects, Docket Entry 77 is the -- the objection is not contested other than there seems to be an area -- the only area of contention is the relevancy as to the witness being able to say that he then notified the FBI. That is what you are fighting about right now?

*MR. DISPOTO:* Right.

*THE COURT:* I will get an order out on that. What about 76?

*MR. DISPOTO:* With respect to the social media records, here is my intention with respect to social media records. I only intend to admit three portions of those records: Number one, the subscriber information relative to the accounts, and that is to prove that these accounts belong to Ms. Kaye; number two, the videos themselves; and number three, the date and time that those videos were posted.

I do not intend to admit into evidence -- by the way, my remarks here address my case in chief. If the Defense expert is permitted to testify, on cross that may open other things. In the Government's case in chief, I do not plan to admit any other posts or comments or anything else to do with anything else on the her Facebook page.

*THE COURT:* Does that address the Defense objection at Docket Entry 76?

*MS. MILITELLO:* So, I think it may. Mr. Dispoto didn't email me until late in the afternoon, I responded later. I know he hasn't had time to see what I asked him for, which is an exact copy of the records.

I have concerns about Facebook certifying records that are no longer in their possession. I asked the Government if they would agree to additional records. I think we can resolve those issues. I haven't heard back.

*THE COURT:* Why don't we say by the end of the day tomorrow you can file an update. So the Court doesn't needlessly get into ruling on the objection if you have resolved it, or if you haven't resolved it, but you narrowed it, could you file a notice by 5:00 tomorrow so the Court knows what remains?

I know you all have ten o'clocks.

Two final matters. I want the Government to notify Defense and the Court immediately if and when the indictment is superseded. I am not moving the trial until I understand if it is superseded and think through the effects of that.

I will ask while you are here two questions. Number one, if the expert does testify, Ms. Militello, you said he is on paternity leave until July. As of when in July is he available?

*MS. MILITELLO:* Mid July.

*THE COURT:* Any time from mid July on?

*MS. MILITELLO:* Yes.

*THE COURT:* If the expert doesn't testify, what are the parties' availability the week of June 27th.

*MS. MILITELLO:* The week of what?

*THE COURT:* June 27th.

*MR. DISPOTO:* I am available the week of June 27th.

*MS. MILITELLO:* I am as well.

*THE COURT:* Okay.

*MR. DISPOTO:* May I ask the Court one clarifying question regarding tomorrow's proceedings?

*THE COURT:* Yes.

*MR. DISPOTO:* Obviously, Grand Jury proceedings -- I am limited in what I can disclose with respect to Grand Jury proceedings.

*THE COURT:* As soon as there is an indictment, I want to know and Defense wants to know immediately upon when it is superseded.

*MR. DISPOTO:* I will do that, I think it is when it comes across CM/ECF.

*THE COURT:* All right. Thank you very much.

*MR. DISPOTO:* Okay.

*(Thereupon, the hearing concluded.)*

* * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above matter.

Date: September 4, 2022

/s/ Pauline A. Stipes, Official Federal Reporter

Signature of Court Reporter

**MR. DISPOTO: [32]**
**MS. MILITELLO: [18]** 2/6 16/16 17/19 20/11 20/19 21/25 22/12 24/8 24/21 25/22 26/10 26/17 26/22 28/2 28/25 29/2 29/5 29/8
**THE COURT: [45]**

**/**

**/s [1]** 30/5

**1**

**10 [1]** 8/13
**10:00 [1]** 25/1
**10:00 o'clock [1]** 25/5
**10th [8]** 7/20 9/22 11/23 12/8 15/16 15/18 15/20 16/1
**11:00 [1]** 5/3
**14th [5]** 3/14 4/4 6/21 6/25 7/6
**15th [3]** 5/19 5/23 6/15
**16th [6]** 3/14 5/2 5/19 5/23 6/1 6/3
**17th [8]** 4/5 4/6 4/10 4/15 5/12 5/22 6/15 7/22
**18th [2]** 16/13 16/14
**1st [1]** 19/5

**2**

**2021 [9]** 8/10 8/13 8/17 8/20 8/25 9/3 16/21 17/21 23/3
**2022 [8]** 1/8 9/16 9/25 10/7 10/9 10/12 16/22 30/4
**21 [1]** 9/25
**21-CR-80039 [1]** 2/2
**21-CR-80039-ROSENBERG [1]** 1/3
**21st [3]** 4/6 4/7 10/2
**23 [1]** 1/8
**23rd [1]** 12/16
**24th [3]** 3/12 11/9 14/2
**26 [1]** 8/17
**27th [3]** 29/5 29/7 29/8
**28th [1]** 11/24
**2922 [1]** 10/19

