```
00:00:00    1                 UNITED STATES DISTRICT COURT

14:08:55    2                 SOUTHERN DISTRICT OF FLORIDA
14:08:55                       WEST PALM BEACH DIVISION
14:08:55    3              CASE NO. 21-CR-80039-ROSENBERG

14:08:55    4
14:08:55          UNITED STATES OF AMERICA,       .
14:08:55    5                                     .
14:08:55          Plaintiff,                      .
14:08:55    6                                     .
14:08:55               vs.                        .
14:08:55    7                                     .
14:08:55          SUZANNE ELLEN KAYE,             .  West Palm Beach, FL
14:08:55    8                                     .  May 23, 2022

14:08:55    9     Defendant.                      .
14:08:55
14:08:55   10
14:08:55                     CALENDAR CALL HEARING (By Zoom)
14:08:55   11          BEFORE THE HONORABLE ROBIN L. ROSENBERG
14:08:55                     UNITED STATES DISTRICT JUDGE
14:08:55   12
14:08:55
14:08:55   13     APPEARANCES:

14:08:55   14
14:08:55          FOR THE PLAINTIFF:         MARK DISPOTO
14:08:55   15                                United States Attorney's Office
14:08:55                                     500 E Broward Boulevard
14:08:55   16                                7th Floor
14:08:55                                     Fort Lauderdale, FL 33301
14:08:55   17                                561-820-8711
14:08:55
14:08:55   18     FOR THE DEFENDANT:         KRISTY MILITELLO, ESQ.
14:08:55                                     Federal Public Defenders Office
14:08:55   19                                450 S. Australian Avenue
14:08:55                                     Suite 500
14:08:55   20                                West Palm Beach, FL 33401
14:08:55                                     561-833-6288
14:08:55   21
14:08:55
14:08:55   22     Official Court Reporter:   Pauline A. Stipes
14:08:55                                     HON. ROBIN L. ROSENBERG
14:08:55   23                                West Palm Beach/Ft. Pierce, Fl
14:08:55                                     561-820-8711
            24

            25
```

| | | |
|---|---|---|
| 08:23:53 | 1 | *THE COURT:*  All right.  Do we have Government counsel? |
| 08:23:56 | 2 | All right.  Good morning.  We are now here on the |
| 08:24:00 | 3 | matter of United States versus Kaye, and that case number is |
| 08:24:12 | 4 | 21-CR-80039. |
| 08:24:18 | 5 | We are part Zoom, part in person.  The Zoom is in |
| 08:24:20 | 6 | light of the ongoing COVID pandemic and for ease of counsel. |
| 08:24:25 | 7 | If we could have counsel first state your appearance |
| 08:24:29 | 8 | for the record. |
| 08:24:32 | 9 | *MR. DISPOTO:*  Your Honor, good morning, Mark Dispoto |
| 08:24:35 | 10 | appearing on behalf of the United States. |
| 08:24:39 | 11 | *MS. MILITELLO:*  Good morning, your Honor, Kristy |
| 08:24:40 | 12 | Militello on behalf of Ms. Kaye. |
| 08:24:46 | 13 | *THE COURT:*  Good morning.  All right.  So we have the |
| 08:24:48 | 14 | trial set for June 27th.  Let me first ask, are we still on |
| 08:24:54 | 15 | schedule for trial? |
| 08:24:57 | 16 | *MR. DISPOTO:*  Yes, your Honor. |
| 08:24:59 | 17 | *MS. MILITELLO:*  Yes, from the Defense. |
| 08:25:01 | 18 | *THE COURT:*  Pursuant to the last order that the Court |
| 08:25:04 | 19 | entered, or one of the last orders, there might have been |
| 08:25:08 | 20 | others, but on April 27th the Court had required certain things |
| 08:25:14 | 21 | and I received certain things, but not necessarily in the form |
| 08:25:22 | 22 | that -- complete form that the Court wants it. |
| 08:25:28 | 23 | So, we will just start with the joint statement of the |
| 08:25:36 | 24 | case.  Typically, the parties should be able to arrive at an |
| 08:25:43 | 25 | agreed upon statement of the case. |

08:25:47  1          I am going to require that the parties meet and confer

08:25:51  2  again about that.  This is just a statement that the Court

08:25:55  3  reads in the early stage of its process of introducing the

08:26:00  4  jurors to the case so that we can find out if they know

08:26:03  5  anything about the case.  It is not evidence, I tell them that.

08:26:07  6          I see that the Defendant has its -- or her own

08:26:12  7  statement of the case that reads:  A jury trial is necessary in

08:26:18  8  this case to determine whether the Government can prove beyond

08:26:19  9  a reasonable doubt that Mrs. Kaye's social media posts were a

08:26:22  10  true threat against the FBI and in violation of Federal law, or

08:26:27  11  whether her speech was political speech protected by the First

08:26:33  12  Amendment of the United States Constitution.

08:26:37  13          The Government has written:  The Defendant, Suzanne

08:26:37  14  Ellen Kaye, is charged with threatening to shoot FBI agents.

08:26:41  15  The Defendant's threats were allegedly posted online in videos

08:26:45  16  that she created on or about January 31, 2021.  The Defendant

08:26:50  17  has pleaded not guilty and is presumed innocent until proven

08:26:55  18  guilty.

08:26:56  19          So, I would think that you all should be able -- I

08:26:59  20  don't know how much meeting and conferring -- was there

08:27:02  21  exhaustive amounts of time, and you are drawing a line in the

08:27:07  22  sand, in which case the Court will take over at this point, or

08:27:11  23  did you each submit your own without the ability -- or not the

08:27:14  24  ability, but without meeting and conferring with the other

08:27:18  25  side?

08:27:19   1          They are different, and nine and a half times out of

08:27:24   2     ten I get agreed upon statements even in the most complex of

08:27:28   3     cases.

08:27:29   4          What occasions not having an agreed upon statement of

08:27:32   5     the case?  Is it because you fundamentally disagree or that you

08:27:37   6     have not met and conferred?

08:27:41   7          MS. MILITELLO:  I don't want to speak on behalf of the

08:27:44   8     Government, we did speak briefly on Friday.  Perhaps if we

08:27:51   9     speak again we can reach an agreement.  The Government's

08:27:54   10    position was that our defenses related to the First Amendment

08:27:57   11    should not be part of the case.

08:28:01   12         I would ask -- and we will have a disagreement we will

08:28:03   13    be asking the Court about, but I am willing to give it another

08:28:08   14    chance.

08:28:09   15         THE COURT:  Mr. Dispoto.

08:28:10   16         MR. DISPOTO:  Your Honor, we did confer last week, we

08:28:13   17    exchanged proposals.  We were not able to come to an agreement.

08:28:18   18    I always welcome the opportunity to continue to try to resolve

08:28:21   19    the issue and come to an agreement, so I am happy to confer

08:28:26   20    with Ms. Militello.  I am concerned that we do have a

08:28:30   21    fundamental difference regarding our approaches to the

08:28:35   22    statement of the case, but I am happy to give it another

08:28:39   23    chance.

08:28:40   24         THE COURT:  I would say that you can look at other

08:28:43   25    statements of the cases that you have had in cases in front of

| | | |
|---|---|---|
| 08:28:46 | 1 | me or other judges, they are usually pretty succinct, and |
| 08:28:51 | 2 | usually they set forth what the charge is. |
| 08:28:56 | 3 | If there is a factual basis for the charge, I guess |
| 08:28:59 | 4 | the factual basis can be included.  I mean, I have to look |
| 08:29:04 | 5 | at -- it has been a few months since I have had one, so I don't |
| 08:29:08 | 6 | have one in front of me and, you know, if the Defendant denies |
| 08:29:16 | 7 | the allegations, then it is sort of the Defendant denies the |
| 08:29:21 | 8 | allegations, things along those lines. |
| 08:29:26 | 9 | Again, it is not intended to be argumentative, it is |
| 08:29:29 | 10 | not intended to put anything in that even would necessarily be |
| 08:29:33 | 11 | shown through the evidence.  It is a kind of frame -- think of |
| 08:29:37 | 12 | it as, we want the jurors to know who the parties are, what the |
| 08:29:43 | 13 | charge is, and sort of why they are here, so that we can |
| 08:29:50 | 14 | predetermine through that before questioning whether they know |
| 08:29:53 | 15 | something about the case, or they have some fundamental reason |
| 08:29:58 | 16 | why they don't think that they can be fair and impartial in a |
| 08:30:04 | 17 | case of this nature. |
| 08:30:05 | 18 | So, in no other way is it intended to start to prep |
| 08:30:10 | 19 | them for the nature of the case in the kind of detail I know |
| 08:30:13 | 20 | you will do, for example, in your opening statements. |
| 08:30:17 | 21 | If you think of it that way, I would think you would |
| 08:30:21 | 22 | be able to come up with a simple statement that outlines the |
| 08:30:25 | 23 | nature of the case for those purposes. |
| 08:30:28 | 24 | So, we will get back to sort of when I am going to |
| 08:30:32 | 25 | have you submit that, but I will give you another shot at it. |

| | | |
|---|---|---|
| 08:30:36 | 1 | If not, the Court will undertake to rewrite it. |
| 08:30:42 | 2 | I always like to get the parties' input, and I ideally |
| 08:30:47 | 3 | like to sign off on what it is that I tell the jury.  That |
| 08:30:51 | 4 | would be my first choice. |
| 08:30:54 | 5 | As far as proposed voir dire questions, it looks like |
| 08:30:57 | 6 | the Government has submitted a number of questions in Docket |
| 08:31:03 | 7 | Entry 97. |
| 08:31:06 | 8 | Did the Defense submit any? |
| 08:31:09 | 9 | MS. MILITELLO:  We did not.  I am hoping to question |
| 08:31:11 | 10 | the jurors personally.  We did not have any additional |
| 08:31:15 | 11 | questions for the Court. |
| 08:31:17 | 12 | However, if I may, the Government did not submit their |
| 08:31:20 | 13 | questions to me for review prior to filing them with the Court. |
| 08:31:25 | 14 | I do have at least one legal objection.  There is not an |
| 08:31:27 | 15 | objection to 95 percent of their questions, but there is one |
| 08:31:32 | 16 | that I would like to file an objection to later. |
| 08:31:37 | 17 | THE COURT:  Sure.  Do you know offhand which one it |
| 08:31:38 | 18 | is? |
| 08:31:44 | 19 | MS. MILITELLO:  I don't know the number, but it is the |
| 08:31:45 | 20 | question regarding convicting based on words alone, because |
| 08:31:47 | 21 | post Elonis I would submit you have to have -- |
| 08:31:50 | 22 | MR. DISPOTO:  Your Honor, excuse me, I am having a |
| 08:31:51 | 23 | hard time hearing Ms. Militello.  I am having a hard time |
| 08:31:57 | 24 | hearing her.  It is almost as if she is not close to the mike. |
| 08:32:03 | 25 | MS. MILITELLO:  I have a cold. |

| | | |
|---|---|---|
| 08:32:05 | 1 | THE COURT:  She has a cold and she has her mask on. |
| 08:32:09 | 2 | MR. DISPOTO:  Okay.  I heard her say that she may have |
| 08:32:11 | 3 | some objections to the Government's proposed question.  I don't |
| 08:32:14 | 4 | know which number or which one. |
| 08:32:16 | 5 | THE COURT:  She said the one that relates to words |
| 08:32:19 | 6 | alone.  I will take a look at which one that is and -- |
| 08:32:28 | 7 | MR. DISPOTO:  I know which one she is referring to. |
| 08:32:39 | 8 | THE COURT:  So, what I will do is, I am going to take |
| 08:32:43 | 9 | a look at what the Government has set forth and I will -- when |
| 08:32:48 | 10 | you submit your new joint statement, I will allow the Defense |
| 08:32:53 | 11 | to submit an objection. |
| 08:32:54 | 12 | I can -- I haven't gone over these in great detail |
| 08:32:59 | 13 | yet.  I can see that many of them are questions that I |
| 08:33:05 | 14 | typically ask anyway. |
| 08:33:09 | 15 | I don't really get into overly detailed questions like |
| 08:33:17 | 16 | you have here, except if it is an unusual case and the Court |
| 08:33:22 | 17 | feels the need to do so. |
| 08:33:25 | 18 | So, I will spend a little more time looking at your |
| 08:33:28 | 19 | case specific questions to see if I think they are appropriate |
| 08:33:33 | 20 | for me to ask, and if I don't ask them, it doesn't mean, unless |
| 08:33:39 | 21 | I hear an objection from the Defense and it has merit, that one |
| 08:33:42 | 22 | side or the other can't ask them, and I will give you each 15 |
| 08:33:46 | 23 | minutes to ask questions. |
| 08:33:48 | 24 | It just means that the Court isn't going to undertake |
| 08:33:51 | 25 | questioning of those particular questions.  I usually try to |

