```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                  WEST PALM BEACH DIVISION

 3              CASE NO. 21-CR-80039-ROSENBERG

 4
         UNITED STATES OF AMERICA,     .
 5                                     .
         Plaintiff,                    .
 6                                     .
                 vs.                   .
 7                                     .
         SUZANNE ELLEN KAYE,           .  West Palm Beach, FL
 8                                     .  June 27, 2022
                                       .
 9       Defendant.                    .

10                          VOLUME 1
                       JURY TRIAL PROCEEDINGS
11          BEFORE THE HONORABLE ROBIN L. ROSENBERG
                  UNITED STATES DISTRICT JUDGE
12

13       APPEARANCES:

14
         FOR THE PLAINTIFF:       MARK DISPOTO
15                                SHANNON DARSCH
                                  United States Attorney's Office
16                                500 E Broward Boulevard
                                  7th Floor
17                                Fort Lauderdale, FL 33301
                                  561-820-8711
18
         FOR THE DEFENDANT:       KRISTY MILITELLO, ESQ.
19                                SCOTT BERRY, ESQ.
                                  Federal Public Defenders Office
20                                450 S. Australian Avenue
                                  Suite 500
21                                West Palm Beach, FL 33401
                                  561-833-6288
22

23       Official Court Reporter:  Pauline A. Stipes
                                  HON. ROBIN L. ROSENBERG
24                                West Palm Beach/Ft. Pierce, Fl
                                  561-820-8711
25
```

```
 1                              INDEX
 2      JEFFREY YOUNGBLOOD
 3      Direct Examination by Ms. Darsch          Page 194
 4      ARTHUR SMITH
 5      Direct Examination by Mr. Dispoto         Page 204
 6
 7                            EXHIBITS
 8                                    I.D.          Received
 9         Government Exhibit 1                   Page 201
           Government Exhibit 9      Page 224
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Pauline A. Stipes, Official Federal Reporter

 1           *THE COURT:*  Good morning, you may be seated.

 2           All right.  So we are here on the matter of United

 3    States of America versus Suzanne Ellen Kaye, case number

 4    21-CR-80039.  Let's begin by having all counsel state their

 5    appearance for the record.

 6           *MR. DISPOTO:*  Your Honor, good morning, Assistant

 7    United States Attorney Mark Dispoto and Shannon Darsch

 8    appearing on behalf of the Government.

 9           *MS. MILITELLO:*  Good morning, your Honor, Kristy

10    Militello and Scott Berry on behalf of Ms. Kaye, who is seated

11    here, also our investigator, Sarah Shannon.

12           *THE COURT:*  Good morning.  I have the Government's

13    witness list, we the have three witnesses you are going to be

14    calling, Supervisory Special Agent Paul Allen, Special Agent

15    Arthur Smith, and Special Agent Jeff Youngblood.  I have your

16    exhibit list.

17           Do I have anything from the Defense in terms of an

18    exhibit list or witness list yet?

19           *MS. MILITELLO:*  Not today, your Honor.  My

20    understanding, of course, is that the Defense isn't required to

21    submit anything until after the Government's case.  We do have

22    one prepared, but when we got the Government's exhibit list, it

23    included some exhibits we plan on introducing.  So, to make

24    things more organized we want to renumber so there aren't

25    duplicate exhibits.

1              *THE COURT:*  That is fine.

2              Now, let's talk about sidebars.  Did you have a chance

3      to discuss with Ms. Kaye, Ms. Militello and Mr. Berry, whether

4      when we have sidebars, which I am hoping we don't have too

5      many, if any at all, just because it tends to be disruptive and

6      sometimes they can't be avoided, whether Ms. Kaye wants to join

7      you or whether she will waive her right to attend sidebar

8      conferences, in which case I usually have a waiver signed.

9              Have you gone over that with Ms. Kaye?

10             *MS. MILITELLO:*  I have not, but my preference, and she

11     is out of custody, would be for her to attend the sidebar

12     conferences.

13             *THE COURT:*  That's fine.  As I said, I would like to

14     keep them at a minimum if possible.  They are time consuming,

15     and we should be able to handle everything, I would think, in

16     open court, any objections.  We had many, many status

17     conferences.  I am not anticipating any surprises for the Court

18     or for either side.

19             You have the questionnaire that I am going to go

20     through with each of the jurors.  Depending on their answers, I

21     will have followup questions for them, and I will go over the

22     script initially that I have, which basically explains the

23     case.

24             I think I have told them that the trial -- are we

25     saying two to three days?  Two to three days.  And I am going

Pauline A. Stipes, Official Federal Reporter

```
 1    to read the statement of the case that the Court has resolved
 2    as between the submissions by the parties.  Are we agreeing
 3    that the superseding indictment is going back to the jurors at
 4    the time they deliberate?  Have you talked about that?  I don't
 5    know what is on the back of it, whether anyone's name needs to
 6    be redacted, but have you all discussed whether that goes back
 7    or not?
 8              My experience is it often does, usually does.
 9              MR. DISPOTO:  Your Honor, we haven't discussed it, but
10    the Government has no objection to having the superseding
11    indictment going back to the jury.
12              MS. MILITELLO:  Yes, I think we can work that out.  I
13    think it probably will go back and we can figure out if there
14    is anything that needs to be redacted.
15              THE COURT:  Okay.  You've got -- do you have the
16    foreperson's signature?  My experience is that is, at a
17    minimum --
18              THE COURTROOM DEPUTY:  That is redacted.  We will just
19    take off the heading on the top and the CM/ECF sheet.
20              THE COURT:  We will take off the CM/ECF headings, and
21    we don't include the penalty sheet.  It looks like the
22    foreperson's name is already redacted.  It would appear it can
23    go back the way it is with the CM/ECF taken off.  You can look
24    at it and just let me know if there is going to be any
25    objection to that.
```

Pauline A. Stipes, Official Federal Reporter

1          Were there any issues that you wanted to go over with

2     me?

3          MR. DISPOTO:  Judge, we have a few.  First, have we

4     resolved the issue with respect to the requests the parties

5     have made regarding voir dire questions for your Honor to ask?

6          THE COURT:  Yes.  I think what I would like to do is

7     the following:  After I go over all of my questions and my

8     followup questions, I'm going to excuse the jurors briefly, and

9     I am going to ask you, in light of what they have said and

10    anything that has come to your mind, what questions you want

11    the Court to ask.

12         I am not going to ask the questions as written and

13    submitted by the U.S. in their amended proposed voir dire

14    questions at docket 101.  I don't find that those questions are

15    suitable to ask, but I am willing -- I think it might be best

16    for the questions to come from the Court and have the Court

17    control the questioning, but I am open to hearing the questions

18    you have after you have heard from the jurors, and depending on

19    the questions you have, and the nature of them, I can bring

20    them back in and ask them.

21         Then, if there are individual jurors who need to be

22    questioned, we can consider bringing them in individually, and

23    I can let you ask questions of them individually outside the

24    presence of the other jurors, but I want to be mindful of not

25    tainting the entire jury pool and inadvertently having a

1  question coming out that may do that.

2          I want it to be kind of a controlled situation.

3          MR. DISPOTO:  For clarification, is your Honor not

4  then going to allow the attorneys to ask questions of the

5  collective pool at any point?

6          THE COURT:  I want to see what questions you have.

7          What I would like to do is, after you have heard from

8  them, I am going to excuse them and I would like you to proffer

9  to the Court collective and specific questions that you have.

10         So, take good notes, and then we will have some time

11 to review that, and then I can make a final decision on how

12 best -- the goal is for you to get the information that you

13 want, it is not to keep you from getting information, but I

14 really want to make sure that we don't fall into a situation

15 where one question could ignite a lot of jurors.

16         I would rather, if we sense that, bring jurors in

17 individually, and if you identify particular jurors who you

18 want to speak with based on their answers either to my initial

19 questions or subsequent questions, I have no problem bringing

20 them in one at a time, and at that point absolutely letting the

21 lawyers ask them questions outside the presence of the other

22 jurors.

23         MS. MILITELLO:  Just so the record is clear, I know

24 that at one of the status conferences I said I had no

25 additional questions for the Court, but that I would ask

 1   questions.  Understanding the Court's ruling, I will proffer

 2   those later, but I did want the record to be clear, I do have a

 3   prepared voir dire that I intend to ask the panel.

 4         THE COURT:  Just hold on to those and we can discuss

 5   those when the jury takes a break after my questioning.

 6         MR. DISPOTO:  Your Honor, do you have a copy of your

 7   standard voir dire questions?  I have mine, but I'm just not

 8   putting my fingertips on it at the moment.

 9         THE COURT:  Yes.  We will make copies of those.  There

10   are about 17 questions.

11         MR. DISPOTO:  Your Honor, the only other matter I

12   wanted to address with the Court, it is a ministerial issue.

13   As the Court is aware, this case does involve the use of some

14   profanity that was embedded within Ms. Kaye's statement, and it

15   is my intention in my opening statement to inform the jury of

16   exactly the words that she used, and that will include some

17   profanity.

18         Is the Court comfortable with the attorneys using that

19   kind of language if we are quoting what she said?

20         THE COURT:  Is there any objection from the Defense to

21   the Government using the exact words the Defendant used in his

22   opening statement as, I'm assuming, a preview of what you

23   anticipate the evidence will show?

24         MS. MILITELLO:  None at all.  In fact, I had requested

25   permission to do the same at a prior hearing, so it would be

1    the Defense's contention -- or intention to do the same.

2           THE COURT:  Okay.  Both parties can do that as long as

3    it is consistent with presenting it in the appropriate manner

4    as consistent with the opening statement which is consistent

5    the evidence that is coming out of trial.

6           MR. DISPOTO:  I may need some assistance before we

7    start the testimony in this case.  Ms. Darsch and I are having

8    difficulties accessing the courtroom wifi, which we will need

9    to be able to access during the trial.  If we could have a few

10   moments with her at some point this morning.

11          THE COURT:  Who do you want a few moments with?

12          MR. DISPOTO:  Possibly your courtroom deputy.

13          MS. MILITELLO:  In my experience, the court wifi has

14   been down for about a month.  We had to bring in a mobile

15   cellular device for one of our laptops.  We are having the same

16   connection difficulties.

17          THE COURT:  Let's see if we can work that out.  Our IT

18   expert is coming to assist with that.

19      (There was a discussion off the record.)

20          Any issues that you can anticipate with respect to

21   openings that we need to be aware of?

22          MS. MILITELLO:  There is one issue from the Defense,

23   and I spoke to the Government about this.  On Friday we were

24   trying to determine who the Government's witnesses were once

25   they listed them and there was a witness we were not familiar

1    with and that's when we realized this may become an issue.  I

2    don't think they are calling the witness for this purpose, it

3    was just our brain storming.

4         The issue, as the Court may recall, it was mentioned

5    in some of the pleadings, is that there was a shooting of FBI

6    agents in Fort Lauderdale a few days after Ms. Kaye posted her

7    social media videos.  Because that incident had no connection

8    with Ms. Kaye, she wasn't present, didn't know that individual,

9    and it actually happened after she posted the video such that

10   it is not relevant to her state of mind at the time she posted

11   the video, in combination with the fact that the Government

12   didn't file any motion to admit it, I did not anticipate they

13   would seek to admit evidence of that shooting.

14        I conferred with the Government this weekend, and they

15   advised that they do plan to introduce evidence about that.  So

16   we would ask the Court to make a pretrial ruling that that

17   evidence is not relevant and it is more prejudicial than it is

18   probative.

19        I can understand, just thinking through why the

20   Government didn't file a motion, I guess it is not 404(b)

21   evidence.  Frankly, I just don't think it is relevant in this

22   case at all, and certainly, in addition to being incredibly

23   prejudicial, it concerns me that the jury will then -- we know

24   that the issue is whether Ms. Kaye intended to threaten, and so

25   to me it conflates the issue as to whether this was a serious

 1   threat, which is the reasonable person standard, which is the

 2   old law, or whether she intended to threaten the agents or knew

 3   that they would see this as a threat.

 4          There is no evidence that I am aware of that Ms. Kaye

 5   even knew about these agents being ambushed until she appeared

 6   in Federal Court.  It would be a different story if she knew

 7   about it, and then she posted the video, but that is simply not

 8   the timeline.  The agents were killed on February 2nd, the

 9   video was posted late on January 31st.  The FBI had no way of

10   knowing this was going to happen and neither did Ms. Kaye.  It

11   has no connection to her case and this indictment.

12          *THE COURT:*  Okay.  From the Government.

13          *MR. DISPOTO:*  You Honor, I anticipate that if the

14   testimony comes out, it will come out through Supervisory

15   Special Agent Paul Allen.  He was Special Agent Arthur Smith's

16   supervisor at the time of the event, and Special Agent Allen

17   will testify, among other things, about Ms. Kaye's arrest,

18   specifically the show of force that the FBI utilized at the

19   time that they went to her residence to effectuate that arrest.

20          Obviously, the case law clearly indicates, as we have

21   litigated pretrial, that one of the factors that the jury can

22   consider in determining whether Ms. Kaye's statements were true

23   threats was the effect on the listener, here being the effect

24   on the FBI.

25          I anticipate that Special Agent Allen will testify

Pauline A. Stipes, Official Federal Reporter

```
 1   that the show of force that was utilized, specifically an

 2   arrest team, a surveillance team, multiple armed agents,

 3   multiple personnel, that the factors that went into the

 4   determination for that show of force not only was the nature of

 5   Ms. Kaye's threat, but also that a few weeks prior to her

 6   arrest there was this double homicide of two agents in Miami.

 7        It is the Government's view that that incident is not

 8   prejudicial to Ms. Kaye.  She had nothing to do with that

 9   incident, and we are certainly prepared to stipulate, but it

10   does provide context for the jury to understand why that was

11   necessary.

12        Without it, the jury may be left to speculate or to

13   infer that this was an excessive show of force at the time

14   Ms. Kaye was arrested.

15        Just so the Court is aware, by show of force, I don't

16   mean that they at any point encroached upon Ms. Kaye's

17   residence or personal property.  They set up outside her

18   residence and arrested her in the parking lot, but there were

19   multiple units on the scene, upwards of probably ten to 15

20   armed agents that effectuated that arrest.

21        The Government is open to some type of curative

22   instruction if the Court believes that is necessary, but in our

23   view, Judge, the testimony is necessary to provide the jury

24   with the necessary context so that it can fairly and accurately

25   evaluate that testimony from Supervisory Special Agent Allen.
```

Pauline A. Stipes, Official Federal Reporter

```
 1          THE COURT:  As to the amount of force?
 2          MR. DISPOTO:  Correct.  As to the operational plan to
 3   effectuate her arrest, which included that show of force,
 4   correct.
 5          MS. MILITELLO:  May I respond?
 6          THE COURT:  Yes.
 7          MS. MILITELLO:  My first response is, as the Court
 8   knows, an arrest in and of itself is not relevant in a criminal
 9   prosecution.  The fact that a police officer thinks someone is
10   guilty is not relevant, it is not evidence of anything.  The
11   fact that 15 or 18 agents were there and thought she was guilty
12   and were trying to arrest her, again, is not relevant and is
13   more prejudicial than it is probative of anything.
14          I have no intention of arguing that the force they
15   used was excessive.  In fact, if anything, I was going to say
16   they arrested her without incident.
17          Frankly, that is what I know about it, there aren't
18   any videos of the arrest.  I do not know a lot of details about
19   it, other than there was no shooting, no firearms, no
20   resisting, everything was fine.  I do not plan on arguing that
21   they were excessive in any capacity that would make this
22   relevant.
23          Beyond that, in order to effectively cross I would
24   need additional information from the Government that is not
25   publicly available.  This individual who shot those agents, I
```

 1   know virtually nothing about him.  I don't think his arrest
 2   warrant was ever made public.  I don't know what his charges
 3   were, is he facing life, does he have a criminal history, does
 4   he have gun charges against him, did he have a mental illness.
 5           Those are things that if the FBI knew, or knew after
 6   the fact, would make the threat with that person more serious
 7   that the threat against Ms. Kaye.  I don't have that
 8   information, nor do I think any information related to that is
 9   relevant in this case.
10       THE COURT:  How is the arrest relevant?  If it is not
11   an element, if the Defense is not arguing anything about
12   excessiveness, why --
13       MR. DISPOTO:  First and foremost, the timing of the
14   arrest is relevant.
15       THE COURT:  How?
16       MR. DISPOTO:  Because the case law tells us that the
17   law enforcement here, where law enforcement is the target of
18   the threat, that their reaction to that threat is relevant for
19   the Court to consider when determining whether it was a true
20   threat.
21           In this case, as soon as they became aware of that
22   threat, they moved expeditiously to effectuate her arrest.
23   That fact is relevant for the jury to consider.
24           Alternatively --
25       THE COURT:  The fact that they went to effectuate her

1    arrest.  I don't think there is any objection to the fact of

2    the arrest, but why all of the circumstances surrounding the

3    arrest?

4          *MR. DISPOTO:*  Imagine if the manner in which they

5    effectuated the arrest was sending the same two agents to knock

6    on her door to effectuate that arrest.  The argument would be

7    the FBI didn't take that threat seriously because they didn't

8    implement any precautionary measures to ensure the safety of

9    the agents.

10         What happened in this case was the opposite.  They

11   did, in fact, put into place many procedures to ensure the

12   safety of the agents because they took the threat seriously,

13   and that is a factor that the case law clearly indicates is

14   relevant for the jury to consider when evaluating whether it is

15   a true threat.

16         And I can supply your Honor with case law.  I know it

17   was in the Government's pleadings when we litigated either the

18   Motion to Suppress or the Defense expert, and I can supply the

19   Court with that case law if you need it.

20         *MS. MILITELLO:*  I would like to briefly respond.

21         *THE COURT:*  Okay.

22         *MS. MILITELLO:*  If the Government's response is, the

23   agents took this seriously, and therefore they didn't have the

24   same two agents go to Ms. Kaye's house, they had a number of

25   agents responding to the house for security and safety, that

```
 1   may be relevant, I suppose, as to their state of mind, that
 2   they came prepared.  They can do that without mentioning the
 3   death of officers in Fort Lauderdale in an unrelated case.
 4        THE COURT:  Okay.  I would say at this point -- so we
 5   can allow Ricardo to address the IT issues -- that nothing
 6   should be said about the subsequent FBI shooting, and any
 7   question, should you be seeking questions of the Court
 8   vis-a-vis the panel, or the Court permits any direct
 9   questioning, nothing is to be said in opening, and I would like
10   counsel to approach the Bench outside the jury's hearing before
11   anything of that nature is raised so that the Court has a
12   better understanding of the ability to assess it in the context
13   of the testimony.
14        You said you were going to get the Court case law, so
15   I would like the case law as well.  The Court will look into it
16   as well.
17        So I'm very clear, is the Defense position that
18   nothing should be said about the subsequent FBI shooting,
19   period, but that you are not objecting to any descriptives as
20   it relates to the nature of the arrest as long as it is not
21   mentioned with respect to the shooting?
22        MS. MILITELLO:  May I have a minute?
23        THE COURT:  Yes.
24        MS. MILITELLO:  The answer to the Court's question is
25   yes.  Ordinarily, an arrest is not relevant, certainly the fact
```

```
 1      that an arrest warrant was issued is not relevant.  I can see
 2      the limited purpose of saying the FBI took this seriously and
 3      went to her house with multiple agents.  I don't think the
 4      exact number or they came with SWAT, I don't know that that is
 5      relevant.  I could see the Court allowing some testimony that
 6      they took this serious and responded in that way.
 7               THE COURT:  So, is the Government clear, for now you
 8      can in opening speak to the nature of the Government taking it
 9      seriously in coming to arrest Ms. Kaye, and then let's get a
10      better sense through the testimony before you get into any
11      further details regarding the number and SWAT team and this and
12      that for the Court to be able to assess it, as well as the
13      issue of the subsequent FBI shooting.
14               There is no prohibition on you in your opening to
15      speak to the seriousness, if you believe the evidence will show
16      that, to which the agents took the threat in effectuating the
17      arrest.
18               MR. DISPOTO:  I understand, Judge.  Thank you.
19               THE COURT:  We have Ricardo here.  Let's take a moment
20      so he can assist both of you with your wifi.
21               (Pause.)
22               THE COURT:  Ricardo, I would like to bring the jurors
23      up because they are ready, and I don't want to rush you.  We
24      don't need it for any of the voir dire and we don't need it for
25      opening, it will be a little while before we need it.  If you
```

Pauline A. Stipes, Official Federal Reporter

```
 1   want to assess how big a problem it is, it is affecting
 2   Pauline, too, we are not getting real time as a result of this
 3   wifi issue.
 4            (Pause.)
 5            THE COURT:  Government can feel free to move your
 6   chairs around, too.  The prospective jurors will be seated in
 7   the back.
 8            MR. DISPOTO:  Judge, those jurors will not be moving
 9   around, correct?
10            THE COURT:  They will not be moving around until they
11   get seated in the jury box.
12            MR. DISPOTO:  Your Honor, can we confirm how many
13   challenges each side gets?
14            THE COURT:  Yes.  Correct me if I am wrong, I always
15   go over this again each time, each trial, but the Government
16   gets six, and Defense gets -- is it ten?
17            MS. MILITELLO:  Yes.
18            THE COURT:  Six and ten.  That will get us our 12, and
19   I would like to get two alternates.  Each side gets one more
20   peremptory for the alternates.
21            MR. DISPOTO:  No back strikes.
22            THE COURT:  No back strikes.  If you have any left
23   over, you can't use them for the alternate or vice versa for
24   the original 12.
25            Refer to the jurors, if you do have occasion to speak
```

Pauline A. Stipes, Official Federal Reporter

```
 1    to them, by juror numbers.  I try not refer to them by their
 2    personal names.  One, it is easier to track when we know it by
 3    juror number; two, I just prefer to proceed that way.  I let
 4    them know that, that we are not being impersonal, but it is
 5    easier to refer to them by juror number.
 6              (Thereupon, the jury venire entered the courtroom.)
 7              THE COURT:  Good morning, everyone, you may be seated.
 8              Welcome to the Federal Courthouse.  Some of you may
 9    have been here before, some of you may have been at the State
10    Courthouse, but this is a Federal Courthouse and this is a
11    Federal case.  My name is Judge Robin Rosenberg, and I will be
12    presiding over this trial, of which some of you ultimately will
13    be selected to serve as jurors for this trial.
14              The case is 21-CR-80039, United States of America
15    versus Suzanne Ellen Kaye, and I want to welcome you.
16              I would like to begin by letting you know who is here
17    in the courtroom with you.  So, with me, we will always have
18    very in and out of the courtroom assisting with all matters,
19    Ms. Richardson, who is our courtroom deputy, and she will in
20    all likelihood be escorting you in and out each time, showing
21    you where to go, swearing in witnesses if she is in the
22    courtroom, assisting with exhibits.
23              We will always have one of our security officers in
24    the courtroom to ensure that everybody is safe and that
25    everything is always under control.
```

1          We have Ms. Pauline Stipes in front of me, and it is

2     important for you to know what Pauline does.  Pauline takes

3     down every word that we say in the courtroom.  She is

4     transcribing a record of this case, as she does for all cases.

5     The significance of that is to make sure when we speak -- and

6     you will be doing some speaking soon, and we'll hand you a

7     microphone so it would make it easier for her to hear you, and

8     you should feel free to lower your mask when you speak into the

9     microphone so that it is easier for you to speak and for us to

10    hear you.

11         She takes down every word that we say, so we want to

12    speak clearly, we want to speak into the microphone, we do not

13    want to answer questions by nodding our head or saying uh-huh

14    or un-uh.  She is a perfectionist and wants to ensure for the

15    parties' benefit that they have a perfect accurate record at

16    the conclusion of every proceeding.

17         Let me turn to my left, which is the table where the

18    Government is seated.  This is a criminal matter, so the United

19    States is represented by counsel to my left.  So, I am going to

20    ask them to stand up and to introduce all who are at the

21    Government's table, please.

22         *MR. DISPOTO:*  Good morning, ladies and gentlemen.  My

23    name is Mark Dispoto, and with me is my cocounsel, Shannon

24    Darsch, and Special Agent Smith from the FBI, Arthur Smith.

25         Good morning.

Pauline A. Stipes, Official Federal Reporter

 1             *THE COURT:*  Thank you so much.  You may be seated.

 2             Let me ask, first of all, by a show of hands, is there

 3     anyone who cannot hear me or hear what is going on in the

 4     courtroom?  If so, raise your hand.  I am seeing no hands.

 5             If at any time anybody has any difficulty at all

 6     hearing anyone, raise your hand.

 7             Secondly, does anyone know anyone at the Government's

 8     table?  If so, raise your hand.  Seeing no hands.

 9             Now I am pointing to my right.  If I could ask counsel

10     at the Defense table to introduce those who are at your table,

11     please.

12             *MS. MILITELLO:*  Good morning, ladies and gentlemen, my

13     name is Kristy Militello, and along with Scott Berry and our

14     investigator, Sarah Shannon, we have the privilege of

15     representing Suzanne Kaye.

16             *THE COURT:*  That you.  Does anyone know anybody at the

17     Defense table?  If so, please raise your hand.  Seeing no

18     hands.

19             There was a juror who just came in.  I want to see if

20     I understand who that is.  Okay.  What juror number is that?

21             *THE COURTROOM DEPUTY:*  52.

22             *THE COURT:*  52?

23             *THE COURTROOM DEPUTY:*  Yes.

24             *THE COURT:*  Okay.  So I think 52 just walked in.

25             For the benefit of 52, could the Government please

```
 1   introduce yourselves again?  52, juror number 52, I will let
 2   everybody know, it is not to be impersonal, but we will be
 3   referring to you by juror numbers.  We have a juror chart, and
 4   it is easier, rather than finding your name on the chart.
 5        52 just walked in, and for the benefit of you, please
 6   let me know if you know any of the persons who are identifying
 7   themselves.
 8             Representing the Government is.
 9        MR. DISPOTO:  Good morning, Juror 52, my name is Mark
10   Dispoto, and along with Shannon Darsch, we represent the United
11   States, and from the FBI is Special Agent Arthur Smith.
12        THE COURT:  If 52 knows any of those individuals, you
13   can raise your hand.  If you don't, you don't need to raise
14   your hand.
15             If I could ask Defense once again to introduce
16   yourselves.
17        MS. MILITELLO:  Good morning, my name is Kristy
18   Militello, with Scott Berry, investigator Sarah Shannon, and we
19   represent Suzanne Kaye.
20             If Juror 52 knows any of those individuals, raise your
21   hand.  Seeing no hand.
22             The first part of any trial is called the voir dire,
23   or voir dire examination, people pronounce it differently.  I
24   will ask Ms. Richardson to please administer the oath.
25        THE COURTROOM DEPUTY:  All jurors rise.
```

 1          (Thereupon, the jury panel was duly sworn.)

 2          THE COURT:  All right.  Thank you so much.  You may be

 3     seated.

 4          The purpose of the voir dire examination is to attempt

 5     to determine if your verdict in this case would in any way be

 6     influenced by any experiences that you may have had, any

 7     opinions that you currently hold, or any special training or

 8     knowledge that you may possess.

 9          Please understand that the questions that will be

10     asked of you by the Court are not intended to pry into your

11     personal affairs or to embarrass you in any way.  I hope all of

12     you understand that it is important that we understand a little

13     bit about your background so the attorneys can make an

14     intelligent decision whether or not this would be an

15     appropriate case for you to serve.

16          This trial is estimated to last two to three days, and

17     it is never clear at the outset exactly how many days.  The

18     lawyers do their best to estimate so I can give you a realistic

19     expectation.  I will tell you that is on the shorter side, so

20     if you are not selected, you could be called up for a trial

21     that can last longer than that.  We have had trials that have

22     lasted a week, several weeks, even several months.

23          As far as trials go, it is on the shorter side of

24     trials, but if you are selected, you will be expected to

25     complete the trial.  If the estimate was wrong and it takes

                    Pauline A. Stipes, Official Federal Reporter

```
 1     four days, you will be expected to stay with us through the
 2     duration of the trial, but the lawyers best estimate, and they
 3     know the case well, is two to three days.
 4            We'll generally start at 9:00 a.m.  Today is the first
 5     day and is always different because that is the day we begin by
 6     selecting our jury.  Once you are selected, that is behind us,
 7     and then we get into the trial itself, which I will explain.
 8            Generally speaking, we will begin at 9:00 and I'll say
 9     that we will go until about 5:30.  Sometimes a witness is on
10     the stand and he or she may have several more than minutes, and
11     rather than having to call the witness back the next day, out
12     of convenience for the witness we may ask you to stay a little
13     bit longer so we can complete that witness.
14            I will be able to keep you posted throughout the day
15     and at the breaks as to how we are doing and whether we need to
16     stay longer on any given day.
17            We always let you break for lunch, we usually take
18     about an hour, maybe an hour and a few minutes over lunch hour.
19     We always give a mid-morning and a mid-afternoon break, which
20     gives you an opportunity to use the restroom, to stretch.  If
21     at any time you need a break and the Court hasn't called a
22     break, just raise your hand so the Court can accommodate you.
23     It is not intended to make you uncomfortable in any way.
24            I know you may be uncomfortable now sitting on those
25     hard benches, but if you are selected, those of you who are,
```

Pauline A. Stipes, Official Federal Reporter

```
 1   will move over to these comfortable white seats that are padded
 2   and cushioned and have arms, so you certainly will be more
 3   comfortable during the duration of the trial.
 4          I really hope that all of you recognize that jury
 5   service is an important part of your citizenship.  It is an
 6   opportunity for you, the citizen, to participate in the
 7   judicial process by which the rights and liberties of your
 8   fellow citizens are determined.  It is a high calling, and I
 9   hope all of you would want to serve, and if you do serve, you
10   will find this to be a rewarding experience.
11          I know your time is valuable, and the attorneys know
12   your time is valuable, so well collectively will do everything
13   we can to ensure that your time is not wasted.
14          Now I am going to summarize the charges in this case.
15   The charges are set forth in a document called a superseding
16   indictment, it's either an indictment or a superseding
17   indictment.
18          Let me emphasize that charges that appear in an
19   indictment or a superseding indictment are merely formal
20   charges against the Defendant, in this case Ms. Suzanne Ellen
21   Kaye, it is an accusation.  The indictment or the superseding
22   indictment is not evidence and is not to be considered by you
23   as any proof of guilt.
24          I read the summary of the charges so I can get a sense
25   as to whether anybody has any knowledge about the case, about
```

Pauline A. Stipes, Official Federal Reporter

```
 1    the charges in this case.  So listen carefully because I will
 2    turn to you afterwards to ask you whether anybody knows
 3    anything about this case.
 4         The Defendant, Suzanne Kaye, has been charged in a
 5    superseding indictment with two counts of making an online
 6    threat, in violation of Title 18 United States Code, Section
 7    875(c).
 8         The Government alleges that the Defendant, Suzanne
 9    Kaye, on or about February 1, 2021, did knowingly transmit in
10    interstate commerce two communications containing true threats
11    to injure the person of another, that is, agents from the
12    Federal Bureau of Investigation, in two videos posted on social
13    media platforms sent through the internet.
14         In one video the Defendant allegedly stated in part
15    that she would, quote, "shoot your" -- and there's an expletive
16    -- "ass if you come here," end of quote, and the attorneys will
17    more fully describe this information through the evidence they
18    present and in their opening statements.
19         And in the second video the Defendant allegedly stated
20    in part that she will, quote, "shoot your" -- expletive -- "ass
21    if you come to my house," end of quote.
22         I instruct you that the -- again, the superseding
23    indictment or formal charge against the Defendant is not
24    evidence of guilt.  The law presumes Ms. Kaye is innocent.  She
25    does not have to prove her innocence or produce any evidence at
```

1    all.  The Government must prove each and every element of the

2    crime charged beyond a reasonable doubt, and I will instruct

3    you as to the elements of the crime at a later time.

4            So, first, is there anyone here in the courtroom who,

5    based on my summary of the charges, knows anything about the

6    case?  If so, please raise your hand.  Seeing no hands.

7            And is there anyone who cannot accept the legal and

8    constitutional proposition that the law presumes Ms. Kaye is

9    innocent, that she does not have to prove her innocence or

10   produce any evidence at all, and it is the Government who must

11   prove each and every element of the crime or crimes charged

12   beyond a reasonable doubt?

13           Is there anyone who cannot follow that law?  If so,

14   please raise your hand.  Seeing no hands.

15           Now, as you heard from my summary of the charges, the

16   case involves the use of social media.

17           Many of you may use social media in your daily lives,

18   and you may have certain views about how social media should be

19   used.  However, your personal views about social media, and

20   quite frankly, your personal views about anything, should not

21   and cannot interfere with your duties and responsibilities as

22   jurors to listen to the evidence and to render a fair and

23   impartial verdict based only on the evidence presented here in

24   court and the law that I will provide to you.

25           We fully recognize that when you come to court as

```
 1   jurors, you are mature adults, some older than others, but you
 2   have lived lives and have had experiences and have formed
 3   opinions about issues, and that is fine.
 4        If we precluded all jurors who held an opinion or had
 5   an experience, we would never ever be able to pull up jurors,
 6   but the critical distinction is that we want to ensure that
 7   among our jurors we have individuals who, despite their
 8   experience and their opinions, are not going to let those
 9   experiences and opinions get in the way of doing two primary
10   things that you are required to do as jurors.  Really, that is
11   all, but they are important things.
12        You have to listen carefully to the evidence, because
13   the evidence is what informs you as to the facts of the case.
14   You can believe them or not, and we will talk about credibility
15   of witnesses, and things of that nature, later on when I
16   instruct you on the law.  But you have to listen, you have to
17   take in the information that is presented to you, and I will
18   tell you how that is presented in a moment.
19        Then you need to listen to the law.  Only I give you
20   the law.  You can agree with it or disagree with it.  You could
21   have been aware of it or don't have to have been aware of it.
22   You are not expected to know the law, you are not expected to
23   be lawyers or legal scholars, but you must listen to the law
24   and yo must follow the law, and you must apply the law to the
25   facts as you learn them through the evidence and you render, if
```

Pauline A. Stipes, Official Federal Reporter

```
 1    you are selected, a fair and impartial verdict.
 2            That is your charge as a juror.  It is a high calling,
 3    as I said, it is important, and it is one that really is a
 4    privilege for you to be able to fulfill as a citizen of this
 5    country.
 6            So, with that backdrop, is there anyone here who
 7    cannot listen to the evidence, follow the law, and render a
 8    fair and impartial verdict?  If so, please raise your hand.
 9            There is one hand raised, so I need to know the juror
10    number.
11            THE JUROR:  29.
12            THE COURT:  And we will revisit that later, but I want
13    to make a note of it now.
14            I see no other hands.  I see one other hand, and that
15    is juror number?
16            THE JUROR:  8.
17            THE COURT:  Is it 8?
18            THE JUROR:  8.
19            THE COURT:  Okay, juror number 8.
20            Any other hands?  Seeing no other hands.
21            The burden of proof in this case is on the Government.
22    The burden is on the Government to prove through production of
23    evidence beyond a reasonable doubt each offense charged.
24            You are to consider the evidence as it applies to each
25    charge and each defendant -- in this case there is just one
```

```
 1    defendant -- so as it applies to each charge against the
 2    Defendant.
 3            The Government, as I said, has to prove its case
 4    through the production of evidence.  So let me elaborate on
 5    what evidence is.
 6            The most common source of evidence is witnesses who
 7    will come into the courtroom, they generally come to that seat
 8    where I am pointing to the right.  They are sworn in to tell
 9    the truth, they take an oath, and they provide testimony from
10    the witness stand, and you listen to that testimony.  There is
11    usually an examination of the witness, sometimes a
12    cross-examination, even sometimes a redirect examination, and
13    that is the kind of evidence that comes through a witness.
14            The second most common source of evidence is tangible
15    exhibits, documents, things that you can see, touch, maybe a
16    video, maybe a piece of paper, and you can even take it back to
17    the jury room when you go to deliberate.  So, even though the
18    attorneys may show you the evidence in open court, often the
19    evidence goes back to the jury room for you to review it again
20    should you want to when you are deliberating.
21            The third source of evidence is matters which the
22    parties may stipulate or agree to.  The Defendant is not
23    required to stipulate or agree to anything, but should they
24    agree to something, that is a form or source of evidence that
25    you should consider just like any other source of evidence.
```

```
 1              The fourth source of evidence is matters in which the
 2      Court may take judicial notice.  That could be laws, court
 3      records of this jurisdiction, matters of common knowledge.
 4      These are the most common sources of evidence.
 5              Your function of jurors is to decide what evidence is
 6      reliable and you, as jurors, have the right to believe or
 7      disbelieve all or any part of the testimony of any witness in
 8      the case.  You, and exclusively you the jury, will determine
 9      what the facts of this case are, and it is the Court's
10      responsibility to determine all issues relating to the law.
11              The Court does that in two ways, to rule on objections
12      made by the lawyers, and to instruct you at the end of the case
13      on all the laws you will need in order to decide the case.
14              When the lawyers make objections that relate solely to
15      matters of law totally within the Court's province, you should
16      not pay any attention to the objections.  Lawyers have a duty
17      to make all objections that they deem appropriate.  You should
18      not speculate on why they made an objection.
19              If the Court sustains an objection, and the witness is
20      not permitted to answer the question, you shouldn't speculate
21      on what the witness might have said had he or she been
22      permitted to answer.  That is a matter of law not within your
23      province.
24              As I said, at the end of the case it is the Court's
25      job to instruct you on the law that pertains to this case.  Not
```

1    only will I read the law to you, each juror will be entitled to

2    your own instructions so you will have them in the jury room

3    when you review your verdict.  You will follow along with me

4    when I read them to you and you will bring them back with you

5    when you go into the jury room.  You will have access, and have

6    everything you need to fulfill your role as a juror.

7            The reason that we have you take an oath to follow the

8    law is, whether or not you agree with the law, you must follow

9    the law.

10           The verdict is your ultimate decision as to whether or

11   not the Government has met its burden of proving through the

12   production of evidence the Defendant's guilt as to each crime

13   charged beyond a reasonable doubt.

14           With respect to the verdict, that verdict must be

15   based, as I have said before, on two things:  The evidence

16   presented in the courtroom in your presence and the law that

17   the Court gives you.

18           Now, I want to read an important instruction to you

19   that will apply to you not only during this voir dire process,

20   but also for those of you when you are selected to serve as a

21   juror.

22           Our law requires jurors to follow certain instructions

23   regarding their personal conduct in order to help ensure a just

24   and fair trial.

25           Do not talk either among yourselves or with anyone

Pauline A. Stipes, Official Federal Reporter

1    else about anything related to the case.  You may tell the

2    people with whom you live and your employer that you are a

3    juror.

4         Of course, right now you are not a juror.  When we go

5    on break before you are ultimately selected, you may be making

6    phone calls or communicating with people back home and your

7    status right now is a prospective juror.  Right now you are

8    permitted to tell somebody you are a prospective juror.  If you

9    are selected, you will be permitted to tell them you are a

10   juror and yo can give them information about when you are

11   required to be in court, but you must not discuss with them or

12   anyone else anything related to the case.

13        Do not at any time during the trial, including on

14   breaks, request, accept, agree to accept, or discuss with any

15   person any type of payment or benefit in return for supplying

16   any information about the trial.

17        You must promptly tell me about any incident you know

18   of involving an attempt by any person to improperly influence

19   you or any member of the jury.

20        Do not view or visit the premises or place where the

21   charged crime was allegedly committed, or any other premises or

22   place involved in the case, and you must not use internet maps

23   or Google Earth or any other program or device to search for a

24   view of any other location discussed in the testimony.

25        Do not read, watch, or listen to any accounts related

1    to the case which may be reported by newspapers, television,

2    radio, the internet or any other media.  Do not attempt

3    to research and fact, issue or law related to this case,

4    whether any -- whether by discussions with others, by library

5    or internet research or any other means or source.

6           In this age of instant electronic communication and

7    research, I want to emphasize that in addition to not talking

8    anyone face-to-face with anyone about the case, you must not

9    communicate with anyone about the case by any other means,

10   including by telephone, text messages, chat rooms, blogs, or

11   social networking websites such as Facebook, My Space, or

12   Twitter.

13          You must not provide any information about the case to

14   anyone by any means whatsoever, and that includes posting

15   information about the case or what you are doing on the case on

16   any internet device.

17          You must also not use Google or otherwise search for

18   any information about the case or the law that applies to the

19   case or the people involved in the case, including the

20   Defendant, the witnesses, the lawyers, or the judge.

21          It is important that you understand why these rules

22   exist and why they are so important.

23          Our law does not permit jurors to talk with anyone

24   about the case or to permit anyone to talk to them about the

25   case only jurors are authorized to render a verdict.  Only you,

```
 1    once you have been selected, will have been found to be fair
 2    and only you will have promised to be fair.  No one else is so
 3    qualified.
 4            Our law does not permit jurors to talk among
 5    themselves about the case until the Court tells them to begin
 6    deliberations because premature discussions can lead to a
 7    premature final decisions.
 8            Our law does not allow you to visit a place discussed
 9    in the testimony.  First, you can't be sure that the place is
10    in the same condition as it was on the day in question.
11            Second, even if it were in the same condition, once
12    you go to a place discussed in the testimony to evaluate the
13    evidence, in light of what you see, you become a witness, not a
14    juror.  As a witness, you may not -- you may now have a
15    mistaken view of the scene that neither party may have a chance
16    to correct, and that is not fair.
17            Finally, our law requires that you not read or listen
18    to any news accounts of the case, should there be any, and that
19    you not attempt to research any fact, issue, or law related to
20    the case.
21            Your decision must be based solely on the testimony
22    and other evidence presented in the courtroom.  Also, the law
23    uses phrases in special ways, so it is important any
24    definitions you hear come from me and not from any other
25    source.  It wouldn't be fair to the parties to base your
```

Pauline A. Stipes, Official Federal Reporter

 1   opinion on some reporter's view or opinion or someone else's

 2   opinion or upon information you acquire outside the courtroom.

 3          These rules are designed to guarantee a fair trial and

 4   our law sets forth serious consequences if the rules are not

 5   followed.

 6          I trust that you understand and appreciate the

 7   importance of following these rules and in accord with your

 8   oath and promise, I know that you will do so.

 9          I am going to read a few names of potential witnesses

10   in this case.  They may or may not be called or their names may

11   or may not be mentioned.  I just want to see whether anyone has

12   any knowledge or knows any of the individuals.

13          Supervisory Special Agent Paul Allen.  If anybody

14   knows him, please raise your hand.  Seeing no hands.

15          Special Agent Arthur Smith.  Seeing no hands.

16          And lastly, Special Agent Jeff Youngblood.  Seeing no

17   hands.

18          All right.  I want to thank you for your careful

19   attention to these opening remarks, and now we are going to ask

20   you to participate a little bit.

21          Each of you should have a piece of paper in your hands

22   which are the questions that I am going to go over with you.

23          The way we are going to do it is, we are going to

24   begin with juror number 1.  Juror number 1 is over against the

25   wall in the first row.  And each juror, when the juror is

Pauline A. Stipes, Official Federal Reporter

 1   answering the questions, is going to stand up, is going to be

 2   handed a microphone, you can lower your mask, and you are going

 3   to go through the 17 questions.  You don't need to read the

 4   questions, and you don't need to repeat pretty much what is

 5   there.

 6           So, an example might be, standing up, I am juror

 7   number 1, I work -- I have worked as a nurse for ten years.  I

 8   live in the Boynton Beach area, I've lived there for 15 years.

 9   I am married, my spouse works as a manager in a technology

10   store, and you kind of go down each of the questions that way.

11           Sometimes jurors, when we get into it a little bit,

12   because you have had time to study the questions, I have had

13   jurors stand up because they have reviewed it and they will go

14   through the answers to, say, the first eight questions, and

15   maybe starting at number 9, they will say, for questions 9

16   through 17, my answer is no.

17           That is efficient, it is not necessary, but if you

18   have the time to review the questions and you know the answer

19   is no to a number of them, you can say questions 9 through 12,

20   the answer is no.  There are all sorts of ways to proceed in an

21   efficient manner.

22           Sometimes, based on an answer you give, I might have

23   followup questions.  Just wait and see if there are followup

24   questions that I might have in response to any answers that you

25   give me, and we will work our way through all of our

```
 1    prospective jurors so that we can gather the information that
 2    we need for the attorneys on behalf of their clients to make a
 3    selection as to who among you shall be selected as fair and
 4    impartial jurors in this case.
 5    BY THE COURT:
 6    Q.  With that, if we could begin with juror number 1.
 7    A.  Hi, I am juror number 1.  I am currently a work study
 8    student at the University of Central Florida.  I have been in
 9    West Palm Beach most of my life.  Loke I said, I am a student
10    at the University of Central Florida.  I have been in West Palm
11    Beach for 19 plus years.  I am single.  I have no children.
12        I'm part of two club organizations at school.  I have no
13    present military service.  I have no family members or friends
14    in the Criminal Justice System.  I have no family members that
15    have been victim of a crime.  I have not witnessed a criminal
16    matter.  I have had a family member that is accused of a crime.
17        I will say my religious will have effect on judgment of a
18    person.  I have never served on a jury before.  I do not have
19    no physical, emotional, or language difficulties, and any
20    information I would add, I am a current student at the
21    University of Central Florida, so it may impact me to even stay
22    here because currently I have to come here from Orlando to be
23    present, so I am a student.
24    Q.  Okay.  Let me followup, juror number 1, on a couple things.
25        Number one, are you currently enrolled in the University of
```

```
 1   Central Florida as a student over the summer?
 2   A.  Not now.
 3   Q.  No classes this summer?
 4   A.  No.
 5   Q.  What are you doing this summer?
 6   A.  Like I said, I am part of organizations and we have
 7   meetings.
 8   Q.  You are not in class?
 9   A.  No.
10   Q.  Okay.  And you indicated that you have a family member who
11   has been accused of a crime.  Can you tell me about that?
12   A.  I will say my older brother, when he was in high school, he
13   did steal something in the mall before.
14   Q.  He stole something in the mall?
15   A.  Yes.
16   Q.  What happened to him?
17   A.  You asked for the item?
18   Q.  Was he arrested or did anything happen to him?
19   A.  Yes, he was arrested and put in jail for a few days.
20   Q.  Did he eventually go to trial?
21   A.  I think he was let go.
22   Q.  Okay.  How long ago was that?
23   A.  I would say around four or five years ago.
24   Q.  Okay.  Is there anything about that experience that would
25   interfere with your ability, if you were selected, to serve as
```

1  a fair and impartial juror in this case?

2  *A.*  I would say yes.

3  *Q.*  How is that?

4  *A.*  In deciding if things are wrong, against the law, I guess.

5  *Q.*  Would you be able to follow the law that the Court gives

6  you and listen to the facts?

7  *A.*  Yes, ma'am.

8  *Q.*  Okay.  Would either side be disadvantaged in any way

9  because of your experience with your brother?

10  *A.*  No, ma'am.

11  *Q.*  Would either side have an advantage because of the

12  experience you had with your brother?

13  *A.*  No, ma'am.

14  *Q.*  Could you fulfill your job as a juror in listening to the

15  facts and following the law and rendering a fair and impartial

16  verdict?

17  *A.*  Yes, ma'am.

18  *Q.*  Do you live here or do you live in Orlando?

19  *A.*  Currently, I live in Orlando.

20  *Q.*  Do you have any place to stay should you be selected to

21  serve here as a juror here in West Palm Beach?  I take it your

22  residency is here.

23  *A.*  Yes, my parents' house.

24  *Q.*  Is that convenient for you?

25  *A.*  Yes, ma'am.

```
 1   Q.  Tell me about -- you answered your question about your
 2   religion and that it could interfere.  Tell me about that.
 3   A.  My religion is Christianity, so if my moral belief -- I
 4   don't agree with something, it can be based off my moral belief
 5   or my religion.
 6   Q.  Okay.  So, for example, if I give you the law in this case,
 7   which I will at the end of the case, I will tell you the law
 8   that you must follow, what I need to know is will you follow
 9   that law because I told you that it is the law you must follow,
10   or might you say, because of my religious belief, I don't agree
11   with that law, or I don't like that law, or I don't believe in
12   that law, so I am not going to follow it?  I will follow my
13   religion, and not what the judge has told me the law is.
14        That is what I need to understand.
15   A.  I will say I will follow it, but I won't agree to it.
16   Q.  As I said earlier, you don't have to know the law and you
17   don't have to agree with it, but you must follow it, you must
18   follow it.
19        My question is, will you, if you are selected, follow the
20   law that the Court gives you?
21   A.  Yes, ma'am.
22   Q.  Okay.  Thank you very much.
23        Now we will go to juror number 2, please.
24   A.  Yes, I'm juror number 2, I am a teacher for the last 37
25   years, I live in Boynton Beach for the last 30 years.  I am
```

Pauline A. Stipes, Official Federal Reporter

```
 1   married, my wife is an HR person at WHL public television.  We
 2   have no children.
 3        Hobbies are reading, watching TV.  I have not been in the
 4   military.  None of my family members are employed in the
 5   Criminal Justice System.  Number 11 and number 12 and number 13
 6   are all no.  Number 14, no.  I have served on a jury.  It was a
 7   criminal trial many years ago.  We reached a verdict, and I did
 8   not serve as the foreperson, I don't think.
 9        I don't have any physical, emotional difficulties that
10   might hamper, and I have no reason that I wouldn't be able to
11   do the time or make a decision about the jury.
12   Q.  Thank you so much, juror number 2.
13        Juror number 3, please.
14   A.  I'm juror number 3, I am not currently employed, but in
15   high school I was a cart attendant at Target for about a year.
16   I am currently living in Lake Worth.  I have been a Palm Beach
17   County resident since 1994, if I am not mistaken.  I am single,
18   I don't have -- I am single, I don't have children.
19        My hobbies is reading world news, national news,
20   technology, sciences, and helping people fix think pads, mobile
21   devices.  I do not have prior military service.  I do not have
22   any family members in the Criminal Justice System.  I have
23   cousins that were victims of a crime, house robbery, but not
24   family member within -- like parents or siblings.
25        I have not been a witness in a criminal matter.  I have not
```

Pauline A. Stipes, Official Federal Reporter

```
 1   had any family member or close friend accused of a crime.  I
 2   was baptized as a Catholic, but I am not religious.  I have not
 3   previously served as a juror.  I do not have physical,
 4   emotional, or language difficulties that would hamper my
 5   performance as a juror.
 6        For question 17, I have a father that was admitted to the
 7   JFK Hospital last week, on a Tuesday, and I have been focusing
 8   my attention taking care of him as he is recovering from
 9   gallbladder issues, gallbladder and liver issues.
10   Q.  Okay.  Let me followup here.
11        You indicated that you had some family members, you said,
12   who had been accused of a crime?
13   A.  No, no family members accused of a crime.
14   Q.  Maybe a victim.
15   A.  Victim, yes.
16   Q.  Okay.  Can you tell me about that?
17   A.  Yes.  There was a period in my neighborhood where people
18   were robbing houses, and my cousins, they were not at home at
19   the time, and someone came in, broke their window and stole
20   their personal possessions, and it was not just them, it was
21   several neighbors.
22   Q.  Is there anything about that experience that would affect
23   your ability to be a fair and impartial juror if you were
24   selected here?
25   A.  No, ma'am.
```

```
 1    Q.  I am sorry to hear about your father.  You said he was
 2    admitted last week to the hospital.  Is he still in the
 3    hospital?
 4    A.  Yes, ma'am.
 5    Q.  And do you know how much longer he is supposed to be in the
 6    hospital?
 7    A.  No.  The doctors and nurses, physicians, the people working
 8    there are still treating him.  He is supposed to undergo a
 9    gallbladder surgery tomorrow.
10    Q.  Okay.  Would you otherwise be planning on being there?
11    What role have you been playing with your father?
12    A.  For every day since he has been admitted, I have been
13    staying with him to take care of his needs of going to the
14    bathroom, making sure he is being fed, making sure that he is
15    coughing correctly when he is in bed.  Sometimes I need to wake
16    him up and address the angle of sleep.  I have to translate
17    with the people because he doesn't speak English.
18    Q.  Are you his primary family member with him?
19    A.  I and my mother, but she also does not speak English too
20    well.
21    Q.  Would you be thinking about your father if you were
22    selected here and perhaps find it difficult to give your
23    undivided attention to this case in light of your father's
24    situation, or do you believe you could give your undivided
25    attention should you be selected?
```

 1   *A.*  I don't believe I could give my undivided attention if I am

 2   selected.

 3   *Q.*  If you are not selected, you would be going back to the

 4   hospital to be with your father?

 5   *A.*  Yes, ma'am.

 6   *Q.*  Thank you so much, juror number 3, I appreciate your

 7   answers.

 8        Okay.  So, moving along, juror number 4.

 9   *A.*  Juror number 4.  I am occupied with Homeland Security, TSA,

10   for the past 20 years.  I live in Riviera Beach, Florida for

11   the past 13 years.  I am married, my wife works for Jupiter

12   Medical.  We have three little ones ages 8, 6, and 5.

13        I enjoy sports, traveling, and spending time with my

14   family.

15        Questions 9 through 13 is no.  14, my religious beliefs

16   would be hard on me dealing with the case.  I am a Jehovah's

17   Witness.  I never served as a juror before, so no to that.  No,

18   I don't have any physical or emotional problems, and 17, the

19   only thing, I have vacation coming up.

20   *Q.*  When is your vacation?

21   *A.*  It starts next week.

22   *Q.*  Okay.  It won't interfere with that.  You can take a sigh

23   of relief on that one.  Let's ask you about your religion, only

24   because you brought it up, in terms of -- I want to make sure I

25   understood in answer to number 14.

```
 1        To be clear, as I said, everybody comes into the courtroom
 2   with experiences and opinions, they most certainly could also
 3   come in with certain religious or moral beliefs, but the
 4   question becomes would those religious or moral beliefs get in
 5   the way, prevent you from deliberating with your fellow jurors
 6   and following the rules that I have outlined for the jury,
 7   which is that you have to listen to the facts and the evidence,
 8   listen to the evidence that comes in, which will establish the
 9   facts of the case, and then you need to follow the law.
10        Even if you disagree with it, you must follow the law and
11   apply the law to the evidence, and be able to deliberate with
12   your fellow jurors to reach a verdict that is fair and that is
13   impartial, that is, that no religious or moral beliefs get in
14   the way of it or any other belief or opinion.
15        So I want to make sure I understand.  Can you do that?
16   A.   Yes.
17   Q.   So no religious belief would get in the way of that?
18   A.   No.
19   Q.   Okay, thanks.
20        All right, juror number 5.
21   A.   I am juror number 5, I am a real estate developer.  I have
22   been doing it for the last five years -- four years.  Prior to
23   that, for about 30 years I have been consumer electronic
24   entrepreneur.  I live in Boca Raton, I have been in Palm Beach
25   County for about 21 years, and I am married.  My wife is an art
```

```
 1    therapist.
 2    Q.  Art therapist.  Okay.
 3    A.  I have a 19 year old daughter who lives in New York, she is
 4    in college, and I didn't serve in the U.S. military, but I did
 5    serve in the IDF, and the answer for ten to 14 is no.  I did
 6    serve as a juror in a civil case, and it is a no for the rest.
 7    Q.  Okay.  So, just for the record, when you say IDF, could you
 8    say what that is?
 9    A.  Israeli Defense Forces.
10    Q.  Okay.  When you were a juror, did the jury reach a verdict?
11    A.  Yes.
12    Q.  Were you the foreperson?
13    A.  I happened to be the one, yes.
14    Q.  You were the foreperson, okay.  Okay.  Thank you.
15        Juror number six, please.
16    A.  I am juror number six, I am a social media marketer.  I
17    have lived in Boynton Beach for 20 years.  I am not married, I
18    don't have any children.
19        My hobbies are holistic medicine and thrifting.
20    Q.  And what?
21    A.  Thrifting.  I have not been in the military.  I don't have
22    any -- the rest are all no.  10 through 17 are all no.
23    Q.  All right.  Thank you so much.
24        If we go to juror number 7, please.
25    A.  Juror number 7, my occupation is a -- I run an industrial
```

1    codings company.  I have lived in Loxahatchee for five years.

2    Length of time in the community is five years.  I am married,

3    my spouse is a massage therapist.  I have three children, ages

4    20 through 26, two are in the military, one in is college.

5        Hobbies are yard work, as we all know down here.  No prior

6    military service, and 10 through 16 would be a no.  And 17, I

7    have a little bit of a conflict.  My one son who is in the

8    military who I haven't seen for a year has leave and I booked a

9    ticket to the other side of the country to see him this

10   Thursday.

11   Q.  You have a prepaid ticket on Thursday?

12   A.  Yes.

13   Q.  Okay.  All right.  Thank you so much.

14   A.  Thank you.

15   Q.  Juror number 8, please.

16   A.  I am juror number 8, my occupation --

17   Q.  If you are going to keep your mask on, which is fine, but

18   we will have to have you speak much louder.

19   A.  I am a registered nurse for over 25 years.  I live in the

20   Lake Worth area, I have lived there seven years.  I am married,

21   my spouse is a technician.  I have a son 11 years old.

22       My hobbies are watching Court TV --

23   Q.  I'm sorry, hobbies are what?

24   A.  Looking at Court TV.

25   Q.  Okay.

1   *A.*  I have no one in the military.  10, no.  11, no.  12, no.

2   13, no.  Question 14, yes.  15, no.  16, no.  17, yes.

3   *Q.*  Okay.  Can you tell me about your yes answer to number 14

4   with respect to religious and moral beliefs?  Is that the basis

5   for saying yes to number 17?

6   *A.*  Yes.

7   *Q.*  Can you explain, please?

8   *A.*  I am a Christian, I think my beliefs will maybe not right

9   for the Defendant.  17, I was a victim of social media.

10  *Q.*  Okay.  So you believe, based on those experiences and

11  beliefs, that you would not be able to follow the law that the

12  Court gives you, apply it to the facts in this case and render

13  a fair and impartial verdict?

14  *A.*  Yes.  I might be a little biased.

15  *Q.*  So, the Government might be starting off perhaps advantaged

16  without you even hearing anything?

17  *A.*  Yes.

18  *Q.*  Okay.  You don't believe you can put those religious

19  beliefs aside, or those experiences aside, to be able to render

20  a fair and impartial verdict?

21  *A.*  I don't think so.

22  *Q.*  Okay.  Thank you so much.

23      Juror number 9.

24  *A.*  Hello.

25  *Q.*  Hello.

1     *A.*   I am juror number 9, my occupation, I am a bartender at

2     night and I do pool repair during the day.  I have lived in the

3     Acreage for the last 20 years.  My girlfriend would not allow

4     me to say I am single, so I am in a committed relationship.

5     *Q.*   We will get a transcript of this and make sure you get it.

6     *A.*   Okay.  She is a makeup artist and social media influencer.

7     Hobbies, I am a high school football coach.  No military

8     experience.  My brother is in law enforcement.  I have been the

9     victim of a crime, just small crimes.  I got robbed at an ATM

10    and my car was broken into before.

11        Never been a witness, many family members accused of

12    crimes, some convicted.  Religious or moral beliefs, no.  Never

13    previously served on a jury.

14        I did -- for 16 and 17, I did go through many years of

15    therapy because when I was under ten my family home was raided

16    by the DEA for an issue relating to my father.  He was not

17    convicted, but he was charged and I think it was pled out.  I

18    do think that would put the prosecution kind of at a

19    disadvantage.  I find it very hard to trust law enforcement,

20    and I have been through many court proceedings as a kid.

21    *Q.*   Are those feelings, based on your experience as a child,

22    ones that you simply don't feel you would be able to put aside

23    and keep an open mind, listen to the evidence, follow the law

24    and render a fair and impartial verdict?

25    *A.*   I do.  I think it would put the Government at a

1    disadvantage.  Like I said, I don't have any charges against me

2    ever, I have always been well behaved, but from family

3    experiences in the past it makes me kind of un -- distrusting

4    of Government officials and police officers.

5    Q.  Thank you so much.

6    A.  Thank you.

7    Q.  Let's go to juror number 10.

8    A.  Hello.  That is loud, sorry.

9    Q.  That is loud.  We can hear you.

10   A.  Okay.  I am juror number 10, I have worked for Publix

11   Supermarkets for 31 years.  Right now I am proverbially in

12   between jobs.  I have lived in Jupiter, Florida for 48 years.

13   I am single, no kids of course.  Children, none.

14       Hobbies, I love to surf, I love to travel, and I play

15   drums.  9 through 14 are no.  15, I was on three separate

16   juries, two got thrown out, and the last one was the guy got

17   off on a DUI.  16, of course, is no, and 17 is no as well.

18   Q.  Okay.  Were you the foreperson when you served on any of

19   those juries?

20   A.  I was not.

21   Q.  Okay.  All right.  Thank you so much.

22       Juror number 11.

23   A.  I am juror 11, I am an architect.  I have been in Jupiter,

24   Palm Beach Gardens area for the last 20 years.  I am married,

25   my spouse is an architect.  I have a son, 27, he's an

```
 1   architect, a daughter, professional ballerina.
 2       I travel, cook, paint.  I haven't be in military service.
 3   Number 10, yes, I do have friends that are lawyers and judges,
 4   and 11 to 17, my answer would be no.
 5   Q.  Okay.  Is there anything about the fact that you have
 6   friends who are lawyers and judges that would interfere with
 7   your ability to be a fair and impartial juror if you are
 8   selected?
 9   A.  No.
10   Q.  All right.  Thanks so much.
11       Juror number 12.
12   A.  Good morning.
13   Q.  Good morning.
14   A.  I am juror number 12.  My occupation is, I am in retail, I
15   have been working at the same place for 17 years.  I live in
16   Palm Beach Gardens, I have been there for 30 plus years.  I am
17   divorced.  I have two girls, one 27, she is a social worker,
18   and one 24 that works along with me at the same retail
19   location.
20       Hobbies would be cooking, napping, watching way too much
21   television.  No military service.  Number 10 through 14, no.  I
22   did serve on a jury in Chicago 30 plus years ago, it was a
23   civil, and there was a verdict and I was not the foreman.
24       Physical difficulties, I have pretty bad arthritis in my
25   knees, so keeping in the same position for a long time gets
```

```
 1   very painful.  Emotional, I have extreme anxiety, especially

 2   driving anxiety, so driving down here was very stressful for

 3   me.  No language difficulties.

 4       Any reason why I couldn't sit on the jury?  No, other than

 5   I have a doctor appointment on the 1st.

 6   Q.  That is on Friday?

 7   A.  Yes, I think so.

 8   Q.  I don't think we will be going through -- that is not the

 9   intention based on their estimation.  Let me confirm.  July 1st

10   is a Friday.

11       So, with respect to -- let's take the arthritis.  If you

12   are able to sit in a more comfortable chair and stand up from

13   time to time as you need to, or maybe be accommodated by taking

14   one of the end chairs so you could stretch out your knee, would

15   that alleviate discomfort?

16   A.  It's the sitting in the same spot for too long, and when I

17   stand up it is painful, and if I stand up for a long time, it

18   is painful.  It is being in the same spot for awhile.  If I am

19   able to stand up and stretch, yes, that would be helpful.

20   Q.  Okay.  And where do you -- you said -- where do you travel

21   from to drive here?

22   A.  Palm Beach Gardens.

23   Q.  And with respect to anxiety, both driving and also being

24   here, do you think it is a manageable type of anxiety?

25   Ultimately, there won't be this many people in the room, there
```

```
 1   will be those who are selected, you will have your own chair,
 2   and, you know, it will pretty much be like this, but with fewer
 3   people.  Witnesses will come in.  It is a relatively short
 4   trial, as I indicated, by the standards of trials.
 5        So, I guess only you will be able to tell me if you can
 6   manage it.
 7   A.  It is not the anxiety in here, it is the driving part.  I
 8   am already thinking about driving home.
 9   Q.  Is there anyone who might be able to assist you in driving?
10   A.  Possibly.
11   Q.  Do you have family members or friends who may be able to do
12   that?
13   A.  Possibly.
14   Q.  Do you think that would help, you wouldn't worry about the
15   driving if someone could help you?
16   A.  Yes.
17   Q.  Is that something that maybe on our break you can make a
18   phone call, not talk about the case, follow the rules that I
19   have outlined clearly, but simply ask, if I am selected, could
20   you drive me, pick me up for two to three days?  Is that
21   something you could inquire about and report back to us?
22   A.  Yes.
23   Q.  That is really the anxiety part of it, it is the driving?
24   A.  Yes.
25   Q.  All right.  So, if I could just have you let us know after
```

Pauline A. Stipes, Official Federal Reporter

```
 1   we break, and you are able to make a phone call about the
 2   driving, that would be helpful for us to know.  Okay?
 3   A.  Okay.
 4   Q.  Great.  Thank you so much.
 5       Juror number 13.
 6   A.  Hello, I'm juror 13.  Occupation, office manager.  I live
 7   in Loxahatchee for the last 20 years.  I'm married, my spouse
 8   is an electrical contractor.  I have two adult stepchildren, 35
 9   and 37.  My hobbies are gardening, cooking, and taking care of
10   my eight cats.
11       No, number 9 through 14 is no.  I have served on a jury,
12   criminal, we did reach a verdict and I was not a foreperson.
13       Number 16 is no.  Here comes the tricky part, number 17.
14   My mother-in-law is in her final stages of Parkinson's.
15   Q.  Okay, sorry to hear that.  Does she live with you?
16   A.  For two years.  We just recently two months ago put her
17   into a facility.  She had a bad fall on the 15th and she -- now
18   we found out on Friday she has pneumonia, and my husband today
19   is getting her in hospice.
20   Q.  I am sorry to hear that.  With respect to your needs at
21   this time, do you feel that you would for the next two to three
22   days be able to serve and not be focused on or distracted from
23   the trial about the state of your mother-in-law, or do you
24   believe that would be too difficult to do?
25   A.  Unfortunately, it is going to be too difficult for me to
```

1    focus.

2    Q.  Okay.  All right.  Thank you so much.  And I am sorry about

3    your mother-in-law.

4    A.  Juror number 14, I am retired, I live in Loxahatchee, I

5    have been out there for 32 years.  I am married, spouse's

6    occupation, she is a case manager at HCA Hospital.  I have

7    three children, 33 to 26, all in the medical field.  Hobbies

8    are boating, grandchildren, and yard work.

9        9 through 14 are no.  I have served on a jury, civil, we

10   came to a verdict, and I was not the foreperson.  16 and 17 are

11   no.

12   Q.  Okay.  I'm noticing everybody is saying yard work, not

13   gardening.  It doesn't sound like it is quite as appealing as

14   someone saying gardening, but we will leave it at that.

15       Juror number 15.

16   A.  Number 15, I work for the Veterans Health Administration.

17   I live in Boynton.  I grew up here, but I have been in my home

18   for seven years.  I am married, he works in retail.  I have

19   three cats.

20       Hobbies are crafting and video games.  I have a prior

21   service in the Air Force, and 10 through 17 are no.

22   Q.  Okay, thank you so much.

23       Juror number 16.

24   A.  I have a problem because with my English now, too.

25   Q.  Okay.

```
 1   A.  I don't work now.  I live in Delray Beach.  I am married, I
 2   have children, three children, 37, 32, 35.  I don't understand
 3   the --
 4   Q.  You don't understand the rest of the questions?
 5   A.  No.
 6   Q.  So, is it fair to say you might not be able to understand
 7   everything that is said or presented here in court because of
 8   the language difficulty?
 9   A.  Yes.
10   Q.  Okay.  Have you had trouble understanding some of the
11   things we have already been saying?
12   A.  I don't know.
13   Q.  You don't understand?
14   A.  No.
15   Q.  Okay.  Thank you so much.  I appreciate that.
16       Juror number 17.
17   A.  Juror number 17, I am a supervisor at a retirement center
18   in Belle Glade.  I have been living there for 45 years.  I am
19   married, my wife is a union representative.  My children are
20   grown and gone.  My hobbies are sports, and no military
21   service.
22       Number 10 would be no.  Number 11, no.  Number 12, no.
23   Number 13, no.  And number 14, no.  I was on a jury five years
24   ago.  Number 16, no.  Number 17, no.
25   Q.  Okay.  What kind of a case were you on the jury?
```

1    *A.*  Civil case.

2    *Q.*  Civil case.  Did you reach a verdict?

3    *A.*  Yes.

4    *Q.*  And were you the foreperson?

5    *A.*  No.

6    *Q.*  Okay.  Thank you so much.

7        Juror number 18.

8    *A.*  I am juror number 18.  I am a social worker in child

9    welfare and live in the Lake Worth area for the past two years.

10   Prior to that, I grew up in the Chicago area, went to college

11   in Indiana.  I am single, no children.  I am in grad school

12   part time to get my Master's in social work and lead a ministry

13   in church, so there is not much spare time.

14       For 9 and 10, the answers are no.  For 11, my family had an

15   interesting situation with our next door neighbors growing up

16   where we experienced harassment and ended up getting a stop and

17   no contact order.  The father next door was arrested twice on

18   misdemeanor charges.  There were no further incidents.  I don't

19   think that would impact my involvement here today at all, and

20   then the rest is all no.

21   *Q.*  Just to be clear, was the issue with the neighbor, did it

22   ever result in any kind of a proceeding?

23   *A.*  My parents went to certain proceedings, but I was not

24   involved in it.

25   *Q.*  How old were you at that time?

1   *A.*  It was late elementary school through the beginning of high
2   school.
3   *Q.*  I know you said you don't think.  Do you have any doubt in
4   your mind as to whether anything about your recollection of
5   that experience would in any way impact your ability to be a
6   fair and impartial juror in this case?
7   *A.*  No, I do not.
8   *Q.*  No doubt whatsoever?
9   *A.*  No.
10  *Q.*  Okay, thanks so much.
11       Juror number 19.
12  *A.*  Good morning.  I am juror number 19, I have been an
13  occupational therapist for 13 years.  I have been in the Royal
14  Palm area for 23 years, and I am currently married.  My husband
15  is a City of Hollywood housing inspector, and we are currently
16  expecting our first child.
17       For hobbies, mostly family time and work.  For questions 9
18  through 16, all no.  Except for 17, I am waiting for a doctor's
19  appointment which I am supposed to find out today.  Hopefully I
20  can figure that out on break.
21  *Q.*  Is this a doctor's appointment that, if it is scheduled
22  for, let's say today or tomorrow or Wednesday, could it,
23  without any burden on you, be rescheduled for the latter part
24  of the week?
25  *A.*  It is originally scheduled for next week, but the doctor

1    needs it done this week, so that would be my only thing.

2    Q.  Do you think you will know on the break about that?

3    A.  Yes.

4    Q.  Okay.  So, will you, too, let me know with respect to the

5    doctor's appointment?

6    A.  Yes, ma'am.

7    Q.  Again, that would be permissible for you to inquire.  In

8    other words, you are not to speak about the case or anything of

9    that nature, but simply find out when the doctor's appointment

10   is scheduled.

11       I suppose if the doctor needs to see you this week, while

12   you are on the phone, if you are able without it being any kind

13   of a burden health or otherwise on you, if it could be at the

14   latter part of the week, that would clear your way for you to

15   serve as a juror, I would say Friday being best case scenario

16   in the event that the case goes beyond three days, although the

17   parties do not expect it to go beyond Wednesday.

18   A.  Yes, that should be no problem at all.

19   Q.  Great.  Thank you so much.

20       Juror number 20.

21   A.  I am juror number 20.  My occupation, i am currently an

22   elementary school crossing guard, as well as work at a local

23   hospital in registration.  I live in the Wellington area, I

24   have lived in Florida for 12 years.  I am married, my husband

25   is a sales rep for Boar's Head.  I have two children, 19 and

```
1    21, one at FGCU, one FSU.  My son is studying criminal justice,
2    my daughter, occupational therapy.
3         Hobbies, beach, boating.  I have no military service.  I do
4    have extensive friends and family members in law enforcement,
5    retired and currently.  I have never been a victim of a crime,
6    never witnessed a crime.  I do have a very close friend's
7    daughter that was killed in an accident New Years Eve after a
8    threat was made on social media.
9         I would have to say no to 14, 15, 16, and 17.
10   Q.  Okay.  So, with respect to your many friends who -- and
11   family members in law enforcement, given that I indicated that
12   there likely will be some witnesses who are in law enforcement,
13   is there anything about your relationships with friends and/or
14   family members who serve in law enforcement or have served in
15   law enforcement that would interfere with your ability to be
16   fair and impartial?
17        In other words, one question might be, if somebody starts
18   testifying and he or she has a law enforcement background, are
19   you going to give greater weight to his or her testimony, for
20   example, find him or her more believable because of the law
21   enforcement affiliation in light of your family members or not?
22   A.  I probably would say yes, but even more so, my friend's
23   daughter that was killed recently in the car accident, I am
24   more concerned with the social media aspect of this case and
25   being fair.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  That was the other question I was going to ask you.  In
 2    light of that experience, do you have any doubt as to whether
 3    you can put that experience aside and not have it interfere
 4    with your ability to be fair and impartial?
 5    A.  It would be difficult at this time.
 6    Q.  Okay.  Okay, thank you so much.
 7        Juror number 21.
 8    A.  I am juror 21, I am an operations analyst for a tech
 9    company, prior to that, I was in marketing.  I live in Lake
10    Worth, and I have for almost my entire life.  I am single, no
11    children.  Hobbies are coaching lacrosse, and 9 through 17 is
12    no.
13    Q.  Thank you so much.
14        Juror number 22.
15    A.  Good morning, juror 22.  I am the president and COO of a
16    high tech company, I have been in financial services for 25
17    years.  I have lived in Palm Beach Gardens for 15 years.  I am
18    married, three children.  My wife works -- she is a
19    stay-at-home mom, sorry.  Children's ages are 21, 19, and 17.
20        Hobbies, family, friends, and outdoor activities.  No prior
21    military service.  Friends that are attorneys, I have a few.
22    Family member, my father was a victim of a crime, he was held
23    at gunpoint.  I have never witnessed a crime, never been
24    accused of a crime, nor do I have any family members accused of
25    a crime.
```

1          No to 14.  No to 15.  No to 16.  And no to 17.

2     Q.  Okay, thank you so much.

3          Juror number 23.

4     A.  I am juror number 23.  I am a teacher, I have been a

5     teacher for 22 years.  I live in Jupiter, I have lived in

6     Jupiter for 25 years.  I am married, my husband works for a

7     telecommunications company in social media.  My children are

8     25, and in medical school, and the other one is 23, and works

9     in finance for Lockheed-Martin in Orlando.

10         No military service, nobody employed in the Criminal

11    Justice System.  Both neighbors on either side of me are

12    Jupiter police officers, which I am friends with.  I do have a

13    close friend that was a victim of a crime, which is kidnapping

14    and rape.  No moral beliefs.

15         I think everything else would be no.

16    Q.  With respect to your neighbors who are also your friends

17    who are in law enforcement, same question I recently posed to

18    the other juror:  Is there anything about your relationship

19    with your neighbors that would affect your ability to be a fair

20    and impartial juror should there be law enforcement witnesses?

21    A.  No.

22    Q.  So you would not give greater weight to their testimony or

23    find them more believable because they are law enforcement?

24    A.  No.

25    Q.  Is there anything about your friend's being a victim of

1   crime, the nature of the crime that you described, that would

2   affect your ability to be fair and impartial?

3   *A.*  The only thing about that is, the person who committed it

4   had stalked her for some time and made threats to her family,

5   and made threats even when he was already arrested from jail to

6   all of us that worked at the same school that she did.

7   *Q.*  Okay.  Were those threats made in person?

8   *A.*  They were made via -- this has been a while ago.  It wasn't

9   via social media, but it was via actually people in person,

10  yes.

11  *Q.*  Okay.  And so, in light of that experience, recognizing

12  that, you know, you have lived through that experience that

13  involved a friend of yours, can you keep that separate, that

14  incident?  Because, of course, it doesn't actually have

15  anything to do with this case at all, or the facts of this

16  case.  But nevertheless, do you believe you will be able to

17  keep that aside and not have it interfere, not influence you in

18  any way such that you could keep an open mind, listen to the

19  evidence, and apply the law to the facts -- to the evidence in

20  a fair and impartial way?

21       Can you do that?

22  *A.*  I feel that I can.

23  *Q.*  Any doubt in your mind?

24  *A.*  No.

25  *Q.*  Okay.

Pauline A. Stipes, Official Federal Reporter

 1    *A.*  Good morning, juror 24.  I am in marketing, been in

 2    marketing for 20 years.  I have lived in Boca Raton for 25

 3    years.  I am married, my husband is a teacher.  We have one

 4    child who is 12.

 5        Hobbies, sports, family, traveling through a pandemic.  No

 6    military service.  Family or friends in criminal justice,

 7    immediate family are lawyers, and friend, a chief of police.

 8        Family members victim of a crime, no.  Ever been a witness

 9    to a criminal matter?  No.  A close friend was recently accused

10    of an internet crime and convicted.  Moral beliefs, no.  Have I

11    previously served on a jury?  No to 16.

12        And 17, yes.  Prior to the school year ending recently, my

13    husband had to hide in a closet at school because of threats

14    that were internet or called into the school, and had to wait

15    for SWAT to release them.

16    *Q.*  Okay.  You mentioned a couple of things.  You are friends

17    with a chief of police; is that correct?

18    *A.*  Correct.

19    *Q.*  And anything about your friendship with the chief of police

20    that would affect you ability to be fair and impartial in this

21    case should we have law enforcement testify?

22    *A.*  No.

23    *Q.*  You mentioned immediate family members are lawyers?

24    *A.*  My sister-in-law and brother-in-law.

25    *Q.*  What type of law do they practice?

Pauline A. Stipes, Official Federal Reporter

 1    *A.*  One is wills, and one is -- I can't remember -- goes to

 2    trials a lot.

 3    *Q.*  Anything about their practice of law and your relationship

 4    to them that would affect your ability to be fair and

 5    impartial?

 6    *A.*  No.

 7    *Q.*  I am sorry?

 8    *A.*  No.

 9    *Q.*  You also mentioned two things, that your close friend was

10    recently accused of an internet crime, and you mentioned

11    something related to your husband, who is a teacher, having to

12    hide in a closet waiting for a SWAT team.

13        Anything about either one of those two experiences that

14    would affect your ability to keep an open mind, listen to the

15    evidence, and apply the law to the evidence?

16    *A.*  Absolutely.  I was on the other end of the text waiting to

17    see if anything was happening.

18    *Q.*  With your husband?

19    *A.*  With my husband.

20    *Q.*  Was that recently?

21    *A.*  Toward the end of school year, yes.

22    *Q.*  Is it fair to say that you have a doubt in your mind as to

23    whether you can put that aside, even though those facts have

24    nothing to do with this case, you have a doubt in your mind as

25    to whether you can actually put them aside and listen to this

```
 1   case in a manner you would be required to as a juror?
 2   A.  Yes, ma'am.
 3   Q.  Okay.  Thank you so much.
 4       Juror number 25.
 5   A.  Hello.
 6   Q.  Hi.
 7   A.  I am juror 25, I am a teacher, I live in Juno Beach,
 8   Florida.  I have been a resident of Palm Beach County for the
 9   past 20 years.  I am married, my husband is a banker nearby.  I
10   have three children, two sons, one is in hospitality, another
11   son who is at FAU, and a daughter in college in New York.
12       My hobbies are surfing, not me surfing, watching other
13   people surfing.
14   Q.  The best kind.
15   A.  Going to the beach and walking my dogs.  I am not in the
16   military.  Everything else is no.
17   Q.  Okay.  All right.  Thank you so much.
18       Juror number 26.  You may proceed.
19   A.  Good morning.
20   Q.  Good morning.
21   A.  Juror number 26, I have been the loss prevention manager
22   for a construction company for the last ten years.  Prior to
23   that, I was a criminal justice professor in Puerto Rico and
24   private detective.
25       I recently moved to Lake Worth.  Prior to that, I was in
```

1    the Boynton Beach area, being ten years here in Florida.  I am

2    married, my wife works for Boca Raton General Hospital as a CAT

3    scan technologist.  I have three daughters, one 21 years old,

4    graduated from college with a minor in biology.  My other two

5    daughters are twins, four years old.

6        As a hobby, I like to play the guitar.  No prior military

7    service, and I do have several friends in the Criminal Justice

8    System, and from 11 to 17, the answer is no.

9    Q.  Okay.  And given your background as a criminal justice

10   professor in Puerto Rico and as a private detective, is there

11   anything about those experiences that you think would interfere

12   with your ability to be a fair and impartial juror?

13   A.  No, your Honor.

14   Q.  So, for example, if there were things you were aware of in

15   light of your teaching responsibilities in the area of criminal

16   justice, and you had a different opinion than the law I give

17   you based on your professional background, you would

18   nevertheless be able to follow the law that the Court gives you

19   and apply it to the evidence you hear?

20   A.  Yes, I will be able to apply the law.

21   Q.  Okay.  Thank you so much.

22       Juror number 27.

23   A.  Juror 27, and I am a bakery manager, living in Loxahatchee

24   19 years.  My husband passed away a year and a half.  I got two

25   childrens.  9 to 12 is no.

```
 1        13, my nephew was convicted.  I don't know exactly.  14,
 2   no.  15, no.  16, I understand maybe 75 percent what you guys
 3   said over here.  And 17 is no.
 4   Q.  Okay.  When you say 75 percent, so there are things that
 5   you don't understand?
 6   A.  Most of the things, yeah, most of the things I understand.
 7   A few words I really don't understand.
 8   Q.  Okay.  What did you say your profession was?
 9   A.  Bakery manager.
10   Q.  Bakery manager.  Do you have a concern that it is possible
11   when the witnesses are testifying, or the lawyers are speaking,
12   or documents are presented that you would not be able to read
13   them or fully understand them because you don't understand a
14   certain number of words?
15   A.  I probably understand.  If I don't, I can ask questions.
16   Q.  But without asking questions, you might not understand
17   everything?
18   A.  No.
19   Q.  In other words, you agree you might not understand
20   everything?
21   A.  Right.
22   Q.  All right.  Thank you so much.
23        Juror number 28.
24   A.  Good morning, I am juror number 28.  My occupation is a
25   technical placement specialist with Ford Motor Company.  I have
```

Pauline A. Stipes, Official Federal Reporter

```
 1   been there six months, prior to that, I was a civics teacher
 2   and a corporate trainer.  Although I have lived in Boynton
 3   Beach for the past five years, I have been a resident of Palm
 4   Beach County since 2001.
 5       I have been married for 29 years, my wife is a dance
 6   choreographer.  Children, adult children, one a dentist, and
 7   one just graduated with his MBA.  Hobbies, family time and
 8   working out.
 9       I do have a prior military service, I was with the Army.
10   And 10, my classroom mate, he is a retired Boston police
11   officer, and I have a cousin a lawyer.  11 through 17 are all
12   nos.
13   Q.  Anything about the relationship to the retired Boston
14   police officer, and I think you said a cousin who is a lawyer,
15   that you think would interfere with your ability to be a fair
16   and impartial juror?
17   A.  No.  No interference at all, your Honor.
18   Q.  Thank you.
19       Juror 29.
20   A.  Hi, I am juror number 29.
21   Q.  Hello.
22   A.  I am currently with -- I am currently a contractor for
23   Homeland Security.  Prior to that, I was a stay-at-home mom.
24   Q.  Do you have the microphone?
25   A.  No I do not.  All those people turning?  No.  If you need
```

```
 1  me to talk louder, I will.
 2  Q.  Let's have you talk louder.
 3  A.  That is not a problem.
 4  Q.  Start from the beginning.
 5  A.  I'm juror number 29, my occupation is, I am a contractor
 6  with Homeland Security as a disaster inspector.  Prior to that,
 7  I was a stay-at-home mom, and prior to that, I was project
 8  manager for field recovery and repair for aircraft damage.  I
 9  live currently in Delray.  Prior to that, I was a resident of
10  Boca Raton, prior to that, I am from Los Angeles.
11      I am currently a widow, I raised my children by myself.  My
12  children are graduates of UCF, one starting a Master's in
13  international law and relations, the other one is back in Los
14  Angeles.
15      Hobbies, in my spare time I am an avid outdoors person,
16  naturalist, and very much into native landscaping.  Prior
17  military service, no.  Are any of my family members employed?
18  No, but I have utilized lawyers quite extensively.  Victim of a
19  crime, yes, I have.  Have I been a witness in a criminal
20  matter?  Yes, I was subpoenaed as a witness in a Federal drug
21  crime.  Has anyone in my family been accused of a crime?  No.
22      Would my religious or moral beliefs preclude me from being
23  a juror?  Absolutely it would.  I have an extreme moral belief
24  there is no excuse whatsoever for the anonymity that is
25  provided in social media.
```

 1    *Q.*  Thank you, you have made it clear, in no uncertain terms,

 2    that you have an extreme moral believe that would interfere.

 3    Let's continue with the other questions?

 4    *A.*  Have I previously served on a jury?  No.  Do I have any

 5    physical, emotional, or language difficulties that might hamper

 6    my performance as a juror?  Absolutely.  I have extreme anger

 7    over social media.

 8    *Q.*  It is sufficient for you to tell me, so I understand.  And

 9    number 17, that is yes as well?

10    *A.*  Yes, I cannot sit on a jury.

11    *Q.*  All right.  Okay, thank you so much.

12    *A.*  Do you have any questions for me?

13    *Q.*  Not at this time.  Thank you.

14         Juror number 30.

15    *A.*  Juror number 30.

16    *Q.*  If we could have you stand up.  Thank you.

17    *A.*  I work in an architectural firm as a manager for the last

18    26 years.  I live in Palm Beach Gardens, Florida, I lived here

19    50 years.  I am married, my wife is a school teacher.  I have

20    two children, 22 and 24, both daughters.

21         Cooking for a hobby.  No military.  I have a nephew who is

22    a lawyer.  11 is yes, and 12 through 17 is no.

23    *Q.*  Okay, let me see number 11.

24         Is there anything about your answer to number yes -- that

25    is, whether you, family member, close friend have been a victim

Pauline A. Stipes, Official Federal Reporter

1   of a crime, that you believe would interfere with your ability

2   to be a fair and impartial juror in this case if you are

3   selected?

4   *A.*   No.

5   *Q.*   Okay.  Did you say your nephew was a lawyer?

6   *A.*   Yes.

7   *Q.*   Anything about -- what type of law, if you know?

8   *A.*   Contracts.

9   *Q.*   Okay.  Anything about his practice of the law that you

10  think would affect your ability to be a fair and impartial

11  juror in this case?

12  *A.*   No.

13  *Q.*   All right.  Thank you so much.  Excuse me one moment.

14      Can we finish that row?  Juror number 31.

15  *A.*   Good morning, your Honor, juror 31.  Occupation, I am an

16  insurance agent since 2001.  I was also an elected official for

17  ten years, a state elected official.  I live in west Delray

18  Beach and west Boca Raton for the past 22 years.  I am married,

19  my wife is a Rabbi.  I have four kids, a 25 year old in New

20  York, graduated FAU, a 23 year old in Baltimore NIH, graduated

21  University of Florida, and one just graduated University of

22  Florida, and a sophomore at University of Florida.

23      Hobbies, online genealogy, going to sports events, Howard

24  Stern.  I couldn't help that one.  Prior military, no.  Yes, to

25  number 10, I have a lot of family members who are attorneys,

1   none in the Criminal Justice System.  I have a lot of

2   acquaintances and friends in the Criminal Justice System based

3   on my being a state elected official.

4   *Q.*  Let me ask you this:  With all of your relationships and

5   contacts in light of your career, do you believe any of those

6   relationships would affect your ability to be a fair and

7   impartial juror if, for example, the examples I have given, we

8   have a law enforcement witness, would you be able to listen to

9   his or her testimony in the same way you would any other

10   testimony without giving greater credibility or placing greater

11   significance on his or her testimony because of your

12   relationship with persons in the Criminal Justice System?

13   *A.*  I think I could be fair and impartial.

14   *Q.*  Okay.

15   *A.*  Number 11, no.  12, no.  13, yes, my father.  14, no.  15,

16   yes, in the mid '90's, I was on a jury in New York City.  16,

17   no.  And 17, I have -- Tuesday to Thursday I am supposed to be

18   in a convention in Orlando.  I have my hotel and registration,

19   and something else, I'm acquaintance friendly with your

20   husband, and that is kind of about it.

21   *Q.*  Okay, let's break that down.

22   Your convention, is that Tuesday, as in tomorrow?

23   *A.*  Tuesday night, yes.

24   *Q.*  And you have -- you are going to drive?

25   *A.*  Correct.

1   *Q.*  You have hotel reservations?

2   *A.*  I do.

3   *Q.*  Is that a convention that you feel you could miss, because

4   clearly the trial would be at least going through tomorrow, or

5   is it something that would pose an undue burden in your view if

6   you were selected as a juror and had to miss the convention?

7   *A.*  I would prefer not to miss the convention.

8   *Q.*  Okay.  What is the nature of the convention?

9   *A.*  It is a state-wide association.

10  *Q.*  Okay.

11  *A.*  That I do private insurance business with.

12  *Q.*  Is anything prepaid at this point?

13  *A.*  Registration and hotel, but I can get it canceled.

14  *Q.*  You can?

15  *A.*  I will try.

16  *Q.*  Well, I wouldn't do anything right now, I am just trying to

17  get all of the information.

18      Is there anything with your friendship/acquaintance with my

19  husband that you believe would interfere with your ability to

20  be fair and impartial in this case?

21  *A.*  Not at all.

22  *Q.*  Thank you so much.  We have one more juror in that row and

23  then we will take a comfort break for everybody.

24      Juror number 32.

25  *A.*  Juror number 32, I have been a security officer for 22

Pauline A. Stipes, Official Federal Reporter

 1    years for the State of Florida.  For the last five years, I

 2    have worked as a firearms instructor, a gunsmith and in gun

 3    sales.  I have been in West Palm Beach for 25 years.  I am

 4    single, I have a grown daughter and grandchildren.  I am a

 5    competitive shooter, and I ride mountain bikes in my spare

 6    time.

 7        Ten years prior military service.  I do have a nephew that

 8    is serving time for armed robbery.  I have been a victim of a

 9    crime.  12 through 17 are no.

10    Q.  Okay.  And is there anything about your nephew, for

11    example, serving time and any experience he may have had with

12    the Criminal Justice System as a result of that, that would

13    affect your ability to be a fair and impartial juror if you are

14    selected as a juror in this case?

15    A.  No, your Honor.

16    Q.  You said you have been a victim of a crime.  Is there

17    anything about --

18    A.  That was a property crime, your Honor.

19    Q.  Nothing about that that would affect your ability to be

20    fair and impartial?

21    A.  No, ma'am.  I also have numerous friends in Federal, State,

22    and local law enforcement.

23    Q.  The same question I have asked others, you may hear from

24    law enforcement as witnesses in the case.  Can you treat them

25    as any other witness and not impute any greater weight to their

```
 1    testimony because of your friendships with others in law

 2    enforcement?

 3    A.  I don't have any problems with that, your Honor.

 4    Q.  Thank you so much.

 5         THE COURT:  Ladies and gentlemen, at this time, let me

 6    tell you what we are going to do.  You have been very patient,

 7    everybody has been very honest and efficient in answering the

 8    questions and my followup questions.  I very much appreciate

 9    it.  We have gotten through more than half, but we need to be

10    patient because we have the rest of the room to go through.

11         We are going to take a break.  You are allowed to go

12    out, use the restroom.  You can talk with one another, you can

13    have small talk, you know, where are you from, what do you do,

14    that kind of thing, although you probably now know a lot about

15    the first 32 of you.

16         What you cannot do is talk about anything related to

17    this case, nothing, even you finding it interesting, are you

18    bored, is this your first time.  Stay clear of all of that

19    information among yourselves or if you are to make any phone

20    calls, which you are permitted to do.

21         You may use your phones or whatever other electronic

22    devices you have to communicate with someone about matters

23    unrelated to this case.  You cannot send out messages related

24    to this case.  You cannot try to contact somebody through

25    Linked In who is sitting here in the courtroom, whether it is
```

1    another juror or any of the people here before you.

2            I try to remember to say all of these things because

3    we have had instances where, for example, somebody was actually

4    selected as a juror, looked up somebody involved in the case on

5    Linked In.  I thought I made it very, very clear that was not

6    permissible.  Should there be any doubt, that is not permitted.

7    Stay clear of anything related to the case.

8            For those of you who want to make phone calls, it is

9    okay to say you are at the Federal courthouse, it is possible

10   if you are selected you might be here two or three days.  So,

11   for the persons who needed to find out information about

12   driving and things of that nature, that is pertinent

13   information to see whether people can assist.

14           Beyond that, nothing whatsoever.  Err on the side of

15   caution.  If you are unsure, don't do it.  I don't want you

16   running afoul of my orders because then we have a problem, and

17   I really don't want that to be the case for any one of you.

18   You are giving your time to be here and we appreciate that and

19   let's keep it that way.

20           With that, you may be in recess for 15 minutes.  So,

21   it is 11:37, so we'll say close to five minutes to noon we will

22   have you come back, and we will try to finish this process so

23   we can get through the jury selection process before the lunch

24   hour, but lunch hour may come a little later today.

25           Once we select the jury, those of you not selected

Pauline A. Stipes, Official Federal Reporter

```
 1   will be excused.  Those of you who are selected, we will give
 2   you a lunch hour.
 3             I know there is a juror who is raising his hand.
 4             THE JUROR:  Can we walk to our cars?
 5             THE COURT:  You can walk to your cars, but be back in
 6   15 minutes.  Thank you all so much, and you may be excused.
 7        (Thereupon, the jury venire leaves the courtroom.)
 8             THE COURT:  All right.  Just a moment before I excuse
 9   you.
10             So, I would strongly urge you to not use the restroom
11   on this floor, so find another floor so you don't
12   inadvertently -- I did forget actually to tell them, I will
13   remember to tell them at the next break not to have any
14   interaction with you.  For now, you should just stay clear of
15   the jurors and obviously not communicate with them should they
16   say anything.  It would be easier if you go to a different
17   floor to use any restroom.
18             I do think that it would be helpful if you all have a
19   minute, go to the restroom, come back, confer with one another.
20   I do believe there are probably a number of jurors who you may
21   agree, based on their answers just to my questions, should be
22   excused.  I think that is helpful to know sooner rather than
23   later, so should you ask any questions or should I ask any
24   followup questions, that we don't pursue jurors whom we have
25   already identified as not eligible to serve on this jury.
```

Pauline A. Stipes, Official Federal Reporter

 1              I am not saying you have to, but should you agree, it

 2    might be helpful to acknowledge that, see if I agree, and we

 3    can excuse them for cause so no further inquiry needs to be

 4    made.  If you could spend a couple minutes with one another

 5    going over your list, that would be helpful.

 6              We should come back sooner, so why don't we say ten

 7    minutes, that we all should get back together at ten minutes to

 8    12:00, and the jurors will come back in at five minutes to

 9    12:00.  All right.  Thanks.

10         *(Thereupon, a short recess was taken.)*

11         *THE COURT:*  Okay, you may be seated.

12              So, I think what we will do, given that it is twelve

13    o'clock and I will bring the jurors back in, and we got through

14    32 of them, we are over half, but I suspect it could be another

15    hour for my questioning.  It think the prudent thing to do is

16    let them all go to lunch and bring them all back, and we can

17    discuss when we let them go, rather than cramming it in now,

18    which ones you agree to, we get that done.

19              Then we can field what questions you may have as

20    followup questions, so I can determine whether I should ask

21    them, you should ask them, it should be a combination of the

22    two, and then they come back, and we are ready to either ask

23    any final questions or not, and then be ready to go into our

24    conference to do the selection.

25              I think it is too late to aspire to have a jury by --

            Pauline A. Stipes, Official Federal Reporter

```
 1    before the lunch hour.  I have pushed the lunch hour until

 2    1:30, that is late, and I don't even know if we would get it

 3    done by then, it is already 12:00.

 4           Does that sound acceptable to you all?

 5           MR. DISPOTO:  Sure, Judge.

 6           MS. MILITELLO:  Yes.

 7           THE COURT:  You can sit tight with your charts because

 8    we'll do that after.  I will go through the rest and then I

 9    will give them an hour and 15 minutes or an hour and 20

10    minutes, so you have enough time as well.

11           All right, we are ready to bring them back in.

12        (Thereupon, the jury venire returned to the courtroom.)

13           THE COURT:  All right.  Welcome back, everybody, you

14    may be seated.

15           Do we have everybody?

16           Counsel, can I have you come up here for one moment.

17    We are going to come up here quickly, so you don't have to go

18    out again.  I will put the white noise on and go over something

19    very quickly with the lawyers.

20           (Thereupon, the following sidebar conference was had:)

21           THE COURT:  Melanie told me that juror 19, the doctor

22    wants to see her at 1:00.  I am going to excuse her now.

23           (Thereupon, proceedings at sidebar concluded.)

24           THE COURT:  Okay.  I know that there are two jurors

25    who were going to make a phone call.  Juror number 19, is it my
```

Pauline A. Stipes, Official Federal Reporter

```
 1   understanding that your appointment is at one o'clock today?
 2          THE JUROR:  Yes.  I called, and they said that they
 3   could see me today.  I'm sorry.
 4          THE COURT:  No problem at all.  I do not want you to
 5   miss your doctor's appointment, so I am going to excuse you
 6   right now so you don't have to miss it.
 7          Melanie, are there any further instructions for juror
 8   number 19?
 9          THE COURTROOM DEPUTY:  Continue calling the recorded
10   message until it tells you not to call anymore.
11          THE COURT:  Good luck with everything.
12          THE JUROR:  Thank you.
13          THE COURT:  I know that juror number 12 was going to
14   talk to us about the driving.  Juror number 12, were you able
15   to reach anybody to see whether anybody could assist you with
16   driving if you are selected as a juror?
17          THE JUROR:  I was not.
18          THE COURT:  You were not able to reach anybody?
19          THE JUROR:  Right.
20          THE COURT:  All right.  There may be another
21   opportunity as well.
22          I think I may modify what I said earlier about we
23   would do the jury selection before lunch.  We will see how long
24   it takes it, but it may take us the next hour to get through
25   the remaining jurors, and I don't want to keep you solate past
```

Pauline A. Stipes, Official Federal Reporter

1   lunch, so I will have everybody come back after the lunch hour

2   and at that point we can determine who will be selected and who

3   won't.  That will give you another opportunity to reach out and

4   other people may call you back.  Thank you for trying.

5   *BY THE COURT*:

6   *Q.*  With that, let's go to juror number 33.

7   *A.*  Juror 33, I am a billing clerk at a local car dealership.

8   I have lives in the Acreage for six and a half years.  I am

9   married, my husband is retired.  I have one adult child who is

10   a store manager, and four adult stepchildren.

11        Hobbies are cooking, gardening, and a lot of other things I

12   have neither time nor money for.  No past or present military

13   service.  10, my brother is law enforcement, as are two

14   nephews.  11, no.  12, no.  13, yes.  14, no.

15        15, yes.  Quite awhile ago I served as the alternate on a

16   jury in a criminal case, a verdict was reached.  16 and 17 are

17   both no.

18   *Q.*  Let me catch up with you there.

19        You said 13 was yes, that you or a family member or close

20   friend has been accused of a crime?

21   *A.*  Yes, my house was robbed twice, and on separate occasions

22   my vehicles were broken into.

23   *Q.*  Is there anything about those experiences that would affect

24   your ability to be a fair and impartial juror if you are

25   selected?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  No, ma'am.

 2   Q.  And did you say you served on a civil or criminal?

 3   A.  Criminal.

 4   Q.  You reached a verdict?

 5   A.  Yes.

 6   Q.  Were you the foreperson?

 7   A.  No.

 8   Q.  16 and 17 were no?

 9   A.  Correct.

10   Q.  Thank you very much.

11       Juror number 34.  Hold on one moment.

12   A.  Juror 34, coincidence, same age as me.  I am an independent

13   insurance agent, vice-president of the company.  I have lived

14   in Boca Raton most of my life.  I am single, but like juror

15   number 9, I have a girlfriend.  She would be upset if I didn't

16   say that.

17   Q.  It is a matter of record.

18   A.  Exactly.  No spouse, no children.  I work out, I do martial

19   arts, I meditate, and I like to take long walks on the beach.

20       No prior military experience, no family members in the

21   Criminal Justice System.  None of my family members have been

22   the victim of a crime, no witness to a criminal matter.  Yes to

23   being accused of a crime, and no religious or moral belief will

24   preclude me from sitting in judgment.

25       I served on a jury, two juries to be exact, both civil, and
```

Pauline A. Stipes, Official Federal Reporter

 1    we did reach a verdict.  I have no physical, emotional,

 2    language difficulties, and I can't think of a reason why I

 3    couldn't sit on the jury.

 4    Q.  Okay, thank you.  Let me ask you, number 15 -- not number

 5    15.  Let me see where we were here.  Number 13, did you say

 6    number 13 was yes?

 7    A.  That is being accused of a crime?

 8    Q.  Yes.  Was that you or a family member or friend?

 9    A.  Yes, unfortunately.

10    Q.  Yes, you?

11    A.  Underage drinking when I was younger, a dumb young college

12    kid, and also battery.

13    Q.  Okay.  And how long ago was that?

14    A.  Seven years ago.

15    Q.  And is there anything about that past and any experience

16    you may have had with the Criminal Justice System that you

17    believe would in any way affect your ability to be a fair and

18    impartial juror in this case if you were selected?

19    A.  In the past I probably would have said yes, but right now,

20    no.  I think once you have reflected on your past and

21    situation, you have better, I guess, thinking in relation to

22    what had happened.  It makes you less biased.

23    Q.  Okay.  So, in other words, no doubt in your mind that even

24    with these experiences as a college student and seven years

25    ago, that you can put those experiences aside insofar as they

```
 1    will not impact your ability to be a fair and impartial juror
 2    if you are selected to be a juror in this case?
 3    A.  That is correct.
 4    Q.  When you served on the two juries, were you ever the
 5    foreperson?
 6    A.  No.
 7    Q.  Thank you so much.
 8    A.  Thank you.
 9    Q.  Juror number 35.
10    A.  I am juror number 35, I'm a personal banker for a small
11    community bank for over two years now.  I live in Green Acres,
12    Florida, I have been living there for about five years to six
13    years.  I am not married, I am single, no children.
14        Hobbies, I will say music, and also babysitting my baby
15    nephew and niece.  For numbers 9 through 17 are all no.
16    Q.  Okay, thank you so much.
17        Juror number 36.
18    A.  Hello, I am number 36.  I work at Allied Signs as a
19    fabricator, I have been there eight years.  I live in Lake
20    Worth Beach, born and raised in Florida.  I'm married, my wife
21    works on online business.  One child, four years old.
22        Hobbies, I like to build things and go on vacation.  9
23    through 17, no.
24    Q.  Okay.  Thank you so much.
25        Juror number 37.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  I'm juror number 37, I am a retail merchandiser.  I have

 2    lived in Boca Raton for 26 years, but I recently moved to

 3    Boynton like last week, and I am in the middle of chaos.  I am

 4    divorced, I have a daughter, she is 26, she lives with me, and

 5    I don't have any spare time because I live alone.

 6         And no to 9 through 14, and I have served on a jury.  It

 7    was a -- I want to say a criminal case, it was a strong arm

 8    battery.  We did come to a verdict, I was not the foreperson.

 9         And I think that I shouldn't be here at all because of the

10    fact that there is like too many people in too little a place,

11    and when we were standing in the hallway next to each other

12    like really close, I am going on vacation, and I don't want to

13    not go.

14    Q.  Okay.  When are you going on vacation?

15    A.  The 9th of July, and I am flying to Alaska.

16    Q.  Okay.  And so, your concern is being around so many people?

17    A.  Correct.

18    Q.  Okay.  There will not be so many people when we have our

19    jury selected.  Will that help alleviate any concerns that you

20    have?

21    A.  Not particularly.

22    Q.  What is it --

23    A.  Just like the microphone being passed to everyone is like

24    not very sanitary.

25    Q.  Right.  We actually during the hay day of COVID, not to
```

Pauline A. Stipes, Official Federal Reporter

 1   suggest it is not still here, but we had kits for all of our
 2   jurors, and we had wipes, so we can bring that over there as
 3   well.  We have tried to accommodate the concerns of anyone who
 4   comes into the courtroom.  We want to make everyone feel
 5   comfortable.
 6        When you are selected as a juror, if you are selected as a
 7   juror, you will not be using a microphone, you will not have
 8   all of these people.  We will have seating over in the jury
 9   box, and we do have the jurors masked, recognizing there is a
10   closer proximity among the jurors.
11        Will that help alleviate concerns that you have?
12   A.  I don't know, but I still want to go away on vacation, and
13   you guys are close.  When we were in the hallway I was next to
14   people more than 6 feet.
15   Q.  Yes, understood.  Okay.  Thank you so much.
16   A.  Thank you.
17   Q.  Juror number 38.
18   A.  Hi, I am juror number 38.  I am a psychologist for the
19   School District of Palm Beach County.  I live in Boca Raton, I
20   have lived there for about 25 years.  I am married, my husband
21   is an attorney.  I have two children, ages 11 and 16.
22        I enjoy doing yoga, working out, spending in my free time
23   if I ever have any.  I have never been in the military.  I've
24   never -- my husband is employed, obviously, as an attorney.  I
25   have only been victim of property crimes, my car has been

```
 1    broken into several times.
 2        I have never witnessed criminal activity with the exception
 3    of my schools.  One of my schools is in a very high crime area,
 4    and I have been by standards such as having code reds and so on
 5    and so forth, because they have run across our campus, and
 6    stuff like that, but not actually a witness to direct crime.
 7        No religious beliefs that would stop me from serving.  I
 8    have never served on a jury.  No physical, emotional, or
 9    language difficulties.
10        And for number 17.  My oldest daughter is on the autism
11    spectrum, I am her primary caregiver.  My husband is at work,
12    you know, from 8:00 to 8:00 at night.  She is currently right
13    now enrolled in summer school, she goes to a school for special
14    needs children in Coral Springs.  I am her primary means of
15    transportation to and from.  Today, getting here was like
16    building a house of cards, so it will be very difficult for me
17    to serve until her summer term or her school is over.
18    Q.  Okay.  How old did you say that daughter was?
19    A.  She's 16, does not drive.
20    Q.  Okay.  What type of law does your husband practice?
21    A.  He does mostly real estate, intellectual property, he is
22    general counsel at Boca West Country Club and has a private
23    practice, too.
24    Q.  It sounds like -- so, with your daughter, you said you are
25    the primary caretaker, and she is in school in Coral Springs.
```

1   So you take her and bring her back?

2   *A.* I take her -- she has to be there at 8:30 and I pick her up

3   at 12:00.  Today I relied on a neighbor.  I did call last week,

4   and they said, keep calling in, you are not going to get

5   called.  When I got called, I relied on a neighbor and my 80

6   year old mother to help me so I could be here today.

7   *Q.* Okay.  Is it fair to say from the way you are explaining it

8   that it would be an undue burden to serve because you really

9   don't have, other than in a pinch today, somebody to drive your

10  daughter back and forth to the school?

11  *A.* Exactly.

12  *Q.* All right.  Thank you so much.

13      Juror number 39.

14  *A.* Hi, I am juror number 39.  My occupation is a licensed

15  mortgage loan adviser.  I have lived in Palm Beach for about 12

16  years now.  I am divorced, children, ages 27 and 35.  I like to

17  travel, work on puzzles.  No military.

18      Number 10, no.  11, no.  12, no.  13 is a yes.  14 is a no.

19  15 is a no.  And 16 is no, and 17 is no.

20  *Q.* Okay, with respect to number 13 --

21  *A.* That was myself.

22  *Q.* Okay.

23  *A.* It was domestic violence, and the charges were dropped.

24  *Q.* How long ago was that?

25  *A.* Five years ago.

Pauline A. Stipes, Official Federal Reporter

1    *Q.*  Okay.  Anything about that experience and your interaction,

2    if any, with the Criminal Justice System that would interfere

3    in any way with your ability to be a fair and impartial juror

4    if you are selected?

5    *A.*  No.

6    *Q.*  Okay.  Okay.  Thank you so much.

7         And juror number 40?

8    *A.*  I am juror 40, I am an assistant store manager at a retail

9    store.  I have lived in Palm Beach County for my whole life,

10   single, no kids.  Hobbies, I work out a lot, and I also buy and

11   resell shoes.

12        9 through 12 are no.  13, yes, my dad, my oldest brother,

13   and a few friends, but it won't affect me in this case.  And

14   then 14 through 17, no.

15   *Q.*  Okay.  I didn't quite understand what you said about 13.

16   You said something about your father and friends?

17   *A.*  Yes, they all have been accused of crimes, but it doesn't

18   have anything to do with this case, so it won't affect me.

19   *Q.*  Nothing about the accusation against them or any exposure

20   or experience they have had with the Criminal Justice System or

21   your observation of that would affect in any way your ability

22   to be a fair and impartial juror if you are selected to be a

23   juror in this case?

24   *A.*  Yes, correct.

25   *Q.*  All right.  Thank you very much.

Pauline A. Stipes, Official Federal Reporter

1       Juror number 41.

2  *A.*  I am juror number 41, I am a teacher, I have been a teacher

3  for 18 years.  I live in Delray Beach, I have been in Delray

4  Beach for 20 years.  I am married, my husband is a realtor.  I

5  have one son who is 20, he is a college student.  Hobbies,

6  travel, reading, spending time with my dog, and all the rest

7  are no.

8  *Q.*  Okay.  Everything else is no.  Okay.  Thank you so much.

9       Juror number 42.

10 *A.*  I'm juror number 42.  I am currently a Federal contractor

11 with IRS CI, and prior to that, I was a Special Agent for 25

12 years with the IRS.  I live in Wellington for the last 25

13 years, I am married, my husband is a pilot.  I have two adult

14 children.  Traveling, cooking.

15      I have no military service, and a lot of my friends are

16 still current and former law enforcement officers.  11 through

17 16 are no.  17, my 83 year old mother lives with me, and she

18 recently had a fall, and I am her sole caretaker.  She is

19 unable to walk after two surgeries, and I do have physical

20 therapy and a nurse coming in, but I need to be there with her.

21 *Q.*  Okay.  So, your 83 year old mother lives with you, she just

22 fell.  You otherwise would be home full time taking care of

23 her?

24 *A.*  At the moment.  Although I am a Federal contractor, it is

25 at home, the work is at home, so I am able to do both.

1    Q.  Other than persons conning and going, such as the physical

2    therapist and the nurse, nobody is there full time, and nobody

3    can be there should you be selected over the next couple of

4    days?

5    A.  My husband is there intermittently, but I never know his

6    schedule because he flies for private.

7    Q.  He flies for private?

8    A.  Private individuals, yes, so they're just, we want to go

9    tomorrow.  There is no set schedule.

10   Q.  As of now, do you know whether he is scheduled --

11   A.  He is in Atlanta right now, I think he is due back tonight.

12   Q.  Do you know what his schedule is for the next two days, two

13   nights?

14   A.  No.  No.

15   Q.  All right.  Thank you very much.

16       Okay, juror number 43.

17   A.  Juror number 43, I work in a local non-profit doing

18   development.  I have lived in West Palm Beach my entire life.

19   I am married and my husband works for a construction industry

20   company.

21       We have three kids, a 20 year old still in college, 23 year

22   old who is a computer engineer, and a 25 year old who does

23   project management.  I love to travel and cook.

24       Number 9 is no.  Number 10, having lived here all my life,

25   yes, I know lots of attorneys and law enforcement agents, but

Pauline A. Stipes, Official Federal Reporter

```
 1    none of which would influence my judgment or have an effect on

 2    that.

 3         Number 11, yes, our house was robbed back in 2008.  Number

 4    12, 13, 14 are nos.  Number 15, yes, I served on a jury, it was

 5    a criminal case and a verdict was reached.  I was not the

 6    foreperson.  And number 16 and 17 is a no.

 7    Q.  Okay.  Anything about knowing lots of attorneys and law

 8    enforcement, having been here so long, that would affect your

 9    ability to be a fair and impartial juror if selected?

10    A.  No.

11    Q.  Thank you so much.

12         Juror number 44.

13         We do want all of our jurors to wear your mask.  Please,

14    everybody keep your mask up.

15             Let's see.  Juror number 44.

16    A.  Okay.  All right.  I am juror number 44, my occupation is,

17    I am a teacher.  I live in Palm Beach Gardens, I have lived

18    there for, I guess forever, since 1972.  My marital status is,

19    I have been married for 40 years.  My spouse's occupation, he

20    is in construction, and I have three children, all adults.

21    Q.  Can you hold the microphone up a little?

22    A.  I am sorry.

23    Q.  Three adult children?

24    A.  I have three adult children, their occupations, my daughter

25    is a therapist, my oldest son works for the Department of
```

Pauline A. Stipes, Official Federal Reporter

 1   Unemployment, and my youngest son is in construction.  I like

 2   to walk, I like to go on the beach, I like to swim, and also I

 3   have a new grandson, so that is awesome.

 4       I have never been in the military.  I have a couple of

 5   lawyers in the family.  That won't influence how I feel about

 6   this case.  Committing a crime, no, for number 11.  No for

 7   number 12.  Number 13, my father was scandalous, and it will

 8   not influence me in this case.

 9       Number 14, no.  Number 15, no.  Number 16, no.  Number 17,

10   I was in the hospital last night with my mom, but I don't think

11   that is going to be a problem.  I think she is doing a lot

12   better.

13   Q.  Okay.  So, is your mom still in the hospital?

14   A.  No, she was released.  She is a nurse -- she is a retired

15   nurse, she is 85.  She refused to go until yesterday, she

16   needed to have an antibiotic, which I knew on Wednesday.  She

17   got an antibiotic and she needed a chest X-ray.  I think she is

18   on the road to recovery.

19   Q.  There is nothing about her condition that you think would

20   preoccupy you or affect your ability to concentrate and remain

21   attentive to this case should you be selected?

22   A.  No.  Not unless she takes a turn for the worse, which I

23   don't anticipate because I am like the only person that could

24   help her if she did badly, but I don't think that is going to

25   happen.

1  Q.  All right.  Just to followup on number 13, what was your

2  answer to number 13?

3  A.  I just said my dad got into trouble when I was younger.

4  Q.  Okay.  Was there anything about the nature of the trouble

5  that he got into or his involvement with the Criminal Justice

6  System that would affect you and your ability to be a fair and

7  impartial juror in this case?

8  A.  No.

9  Q.  Okay.

10     All right.  Juror number 45.  Thank you so much.

11  A.  Hi, I am juror number 45.  I am retired, I have lived in

12  the Boca area for over 40 years.  I am married, my wife works

13  as a Deputy City Clerk for the City of Boca Raton.  I have one

14  daughter, she is 33, and lives up in Massachusetts.

15     I play a lot of golf, I fish, I ride the kayak around.

16  From 9 to 14, it's all no.  I have been on a jury before, it

17  was criminal, we did reach a verdict.  I was not the

18  foreperson.  And 16 and 17, no.

19  Q.  Okay, thank you so much.

20     Juror number 46.

21  A.  Hello, juror number 46.  I am a director in a software

22  company, I have been there for about 20 years.  I live in

23  Boynton Beach, I have been there for ten years.  I'm married,

24  my wife is currently unemployed.  I have no children.  Hobbies,

25  I write for a music website.

Pauline A. Stipes, Official Federal Reporter

```
 1        9 through 14, no.  15, I was on a jury, I was on a Grand

 2   Jury in Palm Beach County, so I saw a bunch of cases, and I was

 3   the foreperson there.  And 16 and 17, no.

 4   Q.  17 was no?

 5   A.  No.

 6   Q.  Yes, it was no?

 7   A.  Yes, it was no.

 8   Q.  Okay.  Let's see here.  Okay, thank you so much.

 9        Juror number 47.

10   A.  Good afternoon, your Honor.

11   Q.  I want to make sure I can hear you.

12        The mike might have gone.  Let's replace it.  We will bring

13   you another one.

14   A.  Good afternoon, your Honor.

15   Q.  Good afternoon.

16   A.  Prospective juror number 47.  Occupation, I am a fire

17   inspector.  I reside in Palm Beach Gardens, I have lived there

18   for about 50 years.  I am single, no children.  I enjoy family

19   time, traveling.  I have never been in the military.  I do have

20   friends in the Criminal Justice System, and retired law

21   enforcement family members.

22        My -- I was a victim of a minor crime, an auto break in,

23   and my ex sister-in-law was held at gunpoint.  I have never

24   been a witness in a criminal matter, and number 13 through 17

25   is no.
```

Pauline A. Stipes, Official Federal Reporter

1    *Q.* All right.  Is there anything about the friends in the

2    Criminal Justice System and retired law enforcement family

3    members that you believe would interfere with your ability to

4    be a fair and impartial juror should you be selected to be a

5    juror in this case?

6    *A.* No, your Honor.

7    *Q.* Okay.  Thank you so much.

8        Juror number 48.

9    *A.* Yes, I am juror 48, occupation is retired, prior occupation

10   was Federal Government for 34 years.  Residence, Tequesta,

11   Florida.

12   *Q.* What did you do in the Federal Government?

13   *A.* Department of Defense and Federal Aviation Administration

14   in Palm Beach.

15   *Q.* Okay.

16   *A.* Marital status -- I have lived in Palm Beach about 30

17   years.  Marital status is married, spouse's occupation is after

18   care specialist at a middle school.  Actually it is a grade

19   school.  Children, one son, he is a senior at UCF.

20       Hobbies, spare time would be boating and fishing, and prior

21   military service, four and a half years.  And, let's see, 10,

22   11, no.  12, I was a witness in a traffic court.  13 through 17

23   is a no.

24   *Q.* Okay.  Thank you so much.

25       Juror number 49.

```
 1   A.  Hello, your Honor, juror number 49 here.  For the last 20
 2   years I have had a Palm Beach home.  For 14 of those years I
 3   have been on the road as an event specialist, currently
 4   director of operations for a traveling food and beverage
 5   company, so I am only down her about two months out of the
 6   year.  I am single, I have no kids.  My hobbies are being
 7   single and having no kids.  No military.
 8       10 through 17 is no, except for -- do we have to wear the
 9   mask up there?
10   Q.  Yes, we are going to have you wear the mask.  Did you say
11   you are a vet specialist?
12   A.  Event specialist.
13   Q.  Thank you very much.
14       Juror number 50.
15   A.  Hi, I'm juror number 50.  I work in merchandising and
16   special orders for the past year.  I live in Boca for 18 years.
17   I am single, I have no -- hobbies, I travel and bake.  Prior
18   military, or present, none.  I do have friends that are lawyers
19   and law enforcement officers.  I have been a victim of a crime.
20   For a witness of a criminal matter, no.  I did have a family
21   member accused of a crime.
22       For religious and moral beliefs, I don't have any issues
23   with sitting or issuing my judgment.  I have not sat on a jury.
24   I do not have physical or emotional difficulties.
25       For 17, I did have COVID last week, and I was out of work
```

Pauline A. Stipes, Official Federal Reporter

```
 1    for a little bit.  I do have two important meetings tomorrow
 2    and Wednesday that I can't really miss because I have some
 3    vendors flying in.  That is my only issue there.
 4    Q.  Okay.  So, I am taking it, just for the benefit of
 5    everyone, since you had COVID, you tested negative since then?
 6    A.  Yes, I took three tests, I am negative.
 7    Q.  Thank you.  You say you are in merchandising.  What type of
 8    position is it exactly?
 9    A.  I bring in -- I do replenishments and I do special orders
10    for products we don't keep that are like high priority, so I
11    kind of do that, but I have specific things that I have
12    assigned to me weekly that only I am capable of doing, and
13    unfortunately, because I was out last week, I have to make up
14    for it this week.
15    Q.  Okay.  So the meetings are what days?
16    A.  I have a meeting tomorrow all the way in Miami, and
17    Wednesday I have a meeting in my office.
18    Q.  And do you know whether, if you are selected to serve on
19    the jury, those meetings could be pushed back to the latter
20    part of the week?
21    A.  Unfortunately, I know tomorrows' meeting I can't push back
22    at all because we have people flying in only for the day.
23    Q.  Is there anyone else who would be able to fill in for you?
24    A.  No, there isn't.
25    Q.  What is the name of the company?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  Watches of Switzerland.

 2    Q.  Watches of Switzerland?

 3    A.  Yes.

 4    Q.  How many employees work at the business?

 5    A.  I want to say there's a hundred employees, but there's only

 6    four people on my team, one of which is on vacation for her

 7    honeymoon.

 8    Q.  Okay.  What about the other two?

 9    A.  The other two have their own work, they both are my bosses.

10    It is something that was specifically assigned to me.

11    Q.  Okay.  All right.  Thank you so much.

12        Juror number 51.

13    A.  Juror 51, I am a physical therapist for 33 years.  I live

14    in Jupiter, 24 years here, ten in Miami.  I am married, my

15    spouse is a librarian.  We have one child, 20 years old.

16    Hobbies are camping, woodworking, motor sports.  No military

17    service.

18        10 is no.  11, yes.  12, no.  13, yes.  14, no.  15, yes,

19    criminal, we did reach a verdict, and yes, I was the

20    foreperson.  16, no, and 17, probably.

21    Q.  Okay, I've got to catch up with you.  Let's see if I can

22    track what you have been saying.

23        Can you tell me again what you do?

24    A.  I'm a physical therapist, out patient orthopedics, and I

25    also do inpatient care at a medical center, and I'm the center
```

1   manager at my own facility.

2   Q.  You said 11 was yes.  Can you tell me about that, someone

3   was a victim of a crime?

4   A.  There are all kinds of things that happened there, cars

5   broken into, stolen bikes, stolen goods, identity stolen.  I

6   was a victim of assault a couple of times, nothing ever went to

7   trial.

8   Q.  Is there anything about those experiences that you have had

9   with crime and with the Criminal Justice System that you

10  believe would affect your ability to be a fair and impartial

11  juror if you were selected as a juror in this case?

12  A.  No, your Honor.

13  Q.  Okay.  And you also said yes to number 13.  Can you tell me

14  about 13, whether you, family member, or close friend has ever

15  been accused of a crime?

16  A.  Sure.  My brother, 25 years ago, was facing seven to 14

17  years in state prison for dealing drugs.  He made a plea deal

18  and got his life together, died in 2010 from brain cancer

19  totally unrelated.  When I was a teen-ager I had an open

20  intoxicant in a motor vehicle.

21  Q.  You had that?

22  A.  When I was a teen-ager.

23  Q.  Anything about your experience as a teen-ager -- sorry to

24  hear that your brother passed -- and your brother's experience

25  14 years ago --

Pauline A. Stipes, Official Federal Reporter

```
1    A.   25 years ago.
2    Q.   14 years in prison for drug dealing that would affect your
3    ability to be a fair and impartial juror if you were selected?
4    A.   No, your Honor.
5    Q.   So you were the foreperson in a criminal matter as a juror?
6    A.   Yes, ma'am.
7    Q.   How long ago was that?
8    A.   About three years ago.  Three or four years ago.
9    Q.   All right.  There was a verdict reached?
10   A.   There was.
11   Q.   Okay.  And then you said probably for 17.  Can you tell me
12   what you meant by that?
13   A.   My best friend is getting married in Georgia, and I am
14   supposed to drive up there on Wednesday.
15   Q.   When is the wedding?
16   A.   The wedding is Thursday evening.
17   Q.   Okay.  Thursday evening is the wedding, so you are driving
18   up on Wednesday?
19   A.   It is a ten hour drive, with stops probably 12, knowing my
20   wife.
21   Q.   We won't make a record of that.
22   A.   Thank you.
23   Q.   Okay.  So best friend, are you in the wedding?
24   A.   I am.
25   Q.   Okay.  All right.  Thank you so much.
```

Pauline A. Stipes, Official Federal Reporter

 1          And juror number 52.

 2    *A.*  All right.  Juror number 52, occupation, I am a full-time

 3    grad student.  I am currently in summer classes.  I currently

 4    live in West Palm Beach, I have been here about eight years.  I

 5    am married.  My spouse is a financial investigator for the OAG,

 6    no children.  I like to run and cook.  No prior military

 7    experience.  Number 10 is the same, my husband works for the

 8    OAG --

 9    *Q.*  What is the --

10    *A.*  Office of the Attorney General.

11    *Q.*  What does he do for OAG?

12    *A.*  He is a financial investigator.

13    *Q.*  Right.  Okay.

14    *A.*  No for 11 through 16.  17, my only thing would be that I

15    currently have mid terms this week, and I am rescheduling them

16    as we go.

17    *Q.*  Okay.  When you say you are rescheduling them as you go,

18    what do you mean by that?

19    *A.*  I had two today that I would like to reschedule this week,

20    but I can't do that until I know whether I need to be here.

21    *Q.*  Okay.  Do you feel that you have the kind of schedule --

22    where are you a student?

23    *A.*  Keiser University.

24    *Q.*  What are you studying?

25    *A.*  Doctor of chiropractic medicine.

Pauline A. Stipes, Official Federal Reporter

1   Q.  Did you let them know that you have been called for jury

2   duty?

3   A.  Yes, they know.

4   Q.  Have they been accommodating thus far?

5   A.  Yes.

6   Q.  Would they be accommodating should you be selected?

7   A.  Yes.

8   Q.  Do you feel that if you are selected you can give your

9   undivided attention to this case, not be thinking about the mid

10  terms, and then turn your attention to mid terms when you are

11  finished with the case and your mid terms are rescheduled?

12  A.  That should be fine as long as I can study in between.

13  Q.  We go until about 5:30 in the evenings.  There are no

14  restrictions placed on anybody in the evenings, other than not

15  to discuss the case and all of the rules that I outlined, but

16  people are free to do what they need to do on a personal level.

17      Does that accommodate your situation?

18  A.  Yes.

19  Q.  Well, I don't want you to feel in an uncomfortable

20  position.  Do you know had they would accommodate you to take

21  the mid terms like next week if you needed to?

22  A.  Yes, they would accommodate me.

23  Q.  You would have the time that you need, because we want you

24  to do well.  You will have the time that you need to study and

25  do well?

1    A.   Yes.

2    Q.   Thank you so much.

3         Juror number 53.

4    A.   53.

5    Q.   The one we have all been waiting for.

6    A.   You are welcome.  Juror 53, occupation, I own a few

7    businesses, taken a few companies public in the past.  Mainly

8    my time now is my hobby, which is training people for

9    competitive cross fit.

10        I have lived in Palm Beach County since 2017, I have lived

11   in Jupiter since 2019.  I am married.  My wife is an interior

12   designer, owns her own company.  I have two kids, two and a

13   half and one, so their school status is gymnastics and swim

14   lessons.  Hobbies are my kids and my wife and my family.

15        I have no prior or present military service.  Like

16   everybody, I know lots of lawyers in Florida, but that

17   shouldn't impact my judgment.  Recently both of my cars were

18   stolen, but that should not impact my judgment here.  I was not

19   a witness to any criminal matter.  Yes, I have had family

20   members accused of crimes.

21        No issues with 14, 15, or 16.  17, I am supposed to take my

22   family up to see my extended family on Wednesday, up to Maine

23   where I am from.

24   Q.   On Wednesday?

25   A.   Yes, a flight around 2:00 o'clock.

1    *Q.* You have prepaid tickets on Wednesday?

2    *A.* Yes.  I couldn't tell you any more than that because my

3    wife is in charge.

4    *Q.* But you know it is Wednesday?

5    *A.* That is what she told me.  That is the best I got.

6    *Q.* Okay.

7         *THE COURT:*  All right.  Well, you all have been very

8    patient, and I think in the interest of time, since it is

9    quarter to 1:00 and it is not my intention to starve anybody,

10   it does mean extending the process a tad longer, but I think it

11   will lead to the right outcome of making everyone feel

12   comfortable.

13        I am going to excuse everybody right now and I will

14   ask you be back -- it is going on ten of 1:00.  Why don't we

15   have everybody come back at 2:00 o'clock, so that gives you

16   ample time to have your lunch.  And I just want to reinforce

17   with everybody a couple things, so bear with me.

18        You can go to lunch with each other, you can go to

19   lunch with a friend, a spouse, a colleague, you can eat alone.

20   I don't care what you eat or where you eat.  What I care about

21   is that you are not to discuss anything that has gone on in

22   this courtroom, anything you observed, felt, any knowledge you

23   have about the case, any knowledge or feelings you have about

24   jury service.  You are not to do any research related to

25   anything in the case, any people in the courtroom.  You are not

Pauline A. Stipes, Official Federal Reporter

```
 1    to research any terms.

 2            I think I have made myself very clear.  If anybody has

 3    any questions about those rules, you should err on the side of

 4    asking me or not doing it so you do not compromise a system

 5    that you can see has taken many, many hours of our time and

 6    your time.  Please be mindful of those very, very important

 7    instructions.  They preserve the integrity of the entire

 8    process.  It is critical that you abide by them.

 9            I also want to mention that should you see any of the

10    parties or the lawyers in the hallways, elevators, they are

11    instructed not to have any interaction with you, and you should

12    have no interaction to them.  You can certainly look at them at

13    the counsel table, and even so much if you get on an elevator

14    together, they likely will get off if they know you are a juror

15    so they don't have any interaction with you.

16            They won't necessarily say hi, even if you are smiling

17    and say hi to them.  It is not because they are rude people,

18    it's because they don't want to give any appearance of

19    impropriety if they converse with you outside the courtroom.

20    In the courtroom, that is when they can speak to you through

21    their presentation and their work in the courtroom.  So, please

22    remember that.

23            So, with that, again, thank you for putting in all of

24    the time this morning.  We are almost there, have a nice lunch,

25    and we will see everybody ready to be brought back into the
```

Pauline A. Stipes, Official Federal Reporter

109

```
 1   courtroom at 2:00 o'clock.  Thank you.
 2        (Thereupon, the jury venire leaves the courtroom.)
 3            THE COURT:  All right.  If I could take a little more
 4   of your time before I excuse counsel and the parties for lunch.
 5            Did you have a chance to meet at all before we came
 6   back?
 7            MR. DISPOTO:  We have, your Honor.
 8            THE COURT:  Can we go through the list of people you
 9   agree based on answers to my questions should be stricken for
10   cause?
11            MR. DISPOTO:  Judge, we went through the list as it
12   was on our break.
13            THE COURT:  We can pick up from there.  On the first
14   group, who is the first one?
15            MR. DISPOTO:  Number 3.
16            THE COURT:  Okay.  Defense agree?
17            MS. MILITELLO:  Yes.
18            THE COURT:  The Court agrees with respect to number 3
19   given the condition of the father in the hospital.  Is that the
20   reason?
21            MR. DISPOTO:  Yes, your Honor.
22            THE COURT:  3 is stricken for cause.  The next one.
23            MR. DISPOTO:  Number 8.
24            THE COURT:  Okay, number 8 is -- Defense agrees?
25            MS. MILITELLO:  Yes.
```

```
 1            THE COURT:  That is because of her religious beliefs;
 2     is that correct?
 3            MR. DISPOTO:  Yes.
 4            THE COURT:  Okay.  The Court agrees, and 8 is stricken
 5     for cause.  Sorry, this is loud.  Next one.
 6            MR. DISPOTO:  Number 9.
 7            THE COURT:  Number 9.  Defense agrees?
 8            MS. MILITELLO:  Yes.
 9            THE COURT:  Number 9 was distrusting of law
10     enforcement?
11            MR. DISPOTO:  Yes.
12            THE COURT:  Okay.  The Court agrees with respect to
13     number 9.  Number 9 is stricken for cause.  Next one.
14            MR. DISPOTO:  Number 13.
15            THE COURT:  Number 13, Defense agrees?
16            MS. MILITELLO:  Yes.
17            THE COURT:  That has to do with her mother-in-law?
18            MR. DISPOTO:  Yes.
19            THE COURT:  Next one.
20            MR. DISPOTO:  16.
21            THE COURT:  That is because of her English?
22            MR. DISPOTO:  Yes.
23            THE COURT:  Defense agrees?
24            MS. MILITELLO:  Yes.
25            THE COURT:  She is stricken for cause.  Next one.
```

```
1              MR. DISPOTO:  Number 20.

2              THE COURT:  That relates to her friend's daughter who

3    was killed after a threat?

4              MR. DISPOTO:  Yes.

5              THE COURT:  Defense agrees?

6              MS. MILITELLO:  Yes.

7              THE COURT:  20 is stricken for cause and we had

8    previously stricken 19.  Next one.

9              MR. DISPOTO:  24.

10             THE COURT:  That is where the husband was hiding in

11   the closet at school?

12             MR. DISPOTO:  Yes.

13             THE COURT:  Defense agrees?

14             MS. MILITELLO:  Yes.

15             THE COURT:  24 is stricken for cause.  Next one.

16             MR. DISPOTO:  Number 27.

17             THE COURT:  That is because of the English?

18             MR. DISPOTO:  Yes.

19             MS. MILITELLO:  Agreed.

20             THE COURT:  27 is stricken for cause.  Next one.

21             MR. DISPOTO:  29.

22             THE COURT:  Defense agrees?

23             MS. MILITELLO:  Yes.

24             THE COURT:  29 is stricken for cause.  She had a lot

25   of things to say, so we will leave it at that.
```

```
 1            MR. DISPOTO:  Number 31.  It was a close call, but he
 2    did say that he did not want to miss that convention.  We are
 3    okay with excusing him for cause.
 4            THE COURT:  If it is a close call, why don't we hold
 5    on to him for now.  I want to make sure we are in good shape
 6    here.  Next one.
 7            MR. DISPOTO:  These we have not consulted on, but I
 8    would ask for number 37.  She was the one who was uncomfortable
 9    with the closeness of the jurors.
10            MS. MILITELLO:  Defense would agree.
11            THE COURT:  All right.  37 can be stricken for cause.
12            MR. DISPOTO:  Number 38 was the woman who had the
13    autistic daughter in summer school.
14            MS. MILITELLO:  Defense agrees.
15            THE COURT:  38 is stricken for cause.
16            MR. DISPOTO:  Number 42 is the 83 year old mom, sole
17    caretaker, recently fell.
18            MS. MILITELLO:  Defense agrees.
19            THE COURT:  42 is stricken for cause.
20            MR. DISPOTO:  Judge, I would ask the Court to consider
21    number 49.  Number 49 had asked your Honor at the very end of
22    the voir dire whether the jurors will be required to wear masks
23    during the trial, and when you responded in the affirmative, he
24    said somewhat under his breath, that is going to be a problem
25    for me.
```

1          I noticed he has lowered his mask a couple of times

2     today.  I am concerned that he may cause some issues in that

3     regard, or he may be unable to serve effectively because of

4     that.

5          THE COURT:  Defense want to be heard?

6          MS. MILITELLO:  Judge, we object to removing him at

7     this time.  I think perhaps there are accommodations that could

8     be made, the Court could inquire about his vaccination status,

9     if there is a health issue.

10         THE COURT:  I an not going to excuse 49 at this point.

11         MR. DISPOTO:  51, the gentleman scheduled -- I am

12    sorry, the lady scheduled to attend the wedding, best friend

13    getting married, supposed to leave on Wednesday.

14         MS. MILITELLO:  Defense would agree.

15         THE COURT:  51 is stricken for cause.

16         MR. DISPOTO:  Finally, Judge, 53, gentleman also

17    scheduled to travel on Wednesday, prepaid tickets.

18         MS. MILITELLO:  It is a flight on Wednesday, so we

19    would agree.

20         THE COURT:  Yes, the tickets are for Wednesday.

21    Stricken for cause, 53.

22         Let me see how many that is so far.  Let's see what we

23    have going on.

24         We have 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14,

25    15.  We have 15.  Do you all have that number?

1          MR. DISPOTO:  What number do you have?

2          THE COURT:  15 for cause.  Is everybody clear on them?

3          MS. MILITELLO:  I have 15.

4          THE COURT:  Let me ask about juror number 7, who has

5     prepaid tickets on Thursday.  Do we feel we will be in good

6     shape?

7          MR. DISPOTO:  Your Honor, absent unforeseen

8     circumstances, I am confident we will be done by Thursday, but

9     even if we aren't, with the two alternates, I would propose

10    that we not excuse him for that reason.

11         MS. MILITELLO:  I can tell the Court I have an

12    evidentiary hearing, we are flying in witnesses on Thursday.  I

13    am very much hoping we will be done by Thursday.

14         THE COURT:  We will keep him on or her.

15         I think that number 12 still hasn't told us anything

16    about driving, so I will keep that on right now, and the only

17    other one you had raised was 31 with respect to the conference.

18    And I don't remember when the conference was.

19         MR. DISPOTO:  Tuesday through Thursday, Judge, it is a

20    convention.

21         THE COURT:  Driving to the convention.  He said it was

22    like a state something.  I am not inclined to excuse 31 based

23    on that.

24         What was the Defense's point of view on 31?

25         MS. MILITELLO:  I have separate concerns.  He showed

```
 1    up in court with a Dave Aronberg T-shirt, who, for the record,

 2    is the State Attorney.  I would ask, is he siding with the

 3    Government at the outset?  I don't know why he wanted to wear

 4    that sort of T-shirt to court.  I am very concerned about his

 5    impartiality.

 6              THE COURT:  Would you like him stricken as well?

 7              MS. MILITELLO:  Based on the shirt, frankly.

 8              THE COURT:  The Government wants him stricken because

 9    of the conference?

10         MR. DISPOTO:  I am not prepared to agree with the

11    Defense regarding the other issue, but the convention I am more

12    concerned about because I don't want him thinking -- not

13    focusing on the trial.

14              THE COURT:  Okay, we will strike 31.  That is now 16.

15              Was that everybody that you had both identified?

16         MR. DISPOTO:  Yes, I believe so.

17         MS. MILITELLO:  Yes.

18              THE COURT:  So, let me go over with the Government

19    first, what is it that you would want to either followup with

20    individually -- are there any jurors you want to followup with

21    individually, or were there any general questions that you felt

22    should be asked that haven't been asked?

23         MR. DISPOTO:  Judge, would I have an opportunity to

24    speak to Ms. Darsch about specific jurors?  Can I have a few

25    minutes to do that?
```

```
 1          THE COURT:  Yes.  Were there any --
 2          MR. DISPOTO:  Just so the Court is aware, if the Court
 3     was inclined to permit the attorneys an opportunity to voir
 4     dire the jurors, while I did reserve time -- I believe your
 5     Honor had said initially that you were considering allowing the
 6     parties 15 minutes.
 7          While I did consider reserving some of that time to
 8     ask specific questions of specific jurors based upon answers
 9     they have previously had given, the majority of my voir dire
10     would be on more general principles, and I am happy to share
11     that with the Court, but things such as -- well, first and
12     foremost, as I indicated to your Honor earlier, I do plan in my
13     opening to quote exactly verbatim a portion of the Defendant's
14     statement, which includes profanity.
15          Many of these jurors cited their religion certainly as
16     either a concern, or at least they consider themselves to be
17     religious people, and I don't want to offend anybody in the
18     courtroom.  I don't want to use language that is going to cause
19     them to judge me as an advocate, so I did want to voir dire the
20     jurors on that subject.
21          THE COURT:  Whether the use of profanity when citing
22     to any of the evidence would offend anybody?
23          MR. DISPOTO:  Yes, and maybe an added step is that if
24     the lawyers are going to repeat those words not to, you know,
25     sort of draw any adverse opinions of the attorneys, they are
```

1    just doing their job as -- however the Court wants to explain

2    it, but something along those lines.

3            THE COURT:  All right.  I got it.  Anything else?

4            MR. DISPOTO:  There were two jurors -- on the subject

5    of specific questions, juror number 4 indicated that he is a

6    Jehovah's Witness, and he originally indicated to your Honor

7    that he has -- I believe his words were, they play a big part.

8            I know your Honor appropriately questioned him about

9    whether he could still be fair and impartial, and I recognize

10   this is somewhat of a delicate issue, but my understanding is

11   that one of the fundamental tenets of being a Jehovah's Witness

12   is that they do not cast judgment on others.

13           THE COURT:  Would you want to individually inquire of

14   4 about his religious beliefs?

15           MR. DISPOTO:  Either myself or your Honor.

16           THE COURT:  Okay.  What else?

17           MR. DISPOTO:  Finally, number 6 indicated that she is

18   a social media marketer, and I don't know exactly what that

19   means and how her profession in any way would interact with her

20   ability to be fair and impartial in this case.

21           THE COURT:  Other than that general proposition

22   regarding profanity and jurors number 4 and 6, is there

23   anything else that comes to mind?

24           MR. DISPOTO:  No.  If your Honor was going to give us

25   time, if the Defense was going to voir dire on First Amendment

1    issues and freedom of speech, I want to make sure they could

2    follow the law, so I was going to inquire on that, but at this

3    point, I am not asking the judge -- your Honor to ask any

4    questions in that regard.

5           THE COURT:  Let me ask Defense.  What was Defense's

6    interests in either general or specific questions with the

7    jury?

8           MS. MILITELLO:  Just to be clear, the Court wants to

9    know what my questions will be.

10          THE COURT:  Yes.

11          MS. MILITELLO:  Let me back up by saying the parties

12   did file and agreed to a January 6th statement for the Court to

13   read.  I anticipate the Court would do that, and as an offshoot

14   of that, I intended to confirm that the Court said Ms. Kaye was

15   not charged with anything related to January 6th.  Is there

16   anyone who cannot presume her innocence simply because of an

17   association with January 6th.

18          THE COURT:  When did the parties want the Court to

19   read the agreed upon statement?

20          MS. MILITELLO:  My position would be before jury

21   selection is over.  We want to make sure the jury understands

22   that, they won't hold any association of January 6th against

23   her in this case.

24          THE COURT:  Hold on one moment, then.  Is it different

25   than your joint statement of the case?

```
 1              MS. MILITELLO:  It was filed separately.

 2              THE COURT:  Is it in the notebook?  Do you have a hard

 3       copy of it handy?

 4              MS. MILITELLO:  I do.  Mr. Berry, would you pull up a

 5       hard copy for me?  It should be at Docket Entry 109.

 6              THE COURT:  Do both sides agree they wanted the Court

 7       to read this before jury selection was completed?  Government?

 8              MR. DISPOTO:  Your Honor, so I am a hundred percent

 9       clear, when you say this --

10              THE COURT:  In this case you may briefly hear evidence

11       about the events which took place at the Capitol in Washington,

12       D.C. on January 6, 2021.  Ms. Kaye is not alleged to have been

13       present for the events at the Capitol on January 6th, and she

14       is not being charged with any events related to January 6th.

15              This was submitted as a joint statement to the jury,

16       Docket Entry 109.

17              MR. DISPOTO:  I have no objection to reading that

18       during jury selection.

19              THE COURT:  Defense and Government request that Court

20       read the joint statement, and what is it that you would want

21       the Court to ask afterwards?

22              MS. MILITELLO:  I'd ask the Court to ask the jury if

23       they can still presume that she is innocent of this charge.

24       Some people have strong feelings related to January 6th, and I

25       want them to know this is a separate case and she is entitled
```

```
 1   to a jury that can follow the law as you outlined.

 2           THE COURT:  Okay.

 3           MS. MILITELLO:  Relatedly, and I know we submitted in

 4   the final jury instruction a warning on political association.

 5   So, we would ask either the Court or I would like to ask the

 6   jury to confirm that if they hear Ms. Kaye is a Trump

 7   supporter, she is a supporter of the MAGA movement, is there

 8   anyone who can't be impartial because of her political beliefs.

 9   I want to make sure that no one is so offended by that

10   political alignment.

11           THE COURT:  Is that evidence that will come out?

12           MS. MILITELLO:  Yes.

13           THE COURT:  The question is, if they hear of her

14   political affiliation, political beliefs, support of persons,

15   whether they still can be impartial?

16           MS. MILITELLO:  Correct, yes.

17           THE COURT:  And fair?  Okay.

18           MR. DISPOTO:  Your Honor, we don't have any objection

19   to the Court asking that question during voir dire, although we

20   have taken the position that we object to the charge as

21   prepared.  I think it was part of the proposed jury

22   instructions by the Defense at the end of the case to read a

23   political statement of some kind.  I can't remember how it was

24   characterized.

25           We have no objection to that question during voir
```

Pauline A. Stipes, Official Federal Reporter

1    dire.

2         *THE COURT:*   All right.

3         *MS. MILITELLO:*  Similar to the Government, I wanted to

4    inquire whether anybody was offended by the F word, if it makes

5    them uncomfortable or cringe, and then further, I intended to

6    discuss with the jury that the law protects someone's right to

7    say -- and if the Court would allow me, I would like to say the

8    phrases now -- fuck the police, fuck law enforcement, that one

9    can sing a song about it if they want to, and that is protected

10   political speech.

11        Is there anyone that cannot follow the Court's law as

12   long as it is not a true threat, and just you have the right to

13   say fuck law enforcement?  Some people will find that

14   inherently offensive and may not then be able to be objective

15   and impartial.

16        *MR. DISPOTO:*  Your Honor, we would object to that

17   request.  In our view, Judge, that is argument and it is not --

18   I know the Court hasn't yet ruled on the parties' respective

19   positions regarding the full content of the jury charges, but

20   we have no reason to believe that your Honor is going to

21   instruct the jury that F the police is constitutionally

22   protected speech.  Whether it is or isn't, that is more

23   suitable for argument at the appropriate time and not for voir

24   dire.

25        *THE COURT:*  I will give it some thought.  I'm trying

1    to go through all of it right now just to hear the extent of

2    the requests for inquiry.

3         *MS. MILITELLO:*  Okay.  And I wanted to inquire about

4    the First Amendment right to criticize law enforcement.  The

5    Supreme Court said it is central to the First Amendment, one's

6    right to criticize the Government.  There are a line of cases

7    that make it clear that includes law enforcement.

8         I was going to followup to see if anyone else was the

9    victim of online threats or harassment, other than what has

10   been disclosed.  Hopefully there is no one else.  I wanted to

11   confirm.

12        I also wanted to ask if there is anyone who does not

13   use social media at all, some people like that still exist, and

14   if they are familiar with social media and then sort of the

15   opposite, are there people who use social media extensively or

16   are very active, politically active, and find out generally

17   where they fall in that spectrum.

18        Lastly, it is my experience that the Government, sort

19   of off the record, and there is nothing improper about that,

20   but runs the jurors' voter registration.  Because this is a

21   case involving politics, I would like a record made of people's

22   political affiliations, such that if the Government strikes

23   persons of a political party, that I can set up an equal

24   protection claim as it relates to that juror, and also a Sixth

25   Amendment right to a fair jury trial on behalf of Ms. Kaye.

```
 1              Unlike race, where that may be evident, or even if it

 2      is not, I have the burden of notifying the jurors of that, or

 3      gender protection, or whatever their classified issue is.

 4              So, in order to lay a record of that happening, I

 5      wanted a show of hands so we could identify.  I wasn't going to

 6      followup with them about their political beliefs in any way,

 7      but I would like to protect the individual juror's rights to

 8      sit on this jury and I would also like to protect Ms. Kaye's

 9      right to have a juror of her peers.

10              THE COURT:  What was your question that you would

11      propose asking?

12              MS. MILITELLO:  Simply, who here is registered to vote

13      as a Republican, who here is registered to vote as a Democrat,

14      and just lay a record of who those people are, and maybe the

15      Government has no intention of striking people based on their

16      political party, but we won't know until it happens, and I need

17      a record of that so I can preserve those constitutional issues.

18              THE COURT:  Does the Government have a record of the

19      political affiliation of any of the jurors?

20              MR. DISPOTO:  Judge, I do not.  I am not speaking for

21      the entire United States Government, but I can tell you that no

22      one on this trial team has accessed any information regarding

23      party affiliations of any of the jurors.

24              THE COURT:  If the Government is representing it has

25      no record, then it couldn't strike somebody because of their
```

Pauline A. Stipes, Official Federal Reporter

```
 1    political affiliation.  Does that negate the need to ask if

 2    that was the only basis to ask?

 3           MS. MILITELLO:  If they affirm that they are not going

 4    to look it up --

 5           THE COURT:  Do you affirm that you don't have it, and

 6    you are not going to look it up?

 7           MR. DISPOTO:  Of course, Judge.  That would be highly

 8    improper for a Government attorney to do that.

 9           THE COURT:  Does that satisfy the Defense?

10           MS. MILITELLO:  Yes.

11           THE COURT:  Okay.  Were there any individual jurors

12    that you wanted any specific followup?

13           MS. MILITELLO:  Yes.  Juror number 2 is a teacher, and

14    I wanted to ask what age students he teaches, college,

15    elementary.  Juror number 4 is a Federal law enforcement

16    officer, and I would like to know if he thinks he would have

17    any bias for other Federal law enforcement officers.

18    Specifically, does he agree people have the right to curse at

19    him under the First Amendment, as long as it is not a true

20    threat?

21           There were a couple people, and I have to go through

22    my notes, who were contractors with the Federal Government.  I

23    don't know if they were all struck for cause, I know juror 42

24    was.  I intended to followup with those people, since they are

25    employees of the Federal Government or close friends or family
```

Pauline A. Stipes, Official Federal Reporter

1   members of law enforcement, are they going to give the Federal

2   Government any unfair advantage.

3          I wanted to confirm there is not any bias there as a

4   result of their employment.

5          THE COURT:  All right.  So juror number 15.  Do you

6   want to look through your notes and let me know if there are

7   any others on the Federal?

8          MS. MILITELLO:  Juror 42, worked as an IRS Special

9   Agent for many years and now a federal contractor.  We struck

10  her, sorry.

11         My team is telling me 48 worked for the Department of

12  Defense for 34 years.

13         THE COURT:  And the question for the persons who are

14  Federal employees are whether they would have any bias toward

15  Federal law enforcement?

16         MS. MILITELLO:  Correct.  Do they inherently trust

17  Federal law enforcement more than any other witness, or do they

18  come in equal to anyone else?

19         THE COURT:  Okay.  All right.  So, was there anyone

20  else?  We have 15 and 48.  Did you identify any others?

21         MS. MILITELLO:  Juror number 4 was the first one.

22         THE COURT:  Yes.

23         MS. MILITELLO:  As to juror 12, not to put her on the

24  spot, but she said she had extreme anxiety.  Does she believe

25  that she would have extreme anxiety if she were selected as a

Pauline A. Stipes, Official Federal Reporter

```
 1    juror, would she be able to deliberate with the other jurors,
 2    or is it the sort of anxiety that worsens when there is
 3    conflict and debate.  I want to make sure she is comfortable to
 4    sit.
 5              THE COURT:  All right.
 6              MS. MILITELLO:  Juror 23 made comments about that
 7    threats were made to, quote, all of us at the school, with the
 8    friend who was kidnapped and raped, and so I wanted to discuss
 9    with her that this is a threats case, threats were made, can
10    she separate what happened to her.  Because apparently -- I
11    wrote down "all of us", so it wasn't just the friends.  I
12    wanted to followup with her about that.
13              If I may have a minute?
14              THE COURT:  Sure.
15              MS. MILITELLO:  That is it.  Thank you, your Honor.
16              MR. DISPOTO:  I have one final request based upon Ms.
17    Militello's requests.
18              THE COURT:  Yes.
19              MR. DISPOTO:  If your Honor is inclined to ask the
20    jurors any questions about constitutionally protected freedom
21    of speech, I would ask your Honor to ask one simple question
22    along that inquiry, and that is:  If you are instructed that
23    true threats are not constitutionally protected free speech,
24    can you follow those instructions?  And that will be part of
25    the charge in this case.  And as long as they can do that, then
```

Pauline A. Stipes, Official Federal Reporter

1    they qualify as a juror.

2          MS. MILITELLO:  Does your Honor intend to give them

3    more of a legal background?  I know the Court hasn't talked

4    about burden or proof or the Defendant's right not to testify.

5          THE COURT:  That comes in the preliminary

6    instructions, but that is after they are selected.  If you want

7    general questions about that on the front end -- I did mention

8    it in the opening comments and I actually asked them, and we

9    had two people raise their hand to my initial questions, 29 and

10   8, and I think they are both gone.

11         But in my script I had gone over that the Defendant is

12   not -- the law presumes Ms. Kaye is innocent.  She does not

13   have to prove her innocence or produce any evidence at all.

14   The Government must prove each and every element of the crime

15   charged beyond a reasonable doubt.  And I stopped at that point

16   and asked whether there was anyone who thought they couldn't be

17   fair and impartial, and that they could follow the law.

18         Then I went on to talk to them about the social media

19   and personal views about the social media.

20         If I am going to direct the questions to the jurors,

21   and that is what I am going to consider over the lunch hour, I

22   can elaborate on that more.

23         MS. MILITELLO:  I would ask the Court to do so, both

24   for them to commit, for the presumption of innocence, if they

25   can presume she is innocent now and the Government bears the

```
 1    burden of proof.

 2           I did make a note that the Court went over that

 3    briefly.  I did not hear the Court, and I could have missed it,

 4    discuss the Defendant's right to remain silent.  That may be

 5    what happens in this case, so I do want to make sure there are

 6    not any jurors that who would hold that against her in the

 7    event that she chooses not to testify.

 8           Lastly, I would ask the Court to make some First

 9    Amendment -- if we are not going to agree -- if the Court would

10    make some First Amendment instruction.  I know we haven't

11    finalized the instructions.  There is a case I provided to the

12    Court, California versus Cohen, where one is able to say fuck

13    the draft in the context of political speech, and then there is

14    a line of cases, mainly because it has been in rap songs, about

15    a right to say fuck the police.

16           I think that law is very clear, and if jurors can't

17    follow that law they may find Ms. Kaye guilty simply because

18    she said fuck the FBI, even where the speech may not be a true

19    threat.

20           I would agree with the Government that the Court does

21    not necessarily need to instruct on what a true threat is now,

22    but if they find it is a true threat, then they should find her

23    guilty.  At the same time, I think we need to make sure the

24    jurors understand that harmful, sensitive, controversial

25    political speech is protected in this country.
```

```
 1            THE COURT:  Okay.  Circling back to the topics of
 2   presumed innocence, burden of proof, if you look at the rules
 3   for criminal cases in the preliminary instructions, that would
 4   be something that I could go over now, I go over it again when
 5   the jury is selected, and make sure that everybody can follow
 6   those tenets.
 7            We talk about it as the three basic rules of a
 8   criminal case that they have to keep in mind.
 9            MS. MILITELLO:  That would be the Defense --
10            THE COURT:  All right.
11            MR. BERRY:  May I have just a moment?
12            THE COURT:  Yes.
13            MS. MILITELLO:  Mr. Berry brought up one last juror
14   specific question.  Juror 50, who had meetings and conflicts
15   because she had COVID last week, I would like confirmation that
16   if she misses these meetings she is going to be able to focus
17   on the case.
18            THE COURT:  Okay.  The individual jurors that you have
19   identified are juror number 4, religious belief, juror number
20   6, social media marketing, juror number 2, what age students,
21   juror number 4, from the Defense also, but the Government had
22   that, juror number 15 and 18 that relate to their Federal
23   contracting work, juror number 12, extreme anxiety, 23,
24   comments made at the school, and juror number 50 regarding the
25   work related matters.
```

```
 1              THE LAW CLERK:  And 48, about the employment.
 2              THE COURT:  Right, 15 and 48 were the two Federal
 3    contractors.
 4              THE LAW CLERK:  You said 18.  15, 18 and 48.
 5              THE COURT:  I didn't hear anybody bring up 18.  I have
 6    15, 48 --
 7              THE LAW CLERK:  You read 18, maybe you meant to say
 8    48.
 9              THE COURT:  Sorry, maybe I meant to say 48.  15 and 48
10    were the two Federal, right?  Defense brought that up.
11              MS. MILITELLO:  Yes, 15 and 48.
12              THE COURT:  I might have said 18 by mistake.
13              Why don't we come back -- they are coming back at
14    2:00.  We will come back at five minutes to 2:00 so you all
15    will know where I am heading with this.  We will see you five
16    minutes to 2:00.  Thanks.
17         (Thereupon a luncheon recess was taken.)
18         (Thereupon, trial reconvened after recess.)
19              THE COURT:  What I was thinking was the following:  I
20    will call the jurors in and tell them they are excused and tell
21    them know that they can't let anybody else know, not to talk
22    with any of the other jurors and just leave, so we clear them
23    out, and then I would bring in the ones you -- I am going to
24    ask the questions I have decided.  I think I have embraced
25    everything you wanted me to ask in the proper way so we don't
```

```
 1    run into issues.
 2             So, I was going to first bring in the individual
 3    jurors whom you wanted followup, and I will let you ask them
 4    whatever questions you want.  So there are a number of
 5    individual jurors, I have a list of them, and I will bring them
 6    each in.  They were 2, 4, 6, 12, 15, 23 and 48, and then I will
 7    let you ask the questions.
 8             And as they leave, you can let me know if you want to
 9    keep them or excuse them based on anything they have said then
10    I will bring the whole group that is remaining in and ask the
11    general questions that is a combination of what the Government
12    and the Defense indicated you wanted asked before we broke.
13    And if there is anything that anybody says that requires
14    followup questions, you can let me know and we can bring them
15    in individually and speak with them individually, and when we
16    are done with that, we will have our conference for you to
17    select.  Okay?
18             So, right now, we want to bring in all of the jurors
19    whom I am excusing.  Do you need that list or do you have it?
20    We will bring them in.  I am sorry, is this their first week of
21    jury.
22             THE COURTROOM DEPUTY:  Second.  They will still have
23    to call.
24      (Thereupon, a partial group of the jury venire entered the
25    courtroom.)
```

Pauline A. Stipes, Official Federal Reporter

```
 1            THE COURT:  Okay, so we have everyone.  Everyone can
 2    be seated.  Can you count to make sure.  Do we have 15 in here?
 3    I want to be absolutely sure.
 4            THE COURTROOM DEPUTY:  Yes, ma'am.
 5            THE COURT:  All right.  Ladies and gentlemen, I wanted
 6    to thank you very much for your service.  We do not need you
 7    any longer.  That does not mean that you did anything wrong.  I
 8    trust that you all answered the questions truthfully and that
 9    was all that we could ask of you, but based on certain
10    responses and/or conflicts or other things, your service --
11    conflicts that you have highlighted for the Court, your service
12    will no longer be needed in this trial.
13            That means you can be excused, you do not need to
14    return to the courtroom for this trial.  To the extent that
15    your summons requires you to continue to call in for any period
16    of time, you should continue to do so.
17            You are no longer required to abide by the rules that
18    I outlined, which is you can't discuss the case, you can't do
19    anything on social media related to the case, except everybody
20    else who is waiting outside must abide by those rules.  To the
21    extent that you have befriended any member still of our jury
22    pool, do not engage in any conversations, social media activity
23    with them whatsoever.
24            To that end, when you leave in a moment, I will ask
25    that you simply leave without speaking with anyone who remains
```

```
 1   out there or even speaking with each other about the fact that
 2   you have been excused until you get downstairs and outside and
 3   then you are free to speak among yourselves, but the rest of
 4   the jurors will be returning in, and I don't want anything to
 5   interfere with their ongoing participation in the proceeding.
 6            With that, thank you very much for your service, have
 7   a nice rest of the day, and you are excused.
 8       (Thereupon, a portion of the jury venire was excused.)
 9            THE COURT:  Melanie, bring them in one at a time.
10   Juror number 2.
11            Counsel, when these jurors come in, I will let the
12   Government ask first, then Defense ask again, and we will
13   excuse them.  But I would presume after the questions you will
14   have all the information you need about them individually, that
15   you indicated you wanted to follow up on individually.
16            So, juror number 2.
17            Okay, counsel may be seated.  Thank you.
18       (Thereupon, the juror entered the courtroom.)
19            THE COURT:  Thank you for coming in, juror number 2.
20            The attorneys had some followup questions that they
21   wanted to ask you, so I am going to first turn it over to the
22   Government for any followup questions that you may have of
23   juror number 2, and then anything from the Defense.
24            MR. DISPOTO:  Your Honor, we have no followup
25   questions for juror number 2.  Thank you.
```

```
 1              THE COURT:  Was it Defense who had any followup
 2    questions for juror number 2?
 3              MS. MILITELLO:  Yes, thank you, your Honor.
 4    BY MS. MILITELLO:
 5    Q.  I wondered what age range do you teach?
 6    A.  I teach high school, 9th through 12th.
 7    Q.  Do you teach a specific subject?
 8    A.  I teach drafting, technical design.
 9              MS. MILITELLO:  Okay, thank you.
10              THE JUROR:  That is it?
11              THE COURT:  Okay, thank you so much.  Short and sweet.
12         (Thereupon, the juror left the courtroom.)
13              THE COURT:  If we could bring in juror number 4,
14    please.
15         (Thereupon, the juror entered the courtroom.)
16              THE COURT:  Okay, juror number 4, the attorneys have
17    some followup questions they wanted to ask you.  Let me turn to
18    the Government.
19              MR. DISPOTO:  Good afternoon, sir.
20              THE COURT:  We can't hear you.  Make sure you ask the
21    questions in the microphone.
22              MR. DISPOTO:  Thank you, Judge.
23    BY MR. DISPOTO:
24    Q.  You indicated earlier this morning when we were going
25    through this process that your religious beliefs play a big
```

1    part, I think those were your words, a big part in your life;

2    is that right?

3    A.  Yes.

4    Q.  Okay.  As a juror in this case, you are going to have to be

5    able to follow the Court's instructions.  You understand that,

6    correct?

7    A.  Right.

8    Q.  And at the end of the process, you will have to make a

9    determination as to whether the Government has proved the case

10   beyond a reasonable doubt.  Do you understand that?

11   A.  Yes.

12   Q.  Is there anything about your religious beliefs that may

13   cause any issues or difficulties for you as a juror in the

14   case?

15   A.  Um-m-m, I am not really big on politics.  My belief, I

16   don't want to affect anyone in any bad way, whether it is the

17   person here on the Defense or the other, but I follow the rules

18   period.  I work for the Federal Government, I have been doing

19   it now for the past 20 years.

20   Q.  Can you help us understand, though, what the issues are for

21   you personally?  What is it about your religious beliefs that

22   you think might be an issue for you?

23   A.  It has a lot to do with politics and stuff like that.

24       Like I said, I follow the rules, whatever rules I need to

25   follow, the law and everything, but when it comes down to

```
 1    politics and things like that I don't get involved.  I used to
 2    vote years ago, but I don't even do that any more.
 3    Q.  I guess what we need to know from you is whether you are
 4    going to be able to follow the Court's instructions and to do
 5    your duty as a juror, and what that is going to include at the
 6    end of the case is for you to make some decisions, and the big
 7    decision for you to make is, has the Government proved each and
 8    every essential element of the crime charged beyond a
 9    reasonable doubt.
10    A.  Okay.
11    Q.  Will you be able to do that despite whatever religious
12    beliefs that you have?
13    A.  Yes.
14    Q.  Okay.  All right.  Thank you, sir.
15              THE COURT:  Okay.  From the Defense.
16              MS. MILITELLO:  Your Honor, can I approach?  I
17    apologize.  I would like to clarify the Court allowance of
18    questioning before I inquire.
19              THE COURT:  You can ask the question, and I guess if
20    there is an objection, there is an objection.
21              MS. MILITELLO:  Okay.
22    BY MS. MILITELLO:
23    Q.  So, first I want to ask you, you work for law enforcement
24    for the Federal Government, right?
25    A.  Yes.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  Our concern as the Defense is whether you have any bias or
 2    favor for the Federal Government or for Federal law enforcement
 3    as a result of your employment or your life experiences?
 4    A.  No, I don't.  I don't have any bias or anything like that.
 5    Q.  When you say bias, what I am wondering is, do they come in
 6    here with a leg up, right, do they come in here ahead of us
 7    because you trust the Federal Government?
 8    A.  No, that is not the case.
 9    Q.  Okay.  You heard the Court read the indictment earlier
10    which involved cursing at the FBI.  There are times the First
11    Amendment protects cursing at law enforcement.  Do you agree
12    with that?
13         MR. DISPOTO:  Your Honor, maybe I am not clear as to
14    the scoped of the Court's ruling.
15         THE COURT:  I am not going to be asking that question
16    to the group as a whole.
17         I have general questions that I gleaned from what you
18    had communicated to the Court that I was going to ask the
19    general group.
20         So, is there anything specific to either the
21    relationship with the Federal Government or the religious
22    beliefs that you wanted to delve into further?
23    BY MS. MILITELLO:
24    Q.  So the followup would be, as a Federal law enforcement
25    officer, will you be able to follow the Court's instructions
```

1    about one's First Amendment rights?

2    *A.*  Yes.

3    *Q.*  Even if you disagree with them?

4    *A.*  Yes.

5    *Q.*  Okay, thank you.

6           *THE COURT:*  Any further questions from either side?

7           *MR. DISPOTO:*  No, your Honor.

8           *THE COURT:*  Okay, thank you so much.

9       *(Thereupon, the juror left the courtroom.)*

10          *THE COURT:*  The next juror would be number 6.

11      *(Thereupon, the juror entered the courtroom.)*

12          *THE COURT:*  Okay, juror number 6, the attorneys wanted

13   to ask some followup questions of you.  Let me turn it over to

14   counsel from the Government.

15   *BY MR. DISPOTO*:

16   *Q.*  Good afternoon, ma'am.

17   *A.*  Good afternoon.

18   *Q.*  I believe you told us earlier that you are a social media

19   marketer; is that correct?

20   *A.*  Yes.

21   *Q.*  Could you tell us a little bit more about what you do?

22   *A.*  Yes.  I actually just started about six months ago, I was

23   in school for graphic design and I branched from there and met

24   friends in school.  Pretty much what I do, I work for different

25   companies, so they hire me to advertise their launches,

Pauline A. Stipes, Official Federal Reporter

1   advertise products, a bunch of different things.  It is kind of

2   hard to identify.

3   Q.  Do you do that advertising on various social media

4   platforms?

5   A.  Yes.

6   Q.  Is it fair to say that Facebook is one of those platforms?

7   A.  Uh-hum.

8   Q.  How about Instagram?

9   A.  Facebook, Instagram, Twitter, Etsy, pretty much any social

10  media platform.

11  Q.  You are not involved in reviewing content on the social

12  media, you are just advertising for the clients; is that

13  accurate?

14  A.  Kind of.  It depends, like if there is scrutiny against a

15  certain company, or something like that, I am in charge of

16  making sure that that is not in the public eye and making it

17  less of an issue than it would be, but not out sourcing and

18  looking for things like that.

19  Q.  Do I assume correctly that, in light of your work, you are

20  pretty handy when it comes to navigating different social media

21  platforms?

22  A.  Yes.

23  Q.  You heard the judge describe the charges in this case,

24  right?

25  A.  Yes.

1    *Q.*  An allegation of a threat made online.

2    *A.*  Right.

3    *Q.*  Is anything that you do in your job going to cause you to

4    have any difficulty serving as a juror in this case, or do you

5    see it as a non-issue?

6    *A.*  I don't think it would be an issue for me.

7    *Q.*  Are you confident that you will be able to follow the

8    instructions that the Court gives you and for you to give both

9    sides a fair trial?

10   *A.*  Absolutely.

11   *Q.*  Thank you.

12         *MR. DISPOTO:*  No further questions, Judge.

13         *THE COURT:*  From the Defense.

14         *MS. MILITELLO:*  I don't have any questions, thank you.

15         *THE COURT:*  Okay, thank you so much.

16      *(Thereupon, the juror left the courtroom.)*

17         *THE COURT:*  Let's see, our next juror is juror number

18   12.

19         *MR. DISPOTO:*  While we wait, we don't have any

20   questions of any of the additional jurors, unless there is a

21   followup to --

22         *THE COURT:*  12, we are just finding about the drive --

23   Defense, you had questions.

24         *MS. MILITELLO:*  Yes.

25         *THE COURT:*  Yes.  Did the Government not have

Pauline A. Stipes, Official Federal Reporter

```
 1   questions of 12 either, you said?

 2           MR. DISPOTO:  Yes.

 3           THE COURT:  All right.  Okay.

 4           MR. DISPOTO:  I should correct myself, Judge, 49 we

 5   may want to question.

 6           THE COURT:  I need to know.  I am only calling them

 7   once.

 8           MR. DISPOTO:  Yes, 49.

 9       (Thereupon, the juror entered the courtroom.)

10           THE COURT:  All right.  Juror number 12, thank you for

11   coming in.  We wanted to followup with you.

12           Let me first ask, were you ever able to reach anybody

13   about the driving?

14           THE JUROR:  Yes.

15           THE COURT:  And what did they say?

16           THE JUROR:  I can get a ride.

17           THE COURT:  You can get a ride, okay.  I know that you

18   said that you had felt anxiety about the driving, so, does that

19   alleviate that concern?

20           THE JUROR:  Yes.

21           THE COURT:  Okay.  Is there anything else about the

22   experience of serving as a juror, should you be selected, that

23   you think would cause you any anxiety?

24           THE JUROR:  No.

25           THE COURT:  So are you comfortable that, if you are
```

Pauline A. Stipes, Official Federal Reporter

```
 1   selected as a juror, you would be able to concentrate one
 2   hundred percent on the evidence and the law that the Court
 3   instructs you, you would be able to sit with everybody during
 4   the day over on the seats here where you will be listening to
 5   the evidence and then deliberating with your fellow jurors back
 6   in the deliberation room should it come to that?
 7             THE JUROR:  Yes.
 8             THE COURT:  Okay.  Let me see if counsel has any
 9   followup questions.  Were there any questions from the
10   Government?
11             MR. DISPOTO:  No, your Honor, thank you.
12             THE COURT:  Any questions from the Defense?
13   BY MS. MILITELLO:
14   Q.  If I could clarify, and I don't mean to stereotype in any
15   way, anxiety affects everyone differently.  Do you think there
16   you would have anxiety if there was conflict with the other
17   jurors in discussing the evidence and reaching a verdict?  Do
18   you think your anxiety would impact you in any way?
19   A.  No.
20             MS. MILITELLO:  Thank you.  I just wanted to be sure.
21             THE COURT:  Thank you so much, juror number 12.
22        (Thereupon, the juror left the courtroom.)
23             THE COURT:  If we could have juror 15, please.
24        (Thereupon, the juror entered the courtroom.)
25             THE COURT:  Thank you, juror number 15.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              We had a few extra questions for you, and let me turn
 2    it over to Defense for any followup questions you may have of
 3    juror number 15.
 4    BY MS. MILITELLO:
 5    Q.  Hi.
 6    A.  Hello.
 7    Q.  You work for the Veterans Health Association; is that
 8    right?
 9    A.  Yes.
10    Q.  You are a Federal employee.
11    A.  Yes.
12    Q.  You know the Federal Government is prosecuting here today.
13    I am just wondering, because of your experience, your
14    employment, is there any reason why you would give the
15    Government sort of any bias or do you think they have -- you
16    never know.
17    A.  No.  Honestly.
18    Q.  Okay.
19    A.  I have recently just had to deal with employment transition
20    into a different VA altogether because of some issues, so, it's
21    not a blessing or a curse to be working for Federal Government
22    and be -- as a Federal employee, I would say it is what it is.
23    Q.  Okay.
24    A.  It is just a job, we come do our job and we leave.
25    Q.  What about Federal agents, do Federal agents have a leg up
```

```
 1   versus another witness?  Are you more likely to believe someone
 2   just because they work for the FBI?
 3   A.  They are human.
 4           MS. MILITELLO:  Thank you.  That is all I have.
 5           THE COURT:  Any questions from the Government?
 6           MR. DISPOTO:  No, your Honor.
 7           THE COURT:  Thank you so much.
 8       (Thereupon, the juror left the courtroom.)
 9           THE COURT:  Next juror, if we could have juror 23,
10   please.
11       (Thereupon, the juror entered the courtroom.)
12           THE COURT:  Thank you, juror number 23.  We had a
13   couple of followup questions.  Let me turn it over to the
14   Defense to see if you have any questions of juror number 23.
15   BY MS. MILITELLO:
16   Q.  Good afternoon.
17   A.  Hi.
18   Q.  If I heard you right earlier, you discussed some threats
19   involving a friend who was kidnapped and raped, and what I
20   heard was you said, threats made to all of us at the school.
21   A.  Yes.
22   Q.  Which to me meant you were included in that.
23   A.  Yes, I was.
24   Q.  That is what I would like you to tell us about.  This is a
25   case involving online threats, so I would like you to tell us
```

1    more about the threat as it related to you, and if you think

2    that might impact you in any way in this case.

3    *A.*  The person who committed the crime was a very religious

4    fanatical person and claimed that this person who was a fellow

5    teacher was not teaching the word of God, and threatened most

6    of us in her same grade level, which I was, that we were going

7    to go straight to hell, and would be damned for eternity and

8    lots of other threats like that.

9        He said that probably -- and he was in custody and had

10   other people sending us emails, even though we had restraining

11   orders and things like that.  So, it wasn't per se social

12   media, but it was even closer to home.  He got ahold of our

13   personal, my son's email and our emails at school, even though

14   our IT person managed to then block them, but he threatened all

15   of us.

16   *Q.*  Okay, that is a lot.

17       The judge, if you are selected to be a juror, will later

18   tell you what is legally a threat and what isn't, and you will

19   have to weigh the evidence.  Do you think you could set aside

20   what happened to you and be an impartial juror, or do you have

21   concerns about your ability to do that?

22   *A.*  It was pretty traumatic, and I still worry about that

23   person to this day, about people who are with them.  Even

24   though he is put away for life, the people that carried out

25   whatever he wanted to do or not.

1   Q.  Right.  Okay.  But so knowing -- I don't know who this

2   person is, I believe you, but obviously it is separate.  The

3   concern is that happened to you, and you described it as being

4   traumatic.

5       Do you think it might influence you?

6   A.  I am sure it would.

7   Q.  You would have difficulty separating that life experience

8   from the facts along this case?

9   A.  Yes, because I think, you know, if -- there was nothing

10  that would make me feel like that -- even though we were

11  assured by everyone involved in that, and it was ten years ago,

12  that, you know, everything was taken care of, we were

13  protected, nothing would happen, I still worry.  Any threat is

14  a threat even if not carried out.

15  Q.  All right.  Thank you.

16          THE COURT:  From the Government.

17          MR. DISPOTO:  No questions, Judge, thank you.

18          THE COURT:  Thank you so much, juror number 15.

19      (Thereupon, the juror left the courtroom.)

20          MS. MILITELLO:  Judge, just to clarify, I think you

21  said juror 15, but it was juror 23.

22          THE COURT:  Sorry, 23, you are right.  What do the

23  parties think in light of the answers?

24          MS. MILITELLO:  Defense would be moving for cause

25  based on the answers to juror number 23.

```
 1              THE COURT:  Government?

 2              MR. DISPOTO:  Despite indicating earlier, Judge, that

 3   she can be fair, she seems to now say she cannot be fair and

 4   impartial, so we don't object to the request.

 5              THE COURT:  So, 23 is stricken for cause.  How many

 6   have we stricken so far?

 7              THE COURTROOM DEPUTY:  17.

 8              THE COURT:  Juror number 48.

 9              THE COURTROOM DEPUTY:  Do you want me to bring her

10   back in?

11              THE COURT:  No I can take that up with everybody else.

12        (Thereupon, the juror entered the courtroom.)

13              THE COURT:  Thank you for coming in, juror number 48.

14   We had a couple of followup questions.  Any questions from

15   Defense?

16              MS. MILITELLO:  Yes, thank you.

17   BY MS. MILITELLO:

18   Q.  Good afternoon.

19   A.  Good afternoon.

20   Q.  My notes are that you worked for the Federal Government for

21   about 34 years, the Department of Defense?

22   A.  Probably four years with DOD, and rest of the time at FAA.

23   Yes, the rest was FAA, so 34, FAA.

24   Q.  Okay.  Obviously, it is the Federal Government that is

25   prosecuting here today, and we are here in Federal Court.
```

1    A.   Yes.

2    Q.   The concern is, being retired with the Federal Government,

3    spending a lot of time with the Federal Government --

4    A.   Right.

5    Q.   -- do they have an advantage?  Do the have a leg up?  Are

6    you more likely to believe them just because they are the

7    Federal Government or have Federal agents?

8    A.   Okay.  What are you saying?

9    Q.   Do you agree with that, that you are more likely to believe

10   them because they are Federal agents and the Federal

11   Government?

12   A.   Well, I will have to say this, okay, when all of the senior

13   officials in Washington, D.C. were dismissed after long careers

14   in the CIA and FBI, I was quite upset because I am a life-long

15   Government employee, and I guess you could say I do really feel

16   a degree of bias, I do, for the Federal Government and Federal

17   employees, and their position on things, yes.

18   Q.   Okay.

19   A.   I want to state it correctly.  That is how I feel.

20   Q.   As you sit here, you have some bias for the Federal

21   Government and the FBI?

22   A.   I would have to say yes.  I am not going to lie to you.

23   Yes.

24   Q.   I appreciate that.

25            THE COURT:  From the Government?

Pauline A. Stipes, Official Federal Reporter

```
 1           MR. DISPOTO:  No questions, your Honor, thank you.
 2           THE COURT:  Okay, thank you so much.
 3      (Thereupon, the juror left the courtroom.)
 4           THE COURT:  Parties' position on 48?
 5           MS. MILITELLO:  Defense would move for cause for 48.
 6           THE COURT:  Government?
 7           MR. DISPOTO:  No objection.
 8           THE COURT:  Okay, 48 is stricken for cause.
 9           Okay, and 49, is this about the mask?  I can ask this
10      one and you can follow up if you want.
11      (Thereupon, the juror entered the courtroom.)
12           THE COURT:  Hi, juror number 49, how are you?
13           THE JUROR:  It is a little formal.  You can call me
14      Max.
15           THE COURT:  I want to make sure, we have everyone wear
16      their masks for safety.  We have been through various
17      iterations, as many places have in the country, about what
18      phase you are in, and we had a phase where we were all masked,
19      all social distanced, and gave kits to everybody, et cetera.
20      You can see there is plexiglass.
21           It has changed a little bit since the inception and
22      what remained at this point is the masks, and we do that for
23      everyone's benefit and safety.  Everyone will be seated in the
24      chairs, the white chairs, and the plexiglass, and jurors are
25      required to wear the masks while they are in the courtroom.  We
```

Pauline A. Stipes, Official Federal Reporter

1    all wear masks when we come into the courthouse.  I have mine
2    here.  I take it off when we talk and any time someone speaks
3    so we can hear them clearly.
4         I just want to make sure that is not going to pose any
5    kind of distraction for you, any problem for you, should you be
6    selected as a juror in this case.
7         *THE JUROR:*  I am a big boy, I breathe heavy, I am not
8    very comfortable.  I don't want to say it, but that is not
9    going to be the thing for me that I can't wear a mask eight
10   hours a day and be comfortable.  I think that would be a
11   distraction.
12        Other than that, I think I would be a perfect juror, I
13   have the time and all that, but it's just sitting there -- the
14   jobs I have worked during COVID, I never had to wear a mask
15   because I was away from people and all that.  I never had to
16   get used to wearing a mask.  Sitting in a courtroom for eight
17   hours while someone's livelihood is on the line is the best.
18        *THE COURT:*  Your only concern is the difficulty for
19   you in keeping a mask on for eight hours?
20        *THE JUROR:*  Yes.
21        *THE COURT:*  If I were to discuss with the attorneys
22   whether there was a way jurors could be socially distanced and
23   masks not necessary, that wouldn't be a problem?
24        *THE JUROR:*  Not a problem.
25        *THE COURT:*  If that is not what we arrive at and end

Pauline A. Stipes, Official Federal Reporter

1   up having everyone wear the mask, you feel --

2          THE JUROR:  My father would kick my butt right now if

3   he heard me say I couldn't do this because of that, but you saw

4   me for two hours back there squirming around.  I couldn't

5   imagine eight hours uncomfortable.  Maybe it is extra cold that

6   morning, I am nasally.  I am a big boy, I am a mouth breather.

7          THE COURT:  Any followup questions --

8          THE JUROR:  None from me.

9          THE COURT:  I am asking the attorneys if they have any

10   questions.

11          MR. DISPOTO:  No, your Honor.  Thank you.

12          THE COURT:  Defense?

13          MS. MILITELLO:  No.

14          THE COURT:  Thanks so much, juror 49.

15          THE JUROR:  Thanks, Judge.

16      (Thereupon, the juror left the courtroom.)

17          THE COURT:  What do we think?

18          MR. DISPOTO:  Judge, we have concerns, obviously.  I

19   don't know if he is going to be able to -- first of all, I

20   don't know how we would socially distance him from the other

21   jurors, but practically it seems very difficult to accommodate

22   him, not to mention the message it sends to the other jurors

23   who are being asked to wear masks, but he is not wearing one.

24          I'd ask he be excused for cause.

25          MS. MILITELLO:  Defense would object.  I know it is a

Pauline A. Stipes, Official Federal Reporter

1    sensitive topic and I didn't think to ask about his vaccination

2    status, but trials happened where jurors were socially

3    distanced.  We are not necessarily doing that now, but that did

4    occur.

5         THE COURT:  If jurors were going to be socially

6    distanced we would be moving the jurors to the back of the

7    room, and they wouldn't all be sitting in the jury box.

8         MS. MILITELLO:  He is at the end, so -- depending on

9    when the Court wants to do the cause challenges, we can wait to

10   see, but at this point we do object.

11        THE COURT:  Okay.  I will let him remain in at this

12   point, and I think we just want juror number 50.  I think we

13   needed to find out about -- I think you wanted to ask about the

14   job situation with Watches of Switzerland.  I can lead that if

15   you want, but if you have followup questions about that.  Which

16   one of you wanted to talk to 50?

17        MS. MILITELLO:  I mentioned concerns.  I couldn't

18   remember if she was going to get back to the Court.

19        THE COURT:  No.  She is in merchandising, she does

20   something with products, she has meetings tomorrow in Miami,

21   and Wednesday, they can't be pushed back, people are flying in

22   for the day.  There are a hundred employees, there are four

23   people on her team, one is on the honeymoon.  I didn't quite

24   get why the other two couldn't cover, you know, but you didn't

25   have a chance to ask her about that.

```
 1              She was out of work last week because of COVID.  She
 2    has tested three times, she doesn't have it any longer.  I
 3    think she was feeling the squeeze because she was out last week
 4    and vendors were flying in and meetings couldn't be pushed.
 5              Do you want to inquire further?
 6              MS. MILITELLO:  Just briefly.
 7              THE COURT:  All right.  And as far as I can tell,
 8    there are no more individual inquiries, correct?
 9              MR. DISPOTO:  Correct.
10              MS. MILITELLO:  Yes.
11         (Thereupon, the juror entered the courtroom.)
12              THE COURT:  Okay, juror number 50, thanks for coming
13    back in.  We had a couple of followup questions for you.  Let
14    me turn it over to the Defense.
15    BY MS. MILITELLO:
16    Q.  Hey, good afternoon.  You shared with us earlier about your
17    work conflicts and being out last week, and so our concern is
18    whether you will be able, if selected, to give this case your
19    full attention, right, and give it sort of the respect and duty
20    that it requires, or are you going to be distracted because of
21    your work situation?
22    A.  I think I am going to be a little distracted because of the
23    stress with all the stuff I have coming up right now, and what
24    I am expecting to have to do after this.  I don't think I can
25    give it like my full attention.  Even on my break I was trying
```

Pauline A. Stipes, Official Federal Reporter

```
 1  to figure out how I maneuver my whole work schedule if I am on
 2  the jury, and I don't think I will be able to be fully focused
 3  in here and present.
 4  Q.  So that is concerning to me.
 5  A.  Yes.
 6  Q.  If you are not fully focused or you can't fully engage with
 7  the evidence, and then what?  Do you think that will prohibit
 8  you from being fair and impartial?
 9  A.  I would like to be fully aware of what is going on.  I know
10  I have a lot work wise because of my previous issues last week,
11  and I don't want to be impartial in any of these cases, but I
12  am trying my best.  Unfortunately, at this moment in time, I
13  know I have a lot going on.  I don't know if I will be in the
14  right state of mind to be fully present and make the best
15  verdict.
16           MS. MILITELLO:  Okay, thank you.
17           THE COURT:  Any questions from the Government?
18           MR. DISPOTO:  No, your Honor.
19           THE COURT:  Okay, thank you so much.
20      (Thereupon, the juror left the courtroom.)
21           THE COURT:  Parties' position on 50?
22           MS. MILITELLO:  Judge, we are going to move for cause
23  on juror 50 because she said she is not going to be fully
24  present and may not be fully engaged with the evidence and the
25  presentation.
```

Pauline A. Stipes, Official Federal Reporter

```
 1            I think it is a close one, but her answers now concern
 2   us in her ability to be fair and impartial and fully engaged
 3   with the process.
 4            THE COURT:  Government?
 5            MR. DISPOTO:  No objection.
 6            THE COURT:  50 is stricken.
 7            Any more individual inquiries from the Government?
 8            MR. DISPOTO:  No, your Honor.
 9            THE COURT:  From the Defense?
10            MS. MILITELLO:  No, your Honor.
11            THE COURT:  Okay.  If we can bring all of our jurors
12   in.  Keep in mind we are bringing in all of them, so that would
13   include, you know, the ones whom we have stricken, but they
14   don't know that yet, and I am going to go through the general
15   questions that you covered before we broke for lunch.
16            I have categorized them all, and I think I have
17   covered them in a way that hopefully you will find encompasses
18   maybe not exactly how you would have presented it, but gets to
19   the issues you wanted highlighted.
20            There will be general questions.  If we see any hands
21   or anyone who doesn't say he or she can be fair and impartial,
22   I will make note of that.  We will bring them in individually.
23   Otherwise, that will conclude my questioning.
24            I will send them out and have them wait.  I will give
25   you one last opportunity if you felt there was something I
```

1    didn't ask or you wanted an inquiry based on someone raising

2    their hand, but otherwise, this will conclude the set of

3    questions.  I will include reading the joint statement that you

4    wanted me to read.

5         The purpose of reading the joint statement was to make

6    sure, after I read that statement, that everybody could be fair

7    and impartial about the January 6th?

8         *MS. MILITELLO:*  Well, can you still presume Ms. Kaye

9    innocent despite this possible association.

10        *THE COURT:*  Okay.  Okay.

11        And then, I will -- we will go through -- we will have

12   our conference after you have had a moment more to look at your

13   notes.  Hopefully you were able to do that over lunch, and we

14   will be close to ready to do that.

15        So we can bring everybody in.

16   *(Thereupon, the jury venire returns to the courtroom.)*

17        *THE COURT:*  Welcome back, everybody.  Thank you for

18   your patience.  I have a few more things to go over with you.

19        As I indicated early on, this is a criminal case, and

20   I want to make sure you are aware of three basic rules about a

21   criminal case that you must keep in mind.

22        First, the Defendant, Ms. Kaye, is presumed innocent

23   until proven guilty.  The superseding indictment brought

24   against her by the Government is only an accusation, nothing

25   more.  It is not proof of guilt or anything else.  Ms. Kaye,

Pauline A. Stipes, Official Federal Reporter

```
 1   therefore, starts out with a clean slate.

 2           Second, the burden of proof is on the Government until

 3   the very end of the case.  Ms. Kaye has no burden to prove her

 4   innocence or to present any evidence or to testify.

 5           Since she has the right to remain silent and may

 6   choose whether to testify, you cannot legally put any weight on

 7   her choice not to testify.  It is not evidence.

 8           Third, the Government must prove Ms. Kaye's guilt

 9   beyond a reasonable doubt.

10           When I give you the jury instructions, I will give you

11   further instructions on this point, that is, what is beyond a

12   reasonable doubt, but bear in mind that the level of proof

13   required is high.

14           So, I want to make sure that there is no one here that

15   cannot follow those three basic rules about a criminal case.

16   If there is anyone here who cannot follow those three basic

17   rules about a criminal case, please raise your hand.  Seeing no

18   hands.

19           Now, in this case, you may briefly hear evidence about

20   the events which took place at the Capitol in Washington, D.C.

21   on January 6, 2021.  Ms. Kaye is not alleged to have been

22   present at the Capitol for the events of January 6th, and she

23   is not being charged with any events related to January 6th.

24           So, again, with that in mind, I want to make sure that

25   there is nobody here who cannot follow the three basic rules
```

1    about a criminal case that I have just indicated, that is, that

2    the Defendant is presumed innocent until proven guilty, the

3    burden of proof is on the Government until the very end, and

4    the Government must prove the Defendant's guilt beyond a

5    reasonable doubt.

6            Is there anyone who cannot follow the three basic

7    rules of a criminal case in light of the statement I have just

8    read?  If so, please raise your hand.  Seeing no hands.

9            There will be use of profanity, or there may be use or

10   there will be use, I have reason to believe, but of course we

11   haven't heard any evidence, but assuming there is use of

12   profanity in the presentation of the evidence and argument by

13   counsel, is there anyone here who will be offended by the use

14   of profanity such that you cannot be fair and impartial if

15   selected as a juror?

16           Please raise your hand if you will be offended by any

17   use of profanity in such a way that you cannot be fair and

18   impartial if selected as a juror?  Seeing no hands.

19           Is there anyone who will be offended by the use of

20   profanity directed toward law enforcement so that you cannot be

21   fair and impartial if selected as a juror?  Seeing no hands.

22           Furthermore, is there anyone who cannot assure the

23   Court that you will not draw any adverse feelings or opinions

24   about the attorney if they use such profanity?  Seeing no

25   hands.

Pauline A. Stipes, Official Federal Reporter

```
 1          Is there anyone who cannot be fair and impartial in
 2   rendering judgment based on the evidence and the law that I
 3   instruct you on if you learn that any of the parties or the
 4   witnesses hold political beliefs either contrary to or
 5   consistent with your own political beliefs?  Seeing no hands.
 6          Is there anyone here who does not or has not ever used
 7   social media?
 8          Okay, so we just need to know the juror number.
 9          THE JUROR:  39.
10          THE COURT:  What was the other juror?  39 and 14.
11          THE COURTROOM DEPUTY:  And 17.
12          THE COURT:  14, 17, 39.
13          You raised your hand because you have never used
14   social media; is that correct?
15          THE JUROR:  Correct.
16          THE COURT:  Okay.  I guess for those jurors, of those
17   jurors, is there anyone who is not familiar with social media?
18   Of jurors 14, 17, and 39, anyone who is not familiar with
19   social media?  If so, raise your hand.
20          17 raised your hand.  You are not familiar with social
21   media, okay.
22          And then earlier in my questioning with the general
23   questions to all of you, there were a number of you who spoke
24   about certain experiences that you had or heard about regarding
25   online threats.
```

Pauline A. Stipes, Official Federal Reporter

```
1            My question is, other than the people who have already
2    told me in response to the initial set of questions I asked, is
3    there anyone else who has been the target of online threats or
4    harassment, anyone other than those who have already let the
5    Court know?  Seeing no hands.
6            Okay.  Thank you so much.  I am going to have you step
7    outside again.  Stay close by for a moment so I can see if
8    there are any followup questions from the attorneys that I want
9    to discuss.  Unless there are other questions that the
10   attorneys have, I will be meeting with the attorneys to select
11   who will be jurors in this case.
12           I do want to remind you that when go outside please
13   follow the same rules, don't discuss the case with anyone,
14   don't conduct any research, and don't have any interaction with
15   the parties or attorneys should they come out of the courtroom
16   while we are waiting.
17           Thank you so much.
18       (Thereupon, the jury venire leaves the courtroom.)
19       THE COURT:  Did any of you have questions for either
20   14, 17 or 39 in light of the response that they don't use
21   social media, and one of them is not familiar with social
22   media?
23           MR. DISPOTO:  No, your Honor.
24           MS. MILITELLO:  No.
25           THE COURT:  Were there any other questions that
```

Pauline A. Stipes, Official Federal Reporter

1    counsel felt should be directed at either a juror in particular

2    or any general questions?

3         MR. DISPOTO:  No, your Honor.

4         MS. MILITELLO:  Defense maintains our request for voir

5    dire particularly on the First Amendment issues.  It is common

6    that I would voir dire on elements of crimes, things that are

7    protected and allowable, things that are not.

8         I wouldn't give them, of course, the instructions, but

9    I would say they have to follow the Court's instruction on this

10   later, and we gave the example of cursing at law enforcement,

11   but also the other examples of controversial speech, speech

12   that may be hurtful, these things being protected, and we don't

13   know at the outset if the jurors are going to follow that law.

14        So, I maintain my request regarding voir dire as to

15   First Amendment issues.

16        THE COURT:  Do you want to proffer the questions you

17   would have asked?  The Court endeavored to cover the areas that

18   you were looking at.  The Court hasn't decided ultimately on

19   the jury instructions at this point, nor would the Court give

20   any jury instructions even if it had decided on it.

21        The Court wants to make sure the parties have been

22   heard in full on their differing opinions about the jury

23   instructions, and I know there is a difference of view on the

24   nature of the instruction relating to the First Amendment, but

25   the Court did endeavor to cover questions relating to

1    profanity, political views, profanity used at law enforcement,

2    and the other areas that I covered.

3         MS. MILITELLO:  Right, and I do appreciate the Court

4    engaging with the instructions about profanity, but what was

5    missing is that there may be some jurors who think, oh sure, I

6    can be impartial, if you curse at a cop you are guilty, and

7    right now they don't know that that is permissible speech, that

8    you have the right to criticize and curse at law enforcement,

9    and as long as it is not a true threat that is protected.

10        That is the central theme of this case and of our

11   theory of Defense, so I would have liked to question the juror

12   about those rights and whether they can follow the law that

13   even that sort of speech, when they don't like it, when it is

14   directed at law enforcement, it is still protected speech, and

15   they must find Ms. Kaye not guilty unless her speech rose to

16   the level of a true threat.

17        THE COURT:  Response from the Government.

18        MR. DISPOTO:  Your Honor, all of the jurors have

19   already indicated to your Honor that they will follow the

20   instructions that the Court gives and that they can be fair and

21   impartial.

22        The questions that Ms. Militello is proposing is

23   basically addressing exactly what the jurors have already

24   answered.  They have already indicated that they can follow the

25   instructions.

Pauline A. Stipes, Official Federal Reporter

```
 1            So, whether the Court or Ms. Militello runs through
 2    the list of potential language that is not criminal to
 3    highlight the point that they can't convict based on that is
 4    just merely examining whether they can follow the law as the
 5    Court gives, and they have already indicated that they can.
 6            This is not a case that is alleging that the threat is
 7    cursing at law enforcement.  The superseding indictment
 8    specifically quotes the language that the Defendant allegedly
 9    used, which was shooting them if they came to her house.  That
10    is far different from cursing at law enforcement.
11            We don't believe that this line of inquiry is
12    appropriate or even necessary for the parties to find a fair
13    and impartial jury.
14            THE COURT:  Okay.  I am going to go over now the
15    jurors who have been stricken so your records are clear, and
16    then I will give you a few minutes.  Hopefully you have had
17    enough time between the lunch break and everything else, you
18    have collected your thoughts and reviewed your notes.  I don't
19    want to keep the jurors waiting too much longer.  We will take
20    a five minute break after I read these numbers and come back in
21    and begin the conference.
22            The jurors who have been stricken are 3, 8, 9, 13, 16,
23    19, 20, 23, 24, 27, 29, 31, 37, 38, 42, 48, 50, 51, and 53.
24            Does the Government agree?
25            MR. DISPOTO:  Yes, your Honor.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Defense?

 2              MS. MILITELLO:  Yes.

 3              THE COURT:  Our first 12 would then be 1, 2, 4, 5, 6,

 4     7, 10, 11, 12, 14, 15, and 17.  So our first 12 goes up to 17,

 5     so when we come back, I will turn to the Government first.  I

 6     will go back and forth between the Government and Defense as to

 7     who goes first in terms of your peremptory.  I will start by

 8     asking the Government as to number one, and depending on what

 9     you say, I will ask Defense what they say as to number one.

10              Then we will begin with juror number two, Defense,

11     juror number two, and then go to the Government, back and forth

12     until we get our first 12, and then we will look to get our two

13     alternates.

14              Does that make sense?

15              MS. MILITELLO:  Yes.  Is the Court going to take a

16     brief afternoon recess also?  I am going to need to go to the

17     restroom at some point and I need to go over the jurors

18     now with my client, but --

19              THE COURT:  Why don't we have our conference so we

20     know who our jurors are.  Remind me that you need to take a

21     restroom break and we will bring them in.  My goal will be to

22     seat the jury, read the preliminary instructions -- how long

23     will your opening statements be?

24              MR. DISPOTO:  Mine will be about ten minutes.

25              MS. MILITELLO:  Under 15.
```

1          *THE COURT:*  I would imagine we could get through

2     opening and maybe your first witness.

3          We will take a five minute break right now.

4       *(Thereupon, a short recess was taken.)*

5          *THE COURT:*  Okay, you can be seated.

6          Okay.  Let's start with --

7          *MS. MILITELLO:*  Could your Honor clarify -- I know you

8     said you are going to go back and forth for strikes.  Is that

9     juror by juror?

10         *THE COURT:*  Yes.  We are starting with juror number 1.

11    Government, what do you want to do with juror number 1?

12         *MR. DISPOTO:*  Do you want me to tell you now, Judge?

13         *THE COURT:*  It is not a secret, yes, tell us.

14         *MR. DISPOTO:*  We are going to ask the Court to excuse

15    juror number 1.

16         *THE COURT:*  Okay.  Juror number 1 is the Government's

17    first peremptory.  Now that brings our pool of 12 to juror

18    number 18.

19         Defense, juror number 2.

20         *MS. MILITELLO:*  We accept juror number 2.

21         *THE COURT:*  And Government.

22         *MR. DISPOTO:*  We accept juror number 2.

23         *THE COURT:*  So juror number 2 is our first juror.

24         Juror number 3, Government.

25         *THE COURTROOM DEPUTY:*  We excused 3.

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Sorry.  Juror number 4.
 2              MR. DISPOTO:  We ask to excuse juror number 4.
 3              THE COURT:  That is the Government's second
 4    peremptory.  That brings us to number 21.
 5              We go to Defense for juror number 5.
 6              MS. MILITELLO:  We accept juror number 5.
 7              THE COURT:  Government.
 8              MR. DISPOTO:  Accept.
 9              THE COURT:  Juror number 6, Government.
10              MR. DISPOTO:  Accept.
11              THE COURT:  Defense.
12              MS. MILITELLO:  Defense would strike juror number 6.
13              THE COURT:  That is the Defendant's first peremptory.
14    That brings our panel of 12 to juror number 22.
15              And Defense for number 7.
16              MS. MILITELLO:  Accept.
17              MR. DISPOTO:  Accept.
18              THE COURT:  Okay.  Juror number 7 is our third juror.
19    Now we go to juror number 10.
20              Government, number 10.
21              MR. DISPOTO:  Accept.
22              MS. MILITELLO:  Defense would accept.
23              THE COURT:  Juror number 10 is our fourth juror.  Now
24    we go to juror number 11.
25              From the Defense.
```

```
 1              MS. MILITELLO:  Defense would strike juror 11.

 2              THE COURT:  That is the Defendant's second peremptory.

 3    That brings our pool of 12 to -- our panel of 12 to number 25.

 4              And we will go to the Government for number 12.

 5              MR. DISPOTO:  Accept.

 6              THE COURT:  Defense.

 7              MS. MILITELLO:  Accept.

 8              THE COURT:  Number 12 is our fifth juror.  Now we go

 9    to number 14.

10              From the Defense.

11              MS. MILITELLO:  Accept.

12              THE COURT:  From the Government.

13              MR. DISPOTO:  Accept.

14              THE COURT:  Number 14 is our sixth juror.  Now we are

15    on number 15.

16              Government.

17              MR. DISPOTO:  Accept.

18              THE COURT:  Defense.

19              MS. MILITELLO:  Accept.

20              THE COURT:  Number 15 is our seventh juror.  Now we go

21    to juror number 17.

22              For Defense.

23              MS. MILITELLO:  Defense would strike juror 17.

24              THE COURT:  That is the Defendant's third peremptory.

25    That brings our panel to number 26.
```

Pauline A. Stipes, Official Federal Reporter

1          Juror number 18, from the Government.

2          *MR. DISPOTO:*  Accept.

3          *THE COURT:*  Defense.

4          *MS. MILITELLO:*  We would strike juror 18.

5          *THE COURT:*  That is the Defense's fourth peremptory.

6    That brings our panel to number 28.

7          From the Defense, number 21.

8          *MS. MILITELLO:*  Accept.

9          *THE COURT:*  Government.

10         *MR. DISPOTO:*  Accept.

11         *THE COURT:*  Number 21 is our eighth juror.  Now we are

12   on number 22.

13         From the Government.

14         *MR. DISPOTO:*  Accept.

15         *THE COURT:*  Defense.

16         *MS. MILITELLO:*  Accept.

17         *THE COURT:*  Number 22 is our ninth juror.  Now we are

18   on juror number 25.

19         That is for the Defense.

20         *MS. MILITELLO:*  Accept.

21         *MR. DISPOTO:*  Accept.

22         *THE COURT:*  25 is our tenth juror.

23         Juror number 26 from the Government.

24         *MR. DISPOTO:*  Accept.

25         *THE COURT:*  Defense.

```
 1              MS. MILITELLO:  Strike.
 2              THE COURT:  That is the Defense's fifth peremptory.
 3    That brings our panel to number 30.
 4              For the Defense, number 28.
 5              MS. MILITELLO:  Accept.
 6              THE COURT:  Government.
 7              MR. DISPOTO:  Accept.
 8              THE COURT:  28 is our eleventh juror.  Now we are on
 9    number 30.
10              From the Government.
11              MR. DISPOTO:  Number 30, accept.
12              THE COURT:  Defense.
13              MS. MILITELLO:  Defense would strike.
14              THE COURT:  That is Defense's sixth peremptory.  That
15    brings our panel to number 32.
16              Defense for number 32.
17              MS. MILITELLO:  Accept.
18              MR. DISPOTO:  Judge, can I have a moment, please?
19              THE COURT:  Sure.
20              MR. DISPOTO:  We would move to strike 32.
21              THE COURT:  That is the Government's third peremptory,
22    so that brings our panel to number 33.
23              And from the Government, number 33.
24              MR. DISPOTO:  Accept.
25              THE COURT:  And from the Defense.
```

1          MS. MILITELLO:  Defense would strike juror 33.

2          THE COURT:  Okay, number 33 is the Defendant's seventh

3  peremptory.  That brings us to number 34.

4          And for the Defense, number 34.

5          MS. MILITELLO:  Defense accepts.

6          THE COURT:  And from the Government.

7          MR. DISPOTO:  Strike 34.

8          THE COURT:  That is the Government's fourth

9  peremptory, and brings our panel to number 35.

10          Government, 35.

11          MR. DISPOTO:  Accept.

12          THE COURT:  Defense.

13          MS. MILITELLO:  Defense would accept.

14          THE COURT:  Number 35?

15          MS. MILITELLO:  Yes.

16          THE COURT:  That is our twelfth juror.  That is our

17  panel of 12.

18          Now, our two alternates are 36 and 39.  I will begin

19  with the Defense.  You have one peremptory for two alternates,

20  and then I will go to the Government.

21          Number 36, Defense.

22          MS. MILITELLO:  Accept.

23          THE COURT:  And the Government?

24          MR. DISPOTO:  Accept.

25          THE COURT:  Okay.  So 36 is our alternate number one,

```
 1    the first alternate.
 2           Now juror 39, from the Government.
 3           MR. DISPOTO:  Your Honor, are you waiting for the
 4    Defense?
 5           THE COURT:  No, Government.
 6           MR. DISPOTO:  My apologies.  39 is accept.
 7           THE COURT:  Defense.
 8           MS. MILITELLO:  Defense would strike juror 39.
 9           THE COURT:  Okay.  That is the Defense's first and
10    only strike to the alternate.  That brings us to number 40.
11           MS. MILITELLO:  Accept.
12           THE COURT:  Government.
13           MR. DISPOTO:  Strike.
14           THE COURT:  That is the Government's first and only
15    strike as to an alternate.  That brings us to 41.  That would
16    be our second alternate.
17           Is that acceptable to the Government?
18           MR. DISPOTO:  Yes.
19           THE COURT:  Defense?
20           MS. MILITELLO:  Yes.
21           THE COURT:  Do you need me to repeat who the jurors
22    are?
23           We have juror number 2, juror number 5, juror number
24    7, juror number 10, juror number 12, juror number 14, juror
25    number 15, juror number 21, juror number 22, juror number 25,
```

Pauline A. Stipes, Official Federal Reporter

1    28, and 35 are our 12 jurors.  Our alternates are jurors 36 and

2    41.

3              Is that acceptable to the Government?

4         MR. DISPOTO:  Yes.

5         THE COURT:  To the Defense?

6         MS. MILITELLO:  Yes, we accept, but maintain the

7    objections we previously made as to the limitations of voir

8    dire.

9         THE COURT:  All right.  Let's bring all of the jurors

10   in if we could.  They can sit anywhere at this point.

11      (Thereupon, the jury venire returns to the courtroom.)

12        THE COURT:  All right, you may be seated.

13        Okay.  As I call your name, please come forward and

14   Melanie will show you where to sit.  I will not call your name,

15   but your juror number.

16        Juror number 41, juror number 36, juror number 35, 28,

17   25, 22, 21, 15, 14, 12, 10, 7, 5, and then number 2.

18        Could we please swear the jury in.

19        THE COURTROOM DEPUTY:  Yes, ma'am.

20      (Thereupon, the jury was duly sworn.)

21        THE COURT:  All right.  So, for those of you who

22   remain in the back of the courtroom, you may have concluded at

23   this point that you have not been selected as jurors in this

24   case.  That does not mean that you did anything wrong.  You all

25   took an oath to tell the truth and I presume that each of you

1    did.  Sometimes there's a good reason why you were not

2    selected, sometimes there is no reason at all, it is just where

3    you fell on the seating chart, quite frankly.

4         But regardless of why you were not chosen, the

5    important point is that your participation was vitally

6    important.  Because of your participation we were able to get

7    from the larger number of jurors that we pulled up this morning

8    to the jurors who are sitting here in the jury box sworn to be

9    the jurors in this case.

10        So, but for your participation, we would not be able

11   to arrive at a selection of a jury panel, and you can see how

12   time consuming -- we began really at 9:00, 9:30 this morning,

13   and it is now 3:30, so it is a long and arduous process, but a

14   vitally important process, as every part of the case is.  For

15   that we are very grateful because your participation and

16   answering of questions allowed the parties to come to a

17   selection of their jurors.

18        You no longer need to return to this courtroom, in

19   other words, your participation and service in this case has

20   now come to an end.  So, when I excuse you, you will no longer

21   need to return here, and you no longer need to abide by the

22   rules that I have established in terms of not discussing the

23   case with each other or with anyone else or doing whatever you

24   would want to do on social media.

25        However, I caution you that the jurors who are

Pauline A. Stipes, Official Federal Reporter

1    selected must abide by those rules throughout the duration of

2    the trial, so to the extent you have befriended them, know they

3    are not permitted to discuss the case, engage in any social

4    media or research regarding the case, and so I would ask that

5    you exercise caution in communicating with them, should you

6    communicate with them once you are excused.

7           Please abide by the instructions you have on your

8    subpoena for ongoing updates about whether you are going to be

9    called up for any other trial.  But as far as this trial, you

10   no longer have to come to the courtroom and participate.

11          Thank you very much.  Have a nice rest of the day, and

12   you are excused.

13       *(Thereupon, the remaining jury venire was excused.)*

14       *THE COURT:*  Okay.  We are going to take a very brief

15   recess.  Melanie will show you the room where you deliberate,

16   she will give you some notepads, and when you come back I will

17   read the preliminary instructions, and then we will get

18   underway.

19          Do not discuss the case, do not conduct any research,

20   not to have any interaction with anyone associated with the

21   case, and we will see you back in five minutes.

22       *(Thereupon, the jury leaves the courtroom.)*

23       *MS. MILITELLO:*  Your Honor, may I invoke the Rule also

24   now that we have the jury sworn?

25          *THE COURT:*  Yes.  The Rule is invoked.  Counsel are

Pauline A. Stipes, Official Federal Reporter

```
 1   instructed to inform any witnesses not to come into the
 2   courtroom until they have testified and not to discuss any of
 3   their testimony with anyone who is following them.
 4        (Thereupon, a short recess was taken.)
 5        (Thereupon, the jury returns to the courtroom.)
 6        THE COURT:  Okay, welcome back, everyone.  You may be
 7   seated.
 8        Members of the jury, now that you have been sworn, I
 9   need to explain some basic principles about your duty as
10   jurors.  These are preliminary instructions.  At the end of the
11   trial I will give you more detailed instructions.
12        It will be your duty to decide what happened so you
13   can determine whether the Defendant is guilty or not guilty of
14   the crime charged in the superseding indictment.  At the end of
15   the trial, I will explain the law that you must follow to reach
16   your verdict.  You must follow the law as I explain it to you
17   even if you do not agree with the law.
18        You must decide it solely on the evidence presented
19   her in the courtroom.  Evidence can come in many forms.  It can
20   be testimony about what someone saw, or heard, or smelled.  It
21   can be an exhibit admitted into evidence, it can be someone's
22   opinion.
23        Some evidence proves a fact indirectly, such as a
24   witness who saw wet grass outside and people walking into the
25   courthouse carrying umbrellas.  Indirect evidence, sometimes
```

Pauline A. Stipes, Official Federal Reporter

1   called circumstantial evidence, is simply a chain of

2   circumstances that proves a fact.  As far as the law is

3   concerned, it makes no difference whether the evidence is

4   direct or indirect.

5          You may choose to believe or disbelieve either kind

6   and should give every piece of evidence whatever weight you

7   think it deserves.

8          Certain things are not evidence and must not be

9   considered.  I will list them for you now.

10         Statements and arguments of the lawyers.  In their

11  opening statements and closing arguments the lawyers will

12  discuss the case, but the remarks are not evidence.

13         Questions and objections of the lawyers.  The lawyers

14  questions are not evidence, only the witnesses' answers are

15  evidence.  You should not think that something is true just

16  because a lawyer's question suggests that it is.  For instance,

17  if the lawyer asks a witness, you saw the Defendant hit his

18  sister, didn't you, that question is no evidence whatsoever of

19  what the witness saw or what the Defendant did, unless the

20  witness agrees with it.

21         There are rules of evidence that control what can be

22  received into evidence.  When a lawyer asks a question or

23  offers an exhibit and a lawyer on the other side thinks it is

24  not permitted by the rules of evidence that lawyer may object.

25         If I overrule the objection then the question may be

Pauline A. Stipes, Official Federal Reporter

1    answered or the exhibit received.  If I sustain the objection,

2    then the question cannot be answered and the exhibit cannot be

3    received.

4         Whenever I sustain an objection to a question, you

5    must ignore the question and not try to guess what the answer

6    would have been.

7         Sometimes I may order that evidence be stricken and

8    that you disregard or ignore the evidence.  That means that

9    when you are deciding the case you must not consider the

10   evidence.

11        Some evidence is admitted only for a limited purpose.

12   When I instruct you that an item of evidence has been admitted

13   for a limited purpose, you must consider it only for that

14   limited purpose and no other.

15        In reaching your verdict you may have to decide what

16   testimony to believe and what testimony not to believe.  You

17   may believe something a witness says, or part of it, or none of

18   it.

19        In considering the testimony of any witness you may

20   take into account the opportunity and ability of the witness to

21   see or hear or know the things testified to, the witness'

22   memory, the witness' manner while testifying, the witness'

23   interest in the outcome of the case and any bias or prejudice,

24   whether other evidence contradicted the witness' testimony, the

25   reasonableness of the witness' testimony in light of all the

1    evidence and any other factors that bear on believability.

2             I will give you additional guidelines for determining

3    credibility of witnesses at the end of the case.

4             As I mentioned earlier, but I will repeat, this is a

5    criminal case, there are three basic rules that you must keep

6    in mind.

7             First, the Defendant is presumed innocent until proven

8    guilty.  The indictment against the Defendant brought by the

9    Government is only an accusation, nothing more.  It is not

10   proof of guilt or anything else.  The Defendant therefore

11   starts out with a clean slate.

12            Second, the burden of proof is on the Government until

13   the very end of the case.  The Defendant has no burden to prove

14   her innocence or to present any evidence or to testify.  Since

15   the Defendant has the right to remain silent and may choose

16   whether to testify, you cannot put any weight on a Defendant's

17   choice not to testify, it is not evidence.

18            Third, the Government must prove the Defendant's guilt

19   beyond a reasonable doubt.  I will give you further

20   instructions on this point later, but bear in mind that the

21   level of proof required is high.

22            If you wish, you may take notes to help you remember

23   what witnesses said.  If you do take notes, please keep them to

24   yourself until you and your fellow jurors go to the jury room

25   to decide the case.  Do not let note-taking distract you so

1  that you do not hear other answers by witnesses.  When you

2  leave the courtroom your notes should be left in the jury room.

3       Whether or not you take notes, you should rely on your

4  own memory of what was said.  Notes are to assist your memory

5  only, they are not entitled to any greater weight than your

6  memory or impression about the testimony.

7       The trial will now begin.  First the Government will

8  make an opening statement, which is simply an outline to help

9  you understand the evidence as it comes in.  Next, the

10  Defendant's attorney may, but does not have to, make an opening

11  statement.  Opening statements are neither evidence or

12  argument.

13       The Government will then present witnesses and counsel

14  for the Defendant may cross-examine them.  Following the

15  Government's case, the Defendant may, if she wishes, present

16  witnesses whom the Government may cross-examine.  After all the

17  evidence is in, the attorneys will present their closing

18  arguments to summarize and interpret the evidence for you, and

19  I will instruct you on the law.  After that, you will go to the

20  jury room to decide your verdict.

21       With that, I will turn it over now to the Government

22  for your opening statement.

23       *MR. DISPOTO:*  Thank you, your Honor.  May it please

24  the Court.  Defense counsel, ladies and gentlemen of the jury,

25  good afternoon.

Pauline A. Stipes, Official Federal Reporter

```
 1              We are here because words matter, and words have
 2     consequences.  We are here because in January of 2021, that
 3     woman invited FBI agents to her home and then took to social
 4     media and posted two videos in which she threatened to shoot
 5     them if they came to her house.
 6              That threat was a real threat.  It was a true threat.
 7     It was clear, it was specific, and it was direct.
 8              Forgive me for the language I am about to use, but
 9     here is what she said in part:  Do you think I am going to let
10     you come fucking talk to me?  You are out of your mother
11     fucking mind bro.  That ain't going to happen.  I am a fucking
12     patriot and I exercise my First Amendment rights on my freedom
13     of speech and my Second Amendment rights to shoot your fucking
14     ass if you come here.
15              As a result of that threat, she is here in the
16     courtroom in front of you all to be held accountable for her
17     words and her actions.
18              As I indicated to you earlier, my name is Mark
19     Dispoto, and along with my cocounsel, Shannon Darsch, it is our
20     highest honor to be representing the United States in this
21     case.
22              During the course of this trial you are going to hear
23     about the context in which that true threat was made.  You are
24     going to hear that back on January 16th of 2021, the FBI,
25     specifically at the National Threats Operation Center, received
```

Pauline A. Stipes, Official Federal Reporter

 1    a online tip and basically it was just information that was

 2    sent to them about the Defendant, and the tip basically

 3    provided that Ms. Kaye was either at the Capitol on

 4    January 6th, or knew people who were.

 5             So, analysts and threat examiners at NTOC who received

 6    that tip did some basic public record searches to learn a

 7    little bit more about the target of that tip, and ultimately

 8    forwarded that tip down to agents here in West Palm Beach.

 9             And the National Threat Operation Center had a request

10    for the FBI in West Palm:  Attempt to interview Ms. Kaye.  Ask

11    her if she would be willing to be interviewed, and if she is,

12    find out if she was at the Capitol on January 6th; and if not,

13    whether she knew people who were.

14             Assigned to reach out to Ms. Kaye was Special Agent

15    Arthur Smith at the FBI, and on approximately January 21st of

16    2021, he, along with fellow agent Stuart, Michael Stuart,

17    responded to Ms. Kaye's last known address in Lake Worth.

18             When they arrived at that location they pretty much

19    knew right away that she did not live there, so they reached

20    out to her by phone, and she answered.  And during that

21    approximately five-minute phone call, Agent Smith identified

22    himself as an FBI agent and asked her if she would be willing

23    to speak to him about her appearance at the Capitol on

24    January 6th.

25             Ms. Kaye responded by asking if they had any proof

                 Pauline A. Stipes, Official Federal Reporter

1    that she was there.  Special Agent Smith said that is why we

2    want to talk to you.  Ms. Kaye denied being at the Capitol on

3    the 6th, but said she knew people who were there.

4            Agent Smith asked if she would be willing to talk more

5    about it, and she agreed.  She only had one request.  She

6    specifically asked if they could meet her at her home.  She

7    said that she had plenty of time to meet, that she was retired,

8    she couldn't drive, or she didn't drive, and would rather do it

9    at her house.

10           Agent Smith obliged and said that he would reach out

11   to her later that evening to meet with her, and this now was on

12   the 28th of January, 2021.

13           Unfortunately, Agent Smith was not able to go to her

14   home that night, so he called her, she didn't answer, and he

15   left her a message saying, I am not able to come to your house

16   tonight.  I am going to have to get back to you at a later time

17   to reschedule.

18           February 8, 2021, approximately a week and a half

19   later, NTOC receives another tip about Ms. Kaye.  This tip

20   specifically referenced a video that she posted on her Facebook

21   page and the tip, which is submitted by filling out basically

22   an online questionnaire, had a link to that video, and

23   technicians and analysts from NTOC viewed the video and they

24   observed a video of the Defendant having posted on Facebook a

25   message for the FBI, and that message included the statements

 1    that I told you about a few moments ago.

 2           It was approximately a 45-second video where she

 3    threatened to shoot the agents that she invited to her home if

 4    they came there.

 5           So, once again NTOC forwarded the matter down to

 6    agents in West Palm Beach.  Special Agent Smith's supervisor at

 7    the time was a gentleman by the name of Paul Allen.  Paul Allen

 8    received that tip on the evening of February 8th, immediately

 9    forwarded an email to Agent Smith, who received the email on

10    the 9th.

11           Agent Smith was specifically instructed, for obvious

12    reasons, not to go to Ms. Kaye's house to interview her.  I say

13    obvious reasons because they took the threat seriously, and for

14    Agent Smith's safety, any efforts to meet with her in person

15    were terminated.

16           Instead, the agents then made arrangements to have her

17    arrested, but before they did that, they investigated her

18    social media profiles, her publicly available social media

19    profiles, and they saw the video that was attached to the tip

20    that was submitted to NTOC.  They observed the Facebook video

21    that she posted online for the world to see wherein she

22    threatened to shoot their fucking ass if they came to her

23    house.

24           They also saw a second video that she posted on

25    Instagram, and you will see the records from both Facebook and

1    Instagram and you will see the timing of those postings.  Both

2    of those videos were posted on February 1, 2021, a matter of

3    six or seven minutes apart.  And in the second video, she

4    repeats the same threat over again, but at this time

5    embellishes it with more profanity, with more rage, with more

6    anger.

7           Both videos just her railing against the FBI and

8    threatening to kill them if they came to her house.

9           So, on or about January 17, 2021 -- excuse me,

10   February 17, 2021, agents go to her home and they arrest her

11   without incident.

12          As a result of those events, Ms. Kaye has been charged

13   with two counts of making an online threat, one count for each

14   video.  Count number 1 specifically relates to her first

15   posting and Count number 2 specifically relates to the second

16   video that you will see during the course of this trial.

17          And at the conclusion of the case, the Judge is going

18   to give you the law as it relates to that charge, and you are

19   going to have at your disposal all the information that you

20   need to render a verdict in this case.

21          And I anticipate that there is not going to be much

22   dispute during the course of this trial as to the essential

23   facts of the case.  The videos speak for themselves, but when

24   Ms. Militello or Mr. Berry stand up here in a few moments to

25   deliver their opening statement, I anticipate that what they

1    might say to you is that Ms. Kaye is not guilty because she was

2    exercising her freedom of speech.

3              I am confident, ladies and gentlemen, that when all

4    the evidence is submitted to you in this case, you will come to

5    a unanimous conclusion that this was not constitutionally

6    protected political speech.

7              This was a true threat, and when she said in both of

8    those videos that if the FBI came to her house, even though she

9    invited them there, that she would shoot their fucking asses,

10   that she did so under circumstances that would place the

11   reasonable person in fear of injury.

12             And by finding Ms. Kaye guilty of both counts of the

13   superseding indictment, you will be rendering a just verdict,

14   because words matter, words have consequences, and true threats

15   cannot hide behind the cloak of the First Amendment.

16             Thank you.

17             *THE COURT:*  Thank you.  From the Defense.

18             *MS. MILITELLO:*  Good afternoon.  This is a trial about

19   speech, and it is about the words that Mrs. Kaye used on social

20   media to talk to her friends and her family, and she is on

21   trial for exercising her First Amendment rights to talk to

22   other people about exercising her Second Amendment rights, just

23   for talking about it.

24             And even if you disagree with what she said, even if

25   she is wrong, she just talked about exercising her

1  constitutional rights.

2        The First Amendment gives Mrs. Kaye the right to

3  criticize the Government, the duty to hold her Government to

4  accounts, and protection from retaliation when the Government

5  doesn't like what she has to say.

6        The evidence will show the FBI certainly did not like

7  what Mrs. Kaye had to say, and that is why we are here.  And

8  you may not like what she has to say, it might offend you.  Her

9  social media, and I suspect you will see other videos she

10  posted, her politics, they may offend some of you, but if that

11  is the case, you have to set it aside because we are here in

12  Federal criminal court, and Mrs. Kaye is cloaked in the

13  protections of the First Amendment.

14        The United States Constitution protects her even when

15  what she says is unpopular, offensive, or incorrect so long as

16  it is not a true threat, and it wasn't.

17        Mrs. Kaye is 60 years old.  She was 58 at the time the

18  videos were posted.  She is essentially home bound because of a

19  seizure disorder.  She doesn't leave very often, she doesn't

20  drive.  She lives in Century Village in Boca with her son who

21  is in his 20's and has his own life.

22        So for her, social media is her outlet, it is her

23  community.  She had a few thousand followers on TikTok that was

24  her primary social media platform, but from TikTok she also

25  shared Facebook and Instagram.  For her social media was her

1    soap box, it's theater stage, and it was her group of mostly

2    like-minded individuals.

3              She called herself the Angry Patriot Hippie.  She is

4    someone who deeply cares about this country and is very

5    political in all of her posts.  I think people can relate to

6    that, right?

7              She was angry at politicians.  The evidence will show

8    she was angry with what was happening in D.C., the Supreme

9    Court, and she was angry with what former President Trump told

10   her about a stolen election, and how the FBI had persecuted his

11   campaign, General Flynn, and others corruptly.

12             We can all agree that what happened on January 6th,

13   that people should be held accountable for their actions, that

14   it was wrong, but the anger they had, the anger is

15   understandable.  Everyone who cares about this country has

16   times where they are angry with the Government, or angry with

17   what is happening in politics, right, angry with what is

18   happening with their rights, and the First Amendment allows you

19   to share that anger with others.

20             Some people protest, some people march, some people

21   tell their friends and family, and other people sound off on

22   social media.  The Government does not have the right to

23   silence you for doing that.

24             Mrs. Kaye started her social media platform on TikTok

25   just to talk about politics.  For her it is the modern day town

 1   square.  She is not going to go to a park or a Federal

 2   courthouse with a sound amplifier, a megaphone.  Instead, she

 3   is going to use social media to spread her beliefs.  So she

 4   posted about poll watching, she posted videos about former

 5   President Trump.  She posted videos about Biden holding a white

 6   flag surrendering to China.

 7         She also posted some more mundane things, videos about

 8   her smoking weed, and her dog Saskay.  Maybe that is why she

 9   calls herself a hippie.

10         The url, the name of her Facebook page is Muckbang,

11   which you will hear is the name for a South Korean eating show

12   where, i guess, people eat and share what they're eating and

13   talk about it to an audience, and she literally does just that.

14   She eats ghost peppers and other spicy Korean food and shares

15   it with her social media followers.  She is sort of a kooky

16   outspoken grandmother with a few thousand followers on TikTok.

17         Now, the timeline in this case is very important

18   because on January 28, 2021, the FBI did call Mrs. Kaye to set

19   up an interview with her to see what she knew, if anything,

20   about what happened on January 6th.  You will hear Mrs. Kaye

21   told them she was not present in D.C., she was not there, but

22   they wanted to talk to her about it anyway, and on the phone

23   calls she was cooperative.  She said, sure, no problem.  And

24   the FBI said they would call her back, they would set up an

25   appointment and come by later that day, and she invited them to

 1   her home to meet.

 2           Well, they did not come to her home that day.  At

 3   6:00 p.m. in the evening they called her and said, sorry, we

 4   got busy, we will call you at some other point and set

 5   something up.  So nothing was pending, no appointment was

 6   scheduled.

 7           Several days later she posts what really is a parody

 8   of their conversation on TikTok, Facebook, and Instagram.

 9           You are going to hear some of the technical aspects of

10   these social media platforms.  On TikTok you can share videos

11   with music.  Where the copyright licensing is a little stricter

12   on Facebook and Instagram, so if you share something with music

13   on TikTok, the music might not go to Facebook and Instagram.

14           And you are going to hear that she sort of staged this

15   performance, she filmed herself doing a couple different

16   versions of this video.  She posted one of the three-second

17   outtakes on Facebook or Instagram and realized, oops, that is

18   the wrong one, the three-second video, took it down, and posted

19   the full video all within a few minutes.

20           She knows how to use social media, but she is not your

21   20 year old influencer.  She is not editing film.  The way she

22   edits her videos is just by taking another one, and within a

23   few minutes she posts them all online.  The videos are

24   addressed not to the FBI, but to, quote, "my TikTok patriot

25   friends," or in the second video, "friends."

```
 1              She pauses and takes a dramatic giant swig of Jack

 2     Daniels Cinnamon Whiskey, which turns out it is not whiskey, it

 3     is tea, but you will see the performative element.  She says, I

 4     need a drink, just in case the giant swig didn't tell you that

 5     on its own.  You will see from there the entire video is a

 6     recount, it's a retelling, it's a parody of her actual

 7     conversation with the FBI several days prior.

 8              So on the video Mrs. Kaye says the FBI called me, they

 9     want to hear about my visit on January 6th.  Remember, you will

10     hear in the actual call to the FBI she told them, I wasn't at

11     January 6th.  Truthfully, she was not at January 6th.

12              On the video she says, I told the FBI you can't come

13     talk to me without counsel.  Being that I can't afford counsel,

14     you will have to arrest me so I can get a free lawyer.  On the

15     real phone call she agreed to talk to the FBI.  She didn't ask

16     for a lawyer.

17              On the video she tells her TikTok friends the FBI just

18     spent four years persecuting a three star general with no

19     evidence.  When she spoke to the FBI, she didn't talk to them

20     about how she believed they were a corrupt organization, she

21     was cooperative.

22              On the video she says, if you come to my house I will

23     fucking shoot you, on another one she says, I will shoot you.

24              On the real call to the FBI she made no threats.  She

25     actually spoke to the FBI agents, she was polite, she was
```

Pauline A. Stipes, Official Federal Reporter

```
 1    cooperative.  The entire video is a theatrical parody of the
 2    truth.
 3              After the video was posted -- sorry, let me back up.
 4              The videos, when they were posted, were titled Fuck
 5    the FBI, not warning, FBI, watch this, not I'm going to shoot
 6    you, but Fuck the FBI.  The videos were not addressed or sent
 7    to the FBI in any way, meaning social media will allow you to
 8    tag, use the @ symbol, you can tag the FBI.  They have a
 9    Twitter page, they have a Facebook page, they have an Instagram
10    page, so you can actually tell them you have posted something,
11    and then they see it, they get an alert.  She didn't do that.
12              You can send the FBI messages, of course, you can do
13    it the old school way, you burn them a DVD and send it, or send
14    something in the mail.  She didn't do anything to send this
15    video to the FBI.
16              She certainly didn't go to the FBI and threaten them.
17    She knew the names of these agents, and you will hear she
18    doesn't mention them by name, she doesn't send them the video.
19    She leaves it up for her TikTok patriot family.
20              And so, the FBI actually doesn't see the video right
21    away.  A couple days later they come to her house.  They didn't
22    call her back to schedule the appointment, or maybe they called
23    and she didn't answer, it is sort of unclear.  They show up,
24    she is not there, there are no problems, no shooting.  And it
25    is only after they get another tip that she posted this video
```

1    did they actually see the video.

2           The evidence will show the video wasn't for them, it

3    was for her audience.  She is developing content for her other

4    followers who also don't like the FBI or trust the Government

5    very much.

6           And then, about a week and a half after that, the FBI

7    arrest her while she is walking her dog.  She does not have a

8    gun on her then either.  You will hear there is no evidence

9    that she ever tried to get a gun or that she owned a gun.  In

10   fact, she did not own a gun.  She does not have a concealed

11   weapons permit, does not own a firearm, made no attempts to get

12   one, made no attempts to create another video showing her

13   shooting a firearm, say, hey, I meant it, I can shoot a gun,

14   nothing like to reiterate the video because the video was a

15   parody.

16          The FBI decides they are not going to interview her,

17   they are not going to get her counsel, which they could, to sit

18   her down in a safe environment and ask her, did you mean what

19   you posted?  Why did you post it?  What were you thinking?

20   They didn't do that.

21          They combed through all her social media to see were

22   there any other videos of evidence of threats, anything else

23   that looks violent?  There was nothing on social media.

24          They decided to arrest her just because they didn't

25   like what she had to say, and these two videos, which are so

1    nearly identical that the agent wrote under oath to a Federal

2    judge that the videos were the, quote, "same," and they were

3    meant to be the same.

4            You will hear Mrs. Kaye, when she posts the outtake,

5    she probably meant to post the same video to both places.

6            The evidence will show that the reason she did not try

7    to get a gun, the reason she did not send the videos to the

8    FBI, she didn't call them by name, she didn't submit her own

9    tip on the tip line is because, in her mind, this was not a

10   true threat.  In her mind, this was her exercising her First

11   Amendment rights, just like she said, to discuss her Second

12   Amendment rights.

13           So we are asking you at the end of the trial to uphold

14   her constitutional rights, to safeguard her First Amendment

15   right to criticize the Government.  We don't need the First

16   Amendment to protect us from speech we like, we need it to

17   protect us from the Government when the Government does not

18   like our speech, so at the end of the trial we will be asking

19   you to find her not guilty.

20           *THE COURT:*  The Government may call your first

21   witness.

22           *MS. DARSCH:*  Your Honor, the Government calls Jeffrey

23   Youngblood.

24           *THE COURT:*  Okay.

25           **JEFFREY YOUNGBLOOD, GOVERNMENT'S WITNESS, SWORN**

1      *THE COURT:*  If you would have a seat and state your

2   full name for the record and spell your last name for the court

3   reporter, please.

4      *THE WITNESS:*  Jeffrey Youngblood, last name is spelled

5   Y-O-U-N-G-B-L-O-O-D.

6                        **DIRECT EXAMINATION**

7   *BY MS. DARSCH*:

8   *Q.*  Good afternoon.

9   *A.*  Hi.

10  *Q.*  What is your current job title?

11  *A.*  I'm a Special Agent with the FBI.

12  *Q.*  How long have you been with the FBI?

13  *A.*  It will be 20 years in August.

14  *Q.*  Could you please give a brief description of what you do

15  with the FBI currently?

16  *A.*  Currently, I am assigned to the Huntington, West Virginia

17  resident agency, which is part of the Pittsburgh Division, and

18  I work primarily drug investigations.

19  *Q.*  Could you please explain your experience with the FBI prior

20  to working drug investigations?

21  *A.*  Immediately prior to returning to Huntington one week ago,

22  I was assigned to the National Threat Operations Center, which

23  we refer to as NTOC, in Clarksburg, West Virginia as a

24  supervisory Special Agent.

25  *Q.*  Before I ask you about NTOC, what type of training allowed

1    you to become an FBI agent?

2    *A.*  I attended the FBI Academy in Quantico, Virginia, which was

3    a 20-week training course.

4    *Q.*  Where did you go to school?

5    *A.*  I graduated from Jacksonville State University in

6    Jacksonville, Alabama with a degree in criminal justice.

7    *Q.*  Could you please explain your experience prior to becoming

8    an FBI agent?

9    *A.*  Prior to being employed as an agent for the FBI, I was a

10   police officer in Atlanta, Georgia for the City of Atlanta for

11   five years.

12   *Q.*  You previously mentioned you worked at NTOC.  Could you

13   please tell us, what is NTOC?

14   *A.*  NTOC is basically the call center for the FBI where

15   individuals known as threat intake examiners review telephone

16   calls and etips that come in from the public worldwide.

17   *Q.*  Could you please explain what an etip is, just for the

18   members of the jury that don't know what e is?

19   *A.*  The tips that come into NTOC come in either as phone calls

20   or etips, which come in in an online format.  So an individual

21   can access the FBI by logging into tips.fbi.gov and submit a

22   tip or a complaint to the FBI online.

23   *Q.*  And what did you do for NTOC when you worked there?

24   *A.*  I was a supervisory Special Agent over two teams of FBI

25   employees that are classified as threat intake examiners, or

1  the acronym for them was TIES, we referred to them as TIES.

2  Q.  How many threat intake examiners were there per team that

3  you supervised?

4  A.  Each team had eight threat intake examiners supervised by

5  one supervisory Special Agent.

6  Q.  Could you please explain what the threat intake examiners

7  at NTOC do?

8  A.  Okay.  So, when a tip came in, either electronically online

9  or a telephone call came in, a threat intake examiner was the

10  first person to talk to the caller or the first set of eyes on

11  the tip that came in to NTOC, and they would review the tips as

12  they came in.

13  Q.  What type of training do threat intake examiners receive?

14  A.  Currently, the threat intake examiners go through four

15  weeks of training, which includes learning the software that is

16  used to review the tips to distribute them, as well as learning

17  Federal violations.  That is all part of the classroom

18  training, and then they do hands-on training with existing

19  threat intake examiners where they monitor phone calls or

20  assist monitoring and distributing the etips as they come in

21  with someone that is experienced, usually someone who has five,

22  six years on the job.

23  Q.  And what happens to the tips once they arrive at NTOC?

24  A.  When the tips arrive at NTOC, the electronic tips go into

25  the Tips system, it is called Tips.  A threat examiner logs in

```
 1   under their account and they will review what has been
 2   submitted from the public and determine whether or not it is a
 3   Federal violation, and whether or not it is something that
 4   needs to be sent out to a field office for further review.
 5   Q.  If it is sent out to a field office for further review,
 6   what does the threat intake examiner do?  Is a report drafted?
 7   A.  If it is determined that the tip that is submitted needs to
 8   be submitted to a field office, the threat intake examiner will
 9   draft a report that is called a Guardian, and then that
10   Guardian is submitted to outside supervisors for review, and
11   then the Guardian is disbursed out to the appropriate office,
12   whatever area covers the domain of the information we receive.
13   Q.  Prior to submitting the Guardian or the report, as you call
14   it, is that reviewed by a supervisor?
15   A.  That is correct.  No Guardian goes to the field without
16   being reviewed by a supervisor.
17   Q.  Let's talk about one tip relating to this case.  I want to
18   turn your attention to that.
19       Did NTOC receive a tip on January 16, 2021, about a woman
20   later identified as Suzanne Kaye?
21   A.  Yes, NTOC did receive a tip.
22   Q.  How was that tip received?
23   A.  It was a an etip, submitted online, not a telephone call.
24   Q.  In electronic format?
25   A.  Correct.
```

Pauline A. Stipes, Official Federal Reporter

1  *Q.*  What did the NTOC examiners do when they received the tip
2  on January 16, 2021?
3  *A.*  One of the questions on each tip asks what the tip is in
4  regards to.  This tip that was received on January 16th stated
5  it was in regards to the January 6th attack, or the Capitol
6  attack, I believe, and the Tie -- at that time, Washington
7  field office had a crisis intake set up because of the heavy
8  volume of tips that was coming in for that incident.
9      So the Tie reviewed this tip, determined it should go to
10  the Washington field office, and drafted a Guardian which was
11  submitted to the Washington field office and ultimately to the
12  West Palm Beach resident agency.
13  *Q.*  Could you please briefly tell us about the tip on January
14  16, 2021?
15      *MS. MILITELLO:*  I am going to object to hearsay,
16  Crawford, confrontation clause.
17      *MS. DARSCH:*  Your Honor, this is not hearsay, it is
18  not being offered for the truth of the matter asserted.  It is
19  relevant to show the effect on the listener and what happened
20  after this tip was received, and where it ultimately was sent
21  to.
22      *THE COURT:*  Are you just asking the witness to
23  generally characterize the nature of the tip that explains what
24  action was taken, as opposed to verbatim?
25      *MS. DARSCH:*  Correct.

Pauline A. Stipes, Official Federal Reporter

```
 1          THE COURT:  Well, I will sustain insofar as the
 2    witness shouldn't get into the details of what was said, but
 3    just generally the nature of the information that -- we are
 4    interested in knowing what prompted you, the FBI, to take
 5    action.
 6          So not getting into the actual out-of-court statement,
 7    but if you could generally characterize what it was that
 8    prompted you to take action.
 9          THE WITNESS:  Okay.  As I stated earlier, one of the
10    questions on the electronic form that individuals can submit
11    does ask the nature of the tip being submitted.  The nature of
12    the tip in this instance was regarding the January 6th Capitol
13    attack.
14          Again, Washington field office, the main office that
15    handled the initial investigation into January 6th, had what is
16    called a crisis intake set up so that all Guardians from tips
17    submitted would come to them to be disbursed to the appropriate
18    field office.  So the nature of this one was for the
19    January 6th Capitol attack.
20    BY MS. DARSCH:
21    Q.  And ultimately, that tip that was sent to Washington, where
22    did it go?
23    A.  Ultimately, it came here to the local West Palm Beach
24    resident agency.
25    Q.  Did NTOC receive a second tip?
```

Pauline A. Stipes, Official Federal Reporter

1  *A.*  Yes.

2  *Q.*  When did NTOC receive a second tip?

3  *A.*  NTOC received a second tip on February 8, 2021, from a

4  different individual and the topic or question -- same question

5  was responded to, the nature of the tip was threats to FBI

6  agents.

7       *MS. DARSCH:*  Your Honor, I am going to show the

8  witness for identification purposes only Government Exhibit 1,

9  which is a still image of the video, for identification

10  purposes.

11      *THE COURT:*  Okay.  You may approach the witness.  You

12  want to show it on the screen, you mean?  Okay.

13      That is being shown just to the -- yes.

14  *BY MS. DARSCH*:

15  *Q.*  I am showing you Government Exhibit 1, it is a still image

16  on your screen.  Can you identify what you are looking at here?

17  *A.*  This was part of the tip that was attached from the

18  submitter.  It is a Facebook link attached to the tip referring

19  to the threat to FBI agents.

20      *THE COURT:*  Is it on the Defense monitor?

21      *MR. BERRY:*  They are not on either of these two

22  monitors.

23      *THE COURT:*  We will address that, thank you.  You may

24  proceed.

25

Pauline A. Stipes, Official Federal Reporter

```
 1   BY MS. DARSCH:
 2   Q.  Is this the still image from the video?
 3   A.  This is a still image from the video, yes.
 4   Q.  Have you reviewed it before court today?
 5   A.  I have, yes.
 6           MS. DARSCH:  Your Honor, at this time the Government
 7   moves Government Exhibit 1 in evidence.  It is the video NTOC
 8   received of the Defendant.
 9           THE COURT:  Any objection?
10           MS. MILITELLO:  No objection.
11           THE COURT:  It is admitted without objection.
12       (Whereupon Government Exhibit 1 was marked for evidence.)
13           THE COURT:  Ladies and gentlemen, this is the first
14   exhibit that has been admitted.  As I mentioned earlier in my
15   preliminary statement -- comments, when exhibits are admitted,
16   they generally will go back to the jury.  So even though
17   counsel may seek to show it to you, any exhibits that are
18   admitted into evidence are provided to the jury during their
19   deliberations so you will have as much time as you need to
20   review various exhibits.
21           Now that it is admitted, do you want it published to
22   the jury?
23           MS. DARSCH:  Yes, your Honor.
24           THE COURT:  Okay.  This may be published to the jury.
25           MS. DARSCH:  Thank you.
```

```
 1          (Thereupon, Government Exhibit 1 was played.)
 2    BY MS. DARSCH:
 3    Q.  This is the video NTOC received with the tip?
 4    A.  It is.
 5    Q.  What did NTOC do after receiving this video?
 6    A.  Um-m-m, ultimately, this tip was routed to the West Palm
 7    Beach resident agency for threat to life purposes.
 8    Q.  So, a Guardian was submitted to the West Palm Beach office?
 9    A.  Yes, a Guardian was drafted and it was drafted as a threat
10    to life Guardian, which they refer to it as TTL, an acronym for
11    threat to life, which would have been sent out to the field
12    office the day it was received.
13    Q.  Why was it sent out the day that it was received?
14    A.  Any time any threat to life, regardless of who it is
15    against, is received at NTOC it is sent out with an urgency
16    because it is a threat to life.
17    Q.  So they take priority over other tips?
18    A.  Absolutely.
19    Q.  What was it about the video deemed to be a threat to life?
20    A.  The very end of it where the woman in the video says she
21    would exercise her Second Amendment right to shoot your ass if
22    you come here, referring to the agent who had called her to
23    speak to her.
24          MS. MILITELLO:  Objection.  I would object to what it
25    refers to.
```

```
1           THE COURT:  I will sustain insofar as the witness
2    shouldn't testify to or speculate as to what was at least
3    intended by the Defendant, but you can answer the question that
4    was posed as to why it was referred or routed to the West Palm
5    Beach agency.
6           THE WITNESS:  It was referred because it was
7    classified as a threat to life.
8           MS. DARSCH:  Thank you.  No further questions, your
9    Honor.
10          THE COURT:  Okay, cross-examination.
11          MS. MILITELLO:  May we have a minute?
12          THE COURT:  Yes.
13          MS. MILITELLO:  No questions.
14          THE COURT:  All right.  Any -- I guess no redirect.
15   Thank you very much, you may step down.
16          The Government may call your next witness.
17          MR. DISPOTO:  Thank you, Judge.  At this time the
18   Government calls Special Agent Arthur Smith.
19          ARTHUR SMITH, GOVERNMENT'S WITNESS, SWORN
20          THE COURTROOM DEPUTY:  Speak into the microphone,
21   state your full name and spell your last name for the Court
22   Reporter, please.
23          THE WITNESS:  My full name is Arthur Smith, S-M-I-T-H.
24                      DIRECT EXAMINATION
25
```

 1   *BY MR. DISPOTO*:

 2   *Q.*  Good afternoon, sir?

 3   *A.*  Good afternoon, sir.

 4   *Q.*  Do us a favor and make sure you are sitting close enough to

 5   the microphone so we can all hear you.

 6   *A.*  Yes, sir.

 7   *Q.*  Agent Smith, how long have you been employed by the FBI?

 8   *A.*  I have been employed for 14 years with the FBI.

 9   *Q.*  In what capacity are you employed there?

10   *A.*  Special Agent.

11   *Q.*  Are you assigned to any particular divisions or squads of

12   the FBI?

13   *A.*  I am.  I am assigned to the Miami Division Squad PB 4 out

14   of the Palm Beach County RA, I work on a joint terrorism task

15   force.

16   *Q.*  What are your duties and responsibilities as a Special

17   Agent at that task force?

18   *A.*  I investigate crimes, threats, to include national security

19   threats.

20   *Q.*  And how long have you been part of that task force at the

21   FBI?

22   *A.*  Almost 14 years.

23   *Q.*  Did you receive any special training to become an FBI

24   agent?

25   *A.*  I did, about 20 weeks of training at Quantico.

1   *Q.* And prior to joining the FBI, did you serve in any

2   other either military or law enforcement capacities?

3   *A.* Yes, sir, I served a little over ten years in the United

4   States Air Force.

5   *Q.* Where did you go to school?

6   *A.* For my Bachelor's -- I attended Touro University in

7   Cypress, California for my Bachelor's and my Master's degree.

8   *Q.* I want to first direct your attention to January 21, 2021.

9       In your capacity as an FBI agent, were you asked to contact

10  the Defendant in this case, Suzanne Kaye.

11  *A.* Yes, sir.

12  *Q.* Could you tell the ladies and gentlemen of the jury how

13  this matter first came to your attention?

14  *A.* My boss -- the West Palm Beach office received an online

15  tip indicating that Ms. Kaye, the Defendant, may have been at

16  the Capitol -- may have some information about the events that

17  occurred at the Capitol on January 6th, so --

18  *Q.* Did that tip come directly to the FBI in West Palm or from

19  another FBI agency?

20  *A.* No.  That came from the Las Vegas field office.

21  *Q.* Okay.

22  *A.* They received an online tip particular probably from NTOC

23  indicating that a woman that was in Las Vegas had been Facebook

24  friends --

25          *MS. MILITELLO:* Objection, hearsay, Crawford.

Pauline A. Stipes, Official Federal Reporter

 1           *THE COURT:*  Sustained.

 2    *BY MR. DISPOTO*:

 3    *Q.*  Without telling us the details of the relationship between

 4    the tipster and the subject of that tip, that tip was

 5    eventually forwarded to the field office here in West Palm; is

 6    that correct.

 7    *A.*  Yes, sir.

 8    *Q.*  And can you briefly explain, without getting into a lot of

 9    details, just the general nature of that initial tip that came

10    to your office?

11    *A.*  Sure.

12           *MS. MILITELLO:*  Same objection.

13           *THE COURT:*  As to hearsay, content?

14           *MS. MILITELLO:*  Hearsay and confrontation clause.

15    Just because they generalize it does not mean she loses her

16    Sixth Amendment right to confront the witness.

17           *MR. DISPOTO:*  Judge, once again, this is not being

18    offered for the truth of the matter asserted.

19           *THE COURT:*  The content does not need to be described

20    to explain what the witness and/or the office did next.

21           *MR. DISPOTO:*  I will ask it a different way, Judge.

22           *THE COURT:*  Yes.

23    *BY MR. DISPOTO*:

24    *Q.*  Who was your supervisor at the FBI at the time that you

25    were assigned to work on this matter?

                Pauline A. Stipes, Official Federal Reporter

1   *A.*   Supervisory Special Agent Paul Allen.

2   *Q.*   And did Agent Allen task you with reaching out to Ms. Kaye

3   to interview her?

4   *A.*   Yes, sir.

5   *Q.*   What was the purpose of the interview, to interview her

6   about what?

7   *A.*   To interview her about any information she might have about

8   the events that happened on January 6th in Washington, D.C.

9   *Q.*   What, if anything, did you do to prepare for that interview

10  before reaching out to her?

11  *A.*   I reviewed the results of the records that came from the

12  Las Vegas field office, checked NCIC to make sure there were no

13  warrants.  That is pretty much it.

14  *Q.*   And what information did you have specifically about her,

15  either her identity or where she lived at the time?

16  *A.*   I had a last known address in Lake Worth, I believe I had a

17  few phone numbers for her.  I knew that she had a residence in

18  New York at one point, a little bit about -- there was some

19  criminal history that she also had.

20          *MS. MILITELLO:*  Objection.  Can we approach?

21          *THE COURT:*  I will sustain the objection.

22          Do you want the Court to give an instruction?

23          *MS. MILITELLO:*  Yes.  And I have another motion.

24          *THE COURT:*  I will ask the jury to disregard the last

25  statement regarding what this witness has testified to.  It is

Pauline A. Stipes, Official Federal Reporter

1    not to be considered as evidence in the case, and you are to

2    just disregard that statement.

3            Is there anything further from the Defense?

4            *MS. MILITELLO:*  Defense requests a different remedy.

5            *THE COURT:*  Do you need to approach at this time to do

6    so?

7            *MS. MILITELLO:*  I think so.

8            *THE COURT:*  We can approach.  We will be one moment,

9    ladies and gentlemen.

10       *(Thereupon, the following sidebar proceedings were had:)*

11           *THE COURT:*  Okay.

12           *MS. MILITELLO:*  Um-m-m, so, obviously, I did not know

13   what evidence -- this is not admissible, I understand that is

14   why the Court sustained the objection.  The problem is, now the

15   jury heard it, they are going to think she has a criminal

16   history.  She does not.  It is worse than the truth of the

17   reality of this situation.

18           I think I have to move for a mistrial.  It is a threat

19   case, she is a home bound woman who is not a threat, and now

20   the jury is left with the information that she has some

21   information from the FBI that is not known to them.  It is very

22   sloppy, and shouldn't have come out.  It is shocking and does

23   warrant a mistrial.

24           *THE COURT:*  Response.

25           *MR. DISPOTO:*  I was surprised by the answer.  At no

```
 1   point in the prep of the witness did we ever discuss that.  I
 2   was always under the impression she didn't have a criminal
 3   record.  I don't know why he said that.  The jury is presumed
 4   to follow the Judge's instruction.
 5        THE COURT:  If there is a stipulation that she doesn't
 6   have a criminal history, is there any reason why there wouldn't
 7   be a statement to the jury by the Court that she has no
 8   criminal history?
 9        MR. DISPOTO:  We will double check her record.  I
10   honestly haven't looked at it in awhile.  If that is accurate
11   --
12        MS. MILITELLO:  There were arrests that were dropped,
13   that is why something came up.
14        THE COURT:  History, that may have been what was in
15   his mind.  It doesn't make it right.  Is that something you can
16   verify right now?
17        MR. DISPOTO:  Let me see if I have her printout here.
18        MS. MILITELLO:  I may have her NCIC.
19        THE COURT:  Would you like to look at it and have the
20   Court address it right now?  Let's see if Mr. Berry can find
21   it.
22        MR. DISPOTO:  I could look to see if I have the
23   printout.  Sometimes the NCIC's are incomplete.  I will take a
24   look.
25        THE COURT:  Okay.
```

Pauline A. Stipes, Official Federal Reporter

```
 1        (Thereupon, proceedings at sidebar concluded.)

 2            (Pause.)

 3            THE COURT:  We are waiting on counsel, we are checking

 4    one thing.  We should be able to finalize our discussion in a

 5    moment.

 6            Are you still looking into it?

 7            MR. DISPOTO:  May we approach, Judge?

 8            THE COURT:  Yes.

 9        (Thereupon, the following sidebar proceedings were had:)

10            MR. DISPOTO:  Your Honor, I don't think I have a copy

11    of the printout.  I don't think I have this.  I was of the

12    assumption she didn't have a criminal record.  We can certainly

13    run it.  It is not something I can do from here, I have to have

14    my agent do it.

15            THE COURT:  Let me ask you this, even hypothetically

16    that she did, it is not admissible.  Why don't you improvise

17    and say she doesn't have a criminal --

18            MR. DISPOTO:  That is not something -- I don't want to

19    stipulate to a fact that is not true.  I have no objection to a

20    curing instruction.  If we could, I would be happy to.  I want

21    to get it right.  I don't want to say something that is not

22    accurate.

23            MS. MILITELLO:  I would request to run it now.

24            MR. DISPOTO:  That is fine.

25            THE COURT:  I will let them use the restroom, so try
```

```
 1    to do it now.
 2         (Thereupon, proceedings at sidebar concluded.)
 3             THE COURT:  Why don't we let you take a brief break to
 4    use the restroom.  Same instruction not to discuss the case,
 5    not to do any research, any interaction with one another or
 6    anyone else relating to the case.  When you are ready, come
 7    back in and we should be able to resume.
 8         (Thereupon, the jury leaves the courtroom.)
 9             THE COURT:  All right.  If the Government can try to
10    endeavor to get the answer to the question.
11             (Pause.)
12             THE COURT:  Are we putting anything on the record?
13             MR. DISPOTO:  Yes, your Honor, maybe.
14             THE COURT:  Okay.
15             MR. DISPOTO:  I have had an opportunity to have her
16    NCIC run, I am waiting for a printout now, but it does appear
17    that Ms. Kaye has a criminal history.  I can go through the
18    details of it, but I don't know that that is important for the
19    Court.
20             Based upon this information, which I shared with the
21    Defense, I can't stipulate she doesn't have a criminal record
22    simply because that would not be accurate.
23             My suggestion and my request, it is the Government's
24    belief that your Honor's curative instruction is sufficient.  I
25    am open to further curative instructions, but I know the
```

1    Defense doesn't want that.  I am not going to speak for them,
2    but I know they are going to ask for a mistrial.  We oppose a
3    mistrial.
4         *MS. MILITELLO:*  I think the criminal history is
5    probably relevant for the Court's consideration, so what I knew
6    about that is relatively recent, within the last few years,
7    were dropped charges.  There is no scenario in which those are
8    admissible, and I think the Government agrees none of this is
9    admissible.
10        The only thing that in my mind would be considered
11   criminal history would be a conviction, which also is not
12   admissible in Federal Court because it is a theft
13   misdemeanor in the '80's, and in this case, that was her mother
14   and not her, but if it was her, it is not admissible because it
15   is from 1984.
16        So, in this particular case where Ms. Kaye and whether
17   she appears to be a threat, how the FBI viewed her, whether
18   that was reasonable, a criminal history in this case is much
19   more damaging and the implication of violence or criminal
20   history as it relates to Ms. Kaye is much more damaging than in
21   another case.
22        I think the parties all agree what was said was
23   inadmissible.  The question is, what is the remedy?  We took
24   this long delay, and Mr. Berry and I had hoped the Court could
25   say, look, the parties just wanted to verify there is no

```
 1   criminal history.  There is none, and we are telling you that,
 2   so let's move on.
 3           And I think the jury would understand, okay, they ran
 4   her history and that's why we had to leave, but now we all know
 5   we are good to go.  If the Government is not willing to engage
 6   in that stipulation, even though, frankly, none of that would
 7   be admissible, then we do maintain our request for a mistrial
 8   at this point.
 9           THE COURT:  Was there something you wanted to say?
10           MR. BERRY:  Judge, I just wanted to add a little bit
11   more to Ms. Militello's argument.  I think in the Court's
12   consideration of out request for mistrial it is important to
13   note the significance of this testimony in light of what this
14   case is about and what the evidence is.  This is not a case
15   where the evidence is overwhelmingly indicating that Ms. Kaye
16   is guilty.  In the light most favorable to the Government, this
17   is a close case at best.
18           I think this testimony could have very significant
19   impact on the jurors' decision, particularly in light of what
20   they are deciding, whether or not this was really a threat.
21           A criminal history suggests dangerousness by
22   implication, and here we can't really cross-examine on the
23   issue to enlighten them because, frankly, that just makes
24   things look worse than they are and opens up a Pandora's box
25   that we wouldn't be able to close.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              So, we really do think the only appropriate remedy
 2       here, in light of the Government's decision not to stipulate
 3       that there is no criminal history, would be a mistrial.
 4              THE COURT:  I am going to deny the motion for
 5       mistrial.  I will give another instruction to the jury.  I will
 6       say something along the lines that the parties needed time to
 7       review records.  The Court instructs you again to disregard the
 8       witness' testimony regarding the Defendant's criminal history.
 9              There is no evidence and will be no evidence of a
10       criminal history of the Defendant's -- there is no evidence and
11       will be no evidence that the Defendant has a criminal history.
12              I think everything I just said is accurate.
13              Is that acceptable to the Defense?
14              MS. MILITELLO:  That is.
15              THE COURT:  Government?
16              MR. DISPOTO:  One moment, Judge.  If I may inquire,
17       when you say to the jury that there is no evidence and will be
18       no evidence presented in this trial that she has a criminal
19       history, there is evidence of a criminal history.  The evidence
20       is what is on her NCIC --
21              THE COURT:  Evidence is something that comes into
22       court for the jury's consideration.  Are you putting anything
23       into evidence about her criminal history?
24              MR. DISPOTO:  Not unless -- if she testifies and there
25       is any material that is cross-examinable pursuant to 609, yes.
```

Pauline A. Stipes, Official Federal Reporter

```
 1   Certainly it is not my intention in my case in chief to do
 2   that, no.
 3           THE COURT:  I have already defined what evidence is,
 4   so they know what evidence means.  We all agree, short of
 5   Ms. Kaye testifying and opening the door, which I am presuming
 6   she won't open the door --
 7           MS. MILITELLO:  I cannot imagine that will happen.
 8           THE COURT:  I think it is an accurate statement to say
 9   there is no evidence and will be no evidence that Ms. Kaye has
10   a criminal history, evidence as defined by this Court in this
11   case, as I have defined evidence on two different occasions
12   now.
13           MR. DISPOTO:  Okay.
14           THE COURT:  Okay?  All right, let's bring our jury in.
15           How much longer do you think you will be with the
16   witness?
17           MR. DISPOTO:  I don't think I will be finished with
18   him by 5:30.
19           THE COURT:  I am just asking what time.  You don't
20   need to feel rushed.
21           MR. DISPOTO:  His direct might take another 30 to 45
22   minutes.
23           THE COURT:  What are you anticipating on cross?
24           MS. MILITELLO:  Ten minutes.
25           THE COURT:   All right.
```

 1          *(Thereupon, the jury returned to the courtroom).*

 2              THE COURT:  Welcome back, everyone.  Thank you for

 3     your patience.  Sometimes things take longer.  We always try to

 4     be mindful of your time.  We know especially the first day can

 5     be a long day, so we thank you for bearing with us.  The

 6     parties needed a little bit more time, that is why we gave you

 7     a break, to review records.

 8              What I want to reiterate to the jury is that the Court

 9     instructs you once again to disregard the witness' testimony

10     which was right before we broke.  The witness testified

11     regarding the Defendant's criminal history, made some reference

12     to that.  I am instructing you that there is no evidence and

13     will be no evidence that the Defendant has a criminal history.

14              So, with that, let's try to pick up, if we could, from

15     where we left off on your direct examination.

16              MR. DISPOTO:  Thank you, Judge.

17     BY MR. DISPOTO:

18     Q.  Agent Smith, I believe before we broke we were talking

19     about steps that you took to prepare yourself for reaching out

20     to Ms. Kaye; is that correct?

21     A.  Correct.

22     Q.  I want to talk a little bit about that.

23          During the course of you reviewing the information that

24     came to you by way of the tip, as well as any other information

25     that maybe you gathered in preparation for that meeting, did

Pauline A. Stipes, Official Federal Reporter

1    you have any information about where, what town Ms. Kaye lived
2    in at the time?
3    *A.*  I did.
4    *Q.*  And what town was that?
5    *A.*  Lake Worth, Florida.
6    *Q.*  Did you also, prior to reaching out to her, check any
7    social media associated with her to learn more about who she
8    was in preparation for your request for her to be interviewed?
9    *A.*  There was a team of analysts that we have in the office
10   that did check and I also looked at the Facebook page, one of
11   the Facebook pages as well.
12   *Q.*  And by reviewing those records, were you able to determine
13   one way or another as to whether Ms. Kaye would have had any
14   information about January 6th, or whether she was likely to
15   have been present at that location?
16   *A.*  No, sir.
17   *Q.*  So, what did you do initially in your efforts to contact
18   Ms. Kaye?
19   *A.*  I knocked on the apartment door at her residence.  I
20   noticed that there were some notes on the door that kind of led
21   me to believe that she did not live there, and then I had a
22   last known phone number for her that I also contacted her at.
23   *Q.*  Let's talk first about your response to the residence.
24   Would this have been the residence in Lake Worth?
25   *A.*  Yes, sir.

1    *Q.* Were you with anyone at the time?

2    *A.* I was, Special Agent Michael Stuart.

3    *Q.* What was the date that you responded to that residence?

4    *A.* It was on or about January 16th, I believe.

5    *Q.* So, you had indicated earlier that January 16th was the day

6    that that initial tip came in; is that correct?

7    *A.* Yes.

8    *Q.* Okay.  And --

9    *A.* I think.

10   *Q.* How much longer after that tip came in, to the best of your

11   memory, do you recall having been assigned the task of reaching

12   out to her to see if she would be willing to speak to you?

13   *A.* I don't know exactly how much time was between the lead

14   coming in to my boss and it being assigned to me.  I don't

15   recall.

16   *Q.* Would it have been instantaneously or days, if you recall?

17   *A.* When a lead comes in, typically, the boss might see it that

18   day, he might see it the day after, it might take several days.

19   In this case, I honestly don't remember.

20   *Q.* Okay.  Do you recall how much time elapsed between the time

21   that you were initially assigned to speak to her and the time

22   you actually went out to her house?  Would that have been

23   instantaneously or days or something else?

24   *A.* It would have been days.

25   *Q.* Do you recall exactly what date it was that you went out to

Pauline A. Stipes, Official Federal Reporter

1  her home?

2  A.  I'm sorry, I do not recall exactly the date.

3  Q.  Did you draft any reports in this case that memorialized

4  the date that you would have gone out to her residence to speak

5  with her that day?

6  A.  Yes, sir.

7  Q.  Would it refresh your memory if I showed you a copy of that

8  report?

9  A.  Absolutely.

10  Q.  While we look for that, I am going to continue my

11  questioning and then we will come back to that.

12  A.  Yes, sir.

13  Q.  You had indicated that you first went to the residence that

14  you had in Lake Worth, correct?

15  A.  Yes, sir.

16  Q.  By the way, was this standard procedure for agents in the

17  field like yourself to interview individuals who may have had

18  information about January 6th?

19  A.  Yes, sir.

20  Q.  And when you went to that residence that day, you indicated

21  that you knocked on the door, correct?

22  A.  Yes, sir.

23  Q.  Did anybody answer?

24  A.  No, sir.

25  Q.  Was there any indication at the time as to whether Ms. Kaye

1    likely lived there or not?

2    *A.*  Yes, sir.  The results that came over from the records

3    checks in Las Vegas, that was her last known address.

4    *Q.*  When you were there, did you see any indication that gave

5    you any reason to believe one way or another as to whether she

6    still lived at that Lake Worth address?

7    *A.*  No.

8    *Q.*  So, what did you do, and Agent Stuart, once you knocked on

9    the door and there was no answer?

10   *A.*  We went downstairs and talked to the apartment manager just

11   to confirm that she was not living there and the apartment

12   manager confirmed that --

13        *MS. MILITELLO:*  Objection, hearsay.  I would like the

14   judge to instruct the witness about hearsay and Crawford at

15   this time.

16        *THE COURT:*  I will sustain the objection, and ask the

17   jury to disregard the last part of the witness' testimony.

18        And maybe counsel also can reframe certain questions

19   so as not to provide an opportunity for the witness to testify

20   to out-of-court statements.

21        But the witness is to be reminded with hearsay, see if

22   there is another way that you can answer the question or ask

23   counsel to restate the question in a way that might help you

24   answer it in a way that you don't have to bring in out-of-court

25   statements, whether they were made orally or in written form.

1          *THE WITNESS:*  Yes, your Honor.

2          *THE COURT:*  Okay, thanks.

3   *BY MR. DISPOTO:*

4   *Q.*  Okay.  So, what did you do after being unable to contact

5   Ms. Kaye when you went to that residence in Lake Worth?

6   *A.*  I called her on her -- I believe her cell phone or her

7   residence phone.

8   *Q.*  And where did you get that phone number from?

9   *A.*  I believe I received that phone number from the records

10  that came to us from the other field office.

11  *Q.*  And when you contacted that number, did anybody answer the

12  phone?

13  *A.*  Yes, sir.

14  *Q.*  And tell us about that phone call.  What did you -- first

15  of all, who was it that you believe you spoke to during that

16  phone call?

17  *A.*  I believe it was Ms. Kaye.

18  *Q.*  Tell us what you said and what she said during that call.

19  *A.*  I identified myself to Ms. Kaye as an FBI agent.  She was

20  curious about why I was calling, so I explained to her that I

21  was calling her to talk to her about her travel to Washington,

22  D.C. on January 6th.  I believe she asked me if I had any proof

23  that she had traveled there, and I explained to her that was

24  the reason for my call, and I asked her if we could have a

25  conversation with her about it.

1      She advised that she, you know, she had moved down to Boca

2   Raton, she was retired, and asked if I could come to her

3   residence to interview her.

4   Q.  And what did you say and what did she say in response to

5   that?

6   A.  She said sure.  She said yes.  And I told her that we had

7   some other business to take care of in the area, and that I

8   would -- I should be there this afternoon, or later on that

9   afternoon.

10  Q.  So, who was it that suggested -- or that requested that the

11  interview take place at Ms. Kaye's residence?

12  A.  It was Ms. Kaye.

13  Q.  And can you tell us what explanation, if any, that she

14  provided as to why she wanted to conduct that interview there?

15  A.  She didn't have a driver's license, or she didn't have a

16  car at the time, I believe, and that is why she invited us to

17  her residence.

18  Q.  How would you describe the tone of the phone call between

19  you and she?

20  A.  It was pleasant.

21  Q.  And how long in total would you say that you spoke to her?

22  A.  Maybe a minute.  Maybe.

23  Q.  And when you indicated to her that you were going to come

24  by later that day, what was her response?

25  A.  She agreed to it.  She accepted it.

Pauline A. Stipes, Official Federal Reporter

1    *Q.*  Now, you told us a few moments ago that this conversation

2    took place on the same day that you went to the residence in

3    Lake Worth, correct?

4    *A.*  Yes, sir.

5    *Q.*  And did she provide you with her new address?

6    *A.*  She did.  She did, yes, sir.

7    *Q.*  What town was that address --

8    *A.*  That was in Boca Raton.

9    *Q.*  Did you know her address before she gave it to you?

10   *A.*  No, sir.

11   *Q.*  Based upon your interactions with her, aside from the fact

12   that she verbally told you that she was willing to meet with

13   you, did it appear to you that she was, in fact, willing to

14   talk to you?

15   *A.*  Yes, sir.

16   *Q.*  Had she indicated to you that she did not want to speak to

17   you, would you have pressed the matter with her any further?

18   *A.*  No.  Of course not, no.

19   *Q.*  Now, earlier when I was asking you about the date of these

20   events, that being you going to Lake Worth and speaking to her

21   by phone, you indicated that you didn't recall the exact date;

22   is that right?

23   *A.*  Yes, sir, that is correct.

24            *MR. DISPOTO:*  Your Honor, may I approach the witness?

25            *THE COURT:*  Yes, just let counsel know what you are

Pauline A. Stipes, Official Federal Reporter

1    approaching with.

2    BY MR. DISPOTO:

3    Q.  I am showing you what I have marked for identification

4    purposes as Exhibit Number 9.  I am going to ask you to take a

5    look at that document.

6        Are you familiar with that document?

7    A.  Yes, sir.

8    Q.  Is that one of the reports that you drafted in this case?

9    A.  Yes, sir.

10   Q.  I want to just direct your attention -- I am not going to

11   have you read it out loud, but I want you to look at the bottom

12   right-hand corner of that document.  I want to ask you if that

13   refreshes your recollection regarding the date that you went to

14   the residence in Lake Worth, as well as the date you called

15   Ms. Kaye?

16   A.  Yes, sir.

17   Q.  What date was that?

18   A.  January 28, 2021.

19   Q.  Okay.

20           THE COURT:  That is just being marked for ID, right?

21           MR. DISPOTO:  Yes, ma'am.

22           THE COURT:  Okay.

23   BY MR. DISPOTO:

24   Q.  I believe you told us that after this brief phone call, you

25   were unable to return to Ms. Kaye's residence; is that correct?

```
 1    A.  Yes, sir.

 2    Q.  Did you attempt to notify her of your inability to return

 3    later that evening?

 4    A.  Yes, sir.

 5    Q.  What did you do?

 6    A.  I called Ms. Kaye and I left a voice mail explaining that I

 7    would not be able to make it that evening.

 8    Q.  Did you indicate to her whether you would be contacting her

 9    again?

10    A.  I believe i did.  I may have even left my phone number, but

11    I can't say for certain.

12    Q.  Did you ever hear back from her?

13    A.  No, sir.

14         MR. DISPOTO:  Your Honor, may I approach sidebar for a

15    moment?  I assure the Court it is probably worth it.

16         THE COURT:  Okay.  We may have a quick sidebar.

17      (Thereupon, the following sidebar proceedings were had:)

18         MR. DISPOTO:  Your Honor, we are getting to the

19    portion of the witness' testimony where he is about to testify

20    regarding a second effort that he made to contact Ms. Kaye.

21    This would have taken place on the day of the double homicide

22    in Miami.

23         I do not intend to ask him about the double homicide

24    in Miami.  I am concerned that he is going to blurt this out.

25    To nip this in the bud, other than maybe excusing the jury or
```

Pauline A. Stipes, Official Federal Reporter

```
 1    breaking for the day so I warn him not to, I do not want to
 2    cause any issues.
 3              THE COURT:  Any objection to breaking for the day?
 4              MS. MILITELLO:  You will instruct the witness not to
 5    talk to anyone?
 6              THE COURT:  I will say that in front of the jury.  You
 7    will instruct him on this issue?
 8              MR. DISPOTO:  Yes.
 9              THE COURT:  Okay.
10         (Thereupon, the sidebar proceedings concluded.)
11              THE COURT:  Ladies and gentlemen, we just realized it
12    is 5:30, so it has been a long day.  Even though we are not
13    finished with the witness, the witness is coming back tomorrow
14    anyway, so unlike the scenario I had indicated where sometimes
15    we have a witness, if we could finish up with the witness so as
16    not to have the witness come back we might go a little bit
17    later, but our witness is going to be with us in any event.
18              In the interest of making sure that we don't make it
19    too, too long a day, we are going to end the trial for the day.
20    We know that the witness remains under oath, and he is not to
21    discuss his testimony with anyone.  It is as if you remain
22    sitting on the stand, and you will be the first one to take the
23    stand tomorrow to resume direct examination, and as with the
24    other witness, I will turn to Defense to see if there is any
25    cross-examination and we will proceed from there.
```

```
 1            We are very much on schedule.  Despite what may have
 2       appeared a long break here and there, we build that into our
 3       estimate.  I have no reason to believe anything about the
 4       estimate the parties have given the Court has changed in terms
 5       of the duration of the case.
 6            We want to thank you.  Today is always a long day when
 7       we pick the jury.  We appreciate your patience.  I am going to
 8       offer a friendly reminder about the instructions when you leave
 9       today, so you can leave together, you can talk together as you
10       leave, as you go in the elevator, as you walk outside.  As I
11       said, I don't care what you talk about, what your plans are for
12       the summer, what you did last weekend, it is all open season,
13       except for not to discuss anything about the case.
14            Even though you are the ones selected as the jurors,
15       what is very important, as I indicated -- and I know I am
16       throwing a lot of information at you, which is why I am
17       highlighting the key points.  You are to wait until you have
18       received all of the evidence and the law before you start
19       deliberating.
20            If you start talking about the case prematurely, you
21       are starting to form opinions perhaps before all of the
22       evidence is in and before you know what the law is.  That is
23       why we have you not discuss anything with each other.  You may
24       think, oh, we are the jurors, why shouldn't we?  No, you are
25       not allowed to discuss it until I have instructed you.  There
```

Pauline A. Stipes, Official Federal Reporter

```
 1   will be no ambiguity about it, you will know when you can begin
 2   your deliberations.  It will come soon enough.
 3            Furthermore, I am sure there are people in your lives
 4   who are going to be curious about what you did today, maybe
 5   they are not curious.  In the event that someone in your life
 6   is curious about where you have been all day and what you have
 7   been doing, you can tell them you have been at the Federal
 8   courthouse and selected as a juror, and you can tell them it
 9   will be about two or three days, nothing more.
10            They might say, oh, is it interesting?  Can't answer
11   the question.  Is it a civil or criminal case?  Can't answer
12   the question.  How are the lawyers?  Can't answer the question.
13   How is the judge?  Can't answer the question.  Let them know
14   the Judge says you cannot talk about the case, and that usually
15   shuts it down pretty quickly.
16            They don't know, so they might say, oh, I had a civil
17   case or a criminal case and start offering you information.
18   Again, it could get into your mind in a way that the lawyers
19   don't know, the parties don't know, and I can't oversee.  As
20   you see, I oversee very carefully all of the evidence, the
21   lawyers make objections, I rule on the objections.  It is very
22   carefully orchestrated based on the rules that govern trials.
23   I want you to appreciate why it is so important.
24            Again, just to remind everybody, it is 5:30, we spent
25   most of the day picking the jury.  If anything goes wrong and
```

1    somebody gets in a situation where we find he or she is on

2    social media trying to contact any of the parties, looking up

3    any of the issues, a juror comes to us and says, I overheard

4    another juror talking on the phone about the case, it is very

5    problematic, to say the least.

6           The Court has sanction powers, it does not want to use

7    them, but it can, and may have to in cases where there is an

8    explicit violation of what is in essence a court order which I

9    am ordering you to follow.

10          With that, we want to wish you a very pleasant

11   evening.  We will begin at 9:00 a.m. so you can get here and

12   park, come to the room that Melanie shows you, the jury

13   deliberation room, but it is also the jury gathering room, and

14   we will bring you in ready to go tomorrow morning at nine

15   o'clock.

16          Have a nice evening, and we will see you tomorrow.

17      *(Thereupon, the jury leaves the courtroom.)*

18      *THE COURT:*  Okay.  I think we wanted to let our

19   witness know, I think counsel was going to get into some

20   specifics relating to when you went the second time to make the

21   arrest, and what we wanted to make sure was that you did not

22   offer any testimony about the fact that there had been a

23   shooting, a double homicide, any of those issues.

24          The Court has not allowed that in at this point.  If

25   it comes in, counsel is to approach me sidebar.

Pauline A. Stipes, Official Federal Reporter

 1              I will say that I recognize that the Government has

 2     made the argument that you want to present evidence of why the

 3     agents were -- well, maybe I will let you articulate what it is

 4     that you wanted to --

 5              MR. DISPOTO:  That is in reference to Special Agent

 6     Allen.  That is the next witness.

 7              THE COURT:  That is the next witness, okay.

 8              MR. DISPOTO:  For this witness, it was not that.

 9              THE COURT:  We just want to make sure that you don't

10     say anything about the double homicide.

11              THE WITNESS:  Yes, ma'am.

12              THE COURT:  Was there anything else?  We want to be

13     very clear about any other questions that might come up.  We

14     realize that lawyers can ask questions sometimes and they know

15     what can come in, and not come in, but a witness doesn't

16     necessarily know, even if the witness has been prepped.  We are

17     trying to anticipate any issues that we know should not come in

18     to alert you to that so you don't inadvertently step into that

19     situation.

20              THE WITNESS:  Yes, ma'am.  I apologize.

21              THE COURT:  If you have any doubt, it is best just to

22     limit the answer to a yes or no, and if counsel needs more, he

23     is skilled enough to know how to ask a followup question.  In

24     the middle of your testimony we will not be able to take a

25     break and tell you what you can say and not say.  It is part of

```
 1   why we ended this now, so we could communicate this.  If it is
 2   in the middle of examination, I won't be able to easily do
 3   that.
 4           THE WITNESS:  Yes, ma'am.
 5           THE COURT:  Anything else for this witness?
 6           MR. DISPOTO:  No, your Honor.  Thank you.
 7           THE COURT:  Okay.  You may step down.
 8           From a scheduling standpoint, we think that you will
 9   be on the stand with Agent Smith for maybe another -- how long?
10           MR. DISPOTO:  30, 45 minutes.  I know I said that
11   before.
12           THE COURT:  You did.  So, 9:00 to 9:40, more or less.
13   I am not limiting you, I am trying to keep the day in my mind.
14   That is direct.  Cross you think would be?
15           MS. MILITELLO:  15 minutes.
16           THE COURT:  9:40 to 10:00.
17           MR. DISPOTO:  We will rest certainly by mid day.
18           THE COURT:  You will have Allen next?
19           MR. DISPOTO:  Yes.
20           THE COURT:  How long do you think you will be with
21   Allen?
22           MR. DISPOTO:  I'll say 45 minutes.
23           THE COURT:  The cross?
24           MS. MILITELLO:  I do not know what he is going to
25   testify to, so -- I don't have a report or anything authored by
```

Pauline A. Stipes, Official Federal Reporter

1    him, so I really can't say.

2         THE COURT:  Okay.  Who else after Allen?

3         MR. DISPOTO:  That is it.

4         THE COURT:  At this point, the Defendant doesn't know

5    if you are calling anybody, or you are not disclosing anything

6    at this point?

7         MS. MILITELLO:  We know that we are going to introduce

8    some social media videos either through our investigator or

9    through Ms. Kaye.  We will need a brief break to discuss with

10   her whether she wants to testify tomorrow.  If she chooses not

11   to, our investigator certainly doesn't want to be on the stand

12   very long, we will introduce a few pieces of evidence.  Our

13   case will be very short.  If Ms. Kaye testifies, it will be a

14   little longer.

15        THE COURT:  All right.  I think that is it.  So, we

16   will plan on -- why don't we have you get here no later than

17   quarter of 9:00 to get all set up.  We will have the courtroom

18   open by 8:30.

19        MS. MILITELLO:  Is there anything else in the court or

20   can I leave my --

21        THE COURT:  No, you can leave it here.  There is

22   nothing else going on.  You can leave anything you want here.

23        Have a good evening, we will see everybody back

24   tomorrow morning.

25        *(Thereupon, the Court was recessed.)*

Pauline A. Stipes, Official Federal Reporter

```
 1                          *  *  *

 2          I certify that the foregoing is a correct transcript

 3   from the record of proceedings in the above matter.

 4

 5          Date:  August 11, 2022

 6                       /s/ Pauline A. Stipes, Official Federal Reporter

 7                          Signature of Court Reporter

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Pauline A. Stipes, Official Federal Reporter

MR. BERRY: [3]   129/10
200/20 213/9
MR. DISPOTO: [155]   3/5 5/8
6/2 7/2 8/5 8/10 9/5 9/11
11/12 13/1 14/12 14/15 15/3
17/17 18/7 18/11 18/20 20/21
22/8 81/4 109/6 109/10
109/14 109/20 109/22 110/2
110/5 110/10 110/13 110/17
110/19 110/21 110/25 111/3
111/8 111/11 111/15 111/17
111/20 111/25 112/6 112/11
112/15 112/19 113/10 113/15
113/25 114/6 114/18 115/9
115/15 115/22 116/1 116/22
117/3 117/14 117/16 117/23
119/7 119/16 120/17 121/15
123/19 124/6 126/15 126/18
133/23 134/18 134/21 137/12
138/6 140/11 140/18 141/1
141/3 141/7 142/10 144/5
146/16 147/1 148/25 149/6
151/10 151/17 153/8 154/17
155/4 155/7 160/22 161/2
162/17 163/24 164/23 165/11
165/13 165/21 166/1 166/7
166/9 166/16 166/20 167/4
167/12 167/16 168/1 168/9
168/13 168/20 168/23 169/6
169/10 169/17 169/19 169/23
170/6 170/10 170/23 171/2
171/5 171/12 171/17 172/3
179/22 203/16 206/16 206/20
208/24 209/8 209/16 209/21
210/6 210/9 210/17 210/23
211/12 211/14 214/15 214/23
215/12 215/16 215/20 216/15
223/23 224/20 225/13 225/17
226/7 230/4 230/7 231/5
231/9 231/16 231/18 231/21
232/2
MS. DARSCH: [8]   193/21
198/16 198/24 200/6 201/5
201/22 201/24 203/7
MS. MILITELLO: [148]   3/8
3/18 4/9 5/11 7/22 8/23 9/12
9/21 13/4 13/6 15/19 15/21
16/21 16/23 18/16 21/11
22/16 81/5 109/16 109/24
110/7 110/15 110/23 111/5
111/13 111/18 111/22 112/9
112/13 112/17 113/5 113/13
113/17 114/2 114/10 114/24
115/6 115/16 118/7 118/10
118/19 118/25 119/3 119/21
120/2 120/11 120/15 121/2
122/2 123/11 124/2 124/9
124/12 125/7 125/15 125/20
125/22 126/5 126/14 127/1
127/22 129/8 129/12 130/10
134/2 134/8 136/15 136/20
140/13 140/23 142/19 144/3
146/19 146/23 147/15 149/4
151/12 151/24 152/7 152/16
153/5 153/9 154/15 154/21
155/9 156/7 160/23 161/3

162/2 164/22 164/14 164/24
165/6 165/19 166/5 166/11
166/15 166/21 166/25 167/6
167/10 167/18 167/22 168/3
168/7 168/15 168/19 168/25
169/4 169/12 169/16 169/25
170/4 170/12 170/14 170/21
171/7 171/10 171/19 172/5
174/22 185/17 198/14 201/9
202/23 203/10 203/12 205/24
206/11 206/13 207/19 207/22
208/3 208/6 208/11 209/11
209/17 210/22 212/3 214/13
215/6 215/23 220/12 226/3
231/14 231/23 232/6 232/18
THE COURT: [364]
THE COURTROOM DEPUTY: [13]
5/17 21/20 21/22 22/24 82/8
131/21 132/3 147/6 147/8
159/10 165/24 172/18 203/19
THE JUROR: [23]   29/10 29/15
29/17 79/3 82/1 82/11 82/16
82/18 134/9 141/13 141/15
141/19 141/23 142/6 149/12
150/6 150/19 150/23 151/1
151/7 151/14 159/8 159/14
THE LAW CLERK: [3]   129/25
130/3 130/6
THE WITNESS: [8]   194/3
199/8 203/5 203/22 220/25
230/10 230/19 231/3

'

'80's [1]   212/13
'90's [1]   74/16

/

/s [1]   233/6

1

10 [26]   47/22 48/6 49/1 51/7
51/10 52/3 52/21 56/21 57/22
58/14 70/10 73/25 83/13
90/18 93/24 98/21 99/8
101/18 104/7 113/24 164/4
166/19 166/20 166/23 171/24
172/17
101 [1]   6/14
109 [2]   119/5 119/16
10:00 [1]   231/16
11 [28]   42/5 48/21 49/1
51/22 51/23 52/4 57/22 58/14
68/8 70/11 72/22 72/23 74/15
83/14 88/21 90/18 92/16 94/3
95/6 98/22 101/18 102/2
104/14 113/24 164/4 166/24
167/1 233/5
11:37 [1]   78/21
12 [49]   18/18 18/24 37/19
42/5 49/1 52/11 52/14 57/22
60/24 65/4 68/25 72/22 74/15
76/9 82/13 82/14 83/14 90/15
90/18 91/12 94/4 95/7 98/22
101/18 103/19 113/24 114/15
125/23 129/23 131/6 140/18
140/22 141/1 141/10 142/21
164/3 164/4 164/4 164/12
165/17 166/14 167/3 167/3

167/4 167/8 170/17 171/24
172/1 172/17
12:00 [4]   80/8 80/9 81/3
90/3
12th [1]   134/6
13 [31]   42/5 45/11 45/15
49/2 55/5 55/6 57/23 59/13
69/1 74/15 83/14 83/19 85/5
85/6 90/18 90/20 91/12 91/15
94/4 95/7 96/1 96/2 97/24
98/22 101/18 102/13 102/14
102/14 110/15 113/24 163/22
14 [42]   42/6 45/15 45/25
47/5 49/2 49/3 51/15 52/21
55/11 56/4 56/9 57/23 61/9
63/1 69/1 74/15 83/14 87/6
90/18 91/14 94/4 95/9 96/16
97/1 99/2 101/18 102/16
102/25 103/2 106/21 113/24
159/10 159/12 159/18 160/20
164/4 167/9 167/14 171/24
172/17 204/8 204/22
15 [51]   12/19 13/11 37/8
49/2 51/15 56/15 56/16 61/9
62/17 63/1 69/2 74/15 78/20
79/6 81/9 83/15 85/4 85/5
90/19 94/4 95/9 97/1 101/18
106/21 113/25 113/25 114/2
114/3 116/6 125/5 125/20
129/22 130/2 130/4 130/6
130/9 130/11 131/6 132/2
142/23 142/25 143/3 146/18
146/21 164/4 164/25 167/15
167/20 171/25 172/17 231/15
15th [1]   55/17
16 [33]   48/6 49/2 50/14
51/17 55/13 56/10 56/23
57/24 59/18 61/9 63/1 65/11
69/2 74/16 83/16 84/8 88/21
89/19 90/19 92/17 94/6 95/9
96/18 97/3 101/20 104/14
106/21 110/20 115/14 163/22
197/19 198/2 198/14
16th [4]   180/24 198/4 218/4
218/5
17 [66]   8/10 37/3 37/16 43/6
45/18 47/22 48/6 49/2 49/5
49/9 50/14 51/17 52/4 52/15
55/13 56/10 56/21 57/16
57/17 57/24 59/18 61/9 62/11
62/19 63/1 65/12 68/8 69/3
70/11 72/9 72/22 74/17 76/9
83/16 84/8 86/15 86/23 89/10
90/19 91/14 92/17 94/6 95/9
96/18 97/3 97/4 97/24 98/22
99/8 99/25 101/20 103/11
104/14 106/21 147/7 159/11
159/12 159/18 159/20 160/20
164/4 164/4 167/21 167/23
184/9 184/10
18 [15]   13/11 26/6 58/7 58/8
92/3 99/16 129/22 130/4
130/4 130/5 130/7 130/12
165/18 168/1 168/4
19 [12]   38/11 47/3 59/11
59/12 60/25 62/19 68/24
81/21 81/25 82/8 111/8
163/23

**1**

**194 [1]**   2/3
**1972 [1]**   94/18
**1984 [1]**   212/15
**1994 [1]**   42/17
**1:00 [3]**   81/22 107/9 107/14
**1:30 [1]**   81/2
**1st [2]**   53/5 53/9

**2**

**20 [24]**   45/10 47/17 48/4
  50/3 51/24 55/7 60/20 60/21
  65/2 67/9 81/9 92/4 92/5
  93/21 96/22 99/1 101/15
  111/1 111/7 135/19 163/23
  189/21 194/13 204/25
**20's [1]**   186/21
**20-week [1]**   195/3
**2001 [2]**   70/4 73/16
**2008 [1]**   94/3
**201 [1]**   2/9
**2010 [1]**   102/18
**2017 [1]**   106/10
**2019 [1]**   106/11
**2021 [18]**   26/9 119/12 157/21
  180/2 180/24 181/16 182/12
  182/18 184/2 184/9 184/10
  188/18 197/19 198/2 198/14
  200/3 205/8 224/18
**2022 [2]**   1/8 233/5
**204 [1]**   2/5
**21 [12]**   46/25 61/1 62/7 62/8
  62/19 68/3 166/4 168/7
  168/11 171/25 172/17 205/8
**21-CR-80039 [2]**   3/4 19/14
**21-CR-80039-ROSENBERG [1]**
  1/3
**21st [1]**   181/15
**22 [11]**   62/14 62/15 63/5
  72/20 73/18 75/25 166/14
  168/12 168/17 171/25 172/17
**224 [1]**   2/9
**23 [17]**   59/14 63/3 63/4 63/8
  73/20 93/21 126/6 129/23
  131/6 144/9 144/12 144/14
  146/21 146/22 146/25 147/5
  163/23
**24 [7]**   52/18 65/1 72/20
  101/14 111/9 111/15 163/23
**25 [20]**   48/19 62/16 63/6
  63/8 65/2 67/4 67/7 73/19
  76/3 88/20 92/11 92/12 93/22
  102/16 103/1 167/3 168/18
  168/22 171/25 172/17
**26 [9]**   48/4 56/7 67/18 67/21
  72/18 87/2 87/4 167/25
  168/23
**27 [9]**   1/8 51/25 52/17 68/22
  68/23 90/16 111/16 111/20
  163/23
**28 [9]**   69/23 69/24 168/6
  169/4 169/8 172/1 172/16
  188/18 224/18
**28th [1]**   182/12
**29 [9]**   29/11 70/5 70/19
  70/20 71/5 111/21 111/24
  127/9 163/23

**2:00 [3]**   130/14 130/14
  130/16
**2:00 o'clock [3]**   106/25
  107/15 109/1
**2nd [1]**   11/8

**3**

**30 [12]**   41/25 46/23 52/16
  52/22 72/14 72/15 98/16
  169/3 169/9 169/11 215/21
  231/10
**31 [9]**   51/11 73/14 73/15
  112/1 114/17 114/22 114/24
  115/14 163/23
**31st [1]**   11/9
**32 [9]**   56/5 57/2 75/24 75/25
  77/15 80/14 169/15 169/16
  169/20
**33 [9]**   56/7 83/6 83/7 96/14
  101/13 169/22 169/23 170/1
  170/2
**33301 [1]**   1/17
**33401 [1]**   1/21
**34 [9]**   84/11 84/12 98/10
  125/12 147/21 147/23 170/3
  170/4 170/7
**35 [10]**   55/8 57/2 86/9 86/10
  90/16 170/9 170/10 170/14
  172/1 172/16
**36 [7]**   86/17 86/18 170/18
  170/21 170/25 172/1 172/16
**37 [8]**   41/24 55/9 57/2 86/25
  87/1 112/8 112/11 163/23
**38 [5]**   88/17 88/18 112/12
  112/15 163/23
**39 [11]**   90/13 90/14 159/9
  159/10 159/12 159/18 160/20
  170/18 171/2 171/6 171/8
**3:30 [1]**   173/13

**4**

**40 [5]**   91/7 91/8 94/19 96/12
  171/10
**404 [1]**   10/20
**41 [5]**   92/1 92/2 171/15
  172/2 172/16
**42 [7]**   92/9 92/10 112/16
  112/19 124/23 125/8 163/23
**43 [2]**   93/16 93/17
**44 [3]**   94/12 94/15 94/16
**45 [6]**   57/18 96/10 96/11
  215/21 231/10 231/22
**45-second [1]**   183/2
**450 [1]**   1/20
**46 [2]**   96/20 96/21
**47 [2]**   97/9 97/16
**48 [20]**   51/12 98/8 98/9
  125/11 125/20 130/1 130/2
  130/4 130/6 130/8 130/9
  130/9 130/11 131/6 147/8
  147/13 149/4 149/5 149/8
  163/23
**49 [10]**   98/25 99/1 112/21
  112/21 113/10 141/4 141/8
  149/9 149/12 151/14

**5**

**50 [13]**   72/19 97/18 99/14

**99/15 129/14 129/24 152/12**
  152/16 153/12 154/21 154/23
  155/6 163/23
**500 [2]**   1/16 1/20
**51 [5]**   101/12 101/13 113/11
  113/15 163/23
**52 [12]**   21/21 21/22 21/24
  21/25 22/1 22/1 22/5 22/9
  22/12 22/20 104/1 104/2
**53 [6]**   106/3 106/4 106/6
  113/16 113/21 163/23
**561-820-8711 [2]**   1/17 1/24
**561-833-6288 [1]**   1/21
**58 [1]**   186/17
**5:30 [5]**   24/9 105/13 215/18
  226/12 228/24

**6**

**6 feet [1]**   88/14
**60 [1]**   186/17
**609 [1]**   214/25
**6288 [1]**   1/21
**6:00 p.m [1]**   189/3
**6th [27]**   118/15 118/17
  118/22 119/13 119/14 119/24
  156/7 157/22 157/23 181/4
  181/12 181/24 182/3 187/12
  188/20 190/9 190/11 190/11
  198/5 199/12 199/15 199/19
  205/17 207/8 217/14 219/18
  221/22

**7**

**75 percent [2]**   69/2 69/4
**7th [1]**   1/16

**8**

**8 is [1]**   109/24
**80 [1]**   90/5
**80039 [2]**   3/4 19/14
**83 [3]**   92/17 92/21 112/16
**85 [1]**   95/15
**8711 [2]**   1/17 1/24
**875 [1]**   26/7
**8:00 [2]**   89/12 89/12
**8:30 [2]**   90/2 232/18
**8th [1]**   183/8

**9**

**9:00 [6]**   24/4 24/8 173/12
  229/11 231/12 232/17
**9:30 [1]**   173/12
**9:40 [2]**   231/12 231/16
**9th [3]**   87/15 134/6 183/10

**A**

**a.m [2]**   24/4 229/11
**abide [6]**   108/8 132/17
  132/20 173/21 174/1 174/7
**ability [35]**   16/12 39/25
  43/23 52/7 59/5 61/15 62/4
  63/19 64/2 65/20 66/4 66/14
  68/12 70/15 73/1 73/10 74/6
  75/19 76/13 76/19 83/24
  85/17 86/1 91/3 91/21 94/9
  95/20 96/6 98/3 102/10 103/3
  117/20 145/21 155/2 177/20
**able [57]**   4/15 9/9 17/12

**A**

**able... [54]**   24/14 28/5 29/4
40/5 42/10 46/11 49/11 49/19
50/22 53/12 53/19 54/5 54/9
54/11 55/1 55/22 57/6 60/12
64/16 68/18 68/20 69/12 74/8
82/14 82/18 92/25 100/23
121/14 126/1 128/12 129/16
135/5 136/4 136/11 137/25
140/7 141/12 142/1 142/3
151/19 153/18 154/2 156/13
173/6 173/10 182/13 182/15
210/4 211/7 213/25 217/12
225/7 230/24 231/2
**about [259]**
**above [1]**   233/3
**absent [1]**   114/7
**absolutely [8]**   7/20 66/16
71/23 72/6 132/3 140/10
202/18 219/9
**Academy [1]**   195/2
**accept [38]**   27/7 33/14 33/14
165/20 165/22 166/6 166/8
166/10 166/16 166/17 166/21
166/22 167/5 167/7 167/11
167/13 167/17 167/19 168/2
168/8 168/10 168/14 168/16
168/20 168/21 168/24 169/5
169/7 169/11 169/17 169/24
170/11 170/13 170/22 170/24
171/6 171/11 172/6
**acceptable [4]**   81/4 171/17
172/3 214/13
**accepted [1]**   222/25
**accepts [1]**   170/5
**access [3]**   9/9 32/5 195/21
**accessed [1]**   123/22
**accessing [1]**   9/8
**accident [2]**   61/7 61/23
**accommodate [6]**   24/22 88/3
105/17 105/20 105/22 151/21
**accommodated [1]**   53/13
**accommodating [2]**   105/4
105/6
**accommodations [1]**   113/7
**accord [1]**   36/7
**account [2]**   177/20 197/1
**accountable [2]**   180/16
187/13
**accounts [3]**   33/25 35/18
186/4
**accurate [7]**   20/15 139/13
209/10 210/22 211/22 214/12
215/8
**accurately [1]**   12/24
**accusation [4]**   25/21 91/19
156/24 178/9
**accused [18]**   38/16 39/11
43/1 43/12 43/13 50/11 62/24
62/24 65/9 66/10 71/21 83/20
84/23 85/7 91/17 99/21
102/15 106/20
**acknowledge [1]**   80/2
**acquaintance [2]**   74/19 75/18
**acquaintances [1]**   74/2
**acquire [1]**   36/2
**Acreage [2]**   50/3 83/8

**Acres [1]**   277/11
**acronym [2]**   196/1 202/10
**across [1]**   89/5
**action [3]**   198/24 199/5
199/8
**actions [2]**   180/17 187/13
**active [2]**   122/16 122/16
**activities [1]**   62/20
**activity [2]**   89/2 132/22
**actual [3]**   190/6 190/10
199/6
**actually [16]**   10/9 64/9
64/14 66/25 78/3 79/12 87/25
89/6 98/18 127/8 138/22
190/25 191/10 191/20 192/1
218/22
**add [2]**   38/20 213/10
**added [1]**   116/23
**addition [2]**   10/22 34/7
**additional [4]**   7/25 13/24
140/20 178/2
**address [12]**   8/12 16/5 44/16
181/17 200/23 207/16 209/20
220/3 220/6 223/5 223/7
223/9
**addressed [2]**   189/24 191/6
**addressing [1]**   162/23
**administer [1]**   22/24
**Administration [2]**   56/16
98/13
**admissible [7]**   208/13 210/16
212/8 212/9 212/12 212/14
213/7
**admit [2]**   10/12 10/13
**admitted [11]**   43/6 44/2
44/12 175/21 177/11 177/12
201/11 201/14 201/15 201/18
201/21
**adult [7]**   55/8 70/6 83/9
83/10 92/13 94/23 94/24
**adults [2]**   28/1 94/20
**advantage [3]**   40/11 125/2
148/5
**advantaged [1]**   49/15
**adverse [2]**   116/25 158/23
**advertise [2]**   138/25 139/1
**advertising [2]**   139/3 139/12
**advised [2]**   10/15 222/1
**adviser [1]**   90/15
**advocate [1]**   116/19
**affairs [1]**   23/11
**affect [21]**   43/22 63/19 64/2
65/20 66/4 66/14 73/10 74/6
76/13 76/19 83/23 85/17
91/13 91/18 91/21 94/8 95/20
96/6 102/10 103/2 135/16
**affecting [1]**   18/1
**affects [1]**   142/15
**affiliation [4]**   61/21 120/14
123/19 124/1
**affiliations [2]**   122/22
123/23
**affirm [2]**   124/3 124/5
**affirmative [1]**   112/23
**afford [1]**   190/13
**afoul [1]**   78/16
**after [35]**   3/21 6/7 6/18 7/7
8/5 10/6 10/9 14/5 54/25

61/7 81/8 83/1 92/19 98/17
111/3 127/6 130/18 133/13
148/13 153/24 156/6 156/12
163/20 179/16 179/19 191/3
191/25 192/6 198/20 202/5
218/10 218/18 221/4 224/24
232/2
**afternoon [19]**   24/19 97/10
97/14 97/15 134/19 138/16
138/17 144/16 147/18 147/19
153/16 164/16 179/25 185/18
194/8 204/2 204/3 222/8
222/9
**afterwards [2]**   26/2 119/21
**again [23]**   13/12 18/15 22/1
22/15 26/22 30/19 60/7 81/18
101/23 108/23 129/4 133/12
157/24 160/7 183/5 184/4
199/14 206/17 214/7 216/9
225/9 228/18 228/24
**against [16]**   14/4 14/7 25/20
26/23 30/1 36/24 40/4 51/1
91/19 118/22 128/6 139/14
156/24 178/8 184/7 202/15
**age [5]**   34/6 84/12 124/14
129/20 134/5
**agency [6]**   194/17 198/12
199/24 202/7 203/5 205/19
**agent [53]**   3/14 3/14 3/15
11/15 11/15 11/16 11/25
12/25 20/24 22/11 36/13
36/15 36/16 73/16 84/13
92/11 125/9 181/14 181/16
181/21 181/22 182/1 182/4
182/10 182/13 183/6 183/9
183/11 183/14 193/1 194/11
194/24 195/1 195/8 195/9
195/24 196/5 202/22 203/18
204/7 204/10 204/17 204/24
205/9 207/1 207/2 210/14
216/18 218/2 220/8 221/19
230/5 231/9
**agents [35]**   10/6 11/2 11/5
11/8 12/2 12/6 12/20 13/11
13/25 15/5 15/9 15/12 15/23
15/24 15/25 17/3 17/16 26/11
93/25 143/25 143/25 148/7
148/10 180/3 181/8 183/3
183/6 183/16 184/10 190/25
191/17 200/6 200/19 219/16
230/3
**ager [3]**   102/19 102/22
102/23
**ages [5]**   45/12 48/3 62/19
88/21 90/16
**ago [25]**   39/22 39/23 42/7
52/22 55/16 57/24 64/8 83/15
85/13 85/14 85/25 90/24
90/25 102/16 102/25 103/1
103/7 103/8 103/8 136/2
138/22 146/11 183/1 194/21
223/1
**agree [32]**   28/20 30/22 30/23
30/24 32/8 33/14 41/4 41/10
41/15 41/17 69/19 79/21 80/1
80/2 80/18 109/9 109/16
112/10 113/14 113/19 115/10
119/6 124/18 128/9 128/20

## A

**agree... [7]** 137/11 148/9
163/24 175/17 187/12 212/22
215/4
**agreed [6]** 111/19 118/12
118/19 182/5 190/15 222/25
**agreeing [1]** 5/2
**agrees [14]** 109/18 109/24
110/4 110/7 110/12 110/15
110/23 111/5 111/13 111/22
112/14 112/18 176/20 212/8
**ahead [1]** 137/6
**ahold [1]** 145/12
**ain't [1]** 180/11
**Air [2]** 56/21 205/4
**aircraft [1]** 71/8
**Alabama [1]** 195/6
**Alaska [1]** 87/15
**alert [2]** 191/11 230/18
**alignment [1]** 120/10
**all [179]** 3/2 3/4 4/5 5/6
6/7 8/24 10/22 15/2 19/18
19/20 20/4 20/20 21/2 21/5
22/25 23/2 23/11 25/4 25/9
27/1 27/10 28/4 28/11 31/7
31/10 31/13 31/17 36/18
37/20 37/25 42/6 46/20 47/22
47/22 47/23 48/5 48/13 51/21
52/10 54/25 56/2 56/7 58/19
58/20 59/18 60/18 64/6 64/15
67/17 69/22 70/11 70/17
70/25 72/11 73/13 74/4 75/17
75/21 77/18 78/2 79/6 79/8
79/18 80/7 80/9 80/16 80/16
81/4 81/11 81/13 82/4 82/20
86/15 87/9 88/1 88/8 90/12
91/17 91/25 92/6 93/15 93/24
94/13 94/16 94/20 96/1 96/10
96/16 98/1 100/16 100/22
101/11 102/4 103/9 103/25
104/2 105/15 106/5 107/7
107/7 108/23 109/3 109/5
112/11 113/25 117/3 121/2
122/1 122/13 124/23 125/5
125/19 126/5 126/7 126/11
127/13 129/10 130/14 131/18
132/5 132/8 132/9 133/14
136/14 141/3 141/10 144/4
144/20 145/14 146/15 148/12
149/18 149/19 150/1 150/13
150/15 151/19 152/7 153/7
153/23 155/11 155/12 155/16
159/23 162/18 172/9 172/9
172/12 172/21 172/24 173/2
177/25 179/16 180/16 184/19
185/3 187/5 187/12 189/19
189/23 192/21 196/17 199/16
203/14 204/5 211/9 212/22
213/4 215/4 215/14 215/25
221/15 227/12 227/18 227/21
228/6 228/20 232/15 232/17
**allegation [1]** 140/1
**alleged [2]** 119/12 157/21
**allegedly [4]** 26/14 26/19
33/21 163/8
**alleges [1]** 26/8
**alleging [1]** 163/6

**Allen [14]** 7/14 11/15 11/16
11/25 12/25 36/13 183/7
183/7 207/1 207/2 230/6
231/18 231/21 232/2
**alleviate [4]** 53/15 87/19
88/11 141/19
**Allied [1]** 86/18
**allow [6]** 7/4 16/5 35/8 50/3
121/7 191/7
**allowable [1]** 161/7
**allowance [1]** 136/17
**allowed [5]** 77/11 173/16
194/25 227/25 229/24
**allowing [2]** 17/5 116/5
**allows [1]** 187/18
**almost [3]** 62/10 108/24
204/22
**alone [2]** 87/5 107/19
**along [11]** 21/13 22/10 32/3
45/8 52/18 117/2 126/22
146/8 180/19 181/16 214/6
**already [13]** 5/22 54/8 57/11
64/5 79/25 81/3 160/1 160/4
162/19 162/23 162/24 163/5
215/3
**also [38]** 3/11 12/5 32/20
34/17 35/22 44/19 46/2 53/23
63/16 66/9 73/16 76/21 85/12
86/14 91/10 95/2 101/25
102/13 108/9 113/16 122/12
122/24 123/8 129/21 161/11
164/16 174/23 183/24 186/24
188/7 192/4 207/19 212/11
217/6 217/10 217/22 220/18
229/13
**alternate [7]** 18/23 83/15
170/25 171/1 171/10 171/15
171/16
**alternates [7]** 18/19 18/20
114/9 164/13 170/18 170/19
172/1
**Alternatively [1]** 14/24
**although [5]** 60/16 70/2
77/14 92/24 120/19
**altogether [1]** 143/20
**always [11]** 18/14 19/17
19/23 19/25 24/5 24/17 24/19
51/2 209/2 216/3 227/6
**am [259]**
**ambiguity [1]** 228/1
**ambushed [1]** 11/5
**amended [1]** 6/13
**Amendment [26]** 117/25 122/4
122/5 122/25 124/19 128/9
128/10 137/11 138/1 161/5
161/15 161/24 180/12 180/13
185/15 185/21 185/22 186/2
186/13 187/18 193/11 193/12
193/14 193/16 202/21 206/16
**AMERICA [3]** 1/4 3/3 19/14
**among [8]** 11/17 28/7 32/25
35/4 38/3 77/19 88/10 133/3
**amount [1]** 13/1
**ample [1]** 107/16
**amplifier [1]** 188/2
**analyst [1]** 62/8
**analysts [3]** 181/5 182/23
217/9

**and/or [3]** 61/13 132/10
206/20
**Angeles [2]** 71/10 71/14
**anger [5]** 72/6 184/6 187/14
187/14 187/19
**angle [1]** 44/16
**angry [7]** 187/3 187/7 187/8
187/9 187/16 187/16 187/17
**anonymity [1]** 71/24
**another [28]** 26/11 67/10
77/12 78/1 79/11 79/19 80/4
80/14 82/20 83/3 97/13 144/1
182/19 189/22 190/23 191/25
192/12 205/19 207/23 211/5
212/21 214/5 215/21 217/13
220/5 220/22 229/4 231/9
**answer [31]** 16/24 20/13
31/20 31/22 37/16 37/18
37/20 37/22 45/25 47/5 49/3
52/4 68/8 72/24 96/2 177/5
182/14 191/23 203/3 208/25
211/10 219/23 220/9 220/22
220/24 221/11 228/10 228/11
228/12 228/13 230/22
**answered [6]** 41/1 132/8
162/24 177/1 177/2 181/20
**answering [3]** 37/1 77/7
173/16
**answers [14]** 4/20 7/18 37/14
37/24 45/7 58/14 79/21 109/9
116/8 146/23 146/25 155/1
176/14 179/1
**antibiotic [2]** 95/16 95/17
**anticipate [10]** 8/23 9/20
10/12 11/13 11/25 95/23
118/13 184/21 184/25 230/17
**anticipating [2]** 4/17 215/23
**anxiety [15]** 53/1 53/2 53/23
53/24 54/7 54/23 125/24
125/25 126/2 129/23 141/18
141/23 142/15 142/16 142/18
**any [267]**
**anybody [21]** 21/5 21/16
25/25 26/2 36/13 82/15 82/15
82/18 105/14 107/9 108/2
116/17 116/22 121/4 130/5
130/21 131/13 141/12 219/23
221/11 232/5
**anymore [1]** 82/10
**anyone [52]** 21/3 21/6 21/7
21/7 21/16 27/4 27/7 27/13
29/6 32/25 33/12 34/8 34/8
34/9 34/14 34/23 34/24 36/11
54/9 71/21 88/3 100/23
118/16 120/8 121/11 122/8
122/12 125/18 125/19 127/16
132/25 135/16 155/21 157/16
158/6 158/13 158/19 158/22
159/1 159/6 159/17 159/18
160/3 160/4 160/13 173/23
174/20 175/3 211/6 218/1
226/5 226/21
**anyone's [1]** 5/5
**anything [91]** 3/17 3/21 5/14
6/10 13/10 13/13 13/15 14/11
16/11 26/3 27/5 27/20 30/23
33/1 33/12 39/18 39/24 43/22
49/16 52/5 59/4 60/8 61/13

**A**

**anything...** **[68]** 63/18 63/25 64/15 65/19 66/3 66/13 66/17 68/11 70/13 72/24 73/7 73/9 75/12 75/16 75/18 76/10 76/17 77/16 78/7 79/16 83/23 85/15 91/1 91/18 94/7 96/4 98/1 102/8 102/23 107/21 107/22 107/25 114/15 117/3 117/23 118/15 131/9 131/13 132/7 132/19 133/4 133/23 135/12 137/4 137/20 140/3 141/21 156/25 172/24 178/10 188/19 191/14 192/22 207/9 208/3 211/12 214/22 227/3 227/13 227/23 228/25 230/10 230/12 231/5 231/25 232/5 232/19 232/22
**anyway** **[2]** 188/22 226/14
**anywhere** **[1]** 172/10
**apart** **[1]** 184/3
**apartment** **[3]** 217/19 220/10 220/11
**apologies** **[1]** 171/6
**apologize** **[2]** 136/17 230/20
**apparently** **[1]** 126/10
**appealing** **[1]** 56/13
**appear** **[4]** 5/22 25/18 211/16 223/13
**appearance** **[3]** 3/5 108/18 181/23
**APPEARANCES** **[1]** 1/13
**appeared** **[2]** 11/5 227/2
**appearing** **[1]** 3/8
**appears** **[1]** 212/17
**applies** **[3]** 29/24 30/1 34/18
**apply** **[8]** 28/24 32/19 46/11 49/12 64/19 66/15 68/19 68/20
**appointment** **[10]** 53/5 59/19 59/21 60/5 60/9 82/1 82/5 188/25 189/5 191/22
**appreciate** **[9]** 36/6 45/6 57/15 77/8 78/18 148/24 162/3 227/7 228/23
**approach** **[10]** 16/10 136/16 200/11 207/20 208/5 208/8 210/7 223/24 225/14 229/25
**approaching** **[1]** 224/1
**appropriate** **[8]** 9/3 23/15 31/17 121/23 163/12 197/11 199/17 214/1
**appropriately** **[1]** 117/8
**approximately** **[4]** 181/15 181/21 182/18 183/2
**architect** **[3]** 51/23 51/25 52/1
**architectural** **[1]** 72/17
**arduous** **[1]** 173/13
**are** **[385]**
**area** **[13]** 37/8 48/20 51/24 58/9 58/10 59/14 60/23 68/1 68/15 89/3 96/12 197/12 222/7
**areas** **[2]** 161/17 162/2
**aren't** **[3]** 3/24 13/17 114/9
**arguing** **[3]** 13/14 13/20

**argument** **[7]** 15/6 121/17 121/23 158/12 179/12 213/11 230/2
**arguments** **[3]** 176/10 176/11 179/18
**arm** **[1]** 87/7
**armed** **[3]** 12/2 12/20 76/8
**arms** **[1]** 25/2
**Army** **[1]** 70/9
**Aronberg** **[1]** 115/1
**around** **[8]** 18/6 18/9 18/10 39/23 87/16 96/15 106/25 151/4
**arrangements** **[1]** 183/16
**arrest** **[28]** 11/17 11/19 12/2 12/6 12/20 13/3 13/8 13/12 13/18 14/1 14/10 14/14 14/22 15/1 15/2 15/3 15/5 15/6 16/20 16/25 17/1 17/9 17/17 184/10 190/14 192/7 192/24 229/21
**arrested** **[8]** 12/14 12/18 13/16 39/18 39/19 58/17 64/5 183/17
**arrests** **[1]** 209/12
**arrive** **[4]** 150/25 173/11 196/23 196/24
**arrived** **[1]** 181/18
**art** **[2]** 46/25 47/2
**arthritis** **[2]** 52/24 53/11
**ARTHUR** **[10]** 2/4 3/15 11/15 20/24 22/11 36/15 181/15 203/18 203/19 203/23
**articulate** **[1]** 230/3
**artist** **[1]** 50/6
**arts** **[1]** 84/19
**as** **[268]**
**aside** **[11]** 49/19 49/19 50/22 62/3 64/17 66/23 66/25 85/25 145/19 186/11 223/11
**ask** **[96]** 6/5 6/9 6/11 6/12 6/15 6/20 6/23 7/4 7/21 7/25 8/3 10/16 20/20 21/2 21/9 22/15 22/24 24/12 26/2 36/19 45/23 54/19 62/1 69/15 74/4 79/23 79/23 80/20 80/21 80/22 85/4 107/14 112/8 112/20 114/4 115/2 116/8 118/3 118/5 119/21 119/22 119/22 120/5 120/5 122/12 124/1 124/2 124/14 126/19 126/21 126/21 127/23 128/8 130/24 130/25 131/3 131/7 131/10 132/9 132/24 133/12 133/12 133/21 134/17 134/20 136/19 136/23 137/18 138/13 141/12 149/9 151/24 152/1 152/13 152/25 156/1 164/9 165/14 166/2 174/4 181/10 190/15 192/18 194/25 199/11 206/21 207/24 210/15 212/2 220/16 220/22 224/4 224/12 225/23 230/14 230/23
**asked** **[19]** 23/10 39/17 76/23 112/21 115/22 115/22 127/8 127/16 131/12 151/23 160/2 161/17 181/21 182/4 182/6

205/9 221/22 221/24 222/2
**asking** **[14]** 69/16 108/4 118/3 120/19 123/11 137/15 151/9 164/8 181/25 193/13 193/18 198/22 215/19 223/19
**asks** **[3]** 176/17 176/22 198/3
**aspect** **[1]** 61/24
**aspects** **[1]** 189/9
**aspire** **[1]** 80/25
**ass** **[5]** 26/16 26/20 180/14 183/22 202/21
**assault** **[1]** 102/6
**asserted** **[2]** 198/18 206/18
**asses** **[1]** 185/9
**assess** **[3]** 16/12 17/12 18/1
**assigned** **[11]** 100/12 101/10 181/14 194/16 194/22 204/11 204/13 206/25 218/11 218/14 218/21
**assist** **[7]** 9/18 17/20 54/9 78/13 82/15 179/4 196/20
**assistance** **[1]** 9/6
**assistant** **[2]** 3/6 91/8
**assisting** **[2]** 19/18 19/22
**associated** **[2]** 174/20 217/7
**association** **[6]** 75/9 118/17 118/22 120/4 143/7 156/9
**assume** **[1]** 139/19
**assuming** **[2]** 8/22 158/11
**assumption** **[1]** 210/12
**assure** **[2]** 158/22 225/15
**assured** **[1]** 146/11
**Atlanta** **[3]** 93/11 195/10 195/10
**ATM** **[1]** 50/9
**attached** **[3]** 183/19 200/17 200/18
**attack** **[4]** 198/5 198/6 199/13 199/19
**attempt** **[6]** 23/4 33/18 34/2 35/19 181/10 225/12
**attempts** **[2]** 192/11 192/12
**attend** **[3]** 4/7 4/11 113/12
**attendant** **[1]** 42/15
**attended** **[2]** 195/2 205/6
**attention** **[14]** 31/16 36/19 43/8 44/23 44/25 45/1 105/9 105/10 153/19 153/25 197/18 205/8 205/13 224/10
**attentive** **[1]** 95/21
**attorney** **[8]** 3/7 88/21 88/24 104/10 115/2 124/8 158/24 179/10
**Attorney's** **[1]** 1/15
**attorneys** **[23]** 7/4 8/18 23/13 25/11 26/16 30/18 38/2 62/21 73/25 93/25 94/7 116/3 116/25 133/20 134/16 138/12 150/21 151/9 160/8 160/10 160/10 160/15 179/17
**audience** **[2]** 188/13 192/3
**August** **[2]** 194/13 233/5
**Australian** **[1]** 1/20
**authored** **[1]** 231/25
**authorized** **[1]** 34/25
**autism** **[1]** 89/10
**autistic** **[1]** 112/13
**auto** **[1]** 97/22

**A**

available [2]   13/25 183/18
Avenue [1]   1/20
Aviation [1]   98/13
avid [1]   71/15
avoided [1]   4/6
aware [11]   8/13 9/21 11/4
 12/15 14/21 28/21 28/21
 68/14 116/2 154/9 156/20
away [6]   68/24 88/12 145/24
 150/15 181/19 191/21
awesome [1]   95/3
awhile [3]   53/18 83/15
 209/10

**B**

baby [1]   86/14
babysitting [1]   86/14
Bachelor's [2]   205/6 205/7
back [76]   5/3 5/5 5/6 5/11
 5/13 5/23 6/20 18/7 18/21
 18/22 24/11 30/16 30/19 32/4
 33/6 45/3 54/21 71/13 78/22
 79/5 79/19 80/6 80/7 80/8
 80/13 80/16 80/22 81/11
 81/13 83/1 83/4 90/1 90/10
 93/11 94/3 100/19 100/21
 107/14 107/15 108/25 109/6
 118/11 129/1 130/13 130/13
 130/14 142/5 147/10 151/4
 152/6 152/18 152/21 153/13
 156/17 163/20 164/5 164/6
 164/11 165/8 172/22 174/16
 174/21 175/6 180/24 182/16
 188/24 191/3 191/22 201/16
 211/7 216/2 219/11 225/12
 226/13 226/16 232/23
backdrop [1]   29/6
background [5]   23/13 61/18
 68/9 68/17 127/3
bad [3]   52/24 55/17 135/16
badly [1]   95/24
bake [1]   99/17
bakery [3]   68/23 69/9 69/10
ballerina [1]   52/1
Baltimore [1]   73/20
bank [1]   86/11
banker [2]   67/9 86/10
baptized [1]   43/2
bartender [1]   50/1
base [1]   35/25
based [28]   7/18 27/5 27/23
 32/15 35/21 37/22 41/4 49/10
 50/21 53/9 68/17 74/2 79/21
 109/9 114/22 115/7 116/8
 123/15 126/16 131/9 132/9
 146/25 156/1 159/2 163/3
 211/20 223/11 228/22
basic [9]   129/7 156/20
 157/15 157/16 157/25 158/6
 175/9 178/5 181/6
basically [6]   4/22 162/23
 181/1 181/2 182/21 195/14
basis [2]   49/4 124/2
bathroom [1]   44/14
battery [2]   85/12 87/8
be [406]

beach [55]   7/2 1/7 1/21 1/24
 37/8 38/9 38/11 40/21 41/25
 42/16 45/10 46/24 47/17
 51/24 52/16 53/22 57/1 61/3
 62/17 67/7 67/8 67/15 68/1
 70/3 70/4 72/18 73/18 76/3
 84/19 86/20 88/19 90/15 91/9
 92/3 92/4 93/18 94/17 95/2
 96/23 97/2 97/17 98/14 98/16
 99/2 104/4 106/10 181/8
 183/6 198/12 199/23 202/7
 202/8 203/5 204/14 205/14
Beach/Ft [1]   1/24
bear [4]   107/17 157/12 178/1
 178/20
bearing [1]   216/5
bears [1]   127/25
became [1]   14/21
because [100]   4/5 10/7 14/16
 15/7 15/12 17/23 24/5 26/1
 28/12 35/6 37/12 37/13 38/22
 40/9 40/11 41/9 41/10 44/17
 45/24 50/15 56/24 57/7 61/20
 63/23 64/14 65/13 69/13
 74/11 75/3 77/1 77/10 78/2
 78/16 81/7 87/5 87/9 89/5
 90/8 93/6 95/23 100/2 100/13
 100/22 105/23 107/2 108/17
 108/18 110/1 110/21 111/17
 113/3 115/8 115/12 118/16
 120/8 122/20 123/25 126/10
 128/14 128/17 129/15 137/7
 143/13 143/20 144/2 146/9
 148/6 148/10 148/14 150/15
 151/3 153/1 153/3 153/20
 153/22 154/10 154/23 159/13
 173/6 173/15 176/16 180/1
 180/2 183/13 185/1 185/14
 186/11 186/18 188/18 192/14
 192/24 193/9 198/7 202/16
 203/6 206/15 211/22 212/12
 212/14 213/23
become [4]   10/1 35/13 195/1
 204/23
becomes [1]   46/4
becoming [1]   195/7
bed [1]   44/15
been [126]   9/14 19/9 19/9
 26/4 28/21 28/21 31/21 35/1
 35/1 38/8 38/10 38/15 39/11
 42/3 42/16 42/25 43/7 43/12
 44/11 44/12 44/12 46/22
 46/23 46/24 47/21 50/8 50/11
 50/20 51/2 51/23 52/15 52/16
 56/5 56/17 57/11 57/18 59/12
 59/13 61/5 62/16 62/23 63/4
 64/8 65/1 65/8 67/8 67/21
 70/1 70/3 70/5 71/19 71/21
 72/25 75/25 76/3 76/8 76/16
 77/6 77/7 83/20 84/21 86/12
 86/19 88/23 88/25 88/25 89/4
 91/17 92/2 92/3 94/8 94/19
 95/4 96/16 96/22 96/23 97/19
 97/24 99/3 99/19 101/22
 102/15 104/4 105/1 105/4
 106/5 107/7 115/22 119/12
 122/10 128/14 133/2 135/18
 149/16 157/21 160/3 161/21

 163/15 163/22 172/23 175/8
 177/6 177/12 184/12 194/12
 197/1 201/14 202/11 204/7
 204/8 204/20 205/15 205/23
 209/14 217/15 217/24 218/11
 218/16 218/22 218/24 226/12
 228/6 228/7 228/7 229/22
 230/16
before [36]   1/11 9/6 16/10
 17/10 17/25 19/9 32/15 33/5
 38/18 39/13 45/17 50/10 78/1
 78/23 79/8 81/1 82/23 96/16
 109/4 109/5 118/20 119/7
 131/12 136/18 155/15 183/17
 194/25 201/4 207/10 216/10
 216/18 223/9 227/18 227/21
 227/22 231/11
befriended [2]   132/21 174/2
began [1]   173/12
begin [13]   3/4 19/16 24/5
 24/8 35/5 36/24 38/6 163/21
 164/10 170/18 179/7 228/1
 229/11
beginning [2]   59/1 71/4
behalf [4]   3/8 3/10 38/2
 122/25
behaved [1]   51/2
behind [2]   24/6 185/15
being [41]   10/22 11/5 11/23
 19/4 44/10 44/14 53/18 53/23
 60/12 60/15 61/25 63/25 68/1
 71/22 74/3 84/23 85/7 87/16
 87/23 99/6 117/11 119/14
 146/3 148/2 151/23 153/17
 154/8 157/23 161/12 182/2
 190/13 195/9 197/16 198/18
 199/11 200/13 206/17 218/14
 221/4 223/20 224/20
belief [10]   41/3 41/4 41/10
 46/14 46/17 71/23 84/23
 129/19 135/15 211/24
beliefs [27]   45/15 46/3 46/4
 46/13 49/4 49/8 49/11 49/19
 50/12 63/14 65/10 71/22 89/7
 99/22 110/1 117/14 120/8
 120/14 123/6 134/25 135/12
 135/21 136/12 137/22 159/4
 159/5 188/3
believability [1]   178/1
believable [2]   61/20 63/23
believe [49]   17/15 28/14
 31/6 41/11 44/24 45/1 49/10
 49/18 55/24 64/16 72/2 73/1
 74/5 75/19 79/20 85/17 98/3
 102/10 115/16 116/4 117/7
 121/20 125/24 138/18 144/1
 146/2 148/6 148/9 158/10
 163/11 176/5 177/16 177/16
 177/17 198/6 207/16 216/18
 217/21 218/4 220/5 221/6
 221/9 221/15 221/17 221/22
 222/16 224/24 225/10 227/3
believed [1]   190/20
believes [1]   12/22
Belle [1]   57/18
Bench [1]   16/10
benches [1]   24/25
benefit [6]   20/15 21/25 22/5

**B**

**benefit... [3]** 33/15 100/4
149/23
**BERRY [10]** 1/19 3/10 4/3
21/13 22/18 119/4 129/13
184/24 209/20 212/24
**best [16]** 6/15 7/12 23/18
24/2 60/15 67/14 103/13
103/23 107/5 113/12 150/17
154/12 154/14 213/17 218/10
230/21
**better [4]** 16/12 17/10 85/21
95/12
**between [9]** 5/2 51/12 105/12
163/17 164/6 206/3 218/13
218/20 222/18
**beverage [1]** 99/4
**beyond [15]** 13/23 27/2 27/12
29/23 32/13 60/16 60/17
78/14 127/15 135/10 136/8
157/9 157/11 158/4 178/19
**bias [10]** 124/17 125/3
125/14 137/1 137/4 137/5
143/15 148/16 148/20 177/23
**biased [2]** 49/14 85/22
**Biden [1]** 188/5
**big [8]** 18/1 117/7 134/25
135/1 135/15 136/6 150/7
151/6
**bikes [2]** 76/5 102/5
**billing [1]** 83/7
**biology [1]** 68/4
**bit [14]** 23/13 24/13 36/20
37/11 48/7 100/1 138/21
149/21 181/7 207/18 213/10
216/6 216/22 226/16
**blessing [1]** 143/21
**block [1]** 145/14
**blogs [1]** 34/10
**blurt [1]** 225/24
**Boar's [1]** 60/5
**boating [3]** 56/8 61/3 98/20
**Boca [15]** 46/24 65/2 68/2
71/10 73/18 84/14 87/2 88/19
89/22 96/12 96/13 99/16
186/20 222/1 223/8
**booked [1]** 48/8
**bored [1]** 77/18
**born [1]** 86/20
**boss [3]** 205/14 218/14
218/17
**bosses [1]** 101/9
**Boston [2]** 70/10 70/13
**both [21]** 9/2 17/20 53/23
63/11 72/20 83/17 84/25
92/25 101/9 106/17 115/15
119/6 127/10 127/23 140/8
183/25 184/1 184/7 185/7
185/12 193/5
**bottom [1]** 224/11
**Boulevard [1]** 1/16
**bound [2]** 186/18 208/19
**box [6]** 18/11 88/9 152/7
173/8 187/1 213/24
**boy [2]** 150/7 151/6
**Boynton [8]** 37/8 41/25 47/17
56/17 68/1 70/2 87/3 96/23

**brain [2]** 141/3 102/18
**branched [1]** 138/23
**break [26]** 8/5 24/17 24/19
24/21 24/22 33/5 54/17 55/1
59/20 60/2 74/21 75/23 77/11
79/13 97/22 109/12 153/25
163/17 163/20 164/21 165/3
211/3 216/7 227/2 230/25
232/9
**breaking [2]** 226/1 226/3
**breaks [2]** 24/15 33/14
**breath [1]** 112/24
**breathe [1]** 150/7
**breather [1]** 151/6
**brief [6]** 164/16 174/14
194/14 211/3 224/24 232/9
**briefly [8]** 6/8 15/20 119/10
128/3 153/6 157/19 198/13
206/8
**bring [31]** 6/19 7/16 9/14
17/22 32/4 80/13 80/16 81/11
88/2 90/1 97/12 100/9 130/5
130/23 131/2 131/5 131/10
131/14 131/18 131/20 133/9
134/13 147/9 155/11 155/22
156/15 164/21 172/9 215/14
220/24 229/14
**bringing [3]** 6/22 7/19
155/12
**brings [13]** 165/17 166/4
166/14 167/3 167/25 168/6
169/3 169/15 169/22 170/3
170/9 171/10 171/15
**bro [1]** 180/11
**broke [5]** 43/19 131/12
155/15 216/10 216/18
**broken [4]** 50/10 83/22 89/1
102/5
**brother [9]** 39/12 40/9 40/12
50/8 65/24 83/13 91/12
102/16 102/24
**brother's [1]** 102/24
**brother-in-law [1]** 65/24
**brought [6]** 45/24 108/25
129/13 130/10 156/23 178/8
**Broward [1]** 1/16
**bud [1]** 225/25
**build [2]** 86/22 227/2
**building [1]** 89/16
**bunch [2]** 97/2 139/1
**burden [16]** 29/21 29/22
32/11 59/23 60/13 75/5 90/8
123/2 127/4 128/1 129/2
157/2 157/3 158/3 178/12
178/13
**Bureau [1]** 26/12
**burn [1]** 191/13
**business [4]** 75/11 86/21
101/4 222/7
**businesses [1]** 106/7
**busy [1]** 189/4
**butt [1]** 151/2
**buy [1]** 91/10

**C**

**California [2]** 128/12 205/7
**California versus [1]** 128/12
**call [36]** 24/11 54/18 55/1

81/25 82/10 83/4 90/3 112/1
112/4 130/20 131/23 132/15
149/13 172/13 172/14 181/21
188/18 188/24 189/4 190/10
190/15 190/24 191/22 193/8
193/20 195/14 196/9 197/13
197/23 203/16 221/14 221/16
221/18 221/24 222/18 224/24
**called [24]** 22/22 23/20
24/21 25/15 36/10 65/14 82/2
90/5 90/5 105/1 174/9 176/1
182/14 187/3 189/3 190/8
191/22 196/25 197/9 199/16
202/22 221/6 224/14 225/6
**caller [1]** 196/10
**calling [10]** 3/14 10/2 25/8
29/2 82/9 90/4 141/6 221/20
221/21 232/5
**calls [10]** 33/6 77/20 78/8
188/9 188/23 193/22 195/16
195/19 196/19 203/18
**came [27]** 16/2 17/4 21/19
43/19 56/10 109/5 163/9
180/5 183/4 183/22 184/8
185/8 196/8 196/9 196/11
196/12 199/23 205/13 205/20
206/9 207/11 209/13 216/24
218/6 218/10 220/2 221/10
**campaign [1]** 187/11
**camping [1]** 101/16
**campus [1]** 89/5
**can [196]** 5/12 5/13 5/22
5/23 6/19 6/22 6/23 7/11 8/4
9/2 9/17 9/20 10/19 11/21
12/24 15/16 15/18 16/2 16/5
17/1 17/8 17/20 18/5 18/12
22/13 23/13 23/18 23/21
24/13 24/22 25/13 25/24
28/14 28/20 30/15 30/16
33/10 35/6 37/2 37/19 38/1
39/11 41/4 43/16 45/22 46/15
49/3 49/7 49/18 51/9 54/5
54/17 59/20 62/3 64/13 64/21
64/22 66/23 66/25 69/15
73/14 75/13 75/14 76/24
77/12 77/12 78/13 78/23 79/4
79/5 80/3 80/16 80/19 80/20
81/7 81/16 83/2 85/25 88/2
93/3 94/21 97/11 101/21
101/23 102/2 102/13 103/11
105/8 105/12 107/18 107/18
107/19 108/5 108/12 108/20
109/8 109/13 112/11 114/11
115/24 119/23 120/1 120/15
121/9 122/23 123/17 123/21
126/9 126/24 126/25 127/22
127/25 129/5 131/8 131/14
131/14 132/1 132/2 132/13
135/20 136/16 136/19 141/16
141/17 147/3 147/11 149/9
149/10 149/13 149/20 150/3
152/9 152/14 153/7 153/24
155/11 155/21 156/8 156/15
160/7 162/6 162/12 162/20
162/24 163/4 163/5 165/5
169/18 172/10 173/11 175/13
175/19 175/19 175/21 175/21
176/21 187/5 187/12 189/10

**C**

**can... [37]**  190/14 191/8
191/10 191/12 191/12 192/13
195/21 199/10 200/16 203/3
204/5 206/8 207/20 208/8
209/15 209/20 210/12 210/13
211/9 211/17 216/4 220/18
220/22 222/13 227/9 227/9
228/1 228/7 228/8 229/7
229/11 230/14 230/15 230/25
232/20 232/21 232/22
**can't [30]**  4/6 18/23 35/9
66/1 85/2 100/2 100/21
104/20 120/8 120/23 128/16
130/21 132/18 132/18 134/20
150/9 152/21 154/6 163/3
190/12 190/13 211/21 213/22
225/11 228/10 228/11 228/12
228/13 228/19 232/1
**canceled [1]**  75/13
**cancer [1]**  102/18
**cannot [28]**  21/3 27/7 27/13
27/21 29/7 72/10 77/16 77/23
77/24 118/16 121/11 147/3
157/6 157/15 157/16 157/25
158/6 158/14 158/17 158/20
158/22 159/1 177/2 177/2
178/16 185/15 215/7 228/14
**capable [1]**  100/12
**capacities [1]**  205/2
**capacity [3]**  13/21 204/9
205/9
**Capitol [13]**  119/11 119/13
157/20 157/22 181/3 181/12
181/23 182/2 198/5 199/12
199/19 205/16 205/17
**car [5]**  50/10 61/23 83/7
88/25 222/16
**cards [1]**  89/16
**care [11]**  43/8 44/13 55/9
92/22 98/18 101/25 107/20
107/20 146/12 222/7 227/11
**career [1]**  74/5
**careers [1]**  148/13
**careful [1]**  36/18
**carefully [4]**  26/1 28/12
228/20 228/22
**caregiver [1]**  89/11
**cares [2]**  187/4 187/15
**caretaker [3]**  89/25 92/18
112/17
**carried [2]**  145/24 146/14
**carrying [1]**  175/25
**cars [4]**  79/4 79/5 102/4
106/17
**cart [1]**  42/15
**case [208]**  1/3 3/3 3/21 4/8
4/23 5/1 8/13 9/7 10/22
11/11 11/20 14/9 14/16 14/21
15/10 15/13 15/16 15/19 16/3
16/14 16/15 19/11 19/14 20/4
23/5 23/15 24/3 25/14 25/20
25/25 26/1 26/3 27/6 27/16
28/13 29/21 29/25 30/3 31/8
31/9 31/12 31/13 31/24 31/25
33/1 33/12 33/22 34/1 34/3
34/8 34/9 34/13 34/15 34/15

34/18 34/21 34/19 34/24
34/25 35/5 35/18 35/20 36/10
38/4 40/1 41/6 41/7 44/23
45/16 46/9 47/6 49/12 54/18
56/6 57/25 58/1 58/2 59/6
60/8 60/15 60/16 61/24 64/15
64/16 65/21 66/24 67/1 73/2
73/11 75/20 76/14 76/24
77/17 77/23 77/24 78/4 78/7
78/17 83/16 85/18 86/2 87/7
91/13 91/18 91/23 94/5 95/6
95/8 95/21 96/7 98/5 102/11
105/9 105/11 105/15 107/23
107/25 117/20 118/23 118/25
119/10 119/25 120/22 122/21
126/9 126/25 128/5 128/11
129/8 129/17 132/18 132/19
135/4 135/9 135/14 136/6
137/8 139/23 140/4 144/25
145/2 146/8 150/6 153/18
156/19 156/21 157/3 157/15
157/17 157/19 158/1 158/7
160/11 160/13 162/10 163/6
172/24 173/9 173/14 173/19
173/23 174/3 174/4 174/19
174/21 176/12 177/9 177/23
178/3 178/5 178/13 178/25
179/15 180/21 184/17 184/20
184/23 185/4 186/11 188/17
190/4 197/17 205/10 208/1
208/19 211/4 211/6 212/13
212/16 212/18 212/21 213/14
213/14 213/17 215/1 215/11
218/19 219/3 224/8 227/5
227/13 227/20 228/11 228/14
228/17 228/19 227/24 232/13
**cases [7]**  20/4 97/2 122/6
128/14 129/3 154/11 229/7
**cast [1]**  117/12
**CAT [1]**  68/2
**catch [2]**  83/18 101/21
**categorized [1]**  155/16
**Catholic [1]**  43/2
**cats [2]**  55/10 56/19
**cause [31]**  80/3 109/10
109/22 110/5 110/13 110/25
111/7 111/15 111/20 111/24
112/3 112/11 112/15 112/19
113/2 113/15 113/21 114/2
116/18 124/23 135/13 140/3
141/23 146/24 147/5 149/5
149/8 151/24 152/9 154/22
226/2
**caution [3]**  78/15 173/25
174/5
**cell [1]**  221/6
**cellular [1]**  9/15
**center [7]**  57/17 101/25
101/25 180/25 181/9 194/22
195/14
**central [6]**  38/8 38/10 38/21
39/1 122/5 162/10
**Century [1]**  186/20
**certain [11]**  27/18 32/22
46/3 58/23 69/14 132/9
139/15 159/24 176/8 220/18
225/11
**certainly [13]**  10/22 12/9

16/25 25/2 46/2 108/12
116/15 186/6 191/16 210/12
215/1 231/17 232/11
**certify [1]**  233/2
**cetera [1]**  149/19
**chain [1]**  176/1
**chair [2]**  53/12 54/1
**chairs [4]**  18/6 53/14 149/24
149/24
**challenges [2]**  18/13 152/9
**chance [4]**  4/2 35/15 109/5
152/25
**changed [2]**  149/21 227/4
**chaos [1]**  87/3
**characterize [2]**  198/23
199/7
**characterized [1]**  120/24
**charge [10]**  26/23 29/2 29/25
30/1 107/3 119/23 120/20
126/25 139/15 184/18
**charged [14]**  26/4 27/2 27/11
29/23 32/13 33/21 50/17
118/15 119/14 127/15 136/8
157/23 175/14 184/12
**charges [16]**  14/2 14/4 25/14
25/15 25/18 25/20 25/24 26/1
27/5 27/15 51/1 58/18 90/23
121/19 139/23 212/7
**chart [3]**  22/3 22/4 173/3
**charts [1]**  81/7
**chat [1]**  34/10
**check [3]**  209/9 217/6 217/10
**checked [1]**  207/12
**checking [1]**  210/3
**checks [1]**  220/3
**chest [1]**  95/17
**Chicago [2]**  52/22 58/10
**chief [4]**  65/7 65/17 65/19
215/1
**child [7]**  50/21 58/8 59/16
65/4 83/9 86/21 101/15
**children [34]**  38/11 42/2
42/18 47/18 48/3 51/13 56/7
57/2 57/2 57/19 58/11 60/25
62/11 62/18 63/7 67/10 70/6
70/6 71/11 71/12 72/20 84/18
86/13 88/21 89/14 90/16
92/14 94/20 94/23 94/24
96/24 97/18 98/19 104/6
**Children's [1]**  62/19
**childrens [1]**  68/25
**China [1]**  188/6
**chiropractic [1]**  104/25
**choice [2]**  157/7 178/17
**choose [3]**  157/6 176/5
178/15
**chooses [2]**  128/7 232/10
**choreographer [1]**  70/6
**chosen [1]**  173/4
**Christian [1]**  49/8
**Christianity [1]**  41/3
**church [1]**  58/13
**CI [1]**  92/11
**CIA [1]**  148/14
**Cinnamon [1]**  190/2
**Circling [1]**  129/1
**circumstances [4]**  15/2 114/8
176/2 185/10

**C**

circumstantial [1]   176/1
cited [1]   116/15
citing [1]   116/21
citizen [2]   25/6 29/4
citizens [1]   25/8
citizenship [1]   25/5
City [5]   59/15 74/16 96/13
 96/13 195/10
civics [1]   70/1
civil [9]   47/6 52/23 56/9
 58/1 58/2 84/2 84/25 228/11
 228/16
claim [1]   122/24
claimed [1]   145/4
clarification [1]   7/3
clarify [4]   136/17 142/14
 146/20 165/7
Clarksburg [1]   194/23
class [1]   39/8
classes [2]   39/3 104/3
classified [3]   123/3 195/25
 203/7
classroom [2]   70/10 196/17
clause [2]   198/16 206/14
clean [2]   157/1 178/11
clear [24]   7/23 8/2 16/17
 17/7 23/17 46/1 58/21 60/14
 72/1 77/18 78/5 78/7 79/14
 108/2 114/2 118/8 119/9
 122/7 128/16 130/22 137/13
 163/15 180/17 230/13
clear about [1]   230/13
clearly [6]   11/20 15/13
 20/12 54/19 75/4 150/3
clerk [2]   83/7 96/13
client [1]   164/18
clients [2]   38/2 139/12
cloak [1]   185/15
cloaked [1]   186/12
close [20]   43/1 61/6 63/13
 65/9 66/9 72/25 78/21 83/19
 87/12 88/13 102/14 112/1
 112/4 124/25 155/1 156/14
 160/7 204/4 213/17 213/25
closeness [1]   112/9
closer [2]   88/10 145/12
closet [3]   65/13 66/12
 111/11
closing [2]   176/11 179/17
club [2]   38/12 89/22
CM [3]   5/19 5/20 5/23
CM/ECF [3]   5/19 5/20 5/23
coach [1]   50/7
coaching [1]   62/11
cocounsel [2]   20/23 180/19
code [2]   26/6 89/4
codings [1]   48/1
Cohen [1]   128/12
coincidence [1]   84/12
cold [1]   151/5
colleague [1]   107/19
collected [1]   163/18
collective [2]   7/5 7/9
collectively [1]   25/12
college [10]   47/4 48/4 58/10
 67/11 68/4 85/11 85/24 92/5

93/21 124/24
combed [1]   192/21
combination [3]   10/11 80/21
 131/11
come [72]   6/10 6/16 11/14
 26/16 26/21 27/25 30/7 30/7
 35/24 38/22 46/3 54/3 78/22
 78/24 79/19 80/6 80/8 80/22
 81/16 81/17 83/1 87/8 107/15
 120/11 125/18 130/13 130/14
 133/11 137/5 137/6 142/6
 143/24 150/1 160/15 163/20
 164/5 172/13 173/16 173/20
 174/10 174/16 175/1 175/19
 180/10 180/14 182/15 185/4
 188/25 189/2 190/12 190/22
 191/21 195/16 195/19 195/19
 195/20 196/20 199/17 202/22
 205/18 208/22 211/6 219/11
 222/2 222/23 226/16 228/2
 229/12 230/13 230/15 230/15
 230/17
comes [15]   11/14 30/13 46/1
 46/8 55/13 88/4 117/23 127/5
 135/25 139/20 179/9 214/21
 218/17 229/3 229/25
comfort [1]   75/23
comfortable [10]   8/18 25/1
 25/3 53/12 88/5 107/12 126/3
 141/25 150/8 150/10
coming [15]   7/1 9/5 9/18
 17/9 45/19 92/20 130/13
 133/19 141/11 147/13 153/12
 153/23 198/8 218/14 226/13
comments [4]   126/6 127/8
 129/24 201/15
commerce [1]   26/10
commit [1]   127/24
committed [4]   33/21 50/4
 64/3 145/3
Committing [1]   95/6
common [5]   30/6 30/14 31/3
 31/4 161/5
communicate [5]   34/9 77/22
 79/15 174/6 231/1
communicated [1]   137/18
communicating [2]   33/6 174/5
communication [1]   34/6
communications [1]   26/10
community [3]   48/2 86/11
 186/23
companies [2]   106/7 138/25
company [13]   48/1 62/9 62/16
 63/7 67/22 69/25 84/13 93/20
 96/22 99/5 100/25 106/12
 139/15
competitive [2]   76/5 106/9
complaint [1]   195/22
complete [2]   23/25 24/13
completed [1]   119/7
compromise [1]   108/4
computer [1]   93/22
concealed [1]   192/10
concentrate [2]   95/20 142/1
concern [10]   69/10 87/16
 116/16 137/1 141/19 146/3
 148/2 150/18 153/17 155/1
concerned [6]   61/24 113/2

115/4 115/12 176/3 225/24
concerning [1]   154/4
concerns [8]   10/23 87/19
 88/3 88/11 114/25 145/21
 151/18 152/17
conclude [2]   155/23 156/2
concluded [5]   81/23 172/22
 210/1 211/2 226/10
conclusion [3]   20/16 184/17
 185/5
condition [4]   35/10 35/11
 95/19 109/19
conduct [4]   32/23 160/14
 174/19 222/14
confer [1]   79/19
conference [9]   80/24 81/20
 114/17 114/18 115/9 131/16
 156/12 163/21 164/19
conferences [4]   4/8 4/12
 4/17 7/24
conferred [1]   10/14
confident [3]   114/8 140/7
 185/3
confirm [7]   18/12 53/9
 118/14 120/6 122/11 125/3
 220/11
confirmation [1]   129/15
confirmed [1]   220/12
confirmed that [1]   220/12
conflates [1]   10/25
conflict [3]   48/7 126/3
 142/16
conflicts [4]   129/14 132/10
 132/11 153/17
confront [1]   206/16
confrontation [2]   198/16
 206/14
connection [3]   9/16 10/7
 11/11
conning [1]   93/1
consequences [3]   36/4 180/2
 185/14
consider [13]   6/22 11/22
 14/19 14/23 15/14 29/24
 30/25 112/20 116/7 116/16
 127/21 177/9 177/13
consideration [3]   212/5
 213/12 214/22
considered [4]   25/22 176/9
 208/1 212/10
considering [2]   116/5 177/19
consistent [4]   9/3 9/4 9/4
 159/5
Constitution [1]   186/14
constitutional [4]   27/8
 123/17 186/1 193/14
constitutionally [4]   121/21
 126/20 126/23 185/5
construction [4]   67/22 93/19
 94/20 95/1
consulted [1]   112/7
consumer [1]   46/23
consuming [2]   4/14 173/12
contact [7]   58/17 77/24
 205/9 217/17 221/4 225/20
 229/2
contacted [2]   217/22 221/11
contacting [1]   225/8

**C**

contacts [1]   74/5
containing [1]   26/10
content [5]   121/19 139/11
 192/3 206/13 206/19
contention [1]   9/1
context [5]   12/10 12/24
 16/12 128/13 180/23
continue [5]   72/3 82/9
 132/15 132/16 219/10
contracting [1]   129/23
contractor [6]   55/8 70/22
 71/5 92/10 92/24 125/9
contractors [2]   124/22 130/3
Contracts [1]   73/8
contradicted [1]   177/24
contrary [1]   159/4
control [3]   6/17 19/25
 176/21
controlled [1]   7/2
controversial [2]   128/24
 161/11
convenience [1]   24/12
convenient [1]   40/24
convention [10]   74/18 74/22
 75/3 75/6 75/7 75/8 112/2
 114/20 114/21 115/11
conversation [4]   189/8 190/7
 221/25 223/1
conversations [1]   132/22
converse [1]   108/19
convict [1]   163/3
convicted [4]   50/12 50/17
 65/10 69/1
conviction [1]   212/11
COO [1]   62/15
cook [3]   52/2 93/23 104/6
cooking [5]   52/20 55/9 72/21
 83/11 92/14
cooperative [3]   188/23
 190/21 191/1
cop [1]   162/6
copies [1]   8/9
copy [5]   8/6 119/3 119/5
 210/10 219/7
copyright [1]   189/11
Coral [2]   89/14 89/25
corner [1]   224/12
corporate [1]   70/2
correct [35]   13/2 13/4 18/9
 18/14 35/16 65/17 65/18
 74/25 84/9 86/3 87/17 91/24
 110/2 120/16 125/16 135/6
 138/19 141/4 153/8 153/9
 159/14 159/15 197/15 197/25
 198/25 206/6 216/20 216/21
 218/6 219/14 219/21 223/3
 223/23 224/25 233/2
correctly [3]   44/15 139/19
 148/19
corrupt [1]   190/20
corruptly [1]   187/11
coughing [1]   44/15
could [78]   7/15 9/9 17/5
 21/9 21/25 22/15 23/20 28/20
 31/2 38/6 40/14 41/2 44/24
 45/1 46/2 47/7 53/14 54/15

54/19 54/22 54/25 59/22
 60/13 64/18 72/16 74/13 75/3
 80/4 80/14 82/3 82/15 90/6
 95/23 100/19 109/3 113/7
 113/8 117/9 118/1 123/5
 127/17 128/3 129/4 132/9
 134/13 138/21 142/14 142/23
 144/9 145/19 148/15 150/22
 156/6 165/1 165/7 172/10
 172/18 182/6 192/17 194/14
 194/19 195/7 195/12 195/17
 196/6 198/13 199/7 205/12
 209/22 210/20 212/24 213/18
 216/24 221/24 222/2 226/15
 228/18 231/1
couldn't [12]   53/4 73/24
 85/3 107/2 123/25 127/16
 151/3 151/4 152/17 152/24
 153/4 182/8
counsel [28]   3/4 16/10 20/19
 21/9 81/16 89/22 108/13
 109/4 133/11 133/17 138/14
 142/8 158/13 161/1 174/25
 179/13 179/24 190/13 190/13
 192/17 201/17 210/3 220/18
 220/23 223/25 229/19 229/25
 230/22
count [4]   132/2 184/13
 184/14 184/15
country [7]   29/5 48/9 89/22
 128/25 149/17 187/4 187/15
counts [3]   26/5 184/13
 185/12
County [9]   42/17 46/25 67/8
 70/4 88/19 91/9 97/2 106/10
 204/14
couple [14]   38/24 65/16 80/4
 93/3 95/4 102/6 107/17 113/1
 124/21 144/13 147/14 153/13
 189/15 191/21
course [15]   3/20 33/4 51/13
 51/17 64/14 124/7 158/10
 161/8 180/22 184/16 184/22
 191/12 195/3 216/23 223/18
court [135]   1/1 1/23 4/16
 4/17 5/1 6/11 6/16 6/16 7/9
 7/25 8/12 8/13 8/18 9/13
 10/4 10/16 11/6 12/15 12/22
 13/7 14/19 15/19 16/7 16/8
 16/11 16/14 16/15 17/5 17/12
 23/10 24/21 24/22 27/24
 27/25 30/18 31/2 31/2 31/11
 31/19 32/17 33/11 35/5 40/5
 41/20 48/22 48/24 49/12
 50/20 57/7 68/18 98/22
 109/18 110/4 110/12 112/20
 113/8 114/11 115/1 115/4
 116/2 116/2 116/11 117/1
 118/8 118/12 118/13 118/14
 118/18 119/6 119/19 119/21
 119/22 120/5 120/19 121/7
 121/18 122/5 127/3 127/23
 128/2 128/3 128/8 128/9
 128/12 128/20 132/11 136/17
 137/9 137/18 140/8 142/2
 147/25 152/9 152/18 158/23
 160/5 161/17 161/18 161/19
 161/21 161/25 162/3 162/20

54/19 54/22 54/25 59/22
 163/1 163/5 164/15 165/14
 179/24 186/12 187/9 194/2
 199/6 201/4 203/21 207/22
 208/14 209/7 209/20 211/19
 212/12 212/24 214/7 214/22
 215/10 216/8 220/20 220/24
 225/15 227/4 229/6 229/8
 229/24 232/19 232/25 233/7
Court's [13]   8/1 16/24 31/9
 31/15 31/24 121/11 135/5
 136/4 137/14 137/25 161/9
 212/5 213/11
courthouse [8]   19/8 19/10
 19/10 78/9 150/1 175/25
 188/2 228/8
courtroom [67]   9/8 9/12 19/6
 19/17 19/18 19/19 19/22
 19/24 20/3 21/4 27/4 30/7
 32/16 35/22 36/2 46/1 77/25
 79/7 81/12 88/4 107/22
 107/25 108/19 108/20 108/21
 109/1 109/2 116/18 131/25
 132/14 133/18 134/12 134/15
 138/9 138/11 140/16 141/9
 142/22 142/24 144/8 144/11
 146/19 147/12 149/3 149/11
 149/25 150/16 151/16 153/11
 154/20 156/16 160/15 160/18
 172/11 172/22 173/18 174/10
 174/22 175/2 175/5 175/19
 179/2 180/16 211/8 216/1
 229/17 232/17
cousin [2]   70/11 70/14
cousins [2]   42/23 43/18
cover [3]   152/24 161/17
 161/25
covered [3]   155/15 155/17
 162/2
covers [1]   197/12
COVID [6]   87/25 99/25 100/5
 129/15 150/14 153/1
CR [3]   1/3 3/4 19/14
crafting [1]   56/20
cramming [1]   80/17
Crawford [3]   198/16 205/25
 220/14
create [1]   192/12
credibility [3]   28/14 74/10
 178/3
crime [49]   27/2 27/3 27/11
 32/12 33/21 38/15 38/16
 39/11 42/23 43/1 43/12 43/13
 50/9 61/5 61/6 62/22 62/23
 62/24 62/25 63/13 64/1 64/1
 65/8 65/10 66/10 71/19 71/21
 71/21 73/1 76/9 76/16 76/18
 83/20 84/22 84/23 85/7 89/3
 89/6 95/6 97/22 99/19 99/21
 102/3 102/9 102/15 127/14
 136/8 145/3 175/14
crimes [8]   27/11 50/9 50/12
 88/25 91/17 106/20 161/6
 204/18
criminal [83]   13/8 14/3
 20/18 38/14 38/15 42/5 42/7
 42/22 42/25 55/12 61/1 63/10
 65/6 65/9 67/23 68/7 68/9
 68/15 71/19 74/1 74/2 74/12

**C**

**criminal... [61]** 76/12 83/16
84/2 84/3 84/21 84/22 85/16
87/7 89/2 91/2 91/20 94/5
96/5 96/17 97/20 97/24 98/2
99/20 101/19 102/9 103/5
106/19 129/3 129/8 156/19
156/21 157/15 157/17 158/1
158/7 163/2 178/5 186/12
195/6 207/19 208/15 209/2
209/6 209/8 210/12 210/17
211/17 211/21 212/4 212/11
212/18 212/19 213/1 213/21
214/3 214/8 214/10 214/11
214/18 214/19 214/23 215/10
216/11 216/13 228/11 228/17
**cringe [1]** 121/5
**crisis [2]** 198/7 199/16
**critical [2]** 28/6 108/8
**criticize [5]** 122/4 122/6
162/8 186/3 193/15
**cross [12]** 13/23 30/12 106/9
179/14 179/16 203/10 213/22
214/25 215/23 226/25 231/14
231/23
**cross-examinable [1]** 214/25
**cross-examination [3]** 30/12
203/10 226/25
**cross-examine [3]** 179/14
179/16 213/22
**crossing [1]** 60/22
**curative [3]** 12/21 211/24
211/25
**curing [1]** 210/20
**curious [4]** 221/20 228/4
228/5 228/6
**current [3]** 38/20 92/16
194/10
**currently [25]** 23/7 38/7
38/22 38/25 40/19 42/14
42/16 59/14 59/15 60/21 61/5
70/22 70/22 71/9 71/11 89/12
92/10 96/24 99/3 104/3 104/3
104/15 194/15 194/16 196/14
**curse [4]** 124/18 143/21
162/6 162/8
**cursing [5]** 137/10 137/11
161/10 163/7 163/10
**cushioned [1]** 25/2
**custody [2]** 4/11 145/9
**Cypress [1]** 205/7

**D**

**D.C [7]** 119/12 148/13 157/20
187/8 188/21 207/8 221/22
**dad [2]** 91/12 96/3
**daily [1]** 27/17
**damage [1]** 71/8
**damaging [2]** 212/19 212/20
**damned [1]** 145/7
**dance [1]** 70/5
**dangerousness [1]** 213/21
**Daniels [1]** 190/2
**DARSCH [8]** 1/15 2/3 3/7 9/7
20/24 22/10 115/24 180/19
**date [10]** 218/3 218/25 219/2
219/4 223/19 223/21 224/13
224/14 224/17 233/5
**daughter [16]** 47/3 52/1 61/2
61/7 61/23 67/11 76/4 87/4
89/10 89/18 89/24 90/10
94/24 96/14 111/2 112/13
**daughters [3]** 68/3 68/5
72/20
**Dave [1]** 115/1
**day [41]** 24/5 24/5 24/11
24/14 24/16 35/10 44/12 50/2
87/25 100/22 133/7 142/4
145/23 150/10 152/22 174/11
187/25 188/25 189/2 202/12
202/13 216/4 216/5 218/5
218/18 218/18 219/5 219/20
222/24 223/2 225/21 226/1
226/3 226/12 226/19 226/19
227/6 228/6 228/25 231/13
231/17
**days [23]** 4/25 4/25 10/6
23/16 23/17 24/1 24/3 39/19
54/20 55/22 60/16 78/10 93/4
93/12 100/15 189/7 190/7
191/21 218/16 218/18 218/23
218/24 228/9
**DEA [1]** 50/16
**deal [2]** 102/17 143/19
**dealership [1]** 83/7
**dealing [3]** 45/16 102/17
103/2
**death [1]** 16/3
**debate [1]** 126/3
**decide [7]** 31/5 31/13 175/12
175/18 177/15 178/25 179/20
**decided [4]** 130/24 161/18
161/20 192/24
**decides [1]** 192/16
**deciding [3]** 40/4 177/9
213/20
**decision [8]** 7/11 23/14
32/10 35/21 42/11 136/7
213/19 214/2
**decisions [2]** 35/7 136/6
**deem [1]** 31/17
**deemed [1]** 202/19
**deeply [1]** 187/4
**defendant [38]** 1/9 1/18 8/21
25/20 26/4 26/8 26/14 26/19
26/23 29/25 30/1 30/2 30/22
34/20 49/9 127/11 156/22
158/2 163/8 175/13 176/17
176/19 178/7 178/8 178/10
178/13 178/15 179/14 179/15
181/2 182/24 201/8 203/3
205/10 205/15 214/11 216/13
232/4
**Defendant's [15]** 32/12
116/13 127/4 128/4 158/4
166/13 167/2 167/24 170/2
178/16 178/18 179/10 214/8
214/10 216/11
**Defenders [1]** 1/19
**Defense [106]** 3/7 3/20 8/20
9/22 14/11 15/18 16/17 18/16
21/10 21/17 22/15 47/9 98/13
109/16 109/24 110/7 110/15
110/23 111/5 111/13 111/22
112/10 112/14 112/18 113/5
113/14 115/11 117/25 118/5
119/19 120/22 124/9 125/12
129/9 129/21 130/10 131/12
133/12 133/23 134/1 135/17
136/15 137/1 140/13 140/23
142/12 143/2 144/14 146/24
147/15 147/21 149/5 151/12
151/25 153/14 155/9 161/4
162/11 164/1 164/6 164/9
164/10 165/19 166/5 166/11
166/12 166/15 166/22 166/25
167/1 167/6 167/10 167/18
167/22 167/23 168/3 168/7
168/15 168/19 168/25 169/4
169/12 169/13 169/16 169/25
170/1 170/4 170/5 170/12
170/13 170/19 170/21 171/4
171/7 171/8 171/19 172/5
179/24 185/17 200/20 208/3
208/4 211/21 212/1 214/13
226/24
**Defense's [7]** 9/1 114/24
118/5 168/5 169/2 169/14
171/9
**defined [3]** 215/3 215/10
215/11
**definitions [1]** 35/24
**degree [3]** 148/16 195/6
205/7
**delay [1]** 212/24
**deliberate [5]** 5/4 30/17
46/11 126/1 174/15
**deliberating [4]** 30/20 46/5
142/5 227/19
**deliberation [2]** 142/6
229/13
**deliberations [3]** 35/6
201/19 228/2
**delicate [1]** 117/10
**deliver [1]** 184/25
**Delray [5]** 57/1 71/9 73/17
92/3 92/3
**delve [1]** 137/22
**Democrat [1]** 123/13
**denied [1]** 182/2
**dentist [1]** 70/6
**deny [1]** 214/4
**Department [4]** 94/25 98/13
125/11 147/21
**depending [4]** 4/20 6/18
152/8 164/8
**depends [1]** 139/14
**deputy [3]** 9/12 19/19 96/13
**describe [3]** 26/17 139/23
222/18
**described [3]** 64/1 146/3
206/19
**description [1]** 194/14
**descriptives [1]** 16/19
**deserves [1]** 176/7
**design [2]** 134/8 138/23
**designed [1]** 36/3
**designer [1]** 106/12
**despite [5]** 28/7 136/11
147/2 156/9 227/1
**detailed [1]** 175/11
**details [6]** 13/18 17/11
199/2 206/3 206/9 211/18

**D**

**detective [2]**   67/24 68/10
**determination [2]**   12/4 135/9
**determine [9]**   9/24 23/5 31/8
31/10 80/20 83/2 175/13
197/2 217/12
**determined [3]**   25/8 197/7
198/9
**determining [3]**   11/22 14/19
178/2
**developer [1]**   46/21
**developing [1]**   192/3
**development [1]**   93/18
**device [3]**   9/15 33/23 34/16
**devices [2]**   42/21 77/22
**did [124]**   4/2 8/2 10/12
11/10 14/4 15/11 26/9 39/13
39/18 39/20 42/7 47/4 47/5
47/10 50/14 50/14 52/22
55/12 58/2 58/21 64/6 69/8
73/5 79/12 84/2 85/1 85/5
87/8 89/18 90/3 95/24 96/17
98/12 99/10 99/20 99/25
101/19 105/1 109/5 112/2
112/2 116/4 116/7 116/19
118/12 118/18 125/20 127/7
128/2 128/3 132/7 140/25
141/15 152/3 160/19 161/25
172/24 173/1 176/19 181/6
181/19 183/17 185/10 186/6
188/18 189/2 192/1 192/10
192/18 192/19 193/6 193/7
195/4 195/23 197/19 197/21
198/1 199/22 199/25 200/2
202/5 204/23 204/25 205/1
205/5 205/18 206/20 207/2
207/9 207/14 208/12 209/1
210/16 216/25 217/3 217/6
217/10 217/17 217/21 219/3
219/23 220/4 220/8 221/4
221/8 221/11 221/14 222/4
222/4 223/5 223/6 223/6
223/9 223/13 223/16 225/2
225/5 225/8 225/10 225/12
227/12 228/4 229/21 231/12
**didn't [34]**   10/8 10/12 10/20
15/7 15/7 15/23 47/4 84/15
91/15 130/5 152/1 152/23
152/24 156/1 176/18 182/8
182/14 190/4 190/15 190/19
191/11 191/14 191/16 191/21
191/23 192/20 192/24 193/8
193/8 209/2 210/12 222/15
222/15 223/21
**died [1]**   102/18
**difference [2]**   161/23 176/3
**different [15]**   11/6 24/5
68/16 79/16 118/24 138/24
139/1 139/20 143/20 163/10
189/15 200/4 206/21 208/4
215/11
**differently [2]**   22/23 142/15
**differing [1]**   161/22
**difficult [6]**   44/22 55/24
55/25 62/5 89/16 151/21
**difficulties [12]**   9/8 9/16
38/19 42/9 43/4 52/24 53/3

72/5 85/23 97/9 99/24 135/13
**difficulty [5]**   21/5 57/8
140/4 146/7 150/18
**dire [21]**   6/5 6/13 8/3 8/7
17/24 22/22 22/23 23/4 32/19
112/22 116/4 116/9 116/19
117/25 120/19 121/1 121/24
161/5 161/6 161/14 172/8
**direct [15]**   2/3 2/5 16/8
89/6 127/20 176/4 180/7
194/6 203/24 205/8 215/21
216/15 224/10 226/23 231/14
**directed [3]**   158/20 161/1
162/14
**directly [1]**   205/18
**director [2]**   96/21 99/4
**disadvantage [2]**   50/19 51/1
**disadvantaged [1]**   40/8
**disagree [4]**   28/20 46/10
138/3 185/24
**disaster [1]**   71/6
**disbelieve [2]**   31/7 176/5
**disbursed [2]**   197/11 199/17
**disclosed [1]**   122/10
**disclosing [1]**   232/5
**discomfort [1]**   53/15
**discuss [26]**   4/3 8/4 33/11
33/14 80/17 105/15 107/21
121/6 126/8 128/4 132/18
150/21 160/9 160/13 174/3
174/19 175/2 176/12 193/11
209/1 211/4 226/21 227/13
227/23 227/25 232/9
**discussed [6]**   5/6 5/9 33/24
35/8 35/12 144/18
**discussing [2]**   142/17 173/22
**discussion [2]**   9/19 210/4
**discussions [2]**   34/4 35/6
**dismissed [1]**   148/13
**disorder [1]**   186/19
**disposal [1]**   184/19
**DISPOTO [6]**   1/14 2/5 3/7
20/23 22/10 180/19
**dispute [1]**   184/22
**disregard [6]**   177/8 207/24
208/2 214/7 216/9 220/17
**disruptive [1]**   4/5
**distance [1]**   151/20
**distanced [4]**   149/19 150/22
152/3 152/6
**distinction [1]**   28/6
**distract [1]**   178/25
**distracted [3]**   55/22 153/20
153/22
**distraction [2]**   150/5 150/11
**distribute [1]**   196/16
**distributing [1]**   196/20
**DISTRICT [4]**   1/1 1/1 1/11
88/19
**distrusting [2]**   51/3 110/9
**DIVISION [3]**   1/2 194/17
204/13
**divisions [1]**   204/11
**divorced [3]**   52/17 87/4
90/16
**do [255]**
**docket [3]**   6/14 119/5 119/16
**doctor [5]**   53/5 59/25 60/11

81/21 104/25
**doctor's [5]**   59/18 59/21
60/5 60/9 82/5
**doctors [1]**   44/7
**document [4]**   25/15 224/5
224/6 224/12
**documents [2]**   30/15 69/12
**DOD [1]**   147/22
**does [57]**   5/8 5/8 8/13 12/10
14/3 14/3 20/2 20/4 21/7
21/16 26/25 27/9 31/11 34/23
35/4 35/8 44/19 55/15 81/4
89/19 89/20 89/21 93/22
104/11 105/17 107/10 122/12
123/18 124/1 124/9 124/18
125/24 127/2 127/12 128/20
132/7 141/18 152/19 159/6
163/24 164/14 172/24 179/10
187/22 188/13 192/7 192/10
192/11 193/17 197/6 199/11
206/15 206/19 208/16 208/22
211/16 229/6
**doesn't [20]**   44/17 56/13
64/14 91/17 153/2 155/21
186/5 186/19 186/19 191/18
191/18 191/20 209/5 209/15
210/17 211/21 212/1 230/15
232/4 232/11
**dog [3]**   92/6 188/8 192/7
**dogs [1]**   67/15
**doing [18]**   20/6 24/15 28/9
34/15 39/5 46/22 88/22 93/17
95/11 100/12 108/4 117/1
135/18 152/3 173/23 187/23
189/15 228/7
**domain [1]**   197/12
**domestic [1]**   90/23
**don't [146]**   4/4 5/4 5/21
6/14 7/14 10/2 10/21 12/15
14/1 14/2 14/7 15/1 17/3
17/4 17/23 17/24 17/24 22/13
22/13 28/21 37/3 37/4 41/4
41/10 41/11 41/11 41/16
41/17 42/8 42/9 42/18 42/18
45/1 45/18 47/18 47/21 49/18
49/21 50/22 51/1 53/8 57/1
57/2 57/4 57/12 57/13 58/18
59/3 69/1 69/5 69/7 69/13
69/15 77/3 78/15 78/15 78/17
79/11 79/24 80/6 81/2 81/17
82/6 82/25 87/5 87/12 88/12
90/9 95/10 95/23 95/24 99/22
100/10 105/19 107/14 107/20
108/15 108/18 112/4 114/18
115/3 115/12 116/17 116/18
117/18 120/18 124/5 124/23
130/13 130/25 133/4 135/16
136/1 136/2 137/4 137/4
140/6 140/14 140/19 142/14
146/1 147/4 150/8 151/19
151/20 153/24 154/2 154/11
154/13 155/14 160/13 160/14
160/14 160/20 161/12 162/7
162/13 163/11 163/18 164/19
192/4 193/15 195/18 209/3
210/10 210/11 210/16 210/18
210/21 211/3 211/18 215/17
215/19 218/13 218/14 218/19

**D**

**don't... [10]**  220/24 226/18
227/11 228/16 228/19 228/19
230/9 230/18 231/25 232/16
**done [6]**  60/1 80/18 81/3
114/8 114/13 131/16
**door [9]**  15/6 58/15 58/17
215/5 215/6 217/19 217/20
219/21 220/9
**double [6]**  12/6 209/9 225/21
225/23 229/23 230/10
**doubt [20]**  27/2 27/12 29/23
32/13 59/3 59/8 62/2 64/23
66/22 66/24 78/6 85/23
127/15 135/10 136/9 157/9
157/12 158/5 178/19 230/21
**down [18]**  9/14 20/3 20/11
37/10 48/5 53/2 74/21 99/5
126/11 135/25 181/8 183/5
189/18 192/18 203/15 222/1
228/15 231/7
**downstairs [2]**  133/2 220/10
**draft [3]**  128/13 197/9 219/3
**drafted [5]**  197/6 198/10
202/9 202/9 224/8
**drafting [1]**  134/8
**dramatic [1]**  190/1
**draw [2]**  116/25 158/23
**drink [1]**  190/4
**drinking [1]**  85/11
**drive [11]**  53/21 54/20 74/24
89/19 90/9 103/14 103/19
140/22 182/8 182/8 186/20
**driver's [1]**  222/15
**driving [17]**  53/2 53/2 53/23
54/7 54/8 54/9 54/15 54/23
55/2 78/12 82/14 82/16
103/17 114/16 114/21 141/13
141/18
**dropped [3]**  90/23 209/12
212/7
**drug [4]**  71/20 103/2 194/18
194/20
**drugs [1]**  102/17
**drums [1]**  51/15
**due [1]**  93/11
**DUI [1]**  51/17
**duly [2]**  23/1 172/20
**dumb [1]**  85/11
**duplicate [1]**  3/25
**duration [4]**  24/2 25/3 174/1
227/5
**during [20]**  9/9 25/3 32/19
33/13 50/2 87/25 112/23
119/18 120/19 120/25 142/3
150/14 180/22 181/20 184/16
184/22 201/18 216/23 221/15
221/18
**duties [2]**  27/21 204/16
**duty [7]**  31/16 105/2 136/5
153/19 175/9 175/12 186/3
**DVD [1]**  191/13

**E**

**each [29]**  4/20 18/13 18/15
18/15 18/19 19/20 27/1 27/11
29/23 29/24 29/25 30/1 32/1
32/12 36/7 36/25 36/25 37/10
87/11 107/18 127/14 131/6
133/1 136/7 172/25 173/23
184/13 196/4 198/3 227/23
**earlier [16]**  41/16 82/22
116/12 134/24 137/9 138/18
144/18 147/2 153/16 159/22
178/4 180/18 199/9 201/14
218/5 223/19
**early [1]**  156/19
**Earth [1]**  33/23
**easier [6]**  19/2 19/5 20/7
20/9 22/4 79/16
**easily [1]**  231/2
**eat [4]**  107/19 107/20 107/20
188/12
**eating [2]**  188/11 188/12
**eats [1]**  188/14
**ECF [3]**  5/19 5/20 5/23
**editing [1]**  189/21
**edits [1]**  189/22
**effect [5]**  11/23 11/23 38/17
94/1 198/19
**effectively [2]**  13/23 113/3
**effectuate [5]**  11/19 13/3
14/22 14/25 15/6
**effectuated [2]**  12/20 15/5
**effectuating [1]**  17/16
**efficient [3]**  37/17 37/21
77/7
**effort [1]**  225/20
**efforts [2]**  183/14 217/17
**eight [9]**  37/14 55/10 86/19
104/4 150/9 150/16 150/19
151/5 196/4
**eighth [1]**  168/11
**either [30]**  4/18 7/18 15/17
25/16 32/25 40/8 40/11 63/11
66/13 80/22 115/19 116/16
117/15 118/6 120/5 137/20
138/6 141/1 159/4 160/19
161/1 176/5 181/3 192/8
195/19 196/8 200/21 205/2
207/15 232/8
**elaborate [2]**  30/4 127/22
**elapsed [1]**  218/20
**elected [3]**  73/16 73/17 74/3
**election [1]**  187/10
**electrical [1]**  55/8
**electronic [6]**  34/6 46/23
77/21 196/24 197/24 199/10
**electronically [1]**  196/8
**element [6]**  14/11 27/1 27/11
127/14 136/8 190/3
**elementary [3]**  59/1 60/22
124/15
**elements [2]**  27/3 161/6
**elevator [2]**  108/13 227/10
**elevators [1]**  108/10
**eleventh [1]**  169/8
**eligible [1]**  79/25
**ELLEN [4]**  1/7 3/3 19/15
25/20
**else [32]**  33/1 33/12 35/2
63/15 67/16 74/19 92/8
100/23 117/3 117/16 117/23
122/8 122/10 125/18 125/20
130/21 132/20 141/21 147/11
156/25 160/3 163/17 173/23
178/10 192/22 211/6 218/23
230/12 231/5 232/2 232/19
232/22
**else know [1]**  130/21
**else's [1]**  36/1
**email [3]**  145/13 183/9 183/9
**emails [2]**  145/10 145/13
**embarrass [1]**  23/11
**embedded [1]**  8/14
**embellishes [1]**  184/5
**embraced [1]**  130/24
**emotional [9]**  38/19 42/9
43/4 45/18 53/1 72/5 85/1
89/8 99/24
**emphasize [2]**  25/18 34/7
**employed [9]**  42/4 42/14
63/10 71/17 88/24 195/9
204/7 204/8 204/9
**employee [3]**  143/10 143/22
148/15
**employees [7]**  101/4 101/5
124/25 125/14 148/17 152/22
195/25
**employer [1]**  33/2
**employment [5]**  125/4 130/1
137/3 143/14 143/19
**encompasses [1]**  155/17
**encroached [1]**  12/16
**end [27]**  26/16 26/21 31/12
31/24 41/7 53/14 66/16 66/21
112/21 120/22 127/7 132/24
135/8 136/6 150/25 152/8
157/3 158/3 173/20 175/10
175/14 178/3 178/13 193/13
193/18 202/20 226/19
**endeavor [2]**  161/25 211/10
**endeavored [1]**  161/17
**ended [2]**  58/16 231/1
**ending [1]**  65/12
**enforcement [48]**  14/17 14/17
50/8 50/19 61/4 61/11 61/12
61/14 61/15 61/18 61/21
63/17 63/20 63/23 65/21 74/8
76/22 76/24 77/2 83/13 92/16
93/25 94/8 97/21 98/2 99/19
110/10 121/8 121/13 122/4
122/7 124/15 124/17 125/1
125/15 125/17 136/23 137/2
137/11 137/24 158/20 161/10
162/1 162/8 162/14 163/7
163/10 205/2
**engage [4]**  132/22 154/6
174/3 213/5
**engaged [2]**  154/24 155/2
**engaging [1]**  162/4
**engineer [1]**  93/22
**English [5]**  44/17 44/19
56/24 110/21 111/17
**enjoy [3]**  45/13 88/22 97/18
**enlighten [1]**  213/23
**enough [5]**  81/10 163/17
204/4 228/2 230/23
**enrolled [2]**  38/25 89/13
**ensure [7]**  15/8 15/11 19/24
20/14 25/13 28/6 32/23
**entered [11]**  19/6 131/24
133/18 134/15 138/11 141/9

**E**

entered... [5] 142/24 144/11 147/12 149/11 153/11
entire [7] 6/25 62/10 93/18 108/7 123/21 190/5 191/1
entitled [3] 32/1 119/25 179/5
entrepreneur [1] 46/24
Entry [2] 119/5 119/16
environment [1] 192/18
equal [2] 122/23 125/18
err [2] 78/14 108/3
escorting [1] 19/20
especially [2] 53/1 216/4
ESQ [2] 1/18 1/19
essence [1] 229/8
essential [2] 136/8 184/22
essentially [1] 186/18
establish [1] 46/8
established [1] 173/22
estate [2] 46/21 89/21
estimate [5] 23/18 23/25 24/2 227/3 227/4
estimated [1] 23/16
estimation [1] 53/9
et [1] 149/19
eternity [1] 145/7
etip [2] 195/17 197/23
etips [3] 195/16 195/20 196/20
Etsy [1] 139/9
evaluate [2] 12/25 35/12
evaluating [1] 15/14
Eve [1] 61/7
even [45] 11/5 23/22 30/12 30/16 30/17 35/11 38/21 46/10 49/16 61/22 64/5 66/23 77/17 81/2 85/23 108/13 108/16 114/9 123/1 128/18 133/1 136/2 138/3 145/10 145/12 145/13 145/23 146/10 146/14 153/25 161/20 162/13 163/12 175/17 185/8 185/24 185/24 186/14 201/16 210/15 213/6 225/10 226/12 227/14 230/16
evening [10] 103/16 103/17 182/11 183/8 189/3 225/3 225/7 229/11 229/16 232/23
evenings [2] 105/13 105/14
event [7] 11/16 60/16 99/3 99/12 128/7 226/17 228/5
events [11] 73/23 119/11 119/13 119/14 157/20 157/22 157/23 184/12 205/16 207/8 223/20
eventually [2] 39/20 206/5
ever [14] 14/2 28/5 51/2 58/22 65/8 86/4 88/23 102/6 102/14 141/12 159/6 192/9 209/1 225/12
every [10] 20/3 20/11 20/16 27/1 27/11 44/12 127/14 136/8 173/14 176/6
everybody [27] 19/24 22/2 46/1 56/12 75/23 77/7 81/13 81/15 83/1 94/14 106/16

107/13 106/15 107/17 108/25 114/2 115/15 129/5 132/19 142/3 147/11 149/19 156/6 156/15 156/17 228/24 232/23
everyone [15] 19/7 87/23 88/4 100/5 107/11 132/1 132/1 142/15 146/11 149/15 149/23 151/1 175/6 187/15 216/2
everyone differently [1] 142/15
everyone's [1] 149/23
everything [17] 4/15 13/20 19/25 25/12 32/6 57/7 63/15 67/16 69/17 69/20 82/11 92/8 130/25 135/25 146/12 163/17 214/12
evidence [131] 8/23 9/5 10/13 10/15 10/17 10/21 11/4 13/10 17/15 25/22 26/17 26/24 26/25 27/10 27/22 27/23 28/12 28/13 28/25 29/7 29/23 29/24 30/4 30/5 30/6 30/13 30/14 30/18 30/19 30/21 30/24 30/25 31/1 31/4 31/5 32/12 32/15 35/13 35/22 46/7 46/8 46/11 50/23 64/19 64/19 66/15 66/15 68/19 116/22 119/10 120/11 127/13 142/2 142/5 142/17 145/19 154/7 154/24 157/4 157/7 157/19 158/11 158/12 159/2 175/18 175/19 175/21 175/23 175/25 176/1 176/3 176/6 176/8 176/12 176/14 176/15 176/18 176/21 176/22 176/24 177/7 177/8 177/10 177/11 177/12 177/24 178/1 178/14 178/17 179/9 179/11 179/17 179/18 185/4 186/6 187/7 190/19 192/2 192/8 192/22 193/6 201/7 201/12 201/18 208/1 208/13 213/14 213/15 214/9 214/9 214/10 214/11 214/17 214/18 214/19 214/19 214/21 214/23 215/3 215/4 215/9 215/9 215/10 215/11 216/12 216/13 227/18 227/22 228/20 230/2 232/12
evidence is [1] 213/14
evident [1] 123/1
evidentiary [1] 114/12
ex [1] 97/23
exact [4] 8/21 17/4 84/25 223/21
exactly [13] 8/16 23/17 69/1 84/18 90/11 100/8 116/13 117/18 155/18 162/23 218/13 218/25 219/2
examinable [1] 214/25
examination [14] 2/3 2/5 22/23 23/4 30/11 30/12 30/12 194/6 203/10 203/24 216/15 226/23 226/25 231/2
examine [3] 179/14 179/16 213/22
examiner [4] 196/9 196/25 197/6 197/8

examiners [10] 181/5 195/15 195/25 196/2 196/4 196/6 196/13 196/14 196/19 198/1
examining [1] 163/4
example [8] 37/6 41/6 61/20 68/14 74/7 76/11 78/3 161/10
examples [2] 74/7 161/11
except [4] 59/18 99/8 132/19 227/13
exception [1] 89/2
excessive [3] 12/13 13/15 13/21
excessiveness [1] 14/12
exclusively [1] 31/8
excuse [19] 6/8 7/18 71/24 73/13 79/8 80/3 81/22 82/5 107/13 109/4 113/10 114/10 114/22 131/9 133/13 165/14 166/2 173/20 184/9
excused [13] 79/1 79/6 79/22 130/20 132/13 133/2 133/7 133/8 151/24 165/25 174/6 174/12 174/13
excusing [3] 112/3 131/19 225/25
exercise [3] 174/5 180/12 202/21
exercising [5] 185/2 185/21 185/22 185/25 193/10
exhibit [16] 2/9 2/9 3/16 3/18 3/22 175/21 176/23 177/1 177/2 200/8 200/15 201/7 201/12 201/14 202/1 224/4
exhibits [8] 2/7 3/23 3/25 19/22 30/15 201/15 201/17 201/20
exist [2] 34/22 122/13
existing [1] 196/18
expect [1] 60/17
expectation [1] 23/19
expected [4] 23/24 24/1 28/22 28/22
expecting [2] 59/16 153/24
expeditiously [1] 14/22
experience [31] 5/8 5/16 9/13 25/10 28/5 28/8 39/24 40/9 40/12 43/22 50/8 50/21 59/5 62/2 62/3 64/11 64/12 76/11 84/20 85/15 91/1 91/20 102/23 102/24 104/7 122/18 141/22 143/13 146/7 194/19 195/7
experienced [2] 58/16 196/21
experiences [15] 23/6 28/2 28/9 46/2 49/10 49/19 51/3 66/13 68/11 83/23 85/24 85/25 102/8 137/3 159/24
expert [2] 9/18 15/18
explain [12] 24/7 49/7 117/1 175/9 175/15 175/16 194/19 195/7 195/17 196/6 206/8 206/20
explained [2] 221/20 221/23
explaining [2] 90/7 225/6
explains [2] 4/22 198/23
explanation [1] 222/13
expletive [2] 26/15 26/20

**E**

explicit [1]   229/8
exposure [1]   91/19
extended [1]   106/22
extending [1]   107/10
extensive [1]   61/4
extensively [2]   71/18 122/15
extent [4]   122/1 132/14
 132/21 174/2
extra [2]   143/1 151/5
extreme [7]   53/1 71/23 72/2
 72/6 125/24 125/25 129/23
eye [1]   139/16
eyes [1]   196/10

**F**

FAA [3]   147/22 147/23 147/23
fabricator [1]   86/19
face [2]   34/8 34/8
face-to-face [1]   34/8
Facebook [18]   34/11 139/6
 139/9 182/20 182/24 183/20
 183/25 186/25 188/10 189/8
 189/12 189/13 189/17 191/9
 200/18 205/23 217/10 217/11
facility [2]   55/17 102/1
facing [2]   14/3 102/16
fact [23]   8/24 10/11 13/9
 13/11 13/15 14/6 14/23 14/25
 15/1 15/11 16/25 34/3 35/19
 52/5 87/10 133/1 175/23
 176/2 192/10 210/19 223/11
 223/13 229/22
factor [1]   15/13
factors [3]   11/21 12/3 178/1
facts [13]   28/13 28/25 31/9
 40/6 40/15 46/7 46/9 49/12
 64/15 64/19 66/23 146/8
 184/23
fair [68]   27/22 29/1 29/8
 32/24 35/1 35/2 35/16 35/25
 36/3 38/3 40/1 40/15 43/23
 46/12 49/13 49/20 50/24 52/7
 57/6 59/6 61/16 61/25 62/4
 63/19 64/2 64/20 65/20 66/4
 66/22 68/12 70/15 73/2 73/10
 74/6 74/13 75/20 76/13 76/20
 83/24 85/17 86/1 90/7 91/3
 91/22 94/9 96/6 98/4 102/10
 103/3 117/9 117/20 120/17
 122/25 127/17 139/6 140/9
 147/3 147/3 154/8 155/2
 155/21 156/6 158/14 158/17
 158/21 159/1 162/20 163/12
fairly [1]   12/24
fall [4]   7/14 55/17 92/18
 122/17
familiar [7]   9/25 122/14
 159/17 159/18 159/20 160/21
 224/6
family [54]   38/13 38/14
 38/16 39/10 42/4 42/22 42/24
 43/1 43/11 43/13 44/18 45/14
 50/11 50/15 51/2 54/11 58/14
 59/17 61/4 61/11 61/14 61/21
 62/20 62/22 62/24 64/4 65/5
 65/6 65/7 65/8 65/23 70/7

71/17 71/22 72/25 73/25
 83/19 84/20 84/21 85/8 95/5
 97/18 97/21 98/2 99/20
 102/14 106/14 106/19 106/22
 106/22 124/25 185/20 187/21
 191/19
fanatical [1]   145/4
far [8]   23/23 105/4 113/22
 147/6 153/7 163/10 174/9
 176/2
father [13]   43/6 44/1 44/11
 44/21 45/4 50/16 58/17 62/22
 74/15 91/16 95/7 109/19
 151/2
father's [1]   44/23
FAU [2]   67/11 73/20
favor [2]   137/2 204/4
favorable [1]   213/16
FBI [80]   10/5 11/9 11/18
 11/24 14/5 15/7 16/6 16/18
 17/2 17/13 20/24 22/11
 128/18 137/10 144/2 148/14
 148/21 180/3 180/24 181/10
 181/15 181/22 182/25 184/7
 185/8 186/6 187/10 188/18
 188/24 189/24 190/7 190/8
 190/10 190/12 190/15 190/17
 190/19 190/24 190/25 191/5
 191/5 191/6 191/7 191/8
 191/12 191/15 191/16 191/20
 192/4 192/6 192/16 193/8
 194/11 194/12 194/15 194/19
 195/1 195/2 195/8 195/9
 195/14 195/21 195/22 195/24
 199/4 200/5 200/19 204/7
 204/8 204/12 204/21 204/23
 205/1 205/9 205/18 205/19
 206/24 208/21 212/17 221/19
FBI took [1]   17/2
fear [1]   185/11
February [7]   11/8 26/9
 182/18 183/8 184/2 184/10
 200/3
February 17 [1]   184/10
February 8 [2]   182/18 200/3
February 8th [1]   183/8
fed [1]   44/14
federal [60]   1/19 11/6 19/8
 19/10 19/11 26/12 71/20
 76/21 78/9 92/10 92/24 98/10
 98/12 98/13 124/15 124/17
 124/22 124/25 125/1 125/7
 125/9 125/14 125/15 125/17
 129/22 130/2 130/10 135/18
 136/24 137/2 137/3 137/7
 137/21 137/24 143/10 143/12
 143/21 143/22 143/25 143/25
 147/20 147/24 147/25 148/2
 148/3 148/7 148/7 148/10
 148/10 148/16 148/16 148/20
 186/12 188/1 193/1 196/17
 197/3 212/12 228/7 233/6
feel [18]   18/5 20/8 50/22
 55/21 64/22 75/3 88/4 95/5
 104/21 105/8 105/19 107/11
 114/5 146/10 148/15 148/19
 151/1 215/20
feeling [1]   153/3

feelings [4]   50/21 107/23
 119/24 158/23
feet [1]   88/14
fell [3]   92/22 112/17 173/3
fellow [7]   25/8 46/5 46/12
 142/5 145/4 178/24 181/16
felt [5]   107/22 115/21
 141/18 155/25 161/1
few [27]   6/3 9/9 9/11 10/6
 12/5 24/18 36/9 39/19 62/21
 69/7 91/13 106/6 106/7
 115/24 143/1 156/18 163/16
 183/1 184/24 186/23 188/16
 189/19 189/23 207/17 212/6
 223/1 232/12
fewer [1]   54/2
FGCU [1]   61/1
field [18]   56/7 71/8 80/19
 197/4 197/5 197/8 197/15
 198/7 198/10 198/11 199/14
 199/18 202/11 205/20 206/5
 207/12 219/17 221/10
fifth [2]   167/8 169/2
figure [3]   5/13 59/20 154/1
file [3]   10/12 10/20 118/12
filed [1]   119/1
fill [1]   100/23
filling [1]   182/21
film [1]   189/21
filmed [1]   189/15
final [6]   7/11 35/7 55/14
 80/23 120/4 126/16
finalize [1]   210/4
finalized [1]   128/11
Finally [3]   35/17 113/16
 117/17
finance [1]   63/9
financial [3]   62/16 104/5
 104/12
find [23]   6/14 25/10 44/22
 50/19 59/19 60/9 61/20 63/23
 78/11 79/11 121/13 122/16
 128/17 128/22 128/22 152/13
 155/17 162/15 163/12 181/12
 193/19 209/20 229/1
finding [4]   22/4 77/17
 140/22 185/12
fine [7]   4/1 4/13 13/20 28/3
 48/17 105/12 210/24
fingertips [1]   8/8
finish [3]   73/14 78/22
 226/15
finished [3]   105/11 215/17
 226/13
fire [1]   97/16
firearm [2]   192/11 192/13
firearms [2]   13/19 76/2
firm [1]   72/17
first [72]   6/3 13/7 14/13
 21/2 22/22 24/4 27/4 35/9
 36/25 37/14 59/16 77/15
 77/18 109/13 109/14 115/19
 116/11 117/25 122/4 122/5
 124/19 125/21 128/8 128/10
 131/2 131/20 133/12 133/21
 136/23 137/10 138/1 141/12
 151/19 156/22 161/5 161/15
 161/24 164/3 164/4 164/5

**F**

**first... [32]** 164/7 164/12 165/2 165/17 165/23 166/13 171/1 171/9 171/14 178/7 179/7 180/12 184/14 185/15 185/21 186/2 186/13 187/18 193/10 193/14 193/15 193/20 196/10 196/10 201/13 205/8 205/13 216/4 217/23 219/13 221/14 226/22
**fish [1]** 96/15
**fishing [1]** 98/20
**fit [1]** 106/9
**five [19]** 39/23 46/22 48/1 48/2 57/23 70/3 76/1 78/21 80/8 86/12 90/25 130/14 130/15 163/20 165/3 174/21 181/21 195/11 196/21
**five-minute [1]** 181/21
**fix [1]** 42/20
**FL [4]** 1/7 1/17 1/21 1/24
**flag [1]** 188/6
**flies [2]** 93/6 93/7
**flight [2]** 106/25 113/18
**floor [4]** 1/16 79/11 79/11 79/17
**FLORIDA [20]** 1/1 38/8 38/10 38/21 39/1 45/10 51/12 60/24 67/8 68/1 72/18 73/21 73/22 73/22 76/1 86/12 86/20 98/11 106/16 217/5
**flying [6]** 87/15 100/3 100/22 114/12 152/21 153/4
**Flynn [1]** 187/11
**focus [2]** 56/1 129/16
**focused [3]** 55/22 154/2 154/6
**focusing [2]** 43/7 115/13
**follow [54]** 27/13 28/24 29/7 32/3 32/7 32/8 32/22 40/5 41/8 41/8 41/9 41/12 41/12 41/15 41/17 41/18 41/19 46/9 46/10 49/11 50/23 54/18 68/18 118/2 120/1 121/11 126/24 127/17 128/17 129/5 133/15 135/5 135/17 135/24 135/25 136/4 137/25 140/7 149/10 157/15 157/16 157/25 158/6 160/13 161/9 161/13 162/12 162/19 162/24 163/4 175/15 175/16 209/4 229/9
**followed [1]** 36/5
**followers [4]** 186/23 188/15 188/16 192/4
**following [11]** 6/7 36/7 40/15 46/6 81/20 130/19 175/3 179/14 208/10 210/9 225/17
**followup [37]** 4/21 6/8 37/23 37/23 38/24 43/10 77/8 79/24 80/20 96/1 115/19 115/20 122/8 123/6 124/12 124/24 126/12 131/3 131/14 133/20 133/22 133/24 134/1 134/17 137/24 138/13 140/21 141/11 142/9 143/2 144/13 147/14 151/7 152/15 153/13 160/8
**food [2]** 99/4 188/14
**football [1]** 50/7
**force [13]** 11/18 12/1 12/4 12/13 12/15 13/1 13/3 13/14 56/21 204/15 204/17 204/20 205/4
**Forces [1]** 47/9
**Ford [1]** 69/25
**foregoing [1]** 233/2
**foreman [1]** 52/23
**foremost [2]** 14/13 116/12
**foreperson [15]** 42/8 47/12 47/14 51/18 55/12 56/10 58/4 84/6 86/5 87/8 94/6 96/18 97/3 101/20 103/5
**foreperson's [2]** 5/16 5/22
**forever [1]** 94/18
**forget [1]** 79/12
**Forgive [1]** 180/8
**form [4]** 30/24 199/10 220/25 227/21
**formal [3]** 25/19 26/23 149/13
**format [2]** 195/20 197/24
**formed [1]** 28/2
**former [3]** 92/16 187/9 188/4
**forms [1]** 175/19
**Fort [3]** 1/17 10/6 16/3
**forth [7]** 25/15 36/4 89/5 90/10 164/6 164/11 165/8
**forth for [1]** 165/8
**forward [1]** 172/13
**forwarded [4]** 181/8 183/5 183/9 206/5
**found [2]** 35/1 55/18
**four [14]** 24/1 39/23 46/22 68/5 73/19 83/10 86/21 98/21 101/6 103/8 147/22 152/22 190/18 196/14
**fourth [4]** 31/1 166/23 168/5 170/8
**frankly [1]** 10/21 13/17 27/20 115/7 173/3 213/6 213/23
**free [7]** 18/5 20/8 88/22 105/16 126/23 133/3 190/14
**freedom [4]** 118/1 126/20 180/12 185/2
**Friday [5]** 9/23 53/6 53/10 55/18 60/15
**friend [16]** 43/1 63/13 64/13 65/7 65/9 66/9 72/25 83/20 85/8 102/14 103/13 103/23 107/19 113/12 126/8 144/19
**friend's [4]** 61/6 61/22 63/25 111/2
**friendly [2]** 74/19 227/8
**friends [31]** 38/13 52/3 52/6 54/11 61/4 61/10 61/13 62/20 62/21 63/12 63/16 65/6 65/16 68/7 74/2 76/21 91/13 91/16 92/15 97/20 98/1 99/18 124/25 126/11 138/24 185/20 187/21 189/25 189/25 190/17 205/24
**friendship [2]** 65/19 75/18
**friendship/acquaintance [1]**
75/18
**friendships [1]** 77/1
**front [4]** 20/1 127/7 180/16 226/6
**FSU [1]** 61/1
**Ft [1]** 1/24
**fuck [8]** 121/8 121/8 121/13 128/12 128/15 128/18 191/4 191/6
**fucking [7]** 180/10 180/11 180/11 180/13 183/22 185/9 190/23
**fulfill [3]** 29/4 32/6 40/14
**full [11]** 92/22 93/2 104/2 121/19 153/19 153/25 161/22 189/19 194/2 203/21 203/23
**full-time [1]** 104/2
**fully [11]** 26/17 27/25 69/13 154/2 154/6 154/6 154/9 154/14 154/23 154/24 155/2
**function [1]** 31/5
**fundamental [1]** 117/11
**further [17]** 17/11 58/18 80/3 82/7 121/5 137/22 138/6 140/12 153/5 157/11 178/19 197/4 197/5 203/8 208/3 211/25 223/17
**Furthermore [2]** 158/22 228/3

**G**

**gallbladder [3]** 43/9 43/9 44/9
**games [1]** 56/20
**gardening [4]** 55/9 56/13 56/14 83/11
**Gardens [7]** 51/24 52/16 53/22 62/17 72/18 94/17 97/17
**gather [1]** 38/1
**gathered [1]** 216/25
**gathering [1]** 229/13
**gave [5]** 149/19 161/10 216/6 220/4 223/9
**gender [1]** 123/3
**genealogy [1]** 73/23
**general [18]** 68/2 89/22 104/10 115/21 116/10 117/21 118/6 127/7 131/11 137/17 137/19 155/14 155/20 159/22 161/2 187/11 190/18 206/9
**generalize [1]** 206/15
**generally [8]** 24/4 24/8 30/7 122/16 198/23 199/3 199/7 201/16
**gentleman [3]** 113/11 113/16 183/7
**gentlemen [10]** 20/22 21/12 77/5 132/5 179/24 185/3 201/13 205/12 208/9 226/11
**Georgia [2]** 103/13 195/10
**get [56]** 7/12 16/14 17/9 17/10 18/11 18/18 18/19 24/7 25/24 28/9 37/11 46/4 46/13 46/17 50/5 50/5 58/12 75/13 75/17 78/23 80/7 80/18 81/2 82/24 90/4 108/13 108/14 133/2 136/1 141/16 141/17 150/16 152/18 152/24 164/12

**G**

**get...** **[21]** 164/12 165/1
173/6 174/17 182/16 190/14
191/11 191/25 192/9 192/11
192/17 193/7 199/2 210/21
211/10 221/8 228/18 229/11
229/19 232/16 232/17
**gets [7]** 18/13 18/16 18/16
18/19 52/25 155/18 229/1
**ghost [1]** 188/14
**giant [2]** 190/1 190/4
**girlfriend [2]** 50/3 84/15
**girls [1]** 52/17
**give [42]** 23/18 24/19 28/19
33/10 37/22 37/25 41/6 44/22
44/24 45/1 61/19 63/22 68/16
79/1 81/9 83/3 105/8 108/18
117/24 121/25 125/1 127/2
140/8 143/14 153/18 153/19
153/25 155/24 157/10 157/10
161/8 161/19 163/16 174/16
175/11 176/6 178/2 178/19
184/18 194/14 207/22 214/5
**given [8]** 24/16 61/11 68/9
74/7 80/12 109/19 116/9
227/4
**gives [11]** 24/20 32/17 40/5
41/20 49/12 68/18 107/15
140/8 162/20 163/5 186/2
**giving [2]** 74/10 78/18
**Glade [1]** 57/18
**gleaned [1]** 137/17
**go [92]** 4/19 4/21 5/13 5/23
6/1 6/7 15/24 18/15 19/21
23/23 24/9 30/17 32/5 33/4
35/12 36/22 37/3 37/10 37/13
39/20 39/21 41/23 47/24
50/14 51/7 60/17 77/10 77/11
79/16 79/19 80/16 80/17
80/23 81/8 81/17 81/18 83/6
86/22 87/13 88/12 93/8 95/2
95/15 104/16 104/17 105/13
107/18 107/18 109/8 115/18
122/1 124/21 129/4 129/4
145/7 155/14 156/11 156/18
160/12 163/14 164/6 164/11
164/16 164/17 165/8 166/5
166/19 166/24 167/4 167/8
167/20 170/20 178/24 179/19
182/13 183/12 184/10 188/1
189/13 191/16 195/4 196/14
196/24 198/9 199/22 201/16
205/5 211/17 213/5 226/16
227/10 229/14
**goal [2]** 7/12 164/21
**God [1]** 145/5
**goes [9]** 5/6 30/19 60/16
66/1 89/13 164/4 164/7
197/15 228/25

37/1 37/2 37/12 44/13 45/3
48/17 53/8 55/25 61/19 62/1
67/15 73/23 74/24 75/4 77/6
77/11 80/5 81/17 81/22 81/25
82/5 82/13 87/12 87/14 90/4
93/1 95/11 95/24 99/10
107/13 107/14 112/24 113/10
113/23 116/18 116/24 117/24
117/25 118/2 121/20 122/8
123/5 124/3 124/6 125/1
127/20 127/21 128/9 129/16
130/23 131/2 133/21 134/24
135/4 136/4 136/5 137/15
137/18 140/3 145/6 148/22
150/4 150/9 151/19 152/5
152/18 153/20 153/22 154/9
154/13 154/22 154/23 155/14
160/6 161/13 163/14 164/15
164/16 165/8 165/14 174/8
174/14 180/9 180/11 180/22
180/24 182/16 184/17 184/19
184/21 188/1 188/3 189/9
189/14 191/5 192/16 192/17
198/15 200/7 208/15 212/1
212/2 214/4 219/10 222/23
223/20 224/4 224/10 225/24
226/17 226/19 227/7 228/4
229/19 231/24 232/7 232/22
**golf [1]** 96/15
**gone [7]** 4/9 57/20 97/12
107/21 127/10 127/11 219/4
**good [41]** 3/1 3/6 3/9 3/12
7/10 19/7 20/22 20/25 21/12
22/9 22/17 52/12 52/13 59/12
62/15 65/1 67/19 67/20 69/24
73/15 82/11 97/10 97/14
97/15 112/5 114/5 134/19
138/16 138/17 144/16 147/18
147/19 153/16 173/1 179/25
185/18 194/8 204/2 204/3
213/5 232/23
**goods [1]** 102/5
**Google [2]** 33/23 34/17
**got [17]** 3/22 5/15 50/9
51/16 51/16 68/24 80/13 90/5
95/17 96/3 96/5 101/21
102/18 107/5 117/3 145/12
189/4
**got robbed [1]** 50/9
**gotten [1]** 77/9
**govern [1]** 228/22
**Government [154]** 2/9 2/9 3/8
5/10 8/21 9/23 10/11 10/14
10/20 11/12 12/21 13/24 17/7
17/8 18/5 18/15 20/18 21/25
22/8 26/8 27/1 27/10 29/21
29/22 30/3 32/11 49/15 50/25
51/4 98/10 98/12 115/3 115/8
115/18 119/7 119/19 121/3
122/6 122/18 122/22 123/15
123/18 123/21 123/24 124/8
124/22 124/25 125/2 127/14
127/25 128/20 129/21 131/11
133/12 133/22 134/18 135/9
135/18 136/7 136/24 137/2
137/7 137/21 138/14 140/25
142/10 143/12 143/15 143/21
144/5 146/16 147/1 147/20

147/24 148/2 148/3 148/7
148/11 148/15 148/16 148/21
148/25 149/6 154/17 155/4
155/7 156/24 157/2 157/8
158/3 158/4 162/17 163/24
164/5 164/6 164/8 164/11
165/11 165/21 165/24 166/7
166/9 166/20 167/4 167/12
167/16 168/1 168/9 168/13
168/23 169/6 169/10 169/23
170/6 170/10 170/20 170/23
171/2 171/5 171/7 171/12 171/17
172/3 178/9 178/12 178/18
179/7 179/13 179/16 179/21
186/3 186/3 186/4 187/16
187/22 192/4 193/15 193/17
193/17 193/20 193/22 200/8
200/15 201/6 201/7 201/12
202/1 203/16 203/18 211/9
212/8 213/5 213/16 214/15
230/1
**Government's [19]** 3/12 3/21
3/22 9/24 12/7 15/17 15/22
20/21 21/7 165/16 166/3
169/21 170/8 171/14 179/15
193/25 203/19 211/23 214/2
**grad [2]** 58/11 104/3
**grade [2]** 98/18 145/6
**graduated [6]** 68/4 70/7
73/20 73/20 73/21 195/5
**graduates [1]** 71/12
**Grand [1]** 97/1
**grandchildren [2]** 56/8 76/4
**grandmother [1]** 188/16
**grandson [1]** 95/3
**graphic [1]** 138/23
**grass [1]** 175/24
**grateful [1]** 173/15
**Great [2]** 55/4 60/19
**greater [6]** 61/19 63/22
74/10 74/10 76/25 179/5
**Green [1]** 86/11
**grew [2]** 56/17 58/10
**group [6]** 109/14 131/10
131/24 137/16 137/19 187/1
**growing [1]** 58/15
**grown [2]** 57/20 76/4
**guarantee [1]** 36/3
**guard [1]** 60/22
**Guardian [9]** 197/9 197/10
197/11 197/13 197/15 198/10
202/8 202/9 202/10
**Guardians [1]** 199/16
**guess [12]** 10/20 40/4 54/5
85/21 94/18 136/3 136/19
148/15 159/16 177/5 188/12
203/14
**guidelines [1]** 178/2
**guilt [8]** 25/23 26/24 32/12
156/25 157/8 158/4 178/10
178/18
**guilty [15]** 13/10 13/11
128/17 128/23 156/23 158/2
162/6 162/15 175/13 175/13
178/8 185/1 185/12 193/19
213/16
**guitar [1]** 68/6
**gun [8]** 14/4 76/2 192/8

**G**

**gun... [5]**  192/9 192/9
192/10 192/13 193/7
**gunpoint [2]**  62/23 97/23
**gunsmith [1]**  76/2
**guy [1]**  51/16
**guys [2]**  69/2 88/13
**gymnastics [1]**  106/13

**H**

**had [117]**  4/16 7/24 8/24
9/14 10/7 11/9 12/8 15/24
23/6 23/21 28/2 28/4 31/21
37/12 37/12 38/16 40/12 43/1
43/11 43/12 55/17 57/10
58/14 64/4 65/13 65/14 68/16
75/6 76/11 78/3 81/20 85/16
85/22 88/1 88/2 91/20 92/18
99/2 100/5 102/8 102/19
102/21 104/19 105/20 106/19
111/7 111/24 112/12 112/21
114/17 115/15 116/5 116/9
125/24 127/9 127/11 129/14
129/15 129/21 133/20 134/1
137/18 140/23 141/18 143/1
143/19 144/12 145/9 145/10
147/14 149/18 150/14 150/15
153/13 156/12 159/24 161/20
163/16 181/9 181/25 182/5
182/7 182/22 186/7 186/23
187/10 187/14 192/25 196/4
198/7 199/15 202/22 205/23
207/16 207/16 207/17 207/19
208/10 210/9 211/15 212/24
213/4 217/13 217/21 218/5
219/13 219/14 219/17 221/22
221/23 222/1 222/6 223/16
225/17 226/14 228/16 229/22
**half [8]**  68/24 77/9 80/14
83/8 98/21 106/13 182/18
192/6
**hallway [2]**  87/11 88/13
**hallways [1]**  108/10
**hamper [3]**  42/10 43/4 72/5
**hand [26]**  20/6 21/4 21/6
21/8 21/17 22/13 22/14 22/21
22/21 24/22 27/6 27/14 29/8
29/9 29/14 36/14 79/3 127/9
156/2 157/17 158/8 158/16
159/13 159/19 159/20 224/12
**handed [1]**  37/2
**handle [1]**  4/15
**handled [1]**  199/15
**hands [23]**  21/2 21/4 21/8
21/18 27/6 27/14 29/14 29/20
29/20 36/14 36/15 36/17
36/21 123/5 155/20 157/18
158/8 158/18 158/21 158/25
159/5 160/5 196/18
**hands-on [1]**  196/18
**handy [2]**  119/3 139/20
**happen [6]**  11/10 39/18 95/25
146/13 180/11 215/7
**happened [15]**  10/9 15/10
39/16 47/13 85/22 102/4
126/10 145/20 146/3 152/2
175/12 187/12 188/20 198/19

**happening [5]**  66/17 123/4
187/8 187/17 187/18
**happens [3]**  123/16 128/5
196/23
**happy [2]**  116/10 210/20
**harassment [3]**  58/16 122/9
160/4
**hard [6]**  24/25 45/16 50/19
119/2 119/5 139/2
**harmful [1]**  128/24
**has [76]**  5/1 5/10 6/10 9/13
11/11 16/11 21/5 25/25 26/4
30/3 32/11 36/11 39/11 41/13
44/12 48/8 55/18 61/18 64/8
71/21 77/7 83/20 88/25 89/22
90/2 102/14 107/21 108/2
108/5 110/17 113/1 114/4
117/7 122/9 123/15 123/22
123/24 128/14 135/9 135/23
136/7 142/8 149/21 152/20
153/2 157/3 157/5 159/6
160/3 173/19 177/12 178/13
178/15 184/12 186/5 186/8
186/21 187/15 196/21 197/1
201/14 207/25 208/15 208/20
209/7 211/17 214/11 214/18
215/9 216/13 226/12 227/4
229/6 229/24 230/1 230/16
**hasn't [5]**  24/21 114/15
127/18 127/3 161/18
**have [651]**
**haven't [7]**  5/9 48/8 52/2
115/22 128/10 158/11 209/10
**having [14]**  3/4 5/10 6/25
9/7 9/15 24/11 66/11 89/4
93/24 94/8 99/7 151/1 182/24
218/11
**hay [1]**  87/25
**HCA [1]**  56/6
**he [90]**  11/15 14/3 14/3 14/4
14/4 17/20 24/10 31/21 39/12
39/12 39/14 39/18 39/19
39/20 39/21 43/8 44/1 44/2
44/5 44/8 44/12 44/14 44/14
44/15 44/17 50/16 50/17
56/18 61/18 62/22 64/5 70/10
76/11 89/21 89/21 92/5 93/6
93/7 93/10 93/11 93/11 94/19
96/5 98/19 102/17 104/11
104/12 112/1 112/2 112/23
113/1 113/2 113/3 114/21
114/25 115/2 115/3 117/5
117/6 117/7 117/9 124/14
124/16 124/16 124/18 145/9
145/9 145/12 145/14 145/24
145/25 151/3 151/19 151/23
151/24 152/8 155/21 181/16
182/10 182/14 182/14 209/3
218/18 225/19 225/20 225/24
226/20 229/1 230/22 231/24
**he's [1]**  51/25
**head [2]**  20/13 60/25
**heading [2]**  5/19 130/15
**headings [1]**  5/20
**health [4]**  56/16 60/13 113/9
143/7
**hear [37]**  20/7 20/10 21/3

21/3 35/24 44/1 51/9 55/15
55/20 68/19 76/23 97/11
102/24 119/10 120/6 120/13
122/1 128/3 130/5 134/20
150/3 157/19 177/21 179/1
180/22 180/24 188/11 188/20
189/9 189/14 190/9 190/10
191/17 192/8 193/4 204/5
225/12
**heard [14]**  6/18 7/7 27/15
113/5 137/9 139/23 144/18
144/20 151/3 158/11 159/24
161/22 175/20 208/15
**hearing [6]**  6/17 8/25 16/10
21/6 49/16 114/12
**hearsay [8]**  198/15 198/17
205/25 206/13 206/14 220/13
220/14 220/21
**heavy [2]**  150/7 198/7
**held [5]**  28/4 62/22 97/23
180/16 187/13
**hell [1]**  145/7
**Hello [10]**  49/24 49/25 51/8
55/6 67/5 70/21 86/18 96/21
99/1 143/6
**help [12]**  32/23 54/14 54/15
73/24 87/19 88/11 90/6 95/24
135/20 178/22 179/8 220/23
**helpful [6]**  53/9 55/2 79/18
79/22 80/2 80/5
**helping [1]**  42/20
**her [233]**  4/7 4/11 9/10 10/6
10/10 11/11 11/19 12/5 12/17
12/18 13/3 13/12 13/16 14/22
14/25 15/6 17/3 20/7 26/25
27/9 55/14 55/16 55/19 61/19
61/20 64/4 64/4 74/9 74/11
81/22 81/22 89/11 89/14
89/17 89/17 90/1 90/1 90/2
90/2 92/18 92/20 92/23 95/19
95/24 99/5 101/6 106/12
110/1 110/17 110/21 111/2
114/14 117/19 117/19 118/16
118/23 120/8 120/13 123/9
125/10 125/23 126/9 126/10
126/12 127/13 128/6 128/22
145/6 147/9 152/23 152/25
155/1 155/2 156/24 157/3
157/7 162/15 163/9 175/19
178/14 180/3 180/5 180/16
180/17 181/11 181/20 181/22
181/23 182/6 182/6 182/9
182/11 182/11 182/13 182/14
182/15 182/20 183/3 183/12
183/14 183/16 183/17 183/18
183/22 184/7 184/8 184/10
184/10 184/14 185/2 185/8
185/20 185/20 185/21 185/22
185/25 186/3 186/8 186/10
186/14 186/20 186/22 186/22
186/22 186/24 186/25 186/25
187/1 187/5 187/10 187/24
187/25 188/3 188/8 188/8
188/10 188/15 188/19 188/22
188/24 189/1 189/2 189/3
189/22 190/6 190/17 191/19
191/21 191/22 192/3 192/3
192/7 192/7 192/8 192/12

## H

**her... [78]**  192/16 192/17
192/18 192/18 192/21 192/24
193/8 193/9 193/10 193/10
193/10 193/11 193/14 193/14
193/19 202/21 202/22 202/23
206/15 207/3 207/5 207/7
207/10 207/14 207/15 207/17
209/9 209/17 209/18 211/15
212/13 212/14 212/14 212/17
213/4 214/20 214/23 217/6
217/7 217/8 217/19 217/22
217/22 218/12 218/21 218/22
219/1 219/4 219/5 220/3
221/6 221/6 221/6 221/6
221/20 221/21 221/21 221/21
221/23 221/24 221/25 222/2
222/3 222/6 222/17 222/21
222/23 222/24 223/5 223/9
223/11 223/17 223/20 225/2
225/8 225/8 225/12 232/10
**here [94]**  3/2 3/11 11/23
14/17 17/19 19/9 19/16 26/16
27/4 27/23 29/6 38/22 38/22
40/18 40/21 40/21 40/22
43/10 43/24 44/22 48/5 53/2
53/21 53/24 54/7 55/13 56/17
57/7 58/19 68/1 69/3 72/18
77/25 78/1 78/10 78/18 81/16
81/17 85/5 87/9 88/1 89/15
90/6 93/24 94/8 97/8 99/1
101/14 104/4 104/20 106/18
112/6 123/12 123/13 132/2
135/17 137/6 137/6 142/4
143/12 147/25 147/25 148/20
150/2 154/3 157/14 157/16
157/25 158/13 159/6 173/8
173/21 180/1 180/2 180/9
180/14 180/15 181/8 184/24
186/7 186/11 199/23 200/16
202/22 206/5 209/17 210/13
213/22 214/2 227/2 229/11
232/16 232/21 232/22
**herself [3]**  187/3 188/9
189/15
**hey [2]**  153/16 192/13
**hi [13]**  38/7 67/6 70/20
88/18 90/14 96/11 99/15
108/16 108/17 143/5 144/17
149/12 194/9
**hide [3]**  65/13 66/12 185/15
**hiding [1]**  111/10
**high [12]**  25/8 29/2 39/12
42/15 50/7 59/1 62/16 89/3
100/10 134/6 157/13 178/21
**highest [1]**  180/20
**highlight [1]**  163/3
**highlighted [2]**  132/11
155/19
**highlighting [1]**  227/17
**highly [1]**  124/7
**him [31]**  14/1 14/4 36/14
39/16 39/18 43/8 44/8 44/13
44/16 44/18 48/9 61/20 112/3
112/5 113/6 114/10 114/14
115/6 115/8 115/12 117/8
124/19 151/20 151/22 152/11

181/23 213/18 225/23 226/1
226/7 232/1
**himself [1]**  181/22
**hippie [2]**  187/3 188/9
**hire [1]**  138/25
**his [29]**  8/21 14/1 14/2
44/13 44/18 61/19 70/7 73/9
74/9 74/11 79/3 93/5 93/12
96/5 102/18 112/24 113/1
113/8 115/4 117/7 117/14
152/1 176/17 186/21 186/21
187/10 209/15 215/21 226/21
**history [24]**  14/3 207/19
208/16 209/6 209/8 209/14
211/17 212/4 212/11 212/18
212/20 213/1 213/4 213/21
214/3 214/8 214/10 214/11
214/19 214/19 214/23 215/10
216/11 216/13
**hit [1]**  176/17
**hobbies [33]**  42/3 42/19
47/19 48/5 48/22 48/23 50/7
51/14 52/20 55/9 56/7 56/20
57/20 59/17 61/3 62/11 62/20
65/5 67/12 70/7 71/15 73/23
83/11 86/14 86/22 91/10 92/5
96/24 98/20 99/6 99/17
101/16 106/14
**hobby [3]**  68/6 72/21 106/8
**hold [10]**  8/4 23/7 84/11
94/21 112/4 118/22 118/24
128/6 159/4 186/3
**holding [1]**  188/5
**holistic [1]**  47/19
**Hollywood [1]**  59/15
**home [23]**  33/6 43/18 50/15
54/8 56/17 62/19 70/23 71/7
92/22 92/25 92/25 99/2
145/12 180/3 182/6 182/14
183/3 184/10 186/18 189/1
189/2 208/19 219/1
**Homeland [3]**  45/9 70/23 71/6
**homicide [5]**  12/6 225/21
225/23 229/23 230/10
**HON [1]**  1/23
**honest [1]**  77/7
**honestly [3]**  143/17 209/10
218/19
**honeymoon [2]**  101/7 152/23
**honor [77]**  3/6 3/9 3/19 5/9
6/5 7/3 8/6 8/11 11/13 15/16
18/12 68/13 70/17 73/15
76/15 76/18 77/3 97/10 97/14
98/6 99/1 102/12 103/4 109/7
109/21 112/21 114/7 116/5
116/12 117/6 117/8 117/15
117/24 118/3 119/8 120/18
121/16 121/20 126/15 126/19
126/21 127/2 133/24 134/3
136/16 137/13 138/7 142/11
144/6 149/1 151/11 154/18
155/8 155/10 160/23 161/3
162/18 162/19 163/25 165/7
171/3 174/23 179/23 180/20
193/22 198/17 200/7 201/6
201/23 203/9 210/10 211/13
221/1 223/24 225/14 225/18
231/6

**Honor's [1]**  211/24
**HONORABLE [1]**  1/11
**hope [3]**  23/11 25/4 25/9
**hoped [1]**  212/24
**hopefully [5]**  59/19 122/10
155/17 156/13 163/16
**hoping [2]**  4/4 114/13
**hospice [1]**  55/19
**hospital [11]**  43/7 44/2 44/3
44/6 45/4 56/6 60/23 68/2
95/10 95/13 109/19
**hospitality [1]**  67/10
**hotel [3]**  74/18 75/1 75/13
**hour [15]**  24/18 24/18 24/18
78/24 78/24 79/2 80/15 81/1
81/1 81/9 81/9 82/24 83/1
103/19 127/21
**hours [6]**  108/5 150/10
150/17 150/19 151/4 151/5
**house [20]**  15/24 15/25 17/3
26/21 40/23 42/23 83/21
89/16 94/3 163/9 180/5 182/9
182/15 183/12 183/23 184/8
185/8 190/22 191/21 218/22
**houses [1]**  43/18
**housing [1]**  59/15
**how [53]**  7/11 14/10 14/15
18/1 18/12 23/17 24/15 27/18
28/18 39/22 40/3 44/5 58/25
82/23 85/13 89/18 90/24 95/5
101/4 103/7 113/22 117/19
120/23 139/8 147/5 148/19
149/12 151/20 154/1 155/18
164/22 173/11 187/10 189/20
190/20 194/12 196/2 197/22
204/7 204/20 205/12 212/17
215/15 218/10 218/13 218/20
222/18 222/21 228/12 228/13
230/23 231/9 231/20
**Howard [1]**  73/23
**however [3]**  27/19 117/1
173/25
**HR [1]**  42/1
**huh [1]**  20/13
**hum [1]**  139/7
**human [1]**  144/3
**hundred [4]**  101/5 119/8
142/2 152/22
**Huntington [2]**  194/16 194/21
**hurtful [1]**  161/12
**husband [24]**  55/18 59/14
60/24 63/6 65/3 65/13 66/11
66/18 66/19 67/9 68/24 74/20
75/19 83/9 88/20 88/24 89/11
89/20 92/4 92/13 93/5 93/19
104/7 111/10
**hypothetically [1]**  210/15

## I

**I'd [2]**  119/22 151/24
**I'll [2]**  24/8 231/22
**I'm [26]**  6/8 8/7 8/22 16/17
38/12 41/24 42/14 48/23 55/6
55/7 56/12 71/5 74/19 82/3
86/10 86/20 87/1 92/10 96/23
99/15 101/24 101/25 121/25
191/5 194/11 219/2
**I've [3]**  37/8 88/23 101/21

**I**

**I.D [1]** 2/8
**ID [1]** 224/20
**identical [1]** 193/1
**identification [3]** 200/8 200/9 224/3
**identified [6]** 79/25 115/15 129/19 181/21 197/20 221/19
**identify [5]** 7/17 123/5 125/20 139/2 200/16
**identifying [1]** 22/6
**identity [2]** 102/5 207/15
**IDF [2]** 47/5 47/7
**ignite [1]** 7/15
**ignore [2]** 177/5 177/8
**illness [1]** 14/4
**image [4]** 200/9 200/15 201/2 201/3
**imagine [4]** 15/4 151/5 165/1 215/7
**immediate [2]** 65/7 65/23
**immediately [2]** 183/8 194/21
**impact [9]** 38/21 58/19 59/5 86/1 106/17 106/18 142/18 145/2 213/19
**impartial [59]** 27/23 29/1 29/8 38/4 40/1 40/15 43/23 46/13 49/13 49/20 50/24 52/7 59/6 61/16 62/4 63/20 64/2 64/20 65/20 66/5 68/12 70/16 73/2 73/10 74/7 74/13 75/20 76/13 76/20 83/24 85/18 86/1 91/3 91/22 94/9 96/7 98/4 102/10 103/3 117/9 117/20 120/8 120/15 121/15 127/17 145/20 147/4 154/8 154/11 155/2 155/21 156/7 158/14 158/18 158/21 159/1 162/6 162/21 163/13
**impartiality [1]** 115/5
**impersonal [2]** 19/4 22/2
**implement [1]** 15/8
**implication [2]** 212/19 213/22
**importance [1]** 36/7
**important [19]** 20/2 23/12 25/5 28/11 29/3 32/18 34/21 34/22 35/23 100/1 108/6 173/5 173/6 173/14 188/17 211/18 213/12 227/15 228/23
**impression [2]** 179/6 209/2
**improper [2]** 122/19 124/8
**improperly [1]** 33/18
**impropriety [1]** 108/19
**improvise [1]** 210/16
**impute [1]** 76/25
**inability [1]** 225/2
**inadmissible [1]** 212/23
**inadvertently [3]** 6/25 79/12 230/18
**inception [1]** 149/21
**incident [8]** 10/7 12/7 12/9 13/16 33/17 64/14 184/11 198/8
**incidents [1]** 58/18
**inclined [3]** 114/22 116/3 126/19

**include [62]** 75/21 8/16 136/5 155/13 156/3 204/18
**included [4]** 3/23 13/3 144/22 182/25
**includes [4]** 34/14 116/14 122/7 196/15
**including [3]** 33/13 34/10 34/19
**incomplete [1]** 209/23
**incorrect [1]** 186/15
**incredibly [1]** 10/22
**independent [1]** 84/12
**INDEX [1]** 2/1
**Indiana [1]** 58/11
**indicate [1]** 225/8
**indicated [25]** 39/10 43/11 54/4 61/11 116/12 117/5 117/6 117/17 131/12 133/15 134/24 156/19 158/1 162/19 162/24 163/5 180/18 218/5 219/13 219/20 222/23 223/16 223/21 226/14 227/15
**indicates [2]** 11/20 15/13
**indicating [4]** 147/2 205/15 205/23 213/15
**indication [2]** 219/25 220/4
**indictment [18]** 5/3 5/11 11/11 25/16 25/16 25/17 25/19 25/19 25/21 25/22 26/5 26/23 137/9 156/23 163/7 175/14 178/8 185/13
**indirect [2]** 175/25 176/4
**indirectly [1]** 175/23
**individual [12]** 6/21 10/8 13/25 123/7 124/11 129/18 131/2 131/5 153/8 155/7 195/20 200/4
**individually [11]** 6/22 6/23 7/17 115/20 115/21 117/13 131/15 131/15 133/14 133/15 155/22
**individuals [9]** 22/12 22/20 28/7 36/12 93/8 187/2 195/15 199/10 219/17
**industrial [1]** 47/25
**industry [1]** 93/19
**infer [1]** 12/13
**influence [6]** 33/18 64/17 94/1 95/5 95/8 146/5
**influenced [1]** 23/6
**influencer [2]** 50/6 189/21
**inform [2]** 8/15 175/1
**information [38]** 7/12 7/13 13/24 14/8 14/8 26/17 28/17 33/10 33/16 34/13 34/15 34/18 36/2 38/1 38/20 75/17 77/19 78/11 78/13 123/22 133/14 181/1 184/19 197/12 199/3 205/16 207/7 207/14 208/20 208/21 211/20 216/23 216/24 217/1 217/14 219/18 227/16 228/17
**informs [1]** 28/13
**inherently [2]** 121/14 125/16
**initial [6]** 7/18 127/9 160/2 199/15 206/9 218/6
**initially [4]** 4/22 116/5 217/17 218/21

**injure [1]** 26/11
**injury [1]** 185/11
**innocence [8]** 26/25 27/9 118/16 127/13 127/24 129/2 157/4 178/14
**innocent [9]** 26/24 27/9 119/23 127/12 127/25 156/9 156/22 158/2 178/7
**inpatient [1]** 101/25
**inquire [10]** 54/21 60/7 113/8 117/13 118/2 121/4 122/3 136/18 153/5 214/16
**inquiries [2]** 153/8 155/7
**inquiry [5]** 80/3 122/2 126/22 156/1 163/11
**insofar [3]** 85/25 199/1 203/1
**inspector [3]** 59/15 71/6 97/17
**Instagram [10]** 139/8 139/9 183/25 184/1 186/25 189/8 189/12 189/13 189/17 191/9
**instance [2]** 176/16 199/12
**instances [1]** 78/3
**instant [1]** 34/6
**instantaneously [2]** 218/16 218/23
**Instead [2]** 183/16 188/2
**instruct [13]** 26/22 27/2 28/16 31/12 31/25 121/21 128/21 159/3 177/12 179/19 220/14 226/4 226/7
**instructed [5]** 108/11 126/22 175/1 183/11 227/25
**instructing [1]** 216/12
**instruction [12]** 12/22 32/18 120/4 128/10 161/9 161/24 207/22 209/4 210/20 211/4 211/24 214/5
**instructions [30]** 32/2 32/22 82/7 108/7 120/22 126/24 127/6 128/11 129/3 135/5 136/4 137/25 140/8 157/10 157/11 161/8 161/19 161/20 161/23 162/4 162/10 162/25 164/22 174/7 174/17 175/10 175/11 178/20 211/25 227/8
**instructor [1]** 76/2
**instructs [3]** 142/3 214/7 216/9
**insurance [3]** 73/16 75/11 84/13
**intake [13]** 195/15 195/25 196/2 196/4 196/6 196/9 196/13 196/14 196/19 197/6 197/8 198/7 199/16
**integrity [1]** 108/7
**intellectual [1]** 89/21
**intelligent [1]** 23/14
**intend [3]** 8/3 127/2 225/23
**intended [8]** 10/24 11/2 23/10 24/23 118/14 121/5 124/24 203/3
**intention [7]** 8/15 9/1 13/14 53/9 107/9 123/15 215/1
**interact [1]** 117/19
**interaction [8]** 79/14 91/1 108/11 108/12 108/15 160/14

**I**

**interaction... [2]** 174/20 211/5

**interactions [1]** 223/11

**interest [3]** 107/8 177/23 226/18

**interested [1]** 199/4

**interesting [3]** 58/15 77/17 228/10

**interests [1]** 118/6

**interfere [16]** 27/21 39/25 41/2 45/22 52/6 61/15 62/3 64/17 68/11 70/15 72/2 73/1 75/19 91/2 98/3 133/5

**interference [1]** 70/17

**interior [1]** 106/11

**intermittently [1]** 93/5

**international [1]** 71/13

**internet [8]** 26/13 33/22 34/2 34/5 34/16 65/10 65/14 66/10

**interpret [1]** 179/18

**interstate [1]** 26/10

**interview [13]** 181/10 183/12 188/19 192/16 207/3 207/5 207/5 207/7 207/9 219/17 222/3 222/11 222/14

**interviewed [2]** 181/11 217/8

**intoxicant [1]** 102/20

**introduce [7]** 10/15 20/20 21/10 22/1 22/15 232/7 232/12

**introducing [1]** 3/23

**investigate [1]** 204/18

**investigated [1]** 183/17

**investigation [2]** 26/12 199/15

**investigations [2]** 194/18 194/20

**investigator [7]** 3/11 21/14 22/18 104/5 104/12 232/8 232/11

**invited [5]** 180/3 183/3 185/9 188/25 222/16

**invoke [1]** 174/23

**invoked [1]** 174/25

**involve [1]** 8/13

**involved [9]** 33/22 34/19 58/24 64/13 78/4 136/1 137/10 139/11 146/11

**involvement [2]** 58/19 96/5

**involves [1]** 27/16

**involving [4]** 33/18 122/21 144/19 144/25

**IRS [3]** 92/11 92/12 125/8

**is [983]**

**is the [2]** 104/9 188/11

**isn't [4]** 3/20 100/24 121/22 145/18

**Israeli [1]** 47/9

**issue [24]** 6/4 8/12 9/22 10/1 10/4 10/24 10/25 17/13 18/3 34/3 35/19 50/16 58/21 100/3 113/9 115/11 117/10 123/3 135/22 139/17 140/5 140/6 213/23 226/7

**issued [1]** 17/1

**issues [24]** 6/1 9/20 16/5 28/3 31/10 43/9 43/9 99/22 106/21 113/2 118/1 123/17 131/1 135/13 135/20 143/20 154/10 155/19 161/5 161/15 226/2 229/3 229/23 230/17

**issuing [1]** 99/23

**it [537]**

**it conflates [1]** 10/25

**it's [9]** 25/16 53/16 96/16 108/18 143/20 150/13 187/1 190/6 190/6

**item [2]** 39/17 177/12

**iterations [1]** 149/17

**its [3]** 30/3 32/11 190/5

**itself [2]** 13/8 24/7

**J**

**Jack [1]** 190/1

**Jacksonville [2]** 195/5 195/6

**jail [2]** 39/19 64/5

**January [44]** 11/9 118/12 118/15 118/17 118/22 119/12 119/13 119/14 119/24 156/7 157/21 157/22 157/23 180/2 180/24 181/4 181/12 181/15 181/24 182/12 184/9 187/12 188/18 188/20 190/9 190/11 190/11 197/19 198/2 198/4 198/5 198/13 199/12 199/15 199/19 205/8 205/17 207/8 217/14 218/4 218/5 219/18 221/22 224/18

**January 16 [2]** 197/19 198/2

**January 16th [4]** 180/24 198/4 218/4 218/5

**January 17 [1]** 184/9

**January 21 [1]** 205/8

**January 21st [1]** 181/15

**January 28 [1]** 224/18

**January 31st [1]** 11/9

**January 6 [2]** 119/12 157/21

**January 6th [24]** 118/15 118/17 118/22 119/14 119/24 156/7 157/22 157/23 181/4 181/12 181/24 187/12 190/9 190/11 190/11 198/5 199/12 199/15 199/19 205/17 207/8 217/14 219/18 221/22

**January 6th statement [1]** 118/12

**Jeff [2]** 3/15 36/16

**JEFFREY [4]** 2/2 193/22 193/25 194/4

**Jehovah's [3]** 45/16 117/6 117/11

**JFK [1]** 43/7

**job [9]** 31/25 40/14 117/1 140/3 143/24 143/24 152/14 194/10 196/22

**job as [1]** 117/1

**jobs [2]** 51/12 150/14

**join [1]** 4/6

**joining [1]** 205/1

**joint [6]** 118/25 119/15 119/20 156/3 156/5 204/14

**judge [45]** 1/11 6/3 12/23 17/18 18/8 19/11 34/20 41/13

81/5 109/11 112/20 113/6 113/16 114/19 115/23 116/19 118/3 121/17 123/20 124/7 134/22 139/23 140/12 141/4 145/17 146/17 146/20 147/2 151/15 151/18 154/22 165/12 169/18 184/17 193/2 203/17 206/17 206/21 210/7 213/10 214/16 216/16 220/14 228/13 228/14

**Judge's [1]** 209/4

**judges [2]** 52/3 52/6

**judgment [8]** 38/17 84/24 94/1 99/23 106/17 106/18 117/12 159/2

**judicial [2]** 25/7 31/2

**July [2]** 53/9 87/15

**June [1]** 1/8

**Juno [1]** 67/7

**Jupiter [8]** 45/11 51/12 51/23 63/5 63/6 63/12 101/14 106/11

**juries [4]** 51/16 51/19 84/25 86/4

**jurisdiction [1]** 31/3

**juror [341]**

**juror's [1]** 123/7

**jurors [111]** 4/20 5/3 6/6 6/18 6/21 6/24 7/15 7/16 7/17 7/22 17/22 18/6 18/8 18/25 19/13 22/25 27/22 28/1 28/4 28/5 28/7 28/10 31/5 31/6 32/22 34/23 34/25 35/4 37/11 37/13 38/1 38/4 46/5 46/12 79/15 79/20 79/24 80/8 80/13 81/24 82/25 88/2 88/9 88/10 94/13 112/9 112/22 115/20 115/24 116/4 116/8 116/15 116/20 117/4 117/22 123/2 123/19 123/23 124/11 126/1 126/20 127/20 128/6 128/16 128/24 129/18 130/20 130/22 131/3 131/5 131/18 133/4 133/11 140/20 142/5 142/17 149/24 150/22 151/21 151/22 152/2 152/5 152/6 155/11 159/16 159/17 159/18 160/11 161/13 162/5 162/18 162/23 163/15 163/19 163/22 164/17 164/20 171/21 172/1 172/1 172/9 172/23 173/7 173/8 173/9 173/17 173/25 175/10 178/24 227/14 227/24

**jurors' [2]** 122/20 213/19

**jury [133]** 1/10 5/11 6/25 8/5 8/15 10/23 11/21 12/10 12/12 12/23 14/23 15/14 18/11 19/6 23/1 24/6 25/4 30/17 30/19 31/8 32/2 32/5 33/19 38/18 42/6 42/11 46/6 47/10 50/13 52/22 53/4 55/11 56/9 57/23 57/25 65/11 72/4 72/10 74/16 78/23 78/25 79/7 79/25 80/25 81/12 82/23 83/16 84/25 85/3 87/6 87/19 88/8 89/8 94/4 96/16 97/1 97/2 99/23 100/19 105/1 107/24 109/2 118/7 118/20

## J

**jury...** **[69]**   118/21 119/7
119/15 119/18 119/22 120/1
120/4 120/6 120/21 121/6
121/19 121/21 122/25 123/8
129/5 131/21 131/24 132/21
133/8 152/7 154/2 156/16
157/10 160/18 161/19 161/20
161/22 163/13 164/22 172/11
172/18 172/20 173/8 173/11
174/13 174/22 174/24 175/5
175/8 178/24 179/2 179/20
179/24 195/18 201/16 201/18
201/22 201/24 205/12 207/24
208/15 208/20 209/3 209/7
211/8 213/3 214/5 214/17
215/14 216/1 216/8 220/17
225/25 226/6 227/7 228/25
229/12 229/13 229/17
**jury's** **[2]**   16/10 214/22
**just** **[100]**   4/5 5/18 5/24
7/23 8/4 8/7 10/3 10/19
10/21 12/15 19/3 21/19 21/24
22/5 24/22 29/25 30/25 32/23
36/11 37/23 43/20 47/7 50/9
54/25 55/16 58/21 70/7 73/21
75/16 79/8 79/14 79/21 87/23
92/21 93/8 96/1 96/3 100/4
107/16 116/2 117/1 118/8
121/12 122/1 123/14 126/11
129/11 130/22 138/22 139/12
140/22 142/20 143/13 143/19
143/24 144/2 146/20 148/6
150/4 150/13 152/12 153/6
158/1 158/7 159/8 163/4
173/2 176/15 181/1 184/7
185/13 185/22 185/25 187/25
188/13 189/22 190/4 190/17
192/24 193/11 195/17 198/22
199/3 200/13 206/9 206/15
208/2 212/25 213/10 213/23
214/12 215/19 220/10 223/25
224/10 224/20 226/11 228/24
230/9 230/21
**justice** **[23]**   38/14 42/5
42/22 61/1 63/11 65/6 67/23
68/7 68/9 68/16 74/1 74/2
74/12 76/12 84/21 85/16 91/2
91/20 96/5 97/20 98/2 102/9
195/6

## K

**kayak** **[1]**   96/15
**KAYE** **[78]**   1/7 3/3 3/10 4/3
4/6 4/9 10/6 10/8 10/24 11/4
11/10 12/8 12/14 14/7 17/9
19/15 21/15 22/19 25/21 26/4
26/9 26/24 27/8 118/14
119/12 120/6 122/25 127/12
128/17 156/8 156/22 156/25
157/3 157/21 162/15 181/3
181/10 181/14 181/25 182/2
182/19 184/12 185/1 185/12
185/19 186/2 186/7 186/12
186/17 187/24 188/18 188/20
190/8 193/4 197/20 205/10
205/15 207/2 211/17 212/16

212/20 212/25 215/5 215/9
216/20 217/1 217/13 217/18
219/25 221/5 221/17 221/19
222/12 224/15 225/6 225/20
232/9 232/13
**Kaye's** **[12]**   8/14 11/17 11/22
12/5 12/16 15/24 123/8 157/8
181/17 183/12 222/11 224/25
**keep** **[24]**   4/14 7/13 24/14
48/17 50/23 64/13 64/17
64/18 66/14 78/19 82/25 90/4
94/14 100/10 114/14 114/16
129/8 131/9 155/12 156/21
163/19 178/5 178/23 231/13
**keeping** **[2]**   52/25 150/19
**Keiser** **[1]**   104/23
**key** **[1]**   227/17
**kick** **[1]**   151/2
**kid** **[2]**   50/20 85/12
**kidnapped** **[2]**   126/8 144/19
**kidnapping** **[1]**   63/13
**kids** **[8]**   51/13 73/19 91/10
93/21 99/6 99/7 106/12
106/14
**kill** **[1]**   184/8
**killed** **[4]**   11/8 61/7 61/23
111/3
**kind** **[20]**   7/2 8/19 30/13
37/10 50/18 51/3 57/25 58/22
60/12 67/14 74/20 77/14
100/11 104/21 120/23 139/1
139/14 150/5 176/5 217/20
**kinds** **[1]**   102/4
**kits** **[2]**   88/1 149/19
**knee** **[1]**   53/14
**knees** **[1]**   52/25
**knew** **[14]**   11/2 11/5 11/6
14/5 14/5 95/16 181/4 181/13
181/19 182/3 188/19 191/17
207/17 212/5
**knock** **[1]**   15/5
**knocked** **[3]**   217/19 219/21
220/8
**know** **[141]**   5/5 5/24 7/23
10/8 10/23 13/17 13/18 14/1
14/2 15/16 17/4 19/2 19/4
19/16 20/2 21/7 21/16 22/2
22/6 22/6 24/3 24/24 25/11
25/11 28/22 29/9 33/17 36/8
37/18 41/8 41/16 44/5 48/5
54/2 54/25 55/2 57/12 59/3
60/2 60/4 64/12 69/1 73/7
77/13 77/14 79/3 79/22 81/2
81/24 82/13 88/12 89/12 93/5
93/10 93/12 93/25 100/18
100/21 104/20 105/1 105/3
105/20 106/10 107/4 108/14
115/3 116/24 117/8 117/18
118/9 119/25 120/3 121/18
123/16 124/16 124/23 124/23
125/6 127/3 128/10 130/15
130/21 130/21 131/8 131/14
136/3 141/6 141/17 143/12
143/16 146/1 146/9 146/12
151/19 151/20 151/25 152/24
154/9 154/13 154/13 155/13
155/14 159/8 160/5 161/13
161/23 162/7 164/20 165/7

174/2 177/21 195/18 208/12
209/3 211/18 211/25 212/2
213/4 215/4 216/4 218/13
222/1 223/9 223/25 226/20
227/15 227/22 228/1 228/13
228/16 228/19 228/19 229/19
230/14 230/16 230/17 230/23
231/10 231/24 232/4 232/7
**knowing** **[5]**   11/10 94/7
103/19 146/1 199/4
**knowingly** **[1]**   26/9
**knowledge** **[6]**   23/8 25/25
31/3 36/12 107/22 107/23
**known** **[6]**   181/17 195/15
207/16 208/21 217/22 220/3
**knows** **[8]**   13/8 22/12 22/20
26/2 27/5 36/12 36/14 189/20
**kooky** **[1]**   188/15
**Korean** **[2]**   188/11 188/14
**KRISTY** **[4]**   1/18 3/9 21/13
22/17

## L

**lacrosse** **[1]**   62/11
**ladies** **[10]**   20/22 21/12 77/5
132/5 179/24 185/3 201/13
205/12 208/9 226/11
**lady** **[1]**   113/12
**Lake** **[16]**   42/16 48/20 58/9
62/9 67/25 86/19 181/17
207/16 217/5 217/24 219/14
220/6 221/5 223/3 223/20
224/14
**landscaping** **[1]**   71/16
**language** **[12]**   8/19 38/19
43/4 53/3 57/8 72/5 85/2
89/9 116/18 163/2 163/8
180/8
**laptops** **[1]**   9/15
**larger** **[1]**   173/7
**Las** **[4]**   205/20 205/23 207/12
220/3
**last** **[39]**   23/16 23/21 41/24
41/25 43/7 44/2 46/22 50/3
51/16 51/24 55/7 67/22 72/17
76/1 87/3 90/3 92/12 95/10
99/1 99/25 100/13 129/13
129/15 153/1 153/3 153/17
154/10 155/25 181/17 194/2
194/4 203/21 207/16 207/24
212/6 217/22 220/3 220/17
227/12
**lasted** **[1]**   23/22
**lastly** **[3]**   36/16 122/18
128/8
**late** **[4]**   11/9 59/1 80/25
81/2
**later** **[21]**   8/2 27/3 28/15
29/12 78/24 79/23 145/17
161/10 178/20 182/11 182/16
182/19 188/25 189/7 191/21
197/20 222/8 222/24 225/3
226/17 232/16
**latter** **[3]**   59/23 60/14
100/19
**Lauderdale** **[3]**   1/17 10/6
16/3
**launches** **[1]**   138/25

**L**

**law [145]**   11/2 11/20 14/16
14/17 14/17 15/13 15/16
15/19 16/14 16/15 26/24 27/8
27/13 27/24 28/16 28/19
28/20 28/22 28/23 28/24
28/24 29/7 31/10 31/15 31/22
31/25 32/1 32/8 32/8 32/9
32/16 32/22 34/3 34/18 34/23
35/4 35/8 35/17 35/19 35/22
36/4 40/4 40/5 40/15 41/6
41/7 41/9 41/9 41/11 41/11
41/12 41/13 41/16 41/20 46/9
46/10 46/11 49/11 50/8 50/19
50/23 55/14 55/23 56/3 61/4
61/11 61/12 61/14 61/15
61/18 61/20 63/17 63/20
63/23 64/19 65/21 65/24
65/24 65/25 66/3 66/15 68/16
68/18 68/20 71/13 73/7 73/9
74/8 76/22 76/24 77/1 83/13
89/20 92/16 93/25 94/7 97/20
97/23 98/2 99/19 110/9
110/17 118/2 120/1 121/6
121/8 121/11 121/13 122/4
122/7 124/15 124/17 125/1
125/15 125/17 127/12 127/17
128/16 128/17 135/25 136/23
137/2 137/11 137/24 142/2
158/20 159/2 161/10 161/13
162/1 162/8 162/12 162/14
163/4 163/7 163/10 175/15
175/16 175/17 176/2 179/19
184/18 205/2 227/18 227/22
**laws [2]**   31/2 31/13
**lawyer [10]**   70/11 70/14
72/22 73/5 176/17 176/22
176/23 176/24 190/14 190/16
**lawyer's [1]**   176/16
**lawyers [28]**   7/21 23/18 24/2
28/23 31/12 31/14 31/16
34/20 52/3 52/6 65/7 65/23
69/11 71/18 81/19 95/5 99/18
106/16 108/10 116/24 176/10
176/11 176/13 176/13 228/12
228/18 228/21 230/14
**lay [2]**   123/4 123/14
**lead [6]**   35/6 58/12 107/11
152/14 218/13 218/17
**learn [4]**   28/25 159/3 181/6
217/7
**learning [2]**   196/15 196/16
**least [4]**   75/4 116/16 203/2
229/5
**leave [18]**   48/8 56/14 111/25
113/13 130/22 131/8 132/24
132/25 143/24 179/2 186/19
213/4 227/8 227/9 227/10
232/20 232/21 232/22
**leaves [7]**   79/7 109/2 160/18
174/22 191/19 211/8 229/17
**led [1]**   217/20
**left [19]**   12/12 18/22 20/17
20/19 134/12 138/9 140/16
142/22 144/8 146/19 149/3
151/16 154/20 179/2 182/15
208/20 216/15 225/6 225/10

**leg [3]**   127/6 143/25 148/5
**legal [3]**   27/7 28/23 127/3
**legally [2]**   145/18 157/6
**Length [1]**   48/2
**less [3]**   85/22 139/17 231/12
**lessons [1]**   106/14
**let [58]**   5/24 6/23 19/3
20/17 21/2 22/1 22/6 24/17
25/18 28/10 30/4 38/24 39/21
43/10 53/9 54/25 60/4 72/23
74/4 77/5 80/16 80/17 83/18
85/4 85/5 105/1 113/22 114/4
115/18 118/5 118/11 125/6
130/21 131/3 131/7 131/8
131/14 133/11 134/17 138/13
141/12 142/8 143/1 144/13
152/11 153/13 160/4 178/25
180/9 191/3 209/17 210/15
210/25 211/3 223/25 228/13
229/18 230/3
**let's [29]**   3/4 4/2 9/17 17/9
17/19 45/23 51/7 53/11 59/22
71/2 72/3 74/21 78/19 83/6
94/15 97/8 97/12 98/21
101/21 113/22 140/17 165/6
172/9 197/17 209/20 213/2
215/14 216/14 217/23
**letting [2]**   7/20 19/16
**level [5]**   105/16 145/6
157/12 162/16 178/21
**liberties [1]**   25/7
**librarian [1]**   101/15
**library [1]**   34/4
**license [1]**   222/15
**licensed [1]**   90/14
**licensing [1]**   189/11
**lie [1]**   148/22
**life [22]**   14/3 38/9 62/10
84/14 91/9 93/18 93/24
102/18 135/1 137/3 145/24
146/7 148/14 186/21 202/7
202/10 202/11 202/14 202/16
202/19 203/7 228/5
**life-long [1]**   148/14
**light [17]**   6/9 35/13 44/23
61/21 62/2 64/11 68/15 74/5
139/19 146/23 158/7 160/20
177/25 213/13 213/16 213/19
214/2
**like [79]**   4/13 5/21 6/6 7/7
7/8 15/20 16/9 16/15 17/22
18/19 19/16 30/25 39/6 41/11
42/24 51/1 54/2 56/13 68/6
84/14 84/19 86/22 87/3 87/10
87/12 87/23 87/23 89/6 89/15
89/24 90/16 95/1 95/2 95/2
95/23 100/10 104/6 104/19
105/21 106/15 114/22 115/6
120/5 121/7 122/13 122/21
123/7 123/8 124/16 129/15
135/23 135/24 136/1 136/17
137/4 139/14 139/15 139/18
144/24 144/25 145/8 145/11
146/10 153/25 154/9 162/13
186/5 186/6 186/8 187/2
192/4 192/14 192/25 193/11
193/16 193/18 209/19 219/17
220/13

**like-minded [1]**   187/2
**liked [1]**   162/11
**likelihood [1]**   19/20
**likely [7]**   61/12 108/14
144/1 148/6 148/9 217/14
220/1
**limit [1]**   230/22
**limitations [1]**   172/7
**limited [4]**   17/2 177/11
177/13 177/14
**limiting [1]**   231/13
**line [5]**   122/6 128/14 150/17
163/11 193/9
**lines [2]**   117/2 214/6
**link [2]**   182/22 200/18
**Linked [2]**   77/25 78/5
**list [12]**   3/13 3/16 3/18
3/18 3/22 80/5 109/8 109/11
131/5 131/19 163/2 176/9
**listed [1]**   9/25
**listen [18]**   26/1 27/22 28/12
28/16 28/19 28/23 29/7 30/10
33/25 35/17 40/6 46/7 46/8
50/23 64/18 66/14 66/25 74/8
**listener [2]**   11/23 198/19
**listening [2]**   40/14 142/4
**literally [1]**   188/13
**litigated [2]**   11/21 15/17
**little [26]**   17/25 23/12
24/12 36/20 37/11 45/12 48/7
49/14 78/24 87/10 94/21
100/1 109/3 138/21 149/13
149/21 153/22 181/7 189/11
205/3 207/18 213/10 216/6
216/22 226/16 232/14
**live [36]**   33/2 37/8 40/18
40/18 40/19 41/25 45/10
46/24 48/19 52/15 55/6 55/15
56/4 56/17 57/1 58/9 60/23
62/9 63/5 67/7 71/9 72/18
73/17 86/11 86/19 87/5 88/19
92/3 92/12 94/17 96/22 99/16
101/13 104/4 181/19 217/21
**lived [31]**   28/2 37/8 47/17
48/1 48/20 50/2 51/12 60/24
62/17 63/5 64/12 65/2 70/2
72/18 84/13 87/2 88/20 90/15
91/9 93/18 93/24 94/17 96/11
97/17 98/16 106/10 106/10
207/15 217/1 220/1 220/6
**livelihood [1]**   150/17
**liver [1]**   43/9
**lives [10]**   27/17 28/2 47/3
83/8 87/4 92/17 92/21 96/14
186/20 228/3
**living [5]**   42/16 57/18 68/23
86/12 220/11
**loan [1]**   90/15
**local [5]**   60/22 76/22 83/7
93/17 199/23
**location [4]**   33/24 52/19
181/18 217/15
**Lockheed [1]**   63/9
**Lockheed-Martin [1]**   63/9
**logging [1]**   195/21
**logs [1]**   196/25
**Loke [1]**   38/9
**long [35]**   9/2 16/20 39/22

**L**

**long... [32]**   52/25 53/16
53/17 82/23 84/19 85/13
90/24 94/8 103/7 105/12
121/12 124/19 126/25 148/13
148/14 162/9 164/22 173/13
186/15 194/12 204/7 204/20
212/24 216/5 222/21 226/12
226/19 227/2 227/6 231/9
231/20 232/12
**longer [18]**   23/21 24/13
24/16 44/5 107/10 132/7
132/12 132/17 153/2 163/19
173/18 173/20 173/21 174/10
215/15 216/3 218/10 232/14
**look [17]**   5/23 16/15 108/12
124/4 124/6 125/6 129/2
156/12 164/12 209/19 209/22
209/24 212/25 213/24 219/10
224/5 224/11
**looked [3]**   78/4 209/10
217/10
**looking [6]**   48/24 139/18
161/18 200/16 210/6 229/2
**looks [2]**   5/21 192/23
**Los [2]**   71/10 71/13
**loses [1]**   206/15
**loss [1]**   67/21
**lot [20]**   7/15 12/18 13/18
66/2 73/25 74/1 77/14 83/11
91/10 92/15 95/11 96/15
111/24 135/23 145/16 148/3
154/10 154/13 206/8 227/16
**lots [4]**   93/25 94/7 106/16
145/8
**loud [4]**   51/8 51/9 110/5
224/11
**louder [3]**   48/18 71/1 71/2
**love [3]**   51/14 51/14 93/23
**lower [2]**   20/8 37/2
**lowered [1]**   113/1
**Loxahatchee [4]**   48/1 55/7
56/4 68/23
**luck [1]**   82/11
**lunch [20]**   24/17 24/18 78/23
78/24 79/2 80/16 81/1 81/1
82/23 83/1 83/1 107/16
107/18 107/19 108/24 109/4
127/21 155/15 156/13 163/17
**luncheon [1]**   130/17

**M**

**ma'am [21]**   40/7 40/10 40/11
40/17 40/25 41/1 43/25 44/4
45/5 60/6 67/2 76/21 84/1
103/6 132/4 138/16 172/19
224/21 230/11 230/20 231/4
**made [32]**   6/5 14/2 31/12
31/18 61/8 64/4 64/5 64/7
64/8 72/1 78/5 80/4 102/17
108/2 113/8 122/21 126/6
126/7 126/9 129/24 140/1
144/20 172/7 180/23 183/16
190/24 192/11 192/12 216/11
220/25 225/20 230/2
**MAGA [1]**   120/7
**mail [2]**   191/14 225/6

**main [1]**   177/14
**Maine [1]**   106/22
**mainly [2]**   106/7 128/14
**maintain [3]**   161/14 172/6
213/7
**maintains [1]**   161/4
**majority [1]**   116/9
**make [67]**   3/23 7/11 7/14 8/9
10/16 13/21 14/6 20/5 20/7
23/13 24/23 29/13 31/14
31/17 38/2 42/11 45/24 46/15
50/5 54/17 55/1 77/19 78/8
81/25 88/4 97/11 100/13
103/21 112/5 118/1 118/21
120/9 122/7 126/3 128/2
128/5 128/8 128/10 128/23
129/5 132/2 134/20 135/8
136/6 136/7 146/10 149/15
150/4 154/14 155/22 156/5
156/20 157/14 157/24 161/21
164/14 179/8 179/10 204/4
207/12 209/15 225/7 226/18
228/21 229/20 229/21 230/9
**makes [5]**   51/3 85/22 121/4
176/3 213/23
**makeup [1]**   50/6
**making [9]**   26/5 33/5 44/14
44/14 107/11 139/16 139/16
184/13 226/18
**mall [2]**   39/13 39/14
**manage [1]**   54/6
**manageable [1]**   53/24
**managed [1]**   145/14
**management [1]**   93/23
**manager [14]**   37/9 55/6 56/6
67/21 68/23 69/9 69/10 71/8
72/17 83/10 91/8 102/1
220/10 220/12
**maneuver [1]**   154/1
**manner [5]**   9/3 15/4 37/21
67/1 177/22
**many [26]**   4/5 4/16 4/16
15/11 18/12 23/17 27/17 42/7
50/11 50/14 50/20 53/25
61/10 87/10 87/16 87/18
101/4 108/5 108/5 113/22
116/15 125/9 147/5 149/17
175/19 196/2
**maps [1]**   33/22
**march [1]**   187/20
**marital [3]**   94/18 98/16
98/17
**MARK [5]**   1/14 3/7 20/23 22/9
180/18
**marked [3]**   201/12 224/3
224/20
**marketer [3]**   47/16 117/18
138/19
**marketing [4]**   62/9 65/1 65/2
129/20
**married [39]**   37/9 42/1 45/11
46/25 47/17 48/2 48/20 51/24
55/7 56/5 56/18 57/1 57/19
59/14 60/24 62/18 63/6 65/3
67/9 68/2 70/5 72/19 73/18
83/9 86/13 86/20 88/20 92/4
92/13 93/19 94/19 96/12
96/23 98/17 101/14 103/13

104/5 106/11 113/13
**martial [1]**   84/18
**Martin [1]**   63/9
**mask [14]**   20/8 37/2 48/17
94/13 94/14 99/9 99/10 113/1
149/9 150/9 150/14 150/16
150/19 151/1
**masked [2]**   88/9 149/18
**masks [7]**   112/22 149/16
149/22 149/25 150/1 150/23
151/23
**Massachusetts [1]**   96/14
**massage [1]**   48/3
**Master's [3]**   58/12 71/12
205/7
**mate [1]**   70/10
**material [1]**   214/25
**matter [24]**   3/2 8/11 20/18
31/22 38/16 42/25 65/9 71/20
84/17 84/22 97/24 99/20
103/5 106/19 180/1 183/5
184/2 185/14 198/18 205/13
206/18 206/25 223/17 233/3
**matters [7]**   19/18 30/21 31/1
31/3 31/15 77/22 129/25
**mature [1]**   28/1
**Max [1]**   149/14
**may [116]**   3/1 7/1 9/6 10/1
10/4 12/12 13/5 16/1 16/22
19/7 19/8 19/9 21/1 23/2
23/6 23/8 24/10 24/12 24/24
27/17 27/18 30/18 30/22 31/2
33/1 33/5 34/1 35/14 35/14
35/15 36/10 36/10 36/10
36/11 38/21 54/11 67/18
76/11 76/23 77/21 78/20
78/24 79/6 79/20 80/11 80/19
81/14 82/20 82/22 82/24 83/4
85/16 113/2 113/3 119/10
121/14 123/1 126/13 128/4
128/17 128/18 129/11 133/17
133/22 135/12 141/5 143/2
154/24 157/5 157/19 158/9
161/12 162/5 172/12 172/22
174/23 175/6 176/5 176/24
176/25 177/7 177/15 177/17
177/19 178/15 178/22 179/10
179/14 179/15 179/16 179/23
186/8 186/10 193/20 200/11
200/23 201/17 201/24 203/11
203/15 203/16 205/15 205/16
209/14 209/18 210/7 214/16
219/17 223/24 225/10 225/14
225/16 227/1 227/23 229/7
231/7
**maybe [28]**   24/18 30/15 30/16
37/15 43/14 49/8 53/13 54/17
69/2 116/23 123/14 130/7
130/9 137/13 151/5 155/18
165/2 188/8 191/22 211/13
216/25 220/18 222/22 222/22
225/25 228/4 230/3 231/9
**MBA [1]**   70/7
**me [124]**   5/24 6/2 10/23
10/25 18/14 19/17 20/1 20/17
20/23 21/2 21/3 22/6 25/18
30/4 32/3 33/17 35/24 37/25
38/21 38/24 39/11 41/1 41/2

**M**

**me... [101]**   41/13 43/10
43/16 45/16 49/3 50/4 51/1
51/3 52/18 53/3 53/9 54/5
54/20 54/20 55/25 60/4 63/11
67/12 71/1 71/22 72/8 72/12
72/23 73/13 74/4 77/5 81/21
82/3 83/18 84/12 84/24 85/4
85/5 87/4 89/7 89/16 90/6
91/13 91/18 92/17 95/8
100/12 101/10 101/23 102/2
102/13 103/11 105/22 107/5
107/17 108/4 112/25 113/22
114/4 115/18 116/19 118/5
118/11 119/5 121/7 125/6
125/11 130/25 131/8 131/14
134/17 138/13 138/25 140/6
141/12 142/8 143/1 144/13
144/22 146/10 147/9 149/13
150/9 151/3 151/4 151/8
153/14 154/4 156/4 160/2
164/20 165/12 171/21 180/8
180/10 184/9 190/8 190/13
190/14 191/3 209/17 210/15
217/21 218/14 221/22 229/25
**mean [9]**   12/16 104/18 107/10
132/7 142/14 172/24 192/18
200/12 206/15
**meaning [1]**   191/7
**means [8]**   34/5 34/9 34/14
89/14 117/19 132/13 177/8
215/4
**meant [7]**   103/12 130/7 130/9
144/22 192/13 193/3 193/5
**measures [1]**   15/8
**media [60]**   10/7 26/13 27/16
27/17 27/18 27/19 34/2 47/16
49/9 50/6 61/8 61/24 63/7
64/9 71/25 72/7 117/18
122/13 122/14 122/15 127/18
127/19 129/20 132/19 132/22
138/18 139/3 139/10 139/12
139/20 145/12 159/7 159/14
159/17 159/19 159/24 160/21
160/22 173/24 174/4 180/4
183/18 183/18 185/20 186/9
186/22 186/24 186/25 187/22
187/24 188/3 188/15 189/10
189/20 191/7 192/21 192/23
217/7 229/2 232/8
**media influencer [1]**   50/6
**medical [4]**   45/12 56/7 63/8
101/25
**medicine [2]**   47/19 104/25
**meditate [1]**   84/19
**meet [7]**   109/5 182/6 182/7
182/11 183/14 189/1 223/12
**meeting [5]**   100/16 100/17
100/21 160/10 216/25
**meetings [8]**   39/7 100/1
100/15 100/19 129/14 129/16
152/20 153/4
**megaphone [1]**   188/2
**Melanie [6]**   81/21 82/7 133/9
172/14 174/15 229/12
**member [13]**   33/19 38/16
39/10 42/24 43/1 44/18 62/22

72/25 83/25 85/8 99/21
102/14 132/21
**members [25]**   38/13 38/14
42/4 42/22 43/11 43/13 50/11
54/11 61/4 61/11 61/14 61/21
62/24 65/8 65/23 71/17 73/25
84/20 84/21 97/21 98/3
106/20 125/1 175/8 195/18
**memorialized [1]**   219/3
**memory [6]**   177/22 179/4
179/4 179/6 218/11 219/7
**mental [1]**   14/4
**mention [4]**   108/9 127/7
151/22 191/18
**mentioned [11]**   10/4 16/21
36/11 65/16 65/23 66/9 66/10
152/17 178/4 195/12 201/14
**mentioning [1]**   16/2
**merchandiser [1]**   87/1
**merchandising [3]**   99/15
100/7 152/19
**merely [2]**   25/19 163/4
**message [5]**   82/10 151/22
182/15 182/25 182/25
**messages [3]**   34/10 77/23
191/12
**met [2]**   32/11 138/23
**Miami [7]**   12/6 100/16 101/14
152/20 204/13 225/22 225/24
**Michael [2]**   181/16 218/2
**microphone [11]**   20/7 20/9
20/12 37/2 70/24 87/23 88/7
94/21 134/21 203/20 204/5
**mid [9]**   24/19 24/19 74/16
104/15 105/9 105/10 105/11
105/21 231/17
**mid-afternoon [1]**   24/19
**mid-morning [1]**   24/19
**middle [4]**   87/3 98/18 230/24
231/2
**might [35]**   6/15 31/21 37/6
37/22 37/24 41/10 42/10
49/14 49/15 54/9 57/6 61/17
69/16 69/19 72/5 78/10 80/2
97/12 130/12 135/22 145/2
146/5 185/1 186/8 189/13
207/7 215/21 218/17 218/18
218/18 220/23 226/16 228/10
228/16 230/13
**mike [1]**   97/12
**military [38]**   38/13 42/4
42/21 47/4 47/21 48/4 48/6
48/8 49/1 50/7 52/2 52/21
57/20 61/3 62/21 63/10 65/6
67/16 68/6 70/9 71/17 72/21
73/24 76/7 83/12 84/20 88/23
90/17 92/15 95/4 97/19 98/21
99/7 99/18 101/16 104/6
106/15 205/2
**MILITELLO [6]**   1/18 3/10 4/3
21/13 22/18 162/22 163/1
184/24
**Militello's [2]**   126/17
213/11
**mind [27]**   6/10 10/10 16/1
50/23 59/4 64/18 64/23 66/14
66/22 66/24 85/23 117/23
129/8 154/14 155/12 156/21

157/12 157/24 178/6 178/20
180/11 193/9 193/10 209/15
212/10 228/18 231/13
**minded [1]**   187/2
**mindful [3]**   6/24 108/6 216/4
**mine [3]**   8/7 150/1 164/24
**minimum [2]**   4/14 5/17
**ministerial [1]**   8/12
**ministry [1]**   58/12
**minor [2]**   68/4 97/22
**minute [8]**   16/22 79/19
126/13 163/20 165/3 181/21
203/11 222/22
**minutes [26]**   24/10 24/18
78/20 78/21 79/6 80/4 80/7
80/7 80/8 81/9 81/10 115/25
116/6 130/14 130/16 163/16
164/24 174/21 184/3 189/19
189/23 215/22 215/24 231/10
231/15 231/22
**misdemeanor [2]**   58/18 212/13
**misdemeanor in [1]**   212/13
**miss [7]**   75/3 75/6 75/7 82/5
82/6 100/2 112/2
**missed [1]**   128/3
**misses [1]**   129/16
**missing [1]**   162/5
**mistake [1]**   130/12
**mistaken [2]**   35/15 42/17
**mistrial [8]**   208/18 208/23
212/2 212/3 213/7 213/12
214/3 214/5
**mobile [2]**   9/14 42/20
**modern [1]**   187/25
**modify [1]**   82/22
**mom [6]**   62/19 70/23 71/7
95/10 95/13 112/16
**moment [19]**   8/8 17/19 28/18
73/13 79/8 81/16 84/11 92/24
118/24 129/11 132/24 154/12
156/12 160/7 169/18 208/8
210/5 214/16 225/15
**moments [5]**   9/10 9/11 183/1
184/24 223/1
**money [1]**   83/12
**monitor [2]**   196/19 200/20
**monitoring [1]**   196/20
**monitors [1]**   200/22
**month [1]**   9/14
**months [5]**   23/22 55/16 70/1
99/5 138/22
**moral [14]**   41/3 41/4 46/3
46/4 46/13 49/4 50/12 63/14
65/10 71/22 71/23 72/2 84/23
99/22
**more [51]**   3/24 10/17 13/13
14/6 18/19 24/10 25/2 26/17
53/12 61/20 61/22 61/24
63/23 75/22 77/9 88/14 107/2
109/3 115/11 116/10 121/22
125/17 127/3 127/22 136/2
138/21 144/1 145/1 148/6
148/9 153/8 155/7 156/12
156/18 156/25 175/11 178/9
181/7 182/4 184/5 184/5
184/5 188/7 212/19 212/20
213/11 216/6 217/7 228/9
230/22 231/12

## M

**morning [28]** 3/1 3/6 3/9 3/12 9/10 19/7 20/22 20/25 21/12 22/9 22/17 24/19 52/12 52/13 59/12 62/15 65/1 67/19 67/20 69/24 73/15 108/24 134/24 151/6 173/7 173/12 229/14 232/24
**mortgage [1]** 90/15
**most [11]** 30/6 30/14 31/4 38/9 46/2 69/6 69/6 84/14 145/5 213/16 228/25
**mostly [3]** 59/17 89/21 187/1
**mother [10]** 44/19 55/14 55/23 56/3 90/6 92/17 92/21 110/17 180/10 212/13
**mother-in-law [4]** 55/14 55/23 56/3 110/17
**motion [5]** 10/12 10/20 15/18 207/23 214/4
**motor [3]** 69/25 101/16 102/20
**mountain [1]** 76/5
**mouth [1]** 151/6
**move [7]** 18/5 25/1 149/5 154/22 169/20 208/18 213/2
**moved [4]** 14/22 67/25 87/2 222/1
**movement [1]** 120/7
**moves [1]** 201/7
**moving [5]** 18/8 18/10 45/8 146/24 152/6
**Mr [7]** 2/5 4/3 119/4 129/13 184/24 209/20 212/24
**Mrs [1]** 186/7
**Mrs. [9]** 185/19 186/2 186/12 186/17 187/24 188/18 188/20 190/8 193/4
**Mrs. Kaye [9]** 185/19 186/2 186/12 186/17 187/24 188/18 188/20 190/8 193/4
**Ms [25]** 2/3 8/14 11/4 11/10 11/17 11/22 12/5 15/24 115/24 118/14 126/16 127/12 128/17 156/22 156/25 157/3 157/21 162/15 162/22 163/1 182/2 183/12 184/24 213/11 232/9
**Ms. [58]** 3/10 4/3 4/3 4/6 4/9 9/7 10/6 10/8 10/24 12/8 12/14 12/16 14/7 17/9 19/19 20/1 22/24 25/20 26/24 27/8 119/12 120/6 122/25 123/8 156/8 157/8 181/3 181/10 181/14 181/17 181/25 182/19 184/12 185/1 185/12 205/15 207/2 211/17 212/16 212/20 213/15 215/5 215/9 216/20 217/1 217/13 217/18 219/25 221/5 221/17 221/19 222/11 222/12 224/15 224/25 225/6 225/20 232/13
**Ms. Darsch [1]** 9/7
**Ms. Kaye [46]** 3/10 4/3 4/6 4/9 10/6 10/8 10/24 12/8 12/14 14/7 17/9 26/24 27/8 119/12 120/6 122/25 156/8 181/3 181/10 181/14 181/25 182/19 184/12 185/1 185/12 205/15 207/2 211/17 212/16 212/20 213/15 215/5 215/9 216/20 217/1 217/13 217/18 219/25 221/5 221/17 221/19 222/12 224/15 224/25 225/6 225/20 232/13
**Ms. Kaye's [6]** 12/16 123/8 157/8 181/17 222/11 224/25
**Ms. Militello [1]** 4/3
**Ms. Pauline [1]** 20/1
**Ms. Richardson [2]** 19/19 22/24
**Ms. Suzanne [1]** 25/20
**much [90]** 21/1 23/2 37/4 41/22 42/12 44/5 45/6 47/23 48/13 48/18 49/22 51/5 51/21 52/10 52/20 54/2 55/4 56/2 56/22 57/15 58/6 58/13 59/10 60/19 62/6 62/13 63/2 67/3 67/17 68/21 69/22 71/16 72/11 73/13 75/22 77/4 77/8 79/6 84/10 86/7 86/16 86/24 88/15 90/12 91/6 91/25 92/8 93/15 94/11 96/10 96/19 97/8 98/7 98/24 99/13 101/11 103/25 106/2 108/13 114/13 132/6 133/6 134/11 138/8 138/24 139/9 140/15 142/21 144/7 146/18 149/2 151/14 154/19 160/6 160/17 163/19 174/11 181/18 184/21 192/5 201/19 203/15 207/13 212/18 212/20 215/15 218/10 218/13 218/20 227/1
**Muckbang [1]** 188/10
**multiple [4]** 12/2 12/3 12/19 17/3
**mundane [1]** 188/7
**music [5]** 86/14 96/25 189/11 189/12 189/13
**must [35]** 27/1 27/10 28/23 28/24 28/24 32/8 32/14 33/11 33/17 33/22 34/8 34/13 34/17 35/21 41/8 41/9 41/17 41/17 46/10 127/14 132/20 156/21 157/8 158/4 162/15 174/1 175/15 175/16 175/18 176/8 177/5 177/9 177/13 178/5 178/18
**my [255]**
**myself [6]** 71/11 90/21 108/2 117/15 141/4 221/19

## N

**name [23]** 5/5 5/22 19/11 20/23 21/13 22/4 22/9 22/17 100/25 172/13 172/14 180/18 183/7 188/10 188/11 191/18 193/8 194/2 194/2 194/4 203/21 203/21 203/23
**names [4]** 19/2 36/9 36/10 191/17
**napping [1]** 52/20
**nasally [1]** 151/6
**national [5]** 42/19 180/25 181/9 194/22 204/18
**native [1]** 71/16
**naturalist [1]** 71/16
**nature [19]** 6/19 12/4 16/11 16/20 17/8 28/15 60/9 64/1 75/8 78/12 96/4 161/24 198/23 199/3 199/11 199/11 199/18 200/5 206/9
**navigating [1]** 139/20
**NCIC [4]** 207/12 209/18 211/16 214/20
**NCIC's [1]** 209/23
**nearby [1]** 67/9
**nearly [1]** 193/1
**necessarily [4]** 108/16 128/21 152/3 230/16
**necessary [7]** 12/11 12/22 12/23 12/24 37/17 150/23 163/12
**need [60]** 6/21 9/6 9/8 9/21 13/24 15/19 17/24 17/24 17/25 22/13 24/15 24/21 28/19 29/9 31/13 32/6 37/3 37/4 38/2 41/8 41/14 44/15 46/9 53/13 70/25 77/9 92/20 104/20 105/16 105/23 105/24 123/16 124/1 128/21 128/23 131/19 132/6 132/13 133/14 135/24 136/3 141/6 159/8 164/16 164/17 164/20 171/21 173/18 173/21 173/21 175/9 184/20 190/4 193/15 193/16 201/19 206/19 208/5 215/20 232/9
**needed [8]** 78/11 95/16 95/17 105/21 132/12 152/13 214/6 216/6
**needs [11]** 5/5 5/14 44/13 55/20 60/1 60/11 80/3 89/14 197/4 197/7 230/22
**negate [1]** 124/1
**negative [2]** 100/5 100/6
**neighbor [3]** 58/21 90/3 90/5
**neighborhood [1]** 43/17
**neighbors [5]** 43/21 58/15 63/11 63/16 63/19
**neither [4]** 11/10 35/15 83/12 179/11
**nephew [6]** 69/1 72/21 73/5 76/7 76/10 86/15
**nephews [1]** 83/14
**networking [1]** 34/11
**never [22]** 23/17 28/5 38/18 45/17 50/11 50/12 61/5 61/6 62/23 62/23 88/23 88/24 89/2 89/8 93/5 95/4 97/19 97/23 143/16 150/14 150/15 159/13
**nevertheless [2]** 64/16 68/18
**new [8]** 47/3 61/7 67/11 73/19 74/16 95/3 207/18 223/5
**news [3]** 35/18 42/19 42/19
**newspapers [1]** 34/1
**next [31]** 24/1 45/21 55/21 58/15 58/17 59/25 79/13 82/24 87/11 88/13 93/3 93/12 105/21 109/22 110/5 110/13 110/19 110/25 111/8 111/15 111/20 112/6 138/10 140/17

**N**

**next... [7]**   144/9 179/9
203/16 206/20 230/6 230/7
231/18
**nice [4]**   108/24 133/7 174/11
229/16
**niece [1]**   86/15
**night [5]**   50/2 74/23 89/12
95/10 182/14
**nights [1]**   93/13
**NIH [1]**   73/20
**nine [1]**   229/14
**ninth [1]**   168/17
**nip [1]**   225/25
**no [354]**
**nobody [4]**   63/10 93/2 93/2
157/25
**nodding [1]**   20/13
**noise [1]**   81/18
**non [2]**   93/17 140/5
**non-issue [1]**   140/5
**non-profit [1]**   93/17
**none [12]**   8/24 42/4 51/13
74/1 84/21 94/1 99/18 151/8
177/17 212/8 213/1 213/6
**noon [1]**   78/21
**nos [2]**   70/12 94/4
**not [411]**
**not going [1]**   128/9
**note [5]**   29/13 128/2 155/22
178/25 213/13
**note-taking [1]**   178/25
**notebook [1]**   119/2
**notepads [1]**   174/16
**notes [12]**   7/10 124/22 125/6
147/20 156/13 163/18 178/22
178/23 179/2 179/3 179/4
217/20
**nothing [22]**   12/8 14/1 16/5
16/9 16/18 66/24 76/19 77/17
78/14 91/19 95/19 102/6
122/19 146/9 146/13 156/24
178/9 189/5 192/14 192/23
228/9 232/22
**notice [1]**   31/2
**noticed [2]**   113/1 217/20
**noticing [1]**   56/12
**notify [1]**   225/2
**notifying [1]**   123/2
**now [88]**   4/2 17/7 21/9 24/24
25/14 27/15 29/13 32/18 33/4
33/7 33/7 35/14 36/19 39/2
41/23 51/11 55/17 56/24 57/1
75/16 77/14 79/14 80/17
81/22 82/6 85/19 86/11 89/13
90/16 93/10 93/11 106/8
107/13 112/5 114/16 115/14
121/8 122/1 125/9 127/25
128/21 129/4 131/18 135/19
147/3 151/2 152/3 153/23
155/1 157/19 162/7 163/14
164/18 165/3 165/12 165/17
166/19 166/23 167/8 167/14
167/20 168/11 168/17 169/8
170/18 171/2 173/13 173/20
174/24 175/8 176/9 179/7
179/21 182/11 188/17 201/21
208/14 208/19 209/16 209/20
210/23 211/1 211/16 213/4
215/12 223/1 223/19 231/1
**now with [1]**   164/18
**NTOC [27]**   181/5 182/19
182/23 183/5 183/20 194/23
194/25 195/12 195/13 195/14
195/19 195/23 196/7 196/11
196/23 196/24 197/19 197/21
198/1 199/25 200/2 200/3
201/7 202/3 202/5 202/15
205/22
**number [315]**
**numbers [5]**   19/1 22/3 86/15
163/20 207/17
**numerous [1]**   76/21
**nurse [6]**   37/7 48/19 92/20
93/2 95/14 95/15
**nurses [1]**   44/7

**O**

**o'clock [6]**   80/13 82/1
106/25 107/15 109/1 229/15
**OAG [3]**   104/5 104/8 104/11
**oath [7]**   22/24 30/9 32/7
36/8 172/25 193/1 226/20
**object [9]**   113/6 120/20
121/16 147/4 151/25 152/10
176/24 198/15 202/24
**objecting [1]**   16/19
**objection [29]**   5/10 5/25
8/20 15/1 31/18 31/19 119/17
120/18 120/25 136/20 136/20
149/7 155/5 176/25 177/1
177/4 201/9 201/10 201/11
202/24 205/25 206/12 207/20
207/21 208/14 210/19 220/13
220/16 226/3
**objections [9]**   4/16 31/11
31/14 31/16 31/17 172/7
176/13 228/21 228/21
**objective [1]**   121/14
**obliged [1]**   182/10
**observation [1]**   91/21
**observed [3]**   107/22 182/24
183/20
**obvious [2]**   183/11 183/13
**obviously [7]**   11/20 79/15
88/24 146/2 147/24 151/18
208/12
**occasion [1]**   18/25
**occasions [2]**   83/21 215/11
**occupation [19]**   47/25 48/16
50/1 52/14 55/6 56/6 60/21
69/24 71/5 73/15 90/14 94/16
94/19 97/16 98/9 98/9 98/17
104/2 106/6
**occupational [2]**   59/13 61/2
**occupations [1]**   94/24
**occupied [1]**   45/9
**occur [1]**   152/4
**occurred [1]**   205/17
**off [12]**   5/19 5/20 5/23 9/19
41/4 49/15 51/17 108/14
122/19 150/2 187/21 216/15
**offend [4]**   116/17 116/22
186/8 186/10
**offended [5]**   120/9 121/4

158/13 158/16 158/19
**offense [1]**   29/23
**offensive [2]**   121/14 186/15
**offer [2]**   227/8 229/22
**offered [2]**   198/18 206/18
**offering [1]**   228/17
**offers [1]**   176/23
**office [25]**   1/15 1/19 55/6
100/17 104/10 197/4 197/5
197/8 197/11 198/7 198/10
198/11 199/14 199/14 199/18
202/8 202/12 205/14 205/20
206/5 206/10 206/20 207/12
217/9 221/10
**officer [7]**   13/9 70/11 70/14
75/25 124/16 137/25 195/10
**officers [7]**   16/3 19/23 51/4
63/12 92/16 99/19 124/17
**official [5]**   1/23 73/16
73/17 74/3 233/6
**officials [2]**   51/4 148/13
**offshoot [1]**   118/13
**often [3]**   5/8 30/18 186/19
**oh [4]**   162/5 227/24 228/10
228/16
**okay [217]**   5/15 9/2 11/12
15/21 16/4 21/20 21/24 29/19
38/24 39/10 39/22 39/24 40/8
41/6 41/22 43/10 43/16 44/10
45/8 45/22 46/19 47/2 47/7
47/10 47/14 47/14 48/13
48/25 49/3 49/10 49/18 49/22
50/6 51/10 51/18 51/21 52/5
53/20 55/2 55/3 55/15 56/2
56/12 56/22 56/25 57/10
57/15 57/25 58/6 59/10 60/4
61/10 62/6 62/6 63/2 64/7
64/11 64/25 65/16 67/3 67/17
68/9 68/21 69/4 69/8 72/11
72/23 73/5 73/9 74/14 74/21
75/8 75/10 76/10 78/9 80/11
81/24 85/4 85/13 85/23 86/16
86/24 87/14 87/16 87/18
88/15 89/18 89/20 90/7 90/20
90/22 91/1 91/6 91/6 91/15
92/8 92/8 92/21 93/16 94/7
94/16 95/13 96/4 96/9 96/19
97/8 97/8 98/7 98/15 98/24
100/4 100/15 101/8 101/11
101/21 102/13 103/11 103/17
103/23 103/25 104/13 104/17
104/21 107/6 109/16 109/24
110/4 110/12 112/3 115/14
117/16 120/2 120/17 122/3
124/11 125/19 129/1 129/18
131/17 132/1 133/17 134/9
134/11 134/16 135/4 136/10
136/14 136/15 136/21 137/9
138/5 138/8 138/12 140/15
141/3 141/17 141/21 142/8
143/18 143/23 145/16 146/1
147/24 148/8 148/12 148/18
149/2 149/8 149/9 152/11
153/12 154/16 154/19 155/11
156/10 156/10 159/8 159/16
159/21 160/6 163/14 165/5
165/6 165/16 166/18 170/2
170/25 171/9 172/13 174/14

**O**

**okay... [27]** 175/6 193/24
196/8 199/9 200/11 200/12
201/24 203/10 205/21 208/11
209/25 211/14 213/3 215/13
215/14 218/8 218/20 221/2
221/4 224/19 224/22 225/16
226/9 229/18 230/7 231/7
232/2
**old [21]** 11/2 47/3 48/21
58/25 68/3 68/5 73/19 73/20
86/21 89/18 90/6 92/17 92/21
93/21 93/22 93/22 101/15
112/16 186/17 189/21 191/13
**older [2]** 28/1 39/12
**oldest [3]** 89/10 91/12 94/25
**once [14]** 9/24 22/15 24/6
35/1 35/11 78/25 85/20 141/7
174/6 183/5 196/23 206/17
216/9 220/8
**one [123]** 3/22 7/15 7/20
7/24 9/15 9/22 11/21 18/19
19/2 19/23 26/14 29/3 29/9
29/14 29/25 35/2 38/25 45/23
47/13 48/4 48/7 49/1 51/16
52/17 52/18 53/14 61/1 61/1
61/17 63/8 65/3 66/1 66/1
66/13 67/10 68/3 70/6 70/7
71/12 71/13 73/13 73/21
73/24 75/22 77/12 78/17
79/19 80/4 81/16 82/1 83/9
84/11 86/21 89/3 92/5 96/13
97/13 98/19 101/6 101/15
106/5 106/13 109/14 109/22
110/5 110/13 110/19 110/25
111/8 111/15 111/20 112/6
112/8 114/17 117/11 118/24
120/9 121/8 122/10 123/22
125/21 126/16 126/21 128/12
129/13 133/9 139/6 142/1
149/10 151/23 152/16 152/23
155/1 155/25 157/14 160/21
164/8 164/9 170/19 170/25
182/5 184/13 189/16 189/18
189/22 190/23 192/12 194/21
196/5 197/17 198/3 199/9
199/18 207/18 208/8 210/4
211/5 214/16 217/10 217/13
220/5 224/8 226/22
**one's [2]** 122/5 138/1
**ones [6]** 45/12 50/22 80/18
130/23 155/13 227/14
**ones you [1]** 130/23
**ongoing [2]** 133/5 174/8
**online [19]** 26/5 73/23 86/21
122/9 140/1 144/25 159/25
160/3 181/1 182/22 183/21
184/13 189/23 195/20 195/22
196/8 197/23 205/14 205/22
**only [39]** 8/11 12/4 27/23
28/19 32/1 32/19 34/25 34/25
35/2 45/19 45/23 54/5 60/1
64/3 88/25 95/23 99/5 100/3
100/12 100/22 101/5 104/14
114/16 124/2 141/6 150/18
156/24 171/10 171/14 176/14
177/11 177/13 178/9 179/5

182/5 191/22 200/8 212/10
214/1
**oops [1]** 189/17
**open [12]** 4/16 6/17 12/21
30/18 50/23 64/18 66/14
102/19 211/25 215/6 227/12
232/18
**opening [20]** 8/15 8/22 9/4
16/9 17/8 17/14 17/25 26/18
36/19 116/13 127/8 164/23
165/2 176/11 179/8 179/10
179/11 179/22 184/25 215/5
**openings [1]** 9/21
**opens [1]** 213/24
**Operation [2]** 180/25 181/9
**operational [1]** 13/2
**operations [3]** 62/8 99/4
194/22
**opinion [7]** 28/4 36/1 36/1
36/2 46/14 68/16 175/22
**opinions [9]** 23/7 28/3 28/8
28/9 46/2 116/25 158/23
161/22 227/21
**opportunity [10]** 24/20 25/6
82/21 83/3 115/23 116/3
155/25 177/20 211/15 220/19
**oppose [1]** 212/2
**opposed [1]** 198/24
**opposite [2]** 15/10 122/15
**orally [1]** 220/25
**orchestrated [1]** 228/22
**order [7]** 13/23 31/13 32/23
58/17 123/4 177/7 229/8
**ordering [1]** 229/9
**orders [4]** 78/16 99/16 100/9
145/11
**Ordinarily [1]** 16/25
**organization [1]** 190/20
**organizations [2]** 38/12 39/6
**organized [1]** 3/24
**original [1]** 18/24
**originally [2]** 59/25 117/6
**Orlando [5]** 38/22 40/18
40/19 63/9 74/18
**orthopedics [1]** 101/24
**other [94]** 6/24 7/21 8/11
11/17 13/19 29/14 29/14
29/20 29/20 30/25 33/21
33/23 33/24 34/2 34/5 34/9
35/22 35/24 46/14 48/9 53/4
60/8 61/17 62/1 63/8 63/18
66/16 67/12 68/4 69/19 71/13
72/3 74/9 76/25 77/21 83/4
83/11 85/23 87/11 90/9 93/1
101/8 101/9 105/14 107/18
114/17 115/11 117/21 122/9
124/17 125/17 126/1 130/22
132/10 133/1 135/17 142/16
145/8 145/10 150/12 151/20
151/22 152/24 159/10 160/1
160/4 160/9 160/25 161/11
162/2 173/19 173/23 174/9
176/23 177/14 177/24 178/1
179/1 185/22 186/9 187/21
188/14 189/4 192/3 192/22
202/17 205/2 216/24 221/10
222/7 225/25 226/24 227/23
230/13

**other either [1]** 205/2
**others [9]** 28/1 34/4 76/23
77/1 117/12 125/7 125/20
187/11 187/19
**otherwise [6]** 34/17 44/10
60/13 92/22 155/23 156/2
**our [90]** 3/11 9/15 9/17 10/3
12/22 18/18 19/19 19/23
20/13 21/13 24/6 28/7 32/22
34/23 35/4 35/8 35/17 36/4
37/25 37/25 54/17 58/15
59/16 79/4 80/23 87/18 88/1
89/5 94/3 94/13 108/5 109/12
121/17 131/16 132/21 137/1
140/17 143/24 145/12 145/13
145/14 153/17 155/11 156/12
161/4 162/10 164/3 164/4
164/12 164/12 164/19 164/20
165/17 165/23 166/14 166/18
166/23 167/3 167/3 167/8
167/14 167/20 167/25 168/6
168/11 168/17 168/22 169/3
169/8 169/15 169/22 170/9
170/16 170/16 170/18 170/25
171/16 172/1 172/1 180/19
193/18 210/4 213/7 215/14
226/17 227/2 229/18 232/8
232/11 232/12
**out [77]** 4/11 5/12 5/13 7/1
9/5 9/17 11/14 11/14 19/18
19/20 24/11 50/17 51/16
53/14 55/18 56/5 59/19 59/20
60/9 70/8 77/12 77/23 78/11
81/18 83/3 84/18 88/22 91/10
99/5 99/25 100/13 101/24
120/11 122/16 130/23 133/1
139/17 145/24 146/14 152/13
153/1 153/3 153/17 154/1
155/24 157/1 160/15 178/11
180/10 181/12 181/14 181/20
182/10 182/21 190/2 197/4
197/5 197/11 199/6 202/11
202/13 202/15 204/13 207/2
207/10 208/22 213/12 216/19
217/6 218/12 218/22 218/25
219/4 220/20 220/24 224/11
225/24
**out-of-court [3]** 199/6
220/20 220/24
**outcome [2]** 107/11 177/23
**outdoor [1]** 62/20
**outdoors [1]** 71/15
**outlet [1]** 186/22
**outline [1]** 179/8
**outlined [5]** 46/6 54/19
105/15 120/1 132/18
**outset [3]** 23/17 115/3
161/13
**outside [13]** 6/23 7/21 12/17
16/10 36/2 108/19 132/20
133/2 160/7 160/12 175/24
197/10 227/10
**outspoken [1]** 188/16
**outtake [1]** 193/4
**outtakes [1]** 189/17
**over [47]** 4/9 4/21 6/1 6/7
18/15 18/23 19/12 24/18 25/1
36/22 36/24 39/1 48/19 69/3

**O**

**over... [33]**   72/7 80/5 80/14
81/18 86/11 88/2 88/8 89/17
93/3 96/12 115/18 118/21
127/11 127/21 128/2 129/4
129/4 133/21 138/13 142/4
143/2 144/13 153/14 156/13
156/18 163/14 164/17 179/21
184/4 195/24 202/17 205/3
220/2
**overheard [1]**   229/3
**overrule [1]**   176/25
**oversee [2]**   228/19 228/20
**overwhelmingly [1]**   213/15
**own [13]**   32/2 54/1 101/9
102/1 106/6 106/12 159/5
179/4 186/21 190/5 192/10
192/11 193/8
**owned [1]**   192/9
**owns [1]**   106/12

**P**

**p.m [1]**   189/3
**padded [1]**   25/1
**pads [1]**   42/20
**page [10]**   2/3 2/5 2/9 2/9
182/21 188/10 191/9 191/9
191/10 217/10
**pages [1]**   217/11
**painful [3]**   53/1 53/17 53/18
**paint [1]**   52/2
**PALM [42]**   1/2 1/7 1/21 1/24
38/9 38/10 40/21 42/16 46/24
51/24 52/16 53/22 59/14
62/17 67/8 70/3 72/18 76/3
88/19 90/15 91/9 93/18 94/17
97/2 97/17 98/14 98/16 99/2
104/4 106/10 181/8 181/10
183/6 198/12 199/23 202/6
202/8 203/4 204/14 205/14
205/18 206/5
**pandemic [1]**   65/5
**Pandora's [1]**   213/24
**panel [13]**   8/3 16/8 23/1
166/14 167/3 167/25 168/6
169/3 169/15 169/22 170/9
170/17 173/11
**paper [2]**   30/16 36/21
**parents [2]**   42/24 58/23
**parents' [1]**   40/23
**park [2]**   188/1 229/12
**parking [1]**   12/18
**Parkinson's [1]**   55/14
**parody [4]**   189/7 190/6 191/1
192/15
**part [28]**   22/22 25/5 26/14
26/20 31/7 38/12 39/6 54/7
54/23 55/13 58/12 59/23
60/14 100/20 117/7 120/21
126/24 135/1 135/1 173/14
177/17 180/9 194/17 196/17
200/17 204/20 220/17 230/25
**partial [1]**   131/24
**participate [3]**   25/6 36/20
174/10
**participation [6]**   133/5
173/5 173/6 173/10 173/15

173/19
**particular [5]**   7/17 161/1
204/11 205/22 212/16
**particularly [3]**   87/21 161/5
213/19
**parties [24]**   5/2 6/4 9/2
30/22 35/25 60/17 108/10
109/4 116/6 118/11 118/18
146/23 159/3 160/15 161/21
163/12 173/16 212/22 212/25
214/6 216/6 227/4 228/19
229/2
**parties' [4]**   20/15 121/18
149/4 154/21
**party [4]**   35/15 122/23
123/16 123/23
**passed [3]**   68/24 87/23
102/24
**past [15]**   45/10 45/11 51/3
58/9 67/9 70/3 73/18 82/25
83/12 85/15 85/19 85/20
99/16 106/7 135/19
**patience [3]**   156/18 216/3
227/7
**patient [4]**   77/6 77/10
101/24 107/8
**patriot [4]**   180/12 187/3
189/24 191/19
**Paul [6]**   3/14 11/15 36/13
183/7 183/7 207/1
**Pauline [6]**   1/23 18/2 20/1
20/2 20/2 233/6
**Pause [4]**   17/21 18/4 210/2
211/11
**pauses [1]**   190/1
**pay [1]**   31/16
**payment [1]**   33/15
**PB [1]**   204/13
**peers [1]**   123/9
**penalty [1]**   5/21
**pending [1]**   189/5
**people [59]**   22/23 33/2 33/6
34/19 42/20 43/17 44/7 44/17
53/25 54/3 64/9 67/13 70/25
78/1 78/13 83/4 87/10 87/16
87/18 88/8 88/14 100/22
101/6 105/16 106/8 107/25
108/17 109/8 116/17 119/24
121/13 122/13 122/15 123/14
123/15 124/18 124/21 124/24
127/9 145/10 145/23 145/24
150/15 152/21 152/23 160/1
175/24 181/4 181/13 182/3
185/22 187/5 187/13 187/20
187/20 187/20 187/21 188/12
228/3
**people's [1]**   122/21
**peppers [1]**   188/14
**per [2]**   145/11 196/2
**percent [4]**   69/2 69/4 119/8
142/2
**peremptory [14]**   18/20 164/7
165/17 166/4 166/13 167/2
167/24 168/5 169/2 169/14
169/21 170/3 170/9 170/19
**perfect [2]**   20/15 150/12
**perfectionist [1]**   20/14
**performance [3]**   43/5 72/6

189/15
**performative [1]**   190/3
**perhaps [4]**   44/22 49/15
113/7 227/21
**period [4]**   16/19 43/17
132/15 135/18
**permissible [3]**   60/7 78/6
162/7
**permission [1]**   8/25
**permit [5]**   34/23 34/24 35/4
116/3 192/11
**permits [1]**   16/8
**permitted [8]**   31/20 31/22
33/8 33/9 77/20 78/6 174/3
176/24
**persecuted [1]**   187/10
**persecuting [1]**   190/18
**person [22]**   11/1 14/6 26/11
33/15 33/18 38/18 42/1 64/3
64/7 64/9 71/15 95/23 135/17
145/3 145/4 145/4 145/14
145/23 146/2 183/14 185/11
196/10
**personal [11]**   12/17 19/2
23/11 27/19 27/20 32/23
43/20 86/10 105/16 127/19
145/13
**personally [1]**   135/21
**personnel [1]**   12/3
**persons [7]**   22/6 74/12 78/11
93/1 120/14 122/23 125/13
**pertains [1]**   31/25
**pertinent [1]**   78/12
**phase [2]**   149/18 149/18
**phone [27]**   33/6 54/18 55/1
60/12 77/19 78/8 81/25
181/20 181/21 188/22 190/15
195/19 196/19 207/17 217/22
221/6 221/7 221/8 221/9
221/12 221/14 221/16 222/18
223/21 224/24 225/10 229/4
**phones [1]**   77/21
**phrases [2]**   35/23 121/8
**physical [13]**   38/19 42/9
43/3 45/18 52/24 72/5 85/1
89/8 92/19 93/1 99/24 101/13
101/24
**physicians [1]**   44/7
**pick [5]**   54/20 90/2 109/13
216/14 227/7
**picking [1]**   228/25
**piece [3]**   30/16 36/21 176/6
**pieces [1]**   232/12
**Pierce [1]**   1/24
**pilot [1]**   92/13
**pinch [1]**   90/9
**Pittsburgh [1]**   194/17
**place [15]**   15/11 33/20 33/22
35/8 35/9 35/12 40/20 52/15
87/10 119/11 157/20 185/10
222/11 223/2 225/21
**placed [1]**   105/14
**placement [1]**   69/25
**places [2]**   149/17 193/5
**placing [1]**   74/10
**Plaintiff [2]**   1/5 1/14
**plan [6]**   3/23 10/15 13/2
13/20 116/12 232/16

**P**

**planning [1]** 44/10
**plans [1]** 227/11
**platform [3]** 139/10 186/24 187/24
**platforms [5]** 26/13 139/4 139/6 139/21 189/10
**play [5]** 51/14 68/6 96/15 117/7 134/25
**played [1]** 202/1
**playing [1]** 44/11
**plea [1]** 102/17
**pleadings [2]** 10/5 15/17
**pleasant [2]** 222/20 229/10
**please [42]** 20/21 21/11 21/17 21/25 22/5 22/24 23/9 27/6 27/14 29/8 36/14 41/23 42/13 47/15 47/24 48/15 49/7 94/13 108/6 108/21 134/14 142/23 144/10 157/17 158/8 158/16 160/12 169/18 172/13 172/18 174/7 178/23 179/23 194/3 194/14 194/19 195/7 195/13 195/17 196/6 198/13 203/22
**pled [1]** 50/17
**plenty [1]** 182/7
**plexiglass [2]** 149/20 149/24
**plus [3]** 38/11 52/16 52/22
**pneumonia [1]** 55/18
**point [29]** 7/5 7/20 9/10 12/16 16/4 75/12 83/2 113/10 114/24 118/3 127/15 149/22 152/10 152/12 157/11 161/19 163/3 164/17 172/10 172/23 173/5 178/20 189/4 207/18 209/1 213/8 229/24 232/4 232/6
**pointing [2]** 21/9 30/8
**points [1]** 227/17
**police [12]** 13/9 51/4 63/12 65/7 65/15 65/19 70/10 70/14 121/8 121/21 128/15 195/10
**polite [1]** 190/25
**political [20]** 120/4 120/8 120/10 120/14 120/14 120/23 121/10 122/22 122/23 123/6 123/16 123/19 124/1 128/13 128/25 159/4 159/5 162/1 185/6 187/5
**politically [1]** 122/16
**politicians [1]** 187/7
**politics [7]** 122/21 135/15 135/23 136/1 186/10 187/17 187/25
**poll [1]** 188/4
**pool [6]** 6/25 7/5 50/2 132/22 165/17 167/3
**portion [3]** 116/13 133/8 225/19
**pose [2]** 75/5 150/4
**posed [2]** 63/17 203/4
**position [9]** 16/17 52/25 100/8 105/20 118/20 120/20 148/17 149/4 154/21
**positions [1]** 121/19
**possess [1]** 23/8

**possession [1]** 43/20
**possible [4]** 4/14 69/10 78/9 156/9
**Possibly [3]** 9/12 54/10 54/13
**post [2]** 192/19 193/5
**posted [26]** 10/6 10/9 10/10 11/7 11/9 24/14 26/12 180/4 182/20 182/24 183/21 183/24 184/2 186/10 186/18 188/4 188/4 188/5 188/7 189/16 189/18 191/3 191/4 191/10 191/25 192/19
**posting [2]** 34/14 184/15
**postings [1]** 184/1
**posts [4]** 187/5 189/7 189/23 193/4
**potential [2]** 36/9 163/2
**powers [2]** 229/6
**practically [1]** 151/21
**practice [5]** 65/25 66/3 73/9 89/20 89/23
**precautionary [1]** 15/8
**preclude [2]** 71/22 84/24
**precluded [1]** 28/4
**prefer [2]** 19/3 75/7
**preference [1]** 4/10
**prejudice [1]** 177/23
**prejudicial [4]** 10/17 10/23 12/8 13/13
**preliminary [6]** 127/5 129/3 164/22 174/17 175/10 201/15
**premature [2]** 35/6 35/7
**prematurely [1]** 227/20
**premises [2]** 33/20 33/21
**preoccupy [1]** 95/20
**prep [1]** 209/1
**prepaid [5]** 48/11 75/12 107/1 113/17 114/5
**preparation [2]** 216/25 217/8
**prepare [2]** 207/9 216/19
**prepared [6]** 3/22 8/3 12/9 16/2 115/10 120/21
**prepped [1]** 230/16
**presence [3]** 6/24 7/21 32/16
**present [20]** 10/8 26/18 38/13 38/23 83/12 99/18 106/15 119/13 154/3 154/14 154/24 157/4 157/22 178/14 179/13 179/15 179/17 188/21 217/15 230/2
**presentation [3]** 108/21 154/25 158/12
**presented [10]** 27/23 28/17 28/18 32/16 35/22 57/7 69/12 155/18 175/18 214/18
**presenting [1]** 9/3
**preserve [2]** 108/7 123/17
**president [4]** 62/15 84/13 187/9 188/5
**presiding [1]** 19/12
**pressed [1]** 223/17
**presume [6]** 118/16 119/23 127/25 133/13 156/8 172/25
**presumed [5]** 129/2 156/22 158/2 178/7 209/3
**presumes [3]** 26/24 27/8 127/12

**presuming [1]** 215/5
**presumption [1]** 127/24
**pretrial [2]** 10/16 11/21
**pretty [10]** 37/4 52/24 54/2 138/24 139/3 139/20 145/22 181/18 207/13 228/15
**prevent [1]** 46/5
**prevention [1]** 67/21
**preview [1]** 8/22
**previous [1]** 154/10
**previously [8]** 43/3 50/13 65/11 72/4 111/8 116/9 172/7 195/12
**primarily [1]** 194/18
**primary [6]** 28/9 44/18 89/11 89/14 89/25 186/24
**principles [2]** 116/10 175/9
**printout [4]** 209/17 209/23 210/11 211/16
**prior [38]** 8/25 12/5 42/21 46/22 48/5 56/20 58/10 62/9 62/20 65/12 67/22 67/25 68/6 70/1 70/9 70/23 71/6 71/7 71/9 71/10 71/16 73/24 76/7 84/20 92/11 98/9 98/20 99/17 104/6 106/15 190/7 194/19 194/21 195/7 195/9 197/13 205/1 217/6
**priority [2]** 100/10 202/17
**prison [2]** 102/17 103/2
**private [7]** 67/24 68/10 75/11 89/22 93/6 93/7 93/8
**privilege [2]** 21/14 29/4
**probably [16]** 5/13 12/19 61/22 69/15 77/14 79/20 85/19 101/20 103/11 103/19 145/9 147/22 193/5 205/22 212/5 225/15
**probative [2]** 10/18 13/13
**problem [14]** 7/19 18/1 56/24 60/18 71/3 78/16 82/4 95/11 112/24 150/5 150/23 150/24 188/23 208/14
**problematic [1]** 229/5
**problems [3]** 45/18 77/3 191/24
**procedure [1]** 219/16
**procedures [1]** 15/11
**proceed [5]** 19/3 37/20 67/18 200/24 226/25
**proceeding [3]** 20/16 58/22 133/5
**proceedings [11]** 1/10 50/20 58/23 81/23 208/10 210/1 210/9 211/2 225/17 226/10 233/3
**process [11]** 25/7 32/19 78/22 78/23 107/10 108/8 134/25 135/8 155/3 173/13 173/14
**produce [3]** 26/25 27/10 127/13
**production [3]** 29/22 30/4 32/12
**products [3]** 100/10 139/1 152/20
**profanity [15]** 8/14 8/17 116/14 116/21 117/22 158/9

## P

**profanity...** [9]  158/12
158/14 158/17 158/20 158/24
162/1 162/1 162/4 184/5
**profession** [2]  69/8 117/19
**professional** [2]  52/1 68/17
**professor** [2]  67/23 68/10
**proffer** [3]  7/8 8/1 161/16
**profiles** [2]  183/18 183/19
**profit** [1]  93/17
**program** [1]  33/23
**prohibit** [1]  154/7
**prohibition** [1]  17/14
**project** [2]  71/7 93/23
**promise** [1]  36/8
**promised** [1]  35/2
**prompted** [2]  199/4 199/8
**promptly** [1]  33/17
**pronounce** [1]  22/23
**proof** [14]  25/23 29/21 127/4
128/1 129/2 156/25 157/2
157/12 158/3 178/10 178/12
178/21 181/25 221/22
**proper** [1]  130/25
**property** [4]  12/17 76/18
88/25 89/21
**propose** [2]  114/9 123/11
**proposed** [2]  6/13 120/21
**proposing** [1]  162/22
**proposition** [2]  27/8 117/21
**prosecuting** [2]  143/12
147/25
**prosecution** [2]  13/9 50/18
**prospective** [5]  18/6 33/7
33/8 38/1 97/16
**protect** [4]  123/7 123/8
193/16 193/17
**protected** [11]  121/9 121/22
126/20 126/23 128/25 146/13
161/7 161/12 162/9 162/14
185/6
**protection** [3]  122/24 123/3
186/4
**protections** [1]  186/13
**protects** [3]  121/6 137/11
186/14
**protest** [1]  187/20
**prove** [13]  26/25 27/1 27/9
27/11 29/22 30/3 127/13
127/14 157/3 157/8 158/4
178/13 178/18
**proved** [2]  135/9 136/7
**proven** [3]  156/23 158/2
178/7
**proverbially** [1]  51/11
**proves** [2]  175/23 176/2
**provide** [7]  12/10 12/23
27/24 30/9 34/13 220/19
223/5
**provided** [5]  71/25 128/11
181/3 201/18 222/14
**province** [2]  31/15 31/23
**proving** [1]  32/11
**proximity** [1]  88/10
**prudent** [1]  80/15
**pry** [1]  23/10
**psychologist** [1]  88/18

**public** [8]  13/19 14/2 42/1
106/7 139/16 181/6 195/16
197/2
**publicly** [2]  13/25 183/18
**published** [2]  201/21 201/24
**Publix** [1]  51/10
**Puerto** [2]  67/23 68/10
**pull** [2]  28/5 119/4
**pulled** [1]  173/7
**purpose** [8]  10/2 17/2 23/4
156/5 177/11 177/13 177/14
207/5
**purposes** [4]  200/8 200/10
202/7 224/4
**pursuant** [1]  214/25
**pursue** [1]  79/24
**push** [1]  100/21
**pushed** [4]  81/1 100/19
152/21 153/4
**put** [16]  15/11 39/19 49/18
50/18 50/22 50/25 55/16 62/3
66/23 66/25 81/18 85/25
125/23 145/24 157/6 178/16
**putting** [4]  8/8 108/23
211/12 214/22
**puzzles** [1]  90/17

## Q

**qualified** [1]  35/3
**qualify** [1]  127/1
**Quantico** [2]  195/2 204/25
**quarter** [2]  107/9 232/17
**question** [46]  7/1 7/15 16/7
16/24 31/20 35/10 41/1 41/19
43/6 46/4 49/2 61/17 62/1
63/17 76/23 120/13 120/19
120/25 123/10 125/13 126/21
129/14 136/19 137/15 141/5
160/1 162/11 176/16 176/18
176/22 176/25 177/2 177/4
177/5 200/4 200/4 203/3
211/10 212/23 220/22 220/23
228/11 228/12 228/12 228/13
230/23
**questioned** [2]  6/22 117/8
**questioning** [8]  6/17 8/5
16/9 80/15 136/18 155/23
159/22 219/11
**questionnaire** [2]  4/19
182/22
**questions** [125]  4/21 6/5 6/7
6/8 6/10 6/12 6/14 6/14 6/16
6/17 6/19 6/23 7/4 7/6 7/9
7/19 7/19 7/21 7/25 8/1 8/7
8/10 16/7 20/13 23/9 36/22
37/1 37/3 37/4 37/10 37/12
37/14 37/15 37/18 37/19
37/23 37/24 45/15 57/4 59/17
69/15 69/16 72/3 72/12 77/8
77/8 79/21 79/23 79/24 80/19
80/20 80/23 108/3 109/9
115/21 116/8 117/5 118/4
118/6 118/9 126/20 127/7
127/9 127/20 130/24 131/4
131/7 131/11 131/14 132/8
133/13 133/20 133/22 133/25
134/2 134/17 134/21 137/17
138/6 138/13 140/12 140/14

140/20 140/23 141/1 142/9
142/9 142/12 143/1 143/2
144/5 144/13 144/14 146/17
147/14 147/14 149/1 151/7
151/10 152/15 153/13 154/17
155/15 155/20 156/3 159/23
160/2 160/8 160/9 160/19
160/25 161/2 161/16 161/25
162/22 173/16 176/13 176/14
198/3 199/10 203/8 203/13
220/18 230/13 230/14
**quick** [1]  225/16
**quickly** [3]  81/17 81/19
228/15
**quite** [8]  27/20 56/13 71/18
83/15 91/15 148/14 152/23
173/3
**quote** [8]  26/15 26/16 26/20
26/21 116/13 126/7 189/24
193/2
**quotes** [1]  163/8
**quoting** [1]  8/19

## R

**RA** [1]  204/14
**Rabbi** [1]  73/19
**race** [1]  123/1
**radio** [1]  34/2
**rage** [1]  184/5
**raided** [1]  50/15
**railing** [1]  184/7
**raise** [17]  21/4 21/6 21/8
21/17 22/13 22/13 22/20
24/22 27/6 27/14 29/8 36/14
127/9 157/17 158/8 158/16
159/19
**raised** [7]  16/11 29/9 71/11
86/20 114/17 159/13 159/20
**raising** [2]  79/3 156/1
**ran** [1]  213/3
**range** [1]  134/5
**rap** [1]  128/14
**rape** [1]  63/14
**raped** [2]  126/8 144/19
**rather** [6]  7/16 22/4 24/11
79/22 80/17 182/8
**Raton** [11]  46/24 65/2 68/2
71/10 73/18 84/14 87/2 88/19
96/13 222/2 223/8
**ray** [1]  95/17
**reach** [14]  46/12 47/10 55/12
58/2 82/15 82/18 83/3 85/1
96/17 101/19 141/12 175/15
181/14 182/10
**reached** [6]  42/7 83/16 84/4
94/5 103/9 181/19
**reaching** [7]  142/17 177/15
207/2 207/10 216/19 217/6
218/11
**reaction** [1]  14/18
**read** [24]  5/1 25/24 32/1
32/4 32/18 33/25 35/17 36/9
37/3 69/12 118/13 118/19
119/7 119/20 120/22 130/7
137/9 156/4 156/6 158/8
163/20 164/22 174/17 224/11
**reading** [6]  42/3 42/19 92/6
119/17 156/3 156/5

## R

**ready [8]**   17/23 80/22 80/23 81/11 108/25 156/14 211/6 229/14
**real [6]**   18/2 46/21 89/21 180/6 190/15 190/24
**realistic [1]**   23/18
**reality [1]**   208/17
**realize [1]**   230/14
**realized [3]**   10/1 189/17 226/11
**really [18]**   7/14 25/4 28/10 29/3 54/23 69/7 78/17 87/12 90/8 100/2 135/15 148/15 173/12 189/7 213/20 213/22 214/1 232/1
**realtor [1]**   92/4
**reason [17]**   32/7 42/10 53/4 85/2 109/20 114/10 121/20 143/14 158/10 173/1 173/2 193/6 193/7 209/6 220/5 221/24 227/3
**reasonable [14]**   11/1 27/2 27/12 29/23 32/13 127/15 135/10 136/9 157/9 157/12 158/5 178/19 185/11 212/18
**reasonableness [1]**   177/25
**reasons [2]**   183/12 183/13
**recall [8]**   10/4 218/11 218/15 218/16 218/20 218/25 219/2 223/21
**receive [7]**   196/13 197/12 197/19 197/21 199/25 200/2 204/23
**received [22]**   2/8 176/22 177/1 177/3 180/25 181/5 183/8 183/9 197/22 198/1 198/4 198/20 200/3 201/8 202/3 202/12 202/13 202/15 205/14 205/22 221/9 227/18
**receives [1]**   182/19
**receiving [1]**   202/5
**recent [1]**   212/6
**recently [13]**   55/16 61/23 63/17 65/9 65/12 66/10 66/20 67/25 87/2 92/18 106/17 112/17 143/19
**recess [8]**   78/20 80/10 130/17 130/18 164/16 165/4 174/15 175/4
**recessed [1]**   232/25
**recognize [4]**   25/4 27/25 117/9 230/1
**recognizing [2]**   64/11 88/9
**recollection [2]**   59/4 224/13
**reconvened [1]**   130/18
**record [25]**   3/5 7/23 8/2 9/19 20/4 20/15 47/7 84/17 103/21 115/1 122/19 122/21 123/4 123/14 123/17 123/18 123/25 181/6 194/2 209/3 209/9 210/12 211/12 211/21 233/3
**recorded [1]**   82/9
**records [9]**   31/3 163/15 183/25 207/11 214/7 216/7 217/12 220/2 221/9

**recount [1]**   190/6
**recovering [1]**   43/8
**recovery [2]**   71/8 95/18
**redacted [4]**   5/6 5/14 5/18 5/22
**redirect [2]**   30/12 203/14
**reds [1]**   89/4
**refer [5]**   18/25 19/1 19/5 194/23 202/10
**reference [2]**   216/11 230/5
**referenced [1]**   182/20
**referred [3]**   196/1 203/4 203/6
**referring [3]**   22/3 200/18 202/22
**refers [1]**   202/25
**reflected [1]**   85/20
**reframe [1]**   220/18
**refresh [1]**   219/7
**refreshes [1]**   224/13
**refused [1]**   95/15
**regard [2]**   113/3 118/4
**regarding [17]**   6/5 17/11 32/23 115/11 117/22 121/19 123/22 129/24 159/24 161/14 174/4 199/12 207/25 214/8 216/11 224/13 225/20
**regardless [2]**   173/4 202/14
**regards [2]**   198/4 198/5
**registered [3]**   48/19 123/12 123/13
**registration [4]**   60/23 74/18 75/13 122/20
**reinforce [1]**   107/16
**reiterate [2]**   192/14 216/8
**relate [3]**   31/14 129/22 187/5
**related [18]**   14/8 33/1 33/12 33/25 34/3 35/19 66/11 77/16 77/23 78/7 107/24 118/15 119/14 119/24 129/25 132/19 145/1 157/23
**Relatedly [1]**   120/3
**relates [7]**   16/20 111/2 122/24 184/14 184/15 184/18 212/20
**relating [7]**   31/10 50/16 161/24 161/25 197/17 211/6 229/20
**relation [1]**   85/21
**relations [1]**   71/13
**relationship [7]**   50/4 63/18 66/3 70/13 74/12 137/21 206/3
**relationships [3]**   61/13 74/4 74/6
**relatively [1]**   54/3 212/6
**release [1]**   65/15
**released [1]**   95/14
**relevant [19]**   10/10 10/17 10/21 13/8 13/10 13/12 13/22 14/9 14/10 14/14 14/18 14/23 15/14 16/1 16/25 17/1 17/5 198/19 212/5
**reliable [1]**   31/6
**relied [2]**   90/3 90/5
**relief [1]**   45/23
**religion [6]**   41/2 41/3 41/5

**religious [25]**   38/17 41/10 43/2 45/15 46/3 46/4 46/13 46/17 49/4 49/18 50/12 71/22 84/23 89/7 99/22 110/1 116/17 117/14 129/19 134/25 135/12 135/21 136/11 137/21 145/3
**rely [1]**   179/3
**remain [7]**   95/20 128/4 152/11 157/5 172/22 178/15 226/21
**remained [1]**   149/22
**remaining [3]**   82/25 131/10 174/13
**remains [2]**   132/25 226/20
**remarks [3]**   36/19 176/12
**remedy [3]**   208/4 212/23 214/1
**remember [10]**   66/1 78/2 79/13 108/22 114/18 120/23 152/18 178/22 190/9 218/19
**remind [3]**   160/12 164/20 228/24
**reminded [1]**   220/21
**reminder [1]**   227/8
**removing [1]**   113/6
**render [8]**   27/22 28/25 29/7 34/25 49/12 49/19 50/24 184/20
**rendering [3]**   40/15 159/2 185/13
**renumber [1]**   3/24
**rep [1]**   60/25
**repair [2]**   50/2 71/8
**repeat [4]**   37/4 116/24 171/21 178/4
**repeats [1]**   184/4
**replace [1]**   97/12
**replenishments [1]**   100/9
**report [6]**   54/21 197/6 197/9 197/13 219/8 231/25
**reported [1]**   34/1
**reporter [5]**   1/23 194/3 203/22 233/6 233/7
**reporter's [1]**   36/1
**reports [2]**   219/3 224/8
**represent [2]**   22/10 22/19
**representative [1]**   57/19
**represented [1]**   20/19
**representing [4]**   21/15 22/8 123/24 180/20
**Republican [1]**   123/13
**request [14]**   33/14 119/19 121/17 126/16 147/4 161/4 161/14 181/9 182/5 210/23 211/23 213/7 213/12 217/8
**requested [2]**   8/24 222/10
**requests [4]**   6/4 122/2 126/17 208/4
**required [10]**   3/20 28/10 30/23 33/11 67/1 112/22 132/17 149/25 157/13 178/21
**requires [5]**   32/22 35/17 131/13 132/15 153/20
**reschedule [2]**   104/19 182/17
**rescheduled [2]**   59/23 105/11
**rescheduling [2]**   104/15

**R**

rescheduling... [1]   104/17
research [10]   34/3 34/5 34/7
  35/19 107/24 108/1 160/14
  174/4 174/19 211/5
resell [1]   91/11
reservations [1]   75/1
reserve [1]   116/4
reserving [1]   116/7
reside [1]   97/17
residence [20]   11/19 12/17
  12/18 98/10 207/17 217/19
  217/23 217/24 218/3 219/4
  219/13 219/20 221/5 221/7
  222/3 222/11 222/17 223/2
  224/14 224/25
residency [1]   40/22
resident [8]   42/17 67/8 70/3
  71/9 194/17 198/12 199/24
  202/7
resisting [1]   13/20
resolved [2]   5/1 6/4
respect [16]   6/4 9/20 16/21
  32/14 49/4 53/11 53/23 55/20
  60/4 61/10 63/16 90/20
  109/18 110/12 114/17 153/19
respective [1]   121/18
respond [2]   13/5 15/20
responded [6]   17/6 112/23
  181/17 181/25 200/5 218/3
responding [1]   15/25
response [10]   13/7 15/22
  37/24 160/2 160/20 162/17
  208/24 217/23 222/4 222/24
responses [1]   132/10
responsibilities [3]   27/21
  68/15 204/16
responsibility [1]   31/10
rest [13]   47/6 47/22 57/4
  58/20 77/10 81/8 92/6 133/3
  133/7 147/22 147/23 174/11
  231/17
restate [1]   220/23
restraining [1]   145/10
restrictions [1]   105/14
restroom [9]   24/20 77/12
  79/10 79/17 79/19 164/17
  164/21 210/25 211/4
result [7]   18/2 58/22 76/12
  125/4 137/3 180/15 184/12
results [2]   207/11 220/2
resume [2]   211/7 226/23
retail [5]   52/14 52/18 56/18
  87/1 91/8
retaliation [1]   186/4
retelling [1]   190/6
retired [13]   56/4 61/5 70/10
  70/13 83/9 95/14 96/11 97/20
  98/2 98/9 148/2 182/7 222/2
retirement [1]   57/17
return [6]   33/15 132/14
  173/18 173/21 224/25 225/2
returned [2]   81/12 216/1
returning [2]   133/4 194/21
returns [3]   156/16 172/11
  175/5
review [14]   7/11 30/19 32/3

37/18 195/24 196/11 196/16
  197/1 197/4 197/5 197/10
  201/20 214/7 216/7
reviewed [7]   37/13 163/18
  197/14 197/16 198/9 201/4
  207/11
reviewing [3]   139/11 216/23
  217/12
revisit [1]   29/12
rewarding [1]   25/10
Ricardo [3]   16/5 17/19 17/22
Richardson [2]   19/19 22/24
Rico [2]   67/23 68/10
ride [4]   76/5 96/15 141/16
  141/17
right [126]   3/2 4/7 21/9
  23/2 30/8 31/6 33/4 33/7
  33/7 36/18 46/20 47/23 48/13
  49/8 51/11 51/21 52/10 54/25
  56/2 67/17 69/21 69/22 72/11
  73/13 75/16 79/8 80/9 81/11
  81/13 82/6 82/19 82/20 85/19
  87/25 89/12 90/12 91/25
  93/11 93/15 94/16 96/1 96/10
  98/1 101/11 103/9 103/25
  104/2 104/13 107/7 107/11
  107/13 109/3 112/11 114/16
  117/3 121/2 121/6 121/12
  122/1 122/4 122/6 122/25
  123/9 124/18 125/5 125/19
  126/5 127/4 128/4 128/15
  129/10 130/2 130/10 131/18
  132/5 135/2 135/7 136/14
  136/24 137/6 139/24 140/2
  141/3 141/10 143/8 144/18
  146/1 146/15 146/22 148/4
  151/2 153/7 153/19 153/23
  154/14 157/5 162/3 162/7
  162/8 165/3 172/9 172/12
  172/21 178/15 181/19 186/2
  187/6 187/17 187/22 191/20
  193/15 202/21 203/14 206/16
  209/15 209/16 209/20 210/21
  211/9 215/14 215/25 216/10
  223/22 224/12 224/20 232/15
right-hand [1]   224/12
rights [13]   25/7 123/7 138/1
  162/12 180/12 180/13 185/21
  185/22 186/1 187/18 193/11
  193/12 193/14
rise [1]   22/25
Riviera [1]   45/10
road [2]   95/18 99/3
robbed [3]   50/9 83/21 94/3
robbery [2]   42/23 76/8
robbing [1]   43/18
ROBIN [3]   1/11 1/23 19/11
role [2]   32/6 44/11
room [15]   30/17 30/19 32/2
  32/5 53/25 77/10 142/6 152/7
  174/15 178/24 179/2 179/20
  229/12 229/13 229/13
rooms [1]   34/10
rose [1]   162/15
ROSENBERG [4]   1/3 1/11 1/23
  19/11
routed [2]   202/6 203/4
row [3]   36/25 73/14 75/22

Royal [1]   59/13
rude [1]   108/17
rule [4]   31/11 174/23 174/25
  228/21
ruled [1]   121/18
rules [27]   34/21 36/3 36/4
  36/7 46/6 54/18 105/15 108/3
  129/2 129/7 132/17 132/20
  135/17 135/24 135/24 156/20
  157/15 157/17 157/25 158/7
  160/13 173/22 174/1 176/21
  176/24 178/5 228/22
ruling [3]   8/1 10/16 137/14
run [7]   47/25 89/5 104/6
  131/1 210/13 210/23 211/16
running [1]   78/16
runs [2]   122/20 163/1
rush [1]   17/23
rushed [1]   215/20

**S**

S-M-I-T-H [1]   203/23
safe [2]   19/24 192/18
safeguard [1]   193/14
safety [6]   15/8 15/12 15/25
  149/16 149/23 183/14
said [79]   4/13 6/9 7/24 8/19
  16/6 16/9 16/14 16/18 29/3
  30/3 31/21 31/24 32/15 38/9
  39/6 41/16 43/11 44/1 46/1
  51/1 53/20 57/7 59/3 69/3
  70/14 76/16 82/2 82/22 83/19
  85/19 89/24 90/4 91/15 91/16
  96/3 102/2 102/13 103/11
  112/24 114/21 116/5 118/14
  122/5 125/24 128/18 130/4
  130/12 131/9 135/24 141/1
  141/18 144/20 145/9 146/21
  154/23 165/8 178/23 179/4
  180/9 182/1 182/3 182/7
  182/10 185/7 185/24 188/23
  188/24 189/3 193/11 199/2
  209/3 212/22 214/12 221/18
  221/18 222/6 222/6 227/11
  231/10
sales [2]   60/25 76/3
same [29]   8/25 9/1 9/15 15/5
  15/24 35/10 35/11 52/15
  52/18 52/25 53/16 53/18
  63/17 64/6 74/9 76/23 84/12
  104/7 128/23 145/6 160/13
  184/4 193/2 193/3 193/5
  200/4 206/12 211/4 223/2
sanction [1]   229/6
sanitary [1]   87/24
Sarah [3]   3/11 21/14 22/18
Saskay [1]   188/8
sat [1]   99/23
satisfy [1]   124/9
saw [8]   97/2 151/3 175/20
  175/24 176/17 176/19 183/19
  183/24
say [96]   13/15 16/4 20/3
  20/11 24/8 37/14 37/15 37/19
  38/17 39/12 39/23 40/2 41/10
  41/15 47/7 47/8 50/4 57/6
  59/22 60/15 61/9 61/22 66/22
  69/4 69/8 73/5 78/2 78/9

**S**

**say... [68]**   78/21 79/16 80/6
84/2 84/16 85/5 86/14 87/7
89/18 90/7 99/10 100/7 101/5
104/17 108/16 108/17 111/25
112/2 119/9 121/7 121/7
121/13 128/12 128/15 130/7
130/9 137/5 139/6 141/15
143/22 147/3 148/12 148/15
148/22 150/8 151/3 155/21
161/9 164/9 164/9 183/12
185/1 186/5 186/7 186/8
192/13 192/25 210/17 210/21
212/25 213/9 214/6 214/17
215/8 222/4 222/4 222/21
225/11 226/6 228/10 228/16
229/5 230/1 230/10 230/25
230/25 231/22 232/1

**saying [12]**   4/25 17/2 20/13
49/5 56/12 56/14 57/11 80/1
101/22 118/11 148/8 182/15

**says [11]**   131/13 177/17
186/15 190/3 190/8 190/12
190/22 190/23 202/20 228/14
229/3

**scan [1]**   68/3

**scandalous [1]**   95/7

**scenario [3]**   60/15 212/7
226/14

**scene [2]**   12/19 35/15

**schedule [7]**   93/6 93/9 93/12
104/21 154/1 191/22 227/1

**scheduled [8]**   59/21 59/25
60/10 93/10 113/11 113/12
113/17 189/6

**scheduling [1]**   231/8

**scholars [1]**   28/23

**school [36]**   38/12 39/12
42/15 50/7 58/11 59/1 59/2
60/22 63/8 64/6 65/12 65/13
65/14 66/21 72/19 88/19
89/13 89/13 89/17 89/25
90/10 98/18 98/19 106/13
111/11 112/13 126/7 129/24
134/6 138/23 138/24 144/20
145/13 191/13 195/4 205/5

**schools [2]**   89/3 89/3

**sciences [1]**   42/20

**scoped [1]**   137/14

**SCOTT [4]**   1/19 3/10 21/13
22/18

**screen [2]**   200/12 200/16

**script [2]**   4/22 127/11

**scrutiny [1]**   139/14

**se [1]**   145/11

**search [2]**   33/23 34/17

**searches [1]**   181/6

**season [1]**   227/12

**seat [3]**   30/7 164/22 194/1

**seated [16]**   3/1 3/10 18/6
18/11 19/7 20/18 21/1 23/3
80/11 81/14 132/2 133/17
149/23 165/5 172/12 175/7

**seating [2]**   88/8 173/3

**seats [2]**   25/1 142/4

**second [25]**   26/19 30/14
35/11 131/22 157/2 166/3

167/2 171/17 178/12 180/13
183/2 183/24 184/3 184/15
185/22 189/16 189/18 189/25
193/11 199/25 200/2 200/3
202/21 225/20 229/20

**Secondly [1]**   21/7

**secret [1]**   165/13

**Section [1]**   26/6

**security [7]**   15/25 19/23
45/9 70/23 71/6 75/25 204/18

**see [70]**   7/6 9/17 11/3 17/1
17/5 21/19 29/14 29/14 30/15
35/13 36/11 37/23 48/9 60/11
66/17 72/23 78/13 80/2 81/22
82/3 82/15 82/23 85/5 94/15
97/8 98/21 101/21 106/22
108/5 108/9 108/25 113/22
113/22 122/8 130/15 140/5
140/17 142/8 144/14 149/20
152/10 155/20 160/7 173/11
174/21 177/21 183/21 183/25
184/1 184/16 186/9 188/19
190/3 190/5 191/11 191/20
192/1 192/21 209/17 209/20
209/22 218/12 218/17 218/18
220/4 220/21 226/24 228/20
229/16 232/23

**seeing [17]**   21/4 21/8 21/17
22/21 27/6 27/14 29/20 36/14
36/15 36/16 157/17 158/8
158/18 158/21 158/24 159/5
160/5

**seek [2]**   10/13 201/17

**seeking [1]**   16/7

**seems [2]**   147/3 151/21

**seen [1]**   48/8

**seizure [1]**   186/19

**select [3]**   78/25 131/17
160/10

**selected [64]**   19/13 23/20
23/24 24/6 24/25 29/1 32/20
33/5 33/9 35/1 38/3 39/25
40/20 41/19 43/24 44/22
44/25 45/2 45/3 52/8 54/1
54/19 73/3 75/6 76/14 78/4
78/10 78/25 79/1 82/16 83/2
83/25 85/18 86/2 87/19 88/6
88/6 91/4 91/22 93/3 94/9
95/21 98/4 100/18 102/11
103/3 105/6 105/8 125/25
127/6 129/5 141/22 142/1
145/17 150/6 153/18 158/15
158/18 158/21 172/23 173/2
174/1 227/14 228/8

**selecting [1]**   24/6

**selection [9]**   38/3 78/23
80/24 82/23 118/21 119/7
119/18 173/11 173/17

**send [8]**   77/23 155/24 191/12
191/13 191/13 191/14 191/18
193/7

**sending [2]**   15/5 145/10

**sends [1]**   151/22

**senior [2]**   98/19 148/12

**sense [4]**   7/16 17/10 25/24
164/14

**sensitive [2]**   128/24 152/1

**sent [10]**   26/13 181/2 191/6

197/4 197/5 198/20 199/21
202/11 202/13 202/15

**separate [7]**   51/15 64/13
83/21 114/25 119/25 126/10
146/2

**separately [1]**   119/1

**separating [1]**   146/7

**serious [4]**   10/25 14/6 17/6
36/4

**seriously [6]**   15/7 15/12
15/23 17/2 17/9 183/13

**seriousness [1]**   17/15

**serve [21]**   19/13 23/15 25/9
25/9 32/20 39/25 40/21 42/8
47/4 47/5 47/6 52/22 55/22
60/15 61/14 79/25 89/17 90/8
100/18 113/3 205/1

**served [19]**   38/18 42/6 43/3
45/17 50/13 51/18 55/11 56/9
61/14 65/11 72/4 83/15 84/2
84/25 86/4 87/6 89/8 94/4
205/3

**service [27]**   25/5 38/13
42/21 48/6 52/2 52/21 56/21
57/21 61/3 62/21 63/10 65/6
68/7 70/9 71/17 76/7 83/13
92/15 98/21 101/17 106/15
107/24 132/6 132/10 132/11
133/6 173/19

**services [1]**   62/16

**serving [5]**   76/8 76/11 89/7
140/4 141/22

**set [15]**   12/17 25/15 93/9
122/23 145/19 156/2 160/2
186/11 188/18 188/24 189/4
196/10 198/7 199/16 232/17

**sets [1]**   36/4

**seven [6]**   48/20 56/18 85/14
85/24 102/16 184/3

**seventh [2]**   167/20 170/2

**several [9]**   23/22 23/22
24/10 43/21 68/7 89/1 189/7
190/7 218/18

**shall [1]**   38/3

**SHANNON [8]**   1/15 3/7 3/11
20/23 21/14 22/10 22/18
180/19

**shape [2]**   112/5 114/6

**share [5]**   116/10 187/19
188/12 189/10 189/12

**shared [3]**   153/16 186/25
211/20

**shares [1]**   188/14

**she [283]**

**She's [1]**   89/19

**sheet [2]**   5/19 5/21

**shirt [3]**   115/1 115/4 115/7

**shocking [1]**   208/22

**shoes [1]**   91/11

**shoot [12]**   26/15 26/20 180/4
180/13 183/3 183/22 185/9
190/23 190/23 191/5 192/13
202/21

**shooter [1]**   76/5

**shooting [11]**   10/5 10/13
13/19 16/6 16/18 16/21 17/13
163/9 191/24 192/13 229/23

**short [7]**   54/3 80/10 134/11

**S**

**short... [4]**   165/4 175/4
215/4 232/13
**shorter [2]**   23/19 23/23
**shot [1]**   13/25
**should [62]**   4/15 16/6 16/7
16/18 20/8 27/18 27/20 30/20
30/23 30/25 31/15 31/17
35/18 36/21 40/20 44/25
60/18 63/20 65/21 78/6 79/14
79/15 79/21 79/23 79/23 80/1
80/6 80/7 80/20 80/21 80/21
93/3 95/21 98/4 105/6 105/12
106/18 108/3 108/9 108/11
109/9 115/22 119/5 128/22
132/16 141/4 141/22 142/6
150/5 160/15 161/1 174/5
176/6 176/15 179/2 179/3
187/13 198/9 210/4 211/7
222/8 230/17
**shouldn't [7]**   31/20 87/9
106/17 199/2 203/2 208/22
227/24
**show [23]**   8/23 11/18 12/1
12/4 12/13 12/15 13/3 17/15
21/2 30/18 123/5 172/14
174/15 186/6 187/7 188/11
191/23 192/2 193/6 198/19
200/7 200/12 201/17
**showed [2]**   114/25 219/7
**showing [4]**   19/20 192/12
200/15 224/3
**shown [1]**   200/13
**shows [1]**   229/12
**shuts [1]**   228/15
**siblings [1]**   42/24
**side [13]**   4/18 18/13 18/19
23/19 23/23 40/8 40/11 48/9
63/11 78/14 108/3 138/6
176/23
**sidebar [13]**   4/7 4/11 81/20
81/23 208/10 210/1 210/9
211/2 225/14 225/16 225/17
226/10 229/25
**sidebars [2]**   4/2 4/4
**sides [2]**   119/6 140/9
**siding [1]**   115/2
**sigh [1]**   45/22
**signature [2]**   5/16 233/7
**signed [1]**   4/8
**significance [3]**   20/5 74/11
213/13
**significant [1]**   213/18
**Signs [1]**   86/18
**silence [1]**   187/23
**silent [3]**   128/4 157/5
178/15
**Similar [1]**   121/3
**simple [1]**   126/21
**simply [11]**   11/7 50/22 54/19
60/9 118/16 123/12 128/17
132/25 176/1 179/8 211/22
**since [14]**   42/17 44/12 70/4
73/16 94/18 100/5 100/5
106/10 106/11 107/8 124/24
149/21 157/5 178/14
**sing [1]**   121/9

**single [152]**   38/11 42/17
42/18 50/4 51/13 58/11 62/10
76/4 84/14 86/13 91/10 97/18
99/6 99/7 99/17
**sir [30]**   134/19 136/14 204/2
204/3 204/6 205/3 205/11
206/7 207/4 217/16 217/25
219/6 219/12 219/15 219/19
219/22 219/24 220/2 221/13
223/4 223/6 223/10 223/15
223/23 224/7 224/9 224/16
225/1 225/4 225/13
**sister [3]**   65/24 97/23
176/18
**sister-in-law [2]**   65/24
97/23
**sit [12]**   53/4 53/12 72/10
81/7 85/3 123/8 126/4 142/3
148/20 172/10 172/14 192/17
**sitting [11]**   24/24 53/16
77/25 84/24 99/23 150/13
150/16 152/7 173/8 204/4
226/22
**situation [11]**   7/2 7/14
44/24 58/15 85/21 105/17
152/14 153/21 208/17 229/1
230/19
**six [10]**   18/16 18/18 47/15
47/16 70/1 83/8 86/12 138/22
184/3 196/22
**sixth [4]**   122/24 167/14
169/14 206/16
**skilled [1]**   230/23
**slate [2]**   157/1 178/11
**sleep [1]**   44/16
**sloppy [1]**   208/22
**small [3]**   50/9 77/13 86/10
**smelled [1]**   175/20
**smiling [1]**   108/16
**SMITH [20]**   2/4 3/15 20/24
20/24 22/11 36/15 181/15
181/21 182/1 182/4 182/10
182/13 183/9 183/11 203/18
203/19 203/23 204/7 216/18
231/9
**Smith's [3]**   11/15 183/6
183/14
**smoking [1]**   188/8
**so [328]**
**soap [1]**   187/1
**social [64]**   10/7 26/12 27/16
27/17 27/18 27/19 34/11
47/16 49/9 50/6 52/17 58/8
58/12 61/8 61/24 63/7 64/9
71/25 72/7 117/18 122/13
122/14 122/15 127/18 127/19
129/20 132/19 132/22 138/18
139/3 139/9 139/11 139/20
145/11 149/19 159/7 159/14
159/17 159/19 159/20 160/21
160/21 173/24 174/3 180/3
183/18 183/18 185/19 186/9
186/22 186/24 186/25 187/22
187/24 188/3 188/15 189/10
189/20 191/7 192/21 192/23
217/7 229/2 232/8
**socially [4]**   150/22 151/20
152/2 152/5

**software [2]**   96/21 196/15
**solate [1]**   82/25
**sole [2]**   92/18 112/16
**solely [3]**   31/14 35/21
175/18
**some [59]**   3/23 7/10 8/13
8/16 9/6 9/10 10/5 12/21
17/5 19/8 19/9 19/12 20/6
28/1 36/1 43/11 50/12 57/10
61/12 64/4 100/2 113/2 116/7
119/24 120/23 121/13 121/25
122/13 128/8 128/10 133/20
134/17 136/6 138/13 143/20
144/18 148/20 162/5 164/17
174/16 175/9 175/23 177/11
181/6 186/10 187/20 187/20
187/20 188/7 189/4 189/9
205/16 207/18 208/20 216/11
217/20 222/7 229/19 232/8
**somebody [8]**   33/8 61/17
77/24 78/3 78/4 90/9 123/25
229/1
**someone [15]**   13/9 36/1 43/19
54/15 56/14 77/22 102/2
144/1 150/2 156/1 175/20
187/4 196/21 196/21 228/5
**someone's [3]**   121/6 150/17
175/21
**something [34]**   30/24 39/13
39/14 41/4 54/17 54/21 66/11
74/19 75/5 81/18 91/16
101/10 114/22 117/2 129/4
139/15 152/20 155/25 176/15
177/17 189/5 189/12 191/10
191/14 197/3 209/13 209/15
210/13 210/18 210/21 213/9
214/6 214/21 218/23
**sometimes [15]**   4/6 24/9
30/11 30/12 37/11 37/22
44/15 173/1 173/2 175/25
177/7 209/23 216/3 226/14
230/14
**somewhat [2]**   112/24 117/10
**son [10]**   48/7 48/21 51/25
61/1 67/11 92/5 94/25 95/1
98/19 186/20
**son's [1]**   145/13
**song [1]**   121/9
**songs [1]**   128/14
**sons [1]**   67/10
**soon [3]**   14/21 20/6 228/2
**sooner [2]**   79/22 80/6
**sophomore [1]**   73/22
**sorry [21]**   44/1 48/23 51/8
55/15 55/20 56/2 62/19 66/7
82/3 94/22 102/23 110/5
113/12 125/10 130/9 131/20
146/22 166/1 189/3 191/3
219/2
**sort [11]**   115/4 116/25
122/14 122/18 126/2 143/15
153/19 162/13 188/15 189/14
191/23
**sorts [1]**   37/20
**sound [4]**   56/13 81/4 187/21
188/2
**sounds [1]**   89/24
**source [8]**   30/6 30/14 30/21

**S**

**source... [5]** 30/24 30/25 31/1 34/5 35/25
**sources [1]** 31/4
**sourcing [1]** 139/17
**South [1]** 188/11
**SOUTHERN [1]** 1/1
**Space [1]** 34/11
**spare [5]** 58/13 71/15 76/5 87/5 98/20
**speak [26]** 7/18 17/8 17/15 18/25 20/5 20/8 20/9 20/12 20/12 44/17 44/19 48/18 60/8 108/20 115/24 131/15 133/3 181/23 184/23 202/23 203/20 212/1 218/12 218/21 219/4 223/16
**speaking [7]** 20/6 24/8 69/11 123/20 132/25 133/1 223/20
**speaks [1]** 150/2
**special [34]** 3/14 3/14 3/15 11/15 11/15 11/16 11/25 12/25 20/24 22/11 23/7 35/23 36/13 36/15 36/16 89/13 92/11 99/16 100/9 125/8 181/14 182/1 183/6 194/11 194/24 195/24 196/5 203/18 204/10 204/16 204/23 207/1 218/2 230/5
**specialist [5]** 69/25 98/18 99/3 99/11 99/12
**specific [12]** 7/9 100/11 115/24 116/8 116/8 117/5 118/6 124/12 129/14 134/7 137/20 180/7
**specifically [12]** 11/18 12/1 101/10 124/18 163/8 180/25 182/6 182/20 183/11 184/14 184/15 207/14
**specifics [1]** 229/20
**spectrum [2]** 89/11 122/17
**speculate [4]** 12/12 31/18 31/20 203/2
**speech [20]** 118/1 121/10 121/22 126/21 126/23 128/13 128/18 128/25 161/11 161/11 162/7 162/13 162/14 162/15 180/13 185/2 185/6 185/19 193/16 193/18
**spell [2]** 194/2 203/21
**spelled [1]** 194/4
**spend [1]** 80/4
**spending [4]** 45/13 88/22 92/6 148/3
**spent [2]** 190/18 228/24
**spicy [1]** 188/14
**spoke [6]** 9/23 159/23 190/19 190/25 221/15 222/21
**sports [5]** 45/13 57/20 65/5 73/23 101/16
**spot [3]** 53/16 53/18 125/24
**spouse [9]** 37/9 48/3 48/21 51/25 55/7 84/18 101/15 104/5 107/19
**spouse's [3]** 56/5 94/19 98/17
**spread [1]** 188/3

**Springs [2]** 89/14 89/25
**Squad [1]** 204/13
**squads [1]** 204/11
**square [1]** 188/1
**squeeze [1]** 153/3
**squirming [1]** 151/4
**stage [1]** 187/1
**staged [1]** 189/14
**stages [1]** 55/14
**stalked [1]** 64/4
**stand [15]** 20/20 24/10 30/10 37/1 37/13 53/12 53/17 53/17 53/19 72/16 184/24 226/22 226/23 231/9 232/11
**standard [3]** 8/7 11/1 219/16
**standards [2]** 54/4 89/4
**standing [2]** 37/6 87/11
**standpoint [1]** 231/8
**star [1]** 190/18
**start [8]** 9/7 24/4 71/4 164/7 165/6 227/18 227/20 228/17
**started [2]** 138/22 187/24
**starting [5]** 37/15 49/15 71/12 165/10 227/21
**starts [4]** 45/21 61/17 157/1 178/11
**starve [1]** 107/9
**state [18]** 3/4 10/10 16/1 19/9 55/23 73/17 74/3 75/9 76/1 76/21 102/17 114/22 115/2 148/19 154/14 194/1 195/5 203/21
**state-wide [1]** 75/9
**stated [4]** 26/14 26/19 198/4 199/9
**statement [26]** 5/1 8/14 8/15 8/22 9/4 116/14 118/12 118/19 118/25 119/15 119/20 120/23 156/3 156/5 156/6 158/7 179/8 179/11 179/22 184/25 199/6 201/15 207/25 208/2 209/7 215/8
**statements [9]** 11/22 26/18 164/23 176/10 176/11 179/11 182/25 220/20 220/25
**STATES [14]** 1/1 1/4 1/11 1/15 3/3 3/7 19/14 20/19 22/11 26/6 123/21 180/20 186/14 205/4
**status [9]** 4/16 7/24 33/7 94/18 98/16 98/17 106/13 113/8 152/2
**stay [12]** 24/1 24/12 24/16 38/21 40/20 62/19 70/23 71/7 77/18 78/7 79/14 160/7
**stay-at-home [3]** 62/19 70/23 71/7
**staying [1]** 44/13
**steal [1]** 39/13
**step [5]** 116/23 160/6 203/15 230/18 231/7
**stepchildren [2]** 55/8 83/10
**steps [1]** 216/19
**stereotype [1]** 142/14
**Stern [1]** 73/24
**still [24]** 44/2 44/8 88/1 88/12 92/16 93/21 95/13

114/15 117/9 119/23 120/15 122/13 131/22 132/21 145/22 146/13 156/8 162/14 200/9 200/15 201/2 201/3 210/6 220/6
**Stipes [3]** 1/23 20/1 233/6
**stipulate [5]** 12/9 30/22 30/23 210/19 211/21 214/2
**stipulation [2]** 209/5 213/6
**stole [2]** 39/14 43/19
**stolen [5]** 102/5 102/5 102/5 106/18 187/10
**stop [2]** 58/16 89/7
**stopped [1]** 127/15
**stops [1]** 103/19
**store [4]** 37/10 83/10 91/8 91/9
**storming [1]** 10/3
**story [1]** 11/6
**straight [1]** 145/7
**stress [1]** 153/23
**stressful [1]** 53/2
**stretch [3]** 24/20 53/14 53/19
**stricken [25]** 109/9 109/22 110/4 110/13 110/25 111/7 111/8 111/15 111/20 111/24 112/11 112/15 112/19 113/15 113/21 115/6 115/8 147/5 147/6 149/8 155/6 155/13 163/15 163/22 177/7
**stricter [1]** 189/11
**strike [15]** 115/14 123/25 166/12 167/1 167/23 168/4 169/1 169/13 169/20 170/1 170/7 171/8 171/10 171/13 171/15
**strikes [4]** 18/21 18/22 122/22 165/8
**striking [1]** 123/15
**strong [2]** 87/7 119/24
**strongly [1]** 79/10
**struck [2]** 124/23 125/9
**Stuart [4]** 181/16 181/16 218/2 220/8
**student [9]** 38/8 38/9 38/20 38/23 39/1 85/24 92/5 104/3 104/22
**students [2]** 124/14 129/20
**study [4]** 37/12 38/7 105/12 105/24
**studying [2]** 61/1 104/24
**stuff [3]** 89/6 135/23 153/23
**subject [4]** 116/20 117/4 134/7 206/4
**submissions [1]** 5/2
**submit [4]** 3/21 193/8 195/21 199/10
**submitted [15]** 6/13 119/15 120/3 182/21 183/20 185/4 197/2 197/7 197/8 197/10 197/23 198/11 199/11 199/17 202/8
**submitter [1]** 200/18
**submitting [1]** 197/13
**subpoena [1]** 174/8
**subpoenaed [1]** 71/20
**subsequent [4]** 7/19 16/6

**S**

subsequent... [2]   16/18
17/13

such [11]   10/9 34/11 64/18
89/4 93/1 116/11 122/22
158/14 158/17 158/24 175/23

sufficient [2]   72/8 211/24

suggest [1]   88/1

suggested [1]   222/10

suggestion [1]   211/23

suggests [2]   176/16 213/21

suitable [2]   6/15 121/23

Suite [1]   1/20

summarize [2]   25/14 179/18

summary [3]   25/24 27/5 27/15

summer [8]   39/1 39/3 39/5
89/13 89/17 104/3 112/13
227/12

summons [1]   132/15

Supermarkets [1]   51/11

superseding [12]   5/3 5/10
25/15 25/16 25/19 25/21 26/5
26/22 156/23 163/7 175/14
185/13

supervised [2]   196/3 196/4

supervisor [6]   11/16 57/17
183/6 197/14 197/16 206/24

supervisors [1]   197/10

supervisory [8]   3/14 11/14
12/25 36/13 194/24 195/24
196/5 207/1

supply [2]   15/16 15/18

supplying [1]   33/15

support [1]   120/14

supporter [2]   120/7 120/7

suppose [2]   16/1 60/11

supposed [7]   44/5 44/8 59/19
74/17 103/14 106/21 113/13

Suppress [1]   15/18

Supreme [2]   122/5 187/8

sure [44]   7/14 20/5 35/9
44/14 44/14 45/24 46/15 50/5
81/5 97/11 102/16 112/5
118/1 118/21 120/9 126/3
126/14 128/5 128/23 129/5
132/2 132/3 134/20 139/16
142/20 146/6 149/15 150/4
156/6 156/20 157/14 157/24
161/21 162/5 169/19 188/23
204/4 206/11 207/12 222/6
226/18 228/3 229/21 230/9

surf [1]   51/14

surfing [3]   67/12 67/12
67/13

surgeries [1]   92/19

surgery [1]   44/9

surprised [1]   208/25

surprises [1]   4/17

surrendering [1]   188/6

surrounding [1]   15/2

surveillance [1]   12/2

suspect [2]   80/14 186/9

sustain [6]   177/1 177/4
199/1 203/1 207/21 220/16

sustained [2]   206/1 208/14

sustains [1]   31/19

SUZANNE [10]   1/7 3/3 19/15

21/15 22/24 25/20 26/4 26/8
197/20 205/10

SWAT [4]   17/4 17/11 65/15
66/12

swear [1]   172/18

swearing [1]   19/21

sweet [1]   134/11

swig [2]   190/1 190/4

swim [2]   95/2 106/13

Switzerland [3]   101/1 101/2
152/14

sworn [8]   23/1 30/8 172/20
173/8 174/24 175/8 193/25
203/19

symbol [1]   191/8

system [19]   38/14 42/5 42/22
63/11 68/8 74/1 74/2 74/12
76/12 84/21 85/16 91/2 91/20
96/6 97/20 98/2 102/9 108/4
196/25

**T**

T-shirt [2]   115/1 115/4

table [7]   20/17 20/21 21/8
21/10 21/10 21/17 108/13

tad [1]   107/10

tag [2]   191/8 191/8

tainting [1]   6/25

take [48]   5/19 5/20 7/10
15/7 17/19 24/17 28/17 30/9
30/16 31/2 32/7 40/21 44/13
45/22 53/11 75/23 77/11
82/24 84/19 90/1 90/2 105/20
106/21 109/3 147/11 150/2
163/19 164/15 164/20 165/3
174/14 177/20 178/22 178/23
179/3 199/4 199/8 202/17
209/23 211/3 215/21 216/3
218/18 222/7 222/11 224/4
226/22 230/24

taken [11]   5/23 80/10 106/7
108/5 120/20 130/17 146/12
165/4 175/4 198/24 225/21

takes [7]   8/5 20/2 20/11
23/25 82/24 95/22 190/1

taking [8]   17/8 43/8 53/13
55/9 92/22 100/4 178/25
189/22

talk [39]   4/2 28/14 32/25
34/23 34/24 35/4 54/18 71/1
71/2 77/12 77/13 77/16 82/14
127/18 129/7 130/21 150/2
152/16 180/10 182/2 182/4
185/20 185/21 187/25 188/13
188/22 190/13 190/15 190/19
196/10 197/17 216/22 217/23
221/21 223/14 226/5 227/9
227/11 228/14

talked [4]   5/4 127/3 185/25
220/10

talking [5]   34/7 185/23
216/18 227/20 229/4

tangible [1]   30/14

target [4]   14/17 42/15 160/3
181/7

task [5]   204/14 204/17
204/20 207/2 218/11

tea [1]   190/3

teach [4]   134/5 134/6 134/7
134/8

teacher [13]   41/24 63/4 63/5
65/3 66/11 67/7 70/1 72/19
92/2 92/2 94/17 124/13 145/5

teaches [1]   124/14

teaching [2]   68/15 145/5

team [11]   12/2 12/2 17/11
66/12 101/6 123/22 125/11
152/23 196/2 196/4 217/9

teams [1]   195/24

tech [2]   62/8 62/16

technical [3]   69/25 134/8
189/9

technician [1]   48/21

technicians [1]   182/23

technologist [1]   68/3

technology [2]   37/9 42/20

teen [3]   102/19 102/22
102/23

teen-ager [3]   102/19 102/22
102/23

telecommunications [1]   63/7

telephone [4]   34/10 195/15
196/9 197/23

television [3]   34/1 42/1
52/21

tell [47]   23/19 28/18 30/8
33/1 33/3 33/9 33/17 39/11
41/1 41/2 41/7 43/16 49/3
54/5 72/8 77/6 79/12 79/13
101/23 102/2 102/13 103/11
107/2 114/11 123/21 130/20
130/20 138/21 144/24 144/25
145/18 153/7 165/12 165/13
172/25 187/21 190/4 191/10
195/13 198/13 205/12 221/14
221/18 222/13 228/7 228/8
230/25

telling [3]   125/11 206/3
213/1

tells [4]   14/16 35/5 82/10
190/17

ten [20]   12/19 18/16 18/18
37/7 47/5 50/15 67/22 68/1
73/17 76/7 80/6 80/7 96/23
101/14 103/19 107/14 146/11
164/24 205/3 215/24

tends [1]   4/5

tenets [2]   117/11 129/6

tenth [1]   168/22

Tequesta [1]   98/10

term [1]   89/17

terminated [1]   183/15

terms [12]   3/17 45/24 72/1
104/15 105/10 105/10 105/11
105/21 108/1 164/7 173/22
227/4

terrorism [1]   204/14

tested [2]   100/5 153/2

testified [4]   175/2 177/21
207/25 216/10

testifies [2]   214/24 232/13

testify [16]   11/17 11/25
65/21 127/4 128/7 157/4
157/6 157/7 178/14 178/16
178/17 203/2 220/19 225/19
231/25 232/10

**T**

**testifying [4]**   61/18 69/11
177/22 215/5

**testimony [37]**   9/7 11/14
12/23 12/25 16/13 17/5 17/10
30/9 30/10 31/7 33/24 35/9
35/12 35/21 61/19 63/22 74/9
74/10 74/11 77/1 175/3
175/20 177/16 177/16 177/19
177/24 177/25 179/6 213/13
213/18 214/8 216/9 220/17
225/19 226/21 229/22 230/24

**tests [1]**   100/6

**text [2]**   34/10 66/16

**than [32]**   10/17 13/13 13/19
22/4 23/21 24/10 24/11 28/1
53/4 68/16 77/9 79/22 80/17
88/14 90/9 93/1 105/14 107/2
117/21 118/25 122/9 125/17
139/17 150/12 160/1 160/4
179/5 208/16 212/20 213/24
225/25 232/16

**thank [117]**   17/18 21/1 23/2
36/18 41/22 42/12 45/6 47/14
47/23 48/13 48/14 49/22 51/5
51/6 51/21 55/4 56/2 56/22
57/15 58/6 60/19 62/6 62/13
63/2 67/3 67/17 68/21 69/22
70/18 72/1 72/11 72/13 72/16
73/13 75/22 77/4 79/6 82/12
83/4 84/10 85/4 86/7 86/8
86/16 86/24 88/15 88/16
90/12 91/6 91/25 92/8 93/15
94/11 96/10 96/19 97/8 98/7
98/24 99/13 100/7 101/11
103/22 103/25 106/2 108/23
109/1 126/15 132/6 133/6
133/17 133/19 133/25 134/3
134/9 134/11 134/22 136/14
138/5 138/8 140/11 140/14
140/15 141/10 142/11 142/20
142/21 142/25 144/4 144/7
144/12 146/15 146/17 146/18
147/13 147/16 149/1 149/2
151/11 154/16 154/19 156/17
160/6 160/17 174/11 179/23
185/16 185/17 200/23 201/25
203/8 203/15 203/17 216/2
216/5 216/16 227/6 231/6

**thanks [9]**   46/19 52/10 59/10
80/9 130/16 151/14 151/15
153/12 221/2

**that [1183]**

**that's [3]**   4/13 10/1 213/4

**the Defendant [1]**   176/17

**theater [1]**   187/1

**theatrical [1]**   191/1

**theft [1]**   212/12

**their [55]**   3/4 4/20 6/13
7/18 14/18 16/1 19/1 23/18
26/18 28/7 28/8 32/23 36/10
38/2 43/19 43/20 53/9 63/22
66/3 76/25 79/21 94/24 101/9
106/13 108/21 108/21 116/15
117/1 123/3 123/6 123/15
123/25 125/4 127/9 129/22
131/20 133/5 138/25 148/17
149/16 154/17 161/22 173/17
175/3 176/10 179/17 183/22
184/25 185/9 187/13 187/18
187/21 189/8 197/1 201/18

**them [134]**   4/14 4/21 4/24
6/19 6/20 6/20 6/22 6/23 7/8
7/8 7/20 7/21 9/25 18/23
19/1 19/1 19/4 19/5 20/20
28/14 28/25 32/2 32/4 32/4
33/9 33/10 33/11 34/24 35/5
37/19 43/20 63/23 65/15 66/4
66/25 69/13 69/13 76/24
79/12 79/13 79/15 80/3 80/14
80/16 80/16 80/17 80/21
80/21 81/9 81/11 91/19
104/15 104/17 105/1 108/8
108/12 108/12 108/17 114/2
116/19 119/25 121/5 123/6
127/2 127/8 127/18 127/24
130/20 130/21 130/22 131/3
131/5 131/5 131/9 131/9
131/14 131/15 131/20 132/23
133/9 133/13 133/14 138/3
141/6 145/14 145/23 148/6
148/10 150/3 155/12 155/16
155/17 155/22 155/24 155/24
160/21 161/8 163/9 164/21
174/2 174/5 174/6 175/3
176/9 178/23 179/14 180/5
181/2 184/8 185/9 188/21
188/25 189/23 190/10 190/19
191/10 191/13 191/16 191/18
191/18 192/2 193/8 196/1
196/1 196/16 199/17 208/21
210/25 212/1 213/23 228/7
228/8 228/13 229/7

**theme [1]**   162/10

**themselves [4]**   22/7 35/5
116/16 184/23

**then [64]**   6/21 7/4 7/10 7/11
10/23 11/7 17/9 24/7 28/19
46/9 58/20 75/23 78/16 80/19
80/22 80/23 81/3 81/8 91/14
100/5 103/11 105/10 118/24
121/5 121/14 122/14 123/25
126/25 127/18 128/13 128/22
130/23 131/6 131/9 133/3
133/12 133/23 142/5 145/14
154/7 156/11 159/22 163/16
164/3 164/10 164/11 164/12
170/20 172/17 174/17 176/25
177/2 179/13 180/3 183/16
191/11 192/6 192/8 196/18
197/9 197/11 213/7 217/21
219/11

**theory [1]**   162/11

**therapist [8]**   47/1 47/2 48/3
59/13 93/2 94/25 101/13
101/24

**therapy [3]**   50/15 61/2 92/20

**there [239]**

**there's [4]**   26/15 101/5
101/5 173/1

**therefore [3]**   15/23 157/1
178/10

**Thereupon [50]**   19/6 23/1
79/7 80/10 81/12 81/20 81/23
109/2 130/17 130/18 131/24
133/8 133/18 134/12 134/15
138/9 138/11 140/16 141/9
142/22 142/24 144/8 144/11
146/19 147/12 149/3 149/11
151/16 153/11 154/20 156/16
160/18 165/4 172/11 172/20
174/13 174/22 175/4 175/5
202/1 208/10 210/1 210/9
211/2 211/8 216/1 225/17
226/10 229/17 232/25

**these [23]**   11/5 25/1 31/4
34/21 36/3 36/7 36/19 78/2
85/24 88/8 112/7 116/15
129/16 133/11 154/11 161/12
163/20 175/10 189/10 191/17
192/25 200/21 223/19

**they [233]**   4/6 4/14 5/4 6/9
9/25 10/2 10/12 10/14 10/15
11/3 11/19 12/16 12/17 13/14
13/16 13/21 14/21 14/22
14/25 15/4 15/7 15/10 15/12
15/23 15/24 16/2 16/2 17/4
17/6 17/23 18/10 18/10 20/15
24/2 26/17 28/11 30/7 30/8
30/9 30/9 30/23 31/17 31/18
34/22 36/10 37/13 37/13
37/15 43/18 46/2 63/23 64/8
65/25 79/15 80/22 82/2 82/2
85/25 89/5 90/4 91/17 91/20
101/9 105/3 105/4 105/6
105/16 105/20 105/22 108/7
108/10 108/14 108/14 108/15
108/16 108/17 108/18 108/19
108/20 116/9 116/16 116/25
117/7 117/12 118/1 118/22
119/6 119/23 120/6 120/13
120/15 121/9 122/14 122/17
124/3 124/3 124/23 124/24
125/1 125/14 125/16 125/17
126/25 127/1 127/6 127/10
127/16 127/17 127/24 128/17
128/22 128/22 129/8 130/13
130/20 130/21 131/6 131/8
131/9 131/22 133/20 134/17
137/5 137/6 138/25 141/15
143/15 144/2 144/3 148/5
148/6 148/10 149/25 151/9
152/7 152/21 155/13 158/24
160/15 160/20 161/9 162/7
162/12 162/13 162/15 162/19
162/20 162/24 162/24 163/3
163/4 163/5 163/5 163/9
164/9 172/10 174/2 175/2
179/5 180/5 181/18 181/18
181/19 181/25 182/6 182/23
183/4 183/13 183/17 183/17
183/19 183/20 183/22 183/24
184/8 184/10 184/25 186/10
187/14 187/16 188/22 188/24
188/24 189/2 189/3 190/8
190/20 191/4 191/8 191/9
191/9 191/11 191/11 191/21
191/21 191/22 191/23 191/25
192/1 192/16 192/17 192/17
192/20 192/21 192/24 192/24
193/2 196/11 196/12 196/18
196/19 196/20 196/23 197/1
198/1 200/21 201/16 202/10

**T**

**they... [15]**   202/17 205/22
206/15 208/15 212/2 213/3
213/20 213/24 215/4 220/25
228/5 228/10 228/16 228/16
230/14

**they're [2]**   93/8 188/12

**thing [9]**   45/19 60/1 64/3
77/14 80/15 104/14 150/9
210/4 212/10

**things [41]**   3/24 11/17 14/5
28/10 28/11 28/15 30/15
32/15 38/24 40/4 57/11 65/16
66/9 68/14 69/4 69/6 69/6
78/2 78/12 83/11 86/22
100/11 102/4 107/17 111/25
116/11 132/10 136/1 139/1
139/18 145/11 148/17 156/18
161/6 161/7 161/12 176/8
177/21 188/7 213/24 216/3

**think [115]**   4/15 4/24 5/12
5/13 6/6 6/15 10/2 10/21
14/1 14/8 15/1 17/3 21/24
39/21 42/8 42/20 49/8 49/21
50/17 50/18 50/25 53/7 53/8
53/24 54/14 58/19 59/3 60/2
63/15 68/11 70/14 70/15
73/10 74/13 79/18 79/22
80/12 80/15 80/25 82/22 85/2
85/20 87/9 93/11 95/10 95/11
95/17 95/19 95/24 107/8
107/10 108/2 113/7 114/15
120/21 127/10 128/16 128/23
130/24 135/1 135/22 140/6
141/23 142/15 142/18 143/15
145/1 145/19 146/5 146/9
146/20 146/23 150/10 150/12
151/17 152/1 152/12 152/12
152/13 153/3 153/22 153/24
154/2 154/7 155/1 155/16
162/5 176/7 176/15 180/9
187/5 208/7 208/15 208/18
210/10 210/11 212/4 212/8
212/22 213/3 213/11 213/18
214/1 214/12 215/8 215/15
215/17 218/9 227/24 229/18
229/19 231/8 231/14 231/20
232/15

**thinking [8]**   10/19 44/21
54/8 85/21 105/9 115/12
130/19 192/19

**thinks [3]**   13/9 124/16
176/23

**third [6]**   30/21 157/8 166/18
167/24 169/21 178/18

**this [260]**

**those [63]**   6/14 8/2 8/4 8/5
8/9 13/25 14/5 18/8 21/10
22/12 22/20 24/24 24/25 28/8
32/20 46/4 49/10 49/18 49/19
50/21 51/19 54/1 64/7 66/13
66/23 68/11 70/25 74/5 78/8
78/25 79/1 83/23 85/25 99/2
100/19 102/8 108/3 108/6
116/24 117/2 123/14 123/17
124/24 126/24 129/6 132/20
135/1 139/6 157/15 157/16

159/16 159/16 160/4 162/12
172/21 174/1 184/1 184/2
184/12 185/8 212/7 217/12
229/23

**though [12]**   30/17 66/23
135/20 145/10 145/13 145/24
146/10 185/8 201/16 213/6
226/12 227/14

**thought [4]**   13/11 78/5
121/25 127/16

**thoughts [1]**   163/18

**thousand [2]**   186/23 188/16

**threat [67]**   11/1 11/3 12/5
14/6 14/7 14/18 14/18 14/20
14/22 15/7 15/12 15/15 17/16
26/6 61/8 111/3 121/12
124/20 128/19 128/21 128/22
140/1 145/1 145/18 146/13
146/14 162/9 162/16 163/6
180/6 180/6 180/6 180/15
180/23 181/5 181/9 183/13
184/4 184/13 185/7 186/16
193/10 194/22 195/15 195/25
196/2 196/4 196/6 196/9
196/13 196/14 196/19 196/25
197/6 197/8 200/19 202/7
202/9 202/11 202/14 202/16
202/19 203/7 208/18 208/19
212/17 213/20

**threaten [3]**   10/24 11/2
191/16

**threatened [5]**   145/5 145/14
180/4 183/3 183/22

**threatening [1]**   184/8

**threats [24]**   11/23 26/10
64/4 64/5 64/7 65/13 122/9
126/7 126/9 126/9 126/23
144/18 144/20 144/25 145/8
159/25 160/3 180/25 185/14
190/24 192/22 200/5 204/18
204/19

**three [37]**   3/13 4/25 4/25
23/16 24/3 45/12 48/3 51/15
54/20 55/21 56/7 56/19 57/2
60/16 62/18 67/10 68/3 78/10
93/21 94/20 94/23 94/24
100/6 103/8 103/8 129/7
153/2 156/20 157/15 157/16
157/25 158/6 178/5 189/16
189/18 190/18 228/9

**three-second [2]**   189/16
189/18

**thrifting [2]**   47/19 47/21

**through [75]**   4/20 10/19
11/14 17/10 24/1 26/13 26/17
28/25 29/22 30/4 30/13 32/11
37/3 37/14 37/16 37/19 37/25
45/15 47/22 48/4 48/6 50/14
50/20 51/15 52/21 53/8 55/11
56/9 56/21 59/1 59/18 62/11
64/12 65/5 70/11 72/22 75/4
76/9 77/9 77/10 77/24 78/23
80/13 81/8 82/24 86/15 86/23
87/6 91/12 91/14 92/16 97/1
97/24 98/22 99/8 104/14
108/20 109/8 109/11 114/19
122/1 124/21 125/6 134/6
134/25 149/16 155/14 156/11

163/1 165/1 192/21 196/14
211/17 232/8 232/9

**throughout [2]**   24/14 174/1

**throwing [1]**   227/16

**thrown [1]**   51/16

**Thursday [10]**   48/10 48/11
74/17 103/16 103/17 114/5
114/8 114/12 114/13 114/19

**thus [1]**   105/4

**ticket [2]**   48/9 48/11

**tickets [4]**   107/1 113/17
113/20 114/5

**Tie [2]**   198/6 198/9

**TIES [2]**   196/1 196/1

**tight [1]**   81/7

**TikTok [10]**   186/23 186/24
187/24 188/16 189/8 189/10
189/13 189/24 190/17 191/19

**time [105]**   4/14 5/4 7/10
7/20 10/10 11/16 11/19 12/13
18/2 18/15 19/20 21/5 24/21
25/11 25/12 25/13 27/3 33/13
37/12 37/18 42/11 43/19
45/13 48/2 52/25 53/13 53/13
53/17 55/21 58/12 58/13
58/25 59/17 62/5 64/4 70/7
71/15 72/13 76/6 76/8 76/11
77/5 77/18 78/18 81/10 83/12
87/5 88/22 92/6 92/22 93/2
97/19 98/20 104/2 105/23
105/24 106/8 107/8 107/16
108/5 108/6 108/24 109/4
113/7 116/4 116/7 117/25
121/23 128/23 132/16 133/9
147/22 148/3 150/2 150/13
154/12 163/17 173/12 182/7
182/16 183/7 184/4 186/17
198/6 201/6 201/19 202/14
203/17 206/24 207/15 208/5
214/6 215/19 216/4 216/6
217/2 218/1 218/13 218/20
218/20 218/21 219/25 220/15
222/16 229/20

**timeline [2]**   11/8 188/17

**times [6]**   89/1 102/6 113/1
137/10 153/2 187/16

**timing [2]**   14/13 184/1

**tip [49]**   181/1 181/2 181/6
181/7 181/8 182/19 182/19
182/21 183/8 183/19 191/25
193/9 193/9 195/22 196/8
196/11 197/7 197/17 197/19
197/21 197/22 198/1 198/3
198/3 198/4 198/9 198/13
198/20 198/23 199/11 199/12
199/21 199/25 200/2 200/3
200/5 200/17 200/18 202/3
202/6 205/15 205/18 205/22
206/4 206/4 206/9 216/24
218/6 218/10

**tips [11]**   195/19 196/11
196/16 196/23 196/24 196/24
196/25 196/25 198/8 199/16
202/17

**tips.fbi.gov [1]**   195/21

**tipster [1]**   206/4

**title [2]**   26/6 194/10

**titled [1]**   191/4

**T**

**to protect [1]** 193/16
**to research [1]** 34/3
**today [21]** 3/19 24/4 55/18
58/19 59/19 59/22 78/24 82/1
82/3 89/15 90/3 90/6 90/9
104/13 113/2 143/12 147/25
201/4 227/6 227/9 228/4
**together [5]** 80/7 102/18
108/14 227/9 227/9
**told [17]** 4/24 41/9 41/13
81/21 107/5 114/15 138/18
160/2 183/1 187/9 188/21
190/10 190/12 222/6 223/1
223/12 224/24
**tomorrow [14]** 44/9 59/22
74/22 75/4 93/9 100/1 100/16
152/20 226/13 226/23 229/14
229/16 232/10 232/24
**tomorrows' [1]** 100/21
**tone [1]** 222/18
**tonight [2]** 93/11 182/16
**too [17]** 4/4 18/2 18/6 44/19
52/20 53/16 55/24 55/25
56/24 60/4 80/25 87/10 87/10
89/23 163/19 226/19 226/19
**took [15]** 15/12 15/23 17/2
17/6 17/16 100/6 119/11
157/20 172/25 180/3 183/13
189/18 212/23 216/19 223/2
**top [1]** 5/19
**topic [2]** 152/1 200/4
**topic or [1]** 200/4
**topics [1]** 129/1
**total [1]** 222/21
**totally [2]** 31/15 102/19
**touch [1]** 30/15
**Touro [1]** 205/6
**toward [3]** 66/21 125/14
158/20
**town [4]** 187/25 217/1 217/4
223/7
**track [2]** 19/2 101/22
**traffic [1]** 98/22
**trainer [1]** 70/2
**training [10]** 23/7 106/8
194/25 195/3 196/13 196/15
196/18 196/18 204/23 204/25
**transcribing [1]** 20/4
**transcript [2]** 50/5 233/2
**transition [1]** 143/19
**translate [1]** 44/16
**transmit [1]** 26/9
**transportation [1]** 89/15
**traumatic [2]** 145/22 146/4
**travel [9]** 51/14 52/2 53/20
90/17 92/6 93/23 99/17
113/17 221/21
**traveled [1]** 221/23
**traveling [5]** 45/13 65/5
92/14 97/19 99/4
**treat [1]** 76/24
**treating [1]** 44/8
**trial [47]** 1/10 4/24 9/5 9/9
18/15 19/12 19/13 22/22
23/16 23/20 23/25 24/2 24/7
25/3 32/24 33/13 33/16 36/3

39/20 42/24 44/4 55/23 75/4
102/7 112/23 115/13 122/25
123/22 130/18 132/12 132/14
140/9 174/2 174/9 174/9
175/11 175/15 179/7 180/22
184/16 184/22 185/18 185/21
193/13 193/18 214/18 226/19
**trials [7]** 23/21 23/23 23/24
54/4 66/2 152/2 228/22
**tricky [1]** 55/13
**tried [2]** 88/3 192/9
**trouble [3]** 57/10 96/3 96/4
**true [20]** 11/22 14/19 15/15
26/10 121/12 124/19 126/23
128/18 128/21 128/22 162/9
162/16 176/15 180/6 180/23
185/7 185/14 186/16 193/10
210/19
**Trump [3]** 120/6 187/9 188/5
**trust [6]** 36/6 50/19 125/16
132/8 137/7 192/4
**truth [6]** 30/9 172/25 191/2
198/18 206/18 208/16
**truthfully [2]** 132/8 190/11
**try [11]** 19/1 75/15 77/24
78/2 78/22 177/5 193/6
210/25 211/9 216/3 216/14
**trying [10]** 9/24 13/12 75/16
83/4 121/25 153/25 154/12
229/2 230/17 231/13
**TSA [1]** 45/9
**TTL [1]** 202/10
**Tuesday [5]** 43/7 74/17 74/22
74/23 114/19
**turn [14]** 20/17 26/2 95/22
105/10 133/21 134/17 138/13
143/1 144/13 153/14 164/5
179/21 197/18 226/24
**turning [1]** 70/25
**turns [1]** 190/2
**TV [3]** 42/3 48/22 48/24
**twelfth [1]** 170/16
**twelve [1]** 80/12
**twice [2]** 58/17 83/21
**twins [1]** 68/5
**Twitter [3]** 34/12 139/9
191/9
**two [70]** 4/25 4/25 12/6 15/5
15/24 18/19 19/3 23/16 24/3
26/5 26/10 26/12 28/9 31/11
32/15 38/12 48/4 51/16 52/17
54/20 55/8 55/16 55/16 55/21
58/9 60/25 66/9 66/13 67/10
68/4 68/24 72/20 78/10 80/22
81/24 83/13 84/25 86/4 86/11
88/21 92/13 92/19 93/12
93/12 99/5 100/1 101/8 101/9
104/19 106/12 106/12 114/9
117/4 127/9 130/2 130/10
151/4 152/24 164/10 164/11
164/12 170/18 170/19 180/4
184/13 192/25 195/24 200/21
215/11 228/9
**type [9]** 12/21 33/15 53/24
65/25 73/7 89/20 100/7
194/25 196/13
**typically [1]** 218/17

**U**

**U.S [2]** 6/13 47/4
**UCF [2]** 71/12 98/19
**uh [3]** 20/13 20/14 139/7
**uh-huh [1]** 20/13
**Uh-hum [1]** 139/7
**ultimate [1]** 32/10
**ultimately [10]** 19/12 33/5
53/25 161/18 181/7 198/11
198/20 199/21 199/23 202/6
**Um [3]** 135/15 202/6 208/12
**Um-m-m [3]** 135/15 202/6
208/12
**umbrellas [1]** 175/25
**un [2]** 20/14 51/3
**un-uh [1]** 20/14
**unable [4]** 92/19 113/3 221/4
224/25
**unanimous [1]** 185/5
**uncertain [1]** 72/1
**unclear [1]** 191/23
**uncomfortable [6]** 24/23
24/24 105/19 112/8 121/5
151/5
**under [10]** 19/25 50/15
112/24 124/19 164/25 185/10
193/1 197/1 209/2 226/20
**Underage [1]** 85/11
**undergo [1]** 44/8
**understand [33]** 10/19 12/10
17/18 21/20 23/9 23/12 23/12
34/21 36/6 41/14 46/15 57/2
57/4 57/6 57/13 69/2 69/5
69/6 69/7 69/13 69/13 69/15
69/16 69/19 72/8 91/15
128/24 135/5 135/10 135/20
179/9 208/13 213/3
**understandable [1]** 187/15
**understanding [6]** 3/20 8/1
16/12 57/10 82/1 117/10
**understands [1]** 118/21
**understood [2]** 45/25 88/15
**underway [1]** 174/18
**undivided [4]** 44/23 44/24
45/1 105/9
**undue [2]** 75/5 90/8
**unemployed [1]** 96/24
**Unemployment [1]** 95/1
**unfair [1]** 125/2
**unforeseen [1]** 114/7
**unfortunately [6]** 55/25 85/9
100/13 100/21 154/12 182/13
**union [1]** 57/19
**UNITED [14]** 1/1 1/4 1/11
1/15 3/2 3/7 19/14 20/18
22/10 26/6 123/21 180/20
186/14 205/3
**units [1]** 12/19
**University [10]** 38/8 38/10
38/21 38/25 73/21 73/21
73/22 104/23 195/5 205/6
**unless [6]** 95/22 140/20
160/9 162/15 176/19 214/24
**unlike [2]** 123/1 226/14
**unpopular [1]** 186/15
**unrelated [3]** 16/3 77/23
102/19

**U**

**unsure [1]**   78/15
**until [24]**   3/21 11/5 18/10
  24/9 35/5 81/1 82/10 89/17
  95/15 104/20 105/13 123/16
  133/2 156/23 157/2 158/2
  158/3 164/12 175/2 178/7
  178/12 178/24 227/17 227/25
**up [73]**   12/17 17/23 20/20
  23/20 28/5 37/1 37/6 37/13
  44/16 45/19 45/24 53/12
  53/17 53/17 53/19 54/20
  56/17 58/10 58/15 58/16
  72/16 78/4 81/16 81/17 83/18
  90/2 94/14 94/21 96/14 99/9
  100/13 101/21 103/14 103/18
  106/22 106/22 109/13 115/1
  118/11 119/4 122/23 124/4
  124/6 129/13 130/5 130/10
  133/15 137/6 143/25 147/11
  148/5 149/10 151/1 153/23
  164/4 173/7 174/9 184/24
  188/19 188/24 189/5 191/3
  191/19 191/23 198/7 199/16
  209/13 213/24 216/14 226/15
  229/2 230/13 232/17
**updates [1]**   174/8
**uphold [1]**   193/13
**upon [7]**   12/16 36/2 116/8
  118/19 126/16 211/20 223/11
**upset [2]**   84/15 148/14
**upwards [1]**   12/19
**urge [1]**   79/10
**urgency [1]**   202/15
**url [1]**   188/10
**us [48]**   14/16 18/18 20/9
  24/1 24/6 54/21 54/25 55/2
  64/6 82/14 82/24 114/15
  117/24 126/7 126/11 135/20
  137/6 138/18 138/21 144/20
  144/24 144/25 145/6 145/10
  145/15 153/16 155/2 165/13
  166/4 170/3 171/10 171/15
  193/16 193/17 195/13 198/13
  204/4 206/3 216/5 221/10
  221/14 221/18 222/13 222/16
  223/1 224/24 226/17 229/3
**use [31]**   8/13 18/23 24/20
  27/16 27/17 33/22 34/17
  77/12 77/21 79/10 79/17
  116/18 116/21 122/13 122/15
  158/9 158/9 158/10 158/11
  158/13 158/17 158/19 158/24
  160/20 180/8 188/3 189/20
  191/8 210/25 211/4 229/6
**used [12]**   8/16 8/21 13/15
  27/19 136/1 150/16 159/6
  159/13 162/1 163/9 185/19
  196/16
**uses [1]**   35/23
**using [3]**   8/18 8/21 88/7
**usually [6]**   4/8 5/8 24/17
  30/11 196/21 228/14
**utilized [3]**   11/18 12/1
  71/18

**V**

**VA [1]**   143/20
**vacation [7]**   45/19 45/20
  86/22 87/12 87/14 88/12
  101/6
**vaccination [2]**   113/8 152/1
**valuable [2]**   25/11 25/12
**various [3]**   139/3 149/16
  201/20
**Vegas [4]**   205/20 205/23
  207/12 220/3
**vehicle [1]**   102/20
**vehicles [1]**   83/22
**vendors [2]**   100/3 153/4
**venire [10]**   19/6 79/7 81/12
  109/2 131/24 133/8 156/16
  160/18 172/11 174/13
**verbally [1]**   223/12
**verbatim [2]**   116/13 198/24
**verdict [35]**   23/5 27/23 29/1
  29/8 32/3 32/10 32/14 32/14
  34/25 40/16 42/7 46/12 47/10
  49/13 49/20 50/24 52/23
  55/12 56/10 58/2 83/16 84/4
  85/1 87/8 94/5 96/17 101/19
  103/9 142/17 154/15 175/16
  177/15 179/20 184/20 185/13
**verify [2]**   209/16 212/25
**versa [1]**   18/23
**versions [1]**   189/16
**versus [4]**   3/3 19/15 128/12
  144/1
**very [58]**   16/17 19/18 41/22
  50/19 53/1 53/2 61/6 71/16
  77/6 77/7 77/8 78/5 78/5
  81/19 84/10 87/24 89/3 89/16
  91/25 93/15 99/13 107/7
  108/2 108/6 108/6 112/21
  114/13 115/4 122/16 128/16
  132/6 133/6 145/3 150/8
  151/21 157/3 158/3 173/15
  174/11 174/14 178/13 186/19
  187/4 188/17 192/5 202/20
  203/15 208/21 213/18 227/1
  227/15 228/20 228/21 229/4
  229/10 230/13 232/12 232/13
**vet [1]**   99/11
**Veterans [2]**   56/16 143/7
**via [3]**   64/8 64/9 64/9
**vice [2]**   18/23 84/13
**vice-president [1]**   84/13
**victim [21]**   38/15 43/14
  43/15 49/9 50/9 61/5 62/22
  63/13 63/25 65/8 71/18 72/25
  76/8 76/16 84/22 88/25 97/22
  99/19 102/3 102/6 122/9
**victims [1]**   42/23
**video [48]**   10/9 10/11 11/7
  11/9 26/14 26/19 30/16 56/20
  182/20 182/22 182/23 182/24
  183/2 183/19 183/20 183/24
  184/3 184/14 184/16 189/16
  189/18 189/19 189/25 190/5
  190/8 190/12 190/17 190/22
  191/1 191/3 191/15 191/18
  191/20 191/25 192/1 192/2
  192/12 192/14 192/14 193/5

**VA [1]**
  200/9 201/2 201/3 201/7
  202/3 202/5 202/19 202/20
**videos [23]**   10/7 13/18 26/12
  180/4 184/2 184/7 184/23
  185/8 186/9 186/18 188/4
  188/5 188/7 189/10 189/22
  189/23 191/4 191/6 192/22
  192/25 193/2 193/7 232/8
**view [10]**   12/7 12/23 33/20
  33/24 35/15 36/1 75/5 114/24
  121/17 161/23
**viewed [2]**   182/23 212/17
**views [5]**   27/18 27/19 27/20
  127/19 162/1
**Village [1]**   186/20
**violation [3]**   26/6 197/3
  229/8
**violations [1]**   196/17
**violence [2]**   90/23 212/19
**violent [1]**   192/23
**Virginia [3]**   194/16 194/23
  195/2
**virtually [1]**   14/1
**vis [2]**   16/8 16/8
**vis-a-vis [1]**   16/8
**visit [3]**   33/20 35/8 190/9
**vitally [2]**   173/5 173/14
**voice [1]**   225/6
**voir [21]**   6/5 6/13 8/3 8/7
  17/24 22/22 22/23 23/4 32/19
  112/22 116/3 116/9 116/19
  117/25 120/19 120/25 121/23
  161/4 161/6 161/14 172/7
**volume [2]**   1/10 198/8
**vote [3]**   123/12 123/13 136/2
**voter [1]**   122/20

**W**

**wait [6]**   37/23 65/14 140/19
  152/9 155/24 227/17
**waiting [10]**   59/18 66/12
  66/16 106/5 132/20 160/16
  163/19 171/3 210/3 211/16
**waive [1]**   4/7
**waiver [1]**   4/8
**wake [1]**   44/15
**walk [5]**   79/4 79/5 92/19
  95/2 227/10
**walked [2]**   21/24 22/5
**walking [3]**   67/15 175/24
  192/7
**walks [1]**   84/19
**wall [1]**   36/25
**want [121]**   3/24 6/10 6/24
  7/2 7/6 7/13 7/14 7/18 8/2
  9/11 17/23 18/1 19/15 20/11
  20/12 20/13 21/19 25/9 28/6
  29/12 30/20 32/18 34/7 36/11
  36/18 45/24 46/15 78/8 78/15
  78/17 82/4 82/25 87/7 87/12
  88/4 88/12 93/8 94/13 97/11
  101/5 105/19 105/23 107/16
  108/9 108/18 112/2 112/5
  113/5 115/12 115/19 115/20
  116/17 116/18 116/19 117/13
  118/1 118/18 118/21 119/20
  119/25 120/9 121/9 125/6
  126/3 127/6 128/5 131/4

# W

**want... [54]**   131/8 131/18
132/3 133/4 135/16 136/23
141/5 147/9 148/19 149/10
149/15 150/4 150/8 152/12
152/15 153/5 154/11 156/20
157/14 157/24 160/8 160/12
161/16 163/19 165/11 165/12
173/24 182/2 190/9 197/17
200/12 201/21 205/8 207/22
210/18 210/20 210/21 212/1
216/8 216/22 223/16 224/10
224/11 224/12 226/1 227/6
228/23 229/6 229/10 230/2
230/9 230/12 232/11 232/22
**wanted [39]**   6/1 8/12 115/3
119/6 121/3 122/3 122/10
122/12 123/5 124/12 124/14
125/3 126/8 126/12 130/25
131/3 131/12 132/5 133/15
133/21 134/17 137/22 138/12
141/11 142/20 145/25 152/13
152/16 155/19 156/1 156/4
188/22 212/25 213/9 213/10
222/14 229/18 229/21 230/4
**wants [9]**   4/6 20/14 81/22
115/8 117/1 118/8 152/9
161/21 232/10
**warn [1]**   226/1
**warning [2]**   120/4 191/5
**warrant [3]**   14/2 17/1 208/23
**warrants [1]**   207/13
**was [375]**
**Washington [10]**   119/11
148/13 157/20 198/6 198/10
198/11 199/14 199/21 207/8
221/21
**wasn't [8]**   10/8 64/8 123/5
126/11 145/11 186/16 190/10
192/2
**wasted [1]**   25/13
**watch [2]**   33/25 191/5
**Watches [3]**   101/1 101/2
152/14
**watching [5]**   42/3 48/22
52/20 67/12 188/4
**way [49]**   5/23 11/9 17/6 19/3
23/5 23/11 24/23 28/9 36/23
37/10 37/25 40/8 46/5 46/14
46/17 52/20 59/5 60/14 64/18
64/20 74/9 78/19 85/17 90/7
91/3 91/21 100/16 117/19
123/6 130/25 135/16 142/15
142/18 145/2 150/22 155/17
158/17 189/21 191/7 191/13
206/21 216/24 217/13 219/16
220/5 220/22 220/23 220/24
228/18
**ways [3]**   31/11 35/23 37/20
**we [459]**
**we'll [4]**   20/6 24/4 78/21
81/8
**weapons [1]**   192/11
**wear [12]**   94/13 99/8 99/10
112/22 115/3 149/15 149/25
150/1 150/9 150/14 151/1
151/23

**wearing [2]**   150/16 151/23
**website [1]**   96/25
**websites [1]**   34/11
**wedding [5]**   103/15 103/16
103/17 103/23 113/12
**Wednesday [16]**   59/22 60/17
95/16 100/2 100/17 103/14
103/18 106/22 106/24 107/1
107/4 113/13 113/17 113/18
113/20 152/21
**weed [1]**   188/8
**week [28]**   23/22 43/7 44/2
45/21 59/24 59/25 60/1 60/11
60/14 87/3 90/3 99/25 100/13
100/14 100/20 104/15 104/19
105/21 129/15 131/20 153/1
153/3 153/17 154/10 182/18
192/6 194/21 195/3
**weekend [2]**   10/14 227/12
**weekly [1]**   100/12
**weeks [4]**   12/5 23/22 196/15
204/25
**weigh [1]**   145/19
**weight [7]**   61/19 63/22 76/25
157/6 176/6 178/16 179/5
**welcome [7]**   19/8 19/15 81/13
106/6 156/17 175/6 216/2
**welfare [1]**   58/9
**well [29]**   16/15 16/16 17/12
24/3 25/12 44/20 51/2 51/17
60/22 72/9 75/16 81/10 82/21
88/3 105/19 105/24 105/25
107/7 115/6 116/11 148/12
156/8 189/2 196/16 199/1
216/24 217/11 224/14 230/3
**Wellington [2]**   60/23 92/12
**went [19]**   11/19 12/3 14/25
17/3 58/10 58/23 102/6
109/11 127/18 128/2 218/22
218/25 219/13 219/20 220/10
221/5 223/2 224/13 229/20
**were [119]**   6/1 9/23 9/24
9/25 11/8 11/22 12/18 13/11
13/12 13/21 14/3 16/14 35/11
39/25 42/23 43/18 43/18
43/23 44/21 47/10 47/12
47/14 51/18 57/25 58/4 58/18
58/25 64/7 64/8 65/14 68/14
68/14 75/6 81/25 82/14 82/18
83/22 84/6 84/8 85/5 85/18
86/4 87/11 88/13 90/23
102/11 103/3 103/5 106/17
115/21 116/1 116/5 117/4
117/7 124/11 124/21 124/22
124/23 125/25 126/7 126/9
130/2 130/10 131/6 134/24
135/1 141/12 142/9 144/22
145/6 146/10 146/12 148/13
149/18 150/21 152/2 152/5
153/4 156/13 159/23 160/25
161/18 173/1 173/4 173/6
181/4 181/13 182/3 183/15
184/2 186/18 190/20 191/4
191/4 191/6 192/19 192/21
193/2 193/2 196/2 205/9
206/25 207/12 208/10 209/12
209/12 210/9 212/7 216/18
217/12 217/20 218/1 218/21

**west [26]**   1/2 1/7 1/21 1/24
38/9 38/10 40/21 73/17 73/18
76/3 89/22 93/18 104/4 181/8
181/10 183/6 194/16 194/23
198/12 199/23 202/6 202/8
203/4 205/14 205/18 206/5
**wet [1]**   175/24
**what [226]**   5/5 6/6 6/9 6/10
7/6 7/7 8/19 8/22 13/17 14/2
15/10 20/2 21/3 21/20 28/13
30/5 31/5 31/9 31/21 34/15
35/13 37/4 39/5 39/16 41/8
41/13 41/14 44/11 47/8 47/20
48/23 57/25 65/25 69/2 69/8
73/7 75/8 77/6 77/13 77/16
80/12 80/19 82/22 85/22
87/22 89/20 91/15 93/12 96/1
98/12 100/7 100/15 100/25
101/8 101/22 101/23 103/12
104/9 104/11 104/18 104/24
105/16 107/5 107/20 107/20
113/22 114/1 114/24 115/19
117/16 117/18 118/5 118/9
119/20 122/9 123/10 124/14
126/10 127/21 128/5 128/21
129/20 130/19 131/11 134/5
135/20 135/21 136/3 136/5
137/5 137/17 138/21 138/24
141/15 143/22 143/25 144/19
144/24 145/18 145/18 145/20
146/22 148/8 149/17 149/22
150/25 151/17 153/23 154/7
154/9 157/11 159/10 162/4
162/23 164/8 164/9 165/11
175/12 175/20 176/19 176/19
176/21 177/5 177/15 177/16
178/23 179/4 180/9 184/25
185/24 186/5 186/7 186/8
186/15 187/8 187/9 187/12
187/17 187/17 188/12 188/19
188/20 189/7 192/18 192/19
192/25 194/10 194/14 194/25
195/13 195/17 195/18 195/23
196/6 196/13 196/23 197/1
197/6 198/1 198/3 198/19
198/23 199/2 199/4 199/7
199/15 200/16 202/5 202/19
202/24 203/2 204/9 204/16
206/20 207/5 207/6 207/9
207/14 207/25 208/13 209/14
212/5 212/22 212/23 213/13
213/14 213/19 214/20 215/3
215/4 215/19 215/23 216/8
217/1 217/4 217/17 218/3
218/25 220/8 221/4 221/14
221/18 221/18 222/4 222/4
222/13 222/24 223/7 223/25
224/3 224/17 225/5 227/1
227/11 227/11 227/12 227/15
227/22 228/4 228/6 229/8
229/21 230/3 230/15 230/25
231/24
**whatever [9]**   77/21 123/3
131/4 135/24 136/11 145/25
173/23 176/6 197/12
**whatsoever [6]**   34/14 59/8

**W**

**whatsoever... [4]** 71/24
78/14 132/23 176/18
**when [109]** 3/22 4/4 8/5 10/1
14/19 15/14 15/17 19/2 20/5
20/8 27/25 28/15 30/17 30/20
31/14 32/3 32/4 32/5 32/20
33/4 33/10 36/25 37/11 39/12
44/15 45/20 47/7 47/10 50/15
51/18 53/16 60/9 64/5 69/4
69/11 80/17 85/11 86/4 87/11
87/14 87/18 88/6 88/13 90/5
96/3 102/19 102/22 103/15
104/17 105/10 108/20 112/23
114/18 116/21 118/18 119/9
126/2 129/4 131/15 132/24
133/11 134/24 135/25 137/5
139/20 148/12 150/1 150/2
152/9 157/10 160/12 162/13
162/13 164/5 173/20 174/16
176/22 177/9 177/12 179/1
181/18 184/23 185/3 185/7
186/4 186/14 190/19 191/4
193/4 193/17 195/23 196/8
196/24 198/1 200/2 201/15
211/6 214/17 218/17 219/20
220/4 221/5 221/11 222/23
223/19 227/6 227/8 228/1
229/20
**Whenever [1]** 177/4
**where [50]** 7/15 14/17 19/21
20/17 30/8 33/20 43/17 53/20
53/20 58/16 77/13 78/3 85/5
104/22 106/23 107/20 111/10
122/17 123/1 128/12 128/18
130/15 142/4 149/18 152/2
172/14 173/2 174/15 183/2
187/16 188/12 189/11 195/4
195/14 196/19 198/20 199/21
202/20 205/5 207/15 212/16
213/15 216/15 217/1 221/8
225/19 226/14 228/6 229/1
229/7
**wherein [1]** 183/21
**Whereupon [1]** 201/12
**whether [70]** 4/3 4/6 4/7 5/5
5/6 10/24 10/25 11/2 11/22
14/19 15/14 23/14 24/15
25/25 26/2 32/8 32/10 34/4
34/4 36/11 59/4 62/2 66/23
66/25 72/25 77/25 78/13
80/20 82/15 93/10 100/18
102/14 104/20 112/22 116/21
117/9 120/15 121/4 121/22
125/14 127/16 135/9 135/16
136/3 137/1 150/22 153/18
157/6 162/12 163/1 163/4
174/8 175/13 176/3 177/24
178/16 179/3 181/13 197/2
197/3 212/16 212/17 213/20
217/13 217/14 219/25 220/5
220/25 225/8 232/10
**which [66]** 4/4 4/8 4/22 9/4
9/8 11/1 11/1 13/3 15/4
17/16 19/12 20/17 24/7 24/19
25/7 30/21 31/1 34/1 36/22
41/7 46/7 46/8 48/17 59/19

63/12 63/23 77/20 80/18 94/1
95/16 95/22 101/6 106/8
116/14 119/11 132/18 137/10
144/22 145/6 152/15 157/20
163/9 179/8 180/4 180/23
182/21 188/11 190/2 192/17
192/25 194/17 194/22 195/2
195/20 196/15 198/10 200/9
202/10 202/11 211/20 212/7
212/11 215/5 216/10 227/16
229/8
**while [12]** 17/25 60/11 64/8
116/4 116/7 140/19 149/25
150/17 160/16 177/22 192/7
219/10
**whiskey [2]** 190/2 190/2
**white [4]** 25/1 81/18 149/24
188/5
**WHL [1]** 42/1
**who [135]** 3/10 6/21 7/17
9/11 9/24 13/25 19/16 19/19
20/20 21/3 21/10 21/19 21/20
22/6 24/25 27/4 27/7 27/10
27/13 28/4 28/7 29/6 30/6
38/3 39/10 43/12 47/3 48/7
48/8 52/6 54/1 54/9 54/11
61/10 61/12 61/14 63/16
63/17 64/3 65/4 66/11 67/11
70/14 72/21 73/25 77/25 78/8
78/11 79/1 79/3 79/20 81/25
83/2 83/2 83/9 88/3 92/5
93/22 93/22 100/23 109/14
111/2 112/8 112/12 114/4
115/1 118/16 120/8 122/12
122/15 123/12 123/13 123/14
124/22 125/13 126/8 127/16
128/6 129/14 132/20 132/25
134/1 144/19 145/3 145/4
145/23 146/1 151/23 155/21
157/16 157/25 158/6 158/13
158/19 158/22 159/1 159/6
159/17 159/18 159/23 160/1
160/3 160/4 160/11 162/5
163/15 163/22 164/7 164/20
171/21 172/21 173/8 173/25
175/3 175/24 181/4 181/5
181/13 182/3 183/9 186/20
187/4 187/15 192/4 196/21
202/14 202/22 206/24 208/19
217/7 219/17 221/15 222/10
228/4 232/2
**who deeply [1]** 187/4
**whole [4]** 91/9 131/10 137/16
154/1
**whom [6]** 33/2 79/24 131/3
131/19 155/13 179/16
**why [43]** 10/19 12/10 14/12
15/2 31/18 34/21 34/22 53/4
80/6 85/2 107/14 112/4 115/3
130/13 143/14 152/24 164/19
173/1 173/4 182/1 186/7
188/8 192/19 202/13 203/4
208/14 209/3 209/6 209/13
210/16 211/3 213/4 216/6
221/20 222/14 222/16 227/16
227/23 227/24 228/23 230/2
231/1 232/16
**wide [1]** 75/9

**widow [1]** 71/11
**wife [16]** 42/1 45/11 46/25
57/19 62/18 68/2 70/5 72/19
73/19 86/20 96/12 96/24
103/20 106/11 106/14 107/3
**wifi [4]** 9/8 9/13 17/20 18/3
**will [315]**
**will prohibit [1]** 154/7
**willing [8]** 6/15 181/11
181/22 182/4 213/5 218/12
223/12 223/13
**wills [1]** 66/1
**window [1]** 43/19
**wipes [1]** 88/2
**wise [1]** 154/10
**wish [2]** 178/22 229/10
**wishes [1]** 179/15
**within [7]** 8/14 31/15 31/22
42/24 189/19 189/22 212/6
**without [15]** 12/12 13/16
16/2 49/16 59/23 60/12 69/16
74/10 132/25 184/11 190/13
197/15 201/11 206/3 206/8
**witness [77]** 3/13 3/18 9/25
10/2 24/9 24/11 24/12 24/13
30/10 30/11 30/13 31/7 31/19
31/21 35/13 35/14 42/25
45/17 50/11 65/8 71/19 71/20
74/8 76/25 84/22 89/6 97/24
98/22 99/20 106/19 117/6
117/11 125/17 144/1 165/2
175/24 176/17 176/19 176/20
177/17 177/19 177/20 193/21
193/25 198/22 199/2 200/8
200/11 203/1 203/16 203/19
206/16 206/20 207/25 209/1
215/16 216/10 220/14 220/19
220/21 223/24 226/4 226/13
226/13 226/15 226/15 226/16
226/17 226/20 226/24 229/19
230/6 230/7 230/8 230/15
230/16 231/5
**witness' [9]** 177/21 177/22
177/22 177/24 177/25 214/8
216/9 220/17 225/19
**witnessed [4]** 38/15 61/6
62/23 89/2
**witnesses [20]** 3/13 9/24
19/21 28/15 30/6 34/20 36/9
54/3 61/12 63/20 69/11 76/24
114/12 159/4 175/1 178/3
178/23 179/1 179/13 179/16
**witnesses' [1]** 176/14
**woman [6]** 112/12 180/3
197/19 202/20 205/23 208/19
**won't [13]** 41/15 45/22 53/25
83/3 91/13 91/18 95/5 103/21
108/16 118/22 123/16 215/6
231/2
**wondered [1]** 134/5
**wondering [2]** 137/5 143/13
**woodworking [1]** 101/16
**word [4]** 20/3 20/11 121/4
145/5
**words [18]** 8/16 8/21 60/8
61/17 69/7 69/14 69/19 85/23
116/24 117/7 135/1 173/19
180/1 180/1 180/17 185/14

## W

words... [2]  185/14 185/19
work [42]  5/12 9/17 37/7
37/25 38/7 48/5 56/8 56/12
56/16 57/1 58/12 59/17 60/22
72/17 84/18 86/18 89/11
90/17 91/10 92/25 93/17
99/15 99/25 101/4 101/9
108/21 129/23 129/25 135/18
136/23 138/24 139/19 143/7
144/2 153/1 153/17 153/21
154/1 154/10 194/18 204/14
206/25
worked [10]  37/7 51/10 64/6
76/2 125/8 125/11 147/20
150/14 195/12 195/23
worker [2]  52/17 58/8
working [6]  44/7 52/15 70/8
88/22 143/21 194/20
works [13]  37/9 45/11 52/18
56/18 62/13 63/6 63/8 68/2
86/21 93/19 94/25 96/12
104/7
world [2]  42/19 183/21
worldwide [1]  195/16
worry [3]  54/14 145/22
146/13
worse [3]  95/22 208/16
213/24
worsens [1]  126/2
worth [17]  42/16 48/20 58/9
62/10 67/25 86/20 181/17
207/16 217/5 217/24 219/14
220/6 221/5 223/3 223/20
224/14 225/15
would [266]
wouldn't [9]  35/25 42/10
54/14 75/16 150/23 152/7
161/8 209/6 213/25
write [1]  96/25
written [2]  6/12 220/25
wrong [9]  18/14 23/25 40/4
132/7 172/24 185/25 187/14
189/18 228/25
wrote [2]  126/11 193/1

## X

X-ray [1]  95/17

## Y

Y-O-U-N-G-B-L-O-O-D [1]
194/5
yard [3]  48/5 56/8 56/12
yeah [1]  69/6
year [18]  42/15 47/3 48/8
65/12 66/21 68/24 73/19
73/20 90/6 92/17 92/21 93/21
93/21 93/22 99/6 99/16
112/16 189/21
years [114]  37/7 37/8 38/11
39/23 41/25 41/25 42/7 45/10
45/11 46/22 46/22 46/23
46/25 47/17 48/1 48/2 48/19
48/20 48/21 50/3 50/14 51/11
51/12 51/24 52/15 52/16
52/22 55/7 55/16 56/5 56/18
57/18 57/23 58/9 59/13 59/14

60/24 61/22 62/17 62/21 63/5
63/6 65/2 65/3 67/9 67/22
68/1 68/3 68/5 68/24 70/3
70/5 72/18 72/19 73/17 73/18
76/1 76/1 76/3 76/7 83/8
85/14 85/24 86/11 86/12
86/13 86/19 86/21 87/2 88/20
90/16 90/25 92/3 92/4 92/12
92/13 94/19 96/12 96/22
96/23 97/18 98/10 98/17
98/21 99/2 99/2 99/16 101/13
101/14 101/15 102/16 102/17
102/25 103/1 103/2 103/8
103/8 104/4 125/9 125/12
135/19 136/2 146/11 147/21
147/22 186/17 190/18 194/13
195/11 196/22 204/8 204/22
205/3 212/6
yes [227]  5/12 6/6 8/9 13/6
16/23 16/25 18/14 18/17
21/23 39/15 39/19 40/2 40/7
40/17 40/23 40/25 41/21
41/24 43/15 43/17 44/4 45/5
46/16 47/11 47/13 48/12 49/2
49/2 49/3 49/5 49/6 49/14
49/17 52/3 53/7 53/19 54/16
54/22 54/24 57/9 58/3 60/3
60/6 60/18 61/22 64/10 65/12
66/21 67/2 68/20 71/19 71/20
72/9 72/10 72/22 72/24 73/6
73/24 74/15 74/16 74/23 81/6
82/2 83/14 83/15 83/19 83/21
84/5 84/22 85/6 85/8 85/9
85/10 85/19 88/15 90/18
91/12 91/17 91/24 93/8 93/25
94/3 94/4 97/6 97/7 98/9
99/10 100/6 101/3 101/18
101/18 101/18 101/19 102/2
102/13 103/6 105/3 105/5
105/7 105/18 105/22 106/1
106/19 106/25 107/2 109/17
109/21 109/25 110/3 110/8
110/11 110/16 110/18 110/22
110/24 111/4 111/6 111/12
111/14 111/18 111/23 113/20
115/16 115/17 116/1 116/23
118/10 120/12 120/16 124/10
124/13 125/22 126/18 129/12
130/11 132/4 134/3 135/3
135/11 136/13 136/25 138/2
138/4 138/20 138/22 139/5
139/22 139/25 140/24 140/25
141/2 141/8 141/14 141/20
142/7 143/9 143/11 144/21
144/23 146/9 147/16 147/23
148/1 148/17 148/22 148/23
150/20 153/10 154/5 163/25
164/2 164/15 165/10 165/13
170/15 171/18 171/20 172/4
172/6 172/19 174/25 197/21
200/1 200/13 201/3 201/5
201/23 202/9 203/12 204/6
205/3 205/11 206/7 206/22
207/4 207/23 210/8 211/13
214/25 217/25 218/7 219/6
219/12 219/15 219/19 219/22
220/2 221/1 221/13 222/6
223/4 223/6 223/15 223/23

223/25 224/7 224/9 224/16
224/21 225/1 225/4 226/8
230/11 230/20 230/22 231/4
231/19
yesterday [1]  95/15
yet [3]  3/18 121/18 155/14
yo [2]  28/24 33/10
yoga [1]  88/22
York [5]  47/3 67/11 73/20
74/16 207/18
you [1401]
You've [1]  5/15
young [1]  85/11
YOUNGBLOOD [6]  2/2 3/15
36/16 193/23 193/25 194/4
younger [2]  85/11 96/3
youngest [1]  95/1
your [354]
yours [1]  64/13
yourself [3]  178/24 216/19
219/17
yourselves [5]  22/1 22/16
32/25 77/19 133/3