**3**

**30 [1]** 4/19
**33301 [1]** 1/16
**33401 [1]** 1/20
**3:15 [1]** 5/3

**4**

**450 [1]** 1/19
**4th [5]** 20/11 21/7 21/10 22/18 24/7

**5**

**500 [2]** 1/15 1/19
**561-820-8711 [2]** 1/17 1/23
**561-833-6288 [1]** 1/20
**5:00 [1]** 28/15

**6**

**6288 [1]** 1/20

**7**

**76 [3]** 25/13 27/12 28/2
**77 [2]** 25/12 27/5
**7th [2]** 1/16 15/19

**8**

**80039 [1]** 2/2
**8711 [2]** 1/17 1/23
**8th [3]** 10/9 11/10 11/14

**9**

**911 [1]** 26/24
**9th [1]** 15/21

**A**

**ability [1]** 24/20
**able [13]** 2/15 2/25 9/5 9/6 9/18 14/21 14/23 15/10 16/10 19/11 21/3 21/7 27/7
**about [22]** 2/14 5/3 5/5 5/19 6/1 7/5 8/9 8/14 9/15 11/3 11/24 15/9 17/10 23/12 24/23 26/7 26/15 26/16 26/19 27/9 27/12 28/7
**above [1]** 30/2
**access [4]** 9/4 9/6 10/20 19/25
**accessible [1]** 14/6
**accessing [1]** 10/22
**accommodating [1]** 14/16
**accomplished [1]** 6/14
**According [1]** 8/19
**accountable [1]** 13/9
**accounts [3]** 8/24 27/17 27/17
**accurately [1]** 2/23
**acknowledge [1]** 14/13
**acquitted [4]** 21/22 22/7 22/8 23/18
**across [1]** 29/21
**Act [1]** 18/8
**actions [1]** 13/8
**actually [2]** 10/15 12/12
**add [2]** 7/16 19/5
**additional [7]** 2/15 14/17 14/22 15/10 23/21 23/21 28/9
**address [11]** 3/25 4/1 6/11 6/22 16/18 18/25 19/1 24/25 25/9 27/21 28/1
**addressed [1]** 4/8
**addressing [1]** 6/21
**admit [4]** 25/15 27/15 27/20 27/24
**advance [2]** 13/17 24/17
**advised [1]** 21/6
**after [5]** 15/8 16/15 18/17 19/18 26/8
**afternoon [1]** 28/4
**again [3]** 10/7 21/20 22/2
**agency [1]** 18/3
**agent [24]** 5/15 7/21 9/8 9/8 9/10 9/16 9/19 9/25 10/5 10/7 10/11 10/16 10/18 10/19 10/22 10/24 11/4 12/15 15/19 16/20 17/4 17/6 18/22 26/25
**agents [1]** 18/5
**agree [3]** 23/16 24/11 28/9
**agrees [1]** 24/1
**albeit [1]** 23/20
**alert [3]** 26/25 27/2 27/3
**all [13]** 2/3 2/13 2/16 5/11 11/21 12/9 12/18 13/16 17/5 20/2 27/5 28/17 29/22
**allow [2]** 16/17 26/2
**allows [1]** 22/18
**along [1]** 12/9
**also [1]** 7/16
**always [3]** 14/16 20/16 24/7
**am [21]** 2/14 2/25 7/4 7/17 12/1 12/14 13/22 13/22 13/23 14/3 17/4 18/21 21/4 21/10 23/12 24/25 25/23 28/20 29/8 29/9 29/15
**AMERICA [2]** 1/4 2/2
**amount [2]** 13/5 17/13
**another [4]** 4/12 6/8 13/16 15/23
**answer [6]** 5/19 7/14 7/14 9/17 22/24 24/16
**answering [1]** 7/13
**anticipate [1]** 3/5
**anticipated [1]** 21/9
**anticipating [1]** 14/4
**any [17]** 3/5 5/18 6/8 6/16 7/17 12/20 12/20 14/23 15/4 15/12 16/15 22/22 25/15 26/10 26/17 27/24 29/2
**anything [6]** 6/23 17/12 19/11 23/11 27/24 27/25
**apologize [2]** 8/4 14/9
**apparent [1]** 6/19
**appearance [1]** 2/3
**APPEARANCES [1]** 1/13
**appearing [1]** 2/6
**applies [1]** 18/8
**appreciate [2]** 14/8 16/9
**approach [1]** 23/5
**approaching [1]** 5/12
**appropriate [3]** 21/13 24/18 27/3
**April [5]** 16/14 20/11 21/7 21/10 22/18
**April 4th [3]** 20/11 21/7 22/18
**are [27]** 2/9 6/9 6/21 6/22 7/5 12/15 13/24 16/10 16/13 17/13 17/16 17/21 18/4 18/4 19/12 19/14 20/18 21/3 22/4 22/15 23/20 24/3 24/20 27/8 28/8 28/22 29/4
**area [2]** 27/6 27/6
**arguably [1]** 23/22
**argued [1]** 23/9
**argument [1]** 21/24
**around [3]** 9/3 9/11 13/2
**arrested [1]** 22/1
**as [35]**
**aside [1]** 20/10
**ask [4]** 16/8 16/9 28/22 29/11
**asked [5]** 2/21 10/7 18/15 28/5 28/8
**asking [1]** 17/5
**assessment [1]** 23/17
**assisted [2]** 10/18 10/22

**A**

**assume [2]** 20/13 23/13
**Attorney [1]** 6/5
**Attorney's [1]** 1/15
**attorneys [1]** 13/14
**Australian [1]** 1/19
**authorized [6]** 11/16 11/17 11/20 12/3 12/5 12/6
**availability [1]** 29/5
**available [4]** 16/16 21/7 28/25 29/8
**Avenue [1]** 1/19
**aware [1]** 12/22

**B**

**baby [1]** 21/18
**back [11]** 7/15 7/24 8/10 8/13 18/5 18/14 19/7 21/20 21/24 23/15 28/10
**backup [1]** 6/14
**backwards [1]** 13/17
**based [5]** 2/24 6/24 7/12 7/14 25/18
**basically [1]** 12/14
**basis [2]** 10/5 16/20
**batch [1]** 10/15
**be [42]**
**BEACH [5]** 1/2 1/7 1/20 1/23 6/2
**Beach/Ft [1]** 1/23
**became [1]** 16/3
**because [10]** 3/16 5/18 9/4 13/1 16/19 17/4 18/19 19/2 24/17 24/20
**been [15]** 2/18 4/4 6/13 6/24 7/2 7/7 9/18 12/8 14/14 14/16 14/21 14/23 15/9 20/16 23/1
**before [17]** 1/11 4/21 6/15 7/16 13/1 15/3 15/8 15/9 15/11 17/11 20/23 21/8 21/10 23/24 24/4 24/25 25/1
**begin [2]** 2/12 19/4
**behalf [2]** 2/6 2/7
**being [5]** 5/15 5/25 6/2 13/24 27/7
**believe [10]** 10/10 13/19 14/19 14/22 15/2 15/12 15/25 21/1 25/20 25/21
**believed [1]** 15/12
**belong [1]** 27/17
**benefit [1]** 12/10
**bent [1]** 13/17
**better [1]** 13/8
**between [2]** 7/5 11/10
**Beyond [1]** 17/12
**bifurcating [2]** 20/24 21/21
**big [2]** 3/20 3/20
**bill [1]** 14/4
**both [3]** 9/9 21/22 25/23
**bothers [1]** 17/12
**Boulevard [1]** 1/15
**branch [2]** 6/7 11/12
**break [1]** 6/17
**brief [1]** 24/21
**briefed [1]** 23/8
**bring [4]** 4/20 4/22 13/19 20/17
**Broward [1]** 1/15
**burned [1]** 10/24
**business [8]** 4/17 4/21 4/23 5/7 8/3 8/19 19/3 20/6
**busy [2]** 12/19 17/13

**C**

**calendar [11]** 5/13 5/14 5/16 5/18 6/6 6/15 11/11 11/23 17/16 17/19 21/6
**call [9]** 4/17 4/18 6/17 9/14 16/5 17/16 17/19 21/6 26/24
**called [1]** 13/15
**calling [1]** 13/22
**came [1]** 26/8
**can [14]** 2/22 8/2 10/7 12/3 12/4 17/23 21/12 22/21 23/18 23/22 25/9 28/9 28/12 29/15
**can rule [1]** 21/12
**can't [4]** 9/13 11/16 22/21 24/17
**canceled [1]** 7/20
**candid [1]** 14/14
**candor [1]** 14/8
**cannot [2]** 21/3 26/2
**care [1]** 5/4
**cares [1]** 26/12
**case [26]** 1/3 2/2 4/14 4/18 4/23 5/1 7/7 7/19 8/10 11/20 12/19 13/1 13/12 13/14 14/21 17/10 19/4 19/4 19/13 20/14 23/3 23/25 24/15 24/19 27/21 27/23
**cases [3]** 3/5 4/20 18/9
**certainly [7]** 5/14 5/20 9/6 12/9 12/10 24/14 26/1
**certainty [1]** 7/10
**certificate [1]** 8/19
**certification [1]** 20/6
**certifications [1]** 8/20
**certify [1]** 30/1
**certifying [1]** 28/7
**chain [2]** 26/15 26/21
**challenge [2]** 2/23 3/1
**changed [1]** 19/12
**channels [1]** 11/16
**check [2]** 19/18 19/18
**checked [1]** 18/22
**chief [3]** 11/21 27/21 27/23
**child [1]** 5/4
**citation [1]** 18/1
**civilian [1]** 26/3
**clarification [2]** 2/12 9/14
**clarified [1]** 10/17
**clarify [2]** 2/16 10/13
**clarifying [1]** 29/11
**clear [3]** 7/17 20/1 24/16
**clearly [1]** 16/18
**clock [1]** 25/1
**close [1]** 6/7
**closer [1]** 27/4
**CM [2]** 14/6 29/21
**CM/ECF [2]** 14/6 29/21
**come [3]** 18/13 21/24 26/22
**comes [1]** 29/21
**coming [1]** 12/22
**comment [1]** 6/12
**comments [2]** 3/25 27/24
**common [1]** 26/23
**communicate [2]** 5/25 9/12
**communicating [1]** 6/6
**Communication [1]** 18/8
**companies [3]** 8/17 9/12 9/15
**company [1]** 10/21
**complaint [1]** 26/23
**complete [1]** 20/4
**complied [1]** 8/17
**computer [1]** 17/6
**concern [1]** 20/24
**concerned [1]** 16/3
**concerns [1]** 28/7
**concluded [1]** 29/24
**conduct [1]** 22/16
**conducted [1]** 2/21
**conference [3]** 1/10 2/9 2/10
**conferences [1]** 12/20
**confident [1]** 2/14
**confirmed [1]** 3/3
**confusion [1]** 8/8
**consequence [1]** 19/16
**consequences [2]** 20/19 22/4
**consider [1]** 9/20
**constructive [1]** 18/4
**contact [1]** 26/8
**contacted [4]** 9/8 9/11 26/13 26/14
**contains [1]** 23/21
**content [1]** 8/15
**contention [1]** 27/7
**contents [3]** 11/2 11/3 11/4
**contested [1]** 27/6
**context [2]** 8/2 14/17
**continuance [1]** 21/16
**continue [4]** 12/21 16/9 24/19 25/3
**continued [2]** 7/7 14/24
**conversation [1]** 6/13
**copies [1]** 10/24
**copy [8]** 8/22 10/25 17/2 18/15 18/18 19/6 19/24 28/6
**correct [2]** 24/22 30/1
**could [15]** 2/3 5/14 5/16 6/13 6/24 7/2 11/15 13/19 13/21 14/17 19/23 19/25 20/14 22/23 28/15
**couldn't [5]** 4/10 7/19 11/13 19/2 21/24
**counsel [2]** 2/3 10/25
**count [14]** 17/11 21/23 21/25 22/7 22/9 22/11 22/14 22/19 23/1 23/10 23/18 23/19 23/25 24/7
**counts [5]** 20/25 21/21 22/15 23/14 24/18
**couple [1]** 11/8
**course [3]** 22/15 22/21 24/12
**court [57]**
**Court's [6]** 8/1 13/11 14/8 14/9 23/17 24/13
**CR [2]** 1/3 2/2
**created [1]** 12/24
**criminal [3]** 11/21 18/8 26/19
**cross [1]** 27/22
**current [1]** 23/5