08:33:56  1    incorporate one, two, or three questions if it is an unusual
08:34:02  2    case and we feel there is sort of a hot button issue, if you
08:34:07  3    will, and we want to determine early on through the Court's
08:34:11  4    questioning if there are certain jurors who, given the nature
08:34:16  5    of the case, have a certain reaction or a certain expressed
08:34:20  6    inability to be fair and impartial, and it kind of alerts us to
08:34:25  7    that right away.
08:34:30  8         I generally don't get into upwards of 10 or 11
08:34:33  9    detailed questions, so let me take a look and see whether there
08:34:37  10   are any that I feel should be gleaned from the proposed ones
08:34:42  11   that the Government has submitted to include in my set ones.
08:34:47  12        I will first wait to hear what Defense says in
08:34:50  13   objection.
08:34:52  14        Once I pull the final questions together, I will
08:34:54  15   provide you both with a copy so you see what I am going to ask.
08:34:59  16   Of course, depending on the answer, I do followup questions,
08:35:02  17   and if I feel there is something sensitive in what they are
08:35:06  18   going to say I will bring them in separate from all of the
08:35:09  19   other jurors so we don't expose what their views to everybody
08:35:16  20   else.
08:35:17  21        We may have to do that because of the nature of the
08:35:20  22   case, but if I don't incorporate them in my final set of
08:35:22  23   questions, that doesn't mean they can't be asked again, unless
08:35:27  24   they are objectionable to the other side and the objection the
08:35:29  25   Court finds has merit.

08:35:31  1          I will leave the voir dire questions alone for now.

08:35:36  2          Now, the last thing that I wanted to go over was

08:35:40  3  the -- the second to last thing, and then I will take any

08:35:45  4  questions that you have, are the jury instructions.

08:35:49  5          I require that a full set of jury instructions be

08:35:56  6  filed, that there be a full set of the pattern instructions,

08:35:59  7  and if there is anything else in addition to, or modification

08:36:03  8  of the jury instructions, that would be part of the whole

08:36:07  9  packet.

08:36:08  10          So, I guess when I referred to in my order setting

08:36:11  11  trial, and it had the deadline for jury instructions and

08:36:15  12  verdict form by no later than May 20th, it meant the entire

08:36:22  13  jury instructions and the verdict form.

08:36:26  14          So, I am going to ask that you submit a joint proposed

08:36:33  15  full set with the verdict form as well, so the Court has the

08:36:37  16  benefit of seeing the entire set of instructions.

08:36:40  17          For now, all I seem to have is 30.1, interstate

08:36:45  18  transmission of threat to kidnap or injure, 18 U.S.C. Section

08:36:49  19  875(c).  Is that correct?  Maybe there was one other.  No.

08:36:56  20          Is that the only one that the parties have submitted?

08:37:03  21          *MS. MILITELLO:*  The Defense submitted essentially our

08:37:04  22  specially requested jury instructions.  The Government sent the

08:37:10  23  standard just before the noon deadline on Friday, and I haven't

08:37:13  24  had a chance to thoroughly review them, but I am happy to do

08:37:17  25  that so the rest of them can be submitted to the Court.

```
08:37:21   1              We went ahead and filed our theory of defense publicly
08:37:25   2    since it is a legal issue.  That way the parties and the Court
08:37:29   3    would have more time to review it, and there is an additional
08:37:33   4    instruction related to political beliefs that I found given in
08:37:43   5    another threats case that I thought would be appropriate here.
08:37:43   6              THE COURT:  The consideration of political views?
08:37:44   7              MS. MILITELLO:  Yes.
08:37:45   8              THE COURT:  I am looking at 96-2.
08:37:47   9              You received the jury instructions at noon on Friday?
08:37:53  10              MS. MILITELLO:  Just a few minutes before noon on
08:37:55  11    Friday.  I didn't have an opportunity to review them prior to
08:37:59  12    the deadline.
08:38:01  13              THE COURT:  Mr. Dispoto, why did you provide them to
08:38:04  14    Ms. Militello at noon on Friday when they were due to be filed
08:38:07  15    at noon on Friday?
08:38:08  16              MR. DISPOTO:  Ms. Militello and I were speaking late
08:38:12  17    last week in preparation for meeting the Court's deadline for
08:38:16  18    noon.  She provided me a copy of her proposed substantive
08:38:20  19    charges as they relate to the count and the theory of defense.
08:38:24  20              I indicated to her that I was not in a position to
08:38:27  21    agree to that additional language, that I had a complete set
08:38:33  22    that I prepared of the model jury charges, which is what the
08:38:38  23    Government was going to propose, and I sent those model jury
08:38:42  24    charges to her on Friday morning.
08:38:46  25              I assumed -- I thought that she was just going to take
```

08:38:49  1   the two charges that we are not in agreement, plug them into

08:38:55  2   the model jury charges that I sent her, and file everything

08:38:59  3   with the Court.

08:39:01  4        I don't believe -- I would have to look back.  I don't

08:39:05  5   remember exactly what time it was that I sent it to her, but I

08:39:09  6   anticipated that she would have had enough time, based upon my

08:39:14  7   representations to her that what I sent her were the model jury

08:39:17  8   charges, for her to submit the entire packet to the Court.

08:39:23  9        MS. MILITELLO:  It is just a miscommunication.  That

08:39:25  10  was not conveyed to me.  I honestly never file the standard

08:39:30  11  jury instructions.  In every case the Government has done that.

08:39:34  12  So, I think that was a lack of communication.  Mr. Disposto did

08:39:40  13  email, I didn't know that I was responsible for doing that.  I

08:39:45  14  have never filed the standard instructions, in my experience

08:39:49  15  the Government does that.

08:39:50  16        THE COURT:  I would think the Government should do

08:39:52  17  that, and I would have hoped they would have been sent sooner

08:39:57  18  than May 20th, since my order went out on April 27th, and this

08:40:01  19  trial has been continued for months and months.

08:40:02  20        I don't want any last-minute stuff going on, which

08:40:05  21  this was last minute.

08:40:07  22        So, what I am going to say -- tell me just briefly

08:40:13  23  what I am looking at with respect to 30.3, is the bold -- is

08:40:19  24  that the Defense, the bold?

08:40:21  25        MS. MILITELLO:  Yes, everything in bold is a Defense

Pauline A. Stipes, Official Federal Reporter

08:40:27  1    requested instruction, including the footnotes.  The footnotes

08:40:30  2    are for the Court, not for the jury, but the Government objects

08:40:34  3    to all language outside of the standard instruction.

08:40:39  4            THE COURT:  Everything you put in bold is the Defense,

08:40:41  5    you have explained it in your footnotes.  They are a variation

08:40:45  6    from the standard pattern, which is 30.3, and in addition --

08:40:49  7    that takes us through page five of six.  And in addition -- I

08:40:59  8    am sorry, through page three of six.

08:41:01  9            In addition, you have pages four and five of six which

08:41:06  10   are your theory of defense instruction, and the Government has

08:41:12  11   seen that and objects to that?

08:41:14  12           MR. DISPOTO:  Correct.

08:41:18  13           THE COURT:  Are you objecting to any theory of defense

08:41:21  14   instruction or this one as written?

08:41:25  15           MR. DISPOTO:  No, the one as written.

08:41:35  16           THE COURT:  Did you explain to Ms. Militello why you

08:41:36  17   object to it?  Did you have a conversation with her about why

08:41:39  18   you object?

08:41:41  19           MR. DISPOTO:  No, Judge, we didn't have a specific

08:41:43  20   conversation about why I objected to all the additional

08:41:46  21   language.

08:41:47  22           THE COURT:  You will need to so she understands it.

08:41:48  23   If she is going to consider making any modification, she needs

08:41:52  24   to know why you object.  And similarly, the consideration of

08:41:55  25   political views, that is a proposal by the Defense to which the

| | |
|---|---|
| 08:42:04 | 1 |
| 08:42:06 | 2 |
| 08:42:10 | 3 |
| 08:42:11 | 4 |

```
08:42:04    1    Government disagrees?
08:42:06    2            MR. DISPOTO:  Correct.
08:42:10    3            THE COURT:  Anything else on your mind before I tell
08:42:11    4    you when the next deadline is?  There was one more thing.
08:42:14    5            What do you think about how many jurors we should pull
08:42:16    6    up in light of the nature of the case?  I don't know if you
08:42:19    7    have had similar cases go to trial or if you have spoken to
08:42:23    8    colleagues.
08:42:24    9            In a typical criminal matter, Melanie, we would have
08:42:28   10    what, 18?
08:42:31   11            THE COURTROOM DEPUTY:  35.
08:42:32   12            THE COURT:  35.  Do you think we should bring up more
08:42:35   13    in your professional experiences?
08:42:39   14            By the way, before I forget, we need a verdict form,
08:42:43   15    too.  Roll that into the things that I will set a deadline for
08:42:47   16    all of these outstanding issues to get in.
08:42:52   17            Neither of you are in trial this week, right?
08:42:55   18            MS. MILITELLO:  I am not.
08:42:56   19            MR. DISPOTO:  Correct.  Your Honor, we would
08:42:59   20    recommend -- or ask the Court to have more than the typical 35.
08:43:02   21    I would propose something closer to 50 prospective jurors.
08:43:12   22            THE COURT:  What does the Defense think?  What do you
08:43:18   23    think, Ms. Militello?
08:43:20   24            MS. MILITELLO:  It is always hard to say.  In my
08:43:24   25    experience, though, this case is not -- in my preparation, it
```

08:43:31  1    is not inflammatory.  I explain to people when I talk about the

08:43:34  2    case that my client was not present for January 6th, and I do

08:43:39  3    not have issues with people -- maybe the Government and I could

08:43:45  4    agree that the Court could inform the jury of that fact.

08:43:49  5         THE COURT:  Actually, that is a good point.  Could you

08:43:51  6    hold that thought and maybe when you file your objection to

08:43:57  7    the -- whatever question you are objecting to, you could

08:44:07  8    discuss with counsel what it is that you think the Court might

08:44:10  9    want to include as part -- it could either be as part of the

08:44:14  10   statement of the case, or it could be as part of its general

08:44:19  11   commentary comments, if we think that it will take out some of

08:44:22  12   the potential inflammatory nature of the case.  If you can come

08:44:27  13   to an agreement on some language, I think that could be

08:44:31  14   helpful.

08:44:32  15        MS. MILITELLO:  Yes, I will definitely try with Mr.

08:44:37  16   Dispoto.  With that caveat, I don't think the case is

08:44:42  17   that controversial.  Maybe 40 jurors would be sufficient.  It

08:44:46  18   is just hard to say.

08:44:47  19        I am involved in a January 6th case, and I have been

08:44:49  20   watching the January 6th voir dires and they have been very

08:44:52  21   difficult.  People have strong feelings about January 6th.  If

08:44:56  22   we are able to instruct the jury -- this is a hypothetical,

08:45:01  23   although January 6th is mentioned, Ms. Kaye was not involved in

08:45:05  24   any way or was not present, we may be able to reach a

08:45:09  25   resolution of that point which the Court will be provided.