**C**

**custody [1]** 22/3

**D**

**date [20]** 3/21 7/6 7/12 7/14 11/11 11/13 12/2 12/2 12/7 14/20 14/24 15/5 15/13 16/2 16/6 16/12 21/9 21/10 27/19 30/4
**dates [2]** 7/8 11/12
**Daubert [5]** 3/13 5/1 6/15 6/17 16/5
**day [11]** 4/11 4/21 5/13 6/3 6/15 10/8 11/12 15/24 21/4 24/24 28/11
**day's [1]** 5/5
**deal [2]** 3/20 3/20
**debating [1]** 18/7
**decision [1]** 7/11
**defend [2]** 2/23 3/1
**Defendant [5]** 1/9 1/18 13/2 21/1 23/24
**Defendant's [1]** 24/6
**Defender [1]** 17/13
**Defenders [1]** 1/18
**Defense [16]** 8/22 9/2 10/25 12/23 14/6 14/14 16/22 16/23 19/18 20/2 24/24 25/8 27/21 28/1 28/19 29/18
**Deputy [1]** 11/20
**derelict [1]** 14/11
**despite [1]** 12/20
**devoted [1]** 13/5
**did [16]** 14/10 14/19 15/2 15/4 15/15 15/17 16/21 16/22 16/22 17/10 18/16 19/3 20/7 23/17 26/8 26/23
**didn't [22]** 3/22 3/23 4/1 4/2 5/7 6/1 7/22 13/18 14/18 15/12 15/15 15/18 16/1 17/3 17/6 18/19 19/2 19/10 19/11 20/4 25/7 28/4
**different [3]** 13/3 18/8 23/20
**difficult [1]** 5/17
**difficulties [1]** 17/22
**digital [2]** 9/5 19/21
**disc [3]** 10/24 11/2 11/5
**disclose [1]** 29/15
**disclosed [1]** 14/15
**discover [1]** 4/16
**discovered [1]** 9/4
**discovery [8]** 9/1 14/22 15/10 16/18 18/6 18/25 19/16 20/9
**discs [4]** 10/6 10/10 11/1 11/4
**discuss [2]** 9/9 11/3
**discussed [4]** 11/4 14/25 15/3 15/25
**discussing [1]** 2/18
**discussion [1]** 15/4
**dismiss [7]** 15/7 16/11 16/24 18/16 21/12 21/25 24/10
**DISPOTO [12]** 1/14 2/5 17/1 17/9 17/17 17/24 18/15 18/22 19/5 19/10 19/12 28/3
**disrespectful [1]** 14/11
**distinguish [1]** 23/22
**DISTRICT [3]** 1/1 1/1 1/11
**DIVISION [1]** 1/2
**do [26]** 3/5 3/17 7/16 7/22 8/4 9/20 11/16 13/21 14/16 16/7 16/7 16/10 18/19 18/20 18/21 18/25 19/10 19/15 22/12 22/21 23/16 24/11 27/20 27/23 27/24 29/20
**docket [5]** 13/3 25/12 25/13 27/5 28/2
**dockets [1]** 12/19
**documentation [1]** 25/15
**documents [2]** 9/6 20/3
**does [6]** 6/11 25/1 25/3 26/2 28/1 28/23
**doesn't [5]** 20/6 26/1 27/1 28/12 29/4
**doing [2]** 20/22 23/7
**don't [27]** 4/16 4/22 12/2 12/25 12/25 13/6 15/7 15/25 16/6 16/10 17/2 17/23 17/24 18/11 18/13 18/23 19/1 21/1 21/12 22/1 23/2 23/4 24/5 24/11 25/20 26/11 28/11
**done [10]** 2/24 6/24 7/1 7/2 8/1 10/23 11/21 12/10 12/12 22/20
**double [1]** 22/15
**doubt [1]** 7/25
**down [6]** 5/15 5/15 10/4 12/22 17/15 24/4
**dozen [1]** 18/9
**drop [2]** 10/5 10/7
**due [3]** 7/21 10/4 21/13
**duplicative [2]** 19/8 19/9
**duplicity [1]** 19/9
**during [3]** 6/1 10/11 13/15
**duties [1]** 14/11

**E**

**earlier [1]** 19/2
**early [3]** 10/23 11/1 11/22
**easy [1]** 13/2
**ECF [2]** 14/6 29/21
**effect [1]** 16/19
**effects [1]** 28/21
**efficient [1]** 24/14
**efforts [2]** 9/14 13/13
**eight [1]** 25/1
**ELLEN [2]** 1/7 2/2
**else [2]** 27/24 27/25
**email [4]** 9/16 9/17 19/8 28/4
**emailed [4]** 10/7 17/1 19/6 19/7
**embedded [2]** 19/22 20/3
**emergency [2]** 7/21 15/21
**emotional [1]** 21/1
**end [3]** 11/10 11/22 28/11
**enormous [1]** 13/5
**enough [2]** 4/17 5/7
**ensure [2]** 2/22 6/24
**entails [1]** 24/13
**enters [1]** 14/4
**entire [1]** 20/7
**Entry [4]** 25/12 25/13 27/5 28/2
**error [4]** 5/8 7/18 7/18 8/6
**ESQ [1]** 1/18
**Essex [1]** 25/21
**Essex's [1]** 25/24
**even [7]** 3/17 5/8 6/20 6/20 7/5 13/14 21/11
**event [1]** 25/4
**events [6]** 3/7 3/8 6/9 8/7 8/9 26/15
**ever [1]** 23/2
**every [1]** 21/4
**everyday [1]** 8/3
**everything [5]** 6/23 7/1 12/11 13/12 13/21
**evidence [6]** 18/2 25/12 25/14 25/15 26/21 27/20
**evidentiary [1]** 24/23
**exact [1]** 28/6
**excuse [1]** 19/2
**excused [1]** 6/16
**excuses [2]** 7/17 8/2
**execute [1]** 12/11
**expectation [1]** 13/19
**expeditiously [1]** 12/13
**expended [1]** 19/17
**expert [7]** 21/17 24/13 26/2 26/2 27/22 28/23 29/4
**explain [3]** 7/4 15/15 15/17
**explanation [1]** 7/12