08:45:13  1          If we could give the jury that language so they know

08:45:17  2     this case is not about what happened on January 6th, it is

08:45:21  3     about a social media post weeks later, then it shouldn't be too

08:45:25  4     hard to get a jury.

08:45:26  5          THE COURT:  Mr. Dispoto, are you in agreement that

08:45:28  6     maybe language along those lines might be helpful, given Ms.

08:45:33  7     Militello's experience watching other January 6th type cases?

08:45:40  8          MR. DISPOTO:  Yes, Judge, we have no objection to that

08:45:42  9     as an approach.  We just have to craft the right language.

08:45:46  10         THE COURT:  Melanie, I think we are looking at, to be

08:45:47  11    on the safe side, 40, 45, a little shy of 50, but more than 35.

08:45:54  12    I would rather have too many and have it take a little longer

08:45:57  13    than go through all of it and -- there is nothing more

08:45:57  14    deflating -- well, there are things more deflating, but it can

08:46:00  15    be deflating to go through all the effort to try to pick a jury

08:46:05  16    and be one or two shy and have to go through all of it again.

08:46:10  17         We will try to use our best judgment with your input.

08:46:13  18    We appreciate it.

08:46:15  19         So, now I need to set the next deadline for you to do

08:46:20  20    the following:  An agreed upon statement of the case, and if

08:46:25  21    you really, really can't reach an agreement and you are stuck,

08:46:33  22    then, whatever revised, or if it is the same statement of the

08:46:36  23    case, I will want the same one submitted again or a revised

08:46:41  24    one, but my first choice would be a joint agreed upon one.

08:46:45  25         That is number one.  Even if it is the same one, I

| | | |
|---|---|---|
| 08:46:49 | 1 | want that back so the record is clean about what I am working |
| 08:46:52 | 2 | with. |
| 08:46:52 | 3 | I want a full set of jury instructions, the full set |
| 08:46:56 | 4 | from beginning to end.  I don't need those preliminary |
| 08:47:01 | 5 | instructions.  We can pull the preliminary instructions for the |
| 08:47:06 | 6 | Court -- for the jury. |
| 08:47:10 | 7 | I am talking about a full set of instructions that |
| 08:47:13 | 8 | would be read to the jury at the very end of the case, and that |
| 08:47:17 | 9 | would go back with them, and I would like you to meet and |
| 08:47:21 | 10 | confer again on 30.1, as well as the theory of the case for the |
| 08:47:28 | 11 | Defense, as well as Defense's proposed consideration of |
| 08:47:32 | 12 | political views, and I want the Government to explain to |
| 08:47:38 | 13 | Defense what it is that is problematic so maybe it can be |
| 08:47:41 | 14 | reworked, and if it can't, it can't. |
| 08:47:46 | 15 | I am imaging this will be the only unagreed upon |
| 08:47:51 | 16 | because I am assuming everything else is agreed upon. |
| 08:47:55 | 17 | I have a lot of footnotes, so I am assuming, in |
| 08:47:59 | 18 | essence, this is the Defendant's argument about why she wants |
| 08:48:02 | 19 | all of these changes, so I will need to see in this submission |
| 08:48:06 | 20 | similarly what the Government's position is.  I need to |
| 08:48:10 | 21 | understand both positions.  I want to understand why is the |
| 08:48:14 | 22 | Government objecting, where is the Government objecting, what |
| 08:48:17 | 23 | law is the Government relying upon, in a fashion that is |
| 08:48:21 | 24 | readily discernable by the Court, just like Defense has done, |
| 08:48:27 | 25 | so, by way of the footnotes. |

|          |    |                                                             |
|----------|----|-------------------------------------------------------------|
| 08:48:30 | 1  | Obviously, if there is still disagreement, then we |
| 08:48:33 | 2  | will have to work that out either before trial or during trial, |
| 08:48:38 | 3  | but ideally before trial, unless you think it is going to be |
| 08:48:42 | 4  | dependent on what happens at trial, which, you know, it may |
| 08:48:46 | 5  | very well be, but I want to understand all of the legal |
| 08:48:50 | 6  | objections.  Is it a legal objection from the Government, is it |
| 08:48:54 | 7  | based on the facts, is it the way it is written, so I can start |
| 08:49:00 | 8  | wrapping my head around this fundamental disagreement that, at |
| 08:49:02 | 9  | least at this juncture, you have. |
| 08:49:04 | 10 | So I will want that as well, and then the verdict |
| 08:49:12 | 11 | form, and lastly, the Defense will tell me which of the |
| 08:49:14 | 12 | proposed voir dire questions she objects to.  She will also -- |
| 08:49:19 | 13 | you jointly will include some language that you think the Court |
| 08:49:23 | 14 | might read, whether it is as part of the statement of the case |
| 08:49:26 | 15 | or just its preliminary comments, so we can kind of dial down |
| 08:49:30 | 16 | the potential inflammatory nature of the case. |
| 08:49:35 | 17 | Maybe when you are meeting and conferring, you can -- |
| 08:49:41 | 18 | what we will do is, we will go ahead -- after the calendar call |
| 08:49:44 | 19 | this morning, we will go ahead and email to you the standard |
| 08:49:48 | 20 | questions the Court asks, so you will see a lot of what the |
| 08:49:52 | 21 | Government has proposed can probably be eliminated. |
| 08:49:58 | 22 | I just really want to know what are those one, two, or |
| 08:50:01 | 23 | three central questions that you think would be better coming |
| 08:50:05 | 24 | from the Court, recognizing that I am giving you each 15 |
| 08:50:09 | 25 | minutes so you can get into substantive areas that you want to. |

08:50:13  1   You can't try the case in your voir dire, but you can get into

08:50:18  2   more substantive areas than the Court is getting into.

08:50:22  3        So, maybe you can pare this down when you see the

08:50:25  4   Court's general questions, and you can focus in on those one or

08:50:30  5   two or three agreed upon questions that you think the Court

08:50:35  6   should ask right from the get-go, and that will give us a good

08:50:40  7   understanding of who we are dealing with in our venire,

08:50:43  8   understanding that you have the 15 minutes.

08:50:46  9        So in that vein, I might ask that you resubmit your

08:50:49  10  proposed voir dire questions so it is a more focused set of

08:50:54  11  questions that the Court can really hone in on.

08:50:57  12       So, I am amenable to having that done either by

08:51:01  13  Wednesday or Friday of this week.

08:51:03  14       Ms. Militello sounds very sick, and I don't know how

08:51:07  15  much work you all have on your plate, but what I don't want to

08:51:14  16  do is have it back ended, so if I give you until the 27th, you

08:51:19  17  wait until the 26th to do it.

08:51:21  18       Would you prefer to get it done and get it to me by

08:51:25  19  the 25th, or would you like the duration of the week to work on

08:51:28  20  it together to really get the Court what it would like?

08:51:33  21       MR. DISPOTO:  I think the duration of the week would

08:51:35  22  probably be the best approach.

08:51:37  23       MS. MILITELLO:  I was going to suggest maybe Thursday,

08:51:40  24  but Friday is fine.  I don't think I will be doing a lot of

08:51:44  25  work this afternoon, and I am out next week.

| | | |
|---|---|---|
| 08:51:47 | 1 | THE COURT:  So, why don't we get it by Friday at nine |
| 08:51:52 | 2 | o'clock.  Friday at nine o'clock, submitting all of the things, |
| 08:51:57 | 3 | and I will put all of it in an order. |
| 08:52:00 | 4 | I really would urge you, except for today when Ms. |
| 08:52:04 | 5 | Militello may need to take a break because she is not well, |
| 08:52:07 | 6 | that there is just good communication. |
| 08:52:10 | 7 | I don't have a problem with you disagreeing at all and |
| 08:52:14 | 8 | I can make the call, but I want to make sure you have exhausted |
| 08:52:19 | 9 | the meet and confer so I get the best of what your thinking is |
| 08:52:20 | 10 | since it is your case, and I like to give as much deference as |
| 08:52:26 | 11 | possible, but not when there hasn't been adequate meeting and |
| 08:52:26 | 12 | conferring so that you don't even understand each other's |
| 08:52:28 | 13 | positions, let alone the Court not being in a position to do |
| 08:52:35 | 14 | so. |
| 08:52:36 | 15 | Please, after Ms. Militello is better, continue the |
| 08:52:43 | 16 | conversation over the week so that we can have a meaningful |
| 08:52:44 | 17 | submission from you on the 27th.  That's what we'll work with |
| 08:52:45 | 18 | to try to clean up jury instructions, clean up the statement of |
| 08:52:47 | 19 | the case, clean up voir dire questions, and really get this |
| 08:52:50 | 20 | case in tip-top order for trial the last week of June. |
| 08:52:58 | 21 | What is your best estimate of how long the trial will |
| 08:53:01 | 22 | last? |
| 08:53:02 | 23 | MR. DISPOTO:  Judge, I would estimate two to three |
| 08:53:05 | 24 | days. |
| 08:53:06 | 25 | THE COURT:  If you figure jury selection takes us |

| | | |
|---|---|---|
| 08:53:08 | 1 | through, you know, lunch hour or late lunch hour, and you are |
| 08:53:13 | 2 | ready to maybe do opening on Monday -- how many witnesses is |
| 08:53:18 | 3 | the Government anticipating? |
| 08:53:23 | 4 | MR. DISPOTO:  Probably two, absolutely no more than |
| 08:53:25 | 5 | three. |
| 08:53:26 | 6 | THE COURT:  Long witnesses or medium? |
| 08:53:30 | 7 | MR. DISPOTO:  No, no.  I would classify this as a |
| 08:53:35 | 8 | short case, the case is pretty much the videos and some |
| 08:53:37 | 9 | records.  There is not a lot to it. |
| 08:53:40 | 10 | THE COURT:  From Defense? |
| 08:53:43 | 11 | MS. MILITELLO:  We may have a couple of witnesses, but |
| 08:53:45 | 12 | I agree this is a short case.  The most difficult part of this |
| 08:53:49 | 13 | case, at least from my perspective, was crafting the jury |
| 08:53:54 | 14 | instructions in terms of what your Honor instructs the jury, |
| 08:53:59 | 15 | which is essential. |
| 08:54:02 | 16 | THE COURT:  How are you on exhibits?  Do you both know |
| 08:54:03 | 17 | exactly what exhibits you are introducing?  Have you exchanged |
| 08:54:08 | 18 | them?  Have you premarked them?  You will come in that morning |
| 08:54:11 | 19 | with the flash drive for the exhibits, you will come with the |
| 08:54:15 | 20 | AO exhibit form with all of the exhibits on them that morning, |
| 08:54:20 | 21 | so I can use that as the mechanism to keep track. |
| 08:54:25 | 22 | Is it the case that there is full disclosure on both |
| 08:54:29 | 23 | sides and there should be no surprises, no unexpected |
| 08:54:33 | 24 | objections, and things of that nature to certain exhibits? |
| 08:54:40 | 25 | MR. DISPOTO:  That is correct, Judge.  What I |

| | | |
|---|---|---|
| 08:54:45 | 1 | typically do in advance of trial, I certainly will provide |
| 08:54:47 | 2 | Defense with the Government's exhibit list, which will be |
| 08:54:49 | 3 | finalized, obviously, before we begin, and I will have that |
| 08:54:53 | 4 | flash drive with the exhibits on it for court. |
| 08:54:57 | 5 | So, I do not anticipate there being any surprises from |
| 08:55:01 | 6 | our perspective. |
| 08:55:04 | 7 | THE COURT:  Two flash drives, one for the Court, and |
| 08:55:08 | 8 | one for the Court Reporter.  Two flash drives. |
| 08:55:12 | 9 | MS. MILITELLO:  The Government does have a copy of all |
| 08:55:14 | 10 | of our exhibits, they are videos your Honor previously ruled |
| 08:55:20 | 11 | upon in the Motions in Limine, and last week I provided two |
| 08:55:24 | 12 | photographs that we may introduce.  The Government has given us |
| 08:55:28 | 13 | all the discovery. |
| 08:55:30 | 14 | I haven't seen a final copy of the business records, |
| 08:55:33 | 15 | and I know they wrote to the Court and I trust that they will |
| 08:55:36 | 16 | redact the hearsay, additional Crawford issues within those |
| 08:55:41 | 17 | records.  I am hoping to have the redacted version of that |
| 08:55:46 | 18 | exhibit in time to review it prior to trial.  I don't |
| 08:55:48 | 19 | anticipate any new exhibits or evidence. |
| 08:55:51 | 20 | THE COURT:  When would you have the redacted version |
| 08:55:53 | 21 | of those documents to Defense so she has ample time to review |
| 08:55:58 | 22 | them? |
| 08:55:59 | 23 | MR. DISPOTO:  I could work on it this week.  I will |
| 08:56:03 | 24 | provide them whenever the Court wants me to provide them. |
| 08:56:07 | 25 | Typically, I provide them well in advance of trial, I don't |