**F**

**Facebook [14]** 9/9 9/10 9/17 9/20 9/22 10/1 10/15 10/18 17/15 18/17 19/22 25/13 27/25 28/7
**Facebook's [1]** 18/7
**fact [6]** 3/11 6/4 9/8 12/25 19/3 25/24
**factually [1]** 22/13
**fall [1]** 9/3
**family [1]** 15/21
**far [1]** 13/15
**fault [1]** 5/24
**FBI [6]** 26/14 26/15 26/16 26/20 26/22 27/8
**February [17]** 8/10 8/13 8/17 10/6 10/9 10/12 10/23 11/1 11/9 11/10 11/10 11/14 11/22 11/24 13/15 16/22 23/2
**February 10 [1]** 8/13
**February 26 [1]** 8/17
**February 28th [1]** 11/24
**February 4 [1]** 10/6
**February 8th [3]** 10/9 11/10 11/14
**Federal [3]** 1/18 17/13 30/5
**feel [1]** 13/8
**fell [1]** 16/2
**felt [1]** 12/12
**fighting [1]** 27/9
**file [4]** 14/24 15/7 28/12 28/15
**filed [5]** 18/16 21/4 22/23 24/24 25/8
**final [1]** 28/18
**find [2]** 4/20 22/14
**finish [1]** 25/6

**F**

**first [5]** 2/20 3/25 10/11 16/18 23/22
**five [2]** 5/12 6/7
**FL [4]** 1/7 1/16 1/20 1/23
**flesh [1]** 24/5
**fleshed [1]** 24/3
**Floor [1]** 1/16
**FLORIDA [2]** 1/1 15/22
**focus [1]** 25/16
**followup [1]** 2/10
**foregoing [1]** 30/1
**format [1]** 9/5
**Fort [3]** 1/16 3/18 4/25
**found [2]** 5/6 22/10
**Friday [2]** 14/5 21/5
**front [1]** 23/9
**frustrated [4]** 6/20 7/4 13/23 16/9
**Ft [4]** 1/23 4/25 5/9 5/10
**further [1]** 10/20

**G**

**gave [1]** 19/20
**get [19]** 5/13 5/16 6/5 9/14 11/11 11/13 11/16 11/17 11/23 12/3 14/5 17/17 17/22 18/9 18/11 18/16 21/3 27/11 28/13
**getting [2]** 6/14 15/23
**give [5]** 3/8 8/2 14/17 16/22 26/3
**given [4]** 7/10 8/15 13/12 19/16
**gives [1]** 24/9
**go [9]** 4/24 5/15 5/23 11/15 15/15 20/21 24/4 24/10 26/24
**going [18]** 3/17 3/18 4/5 4/6 6/22 7/8 9/20 10/5 13/15 14/24 15/7 21/2 21/20 22/2 23/5 23/15 26/7 26/22
**gone [4]** 5/14 5/21 7/24 13/13
**Good [1]** 2/5
**got [4]** 5/4 19/22 26/24 26/25
**Government [23]** 2/22 2/25 3/4 8/10 8/14 9/3 10/10 14/9 16/19 17/16 17/21 18/2 18/12 18/12 18/18 20/3 21/24 22/9 22/25 24/1 24/24 28/8 28/18
**Government's [2]** 3/9 27/23
**Grand [35]**
**guess [2]** 2/20 6/21
**guilty [2]** 22/10 22/14

**H**

**had [53]**
**half [1]** 17/14
**handled [2]** 13/11 22/6
**hands [1]** 18/3
**happen [1]** 3/22
**happened [4]** 7/5 11/25 13/9 13/10
**happening [1]** 3/11
**happens [2]** 4/16 14/2
**happy [2]** 17/16 17/17
**has [10]** 3/4 4/21 9/17 10/1 12/24 13/2 13/13 20/16 22/20 23/1
**hasn't [1]** 28/5
**have [79]**
**haven't [3]** 12/16 28/10 28/14
**having [3]** 2/9 17/22 21/17
**he [29]** 4/24 10/1 10/5 10/7 10/17 15/20 15/21 15/22 17/6 17/17 17/24 18/22 18/23 19/6 21/18 21/19 25/24 26/1 26/7 26/7 26/8 26/8 26/14 26/18 26/19 27/8 28/5 28/23 28/24
**hear [3]** 19/11 23/7 23/11
**heard [1]** 28/10
**hearing [6]** 3/13 5/1 6/16 6/18 12/14 29/24
**help [1]** 9/18
**her [7]** 14/15 14/16 22/1 22/2 22/14 24/12 27/25
**here [7]** 12/15 16/7 19/12 25/4 27/14 27/21 28/22
**him [2]** 19/7 28/5
**hindsight [2]** 12/10 13/8
**his [5]** 15/21 15/23 19/12 21/17 26/5
**hit [1]** 13/21
**HON [1]** 1/22
**honest [1]** 17/24
**honestly [2]** 12/12 14/19
**Honor [9]** 2/5 2/17 2/21 12/5 23/4 23/9 24/1 25/2 25/3
**HONORABLE [1]** 1/11
**hope [2]** 8/5 14/10
**hoped [1]** 19/12
**hopes [2]** 5/16 9/23
**hoping [1]** 2/11
**hospital [1]** 15/22
**hospitalized [1]** 22/4
**hour [4]** 6/20 6/21 6/23 13/22
**hours [3]** 4/19 6/1 18/6
**house [1]** 26/24
**how [3]** 18/13 19/4 26/7
**however [1]** 19/15
**humanly [1]** 12/11

**I**

**I'm [1]** 3/12
**immediately [2]** 28/19 29/18
**impact [3]** 14/20 15/5 16/2
**impacted [1]** 15/13
**impinges [1]** 3/21
**Implicit [1]** 26/18
**important [1]** 8/9
**imposing [1]** 14/9
**impossible [1]** 5/17
**impression [3]** 4/15 5/21 10/14
**inadvertent [1]** 8/6
**included [2]** 10/16 20/7
**including [1]** 8/16
**incredible [1]** 21/1
**indicated [3]** 4/9 10/5 17/9
**indict [1]** 4/23
**indicted [1]** 17/8
**indictment [22]** 2/18 2/24 6/25 7/6 7/15 11/6 13/25 14/5 14/20 16/21 19/15 20/11 20/12 20/15 20/15 20/17 21/5 21/15 21/23 23/2 28/19 29/17
**individual [1]** 4/23
**information [3]** 2/15 8/12 27/16
**informed [2]** 15/6 15/8
**initial [2]** 8/23 23/17
**initially [2]** 4/8 14/19
**inquired [3]** 5/4 5/9 15/23
**inquiry [1]** 9/24
**insight [1]** 26/3
**Instagram [4]** 9/10 17/15 19/6 19/22
**instructions [1]** 10/20
**intend [4]** 14/11 25/17 27/15 27/20
**intending [1]** 23/6
**intention [6]** 3/2 4/9 7/20 13/24 25/15 27/14
**internet [1]** 9/13
**interruption [1]** 3/5
**investigatory [1]** 18/3
**irrelevant [2]** 25/24 26/1
**is [130]**
**issue [9]** 14/23 20/5 20/10 23/8 23/12 23/15 23/23 23/24 24/21
**issued [2]** 8/11 9/22
**issues [7]** 2/14 2/16 5/4 23/5 24/3 24/23 28/10
**it [107]**