| | | |
|---|---|---|
| 08:56:12 | 1 | know about a month before trial, but I could do that in this |
| 08:56:14 | 2 | case. |
| 08:56:15 | 3 | THE COURT:  It has been set for so long, I feel like |
| 08:56:19 | 4 | there is no reason to hold off anymore.  How about the same |
| 08:56:24 | 5 | thing, by Friday at 9:00? |
| 08:56:25 | 6 | MR. DISPOTO:  Sure. |
| 08:56:26 | 7 | THE COURT:  I understand it is still a month before |
| 08:56:28 | 8 | trial, but I kind of view this differently.  We were ready to |
| 08:56:31 | 9 | go to trial in April, and then again in February, but certainly |
| 08:56:36 | 10 | we were ready in April.  I think there has been plenty of time. |
| 08:56:41 | 11 | Why don't we say this Friday by 9:00, which is the same time |
| 08:56:45 | 12 | that you are submitting all of these other things to the Court. |
| 08:56:49 | 13 | I know the Court still has one or two Motions in |
| 08:56:53 | 14 | Limine, so the Court will get those orders out.  Otherwise, I |
| 08:56:57 | 15 | think the Court has made all of its rulings and I don't know |
| 08:56:59 | 16 | that you should be waiting on anything else from the Court. |
| 08:57:00 | 17 | Were there any questions or anything else that you |
| 08:57:02 | 18 | needed from the Court? |
| 08:57:05 | 19 | MR. DISPOTO:  Are you asking me, Judge? |
| 08:57:09 | 20 | THE COURT:  Both sides. |
| 08:57:11 | 21 | MR. DISPOTO:  Nothing from the Government. |
| 08:57:14 | 22 | MS. MILITELLO:  Nothing from the Defense.  I think the |
| 08:57:16 | 23 | Motion in Limine that is pending, we, in our response, agree |
| 08:57:19 | 24 | that with the redactions we don't anticipate an objection, so I |
| 08:57:23 | 25 | think that will be agreed to. |

| | | |
|---|---|---|
| 08:57:25 | 1 | THE COURT: For one of the Motions in Limine? There |
| 08:57:31 | 2 | is just one? |
| 08:57:32 | 3 | MS. MILITELLO: There is one, and prior to the last |
| 08:57:36 | 4 | calendar call -- I apologize, it may have been -- |
| 08:57:44 | 5 | THE COURT: Defendant filed one to exclude a |
| 08:57:47 | 6 | Government witness. |
| 08:57:49 | 7 | MS. MILITELLO: Maybe in the Defense Motion in |
| 08:57:51 | 8 | Limine as it related to the individual who gave the tip to the |
| 08:57:54 | 9 | FBI, we don't believe his view of what he saw is relevant. I |
| 08:57:58 | 10 | don't know if the Government still intends to call this person |
| 08:58:01 | 11 | or not. |
| 08:58:02 | 12 | THE COURT: Does the Government intend to call him? |
| 08:58:05 | 13 | It bears on whether we need to rule on that motion or not. |
| 08:58:13 | 14 | MR. DISPOTO: Originally, the Government did intend to |
| 08:58:13 | 15 | call that witness, but he developed an irreconcilable conflict |
| 08:58:17 | 16 | for our scheduled trial date. At this point, I am not |
| 08:58:20 | 17 | intending on calling him as a witness. If that changes, I will |
| 08:58:24 | 18 | let the Court and Defense counsel know. I assure the Court and |
| 08:58:26 | 19 | Defense counsel I will not notify the Court the day before |
| 08:58:28 | 20 | trial, or anything close to it, of a change in circumstances in |
| 08:58:31 | 21 | that regard. As of right now, no, we do not intend to call |
| 08:58:37 | 22 | that witness. |
| 08:58:38 | 23 | THE COURT: Can you file something by Friday on that |
| 08:58:41 | 24 | issue, and then -- |
| 08:58:44 | 25 | MR. DISPOTO: Yes. |

Pauline A. Stipes, Official Federal Reporter

| | | |
|---|---|---|
| 08:58:44 | 1 | THE COURT:  That would relate to -- so, the Defense is |
| 08:58:52 | 2 | filing that -- if the Government is filing that notice and will |
| 08:58:57 | 3 | be communicating with you, Ms. Militello, would you then file a |
| 08:59:03 | 4 | notice that you are withdrawing that motion? |
| 08:59:06 | 5 | MS. MILITELLO:  Yes, if they file something that they |
| 08:59:06 | 6 | won't be calling him.  There were paper records, and maybe we |
| 08:59:09 | 7 | can have that on the record again so I am clear, but I think |
| 08:59:12 | 8 | the Government agreed they were not going to introduce the |
| 08:59:17 | 9 | paper documents of the tip.  If I am recalling correctly from |
| 08:59:21 | 10 | the last calendar call, they agreed that that would open |
| 08:59:25 | 11 | hearsay and Crawford issues. |
| 08:59:27 | 12 | I think I have an email with that representation, but |
| 08:59:29 | 13 | I just want to confirm, because if that is the case, then, yes, |
| 08:59:33 | 14 | I can move to withdraw the previous motion. |
| 08:59:35 | 15 | THE COURT:  Does the Government agree with that? |
| 08:59:39 | 16 | MR. DISPOTO:  Could you repeat what she said?  I |
| 08:59:40 | 17 | didn't get all of it. |
| 08:59:42 | 18 | THE COURT:  Ms. Militello has an understanding that |
| 08:59:44 | 19 | she has an email confirming the fact that not only would you, |
| 08:59:48 | 20 | subject to your filing the notice that you are not going to |
| 08:59:51 | 21 | call this particular witness, that you are also not going to be |
| 08:59:55 | 22 | seeking to introduce the records consistent with this |
| 09:00:01 | 23 | Government witness. |
| 09:00:02 | 24 | MR. DISPOTO:  You mean the report, like a printout of |
| 09:00:06 | 25 | the report that was made?  Is that what she is referring to? |

| | | |
|---|---|---|
| 09:00:13 | 1 | MS. MILITELLO:  There was a tip report. |
| 09:00:16 | 2 | THE COURT:  A tip report. |
| 09:00:18 | 3 | MR. DISPOTO:  No, correct, we are not seeking to admit |
| 09:00:20 | 4 | the content of the report itself.  There may be testimony that |
| 09:00:28 | 5 | a report came in, but not the printout of the content of the |
| 09:00:29 | 6 | report. |
| 09:00:29 | 7 | THE COURT:  So, would you include that in your notice |
| 09:00:29 | 8 | as well.  That should address Ms. Militello's motion, and at |
| 09:00:32 | 9 | that point she -- I am hoping this can happen simultaneously on |
| 09:00:37 | 10 | Friday, so it is all resolved on Friday. |
| 09:00:39 | 11 | She will then file the notice of withdrawal of her |
| 09:00:43 | 12 | motion to exclude the Government witness, and similarly, the |
| 09:00:46 | 13 | Government has a Motion in Limine, but Ms. Militello was |
| 09:00:51 | 14 | saying, subject to the redactions that you are going to be |
| 09:00:54 | 15 | providing her by Friday, she no longer objects to -- what, to |
| 09:00:58 | 16 | the Motion in Limine? |
| 09:01:01 | 17 | MS. MILITELLO:  That's correct, with the redactions. |
| 09:01:02 | 18 | THE COURT:  With the redactions, so that could be put |
| 09:01:04 | 19 | in a notice on Friday.  This would save the Court needlessly |
| 09:01:09 | 20 | having to rule on motions that it sounds like it will not be |
| 09:01:12 | 21 | necessary because your actions have kind of negated the import |
| 09:01:18 | 22 | of the motions. |
| 09:01:19 | 23 | So, that would be helpful to have on Friday as well. |
| 09:01:22 | 24 | Again, I will put all of that in an order so this will all be a |
| 09:01:27 | 25 | clear summary of what we discussed today.  Okay. |

| | | |
|---|---|---|
| 09:01:32 | 1 | *MR. DISPOTO:*  Judge, I have one more quick matter. |
| 09:01:35 | 2 | One of the elements of the 875 charge is the |
| 09:01:38 | 3 | interstate commerce aspect of the transmission.  We are going |
| 09:01:43 | 4 | to be asking Defense if they are willing to stipulate that the |
| 09:01:48 | 5 | Facebook and Instagram servers are located outside the State of |
| 09:01:53 | 6 | Florida.  If they are not, we will have to call a witness, |
| 09:01:58 | 7 | which is not a problem.  If they are, then we will have a |
| 09:01:59 | 8 | written stipulation for the Court prior to trial. |
| 09:02:01 | 9 | Is that something that your Honor would want us to |
| 09:02:03 | 10 | file as well, or just have it as an exhibit on the morning of |
| 09:02:08 | 11 | trial? |
| 09:02:09 | 12 | *THE COURT:*  Do you know at this point, Ms. Militello, |
| 09:02:12 | 13 | whether you will be stipulating to that or whether the |
| 09:02:16 | 14 | Government needs to call a witness? |
| 09:02:18 | 15 | *MS. MILITELLO:*  We have not discussed that, but I |
| 09:02:22 | 16 | don't see it being an issue.  I think we can reach a |
| 09:02:24 | 17 | stipulation as to the interstate commerce element. |
| 09:02:25 | 18 | *THE COURT:*  All right.  Why don't you have that |
| 09:02:27 | 19 | submitted as well on Friday, the status of whether there is a |
| 09:02:30 | 20 | stipulation.  Why don't you go ahead and file that stipulation, |
| 09:02:34 | 21 | but, Mr. Dispoto, what I would ask is that you tell the Court |
| 09:02:38 | 22 | at trial when you want the Court to read the stipulation, and |
| 09:02:42 | 23 | then the Court will have the standard instruction on what a |
| 09:02:46 | 24 | stipulation is. |
| 09:02:48 | 25 | I go over it in my preliminary comments, but I will |

Pauline A. Stipes, Official Federal Reporter

| | | |
|---|---|---|
| 09:02:53 | 1 | read the particular pattern instruction at that time so the |
| 09:02:56 | 2 | jury understands what a stipulation is. |
| 09:02:58 | 3 | I will leave it up to you to make the request to the |
| 09:03:03 | 4 | Court when you want that read by the Court to the jury. |
| 09:03:07 | 5 | MR. DISPOTO:  Very well.  Thank you. |
| 09:03:08 | 6 | THE COURT:  All right.  If that is everything, then, |
| 09:03:11 | 7 | thank you.  I will get an order out today and look forward to |
| 09:03:14 | 8 | getting your submissions on Friday, and absent there being any |
| 09:03:19 | 9 | reason that I need to call you back in to go over anything, |
| 09:03:22 | 10 | we'll look forward to seeing you on Monday, the 27th. |
| 09:03:28 | 11 | I ask that you be here at 8:30, so we are just all |
| 09:03:31 | 12 | settled in and ready to go when the jury is pulled up for trial |
| 09:03:36 | 13 | on that day.  Okay? |
| 09:03:39 | 14 | MR. DISPOTO:  Thank you, Judge. |
| 09:03:40 | 15 | THE COURT:  Have a great day.  Feel better. |
| 09:03:45 | 16 | MS. MILITELLO:  Thank you. |
| 09:03:46 | 17 | (Thereupon, the hearing was concluded.) |
| 09:03:46 | 18 | * * * |
| 09:03:46 | 19 | I certify that the foregoing is a correct transcript |
| 09:03:46 | 20 | from the record of proceedings in the above matter. |
| 09:03:46 | 21 | |
| 09:03:46 | 22 | Date:  September 4, 2022 |
| 09:03:46 | 23 | /s/ Pauline A. Stipes, Official Federal Reporter |
| 09:03:46 | 24 | Signature of Court Reporter |
| | 25 | |

```
MR. DISPOTO: [30]
MS. MILITELLO: [25]   2/10
 2/16 4/6 6/8 6/18 6/24 9/20
 10/6 10/9 11/8 11/24 13/17
 13/23 14/14 18/22 20/10 21/8
 22/21 23/2 23/6 24/4 24/25
 25/16 26/14 27/15
THE COURT: [47]
THE COURTROOM DEPUTY: [1]
 13/10
```