**J**

**January [5]** 9/16 9/22 9/25 10/2 12/15
**January 10th [1]** 9/22
**January 21 [1]** 9/25
**January 21st [1]** 10/2
**jeopardy [1]** 22/15
**Jordan [1]** 18/2
**JUDGE [4]** 1/11 12/9 14/8 25/2
**July [5]** 21/19 28/24 28/24 29/1 29/2
**June [4]** 18/16 29/5 29/7 29/8
**June 27th [3]** 29/5 29/7 29/8
**jury [41]**
**Jurys [1]** 7/2
**just [15]** 6/12 8/12 9/13 10/22 11/16 12/24 13/22 13/22 18/9 18/11 21/11 22/17 22/18 23/10 23/25

**K**

**KAYE [9]** 1/7 2/2 2/8 17/8 20/20 21/21 23/18 24/10 27/18
**kind [1]** 6/19
**knew [2]** 7/9 7/24
**know [27]** 3/12 3/18 4/5 4/6 4/7 5/20 8/8 8/9 12/9 13/18 14/6 14/8 15/7 15/8 16/6 16/8 16/10 19/9 20/4 20/7 23/2 24/16 25/2 28/5 28/17 29/18 29/18

**K**

**knowing [1]** 15/10
**knowledge [1]** 7/25
**known [2]** 5/20 14/15
**knows [3]** 19/18 20/25 28/15
**KRISTY [2]** 1/18 2/7

**L**

**Lacosta [1]** 6/5
**language [2]** 18/18 23/22
**last [7]** 2/1 3/12 3/16 9/19 16/23 17/1 19/17
**late [8]** 5/13 6/3 6/8 6/20 6/21 6/22 13/22 28/4
**later [3]** 8/14 8/25 28/4
**Lauderdale [4]** 1/16 3/18 4/25 5/10
**lawyer [2]** 18/10 18/17
**lawyers [1]** 18/7
**laying [1]** 21/22
**leading [2]** 11/21 26/16
**learn [1]** 6/1
**learned [4]** 5/11 11/3 14/19 16/6
**learning [1]** 26/16
**least [1]** 14/13
**leave [2]** 21/18 28/24
**led [3]** 3/7 3/8 8/7
**left [1]** 10/24
**legal [2]** 23/23 26/1
**let [2]** 3/25 7/16
**let's [5]** 4/6 20/9 20/13 21/22 23/13
**liberty [1]** 22/2
**light [1]** 7/25
**like [12]** 2/17 3/8 3/19 7/1 9/13 10/13 13/23 16/17 19/21 22/9 25/6 25/10
**limited [1]** 29/15
**links [1]** 19/23
**litigate [2]** 21/8 23/24
**litigated [1]** 20/22
**locating [1]** 9/18
**long [1]** 18/6
**longer [1]** 28/8
**look [1]** 27/4
**looking [1]** 18/21
**lose [1]** 24/9
**lot [1]** 24/3
**lying [1]** 17/24

**M**

**made [6]** 4/1 7/18 7/18 7/21 9/14 27/2
**maintain [1]** 26/5
**make [4]** 7/10 13/7 16/5 21/23
**managing [1]** 6/4
**manner [1]** 13/12
**many [1]** 2/16
**March [22]** 1/8 6/21 7/6 8/19 8/20 8/21 11/22 11/23 12/8 12/16 15/16 15/18 15/19 15/20 15/21 16/21 16/23 17/1 17/21 18/5 18/15 19/5
**March 10th [3]** 11/23 15/16 15/18
**March 14th [2]** 6/21 7/6
**March 2021 [3]** 8/20 16/21 17/21
**March 23rd [1]** 12/16
**March 7th [1]** 15/19
**MARK [2]** 1/14 2/5
**matter [7]** 2/1 3/9 4/2 4/9 4/11 5/7 30/2
**matters [3]** 12/11 25/2 28/18
**may [9]** 3/19 21/18 22/9 23/8 23/24 24/2 27/22 28/3 29/11
**maybe [3]** 6/14 22/23 22/24
**me [24]** 2/21 3/8 3/25 5/23 5/24 6/8 6/11 7/16 9/16 9/19 9/19 9/25 11/18 15/6 17/12 17/25 18/11 18/22 18/23 19/6 21/5 22/18 24/9 28/4
**mean [3]** 18/6 23/6 23/15
**meant [3]** 3/17 4/13 17/17
**media [10]** 8/11 8/17 8/24 9/2 9/12 9/15 10/10 10/21 27/13 27/14
**meet [1]** 13/13
**Melanie [2]** 3/16 16/4
**memo [1]** 11/19
**mentioned [1]** 18/14
**met [2]** 9/8 10/14
**Miami [9]** 3/18 3/18 4/2 4/25 5/10 5/11 6/14 7/3 11/21
**mid [3]** 21/19 29/1 29/2
**midday [1]** 6/1
**MILITELLO [12]** 1/18 2/7 10/9 14/6 14/13 15/1 15/2 15/6 15/11 16/1 16/13 28/23
**mind [2]** 3/9 19/12
**minimum [1]** 6/22
**minutes [2]** 4/19 25/1
**mistake [1]** 7/23
**mistakes [1]** 13/7
**modify [1]** 22/22
**moment [1]** 8/4
**Monday [8]** 2/10 2/14 2/21 3/14 6/13 7/7 10/14 25/7
**money [3]** 17/14 20/21 24/13
**month [1]** 19/7
**more [6]** 8/15 12/11 17/12 19/5 23/7 26/6
**Moreover [1]** 23/16
**morning [2]** 2/5 5/3
**most [1]** 24/14
**motion [10]** 14/23 15/7 16/11 16/24 18/16 21/3 21/14 21/25 22/24 24/10
**motions [2]** 12/21 15/4
**move [1]** 21/11
**moving [2]** 12/13 28/20
**Mr [12]** 17/1 17/9 17/17 17/24 18/15 18/22 19/5 19/10 19/12 25/20 25/23 28/3
**Ms [17]** 2/7 10/9 14/6 14/13 14/25 15/2 15/6 15/10 15/25 16/13 17/8 20/20 21/21 23/18 24/10 27/18 28/23
**much [1]** 29/22
**multiple [1]** 17/3
**multiplicity [1]** 2/23
**music [3]** 17/3 17/4 17/5
**my [38]**

**N**

**narrowed [1]** 28/14
**nearly [1]** 5/17
**necessarily [2]** 15/13 23/5
**necessary [3]** 2/22 8/4 22/18
**need [8]** 3/8 3/10 5/23 22/23 23/11 24/3 24/19 27/1
**needed [2]** 7/10 13/8
**needlessly [1]** 28/13
**needs [2]** 4/23 18/25
**never [1]** 10/21
**nevertheless [1]** 20/14
**new [1]** 20/17
**next [10]** 5/5 6/22 10/8 11/8 11/11 12/7 14/7 15/24 21/4 24/21
**no [21]** 1/3 3/16 5/6 5/23 5/24 7/25 8/1 12/19 12/19 14/10 14/22 15/6 15/10 15/20 20/2 20/18 23/10 23/18 24/20 25/5 28/8
**Normally [1]** 22/20
**northern [1]** 15/22
**not [41]**
**nother [1]** 3/20
**notice [5]** 12/19 20/2 25/11 25/12 28/15
**notices [1]** 25/8
**notified [8]** 9/25 10/9 15/3 15/9 16/3 16/4 26/14 27/8
**notify [2]** 14/18 28/18
**November [2]** 9/9 18/17
**now [10]** 5/20 9/12 10/3 13/4 14/2 16/18 18/1 19/9 23/6 27/9
**number [7]** 2/2 2/11 3/5 27/16 27/18 27/18 28/22