## /

/s [1]   27/23

## 1

10 [1]   8/8
11 [1]   8/8
15 [3]   7/22 17/24 18/8
18 [2]   9/18 13/10

## 2

2021 [1]   3/16
2022 [2]   1/8 27/22
20th [2]   9/12 11/18
21-CR-80039 [1]   2/4
21-CR-80039-ROSENBERG [1]
 1/3
23 [1]   1/8
25th [1]   18/19
26th [1]   18/17
27th [6]   2/14 2/20 11/18
 18/16 19/17 27/10

## 3

30.1 [2]   9/17 16/10
30.3 [2]   11/23 12/6
31 [1]   3/16
33301 [1]   1/16
33401 [1]   1/20
35 [4]   13/11 13/12 13/20
 15/11

## 4

40 [2]   14/17 15/11
45 [1]   15/11
450 [1]   1/19

## 5

50 [2]   13/21 15/11
500 [2]   1/15 1/19
561-820-8711 [2]   1/17 1/23
561-833-6288 [1]   1/20

## 6

6288 [1]   1/20
6th [7]   14/2 14/19 14/20
 14/21 14/23 15/2 15/7

## 7

7th [1]   1/16

## 8

80039 [1]   2/4
8711 [2]   1/17 1/23
875 [2]   9/19 26/2
8:30 [1]   27/11

## 9

95 percent [1]   6/15
96-2 [1]   10/8
97 [1]   6/7
9:00 [2]   22/5 22/11

## A

ability [2]   3/23 3/24
able [6]   2/24 3/19 4/17 5/22
 14/22 14/24
about [17]   3/2 3/5 3/16 4/13
 5/15 12/17 12/20 13/5 14/1
 14/21 15/2 15/3 16/1 16/7
 16/18 22/1 22/4
above [1]   27/20
absent [1]   27/8
absolutely [1]   20/4
actions [1]   25/21
Actually [1]   14/5
addition [4]   9/7 12/6 12/7
 12/9
additional [5]   6/10 10/3
 10/21 12/20 21/16
address [1]   25/8
adequate [1]   19/11
admit [1]   25/3
advance [2]   21/1 21/25
after [2]   17/18 19/15
afternoon [1]   18/25
again [10]   3/2 4/9 5/9 8/23
 15/16 15/23 16/10 22/9 24/7
 25/24
again we [1]   4/9
against [1]   3/10
agents [1]   3/14
agree [5]   10/21 14/4 20/12
 22/23 24/15
agreed [10]   2/25 4/2 4/4
 15/20 15/24 16/16 18/5 22/25
 24/8 24/10
agreement [7]   4/9 4/17 4/19
 11/1 14/13 15/5 15/21
ahead [4]   10/1 17/18 17/19
 26/20
alerts [1]   8/6
all [30]
allegations [2]   5/7 5/8
allegedly [1]   3/15
allow [1]   7/10
almost [1]   6/24
alone [4]   6/20 7/6 9/1 19/13
along [2]   5/8 15/6
also [2]   17/12 24/21
although [1]   14/23
always [3]   4/18 6/2 13/24
am [32]
amenable [1]   18/12
Amendment [2]   3/12 4/10
AMERICA [1]   1/4
amounts [1]   3/21
ample [1]   21/21
another [4]   4/13 4/22 5/25
 10/5
answer [1]   8/16
anticipate [3]   21/5 21/19
 22/24
anticipated [1]   11/6
```

## B

```
anticipating [1]   20/3
any [12]   6/8 6/10 8/10 9/3
 11/20 12/13 12/23 14/24 21/5
 21/19 22/17 27/8
anymore [1]   22/4
anything [8]   3/5 5/10 9/7
 13/3 22/16 22/17 23/20 27/9
anyway [1]   7/14
AO [1]   20/20
apologize [1]   23/4
appearance [1]   2/7
APPEARANCES [1]   1/13
appearing [1]   2/10
appreciate [1]   15/18
approach [2]   15/9 18/22
approaches [1]   4/21
appropriate [2]   7/19 10/5
April [4]   2/20 11/18 22/9
 22/10
April 27th [1]   2/20
are [47]
areas [2]   17/25 18/2
argument [1]   16/18
argumentative [1]   5/9
around [1]   17/8
arrive [1]   2/24
as [31]
ask [14]   2/14 4/12 7/14 7/20
 7/20 7/22 7/23 8/15 9/14
 13/20 18/6 18/9 26/21 27/11
asked [1]   8/23
asking [3]   4/13 22/19 26/4
asks [1]   17/20
aspect [1]   26/3
assumed [1]   10/25
assuming [2]   16/16 16/17
assure [1]   23/18
Attorney's [1]   1/15
Australian [1]   1/19
Avenue [1]   1/19
away [1]   8/7