**O**

**o'clock [3]** 5/12 6/7 25/5
**o'clocks [1]** 28/17
**objecting [3]** 25/20 25/21 25/23
**objection [9]** 25/7 25/11 25/12 25/17 25/18 26/10 27/5 28/1 28/13
**obtain [1]** 19/19
**obtained [2]** 8/14 8/20
**obviously [3]** 19/25 23/8 29/14
**of them [1]** 18/4
**off [5]** 10/6 10/6 10/8 11/20 12/6
**offer [1]** 8/1
**offering [1]** 7/17
**office [13]** 1/15 1/18 3/2 4/16 4/20 4/21 5/25 6/5 10/3 10/4 10/6 10/25 11/6
**officers [1]** 6/7
**offices [1]** 11/12
**Official [2]** 1/22 30/5
**often [1]** 12/25
**okay [6]** 2/20 21/8 24/23 27/4 29/10 29/23
**once [1]** 15/14
**one [13]** 3/18 4/18 10/8 13/17 17/8 17/11 20/22 22/6

**O**

**one... [5]** 22/14 22/17 27/16 28/23 29/11
**only [8]** 8/2 10/4 11/9 11/10 12/4 14/17 27/6 27/15
**open [2]** 19/23 27/22
**opportunity [1]** 2/13
**order [1]** 27/11
**ore [1]** 22/23
**original [7]** 7/20 16/20 16/24 17/2 17/8 18/15 20/16
**originally [6]** 8/9 8/22 10/19 14/22 19/20 21/23
**originated [1]** 19/4
**other [12]** 6/6 11/12 11/12 15/11 20/19 22/8 22/15 24/24 25/2 27/6 27/22 27/24
**our [12]** 2/10 3/13 8/25 9/18 9/24 10/3 14/20 15/13 16/2 16/24 23/5 25/3
**out [13]** 3/16 4/21 5/4 5/6 5/25 9/6 9/9 16/4 21/22 24/4 24/5 26/22 27/11
**out-of-pocket [1]** 5/25
**over [3]** 11/8 13/17 19/17
**own [2]** 5/24 11/17

**P**

**package [1]** 11/6
**page [1]** 27/25
**PALM [8]** 1/2 1/7 1/20 1/23 5/22 6/2 6/5 11/9
**pandemic [1]** 10/4
**paperwork [1]** 11/18
**part [6]** 8/6 8/23 9/17 9/25 10/5 20/5
**part-time [1]** 10/5
**partial [1]** 10/4
**particular [2]** 5/1 6/10
**parties [3]** 13/13 23/7 23/11
**parties' [1]** 29/5
**party [1]** 26/12
**paternity [2]** 21/18 28/24
**Pauline [2]** 1/22 30/5
**pause [1]** 24/9
**pending [2]** 16/11 23/23
**people [2]** 13/7 13/8
**Perhaps [1]** 22/17
**permitted [2]** 21/17 27/22
**person [2]** 26/3 27/2
**person's [1]** 26/24
**personal [1]** 7/21
**personally [1]** 2/21
**phone [9]** 3/12 3/14 3/22 6/16 9/13 16/5 18/7 18/10 18/10
**physically [1]** 11/1
**pick [1]** 9/13
**pieces [1]** 7/9
**Pierce [3]** 1/23 4/25 5/9
**pike [1]** 12/22
**place [1]** 2/20
**Plaintiff [2]** 1/5 1/14
**plan [2]** 6/14 27/23
**planned [2]** 3/2 19/6
**play [2]** 19/23 19/25
**pleading [2]** 22/19 22/22
**pocket [1]** 5/25
**point [2]** 6/16 6/17
**policy [1]** 4/20
**portal [1]** 9/13
**portion [1]** 20/15
**portions [1]** 27/15
**posing [1]** 13/4
**position [3]** 20/20 22/5 22/25
**possessed [1]** 16/20
**possession [2]** 18/4 28/8
**possible [1]** 12/11
**possibly [1]** 6/23
**posted [2]** 27/1 27/19
**posts [1]** 27/24
**practical [4]** 20/10 20/18 21/16 24/12
**practically [1]** 5/16
**practice [1]** 21/14
**prejudicial [1]** 26/6
**prepare [2]** 11/5 11/18
**prepared [2]** 12/23 12/23
**preparing [1]** 13/18
**present [9]** 4/2 4/9 4/10 4/11 7/19 11/6 14/21 15/18 15/21
**presentation [2]** 3/3 8/8
**presented [2]** 12/5 16/1
**presently [1]** 17/11
**pretrial [2]** 22/21 22/21
**previously [1]** 18/19
**print [1]** 9/6
**printed [1]** 19/24
**prior [1]** 3/15
**probably [2]** 5/3 18/9
**probative [1]** 26/6
**problem [2]** 13/4 26/17
**procedurally [1]** 21/11
**procedure [1]** 20/10
**procedures [1]** 20/18
**proceed [6]** 3/2 20/11 20/14 21/3 23/1 24/18
**proceeding [1]** 24/7
**proceedings [5]** 25/4 29/12 29/14 29/16 30/2
**process [3]** 11/18 11/19 21/13
**produce [1]** 18/2
**produced [2]** 10/15 10/19
**product [2]** 18/20 18/20
**production [5]** 8/23 9/1 9/5 10/17 10/21
**profanity [1]** 23/21
**prosecution [1]** 22/5
**prosecutor [1]** 4/23
**prove [1]** 27/17
**provide [2]** 16/21 18/12
**provided [5]** 9/1 9/17 10/25 16/24 20/4
**Public [1]** 1/18
**pursue [1]** 3/23
**put [2]** 7/9 20/9

**Q**

**question [5]** 5/19 7/14 9/18 21/20 29/12
**questions [3]** 2/11 7/13 28/22
**quickly [1]** 25/9

**R**

**raise [1]** 21/25
**random [3]** 26/3 26/3 26/12
**reaching [1]** 9/9
**read [1]** 9/17
**ready [1]** 19/14
**real [1]** 22/4
**reality [1]** 24/13
**realize [1]** 17/3
**really [2]** 13/4 19/1
**reason [3]** 4/24 7/25 15/12
**reasonable [2]** 13/12 13/19
**reasons [1]** 21/25
**recall [1]** 6/4
**recalls [1]** 5/2
**received [2]** 10/11 11/1
**recognize [1]** 7/18
**record [3]** 2/4 8/19 30/2
**records [26]** 8/11 8/24 9/1 9/2 9/10 17/15 17/18 18/11 18/12 18/22 18/23 18/24 19/3 19/19 19/21 19/21 20/3 20/4 25/13 25/22 27/14 27/15 27/16 28/6 28/7 28/9
**regard [1]** 24/2
**regarding [7]** 3/7 8/7 9/9 9/24 14/18 25/16 29/12
**regularly [2]** 13/14 18/13
**Reinhart's [1]** 25/3
**relates [4]** 14/14 17/11 20/16 22/19
**relationship [1]** 14/14
**relative [2]** 16/10 27/16
**relevancy [1]** 27/7
**relevant [5]** 6/9 10/19 26/5 26/11 26/15
**remains [1]** 28/16
**remarks [1]** 27/21
**remedy [1]** 21/13
**remember [4]** 4/5 17/15 17/19 19/20
**remotely [1]** 5/5
**reported [2]** 25/25 26/19
**Reporter [3]** 1/22 30/5 30/6
**representations [1]** 6/24
**represented [1]** 7/1
**request [1]** 12/2
**required [2]** 18/2 24/10
**requirement [1]** 22/22
**research [4]** 2/22 2/25 7/13 19/10
**reset [1]** 13/2
**resetting [1]** 12/18
**resolve [3]** 14/23 24/15 28/9
**resolved [4]** 15/5 26/25 28/14 28/14
**resources [4]** 17/14 19/17 20/22 24/14
**respect [5]** 2/17 25/14 27/13 27/14 29/15
**respects [1]** 27/5
**respond [1]** 21/10
**responded [1]** 28/4
**response [4]** 9/24 17/23 17/24 24/6
**responsible [1]** 18/5