B
back [6]   5/24 11/4 16/1 16/9
 18/16 27/9
based [3]   6/20 11/6 17/7
basis [2]   5/3 5/4
be [56]
BEACH [4]   1/2 1/7 1/20 1/23
Beach/Ft [1]   1/23
bears [1]   23/13
because [7]   4/5 6/20 8/21
 16/16 19/5 24/13 25/21
been [10]   2/19 5/5 11/17
 11/19 14/19 14/20 19/11 22/3
 22/10 23/4
before [12]   1/11 5/14 9/23
 10/10 13/3 13/14 17/2 17/3
 21/3 22/1 22/7 23/19
begin [1]   21/3
beginning [1]   16/4
behalf [3]   2/10 2/12 4/7
being [4]   19/13 21/5 26/16
 27/8
beliefs [1]   10/4
believe [2]   11/4 23/9
benefit [1]   9/16
best [4]   15/17 18/22 19/9
```

29

**B**

**best... [1]**  19/21
**better [3]**  17/23 19/15 27/15
**beyond [1]**  3/8
**bold [4]**  11/23 11/24 11/25
  12/4
**both [5]**  8/15 16/21 20/16
  20/22 22/20
**Boulevard [1]**  1/15
**break [1]**  19/5
**briefly [2]**  4/8 11/22
**bring [2]**  8/18 13/12
**Broward [1]**  1/15
**business [1]**  21/14
**button [1]**  8/2

**C**

**calendar [4]**  1/10 17/18 23/4
  24/10
**call [13]**  1/10 17/18 19/8
  23/4 23/10 23/12 23/15 23/21
  24/10 24/21 26/6 26/14 27/9
**calling [2]**  23/17 24/6
**came [1]**  25/5
**can [31]**
**can't [6]**  7/22 8/23 15/21
  16/14 16/14 18/1
**case [48]**
**cases [5]**  4/3 4/25 4/25 13/7
  15/7
**caveat [1]**  14/16
**central [1]**  17/23
**certain [6]**  2/20 2/21 8/4
  8/5 8/5 20/24
**certainly [2]**  21/1 22/9
**certify [1]**  27/19
**chance [3]**  4/14 4/23 9/24
**change [1]**  23/20
**changes [2]**  16/19 23/17
**charge [4]**  5/2 5/3 5/13 26/2
**charged [1]**  3/14
**charges [6]**  10/19 10/22
  10/24 11/1 11/2 11/8
**choice [2]**  6/4 15/24
**circumstances [1]**  23/20
**classify [1]**  20/7
**clean [4]**  16/1 19/18 19/18
  19/19
**clear [2]**  24/7 25/25
**client [1]**  14/2
**close [2]**  6/24 23/20
**closer [1]**  13/21
**cold [2]**  6/25 7/1
**colleagues [1]**  13/8
**come [6]**  4/17 4/19 5/22
  14/12 20/18 20/19
**coming [1]**  17/23
**commentary [1]**  14/11
**comments [3]**  14/11 17/15
  26/25
**commerce [2]**  26/3 26/17
**communicating [1]**  24/3
**communication [2]**  11/12 19/6
**complete [2]**  2/22 10/21
**complex [1]**  4/2
**concerned [1]**  4/20
**concluded [1]**  27/17

**confer [5]**  3/1 4/16 4/19
  16/10 19/9
**conferred [1]**  4/6
**conferring [4]**  3/20 3/24
  17/17 19/12
**confirm [1]**  24/13
**confirming [1]**  24/19
**conflict [1]**  23/15
**consider [1]**  12/23
**consideration [3]**  10/6 12/24
  16/11
**consistent [1]**  24/22
**Constitution [1]**  3/12
**content [2]**  25/4 25/5
**continue [2]**  4/18 19/15
**continued [1]**  11/19
**controversial [1]**  14/17
**conversation [3]**  12/17 12/20
  19/16
**conveyed [1]**  11/10
**convicting [1]**  6/20
**copy [4]**  8/15 10/18 21/9
  21/14
**correct [8]**  9/19 12/12 13/2
  13/19 20/25 25/3 25/17 27/19
**correctly [1]**  24/9
**could [13]**  2/7 14/3 14/4
  14/5 14/7 14/9 14/10 14/13
  15/1 21/23 22/1 24/16 25/18
**counsel [6]**  2/1 2/6 2/7 14/8
  23/18 23/19
**count [1]**  10/19
**couple [1]**  20/11
**course [1]**  8/16
**court [56]**
**Court's [3]**  8/3 10/17 18/4
**COVID [1]**  2/6
**CR [2]**  1/3 2/4
**craft [1]**  15/9
**crafting [1]**  20/13
**Crawford [2]**  21/16 24/11
**created [1]**  3/16
**criminal [1]**  13/9

**D**

**date [2]**  23/16 27/22
**day [3]**  23/19 27/13 27/15
**days [1]**  19/24
**deadline [7]**  9/11 9/23 10/12
  10/17 13/4 13/15 15/19
**dealing [1]**  18/7
**Defendant [8]**  1/9 1/18 3/6
  3/13 3/16 5/6 5/7 23/5
**Defendant's [2]**  3/15 16/18
**Defenders [1]**  1/18
**defense [28]**
**Defense's [1]**  16/11
**defenses [1]**  4/10
**deference [1]**  19/10
**definitely [1]**  14/15
**deflating [3]**  15/14 15/14
  15/15
**denies [2]**  5/6 5/7
**dependent [1]**  17/4
**depending [1]**  8/16
**detail [2]**  5/19 7/12
**detailed [2]**  7/15 8/9
**determine [2]**  3/8 8/3

**developed [1]**  23/15
**dial [1]**  17/15
**did [12]**  3/23 4/8 4/16 6/8
  6/9 6/10 6/12 10/13 11/12
  12/16 12/17 23/14
**didn't [4]**  10/11 11/13 12/19
  24/17
**difference [1]**  4/21
**different [1]**  4/1
**differently [1]**  22/8
**difficult [2]**  14/21 20/12
**dire [6]**  6/5 9/1 17/12 18/1
  18/10 19/19
**dires [1]**  14/20
**disagree [1]**  4/5
**disagreeing [1]**  19/7
**disagreement [3]**  4/12 17/1
  17/8
**disagrees [1]**  13/1
**discernable [1]**  16/24
**disclosure [1]**  20/22
**discovery [1]**  21/13
**discuss [1]**  14/8
**discussed [2]**  25/25 26/15
**DISPOTO [8]**  1/14 2/9 4/15
  10/13 11/12 14/16 15/5 26/21
**DISTRICT [3]**  1/1 1/2 1/11
**DIVISION [1]**  1/2
**do [27]**  2/1 4/20 5/20 6/14
  6/17 7/8 7/17 8/16 8/21 9/24
  11/16 13/5 13/12 13/22 14/2
  15/19 17/18 18/16 18/17
  19/13 20/2 20/16 21/1 21/5
  22/1 23/21 26/12
**Docket [1]**  6/6
**documents [2]**  21/21 24/9
**does [5]**  11/15 13/22 21/9
  23/12 24/15
**doesn't [2]**  7/20 8/23
**doing [2]**  11/13 18/24
**don't [33]**
**done [4]**  11/11 16/24 18/12
  18/18
**doubt [1]**  3/9
**down [2]**  17/15 18/3
**drawing [1]**  3/21
**drive [2]**  20/19 21/4
**drives [2]**  21/7 21/8
**due [1]**  10/14
**duration [2]**  18/19 18/21
**during [1]**  17/2

**E**

**each [4]**  3/23 7/22 17/24
  19/12
**early [2]**  3/3 8/3
**ease [1]**  2/6
**effort [1]**  15/15
**either [3]**  14/9 17/2 18/12
**element [1]**  26/17
**elements [1]**  26/2
**eliminated [1]**  17/21
**ELLEN [2]**  1/7 3/14
**Elonis [1]**  6/21
**else [6]**  8/20 9/7 13/3 16/16
  22/16 22/17
**email [4]**  11/13 17/19 24/12
  24/19

**E**

**end [2]**   16/4 16/8
**ended [1]**   18/16
**enough [1]**   11/6
**entered [1]**   2/19
**entire [3]**   9/12 9/16 11/8
**Entry [1]**   6/7
**ESQ [1]**   1/18
**essence [1]**   16/18
**essential [1]**   20/15
**essentially [1]**   9/21
**estimate [2]**   19/21 19/23
**even [4]**   4/2 5/10 15/25
  19/12
**every [1]**   11/11
**everybody [1]**   8/19
**everything [5]**   11/2 11/25
  12/4 16/16 27/6
**evidence [3]**   3/5 5/11 21/19
**exactly [2]**   11/5 20/17
**example [1]**   5/20
**except [2]**   7/16 19/4
**exchanged [2]**   4/17 20/17
**exclude [2]**   23/5 25/12
**excuse [1]**   6/22
**exhausted [1]**   19/8
**exhaustive [1]**   3/21
**exhibit [4]**   20/20 21/2 21/18
  26/10
**exhibits [8]**   20/16 20/17
  20/19 20/20 20/24 21/4 21/10
  21/19
**experience [3]**   11/14 13/25
  15/7
**experiences [1]**   13/13
**explain [3]**   12/16 14/1 16/12
**explained [1]**   12/5
**expose [1]**   8/19
**expressed [1]**   8/5

**F**

**Facebook [1]**   26/5
**fact [2]**   14/4 24/19
**facts [1]**   17/7
**factual [2]**   5/3 5/4
**fair [2]**   5/16 8/6
**far [1]**   6/5
**fashion [1]**   16/23
**FBI [3]**   3/10 3/14 23/9
**February [1]**   22/9
**Federal [3]**   1/18 3/10 27/23
**feel [5]**   8/2 8/10 8/17 22/3
  27/15
**feelings [1]**   14/21
**feels [1]**   7/17
**few [2]**   5/5 10/10
**figure [1]**   19/25
**file [10]**   6/16 11/2 11/10
  14/6 23/23 24/3 24/5 25/11
  26/10 26/20
**filed [5]**   9/6 10/1 10/14
  11/14 23/5
**filing [4]**   6/13 24/2 24/2
  24/20
**final [3]**   8/14 8/22 21/14
**finalized [1]**   21/3
**find [1]**   3/4

**finds [1]**   8/25
**fine [1]**   18/24
**first [7]**   2/7 2/14 3/11 4/10
  6/4 8/12 15/24
**five [2]**   12/7 12/9
**FL [4]**   1/7 1/16 1/20 1/23
**flash [4]**   20/19 21/4 21/7
  21/8
**Floor [1]**   1/16
**FLORIDA [2]**   1/2 26/6
**focus [1]**   18/4
**focused [1]**   18/10
**following [1]**   15/20
**followup [1]**   8/16
**footnotes [5]**   12/1 12/1 12/5
  16/17 16/25
**foregoing [1]**   27/19
**forget [1]**   13/14
**form [8]**   2/21 2/22 9/12 9/13
  9/15 13/14 17/11 20/20
**Fort [1]**   1/16
**forth [2]**   5/2 7/9
**forward [2]**   27/7 27/10
**found [1]**   10/4
**four [1]**   12/9
**frame [1]**   5/11
**Friday [21]**   4/8 9/23 10/9
  10/11 10/14 10/15 10/24
  18/13 18/24 19/1 19/2 22/5
  22/11 23/23 25/10 25/10
  25/15 25/19 25/23 26/19 27/8
**front [2]**   4/25 5/6
**Ft [1]**   1/23
**full [7]**   9/5 9/6 9/15 16/3
  16/3 16/7 20/22
**fundamental [3]**   4/21 5/15
  17/8
**fundamentally [1]**   4/5

**G**

**gave [1]**   23/8
**general [2]**   14/10 18/4
**generally [1]**   8/8
**get [19]**   4/2 5/24 6/2 7/15
  8/8 13/16 15/4 17/25 18/1
  18/6 18/18 18/18 18/20 19/1
  19/9 19/19 22/14 24/17 27/7
**get-go [1]**   18/6
**getting [2]**   18/2 27/8
**give [8]**   4/13 4/22 5/25 7/22
  15/1 18/6 18/16 19/10
**given [4]**   8/4 10/4 15/6
  21/12
**giving [1]**   17/24
**gleaned [1]**   8/10
**go [14]**   9/2 13/7 15/13 15/15
  15/16 16/9 17/18 17/19 18/6
  22/9 26/20 26/25 27/9 27/12
**going [19]**   3/1 5/24 7/8 7/24
  8/15 8/18 9/14 10/23 10/25
  11/20 11/22 12/23 17/3 18/23
  24/8 24/20 24/21 25/14 26/3
**gone [1]**   7/12
**good [7]**   2/2 2/9 2/11 2/13
  14/5 18/6 19/6
**Government [38]**
**Government's [4]**   4/9 7/3
  16/20 21/2

**great [2]**   7/12 27/15
**guess [2]**   5/3 9/10
**guilty [2]**   3/17 3/18

**H**

**had [8]**   2/20 4/25 5/5 9/11
  9/24 10/21 11/6 13/7
**half [1]**   4/1
**happen [1]**   25/9
**happened [1]**   15/2
**happens [1]**   17/4
**happy [3]**   4/19 4/22 9/24
**hard [5]**   6/23 6/23 13/24
  14/18 15/4
**has [26]**   3/6 3/13 3/17 5/5
  6/6 7/1 7/1 7/9 7/21 8/11
  8/25 9/15 11/11 11/19 12/10
  16/24 17/21 21/12 21/21 22/3
  22/10 22/13 22/15 24/18
  24/19 25/13
**hasn't [1]**   19/11
**have [78]**
**haven't [3]**   7/12 9/23 21/14
**having [5]**   4/4 6/22 6/23
  18/12 25/20