**R**

**restraints [1]** 22/2
**result [4]** 12/18 21/14 21/16 21/18
**results [1]** 14/4
**returns [3]** 8/18 8/21 10/16
**review [4]** 2/13 11/2 11/19 25/24
**right [8]** 13/4 14/17 22/1 22/13 22/17 27/9 27/10 29/22
**road [1]** 24/5
**ROBIN [2]** 1/11 1/22
**ROSENBERG [3]** 1/3 1/11 1/22
**rule [2]** 21/12 22/20
**ruling [2]** 24/17 28/13

**S**

**said [21]** 3/17 3/22 3/23 4/5 4/6 4/13 13/1 13/16 13/16 13/24 17/4 17/6 17/16 17/21 18/21 19/6 19/8 19/10 21/6 21/8 28/23
**same [3]** 19/8 19/9 22/15
**sat [1]** 11/9
**satisfied [1]** 2/25
**saw [1]** 26/8
**say [10]** 11/9 12/24 12/25 16/22 20/6 21/22 26/13 26/25 27/8 28/11
**saying [1]** 19/20
**scenarios [1]** 21/22
**schedule [5]** 7/25 8/1 8/3 14/10 16/5
**scheduled [9]** 4/14 4/15 5/18 12/7 14/22 15/11 15/20 16/13 24/8
**screen [1]** 20/1
**search [4]** 8/15 8/16 8/18 20/5
**second [10]** 8/25 10/15 10/17 10/21 11/3 15/9 21/24 22/10 22/11 23/21
**secure [2]** 5/18 6/8
**see [4]** 12/17 13/23 22/12 28/5
**seeing [1]** 24/25
**seem [3]** 3/19 22/9 22/11
**seems [2]** 7/1 27/6
**seizures [1]** 22/3
**sent [2]** 9/16 18/18
**separate [1]** 3/10
**separately [1]** 16/18
**separating [1]** 20/25
**September [1]** 30/4
**served [3]** 8/18 8/22 18/9
**session [1]** 5/2
**set [4]** 7/8 12/19 13/15 21/9
**sever [2]** 23/17 24/2
**several [1]** 22/3
**severance [1]** 23/13
**severing [2]** 23/14 24/7
**shall [1]** 2/12
**she [12]** 4/24 14/23 15/6 15/8 22/2 22/3 22/3 22/7 22/8 22/10 25/20 25/21
**shot [1]** 20/1
**should [15]** 7/18 7/21 8/1 9/20 12/22 12/23 12/23 18/14 19/15 20/20 20/22 21/1 21/17 21/21 22/11
**shouldn't [1]** 22/10
**shut [1]** 10/4
**sick [1]** 15/19
**Signature [1]** 30/6
**signed [4]** 8/16 8/20 11/20 12/6
**similar [1]** 23/20
**simply [2]** 8/2 25/17
**since [3]** 11/13 16/21 23/2
**sitting [11]** 3/4 4/11 5/6 5/8 5/12 5/22 6/2 6/4 7/3 7/22 12/15
**so [28]** 2/12 5/14 5/22 5/25 8/20 9/14 10/10 11/23 12/9 12/24 13/15 13/17 13/18 13/21 14/2 14/2 16/7 20/6 20/7 20/18 20/24 22/5 22/12 24/3 25/18 28/3 28/12 28/15
**social [9]** 8/11 8/17 8/24 9/2 9/12 10/10 10/21 27/13 27/14
**solve [1]** 23/5
**some [6]** 6/17 7/13 8/8 19/15 26/2 26/12
**someone [2]** 9/14 20/2
**something [4]** 8/3 10/13 12/21 26/19
**sometime [3]** 8/18 9/3 10/11
**sometimes [2]** 4/13 4/15
**Somewhere [1]** 26/21
**son [2]** 15/21 15/23
**soon [3]** 14/15 17/22 29/17
**sooner [1]** 14/18
**sort [4]** 6/9 7/9 8/9 20/17
**sounded [1]** 25/6
**SOUTHERN [1]** 1/1
**speak [1]** 5/25
**speaking [2]** 5/17 18/17
**specially [2]** 7/8 12/18
**speculate [1]** 12/4
**spent [2]** 17/14 18/6
**spoke [5]** 2/14 3/12 3/14 10/16 25/7
**spur [1]** 9/23
**start [2]** 2/17 2/20
**started [3]** 6/6 8/10 23/3
**starting [1]** 17/1
**state [1]** 2/3
**STATES [8]** 1/1 1/4 1/11 1/15 2/1 2/6 6/5 18/1
**status [7]** 1/10 2/9 2/10 5/5 12/20 19/18 19/18
**stay [1]** 13/14
**steps [1]** 12/17
**still [1]** 23/23
**Stipes [2]** 1/22 30/5
**Stored [1]** 18/7
**stress [1]** 20/21
**subject [1]** 23/2
**submitted [1]** 8/12
**subpoena [4]** 8/11 8/11 9/20 18/18
**subpoenas [4]** 9/22 9/23 18/8 18/9
**subscriber [3]** 8/12 8/24 27/16
**substantive [1]** 20/19
**success [1]** 10/1
**successfully [2]** 2/23 3/1
**sufficient [3]** 3/4 4/21 4/22
**Suite [1]** 1/19
**super [2]** 13/3 13/4
**supersede [10]** 3/9 3/11 7/11 11/6 12/2 19/2 19/7 19/11 21/11 24/17
**superseded [8]** 6/25 7/15 12/17 20/13 21/21 28/20 28/21 29/19
**superseding [13]** 2/18 2/24 7/6 11/5 13/24 14/3 14/20 14/25 19/14 20/12 20/15 21/15 23/13
**supervisor [1]** 11/5
**supervisors [3]** 11/17 11/19 12/3
**supervisory [1]** 11/16
**supply [1]** 2/15
**suppose [2]** 5/14 22/7
**sure [2]** 7/19 7/22
**surely [1]** 4/7
**surrounding [1]** 13/12
**sustained [2]** 25/18 25/19
**SUZANNE [2]** 1/7 2/2

**T**

**take [4]** 4/19 11/18 22/23 27/4
**takes [1]** 11/8
**talked [2]** 9/19 15/8
**talking [3]** 7/5 23/12 24/12
**technical [1]** 17/22
**ten [1]** 28/17
**tenus [1]** 22/24
**terms [1]** 20/24
**testify [6]** 21/17 21/19 26/7 27/22 28/23 29/4
**testifying [1]** 25/21
**testimony [2]** 26/5 27/1
**than [4]** 12/11 17/12 26/6 27/6
**Thank [1]** 29/22
**that [201]**
**their [3]** 16/19 18/3 28/8
**them [15]** 9/11 10/20 10/25 17/5 17/20 17/21 17/22 17/23 18/4 18/9 18/11 18/13 18/16 20/1 20/4
**themselves [1]** 27/18
**then [11]** 4/1 5/20 7/15 9/10 11/23 17/3 18/17 23/7 23/18 24/10 27/8
**there [30]** 5/6 5/11 5/15 5/15 5/22 6/1 6/23 7/2 8/8 9/14 10/21 11/1 13/1 15/22 17/3 19/15 20/2 22/4 22/9 22/10 22/11 23/13 23/18 24/3 24/12 25/11 26/18 27/1 27/6 29/17
**thereafter [1]** 18/23
**therefore [1]** 25/19
**Thereupon [1]** 29/24
**these [15]** 8/11 9/12 9/23 11/1 12/17 17/15 17/17 18/12