**he [2]**   23/9 23/15
**head [1]**   17/8
**hear [2]**   7/21 8/12
**heard [1]**   7/2
**hearing [4]**   1/10 6/23 6/24
  27/17
**hearsay [2]**   21/16 24/11
**helpful [3]**   14/14 15/6 25/23
**her [16]**   3/6 3/11 6/24 7/1
  7/2 10/18 10/20 10/24 11/2
  11/5 11/7 11/7 11/8 12/17
  25/11 25/15
**here [5]**   2/2 5/13 7/16 10/5
  27/11
**him [3]**   23/12 23/17 24/6
**his [1]**   23/9
**hold [2]**   14/6 22/4
**HON [1]**   1/22
**hone [1]**   18/11
**honestly [1]**   11/10
**Honor [9]**   2/9 2/11 2/16 4/16
  6/22 13/19 20/14 21/10 26/9
**HONORABLE [1]**   1/11
**hoped [1]**   11/17
**hoping [3]**   6/9 21/17 25/9
**hot [1]**   8/2
**hour [2]**   20/1 20/1
**how [7]**   3/20 13/5 18/14
  19/21 20/2 20/16 22/4
**However [1]**   6/12
**hypothetical [1]**   14/22

**I**

**ideally [2]**   6/2 17/3
**imaging [1]**   16/15
**impartial [2]**   5/16 8/6
**import [1]**   25/21
**inability [1]**   8/6
**include [4]**   8/11 14/9 17/13
  25/7
**include as [1]**   14/9
**included [1]**   5/4
**including [1]**   12/1

**I**

incorporate [2]   8/1 8/22
indicated [1]   10/20
individual [1]   23/8
inflammatory [3]   14/1 14/12
 17/16
inform [1]   14/4
injure [1]   9/18
innocent [1]   3/17
input [2]   6/2 15/17
Instagram [1]   26/5
instruct [1]   14/22
instruction [7]   10/4 12/1
 12/3 12/10 12/14 26/23 27/1
instructions [17]   9/4 9/5
 9/6 9/8 9/11 9/13 9/16 9/22
 10/9 11/11 11/14 16/3 16/5
 16/5 16/7 17/19 18/4 20/14
instructs [1]   20/14
intend [3]   23/12 23/14 23/21
intend to [1]   23/12
intended [3]   5/9 5/10 5/18
intending [1]   23/17
intends [1]   23/10
interstate [3]   9/17 26/3
 26/17
introduce [3]   21/12 24/8
 24/22
introducing [2]   3/3 20/17
involved [2]   14/19 14/23
irreconcilable [1]   23/15
is [120]
isn't [1]   7/24
issue [5]   4/19 8/2 10/2
 23/24 26/16
issues [4]   13/16 14/3 21/16
 24/11
it [92]
its [5]   3/3 3/6 14/10 17/15
 22/15
itself [1]   25/4

**J**

January [8]   3/16 14/2 14/19
 14/20 14/21 14/23 15/2 15/7
January 31 [1]   3/16
January 6th [6]   14/2 14/19
 14/20 14/23 15/2 15/7
joint [4]   2/23 7/10 9/14
 15/24
jointly [1]   17/13
JUDGE [8]   1/11 12/19 15/8
 19/23 20/25 22/19 26/1 27/14
judges [1]   5/1
judgment [1]   15/17
juncture [1]   17/9
June [2]   2/14 19/20
June 27th [1]   2/14
jurors [8]   3/4 5/12 6/10 8/4
 8/19 13/5 13/21 14/17
jury [30]
just [18]   2/23 3/2 7/24 9/23
 10/10 10/25 11/9 11/22 14/18
 15/9 16/24 17/15 17/22 19/6
 23/2 24/13 26/10 27/11

**K**

KAYE [5]   1/7 2/3 2/12 3/14

14/23
Kaye's [1]   3/9
keep [1]   20/21
kidnap [1]   9/18
kind [6]   5/11 5/19 8/6 17/15
 22/8 25/21
know [26]   3/4 3/20 5/6 5/12
 5/14 5/19 6/17 6/19 7/4 7/7
 11/13 12/24 13/6 15/1 17/4
 17/22 18/14 20/1 20/16 21/15
 22/1 22/13 22/15 23/10 23/18
 26/12
KRISTY [2]   1/18 2/11

**L**

lack [1]   11/12
language [8]   10/21 12/3
 12/21 14/13 15/1 15/6 15/9
 17/13
last [13]   2/18 2/19 4/16 9/2
 9/3 10/17 11/20 11/21 19/20
 19/22 21/11 23/3 24/10
last-minute [1]   11/20
lastly [1]   17/11
late [2]   10/16 20/1
later [3]   9/12 9/12 15/3
Lauderdale [1]   1/16
law [2]   3/10 16/23
least [5]   6/14 17/9 20/13
leave [2]   9/1 27/3
legal [4]   6/14 10/2 17/5
 17/6
let [4]   2/14 8/9 19/13 23/18
light [2]   2/6 13/6
like [13]   6/2 6/3 6/5 6/16
 7/15 16/9 16/24 18/19 18/20
 19/10 22/3 24/24 25/20
Limine [7]   21/11 22/14 22/23
 23/1 23/8 25/13 25/16
Limine as [1]   23/8
line [1]   3/21
lines [2]   5/8 15/6
list [1]   21/2
little [3]   7/18 15/11 15/12
located [1]   26/5
long [3]   19/21 20/6 22/3
longer [2]   15/12 25/15
look [8]   4/24 5/4 7/6 7/9
 8/9 11/4 27/7 27/10
looking [4]   7/18 10/8 11/23
 15/10
looks [1]   6/5
lot [4]   16/17 17/20 18/24
 20/9
lunch [2]   20/1 20/1

**M**

made [2]   22/15 24/25
make [3]   19/8 19/8 27/3
making [1]   12/23
many [4]   7/13 13/5 15/12
 20/2
MARK [2]   1/14 2/9
mask [1]   7/1
matter [4]   2/3 13/9 26/1
 27/20
may [13]   1/8 6/12 7/2 8/21
 9/12 11/18 14/24 17/4 19/5

20/11 21/12 23/4 25/4
maybe [12]   9/19 14/3 14/6
 14/17 15/6 16/13 17/17 18/3
 18/23 20/2 23/7 24/6
me [14]   2/14 5/1 5/6 6/13
 6/22 7/20 8/9 10/18 11/10
 11/22 17/11 18/18 21/24
 22/19
mean [4]   5/4 7/20 8/23 24/24
meaningful [1]   19/16
means [1]   7/24
meant [1]   9/12
mechanism [1]   20/21
media [2]   3/9 15/3
medium [1]   20/6
meet [3]   3/1 16/9 19/9
meeting [5]   3/20 3/24 10/17
 17/17 19/11
Melanie [2]   13/9 15/10
mentioned [1]   14/23
merit [2]   7/21 8/25
met [1]   4/6
might [5]   2/19 14/8 15/6
 17/14 18/9
mike [1]   6/24
MILITELLO [15]   1/18 2/12
 4/20 6/23 10/14 10/16 12/16
 13/23 18/14 19/5 19/15 24/3
 24/18 25/13 26/12
Militello's [2]   15/7 25/8
mind [1]   13/3
minute [2]   11/20 11/21
minutes [4]   7/23 10/10 17/25
 18/8
miscommunication [1]   11/9
model [4]   10/22 10/23 11/2
 11/7
modification [2]   9/7 12/23
Monday [2]   20/2 27/10
month [2]   22/1 22/7
months [3]   5/5 11/19 11/19
more [12]   7/18 10/3 13/4
 13/12 13/20 15/11 15/13
 15/14 18/2 18/10 20/4 26/1
morning [9]   2/2 2/9 2/11
 2/13 10/24 17/19 20/18 20/20
 26/10
most [2]   4/2 20/12
motion [9]   22/23 23/7 23/13
 24/4 24/14 25/8 25/12 25/13
 25/16
motions [5]   21/11 22/13 23/1
 25/20 25/22
move [1]   24/14
Mr [6]   4/15 10/13 11/12
 14/15 15/5 26/21
Mrs. [1]   3/9
Mrs. Kaye's [1]   3/9
Ms [17]   2/12 4/20 6/23 10/14
 10/16 12/16 13/23 14/23 15/6
 18/14 19/4 19/15 24/3 24/18
 25/8 25/13 26/12
much [4]   3/20 18/15 19/10
 20/8
my [14]   6/4 8/11 8/22 9/10
 11/6 11/14 11/18 13/24 13/25
 14/2 15/24 17/8 20/13 26/25

## N

necessarily [2]   2/21 5/10
necessary [2]   3/7 25/21
need [10]   7/17 12/22 13/14
15/19 16/4 16/19 16/20 19/5
23/13 27/9
needed [1]   22/18
needlessly [1]   25/19
needs [2]   12/23 26/14
negated [1]   25/21
Neither [1]   13/17
never [2]   11/10 11/14
new [2]   7/10 21/19
next [3]   13/4 15/19 18/25
nine [3]   4/1 19/1 19/2
no [16]   1/3 5/18 9/12 9/19
12/15 12/19 15/8 20/4 20/7
20/7 20/23 20/23 22/4 23/21
25/3 25/15
noon [6]   9/23 10/9 10/10
10/14 10/15 10/18
not [48]
nothing [3]   15/13 22/21
22/22
notice [6]   24/2 24/4 24/20
25/7 25/11 25/19
notify [1]   23/19
now [6]   2/2 9/1 9/2 9/17
15/19 23/21
number [5]   2/3 6/6 6/19 7/4
15/25

## O

o'clock [2]   19/2 19/2
object [3]   12/17 12/18 12/24
objected [1]   12/20
objecting [4]   12/13 14/7
16/22 16/22
objection [11]   6/14 6/15
6/16 7/11 7/21 8/13 8/24
14/6 15/8 17/6 22/24
objectionable [1]   8/24
objections [3]   7/3 17/6
20/24
objects [4]   12/2 12/11 17/12
25/15
obviously [2]   17/1 21/3
occasions [1]   4/4
off [2]   6/3 22/4
offhand [1]   6/17
Office [2]   1/15 1/18
Official [2]   1/22 27/23
Okay [3]   7/2 25/25 27/13
Once [1]   8/14
one [34]
ones [2]   8/10 8/11
ongoing [1]   2/6
online [1]   3/15
only [3]   9/20 16/15 24/19
open [1]   24/10
opening [2]   5/20 20/2
opportunity [2]   4/18 10/11
order [7]   2/18 9/10 11/18
19/3 19/20 25/24 27/7
orders [2]   2/19 22/14
Originally [1]   23/14
other [10]   3/24 4/24 5/1

5/18 7/22 8/19 8/24 9/19
15/7 22/12
other's [1]   19/12
others [1]   2/20
Otherwise [1]   22/14
our [10]   4/10 4/21 9/21 10/1
15/17 18/7 21/6 21/10 22/23
23/16
out [8]   3/4 4/1 11/18 14/11
17/2 18/25 22/14 27/7
outlines [1]   5/22
outside [2]   12/3 26/15
outstanding [1]   13/16
over [6]   3/22 7/12 9/2 19/16
26/25 27/9
overly [1]   7/15
own [2]   3/6 3/23

## P

packet [2]   9/9 11/8
page [2]   12/7 12/8
pages [1]   12/9
PALM [4]   1/2 1/7 1/20 1/23
pandemic [1]   2/6
paper [2]   24/6 24/9
pare [1]   18/3
part [9]   2/5 2/5 4/11 9/8
14/9 14/9 14/10 17/14 20/12
particular [3]   7/25 24/21
27/1
parties [5]   2/24 3/1 5/12
9/20 10/2
parties' [1]   6/2
pattern [3]   9/6 12/6 27/1
Pauline [2]   1/22 27/23
pending [1]   22/23
people [3]   14/1 14/3 14/21
percent [1]   6/15
Perhaps [1]   4/8
person [2]   2/5 23/10
personally [1]   6/10
perspective [2]   20/13 21/6
photographs [1]   21/12
pick [1]   15/15
Pierce [1]   1/23
Plaintiff [2]   1/5 1/14
plate [1]   18/15
pleaded [1]   3/17
Please [1]   19/15
plenty [1]   22/10
plug [1]   11/1
point [6]   3/22 14/5 14/25
23/16 25/9 26/12
political [5]   3/11 10/4 10/6
12/25 16/12
position [4]   4/10 10/20
16/20 19/13
positions [2]   16/21 19/13
possible [1]   19/11
post [2]   6/21 15/3
posted [1]   3/15
posts [1]   3/9
potential [2]   14/12 17/16
predetermine [1]   5/14
prefer [1]   18/18
preliminary [4]   16/4 16/5
17/15 26/25
premarked [1]   20/18

prep [1]   5/18
preparation [2]   10/17 13/25
prepared [1]   10/22
present [2]   14/2 14/24
presumed [1]   3/17
pretty [2]   5/1 20/8
previous [1]   24/14
previously [1]   21/10
printout [2]   24/24 25/5
prior [5]   6/13 10/11 21/18
23/3 26/8
probably [3]   17/21 18/22
20/4
problem [2]   19/7 26/7
problematic [1]   16/13
proceedings [1]   27/20
process [1]   3/3
professional [1]   13/13
proposal [1]   12/25
proposals [1]   4/17
propose [2]   10/23 13/21
proposed [9]   6/5 7/3 8/10
9/14 10/18 16/11 17/12 17/21
18/10
prospective [1]   13/21
protected [1]   3/11
prove [1]   3/8
proven [1]   3/17
provide [6]   8/15 10/13 21/1
21/24 21/24 21/25
provided [3]   10/18 14/25
21/11
providing [1]   25/15
Public [1]   1/18
publicly [1]   10/1
pull [3]   8/14 13/5 16/5
pulled [1]   27/12
purposes [1]   5/23
Pursuant [1]   2/18
put [5]   5/10 12/4 19/3 25/18
25/24

## Q

question [4]   6/9 6/20 7/3