**T**

**these... [7]** 18/21 19/19 20/2 20/7 22/2 23/20 27/17
**they [32]**
**thing [3]** 12/4 14/17 19/10
**things [3]** 7/2 14/15 27/23
**think [34]**
**third [1]** 12/18
**this [44]**
**those [11]** 6/9 8/21 9/7 10/24 11/4 24/5 24/25 25/6 27/15 27/19 28/10
**thought [7]** 7/24 8/4 18/19 19/7 25/25 26/18 27/2
**threat [2]** 25/25 25/25
**three [7]** 4/19 7/2 7/7 7/8 13/3 27/15 27/19
**through [11]** 7/7 9/12 11/15 16/2 16/19 20/21 21/2 21/14 22/2 24/11 28/21
**Thursday [1]** 3/19
**tight [2]** 13/3 13/4
**TikTok [1]** 19/8
**time [33]**
**timeline [4]** 6/9 7/5 8/7 19/5
**times [3]** 7/7 13/3 21/2
**timing [1]** 8/8
**tip [4]** 25/12 25/14 25/16 25/21
**today [2]** 2/12 19/12
**together [1]** 7/9
**told [3]** 18/11 18/22 18/23
**tomorrow [11]** 3/3 3/6 3/7 3/11 5/6 5/8 14/1 14/3 23/13 28/12 28/15
**tomorrow's [1]** 29/12
**too [2]** 5/13 6/7
**took [3]** 3/17 6/17 19/21
**top [1]** 13/14
**track [1]** 17/14
**training [2]** 26/1 26/2
**transcript [1]** 30/1
**tremendous [1]** 12/25
**trial [27]** 3/21 9/23 12/16 13/17 13/18 13/20 14/7 14/20 14/24 15/5 15/11 15/13 16/2 16/10 16/11 16/11 19/14 20/11 20/17 21/4 21/9 22/10 22/11 23/18 24/18 24/21 28/20
**trials [2]** 20/21 24/11
**tried [1]** 13/21
**true [2]** 14/4 18/24
**try [3]** 7/9 14/16 22/17
**trying [5]** 3/12 6/5 12/1 17/14 23/24
**Tuesday [1]** 3/19
**turned [1]** 9/10
**two [15]** 8/14 12/16 20/21 20/25 21/2 22/15 23/14 23/20 24/11 24/18 25/6 25/7 27/18 28/18 28/22

**U**

**unable [5]** 9/4 10/20 11/11 21/10 21/19
**unable to [1]** 10/20
**uncomfortable [1]** 17/10
**uncomfortable about [1]** 17/10
**under [3]** 5/21 10/14 22/20
**understand [6]** 12/17 13/7 13/7 13/9 13/10 28/20
**understanding [1]** 11/12
**understands [2]** 8/5 14/10
**unfolded [1]** 5/11
**unfortunately [2]** 5/24 8/6
**UNITED [8]** 1/1 1/4 1/11 1/15 2/1 2/6 6/4 18/1
**unlikely [1]** 22/14
**unopposed [1]** 25/19
**until [10]** 4/6 5/3 6/2 8/25 16/22 21/5 21/19 28/4 28/20 28/24
**up [10]** 3/7 3/8 8/7 9/13 11/21 15/22 18/14 19/23 25/6 26/16
**update [1]** 28/12
**upon [1]** 29/18
**us [3]** 8/15 8/18 19/20
**usually [2]** 13/1 13/6

**V**

**vague [1]** 20/6
**valid [1]** 19/1
**versus [2]** 2/2 18/1
**very [8]** 5/17 6/2 13/23 14/16 17/13 22/4 24/16 29/22
**video [25]** 8/23 9/19 10/16 11/3 15/9 16/20 16/23 16/24 16/25 17/2 17/4 17/5 17/8 18/15 19/6 19/23 23/21 23/23 25/24 26/4 26/8 26/15 26/16 26/19 26/22
**videos [17]** 8/16 9/4 9/7 9/24 10/1 10/6 10/8 10/11 10/18 10/22 12/15 17/3 19/22 19/25 23/20 27/18 27/19
**videotaping [1]** 17/6
**view [2]** 13/11 26/4
**violation [5]** 16/19 18/6 19/1 19/16 21/13

**W**

**wait [1]** 4/6
**waited [1]** 13/2
**want [12]** 6/11 7/17 22/1 22/5 23/24 24/2 24/4 24/11 25/3 25/5 28/18 29/17
**wanted [2]** 7/4 7/13
**wants [3]** 12/4 23/7 29/18
**warrant [4]** 8/15 8/16 8/18 20/5
**was [80]**
**was when we [1]** 3/13
**wasn't [7]** 4/11 5/13 7/15 8/3 8/25 10/17 12/5
**way [6]** 10/13 12/9 22/12 24/14 26/24 27/20
**we [77]**
**we'll [1]** 17/22
**Wednesday [2]** 3/13 3/19
**week [22]** 3/15 3/16 3/20 3/23 4/4 6/10 6/25 7/3 10/8 10/12 11/24 11/25 12/6 13/17 14/7 15/11 21/4 21/8 24/21 29/5 29/6 29/8
**weekly [1]** 7/24
**weeks [4]** 8/14 11/8 12/16 19/11
**well [5]** 8/23 12/14 23/4 23/24 29/9
**went [1]** 7/6
**were [19]** 3/17 4/5 4/5 5/2 7/2 7/8 8/20 9/4 9/5 9/14 9/20 17/3 17/9 19/11 19/17 20/3 20/10 23/1 27/19
**weren't [1]** 9/6
**WEST [8]** 1/2 1/7 1/20 1/23 5/22 6/2 6/5 11/9
**what [45]**
**Whatever [1]** 7/12
**when [36]**
**where [7]** 2/12 5/3 17/2 17/5 17/16 18/6 21/13
**whether [5]** 4/21 4/24 18/7 20/1 24/18
**which [15]** 2/11 7/20 8/15 10/22 12/7 17/6 17/9 18/19 18/23 20/5 20/16 20/17 25/4 26/19 28/5
**while [2]** 9/5 28/22
**who [3]** 13/2 26/11 27/2
**whole [3]** 3/20 17/20 18/24
**why [18]** 3/22 3/23 4/1 4/1 6/21 7/5 7/15 11/13 13/5 14/18 15/15 15/18 17/2 18/11 26/19 26/23 27/2 28/11
**wife [1]** 21/17
**will [17]** 2/15 2/16 4/1 4/7 4/19 4/24 10/15 14/3 14/5 14/5 21/18 21/25 23/8 27/4 27/11 28/22 29/20
**without [6]** 5/15 10/20 17/8 19/14 20/12 24/12
**witness [2]** 15/24 27/7
**won't [2]** 4/18 21/5
**words [1]** 22/8
**work [3]** 13/2 18/19 18/20
**working [1]** 21/4
**worried [1]** 13/16
**would [50]**
**wouldn't [3]** 13/18 15/5 23/10
**write [1]** 22/19
**written [1]** 22/19
**wrote [2]** 9/25 24/10

**Y**

**year [6]** 10/3 16/23 17/1 17/14 18/6 19/17
**year-long [1]** 18/6
**yes [8]** 2/19 3/10 17/19 20/13 20/18 22/5 29/3 29/13
**yesterday [2]** 10/17 25/6
**yet [2]** 12/5 17/10
**you [65]**
**your [16]** 2/3 2/5 2/17 2/21 7/12 12/4 12/15 13/24 15/19 17/6 22/25 23/4 23/9 24/1 25/1 25/3