14/7
questioning [3]   5/14 7/25
8/4
questions [26]   6/5 6/6 6/11
6/13 6/15 7/13 7/15 7/19
7/23 7/25 8/1 8/9 8/14 8/16
8/23 9/1 9/4 17/12 17/20
17/23 18/4 18/5 18/10 18/11
19/19 22/17
quick [1]   26/1

## R

rather [1]   15/12
rather have [1]   15/12
reach [4]   4/9 14/24 15/21
26/16
reaction [1]   8/5
read [5]   16/8 17/14 26/22
27/1 27/4
readily [1]   16/24
reads [2]   3/3 3/7
ready [4]   20/2 22/8 22/10
27/12
really [8]   7/15 15/21 15/21

**R**

really... [5]  17/22 18/11
18/20 19/4 19/19
reason [3]  5/15 22/4 27/9
reasonable [1]  3/9
recalling [1]  24/9
received [2]  2/21 10/9
recognizing [1]  17/24
recommend [1]  13/20
record [4]  2/8 16/1 24/7
27/20
records [5]  20/9 21/14 21/17
24/6 24/22
redact [1]  21/16
redacted [2]  21/17 21/20
redactions [4]  22/24 25/14
25/17 25/18
referred [1]  9/10
referring [2]  7/7 24/25
regard [1]  23/21
regarding [2]  4/21 6/20
relate [2]  10/19 24/1
related [3]  4/10 10/4 23/8
relates [1]  7/5
relevant [1]  23/9
relying [1]  16/23
remember [1]  11/5
repeat [1]  24/16
report [7]  24/24 24/25 25/1
25/2 25/4 25/5 25/6
Reporter [4]  1/22 21/8 27/23
27/24
representation [1]  24/12
representations [1]  11/7
request [1]  27/3
requested [2]  9/22 12/1
require [2]  3/1 9/5
required [1]  2/20
resolution [1]  14/25
resolve [1]  4/18
resolved [1]  25/10
respect [1]  11/23
response [1]  22/23
responsible [1]  11/13
rest [1]  9/25
resubmit [1]  18/9
review [6]  6/13 9/24 10/3
10/11 21/18 21/21
revised [2]  15/22 15/23
reworked [1]  16/14
rewrite [1]  6/1
right [10]  2/1 2/2 2/13 8/7
13/17 15/9 18/6 23/21 26/18
27/6
ROBIN [2]  1/11 1/22
Roll [1]  13/15
ROSENBERG [3]  1/3 1/11 1/22
rule [2]  23/13 25/20
ruled [1]  21/10
rulings [1]  22/15

**S**

safe [1]  15/11
said [2]  7/5 24/16
same [5]  15/22 15/23 15/25
22/4 22/11
sand [1]  3/22

save [1]  25/19
saw [1]  23/9
say [7]  4/24 7/2 8/18 11/22
13/24 14/18 22/11
saying [1]  25/14
says [1]  8/12
schedule [1]  2/15
scheduled [1]  23/16
second [1]  9/3
Section [1]  9/18
see [9]  3/6 7/13 7/19 8/9
8/15 16/19 17/20 18/3 26/16
seeing [2]  9/16 27/10
seeking [2]  24/22 25/3
seem [1]  9/17
seen [2]  12/11 21/14
selection [1]  19/25
sensitive [1]  8/17
sent [6]  9/22 10/23 11/2
11/5 11/7 11/17
separate [1]  8/18
September [1]  27/22
servers [1]  26/5
set [17]  2/14 5/2 7/9 8/11
8/22 9/5 9/6 9/15 9/16 10/21
13/15 15/19 16/3 16/3 16/7
18/10 22/3
setting [1]  9/10
settled [1]  27/12
she [24]  3/16 6/24 7/1 7/1
7/2 7/5 7/7 10/18 10/25 11/6
12/22 12/23 12/23 16/18
17/12 17/12 19/5 21/21 24/16
24/19 24/25 25/9 25/11 25/15
shoot [1]  3/14
short [2]  20/8 20/12
shot [1]  5/25
should [11]  2/24 3/19 4/11
8/10 11/16 13/5 13/12 18/6
20/23 22/16 25/8
shouldn't [1]  15/3
shown [1]  5/11
shy [2]  15/11 15/16
sick [1]  18/14
side [4]  3/25 7/22 8/24
15/11
sides [2]  20/23 22/20
sign [1]  6/3
Signature [1]  27/24
similar [1]  13/7
similarly [3]  12/24 16/20
25/12
simple [1]  5/22
simultaneously [1]  25/9
since [4]  5/5 10/2 11/18
19/10
six [3]  12/7 12/8 12/9
so [59]
social [2]  3/9 15/3
some [6]  5/15 7/3 14/11
14/13 17/13 20/8
something [6]  5/15 8/17
13/21 23/23 24/5 26/9
sooner [1]  11/17
sorry [1]  12/8
sort [4]  5/7 5/13 5/24 8/2
sounds [2]  18/14 25/20
SOUTHERN [1]  1/2

speak [3]  4/7 4/8 4/9
speaking [1]  10/16
specially [1]  9/22
specific [2]  7/19 12/19
speech [2]  3/11 3/11
spend [1]  7/18
spoken [1]  13/7
stage [1]  3/3
standard [7]  9/23 11/10
11/14 12/3 12/6 17/19 26/23
start [3]  2/23 5/18 17/7
state [2]  2/7 26/5
statement [13]  2/23 2/25 3/2
3/7 4/4 4/22 5/22 7/10 14/10
15/20 15/22 17/14 19/18
statements [3]  4/2 4/25 5/20
STATES [7]  1/1 1/4 1/11 1/15
2/3 2/10 3/12
status [1]  26/19
still [5]  2/14 17/1 22/7
22/13 23/10
Stipes [2]  1/22 27/23
stipulate [1]  26/4
stipulating [1]  26/13
stipulation [7]  26/8 26/17
26/20 26/20 26/22 26/24 27/2
strong [1]  14/21
stuck [1]  15/21
stuff [1]  11/20
subject [2]  24/20 25/14
submission [2]  16/19 19/17
submissions [1]  27/8
submit [9]  3/23 5/25 6/8
6/12 6/21 7/10 7/11 9/14
11/8
submitted [7]  6/6 8/11 9/20
9/21 9/25 15/23 26/19
submitting [2]  19/2 22/12
substantive [3]  10/18 17/25
18/2
succinct [1]  5/1
sufficient [1]  14/17
suggest [1]  18/23
Suite [1]  1/19
summary [1]  25/25
sure [3]  6/17 19/8 22/6
surprises [2]  20/23 21/5
SUZANNE [2]  1/7 3/13

**T**

take [9]  3/22 7/6 7/8 8/9
9/3 10/25 14/11 15/12 19/5
takes [2]  12/7 19/25
talk [1]  14/1
talking [1]  16/7
tell [6]  3/5 6/3 11/22 13/3
17/11 26/21
ten [1]  4/2
terms [1]  20/14
testimony [1]  25/4
than [7]  9/12 11/18 13/20
15/11 15/13 18/2 20/4
thank [4]  27/5 27/7 27/14
27/16
that [180]
that controversial [1]  14/17
that you [1]  24/4
That's [2]  19/17 25/17

**T**

**their [3]** 6/12 6/15 8/19
**them [21]** 3/5 5/19 6/13 7/13 7/20 7/22 8/18 8/22 9/24 9/25 10/11 10/13 11/1 16/9 20/18 20/18 20/20 21/22 21/24 21/24 21/25
**then [14]** 5/7 9/3 15/3 15/22 17/1 17/10 22/9 23/24 24/3 24/13 25/11 26/7 26/23 27/6
**theory [5]** 10/1 10/19 12/10 12/13 16/10
**there [33]**
**Thereupon [1]** 27/17
**these [4]** 7/12 13/16 16/19 22/12
**they [29]**
**thing [4]** 9/2 9/3 13/4 22/5
**things [8]** 2/20 2/21 5/8 13/15 15/14 19/2 20/24 22/12
**think [30]**
**thinking [1]** 19/9
**this [36]**
**thoroughly [1]** 9/24
**those [11]** 5/8 5/23 7/25 10/23 15/6 16/4 17/22 18/4 21/16 21/21 22/14
**though [1]** 13/25
**thought [3]** 10/5 10/25 14/6
**threat [2]** 3/10 9/18
**threatening [1]** 3/14
**threats [2]** 3/15 10/5
**three [6]** 8/1 12/8 17/23 18/5 19/23 20/5
**through [9]** 5/11 5/14 8/3 12/7 12/8 15/13 15/15 15/16 20/1
**Thursday [1]** 18/23
**time [12]** 3/21 6/23 6/23 7/18 10/3 11/5 11/6 21/18 21/21 22/10 22/11 27/1
**times [1]** 4/1
**tip [5]** 19/20 23/8 24/9 25/1 25/2
**tip-top [1]** 19/20
**today [3]** 19/4 25/25 27/7
**together [2]** 8/14 18/20
**too [3]** 13/15 15/3 15/12
**top [1]** 19/20
**track [1]** 20/21
**transcript [1]** 27/19
**transmission [2]** 9/18 26/3
**trial [25]** 2/14 2/15 3/7 9/11 11/9 13/7 13/17 17/2 17/2 17/3 17/4 19/20 19/21 21/1 21/18 21/25 22/1 22/8 22/9 23/16 23/20 26/8 26/11 26/22 27/12
**true [1]** 3/10
**trust [1]** 21/15
**try [7]** 4/18 7/25 14/15 15/15 15/17 18/1 19/18
**two [11]** 8/1 11/1 15/16 17/22 18/5 19/23 20/4 21/7 21/8 21/11 22/13
**type [1]** 15/7
**typical [2]** 13/9 13/20

**typically [4]** 2/24 7/14 21/1 21/25

**U**

**U.S.C [1]** 9/18
**unagreed [1]** 16/15
**understand [5]** 16/21 16/21 17/5 19/12 22/7
**understanding [3]** 18/7 18/8 24/18
**understands [2]** 12/22 27/2
**undertake [2]** 6/1 7/24
**unexpected [1]** 20/23
**UNITED [7]** 1/1 1/4 1/11 1/15 2/3 2/10 3/12
**unless [3]** 7/20 8/23 17/3
**until [3]** 3/17 18/16 18/17
**unusual [2]** 7/16 8/1
**up [8]** 5/22 13/6 13/12 19/18 19/18 19/19 27/3 27/12
**upon [11]** 2/25 4/2 4/4 11/6 15/20 15/24 16/15 16/16 16/23 18/5 21/11
**upwards [1]** 8/8
**urge [1]** 19/4
**us [6]** 8/6 12/7 18/6 19/25 21/12 26/9
**use [2]** 15/17 20/21
**usually [3]** 5/1 5/2 7/25

**V**

**variation [1]** 12/5
**vein [1]** 18/9
**venire [1]** 18/7
**verdict [5]** 9/12 9/13 9/15 13/14 17/10
**version [2]** 21/17 21/20
**versus [1]** 2/3
**very [5]** 14/20 16/8 17/5 18/14 27/5
**videos [3]** 3/15 20/8 21/10
**view [2]** 22/8 23/9
**views [4]** 8/19 10/6 12/25 16/12
**violation [1]** 3/10
**voir [7]** 6/5 9/1 14/20 17/12 18/1 18/10 19/19

**W**

**wait [2]** 8/12 18/17
**waiting [1]** 22/16
**want [20]** 4/7 5/12 8/3 11/20 14/9 15/23 16/1 16/3 16/12 16/21 17/5 17/10 17/22 17/25 18/15 19/8 24/13 26/9 26/22 27/4
**wanted [1]** 9/2
**wants [3]** 2/22 16/18 21/24
**was [23]** 3/11 3/20 4/10 9/2 9/19 10/20 10/23 10/25 11/5 11/10 11/12 11/13 11/21 13/4 14/2 14/23 14/24 18/23 20/13 24/25 25/1 25/13 27/17
**watching [2]** 14/20 15/7
**way [7]** 5/18 5/21 10/2 13/14 14/24 16/25 17/7
**we [72]**
**we'll [2]** 19/17 27/10

**Wednesday [1]** 18/13
**week [11]** 4/16 10/17 13/17 18/13 18/19 18/21 18/25 19/16 19/20 21/11 21/23
**weeks [1]** 15/3
**welcome [1]** 4/18
**well [13]** 9/15 15/14 16/10 16/11 17/5 17/10 19/5 21/25 25/8 25/23 26/10 26/19 27/5
**went [2]** 10/1 11/18
**were [11]** 3/9 3/15 4/17 10/14 10/16 11/7 22/8 22/10 22/17 24/6 24/8
**WEST [4]** 1/2 1/7 1/20 1/23
**what [45]**
**whatever [2]** 14/7 15/22
**when [15]** 5/24 7/9 9/10 10/14 13/4 14/1 14/6 17/17 18/3 19/4 19/11 21/20 26/22 27/4 27/12
**whenever [1]** 21/24
**where [1]** 16/22
**whether [9]** 3/8 3/11 5/14 8/9 17/14 23/13 26/13 26/13 26/19
**which [18]** 3/22 6/17 7/4 7/4 7/6 7/7 10/22 11/20 12/6 12/9 12/25 14/25 17/4 17/11 20/15 21/2 22/11 26/7
**who [4]** 5/12 8/4 16/7 23/8
**whole [1]** 9/8
**why [13]** 5/13 5/16 10/13 12/16 12/17 12/20 12/24 16/18 16/21 19/1 22/11 26/18 26/20
**will [65]**
**willing [2]** 4/13 26/4
**withdraw [1]** 24/14
**withdrawal [1]** 25/11
**withdrawing [1]** 24/4
**within [1]** 21/16
**without [2]** 3/23 3/24
**witness [9]** 23/6 23/15 23/17 23/22 24/21 24/23 25/12 26/6 26/14
**witnesses [3]** 20/2 20/6 20/11
**won't [1]** 24/6
**words [2]** 6/20 7/5
**work [6]** 17/2 18/15 18/19 18/25 19/17 21/23
**working [1]** 16/1
**would [44]**
**wrapping [1]** 17/8
**written [5]** 3/13 12/14 12/15 17/7 26/8
**wrote [1]** 21/15

**Y**

**yes [9]** 2/16 2/17 10/7 11/25 14/15 15/8 23/25 24/5 24/13
**yet [1]** 7/13
**you [125]**
**your [30]**

**Z**

**Zoom [3]** 1/10 2/5 2/5