1          UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
2               WEST PALM BEACH DIVISION

3            CASE NO. 21-CR-80039-ROSENBERG

4
     **UNITED STATES OF AMERICA,**      .
5                                       .
     Plaintiff,                         .
6                                       .
            vs.                         .
7                                       .
     **SUZANNE ELLEN KAYE,**            .  West Palm Beach, FL
8                                       .  June 28, 2022
                                        .
9    Defendant.                         .

10                    VOLUME 2
                 JURY TRIAL PROCEEDINGS
11        BEFORE THE HONORABLE ROBIN L. ROSENBERG
              UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14

15   FOR THE PLAINTIFF:        **MARK DISPOTO**
                               **SHANNON DARSCH**
16                             United States Attorney's Office
                               500 E Broward Boulevard
17                             7th Floor
                               Fort Lauderdale, FL 33301
18                             561-820-8711

19   FOR THE DEFENDANT:        **KRISTY MILITELLO, ESQ.**
                               **SCOTT BERRY, ESQ.**
20                             Federal Public Defenders Office
                               450 S. Australian Avenue
21                             Suite 500
                               West Palm Beach, FL 33401
22                             561-833-6288

23   Official Court Reporter:  Pauline A. Stipes
                               HON. ROBIN L. ROSENBERG
24                             West Palm Beach/Ft. Pierce, Fl
                               561-803-3434
25

           Pauline A. Stipes, Official Federal Reporter

1                              INDEX

2          **ARTHUR SMITH**

3          Direct Examination by Mr. Dispoto          Page 15

4          Cross Examination by Ms. Militello         Page 56

5          Redirect Examination by Mr. Dispoto        Page 87

6          Recross Examination by Ms. Militello       Page 96

7          Re-Redirect Examination by Mr. Dispoto     Page 98

8          **ARTHUR ALLEN**

9          Direct Examination by Mr. Dispoto          Page 99

10         Cross Examination by Ms. Militello         Page 123

11         **SUZANNE KAYE**

12         Direct Examination by Mr. Berry            Page 125

13         Cross Examination by Mr. Dispoto           Page 163

14         Redirect Examination by Mr. Berry          Page 189

15

16            **EXHIBITS**

17                                        I.D.         Received

18         Government Exhibit 10      Page 37

19         Government Exhibit 2                        Page 41

20         Government Exhibits 3 – 7                   Page 41

21         Government Exhibits 8, 11                   Page 123

22         Defense Exhibits A – O                      Page 125

23         Defense Exhibit P                          Page 144

24         Defense Exhibit Q                          Page 145

25

1           THE COURT:  Okay, good morning, you may be seated.

2           We are going to distribute to you a redline and a

3     clean version of the jury instructions.

4           I know we haven't had the conference yet, but what it

5     is, is a first stab that the Court has taken trying to

6     reconcile some differences that you all have had.

7           You will still be heard, and it is not the final word,

8     so I can go back and change them, but I find it efficient to

9     take a first stab at it, and then give you the benefit of my

10    thinking, so when we have our first conference we are not

11    starting from scratch.

12          What we generally do is file this version so the

13    record is clear when we have our conference what version we are

14    talking about, so anybody reading it will be able to follow our

15    dialogue because they will see that we are talking about this

16    edited redline version.

17          I am not sure when we will have the conference.  It

18    sounds like we will get through the evidence today.  Maybe we

19    will have to stop and excuse the jurors early and go over the

20    instructions and finalize them and come in first thing tomorrow

21    for instructions and closing.  Maybe it will take a different

22    path, but that's the tentative thinking in light of where we

23    are.

24          If we finish really early today, we can break, go over

25    the instructions, finalize them and maybe even have

1    instructions and closings for the jury today, but it all

2    depends on your evidence, I suppose.

3            With that, we have our witness, so it is Agent Smith.

4    I do want to have Agent Smith come back to the stand.

5            MR. DISPOTO:  Judge, before we do that, though, I

6    wanted to ask the Court, as a followup to our conversation

7    yesterday regarding the presentation of evidence relative to

8    the next witness, last night I had supplied your Honor by

9    email, and I copied Defense counsel, on the case law which I

10   believe the Court asked the Government to supply relative to

11   the proposition that the reaction of the recipient of an

12   alleged online threat is relevant in assessing whether that

13   threat is a true threat.

14           I supplied the Court with case law from almost all

15   circuits that support that proposition and we were discussing

16   yesterday the context in which that is relevant.

17           I don't know if the Court wanted to address that

18   further and decide now regarding -- and this all relates to the

19   potential testimony regarding the February 2nd homicide of the

20   two Miami FBI agents.

21           Alternatively, we can certainly address it when the

22   time comes, but that will probably require either a sidebar or

23   breaking.  I don't know if the Court wanted to do it now or

24   wait and do it during the testimony.

25           THE COURT:  This is your next witness?

1           *MR. DISPOTO:*  The next one.

2           *THE COURT:*  It sounds like you are going to be with

3    this witness a little bit longer.  Let me address it before the

4    next witness.

5           *MR. DISPOTO:*  Okay.

6           *THE COURT:*  And take it up then.

7           *MR. DISPOTO:*  Very well.

8           *THE COURT:*  Did Defense get the case law?

9           *MS. MILITELLO:*  I did, and I have some arguments I

10   would like to make in response.

11          *THE COURT:*  If you want to make your argument now,

12   that would be helpful, so when I finalize my ruling I will have

13   the benefit, because I would prefer to hear the argument now

14   and then make the ultimate ruling.

15          *MS. MILITELLO:*  Sure.  This case law and this argument

16   was addressed in the Motions to Dismiss, and I think we

17   conceded there that there is probably some relevancy to how the

18   alleged victim, how law enforcement viewed the threat.

19          What is interesting and notable is, just from my quick

20   review, all the cases provided to the Court are pre Elonis.

21   So, pre Elonis the standard was what would an objective

22   reasonable person, how would they view the threat.  Whether law

23   enforcement's response was objectively reasonable or not the

24   jury will decide, but really the victim's viewpoint then became

25   central, it was almost an element.

 1          Now the Government has to prove a subjective intent to

 2     threaten, and as the Court knows, we have issues with the

 3     reasonable person test.  We think it is no longer good law.

 4     Elonis says it is not good law.  The relevancy now is less than

 5     it would be pre Elonis.  I think maybe there is still some

 6     marginal relevance as to how law enforcement viewed the threat,

 7     but it is not significant in the way it was pre Elonis.

 8          So far, we have not objected to them saying they took

 9     this seriously, they responded, they investigated, fine, but to

10     then say in this unrelated case for which the provided no

11     discovery to the Defense, where agents were killed, when that

12     is incredibly prejudicial to Ms. Kaye, goes well beyond the

13     scope of this case and it goes well beyond the scope of what

14     would be permissible under a 403 balancing test and it simply

15     is not relevant.

16          THE COURT:  All right.  Okay.  We are waiting on one

17     juror.  Was there any final response?

18          MR. DISPOTO:  Judge, since Ms. Militello is taking

19     issue with the timing of the cases that I supplied, I would

20     direct the Court's attention to one additional case, and it is

21     post Elonis, United States versus Hunt.  It is a 2021 case.  I

22     have a partial copy of the case here.

23          THE COURT:  What is the cite?

24          MR. DISPOTO:  I am seeing -- one moment, Judge.  I can

25     get it, one moment, Judge.  I'm sorry.

1          *MS. MILITELLO:*  May I state one more thing while the

2     Government is looking that case up?

3          *THE COURT:*  Yes.

4          *MS. MILITELLO:*  Which is an argument I made yesterday

5     which I continue to believe is important.  Because this

6     incident happened after Ms. Kaye posted her video, and because

7     there is no evidence that Ms. Kaye knew about this incident, it

8     is not relevant to her state of mind.

9          So, conflating those issues really makes our request

10    for a specific intent jury instruction, or at least the

11    instruction based on Black even more imperative if this

12    evidence comes in, because the jury needs to understand what

13    the agents thought is not an element of the crime.

14         Instead, what they should be looking at is how

15    Ms. Kaye intended her words to be taken or if she intended to

16    threaten.

17         *MR. DISPOTO:*  Judge, we are still looking for the

18    citation.  I agree with Ms. Militello, this evidence is not

19    being offered to prove Ms. Kaye's mental state.  It has nothing

20    to do with that.  What it has to do with is, it provides

21    context to the reaction of law enforcement.

22         If the reaction of the recipient of the threat is

23    relevant, which clearly the case law indicates it is, the

24    witness should be able to testify as to what factors went into

25    their reaction, and one of the factors that they relied upon in

 1    executing the show of force that they did at the time they

 2    arrested the Defendant was that incident.

 3            I know Defense keeps claiming that that incident is

 4    highly prejudicial, but the Defendant wasn't involved in that

 5    incident.  The Government is not alleging the Defendant was

 6    involved in that incident, and certainly the Court can provide

 7    an instruction to the jury regarding the use for which this

 8    evidence comes into play.

 9            In Hunt, the Court addressed this issue that

10    Ms. Militello raised with respect to the object of -- aspect of

11    the standard.  In pertinent part the Court says the following:

12    "The Court has the discretion to and therefore will permit the

13    parties to introduce such evidence, but will instruct the jury

14    in substance that it is ultimately for them and not any

15    witness, law enforcement or otherwise, to determine whether an

16    ordinary reasonable recipient who is familiar with the context

17    of the communication would interpret it as a threat of injury."

18            In Hunt, they allowed evidence of law enforcement's

19    reaction.  In fact, that case is slightly distinguishable in

20    that that case involved a threat to public officials, not a

21    threat to law enforcement.  So there was even a weaker grounds

22    for the Government to argue that that evidence was admissible,

23    as opposed to our case where the victim, alleged victim was in

24    fact the FBI.

25            Hunt's decision in that regard falls in line with a

```
 1   whole host of cases from all circuits, most of which I supplied
 2   to the Court in my email, which also allowed that testimony.
 3              THE COURT:  Okay.  We are waiting on the cite for
 4   Hunt?
 5              MR. DISPOTO:  I have the District Court cite.  I am
 6   trying to get -- it looks like it is not published in the
 7   Federal Reporter, so this out of the Eastern District of New
 8   York.  I will give your Honor the --
 9              MS. MILITELLO:  Judge --
10              THE COURT:  Are you citing to a District Court opinion
11   or to a Circuit Court opinion?
12              MR. DISPOTO:  District Court opinion.
13              MS. MILITELLO:  Judge, it sounds like it is the same
14   case that I cited to for one of my jury instructions.  If so,
15   then it would be in the packet that we submitted to the Court
16   for the political instruction, that came verbatim from Hunt.
17              MR. DISPOTO:  Judge, it looks like it is 534 F.
18   Supp.3d 233.
19              THE COURT:  F. Supp.3d 233?
20              MR. DISPOTO:  Correct, out of the Eastern District of
21   New York.
22              THE COURT:  It never went up, it is a District Court
23   opinion?
24              MR. DISPOTO:  Correct.  I believe the trial was last
25   summer.
```

1        *THE COURT:*  Okay.  One last question:  The proffered

2    testimony from Agent Allen on this point would be what in sum?

3        *MR. DISPOTO:*  In sum, the testimony would be that the

4    reason that law enforcement executed the show of force that

5    they did was primarily two reasons:  Number one, the nature of

6    the threat itself, and the circumstances surrounding that

7    threat made by the Defendant; and number two, the fact that two

8    weeks prior there was a homicide in Miami where two FBI agents

9    were killed when they went to execute a search warrant.

10       So, we were not going to take anything for granted,

11   and we interpreted this as a threat and we responded

12   accordingly to protect officer safety.

13       *THE COURT:*  Okay.

14       *MS. MILITELLO:*  I am sorry, can I respond, not even so

15   much for argument, but yesterday we agreed, and I stand by

16   that, perhaps the Court could allow some testimony of a limited

17   use of force to show they took this seriously.  Frankly, I love

18   the idea of the Court doing that with a limiting instruction,

19   so I would request that, similar to what was in Hunt.

20       They can do that without talking about this other

21   double homicide.  They said it was from Miami.  I have no

22   discovery, I thought it was in Fort Lauderdale.  I cannot

23   effectively cross-examine on this when I don't know any of the

24   facts.  No motion was filed to admit this --

25       *THE COURT:*  What was the proposed limiting

1    instruction?

2         MS. MILITELLO:  I don't have that handy, but I like

3    what they just read into the record from Hunt.

4         THE COURT:  Was it a limiting instruction in Hunt?

5         MR. DISPOTO:  Yes.

6         THE COURT:  Why don't we take a look at it.  What is

7    the Government's position on that?

8         MR. DISPOTO:  We are fine with a limiting instruction

9    consistent with what was provided in Hunt.

10        THE COURT:  In lieu of the testimony from the

11   Defense or if that testimony comes in --

12        MS. MILITELLO:  You are asking the Defense or the

13   Government?

14        THE COURT:  Defense.

15        MS. MILITELLO:  So, the limiting instruction if the

16   testimony comes in that law enforcement took this seriously and

17   had a huge response of agents.  I do not think any limiting

18   instruction could cure the prejudice that two agents died from

19   a homicide under, frankly, what is still unknown circumstances

20   to the Defense in a completely unrelated case that Ms. Kaye, at

21   this point, did not even know about.

22        I don't think it is relevant, and I don't think any

23   instruction could cure the prejudice from the admission of that

24   unrelated, it sounds like awful, terrible case.

25        THE COURT:  Under what circumstances were you asking

```
 1    for the limiting instruction?

 2         MS. MILITELLO:  I don't know the extent to which they

 3    want to talk about bringing in SWAT and tanks and whatever else

 4    they did to Century Village.  They can say, as we agreed to

 5    yesterday, they took this seriously, instead of having two

 6    agents go out like they did before, they had -- I don't know

 7    what it was -- eight or ten, but if it goes beyond that, that

 8    we came out with SWAT gear and whatnot, then there should be a

 9    limiting instruction.

10         THE COURT:  I have the case pulled up.  Where is the

11    limiting instruction?

12         MR. DISPOTO:  Judge, Headnote 15, at the end of the

13    paragraph.

14         THE COURT:  Where it says, "The Court has the

15    discretion to and therefore will permit the parties to

16    introduce such evidence, but will instruct the jury in

17    substance that it is ultimately up for them and not any

18    witness, law enforcement or otherwise, to determine whether an

19    ordinary reasonable recipient who is familiar with the context

20    of the communication would interpret it as a threat of injury?"

21         MR. DISPOTO:  Yes.

22         THE COURT:  It sounds like there is agreement between

23    the parties that the Government can talk about the nature of

24    the response when the arrest was effectuated, perhaps slight

25    difference of opinion.  Defense says Government can talk about
```

```
 1    taking it seriously, and bringing many people there.  I think
 2    Defense would prefer not to have mention of SWAT and things of
 3    that nature, but isn't standing on ceremony with that.
 4    Government thinks that should come in.
 5           If that comes in, Defense would want me to read that
 6    instruction, and that brings us up to a certain point, and
 7    beyond that, the Government is still pressing for additional
 8    testimony to go to how seriously they took it and talk about a
 9    double homicide that may have taken place in Miami or
10    elsewhere, to which the Defense objects, overly prejudicial,
11    didn't conduct any discovery, not even sure it took place in
12    Miami.
13           Is that where we are departing?
14           MR. DISPOTO:  Yes.  Judge, for clarification purposes,
15    it is my understanding, when I said Miami, I was referring to
16    the agents were from Miami, but I do believe it did occur in
17    Broward County.  Ms. Militello is correct in that regard.
18           THE COURT:  Can't you accomplish most of everything
19    you want to accomplish by talking about how they responded to
20    it as indicative of how serious they took the threat and not
21    run the risk of talking about some double homicide to which
22    this Defendant was not a part of, to which there has been no
23    discovery, and to which, even with an instruction, the jury may
24    draw conclusions like we all agree are inappropriate as relates
25    to imputing any intent on the part of this Defendant.
```

Pauline A. Stipes, Official Federal Reporter

```
 1            Don't we want to stay clear of creating a record that
 2     is problematic for the parties?
 3            MR. DISPOTO:  I certainly don't want to create a
 4     record that is problematic.  It is our position that it
 5     wouldn't be a problematic record, but I am certainly prepared,
 6     Judge, to present the remaining testimony if the Court
 7     precludes it.  I am always a proponent of providing the jury,
 8     especially in a case like this, with all the relevant
 9     contextual factors, because that is clearly relevant under the
10     law.
11            We do not believe it is overly prejudicial to the
12     Defendant because she wasn't involved.  We can give an
13     instruction in that regard.  I am certainly prepared to adjust
14     if we need to.
15            THE COURT:  All right.  What is the status of our --
16            THE COURTROOM DEPUTY:  They are all here.  That was
17     the cheering you heard.
18            THE COURT:  The final person just arrived.
19            Okay, all right.  We will bring our jury in.
20        (Thereupon, the jury returned to the courtroom).
21            THE COURT:  Good morning, ladies and gentlemen,
22     welcome back.  I hope you had a nice evening.  You may be
23     seated.
24            We have Special agent Smith on the stand.  He remains
25     under oath, and we will allow the Government to continue with
```

 1   his direct examination, which is where we ended up last

 2   evening.  You may proceed.

 3          MR. DISPOTO:  Thank you, your Honor.

 4                   **DIRECT EXAMINATION** (Continued)

 5   BY MR. DISPOTO:

 6   Q.  Agent Smith, good morning.

 7   A.  Good morning, sir.  How are you?

 8   Q.  Good morning to the ladies and gentlemen of the jury.

 9          Yesterday, when we broke at the end of the day, we were

10   talking about the events of January 28th of 2021.

11          Do you recall that testimony?

12   A.  Yes, sir.

13   Q.  And I believe one of your last portions of your testimony

14   was that, after being unable to return to the Defendant's

15   residence that evening to speak to her, you called her and left

16   her a message; is that right?

17   A.  Yes, sir.

18   Q.  And I believe you told us that at that point you hadn't

19   heard from her thereafter?

20   A.  No, sir.

21   Q.  Okay.  After leaving her that phone message on the evening

22   of the 28th, did you make any additional efforts to contact

23   her?

24   A.  No, sir -- well, not that day, but on February 2nd, I did.

25   I drove down to Boca Raton and attempted to make contact at her

```
 1   house or her apartment.
 2   Q.  Would that have been the same residence that she gave you
 3   the address for back on the 28th?
 4   A.  Yes, sir.
 5   Q.  Were you alone or with somebody else at that time?
 6   A.  That time I was with Special Agent Matthew Gastony.
 7   Q.  Did you call her in advance or did you show up unannounced?
 8   A.  I showed up unannounced.
 9   Q.  When you arrived at the residence -- by the way, let's
10   better understand what type of residence this is.
11       Can you describe for us what type of residence Ms. Kaye
12   lived at at the time?
13   A.  I don't know if they are called apartments, maybe condos.
14   It is an apartment or condo in Century Village, so it's a
15   multi-family senior living, 55 and up I believe, community.  I
16   think her apartment or condo was either on the second or third
17   floor of -- I believe the building was about four stories high,
18   maybe five.
19   Q.  So, when you went to her residence on February 2nd, did you
20   knock on her door?
21   A.  Yes, sir.
22   Q.  Was there any answer?
23   A.  No, sir.
24   Q.  Did you know at the time what type of vehicle she was
25   driving?
```

Pauline A. Stipes, Official Federal Reporter

1  A.  We knew what type of vehicle her son drove.

2  Q.  Do you recall whether you saw that vehicle parked at or

3  near her residence at that time?

4  A.  I do not recall whether or not it was there.

5  Q.  And how many times, to the best of your memory, did you

6  knock on her door that day?

7  A.  Maybe a couple, two or three times.

8  Q.  No answer, correct?

9  A.  No answer.

10  Q.  Could you tell at that moment in time whether anyone --

11  strike that.  Let me rephrase that.

12      Was there any evidence to you visually that somebody was

13  home?

14  A.  No, sir.

15  Q.  Or could you not tell?

16  A.  I could not tell.

17  Q.  So, what did you do after knocking on her door and not

18  getting an answer?

19  A.  I immediately just contacted her on her cell phone, or

20  whatever number that I had for her.

21  Q.  And from where did you do that?

22  A.  Right there, just down the hall.

23  Q.  And was there any answer on that call?

24  A.  No, sir.

25  Q.  So, what did you do next?

```
 1    A.  I left the residence and I believe I went back to my
 2    office.
 3    Q.  So, now it's approximately three to four days after you
 4    first spoke to Ms. Kaye, correct?
 5    A.  Yes, sir.
 6    Q.  You have now tried to contact her twice by phone, yes?
 7    A.  Yes, sir.
 8    Q.  Since the initial conversation, yes?
 9    A.  Yes, sir.
10    Q.  And you stopped by her house once after the initial
11    conversation?
12    A.  Yes, sir.
13    Q.  And on all three of those occasions no response?
14    A.  No response.
15    Q.  What was the status of your assignment to interview
16    Ms. Kaye now that you've gone through three unsuccessful
17    attempts to contact her?
18    A.  The status was I just had not interviewed her at the time,
19    that was the status.
20    Q.  Were you still planning to make additional efforts
21    thereafter to speak to her as of the 2nd of February?
22    A.  No, sir.
23    Q.  Why not?
24    A.  Well, I talked to my boss about it, and she hadn't
25    responded or she wasn't at home, she didn't answer, she didn't
```

Pauline A. Stipes, Official Federal Reporter

 1   reach out to me, so we decided to just close the lead down or

 2   close the assignment down.

 3   *Q.*  So, over the next several days, between February 3rd and

 4   February 9th, did you or anyone else at the FBI, to the best of

 5   your knowledge, make any efforts to contact Ms. Kaye?

 6   *A.*  No, sir.

 7   *Q.*  Let's talk about the morning of February 9th.  Did you

 8   receive an email from your supervisor, Paul Allen, that

 9   morning?

10   *A.*  Yes, sir.

11   *Q.*  And when did that -- when was that email sent to you, if

12   you know?

13   *A.*  I believe that email was sent to me like in the middle of

14   the night sometime on February 8th or February 9th.

15   *Q.*  When was it that you personally first saw that email?

16   *A.*  In the morning of February 9th.

17   *Q.*  Without telling us what the email said, how did that email

18   change, if at all, the status or the trajectory of your

19   assignment?

20        *MS. MILITELLO:*  The answer still calls for hearsay,

21   and there is a potential confrontation issue.  And if that

22   witness is testifying, we don't have Jencks on that issue

23   either.

24        *THE COURT:*  I don't know if you want to rephrase the

25   question.  I am not sure what the witness is going to say in

1    response, but in light of the objection.

2         MR. DISPOTO:  Judge, I am not asking the witness to

3    divulge the contents of the email, number one.  Number two,

4    there is no Jencks.  I am simply asking the effect that the

5    email had on the status of the investigation.

6         THE COURT:  I will overrule the objection.  Limit your

7    answer if you are unsure, and then counsel can always come back

8    and ask a followup question.

9         MR. DISPOTO:  Let me rephrase -- let me restate my

10   question, if I could.

11   BY MR. DISPOTO:

12   Q.  Without telling us the content of the email, how, if at

13   all, did that email affect either the status or the trajectory

14   of your assignment relative to interviewing Ms. Kaye?

15   A.  I was basically told just to stand by.

16   Q.  I am sorry.  One moment.

17        MS. MILITELLO:  The same objections, and I don't have

18   a copy of the email.

19        MR. DISPOTO:  May I rephrase the question, Judge?

20        THE COURT:  You may rephrase the question.  And did

21   you want to give counsel a copy of the email?  Is that

22   something that is going to be coming into evidence?

23        MR. DISPOTO:  It is not something that is coming into

24   evidence.  I am trying to think if I have it.

25        Judge, while we look to see if we have the email, may

```
 1   I ask another question of the witness?
 2               THE COURT:  Maybe you can ask the witness what did he
 3   do after he received the email, so it doesn't get into anything
 4   about the content.  Did he do something after the email, and if
 5   so, what, something like that.
 6               MR. DISPOTO:  We will go with that, Judge.  Thank you.
 7   BY MR. DISPOTO:
 8   Q.  Without telling us what anybody told you, what did you do
 9   after receiving the email?
10   A.  I went to my office.  Well, actually, I reviewed the video
11   in question.
12   Q.  Okay.  Let's talk about that.
13        Specifically, what -- strike that.
14        When you received the email, where were you?
15   A.  I was at my house.
16   Q.  And where did you physically go after receiving the email?
17   A.  I went to the office.  I physically went to the office, my
18   office.
19   Q.  When you went to the office, did you review some materials
20   after reading the email that was sent to you by Agent Allen?
21   A.  Yes.  I reviewed that video at my house and --
22   Q.  All right.  And what -- I am sorry to talk over you.  What
23   video are you talking about?
24   A.  I am talking about the video that was provided to the
25   FBI -- to the West Palm Beach resident agency from NTOC.
```

1   *Q.*  How did you get the video?

2   *A.*  It was sent to me on an email.

3   *Q.*  You reviewed that email from where?

4   *A.*  From my phone.

5   *Q.*  And can you first describe for us what was the content of

6   the video.

7   *A.*  It was Ms. Kaye talking about our conversation, or about

8   the FBI attempting to reach out to her, and basically, you

9   know, a threatening communication directed at the FBI to shoot

10  us if we attempted to contact her at her house.

11       *MR. DISPOTO:*  Your Honor, for the record, I am going

12  to provide counsel a copy of the email.

13       *THE COURT:*  Okay.

14  *BY MR. DISPOTO:*

15  *Q.*  Agent, let me show you what has previously been admitted

16  into evidence as Government Exhibit 1.

17       *MR. DISPOTO:*  Your Honor, since this is evidence, may

18  I publish it to the jury?

19       *THE COURT:*  It is already in evidence, so you may

20  publish Government Exhibit 1 to the jury.

21  *BY MR. DISPOTO:*

22  *Q.*  Agent Smith, I am showing you what has previously been

23  admitted as Government Exhibit 1.

24       Do you recognize the video?

25  *A.*  Yes, sir.

23

```
 1   Q.  Is this the video that was sent to you that you observed
 2   form your home on February 9, 2021?
 3   A.  Yes, sir.
 4       (Thereupon, Government Exhibit 1 was played.)
 5   Q.  Agent Smith, how did you react when you saw that video?
 6   A.  Well, I knew that I wouldn't be going to her house anymore.
 7   Q.  Why is that?
 8   A.  Well, she -- there is a threat to shoot me if I go there.
 9           MS. MILITELLO:  Your Honor, we would request the
10   limiting instruction.
11           THE COURT:  Okay.  Any objection from the Government?
12           MR. DISPOTO:  One moment, Judge.
13           THE COURT:  The one we were discussing before the jury
14   came in from United States versus Hunt.
15           MR. DISPOTO:  Your Honor, we have no objection.
16           THE COURT:  Okay.  So, ladies and gentlemen, I just
17   want to make you aware that the Court has the discretion to and
18   therefore will permit the parties to introduce evidence such as
19   our witness, Agent Smith, testifying relating to sort of how he
20   reacted to the evidence put forth in the video, but it is
21   ultimately up to you, the jury, and not any witnesses, law
22   enforcement or otherwise, to determine whether an ordinary
23   reasonable recipient who is familiar with the context of the
24   communication would interpret it as a threat of injury.
25           MR. DISPOTO:  Thank you, Judge.
```

Pauline A. Stipes, Official Federal Reporter

BY MR. DISPOTO:

Q.  So, Agent Smith, I believe you just told us, first and foremost, that you weren't going to certainly reach out to her; is that right?

A.  No, sir.

Q.  Tell us specifically, what was it about the video that you perceived as this being a real threat on you?

A.  Well, the video obviously talked about our phone call, or talked about me calling her in an attempt to interview her, and I guess the part that I thought was a threat was when she said she would shoot the FBI agents if they came to her house to talk to her.

Q.  And her demeanor in the video, what was your sort of reaction to her demeanor when she uttered those words?

A.  I guess I was a little shocked, quite honestly.  She was -- the anger.

Q.  Now, once you viewed Government Exhibit 1 from your home, what did you do next?

A.  I went to my office.

Q.  And what did you do at your office relative to this case?

A.  I had a conversation with my boss about it.

Q.  I am sorry to interrupt you, but without telling us what was said to you, what did you do next?

A.  We had some analytical folks in our office that conducted database checks and they showed me the videos, other videos

Pauline A. Stipes, Official Federal Reporter

```
 1  that were available on social media.
 2  Q.  Do you know which social media platforms were checked and
 3  ultimately shown to you relative to Ms. Kaye's post?
 4  A.  Facebook, Instagram, and TikTok.
 5  Q.  And did you see either -- well, did you see this video on
 6  any of those social media platforms when you went back to your
 7  office and checked those publicly available records?
 8  A.  Yes, sir.
 9  Q.  At the time -- by the way, do you recall how many vehicles
10  in total, either copies of this or variations of this video,
11  that you saw when you went back to your office that day?
12  A.  At the time, on that date, I thought I saw one video on
13  three separate platforms.
14  Q.  And one of those videos, do you recall specifically it
15  being different in any way than the video I just showed you?
16  A.  No.
17  Q.  Do you recall whether you saw any videos that contained
18  music?
19  A.  Yes.
20  Q.  And tell us about that.
21     Do you recall, first of all, what song was contained within
22  that video?
23  A.  No, sir, I don't know the name of the song.  There was a
24  song, I think it was a country song.
25  Q.  Do you know which social media platform that came from?
```

1    *A.*  TikTok.

2    *Q.*  Now that you viewed the video that was sent to you by your

3    supervisory agent, and the video or videos that you observed on

4    the publicly available social media, what did you do next

5    relative to this matter?

6    *A.*  We started conducting an investigation.  We conferred with

7    your office to obtain a complaint or arrest authority.

8    *Q.*  And by the way, you use the word investigation.  Was

9    Ms. Kaye -- strike that.

10       In your field as an FBI agent, is the word "investigation"

11   a term of art?  That has a certain meaning to you, does it not?

12   *A.*  Yes, sir.

13   *Q.*  Was Ms. Kaye -- before you saw this video, was Ms. Kaye

14   under investigation?

15   *A.*  No, sir.

16   *Q.*  Now that you viewed this video, and you perceived it in the

17   manner you previously described, was she now under

18   investigation?

19   *A.*  Yes, sir.

20   *Q.*  So, you mentioned a few moments ago that in the ensuing

21   days after February 9th, you consulted with the U.S. Attorney's

22   Office and prepared a criminal complaint to be presented to the

23   Court; is that correct?

24       *MS. MILITELLO:*  Objection, relevance, calls for

25   hearsay.

Pauline A. Stipes, Official Federal Reporter

```
 1            MR. DISPOTO:  Judge, it is not hearsay and it goes to
 2   the timing of the reaction.
 3            THE COURT:  Overruled.
 4   BY MR. DISPOTO:
 5   Q.  Yes?  Do you want me to rephrase the question?
 6   A.  Yes, sir.
 7   Q.  I believe you told us that in the ensuing days after
 8   February 9th, you consulted with the U.S. Attorney's Office and
 9   prepared paperwork to be presented to a Court for Ms. Kaye's
10   arrest; is that correct?
11            MS. MILITELLO:  Objection, your Honor.  I need to
12   approach to fully articulate the objection.  Hearsay is the
13   short version, but it goes beyond that.
14            THE COURT:  Well, with respect to any future questions
15   or anything that --
16            MS. MILITELLO:  With respect to the U.S. Attorney's
17   Office conversations, and that which happened before the Court.
18            MR. DISPOTO:  I am not asking about any conversations.
19            THE COURT:  Well, if you are not proceeding any
20   further, I am going to --
21            MR. DISPOTO:  It is just about the timing, that is
22   all.
23            THE COURT:  I will overrule at this point.
24   BY MR. DISPOTO:
25   Q.  Was, in fact, a criminal complaint and arrest warrant
```

1   presented to a Court on February 15th?

2          *MS. MILITELLO:*  Objection, relevancy, also 403.

3          *MR. DISPOTO:*  Judge, once again this goes to the

4   timing of their reaction.  It is relevant for that purpose.

5          *MS. MILITELLO:*  Your Honor, may we approach, please?

6          *THE COURT:*  Counsel may approach.

7        *(Thereupon, the following sidebar conference was had:)*

8          *THE COURT:*  What is the nature of the objection?

9          *MS. MILITELLO:*  The problem is, the Government is back

10  dooring now and bolstering opinions of others.  This is very

11  clear, right, that the Court -- when the Court issues legal

12  rulings that may imply to the jury there are merits to the

13  arrest, merits to the case.

14          It is, frankly, inadmissible that the Courts review

15  that and authorize an arrest.  The Court did authorize an

16  arrest, they are not even -- and that it was a good idea and

17  went forward.

18          The answers, even though they are not verbatim what

19  was said, still require hearsay, right.  The case law is, it is

20  the inference of hearsay, because you have the opinions of

21  these other parties affirming what this agent did, and that is

22  impermissible.  Now there are two or three questions where we

23  have a U.S. Attorney backing up what they did, and now they are

24  trying to introduce what the Court did as well.

25          *MR. DISPOTO:*  I am asking the witness about process.

1   At no point did I ask the witness to disclose hearsay

2   conversation.

3           THE COURT:  What is the relevance of process?  You

4   said earlier timing, you are trying to get him to effectuate

5   the arrest.

6           MR. DISPOTO:  The case law indicates that the timing

7   of law enforcement's arrest procedures is relevant to show

8   their reaction to the threat, did they move swiftly to get her

9   arrested or did they sit around and wait.

10          THE COURT:  Why don't you ask him that?

11          MR. DISPOTO:  I can, but having him testify to the

12   specific time line is important.

13          THE COURT:  Why don't you just have him testify that

14   they acted right away, in X number of days they took the

15   necessary steps that they needed to take -- to effectuate the

16   arrest, X number of days.  Let's do it that way as opposed to

17   getting into -- the process itself does not sound relevant, and

18   could be prejudicial.

19          So, I will allow you to get the timing without delving

20   into people signing off on arrest warrants and things of that

21   nature that could arguably give the perception as Ms. Militello

22   suggested.

23          MR. DISPOTO:  Okay.  I don't want to press it.  So the

24   Court knows and understands my position, if the argument

25   ultimately in closing is that the FBI waited six days to have

Pauline A. Stipes, Official Federal Reporter

```
 1    her arrested, how could they take it that seriously, that time
 2    line shows the jury this is not something they can do
 3    instantaneously.
 4         THE COURT:  Is there going to be any argument by
 5    Defense that the Government did not take it seriously?
 6         MS. MILITELLO:  I think possibly.  And so, what I
 7    don't understand, maybe we should address it at sidebar, when
 8    there is a magistrate available 24/7 on duty why it took that
 9    long.
10         THE COURT:  Well, if that is a question you will ask,
11    they are entitled to go through the process.  You can attack it
12    if you think they could have done it in one day instead of
13    three days.
14         MS. MILITELLO:  Can we get the answer?
15         MR. DISPOTO:  What is the question?
16         MS. MILITELLO:  I don't understand with a magistrate
17    available 24/7 --
18         MR. DISPOTO:  Kristy, you know we have to prepare an
19    affidavit, it has to be reviewed, we have to prepare the
20    warrant, all that has to be done.  That doesn't automatically
21    happen overnight.  It does in some cases, it didn't in this
22    case.
23         MS. DARSCH:  And then there is an operational plan to
24    have her arrested.  There is a huge ops plan to put it
25    together.
```

Pauline A. Stipes, Official Federal Reporter

```
 1          MR. DISPOTO:  This is not a reactionary case.  A
 2   reactionary case is you do it overnight, and this wasn't that.
 3          MS. MILITELLO:  So, I think the Government can say
 4   there are cases where we react and we arrest overnight, and
 5   there are cases where we create operation cases for safety, and
 6   that takes time, and that is the route we took.  They do need
 7   to know there is a -- they do not need to know there is a --
 8          MR. DISPOTO:  She can cross him on the fact that they
 9   prepare complaints for overnight arrests all the time.
10          THE COURT:  I am going to allow the Government to get
11   into the process in light of what Defense has said will be an
12   argument.  I don't think you need to agree that you could get a
13   magistrate 24/7.  Don't ask a question that might elicit that
14   answer, but you can get into process, and you can attack it on
15   cross.
16          MR. DISPOTO:  Can I lead him a little bit?
17          THE COURT:  You can until Defense objects.
18     (Thereupon, the proceedings at sidebar concluded.)
19          THE COURT:  You may proceed.
20   BY MR. DISPOTO:
21   Q.  Agent Smith, I believe we were talking about the process by
22   which you prepared paperwork to be presented to a judge; is
23   that right?
24   A.  Yes, sir.
25   Q.  Let's talk about that for a few minutes.
```

 1       Among your duties after February 9th, when you first

 2   learned of these videos, you said that you prepared an

 3   affidavit in support of a complaint; is that right?

 4   A.  Yes, sir.

 5   Q.  Tell us, what is an affidavit in support of a complaint?

 6   A.  Essentially, it is a statement of facts.

 7   Q.  Is that something you had to write out yourself?

 8   A.  Yes, sir.

 9   Q.  Once you wrote out the statement of facts -- by the way,

10   the statement of facts relative to your dealings with Ms. Kaye;

11   is that correct?

12   A.  Yes, sirs.

13   Q.  Once you prepared the initial draft of that affidavit, did

14   that have to be reviewed by anyone before going to a Court?

15   A.  Yes.

16   Q.  And did you work in conjunction with the U.S. Attorney's

17   Office in the preparation of that affidavit?

18   A.  Yes, sir.

19   Q.  In addition to the affidavit having been prepared, a

20   complaint itself has to be prepared; is that right?

21   A.  Yes, sir.

22   Q.  And an arrest warrant?

23   A.  Yes, sir.

24   Q.  After those documents are prepared, they are submitted to

25   the Court, correct?

1   *A.* Yes, sir.

2   *Q.* And those documents were submitted on February 15th of

3   2021, correct?

4   *A.* Yes, sir.

5   *Q.* And what was the date that Ms. Kaye was arrested in this

6   case?

7   *A.* I believe it was February 17th.

8   *Q.* So, what happened between the -- what did do you, let's put

9   that it way.  Let me ask you that way.

10      What did you do on the 16th, the day before the arrest on

11   the 17th, if you recall?

12   *A.* I don't recall exactly, but I believe we very likely had

13   ops planning or a meeting to talk about the arrest operation.

14   *Q.* And who would have been present, or who was present at that

15   operational meeting?

16   *A.* The supervisor, anyone that was going to be involved in the

17   arrest.

18   *Q.* Approximately how many law enforcement personnel from the

19   FBI or any task force officers with the FBI were present at

20   that operational meeting, if you recall?

21   *A.* I don't recall the exact number, but I would estimate

22   anywhere from ten to 15 people.

23   *Q.* Without getting into any of the specifics about what was

24   said at that meeting, is it fair to say that the purpose of

25   that meeting is to go over safety protocols and how the arrest

```
 1   is going to be effectuated?
 2   A.  Yes, sir, it's fairly standard.
 3   Q.  You said it is standard?
 4   A.  Absolutely.
 5   Q.  Let's talk about the day of Ms. Kaye's arrest.
 6        To the best of your memory, what time of the day was it
 7   that she was arrested?
 8   A.  I want to say mid-morning, maybe 10:00 a.m.
 9   Q.  And were you present at the arrest location?
10   A.  I was.  Well, I was actually staged outside in the command
11   vehicle, and then I responded after the arrest took place.
12   Q.  So, from wherever you were positioned at that location, are
13   you able -- excuse me -- are you able to maintain any visual
14   contact with Ms. Kaye's residence?
15   A.  No, sir.
16        (Phone ringing.)
17            THE JUROR:  I apologize.
18            MR. DISPOTO:  That's all right.  It happens to all of
19   us.
20            THE COURT:  We will use that as a reminder to make
21   sure everybody's phones are turned off.  Thanks.
22   BY MR. DISPOTO:
23   Q.  Do you recall about how many law enforcement personnel were
24   present at or near the arrest location?
25   A.  In total?
```

1    Q.  Yes.

2    A.  Ten to 15.

3    Q.  When Ms. Kaye was actually taken into custody, did you at

4    any point approach that location and see her?

5    A.  Yes, sir.

6    Q.  Without telling us what anybody may have said, can you tell

7    us what you observed when you physically responded to that

8    location?

9    A.  I physically observed one of the agents searching her and

10   transferring her to a vehicle.  I observed an agent taking --

11   you know, holding her dog because she was walking her pet as

12   the arrest took place.

13   Q.  And did you observe anybody who you believed at the time to

14   be living with Ms. Kaye?

15   A.  Eventually her son came down from the residence to take the

16   pet.

17   Q.  Was this an adult son or a minor child?

18   A.  It was an adult son.

19   Q.  Did you at any point enter Ms. Kaye's residence?

20   A.  No, sir.

21   Q.  Did any law enforcement officers enter Ms. Kaye's

22   residence?

23   A.  No, sir.

24   Q.  How long after Ms. Kaye was taken into custody did you

25   remain at that location?

1    *A.*  Not long, maybe –– maybe –– after she was taken into

2    custody, maybe 20 minutes, if that.

3    *Q.*  And where did you go from that location after she was taken

4    into custody?

5    *A.*  I drove to the Palm Beach County Sheriff's Office jail on

6    Gun Club Road.

7    *Q.*  Now, let's talk about your ensuing investigation, if any,

8    in this case.

9        After Ms. Kaye was arrested, did you obtain any social

10   media records corresponding to any of her social media

11   accounts?

12   *A.*  Yes, sir.

13   *Q.*  Approximately when was it that you received those records?

14   *A.*  I want to say around March.  We submitted a search warrant

15   for Ms. Kaye's Facebook and her Instagram, and the records came

16   back probably two months later, so maybe around March.

17   *Q.*  Do you recall the date that you obtained the search warrant

18   for the Facebook and Instagram accounts?

19   *A.*  No, sir.

20   *Q.*  Would it refresh your recollection to review the actual

21   warrant itself?

22   *A.*  Yes, sir.

23       *MR. DISPOTO:*  Your Honor, I am going to mark this

24   document Government Exhibit 10.

25       *(Whereupon Government Exhibit 10 was marked for*

Pauline A. Stipes, Official Federal Reporter

```
 1    identification.)
 2              MR. DISPOTO:  May I approach the witness?
 3              THE COURT:  Yes.
 4    BY MR. DISPOTO:
 5    Q.  I ask you, Agent, I have placed before you Government
 6    Exhibit 10, do you recognize that packet of documents?
 7    A.  Yes, sir.
 8    Q.  What is that?
 9    A.  It is the application for a search warrant.
10    Q.  In reviewing the first page of that document, does that
11    refresh your recollection as to when it was that you obtained
12    the search warrant for those records?
13    A.  Yes, sir.
14    Q.  When was it?
15    A.  February 26, 2021.
16    Q.  Now, when you received the records in March, in what format
17    did those records come to you?
18    A.  They came to me via an online portal that Facebook uses to
19    provide records.
20    Q.  And can you describe for us any difficulties that you may
21    or may not have experienced in reviewing or sort of navigating
22    those electronic records?
23    A.  Yes.  You know, the records come back in a zip file and,
24    you know, you basically download the records from the Facebook
25    portal.  I guess difficulties that I had were, I had a hard
```

Pauline A. Stipes, Official Federal Reporter

1    time accessing the actual videos.  I downloaded the -- I guess

2    the wrong zip file.  The zip file I downloaded was just for --

3    just straight records, like written records, pages of records

4    versus actual digital files.

5    Q.  Did you eventually ask Facebook to assist you with

6    accessing videos that corresponded to those records?

7    A.  Yes, sir.

8    Q.  Did they, in fact, assist you?

9    A.  They did.

10   Q.  Were you eventually able to access the videos?

11   A.  Yes, sir.

12   Q.  Now, Facebook is not only a media platform, but it is a

13   company, is it not?

14   A.  It is, sir.

15   Q.  And to the best of your knowledge, does Facebook own the

16   social media platform Facebook?

17   A.  Yes, sir, to the best of my knowledge.

18   Q.  And who owns the Instagram platform?

19   A.  I learned that Facebook does as well.

20   Q.  Facebook is assisting you with records that you received

21   relative to both of those platforms; is that correct?

22   A.  Yes, sir.

23   Q.  After reviewing -- after reviewing the videos from the

24   Facebook and Instagram records that you received, did you learn

25   that there was a second video slightly different from the

 1   first?

 2   A.  Yes, sir.

 3   Q.  And can you first describe for us how was the second video

 4   different from the first?

 5   A.  The second video is -- it is shot at a different angle,

 6   there was some music on the second video -- no, wait.  I don't

 7   remember if the music was on the second video, but it was

 8   definitely shot at a different angle.

 9   Q.  Okay.

10   A.  It may have been a different tone as well.

11   Q.  Let's talk about that for a moment.

12       Did you -- in the records that you received from Facebook,

13   did you find the original video that you reviewed back on

14   February 9th?

15   A.  Yes, sir, in Facebook.

16   Q.  Okay.

17           MR. DISPOTO:  One moment, Judge.

18           Your Honor, may I show the witness without it being

19   published to the jury an exhibit that is not yet in evidence?

20           THE COURT:  You may, as long as it is just shown to

21   the witness and you show it to Defense.

22           Is there sound associated with it?

23           MR. DISPOTO:  There is sound, but I am not going to

24   play the sound just yet.

25           THE COURT:  What exhibit is it that you are showing?

1          *MR. DISPOTO:*  This is Exhibit 2.  Let me double check

2     that, Judge.

3          Yes, Exhibit 2.

4          *THE COURT:*  All right.  So, it is just being shown to

5     the witness right now.  Do you just want him to watch it or

6     look at it?

7          *MR. DISPOTO:*  For starters, just look at it.

8     BY MR. DISPOTO:

9     *Q.*  I am showing you, Agent Smith, a still image, Government

10    Exhibit 2.

11         *MR. DISPOTO:*  Judge, is there any way we can delete

12    from the screen -- there are you go, perfect.  Thank you.

13    BY MR. DISPOTO:

14    *Q.*  Do you see Government Exhibit 2 that I've placed in front

15    of you?

16    *A.*  Yes, sir.

17    *Q.*  Do you recognize this still image?

18    *A.*  Yes, sir.

19    *Q.*  Do you notice that this image does not contain the Facebook

20    monikers, if you will --

21    *A.*  Yes, sir.

22    *Q.*  -- that we saw in Government Exhibit 1?

23    *A.*  Yes, sir.

24    *Q.*  Contained within the records, the video records that you

25    reviewed from Facebook, do you recognize what this image is?

1    *A.* I recognize it.

2    *Q.* And what do you recognize it to be?

3    *A.* I believe this is the Instagram video.

4    *Q.* Let me play for you the video.

5         *THE COURT:* If it is just being shown to the witness,

6    that is why I was saying the sound wouldn't necessarily be --

7         *MR. DISPOTO:* Published to the jury, my apologies.

8         *THE COURT:* It is not published to the jury yet.

9    Unless there is not going to be an objection.

10        *MR. DISPOTO:* Defense is not objecting.

11        *THE COURT:* Do you want Exhibit 2 admitted?

12        *MR. DISPOTO:* Yes.

13        *THE COURT:* Exhibit 2 is admitted without objection.

14   Now you may publish it to the jury and you may play it.

15   *(Whereupon Government Exhibit 2 was marked for evidence.)*

16        *MR. DISPOTO:* Judge, in consulting with Ms. Militello,

17   the Defense does not object to Government Exhibits 2 through 7,

18   so we would move to admit those into evidence at this time.

19        *THE COURT:* Okay. Exhibits 2 through 7 are admitted

20   without objection.

21   *(Whereupon Government Exhibits 3-7 were marked for*

22   *evidence.)*

23        *THE COURT:* Just be clear, if you are going to play

24   something, which exhibit it is.

25        *MR. DISPOTO:* I will. Judge, would I be able to use

Pauline A. Stipes, Official Federal Reporter

```
 1    the computer and the ELMO at the same time or do I --
 2              THE COURTROOM DEPUTY:  You have to go back and forth.
 3         MR. DISPOTO:  I can do that.
 4         THE COURT:  We are seeing a blue screen.
 5         MR. DISPOTO:  Does everybody see the screen now?  All
 6    right.
 7    BY MR. DISPOTO:
 8    Q.  Agent Smith, let's start with Government Exhibit 5, which
 9    is currently in evidence.
10         These are the Facebook records for account number ending in
11    2099; is that correct?
12    A.  Yes, sir.
13    Q.  By the way, did you review these records before coming into
14    court?
15    A.  Yes.
16    Q.  And are these a redacted version of some of the pages from
17    the records that you received and reviewed?
18    A.  Yes, sir.
19              THE COURT:  Which exhibit -- did you state which
20    exhibit this was?  Is this 5?
21         MR. DISPOTO:  This is Exhibit 5.
22         THE COURT:  Okay.
23    BY MR. DISPOTO:
24    Q.  The records on Exhibit 5 have a vanity name.  Do you see
25    that?
```

1    *A.* I do, sir.

2    *Q.* What is that vanity name?

3    *A.* Muckbang 01.

4    *Q.* The records for this account also have a creator's name.

5    Do you see that?

6    *A.* Yes.

7    *Q.* And what is the creator's name?

8    *A.* Suzanne Kaye.

9    *Q.* And once again, on page five of eight in this packet of

10    documents there is the account number as well ending in 2099.

11    Do you see that?

12    *A.* Yes, sir.

13    *Q.* Now directing your attention to page six of eight at the

14    bottom, do you see that there is some information contained in

15    these records relative to an author, as well as an ID number?

16    Do you see that?

17    *A.* Yes, sir.

18    *Q.* What is the name of the author that is listed relative to

19    that ID number?

20    *A.* Angry Patriot Hippie.

21    *Q.* And from your review of these records, is it your

22    understanding that that was a profile name of Ms. Kaye who used

23    this account?

24    *A.* Yes, sir.

25    *Q.* Now, let's talk about this ID number, and for ease of

44

1    reference, I am going to refer to it as a number ending in

2    digits 8634.  Do you see that?

3    *A.*  Yes, sir.

4    *Q.*  I am now going back to Government Exhibit 2.  Do you see

5    that that ID number contains the same series of digits,

6    including numbers ending 8634?

7    *A.*  Yes, sir.

8    *Q.*  Where did that number come from on the -- on Government

9    Exhibit 2?  And let me just remind you for a moment what

10   Government Exhibit 2 is.

11       What is Government Exhibit 2?

12   *A.*  That is the video that was posted on Facebook.

13   *Q.*  Okay.  And let's play the video for a moment.

14       *(Thereupon, Government Exhibit 2 was played.)*

15   *Q.*  Would you agree with me, Agent, that is the same video you

16   had observed back on the 9th, which was forwarded to you by

17   your supervisor?

18   *A.*  Yes, sir.

19   *Q.*  And for the sake of completeness, the only difference

20   between those two videos is in this video you don't see the

21   Facebook monikers on the top and along the side; is that right?

22   *A.*  Yes.

23   *Q.*  So, where did this number come from?  On Government Exhibit

24   2 that we are looking at here ending in 8634, where did that

25   identification number come from?

```
 1   A.  That number came from the records that were just shown to
 2   me on, I think, Exhibit 5.
 3   Q.  Specifically the records from Facebook?
 4   A.  Yes, sir.
 5   Q.  So, is it your understanding that in these records that ID
 6   number corresponds to that video?
 7   A.  Yes, sir.
 8   Q.  Now, on the top of the next page, it would be page seven of
 9   eight, but in the Facebook business records page 13, there is a
10   description of that video, is there not?
11   A.  Yes, sir.
12   Q.  And the title of that video is -- excuse my language --
13   Fuck the FBI, correct?
14   A.  Yes, sir.
15   Q.  When we refer back to Government Exhibit 1, which is
16   already in evidence, the video that you previously testified
17   that you had viewed on February 9th, do you see in the upper
18   right-hand corner a yellow and sort of burgundy colored letter
19   A?
20   A.  Yes, sir.
21   Q.  To the right of that does there appear to be a name or a
22   moniker of some kind?
23   A.  Yes, sir.
24   Q.  What is that moniker?
25   A.  Angry Patriot Hippie.
```

1   *Q.*  And below it there appears to be a message of some kind.

Do you see that?

3   *A.*  Yes, sir.

4   *Q.*  What does that say?

5   *A.*  Fuck the FBI.

6   *Q.*  Now, going back to Government Exhibit 5, there is

7   information regarding the link to that video, correct?

8   *A.*  Yes, sir.

9   *Q.*  Do you see the same identification number corresponding to

10  the video ending in 8634?

11  *A.*  Yes, sir.

12  *Q.*  And finally with respect to this video, there is a date and

13  a time that the video was uploaded to Facebook?

14  *A.*  Yes, sir.

15  *Q.*  And what is the date and time that it was uploaded to

16  Facebook?

17  *A.*  February 1, 2021, at 3:30 and 55 seconds UTC.

18  *Q.*  Do you know what UTC is?

19  *A.*  Yes, sir, it is universal time coordinated.

20  *Q.*  What does that mean?

21  *A.*  It is like a central time zone that, I guess, can be used

22  by -- you know, all over the world, and Facebook happens to use

23  UTC for their legal records.

24  *Q.*  Okay.  So, in reviewing the Facebook records that

25  correspond to account 2099, was Government Exhibit 2 the only

```
 1   video that you found in those Facebook records --
 2        (Video began playing.)
 3        Sorry, didn't mean to do that.
 4        Was this the only video that you saw of Ms. Kaye making a
 5   threat to the FBI in the Facebook records?
 6   A.  Yes, in the Facebook records.
 7   Q.  Let's now go to the Instagram records.  I am showing you
 8   what has been marked as Government Exhibit 6, and has been
 9   moved into evidence.
10        Are these a portion of the Instagram records that you
11   reviewed that have since been partially redacted?
12   A.  Yes, sir.
13   Q.  And this corresponds to account number 7814.  Do you see
14   that?
15   A.  Yes, sir.
16   Q.  Is there an account identifier listed for this account?
17   A.  There is.
18   Q.  What is that account identifier?
19   A.  Suzanne Kaye 3.
20   Q.  There is also a vanity name listed for the account holder.
21   Do you see that?
22   A.  Yes, it's Suzanne Kaye 3.
23   Q.  On page three of nine of this document there is some
24   information contained in the About Me section of this account.
25   Do you see that?
```

1    A.  Yes, sir.

2    Q.  What does that say?

3    A.  58 year old, 4/20, angry patriot hippie mother of two.

4    Q.  And do you see a photograph of an individual that was

5    contained within these records?

6    A.  Yes.

7    Q.  Do you recognize that person?

8    A.  Yes.

9    Q.  Who is that?

10   A.  Ms. Suzanne Kaye.

11   Q.  Now turning your attention to page seven of nine, and I

12   want to specifically talk to you about the two entries in these

13   records that is depicted in front of you.

14       Do you see, first, an identification number that

15   corresponds to an account or to -- corresponds to a video

16   ending in digits 9305?

17   A.  Yes, sir.

18   Q.  Showing you Government Exhibit 3, do you see in the digital

19   file in front of you that same number ending in 9305?

20   A.  Yes, sir.

21   Q.  Was this number also supplied by Facebook in the Instagram

22   records?

23   A.  Yes, sir.

24   Q.  Is it your understanding that this video depicted in

25   Government Exhibit 3 is the video being referenced in the

1    Instagram records that I just showed you?

2    *A.*  Yes, sir.

3    *Q.*  And specifically, what is the date and time that that video

4    was uploaded to Facebook?

5    *A.*  February 1st, 2021, at 3:37:47 UTC.

6    *Q.*  And is it fair to say that is a couple of seconds different

7    from the first Facebook video that we talked about a few

8    moments ago?

9    *A.*  Yes, sir.

10       *(Thereupon, the video was played.)*

11   *Q.*  Same video, correct?

12   *A.*  Yes, sir.

13   *Q.*  Okay.  Let's now look at the next entry in the Instagram

14   records.

15       According to the records, there is a second video ending in

16   identification number 6472.  Do you see that?

17   *A.*  Yes, sir.

18   *Q.*  And when was 6472 uploaded to Instagram?

19   *A.*  February 1, 2021, at 3:43:22 UTC.

20   *Q.*  That would have been approximately six minutes later, five

21   and a half minutes later, correct?

22   *A.*  Yes, sir.

23   *Q.*  I am showing you now Government Exhibit 4 with an

24   identifying number ending in 6472.  Do you see that?

25   *A.*  Yes, sir.

Pauline A. Stipes, Official Federal Reporter

```
 1   Q.  Would this be that same video in reference to that
 2   Instagram upload?
 3   A.  Yes.
 4       (Thereupon, the video was played.)
 5   Q.  Do you agree that that video appears to be different than
 6   the ones we were looking at?
 7   A.  Yes, sir.
 8   Q.  Do you recall whether you saw this video initially or
 9   whether you learned of it the first time once you reviewed the
10   records?
11   A.  I don't remember seeing it initially, but when we reviewed
12   the records, for sure I saw it then.
13   Q.  Now, you had told us earlier that Facebook owns both
14   Facebook and Instagram social media platforms, correct?
15   A.  Yes, sir.
16   Q.  Do you know who owns TikTok?
17   A.  Um-m-m, it is a Chinese owned company, I am not sure of the
18   name of it.  It may just be TikTok.
19   Q.  As a result of it being a Chinese owned company, were you
20   able to get records from TikTok?
21   A.  No.
22   Q.  Why not?
23   A.  We just can't serve legal process to companies in China.
24   Q.  Okay.
25       (Thereupon, the video was played.)
```

1    Q.  You testified earlier, Agent Smith, that you believe when

2    you initially reviewed the social media records on or around

3    February 9th, you recall seeing one of her videos with music;

4    is that correct?

5    A.  Yes, sir.

6    Q.  Do you recognize that video that I just showed you?

7    A.  Yes, sir.

8    Q.  What do you recognize that to be?

9    A.  A video posted on TikTok.

10   Q.  Is that one of the videos that you saw back on the 9th?

11   A.  Yes.

12         MR. DISPOTO:  May I have a moment to consult with

13   Defense counsel, Judge?

14         THE COURT:  Yes.

15         MR. DISPOTO:  Your Honor, Ms. Militello and I have a

16   matter to resolve, it should take only a few moments.  Does the

17   Court want to take a short break at this time?

18         THE COURT:  Yes, we can take our mid-morning break at

19   this point.

20         Ladies and gentlemen, we will be in recess for 15

21   minutes, until 20 minutes to 11:00, with the same important

22   instructions not to discuss the case, not to have any contact

23   with anyone associated with the case, and we will see you back

24   in 15 minutes.  Thank you.

25         *(Thereupon, the jury leaves the courtroom.)*

Pauline A. Stipes, Official Federal Reporter

1      THE COURT:  Okay.  I will remind our witness that you

2  remain under oath, do not discuss your testimony with anyone.

3  You may step down.

4      (Thereupon, the witness leaves the courtroom.)

5      THE COURT:  What was the matter you wanted to bring

6  up?

7      MR. DISPOTO:  Judge, Ms. Militello and I are working

8  out a stipulation.  If we have agreement, we will have a verbal

9  agreement and I will read it to the jury, and then we will

10  subsequently sign it and attach it as one of the exhibits.

11      MS. MILITELLO:  Mr. Berry is talking with Ms. Kaye

12  about that right now.

13      THE COURT:  All right.  Do you still have direct

14  examination?

15      MR. DISPOTO:  After I do the two stipulations, I am

16  done.

17      THE COURT:  Let me give you the ruling on the other

18  matter so you are prepared for that.

19      The parties dispute the extent to which the Government

20  witnesses, or perhaps just Agent Allen, can reference the

21  double homicide of FBI agents that occurred either in Miami or

22  Fort Lauderdale in February 2021.  Ms. Kaye, the Defendant, was

23  in no way involved in this homicide, and this homicide occurred

24  after she posted her videos, but before she was arrested.  She

25  could not have known, therefore, about the double homicide when

1     she posted the two videos which are the subject of this trial.

2          The Government seeks to ask its witnesses about the

3     double homicide to provide context for Ms. Kaye's arrest.

4     Specifically, the Government argues that the evidence would

5     help show that the Government took Ms. Kaye's alleged threat

6     seriously.  The Government maintains that its reaction to the

7     alleged threats is relevant to show that a reasonable person in

8     the recipient's shoes would fear injury or harm, which is an

9     element of 18 United States Code, Section 875(c).

10         The Defense objects on the grounds that admitting

11    evidence of the double homicide would be unduly prejudicial to

12    Ms. Kaye.  Specifically, Ms. Kaye contends that connecting her

13    to the double homicide is improper because she was in no way

14    involved, the homicide occurred after she posted the video, and

15    no discovery was conducted on this matter, so Defense counsel

16    would be unable to properly cross-examine the witness on this

17    issue.

18         The Court agrees that evidence of the double homicide

19    is relevant.  It does tend to prove that a reasonable person

20    would fear harm or injury.  However, any relevance is

21    outweighed by undue prejudice and a risk of confusing the

22    issues.

23         The evidence of the double homicide is unduly

24    prejudicial to Ms. Kaye because it improperly imputes Ms. Kaye

25    in this incident.  It also risks confusing the issues because

Pauline A. Stipes, Official Federal Reporter

 1   the Court fears the jury would confuse the culpability of the

 2   shooter in that incident with Ms. Kaye's intent in posting the

 3   videos.  It is therefore barred by Federal Rule of Evidence

 4   403.

 5          The Government can, however, admit evidence of how it

 6   effectuated Ms. Kaye's arrest to show that it took Ms. Kaye's

 7   alleged threats seriously, it just cannot reference the 2021

 8   shooting.

 9          At any point, when either side wants the Court to give

10   the limiting instruction, which it previously gave pursuant to

11   United States versus Hunt, 534 F.Supp.3d 233, at 250, Eastern

12   District of New York, 2021, just ask the Court.

13          MR. DISPOTO:  Will I have an opportunity to instruct

14   the next witness not to bring up that matter?  As of right now,

15   he doesn't know.

16          THE COURT:  Any objection from Defense for the

17   Government to instruct the witness accordingly?

18          MS. MILITELLO:  Absolutely not.  Maybe they could do

19   that now.  I need a few minutes to use the restroom.

20          MR. DISPOTO:  He is outside, so I can talk to him.

21          THE COURT:  All right.  We will be back.

22      (Thereupon, a short recess was taken.)

23          THE COURT:  Do you have your stipulations?

24          MR. DISPOTO:  Yes.  I have to read one from my phone.

25   I am hoping that's okay with the Court.

1          *THE COURT:*  That is fine.

2          *(Thereupon, the jury returns to the courtroom.)*

3          *THE COURT:*  Okay.  Welcome back, everyone, you may be

4     seated.

5          Anything further from the Government?

6          *MR. DISPOTO:*  Your Honor, with the Court's permission,

7     I would like to read to the jury two stipulations that the

8     parties have entered into.

9          *THE COURT:*  Okay.  You may proceed.

10         *MR. DISPOTO:*  The first stipulation is Government

11    Exhibit 8.  It is entitled United States of America versus

12    Suzanne Ellen Kaye, Amended Trial Stipulation Regarding

13    Interstate Commerce.

14         The United States of America, by and through the

15    undersigned Assistant United States Attorney and the Defendant,

16    personally and through counsel, stipulate and agree to the

17    following facts which the jury may regard them as having been

18    proven beyond a reasonable doubt:

19         Number one, the Facebook video posted on or about

20    February 1, 2021 from Muckbang 01 at account number

21    102165611692099, as charged in Count one of the indictment,

22    traveled in interstate commerce.

23         The Instagram video posted on or about February 1,

24    2021, from Suzanne Kaye 3 at account number 30720027814, as

25    charged in Count 2 of the indictment, traveled in interstate

Pauline A. Stipes, Official Federal Reporter

 1    commerce.

 2            This is signed by myself, Ms. Militello, and the

 3    Defendant, Suzanne Kaye.

 4            The second stipulation is going to be Government

 5    Exhibit 10, also entitled United States of America versus

 6    Suzanne Kaye.  This is a trial stipulation regarding the video

 7    posts.

 8            The United States of America, by and through the

 9    undersigned Assistant United States Attorney, and the

10    Defendant, personally and through counsel, stipulate and agree

11    to the following facts which the jury may regard as having been

12    proved beyond a reasonable doubt:

13            The Facebook, Instagram, and TikTok videos in Exhibits

14    2, 4, and 7 were still available to the public as of the time

15    of the Defendant's arrest on February 17th of 2021.

16            This stipulation will also be signed by myself,

17    Counsel Militello, and the Defendant, Ms. Kaye.

18            With that, Judge, the Government has no further

19    questions of this witness.  Thank you.

20            *THE COURT:*  Okay.  Did the Defense have any

21    cross-examination?

22            *MS. MILITELLO:*  Yes, please.

23                          **CROSS-EXAMINATION**

24    BY *MS. MILITELLO*:

25    *Q.*  Good morning, Agent Smith.

1    *A.*   Good morning.

2    *Q.*   Let's start with January 6th.  You would agree Ms. Kaye is

3    not one of the more than 850 people currently charged with

4    events that happened at the Capitol on January 6, 2021, right?

5    *A.*   Yes, ma'am.

6    *Q.*   You have no evidence that she traveled to D.C. on

7    January 6th, right?

8    *A.*   No, ma'am.

9    *Q.*   And to be clear, the FBI is investigating people who were

10   present at January 6th, right?

11   *A.*   Yes, ma'am.

12   *Q.*   Your agency is primarily leading that investigation?

13   *A.*   Yes, ma'am.

14   *Q.*   And so the FBI has gathered flight records for people who

15   were in D.C. for that incident?

16   *A.*   I would say so, yes, ma'am.

17   *Q.*   For some, many of the Defendants, yes?

18   *A.*   Yes, ma'am.

19   *Q.*   And for many of the Defendants who were on January 6th, you

20   have collected cell phone location data?

21   *A.*   Yes, ma'am, I would assume so.  I can't speak to having

22   that experience on that level, but, yes, ma'am, that sounds

23   exactly like what they would do.

24   *Q.*   From your experience, yes?

25   *A.*   Yes.

```
 1   Q.  To prove someone was at the Capitol, you would use the
 2   location monitoring on their cell phone to show that it was
 3   there?
 4   A.  Absolutely.
 5   Q.  And at this time you have no cell phone location data to
 6   show that Ms. Kaye was in D.C. on January 6th, right?
 7   A.  I have none, no, ma'am.
 8   Q.  And you said a team of analysts reviewed her social media
 9   posts looking to see, like so many, if she was live streaming
10   from the Capitol or posting photos from the Capitol, and you
11   didn't see anything like that from Ms. Kaye, right?
12   A.  No, ma'am.
13   Q.  In fact, there were no posts, right, from D.C. around
14   January 6th at all?
15   A.  I don't recall seeing any posts of her being in D.C. on
16   January 6th, no.
17   Q.  Okay.  Now, you had a conversation with Mrs. Kaye about
18   what she knew regarding January 6th by phone on January 28th;
19   is that right?
20   A.  Yes, ma'am.
21   Q.  Of 2021?
22   A.  I believe that was the date, yes, ma'am.
23   Q.  And you identified yourself as an FBI agent?
24   A.  Yes, I did.
25   Q.  Did you just say hi, I am an FBI agent, or did you tell her
```

```
 1   your name?
 2   A.  I don't remember exactly what I said, but I believe told
 3   her my name and that I was with the FBI.
 4   Q.  It's normal that you would tell people your name?
 5   A.  Absolutely.
 6   Q.  And you told her why you were calling?
 7   A.  I did.
 8   Q.  When you called, did you call her from the address that
 9   turned out to be the wrong address?
10   A.  Yes, ma'am.
11   Q.  And you asked Mrs. Kaye for her current address?
12   A.  I did.
13   Q.  And she gave it to you?
14   A.  She did, absolutely.
15   Q.  And the address she gave you was the correct address?
16   A.  It was.  It was.
17   Q.  That address is in Century Village in Boca Raton; is that
18   right?
19   A.  Yes, ma'am.
20   Q.  Century Village, you'd agree, is a retirement community?
21   A.  Yes, it is.
22   Q.  Like a 55 and up community?
23   A.  Yes, ma'am.
24   Q.  The sort of place where there's a place of worship, a
25   clubhouse, and various activities so you don't have to leave
```

```
 1   much if for some reason you can't or don't want to?
 2   A.  Yes.  I am not sure of what activities, but I believe they
 3   do.  It is a very large community.
 4   Q.  When you drive in to go to Ms. Kaye's house, you drive by a
 5   clubhouse and a temple, right?
 6   A.  I think so.  I think there is a clubhouse, yes.
 7   Q.  You asked Ms. Kaye during that conversation -- I am sorry.
 8   She asked you if you had proof that she was at January 6th,
 9   right?
10   A.  Yes, ma'am.
11   Q.  And you didn't?
12   A.  I didn't.  I think I told her that, that is why I wanted to
13   talk to her.
14   Q.  And she told you she was not present on January 6th?
15   A.  She did, she told me that, yes, ma'am.
16   Q.  Now, you said her demeanor during that conversation was
17   pleasant?
18   A.  It was.
19   Q.  She was cooperative?
20   A.  Yes, ma'am.
21   Q.  She was nice?
22   A.  She was very nice.
23   Q.  She told you she was retired?
24   A.  Yes, ma'am.
25   Q.  And that she had plenty of time to talk?
```

```
 1    A.  Yes, ma'am.

 2    Q.  But she told you she didn't drive?

 3    A.  She did tell me that, yes, she didn't drive or she didn't

 4    have a car, something to that effect.

 5    Q.  All right.  So, in response, she said you could come to her

 6    house?

 7    A.  Yes, ma'am.

 8    Q.  And you all said you would do that?

 9    A.  Yes, ma'am.

10    Q.  And you said you would come that same day?

11    A.  Yes, ma'am.

12    Q.  For whatever reason, that didn't happen?

13    A.  Yes, ma'am.

14    Q.  When you called her, was that in the morning?

15    A.  I think it was around lunch time or after lunch, I don't

16    remember the exact time, though.

17    Q.  Okay.  Would you agree when you called her back it was

18    around 6:00 p.m. in the evening?

19    A.  Yes, ma'am.

20    Q.  The day is over?

21    A.  The day is over.

22    Q.  At that point, you are not going to her house?

23    A.  Right.

24    Q.  You called her to leave her a message to say we couldn't

25    make it?
```

```
 1    A.   I did, yes.
 2    Q.   Now, you don't know if or when she got that voice mail,
 3    right?
 4    A.   Right.
 5    Q.   Okay.  You didn't talk to her again until her arrest,
 6    right?
 7    A.   No, I did not.
 8    Q.   And so, since you didn't talk to her again, to be clear,
 9    there was no appointment for you to meet with her?
10    A.   There was no appointment, no.  No, ma'am.
11    Q.   Your voice mail said you would schedule another time to see
12    her, right?
13    A.   I don't know if I said schedule or if I asked her to call
14    me back, or if I told her I would call her back, or I would
15    show up.  I don't remember what I said to her on the voice
16    mail.
17    Q.   Either way, there wasn't a specific date or time that was
18    pending?
19    A.   No, ma'am, no specific date or time that was pending.
20    Q.   Or even an appointment pending?
21    A.   Or even an appointment.
22    Q.   She didn't call you back?
23    A.   She did not.
24    Q.   And in fact, prior to her arrest, no appointment was ever
25    scheduled?
```

```
 1   A.  No, ma'am.

 2   Q.  She never called you back?

 3   A.  She never called me back.

 4   Q.  And you would agree she has the right not to talk to you?

 5   A.  Absolutely.

 6   Q.  She didn't have to call you back?

 7   A.  Absolutely.

 8   Q.  And so, after a couple days, you closed the case?

 9   A.  Well, I closed the lead, correct.  Yes, ma'am.

10   Q.  Now, during that call and seeing the videos, you would

11   agree she called you bro?

12   A.  Yes, she referred to -- well, she did not call me bro on

13   the phone, but I think she did on the video, yes, ma'am.

14   Q.  And on the phone did she tell you she believed the FBI

15   prosecuted a three or four star general?

16   A.  On the telephone, no, she did not.

17   Q.  Did she say fuck the FBI when she was on the phone with

18   you?

19   A.  No.  She did not, no.

20   Q.  Did she ask you for a lawyer prior to speaking with you?

21   A.  No, she did not.

22   Q.  Did she tell you she couldn't afford a lawyer and she

23   wouldn't talk to you about one?

24   A.  No, she didn't.

25   Q.  During that call, did she ever tell you, you know, if you
```

```
 1    came to her house she was going to exercise her Second
 2    Amendment rights?
 3    A.  No, she did not.
 4    Q.  Did she tell you she was going to shoot you?
 5    A.  No, ma'am.
 6    Q.  That conversation, you would agree, was very different that
 7    the video that was posted?
 8    A.  Yes, ma'am.
 9    Q.  You said today you were shocked when you saw the video?
10    A.  A little bit.
11    Q.  Because her demeanor was different?
12    A.  Yes.
13    Q.  And the contents of the conversation was very different?
14    A.  Yes, ma'am.
15    Q.  We know now the videos are a little different from each
16    other?
17    A.  Sure.
18    Q.  There are three or four different versions of basically the
19    same thing, right?
20    A.  Yes.  Yes.  Different ones.
21    Q.  And they are so similar that you initially thought they
22    were the same?
23    A.  I did.
24    Q.  You reviewed all the videos, you'd agree, on February 9th?
25    A.  Yes, ma'am.
```

1    *Q.*  And you thought they were the same video?

2    *A.*  Yes, ma'am.

3    *Q.*  Okay.  Except one had music?

4    *A.*  Except one did have music.

5    *Q.*  Now, you said you couldn't get TikTok records because they

6    are a Chinese company?

7    *A.*  Yes, ma'am.

8    *Q.*  Are you aware TikTok does business in the United States?

9    *A.*  I am.

10   *Q.*  You are.  Okay.  Are you aware that they have an office

11   where subpoenas and search warrants can be directed in Culver

12   City, California?

13   *A.*  No, ma'am.

14   *Q.*  Are you aware that there is an online portal for emergency

15   disclosure requests from law enforcement where you can submit

16   your request for records?

17   *A.*  No, ma'am.

18   *Q.*  Did you look?

19   *A.*  I don't recall.  I do believe I researched, but I did not

20   find any way to submit records to TikTok, but I guess I can't

21   say for sure.

22   *Q.*  Is it fair to say you are not sure if you did that

23   research?

24   *A.*  I am not sure if I did that research.

25   *Q.*  Okay.  You would agree that Facebook and Instagram

Pauline A. Stipes, Official Federal Reporter

1   similarly have a portal, what we call a portal, they have an

2   online page where law enforcement can submit a request for

3   records?

4   *A.* Yes, ma'am.

5   *Q.* Would you agree they don't have a page, for example, for

6   criminal defense lawyers to submit records?

7   *A.* I am not sure.

8   *Q.* You do agree there is a page just for law enforcement to do

9   it?

10  *A.* I know that there is a page for law enforcement to do it,

11  yes, ma'am.

12  *Q.* And so we don't have the TikTok records here today?

13  *A.* Yes, ma'am.

14  *Q.* So, we don't know exactly when the TikTok video was posted?

15  *A.* Correct.

16  *Q.* We don't know if the -- the TikTok video I am referring to

17  is the video with the music.

18  *A.* Yes, ma'am.

19  *Q.* We don't know if the video with the music on TikTok was the

20  first video posted?

21  *A.* True.

22  *Q.* We don't know?

23  *A.* Right.

24  *Q.* That video we have doesn't have a corresponding time stamp

25  or record from TikTok?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  Correct.
 2   Q.  We also don't know if the TikTok user tried to
 3   simultaneously share from TikTok to Facebook and Instagram?
 4   A.  Yes, ma'am.
 5   Q.  You'd agree, because we don't have those TikTok records?
 6   A.  We don't have those TikTok records.
 7   Q.  All right.  Now, the videos we do have, you would agree the
 8   three or four conversations were all posted within minutes of
 9   each other?
10   A.  Yes, ma'am.
11   Q.  In fact, the first two videos posted on Instagram were -- I
12   am sorry, the one video posted on Instagram and the second
13   video posted on Facebook was literally within seconds?
14   A.  Yes.
15   Q.  Seven seconds is what the record shows.  Does that sound
16   right?
17   A.  About right, yes, ma'am.
18   Q.  And then a few minutes went by, and a second video was
19   posted on Instagram about five minutes later?
20   A.  That sounds about right, ma'am, yes.
21   Q.  So from the records we have, all of this was done in, what,
22   a five minute and seven second period?
23   A.  Yes, ma'am.
24   Q.  Okay.  The videos themselves, you would agree -- we just
25   saw the titles of the posts -- they were Fuck the FBI?
```

```
 1   A.  Yes, ma'am.

 2   Q.  Are you familiar with social media?

 3   A.  A little bit.

 4   Q.  You know the FBI has social media pages?

 5   A.  Yes.

 6   Q.  The FBI has a Facebook page, right?

 7   A.  I wasn't aware of the Facebook page, but, yes, I assume

 8   they do.

 9   Q.  You are aware the FBI has a Twitter account?

10   A.  Yes, I am.

11   Q.  The FBI has an Instagram account?

12   A.  Yes, ma'am.

13   Q.  Of course, the FBI has its own online presence and a

14   website?

15   A.  Of course.

16   Q.  It has a place there where one can post -- not post, but

17   submit online information?

18   A.  Yes, ma'am.

19   Q.  You are aware on platforms like Facebook, Twitter, and

20   Instagram that one can do what we call tag a specific person?

21   A.  Yes, ma'am.

22   Q.  When you tag them, it sends that person an alert, hey, this

23   is for you.

24   A.  Right.

25   Q.  Or at least you want them to see it?
```

Pauline A. Stipes, Official Federal Reporter

1   *A.*   Absolutely.

2   *Q.*   That person's name or identity or the organization becomes

3   part of the post?

4   *A.*   Yes, ma'am.

5   *Q.*   You would agree in this title that says Fuck the FBI, the

6   FBI was not tagged, correct?

7   *A.*   Correct.  I didn't see any indication of that.

8   *Q.*   And so, because the FBI was not tagged, the FBI was also

9   not sent this video directly from Ms. Kaye, right?

10  *A.*   No, ma'am.

11  *Q.*   You would agree there are a number of ways that could have

12  happened?

13  *A.*   Yes, ma'am.

14  *Q.*   She could have called you back and played the video for you

15  on the phone?

16  *A.*   Yes.

17  *Q.*   Or face timed you and played you the video?

18  *A.*   Yes, ma'am.

19  *Q.*   She had your number?

20  *A.*   Right.

21  *Q.*   She could have submitted the video to the FBI website

22  online?

23  *A.*   Yes, ma'am.

24  *Q.*   She could have tagged the videos on any number of these

25  social media platforms, she could have tagged you or the FBI?

1   *A.*  Yes, ma'am.

2   *Q.*  Maybe not you, but certainly the FBI?

3   *A.*  Sure.

4   *Q.*  Or the Department of Justice?

5   *A.*  Absolutely.

6   *Q.*  They have social media presence as well, right?

7   *A.*  Yes, ma'am.

8   *Q.*  And these same social media platforms also have a messaging

9   service, correct?

10   *A.*  Yes, ma'am.

11   *Q.*  Where, sort of like email, you can message someone directly

12   without an audience?

13   *A.*  Yes, ma'am.

14   *Q.*  So, if you want to send something directly to a person, you

15   can do that through the social media platforms?

16   *A.*  Yes, ma'am.

17   *Q.*  To be specific, you can send someone a message through

18   Facebook Messenger, right?

19   *A.*  Yes, ma'am.

20   *Q.*  Through Instagram Messenger?

21   *A.*  Yes.

22   *Q.*  And I think TikTok has a similar -- sorry, not TikTok,

23   Twitter has a similar feature as well?

24   *A.*  Yes, ma'am.

25   *Q.*  To your knowledge, and from the records, Mrs. Kaye didn't

```
 1   send these videos to the FBI in any of those messenger
 2   capacities?
 3   A.  No, ma'am.
 4   Q.  She didn't email the FBI?
 5   A.  No, ma'am.
 6   Q.  The FBI has a tip line, old school, 1-800, what is it, tip
 7   something?
 8   A.  Honestly, I don't know.  Yes, they have something like
 9   that.
10   Q.  Mrs. Kaye didn't call 1-800 FBI tips and play the video?
11   A.  No, ma'am, she did not.
12   Q.  She addressed these videos, you would agree, to either her
13   TikTok patriot friends or to her friends?
14   A.  Yes, ma'am.
15   Q.  Now, you didn't see the video right away?
16   A.  No, ma'am.  I saw it several days later.
17   Q.  More than several days, right?
18   A.  Right.
19   Q.  I want to clear that up.
20       When you mentioned these Facebook and Instagram records are
21   in the UTC time zone, so the records show they were posted on
22   February 1st, when we convert that to our time zone, Eastern
23   Standard Time, the date they were posted is actually
24   January 31st, in the evening, around 10:30 p.m.; that is right?
25   A.  That is correct, yes.
```

1    *Q.* January 31st, the videos are posted.  To your knowledge,

2    the FBI didn't see them until February 8th?

3    *A.* The FBI didn't see them until February 8th, and then I saw

4    them February 9th.

5    *Q.* So at least nine days later?

6    *A.* Absolutely.  Yes, ma'am.

7    *Q.* Okay.  And so, you are doing other work during these nine

8    days, I assume?

9    *A.* Of course.  Of course.

10   *Q.* And so you went back to her house on February 2nd?

11   *A.* Yes, ma'am.

12   *Q.* Just to see if she'd talk to you?

13   *A.* That's it.

14   *Q.* You don't know if she was home or not?

15   *A.* I don't.

16   *Q.* You don't know if she just ignored you, or chose not to

17   talk to you, or if she was gone?

18   *A.* Correct.

19   *Q.* It should be clear and obvious, but you didn't see any

20   signs of firearms or shooting, or anything else on February

21   2nd, when you were at her house?

22   *A.* No, ma'am.

23   *Q.* Nothing happened of note?

24   *A.* No, ma'am.

25   *Q.* When you were investigating Mrs. Kaye, did you look to see

```
 1   if she had a concealed firearms permit?
 2   A.  Yes.  One of our analysts in the squad did, yes.
 3   Q.  She does not?
 4   A.  She does not.
 5   Q.  Did you look to see she had any special Federal license for
 6   a firearm?
 7   A.  Yes.  I did not, but the analyst did, and there were no
 8   records of firearms.
 9   Q.  There are no records of firearms for Mrs. Kaye, correct?
10   A.  Correct.
11   Q.  And so, you knew that before February 9th, when you saw the
12   videos?
13   A.  Yes, ma'am.
14   Q.  Now, you did get a search warrant for the Facebook and
15   Instagram records that we talked about?
16   A.  Yes, ma'am.
17   Q.  Now, Facebook and Instagram records, you told Facebook and
18   Instagram the time period for the records you wanted?
19   A.  Yes.
20   Q.  I don't know how long Ms. Kaye had Facebook and how long
21   she had Instagram, but you didn't ask for the whole history of
22   her account?
23   A.  I don't know the exact dates or time frame, but probably
24   not for the entire time she has had the accounts, no.
25   Q.  I am going to ask you some dates and see if that refreshes
```

Pauline A. Stipes, Official Federal Reporter

```
 1   your recollection.  If not, I can show you the preservation

 2   records, okay?

 3   A.  Okay.

 4   Q.  From Facebook, does it sound like you requested records

 5   from January 28, 2021, the date of the phone call, through

 6   February 1, 2021?

 7   A.  That sounds about right, but without seeing the records, I

 8   can't say for sure, but that sounds about right.

 9   Q.  For Instagram, would you agree that you requested records

10   from June 1st -- I am sorry, January 1, 2021, so a few weeks

11   prior, through February 1, 2021?

12   A.  I don't know.  You said January 1st?

13   Q.  January 1st.

14   A.  And then the other ones were January 28th?

15   Q.  Would you like to see the preservation records?

16   A.  Sure.  I trust you if that is what they say.

17        MS. MILITELLO:  So, what I would like permission to

18   do, I have them on a computer screen, so --

19        MR. BERRY:  Judge, if we could have the witness'

20   monitor on so he can see the records, and not the jury's.

21        THE COURT:  Okay.

22        THE WITNESS:  I can just see the stuff from the

23   Government.

24        MS. MILITELLO:  It looks like it is up on these

25   monitors, but not on the witness' monitor.
```

 1              THE LAW CLERK:  His monitor is on, I am not sure.

 2              MS. MILITELLO:  What is on his screen is the

 3     Government's last exhibit.

 4              THE LAW CLERK:  It is on Defense's.

 5              THE WITNESS:  It is still not there.

 6              THE COURT:  Do you have a hard copy?

 7              MS. MILITELLO:  I don't have a hard copy.  If it is

 8     okay, I can approach with the computer and not speak to him.

 9              THE COURT:  Is it on a laptop?

10              MR. BERRY:  Yes.

11              THE COURT:  You may approach the witness to show him

12     to refresh his memory.

13              Maybe state on the record what you are showing him.

14              MS. MILITELLO:  So, what we would be showing the

15     witness are the preservation records that were attached to the

16     search warrant to both Facebook and Instagram.  They were

17     provided in discovery by the Government.

18              THE COURT:  Don't read anything out loud.  Once you

19     have reviewed it, let counsel know.

20              All right.  Is there any pending question?

21              MS. MILITELLO:  There are two records he needs to look

22     at.

23              THE COURT:  Okay.

24              THE WITNESS:  I see the records.  You are correct,

25     yes, I did.

1   *BY MS. MILITELLO:*

2   *Q.* Question one is:  Does that help refresh your memory?

3   *A.* Yes, ma'am.

4   *Q.* Now that your memory is refreshed, do you agree the date

5   you requested records from Facebook were January 28, 2021 to

6   February 1, 2021?

7   *A.* Yes.

8   *Q.* And Instagram January 1, 2021 to February 1, 2021?

9   *A.* Yes, ma'am.

10  *Q.* You don't have records from before January 1, 2021, as it

11  relates to Ms. Kaye?

12  *A.* Correct, I don't.

13  *Q.* Now, in your search warrant request for these records you

14  wanted, quote, "all images, videos, stories, archived stories,

15  posts, shares, hashtags, invitations, messages, comments,

16  likes, friends list, friends blocks, pages followed."  You

17  wanted it all?

18  *A.* Yes, ma'am.

19  *Q.* Right.  And you did that because you said you were looking

20  for evidence that might establish the, quote, "who, what, why,

21  when, where, and how"?

22  *A.* Correct.

23  *Q.* Right.  And you also were looking for location information,

24  including location history and geo tagging, log-in information,

25  right?

1    *A.*   Correct.

2    *Q.*   And again, once you got all of that, no location geo

3    tagging anything from D.C. on January 6th?

4    *A.*   Correct.

5    *Q.*   And you said you were looking for evidence indicating the

6    email account owner's state of mind as it related to the

7    alleged crime under investigation.  Does that sound familiar?

8    *A.*   No.  I don't remember those exact words.  If they are in

9    there, I am sure I wrote them.

10   *Q.*   You would agree that when you get a search warrant, you

11   have to establish what the elements of the crime are?

12   *A.*   Yes, ma'am.

13   *Q.*   In this case, state of mind is one of the things that is an

14   element of the crime?

15   *A.*   Correct.

16   *Q.*   And you specifically requested from both Facebook and

17   Instagram any communications related to any threats to injure

18   the person of another.  Do you remember requesting that?

19   *A.*   Yes.

20   *Q.*   You reviewed those records, maybe, maybe not you team of

21   analysts, but you would agree when you looked through the

22   records there were no other threats to injure another person in

23   those social media records?

24   *A.*   We did not see anything like that.

25   *Q.*   No posts where she reiterated what she said, I really meant

Pauline A. Stipes, Official Federal Reporter

```
 1    that a week ago, FBI watch out?
 2    A.   No.  No posts like that.
 3    Q.   No posts about her going to buy a firearm --
 4    A.   No, ma'am.
 5    Q.   -- so she could shoot the FBI just like she said she would?
 6    A.   No, ma'am.
 7    Q.   No posts about her practicing shooting a firearm?
 8    A.   No, ma'am.
 9    Q.   No posts where she later tagged the FBI?
10    A.   No, ma'am.
11    Q.   No message where she later explained some grand plan she
12    had?
13    A.   No, ma'am.
14    Q.   And so, when you looked through these records to see if
15    there was other evidence to support her state of mind, you
16    didn't find any?
17    A.   No, ma'am.
18    Q.   You would agree another way to determine her state of mind,
19    or a Defendant's state of mind in general, would be to
20    interview them?
21    A.   Yes, ma'am.
22    Q.   Or ask them what they meant, right?
23    A.   Yes, ma'am.
24    Q.   You have been trained on how to interview people?
25    A.   Absolutely.
```

```
1   Q.  There are procedures and things you can do to do that?
2   A.  Yes, ma'am.
3   Q.  You would agree that you could have interviewed her and
4   asked her why she posted the video?
5   A.  I could have, yes.
6   Q.  You could have asked her, did you mean what you said?
7   A.  I could have, yes.
8   Q.  Did you want to shoot the FBI, or why did you post the
9   video, you could have asked her those things?
10  A.  I could have.
11  Q.  You would agree that even if she wanted a lawyer, that
12  there is a procedure for, when the FBI wants to talk to
13  someone, they can ask the Court to have a lawyer appointed so
14  that way the person can come meet with you with a lawyer,
15  right?
16  A.  I am not aware of it.  I have never tried that before, but,
17  yes, I imagine that is a policy or there are procedures for
18  that.
19  Q.  You would agree that when someone has a lawyer if that is
20  happening -- I am sure you have seen them, right?  There are
21  interviews at the FBI's office?
22  A.  Absolutely.
23  Q.  When you go into the FBI office, you go through a metal
24  detector, you are searched, right, safety precautions are
25  taken?
```

1   A.  Yes, absolutely.

2   Q.  So interviews can take place in that setting that is safe

3   and secure?

4   A.  Yes, ma'am.

5   Q.  And they do all the time?

6   A.  Yes, ma'am.

7   Q.  Now, one of the things that you testified to on direct was

8   that after you saw the video on February 9th, you had to write

9   out a summary of the facts and then a complaint, and then get

10  an arrest warrant?

11  A.  Yes, ma'am.

12  Q.  You would agree there are cases where all of that is done

13  in a couple hours?

14  A.  Yes, ma'am.

15  Q.  Right?

16  A.  Yes.

17  Q.  And the arrest is done in a couple hours?

18  A.  Yes, ma'am.

19  Q.  We are not even talking overnight, like when you need to,

20  the FBI can act?

21  A.  Right.

22  Q.  Do you know how many FBI agents there are?

23  A.  In total, no.  I am not sure how many there are.

24  Q.  Are we in the hundreds of thousands of FBI agents or tens

25  of thousands?

Pauline A. Stipes, Official Federal Reporter

1    A.   FBI wide, I don't know exactly the number.  I am not sure

2    how many there are.

3    Q.   It's a lot?

4    A.   It's a lot, yes.

5    Q.   You have a lot of support?

6    A.   Yes.

7    Q.   The different offices work together?

8    A.   Yes.

9    Q.   As they are relating to January 6th and other events?

10   A.   They are.

11   Q.   If you needed to get something done in an hour or two,

12   people could have helped you do it?

13   A.   Of course.

14   Q.   Prior to her arrest, some agents went out to the house on

15   February 15th; is that right?

16   A.   Um-m-m, on February 15th to her house?

17   Q.   Surveillance.

18   A.   Oh, yes, ma'am.

19   Q.   They didn't see Mrs. Kaye?

20   A.   I don't recall if Ms. Kaye was observed on that date.  If

21   that is what the 302 says, then I am sure it is accurate.

22        MR. DISPOTO:  Your honor, excuse me, I am going to

23   object to the form of the question simply because the witness

24   can testify to what he observed, but not with respect to what

25   any other agent may or may not have observed.

```
 1          THE COURT:  Want to rephrase?

 2          MS. MILITELLO:  Sure.

 3   BY MS. MILITELLO:

 4   Q.  Are you aware of any additional threat that was observed on

 5   February 15th?

 6   A.  I am not aware of any additional threats, no.

 7          MR. DISPOTO:  Your Honor, I renew the objection.  The

 8   witness can testify about what he knows from his personal

 9   knowledge, but not anybody else.

10          MS. MILITELLO:  Frankly, I disagree in this instance.

11   The Government opened the door to it through a variety of

12   statements from other individuals as to how and why they

13   responded to things.

14          THE COURT:  What is the specific question you want to

15   ask the witness?

16          MS. MILITELLO:  That he was not aware of any

17   additional threats or risks that were observed when the agents

18   were at Ms. Kaye's house on February 15th.

19          THE COURT:  You can speak to what you observed.

20   BY MS. MILITELLO:

21   Q.  Were you there on February 15th?

22   A.  No, ma'am, I don't think I was, no.  There was one day when

23   I was out there, I just don't remember whether it was

24   February 15th or not.

25
```

Pauline A. Stipes, Official Federal Reporter

```
 1   Q.  You were present for Ms. Kaye's arrest on the 17th, right?
 2   A.  I was there, not when the official arrest happened, but I
 3   was nearby.
 4   Q.  Were you present in the day or two leading up to that, at
 5   her house in Century Village in Boca, or no?
 6   A.  I was there on a weekend, I remember conducting
 7   surveillance.  I think it was several days or a couple days
 8   prior to the arrest, yes.
 9   Q.  Were you there during the surveillance with Special Agents
10   Spence, Hunter, and Stubblefield (phon)?  Was that the day or
11   was that a different day?
12   A.  No.  I think that was a different day.
13   Q.  You, yourself, were there apparently another day and your
14   personal observations, you didn't see any additional threats
15   from Ms. Kaye?
16   A.  No.  No, ma'am.
17   Q.  And so Ms. Kaye was indeed -- I am sorry, let me back up.
18       Talking just briefly again about her social media, other
19   videos were posted on her social media other than those we saw
20   today, right?
21   A.  Yes, ma'am.
22   Q.  You would agree she posted about politics?
23   A.  I would say so, yes.
24   Q.  She posted about now President Biden and also former
25   President Trump?
```

1  A.  Yes, ma'am.

2  Q.  Her likes and dislikes about each of those individuals?

3  A.  I would say there were some videos about that, yes, ma'am.

4  Q.  And posts about things like smoking weed?

5  A.  Yes, ma'am.

6  Q.  You read earlier her Instagram descriptor into the record.

7  Her user name is Angry Patriot Hippie?

8  A.  Her Facebook page, yes.

9  Q.  And the About Me definition on Instagram was this 58 year

10  old, 4/20, angry patriot hippie mother of two?

11  A.  Yes, ma'am.

12  Q.  And 4/20 means to you?

13  A.  It means marijuana.

14  Q.  April 20th is like an unofficial day of smoking weed?

15  A.  Yes, ma'am.

16  Q.  And so she is describing herself as a 58 year old woman,

17  apparently who likes weed, and an angry patriot hippie?

18  A.  Yes, ma'am.

19  Q.  And a mother?

20  A.  And a mother.

21  Q.  And in her url, the information you would type in to get to

22  her page on Facebook, Facebook.com/muckbang01.

23  A.  Yes, ma'am.

24  Q.  Did you know what a muckbang was?

25  A.  I did not.

Pauline A. Stipes, Official Federal Reporter

1    *Q.* Did you look it up?

2    *A.* I did figure out it has something to do with Korean food, I

3    think.

4    *Q.* It is like a series of Korean in either reality T.V. shows

5    or other videos. You knew it had to do with Korean food?

6    *A.* I didn't spend a lot of time researching it, but I did come

7    up with that conclusion.

8    *Q.* Okay. When Ms. Kaye was eventually arrested on

9    February 17, it was at her home?

10   *A.* Yes, ma'am.

11   *Q.* The FBI went to her home --

12   *A.* Yes, ma'am.

13   *Q.* -- in Century Village and arrested her while she was

14   walking her dog?

15   *A.* Yes, ma'am.

16   *Q.* You said she was searched?

17   *A.* Yes, ma'am. I didn't search her, but I imagine that when

18   the arresting agents arrested her, they searched her, and when

19   I came in, one of our female agents was conducting a search

20   prior to transporting Ms. Kaye.

21   *Q.* I heard you testify on direct that she was searched. So

22   you saw at least a female agent search her?

23   *A.* Yes, plus I knew that she was searched before she was

24   transported.

25   *Q.* Because that is procedure, right?

```
 1    A.  Yes, absolutely.

 2    Q.  She did not have a firearm on her person?

 3    A.  No, ma'am, she did not.

 4    Q.  She was cooperative?

 5    A.  Yes, ma'am, she was.

 6    Q.  She wasn't screaming "fuck the FBI" during her arrest,

 7    right?

 8    A.  No.

 9    Q.  She wasn't threatening to exercise her Second Amendment

10    rights during her arrest?

11    A.  No, ma'am.

12    Q.  After she was arrested, did you search her apartment?

13    A.  No, ma'am.

14    Q.  Did you get a search warrant to search her apartment?

15    A.  No, ma'am.

16    Q.  Did you ask her to search her apartment?

17    A.  No, ma'am.  I don't believe we did, no.

18    Q.  You didn't look in her apartment for any guns?

19    A.  No, ma'am.

20    Q.  I guess you didn't put that bottle into evidence, either?

21    A.  No, ma'am.

22          MS. MILITELLO:  Thank you, that is all I have.

23          THE COURT:  Thank you.  Any redirect?

24          MR. DISPOTO:  Yes, your Honor, thank you.

25                         REDIRECT EXAMINATION
```

Pauline A. Stipes, Official Federal Reporter

1    *BY MR. DISPOTO*:

2    *Q.*  Good morning again, sir.

3    *A.*  Good morning.

4    *Q.*  Agent Smith, I want to ask you some questions about some

5    questions that Ms. Militello asked you on cross-examination.

6    *A.*  Yes, sir.

7    *Q.*  You testified -- Ms. Militello asked you on

8    cross-examination about you not reaching back out to Ms. Kaye

9    after you learned of her threatening videos.  Do you recall

10   being asked about that?

11   *A.*  Yes, sir.

12   *Q.*  I believe you told us that you did not reach back out to

13   her?

14   *A.*  Yes.  Yes, sir, we did not.

15   *Q.*  Can you first tell us why you did not reach back out to her

16   at that point?

17   *A.*  Well, first of all, my boss told me to stand by, that I

18   wouldn't be interviewing her or reaching back out to her at

19   all.  That was reason number one.

20   *Q.*  Any other reasons?

21   *A.*  Well --

22        *MS. MILITELLO:*  I want to make sure that the witness

23   is reminded of prior rulings of the Court.

24        *THE COURT:*  With respect to hearsay or something else?

25        *MS. MILITELLO:*  What the Court ruled on earlier today.

```
 1              MR. DISPOTO:  Judge, maybe I could rephrase the

 2      question to avoid eliciting an unintentional response.

 3      BY MR. DISPOTO:

 4      Q.  You have been an agent for 14 years?

 5      A.  Yes, sir.

 6      Q.  And do I assume correctly that, as an FBI agent of 14

 7      years, you are experienced in investigating crimes, including

 8      the crime for which Ms. Kaye has been charged?

 9      A.  Yes, sir.

10      Q.  Since you were asked about this by Ms. Militello, let me

11      ask you:  Did you believe at the time that you observed the

12      videos that have been played here in court for this jury that

13      Ms. Kaye made a true threat to you?

14              MS. MILITELLO:  Objection, invades the province of the

15      jury, improper legal conclusion.

16              THE COURT:  Rephrase the question.

17      BY MR. DISPOTO:

18      Q.  Did you believe that Ms. Kaye committed a crime when she

19      made those videos and posted them on social media?

20      A.  Yes, sir.

21              MS. MILITELLO:  Same objection.

22              THE COURT:  Is there still an objection?

23              MS. MILITELLO:  Yes, the same objection.

24              THE COURT:  I will sustain the objection and ask the

25      jury to disregard the last statement by the witness, and
```

Pauline A. Stipes, Official Federal Reporter

```
 1    counsel can rephrase the question in such a way that does not

 2    call for a legal conclusion.

 3         MR. DISPOTO:  Judge, may I be heard sidebar on this

 4    issue?

 5         THE COURT:  You may.

 6       (Thereupon, the following sidebar proceedings were had:)

 7         THE COURT:  Yes.

 8         MR. DISPOTO:  Ms. Militello cross-examined the witness

 9    on why he didn't contact Ms. Kaye, and she clearly suggested in

10    her cross that had he done that, um-m-m, he could have learned

11    from her, presumably from her denials, her state of mind, and

12    the suggestion is that that somehow would have exonerated her

13    from the crime for which she has been charged.

14         What I am now exploring of the witness is whether, if

15    he did call her, and even if she did say I didn't mean it, I

16    was joking, would that have in any way changed your opinion as

17    to whether in fact she had committed a crime?

18         In other words, it doesn't matter what she would say

19    in response to the call.

20         She cross-examined him and said, you didn't call my

21    client to ask her, as if her self-serving denial would somehow

22    be evidence in a crime investigation.

23         THE COURT:  Response.

24         MS. MILITELLO:  Um-m-m, two-fold.  The first is that

25    we know even after her arrest the FBI apparently still wanted
```

 1   evidence of her state of mind because they wrote that in a

 2   sworn affidavit and search warrant to the Court.  I did

 3   cross-examine that.  We knew he was still collecting evidence

 4   of her state of mind.

 5          The idea that he would have disregarded evidence of

 6   that, if that is what he wants to elicit, the FBI didn't care

 7   what she had to say, that is permissible.  What is not

 8   permissible is the legal conclusion drawn from there, that

 9   invades the province of the jury.

10          *THE COURT:*  Yes, you can rephrase, but you shouldn't

11   be asking whether, you know, you believe there was commission

12   of a crime or a true threat because those are legal

13   determinations the jury needs to make.  Did he feel threatened,

14   was he fearful, was he not thinking of getting more

15   information, or thinking about getting more information, there

16   are ways of asking it without having the witness comment on a

17   legal conclusion.

18      *(Thereupon, the sidebar proceedings concluded.)*

19   *BY MR. DISPOTO*:

20   *Q.*  Agent Smith, you testified earlier that you took the words

21   that Ms. Kaye uttered in her videos, you took that seriously,

22   correct?

23   *A.*  Yes, sir.

24   *Q.*  And I believe you told us even on direct examination that

25   you took it so seriously that you were no longer going to

1  interact with her in person?

2  A. Correct.  Yes, sir.

3  Q. Now, Ms. Militello asked you about calling Ms. Kaye on the

4  phone?

5  A. Yes, sir.

6  Q. Okay.  Let's assume you had done that.  Let's assume that

7  you called Ms. Kaye on the phone and she said to you, oh, I was

8  only kidding, I didn't mean it, it was political speech.  Would

9  you -- even in light of that, those self-serving declarations,

10 would you still have taken her video, specifically her

11 statement that she would shoot your f'ing ass if you came to

12 her house, would you still have taken that seriously?

13 A. I certainly would not have went to her house.  Yes, I would

14 have taken it seriously.

15 Q. Now, Ms. Militello asked you about whether you or anyone on

16 your investigative team researched to determine whether Ms.

17 Kaye had a concealed firearms permit, correct?

18 A. Yes, sir.

19 Q. And you indicated that she did not?

20 A. She did not.

21 Q. And you also communicated that there were no records of her

22 having any firearms at all; is that right?

23 A. Correct.

24 Q. In your experience as a law enforcement officer, do people

25 sometimes have access to firearms even if they don't have

```
 1    either a concealed firearms permit or a record of owning

 2    firearms?

 3    A.   Yes, sir.  Absolutely.

 4    Q.   In your experience as a law enforcement officer, is it

 5    certainly possible that people could have firearms in their

 6    home without having those permits?

 7    A.   Yes, sir.  Absolutely.

 8    Q.   Is it, in your experience, possible that individuals live

 9    with other people in the same home who maybe have firearms?

10    A.   Yes, sir.

11    Q.   By virtue of that, Ms. Kaye, at least in theory, despite

12    not having any permits or records of same, could have access to

13    firearms?

14    A.   Yes, sir.

15    Q.   Were you willing to take the chance that she did not have

16    access to any firearms as evidenced by the fact there was no

17    record of it on file?

18    A.   No, sir, not willing to take a chance.

19    Q.   You mentioned on cross-examination that after February 2nd,

20    when you once again were unable to contact Ms. Kaye, that there

21    was no appointment that was scheduled?

22    A.   Correct.

23    Q.   Did you at any time communicate with Ms. Kaye by telling

24    her, you know what, Ms. Kaye, never mind, I am not going to

25    come back out and talk to you?
```

```
 1    A.  No, sir.
 2    Q.  Did you ever tell her that your case was closed?
 3    A.  No.
 4    Q.  Did you ever tell her, you know what, Ms. Kaye, I don't
 5    actually believe you were at the Capitol on January 6th, so
 6    never mind?
 7    A.  No.
 8    Q.  Now, you were also questioned about the social media
 9    accounts, specifically Ms. Kaye's Facebook and Instagram
10    accounts.  Do you recall being questioned about that?
11    A.  Yes, sir.
12    Q.  And Ms. Kaye -- I am sorry, Ms. Militello asked you a lot
13    of questions about tagging and other methods by which social
14    media posts can be sent directly to a particular individual or
15    entity; is that right?
16    A.  Yes, sir.
17    Q.  Based upon your ability to access the videos well after
18    they were posted on either January 31st or February 1st, was it
19    your understanding that these videos were publicly available?
20    A.  Yes, sir.
21    Q.  To anyone who visited her pages?
22    A.  Yes, sir.
23    Q.  Are you familiar with privacy settings that exist within
24    Facebook and Instagram?
25    A.  A little bit.
```

```
 1   Q.  Are you aware that the user of both Facebook and Instagram
 2   has the ability to change their settings to private?
 3   A.  Yes, sir.
 4   Q.  And that by doing so, they would only allow access of posts
 5   to their private group of friends or followers?
 6   A.  Yes.
 7   Q.  Is it fair to say, based upon your review of the records of
 8   this case, that Ms. Kaye's accounts were not set to privacy
 9   settings?
10   A.  I don't believe they were.
11   Q.  If they were set to privacy settings, would you have been
12   able to access them?
13   A.  No.
14   Q.  Finally, you were questioned about Ms. Kaye's ties to
15   January 6th, and I believe Ms. Militello had asked you a lot
16   about FBI investigations --
17   A.  Yes, sir.
18   Q.  -- of people who were there?
19   A.  Yes, sir.
20   Q.  Or believed to have been there.
21       Have you ever participated in any such investigations?
22   A.  For the January 6th?
23   Q.  Yes, in general.
24   A.  Yes.  Outside of, you know, interviewing people that were
25   presumably there, is that your question?
```

1    Q.  Yes.

2    A.  Yes, I have.

3    Q.  And I think Ms. Militello went through a list of

4    investigative tools --

5    A.  Correct.

6    Q.  -- that the FBI has at its disposal to determine whether

7    somebody was actually at the Capitol?

8    A.  Sure.

9    Q.  And there is a process at the FBI where individuals are

10   actually investigated for that?

11   A.  Yes, sir.

12   Q.  And you told us that, based upon the information that you

13   have in front of you, you have no evidence that Ms. Kaye was

14   there, correct?

15   A.  Yes, sir.

16   Q.  Just to be clear, has the FBI ever opened an investigation

17   and conducted a thorough investigation to determine one way or

18   the other on that point?

19   A.  On Ms. Kaye?

20   Q.  Yes.

21   A.  No, we have not.

22         MR. DISPOTO:  One moment, Judge.  Your Honor, nothing

23   further of this witness, thank you.

24         THE COURT:  All right.

25         MS. MILITELLO:  Your Honor, can I recross briefly on

Pauline A. Stipes, Official Federal Reporter

```
 1    that January 6th line of questioning?
 2              THE COURT:  You may.
 3                      RECROSS-EXAMINATION
 4    BY MS. MILITELLO:
 5    Q.  Would you agree that the FBI subpoenaed from companies like
 6    Apple and Google a list of everyone who was within a certain
 7    radius of the Capitol on January 6th?
 8    A.  I would -- I mean it sounds reasonable, yes.
 9    Q.  Right.  And so Apple complied, Google complied, and the FBI
10    has a list of the phone numbers that were at the Capitol at the
11    time?
12    A.  I am not sure technically how that would work, to be quite
13    honest with you.
14        I just don't have a lot of experience with the FBI's
15    capabilities, whether or not they can pull from cell tower
16    records, if you are asking if they can just grab the records
17    and figure out every single phone number that was there.
18    Q.  I am asking you if you are aware if they sent a subpoena to
19    Apple saying give us the information for every iPhone that was
20    at the Capitol on that day, and did the same to Android and
21    Google to get a list of everyone who was available?
22    A.  I am not aware, ma'am, I'm sorry.
23    Q.  Are you aware that is one of the things the FBI did do?
24    A.  I am not aware of whether they did do that or not.
25    Q.  You are aware that the FBI has discovered, at this point,
```

1    thousands of names of people who were present?

2    A.   Yes, ma'am.

3    Q.   It's not just the 850 that have been charged already, the

4    FBI has identified successfully thousands of people that were

5    at the Capitol?

6    A.   I would imagine so, yes, ma'am.

7    Q.   Using flight records, using travel records, using cell

8    phone records?

9    A.   Yes, ma'am.

10   Q.   Using social media records?

11   A.   Yes, report call-ins, everything, absolutely.

12   Q.   Using sources?

13   A.   Yes, ma'am.

14   Q.   Tips that have come in to the FBI?

15   A.   Yes.

16   Q.   Using facial recognition software?

17   A.   Yes, ma'am.

18   Q.   From all of these resources the FBI has at their disposal,

19   to your knowledge there is no evidence that Ms. Kaye was

20   present on January 6th?

21          MR. DISPOTO:   Objection, lack of foundation and

22   hearsay.

23          THE COURT:   Overruled.

24          THE WITNESS:   No, we have no evidence, no information

25   on Ms. Kaye at this time, no.

Pauline A. Stipes, Official Federal Reporter

```
 1              MS. MILITELLO:  Thank you.
 2              MR. DISPOTO:  Judge, can I followup and clarify on
 3  that point?
 4              THE COURT:  Just limited to the recross.
 5                    RE-REDIRECT EXAMINATION
 6  BY MR. DISPOTO:
 7  Q.  Have you personally reviewed all of those records relative
 8  to what Ms. Militello just went through?
 9  A.  No, sir.
10  Q.  Do you know for sure one way or another what evidence, if
11  any, the FBI has relative to Ms. Kaye on those points?
12  A.  No, sir.
13              MR. DISPOTO:  That is all I have.
14              THE COURT:  Thank you very much, you may step down.
15              You may call your next witness.
16              MR. DISPOTO:  At this time the Government calls
17  Special Agent Paul Allen.
18              MS. MILITELLO:  I know your Honor requested Jencks be
19  provided by the first day of trial.  For the record, I don't
20  have any as to this witness.  I know there was an email.  I
21  don't know if there was anything else.
22              THE COURT:  Is there anything else, counsel?
23              MR. DISPOTO:  No, I don't believe so, Judge.  We
24  supplied the Defense with reports that the witness supervised
25  or reviewed, not authored, and we have also supplied that
```

```
 1    email.  There is no additional Jencks that I am aware of,
 2    Judge.
 3           THE COURT:  Okay.  We will go a little bit.  Tell me
 4    when it is a convenient breaking point and we will take our
 5    lunch.  We can at least begin with the witness before the lunch
 6    break.
 7              PAUL ALLEN, GOVERNMENT'S WITNESS, SWORN
 8           THE COURTROOM DEPUTY:  Speak right into the microphone
 9    and if you would state your full name for the record and spell
10    your last name for the Court Reporter, please.
11           THE WITNESS:  Paul Allen, A-L-L-E-N.
12           MR. DISPOTO:  Judge, what time did you say we would
13    break for lunch?
14           THE COURT:  I said just let me know a convenient
15    breaking point.
16           MR. DISPOTO:  Do you want it closer to 12:00 or 12:30?
17           THE COURT:  Anywhere in between, whatever is a natural
18    break.
19                        DIRECT EXAMINATION
20    BY MR. DISPOTO:
21    Q.  Good morning, sir.  Welcome to court.
22    A.  Thank you.  Good morning.
23    Q.  Would you please introduce yourself to the ladies and
24    gentlemen of the jury?
25    A.  Sure.  My name is Paul Allen, I'm a supervisory Special
```

1    Agent for the Joint Terrorism Task Force for Palm Beach County.

2         *THE COURT:*  Can you move closer to the microphone?

3    Thank you so much.

4    *BY MR. DISPOTO*:

5    *Q.*  How long have you been employed by the FBI?

6    *A.*  18 years.

7    *Q.*  You indicated that you are currently a supervisor; is that

8    correct?

9    *A.*  That is correct.

10   *Q.*  How long have you been acting in a supervisory capacity?

11   *A.*  It's going on seven years now.

12   *Q.*  What are your general duties and responsibilities as a

13   supervisor for the Joint Terrorism Task Force here in West Palm

14   Beach?

15   *A.*  I oversee a task force responsible for any international

16   terrorism, domestic terrorism, explosives, and general threat

17   cases here in Palm Beach County.

18   *Q.*  Those general threat cases that you referred to sometimes

19   have absolutely no connection to terrorism or anything of that

20   kind; is that correct?

21   *A.*  That is correct.

22   *Q.*  Prior to working at the task force, what did you do for the

23   FBI?

24   *A.*  I was assigned to FBI headquarters at the weapons of mass

25   destruction directorate where I specialized in radiological

Pauline A. Stipes, Official Federal Reporter

 1  nuclear terrorism.

 2  Q.  How long did you work in that capacity?

 3  A.  Five years.

 4  Q.  What about before that?

 5  A.  Before that, I was assigned to the Los Angeles field office

 6  where I was a Special Agent assigned to a joint terrorism task

 7  force specializing in Al-Qaeda.

 8  Q.  Do you have any training to be an FBI agent?

 9  A.  I do.  I went to 22 weeks at the FBI -- Quantico FBI

10  Academy.

11  Q.  And prior to attending the academy and becoming an FBI

12  agent, do you have any other law enforcement or military

13  experience?

14  A.  I do.  I served four years as an Air Force OSI agent, it's

15  the equivalent of FBI for the Air Force, where I was an officer

16  and led a team overseas on intelligence matters.  Prior to

17  that, I was also assigned to the U.S. Army as a U.S. Army

18  officer, and was a military intelligence officer for Special

19  Forces.

20  Q.  Where did you go to school?

21  A.  I went to school for two years at Norwich University, and

22  then I finished out my Bachelor's at University of Utah.

23  Q.  You had indicated that you supervise other agents in the

24  task force; is that correct?

25  A.  That is correct.

```
 1   Q.  How many agents do you supervise?
 2   A.  I supervise ten agents, in addition to that, analysts and
 3   task force officers.
 4   Q.  How many analysts and task force officers are part of your
 5   team?
 6   A.  Three analysts, and about four to five full-time task force
 7   officers.
 8   Q.  Is one of the agents that you supervise Special Agent
 9   Arthur Smith?
10   A.  Yes, sir.
11   Q.  I want to direct your attention to January 16th of 2021.
12   In your capacity as a supervisory agent, did you receive a
13   Guardian from the National Threat Operation Center?
14   A.  Not on the 16th, but actually on the 21st, we received a
15   lead that came to my office regarding what you are referring
16   to.
17   Q.  Let's talk about that for a few moments.
18   A.  Okay.
19   Q.  Where did the lead come from?
20   A.  Initially, the lead was sent from the Washington field
21   office in reference to the January 6th incident that occurred
22   at the Capitol.  That lead was sent to Las Vegas.  The reason
23   why it was sent to Las Vegas --
24        MS. MILITELLO:  Objection.  My guess is that is going
25   to call for hearsay and then present the same Crawford issue.
```

```
1              MR. DISPOTO:  Judge, I can probably avoid the
2    anticipated testimony by asking my next question.
3              THE COURT:  So you are going to withdraw the question?
4              MR. DISPOTO:  Yes.
5              THE COURT:  Okay.
6    BY MR. DISPOTO:
7    Q.  You testified that the lead, before coming to you, went to
8    Las Vegas, correct?
9    A.  That is correct.
10   Q.  After it went to Las Vegas, did it come directly to you or
11   did it go back somewhere else?
12   A.  No, the lead was transferred directly to my squad.
13   Q.  That occurred on January 21st; is that correct?
14   A.  That is correct.
15   Q.  Okay.  After -- do you know what a Guardian is?
16   A.  I do.
17   Q.  What is the difference between a Guardian and a lead?
18   A.  A Guardian is a type of investigative matter where we
19   assess a tip from the public, and a lead could be information
20   that is sent from another field office for us to look into a
21   matter.  That is what the difference between a lead and a
22   Guardian is.
23   Q.  This was a lead, not a Guardian?
24   A.  That is correct.
25   Q.  And when you received the lead, I assume you reviewed it?
```

1    *A.*  I did.

2    *Q.*  And what did you do after reviewing the lead?

3    *A.*  I assigned it to -- which is standard practice, I would

4    assign it to one of the agents, in this instance Special Agent

5    Arthur Smith.

6    *Q.*  What was Agent Smith tasked with doing once you assigned

7    him the lead?

8    *A.*  He was to further investigate whether or not -- the initial

9    inquiry was whether or not the individual was in Washington

10   D.C. on January 6th.

11   *Q.*  Did you have a name of the individual that the lead had

12   requested be interviewed relative to January 6th?

13   *A.*  At this time we did, it was to Suzanne Kaye.

14   *Q.*  Did you have any other identifying information, including

15   last known address where she could possibly be contacted, or is

16   that something that you here in the West Palm field office had

17   to discover yourselves?

18   *A.*  A combination of our work and Las Vegas' work, we were able

19   to identify the phone numbers and the address of Suzanne Kaye.

20   *Q.*  Now, once the matter was assigned to Agent Smith, are you

21   maintaining relatively close contact with Agent Smith so that

22   he can communicate back to you the developments of the matter

23   that he has been assigned to handle?

24   *A.*  Yes.

25   *Q.*  And by the way, just so we are clear, in your line of work,

1   is investigation sort of a term of art?  In other words, was

2   Ms. Kaye at this point under investigation, or is this

3   something else?

4   *A.*  At this point, it is more of an initial inquiry.  There

5   wasn't a full investigation open at this point.

6   *Q.*  Without disclosing the contents of any communications that

7   you may have had with Agent Smith, did you, at some point after

8   assigning the matter to him, learn that he did in fact contact

9   Ms. Kaye?

10   *A.*  That is correct.

11   *Q.*  And did Agent Smith debrief you or inform you of the nature

12   of that contact?

13   *A.*  He did.

14   *Q.*  Do you recall -- strike that.

15      Between the 21st of January 2021 and February 8th of 2021,

16   were you relatively kept in the loop about the developments of

17   the assignment that you gave to Special Agent Smith?

18   *A.*  Yes.

19   *Q.*  Did something occur on February 8th of 2021, that shifted

20   the nature of this matter that your agency was involved in

21   relative to Ms. Kaye?

22   *A.*  Yes.

23   *Q.*  What was that?

24   *A.*  At this point, February 8th, the initial lead had been

25   closed and resolved.  On February 8 a Guardian tip from our

Pauline A. Stipes, Official Federal Reporter

```
 1   NTOC, which I believe was discussed here before, provided
 2   information that an online tipster from the public indicated
 3   that somebody posted --
 4          MS. MILITELLO:  Okay.  I am afraid we are getting into
 5   the content.  No objection to a tip sent, but beyond that --
 6          THE COURT:  Sustained.
 7          MR. DISPOTO:  Judge, I am just going to lead the
 8   witness here and see if Ms. Militello objects.  That might be
 9   easier.
10          THE COURT:  Okay.
11   BY MR. DISPOTO:
12   Q.  Is it fair to say that the Guardian related to a tip that
13   contained an alleged video that Ms. Kaye had posted on social
14   media?
15   A.  Yes.
16   Q.  And was that video forwarded to you?
17   A.  It was.
18   Q.  Now, you mentioned that you had received the video on
19   February 8, 2021; is that correct?  Do you recall approximately
20   the time of the day that you received that lead -- I'm sorry,
21   that Guardian?
22   A.  Typically, I am going to approximate, sometime late in the
23   morning.
24   Q.  And did you review that Guardian?
25   A.  I did.
```

Pauline A. Stipes, Official Federal Reporter

1   *Q.*  And among reviewing the Guardian, did you review the video?

2   *A.*  I did.

3   *Q.*  And can you tell us what you saw relative to that video?

4   *A.*  I saw an individual on the video making a very articulate

5   and direct threat, indicating that she had received a phone

6   call from the FBI, that if those individuals were to come to

7   her house that she would shoot those individuals.

8   *Q.*  Did you connect that video -- in your own mind did you

9   connect that video to the nature of the matter that was

10  assigned to Agent Smith?

11  *A.*  Yes.  Upon further review it was noted that the video was

12  posted on February 1st.  It was also clear to me from the

13  previous investigation that the last -- a voice mail was left

14  by Agent Smith on January 28th.  So, from January 28th to

15  February 1st, close proximity, the individual on the video was

16  alluding that the FBI made contact with her.

17       *MS. MILITELLO:*  I am going object to any further

18  characterization.  It's a best evidence issue also.

19       *THE COURT:*  I'll sustain.  The videos are in evidence,

20  and they can be played if needed.

21       *MR. DISPOTO:*  Your Honor, may I publish to the witness

22  Exhibit 1, which is in evidence?

23       *THE COURT:*  You may.

24  *BY MR. DISPOTO*:

25  *Q.*  Agent Allen, do you recognize the still image that I have

Pauline A. Stipes, Official Federal Reporter

```
 1   placed in front of you, Government Exhibit 1?
 2   A.   Yes.  This is what I was reviewing on February 8th.
 3       (Thereupon, the video was played.)
 4   BY MR. DISPOTO:
 5   Q.   To the best of your memory, Agent Smith, (sic) is that the
 6   video you reviewed on February 8th?
 7   A.   That was the one.
 8   Q.   What was your initial reaction to that video when you saw
 9   it?
10   A.   I took that as a very serious threat.  I took it as a
11   direct threat against Agent Smith.
12         MS. MILITELLO:  Your Honor, I am going to request the
13   limiting instruction at this time.
14         THE COURT:  Okay.  Just a moment.
15         I just want to remind members of the jury that it is
16   ultimately for you and not any witnesses, law enforcement or
17   otherwise, to determine whether an ordinary reasonable
18   recipient who was familiar with the context of the
19   communication would interpret it as a threat of injury.
20   BY MR. DISPOTO:
21   Q.   What was it, Agent Allen, about the video that you believed
22   that this was a clear and direct threat against Agent Smith?
23   A.   There were a couple --
24         MS. MILITELLO:  Object as asked and answered, as best
25   evidence is the video, and it calls for a legal conclusion,
```

Pauline A. Stipes, Official Federal Reporter

```
 1  which would invade the province of the jury.
 2          THE COURT:  Overruled, as long as the witness does not
 3  get into any legal conclusions with respect to his testimony.
 4          So if there are particular aspects of it, you can
 5  speak to that, but nothing in a conclusory way.
 6  BY MR. DISPOTO:
 7  Q.  I am asking you specifically about the video itself and
 8  what you saw.  What about this video did you believe was a
 9  direct threat to Agent Smith?
10  A.  Two parts.  The first was reference to the agent that she
11  referred to trying to reach out to her, that agent was Agent
12  Smith.  The second part, she said if that agent shows up at her
13  door, she would shoot them.
14  Q.  Now, as of February 8, 2021, you had experience in
15  investigating threat cases, correct?
16  A.  That is correct.
17  Q.  Can you give us an idea as to, in the course of your many
18  years in law enforcement, specifically with respect to the task
19  force, how many threats cases do you investigate or do you
20  supervise others who investigate?
21          MS. MILITELLO:  Objection, relevance.
22          THE COURT:  Response.
23          MR. DISPOTO:  Judge, it is relevant to his perception
24  of the video.
25          THE COURT:  Overruled.
```

 1          *MS. MILITELLO:*  Your Honor, I would add that his
 2     perception of the video is also not relevant beyond what we
 3     talked about before and would invade the province of the jury.
 4          *THE COURT:*  Objection overruled.
 5     BY MR. DISPOTO:
 6     *Q.*  Can you describe for us the level of your experience in
 7     investigating threat cases?
 8     *A.*  I am the co-lead of the Palm Beach County threat management
 9     team that we investigate multiple threats here in Palm Beach
10     County, so as part of that leadership I have a lot of exposure
11     to different type of threat cases.
12     *Q.*  How did the video, the existence of that video that came to
13     your attention on February 8th, change, if at all, the nature
14     or the trajectory of the inquiry that was opened initially of
15     Ms. Kaye?
16     *A.*  So, one had nothing to do with the other.  The old
17     investigation was closed, but as a result of this video, I
18     directed a new threat case be opened.
19     *Q.*  Did you communicate with Agent Smith once you learned of
20     this video?
21     *A.*  Immediately after I saw the video, yes.
22     *Q.*  And do you recall how it was that you communicated with
23     him?
24     *A.*  First I instructed him to cease any potential contact with
25     Mrs. Kaye and to open an immediate threat case.

1   *Q.*  And to the best of your knowledge, did he do that?

2   *A.*  He did.

3   *Q.*  So, what happened next relative to how the FBI was going to

4   handle this matter now that speaking to her was no longer an

5   option?

6   *A.*  Now that we have a full investigation open, the next step

7   was to coordinate with the U.S. Attorney's Office.

8   *Q.*  Was that done?

9   *A.*  That was.

10  *Q.*  Over the course -- I am sorry, strike that.

11      Did the coordination with the U.S. Attorney's Office

12  include general discussions about whether to charge Ms. Kaye

13  with a crime?

14          *MS. MILITELLO:*  I object.  This is improper

15  bolstering, and calls for hearsay.

16          *THE COURT:*  I sustain that objection.

17  *BY MR. DISPOTO:*

18  *Q.*  After February 8, 2021, what investigative tools, if any,

19  did the FBI utilize to determine Ms. Kaye's pattern of life?

20  *A.*  The first step we did was employ surveillance assets to

21  start to determine a pattern of life.  Pattern of life is just

22  a way to determine one's daily routine in preparation for a

23  potential arrest.

24  *Q.*  And do you recall on how many occasions surveillance went

25  out to her residence for that purpose?

Pauline A. Stipes, Official Federal Reporter

1    *A.* I don't have the exact number, but I can tell you more than
2    two.
3    *Q.* And eventually, was there a determination made that
4    Ms. Kaye was going to be arrested?
5    *A.* Yes.
6    *Q.* Did you, as the supervisor of the task force that was going
7    to effectuate that arrest, organize any operational plan prior
8    to effectuating the arrest?
9    *A.* I did. I oversaw the operations arrest plan for this
10   operation, and based off the threat, we determined to do an
11   open air arrest.
12   *Q.* What does that mean?
13   *A.* An open air arrest is, we avoid going actually to the
14   residence where we would conduct the arrest; instead, we
15   conduct surveillance ahead of time and determine pattern of
16   life, and then we have a mobile arrest team that executes the
17   arrest when the person is usually coming or leaving their
18   vehicle.
19   *Q.* Do you recall the date that this arrest actually took
20   place?
21   *A.* February 17th.
22   *Q.* And prior to February 17th, were you and your agents, from
23   your pattern of life surveillance, able to determine what time
24   of the day Ms. Kaye typically came out of her house?
25   *A.* We did.

1    Q.  Generally, what time of the day was that?

2    A.  Usually sometime early morning or -- early to late morning.

3    Q.  So, tell us about the operational plan.  First and

4    foremost, how many agents did you allocate to being part of the

5    team of agents that was going to be present at the time of her

6    arrest?

7    A.  There were approximately ten.

8    Q.  And how were those ten agents chosen?

9    A.  So, I broke up the team into three parts, there was a

10   surveillance team, an arrest team, and a command and control

11   team.  The arrest team, which was probably one of the most

12   important components, were made up of what we call an enhanced

13   team, which is made up of FBI SWAT operators.  They were chosen

14   because of their tactical background, their training, and they

15   typically carried long guns.

16   Q.  How many total agents and task force officers were part of

17   this unit?

18   A.  By the time it was all said and done, there were probably

19   ten agents and two task force officers.  In addition, behind

20   the scene there were also fire/rescue standing by in case of an

21   incident.

22   Q.  What time, to the best of your knowledge, did the team

23   arrive at Ms. Kaye's residence on the 17th?

24   A.  The surveillance team set up -- the first element was the

25   surveillance team set up around 6:00 or 7:00 o'clock a.m.

```
 1   Q.  What type of residence did Ms. Kaye live at at that time?
 2   A.  It was a multi-story apartment complex.
 3   Q.  Are you at liberty to disclose to us sort of the formation
 4   of your team, or is that information not appropriate for the
 5   public domain?
 6   A.  No.  In general, I can give generalities.  How we do it is,
 7   a surveillance team is watching the residence, the arrest team
 8   is standing by at a different location mobile, and the command
 9   and control vehicles in the back.  In essence, the surveillance
10   team is the eyes and ears of the operation.  As soon as the
11   subject leaves the residence, it provides information to the
12   arrest team whether or not to take down or conduct the arrest.
13   In this situation, the surveillance team did pick up Mrs. Kaye
14   leaving her residence in the morning.
15   Q.  Do you know approximately what time it was she was seen
16   leaving the residence?
17   A.  I can't recall exactly the time, bit it was early morning,
18   and she was walking her dog.
19   Q.  You were present with the scene?
20   A.  I was in the command vehicle, yes.
21   Q.  Are you able to maintain visual contact with the front of
22   Ms. Kaye's residence?
23   A.  No.  That was for the surveillance team to do.
24   Q.  Were you able to maintain audio contact by some sort of
25   communication devices?
```

Pauline A. Stipes, Official Federal Reporter

1    *A.* Yes.  The whole operation was being broadcast over our
2    secure radio system.
3    *Q.* You had mentioned that some of the arrest team carried long
4    guns?
5    *A.* Correct.
6    *Q.* The rest of the team, if they didn't have long guns, did
7    they have handguns?
8    *A.* They did.
9    *Q.* At the time that you devised this ops plan, were you aware
10   of the approximate age of Ms. Kaye?
11   *A.* I had a general understanding, yes.
12   *Q.* What was your general understanding as to her approximate
13   age?
14   *A.* She was above 40 years old.
15   *Q.* Okay.  Was this level -- in your experience as a
16   supervisory agent, was this level of preparation and plan,
17   including having armed agents go to her residence, necessary in
18   a case like this?
19   *A.* It was necessary because of the threat that was made.
20   *Q.* As far as you know, was Ms. Kaye taken into custody without
21   incident that morning?
22   *A.* She was.
23   *Q.* After she was taken into custody, did you approach the area
24   where she and the detaining officers were located?
25   *A.* I did.

1    *Q.*  Generally, what did you observe at that time?

2    *A.*  Upon arrival, I did notice Mrs. Kaye was in handcuffs, and

3    she was being prepared to be transported.  At that time I was

4    taking control of the scene and I had the arrest team set up a

5    tactical perimeter to continue to watch the residence of

6    Mrs. Kaye, the front door, if you will.

7    *Q.*  And how would you describe Ms. Kaye's level of cooperation

8    at that time?

9    *A.*  She was cooperative.

10   *Q.*  Now, did you notice any other persons that you believed at

11   the time may have lived with Ms. Kaye at that residence?

12   *A.*  Yes.  We had an understanding of potentially her son being

13   at the residence at the time.

14   *Q.*  Did you see the son?

15   *A.*  We actually did.  The reason why we did is because we

16   needed the dog to be handled, her dog, so we called the son and

17   the son did come out and retrieve the dog and bring it back up

18   to the residence.

19   *Q.*  Where did you go from that location and after Ms. Kaye was

20   taken into custody?

21   *A.*  I went back to the office.

22        *MR. DISPOTO:*  One moment, your Honor.

23        *THE COURT:*  Okay.

24        *MR. DISPOTO:*  Your Honor, those are all the questions

25   I have for this witness on direct.  Thank you.

Pauline A. Stipes, Official Federal Reporter

```
 1          THE COURT:  Okay.  So, this might be a good time to
 2    take our lunch break.
 3          All right.  Ladies and gentlemen -- first I will
 4    remind our witness to remain under oath.  We will take our
 5    break now, but you will be subject to cross-examination, and
 6    then perhaps redirect examination after the lunch break.
 7          For our jurors, please remember the same instructions
 8    I always give you, do not discuss the case with each other or
 9    with anyone else.  You are not to do any research about
10    anything affiliated with the case.  You are not have any
11    interaction with anyone associated with the case.  We will be
12    in recess for -- we will have you come back at 1:30.  That is
13    about an hour and 15 minutes.
14          Have a nice lunch.  We will see you back at 1:30.
15    Thank you.
16       (Thereupon, the jury leaves the courtroom.)
17          THE COURT:  Okay, we will be back at 1:30.
18          MR. DISPOTO:  Does the Court have any sense as to a
19    preference regarding -- I know it is a little early to tell,
20    but we are trying to get a chance of the likelihood of us
21    closing this afternoon.
22          THE COURT:  Are you resting after --
23          MR. DISPOTO:  Yes.
24          THE COURT:  Okay.  How long does Defense think its
25    case will be if you've decided at this point?
```

Pauline A. Stipes, Official Federal Reporter

```
 1          MS. MILITELLO:  I think we will take the lunch hour to

 2   discuss with Ms. Kaye whether she testifies or not.  If she

 3   doesn't testify, Defense case will be 20 minutes, maybe.  If

 4   she does testify, an hour, hour and a half.

 5          THE COURT:  All right.

 6          MR. DISPOTO:  It sounds to me like if she doesn't

 7   testify we will probably close today.

 8          THE COURT:  We have to have our charge conference on

 9   the jury instructions as well, so it is hard to tell.

10          MR. DISPOTO:  If she doesn't testify, is there a

11   chance that we will hold off on closings until tomorrow?

12          THE COURT:  Yes.

13          MR. DISPOTO:  We would prefer that.

14          MR. BERRY:  We would, too, Judge.

15          THE COURT:  I think it sounds reasonable.

16          MR. BERRY:  It would be nice to know exactly what the

17   jury instructions are going to be.

18          THE COURT:  I agree.

19          MR. DISPOTO:  Thank you, Judge.

20          THE COURT:  All right.

21      (Thereupon, a luncheon recess was taken.)

22          THE COURT:  Did you want to discuss whether Ms. Kaye

23   wanted to testify?  Should we take that up now, or do you have

24   other evidence after the Government rests?

25          MS. MILITELLO:  I know the Government is going to do a
```

```
 1    couple of things.  My cross will be very brief, we have the
 2    Rule 29 motion.  It is up to the Court how you want to address
 3    that, but Ms. Kaye is going to testify.
 4            THE COURT:  She is going to testify?
 5            MS. MILITELLO:  Yes.
 6            THE COURT:  Can we agree now that you are preserving
 7    your motion, you can even say it, not make the argument, but
 8    that we reserve the argument until after we finish with the
 9    evidence, as opposed to stopping and having the argument.  That
10    is often times what we do.
11            MS. MILITELLO:  That is fine.  Defense would make a
12    Rule 29 motion, and if the Court procedurally agrees that we
13    are doing so timely, we can hear argument on that later.
14            THE COURT:  Is that acceptable to the Government?
15            MR. DISPOTO:  Yes, Judge.  One other thing, in an
16    effort to expedite the Defense presentation of evidence,
17    Defense was kind enough to provide me with a thumb drive of the
18    Defense exhibits.  There appear to be about a dozen.
19            If given a few moments, if I could review them, many
20    of them I may not have an objection to, and it will make the
21    presentation a lot smoother, but I will need a couple minutes
22    to go through them.  I don't know when the best time is to do
23    that.  As I understand it, these are exhibits that will come in
24    through the Defendant.
25            THE COURT:  We are bringing our jury in.  Are they
```

1    lined up?

2            THE COURTROOM DEPUTY:  They are not lined up yet.

3            THE COURT:  Do you need a couple minutes right now?

4            MR. DISPOTO:  Sure.  Yes, I'll start.

5            THE COURT:  Does Defense have an exhibit list?

6            MR. BERRY:  Judge, it is on the drive that I provided

7    to the Court.  It is the last entry on the drive.

8            THE COURT:  You should also file the exhibit list.

9    You should file the proposed exhibit list.  Can you email it?

10           MS. MILITELLO:  He is emailing a copy now.

11           MR. BERRY:  Yes.

12           THE COURT:  Apparently the Government files it the day

13   before trial.  We do not -- the order doesn't necessarily speak

14   to the Defense having to file it, so in that regard, you don't

15   have to file it, if you could just email it so we can print it

16   out.

17           MS. MILITELLO:  We will file a copy at the conclusion

18   of the trial.

19           (Pause.)

20           THE COURT:  Okay, I have the exhibit list.  How do we

21   look with the exhibits?

22           MR. DISPOTO:  We are done, Judge.

23           THE COURT:  Do you want to put on the record which

24   ones can be admitted without objection?

25           MR. DISPOTO:  We are prepared to not object, pursuant

Pauline A. Stipes, Official Federal Reporter

```
 1   to the Court's pretrial ruling, Exhibits A through O.  There
 2   are two additional exhibits that Defense may attempt to
 3   authenticate further, but at this point we are not agreeing to
 4   those.
 5           THE COURT:  So, A through O are admitted without
 6   objection?
 7           MR. DISPOTO:  Correct.
 8           THE COURT:  We can bring the jury in.
 9           MS. MILITELLO:  Your Honor, before you bring the jury
10   in, since we are going to skip ahead to the Defense case after
11   they are done, although I guess I can address this after Ms.
12   Kaye testifies, but I want to be clear for the record,
13   respecting the Court's pretrial rulings, but for the pretrial
14   rulings we would call the expert that your Honor excluded.  We
15   still maintain that that is necessary, particularly in light of
16   the agent testifying how and why he viewed the video as a
17   threat.
18           We would like our expert to advise the jury of things
19   they should look at to determine whether or not it is
20   reasonable to consider that as a threat.  We maintain that
21   evidence is relevant and that we would seek to admit it, and we
22   would also continue to seek to admit the other videos that were
23   supplied to the Court pretrial that the Court has excluded.
24           THE COURT:  Okay.
25           MR. DISPOTO:  Judge, there are also two exhibits that
```

1   I would like to move into evidence before the cross starts of

2   Agent Allen.  They are just the stipulations.  I read them in

3   the record, but didn't actually move them in.

4        THE COURT:  You have Exhibit 8, which is a stipulation

5   of the parties.  I have that admitted because you read it.  Do

6   they both come under 8, were they both 8?

7        MR. DISPOTO:  No, 8 and 10.

8        THE COURT:  10 is the application for the search

9   warrant.

10        MR. DISPOTO:  Then that would be 11.

11        THE COURT:  What are you calling that, another

12   stipulation?

13        MR. DISPOTO:  Yes.

14        THE COURT:  How are you distinguishing the two?

15        MR. DISPOTO:  The first one is entitled amended trial

16   stipulate regarding interstate commerce, and 11 is trial

17   stipulation regarding video posts.

18        MS. MILITELLO:  The search warrant was just marked for

19   identification, right?

20        THE COURT:  Yes, 9 and 10 were ID only.

21        MS. MILITELLO:  Okay.

22        THE COURT:  Okay, we can bring our jury in.

23     (Thereupon, the jury returns to the courtroom.)

24        THE COURT:  Okay, welcome back, everybody, you may be

25   seated.

Pauline A. Stipes, Official Federal Reporter

```
 1            Our witness can resume the stand, you remain under

 2   oath.  We had completed direct examination, so now we are going

 3   into cross-examination.

 4            MR. DISPOTO:  At this point, Judge, the Government

 5   moves into evidence Exhibits 8 and 11, the two trial

 6   stipulations.

 7            THE COURT:  Those are admitted without objection.

 8       (Whereupon Government Exhibits 8, 11 were marked for

 9   evidence.)

10            THE COURT:  Cross-examination.

11                         CROSS-EXAMINATION

12   BY MS. MILITELLO:

13   Q.  Good afternoon.

14   A.  Good afternoon.

15   Q.  Special Agent, you testified that you observed, or your

16   agency, Mrs. Kaye to see what her pattern of life was?

17   A.  That's correct.

18   Q.  And you decided that you weren't going to arrest her in her

19   home so you were watching her in part to see what it is she

20   does during the day when she leaves, that kind of thing?

21   A.  That is correct.

22   Q.  For a lot of people you look to see when they drive their

23   vehicles?

24   A.  In this situation, yes.

25   Q.  Mrs. Kaye was never seen driving a vehicle, right?
```

Pauline A. Stipes, Official Federal Reporter

1   A.  That is correct.

2   Q.  Instead, she was observed leaving her apartment in the

3   early to late morning to walk her dog?

4   A.  In this situation, yes.

5   Q.  And she was, in fact, arrested while walking her dog?

6   A.  That is correct.

7   Q.  There was no incident, right?

8   A.  Correct.

9   Q.  No shots fired, no one hurt?

10  A.  That's correct.

11  Q.  She was cooperative, you said?

12  A.  She was.

13  Q.  Her son was cooperative, right?

14  A.  In the short interaction we had with him, yes.

15  Q.  He wasn't yelling at agents or anything like that?

16  A.  No.

17  Q.  He didn't bring out a firearm?

18  A.  No.

19  Q.  He just came down and got the dog?

20  A.  That is correct.

21  Q.  And that was it?

22  A.  That was it.

23          MS. MILITELLO:  No other questions.

24          MR. DISPOTO:  No redirect.

25          THE COURT:  All right.  Thank you very much, you may

Pauline A. Stipes, Official Federal Reporter

```
 1   step down.
 2           Anything further from the Government?
 3           MR. DISPOTO:  Your Honor, at this time the Government
 4   rests.
 5           THE COURT:  The Government rests.  That means that the
 6   Government has put on all of its evidence, ladies and
 7   gentlemen, and now I will turn to the Defense to see if you
 8   have any evidence you would like to present from the Defense.
 9           MR. BERRY:  Your Honor, first, we would start by
10   moving into evidence Defense Exhibits A through O.
11           THE COURT:  Okay.  That is no objection, correct?
12           MR. DISPOTO:  No objection.
13           THE COURT:  They are admitted without objection.
14       (Whereupon Defense Exhibits A - O were marked for
15   evidence.)
16           MR. BERRY:  If we could publish -- you know what,
17   let's call Ms. Kaye.  We will start with Suzanne Kaye, Judge.
18           THE COURT:  Ms. Kaye can come to the stand.  We will
19   swear her in.
20                 SUZANNE KAYE, DEFENDANT, SWORN
21           THE COURTROOM DEPUTY:  Speak into the microphone, and
22   if you could state your full name for the record and spell your
23   last name for the record.
24           THE WITNESS:  Suzanne Ellen Kaye, K-A-Y-E.
25                      DIRECT EXAMINATION
```

1    *BY MR. BERRY*:

2    *Q.*  Good afternoon, Mrs. Kaye.

3    *A.*  Hi, Scott.

4    *Q.*  Are you nervous?

5    *A.*  Intently.

6          *THE COURT:*  Make sure you move forward, if you could,

7    or move the microphone back so we can hear you clearly.  Thanks

8    so much.

9    *BY MR. BERRY*:

10   *Q.*  Mrs. Kaye, were you present in Washington, D.C. on

11   January 6, 2021?

12   *A.*  No, I was not.

13   *Q.*  Where were you?

14   *A.*  In my living room.

15   *Q.*  Your living room is where?

16   *A.*  Boca Raton.

17   *Q.*  Where do you live currently?

18   *A.*  I live in Century Village in Boca Raton.

19   *Q.*  How long have you lived there, approximately?

20   *A.*  It will be two years in November.

21   *Q.*  You moved there right after the 2020 election?

22   *A.*  Yes, I did, November 15, 2020.

23   *Q.*  Century Village, can you describe what it is like?

24   *A.*  Century Village is a retirement home -- a retirement

25   community for people 55 and older, an adult living community.

```
 1    Q.  They have a community center?
 2    A.  A clubhouse, community center, we have a shul, I am sorry,
 3    a temple on premises.
 4    Q.  Are you Jewish?
 5    A.  Yes.
 6    Q.  That is why you called it a shul?
 7    A.  Yes.
 8    Q.  Are you married?
 9    A.  Yes, I am.
10    Q.  What is your husband's name?
11    A.  My husband's name is Michael Weinsoff (phon).
12    Q.  Does Michael live with you?
13    A.  No.  Sadly, he does not.
14    Q.  Why is that?
15    A.  My husband suffered a triple aortic aneurysm in 2015, and
16    he has been a paraplegic ever since.
17    Q.  Do you get to see him?
18    A.  When my son takes me.
19    Q.  How often do you think you see your husband?
20    A.  Pre COVID, during COVID?
21    Q.  Let's start with pre COVID.
22    A.  When I was living here previous, I was seeing him three
23    times a week.
24    Q.  Post COVID?
25    A.  Not, now once a week if I am lucky.
```

1   Q.   Do you have any children?

2   A.   Yes, I do.

3   Q.   What are their names?

4   A.   My son's name is Samuel and my daughter's name is Bretraya

5   (phon).

6   Q.   How old is Samuel?

7   A.   He is 24, he'll be 25 in November.

8   Q.   Where does he live?

9   A.   Samuel lives with me.

10  Q.   Your daughter, you said it's Bret --

11  A.   Bretraya.

12  Q.   Bretraya, how old is she?

13  A.   Bret is 22.

14  Q.   Where does she live?

15  A.   She lives in Lake Worth.

16  Q.   Samuel, you said he lives with you.  Does he work?

17  A.   Yes, he does.

18  Q.   What does he do?

19  A.   He is an assistant manager at Wawa.

20  Q.   Does anybody else currently live in your home?

21  A.   Yes, my soon to be daughter-in-law and my new

22  granddaughter.

23  Q.   What is your daughter-in-law's name?

24  A.   Her name is Kenya McCloud.

25  Q.   How old is she?

1    *A.*  Kenya is 21.

2    *Q.*  Does she work?

3    *A.*  Yes -- well she is on maternity leave, but she is going

4    back to work.  She is an insurance salesman.

5    *Q.*  You mentioned that in addition to Kenya and Samuel, there

6    is someone else living in your home?

7    *A.*  Yes, my new granddaughter, she was born on the 12th.

8    *Q.*  Very new.  What is her name?

9    *A.*  Her name is Yuri Sky Antonia.

10   *Q.*  How is it that Kenya came to live with you?

11   *A.*  As soon as she told me she was pregnant, I begged her to

12   come live with us.

13   *Q.*  Do you have any pets?

14   *A.*  Yes.

15   *Q.*  What do you have?

16   *A.*  I have a dog, a service dog.

17   *Q.*  What is his name?

18   *A.*  His name is Saskay.

19   *Q.*  What kind of a dog is he?

20   *A.*  He's a Pit Lab mix.

21   *Q.*  What does he like to do?

22   *A.*  Eat.

23   *Q.*  How old are you?

24   *A.*  I am presently 60 years old.

25   *Q.*  How old were you when the events that we have been talking

1    about happened?

2    A.  I was 58.

3    Q.  Where were you born?

4    A.  I was born in Brooklyn, New York.  Can't you tell?

5    Q.  I can.  How long did you live in Brooklyn for the first

6    time?

7    A.  I lived in New York until I was 15.

8    Q.  And then, did you move?

9    A.  Yes, I did.

10   Q.  Where did you go?

11   A.  I went to live with my father in California.

12   Q.  Now, you have lived in several different places in your

13   life, so briefly tell us where you have lived.

14   A.  I have lived in New York, I have lived in Los Angeles, and

15   I lived in Florida.

16   Q.  And have you lived in those places multiple times?

17   A.  Yes.  I go back and forth depending on life circumstances.

18   Q.  Did you graduate from high school?

19   A.  Yes, I did.

20   Q.  And was that out in California?

21   A.  Yes, I graduated in California.

22   Q.  After you graduated from high school, did you attend any

23   college or vocational school or anything like that?

24   A.  I went to vocational college.

25   Q.  For what?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   Licensed vocational nurse.

 2    Q.   Did you become a licensed vocational nurse?

 3    A.   I graduated in 1979.

 4    Q.   What does a licensed vocational nurse do?

 5    A.   In those days, we assisted the nurses in their duties, we

 6    did the clean up, the vital signs, we gave injections,

 7    non-prescribed medications, we did the blood draws, the lab

 8    work, the X-rays, things like that.

 9    Q.   Did you actually work as a licensed vocational nurse?

10    A.   Yes, I did.

11    Q.   How long did you do that for?

12    A.   About five years.

13    Q.   And so you graduated in 1979?

14    A.   Yes.

15    Q.   Have you had other jobs during your career path since 1979?

16    A.   Yes.

17    Q.   What other kinds of things have you done?

18    A.   I have done retail sales, I have been an entertainer, I

19    have been a tour escort for my husband, that's how I met my

20    husband, he had a travel agency, a medical biller, jack of all

21    trades, master of none.

22    Q.   What was the last part?

23    A.   Jack of all trades, master of none.

24    Q.   You mentioned that you have been an entertainer?

25    A.   Yes.
```

```
 1   Q.  That phrase has different meanings, so what were you doing?
 2   A.  I was a singer.
 3   Q.  Did you do any acting or modeling?
 4   A.  I did that to try to promote my singing career.
 5   Q.  When was it that you were trying to pursue that?
 6   A.  1985, 1986.
 7   Q.  How did it go?
 8   A.  Not.
 9   Q.  Are you working currently?
10   A.  No, I am not working, I am retired.
11   Q.  How long have you been retired for?
12   A.  A long time now.
13   Q.  Since -- are we talking 2005, 2010?
14   A.  2005 -- 2007, actually.
15   Q.  I want to shift gears a little bit.  I want to talk to you
16   a little bit about your political views.  Okay?
17        So, first, we have seen some videos where you seem to be
18   pretty outspoken.  Have you always been outspoken about your
19   views and politics, things like that?
20   A.  No.
21   Q.  When did you start to become really interested in politics?
22   A.  In the 2016 election.
23   Q.  And so, just to -- I am sure they don't need a reminder,
24   but just to remind the jury, that would be the presidential
25   election where it was Hillary Clinton and Donald Trump?
```

1    *A.*  Uh-hum, yes.

2    *Q.*  At that time, 2016, were you registered to vote?

3    *A.*  Yes, I was.

4    *Q.*  How were you registered, as a Democrat, Republican,

5    Independent?

6    *A.*  A Democrat.

7    *Q.*  How long had you been registered as a Democrat?

8    *A.*  Since I was registered to vote, since I was 18.

9    *Q.*  Who did you vote for in 2016?

10        *MR. DISPOTO:*  Objection, relevance.

11        *MR. BERRY:*  Judge, I can respond if the Court needs me

12   to.

13        *THE COURT:*  You can respond.

14        *MR. BERRY:*  Judge, I think Ms. Kaye's politics and how

15   that politics has morphed is particularly relevant to this

16   case.  It will explain her social media presence, it will

17   explain ultimately how we get to the videos in this case.

18        *THE COURT:*  I will overrule the objection.

19   *BY MR. BERRY*:

20   *Q.*  So, who did you vote for in 2016?

21   *A.*  I voted for Hillary, I campaigned door to door for Hillary.

22   *Q.*  Why?

23   *A.*  Because I believed in her.  I would do anything not to have

24   Donald Trump elected as president.

25   *Q.*  You didn't like Donald Trump?

1    *A.*   No.

2    *Q.*   Why not?

3    *A.*   He was a racist and a misogynist and a thief.  He was just

4    a pig in my eyes.

5    *Q.*   How did you feel when Hillary Clinton lost the 2016

6    election?

7    *A.*   Then I thought that there was Russia collusion and the

8    election was stolen.

9    *Q.*   Between 2016 and the next election, 2020, did your views

10   change?

11   *A.*   Yes, they did.

12   *Q.*   And tell us when that began to happen.  When did that

13   start?

14   *A.*   In 2017.

15   *Q.*   What happened in 2017, that caused you to start to change

16   your views?

17   *A.*   I moved to California to take care of my mother during her

18   cancer surgery and subsequent treatment and I met people

19   socially.

20   *Q.*   How long were you in California for?

21   *A.*   From 2017 to 2019.

22   *Q.*   So you made new friends out in California?

23   *A.*   Uh-hum.

24   *Q.*   How does that go?  They just give you a different viewpoint

25   and you just accept it?  How did that happen?

Pauline A. Stipes, Official Federal Reporter

1   A.   No.   When I met these people, their viewpoint was wild to

2   me, I couldn't understand how anybody could think that way, and

3   I am the type of person that likes to give back to you what you

4   said to me in your face.

5   Q.   What did you do when -- first of all, let's start with the

6   general viewpoint.   Just from context, it sounds like the

7   viewpoint is kind of a pro Trump MAGA movement kind of

8   viewpoint?

9   A.   Yes.

10   Q.   When you start hearing these viewpoints, how do you

11   respond?   What happened?

12   A.   I said you are crazy, let me research that and I will get

13   back to you.

14   Q.   What happens when you did your research?

15   A.   I started to see that some of the things that they were

16   talking about had validity.

17   Q.   Okay.   So you started to believe them?

18   A.   Yes.

19   Q.   And so, in 2020, were you still registered to vote?

20   A.   Yes, I registered to vote.

21   Q.   How did you register?

22   A.   Republican.

23   Q.   And you voted for Donald Trump?

24   A.   Yes, I did.

25   Q.   How would you describe your political views?

1    A.  Today?

2    Q.  Well, today, and really for the last couple of years.

3    A.  I am MAGA.

4    Q.  And what does -- so that word, or that acronym has

5    different meaning to different people, right, so I want to know

6    a little bit more about that.

7        When you say I am MAGA, what do you believe in?  What are

8    your beliefs about politics and Government?

9    A.  MAGA, to me, means putting America first, America's people,

10   America's citizens, America's interests above all others and

11   all else first.

12   Q.  How do you feel about the role of Government in that

13   process?  How do you feel about what the Government has done in

14   that endeavor?

15   A.  You mean how they failed in that respect?  I think

16   Government should have a very limited role in your life, in the

17   pursuit of your life, liberty, and happiness.

18   Q.  Is it fair to say that you don't feel like Government is

19   doing a good job?

20   A.  No.  Nobody is doing a good job.  They all stink.

21   Q.  Okay.  Do you continue today to have these views?

22   A.  Yes, I do.

23   Q.  In the videos that we saw, you talk about two

24   Constitutional amendments, the First Amendment and the Second

25   Amendment.  Do you remember those comments?

1    *A.*  Yes, I do.

2    *Q.*  Understanding your opinion about what the law is on the

3    First Amendment is not a conclusion, I want to know what are

4    your thoughts.  What do you believe the First Amendment stands

5    for?

6    *A.*  I am a Constitutional purist.  I believe in the First

7    Amendment as it states, I have the freedom of speech to spark

8    thought, collective debate, different opinions, and curiosity.

9    *Q.*  The same question I would ask you about the Second

10   Amendment, what do you believe, not a legal conclusion, but

11   just your personal beliefs about the Second Amendment?  What do

12   you feel the Second Amendment stands for?

13   *A.*  I believe people have the right to defend themselves and

14   their property and their families.

15   *Q.*  Do you think that everybody should have a gun?

16   *A.*  No.

17   *Q.*  Do you think that there should -- you should be able to get

18   a gun without restriction?

19   *A.*  No.  You should have to jump through hoops to get a gun.

20   *Q.*  Do you own a gun?

21   *A.*  No.

22   *Q.*  Have you ever owned a gun?

23   *A.*  No.

24   *Q.*  Have you ever touched a gun?

25   *A.*  Yes.

1   Q.   When?

2   A.   1992.

3   Q.   What was the circumstance, what happened?

4   A.   My cousin got hired by the Corrections Department and he

5   was going to practice to qualify.

6   Q.   And so what, he was going to practice at a gun range?

7   A.   Like, hey, Suzanne, want to go to the gun range?

8   Q.   And you wanted to go?

9   A.   Sure, I will go.

10   Q.   Why don't you own a gun?

11   A.   Several different reasons, but the main reason is, I have a

12   marijuana license, a medical marijuana license.

13   Q.   Does that prohibit you from --

14   A.   You cannot have a gun and a marijuana license at the same

15   time.

16   Q.   You'd rather smoke weed than have a firearm?

17   A.   I'd rather smoke than shoot.

18   Q.   All right.  I am going to switch gears again, and I want to

19   talk about social media, and we will talk today about the

20   social media that is relevant in this case, Facebook, TikTok,

21   and Instagram.  Okay?

22        Are you on social media?

23   A.   Yes.

24   Q.   And do you know, which -- of those three, which did you

25   first get involved with?

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | A.   Facebook. |
| 2 | Q.   Do you know roughly when it was that you would have started |
| 3 | on Facebook? |
| 4 | A.   Probably sometime in 2015, maybe. |
| 5 | Q.   And what about -- so Instagram comes next or TikTok comes |
| 6 | next?  Do you remember? |
| 7 | A.   Instagram came next, TikTok came last. |
| 8 | Q.   Why did you -- if it is different for the different |
| 9 | platforms, let us know, but why did you get involved in social |
| 10 | media initially?  At the beginning, why were you interested in |
| 11 | social media? |
| 12 | A.   Reach out and find old friends. |
| 13 | THE COURT:  Ms. Kaye, can I ask you to move forward |
| 14 | and talk into the microphone. |
| 15 | THE WITNESS:  I'm sorry.  I used Facebook to connect |
| 16 | with friends, find old friends. |
| 17 | BY MR. BERRY: |
| 18 | Q.   Are you able to move that chair up? |
| 19 | A.   These chairs are so heavy.  I am sorry. |
| 20 | Q.   No, you are doing fine. |
| 21 | So, you got on Facebook to connect with people? |
| 22 | A.   Yes. |
| 23 | Q.   What about Instagram and TikTok, was it the same idea? |
| 24 | A.   Instagram was the same idea.  TikTok was a totally |
| 25 | different idea. |

1  Q.  Why did you get involved in TikTok?

2  A.  I wanted to try my hand at a social media presence.

3  Q.  Some of us may not know what you mean by that.  What does

4  that mean, try your hand at a social media presence?  What were

5  you trying to do?

6  A.  Trying to get famous on TikTok.

7  Q.  Getting famous on TikTok, I don't really want a play by

8  play, but how do you get famous on TikTok?  What is your

9  strategy in general?

10  A.  You see what is trending, what people are watching, and you

11  create content, you and make videos and you direct it to people

12  that you are trying to reach to get followers.

13  Q.  You keep trying to accumulate more and more people?

14  A.  Keep trying to accumulate more people.

15  Q.  We are going to focus on TikTok a little bit here.  On

16  TikTok, when you first sign up, do you have to create some sort

17  of a user name or a profile?

18  A.  Yes.

19  Q.  What was your user name on TikTok?

20  A.  Angry Patriot Hippie.

21  Q.  That is the same name we saw on some of the records from

22  Instagram as well?

23  A.  Yes, that was on my bio.

24  Q.  So, let's talk about that.  How did you come up with that

25  name?

1   A.  Well, the angry part was I am angry, but I used to follow a
2   guy on You Tube called the Angry Viking, and he encouraged all
3   of us to change our names to angry, that we were angry with
4   what was happening, so I changed my name to angry.
5   Q.  You mentioned at the beginning of that, you said you are
6   angry.  What are you angry about?
7   A.  I am angry at what is going on today.  I mean, look at the
8   world today.  I don't want to sing an Aerosmith song, but
9   honestly, I don't know.
10  Q.  So, you told us about the first part, the angry part.  What
11  about the patriot and hippie?  Tell us about patriot.
12  A.  I am an American, first and foremost, an American, I
13  believe in my country.  I believe that you can only do here
14  what you do here, so I am an American.
15      You are going to ask about hippie.  Hippie is my
16  philosophy, I am 4/20, live and let live, not war, peace,
17  fellow man.
18  Q.  We heard about 4/20 earlier, the agent didn't know exactly
19  what that meant.  I am guessing you might.  Whats does 4/20
20  mean, and where does it come from?
21  A.  4/20 is our acronym for cannabis friendly.  4/20 was April
22  20th, the day Colorado legalized marijuana.
23  Q.  So you are on TikTok, Instagram, and Facebook, and trying
24  to connect with people and gain followers?
25  A.  Uh-hum.

Pauline A. Stipes, Official Federal Reporter

1    *Q.*  So, I want to take you to 2020, an election year.  All

2    right.  Donald Trump is running and you are supporting him?

3    *A.*  Yes.

4    *Q.*  Besides being on social media, what, if anything, did you

5    do to try to become involved politically?

6    *A.*  I decided to get involved and apply to be a poll worker.

7    *Q.*  And so, when you say you applied to be a poll worker, what

8    was it that you were expecting to be doing as a poll worker?

9    *A.*  That I would be checking people in to vote, checking ID,

10   and shooing them along the process.

11   *Q.*  Did you have to undergone training to do that?

12   *A.*  Yes.  You had to go through a day full of training and you

13   were given a training manual.

14   *Q.*  Did you do that?

15   *A.*  Yes, I did.

16   *Q.*  Did you post about it?

17   *A.*  Yes, I did.  That was my idea -- I saw somebody else do it,

18   and I thought, wow, that is a really great idea, I will post my

19   journey of becoming a poll worker, the application process,

20   going through the process, actually doing it.

21   *Q.*  And so, when you said that was your idea, you got it from

22   someone else, but you were building on it, what is the goal in

23   posting about your training to be a poll worker?  What were you

24   trying to do?

25   *A.*  Get followers.

Pauline A. Stipes, Official Federal Reporter

1   Q.  This was one of those trends?

2   A.  Yes, the election was a big trend.

3   Q.  If we can have just the witness' screen on, I want to show

4   her what has been previously marked as Defense Exhibit P.

5       Please make sure the sound is off.

6       Actually, before we do that, Ms. Kaye, before we started

7   trial and as we were getting ready for trial in the last week,

8   did you and I go over the exhibits we would talk about in

9   court?

10  A.  Yes, we did.

11  Q.  So, we are going to show you a video, we are not going to

12  play the sound for you.  Do you think you will be able to

13  recognize that video if it is something you had seen before?

14  A.  Yes.

15          MR. BERRY:  If you could play it without the sound,

16  please.

17      *(Thereupon, the video played for the witness only.)*

18          MR. BERRY:  Okay, pause.

19  *BY MR. BERRY*:

20  Q.  Did you see enough to know whether you are familiar with

21  that video?

22  A.  Yes.

23  Q.  What is that video?

24  A.  That is my first video upon going to training to be a poll

25  worker.

Pauline A. Stipes, Official Federal Reporter

1    *Q.*  Is this something you posted to your social media at some
2    point?
3    *A.*  Yes, I did, I posted it to my Facebook.
4    *Q.*  Do you know roughly when it was that you did that?
5    *A.*  October, last few days of October.  I did it really close
6    to the election.  I put everything to the last second.
7            *MR. BERRY:*  Judge, I would move Defense Exhibit P into
8    evidence.
9            *MR. DISPOTO:*  No objection.
10           *THE COURT:*  Admitted without objection.
11       (Whereupon Defense Exhibit P was marked for evidence.)
12           *MR. BERRY:*  If we can publish for the jurors and
13   publish now with the sound.
14       *(Thereupon, Defense Exhibit P was played.)*
15   *BY MR. BERRY:*
16   *Q.*  Ms. Kaye, I want to show you another exhibit.  This is just
17   for the witness, please.
18       I am going to show you Exhibit Q without the sound, please.
19       *(Thereupon, the video was played for the witness only.)*
20       Pause.
21       Do you recognize Exhibit Q?
22   *A.*  Yes, I do.
23   *Q.*  What is that?
24   *A.*  That is me after my swearing in.
25   *Q.*  You have to be sworn in to be a poll worker?

Pauline A. Stipes, Official Federal Reporter

1    *A.*   Yes.  You have to swear to uphold the Constitution.

2    *Q.*   You did a video about that?

3    *A.*   Yes, I did.

4    *Q.*   You posted it on Facebook?

5    *A.*   Yes.

6    *Q.*   That is yes?

7    *A.*   Yes.

8         *MR. BERRY:*  Judge, I would move to admit Defense

9    Exhibit Q.

10        *THE COURT:*  Any objection?

11        *MR. DISPOTO:*  No objection.

12        *THE COURT:*  Admitted without objection and you may

13   publish.

14      (Whereupon Defense Exhibit Q was marked for evidence.)

15      *(Thereupon, Defense Exhibit Q was played.)*

16   *BY MR. BERRY*:

17   *Q.*   Mrs. Kaye, you mentioned that you posted these on Facebook.

18   Did you post them on Instagram and TikTok as well?

19   *A.*   I posted them to all three places.

20   *Q.*   Okay.  And you said earlier you were doing this to try to

21   gain followers?

22   *A.*   Yes.

23   *Q.*   Did it work?

24   *A.*   Yes.

25   *Q.*   We are going to talk more about that.

Pauline A. Stipes, Official Federal Reporter

1          How did it make you feel, though?

2     A.   It is a high, it is exciting.

3     Q.   So, did you only post on your social media about politics?

4     A.   No.

5     Q.   What is Muckbang?

6     A.   Muckbang is a Korean spice eating trend on the internet.

7     Q.   Explain that.  What is the trend; what do you do?

8     A.   You eat enormous amount of food or you do spicy food

9     challenges.

10    Q.   And you videotape yourself doing it?

11    A.   Yes.

12    Q.   People like to see this?

13    A.   Yes.  You'd be surprised what kind of audiences there are

14    out there.

15         MR. BERRY:  Can we show the jury -- publish Exhibit B,

16    Defense Exhibit B.

17         THE COURT:  B has been admitted without objection?

18         MR. BERRY:  This has been admitted already.

19         THE COURT:  Yes, we can publish B.

20    (Thereupon, Defense Exhibit B was played.)

21    BY MR. BERRY:

22    Q.   People watch that?

23    A.   I eat that for breakfast.

24    Q.   How much of it did you eat for this video?

25    A.   Three packs of Daebak ghost pepper noodles.

1    Q.   Is this a Muckbang video?

2    A.   This is a Muckbang video.

3    Q.   It's somewhat obvious, but who is the target audiences?

4    A.   Muckbangers, people who watch Muckbangers.

5    Q.   Where did you post this?

6    A.   Everywhere.

7    Q.   It would have been on TikTok, you believe?

8    A.   Yes.

9    Q.   Instagram?

10   A.   Yes.

11   Q.   And Facebook, too, perhaps?

12   A.   Yes.

13   Q.   The goal in posing this one is the same as the other?

14   A.   I put a lot out there.  I want this crowd, that crowd.  You

15   throw a lot of stuff against the wall and see what clicks.

16   Q.   Do you cook?

17   A.   Yes, I do.

18   Q.   What kinds of food do you cook?

19   A.   Korean food.

20        *MR. BERRY:*  Can we show the jury Exhibit C, please.

21   This is already in evidence.

22        *(Thereupon, Defense Exhibit C was played.)*

23   *BY MR. BERRY*:

24   Q.   What is that that we just showed them?

25   A.   That is, I made Samyang fire noodles with fried eggs and

Pauline A. Stipes, Official Federal Reporter

1   kimchi.

2   Q.   Then you do this five-second video?

3   A.   Yes, I did.

4   Q.   You put that on your social media, too?

5   A.   Yes, I did.

6   Q.   You talked before about smoking marijuana?

7   A.   Yes.

8   Q.   It's a thing you like to do?

9   A.   Yes.

10   Q.   Okay?

11        MR. BERRY:   Can we show Exhibit E, please, also

12   already in evidence.

13        (Thereupon, Defense Exhibit E was played.)

14   BY MR. BERRY:

15   Q.   So, what is that a video of that we just saw?   This is

16   Defense Exhibit E.

17   A.   That is wake and bake coffee talk.

18   Q.   What is wake and bake coffee talk?

19   A.   A series I was trying to start for my 4/20 brethren.

20   Q.   This was another idea to try to gain followers?

21   A.   Yes.

22   Q.   People who had something in common with you?

23   A.   Yes, it is a TikTok.

24   Q.   I noticed on that particular video a couple of things.

25        MR. BERRY:   Can we go back and pause the video so we

Pauline A. Stipes, Official Federal Reporter

```
 1    can see the TikTok logo?  Maybe a little bit further.  I think
 2    it moves.  There it is, thank you.
 3    BY MR. BERRY:
 4    Q.  Do you see up in the left-hand corner of this video there
 5    is a logo, it says TikTok@suzanne.kaye1?
 6    A.  Yes.
 7    Q.  How does that get on the video?
 8    A.  TikTok puts that there.  That is their logo, that
 9    automatically shows up.
10    Q.  Another thing about this video I want to ask you about,
11    there is music?
12    A.  I specifically chose the music for that.  Music is the
13    hook.  You have to choose the right music for the video.
14    Q.  What was the song that we were listening to?
15    A.  I Get High With a Little Help From My Friends.
16    Q.  What about the cup?
17    A.  My mug?
18    Q.  Yes.  What is that?
19    A.  It is my mug, it's an actual coffee mug.  It is a pipe, you
20    put the weed in the front and you smoke it through the handle.
21    Q.  When you made this video, was it a conscious choice to use
22    that mug or just by accident?
23    A.  Conscious choice to use my mug.
24    Q.  Why?
25    A.  It is a prop, it is staged, it is part of the script.
```

```
 1   Q.  You told us before that you are now 60 years old?
 2   A.  Yes.
 3   Q.  At the time you were 55?
 4   A.  58.
 5   Q.  I am sorry, 58.  Is there a social media group on TikTok
 6   for people over 55?
 7   A.  Yes.  There is a trend for us Boomers.
 8   Q.  What is it called?
 9   A.  Still Alive at 55.
10        MR. BERRY:  Can I show the jury Defense Exhibit F,
11   already in evidence.
12        (Thereupon, Defense Exhibit F was played.)
13   BY MR. BERRY:
14   Q.  All right.  Do you know where you posted that one?
15   A.  TikTok, it was a TikTok trend.
16   Q.  That one didn't have the logo on it, I don't think.
17   A.  The logo only appears when you share it.  This is taken
18   either directly off of my phone or directly off of TikTok.
19   Q.  Okay.  Do you remember -- we went through a series of
20   videos that you were posting on TikTok.  Do you remember
21   roughly when, what year, what month, what season it was when
22   you were posting these videos we are talking about?
23   A.  All of these videos were posted in 2021, except the ones
24   for the poll working, of course that was in 2020.  These were
25   all done between the 1st and the year and the time -- all done
```

1    in that first two-month period trying to get up on social

2    media.

3    Q.  Is it possible some were posted to other social media

4    earlier than that?

5    A.  Yes.

6    Q.  Okay.  In any case, sometime basically like election time

7    forward 2020, is when these were being posted?

8    A.  Yes.

9    Q.  Now, we saw a couple of posts already about your training

10   for the election.

11   A.  Uh-hum.

12   Q.  After the election was over, were there some additional

13   posts about the election?

14   A.  Yes.

15        MR. BERRY:  Let's show Defense Exhibit G, which is

16   already in evidence.

17     (Thereupon, Defense Exhibit G was played.)

18        Pause it.

19   BY MR. BERRY:

20   Q.  Up in the right-hand corner, it looks like this was around

21   December 9, 2020.  Does that sound about right?

22   A.  Yes.

23   Q.  It would have been a month or so after the election?

24   A.  Yes.

25   Q.  Who was the target audience here?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  Patriots, people challenging the election.
 2   Q.  At that time, did you have a belief that the election
 3   should be challenged?
 4   A.  Yes, I did.  I think inquiring minds want to know.
 5   Q.  So, this video is targeting people that have similar views?
 6   A.  Yes.
 7   Q.  I want to show you another exhibit.
 8           MR. BERRY:  Exhibit H, please, already in evidence.
 9           (Thereupon, Defense Exhibit H was played.)
10   BY MR. BERRY:
11   Q.  Did you actually receive that package?
12   A.  Yeah, I did.
13   Q.  And after you received it, is that --
14   A.  That gave me the idea for the video.
15   Q.  There is some music playing in the background.  What was
16   the music choice here?
17   A.  Bring the Lion Out.
18   Q.  What is that about?
19   A.  Lions are the defenders of the pride.
20   Q.  Was that a conscious choice?
21   A.  The music is the hook.  You have to play the music to
22   amplify the video.
23   Q.  So, you were posting these videos and you were trying to
24   gain followers, and I think you said it was working?
25   A.  Yes.
```

1    Q.   How well was it working?

2    A.   At the time of my arrest I had over 5,000 followers.

3    Q.   On TikTok?

4    A.   On TikTok.

5    Q.   Did you have a lot of followers on Instagram or Facebook?

6    A.   I had a couple thousand on Facebook.  On Facebook, it's

7    interesting, people apply to be your friend and you just take

8    friends.  I don't call them followers, I don't interact with

9    them.  I had 2,000 followers on Instagram, all of like-minded

10   people that follow each other.

11   Q.   Did you actually know all of the people that were following

12   you on TikTok or Instagram?

13   A.   No.

14   Q.   There's thousands of people?

15   A.   Yes.

16   Q.   Some liked minded, some maybe not, you don't know?

17   A.   I don't know.

18   Q.   One of the things that we all noticed and has come up quite

19   a bit is, you use the word fuck a lot?

20   A.   I am from Brooklyn.

21   Q.   I want to show you Exhibit I.  What is that?

22   A.   My favorite T-shirt.

23   Q.   I am sorry, say that again.

24   A.   My favorite T-shirt.

25   Q.   It says, Zero Percent Fuck Around?

Pauline A. Stipes, Official Federal Reporter

1    A.  Yes.

2    Q.  And then I want to show you Exhibit J.  What is that?

3    A.  That is my No Fuck Around Gang shirt.

4    Q.  What is that?

5    A.  We don't fuck around.

6    Q.  How do you get the T-shirt?

7    A.  You buy them at Spencer's if you are part of the gang.  You

8    buy the T-shirt if you are part of the No Fuck Around Gang.

9    Q.  Long and short, this is kind of how you generally talk?

10   A.  My mother assured me fuck was my second word.

11   Q.  All right.  I am going to turn your attention to

12   January 28, 2021.  That is the date that we heard the FBI

13   contacted you.

14   A.  Yes.

15   Q.  Do you remember receiving a phone call that day?

16   A.  Yes.

17   Q.  Tell us -- do you remember around what time of day it was

18   when you got the call?

19   A.  Before noon.

20   Q.  And when you got the call -- again, it has been more than a

21   year?

22   A.  Uh-hum.

23   Q.  I am assuming you don't remember every detail of every

24   little thing that happened at the time, things like that.  Is

25   that accurate?

1    A.  Yes.

2    Q.  In any case, you receive a phone call from the FBI, from

3    someone saying they are from the FBI that day?

4    A.  Yes.

5    Q.  And did you have a conversation with the person who called

6    you?

7    A.  I thought it was a joke, but, yeah, I had a conversation

8    with the guy that called.

9    Q.  During the call, and I understand things happened after,

10   but during the call, what was it that made you think it was a

11   joke?

12   A.  He identified himself as an FBI agent and then proceeded to

13   ask me where I live.

14   Q.  And you figured?

15   A.  It is the FBI, bro, you don't know where I live?

16   Q.  When you say you thought it was a joke, did you have some

17   idea, di you know who was playing the joke?

18   A.  Honestly, I figured it was somebody from social media.

19   Q.  The agent described the call and talked about how he wanted

20   to talk to you about January 6th?

21   A.  Yes.  He called me and one of the first questions he asked

22   me, after identifying himself, is he told me that they got a

23   tip that I was involved in January 6th, and he wanted to come

24   talk to me about it.

25   Q.  Your initial response?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  I said, do you have proof I was there?  And he said no.  I
 2   said, well, I wasn't.  I couldn't understand why he was calling
 3   me.  If you know I wasn't there and I told him I wasn't there,
 4   why do you want to talk to me?
 5   Q.  Did you agree to speak to him?
 6   A.  Yes, I did.
 7   Q.  Did you tell him, I am not talking to you without counsel?
 8   A.  No.
 9   Q.  I want a lawyer?
10       MR. BERRY:  Your Honor, at this point I am going to
11   object to the leading nature of the questions.
12       THE COURT:  Sustained.  You can phrase it in a
13   non-leading way.
14   BY MR. BERRY:
15   Q.  Do you -- during the conversation, the agent talked about a
16   point where you told him he could come to your home.  How did
17   that come about?
18   A.  Well, he asked me if he could interview me, and I asked him
19   if he would be able to come to my house because I don't drive.
20   Q.  And when was the last time that you drove?
21   A.  2015.
22   Q.  Why did you stop?
23   A.  I have epilepsy, and I had an accident behind the wheel and
24   I injured my passenger, and that was the last time I went
25   behind the wheel.
```

Pauline A. Stipes, Official Federal Reporter

1   Q.  The agent, did he agree to come to your house?

2   A.  Yes, he did.

3   Q.  And so, when you got off the phone with him, what were you

4   thinking at that point?

5   A.  I was getting a visit from the FBI.

6   Q.  Did the FBI show up that day?

7   A.  No.

8   Q.  There was some discussion about -- during Agent Smith's

9   testimony about he left a message or called you in the evening

10  that day.  Do you remember receiving that message, or receiving

11  that call?

12  A.  No.

13  Q.  When the -- in any case, when the FBI didn't show up that

14  day, what did you think?

15  A.  Well, when he didn't show up after he told me he wasn't

16  going to show up, and he didn't know where I lived, and didn't

17  know where I was January 6th, it kind of cemented to me that it

18  was a joke.

19  Q.  So, what happens next?

20  A.  Nothing much.  I take that joke as kind of an idea for a

21  video, and I start going over in my mind how I would relate

22  that experience into TikTok.

23  Q.  So you decided you were going to do a TikTok?

24  A.  Yes.

25  Q.  Do you have a target audience in mind?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  Yes.
 2   Q.  Who is the target audience?
 3   A.  People who didn't agree with the outcome of 2020 election.
 4   Q.  MAGA supporters?
 5   A.  MAGA supporters, ultra MAGA supporters.
 6   Q.  So, the Government introduced three videos that the jury
 7   has seen.  And you are familiar with those videos?
 8   A.  The different takes of my video, yes.
 9   Q.  Let me ask you this:  Did you make those videos?
10   A.  Yes, I did.
11   Q.  Did you post those videos?
12   A.  Yes, I did.
13   Q.  Before you made the videos, we know you had an idea, so,
14   tell us what happens -- the process, what happens between the
15   idea and the time you actually start to record the video.  What
16   happens?
17   A.  Well, you come up with the idea, you start by writing a
18   script, what do you want to say, how do you want to do it, and
19   you rewrite it until you figure it out.  Then you figure out
20   how you want to stage it, what props you want to use, how you
21   want it to look.
22       I can't stage the lighting because I can't do it in my
23   apartment.  The walls have a really bad color.  So I came up
24   with, after the props, where I was going to sit and how I was
25   going to film it on my phone.
```

1   *Q.*  We have seen a series of videos here.  Did you write

2   scripts for all of those videos?

3   *A.*  I wrote a script, and if I misread, I had to retake the

4   video again.

5   *Q.*  So, with regard to the videos that get posted, the subject

6   of this case, those videos, you wrote a script.

7      Where is the script now?

8   *A.*  I didn't keep the paper, the legal pad paper.

9   *Q.*  And so, when you -- so you write the script and then you go

10  to record the video?

11  *A.*  Yes.

12  *Q.*  And you mentioned props?

13  *A.*  Right.

14  *Q.*  So, what props did you use, or did you plan to use in this

15  video you were going to record about your encounter with the

16  FBI?

17  *A.*  The video was supposed to have shown a nervous person

18  taking a swig of whiskey out of a bottle and then retelling the

19  story of what happened on the telephone.

20  *Q.*  Was the story that you retold meant to be an accurate

21  depiction of what happened?  Was it accurate?

22  *A.*  No.  It was a parody.  It was shock value.

23  *Q.*  Did you --

24          *MR. BERRY:*  We have admitted Exhibits M, N, and O?

25          *THE COURT:*  Yes.

Pauline A. Stipes, Official Federal Reporter

```
 1              MR. BERRY:  Is O the TikTok video.

 2              THE COURT:  O is 1/31/21.

 3              MR. BERRY:  Can we show Exhibit L, please.

 4              (Thereupon, Defense Exhibit L was played.)

 5              Pause.

 6   BY MR. BERRY:

 7   Q.  The bottle of Jack Daniels?

 8   A.  That is a bottle from Jack Daniels.

 9   Q.  What is in it?

10   A.  Iced tea.

11   Q.  Keep going.

12   A.  Product placement.

13   Q.  I am sorry?

14   A.  Product placement, the Jack Daniels bottle.  I was hoping

15   to get their attention.

16   Q.  The music that was playing, choice or random?

17   A.  That music was the whole hook to that video.

18   Q.  What is the music?

19   A.  It's the Police singing Every Breath You Take.

20   Q.  Why is that song relevant to the video?

21   A.  Because they were watching me.

22   Q.  Are those the lyrics?

23   A.  Those are the lyrics, "I'll be watching you."

24   Q.  Why do we have three different videos?

25   A.  Because I taped it three different times.
```

1    Q.  Why?

2    A.  I don't know how to edit.

3    Q.  I'm sorry, say that again.

4    A.  I don't know how to edit.

5    Q.  So you take a version, if you didn't like it, you would do

6    it again?

7    A.  I do it again.

8         MR. BERRY:  Can we show the Facebook video?  That is

9    the 50-second one.

10        (Thereupon, the video was played.)

11        Can you rewind about maybe three seconds.  There,

12   stop.

13   BY MR. BERRY:

14   Q.  What are you looking at?

15   A.  My script.

16   Q.  Where is the script?

17   A.  Taped to the microwave.

18   Q.  So you have these three different versions.  When you

19   posted them on your social media, did you intend to post all

20   three versions?

21   A.  No.

22   Q.  What were you intending?

23   A.  I was intending to post the best one.

24   Q.  Which was which?

25   A.  The one on TikTok.

Pauline A. Stipes, Official Federal Reporter

1    *Q.*  I want to show you Defense Exhibit K, which is in evidence.

2        It appears to be a three-second video.  Do you remember

3    posting that?

4    *A.*  No, I don't.  It looks like I didn't push the record button

5    right and I touched it, which is why it is only three seconds.

6    *Q.*  Just another take?

7    *A.*  Another take.

8        *MR. BERRY:*  Just one moment.

9    BY MR. BERRY:

10   *Q.*  Ms. Kaye, I want to go back for a second.  We are just

11   about done.

12       We were talking earlier about the various videos that you

13   posted on Facebook.  There is one we missed that I wanted to

14   address.

15       *MR. BERRY:*  Can we show Defense Exhibit D, which is in

16   evidence.

17       *(Thereupon, Defense Exhibit D was played.)*

18   BY MR. BERRY:

19   *Q.*  Is that Saskay?

20   *A.*  That is Saskay.

21   *Q.*  Were you walking him on the day you were arrested?

22   *A.*  Yes, I was.

23   *Q.*  This is another one of the videos that you posted?

24   *A.*  That was with Pit Bulls of TikTok.

25   *Q.*  Ms. Kaye, when you posted the videos that are at issue in

Pauline A. Stipes, Official Federal Reporter

1   this case, when you said, I am going to exercise my Second

2   Amendment rights to shoot your ass, were you threatening the

3   FBI?

4   *A.*  It was a TikTok.  No, I was not.

5   *Q.*  Did you have any intent at all to threaten Agent Smith?

6   *A.*  No.

7   *Q.*  Or any FBI agent?

8   *A.*  No.

9        *MR. BERRY:*  Nothing further, Judge, I tender the

10   witness.

11        *THE COURT:*  Okay.  Cross-examination from the

12   Government.

13        *MR. DISPOTO:*  May I have one moment, please?

14        *THE COURT:*  Yes.

15        *MR. DISPOTO:*  Sorry, your Honor, I was asking the

16   Defense if they would kindly pull up Defense Exhibit I.

17        *MR. BERRY:*  She is working on it.

18        *MR. DISPOTO:*  Okay.  Thank you.

19                 **CROSS-EXAMINATION**

20   *BY MR. DISPOTO:*

21   *Q.*  Good afternoon, Ms. Kaye.

22   *A.*  Good afternoon.

23   *Q.*  Do you see Defense Exhibit I in front of you?

24   *A.*  Yes.

25   *Q.*  I believe you previously testified that this is a

1  photograph of you wearing a T-shirt that says Zero Percent Fuck

2  Around?

3  *A.*  Yes.

4  *Q.*  Does this accurately describe the type of person that you

5  are?

6  *A.*  I guess.

7  *Q.*  Would you say that when evaluating yourself as a person you

8  don't -- pardon my language -- you don't fuck around?

9  *A.*  No, I don't.

10  *Q.*  When Special Agent Smith called you on January 28th, he

11  told you he was from the FBI, correct?

12  *A.*  He identified himself as an agent.

13  *Q.*  He told you --

14          *THE COURT:*  I am sorry, your voice is fading.

15          *THE WITNESS:*  I'm sorry, I am losing my voice from

16  anxiety.  He identified himself as an agent.

17  *BY MR. DISPOTO*:

18  *Q.*  Did he specifically say he was from the FBI?

19  *A.*  Yes, he did.

20  *Q.*  I believe you testified that he told you that he wanted to

21  talk to you about you having been at the Capitol on

22  January 6th?

23  *A.*  Yes.

24  *Q.*  You indicated to him that you were not there, or you asked

25  him, do you have proof that I was there, correct?

Pauline A. Stipes, Official Federal Reporter

1   A. Yes, I did.

2   Q. He said to you, well, that is why I want to talk to you,

3   correct?

4   A. Correct.

5   Q. At this point in the conversation, you didn't think this

6   was a joke, did you?

7   A. Yes, I did.

8   Q. So, during the entire conversation, is it your testimony

9   that you believed you were being punked by someone on social

10  media?

11  A. For the first part, yes.

12  Q. At what part did you stop thinking that you were being

13  punked by someone on social media?

14  A. When he told me he wanted to talk to me about my friends.

15  Q. When did he tell you he wanted to talk to you about your

16  friends?

17  A. When he asked me about January 6th.

18  Q. Let's go through the chronology.  After he said, well, that

19  is why I want to talk to you, you agreed to --

20  A. I said I was not there, but I had friends that were.

21  Q. And he said to you, well, that is why I want to talk to you

22  about what you know regarding the people who were there?

23  A. Yes.

24  Q. Do you still think it is a joke?

25  A. At that point, I don't really remember.

Pauline A. Stipes, Official Federal Reporter

1   *Q.*   You don't remember?

2   *A.*   No.

3   *Q.*   Do you remember at what point in the conversation with

4   Agent Smith that this, in your mind, turned from a joke to not

5   a joke?

6   *A.*   When he asked me if he could come to my house.

7   *Q.*   Okay.  So, when you agreed to meet with Agent Smith -- and

8   by the way, you told him you were willing to meet with him,

9   correct?

10  *A.*   Yes.

11  *Q.*   And you gave him your address?

12  *A.*   Yes, I did.

13  *Q.*   So, at this point in the conversation, you no longer think

14  this is a joke?

15  *A.*   Right there, no.

16  *Q.*   Okay.  And he told you that he was going to come by later

17  that day?

18  *A.*   Yes, he did.

19  *Q.*   And you, according to your testimony, didn't hear from him?

20  *A.*   Correct.

21  *Q.*   And never received the call that he placed later that

22  night?

23  *A.*   Never heard from him again.

24  *Q.*   When you went to bed that night, after not hearing from

25  Agent Smith that evening, did you now think this was a joke?

Pauline A. Stipes, Official Federal Reporter

1    A.   Absolutely.

2    Q.   So, we went from it was a joke to not a joke, back to it

3    being a joke?

4    A.   Uh-hum.  Yes.

5    Q.   And let's talk a few minutes about -- by the way, do you --

6    a few days later, on February 2nd, did you get a message or a

7    call from Agent Smith that day?

8    A.   No.

9    Q.   When Agent Smith called you on the 28th of January, do you

10   recall whether there was a phone number that came up on your

11   phone?

12   A.   I can't recall.

13   Q.   When you thought that this might have been a joke, did you

14   ever stop to check your phone to see if there was any caller ID

15   information to help you determine whether this in fact was a

16   joke or not a joke?

17   A.   No.

18   Q.   Do you recall receiving a call from that same individual on

19   the 2nd of February?

20   A.   No.

21   Q.   Were you home on the 2nd of February, if you recall?

22   A.   I don't go anywhere, I don't drive.

23   Q.   So, you most likely you were home?

24   A.   No, not mostly likely home.  I could have been on the

25   premises, but not in my house.  I could have been walking my

1   dog, I could have been walking around.

2   Q.  Do you know whether anyone came to your home and knocked on

3   your door on February 2nd?

4   A.  Did my dog answer?

5   Q.  Did you ask me if your dog answered?

6   A.  Yeah, because if they came to my house, my dog would have

7   barked at them if I was in the house with my dog.

8   Q.  I didn't mean to suggest that I thought your dog would

9   answer the door.  I am asking about you, not your dog.

10  A.  I don't remember February 2nd.

11  Q.  Okay.  Let's talk about your social media.  Remind us, when

12  did you first start engaging in social media, what year was

13  that?

14  A.  In what context?

15  Q.  When did you start posting videos and messages on social

16  media?

17  A.  Videos and messages are two different things.  Videos or

18  messages?

19  Q.  Let's start with videos.

20  A.  I didn't start posting videos until -- actual videos until

21  that video of me going to be a poll worker.

22  Q.  So that would be sometime in 2021, in the fall?

23  A.  No.  That would have been 2020, in the fall.

24  Q.  My apologies, you're right.  2020, in the fall?

25  A.  Uh-hum.

Pauline A. Stipes, Official Federal Reporter

1    Q.   When did you start posting messages on social media?

2    A.   I don't post messages, I engage in conversation.

3    Q.   Okay.  Now, I believe you told us, and correct me if I am

4    wrong, you told us, and I quote, "I throw a lot of stuff out

5    there to see what gets followers"?

6    A.   Yes.

7    Q.   Your goal is to post videos in the public sphere in hopes

8    of getting followers, correct?

9    A.   Yes.

10   Q.   These posts are not limited to your Facebook friends or

11   your Instagram followers, correct?  They were available to the

12   general public, because that is the point, right?

13   A.   It is a public platform.

14   Q.   The point is to broadcast your messages to the social media

15   world in hopes that people will start following you, right?

16   A.   My act, yes.

17   Q.   Okay.  And you are aware, are you not, that if you wanted

18   to keep your videos private, that being just for, let's say,

19   your MAGA audience, there is a way that you can limit that in

20   your privacy settings?  You are aware of that, right?

21   A.   No, you can't.  That is incorrect.  You --

22   Q.   So it's your understanding --

23        MR. BERRY:  I am sorry.  Judge, could she answer the

24   question?

25        THE COURT:  Yes.

Pauline A. Stipes, Official Federal Reporter

1          THE WITNESS:  If you have a friends only account, then

2     you could post directly to your friends only.  If you want to

3     target your video to a broader audience, you want to try to

4     grab and reach certain target audiences that you are trying to

5     target, you can target them by putting a hashtag.  Even though

6     it goes out to the general public, the algorithm will most

7     likely direct it to the people you are trying to direct it to.

8     BY MR. DISPOTO:

9     Q.  And these videos that we have been talking about are not

10    limited to a specific audience, these were available to the

11    general public?

12    A.  That is how you get followers.

13    Q.  So let's talk about Government Exhibit 1.

14         THE COURT:  Let me ask counsel how much longer on

15    cross.  We have been going about an hour and a half, so I want

16    to gauge when we would have a break.

17         MR. DISPOTO:  Now is a good time, Judge, it is going

18    to be awhile.

19         THE COURT:  Okay.  Ladies and gentlemen, we will see

20    everybody back at 3:15, whit the same instructions not to

21    discuss the case, not to do any research, not to have any

22    interaction with anyone associated with the case.  We will see

23    you back in 15 minutes.

24      (Thereupon, the jury leaves the courtroom.)

25         THE COURT:  We will be in recess for 15 minutes.  I

Pauline A. Stipes, Official Federal Reporter

```
1    remind Ms. Kaye you remain under oath, you are not to discuss
2    your testimony with anyone until you return.
3         (Thereupon, a short recess was taken.)
4              THE COURT:  Okay.  All right.  We can get our jury
5    lined up.
6              MR. BERRY:  Your Honor, we need to address an issue.
7              THE COURT:  Why did we wait until 3:25?
8              MR. BERRY:  The issue is that Ms. Kaye had a seizure
9    during the break.  She seems to be fine, but if there is an
10   issue, she will let the Court know she needs a moment.
11             THE COURT:  Absolutely.
12             MR. BERRY:  And then we'd ask for a break.  That's
13   all.
14             THE COURT:  Thanks.  I just want to keep it moving
15   along.
16             (Thereupon, the jury returned to the courtroom).
17             THE COURT:  Welcome back, ladies and gentlemen, you
18   may be seated.
19             Ms. Kaye remains under oath, and counsel may continue
20   your cross-examination.
21   BY MR. DISPOTO:
22   Q.  Ms. Kaye, I want to show you Government Exhibit 2.
23        Do you see Government Exhibit 2 on the screen?
24   A.  Yes.
25   Q.  You recorded this video with your phone; is that right?
```

1    A.   Yes.

2    Q.   And Government Exhibit 4, the slightly altered video that

3    you posted on Instagram –– (partial video played) –– was also

4    created with your phone, correct?

5    A.   Yes.

6    Q.   And the TikTok video that we saw earlier was also created

7    with your phone?

8    A.   All of my videos were made with my phone.

9    Q.   All the videos that we have seen in court here today have

10   been created with your phone, right?

11   A.   Yes.

12   Q.   And is it fair to say that, like many of us, your phone is

13   an important part of your life?

14   A.   Yes.

15   Q.   You use it to make and receive all of your phone calls ––

16   mostly all of your phone calls?

17   A.   Yes.

18   Q.   Do you text with it as well?

19   A.   Yes.

20   Q.   Did you have a landline phone in your home at the time?

21   A.   No.

22   Q.   And it is your testimony, is it not, that at least as of

23   the night that you went to bed after Agent Smith called you,

24   you thought that one of your social media followers was playing

25   a joke on you, and that they were the ones that called you

1  earlier that day?

2  *A.*  As a result of social media interaction, I thought it was a

3  joke, yes.

4  *Q.*  Were you concerned at that time that you just gave your

5  home address to a stranger who, according to you, you believed

6  was playing a joke on you?

7  *A.*  I posted my address online.

8  *Q.*  You didn't answer my question.

9      Were you concerned that some stranger had called you and

10  you had given that person your home address?

11  *A.*  No.

12  *Q.*  Were you concerned that a stranger was going to show up at

13  your house as a result of that conversation?

14  *A.*  No.

15  *Q.*  Isn't it true, ma'am, that sometime within the three days

16  after Agent Smith contacted you, you became angry that the FBI

17  wanted to talk to you?

18  *A.*  No.

19  *Q.*  Would you agree with me that the videos that we saw showed

20  you being angry?

21  *A.*  Acting angry, yes.

22  *Q.*  So that was all an act?

23  *A.*  Yeah.

24  *Q.*  By the way, did you say anything in the video that would

25  leave any person who viewed it to believe that that was an act?

Pauline A. Stipes, Official Federal Reporter

1    A.  Everything about it was an act.

2          MR. BERRY:  Objection, speculation, Judge.  How would

3    she know what any person would think?

4          MR. DISPOTO:  I am asking her what she did or did not

5    do.

6          THE COURT:  Restate the question so it's clear.

7    BY MR. DISPOTO:

8    Q.  Your whole point -- your testimony is this was an act,

9    correct?

10   A.  Yes.

11   Q.  The whole point was that this was to be a believable act,

12   right?

13   A.  Is Saturday Night Live believable?

14   Q.  Was it your intent for the people who viewed your video to

15   believe that you were serious?  Wasn't that your intent?

16   A.  No.  It was a TikTok.

17       (Thereupon, the video was played.)

18   Q.  So, in the beginning of the video you address your TikTok

19   patriot friends, correct?

20   A.  Yes.

21       (Video continued.)

22   Q.  By the way, that was true, you did in fact get a call from

23   the FBI that wanted to talk to you about your visit to the

24   Capitol on January 6th, correct?

25   A.  Using my experience to write a script, yes.

Pauline A. Stipes, Official Federal Reporter

```
 1        (Video continued.)

 2   Q.  The Three Star General that you allege has been persecuted

 3   --

 4   A.  Uh-hum.

 5   Q.  -- is who?

 6   A.  General Flynn.

 7   Q.  Michael Flynn?

 8   A.  Yes, General Michael Flynn.

 9   Q.  Former President Trump's National Security Adviser?

10   A.  Yes.

11   Q.  A retired lieutenant general in the Army, correct?

12   A.  Yes, very well respected.

13   Q.  Isn't it true, ma'am, you were in fact -- at the time that

14   you made this video, you were in fact angry at the FBI because

15   you believed they persecuted General Flynn?

16   A.  No.

17   Q.  Do you believe that the FBI persecuted General Flynn?

18   A.  Yeah.

19        (Video continued.)

20   Q.  By the way, you just said there "you guys spent four

21   years."  You are talking about the FBI when you say you guys,

22   right?

23   A.  They are the ones that persecuted General Flynn, yeah.

24   Q.  You start out by addressing your TikTok followers by

25   saying, hello, TikTok patriot friends, correct?
```

```
 1   A.  Yes.
 2   Q.  Within seconds within this video, you turn your focus
 3   directly to "you guys," do you not?
 4   A.  I was following my script.
 5   Q.  You are not answering my question.  Did you turn your focus
 6   away from your TikTok patriot friends and directly to "you
 7   guys"?
 8   A.  No.
 9   Q.  Did you say, "you guys"?
10   A.  I said "you guys."
11   Q.  Were you referring to the FBI?
12   A.  Yes.
13   Q.  Do you believe that the FBI spent four years persecuting
14   General Flynn?
15   A.  Yes.
16   Q.  And isn't it true, ma'am, that you were mad about that at
17   the time that you made this video?
18   A.  No.
19       (Video continued.)
20   Q.  When you say, you are out of your mother fucking mind, bro,
21   who are you referring to when you say "you"?
22   A.  The FBI.
23       (Video continued.)
24   Q.  And when you say that you have a Second Amendment right to
25   shoot your fucking ass if you come here, who are you referring
```

Pauline A. Stipes, Official Federal Reporter

1   to when you said "you"?

2   A.   Nobody.

3   Q.   It had to be somebody, right?  You said you?

4   A.   It is a statement for a click bait.

5   Q.   I am going to ask you to answer my question.  When you

6   said, if you come here, who were you referring to?

7   A.   Nobody.  It was just an ambiguous statement for shock

8   value.

9   Q.   Isn't it true, ma'am, that when you said that you will

10  exercise your Second Amendment right to shoot your fucking ass

11  if you come here, you were talking directly to the FBI?

12          MR. BERRY:  Objection, asked and answered.

13          THE COURT:  Overruled.

14  BY MR. DISPOTO:

15  Q.   Isn't that who you were talking to?

16  A.   No.  Haven't you ever gone to the principal's office and

17  relayed a conversation to make yourself look better?  It was a

18  script, it was a freaking TikTok.

19  Q.   Okay.  And were you not in this entire video referring to

20  the incident that occurred three days earlier when the FBI

21  agent told you he wanted to come to your house and talk to you

22  about January 6th?

23  A.   I used the prank as an idea for a TikTok.

24  Q.   So, is it your testimony that in this video you are not

25  referring back to Agent Smith, who you invited to your house

Pauline A. Stipes, Official Federal Reporter

1    three days earlier to be interviewed about your knowledge of

2    January 6th?

3    *A.*   I don't even remember his name.  How could I direct

4    anything to him?

5    *Q.*   By the way, you described yourself, I believe these are

6    your words, as a constitutional purist?

7    *A.*   Yes.

8    *Q.*   Do you -- and I believe you further said that you believe

9    in utilizing social media to, quote, "spark thought," unquote?

10   *A.*   Yes.

11   *Q.*   Do you believe that threatening to kill the FBI sparks

12   thought?

13   *A.*   I didn't threaten to kill anybody.

14   *Q.*   Well, you said in the video that you would shoot them if

15   they came to your house?

16   *A.*   It was a TikTok.

17   *Q.*   I understand that, ma'am.  You have said that now about

18   five times.

19   *A.*   It is a scripted video.  You are trying to get me to say I

20   intended to hurt somebody, and that is not so.  I made a TikTok

21   video.

22   *Q.*   My question for you is, do you believe that saying online

23   that you would threaten to kill the FBI if they came to your

24   house, do you believe that that sparks thought?

25   *A.*   No.

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  Do you believe that that is constitutionally protected
 2    speech, threatening to kill an FBI agent?
 3    A.  I didn't threaten to kill him.  I made a TikTok.
 4    Q.  I am not asking you if you threatened to kill him.  I am
 5    asking you if you believe that a person who threatens to kill
 6    the FBI is exercising constitutionally protected free speech?
 7    A.  Threats have to have purpose behind it.  Idle threats are
 8    just that, they are idle.  Threats have to be backed up by
 9    action.  Words are just words and --
10    Q.  So you think it is okay from a constitutional perspective
11    to go online -- I am not talking about you, I am talking about
12    the hypothetical you -- go online and threaten to kill the FBI
13    if they came to their house when the agent contacted that
14    individual three days before.  You believe that is
15    constitutionally protected speech?
16              MR. BERRY:  Judge, I object.  The question is
17    argumentative, it assumes things she didn't say, and some of it
18    has been asked and answered.
19              THE COURT:  It has been asked and answered.  I ask you
20    to move on.
21    BY MR. DISPOTO:
22    Q.  You described yourself as being MAGA?
23    A.  Yes.
24    Q.  Is it MAGA to threaten to kill the FBI?
25    A.  Not my MAGA, no.
```

```
 1              THE COURT:  Ms. Kaye, I have to remind you --
 2              THE WITNESS:  Not my MAGA, no.  I'm sorry.
 3    BY MR. DISPOTO:
 4    Q.  Let's talk about the two different videos.
 5         You have already told us that you first created the video
 6    which you see on the screen here, which is Government Exhibit
 7    2.  Do you see that?
 8    A.  Yes.
 9    Q.  You then created a second video?
10    A.  Took another take.
11    Q.  Another take.  And the first take, this video that we see
12    here, was posted on both Facebook and Instagram, correct?
13    A.  Most of my platforms automatically share.
14    Q.  Would you have posted on Facebook first that automatically
15    shared with Instagram or the other way around?
16    A.  I would have posted on TikTok first and it would have
17    shared to the rest.
18    Q.  Was this video that we are looking at here, this one here,
19    posted to TikTok?
20    A.  You are asking me to go through video by video.  The one I
21    posted to TikTok obviously had the music.  When you share
22    videos -- I don't have the same amount of time for a video on
23    TikTok as I do on Facebook or Instagram, you get a certain
24    amount of minutes.  So, if I post a video on TikTok, it may not
25    completely get where it is going in its entirety.  I did make
```

```
 1   many different versions of this video until I got it right.
 2   Q.  The first take you didn't get it right?
 3   A.  No.
 4   Q.  And you deleted this video from Instagram?
 5   A.  After I got out of jail, yeah.
 6   Q.  After you got out of jail?
 7   A.  Yes.
 8   Q.  Prior to getting out of jail, or prior to going to jail,
 9   did you leave this up?
10   A.  Yes.
11   Q.  Okay.  And then you created a second video because this one
12   wasn't good enough?
13   A.  No.
14   Q.  Would you agree with me that the second video that you
15   produced depicts you as even more angry than in the first one?
16   A.  That was the intent of the video.
17       (Video played.)
18   Q.  Once again you make reference to your social media friends
19   in the beginning of the video, correct?
20   A.  Yes.
21       (Video continued.)
22   Q.  When you say there you are going to have to arrest me, who
23   are you referring to when you say "you are going to have to
24   arrest me"?
25   A.  The FBI.
```

Pauline A. Stipes, Official Federal Reporter

```
 1        (Video continued.)
 2   Q.  You made reference there to the FBI not knowing where you
 3   live, that you have to ask me.  You are referring back to the
 4   conversation that you had with Agent Smith three days earlier,
 5   correct?
 6   A.  With who he said was Agent Smith, yes.
 7   Q.  Excuse me?
 8   A.  Who he said he was Agent Smith, yes.
 9        (Video continued.)
10   Q.  Once again you make reference to the FBI persecuting
11   General Flynn?
12   A.  Yes.
13        (Video continued.)
14   Q.  Would you agree with me that you certainly appear more
15   angry in that second video than the first?
16   A.  I was supposed to.
17   Q.  Right, because the point is, you want your audience to
18   believe that you are angry.  That is the point?
19   A.  I want to be believed as an actress, yeah.
20   Q.  Why leave up two videos?
21   A.  What do you mean?
22   Q.  You told us before you didn't take down the first video on
23   Instagram until after your arrest.  So, why the two videos on
24   social media that are substantially similar, one slightly more
25   angry than the other, that was left up for over two weeks?
```

1    *A.*  It was left up because I got arrested and I couldn't take
2    it down.
3    *Q.*  You got arrested on the 17th of February.  You posted these
4    on either the evening of January 31st or February 1st, correct?
5    *A.*  Correct.
6    *Q.*  They were up for over two weeks.  Why two videos?
7    *A.*  I didn't think I posted two videos at the time, I thought
8    it was just the one that was shared to all platforms.
9    *Q.*  After you got arrested, what, you decided to go back and
10   check?
11   *A.*  No.  I decided to go back and take them down because that
12   is why I got arrested.
13   *Q.*  The second video, you didn't take it down, the Instagram
14   took it down?
15   *A.*  They took it down before I got to it.  It wasn't there for
16   me to take down by the time I got back.
17   *Q.*  Let's finally talk about your TikTok video.
18        You testified on direct examination that choosing the right
19   music --
20   *A.*  Uh-hum.
21   *Q.*  -- is very important with your TikTok videos?
22   *A.*  Yep.  Yes.
23   *Q.*  In your words, music is the hook?
24   *A.*  Correct.
25   *Q.*  You could have chosen any song that you could find to

1    superimpose, or to integrate within that video, and you chose

2    Every Breath You Take?

3    *A.*   Yes.

4    *Q.*   And I believe you told us on direct examination that the

5    original version of that song was made by a pop band called The

6    Police?

7    *A.*   Sting made that famous with The Police.

8    *Q.*   Sting, the lead singer of The Police?

9    *A.*   Uh-hum.

10   *Q.*   Not a coincidence that you chose The Police with that song,

11   correct?

12   *A.*   Absolutely not.

13   *Q.*   You were familiar with that song when you chose it, right?

14   *A.*   Yes.

15   *Q.*   And you chose a different version of that song by what

16   appears to be a country music artist?

17   *A.*   They didn't have the Police version, they don't have a

18   copyright.

19   *Q.*   You just chose a version that was available to you?

20   *A.*   Uh-hum.

21   *Q.*   And you would agree with me, would you not, that you chose

22   a stalking song?

23   *A.*   Yes.

24   *Q.*   The lyrics of that song start out, "Every breath you take

25   and every move you make, every bond you break, every step you

```
 1   take, I'll be watching you?"
 2   A.  Yes.
 3   Q.  The whole point of choosing that song is because you were
 4   sending a message to the world that you were going to be
 5   watching for the FBI?
 6   A.  No.  The message from the song is that the FBI could be
 7   watching you if they are coming to see me.
 8   Q.  Right, but you are talking to the FBI in the video?
 9   A.  I am talking to my audience.
10   Q.  Your audience is the world?
11   A.  Yes.
12   Q.  You are telling the world, you are sharing with the world a
13   message that you are specifically relating to the FBI when you
14   talk about you guys, you guys persecuted General Flynn, right?
15   Every single day, every word you say, every game you play,
16   every night you stay, I'll be watching you, that is the
17   message?
18   A.  Yes, they are watching me.
19   Q.  The lyrics are not they're watching me, the lyrics are,
20   I'll be watching you?
21   A.  Sting sings that song to his lover, he's watching her.
22   They're watching me.
23   Q.  Right.  No, you are watching them?
24   A.  No, they are watching me.
25   Q.  Okay.  Did you honestly believe that these videos were not
```

```
1    going to be seen by law enforcement?
2    A.  Yes.
3    Q.  You honestly believe that?
4    A.  Yes.
5    Q.  Did you care if these videos were being seen by law
6    enforcement?
7    A.  No.
8    Q.  You didn't care?
9    A.  No.
10   Q.  You didn't care?
11   A.  No.  It was a TikTok.
12   Q.  When you said in your video that you don't care, and you
13   used the profanity MF'er, you were telling the FBI you didn't
14   care, right?
15   A.  I didn't care if they knew where I was, no.
16   Q.  Isn't it true, ma'am, that you wanted them to see this
17   video?
18   A.  No.
19   Q.  Isn't it true, ma'am, that you wanted them to see the video
20   because you didn't want them to come to your house?  Isn't that
21   right?
22   A.  No.  I invited the guy to my house.
23        MR. DISPOTO:  One moment, Judge.
24   BY MR. DISPOTO:
25   Q.  I believe you told us earlier that you use your phone all
```

1    the time, every day, correct?

2    A.  Yes.

3    Q.  Is it fair to say that if -- I know you already told us

4    that you did not receive a call or a message from Agent Smith

5    on the 28th, and you also don't recall receiving a message or a

6    call from the agent on February 2nd.

7    A.  Correct.

8    Q.  But is it fair to say that had he called you on those days,

9    that you most likely would have received those calls?

10   A.  Not necessarily.

11          MR. BERRY:  Objection, speculation, Judge.

12          THE COURT:  Just a minute.  The witness answered

13   already.

14          Do you want it stricken?  You have to speak up more

15   when you are making the objection so she can hear.

16          MR. BERRY:  That is fine, Judge.  We'll let it go.

17          THE COURT:  Let's remind counsel and Ms. Kaye to speak

18   right into the microphone so I can hear the objections and

19   there is time for the objections to be made before the witness

20   answers the question.

21   BY MR. DISPOTO:

22   Q.  What was your answer?

23   A.  Not necessarily.

24   Q.  Your testimony is, despite using your phone all the time,

25   despite using it to post your videos on social media, despite

Pauline A. Stipes, Official Federal Reporter

1  not having a landline, despite using it to text, and despite

2  being tethered to your phone like we all are --

3          MR. BERRY:  Objection, your Honor.  This is a compound

4  question.

5          THE COURT:  The question hasn't been fully asked yet.

6          MR. BERRY:  Also argumentative, Judge.

7          THE COURT:  Why don't you restate the question.

8  BY MR. DISPOTO:

9  Q.  Is it your testimony, ma'am, that despite using your phone

10 all the time, including posting on social media, text

11 messaging, making phone calls, receiving phone calls, recording

12 videos, communicating with family and friends, that on these

13 two occasions, specifically January 28, 2021 and February 2,

14 2021, you do not recall receiving a phone call from Agent

15 Smith?

16 A.  Because of all of the reasons that you just stated,

17 Motorola phone does not have enough memory to record all the

18 messages, all the texts and all of those things, so I have no

19 idea if it was there, if it wasn't there, if he called me, if

20 he didn't call me.  Because of all of the videos and all that

21 stuff, I can never get into my phone.

22         MR. DISPOTO:  Thank you.  I have nothing further,

23 Judge.

24         THE COURT:  Okay.  Any redirect?

25                        **REDIRECT EXAMINATION**

Pauline A. Stipes, Official Federal Reporter

1    *BY MR. BERRY*:

2    *Q.*  Mrs. Kaye, have you ever missed a phone call before?

3    *A.*  No.

4    *Q.*  You have never missed a phone call --

5    *A.*  No.

6    *Q.*  -- in your whole life?

7    *A.*  Well, it depends.  If I am in the bathroom, I don't answer

8    the phone, obviously.

9    *Q.*  There are times when you don't answer --

10   *A.*  I don't answer my phone.

11        *MR. BERRY:*  I have nothing else, Judge.

12        *THE COURT:*  Okay.  All right, thank you so much, you

13   may step down.

14        Anything further from the Defense?

15        *MR. BERRY:*  Judge, I would ask that we publish Defense

16   Exhibit A, which is the certificate from the State of Florida

17   regarding Ms. Kaye's -- I would ask to publish Defense Exhibit

18   A, which is the certificate from the custodian of records from

19   the State of Florida, Department of Agriculture that indicates

20   Ms. Kaye's lack of a carry concealed firearm permit.

21        *THE COURT:*  Any objection?  It is in evidence.

22        You can publish Defense Exhibit A.

23        *MR. BERRY:*  Judge, at this time the Defense would

24   rest.

25        *THE COURT:*  Have we published it yet?  Do you have it?

```
 1              MR. BERRY:  We will publish it, and then we will rest.
 2              THE COURT:  Let's get that on.  Are you working on
 3    publishing that?
 4              MR. BERRY:  We are ready on our end, we are waiting
 5    for the screens to pop up.  It should be all set to go.
 6              THE COURT:  All right.  The Defense rests?
 7              MR. BERRY:  The Defense rests.
 8              THE COURT:  Is there anything further from the
 9    Government?
10              MR. DISPOTO:  No, your Honor, thank you.
11              THE COURT:  All right.  Ladies and gentlemen, that
12    does conclude the presentation of evidence.  I need to spend
13    some time with the parties and counsel going over the jury
14    instructions that will be presented to you tomorrow.  Tomorrow
15    you will have the jury instructions read to you and you will
16    each have a copy of it.  Then the attorneys will, if they
17    choose, give closing arguments, and then we will send the case
18    back for you to deliberate.
19              First of all, you are not there yet, so nothing that I
20    just said changes the rules.  You are not deliberating yet, so
21    same instructions this afternoon, when you leave this evening,
22    and when you come back tomorrow.
23              Soon enough tomorrow, after the closing arguments, I
24    will make it very, very clear when you can deliberate.  In
25    fact, you need to wait when we go back until we get all of the
```

Pauline A. Stipes, Official Federal Reporter

1    exhibits back to you and at that point you will be able to

2    commence your deliberations.

3         We are going to let you go early.  I need to finalize

4    the instructions with counsel and not have you waste your time

5    here while we're doing that.  We will order lunch for you

6    tomorrow because we often find the day of deliberations between

7    the morning of reading the jury instructions and the closing

8    that it is convenient for you to be able to go right back to

9    the room to deliberate and not have to leave for lunch.

10        At the appropriate hour in the morning Melanie will

11   take your order, and we'll order lunch for you so you will be

12   able to eat while you deliberate.  The timing will work out

13   that it will be at or about the lunch hour.

14        We ask that you return, as you have each morning, or

15   at least today in time to be able to be brought into the

16   courtroom at 9:00 a.m. and we will begin at that point.

17        Have a nice evening.  You are excused and we will see

18   you tomorrow.

19       *(Thereupon, the jury leaves the courtroom.)*

20       *THE COURT:*  All right.  I know Defense needed to make

21   your motion.  I would like to go through the jury instructions

22   first, if that is all right.

23        I don't think there is a lot, most of it was agreed

24   to.  So, it is not until we get toward the end that we will

25   have argument, but if we could just -- if I could have you pull

Pauline A. Stipes, Official Federal Reporter

1   up your version of the jury instructions that we gave you this

2   morning.  You have, as you recall, a clean version and a

3   redline version.

4           What I am going to do is go through each page and even

5   if it has no redline, I want to get your agreement on the

6   record that you accept the instructions.  They do not have page

7   numbers, we take the page numbers off when we prepare them for

8   trial.  I will refer to them by the topic of each page so it is

9   clear on the record which one we are discussing.

10          For example, the first page has the title Jury

11  Instructions.  Is that acceptable to the Government?

12          MR. DISPOTO:  Yes.

13          THE COURT:  Defense?

14          MS. MILITELLO:  Yes.

15          THE COURT:  Next page, duty to follow instructions and

16  the presumption of innocence.  Government.

17          MR. DISPOTO:  Yes.

18          THE COURT:  Defense.

19          MS. MILITELLO:  Yes.

20          THE COURT:  The next one -- this is the one Defendant

21  does not testify, so that should come out, and then there is

22  one where the Defendant does testify, is there not?

23          MR. DISPOTO:  Yes.

24          THE COURT:  So we'll substitute for the instruction

25  when the Defendant does testify.  Would that be acceptable to

1    the Government?

2            *MR. DISPOTO:*  Yes.

3            *THE COURT:*  Defense?

4            *MS. MILITELLO:*  Yes.

5            *THE COURT:*  Okay.  The next one is definition of

6    reasonable doubt.  Acceptable to the Government?

7            *MR. DISPOTO:*  Yes.

8            *THE COURT:*  Defense?

9            *MS. MILITELLO:*  Yes.

10           *THE COURT:*  Consideration of direct and circumstantial

11   evidence, argument of counsel, comments by the Court,

12   acceptable to by the Government?

13           *MR. DISPOTO:*  Yes.

14           *THE COURT:*  The Defense?

15           *MS. MILITELLO:*  Yes.

16           *THE COURT:*  Credibility of witnesses, acceptable to

17   the Government?

18           *MR. DISPOTO:*  Yes.

19           *THE COURT:*  Defense?

20           *MS. MILITELLO:*  Yes.

21           *THE COURT:*  Impeachment of witnesses because of

22   inconsistent statements, acceptable to the Government?

23           *MR. DISPOTO:*  I am thinking whether there were

24   inconsistent statements.  I don't know if it applies.  I don't

25   object to the accuracy of the instruction, I just don't know if

Pauline A. Stipes, Official Federal Reporter

1    it applies.

2              MS. MILITELLO:  We would like it included.

3              THE COURT:  Any objection from the Government?

4              MR. DISPOTO:  No, that is fine.

5              THE COURT:  Okay.  Introduction to offense

6    instructions, Government?

7              MR. DISPOTO:  Accept.

8              THE COURT:  Defense?

9              MS. MILITELLO:  Yes, accept.

10             THE COURT:  On or about a particular date, knowingly,

11   Government?

12             MR. DISPOTO:  Accept.

13             THE COURT:  Defense?

14             MS. MILITELLO:  Accept.

15             THE COURT:  Caution punishment, single defendant,

16   multiple counts.

17             MR. DISPOTO:  Accept.

18             THE COURT:  Defense?

19             MS. MILITELLO:  Accept.

20             THE COURT:  Duty to deliberate, Government?

21             MR. DISPOTO:  Accept.

22             THE COURT:  Defense?

23             MS. MILITELLO:  Accept.

24             THE COURT:  Verdict, Government?

25             MR. DISPOTO:  Accept.

```
 1              THE COURT:  Defense?

 2              MS. MILITELLO:  Accept.

 3              THE COURT:  Okay.  Let's see here.  Is this in the

 4    proper order?  Usually the offense comes before the verdict.

 5              MR. DISPOTO:  You gave us -- your Honor has it towards

 6    the back for some reason.

 7              THE COURT:  That was the order you submitted it.  Do

 8    we all agree that after duty to deliberate -- let's see.  It

 9    should be -- should we say after -- we could pull up the

10    pattern, but after caution punishment, would that be -- or

11    would it be -- there is introduction to the offense

12    instruction.  Maybe after on or about a particular date,

13    knowingly.

14              MR. DISPOTO:  That is fine with the Government.

15              MS. MILITELLO:  Yes, we would agree to it going after

16    the on or about.

17              THE COURT:  We would put the interstate transmission

18    one and then the theory of defense after on or about?

19              MR. DISPOTO:  Yes.

20              MS. MILITELLO:  Yes.

21              THE COURT:  Okay.  And then -- we will go back to the

22    particulars of that.  After the theory of the defense, then we

23    would go to caution punishment, then we would go to duty to

24    deliberate, and then we would go to verdict, all of which --

25    note-taking should not be after verdict, though.
```

```
 1              Note-taking could go after duty -- right before duty
 2     to deliberate?
 3              MR. DISPOTO:  That is fine.
 4              MS. MILITELLO:  That is fine with the Defense.
 5              THE COURT:  Okay.  All right.
 6              So, the only two that it seemed were -- there was
 7     disagreement -- so, if we look at what was formerly -- the
 8     heading, O30.3, and then it is interstate transmission of
 9     threat to kidnap or injure, 18 United States Code, Section
10     875(c), the Court obviously took out -- you can see what the
11     Court took out because you have the redline version as well as
12     the clean version, but in essence, the Court brought the
13     instruction in line with exactly what the pattern instruction
14     is.
15              So, the Court didn't see why -- when this is an 18
16     U.S.C. Section 875(c) case, and we have a pattern instruction
17     on it, we don't always have patterns on offenses, why we
18     shouldn't use the pattern instruction.
19              So, let me first ask from the Government, is the
20     version that the Court has presented, which is the red -- which
21     is the pattern instruction, acceptable to the Government?
22              MR. DISPOTO:  Yes.
23              THE COURT:  Defense?
24              MS. MILITELLO:  No.
25              THE COURT:  You may be heard.
```

Pauline A. Stipes, Official Federal Reporter

```
 1          MS. MILITELLO:  I won't belabor the point.  I maintain
 2     all the requests made in our submission to the Court.  The
 3     standard instruction does not include a definition of the types
 4     of speech the First Amendment covers, why it covers the types
 5     of speech that it covers.  Of course, we wanted to introduce
 6     expert testimony about the history of the First Amendment and
 7     the types of political violence speech that it has covered
 8     since its inception.
 9          Our hope was, when the Court denied that testimony,
10     that the Court would instruct the jury on those things.  I
11     don't think it is intuitive that the First Amendment covers
12     hurtful speech.  The Supreme Court has said that it does.  I
13     don't think it is intuitive that the First Amendment covers
14     speech criticizing and cursing at the Government and law
15     enforcement.  The Supreme Court says that it does.  So I would
16     ask the Court to give the instructions we requested.
17          The only additional argument I'd like to make outside
18     of what is in the pleadings, because I don't want to waste the
19     Court's time, is I reread Fleury, and I talked to my appellate
20     lawyers about it.  In Fleury, it was a cyber stalking statute,
21     and as the Court said, there was no standard instruction.  In
22     that case they looked to the threats instruction and decided
23     whether to give the Black instruction that we requested.
24          I guess I should back up.  As the instruction stands,
25     it has been amended post Elonis to require some subjective
```

Pauline A. Stipes, Official Federal Reporter

1    intent, that is part two, that the Defendant sent the message

2    with the intent to communicate a true threat or with the

3    knowledge that it would be viewed as a true threat.  That is

4    incorporating the Supreme Court's decision in Elonis.

5          The problem is this definition of true threat was not

6    modified, is still the reasonable person analysis, and is no

7    longer an accurate statement of the law.  There is a circuit

8    split on this issue, the Eleventh Circuit has not addressed it,

9    and so in part, that is why we cited these cases from the other

10   circuits.  The Supreme Court may have to resolve this and we

11   don't have binding case law in the Eleventh.

12         What we do have from Fleury is, they raised, similar

13   to us, a First Amendment defense, and filed a Motion to

14   Dismiss, and in finding that the speech was not an

15   unconstitutional restriction on speech, in the opinion they

16   said the relevant category of speech here is true threats, and

17   then they cite Virginia versus Black.

18         The Eleventh Circuit, when defining true threats, uses

19   the Virginia versus Black Supreme Court decision from 2003 that

20   we are asking the Court to give.

21         I know the Government said don't give Virginia versus

22   Black, it is pre Elonis, but now we have a 2021 opinion from

23   the Eleventh Circuit where they are citing that as the correct

24   definition of true threats.  That is in the Fleury opinion

25   under Subsection B.

1           When they talk about the jury instructions later, they

2      say that the Black instruction -- it was not error to fail to

3      give the Black instruction.  They don't say that the Black

4      instruction is not accurate, and as I said, they just said it

5      was accurate.  They simply said that it was not reversible

6      error.  There were reasons why it was not reversible error in

7      the Fleury decision.

8           The first is that the Black instruction requested was

9      not a full and complete statement of the law in Virginia versus

10     Black, they omitted some of the language.  We did not.  We

11     provided in our request to the Court the full Virginia versus

12     Black statement and the full statement as it is quoted by the

13     Eleventh Circuit, so that is not applicable here.

14          The other reasons were that the cyber stalking statute

15     says in several places that it requires specific intent.  The

16     definition for harassment says, "Intent to harass means to act

17     with the specific intent or purpose."  Then when it talks about

18     intimidation, "Intent to intimidate means to act with the

19     specific intent or purpose."

20          The reason we have Elonis in 875(c) is because it is

21     lacking the specific intent requirement that the cyber stalking

22     statute already has.  The Eleventh Circuit said where you

23     already have the specific intent, frankly a higher standard,

24     mentioned, then, no, you didn't need this duplicative reading

25     of Virginia versus Black requiring subjective intent.

1          Here, our instruction does not say specific intent
2    anywhere.  Our instruction, frankly, is different and it is
3    less protective of the mens rea requirement of defendants.
4          And then the last -- excuse me, one minute.
5          The last reason why I believe Fleury is different, and
6    I note this in my instruction, the Eleventh Circuit said that
7    Fleury failed to show why the Court's instruction was an
8    incorrect statement of the law.
9          This is what I was alluding to at the beginning of my
10   argument.  Our 875(c) charge is incorrect because Black
11   requires a subjective test, and the reasonable person language
12   in the pattern instruction for the definition of true threat is
13   inconsistent with the subjective standard required under Black,
14   and we believe required under the law.
15         Our instruction at present has a conflict between the
16   objective standard and the subjective standard.  We believe
17   only the subjective standard should be given.
18         We believe the Supreme Court's language in Virginia
19   versus Black is binding on this Court, and that when the
20   Eleventh Circuit quoted it by saying true threats encompass
21   those statements where the speaker means to communicate a
22   serious expression of an intent to commit an unlawful act of
23   violence to a particular individual or group of individuals,
24   citing Virginia versus Black, that they meant that and that
25   that is the standard in the circuit.

Pauline A. Stipes, Official Federal Reporter

 1          *THE COURT:*  Okay.  Anything further from the

 2     Government?

 3          *MR. DISPOTO:*  No, your Honor.

 4          *THE COURT:*  All right.  Let me move on for a moment to

 5     the theory of the case, because that does touch on some of the

 6     issues –– theory of defense instruction that I think you raised

 7     relative to the U.S. versus Fleury, F–L–E–U–R–Y, 20 F.4th 1353,

 8     Eleventh Circuit, 2021.

 9          What is the Government's position on theory of

10     defense?

11          *MR. DISPOTO:*  Your Honor, although we initially

12     objected to the entire instruction, I have no objection to the

13     modified instruction as the Court has provided the parties.

14          *THE COURT:*  Okay.  And from the Defense?

15          *MS. MILITELLO:*  We maintain our request for the full

16     instruction that we provided to the Court.  My initial thought,

17     like while I appreciate some instruction is better than none,

18     is that the first sentence, the First Amendment of the United

19     States Constitution permits restrictions upon the content of

20     speech, and only a few well defined and narrow classes of

21     speech, and that true threats is the exception, in my mind

22     still fails to define for the jury how protective the First

23     Amendment is, particularly in the arena of political speech,

24     which is heightened, particularly where the Supreme Court has

25     said the heart of the First Amendment is the right to criticize

```
 1    the Government.  That language, our position is, is what is
 2    missing.
 3              The jury does not know -- I think I told them in
 4    opening you have the right to curse at law enforcement, but
 5    what I say is not law.  I would like the Court to instruct them
 6    about that, so I am requesting our instruction in its entirety.
 7              THE COURT:  Okay.  Anything further from the
 8    Government?
 9              MR. DISPOTO:  No, your Honor.
10              THE COURT:  Okay.  I am going to take a moment and I
11    will come back out and we will conclude this and then we'll
12    hear argument on any motions, and we should be able to
13    conclude.
14              Actually, let's take up the verdict form while we're
15    all together.  The verdict form from the Government?
16              MR. DISPOTO:  Accept.
17              THE COURT:  From the Defense?
18              MS. MILITELLO:  Sorry, I am looking for it.
19              THE COURT:  I don't believe it changed at all.
20              MS. MILITELLO:  No objections.
21              THE COURT:  All right.  We will be right back.
22          (Thereupon, a short recess was taken.)
23              THE COURT:  All right.  You may be seated.
24              So, I have had a chance -- in light of your comments
25    and going back and reviewing again your submissions that led
```

Pauline A. Stipes, Official Federal Reporter

1    the Court to make its edits, with respect to the interstate

2    transmission of threat to kidnap or injure under 18 United

3    Sates Code, Section 875(c), I am going to rely upon the

4    pattern, particularly looking at the -- well, the fact that

5    they were -- the latest edition is March 2022.

6            The pattern instructions for the Eleventh Circuit are

7    presumed to be consistent with the law in the Eleventh Circuit,

8    and the annotations and comments to the pattern instruction

9    really quite extensively speak to the Elonis case, and

10   ultimately says that -- in the annotation that, "thus, although

11   the Supreme Court has made clear that the Defendant's

12   subjective mental state must be taken into account,

13   the objective person standard remains useful in the

14   determination of whether the Defendant's statement actually

15   constitutes a true threat, as that term has been defined in

16   prior case law."

17           So that would explain why the instruction in the

18   pattern reads the way it does whereby it has Subsection 2, that

19   "the Defendant sent the message with the intent to commit a

20   true threat or with the knowledge that it would be viewed as a

21   true threat."  That is the subjective element that came out of

22   Elonis.

23           And then the definition of the true threat being a

24   serious threat, not idle talk or reasonable remark or something

25   said jokingly that is made under circumstances that would place

Pauline A. Stipes, Official Federal Reporter

 1   a reasonable person in fear of being injured, is sort of the

 2   objective element that the annotation and comment speaks to.

 3        I have reviewed all of the cases that the Defense has

 4   pointed me to which, among others, include Virginia versus

 5   Black, 538 U.S. 343, 2003, there are a wealth of other cases

 6   cited as well, and then there is the U.S. versus Fleury case.

 7   We recognize that Black was 2003, and Fleury was 2021, but it

 8   cites to Black.  The Court is, having considered the argument,

 9   nevertheless persuaded that the pattern instruction is the one

10   that should be used in this case.

11        With respect to the theory of defense, the Court also

12   has considered the argument by Defense, understands initially

13   that the Government objected wholeheartedly to the Defense's

14   proposal, but when the Court sent back a redline version the

15   Government no longer objects.

16        The Court finds that the theory of defense instruction

17   as the Court has proposed in response to the Defense's

18   submission is appropriate.  It's consistent with case law, it

19   is consistent with the case as the Court has seen it in terms

20   of the Defense presentation of its theory and that the

21   additional language that Defense has proposed is not necessary.

22        It doesn't mean that the Defense can't make that

23   argument in its closing arguments, but that it is not

24   appropriate to include it as a jury instruction.

25        And so, the Court is going to overrule the request

1    that the Defense has made to vary from what the Court has

2    accepted as appropriate for the theory of defense instruction.

3          I neglected to raise consideration of political views

4    before we just took a break.  I had deleted that, I didn't give

5    Defense an opportunity to be heard.  I am not sure whether it

6    is something Defense was still seeking, but I will allow you to

7    be heard on that.  We took a break before the Court had given

8    you an opportunity to be heard on consideration of political

9    views.

10         Those are the Court's rulings as to theory and the

11   defense instruction.

12         MS. MILITELLO:  As it relates to the consideration of

13   political views, we do maintain that request.  It would be

14   improper for the jury to convict Ms. Kaye based on her

15   political views, and I think the Court should instruct them not

16   to.

17         THE COURT:  Government?

18         MR. DISPOTO:  Judge, we will rely on our submission.

19         THE COURT:  Okay.  I am going to require -- not

20   include that as an instruction.  Again, the -- it doesn't

21   preclude Defense from arguing -- making these types arguments

22   to the jury in closing argument.  The Court does not find that

23   it's appropriate for an instruction.

24         The Court just notes that one of the cases that the

25   Defense relied upon is a case that the Court presided over, the

Pauline A. Stipes, Official Federal Reporter

 1    Tracy case, and the Court looked back over that case and found

 2    it to be factually inapposite.  It involved a Title VII suit in

 3    which the worker alleged he was fired for expressing political

 4    views and the university maintained that his political speech

 5    are not a motivating factor.

 6           When political views are at the very core of the case,

 7    it may make sense to provide instructions such as what Defense

 8    has proposed, but the Court is not persuaded that the extent of

 9    these instructions is warranted in this case or legally

10    supported.  It does not preclude Defense from arguing it in

11    closing argument.

12           With that, we will put the instructions together as we

13    have discussed, including cleaning them up, and we'll email

14    them to you this evening so you have them.  If you could all be

15    here by 8:30, I will have just one last conference to confirm

16    that the instructions are as we discussed in the conference,

17    there are no further objections that are not already of record,

18    and then we will have them all set when the jury comes in at

19    9:00.

20           MR. DISPOTO:  Okay.

21           MS. MILITELLO:  Your Honor -- and this may be

22    completely unnecessary and I am not rearguing anything -- just

23    for the record, when we stated that we wanted the instructions

24    as requested to the Court, so it's clear for the appellate

25    record, we followed the Court's request that anything in the

```
 1    standard that we wanted removed be redlined or stricken, and so
 2    we maintain those requests.
 3            The Defense requests were in bold, so anything in the
 4    instruction that was filed that is in bold is something the
 5    Defense wanted, and anything in italics was the Government's
 6    position.
 7            THE COURT:  All of that is pursuant to an order of the
 8    Court, which is a matter of record, and this draft is a matter
 9    of record both in terms of our discussion here today, but more
10    clearly and appropriately, filed in the Court file so that it
11    all will be abundantly clear to the Appellate Court.
12            MS. MILITELLO:  Thank you.  I just wanted to make it
13    clear because I don't think I specifically said today there
14    were things that we wanted that were omitted, and so we stand
15    by those requests as well.
16            THE COURT:  Sure.  Okay.  Were there any arguments
17    that -- Defense had made an argument after the Government
18    rested.
19            MS. MILITELLO:  Yes.  We would renew the Rule 29, and
20    I know we didn't get through the substance of that initially,
21    the Court allowing us to make the arguments later, so at both
22    stages, the Rule 29 for judgment of acquittal based on
23    insufficient evidence to support Ms. Kaye's intent to
24    communicate a threat to the FBI, and we would also argue that
25    the evidence isn't sufficient to overcome her First Amendment
```

1    protections inherent in the speech that she used.

2           Again, we would cite the Court to the Virginia versus

3    Black standard, that she is required to subjectively intend to

4    threaten, and that we believe the evidence is insufficient as

5    to that point.

6           We would also renew and incorporate all of the

7    arguments made in our Motion to Dismiss and in our reply to the

8    Motion to Dismiss regarding the heightened protections of

9    political speech, all the First Amendment arguments we made.  I

10   know the Court had footnoted that we could raise them at the

11   Rule 29, and so at this point I would like to incorporate those

12   motions and that reply in my motion for the Rule 29.

13          *THE COURT:*  Okay.  Any response?

14          *MR. DISPOTO:*  Your Honor, we would simply rely on the

15   testimony that has been submitted at trial.

16          *THE COURT:*  Okay.  The Court is going to deny the Rule

17   29 motion.

18          Anything further?

19          *MR. DISPOTO:*  Your Honor, can we talk about the time

20   allotted for closings, initial close, Defense close, rebuttal

21   close?  Does the Court have any time restrictions on the

22   parties?

23          *THE COURT:*  How much time do the parties need?  Let's

24   start with that.

25          *MR. DISPOTO:*  Judge, we would ask for 40 minutes on

Pauline A. Stipes, Official Federal Reporter

```
 1    the initial close and 20 minutes on rebuttal close.

 2              THE COURT:  Government wants 40 and 20.  Do you want

 3    warning between the 40 and the 20?

 4              MR. DISPOTO:  I am sorry, Judge, one moment.  Judge,

 5    we don't need warnings.

 6              THE COURT:  No warnings.  Okay.  What does Defense

 7    want?  Is 60 minutes sufficient for your closing?

 8              MR. BERRY:  I think it's probably twice as much as I

 9    need.  I was going to ask for 30.

10              THE COURT:  You can have 60.  Do you want any warning?

11              MR. BERRY:  One minute.

12              THE COURT:  If you are still standing at 59, you will

13    get a warning.

14              MR. BERRY:  If we get there, I am doing it wrong.

15              THE COURT:  That is how that will work.  I will read

16    the instructions first to the jury, I am assuming that is how

17    you want it, before your closing.  So, I will have gone over

18    all the instructions.  You will get an email tonight, you will

19    have an opportunity to be heard one last time tomorrow morning,

20    not on any new issues, but just if you catch something.

21              We will have all of the copies made, ready to go, but

22    we don't staple them so we can always change things.  We have a

23    couple to reorder, three of them to be reordered, the theory,

24    the offense, and then the note-taking one, and then pretty much

25    just going with the offense and the theory as the Court has put
```

1    in the latest version, subject to, of course, of record the

2    objections made by the Defense.

3            And then -- so the jury will come in at 9:00, I will

4    read the instructions, the verdict form, and then turn it over

5    to the Government, and then Defense, and then back to

6    Government.

7            For your closing, I would make sure all of the

8    exhibits are accessible, ready to go for Melanie to bring them

9    back as soon as closings are over, so they can start

10   deliberating.  They can't start until you have given them the

11   exhibits.

12           *MR. DISPOTO:*  We will have a clean computer and we

13   will have all of the Government exhibits either on the computer

14   or on a disc with a drive that they can read the contents of

15   the disc.

16           *THE COURT:*  What about the Defense exhibits?

17           *MS. MILITELLO:*  Ours will just be on a USB.  For

18   consistency, we'd appreciate if the Government would provide a

19   clean computer and put their exhibits on a USB and our exhibits

20   on a USB.

21           *MR. DISPOTO:*  Do you mind a disc?

22           *MS. MILITELLO:*  A disc is fine, just so they can see

23   the exhibits versus one being on a computer.

24           *MR. BERRY:*  Make sure the computer has a USB port.

25           *MR. DISPOTO:*  I would imagine it does.

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  We don't want to run into any issues
 2     tomorrow, so work with each other to make sure all of that is
 3     set.  Everything is digital, there is no hard copy of anything?
 4     You have the stipulations.  All of that is going to be on the
 5     disc, too?
 6              MR. DISPOTO:  I will put it all on the disc.
 7              THE COURT:  Basically, for the Defense exhibits, we
 8     have all of them that came in, so A through Q, they all came in
 9     today.  And for the Government exhibits, we had 1 through 8
10     that came in, and we have 11 that came in.  9 and 10 are marked
11     for ID only.
12              Is that consistent with your records?
13              MR. DISPOTO:  Yes.
14              THE COURT:  If you wait five minutes we will give you
15     a copy of the jury instructions now so you don't have to wait
16     for the email.  Bear with us, and maybe you don't have to come
17     in 8:30.  You can just put on the record that you agree with
18     the instructions now.
19              (Pause.)
20              All right.  Do you all have a new copy of the jury
21     instructions in your hands?
22              MR. DISPOTO:  Yes.
23              MS. MILITELLO:  Yes, your Honor.
24              THE COURT:  Have you had a chance to look at them?
25              MR. DISPOTO:  Not really.
```

1          THE COURT:  Take a moment.  The only thing I saw, you

2    may not care so I can leave it the way it is, I have

3    note-taking after duty to deliberate and before verdict, and I

4    think I said on the record that I was going to put it before

5    duty to deliberate.  If you want it before duty to deliberate,

6    I will move it for the final version tomorrow, but if you are

7    okay with it there, I will leave it there and make the other

8    ones the same.

9          Take a moment.  And you can see that we moved theory

10   of defense and offense instruction up so they now follow the on

11   or about, and then you can look at the interstate transmission

12   instruction and look at the theory of defense instruction,

13   because those are the only two that had substantive changes.

14         Well, I should say there were -- yes, those were the

15   two that we had discussed, and we did change the Defendant not

16   testifying to include when the Defendant -- there is just no

17   language, we took it out.

18         Tell me when you are ready on the record to say they

19   are acceptable to you.

20         MS. MILITELLO:  There is no standard instruction for

21   when the Defendant does testify?

22         THE COURT:  It is part of which instruction?

23         THE LAW CLERK:  Duty to follow instructions and

24   presumption of innocence.

25         THE COURT:  You are saying it was the removal of that

Pauline A. Stipes, Official Federal Reporter

```
 1   one paragraph, one line.  So, the duty to follow instruction

 2   and presumption of innocence, that is the instruction when the

 3   Defendant does testify.  There is not anything specific about

 4   the Defendant testifying.

 5            MS. MILITELLO:  Okay.

 6            MR. DISPOTO:  Your Honor, we have two pages of that

 7   same instruction in our packet.

 8            MS. MILITELLO:  Yes, we do.

 9            THE COURT:  Yes, I have it, too.  So, basically what

10   you have is B2.1, which is the duty to follow instructions and

11   the presumption of innocence, which is exactly as you see it,

12   and then B2.2, which is the duty to follow instructions and

13   presumption of innocence when a Defendant does not testify.

14            What you have is B2.1, because the Defendant did

15   testify.

16            We'll remove the duplicative version, we will take one

17   out.  What about everything else?

18            MS. MILITELLO:  Defense maintains their prior

19   objections and requests, but otherwise the packet is fine.

20            THE COURT:  Do you have a preference on note-taking?

21            MS. MILITELLO:  I think it is fine where it is.

22            THE COURT:  And from the Government?

23            MR. DISPOTO:  The packet is acceptable.  Thank you,

24   Judge.

25            THE COURT:  So you don't need to come in at 8:30
```

Pauline A. Stipes, Official Federal Reporter

```
 1   tomorrow morning.  Obviously, be here before 9:00 to get
 2   started.  We will have all the packets ready.
 3           Okay, have a nice evening.  We will see you tomorrow,
 4   thank you.
 5      (Thereupon, the Court was recessed.)
 6                            * * *
 7           I certify that the foregoing is a correct transcript
 8   from the record of proceedings in the above matter.
 9
10      Date:  Auguar 19, 2022
11                    /s/ Pauline A. Stipes, Official Federal Reporter
12                        Signature of Court Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Pauline A. Stipes, Official Federal Reporter

**MR. BERRY: [53]**   74/18 75/9
118/13 118/15 120/5 120/10
125/8 125/15 133/10 133/13
143/14 143/17 144/6 144/11
145/7 146/14 146/17 147/19
148/10 148/24 150/9 151/14
152/7 156/9 159/23 159/25
160/2 161/7 162/7 162/14
163/8 163/16 169/22 171/5
171/7 171/11 174/1 177/11
179/15 187/10 187/15 188/2
188/5 189/10 189/14 189/22
189/25 190/3 190/6 209/7
209/10 209/13 210/23
**MR. DISPOTO: [158]**   4/4 4/25
5/4 5/6 6/17 6/23 7/16 9/4
9/11 9/16 9/19 9/23 10/2
11/4 11/7 12/11 12/20 13/13
14/2 15/2 20/1 20/8 20/18
20/22 21/5 22/10 22/16 23/11
23/14 23/24 26/25 27/17
27/20 28/2 28/24 29/5 29/10
31/15 34/17 34/22 37/1 39/16
39/22 39/25 40/6 40/10 41/6
41/9 41/11 41/15 41/24 42/2
42/4 42/20 51/11 51/14 52/6
52/14 54/12 54/19 54/23 55/5
55/9 81/21 82/6 86/23 87/25
89/2 89/7 95/21 97/20 98/1
98/12 98/15 98/22 99/11
99/15 102/25 103/3 106/6
107/20 109/22 116/21 116/23
117/17 117/22 118/5 118/9
118/12 118/18 119/14 120/3
120/21 120/24 121/6 121/24
122/6 122/9 122/12 122/14
123/3 124/23 125/2 125/11
133/9 144/8 145/10 163/12
163/14 163/17 170/16 174/3
186/22 188/21 190/9 192/11
192/16 192/22 193/1 193/6
193/12 193/17 193/22 194/3
194/6 194/11 194/16 194/20
194/24 195/4 195/13 195/18
196/2 196/21 201/2 201/10
202/8 202/15 205/17 206/19
208/13 208/18 208/24 209/3
210/11 210/20 210/24 211/5
211/12 211/21 211/24 213/5
213/22
**MS. DARSCH: [1]**   30/22
**MS. MILITELLO: [96]**   5/8
5/14 6/25 7/3 9/8 9/12 10/13
11/1 11/11 11/14 12/1 19/19
20/16 23/8 26/23 27/10 27/15
28/1 28/4 28/8 30/5 30/13
30/15 31/2 52/10 54/17 56/21
74/16 74/23 75/1 75/6 75/13
75/20 82/1 82/9 82/15 86/21
87/21 87/24 88/13 88/20
88/22 89/23 95/24 97/25
98/17 102/23 106/3 107/16
108/11 108/23 109/20 109/25
111/13 117/25 118/24 119/4
119/10 120/9 120/16 121/8

122/17 122/20 124/22 192/13
192/18 193/3 193/8 193/14
193/19 194/1 194/8 194/13
194/18 194/22 195/1 195/14
195/19 196/3 196/23 196/25
201/14 202/17 202/19 205/11
206/20 207/11 207/18 210/16
210/21 211/22 212/19 213/4
213/7 213/17 213/20
**THE COURT: [262]**
**THE COURTROOM DEPUTY: [5]**
14/15 42/1 99/7 120/1 125/20
**THE JUROR: [1]**   34/16
**THE LAW CLERK: [3]**   74/25
75/3 212/22
**THE WITNESS: [10]**   74/21
75/4 75/23 97/23 99/10
125/23 139/14 164/14 169/25
180/1

**/**

**/s [1]**   214/11

**0**

**01 [2]**   43/3 55/20

**1**

**1-800 [2]**   71/6 71/10
**1/31/21 [1]**   160/2
**10 [9]**   2/18 36/24 36/25 37/6
56/5 122/7 122/8 122/20
211/10
**102165611692099 [1]**   55/21
**10:00 [1]**   34/8
**10:30 p.m [1]**   71/24
**11 [6]**   2/21 122/10 122/16
123/5 123/8 211/10
**11:00 [1]**   51/21
**123 [2]**   2/10 2/21
**125 [2]**   2/12 2/21
**12:00 [1]**   99/16
**12:30 [1]**   99/16
**12th [1]**   129/7
**13 [1]**   45/9
**1353 [1]**   201/7
**14 [2]**   88/4 88/6
**144 [1]**   2/23
**145 [1]**   2/24
**15 [11]**   2/3 12/12 33/22 35/2
51/20 51/24 117/13 126/22
130/7 170/23 170/25
**15th [8]**   28/1 33/2 81/15
81/16 82/5 82/18 82/21 82/24
**163 [1]**   2/13
**16th [3]**   33/10 102/11 102/14
**17 [1]**   85/9
**17th [8]**   33/7 33/11 56/15
83/1 112/21 112/22 113/23
183/3
**18 [6]**   53/9 100/6 133/8
196/9 196/15 203/2
**189 [1]**   2/14
**19 [1]**   214/10
**1979 [3]**   131/3 131/13 131/15
**1985 [1]**   132/6
**1986 [1]**   132/6
**1992 [1]**   138/2
**1:30 [3]**   117/12 117/14

117/17
**1st [10]**   49/5 71/22 74/10
74/12 74/13 93/18 107/12
107/15 150/25 183/4

**2**

**2,000 [1]**   153/9
**20 [16]**   36/2 48/3 51/21
84/10 84/12 118/3 141/16
141/18 141/19 141/21 141/21
148/19 201/7 209/1 209/2
209/3
**2003 [3]**   198/19 204/5 204/7
**2005 [2]**   132/13 132/14
**2007 [1]**   132/14
**2010 [1]**   132/13
**2015 [3]**   127/15 139/4 156/21
**2016 [6]**   132/22 133/2 133/9
133/20 134/5 134/9
**2017 [3]**   134/14 134/15
134/21
**2019 [1]**   134/21
**2020 [11]**   126/21 126/22
134/9 135/19 142/1 150/24
151/7 151/21 158/3 168/23
168/24
**2021 [41]**   6/21 15/10 23/2
33/3 37/15 46/17 49/5 49/19
52/22 54/7 54/12 55/20 55/24
56/15 57/4 58/21 74/5 74/6
74/10 74/11 76/5 76/6 76/8
76/8 76/10 102/11 105/15
105/15 105/19 106/19 109/14
111/18 126/11 150/23 154/12
168/22 188/13 188/14 198/22
201/8 204/7
**2022 [3]**   1/8 203/5 214/10
**2099 [3]**   42/11 43/10 46/25
**20th [2]**   84/14 141/22
**21 [2]**   129/1 160/2
**21-CR-80039-ROSENBERG [1]**
1/3
**21st [3]**   102/14 103/13
105/15
**22 [2]**   101/9 128/13
**233 [3]**   9/18 9/19 54/11
**24 [1]**   128/7
**24/7 [3]**   30/8 30/17 31/13
**25 [1]**   128/7
**250 [1]**   54/11
**26 [1]**   37/15
**28 [5]**   1/8 74/5 76/5 154/12
188/13
**28th [10]**   15/10 15/22 16/3
58/18 74/14 107/14 107/14
164/10 167/9 187/5
**29 [7]**   119/2 119/12 207/19
207/22 208/11 208/12 208/17
**2nd [13]**   4/19 15/24 16/19
18/21 72/10 72/21 92/19
167/6 167/19 167/21 168/3
168/10 187/6

**3**

**3-7 [1]**   41/21
**30 [1]**   209/9
**302 [1]**   81/21
**30720027814 [1]**   55/24

**3**

**31st [4]**   71/24 72/1 93/18
183/4
**33301 [1]**   1/17
**33401 [1]**   1/21
**343 [1]**   204/5
**3434 [1]**   1/24
**37 [1]**   2/18
**3:15 [1]**   170/20
**3:25 [1]**   171/7
**3:30 [1]**   46/17
**3:37:47 [1]**   49/5
**3:43:22 [1]**   49/19
**3rd [1]**   19/3

**4**

**4/20 [9]**   48/3 84/10 84/12
141/16 141/18 141/19 141/21
141/21 148/19
**40 [4]**   115/14 208/25 209/2
209/3
**403 [3]**   6/14 28/2 54/4
**41 [2]**   2/19 2/20
**450 [1]**   1/20

**5**

**5,000 [1]**   153/2
**50-second [1]**   161/9
**500 [2]**   1/16 1/20
**534 [2]**   9/17 54/11
**538 [1]**   204/5
**55 [7]**   16/15 46/17 59/22
126/25 150/3 150/6 150/9
**56 [1]**   2/4
**561-803-3434 [1]**   1/24
**561-820-8711 [1]**   1/17
**561-833-6288 [1]**   1/21
**58 [6]**   48/3 84/9 84/16 130/2
150/4 150/5
**59 [1]**   209/12

**6**

**60 [4]**   129/24 150/1 209/7
209/10
**6288 [1]**   1/21
**6472 [3]**   49/16 49/18 49/24
**6:00 [1]**   113/25
**6:00 p.m [1]**   61/18
**6th [29]**   57/2 57/7 57/10
57/19 58/6 58/14 58/16 58/18
60/8 60/14 77/3 81/9 93/5
94/15 94/22 96/1 96/7 97/20
102/21 104/10 104/12 155/20
155/23 157/17 164/22 165/17
174/24 177/22 178/2

**7**

**7814 [1]**   47/13
**7:00 o'clock [1]**   113/25
**7th [1]**   1/16

**8**

**800 [2]**   71/6 71/10
**850 [2]**   57/3 97/3
**8634 [4]**   44/2 44/6 44/24
46/10
**87 [1]**   2/5

**8711 [1]**   252/7
**875 [6]**   53/9 196/10 196/16
199/20 200/10 203/3
**8:30 [3]**   206/15 211/17
213/25
**8th [9]**   19/14 72/2 72/3
105/15 105/19 105/24 108/2
108/6 110/13

**9**

**9305 [2]**   48/16 48/19
**96 [1]**   2/6
**98 [1]**   2/7
**99 [1]**   2/9
**9:00 [4]**   191/16 206/19 210/3
214/1
**9th [16]**   19/4 19/7 19/14
19/16 26/21 27/8 32/1 39/14
44/16 45/17 51/3 51/10 64/24
72/4 73/11 80/8

**A**

**A-L-L-E-N [1]**   99/11
**a.m [3]**   34/8 113/25 191/16
**ability [2]**   93/17 94/2
**able [21]**   3/14 7/24 34/13
34/13 38/10 41/25 50/20
94/12 104/18 112/23 114/21
114/24 137/17 139/18 143/12
156/19 191/1 191/8 191/12
191/15 202/12
**about [177]**   3/14 3/15 7/7
10/20 11/21 12/3 12/23 12/25
13/8 13/19 13/21 15/10 16/17
18/24 19/7 21/4 21/12 21/23
21/24 22/7 22/7 24/6 24/8
24/9 24/21 25/20 27/18 27/21
28/25 31/21 31/25 33/13
33/23 34/5 34/23 36/7 39/11
43/25 47/24 48/12 49/7 52/12
52/25 53/2 55/19 55/23 58/17
63/23 67/17 67/19 67/20
73/15 74/7 74/8 78/3 78/7
82/8 83/18 83/22 83/24 84/2
84/3 84/4 84/9 87/4 87/8
87/10 88/10 90/15 91/3 91/15
93/8 93/10 93/13 94/14 94/16
101/4 102/6 102/17 105/16
108/21 109/7 109/8 110/3
111/12 113/3 117/9 117/13
119/18 130/1 131/12 132/16
132/18 135/16 136/6 136/8
136/12 136/13 136/23 137/2
137/9 137/11 138/19 138/19
139/5 139/23 140/24 141/6
141/10 141/11 141/11 141/15
141/18 142/16 142/23 143/8
145/2 145/25 146/3 148/6
149/10 149/10 149/16 150/22
151/9 151/13 151/21 152/18
155/19 155/20 155/24 156/15
156/17 157/8 157/9 159/15
161/11 162/11 162/12 164/21
165/14 165/15 165/17 165/22
167/5 168/9 168/11 170/9
170/13 170/15 174/1 174/23
175/21 176/16 177/22 178/1
178/17 179/11 179/11 180/4

**183/17 185/14 191/13 194/10
195/12 195/16 195/18 197/6
197/20 199/1 199/17 202/6
208/19 210/16 212/11 213/3
213/17
**above [3]**   115/14 136/10
214/8
**absolutely [21]**   34/4 54/18
58/4 59/5 59/14 63/5 63/7
69/1 70/5 72/6 78/25 79/22
80/1 86/1 92/3 92/7 97/11
100/19 167/1 171/11 184/12
**abundantly [1]**   207/11
**academy [2]**   101/10 101/11
**accept [13]**   134/25 192/6
194/7 194/9 194/12 194/14
194/17 194/19 194/21 194/23
194/25 195/2 202/16
**acceptable [10]**   119/14
192/11 192/25 193/6 193/12
193/16 193/22 196/21 212/19
213/23
**accepted [1]**   205/2
**access [7]**   38/10 91/25 92/12
92/16 93/17 94/4 94/12
**accessible [1]**   210/8
**accessing [2]**   38/1 38/6
**accident [2]**   149/22 156/23
**accomplish [2]**   13/18 13/19
**according [3]**   49/15 166/19
173/5
**accordingly [2]**   10/12 54/17
**account [20]**   42/10 43/4
43/10 43/23 46/25 47/13
47/16 47/16 47/18 47/20
47/24 48/15 52/25 54/24 68/9
68/11 73/22 77/6 170/1
203/12
**accounts [6]**   36/11 36/18
73/24 93/9 93/10 94/8
**accumulate [2]**   140/13 140/14
**accuracy [1]**   193/25
**accurate [7]**   81/21 154/25
159/20 159/21 198/7 199/4
199/5
**accurately [1]**   164/4
**acquittal [1]**   207/22
**acronym [2]**   136/4 141/21
**act [10]**   80/20 169/16 173/22
173/25 174/1 174/8 174/11
199/16 199/18 200/22
**acted [1]**   29/14
**acting [3]**   100/10 132/3
173/21
**action [1]**   179/9
**activities [2]**   59/25 60/2
**actress [1]**   182/19
**actual [5]**   36/20 38/1 38/4
149/19 168/20
**actually [21]**   21/10 34/10
35/3 71/23 93/5 95/7 95/10
102/14 112/13 112/19 116/15
122/3 131/9 132/14 142/20
143/6 152/11 153/11 158/15
202/14 203/14
**add [1]**   110/1
**addition [4]**   32/19 102/2
113/19 129/5

**A**

additional [13]   6/20 13/7
15/22 18/20 82/4 82/4 82/6 82/17
83/14 99/1 121/2 151/12
197/17 204/21
address [22]   4/17 4/21 5/3
16/3 30/7 59/8 59/9 59/11
59/15 59/15 59/17 104/15
104/19 119/2 121/11 162/14
166/11 171/6 173/6 173/7
173/10 174/18
addressed [4]   5/16 8/9 71/12
198/8
addressing [1]   175/24
adjust [1]   14/13
admissible [1]   8/22
admission [1]   11/23
admit [6]   10/24 41/18 54/5
121/21 121/22 145/8
admitted [15]   22/15 22/23
41/11 41/13 41/19 120/24
121/5 122/5 123/7 125/13
144/10 145/12 146/17 146/18
159/24
admitting [1]   53/10
adult [3]   35/17 35/18 126/25
advance [1]   16/7
advise [1]   121/18
Adviser [1]   175/9
Aerosmith [1]   141/8
affect [1]   20/13
affidavit [7]   30/19 32/3
32/5 32/13 32/17 32/19 90/2
affiliated [1]   117/10
affirming [1]   28/21
afford [1]   63/22
afraid [1]   106/4
after [77]   7/6 15/14 15/21
17/17 18/3 18/10 21/3 21/4
21/9 21/16 21/20 26/21 27/7
32/1 32/24 34/11 35/24 36/1
36/3 36/9 38/23 38/23 52/15
52/24 53/14 61/15 63/8 80/8
86/12 87/9 89/25 92/19 93/17
103/10 103/15 104/2 105/7
110/21 111/18 115/23 116/19
117/6 117/22 118/24 119/8
121/10 121/11 126/21 130/22
144/24 151/12 151/23 152/13
155/9 155/22 157/15 158/24
165/18 166/24 172/23 173/16
181/5 181/6 182/23 183/9
190/23 195/8 195/9 195/10
195/12 195/15 195/18 195/22
195/25 196/1 207/17 212/3
afternoon [7]   117/21 123/13
123/14 126/2 163/21 163/22
190/21
again [21]   28/3 43/9 62/5
62/8 77/2 83/18 87/2 92/20
138/18 153/23 154/20 159/4
161/3 161/6 161/7 166/23
181/18 182/10 202/25 205/20
208/2
against [3]   108/11 108/22
147/15
age [2]   115/10 115/13

agency [5]   57/1 57/25 57/12
105/20 123/16 131/20
agent [92]   4/3 4/4 10/2
14/24 15/6 16/6 21/20 22/15
22/22 23/5 23/19 24/2 26/3
26/10 28/21 31/21 35/10 37/5
40/9 42/8 44/15 51/1 52/20
56/25 58/23 58/25 81/25
85/22 87/4 88/4 88/6 90/20
98/17 100/1 101/6 101/8
101/12 101/14 102/8 102/12
104/4 104/6 104/20 104/21
105/7 105/11 105/17 107/10
107/14 107/25 108/5 108/11
108/21 108/22 109/9 109/10
109/11 109/11 109/12 110/19
115/16 121/16 122/2 123/15
141/18 155/12 155/19 156/15
157/1 157/8 163/5 163/7
164/10 164/12 164/16 166/4
166/7 166/25 167/7 167/9
172/23 173/16 177/21 177/25
179/2 179/13 182/4 182/6
182/8 187/4 187/6 188/14
agents [31]   4/20 6/11 7/13
10/8 11/17 11/18 12/6 13/16
24/11 35/9 52/21 80/22 80/24
81/14 82/17 83/9 85/18 85/19
101/23 102/1 102/2 102/8
104/4 112/22 113/4 113/5
113/8 113/16 113/19 115/17
124/15
ago [3]   26/20 49/8 78/1
agree [46]   7/18 13/24 31/12
44/15 50/5 55/16 56/10 57/2
59/20 61/17 63/4 63/11 64/6
64/24 65/25 66/5 66/8 67/5
67/7 67/24 69/5 69/11 71/12
74/9 76/4 77/10 77/21 78/18
79/3 79/11 79/19 80/12 83/22
96/5 118/18 119/6 156/5
157/1 158/3 173/19 181/14
182/14 184/21 195/8 195/15
211/17
agreed [5]   10/15 12/4 165/19
166/7 191/23
agreeing [1]   121/3
agreement [4]   12/22 52/8
52/9 192/5
agrees [2]   53/18 119/12
Agriculture [1]   189/19
ahead [2]   112/15 121/10
air [4]   101/14 101/15 112/11
112/13
Al [1]   101/7
Al-Qaeda [1]   101/7
alert [1]   68/22
algorithm [1]   170/6
Alive [1]   150/9
all [131]   3/6 4/1 4/14 4/18
5/20 6/16 9/1 13/24 14/8
14/15 14/16 14/19 18/13
19/18 20/13 21/22 25/21
27/22 30/20 31/9 34/18 34/18
40/4 42/5 46/22 52/13 54/21
58/14 61/5 61/8 64/24 67/7
67/8 67/21 75/20 76/14 76/17
77/2 80/5 80/12 86/22 87/17

87/19 91/22 95/24 97/18 98/7
98/13 110/13 113/18 116/24
117/3 118/5 118/20 124/25
125/6 131/20 131/23 135/5
136/10 136/13 136/21 136/21 138/18
141/2 142/1 145/19 150/14
150/23 150/25 150/25 153/9
153/11 153/18 154/11 159/2
161/19 163/5 171/4 171/13
172/8 172/9 172/15 172/16
173/22 183/8 186/25 187/24
188/2 188/10 188/16 188/17
188/18 188/18 188/20 188/20
189/12 190/5 190/6 190/11
190/19 190/25 191/20 191/22
195/8 195/24 196/5 197/2
201/4 202/15 202/19 202/21
202/23 204/3 206/14 206/18
207/7 207/11 208/6 208/9
209/18 209/21 210/7 210/13
211/2 211/4 211/6 211/8
211/8 211/20 211/20 214/2
allege [1]   175/2
alleged [9]   4/12 5/18 8/23
53/5 53/7 54/7 77/7 106/13
206/3
alleging [1]   8/5
ALLEN [12]   2/8 10/2 19/8
21/20 52/20 98/17 99/7 99/11
99/25 107/25 108/21 122/2
allocate [1]   113/4
allotted [1]   208/20
allow [6]   10/16 14/25 29/19
31/10 94/4 205/6
allowed [2]   8/18 9/2
allowing [1]   207/21
alluding [2]   107/16 200/9
almost [2]   4/14 5/25
alone [1]   16/5
along [3]   44/21 142/10
171/15
already [16]   22/19 45/16
97/3 146/18 147/21 148/12
150/11 151/9 151/16 152/8
180/5 187/3 187/13 199/22
199/23 206/17
also [32]   9/2 28/2 43/4
47/20 48/21 53/25 56/5 56/16
67/2 69/8 70/8 76/23 83/24
91/21 93/8 98/25 101/17
107/12 107/18 110/2 113/20
120/8 121/22 121/25 148/11
172/3 172/6 187/5 188/6
204/11 207/24 208/6
altered [1]   172/2
Alternatively [1]   4/21
although [3]   121/11 201/11
203/10
always [6]   14/7 20/7 117/8
132/18 196/17 209/22
am [122]   3/17 6/24 9/5 10/14
14/5 14/7 14/13 19/25 20/2
20/4 20/16 20/24 21/22 21/24
22/11 22/22 24/22 27/18
27/20 28/25 31/10 36/23
39/23 40/9 44/1 44/4 47/7
49/23 50/17 52/15 54/25
58/25 60/2 60/7 65/9 65/24

**A**

am... [86]   66/7 66/16 67/12
68/10 73/25 74/10 75/1 77/9
79/16 79/20 80/23 81/1 81/21
81/22 82/6 83/17 89/14 92/24
93/12 96/12 96/18 96/22
96/24 99/1 106/4 106/7
106/22 107/17 108/12 109/7
110/8 111/10 127/2 127/9
127/25 129/24 132/10 132/10
132/23 135/3 136/3 136/7
137/6 138/18 139/19 141/1
141/7 141/12 141/14 141/16
141/19 144/18 150/5 153/20
153/23 154/11 154/23 156/7
156/10 160/13 163/1 164/14
164/15 168/9 169/3 169/23
174/4 177/5 179/4 179/4
179/11 179/11 185/9 189/7
192/4 193/23 202/6 202/10
202/18 203/3 205/5 205/19
206/22 209/4 209/14 209/16
ambiguous [1]   177/7
amended [3]   55/12 122/15
197/25
Amendment [23]   64/2 86/9
136/24 136/25 137/3 137/4
137/7 137/10 137/11 137/12
163/2 176/24 177/10 197/4
197/6 197/11 197/13 198/13
201/18 201/23 201/25 207/25
208/9
amendments [1]   136/24
AMERICA [6]   1/4 55/11 55/14
56/5 56/8 136/9
America's [3]   136/9 136/10
136/10
American [3]   141/12 141/12
141/14
among [3]   32/1 107/1 204/4
amount [3]   146/8 180/22
180/24
amplify [1]   152/22
analysis [1]   198/6
analyst [1]   73/7
analysts [6]   58/8 73/2 77/21
102/2 102/4 102/6
analytical [1]   24/24
Android [1]   96/20
aneurysm [1]   127/15
Angeles [2]   101/5 130/14
anger [1]   24/16
angle [2]   39/5 39/8
angry [25]   43/20 45/25 48/3
84/7 84/10 84/17 140/20
141/1 141/1 141/2 141/3
141/3 141/4 141/6 141/6
141/7 141/10 173/16 173/20
173/21 175/14 181/15 182/15
182/18 182/25
annotation [2]   203/10 204/2
annotations [1]   203/8
another [18]   21/1 62/11
77/18 77/22 78/18 83/13
98/10 103/20 122/11 144/16
148/20 149/10 152/7 162/6
162/7 162/23 180/10 180/11

answer [19]   16/22 17/8 17/9
17/18 17/23 18/25 19/20 20/7
30/14 31/14 168/4 168/9
169/23 173/8 177/5 187/22
189/7 189/9 189/10
answered [6]   108/24 168/5
177/12 179/18 179/19 187/12
answering [1]   176/5
answers [2]   28/18 187/20
anticipated [1]   103/2
Antonia [1]   129/9
anxiety [1]   164/16
any [107]   6/17 8/14 10/23
11/17 11/22 12/17 13/11
13/25 15/22 16/22 17/12
17/23 19/5 23/11 23/21 25/6
25/15 25/17 27/14 27/18
27/19 30/4 33/19 33/23 34/13
35/4 35/19 35/21 36/7 36/9
36/10 37/20 40/11 51/22
53/20 54/9 54/16 56/20 58/15
65/20 69/7 69/24 71/1 72/19
73/5 75/20 77/17 77/17 78/16
81/25 82/4 82/6 82/16 83/14
86/18 86/23 87/20 89/16
91/22 92/12 92/16 92/23
94/21 98/11 98/20 100/15
101/8 101/12 104/14 105/6
107/17 108/16 109/3 110/24
111/18 112/7 116/10 117/9
117/10 117/18 125/8 128/1
129/13 130/22 132/3 145/10
151/6 155/2 157/13 163/5
163/7 167/14 170/21 170/21
173/25 174/3 183/25 188/24
189/21 194/3 202/12 207/16
208/13 208/21 209/10 209/20
211/1
anybody [8]   3/14 21/8 35/6
35/13 82/9 128/20 135/2
178/13
anymore [1]   23/6
anyone [13]   17/10 19/4 32/14
33/16 51/23 52/2 91/15 93/21
117/9 117/11 168/2 170/22
171/2
anything [31]   10/10 21/3
27/15 55/5 58/11 72/20 75/18
77/3 77/24 98/21 98/22
100/19 117/10 124/15 125/2
130/23 133/23 142/4 173/24
178/4 189/14 190/8 201/1
202/7 206/22 206/25 207/3
207/5 208/18 211/3 213/3
anywhere [4]   33/22 99/1
167/22 200/2
aortic [1]   127/15
apartment [10]   16/1 16/14
16/16 86/12 86/14 86/16
86/18 114/2 124/2 158/23
apartments [1]   16/13
apologies [2]   41/7 168/24
apologize [1]   34/17
apparently [4]   83/13 84/17
89/25 120/12
appear [3]   45/21 119/18
182/14
APPEARANCES [1]   1/13

appears [5]   46/1 50/5 150/17
162/2 184/16
appellate [3]   197/19 206/24
207/11
Apple [3]   96/6 96/9 96/19
applicable [1]   199/13
application [3]   37/9 122/8
142/19
applied [1]   142/7
applies [2]   193/24 194/1
apply [2]   142/6 153/7
appointed [1]   79/13
appointment [6]   62/9 62/10
62/20 62/21 62/24 92/21
appreciate [2]   201/17 210/18
approach [8]   27/12 28/5 28/6
35/4 37/2 75/8 75/11 115/23
appropriate [6]   114/4 191/10
204/18 204/24 205/2 205/23
appropriately [1]   207/10
approximate [3]   106/22
115/10 115/12
approximately [8]   18/3 33/18
36/13 49/20 106/19 113/7
114/15 126/19
April [2]   84/14 141/21
April 20th [1]   84/14
archived [1]   76/14
are [242]
area [1]   115/23
arena [1]   201/23
arguably [1]   29/21
argue [2]   8/22 207/24
argues [1]   53/4
arguing [2]   205/21 206/10
argument [23]   5/11 5/13 5/15
7/4 10/15 29/24 30/4 31/12
119/7 119/8 119/9 119/13
191/25 193/11 197/17 200/10
202/12 204/8 204/12 204/23
205/22 206/11 207/17
argumentative [2]   179/17
188/6
arguments [9]   5/9 190/17
190/23 204/23 205/21 207/16
207/21 208/7 208/9
armed [1]   115/17
Army [3]   101/17 101/17
175/11
around [19]   29/9 36/14 36/16
51/2 58/13 61/15 61/18 71/24
113/25 151/20 153/25 154/3
154/5 154/8 154/17 164/2
164/8 168/1 180/15
arrest [59]   12/24 26/7 27/10
27/25 28/13 28/15 28/16 29/5
29/7 29/16 29/20 31/4 32/22
33/10 33/13 33/17 33/25 34/5
34/9 34/11 34/24 35/12 53/3
54/6 56/15 62/5 62/24 80/10
80/17 81/14 83/1 83/2 83/8
86/6 86/10 89/25 111/23
112/7 112/8 112/9 112/11
112/13 112/14 112/16 112/17
112/19 113/6 113/10 113/11
114/7 114/12 114/12 115/3
116/4 123/18 153/2 181/22
181/24 182/23

# A

**arrested [19]**   8/2 29/9 30/1 30/24 33/5 34/7 36/9 52/24 85/8 85/13 85/18 86/12 112/4 124/5 162/21 183/1 183/3 183/9 183/12
**arresting [1]**   85/18
**arrests [1]**   31/9
**arrival [1]**   116/2
**arrive [1]**   113/23
**arrived [2]**   14/18 16/9
**art [2]**   26/11 105/1
**ARTHUR [4]**   2/2 2/8 102/9 104/5
**articulate [2]**   27/12 107/4
**artist [1]**   184/16
**as [145]**   4/6 6/2 6/6 7/24 8/17 8/23 10/11 12/4 12/20 13/20 13/24 18/21 22/16 22/23 23/18 23/24 24/7 26/10 28/24 29/16 29/21 34/20 35/11 37/11 38/19 39/10 39/20 39/20 43/10 43/15 43/15 44/1 47/8 50/19 52/10 54/14 55/17 55/21 55/24 56/11 56/14 58/23 70/6 70/23 76/10 77/6 81/9 82/12 84/16 88/6 89/16 89/21 91/24 92/4 92/16 98/20 100/12 101/14 101/17 102/12 108/10 108/10 108/19 108/24 108/24 109/2 109/2 109/14 109/17 110/10 110/17 112/6 114/10 114/10 115/12 115/15 115/20 115/20 117/18 118/9 119/9 119/23 121/16 121/20 129/11 129/11 131/9 133/4 133/7 133/24 137/7 140/22 142/8 143/4 143/7 145/18 147/13 155/12 157/20 164/7 164/12 164/16 172/18 172/22 173/2 173/13 177/23 178/6 179/22 180/23 181/15 182/19 191/14 192/2 196/11 196/11 197/21 197/24 198/3 198/23 199/4 199/12 201/13 203/15 203/20 204/6 204/17 204/19 204/24 205/2 205/10 205/12 205/20 206/7 206/12 206/16 206/24 207/15 208/4 209/8 209/8 209/25 210/9 210/9 213/11
**ask [43]**   4/6 20/8 21/1 21/2 29/1 29/10 30/10 31/13 33/9 37/5 38/5 53/2 54/12 63/20 73/21 73/25 78/22 79/13 82/15 86/16 87/4 88/11 88/24 89/21 137/9 139/13 141/15 149/10 155/13 158/9 168/5 170/14 171/12 177/5 179/19 182/3 189/15 189/17 191/14 196/19 197/16 208/25 209/9
**asked [27]**   4/10 59/11 60/7 60/8 62/13 79/4 79/6 79/9 87/5 87/7 87/10 88/10 91/3 91/15 93/12 94/15 108/24 155/21 156/18 156/18 164/24 165/17 166/6 177/12 179/18

179/19 180/22
**asking [19]**   11/12 11/25 20/2 20/4 27/18 28/25 90/11 90/16 96/16 96/18 103/2 109/7 163/15 168/9 174/4 179/4 179/5 180/20 198/20
**aspect [1]**   8/10
**aspects [1]**   109/4
**ass [4]**   91/11 163/2 176/25 177/10
**assess [1]**   103/19
**assessing [1]**   4/12
**assets [1]**   111/20
**assign [1]**   104/4
**assigned [9]**   100/24 101/5 101/6 101/17 104/3 104/6 104/20 104/23 107/10
**assigning [1]**   105/8
**assignment [5]**   18/15 19/2 19/19 20/14 105/17
**assist [2]**   38/5 38/8
**assistant [3]**   55/15 56/9 128/19
**assisted [1]**   131/5
**assisting [1]**   38/20
**associated [4]**   39/22 51/23 117/11 170/22
**assume [7]**   57/21 68/7 72/8 88/6 91/6 91/6 103/25
**assumes [1]**   179/17
**assuming [2]**   154/23 209/16
**assured [1]**   154/10
**attach [1]**   52/10
**attached [1]**   75/15
**attack [2]**   30/11 31/14
**attempt [2]**   24/9 121/2
**attempted [2]**   15/25 22/10
**attempting [1]**   22/8
**attempts [1]**   18/17
**attend [1]**   130/22
**attending [1]**   101/11
**attention [7]**   6/20 43/13 48/11 102/11 110/13 154/11 160/15
**Attorney [3]**   28/23 55/15 56/9
**Attorney's [7]**   1/15 26/21 27/8 27/16 32/16 111/7 111/11
**attorneys [1]**   190/16
**audience [10]**   70/12 151/25 157/25 158/2 169/19 170/3 170/10 182/17 185/9 185/10
**audiences [3]**   146/13 147/3 170/4
**audio [1]**   114/24
**Auguar [1]**   214/10
**Australian [1]**   1/20
**authenticate [1]**   121/3
**author [2]**   43/15 43/18
**authored [1]**   98/25
**authority [1]**   26/7
**authorize [2]**   28/15 28/15
**automatically [4]**   30/20 149/9 180/13 180/14
**available [11]**   25/1 25/7 26/4 30/8 30/17 56/14 93/19 96/21 169/11 170/10 184/19

**Avenue [1]**   1/20
**avoid [3]**   88/2 103/1 112/13
**aware [21]**   23/17 65/8 65/10 65/14 68/7 68/9 68/19 79/16 82/4 82/6 82/16 94/1 96/18 96/22 96/23 96/24 96/25 99/1 115/9 169/17 169/20
**away [3]**   29/14 71/15 176/6
**awful [1]**   11/24
**awhile [1]**   170/18

# B

**B2.1 [2]**   213/10 213/14
**B2.2 [1]**   213/12
**Bachelor's [1]**   101/22
**back [76]**   3/8 4/4 14/22 16/3 18/1 20/7 25/6 25/11 28/9 36/16 37/23 39/13 42/2 44/4 44/16 45/15 46/6 51/10 51/23 54/21 55/3 61/17 62/14 62/13 62/22 63/2 63/3 63/6 69/14 72/10 83/17 87/8 87/12 87/15 87/18 92/25 103/11 104/22 114/9 116/17 116/21 117/12 117/14 117/17 122/24 126/7 129/4 130/17 135/3 135/13 148/25 162/10 167/2 170/20 170/23 171/17 177/25 182/3 183/9 183/11 183/16 190/18 190/22 190/25 191/1 191/8 195/6 195/21 197/24 202/11 202/21 202/25 204/14 206/1 210/5 210/9
**backed [1]**   179/8
**background [2]**   113/14 152/15
**backing [1]**   28/23
**bad [1]**   158/23
**bait [1]**   177/4
**bake [2]**   148/17 148/18
**balancing [1]**   6/14
**band [1]**   184/5
**barked [1]**   168/7
**barred [1]**   54/3
**based [7]**   7/11 93/17 94/7 95/12 112/10 205/14 207/22
**basically [7]**   20/15 22/8 37/24 64/18 151/6 211/7 213/9
**bathroom [1]**   189/7
**be [170]**   3/1 3/7 3/14 5/2 5/12 6/5 6/14 7/14 7/15 7/24 9/15 10/2 10/3 12/8 14/5 14/22 20/22 23/6 26/22 27/9 29/18 30/4 30/19 30/20 31/11 31/22 32/14 32/20 33/16 34/1 35/14 41/2 41/6 41/9 41/23 41/25 45/8 45/21 46/1 46/21 50/1 50/5 50/18 51/8 51/20 53/11 53/16 54/21 55/3 56/4 56/16 57/9 59/9 62/8 65/11 70/17 72/19 75/14 78/19 87/18 89/3 89/22 90/11 93/14 95/16 96/12 98/18 101/8 103/19 104/12 104/15 106/8 107/20 110/18 112/4 113/5 116/3 116/16 117/1 117/5 117/11 117/17 117/25 118/3 118/16 118/17 119/1 119/18

**B**

**be... [82]**   120/24 121/12
122/10 122/24 126/20 128/7
128/21 132/17 132/24 137/17
142/6 142/7 142/8 142/9
142/23 143/12 143/24 144/25
144/25 146/13 152/3 153/7
156/19 159/20 160/23 162/2
168/21 168/22 170/18 170/25
171/9 171/18 174/11 177/3
178/1 179/8 182/19 184/16
185/1 185/4 185/6 185/16
185/20 186/1 187/19 190/5
190/14 191/1 191/8 191/11
191/13 191/15 191/15 192/25
195/9 195/10 195/11 195/25
196/25 198/3 200/17 202/12
202/21 202/23 203/7 203/12
203/20 204/10 205/5 205/7
205/8 205/13 206/2 206/14
206/21 207/1 207/11 209/19
209/23 210/17 211/4 214/1
**BEACH [11]**   1/2 1/7 1/21 1/24
21/25 36/5 100/1 100/14
100/17 110/8 110/9
**Beach/Ft [1]**   1/24
**Bear [1]**   211/16
**became [2]**   5/24 173/16
**because [51]**   3/15 5/13 7/5
7/6 7/12 14/9 14/12 28/20
35/11 53/13 53/24 53/25
64/11 65/5 67/5 69/8 76/19
81/23 85/25 90/1 90/12
113/14 115/19 116/15 122/5
133/23 156/19 158/22 160/21
160/25 168/6 169/12 175/14
181/11 182/17 183/1 183/11
185/3 186/20 188/16 188/20
191/6 193/21 196/11 197/18
199/20 200/10 201/5 207/13
212/13 213/14
**become [3]**   131/2 132/21
142/5
**becomes [1]**   69/2
**becoming [2]**   101/11 142/19
**bed [2]**   166/24 172/23
**been [55]**   13/22 16/2 22/15
22/22 32/19 33/14 39/10 47/8
47/8 47/11 49/20 55/17 56/11
78/24 88/4 88/8 88/12 89/13
94/11 94/20 97/3 100/5
100/10 104/23 105/24 127/16
129/25 131/18 131/19 131/24
132/11 132/18 133/7 143/4
146/17 146/18 147/7 151/23
154/20 164/21 167/13 167/24
167/25 168/1 168/23 170/9
170/15 172/10 175/2 179/18
179/19 188/5 197/25 203/15
208/15
**before [46]**   1/11 4/5 5/3
12/6 23/13 26/13 27/17 32/14
33/10 37/5 42/13 52/24 73/11
76/10 79/16 85/23 99/5 101/4
101/5 103/7 106/1 110/3
120/13 121/9 122/1 143/6
143/6 143/13 148/6 150/1

154/19 157/23 179/14 182/22
183/15 187/19 189/2 195/4
196/1 205/4 205/7 209/17
212/3 212/4 212/5 214/1
**began [2]**   47/2 134/12
**begged [1]**   129/11
**begin [2]**   99/5 191/16
**beginning [5]**   139/10 141/5
174/18 181/19 200/9
**behind [4]**   113/19 156/23
156/25 179/7
**being [29]**   7/19 15/14 24/7
25/15 39/18 40/4 41/5 48/25
50/19 58/15 87/10 93/10
113/4 115/1 116/3 116/12
142/4 151/7 165/9 165/12
167/3 169/18 173/20 179/22
186/5 188/2 203/23 204/1
210/23
**belabor [1]**   197/1
**belief [1]**   152/2
**beliefs [2]**   136/8 137/11
**believable [2]**   174/11 174/13
**believe [70]**   4/10 7/5 9/24
13/16 14/11 15/13 15/18
16/15 16/17 18/1 19/13 24/2
27/7 31/21 33/7 33/12 41/3
51/1 58/22 59/2 60/2 65/19
86/17 87/12 88/11 88/18
90/11 90/24 93/5 94/10 94/15
98/23 106/1 109/8 135/17
136/7 137/4 137/6 137/10
137/13 141/13 141/13 147/7
163/25 164/20 169/3 173/25
174/15 175/17 176/13 178/5
178/8 178/8 178/11 178/22
178/24 179/1 179/5 179/14
182/18 184/4 185/25 186/3
186/25 200/5 200/14 200/16
200/18 202/19 208/4
**believed [10]**   35/13 63/14
94/20 108/21 116/10 133/23
165/9 173/5 175/15 182/19
**below [1]**   46/1
**benefit [2]**   3/9 5/13
**BERRY [4]**   1/19 2/12 2/14
52/11
**Besides [1]**   142/4
**best [12]**   17/5 19/4 34/6
38/15 38/17 107/18 108/5
108/24 111/1 113/22 119/22
161/23
**better [3]**   16/10 177/17
201/17
**between [14]**   12/22 19/3 33/8
44/20 99/17 103/17 103/21
105/15 134/9 150/25 158/14
191/6 200/15 209/3
**beyond [9]**   6/12 6/13 12/7
13/7 27/13 55/18 56/12 106/5
110/2
**Biden [1]**   83/24
**big [1]**   143/2
**biller [1]**   131/20
**binding [2]**   198/11 200/19
**bio [1]**   140/23
**bit [13]**   5/3 31/16 64/10
68/3 93/25 99/3 114/17

132/15 132/16 136/6 140/15
149/1 153/19
**Black [20]**   7/11 197/23
198/17 198/19 198/22 199/2
199/3 199/3 199/8 199/10
199/12 199/25 200/10 200/13
200/19 200/24 204/5 204/7
204/8 208/3
**blocks [1]**   76/16
**blood [1]**   131/7
**blue [1]**   42/4
**Boca [5]**   15/25 59/17 83/5
126/16 126/18
**bold [2]**   207/3 207/4
**bolstering [2]**   28/10 111/15
**bond [1]**   184/25
**Boomers [1]**   150/7
**born [3]**   129/7 130/3 130/4
**boss [3]**   18/24 24/21 87/17
**both [10]**   38/21 50/13 75/16
77/16 94/1 122/6 122/6
180/12 207/9 207/21
**bottle [5]**   86/20 159/18
160/7 160/8 160/14
**bottom [1]**   43/14
**Boulevard [1]**   1/16
**break [15]**   3/24 51/1 51/18
99/6 99/13 99/18 117/2 117/5
117/6 170/16 171/9 171/12
184/25 205/4 205/7
**breakfast [1]**   146/23
**breaking [3]**   4/23 99/4 99/15
**breath [3]**   160/19 184/2
184/24
**Bret [2]**   128/10 128/13
**brethren [1]**   148/19
**Bretraya [3]**   128/4 128/11
128/12
**brief [1]**   119/1
**briefly [3]**   83/18 95/25
130/13
**bring [10]**   14/19 52/5 54/14
116/17 121/8 121/9 122/22
124/17 152/17 210/8
**bringing [3]**   12/3 13/1
119/25
**brings [1]**   13/6
**bro [4]**   63/11 63/12 155/15
176/20
**broadcast [2]**   115/1 169/14
**broader [1]**   170/3
**broke [2]**   15/9 113/9
**Brooklyn [3]**   130/4 130/5
153/20
**brought [2]**   191/15 196/12
**Broward [2]**   1/16 13/17
**building [2]**   16/17 142/22
**Bulls [1]**   162/24
**burgundy [1]**   45/18
**business [2]**   45/9 65/8
**button [1]**   162/4
**buy [3]**   78/3 154/7 154/8

**C**

**California [7]**   65/12 130/11
130/20 130/21 134/17 134/20
134/22
**call [45]**   16/7 17/23 24/8

**C**

**call... [42]**  59/8 62/13
62/14 62/22 63/6 63/10 63/12
63/25 66/1 68/20 71/10 74/5
89/2 89/15 89/19 89/20 97/11
98/15 102/25 107/6 113/12
121/14 125/17 153/8 154/15
154/18 154/20 155/2 155/9
155/10 155/19 157/11 166/21
167/7 167/18 174/22 187/4
187/6 188/14 188/20 189/2
189/4
**call-ins [1]**  97/11
**called [27]**  15/15 16/13 59/8
61/14 61/17 61/24 63/2 63/3
63/11 69/14 91/7 116/16
127/6 141/2 150/8 155/5
155/8 155/21 157/9 164/10
167/9 172/23 172/25 173/9
184/5 187/8 188/19
**caller [1]**  167/14
**calling [5]**  24/9 59/6 91/3
122/11 156/2
**calls [10]**  19/20 26/24 98/16
108/25 111/15 172/15 172/16
187/9 188/11 188/11
**came [31]**  9/16 12/8 23/14
24/11 25/25 35/15 36/15
37/18 45/1 64/1 85/19 91/11
102/15 110/12 112/24 124/19
129/10 139/7 139/7 158/23
167/10 168/2 168/6 178/15
178/23 179/13 203/21 211/8
211/8 211/10 211/10
**campaigned [1]**  133/21
**can [125]**  3/8 3/24 4/21 6/24
8/6 10/14 10/20 12/4 12/23
12/25 14/12 16/11 20/7 21/2
22/5 29/11 30/2 30/11 30/14
31/3 31/8 31/14 31/14 31/16
31/17 35/6 37/20 39/3 40/11
42/3 46/21 51/18 52/20 54/5
54/20 65/11 65/15 66/2 68/16
68/20 70/11 70/15 70/17 74/1
74/20 74/22 75/8 79/1 79/13
79/14 80/2 80/20 81/24 82/8
82/19 87/15 89/1 90/10 93/14
95/25 96/15 96/16 98/2 99/5
100/2 103/1 104/22 107/3
107/20 109/4 109/17 110/6
112/1 114/6 119/6 119/7
119/13 120/9 120/15 120/24
121/8 121/11 122/22 123/1
125/18 126/7 126/23 130/5
133/11 133/13 139/13 141/13
143/3 144/12 146/15 146/19
147/20 148/11 148/25 149/1
150/10 156/12 160/3 161/8
161/11 162/15 169/19 170/5
171/4 187/15 187/18 188/21
189/22 190/24 196/10 208/19
209/10 209/22 210/9 210/14
210/22 211/17 212/2 212/9
212/11
**can't [14]**  13/18 50/23 57/21
60/1 65/20 74/8 114/17 130/4
158/22 158/22 167/12 169/21

**204/22 212/20**
**cancer [1]**  134/18
**cannabis [1]**  141/21
**cannot [3]**  10/22 54/7 138/14
**capabilities [1]**  96/15
**capacities [1]**  71/2
**capacity [3]**  100/10 101/2
102/12
**Capitol [13]**  57/4 58/1 58/10
58/10 93/5 95/7 96/7 96/10
96/20 97/5 102/22 164/21
174/24
**car [1]**  61/4
**care [9]**  90/6 134/17 186/5
186/8 186/10 186/12 186/14
186/15 212/2
**career [2]**  131/15 132/4
**carried [2]**  113/15 115/3
**carry [1]**  189/20
**case [71]**  1/3 4/9 4/14 5/8
5/15 6/10 6/13 6/20 6/21
6/22 7/2 7/23 8/19 8/20 8/23
9/14 11/20 11/24 12/10 14/8
24/20 28/13 28/19 29/6 30/22
31/1 31/2 33/6 36/8 51/22
51/23 63/8 77/13 93/2 94/8
110/18 110/25 113/20 115/18
117/8 117/10 117/11 117/25
118/3 121/10 133/16 133/17
138/20 151/6 155/2 157/13
159/6 163/1 170/21 170/22
190/17 196/16 197/22 198/11
201/5 203/9 203/16 204/6
204/10 204/18 204/19 205/25
206/1 206/1 206/6 206/9
**cases [18]**  5/20 6/19 9/1
30/21 31/4 31/5 31/5 80/12
100/17 100/18 109/15 109/19
110/7 110/11 198/9 204/3
204/5 205/24
**catch [1]**  209/20
**category [1]**  198/16
**caused [1]**  134/15
**caution [3]**  194/15 195/10
195/23
**cease [1]**  110/24
**cell [6]**  17/19 57/20 58/2
58/5 96/15 97/7
**cemented [1]**  157/17
**center [3]**  102/13 127/1
127/2
**central [2]**  5/25 46/21
**Century [9]**  12/4 16/14 59/17
59/20 83/5 85/13 126/18
126/23 126/24
**ceremony [1]**  13/3
**certain [5]**  13/6 26/11 96/6
170/4 180/23
**certainly [10]**  4/21 8/6 14/3
14/5 14/13 24/3 70/2 91/13
92/5 182/14
**certificate [2]**  189/16
189/18
**certify [1]**  214/7
**chair [1]**  139/18
**chairs [1]**  139/19
**challenged [1]**  152/3
**challenges [1]**  146/9

**challenging [1]**  152/1
**chance [2]**  92/15 92/18
117/20 118/11 202/24 211/24
**change [9]**  3/8 19/18 94/2
110/13 134/10 134/15 141/3
209/22 212/15
**changed [3]**  89/16 141/4
202/19
**changes [2]**  190/20 212/13
**characterization [1]**  107/18
**charge [3]**  111/12 118/8
200/10
**charged [6]**  55/21 55/25 57/3
88/8 89/13 97/3
**check [3]**  40/1 167/14 183/10
**checked [2]**  25/2 25/7
**checking [2]**  142/9 142/9
**checks [1]**  24/25
**cheering [1]**  14/17
**child [1]**  35/17
**children [1]**  128/1
**China [1]**  50/23
**Chinese [3]**  50/17 50/19 65/6
**choice [5]**  149/21 149/23
152/16 152/20 160/16
**choose [2]**  149/13 190/17
**choosing [2]**  183/18 185/3
**chose [8]**  72/16 149/12 184/1
184/10 184/13 184/15 184/19
184/21
**chosen [3]**  113/8 113/13
183/25
**chronology [1]**  165/18
**circuit [13]**  9/11 198/7
198/8 198/18 198/23 199/13
199/22 200/6 200/20 200/25
201/8 203/6 203/7
**circuits [3]**  4/15 9/1 198/10
**circumstance [1]**  138/3
**circumstances [5]**  10/6 11/19
11/25 130/17 203/25
**circumstantial [1]**  193/10
**citation [1]**  7/18
**cite [5]**  6/23 9/3 9/5 198/17
208/2
**cited [3]**  9/14 198/9 204/6
**cites [1]**  204/8
**citing [3]**  9/10 198/23
200/24
**citizens [1]**  136/10
**City [1]**  65/12
**claiming [1]**  8/3
**clarification [1]**  13/14
**clarify [1]**  98/2
**classes [1]**  201/20
**clean [6]**  3/3 131/6 192/2
196/12 210/12 210/19
**cleaning [1]**  206/13
**clear [20]**  3/13 14/1 28/11
41/23 57/9 62/8 71/19 72/19
95/16 104/25 107/12 108/22
121/12 174/6 190/24 192/9
203/11 206/24 207/11 207/13
**clearly [5]**  7/23 14/9 89/9
126/7 207/10
**click [1]**  177/4
**clicks [1]**  147/15
**client [1]**  89/21

**C**

**Clinton [2]** 132/25 134/5
**close [11]** 19/1 19/2 104/21
107/15 118/7 144/5 208/20
208/20 208/21 209/1 209/1
**closed [5]** 63/8 63/9 93/2
105/25 110/17
**closer [2]** 99/16 100/2
**closing [12]** 3/21 29/25
117/21 190/17 190/23 191/7
204/23 205/22 206/11 209/7
209/17 210/7
**closings [4]** 4/1 118/11
208/20 210/9
**Club [1]** 36/6
**clubhouse [4]** 59/25 60/5
60/6 127/2
**co [1]** 110/8
**co-lead [1]** 110/8
**Code [3]** 53/9 196/9 203/3
**coffee [3]** 148/17 148/18
149/19
**coincidence [1]** 184/10
**collected [1]** 57/20
**collecting [1]** 90/3
**collective [1]** 137/8
**college [2]** 130/23 130/24
**collusion [1]** 134/7
**color [1]** 158/23
**Colorado [1]** 141/22
**colored [1]** 45/18
**combination [1]** 104/18
**come [46]** 3/20 4/4 13/4 20/7
37/17 37/23 44/8 44/23 44/25
61/5 61/10 79/14 85/6 92/25
97/14 102/19 103/10 107/6
116/17 117/12 119/23 122/6
125/18 129/12 140/24 141/20
153/18 155/23 156/16 156/17
156/19 157/1 158/17 166/6
166/16 176/25 177/6 177/11
177/21 186/20 190/22 192/21
202/11 210/3 211/16 213/25
**comes [10]** 4/22 7/12 8/8
11/11 11/16 13/5 139/5 139/5
195/4 206/18
**coming [6]** 20/22 20/23 42/13
103/7 112/17 185/7
**command [4]** 34/10 113/10
114/8 114/20
**commence [1]** 191/2
**comment [2]** 90/16 204/2
**comments [5]** 76/15 136/25
193/11 202/24 203/8
**commerce [4]** 55/13 55/22
56/1 122/16
**commission [1]** 90/11
**commit [2]** 200/22 203/19
**committed [2]** 88/18 89/17
**common [1]** 148/22
**communicate [6]** 92/23 104/22
110/19 198/2 200/21 207/24
**communicated [2]** 91/21
110/22
**communicating [1]** 188/12
**communication [6]** 8/17 12/20
22/9 23/24 108/19 114/25

**communications [2]** 77/17
105/6
**community [8]** 16/15 59/20
59/22 60/3 126/25 126/25
127/1 127/2
**companies [2]** 50/23 96/5
**company [4]** 38/13 50/17
50/19 65/6
**complaint [7]** 26/7 26/22
27/25 32/3 32/5 32/20 80/9
**complaints [1]** 31/9
**complete [1]** 199/9
**completed [1]** 123/2
**completely [3]** 11/20 180/25
206/22
**completeness [1]** 44/19
**complex [1]** 114/2
**complied [2]** 96/9 96/9
**components [1]** 113/12
**compound [1]** 188/3
**computer [8]** 42/1 74/18 75/8
210/12 210/13 210/19 210/23
210/24
**concealed [4]** 73/1 91/17
92/1 189/20
**conceded [1]** 5/17
**concerned [3]** 173/4 173/9
173/12
**conclude [3]** 190/12 202/11
202/13
**concluded [2]** 31/18 90/18
**conclusion [9]** 85/7 88/15
89/2 90/8 90/17 108/25
120/17 137/3 137/10
**conclusions [2]** 13/24 109/3
**conclusory [1]** 109/5
**condo [2]** 16/14 16/16
**condos [1]** 16/13
**conduct [4]** 13/11 112/14
112/15 114/12
**conducted [3]** 24/24 53/15
95/17
**conducting [3]** 26/6 83/6
85/19
**conference [8]** 3/4 3/10 3/13
3/17 28/7 118/8 206/15
206/16
**conferred [1]** 26/6
**confirm [1]** 206/15
**conflating [1]** 7/9
**conflict [1]** 200/15
**confrontation [1]** 19/21
**confuse [1]** 54/1
**confusing [2]** 53/21 53/25
**conjunction [1]** 32/16
**connect [5]** 107/8 107/9
139/15 139/21 141/24
**connecting [1]** 53/12
**connection [1]** 100/19
**conscious [3]** 149/21 149/23
152/20
**consider [1]** 121/20
**consideration [4]** 193/10
205/3 205/8 205/12
**considered [2]** 204/8 204/12
**consistency [1]** 210/18
**consistent [5]** 11/9 203/7
204/18 204/19 211/12

**constitutes [1]** 203/15
**Constitution [2]** 145/1
201/19
**constitutional [4]** 136/24
137/6 178/6 179/10
**constitutionally [3]** 179/1
179/6 179/15
**consult [1]** 51/12
**consulted [2]** 26/21 27/8
**consulting [1]** 41/16
**contact [17]** 15/22 15/25
18/6 18/17 19/5 22/10 34/14
51/22 89/9 92/20 104/21
105/8 105/12 107/16 110/24
114/21 114/24
**contacted [5]** 17/19 104/15
154/13 173/16 179/13
**contain [1]** 40/19
**contained [7]** 25/17 25/21
40/24 43/14 47/24 48/5
106/13
**contains [1]** 44/5
**contends [1]** 53/12
**contends that [1]** 53/12
**content [6]** 20/12 21/4 22/5
106/5 140/11 201/19
**contents [4]** 20/3 64/13
105/6 210/14
**context [9]** 4/16 7/21 8/16
12/19 23/23 53/3 108/18
135/6 168/14
**contextual [1]** 14/9
**continue [6]** 7/5 14/25 116/5
121/22 136/21 171/19
**continued [10]** 15/4 174/21
175/1 175/19 176/19 176/23
181/21 182/1 182/9 182/13
**control [3]** 113/10 114/9
116/4
**convenient [3]** 99/4 99/14
191/8
**conversation [22]** 4/6 18/8
18/11 22/7 24/21 29/2 58/17
60/7 60/16 64/6 64/13 155/5
155/7 156/15 165/5 165/8
166/3 166/13 169/2 173/13
177/17 182/4
**conversations [3]** 27/17
27/18 67/8
**convert [1]** 71/22
**convict [1]** 205/14
**cook [2]** 147/16 147/18
**cooperation [1]** 116/7
**cooperative [5]** 60/19 86/4
116/9 124/11 124/13
**coordinate [1]** 111/7
**coordinated [1]** 46/19
**coordination [1]** 111/11
**copied [1]** 4/9
**copies [2]** 25/10 209/21
**copy [12]** 6/22 20/18 20/21
22/12 75/6 75/7 120/10
120/17 190/16 211/3 211/15
211/20
**copyright [1]** 184/18
**core [1]** 206/6
**corner [3]** 45/18 149/4
151/20

**C**

**correct [93]**   9/20 9/24 13/17
17/8 18/4 26/23 27/10 32/11
32/25 33/3 38/21 42/11 45/13
46/7 49/11 49/21 50/14 51/4
59/15 63/9 66/15 67/1 69/6
69/7 70/9 71/25 72/18 73/9
73/10 75/24 76/12 76/22 77/1
77/4 77/15 90/22 91/2 91/17
91/23 92/22 95/5 95/14 100/8
100/9 100/20 100/21 101/24
101/25 103/8 103/9 103/13
103/14 103/24 105/10 106/19
109/15 109/16 115/5 121/7
123/17 123/21 124/1 124/6
124/8 124/10 124/20 125/11
164/11 164/25 165/3 165/4
166/9 166/20 169/3 169/8
169/11 172/4 174/9 174/19
174/24 175/11 175/25 180/12
181/19 182/5 183/4 183/5
183/24 184/11 187/1 187/7
198/23 214/7
**Corrections [1]**   138/4
**correctly [1]**   88/6
**correspond [1]**   46/25
**corresponded [1]**   38/6
**corresponding [3]**   36/10 46/9
66/24
**corresponds [4]**   45/6 47/13
48/15 48/15
**could [60]**   10/16 11/18 11/23
17/10 17/15 17/16 20/10
29/18 29/21 30/1 30/12 31/12
52/25 54/18 61/5 69/11 69/14
69/21 69/24 69/25 74/19 78/5
79/3 79/5 79/6 79/7 79/9
79/10 81/12 88/1 89/10 92/5
92/12 103/19 104/15 119/19
120/15 125/16 125/22 126/6
135/2 143/15 156/16 156/18
166/6 167/24 167/25 168/1
169/23 170/2 178/3 183/25
183/25 185/6 191/25 191/25
195/9 196/1 206/14 208/10
**couldn't [6]**   61/24 63/22
65/5 135/2 156/2 183/1
**counsel [20]**   4/9 20/7 20/21
22/12 28/6 51/13 53/15 55/16
56/10 56/17 75/19 89/1 98/22
156/7 170/14 171/19 187/17
190/13 191/4 193/11
**Count [2]**   55/21 55/25
**country [3]**   25/24 141/13
184/16
**counts [1]**   194/16
**County [6]**   13/17 36/5 100/1
100/17 110/8 110/10
**couple [15]**   17/7 49/6 63/8
80/13 80/17 83/7 108/23
119/1 119/21 120/3 136/2
148/24 151/9 153/6 209/23
**course [10]**   68/13 68/15 72/9
72/9 81/13 109/17 111/10
150/24 197/5 210/1
**court [112]**   1/1 1/23 3/5 4/6
4/10 4/14 4/17 4/23 5/20 6/2

8/6 8/9 8/25 8/12 9/2 9/5
9/10 9/11 9/12 9/15 9/22
10/16 10/18 12/14 14/6 23/17
26/23 27/9 27/17 28/1 28/11
28/11 28/15 28/24 29/24
32/14 32/25 42/14 51/17
53/18 54/1 54/9 54/12 54/25
79/13 87/23 87/25 88/12 90/2
99/10 99/21 117/18 119/2
119/12 120/7 121/23 121/23
133/11 143/9 171/10 172/9
193/11 196/10 196/11 196/12
196/15 196/20 197/2 197/9
197/10 197/12 197/15 197/16
197/21 198/10 198/19 198/20
199/11 200/19 201/13 201/16
201/24 202/5 203/1 203/11
204/8 204/11 204/14 204/16
204/17 204/19 204/25 205/1
205/7 205/15 205/22 205/24
205/25 206/1 206/8 206/24
207/8 207/10 207/11 207/21
208/2 208/10 208/16 208/21
209/25 214/5 214/12
**Court fears [1]**   54/1
**Court's [10]**   6/20 55/6 121/1
121/13 197/19 198/4 200/7
200/18 205/10 206/25
**courtroom [10]**   14/20 51/25
52/4 55/2 117/16 122/23
170/24 171/16 191/16 191/19
**Courts [1]**   28/14
**cousin [1]**   138/4
**covered [1]**   197/7
**covers [5]**   197/4 197/4 197/5
197/11 197/13
**COVID [4]**   127/20 127/20
127/21 127/24
**CR [1]**   1/3
**Crawford [1]**   102/25
**crazy [1]**   135/12
**create [4]**   14/3 31/5 140/11
140/16
**created [6]**   172/4 172/6
172/10 180/5 180/9 181/11
**creating [1]**   14/1
**creator's [2]**   43/4 43/7
**Credibility [1]**   193/16
**crime [11]**   7/13 77/7 77/11
77/14 88/8 88/18 89/13 89/17
89/22 90/12 111/13
**crimes [1]**   88/7
**criminal [3]**   26/22 27/25
66/6
**criticize [1]**   201/25
**criticizing [1]**   197/14
**cross [26]**   2/4 2/10 2/13
10/23 31/8 31/15 53/16 56/21
56/23 87/5 87/8 89/8 89/10
89/20 90/3 92/19 117/5 119/1
122/1 123/3 123/10 123/11
163/11 163/19 170/15 171/20
**cross-examination [12]**   56/21
56/23 87/5 87/8 92/19 117/5
123/3 123/10 123/11 163/11
163/19 171/20
**cross-examine [3]**   10/23
53/16 90/3

**cross-examined [2]**   89/8
89/20
**crowd [2]**   147/14 147/14
**culpability [1]**   54/1
**Culver [1]**   65/11
**cup [1]**   149/16
**cure [2]**   11/18 11/23
**curiosity [1]**   137/8
**current [1]**   59/11
**currently [6]**   42/9 57/3
100/7 126/17 128/20 132/9
**curse [1]**   202/4
**cursing [1]**   197/14
**custodian [1]**   189/18
**custody [7]**   35/3 35/24 36/2
36/4 115/20 115/23 116/20
**cyber [3]**   197/20 199/14
199/21

**D**

**D.C [8]**   57/6 57/15 58/6
58/13 58/15 77/3 104/10
126/10
**Daebak [1]**   146/25
**daily [1]**   111/22
**Daniels [3]**   160/7 160/8
160/14
**DARSCH [1]**   1/15
**data [2]**   57/20 58/5
**database [1]**   24/25
**date [18]**   25/12 33/5 36/17
46/12 46/15 49/3 58/22 62/17
62/19 71/23 74/5 76/4 81/20
112/19 154/12 194/10 195/12
214/10
**dates [2]**   73/23 73/25
**daughter [3]**   128/10 128/21
128/23
**daughter's [1]**   128/4
**daughter-in-law [1]**   128/21
**daughter-in-law's [1]**   128/23
**day [40]**   15/9 15/24 17/6
25/11 30/12 33/10 34/5 34/6
61/10 61/20 61/21 82/22 83/4
83/10 83/11 83/12 83/13
84/14 96/20 98/19 106/20
112/24 113/1 120/12 123/20
141/22 142/12 154/15 154/17
155/3 157/6 157/10 157/14
162/21 166/17 167/7 173/1
185/15 187/1 191/6
**days [24]**   18/3 19/3 26/21
27/7 29/14 29/16 29/25 30/13
63/8 71/16 71/17 72/5 72/8
83/7 83/7 131/5 144/5 167/6
173/15 177/20 178/1 179/14
182/4 187/8
**dealings [1]**   32/10
**debate [1]**   137/8
**debrief [1]**   105/11
**December [1]**   151/21
**December 9 [1]**   151/21
**decide [2]**   4/18 5/24
**decided [8]**   19/1 117/25
123/18 142/6 157/23 183/9
183/11 197/22
**decision [4]**   8/25 198/4
198/19 199/7

**D**

**declarations [1]** 91/9
**defend [1]** 137/13
**defendant [29]** 1/9 1/18 8/2
8/4 8/5 10/7 13/22 13/25
14/12 52/22 55/15 56/3 56/10
56/17 119/24 125/20 192/20
192/22 192/25 194/15 198/1
203/19 212/15 212/16 212/21
213/3 213/4 213/13 213/14
**Defendant's [5]** 15/14 56/15
78/19 203/11 203/14
**defendants [3]** 57/17 57/19
200/3
**defenders [2]** 1/19 152/19
**defense [122]** 2/22 2/23 2/24
4/9 5/8 6/11 8/3 11/11 11/12
11/14 11/20 12/25 13/2 13/5
13/10 30/5 31/11 31/17 39/21
41/10 41/17 51/13 53/10
53/15 54/16 56/20 66/6 98/24
117/24 118/3 119/11 119/16
119/17 119/18 120/5 120/14
121/2 121/10 125/7 125/8
125/10 125/14 143/4 144/7
144/11 144/14 145/8 145/14
145/15 146/16 146/20 147/22
148/13 148/16 150/10 150/12
151/15 151/17 152/9 160/4
162/1 162/15 162/17 163/16
163/16 163/23 189/14 189/15
189/17 189/22 189/23 190/6
190/7 191/20 192/13 192/18
193/3 193/8 193/14 193/19
194/8 194/13 194/18 194/22
195/1 195/18 195/22 196/4
196/23 198/13 201/6 201/10
201/14 202/17 204/3 204/11
204/12 204/16 204/20 204/21
204/22 205/1 205/2 205/5
205/6 205/11 205/21 205/25
206/7 206/10 207/3 207/5
207/17 208/20 209/6 210/2
210/5 210/16 211/7 212/10
212/12 213/18
**Defense or [1]** 11/11
**Defense's [3]** 75/4 204/13
204/17
**define [1]** 201/22
**defined [2]** 201/20 203/15
**defining [1]** 198/18
**definitely [1]** 39/8
**definition [8]** 84/9 193/5
197/3 198/5 198/24 199/16
200/12 203/23
**delete [1]** 40/11
**deleted [2]** 181/4 205/4
**deliberate [11]** 190/18
190/24 191/9 191/12 194/20
195/8 195/24 196/2 212/3
212/5 212/5
**deliberating [2]** 190/20
210/10
**deliberations [2]** 191/2
191/6
**delving [1]** 29/19
**demeanor [4]** 24/13 24/14

60/16 64/25
**Democrat [3]** 133/4 133/6
133/7
**denial [1]** 89/21
**denials [1]** 89/11
**denied [1]** 197/9
**deny [1]** 208/16
**departing [1]** 13/13
**Department [3]** 70/4 138/4
189/19
**depending [1]** 130/17
**depends [2]** 4/2 189/7
**depicted [2]** 48/13 48/24
**depiction [1]** 159/21
**depicts [1]** 181/15
**describe [9]** 16/11 22/5
37/20 39/3 110/6 116/7
126/23 135/25 164/4
**described [4]** 26/17 155/19
178/5 179/22
**describing [1]** 84/16
**description [1]** 45/10
**descriptor [1]** 84/6
**despite [7]** 92/11 187/24
187/25 187/25 188/1 188/1
188/9
**destruction [1]** 100/25
**detail [1]** 154/23
**detaining [1]** 115/24
**detector [1]** 79/24
**determination [2]** 112/3
203/14
**determinations [1]** 90/13
**determine [15]** 8/15 12/18
23/22 78/18 91/16 95/6 95/17
108/17 111/19 111/21 111/22
112/15 112/23 121/19 167/15
**determined [1]** 112/10
**developments [2]** 104/22
105/16
**devices [1]** 114/25
**devised [1]** 115/9
**di [1]** 155/17
**dialogue [1]** 3/15
**did [309]**
**didn't [75]** 13/11 18/25
18/25 30/21 47/3 58/11 60/11
60/12 61/2 61/3 61/3 61/12
62/5 62/8 62/22 63/6 63/24
69/7 70/25 71/4 71/10 71/15
72/2 72/3 72/19 73/21 78/16
81/19 83/14 85/6 85/17 86/18
86/20 89/9 89/15 89/20 90/6
91/8 115/6 122/3 124/17
133/25 141/18 150/16 157/13
157/15 157/16 157/16 158/3
159/8 161/5 162/4 165/5
166/19 168/8 168/20 173/8
178/13 179/3 179/17 181/2
182/22 183/7 183/13 184/17
186/8 186/10 186/13 186/15
186/20 188/20 196/15 199/24
205/4 207/20
**died [1]** 11/18
**difference [4]** 12/25 44/19
103/17 103/21
**differences [1]** 3/6
**different [40]** 3/21 25/15

38/25 39/4 39/5 39/8 39/10
49/6 50/5 64/6 64/11 64/13
64/15 64/18 64/20 81/7 83/11
83/12 110/11 114/8 130/12
132/1 134/24 136/5 136/5
137/8 138/11 139/8 139/8
139/25 158/8 160/24 160/25
161/18 168/17 180/4 181/1
184/15 200/2 200/5
**difficulties [2]** 37/20 37/25
**digital [3]** 38/4 48/18 211/3
**digits [3]** 44/2 44/5 48/16
**direct [26]** 2/3 2/9 2/12
6/20 15/1 15/4 52/13 80/7
85/21 90/24 99/19 102/11
107/5 108/11 108/22 109/9
116/25 123/2 125/25 140/11
170/7 170/7 178/3 183/18
184/4 193/10
**directed [3]** 22/9 65/11
110/18
**directing [1]** 43/13
**directly [12]** 69/9 70/11
70/14 93/14 103/10 103/12
150/18 150/18 170/2 176/3
176/6 177/11
**directorate [1]** 100/25
**disagree [1]** 82/10
**disagreement [1]** 196/7
**disc [6]** 210/14 210/15
210/21 210/22 211/5 211/6
**disclose [2]** 29/1 114/3
**disclosing [1]** 105/6
**disclosure [1]** 65/15
**discover [1]** 104/17
**discovered [1]** 96/25
**discovery [6]** 6/11 10/22
13/11 13/23 53/15 75/17
**discretion [3]** 8/12 12/15
23/17
**discuss [7]** 51/22 52/2 117/8
118/2 118/22 170/21 171/1
**discussed [4]** 106/1 206/13
206/16 212/15
**discussing [3]** 4/15 23/13
192/9
**discussion [2]** 157/8 207/9
**discussions [1]** 111/12
**dislikes [1]** 84/2
**Dismiss [4]** 5/16 198/14
208/7 208/8
**disposal [2]** 95/6 97/18
**DISPOTO [6]** 1/14 2/3 2/5 2/7
2/9 2/13
**dispute [1]** 52/19
**disregard [1]** 88/25
**disregarded [1]** 90/5
**distinguishable [1]** 8/19
**distinguishing [1]** 122/14
**distribute [1]** 3/2
**DISTRICT [10]** 1/1 1/1 1/11
9/5 9/7 9/10 9/12 9/20 9/22
54/12
**DIVISION [1]** 1/2
**divulge [1]** 20/3
**do [260]**
**do when [1]** 135/5
**document [3]** 36/24 37/10

**D**

**document... [1]**   47/23
**documents [4]**   32/24 33/2
37/6 43/10
**does [70]**   26/11 29/17 30/21
37/10 38/15 38/19 40/19
41/17 42/5 45/21 46/4 46/20
48/2 51/16 53/19 65/8 67/15
73/3 73/4 74/4 76/2 77/7
89/1 109/2 112/12 117/18
117/24 118/4 120/5 123/20
127/12 127/13 128/8 128/14
128/16 128/17 128/18 128/20
129/2 129/21 131/4 134/24
136/4 138/13 140/3 141/19
141/20 149/7 151/21 164/4
188/17 190/12 192/21 192/22
192/25 197/3 197/12 197/15
200/1 201/5 202/3 203/18
205/22 206/10 208/21 209/6
210/25 212/21 213/3 213/13
**doesn't [11]**   21/3 30/20
54/15 66/24 89/18 118/3
118/6 118/10 120/13 204/22
205/20
**dog [19]**   35/11 85/14 114/18
116/16 116/16 116/17 124/3
124/5 124/19 129/16 129/16
129/19 168/1 168/4 168/5
168/6 168/7 168/8 168/9
**doing [15]**   10/18 72/7 94/4
104/6 119/13 132/1 136/19
136/20 139/20 142/8 142/20
145/20 146/10 191/5 209/14
**domain [1]**   114/5
**domestic [1]**   100/16
**don't [128]**   4/17 4/23 10/23
11/2 11/6 11/22 11/22 12/2
12/6 14/1 14/3 16/13 19/22
19/24 20/17 25/23 29/10
29/13 29/23 30/7 30/16 31/12
31/13 33/12 33/21 39/6 44/20
50/11 58/15 59/2 59/25 60/1
61/15 62/2 62/13 62/15 65/19
66/5 66/12 66/14 66/16 66/19
66/22 67/2 67/5 67/6 71/8
72/14 72/15 72/16 73/20
73/23 74/12 75/7 75/18 76/10
76/12 77/8 81/1 81/20 82/22
82/23 86/17 91/25 93/4 94/10
96/14 98/19 98/21 98/23
112/1 119/22 120/14 132/23
136/18 138/10 140/7 141/8
141/9 150/16 153/8 153/8
153/16 153/17 154/5 154/23
155/15 156/19 161/2 161/4
162/4 164/8 164/8 164/9
165/25 166/1 167/22 167/22
168/10 169/2 178/3 180/22
184/17 186/12 187/5 188/7
189/7 189/9 189/10 191/23
193/24 193/24 193/25 196/17
197/11 197/13 197/18 198/11
198/21 199/3 202/19 207/13
209/5 209/22 211/1 211/15
211/16 213/25
**Donald [5]**   132/25 133/24

133/25 133/25 142/2
**done [19]**   30/12 30/20 52/16
67/21 80/12 80/17 81/11
89/10 91/6 111/8 113/18
120/22 121/11 131/17 131/18
136/13 150/25 150/25 162/11
**door [10]**   16/20 17/6 17/17
82/11 109/13 116/6 133/21
133/21 168/3 168/9
**dooring [1]**   28/10
**double [11]**   10/21 13/9 13/21
40/1 52/21 52/25 53/3 53/11
53/13 53/18 53/23
**doubt [3]**   55/18 56/12 193/6
**down [18]**   15/25 17/22 19/1
19/2 35/15 52/3 98/14 114/12
124/19 125/1 182/22 183/2
183/11 183/13 183/14 183/15
183/16 189/13
**download [1]**   37/24
**downloaded [2]**   38/1 38/2
**dozen [1]**   119/18
**draft [2]**   32/13 207/8
**draw [1]**   13/24
**drawn [1]**   90/8
**draws [1]**   131/7
**drive [11]**   60/4 60/4 61/2
61/3 119/17 120/6 120/7
123/22 156/19 167/22 210/14
**driving [2]**   16/25 123/25
**drove [4]**   15/25 17/1 36/5
156/20
**duplicative [2]**   199/24
213/16
**during [19]**   4/24 60/7 60/16
63/10 63/25 72/7 83/9 86/6
86/10 123/20 127/20 131/15
134/17 155/9 155/10 156/15
157/8 165/8 171/9
**duties [3]**   32/1 100/12 131/5
**duty [14]**   30/8 192/15 194/20
195/8 195/23 196/1 196/1
212/3 212/5 212/5 212/23
213/1 213/10 213/12

**E**

**each [10]**   64/15 67/9 84/2
117/8 153/10 190/16 191/14
192/4 192/8 211/2
**earlier [16]**   29/4 50/13 51/1
84/6 87/25 90/20 141/18
145/20 151/4 162/12 172/6
173/1 177/20 178/1 182/4
186/25
**early [8]**   3/19 3/24 113/2
113/2 114/17 117/19 124/3
191/3
**ears [1]**   114/10
**ease [1]**   43/25
**easier [1]**   106/9
**Eastern [4]**   9/7 9/20 54/11
71/22
**eat [5]**   129/22 146/8 146/23
146/24 191/12
**eating [1]**   146/6
**edit [2]**   161/2 161/4
**edited [1]**   3/16
**edition [1]**   203/5

**edits [1]**   203/1
**effect [2]**   20/4 61/4
**effectively [1]**   10/23
**effectuate [3]**   29/4 29/15
112/7
**effectuated [3]**   12/24 34/1
54/6
**effectuating [1]**   112/8
**efficient [1]**   3/8
**effort [1]**   119/16
**efforts [3]**   15/22 18/20 19/5
**eggs [1]**   147/25
**eight [4]**   12/7 43/9 43/13
45/9
**either [17]**   4/22 16/16 19/23
20/13 25/5 25/10 52/21 54/9
62/17 71/12 85/4 86/20 92/1
93/18 150/18 183/4 210/13
**elected [1]**   133/24
**election [17]**   126/21 132/22
132/25 134/6 134/8 134/9
142/1 143/2 144/6 151/6
151/10 151/12 151/13 151/23
152/1 152/2 158/3
**electronic [1]**   37/22
**element [7]**   5/25 7/13 53/9
77/14 113/24 203/21 204/2
**elements [1]**   77/11
**Eleventh [11]**   198/8 198/11
198/18 198/23 199/13 199/22
200/6 200/20 201/8 203/6
203/7
**elicit [2]**   31/13 90/6
**eliciting [1]**   88/2
**ELLEN [3]**   1/7 55/12 125/24
**ELMO [1]**   42/1
**Elonis [12]**   5/20 5/21 6/4
6/5 6/7 6/21 197/25 198/4
198/22 199/20 203/9 203/22
**else [18]**   12/3 16/5 19/4
72/20 82/9 87/24 98/21 98/22
103/11 105/3 117/9 128/20
129/6 136/11 142/17 142/22
189/11 213/17
**elsewhere [1]**   13/10
**email [34]**   4/9 9/2 19/8
19/11 19/13 19/15 19/17
19/17 20/3 20/5 20/12 20/13
20/18 20/21 20/25 21/3 21/4
21/9 21/14 21/16 21/20 22/2
22/3 22/12 70/11 71/4 77/6
98/20 99/1 120/9 120/15
206/13 209/18 211/16
**emailing [1]**   120/10
**emergency [1]**   65/14
**employ [1]**   111/20
**employed [1]**   100/5
**encompass [1]**   200/20
**encounter [1]**   159/15
**encouraged [1]**   141/2
**end [4]**   12/12 15/9 190/4
191/24
**endeavor [1]**   136/14
**ended [1]**   15/1
**ending [10]**   42/10 43/10 44/1
44/6 44/24 46/10 48/16 48/19
49/15 49/24
**enforcement [25]**   5/18 6/6

**E**

**enforcement... [23]**   7/21
8/15 8/21 10/4 11/16 12/18
23/22 33/18 34/23 35/21
65/15 66/2 66/8 66/10 91/24
92/4 101/12 108/16 109/18
186/1 186/6 197/15 202/4
**enforcement's [3]**   5/23 8/18
29/7
**engage [1]**   169/2
**engaging [1]**   168/12
**enhanced [1]**   113/12
**enormous [1]**   146/8
**enough [5]**   119/17 143/20
181/12 188/17 190/23
**ensuing [3]**   26/20 27/7 36/7
**enter [2]**   35/19 35/21
**entered [1]**   55/8
**entertainer [2]**   131/18
131/24
**entire [4]**   73/24 165/8
177/19 201/12
**entirety [2]**   180/25 202/6
**entitled [4]**   30/11 55/11
56/5 122/15
**entity [1]**   93/15
**entries [1]**   48/12
**entry [2]**   49/13 120/7
**epilepsy [1]**   156/23
**equivalent [1]**   101/15
**error [3]**   199/2 199/6 199/6
**escort [1]**   131/19
**especially [1]**   14/8
**ESQ [2]**   1/18 1/19
**essence [2]**   114/9 196/12
**Essentially [1]**   32/6
**establish [2]**   76/20 77/11
**estimate [1]**   33/21
**evaluating [1]**   164/7
**even [23]**   3/25 7/11 8/21
10/14 11/21 13/11 13/23
28/16 28/18 62/20 62/21
79/11 80/19 89/15 89/25
90/24 91/9 91/25 119/7 170/5
178/3 181/15 192/4
**evening [13]**   14/22 15/2
15/15 15/21 61/18 71/24
157/9 166/25 183/4 190/21
191/17 206/14 214/3
**events [4]**   15/10 57/4 81/9
129/25
**eventually [5]**   35/15 38/5
38/10 85/8 112/3
**ever [12]**   62/24 63/25 93/2
93/4 94/21 95/16 127/16
137/22 137/24 167/14 177/16
189/2
**every [15]**   96/17 96/19
154/23 154/23 160/19 184/2
184/24 184/25 184/25 184/25
185/15 185/15 185/15 185/15
187/1
**everybody [4]**   42/5 122/24
137/15 170/20
**everybody's [1]**   34/21
**everyone [3]**   55/3 96/6 96/21
**everything [6]**   13/18 97/11

144/6 174/23 211/3 213/17
**Everywhere [1]**   147/6
**evidence [76]**   3/18 4/2 4/7
7/7 7/12 7/18 8/8 8/13 8/18
8/22 12/16 17/12 20/22 20/24
22/16 22/17 22/19 23/18
23/20 39/19 41/15 41/18
41/22 42/9 45/16 47/9 53/4
53/11 53/18 53/23 54/3 54/5
57/6 76/20 77/5 78/15 86/20
89/22 90/1 90/3 90/5 95/13
97/19 97/24 98/10 107/18
107/19 107/22 108/25 118/24
119/9 119/16 121/21 122/1
123/5 123/9 125/6 125/8
125/10 125/15 144/8 144/11
145/14 147/21 148/12 150/11
151/16 152/8 162/1 162/16
189/21 190/12 193/11 207/23
207/25 208/4
**evidenced [1]**   92/16
**exact [5]**   33/21 61/16 73/23
77/8 112/1
**exactly [10]**   33/12 57/23
59/2 66/14 81/1 114/17
118/16 141/18 196/13 213/11
**examination [36]**   2/3 2/4 2/5
2/6 2/7 2/9 2/10 2/12 2/13
2/14 15/1 15/4 52/14 56/21
56/23 86/25 87/5 87/8 90/24
92/19 96/3 98/5 99/19 117/5
117/6 123/2 123/3 123/10
123/11 125/25 163/11 163/19
171/20 183/18 184/4 188/25
**examine [3]**   10/23 53/16 90/3
**examined [2]**   89/8 89/20
**example [2]**   66/5 192/10
**except [3]**   65/3 65/4 150/23
**exception [1]**   201/21
**exciting [1]**   146/2
**excluded [2]**   121/14 121/23
**excuse [6]**   3/19 34/13 45/12
81/22 182/7 200/4
**excused [1]**   191/17
**execute [1]**   10/9
**executed [1]**   10/4
**executes [1]**   112/16
**executing [1]**   8/1
**exercise [4]**   64/1 86/9 163/1
177/10
**exercising [1]**   179/6
**exhibit [94]**   2/18 2/19 2/23
2/24 22/16 22/20 22/23 23/4
24/17 36/24 36/25 37/6 39/19
39/25 40/1 40/3 40/10 40/14
40/22 41/11 41/13 41/15
41/24 42/8 42/19 42/20 42/21
42/24 44/4 44/9 44/10 44/11
44/14 44/23 45/2 45/15 46/6
46/25 47/8 48/18 48/25 49/23
55/11 56/5 75/3 107/22 108/1
120/5 120/8 120/9 120/20
122/4 143/4 144/7 144/11
144/14 144/16 144/18 144/21
145/9 145/14 145/15 146/15
146/16 146/20 147/20 147/22
148/11 148/13 148/16 150/10
150/12 151/15 151/17 152/7

152/8 152/9 153/21 154/2
160/3 160/4 162/1 162/15
162/17 163/16 163/23 170/13
171/22 171/23 172/2 180/6
189/16 189/17 189/22
**exhibits [31]**   2/16 2/20 2/21
2/22 41/17 41/19 41/21 52/10
56/13 119/18 119/23 120/21
121/1 121/2 121/25 123/5
123/8 125/10 125/14 143/8
159/24 191/1 210/8 210/11
210/13 210/16 210/19 210/19
210/23 211/7 211/9
**exist [1]**   93/23
**existence [1]**   110/12
**exonerated [1]**   89/12
**expecting [1]**   142/8
**expedite [1]**   119/16
**experience [12]**   57/22 57/24
91/24 92/4 92/8 96/14 101/13
109/14 110/6 115/15 157/22
174/25
**experienced [2]**   37/21 88/7
**expert [3]**   121/14 121/18
197/6
**explain [4]**   133/16 133/17
146/7 203/17
**explained [1]**   78/11
**exploring [1]**   89/14
**explosives [1]**   100/16
**exposure [1]**   110/10
**expressing [1]**   206/3
**expression [1]**   200/22
**extensively [1]**   203/9
**extent [3]**   12/2 52/19 206/8
**eyes [2]**   114/10 134/4

**F**

**f'ing [1]**   91/11
**F-L-E-U-R-Y [1]**   201/7
**F.4th [1]**   201/7
**F.Supp.3d [1]**   54/11
**face [2]**   69/17 135/4
**Facebook [75]**   25/4 36/15
36/18 37/18 37/24 38/5 38/12
38/15 38/16 38/19 38/20
38/24 39/12 39/15 40/19
40/25 42/10 44/12 44/21 45/3
45/9 46/13 46/16 46/22 46/24
47/1 47/5 47/6 48/21 49/4
49/7 50/13 50/14 55/19 56/13
65/25 67/3 67/13 68/6 68/7
68/19 70/18 71/20 73/14
73/17 73/17 73/20 74/4 75/16
76/5 77/16 84/8 84/22 93/9
93/24 94/1 138/20 139/1
139/3 139/15 139/21 141/23
144/3 145/4 145/17 147/11
153/5 153/6 153/6 161/8
162/13 169/10 180/12 180/14
180/23
**Facebook.com [1]**   84/22
**Facebook.com/muckbang01 [1]**
84/22
**facial [1]**   97/16
**fact [19]**   8/19 8/24 10/7
27/25 31/8 38/8 58/13 62/24
67/11 89/17 92/16 105/8

**F**

**fact... [7]**   124/5 167/15
174/22 175/13 175/14 190/25
203/4
**factor [1]**   206/5
**factors [3]**   7/24 7/25 14/9
**facts [7]**   10/24 32/6 32/9
32/10 55/17 56/11 80/9
**factually [1]**   206/2
**fading [1]**   164/14
**fail [1]**   199/2
**failed [2]**   136/15 200/7
**fails [1]**   201/22
**fair [9]**   33/24 49/6 65/22
94/7 106/12 136/18 172/12
187/3 187/8
**fairly [1]**   34/2
**fall [3]**   168/22 168/23
168/24
**falls [1]**   8/25
**familiar [10]**   8/16 12/19
23/23 68/2 77/7 93/23 108/18
143/20 158/7 184/13
**families [1]**   137/14
**family [2]**   16/15 188/12
**famous [4]**   140/6 140/7 140/8
184/7
**far [2]**   6/8 115/20
**father [1]**   130/11
**favorite [2]**   153/22 153/24
**FBI [120]**   4/20 8/24 10/8
19/4 21/25 22/8 22/9 24/11
26/10 29/25 33/19 33/19
45/13 46/5 47/5 52/21 57/9
57/14 58/23 58/25 59/3 63/14
63/17 67/25 68/4 68/6 68/9
68/11 68/13 69/5 69/6 69/8
69/8 69/21 69/25 70/2 71/1
71/4 71/6 71/10 72/2 72/3
78/1 78/5 78/9 79/8 79/12
79/23 80/20 80/22 80/24 81/1
85/11 86/6 88/6 89/25 90/6
94/16 95/6 95/9 95/16 96/5
96/9 96/23 96/25 97/4 97/14
97/18 98/11 100/5 100/23
100/24 101/8 101/9 101/9
101/11 101/15 107/6 107/16
111/3 111/19 113/13 154/12
155/2 155/3 155/12 155/15
157/5 157/6 157/13 159/16
163/3 163/7 164/11 164/18
173/16 174/23 175/14 175/17
175/21 176/11 176/13 176/22
177/11 177/20 178/11 178/23
179/2 179/6 179/12 179/24
181/25 182/2 182/10 185/5
185/6 185/8 185/13 186/13
207/24
**FBI is [1]**   57/9
**FBI's [2]**   79/21 96/14
**fear [3]**   53/8 53/20 204/1
**fearful [1]**   90/14
**fears [1]**   54/1
**feature [1]**   70/23
**February [73]**   4/19 15/24
16/19 18/21 19/3 19/4 19/7
19/14 19/14 19/16 23/2 26/21
27/8 28/1 32/1 33/2 33/7
37/15 39/14 45/17 46/17 49/5
49/19 51/3 52/22 55/20 55/23
56/15 64/24 71/22 72/2 72/3
72/4 72/10 72/20 73/11 74/6
74/11 76/6 76/8 80/8 81/15
81/16 82/5 82/18 82/21 82/24
85/9 92/19 93/18 105/15
105/19 105/24 105/25 106/19
107/12 107/15 108/2 108/6
109/14 110/13 111/18 112/21
112/22 167/6 167/19 167/21
168/3 168/10 183/3 183/4
187/6 188/13
**February 1 [1]**   49/19
**February 15th [8]**   28/1 33/2
81/15 81/16 82/5 82/18 82/21
82/24
**February 17 [1]**   85/9
**February 17th [4]**   33/7 56/15
112/21 112/22
**February 26 [1]**   37/15
**February 3rd [1]**   19/3
**February 8 [4]**   105/25 106/19
109/14 111/18
**February 8th [9]**   19/14 72/2
72/3 105/15 105/19 105/24
108/2 108/6 110/13
**February 9 [1]**   23/2
**February 9th [14]**   19/4 19/7
19/14 19/16 26/21 27/8 32/1
39/14 45/17 51/3 64/24 72/4
73/11 80/8
**Federal [5]**   1/19 9/7 54/3
73/5 214/11
**feel [7]**   90/13 134/5 136/12
136/13 136/18 137/12 146/1
**fellow [1]**   141/17
**female [2]**   85/19 85/22
**few [13]**   26/20 31/25 49/7
51/16 54/19 67/18 74/10
102/17 119/19 144/5 167/5
167/6 201/20
**field [5]**   26/10 101/5 102/20
103/20 104/16
**figure [4]**   85/2 96/17 158/19
158/19
**figured [2]**   155/14 155/18
**file [12]**   3/12 37/23 38/2
38/2 48/19 92/17 120/8 120/9
120/14 120/15 120/17 207/10
**filed [4]**   10/24 198/13 207/4
207/10
**files [2]**   38/4 120/12
**film [1]**   158/25
**final [4]**   3/7 6/17 14/18
212/6
**finalize [4]**   3/20 3/25 5/12
191/3
**finally [3]**   46/12 94/14
183/17
**find [9]**   3/8 39/13 65/20
78/16 139/12 139/16 183/25
191/6 205/22
**finding [1]**   198/14
**finds [1]**   204/16
**fine [14]**   6/9 11/8 55/1
119/11 139/20 171/9 187/16
194/4 195/14 196/3 196/4
210/22 213/19 213/21
**finish [2]**   3/24 119/8
**finished [1]**   101/22
**fire [2]**   113/20 147/25
**fire/rescue [1]**   113/20
**firearm [7]**   73/6 78/3 78/7
86/2 124/17 138/16 189/20
**firearms [13]**   72/20 73/1
73/8 73/9 91/17 91/22 91/25
92/1 92/2 92/5 92/9 92/13
92/16
**fired [2]**   124/9 206/3
**first [75]**   3/5 3/9 3/10 3/20
18/4 19/15 22/5 24/2 25/21
32/1 37/10 39/1 39/3 39/4
48/14 49/7 50/9 55/10 66/20
67/11 87/15 87/17 89/24
98/19 109/10 110/24 111/20
113/3 113/24 117/3 122/15
125/9 130/5 132/17 135/5
136/9 136/11 136/24 137/3
137/4 137/6 138/25 140/16
141/10 141/12 143/24 151/1
155/21 165/11 168/12 180/5
180/11 180/14 180/16 181/2
181/15 182/15 182/22 190/19
191/22 192/10 196/19 197/4
197/6 197/11 197/13 198/13
199/8 201/18 201/18 201/22
201/25 207/25 208/9 209/16
**five [11]**   16/18 43/9 49/20
67/19 67/22 101/3 102/6
131/12 148/2 178/18 211/14
**five-second [1]**   148/2
**FL [4]**   1/7 1/17 1/21 1/24
**Fleury [10]**   197/19 197/20
198/12 198/24 199/7 200/5
200/7 201/7 204/6 204/7
**flight [2]**   57/14 97/7
**floor [2]**   1/16 16/17
**FLORIDA [4]**   1/1 130/15
189/16 189/19
**Flynn [9]**   175/6 175/7 175/8
175/15 175/17 175/23 176/14
182/11 185/14
**focus [3]**   140/15 176/2 176/5
**fold [1]**   89/24
**folks [1]**   24/24
**follow [5]**   3/14 141/1 153/10
192/15 212/10 212/23 213/1
213/10 213/12
**followed [2]**   76/16 206/25
**followers [17]**   94/5 140/12
141/24 142/25 145/21 148/20
152/24 153/2 153/5 153/8
153/9 169/5 169/8 169/11
170/12 172/24 175/24
**following [8]**   8/11 28/7
55/17 56/11 89/6 153/11
169/15 176/4
**followup [3]**   4/6 20/8 98/2
**food [6]**   85/2 85/5 146/8
146/8 147/18 147/19
**footnoted [1]**   208/10
**force [19]**   8/1 10/4 10/17
33/19 100/1 100/13 100/15
100/22 101/7 101/14 101/15

## F

force... [8]   101/24 102/3
102/4 102/6 109/19 112/6
113/16 113/19
Forces [1]   101/19
foregoing [1]   214/7
foremost [3]   24/3 113/4
141/12
form [5]   23/2 81/23 202/14
202/15 210/4
format [1]   37/16
formation [1]   114/3
former [2]   83/24 175/9
formerly [1]   196/7
Fort [3]   1/17 10/22 52/22
forth [3]   23/20 42/2 130/17
forward [4]   28/17 126/6
139/13 151/7
forwarded [2]   44/16 106/16
found [2]   47/1 206/1
foundation [1]   97/21
four [9]   16/17 18/3 63/15
64/18 67/8 101/14 102/6
175/20 176/13
frame [1]   73/23
frankly [6]   10/17 11/19
28/14 82/10 199/23 200/2
freaking [1]   177/18
free [1]   179/6
freedom [1]   137/7
fried [1]   147/25
friend [1]   153/7
friendly [1]   141/21
friends [22]   71/13 71/13
76/16 76/16 94/5 134/22
139/12 139/16 139/16 149/15
153/8 165/14 165/16 165/20
169/10 170/1 170/2 174/19
175/25 176/6 181/18 188/12
front [9]   40/14 48/13 48/19
95/13 108/1 114/21 116/6
149/20 163/23
Ft [1]   1/24
fuck [14]   45/13 46/5 63/17
67/25 69/5 86/6 153/19
153/25 154/3 154/5 154/8
154/10 164/1 164/8
fucking [3]   176/20 176/25
177/10
full [10]   99/9 102/6 105/5
111/6 125/22 142/12 199/9
199/11 199/12 201/15
full-time [1]   102/6
fully [2]   27/12 188/5
further [20]   4/18 27/20 55/5
56/18 95/23 104/8 107/11
107/17 121/3 125/2 149/1
163/9 178/8 188/22 189/14
190/8 201/1 202/7 206/17
208/18
future [1]   27/14

## G

gain [4]   141/24 145/21
148/20 152/24
game [1]   185/15
gang [3]   154/3 154/7 154/8

Gastony [1]   6/6
gathered [1]   57/14
gauge [1]   170/16
gave [11]   16/2 54/10 59/13
59/15 105/17 131/6 152/14
166/11 173/4 192/1 195/5
gear [1]   12/8
gears [2]   132/15 138/18
general [25]   63/15 78/19
94/23 100/12 100/16 100/18
111/12 114/6 115/11 115/12
135/6 140/9 169/12 170/6
170/11 175/2 175/6 175/8
175/11 175/15 175/17 175/23
176/14 182/11 185/14
generalities [1]   114/6
generally [4]   3/12 113/1
116/1 154/9
gentlemen [10]   14/21 15/8
23/16 51/20 99/24 117/3
125/7 170/19 171/17 190/11
geo [2]   76/24 77/2
get [61]   3/18 5/8 6/25 9/6
21/3 22/1 29/4 29/8 29/19
30/14 31/10 31/12 31/14
50/20 65/5 73/14 77/10 80/9
81/11 84/21 86/14 96/21
109/3 117/20 127/17 133/17
135/12 137/17 137/19 138/25
139/9 140/1 140/6 140/8
140/12 142/6 142/25 149/7
149/15 151/1 154/6 159/5
160/15 167/6 170/12 171/4
174/22 178/19 180/23 180/25
181/2 188/21 190/2 190/25
191/24 192/5 207/20 209/13
209/14 209/18 214/1
gets [1]   169/5
getting [11]   17/18 29/17
33/23 90/14 90/15 106/4
140/7 143/7 157/5 169/8
181/8
ghost [1]   146/25
give [21]   3/9 9/8 14/12
20/21 29/21 52/17 54/9 96/19
109/17 114/6 117/8 134/24
135/3 190/17 197/16 197/23
198/20 198/21 199/3 205/4
211/14
given [6]   119/19 142/13
173/10 200/17 205/7 210/10
go [56]   3/8 3/19 3/24 12/6
13/8 21/6 21/16 23/8 30/11
33/25 36/3 40/12 42/2 47/7
60/4 79/23 79/23 99/3 101/20
103/11 115/17 116/19 119/22
130/10 130/17 132/7 134/24
138/7 138/8 138/9 142/12
143/8 148/25 159/9 162/10
165/18 167/22 179/11 179/12
180/20 183/9 183/11 187/16
190/5 190/25 191/3 191/8
191/21 192/4 195/21 195/23
195/23 195/24 196/1 209/21
210/8
goal [3]   142/22 147/13 169/7
goes [7]   6/12 6/13 12/7 27/1
27/13 28/3 170/6

going [98]   3/2 5/2 10/10
19/25 20/22 22/11 23/6 24/3
27/20 30/4 31/10 32/14 33/16
34/1 36/23 39/23 41/9 41/23
44/1 44/4 46/6 56/4 61/22
64/1 64/4 73/25 78/3 81/22
90/25 92/24 100/11 102/24
103/3 106/7 106/22 107/17
108/12 111/3 112/4 112/6
112/13 113/5 118/17 118/25
119/3 119/4 121/10 123/2
123/18 129/3 138/5 138/6
138/18 140/15 141/7 141/15
142/20 143/11 143/11 143/24
144/18 145/25 154/11 156/10
157/16 157/21 157/23 158/24
158/25 159/15 160/11 163/1
166/16 168/21 170/15 170/17
173/12 177/5 180/25 181/8
181/22 181/23 185/4 186/1
190/13 191/3 192/4 195/15
202/10 202/25 203/3 204/25
205/19 208/16 209/9 209/25
211/4 212/4
gone [4]   18/16 72/17 177/16
209/17
good [24]   3/1 6/3 6/4 14/21
15/6 15/7 15/8 28/16 56/25
57/1 87/2 87/3 99/21 99/22
117/1 123/13 123/14 126/2
136/19 136/20 163/21 163/22
170/17 181/12
Google [3]   96/6 96/9 96/21
got [19]   62/2 77/2 124/19
138/4 139/21 142/21 154/18
154/20 155/22 157/3 181/1
181/5 181/6 183/1 183/3
183/9 183/12 183/15 183/16
Government [119]   2/18 2/19
2/20 2/21 4/10 6/1 7/2 8/5
8/22 11/13 12/23 12/25 13/4
13/7 14/25 22/16 22/20 22/23
23/4 23/11 24/17 28/9 30/5
31/3 31/10 36/24 36/25 37/5
40/9 40/14 40/22 41/15 41/17
41/21 42/8 44/4 44/8 44/10
44/11 44/14 44/23 45/15 46/6
46/25 47/8 48/18 48/25 49/23
52/19 53/2 53/4 53/5 53/6
54/5 54/17 55/5 55/10 56/4
56/18 74/23 75/17 82/11
98/16 108/1 118/24 118/25
119/14 120/12 123/4 123/8
125/2 125/3 125/5 125/6
136/8 136/12 136/13 136/16
136/18 158/6 163/12 170/13
171/22 171/23 172/2 180/6
190/9 192/11 192/16 193/1
193/6 193/12 193/17 193/22
194/3 194/6 194/11 194/20
194/24 195/14 196/19 196/21
197/14 198/21 201/2 202/1
202/8 202/15 204/13 204/15
205/17 207/17 209/2 210/5
210/6 210/13 210/18 211/9
213/22
Government's [5]   11/7 75/3
99/7 201/9 207/5

## G

**grab [2]**   96/16 170/4
**graduate [1]**   130/18
**graduated [4]**   130/21 130/22
131/3 131/13
**grand [1]**   78/11
**granddaughter [2]**   128/22
129/7
**granted [1]**   10/10
**great [1]**   142/18
**grounds [2]**   8/21 53/10
**group [3]**   94/5 150/5 200/23
**Guardian [11]**   102/13 103/15
103/17 103/18 103/22 103/23
105/25 106/12 106/21 106/24
107/1
**guess [11]**   24/10 24/15 37/25
38/1 46/21 65/20 86/20
102/24 121/11 164/6 197/24
**guessing [1]**   141/19
**gun [11]**   36/6 137/15 137/18
137/19 137/20 137/22 137/24
138/6 138/7 138/10 138/14
**guns [4]**   86/18 113/15 115/4
115/6
**guy [3]**   141/2 155/8 186/22
**guys [8]**   175/20 175/21 176/3
176/7 176/9 176/10 185/14
185/14

## H

**had [86]**   3/4 3/6 4/8 11/17
12/6 14/22 17/20 18/18 20/5
24/21 24/24 28/7 32/7 33/12
37/25 37/25 44/16 45/17
50/13 58/17 60/8 60/25 65/3
69/19 73/1 73/5 73/20 73/21
73/24 78/12 80/8 85/5 89/6
89/10 89/17 90/7 91/6 91/17
94/15 101/23 104/11 104/16
105/7 105/24 106/13 106/18
107/5 109/14 110/16 115/3
115/11 116/4 116/12 123/2
124/14 131/15 131/20 133/7
135/16 142/12 143/13 148/22
153/2 153/6 153/9 155/7
156/23 158/13 159/3 165/20
171/8 173/9 173/10 177/3
180/21 182/4 187/8 202/24
205/4 205/7 207/17 208/10
211/9 211/24 212/13 212/15
**hadn't [2]**   15/18 18/24
**half [3]**   49/21 118/4 170/15
**hall [1]**   17/22
**hand [5]**   45/18 140/2 140/4
149/4 151/20
**handcuffs [1]**   116/2
**handguns [1]**   115/7
**handle [3]**   104/23 111/4
149/20
**handled [1]**   116/16
**hands [1]**   211/21
**handy [1]**   11/2
**happen [4]**   30/21 61/12
134/12 134/25
**happened [16]**   7/6 27/17 33/8
57/4 69/12 72/23 83/2 111/3

130/1 134/22 135/11 138/3
154/24 155/9 159/19 159/21
**happening [2]**   79/20 141/4
**happens [7]**   34/18 46/22
135/14 157/19 158/14 158/14
158/16
**happiness [1]**   136/17
**harass [1]**   199/16
**harassment [1]**   199/16
**hard [5]**   37/25 75/6 75/7
118/9 211/3
**harm [2]**   53/8 53/20
**has [85]**   3/5 6/1 7/19 7/20
8/12 12/14 13/22 22/15 22/22
23/17 26/11 30/19 30/20
31/11 32/20 47/8 47/8 56/18
57/14 63/4 68/4 68/6 68/9
68/11 68/13 68/16 70/22
70/23 71/6 73/24 79/19 85/2
88/8 89/13 94/2 95/6 95/16
96/10 96/25 97/4 97/18 98/11
104/23 121/23 125/6 127/16
132/1 133/15 136/4 136/13
143/4 146/17 146/18 153/18
154/20 158/7 175/2 179/18
179/19 192/5 192/10 195/5
196/20 197/7 197/12 197/25
198/8 199/22 200/15 201/13
201/24 203/11 203/15 203/18
204/3 204/12 204/17 204/19
204/21 205/1 205/1 206/8
208/15 209/25 210/24
**hashtag [1]**   170/5
**hashtags [1]**   76/15
**hasn't [1]**   188/5
**have [324]**
**haven't [2]**   3/4 177/16
**having [16]**   12/5 29/11 32/19
55/17 56/11 57/21 90/16
91/22 92/6 92/12 115/17
119/9 120/14 164/21 188/1
204/8
**he [102]**   14/24 21/2 21/3
21/4 23/19 54/15 54/20 74/20
75/21 81/24 82/8 82/16 89/9
89/10 89/10 89/15 90/3 90/5
90/6 90/13 90/14 90/14 104/8
104/22 104/23 105/8 105/13
111/1 111/2 120/10 121/16
124/15 124/17 124/19 127/13
127/16 128/7 128/8 128/16
128/16 128/17 128/18 128/19
129/19 129/21 131/20 134/3
134/3 138/4 138/6 141/2
155/12 155/19 155/21 155/21
155/22 155/23 156/1 156/2
156/16 156/18 156/18 156/19
157/1 157/2 157/9 157/15
157/15 157/15 157/16 164/10
164/11 164/12 164/13 164/16
164/18 164/18 164/19 164/20
164/20 165/2 165/14 165/14
165/15 165/15 165/17 165/18
165/21 166/6 166/6 166/16
166/16 166/18 166/21 177/21
182/6 182/8 182/8 187/8
188/19 188/20 206/3
**he'll [1]**   128/7

**he's [2]**   129/20 185/21
**heading [1]**   196/8
**Headnote [1]**   12/12
**headquarters [1]**   100/24
**hear [7]**   5/13 119/13 126/7
166/19 187/15 187/18 202/12
**heard [13]**   3/7 14/17 15/19
85/21 89/3 141/18 154/12
166/23 196/25 205/5 205/7
205/8 209/19
**hearing [2]**   135/10 166/24
**hearsay [15]**   19/20 26/25
27/1 27/12 28/19 28/20 29/1
87/24 97/22 102/25 111/15
**heart [1]**   201/25
**heavy [1]**   139/19
**heightened [2]**   201/24 208/8
**hello [1]**   175/25
**help [4]**   53/5 76/2 149/15
167/15
**helped [1]**   81/12
**helpful [1]**   5/12
**her [184]**   7/6 7/8 7/15 15/15
15/15 15/16 15/19 15/19 15/21
15/23 15/25 16/1 16/7 16/16
16/19 16/20 17/1 17/3 17/6
17/17 17/19 17/19 17/20 18/6
18/10 18/17 18/18 18/21 22/8
22/10 22/10 23/6 24/3 24/9
24/9 24/11 24/12 24/13 24/14
29/8 30/1 30/24 35/4 35/9
35/10 35/11 35/11 35/15
36/10 36/15 51/3 52/24 53/12
58/8 58/15 58/25 59/3 59/6
59/8 59/11 60/12 60/13 60/16
61/5 61/14 61/17 61/22 61/24
61/24 62/5 62/5 62/8 62/9
62/12 62/13 62/14 62/14
62/15 62/24 64/1 64/1 64/11
71/12 71/13 72/10 72/21
73/22 78/3 78/7 78/15 78/18
79/3 79/4 79/6 79/9 81/14
81/16 83/5 83/18 83/19 84/2
84/6 84/7 84/8 84/21 84/22
85/9 85/11 85/13 85/14 85/17
85/18 85/18 85/22 86/2 86/6
86/9 86/10 86/12 86/14 86/16
86/16 86/18 87/9 87/13 87/15
87/18 87/18 89/10 89/11
89/11 89/11 89/12 89/15
89/21 89/21 89/25 90/1 90/4
90/21 91/1 91/10 91/10 91/12
91/13 91/21 92/24 93/2 93/4
93/21 107/7 107/16 109/11
109/12 111/4 111/25 112/24
113/5 114/14 114/18 115/12
115/17 116/12 116/16 123/16
123/18 123/18 123/19 124/2
124/3 124/5 124/13 125/19
128/24 129/8 129/9 129/11
133/16 133/23 134/17 143/4
174/4 185/21 205/14 207/25
**here [34]**   6/22 14/16 44/24
66/12 88/12 100/13 100/17
104/16 106/1 106/8 110/9
127/22 140/15 141/13 141/14
151/25 152/16 159/1 172/9
176/25 177/6 177/11 180/6

**H**

**here... [11]**  180/12 180/18 180/18 191/5 195/3 198/16 199/13 200/1 206/15 207/9 214/1
**herself [1]**  84/16
**hey [2]**  68/22 138/7
**hi [2]**  58/25 126/3
**high [5]**  16/17 130/18 130/22 146/2 149/15
**higher [1]**  199/23
**highly [1]**  8/4
**Hillary [4]**  132/25 133/21 133/21 134/5
**him [37]**  29/4 29/10 29/11 29/13 31/8 31/16 40/5 54/20 75/8 75/11 75/13 89/20 104/7 105/8 110/23 110/24 124/14 127/17 127/22 142/2 156/3 156/5 156/7 156/16 156/18 157/3 162/21 164/24 164/25 166/8 166/8 166/11 166/19 166/23 178/4 179/3 179/4
**himself [4]**  155/12 155/22 164/12 164/16
**hippie [10]**  43/20 45/25 48/3 84/7 84/10 84/17 140/20 141/11 141/15 141/15
**hired [1]**  138/4
**his [13]**  15/1 75/1 75/2 75/12 82/8 109/3 109/23 110/1 129/17 129/18 178/3 185/21 206/4
**history [3]**  73/21 76/24 197/6
**hold [1]**  118/11
**holder [1]**  47/20
**holding [1]**  35/11
**home [21]**  17/13 18/25 23/2 24/17 72/14 85/9 85/11 92/6 92/9 123/19 126/24 128/20 129/6 156/16 167/21 167/23 167/24 168/2 172/20 173/5 173/10
**homicide [16]**  4/19 10/8 10/21 11/19 13/9 13/21 52/21 52/23 52/23 52/25 53/3 53/11 53/13 53/14 53/18 53/23
**homicide is [1]**  53/23
**HON [1]**  1/23
**honest [1]**  96/13
**honestly [6]**  24/15 71/8 141/9 155/18 185/25 186/3
**honor [42]**  4/8 9/8 15/3 22/11 22/17 23/9 23/15 27/11 28/5 36/23 39/18 51/15 55/6 81/22 82/7 86/24 95/22 95/25 98/18 107/21 108/12 110/1 116/22 116/24 121/9 121/14 125/3 125/9 156/10 163/15 171/6 188/3 190/10 195/5 201/3 201/11 202/9 206/21 208/14 208/19 211/23 213/6
**HONORABLE [1]**  1/11
**hook [4]**  149/13 152/21 160/17 183/23
**hoops [1]**  137/19

**hope [2]**  73/22 197/9
**hopes [2]**  169/7 169/15
**hoping [2]**  54/25 160/14
**host [1]**  9/1
**hour [8]**  81/11 117/13 118/1 118/4 118/4 170/15 191/10 191/13
**hours [2]**  80/13 80/17
**house [35]**  16/1 18/10 21/15 21/21 22/10 23/6 24/11 60/4 61/6 61/22 64/1 72/10 72/21 81/14 81/16 82/18 83/5 91/12 91/13 107/7 112/24 156/19 157/1 166/6 167/25 168/6 168/7 173/13 177/21 177/25 178/15 178/24 179/13 186/20 186/22
**how [105]**  5/17 5/18 5/22 6/6 7/14 13/8 13/19 13/20 15/7 17/5 19/17 20/12 22/1 23/5 23/19 25/9 30/1 33/18 33/25 34/23 35/24 39/3 54/5 73/20 73/20 76/21 78/24 80/22 80/23 81/2 82/12 96/12 100/5 100/10 101/2 102/1 102/4 109/19 110/12 110/22 111/3 111/24 113/4 113/8 113/16 114/6 116/7 117/24 119/2 120/20 121/16 122/14 126/19 127/19 128/6 128/12 128/25 129/10 129/23 129/25 130/5 131/11 131/19 132/7 132/11 133/4 133/7 133/14 133/17 134/5 134/20 134/24 134/25 135/2 135/10 135/21 135/25 136/12 136/13 136/15 140/8 140/24 146/1 146/24 149/7 153/1 154/6 154/9 155/19 156/16 157/21 158/18 158/20 158/20 158/24 161/2 161/4 170/12 170/14 174/2 178/3 201/22 208/23 209/15 209/16
**however [2]**  53/20 54/5
**huge [2]**  11/17 30/24
**hum [11]**  133/1 134/23 141/25 151/11 154/22 167/4 168/25 175/4 183/20 184/9 184/20
**hundreds [1]**  80/24
**Hunt [11]**  6/21 8/9 8/18 9/4 9/16 10/19 11/3 11/4 11/9 23/14 54/11
**Hunt's [1]**  8/25
**Hunter [1]**  83/10
**hurt [2]**  124/9 178/20
**hurtful [1]**  197/12
**husband [4]**  127/15 127/19 131/19 131/20
**husband's [2]**  127/10 127/11
**hypothetical [1]**  179/12

**I**

**I'd [2]**  138/17 197/17
**I'll [6]**  107/19 120/4 160/23 185/1 185/16 185/20
**I'm [8]**  6/25 96/22 99/25 106/20 139/15 161/3 164/15 180/2
**I've [1]**  40/14

**I.D [1]**  2/17
**Iced [1]**  160/10
**ID [9]**  43/15 43/19 43/25 44/5 45/5 122/20 142/9 167/14 211/11
**idea [19]**  10/18 28/16 90/5 109/17 139/23 139/24 139/25 142/17 142/18 142/21 148/20 152/14 155/17 157/20 158/13 158/15 158/17 177/23 188/19
**identification [6]**  37/1 44/25 46/9 48/14 49/16 122/19
**identified [5]**  58/23 97/4 155/12 164/12 164/16
**identifier [2]**  47/16 47/18
**identify [1]**  104/19
**identifying [3]**  49/24 104/14 155/22
**identity [1]**  69/2
**idle [3]**  179/7 179/8 203/24
**ignored [1]**  72/16
**image [5]**  40/9 40/17 40/19 40/25 107/25
**images [1]**  76/14
**imagine [4]**  79/17 85/17 97/6 210/25
**immediate [1]**  110/25
**immediately [2]**  17/19 110/21
**Impeachment [1]**  193/21
**imperative [1]**  7/11
**impermissible [1]**  28/22
**imply [1]**  28/12
**important [6]**  7/5 29/12 51/21 113/12 172/13 183/21
**improper [4]**  53/13 88/15 111/14 205/14
**improperly [1]**  53/24
**imputes [1]**  53/24
**imputing [1]**  13/25
**inadmissible [1]**  28/14
**inapposite [1]**  206/2
**inappropriate [1]**  13/24
**inception [1]**  197/8
**incident [14]**  7/6 7/7 8/2 8/3 8/5 8/6 53/25 54/2 57/15 102/21 113/21 115/21 124/7 177/20
**include [6]**  111/12 197/3 204/4 204/24 205/20 212/16
**included [1]**  194/2
**including [7]**  44/6 76/24 88/7 104/14 115/17 188/10 206/13
**inconsistent [3]**  193/22 193/24 200/13
**incorporate [2]**  208/6 208/11
**incorporating [1]**  198/4
**incorrect [3]**  169/21 200/8 200/10
**incredibly [1]**  6/12
**indeed [1]**  83/17
**Independent [1]**  133/5
**INDEX [1]**  2/1
**indicated [5]**  91/19 100/7 101/23 106/2 164/24
**indicates [3]**  7/23 29/6 189/19

**I**

**indicating [2]** 77/5 107/5
**indication [1]** 69/7
**indicative [1]** 13/20
**indictment [2]** 55/21 55/25
**individual [9]** 48/4 93/14
104/9 104/11 107/4 107/15
167/18 179/14 200/23
**individuals [7]** 82/12 84/2
92/8 95/9 107/6 107/7 200/23
**inference [1]** 28/20
**inform [1]** 105/11
**information [18]** 43/14 46/7
47/24 68/17 76/23 76/24
84/21 90/15 90/15 95/12
96/19 97/24 103/19 104/14
106/2 114/4 114/11 167/15
**inherent [1]** 208/1
**initial [11]** 18/8 18/10
32/13 104/8 105/4 105/24
108/8 155/25 201/6 208/20
209/1
**initially [10]** 50/8 50/11
51/2 64/21 102/20 110/14
139/10 201/11 204/12 207/20
**injections [1]** 131/6
**injure [4]** 77/17 77/22 196/9
203/2
**injured [2]** 156/24 204/1
**injury [6]** 8/17 12/20 23/24
53/8 53/20 108/19
**innocence [5]** 192/16 212/24
213/2 213/11 213/13
**inquiring [1]** 152/4
**inquiry [3]** 104/9 105/4
110/14
**ins [1]** 97/11
**Instagram [58]** 25/4 36/15
36/18 38/18 38/24 41/3 47/7
47/10 48/21 49/1 49/13 49/18
50/2 50/14 55/23 56/13 65/25
67/3 67/11 67/12 67/19 68/11
68/20 70/20 71/20 73/15
73/17 73/18 73/21 74/9 75/16
76/8 77/17 84/6 84/9 93/9
93/24 94/1 138/21 139/5
139/7 139/23 139/24 140/22
141/23 145/18 147/9 153/5
153/9 153/12 169/11 172/3
180/12 180/15 180/23 181/4
182/23 183/13
**instance [2]** 82/10 104/4
**instantaneously [1]** 30/3
**instead [5]** 7/14 12/5 30/12
112/14 124/2
**instruct [7]** 8/13 12/16
54/13 54/17 197/10 202/5
205/15
**instructed [1]** 110/24
**instruction [67]** 7/10 7/11
8/7 9/16 10/18 11/1 11/4
11/8 11/15 11/18 11/23 12/1
12/9 12/11 13/6 13/23 14/13
23/10 54/10 108/13 192/24
193/25 195/12 196/13 196/13
196/16 196/18 196/21 197/3
197/21 197/22 197/23 197/24

199/2 199/2 199/4 199/8
200/1 200/2 200/6 200/7
200/12 200/15 201/6 201/12
201/13 201/16 201/17 202/6
203/8 203/17 204/9 204/16
204/24 205/2 205/11 205/20
205/23 207/4 212/10 212/12
212/12 212/20 212/22 213/1
213/2 213/7
**instructions [39]** 3/3 3/20
3/21 3/23 3/25 4/1 9/14 51/22
117/7 118/9 118/17 170/20
190/14 190/15 190/21 191/4
191/7 191/21 192/1 192/6
192/11 192/15 194/6 197/16
199/1 203/6 206/7 206/9
206/12 206/16 206/23 209/16
209/18 210/4 211/15 211/18
211/21 212/23 213/10 213/12
**instructions such [1]** 206/7
**insufficient [2]** 207/23
208/4
**insurance [1]** 129/4
**integrate [1]** 184/1
**intelligence [2]** 101/16
101/18
**intend [2]** 161/19 208/3
**intended [3]** 7/15 7/15
178/20
**intending [2]** 161/22 161/23
**intent [22]** 6/1 7/10 13/25
54/2 163/5 174/14 174/15
181/16 198/1 198/2 199/15
199/16 199/17 199/18 199/19
199/21 199/23 199/25 200/1
200/22 203/19 207/23
**Intently [1]** 126/5
**interact [2]** 91/1 153/8
**interaction [4]** 117/11
124/14 170/22 173/2
**interested [2]** 132/21 139/10
**interesting [2]** 5/19 153/7
**interests [1]** 136/10
**international [1]** 100/15
**internet [1]** 146/6
**interpret [4]** 8/17 12/20
23/24 108/19
**interpreted [1]** 10/11
**interrupt [1]** 24/22
**interstate [8]** 55/13 55/22
55/25 122/16 195/17 196/8
203/1 212/11
**interview [5]** 18/15 24/9
78/20 78/24 156/18
**interviewed [4]** 18/18 79/3
104/12 178/1
**interviewing [3]** 20/14 87/18
94/24
**interviews [2]** 79/21 80/2
**intimidate [1]** 199/18
**intimidation [1]** 199/18
**introduce [6]** 8/13 12/16
23/18 28/24 99/23 197/5
**introduced [1]** 158/6
**introduction [2]** 194/5
195/11
**intuitive [2]** 197/11 197/13
**invade [2]** 109/1 110/3

**invades [2]** 88/14 90/9
**investigate [4]** 104/8 109/19
109/20 110/9
**investigated [2]** 6/9 95/10
**investigating [5]** 57/9 72/25
88/7 109/15 110/7
**investigation [18]** 20/5 26/6
26/8 26/10 26/14 26/18 36/7
57/12 77/7 89/22 95/16 95/17
105/1 105/2 105/5 107/13
110/17 111/6
**investigations [2]** 94/16
94/21
**investigative [4]** 91/16 95/4
103/18 111/18
**invitations [1]** 76/15
**invited [2]** 177/25 186/22
**involved [15]** 8/4 8/6 8/20
14/12 33/16 52/23 53/14
105/20 138/25 139/9 140/1
142/5 142/6 155/23 206/2
**iPhone [1]** 96/19
**is [660]**
**isn't [10]** 13/3 173/15
175/13 176/16 177/9 177/15
186/16 186/19 186/20 207/25
**issue [13]** 6/19 8/9 19/21
19/22 53/17 89/4 102/25
107/18 162/25 171/6 171/8
171/10 198/8
**issues [8]** 6/2 7/9 28/11
53/22 53/25 201/6 209/20
211/1
**it [529]**
**it's [23]** 16/14 18/3 34/2
47/22 59/4 81/3 81/4 97/3
100/11 101/14 107/18 128/10
147/3 148/8 149/19 153/6
160/19 169/22 174/6 204/18
205/23 206/24 209/8
**italics [1]** 207/5
**its [12]** 53/2 53/6 68/13
95/6 117/24 125/6 180/25
197/8 202/6 203/1 204/20
204/23
**itself [5]** 10/6 29/17 32/20
36/21 109/7

**J**

**jack [5]** 131/20 131/23 160/7
160/8 160/14
**jail [5]** 36/5 181/5 181/6
181/8 181/8
**January [54]** 15/10 57/2 57/4
57/7 57/10 57/19 58/6 58/14
58/16 58/18 58/18 60/8 60/14
71/24 72/1 74/5 74/10 74/12
74/13 74/14 76/5 76/8 76/10
77/3 81/9 93/5 93/18 94/15
94/22 96/1 96/7 97/20 102/11
102/21 103/13 104/10 104/12
105/15 107/14 107/14 126/11
154/12 155/20 155/23 157/17
164/10 164/22 165/17 167/9
174/24 177/22 178/2 183/4
188/13
**January 16th [1]** 102/11
**January 21st [1]** 103/13

**J**

**January 28 [4]**   74/5 76/5
154/12 188/13
**January 28th [6]**   15/10 58/18
74/14 107/14 107/14 164/10
**January 31st [3]**   71/24 72/1
93/18
**January 6 [2]**   57/4 126/11
**January 6th [25]**   57/2 57/7
57/19 58/6 58/14 58/16 58/18
60/8 60/14 77/3 81/9 93/5
94/15 96/1 96/7 102/21
104/10 104/12 155/20 155/23
164/22 165/17 174/24 177/22
178/2
**Jencks [4]**   19/22 20/4 98/18
99/1
**Jewish [1]**   127/4
**job [2]**   136/19 136/20
**jobs [1]**   131/15
**joint [3]**   100/1 100/13 101/6
**joke [21]**   155/7 155/11
155/16 155/17 157/18 157/20
165/6 165/24 166/4 166/5
166/14 166/25 167/2 167/2
167/3 167/13 167/16 167/16
172/25 173/3 173/6
**joking [1]**   89/16
**jokingly [1]**   203/25
**journey [1]**   142/19
**judge [70]**   1/11 4/5 6/18
6/24 6/25 7/17 9/9 9/13 9/17
12/12 13/14 14/6 20/2 20/19
20/25 21/6 23/12 23/25 27/1
28/3 31/22 39/17 40/2 40/11
41/16 41/25 51/13 52/7 56/18
74/19 88/1 89/3 95/22 98/2
98/23 99/2 99/12 103/1 106/7
109/23 118/14 118/19 119/15
120/6 120/22 121/25 123/4
125/17 133/11 133/14 144/7
145/8 163/9 169/23 170/17
174/2 179/16 186/23 187/11
187/16 188/6 188/23 189/11
189/15 189/23 205/18 208/25
209/4 209/4 213/24
**judgment [1]**   207/22
**jump [1]**   137/19
**June [2]**   1/8 74/10
**juror [1]**   6/17
**jurors [3]**   3/19 117/7 144/12
**jury [77]**   1/10 3/3 4/1 5/24
7/10 7/12 8/7 8/13 9/14
12/16 13/23 14/7 14/19 14/20
15/8 22/18 22/20 23/13 23/21
28/12 30/2 39/19 41/7 41/8
41/14 51/25 52/9 54/1 55/2
55/7 55/17 56/11 88/12 88/15
88/25 90/9 90/13 99/24
108/15 109/1 110/3 117/16
118/9 118/17 119/25 121/8
121/9 121/18 122/22 122/23
132/24 146/15 147/20 150/10
158/6 170/24 171/4 171/16
190/13 190/15 191/7 191/19
191/21 192/1 192/10 197/10
199/1 201/22 202/3 204/24

205/14 205/22 206/18 209/16
210/3 211/15 211/20
**jury's [1]**   74/20
**just [98]**   5/19 11/3 14/18
17/19 17/22 18/18 19/1 20/15
23/16 24/2 25/15 27/21 29/13
38/2 38/3 39/20 39/24 40/4
40/5 40/7 41/5 41/23 44/9
45/1 49/1 50/18 50/23 51/6
52/20 54/7 54/12 58/25 66/8
67/24 72/12 72/16 74/22 78/5
82/23 83/18 95/16 96/14
96/16 97/3 98/4 98/8 99/14
104/25 106/17 108/14 108/15
111/21 120/15 122/2 122/18
124/19 132/23 132/24 134/3
134/24 134/25 135/6 137/11
143/3 144/16 147/24 148/15
149/22 153/7 162/6 162/8
162/10 169/18 171/14 173/4
175/20 177/7 179/8 179/9
183/8 184/19 187/12 188/16
190/20 191/25 193/25 199/4
205/4 205/24 206/15 206/12
207/12 209/20 209/25 210/17
210/22 211/17 212/16
**Justice [1]**   70/4

**K**

**K-A-Y-E [1]**   125/24
**KAYE [125]**   1/7 2/11 6/12 7/6
7/7 7/15 11/20 16/11 18/4
18/16 19/5 20/14 22/7 26/9
26/13 26/13 32/10 33/5 35/3
35/14 35/24 36/9 43/8 43/22
47/4 47/19 47/22 48/10 52/11
52/22 53/12 53/12 53/24
53/24 55/12 55/24 56/3 56/6
56/17 57/2 58/6 58/11 58/17
59/11 60/7 69/9 70/25 71/10
72/25 73/9 73/20 76/11 81/19
81/20 83/15 83/17 85/8 85/20
87/8 88/8 88/13 88/18 89/9
90/21 91/3 91/7 91/17 92/11
92/20 92/23 92/24 93/4 93/12
95/13 95/19 97/19 97/25
98/11 104/13 104/19 105/2
105/9 105/21 106/13 110/15
110/25 111/12 112/4 112/24
114/1 114/13 115/10 115/20
116/2 116/6 116/11 116/19
118/2 118/22 119/3 121/12
123/16 123/25 125/17 125/17
125/18 125/20 125/24 126/2
126/10 139/13 143/6 144/16
145/17 162/10 162/25 163/21
171/1 171/8 171/19 171/22
180/1 187/17 189/2 205/14
**Kaye's [27]**   7/19 25/3 27/9
34/5 34/14 35/19 35/21 36/15
53/3 53/5 54/2 54/6 54/6
60/4 82/18 83/1 93/9 94/8
94/14 111/19 113/23 114/22
116/7 133/14 189/17 189/20
207/23
**keep [6]**   140/13 140/14 159/8
160/11 169/18 171/14
**keeps [1]**   8/3

**Kenya [4]**   128/24 129/1 129/5
129/10
**kept [1]**   105/16
**kidding [1]**   91/8
**kidnap [2]**   196/9 203/2
**kill [9]**   178/11 178/13
178/23 179/2 179/3 179/4
179/5 179/12 179/24
**killed [2]**   6/11 10/9
**kimchi [1]**   148/1
**kind [12]**   45/22 46/1 100/20
119/17 123/20 129/19 135/7
135/7 146/13 154/9 157/17
157/20
**kindly [1]**   163/16
**kinds [2]**   131/17 147/18
**knew [9]**   7/7 17/1 23/6 58/18
73/11 85/5 85/23 90/3 186/15
**knock [2]**   16/20 17/6
**knocked [1]**   168/2
**knocking [1]**   17/17
**know [100]**   3/4 4/17 4/23 8/3
10/23 11/21 12/2 12/6 16/13
16/24 19/12 19/24 22/9 25/2
25/23 25/25 30/18 31/7 31/7
35/11 37/23 37/24 46/18
46/22 50/16 54/15 62/2 62/13
63/25 64/15 66/10 66/14
66/16 66/19 66/22 67/2 68/4
71/8 72/14 72/16 73/20 73/23
74/12 75/19 80/22 81/1 84/24
89/25 90/11 92/24 93/4 94/24
98/10 98/18 98/20 98/21
99/14 103/15 114/15 115/20
117/19 118/16 118/25 119/22
125/16 136/5 137/3 138/24
139/2 139/9 140/3 141/9
141/18 143/20 144/4 150/14
152/4 153/11 153/16 153/17
155/15 155/17 156/3 157/16
157/17 158/13 161/2 161/4
165/22 168/2 171/10 174/3
187/3 191/20 193/24 193/25
198/21 202/3 207/20 208/10
**knowing [1]**   182/2
**knowingly [2]**   194/10 195/13
**knowledge [12]**   19/5 38/15
38/17 70/25 72/1 82/9 97/19
111/1 113/22 178/1 198/3
203/20
**knowledge there [1]**   97/19
**known [2]**   52/25 104/15
**knows [3]**   6/2 29/24 82/8
**Korean [5]**   85/2 85/4 85/5
146/6 147/19
**KRISTY [2]**   1/18 30/18

**L**

**lab [2]**   129/20 131/7
**lack [2]**   97/21 189/20
**lacking [1]**   199/21
**ladies [10]**   14/21 15/8 23/16
51/20 99/23 117/3 125/6
170/19 171/17 190/11
**Lake [1]**   128/15
**landline [2]**   172/20 188/1
**language [8]**   45/12 164/8
199/10 200/11 200/18 202/1

**L**

**language... [2]**   204/21
212/17
**laptop [1]**   75/9
**large [1]**   60/3
**Las [5]**   102/22 102/23 103/8
103/10 104/18
**last [24]**   4/8 9/24 10/1 15/1
15/13 75/3 88/25 99/10
104/15 107/13 120/7 125/23
131/22 136/2 139/7 143/7
144/5 144/6 156/20 156/24
200/4 200/5 206/15 209/19
**late [3]**   106/22 113/2 124/3
**later [14]**   36/16 49/20 49/21
67/19 71/16 72/5 78/9 78/11
119/13 166/16 166/21 167/6
199/1 207/21
**latest [2]**   203/5 210/1
**Lauderdale [3]**   1/17 10/22
52/22
**law [49]**   4/9 4/14 5/8 5/15
5/18 5/22 6/3 6/4 6/6 7/21
7/23 8/15 8/18 8/21 10/4
11/16 12/18 14/10 23/21
28/19 29/6 29/7 33/18 34/23
35/21 65/15 66/2 66/8 66/10
91/24 92/4 101/12 108/16
109/18 128/21 137/2 186/1
186/5 197/14 198/7 198/11
199/9 200/8 200/14 202/4
202/5 203/7 203/16 204/18
**law's [1]**   128/23
**lawyer [7]**   63/20 63/22 79/11
79/13 79/14 79/19 156/9
**lawyers [2]**   66/6 197/20
**lead [22]**   19/1 31/16 63/9
102/15 102/19 102/20 102/22
103/7 103/12 103/17 103/19
103/21 103/23 103/25 104/2
104/7 104/11 105/24 106/7
106/20 110/8 184/8
**leadership [1]**   110/10
**leading [4]**   57/12 83/4
156/11 156/13
**learn [2]**   38/24 105/8
**learned [6]**   32/2 38/19 50/9
87/9 89/10 110/19
**least [8]**   7/10 68/25 72/5
85/22 92/11 99/5 172/22
191/15
**leave [10]**   59/25 61/24 129/3
173/25 181/9 182/20 190/21
191/9 212/2 212/7
**leaves [7]**   51/25 52/4 114/11
117/16 123/20 170/24 191/19
**leaving [5]**   15/21 112/17
114/14 114/16 124/2
**led [2]**   101/16 202/25
**left [7]**   15/15 18/1 107/13
149/4 157/9 182/25 183/1
**left-hand [1]**   149/4
**legal [12]**   28/11 46/23 50/23
88/15 89/2 90/8 90/12 90/7
108/25 109/3 137/10 159/8
**legalized [1]**   141/22
**legally [1]**   206/9

**less [2]**   144/20 200/3
**let [24]**   5/3 17/11 20/9 20/9
22/15 33/9 40/1 41/4 44/9
52/17 75/19 83/17 88/10
99/14 135/12 139/9 141/16
158/9 170/14 171/10 187/16
191/3 196/19 201/4
**let's [37]**   16/9 19/7 21/12
29/16 31/25 33/8 34/5 36/7
39/11 42/8 43/25 44/13 47/7
49/13 57/2 91/6 91/6 102/17
125/17 127/21 135/5 140/24
151/15 165/18 167/5 168/11
168/19 169/18 170/13 180/4
183/17 187/17 190/2 195/3
195/8 202/14 208/23
**letter [1]**   45/18
**level [5]**   57/22 110/6 115/15
115/16 116/7
**liberty [2]**   114/3 136/17
**license [4]**   73/5 138/12
138/12 138/14
**licensed [4]**   131/1 131/2
131/4 131/9
**lieu [1]**   11/10
**lieutenant [1]**   175/11
**life [12]**   111/19 111/21
111/21 112/16 112/23 123/16
130/13 130/17 136/16 136/17
172/13 189/6
**light [6]**   3/22 20/1 31/11
91/9 121/15 202/24
**lighting [1]**   158/22
**like [67]**   3/18 5/2 5/10 9/6
9/13 9/17 11/2 11/24 12/6
12/22 13/24 14/8 19/13 21/5
38/3 46/21 55/7 57/23 58/9
58/11 59/22 68/19 70/11 71/8
74/4 74/15 74/17 74/24 77/24
78/2 78/5 80/19 84/4 84/14
85/4 96/5 115/18 118/6
121/18 122/1 124/15 125/8
126/23 129/21 130/23 131/8
132/19 133/25 135/6 136/18
138/7 146/12 148/8 151/6
151/20 153/9 154/24 161/5
162/4 172/12 188/2 191/21
194/2 197/17 201/17 202/5
208/11
**like-minded [1]**   153/9
**liked [1]**   153/16
**likelihood [1]**   117/20
**likely [5]**   33/12 167/23
167/24 170/7 187/9
**likes [4]**   76/16 84/2 84/17
135/3
**limit [2]**   20/6 169/19
**limited [5]**   10/16 98/4
136/16 169/10 170/10
**limiting [12]**   10/18 10/25
11/4 11/8 11/15 11/17 12/1
12/9 12/11 23/10 54/10
108/13
**line [8]**   8/25 29/12 30/2
71/6 96/1 104/25 196/13
213/1
**lined [3]**   120/1 120/2 171/5
**link [1]**   46/7

**Lion [1]**   152/17
**Lions [1]**   152/19
**list [9]**   76/16 95/3 96/6
96/10 96/21 120/5 120/8
120/20
**listed [3]**   43/18 47/16 47/20
**listening [1]**   149/14
**literally [1]**   67/13
**little [16]**   5/3 24/15 31/16
64/10 64/15 68/3 93/25 99/3
117/19 132/15 132/16 136/6
140/15 149/1 149/15 154/24
**live [19]**   58/9 92/8 114/1
126/17 126/18 127/12 128/8
128/14 128/20 129/10 129/12
130/5 130/11 141/16 141/16
155/13 155/15 174/13 182/3
**lived [11]**   16/12 116/11
126/19 130/7 130/12 130/13
130/14 130/14 130/15 130/16
157/16
**lives [3]**   128/9 128/15
128/16
**living [7]**   16/15 35/14
126/14 126/15 126/25 127/22
129/6
**located [1]**   115/24
**location [15]**   34/9 34/12
34/24 35/4 35/8 35/25 36/3
57/20 58/2 58/5 76/23 76/24
77/2 114/8 116/19
**log [1]**   76/24
**log-in [1]**   76/24
**logo [5]**   149/1 149/5 149/8
150/16 150/17
**long [22]**   30/9 35/24 36/1
39/20 73/20 73/20 100/5
100/10 101/2 109/2 113/15
115/3 115/6 117/24 126/19
130/5 131/11 132/11 132/12
133/7 134/20 154/9
**longer [8]**   5/3 6/3 90/25
111/4 166/13 170/14 198/7
204/15
**look [22]**   11/6 20/25 40/6
40/7 49/13 65/18 72/25 73/5
75/21 85/1 86/18 103/20
120/21 121/19 123/22 141/7
158/21 177/17 196/7 211/24
212/11 212/12
**looked [4]**   77/21 78/14
197/22 206/1
**looking [13]**   7/2 7/14 7/17
44/24 50/6 58/9 76/19 76/23
77/5 161/14 180/18 202/18
203/4
**looks [5]**   9/6 9/17 74/24
151/20 162/4
**loop [1]**   105/16
**Los [2]**   101/5 130/14
**losing [1]**   164/15
**lost [1]**   134/5
**lot [16]**   81/3 81/4 81/5 85/6
93/12 94/15 96/14 110/10
119/21 123/22 147/14 147/15
153/5 153/19 169/4 191/23
**loud [1]**   75/18
**love [1]**   10/17

**L**

**lover [1]**  185/21
**lucky [1]**  127/25
**lunch [13]**  61/15 61/15 99/5
  99/5 99/13 117/2 117/6
  117/14 118/1 191/5 191/9
  191/11 191/13
**luncheon [1]**  118/21
**lyrics [5]**  160/22 160/23
  184/24 185/19 185/19

**M**

**ma'am [129]**  57/5 57/8 57/11
  57/13 57/16 57/18 57/21
  57/22 58/7 58/12 58/20 58/22
  59/10 59/19 59/23 60/10
  60/15 60/20 60/24 61/1 61/7
  61/9 61/11 61/13 61/19 62/10
  62/19 63/1 63/9 63/13 64/5
  64/8 64/14 64/25 65/2 65/7
  65/13 65/17 66/4 66/11 66/13
  66/18 67/4 67/10 67/17 67/20
  67/23 68/1 68/12 68/18 68/21
  69/4 69/10 69/13 69/18 69/23
  70/1 70/7 70/10 70/13 70/16
  70/19 70/24 71/3 71/5 71/11
  71/14 71/16 72/6 72/11 72/22
  72/24 73/13 73/16 76/3 76/9
  76/18 77/12 78/4 78/6 78/8
  78/10 78/13 78/17 78/21
  78/23 79/2 80/4 80/6 80/11
  80/14 80/18 81/18 82/22
  83/16 83/21 84/1 84/3 84/5
  84/11 84/15 84/18 84/23
  85/10 85/12 85/15 85/17 86/3
  86/5 86/11 86/13 86/15 86/17
  86/19 86/21 96/22 97/2 97/6
  97/9 97/13 97/17 173/15
  175/13 176/16 177/9 178/17
  186/16 186/19 188/9
**mad [1]**  176/16
**made [32]**  7/4 10/7 88/13
  88/19 107/16 112/3 113/12
  113/13 115/19 134/22 147/25
  149/21 155/10 158/13 172/8
  175/14 176/17 178/20 179/3
  182/2 184/5 184/7 187/19
  197/2 203/11 203/25 205/1
  207/17 208/7 208/9 209/21
  210/2
**MAGA [12]**  135/7 136/3 136/7
  136/9 158/4 158/5 158/5
  169/19 179/22 179/24 179/25
  180/2
**magistrate [3]**  30/8 30/16
  31/13
**mail [4]**  62/2 62/11 62/16
  107/13
**main [1]**  138/11
**maintain [9]**  34/13 114/21
  114/24 121/15 121/20 197/1
  201/15 205/13 207/2
**maintained [1]**  206/4
**maintaining [1]**  104/21
**maintains [2]**  53/6 213/18
**make [38]**  5/10 5/11 5/14
  15/22 15/25 18/20 19/5 23/17

34/20 61/18 87/22 90/13
  119/7 119/11 119/20 126/6
  140/11 143/5 146/1 158/9
  172/15 177/17 180/25 181/18
  182/10 184/25 190/24 191/20
  197/17 203/1 204/22 206/7
  207/12 207/21 210/7 210/24
  211/2 212/7
**makes [1]**  7/9
**making [5]**  47/4 107/4 187/15
  188/11 205/21
**man [1]**  141/17
**management [1]**  110/8
**manager [1]**  128/19
**manner [1]**  26/17
**manual [1]**  142/13
**many [21]**  13/1 17/5 25/9
  33/18 34/23 57/17 57/19 58/9
  80/22 80/23 81/2 102/1 102/4
  109/17 109/19 111/24 113/4
  113/16 119/19 172/12 181/1
**March [4]**  36/14 36/16 37/16
  203/5
**March 2022 [1]**  203/5
**marginal [1]**  6/6
**marijuana [6]**  84/13 138/12
  138/12 138/14 141/22 148/6
**mark [2]**  1/14 36/23
**marked [11]**  36/25 41/15
  41/21 47/8 122/18 123/8
  125/14 143/4 144/11 145/14
  211/10
**married [1]**  127/8
**mass [1]**  100/24
**master [2]**  131/21 131/23
**materials [1]**  21/19
**maternity [1]**  129/3
**matter [18]**  26/5 51/16 52/5
  52/18 53/15 54/14 89/18
  103/18 103/21 104/20 104/22
  105/8 105/20 107/9 111/4
  207/8 207/8 214/8
**matters [1]**  101/16
**Matthew [1]**  16/6
**may [60]**  3/1 7/1 13/9 13/23
  14/22 15/2 20/19 20/20 20/25
  22/17 22/19 28/5 28/6 28/12
  31/19 35/6 37/2 37/20 37/21
  39/10 39/18 39/20 41/14
  41/14 50/18 51/12 52/3 55/3
  55/9 55/17 56/11 75/11 81/25
  81/25 89/3 89/5 96/2 98/14
  98/15 105/7 107/21 107/23
  116/11 119/20 121/2 122/24
  124/25 140/3 145/12 163/13
  171/18 171/19 180/24 189/13
  196/25 198/10 202/23 206/7
  206/21 212/2
**maybe [28]**  3/18 3/21 3/25
  6/5 16/13 16/18 17/7 21/2
  30/7 34/8 36/1 36/1 36/2
  36/16 54/18 70/2 75/13 77/20
  77/20 88/1 92/9 118/3 139/4
  149/1 153/16 161/11 195/12
  211/16
**McCloud [1]**  128/24
**me [93]**  5/3 13/5 17/11 19/1
  19/13 20/9 20/9 22/2 22/15

23/8 24/9 24/25 27/5 33/9
  34/13 37/18 40/1 41/4 44/9
  44/15 45/2 47/24 52/17 60/15
  61/3 62/14 63/3 63/12 81/22
  83/17 84/9 87/17 88/10 99/3
  99/14 107/12 118/6 119/17
  127/18 128/9 129/11 133/11
  135/2 135/4 135/12 136/9
  144/24 152/14 154/10 155/13
  155/21 155/22 155/22 155/24
  156/3 156/4 156/18 156/18
  157/15 157/17 158/9 160/21
  165/14 165/14 165/17 166/6
  168/5 168/21 169/3 170/14
  173/19 178/19 180/20 181/14
  181/22 181/24 182/3 182/7
  182/14 183/16 184/21 185/7
  185/18 185/19 185/22 185/24
  188/19 188/20 196/19 200/4
  201/4 204/4 212/18
**mean [15]**  46/20 47/3 79/6
  89/15 91/8 96/8 112/12
  136/15 140/3 140/4 141/7
  141/20 168/8 182/21 204/22
**meaning [2]**  26/11 136/5
**meanings [1]**  132/1
**means [7]**  84/12 84/13 125/5
  136/9 199/16 199/18 200/21
**meant [5]**  77/25 78/22 141/19
  159/20 200/24
**media [57]**  25/1 25/2 25/6
  25/25 26/4 36/10 36/10 38/12
  38/16 50/14 51/2 58/8 68/2
  68/4 69/25 70/6 70/8 70/15
  77/23 83/18 83/19 88/19 93/8
  93/14 97/10 106/14 133/16
  138/19 138/20 138/22 139/10
  139/11 140/2 140/4 142/4
  144/1 146/3 148/4 150/5
  151/2 151/3 155/18 161/19
  165/10 165/13 168/11 168/12
  168/16 169/1 169/14 172/24
  173/2 178/9 181/18 182/24
  187/25 188/10
**medical [2]**  131/20 138/12
**medications [1]**  131/7
**meet [4]**  62/9 79/14 166/7
  166/8
**meeting [5]**  33/13 33/15
  33/20 33/24 33/25
**Melanie [2]**  191/10 210/8
**members [1]**  108/15
**memory [7]**  17/5 34/6 75/12
  76/2 76/4 108/5 188/17
**mens [1]**  200/3
**mental [2]**  7/19 203/12
**mention [1]**  13/2
**mentioned [11]**  26/20 71/20
  92/19 106/18 115/3 129/5
  131/24 141/5 141/17 159/12
  199/24
**merits [2]**  28/12 28/13
**message [18]**  15/16 15/21
  46/1 61/24 70/11 70/17 78/11
  157/9 157/10 167/6 185/4
  185/6 185/13 185/17 187/4
  187/5 198/1 203/19
**messages [8]**  76/15 168/15

**M**

**messages... [6]**   168/17 168/18 169/1 169/2 169/14 188/18

**messaging [2]**   70/8 188/11

**messenger [3]**   70/18 70/20 71/1

**met [3]**   131/19 134/18 135/1

**metal [1]**   79/23

**methods [1]**   93/13

**MF'er [1]**   186/13

**Miami [8]**   4/20 10/8 10/21 13/9 13/12 13/15 13/16 52/21

**Michael [4]**   127/11 127/12 175/7 175/8

**microphone [6]**   99/8 100/2 125/21 126/17 139/14 187/18

**microwave [1]**   161/17

**mid [2]**   34/8 51/18

**mid-morning [2]**   34/8 51/18

**middle [1]**   19/13

**might [6]**   31/13 76/20 106/8 117/1 141/19 167/13

**might elicit [1]**   31/13

**military [2]**   101/12 101/18

**MILITELLO [25]**   1/18 2/4 2/6 2/10 6/18 7/18 8/10 13/17 29/21 41/16 51/15 52/7 56/2 56/17 87/5 87/7 88/10 89/8 91/3 91/15 93/12 94/15 95/3 98/8 106/8

**mind [18]**   7/8 77/6 77/13 78/15 78/18 78/19 89/11 90/1 90/4 92/24 93/6 107/8 157/21 157/25 166/4 176/20 201/21 210/21

**minded [2]**   153/9 153/16

**minds [1]**   152/4

**minor [1]**   35/17

**minute [4]**   67/22 187/12 200/4 209/11

**minutes [23]**   31/25 36/2 49/20 49/21 51/21 51/21 51/24 54/19 67/8 67/18 67/19 117/13 118/3 119/21 120/3 167/5 170/23 170/25 180/24 208/25 209/1 209/7 211/14

**misogynist [1]**   134/3

**misread [1]**   159/3

**missed [3]**   162/13 189/2 189/4

**missing [1]**   202/2

**mix [1]**   129/20

**mobile [2]**   112/16 114/8

**modeling [1]**   132/3

**modified [2]**   198/6 201/13

**moment [22]**   6/24 6/25 17/10 20/16 23/12 39/11 39/17 44/9 44/13 51/12 95/22 108/14 116/22 162/8 163/13 171/10 186/23 201/4 202/10 209/4 212/1 212/9

**moments [5]**   26/20 49/8 51/16 102/17 119/19

**moniker [2]**   45/22 45/24

**monikers [2]**   40/20 44/21

**monitor [3]**   74/20 74/25 75/1

**monitoring [2]**   58/2

**monitors [1]**   74/25

**month [3]**   150/21 151/1 151/23

**months [1]**   36/16

**more [19]**   7/1 7/11 57/3 71/17 90/14 90/15 105/4 112/1 136/6 140/13 140/13 140/14 145/25 154/20 181/15 182/14 182/24 187/14 207/9

**morning [30]**   3/1 14/21 15/6 15/7 15/8 19/7 19/9 19/16 34/8 51/18 56/25 57/1 61/14 87/2 87/3 99/21 99/22 106/23 113/2 113/2 114/14 114/17 115/21 124/3 191/7 191/10 191/14 192/2 209/19 214/1

**morphed [1]**   133/15

**most [8]**   9/1 13/18 113/11 167/23 170/6 180/13 187/9 191/23

**mostly [2]**   167/24 172/16

**mother [7]**   48/3 84/10 84/19 84/20 134/17 154/10 176/20

**motion [10]**   10/24 119/2 119/7 119/12 191/21 198/13 208/7 208/8 208/12 208/17

**motions [3]**   5/16 202/12 208/12

**motivating [1]**   206/5

**Motorola [1]**   188/17

**move [16]**   29/8 41/18 100/2 122/1 122/3 126/6 126/7 130/8 139/13 139/18 144/7 145/8 179/20 184/25 201/4 212/6

**moved [4]**   47/9 126/21 134/17 212/9

**movement [1]**   135/7

**moves [2]**   123/5 149/2

**moving [2]**   125/10 171/14

**Mr [8]**   2/3 2/5 2/7 2/9 2/12 2/13 2/14 52/11

**Mrs [1]**   73/9

**Mrs. [16]**   58/17 59/11 70/25 71/10 72/25 81/19 110/25 114/13 116/2 116/6 123/16 123/25 126/2 126/10 145/17 189/2

**Mrs. Kaye [16]**   58/17 59/11 70/25 71/10 72/25 81/19 110/25 114/13 116/2 116/6 123/16 123/25 126/2 126/10 145/17 189/2

**Ms [56]**   2/4 2/6 2/10 6/18 7/19 18/4 34/5 34/14 35/19 35/21 41/16 51/15 52/7 53/3 53/5 53/24 53/24 56/2 73/20 76/11 82/18 83/1 83/15 85/20 87/5 87/7 89/8 91/3 91/7 91/15 91/16 93/12 94/8 94/14 95/3 95/13 97/19 98/8 98/11 106/8 111/12 113/23 114/22 116/7 119/3 121/11 125/17 133/14 139/13 144/16 162/25 180/1 189/17 189/20 207/23

**Ms. [88]**   6/12 7/6 7/7 7/15

**more (cont.)**   7/18 8/10 11/20 13/17 16/11 18/16 19/5 20/14 22/7 25/3 26/9 26/13 26/13 27/9 29/21 32/10 33/5 35/3 35/14 35/24 36/9 36/15 43/22 47/4 48/10 52/22 53/12 53/12 54/2 54/6 54/6 56/17 57/2 58/6 58/11 60/4 60/7 69/9 81/20 83/17 85/8 87/8 88/8 88/10 88/13 88/18 89/9 90/21 91/3 92/11 92/20 92/23 92/24 93/4 93/9 93/12 94/15 95/19 97/25 105/2 105/9 105/21 106/13 110/15 111/19 112/4 112/24 114/1 115/10 115/20 116/10 116/19 118/2 118/22 125/18 143/6 162/10 163/21 171/1 171/8 171/19 171/22 187/17 205/14

**Ms. Kaye [72]**   6/12 7/6 7/7 7/15 11/20 16/11 18/16 19/5 20/14 22/7 26/9 26/13 26/13 32/10 33/5 35/3 35/14 35/24 36/9 43/22 47/4 52/22 53/12 53/12 56/17 57/2 58/6 58/11 60/7 69/9 81/20 83/17 85/8 87/8 88/8 88/13 88/18 89/9 90/21 91/3 92/11 92/20 92/23 92/24 93/4 93/12 95/19 97/25 105/2 105/9 105/21 106/13 110/15 112/4 112/24 114/1 115/10 115/20 116/11 116/19 118/2 118/22 125/18 143/6 162/10 163/21 171/1 171/8 171/19 171/22 187/17 205/14

**Ms. Kaye's [9]**   25/3 27/9 36/15 54/2 54/6 54/6 60/4 93/9 111/19

**Ms. Militello [6]**   7/18 8/10 13/17 29/21 88/10 94/15

**Ms. Suzanne [1]**   48/10

**much [13]**   10/15 60/1 98/14 100/3 124/25 126/8 146/24 157/20 170/14 189/12 208/23 209/8 209/24

**muckbang [7]**   43/3 55/20 84/24 146/5 146/6 147/1 147/2

**muckbang01 [1]**   84/22

**Muckbangers [2]**   147/4 147/4

**Muckbangers [2]**   147/4 147/4

**mug [5]**   149/17 149/19 149/22 149/23

**multi [2]**   16/15 114/2

**multi-family [1]**   16/15

**multi-story [1]**   114/2

**multiple [3]**   110/9 130/16 194/16

**music [23]**   25/18 39/6 39/7 51/3 65/3 65/4 66/17 66/19 149/11 149/12 149/12 149/13 152/15 152/16 152/21 152/21 160/16 160/17 160/18 180/21 183/19 183/23 184/16

**must [1]**   203/12

**my [111]**   3/9 5/12 5/19 9/2 9/14 13/15 18/1 18/24 20/9 21/10 21/15 21/17 21/21 22/4 24/19 24/21 29/24 38/17 41/7

## M

**my... [92]**   45/12 54/24 59/3
87/17 89/20 99/25 101/22
102/15 102/24 103/2 103/12
119/1 126/14 127/11 127/15
127/18 128/4 128/4 128/21
128/21 129/7 130/11 131/19
131/19 132/4 134/4 134/17
138/4 140/2 140/23 141/4
141/13 141/15 142/17 142/18
143/24 144/3 144/24 148/19
149/15 149/17 149/19 149/23
150/18 153/2 153/22 153/24
154/3 154/10 154/10 156/19
156/24 157/21 158/8 158/22
158/25 161/15 163/1 164/8
164/15 165/14 166/6 167/25
167/25 168/4 168/6 168/6
168/7 168/24 169/16 172/8
172/8 173/7 173/8 174/25
176/4 176/5 177/5 178/22
179/25 180/2 180/13 185/9
186/22 188/21 189/10 197/19
200/6 200/9 201/16 201/21
208/12
**myself [2]**   56/2 56/16

## N

**name [37]**   25/23 42/24 43/2
43/4 43/7 43/18 43/22 45/21
47/20 50/18 59/1 59/3 59/4
69/2 84/7 99/9 99/10 99/25
104/11 125/22 125/23 127/10
127/11 128/4 128/4 128/23
128/24 129/8 129/9 129/17
129/18 140/17 140/19 140/21
140/25 141/4 178/3
**names [3]**   97/1 128/3 141/3
**narrow [1]**   201/20
**National [2]**   102/13 175/9
**natural [1]**   99/17
**nature [10]**   10/5 12/23 13/3
28/8 29/21 105/11 105/20
107/9 110/13 156/11
**navigating [1]**   37/21
**near [2]**   17/3 34/24
**nearby [1]**   83/3
**necessarily [4]**   41/6 120/13
187/10 187/23
**necessary [5]**   29/15 115/17
115/19 121/15 204/21
**need [19]**   14/14 27/11 31/6
31/7 31/12 54/19 80/19
119/21 120/3 132/23 171/6
190/12 190/25 191/3 199/24
208/23 209/5 209/9 213/25
**needed [5]**   29/15 81/11
107/20 116/16 191/20
**needs [5]**   7/12 75/21 90/13
133/11 171/10
**neglected [1]**   205/3
**nervous [2]**   126/4 159/17
**never [11]**   9/22 63/2 63/3
79/16 92/24 93/6 123/25
166/21 166/23 188/21 189/4
**nevertheless [1]**   204/9
**new [13]**   9/7 9/21 54/12

110/18 125/21 129/7 129/8
130/4 130/7 130/14 134/22
209/20 211/20
**next [24]**   4/8 4/25 5/1 5/4
17/25 19/3 24/18 24/23 26/4
45/8 49/13 54/14 98/15 103/2
111/3 111/6 134/9 139/5
139/6 139/7 157/19 192/15
192/20 193/5
**nice [7]**   14/22 60/21 60/22
117/14 118/16 191/17 214/3
**night [7]**   4/8 19/14 166/22
166/24 172/23 174/13 185/16
**nine [4]**   47/23 48/11 72/5
72/7
**no [221]**
**Nobody [3]**   136/20 177/2
177/7
**non [2]**   131/7 156/13
**non-leading [1]**   156/13
**non-prescribed [1]**   131/7
**none [4]**   58/7 131/21 131/23
201/17
**noodles [2]**   146/25 147/25
**noon [1]**   154/19
**normal [1]**   59/4
**Norwich [1]**   101/21
**not [258]**
**notable [1]**   5/19
**note [7]**   72/23 195/25 196/1
200/6 209/24 212/3 213/20
**note-taking [5]**   195/25 196/1
209/24 212/3 213/20
**noted [1]**   107/11
**notes [1]**   205/24
**nothing [10]**   7/19 72/23
95/22 109/5 110/16 157/20
163/9 188/22 189/11 190/19
**notice [3]**   40/19 116/2
116/10
**noticed [2]**   148/24 153/18
**November [3]**   126/20 126/22
128/7
**November 15 [1]**   126/22
**now [82]**   4/18 4/23 5/11 5/13
6/1 6/4 18/3 18/6 18/16
24/17 26/2 26/16 26/17 28/10
28/22 28/23 36/7 37/16 38/12
40/5 41/14 42/5 43/13 43/25
44/4 45/8 46/6 47/7 48/11
49/13 49/23 50/13 52/12
54/14 54/19 58/17 60/16 62/2
63/10 64/15 65/5 67/7 71/15
73/14 73/17 76/4 76/13 80/7
83/24 89/14 91/3 91/15 93/8
100/11 104/20 106/18 109/14
111/4 111/6 116/10 117/5
118/23 119/6 120/3 120/10
123/2 125/7 127/25 130/12
132/12 144/13 150/1 151/9
159/7 166/25 169/3 170/17
178/17 198/22 211/15 211/18
212/10
**NTOC [2]**   21/25 106/1
**nuclear [1]**   101/1
**number [38]**   10/5 10/7 17/20
20/3 20/3 29/14 29/16 33/21
42/10 43/10 43/15 43/19

43/25 44/1 44/5 44/8 44/23
44/25 45/1 45/6 46/9 47/13
48/14 48/19 48/21 49/16
49/24 55/19 55/20 55/24
69/11 69/19 69/24 81/1 87/19
96/17 112/1 167/10
**numbers [5]**   44/6 96/10
104/19 192/7 192/7
**nurse [4]**   131/1 131/2 131/4
131/9
**nurses [1]**   131/5

## O

**o'clock [1]**   113/25
**O30.3 [1]**   196/8
**oath [6]**   14/25 52/2 117/4
123/2 171/1 171/19
**object [10]**   8/10 41/17 81/23
107/17 108/24 111/14 120/25
156/11 179/16 193/25
**objected [3]**   6/8 201/12
204/13
**objecting [1]**   41/10
**objection [48]**   20/1 20/6
23/11 23/15 26/24 27/11
27/12 28/2 28/8 41/9 41/13
41/20 54/16 82/7 88/14 88/21
88/22 88/23 88/24 97/21
102/24 106/5 109/21 110/4
111/16 119/20 120/24 121/6
123/7 125/11 125/12 125/13
133/10 133/18 144/9 144/10
145/10 145/11 145/12 146/17
174/2 177/12 187/11 187/15
188/3 189/21 194/3 201/12
**objections [7]**   20/17 187/18
187/19 202/20 206/17 210/2
213/19
**objective [4]**   5/21 200/16
203/13 204/2
**objectively [1]**   5/23
**objects [5]**   13/10 31/17
53/10 106/8 204/15
**observations [1]**   83/14
**observe [2]**   35/13 116/1
**observed [15]**   23/1 26/3 35/7
35/9 35/10 44/16 81/20 81/24
81/25 82/4 82/17 82/19 88/11
123/15 124/2
**obtain [2]**   26/7 36/9
**obtained [2]**   36/17 37/11
**obvious [2]**   72/19 147/3
**obviously [5]**   24/8 180/21
189/8 196/10 214/1
**occasions [3]**   18/13 111/24
188/13
**occur [2]**   13/16 105/19
**occurred [6]**   52/21 52/23
53/14 102/21 103/13 177/20
**October [2]**   144/5 144/5
**of Daebak [1]**   146/25
**off [9]**   29/20 34/21 112/10
118/11 143/5 150/18 150/18
157/3 192/7
**offense [6]**   194/5 195/4
195/11 209/24 209/25 212/10
**offenses [1]**   196/17
**offered [1]**   7/19

# O

**office [31]**  1/15 1/19 18/2
21/10 21/17 21/17 21/18
21/19 24/19 24/20 24/24 25/7
25/11 26/7 26/22 27/8 27/17
32/17 36/5 65/10 79/21 79/23
101/5 102/15 102/21 103/20
104/16 111/7 111/11 116/21
177/16

**officer [6]**  10/12 91/24 92/4
101/15 101/18 101/18

**officers [8]**  33/19 35/21
102/3 102/4 102/7 113/16
113/19 115/24

**offices [1]**  81/7

**official [3]**  1/23 83/2
214/11

**officials [1]**  8/20

**often [3]**  119/10 127/19
191/6

**oh [2]**  81/18 91/7

**okay [101]**  3/1 5/5 6/16 9/3
10/1 10/13 14/19 15/21 21/12
22/13 23/11 23/16 29/23 39/9
39/16 41/19 42/22 44/13
46/24 49/13 50/24 52/1 54/25
55/3 55/9 56/20 58/17 61/17
62/5 65/3 65/10 65/25 67/24
72/7 74/2 74/3 74/21 75/8
75/23 85/8 91/6 99/3 102/18
103/5 103/15 106/4 106/10
108/14 115/15 116/23 117/1
117/17 117/24 120/20 121/24
122/21 122/22 122/24 125/11
132/16 135/17 136/21 138/21
143/18 145/20 148/10 150/19
151/6 163/11 163/18 166/7
166/16 168/11 169/3 169/17
170/19 171/4 177/19 179/10
181/11 185/25 188/24 189/12
193/5 194/5 195/3 195/21
196/5 201/1 201/14 202/7
202/10 205/19 206/20 207/16
208/13 208/16 209/6 212/7
213/5 214/3

**old [15]**  48/3 71/6 84/10
84/16 110/16 115/14 128/6
128/12 128/25 129/23 129/24
129/25 139/12 139/16 150/1

**older [1]**  126/25

**omitted [2]**  199/10 207/14

**once [16]**  18/10 24/17 28/3
32/9 32/13 43/9 50/9 75/18
77/2 92/20 104/6 104/20
110/19 127/25 181/18 182/10

**one [92]**  5/1 6/16 6/20 6/24
6/25 7/1 7/25 9/14 10/1 10/5
15/13 20/3 20/16 23/12 23/13
25/12 25/14 30/12 35/9 39/17
51/3 51/10 52/10 54/24 55/19
55/21 57/3 63/23 65/3 65/4
67/12 68/16 68/20 73/2 76/2
77/13 80/7 82/22 85/19 87/19
95/17 95/22 96/23 98/10
102/8 104/4 108/7 110/16
113/11 116/22 119/15 122/15
124/9 143/1 147/13 150/14

**one's [1]**  111/22

**ones [8]**  50/6 64/20 74/14
120/24 150/23 172/25 175/23
212/8

**online [12]**  4/12 37/18 65/14
66/2 68/13 68/17 69/22 106/2
173/7 178/22 179/11 179/12

**only [23]**  38/12 44/19 46/25
47/4 51/16 91/8 94/4 122/20
141/13 143/17 144/19 146/3
150/17 162/5 170/1 170/2
196/6 197/17 200/17 201/20
211/11 212/1 212/13

**open [5]**  105/5 110/25 111/6
111/11 112/13

**opened [4]**  82/11 95/16
110/14 110/18

**opening [1]**  202/4

**operation [6]**  31/5 33/13
102/13 112/10 114/10 115/1

**operational [5]**  30/23 33/15
33/20 112/7 113/3

**operations [1]**  112/9

**operators [1]**  113/13

**opinion [10]**  9/10 9/11 9/12
9/23 12/25 89/16 137/2
198/15 198/22 198/24

**opinions [3]**  28/10 28/20
137/8

**opportunity [4]**  54/13 205/5
205/8 209/19

**opposed [3]**  8/23 29/16 119/9

**ops [3]**  30/24 33/13 115/9

**option [1]**  111/5

**order [7]**  120/13 191/5
191/11 191/11 195/4 195/7
207/7

**ordinary [4]**  8/16 12/19
23/22 108/17

**organization [1]**  69/2

**organize [1]**  112/7

**original [2]**  39/13 184/5

**OSI [1]**  101/14

**other [44]**  10/20 24/25 28/21
52/17 64/16 67/9 72/7 74/14
77/22 78/15 81/9 81/25 82/12
83/18 83/19 85/5 87/20 89/18
92/9 93/13 95/18 101/12
101/23 104/14 105/1 110/16
116/10 117/8 118/24 119/15
121/22 124/23 131/15 131/17
147/13 151/3 153/10 180/15
182/25 198/9 199/14 204/5
211/2 212/7

**others [4]**  28/10 109/20
136/10 204/4

**otherwise [5]**  8/15 12/18
23/22 108/17 213/19

**our [52]**  3/1 3/13 3/14 4/3

4/6 7/9 8/23 14/4 14/15
14/19 22/7 23/19 24/8 24/24
51/18 52/1 71/22 73/2 85/19
99/4 104/18 105/25 115/1
117/2 117/4 117/4 117/7
118/8 119/25 121/18 122/22
123/1 141/3 141/21 171/4
190/4 197/2 197/9 199/11
200/1 200/2 200/10 200/15
201/15 202/1 202/6 207/18
207/9 208/7 208/7 210/19
213/7

**Ours [1]**  210/17

**out [55]**  9/7 9/20 12/6 12/8
19/1 22/8 24/3 32/7 32/9
52/8 59/9 75/18 78/1 80/9
81/14 82/23 85/2 87/8 87/12
87/15 87/18 92/25 96/17
101/22 109/11 111/25 112/24
116/17 120/16 124/17 130/20
134/22 139/12 146/14 147/14
152/17 158/19 158/19 159/18
169/4 170/6 175/24 176/20
181/5 181/6 181/8 184/24
191/12 192/21 196/10 196/11
202/11 203/21 212/17 213/17

**outcome [1]**  158/3

**outside [4]**  34/10 54/20
94/24 197/17

**outspoken [2]**  132/18 132/18

**outweighed [1]**  53/21

**over [23]**  3/19 3/24 19/3
21/22 33/25 46/22 61/20
61/21 111/10 115/1 143/8
150/6 151/12 153/2 157/21
182/25 183/6 190/13 205/25
206/1 209/17 210/4 210/9

**overcome [1]**  207/25

**overly [2]**  13/10 14/11

**overly prejudicial [1]**  14/11

**overnight [5]**  30/21 31/2
31/4 31/9 80/19

**overrule [4]**  20/6 27/23
133/18 204/25

**overruled [6]**  27/3 97/23
109/2 109/25 110/4 177/13

**oversaw [1]**  112/9

**overseas [1]**  101/16

**oversee [1]**  100/15

**own [5]**  38/15 68/13 107/8
137/20 138/10

**owned [3]**  50/17 50/19 137/22

**owner's [1]**  77/6

**owning [1]**  92/1

**owns [3]**  38/18 50/13 50/16

---

# P

**p.m [2]**  61/18 71/24

**package [1]**  152/11

**packet [6]**  9/15 37/6 43/9
213/7 213/19 213/23

**packets [1]**  214/2

**packs [1]**  146/25

**pad [1]**  159/8

**page [39]**  2/3 2/4 2/5 2/6
2/7 2/9 2/10 2/12 2/13 2/14
2/18 2/19 2/20 2/21 2/22
2/23 2/24 37/10 43/9 43/13

**P**

**page... [19]**  45/8 45/8 45/9 47/23 48/11 66/2 66/5 66/8 66/10 68/6 68/7 84/8 84/22 192/4 192/6 192/7 192/8 192/10 192/15
**pages [6]**  38/3 42/16 68/4 76/16 93/21 213/6
**PALM [12]**  1/2 1/7 1/21 1/24 21/25 36/5 100/1 100/13 100/17 104/16 110/8 110/9
**paper [2]**  159/8 159/8
**paperwork [2]**  27/9 31/22
**paragraph [2]**  12/13 213/1
**paraplegic [1]**  127/16
**pardon [1]**  164/8
**parked [1]**  17/2
**parody [1]**  159/22
**part [24]**  8/11 13/22 13/25 24/10 69/3 102/4 109/12 110/10 113/4 113/16 123/19 131/22 141/1 141/10 141/10 149/25 154/7 154/8 165/11 165/12 172/13 198/1 198/9 212/22
**partial [2]**  6/22 172/3
**partially [1]**  47/11
**participated [1]**  94/21
**particular [6]**  93/14 109/4 148/24 194/10 195/12 200/23
**particularly [5]**  121/15 133/15 201/23 201/24 203/4
**particulars [1]**  195/22
**parties [13]**  8/13 12/15 12/23 14/2 23/18 28/21 52/19 55/8 122/5 190/13 201/13 208/22 208/23
**parts [2]**  109/10 113/9
**passenger [1]**  156/24
**path [2]**  3/22 131/15
**patriot [13]**  43/20 45/25 48/3 71/13 84/7 84/10 84/17 140/20 141/11 141/11 174/19 175/25 176/6
**Patriots [1]**  152/1
**pattern [17]**  111/19 111/21 111/21 112/15 112/23 123/16 195/10 196/13 196/16 196/18 196/21 200/12 203/4 203/6 203/8 203/18 204/9
**patterns [1]**  196/17
**Paul [5]**  19/8 98/17 99/7 99/11 99/25
**Pauline [2]**  1/23 214/11
**pause [7]**  120/19 143/18 144/20 148/25 151/18 160/5 211/19
**peace [1]**  141/16
**pending [4]**  62/18 62/19 62/20 75/20
**people [46]**  13/1 29/20 33/22 57/3 57/9 57/14 59/4 78/24 81/12 91/24 92/5 92/9 94/18 94/24 97/1 97/4 123/22 126/25 134/18 135/1 136/5 136/9 137/13 139/21 140/10 140/11 140/13 140/14 141/24

142/9 146/12 146/22 147/4 148/22 150/6 152/1 152/5 153/7 153/10 153/11 153/14 158/3 165/22 169/15 170/7 174/14
**pepper [1]**  146/25
**perceived [2]**  24/7 26/16
**Percent [2]**  153/25 164/1
**perception [3]**  29/21 109/23 110/2
**perfect [1]**  40/12
**perhaps [5]**  10/16 12/24 52/20 117/6 147/11
**perimeter [1]**  116/5
**period [3]**  67/22 73/18 151/1
**permissible [3]**  6/14 90/7 90/8
**permission [2]**  55/6 74/17
**permit [7]**  8/12 12/15 23/18 73/1 91/17 92/1 189/20
**permits [3]**  92/6 92/12 201/19
**persecuted [5]**  175/2 175/15 175/17 175/23 185/14
**persecuting [2]**  176/13 182/10
**person [28]**  5/22 6/3 14/18 48/7 53/7 53/19 68/20 68/22 70/14 77/18 77/22 79/14 86/2 91/1 112/17 135/3 155/5 159/17 164/4 164/7 173/10 173/25 174/3 179/5 198/6 200/11 203/13 204/1
**person's [1]**  69/2
**personal [3]**  82/8 83/14 137/11
**personally [4]**  19/15 55/16 56/10 98/7
**personnel [2]**  33/18 34/23
**persons [1]**  116/10
**perspective [1]**  179/10
**persuaded [2]**  204/9 206/8
**pertinent [1]**  8/17
**pet [2]**  35/11 35/16
**pets [1]**  129/13
**philosophy [1]**  141/16
**phon [3]**  83/10 127/11 128/5
**phone [53]**  15/21 17/19 18/6 22/4 24/8 34/16 54/24 57/20 58/2 58/5 58/18 63/13 63/14 63/17 69/15 74/5 91/4 91/7 96/10 96/17 97/8 104/19 107/5 150/18 154/15 155/2 157/3 158/25 167/10 167/11 167/14 171/25 172/4 172/7 172/8 172/10 172/12 172/15 172/16 172/20 186/25 187/24 188/2 188/9 188/11 188/11 188/14 188/17 188/21 189/2 189/4 189/8 189/10
**phones [1]**  34/21
**photograph [2]**  48/4 164/1
**photos [1]**  58/10
**phrase [2]**  132/1 156/12
**physically [4]**  21/16 21/17 35/7 35/9
**pick [1]**  114/13
**Pierce [1]**  1/24

**pig [1]**  134/4
**pipe [1]**  149/19
**Pit [2]**  129/20 162/24
**place [10]**  13/9 13/11 34/11 35/12 59/24 59/24 68/16 80/2 112/20 203/25
**placed [4]**  37/5 40/14 108/1 166/21
**placement [2]**  160/12 160/14
**places [4]**  130/12 130/16 145/19 199/15
**Plaintiff [2]**  1/5 1/14
**plan [9]**  30/23 30/24 78/11 112/7 112/9 113/3 115/9 115/16 159/14
**planning [2]**  18/20 33/13
**platform [5]**  25/25 38/12 38/16 38/18 169/13
**platforms [12]**  25/2 25/6 25/13 38/21 50/14 68/19 69/25 70/8 70/15 139/9 180/13 183/8
**play [13]**  8/8 39/24 41/4 41/14 41/23 44/13 71/10 140/7 140/8 143/12 143/15 152/21 185/15
**played [26]**  23/4 44/14 49/10 50/4 50/25 69/14 69/17 88/12 107/20 108/3 143/17 144/14 144/19 145/15 146/20 147/22 148/13 150/12 151/17 152/9 160/4 161/10 162/17 172/3 174/17 181/17
**playing [6]**  47/2 152/15 155/17 160/16 172/24 173/6
**pleadings [1]**  197/18
**pleasant [1]**  60/17
**please [14]**  28/5 56/22 99/10 99/23 117/7 143/5 143/16 144/17 144/18 147/20 148/11 152/8 160/3 163/13
**plenty [1]**  60/25
**plus [1]**  85/23
**point [45]**  10/2 11/21 13/6 15/18 27/23 29/1 35/4 35/19 51/19 54/9 61/22 87/16 95/18 96/25 98/3 99/4 99/15 105/2 105/4 105/5 105/7 105/24 117/25 121/3 123/4 144/2 156/10 156/16 157/4 165/5 165/25 166/3 166/13 169/12 169/14 174/8 174/11 182/17 182/18 185/3 191/1 191/16 197/1 208/5 208/11
**pointed [1]**  204/4
**points [1]**  98/11
**Police [6]**  160/19 184/6 184/7 184/8 184/10 184/17
**policy [1]**  79/17
**political [14]**  9/16 91/8 132/16 135/25 197/7 201/23 205/3 205/8 205/13 205/15 206/3 206/4 206/6 208/9
**politically [1]**  142/5
**politics [7]**  83/22 132/19 132/21 133/14 133/15 136/8 146/3
**poll [9]**  142/6 142/7 142/8

**P**

**poll... [6]** 142/19 142/23 143/24 144/25 150/24 168/21
**pop [2]** 184/5 190/5
**port [1]** 210/24
**portal [5]** 37/18 37/25 65/14 66/1 66/1
**portion [1]** 47/10
**portions [1]** 15/13
**posing [1]** 147/13
**position [6]** 11/7 14/4 29/24 201/9 202/1 207/6
**positioned [1]** 34/12
**possible [3]** 92/5 92/8 151/3
**possibly [2]** 30/6 104/15
**post [21]** 6/21 25/3 68/16 68/16 69/3 79/8 127/24 142/16 142/18 145/18 146/3 147/5 158/11 161/19 161/23 169/2 169/7 170/2 180/24 187/25 197/25
**posted [51]** 7/6 44/12 51/9 52/24 53/1 53/14 55/19 55/23 64/7 66/14 66/20 67/8 67/11 67/12 67/13 67/19 71/21 71/23 72/1 79/4 83/19 83/22 83/24 88/19 93/18 106/3 106/13 107/12 144/1 144/3 145/4 145/17 145/19 150/14 150/23 151/3 151/7 159/5 161/19 162/13 162/23 162/25 172/3 173/7 180/12 180/14 180/16 180/19 180/21 183/3 183/7
**posted on [1]** 55/23
**posting [11]** 54/2 58/10 142/23 150/20 150/22 152/23 162/3 168/15 168/20 169/1 188/10
**posts [18]** 56/7 58/9 58/13 58/15 67/25 76/15 77/25 78/2 78/3 78/7 78/9 84/4 93/14 94/4 122/17 151/9 151/13 169/10
**potential [4]** 4/19 19/21 110/24 111/23
**potentially [1]** 116/12
**practice [3]** 104/3 138/5 138/6
**practicing [1]** 78/7
**prank [1]** 177/23
**pre [7]** 5/20 5/21 6/5 6/7 127/20 127/21 198/22
**precautions [1]** 79/24
**preclude [2]** 205/21 206/10
**precludes [1]** 14/7
**prefer [3]** 5/13 13/2 118/13
**preference [2]** 117/19 213/20
**pregnant [1]** 129/11
**prejudice [3]** 11/18 11/23 53/21
**prejudicial [7]** 6/12 8/4 13/10 14/11 29/18 53/11 53/24
**premises [2]** 127/3 167/25
**preparation [3]** 32/17 111/22 115/16

**prepare [4]** 30/18 30/19 31/9 192/7
**prepared [13]** 14/5 14/13 26/22 27/9 31/22 32/2 32/13 32/19 32/20 32/24 52/18 116/3 120/25
**prescribed [1]** 131/7
**presence [5]** 68/13 70/6 133/16 140/2 140/4
**present [18]** 14/6 33/14 33/14 33/19 34/9 34/24 57/10 60/14 83/1 83/4 97/1 97/20 102/25 113/5 114/19 125/8 126/10 200/15
**presentation [5]** 4/7 119/16 119/21 190/12 204/20
**presented [6]** 26/22 27/9 28/1 31/22 190/14 196/20
**presently [1]** 129/24
**preservation [3]** 74/1 74/15 75/15
**preserving [1]** 119/6
**presided [1]** 205/25
**president [4]** 83/24 83/25 133/24 175/9
**presidential [1]** 132/24
**press [1]** 29/23
**pressing [1]** 13/7
**presumably [2]** 89/11 94/25
**presumed [1]** 203/7
**presumption [5]** 192/16 212/24 213/2 213/11 213/13
**pretrial [4]** 121/1 121/13 121/13 121/23
**pretty [2]** 132/18 209/24
**previous [2]** 107/13 127/22
**previously [7]** 22/15 22/22 26/17 45/16 54/10 143/4 163/25
**pride [1]** 152/19
**primarily [2]** 10/5 57/12
**principal's [1]** 177/16
**print [1]** 120/15
**prior [17]** 10/8 62/24 63/20 74/11 81/14 83/8 85/20 87/23 100/22 101/11 101/16 112/7 112/22 181/8 181/8 203/16 213/18
**privacy [4]** 93/23 94/8 94/11 169/20
**private [3]** 94/2 94/5 169/18
**pro [1]** 135/7
**probably [10]** 4/22 5/17 36/16 73/23 103/1 113/11 113/18 118/7 139/4 209/8
**problem [2]** 28/9 198/5
**problematic [3]** 14/2 14/4 14/5
**procedurally [1]** 119/12
**procedure [2]** 79/12 85/25
**procedures [3]** 29/7 79/1 79/17
**proceed [3]** 15/2 31/19 55/9
**proceeded [1]** 155/12
**proceeding [1]** 27/19
**proceedings [5]** 1/10 31/18 89/6 90/18 214/8
**process [14]** 28/25 29/3

29/17 30/11 31/11 31/14 31/21 50/23 95/9 136/13 142/10 142/19 142/20 158/14
**produced [1]** 181/15
**Product [2]** 160/12 160/14
**profanity [1]** 186/13
**proffered [1]** 10/1
**profile [2]** 43/22 140/17
**prohibit [1]** 138/13
**promote [1]** 132/4
**proof [3]** 60/8 156/1 164/25
**prop [1]** 149/25
**proper [1]** 195/4
**properly [1]** 53/16
**property [1]** 137/14
**proponent [1]** 14/7
**proposal [1]** 204/14
**proposed [5]** 10/25 120/9 204/17 204/21 206/8
**proposition [2]** 4/11 4/15
**props [4]** 158/20 158/24 159/12 159/14
**prosecuted [1]** 63/15
**protect [1]** 10/12
**protected [3]** 179/1 179/6 179/15
**protections [2]** 208/1 208/8
**protective [2]** 200/3 201/22
**protocols [1]** 33/25
**prove [4]** 6/1 7/19 53/19 58/1
**proved [1]** 56/12
**proven [1]** 55/18
**provide [7]** 8/6 22/12 37/19 53/3 119/17 206/7 210/18
**provided [11]** 5/20 6/10 11/9 21/24 75/17 98/19 106/1 120/6 199/11 201/13 201/16
**provides [2]** 7/20 114/11
**providing [1]** 14/7
**province [4]** 88/14 90/9 109/1 110/3
**proximity [1]** 107/15
**public [11]** 1/19 8/20 56/14 103/19 106/2 114/5 169/7 169/12 169/13 170/6 170/11
**publicly [3]** 25/7 26/4 93/19
**publish [14]** 22/18 22/20 41/14 107/21 125/16 144/12 144/13 145/13 146/15 146/19 189/15 189/17 189/22 190/1
**published [5]** 9/6 39/19 41/7 41/8 189/25
**publishing [1]** 190/3
**pull [4]** 96/15 163/16 191/25 195/9
**pulled [1]** 12/10
**punishment [3]** 194/15 195/10 195/23
**punked [2]** 165/9 165/13
**purist [2]** 137/6 178/6
**purpose [6]** 28/4 33/24 111/25 179/7 199/17 199/19
**purposes [1]** 13/14
**pursuant [3]** 54/10 120/25 207/7
**pursue [1]** 132/5
**pursuit [1]** 136/17

**P**

**push [1]**  162/4
**put [17]**  23/20 30/24 33/8
86/20 120/23 125/6 144/6
147/14 148/4 149/20 195/17
206/12 209/25 210/19 211/6
211/17 212/4
**puts [1]**  149/8
**putting [2]**  136/9 170/5

**Q**

**Qaeda [1]**  101/7
**qualify [1]**  138/5
**Quantico [1]**  101/9
**question [34]**  10/1 19/25
20/8 20/10 20/19 20/20 21/1
21/11 27/5 30/10 30/15 31/13
75/20 76/2 81/23 82/14 88/2
88/16 89/1 94/25 103/2 103/3
137/9 169/24 173/8 174/6
176/5 177/5 178/22 179/16
187/20 188/4 188/5 188/7
**questioned [3]**  93/8 93/10
94/14
**questioning [1]**  96/1
**questions [10]**  27/14 28/22
56/19 87/4 87/5 93/13 116/24
124/23 155/21 156/11
**quick [1]**  5/19
**quite [4]**  24/15 96/12 153/18
203/9
**quote [4]**  76/14 76/20 169/4
178/9
**quoted [2]**  199/12 200/20

**R**

**racist [1]**  134/3
**radio [1]**  115/2
**radiological [1]**  100/25
**radius [1]**  96/7
**raise [2]**  205/3 208/10
**raised [3]**  8/10 198/12 201/6
**random [1]**  160/16
**range [2]**  138/6 138/7
**rather [2]**  138/16 138/17
**Raton [4]**  15/25 59/17 126/16
126/18
**rays [1]**  131/8
**Re [2]**  2/7 98/5
**Re-Redirect [2]**  2/7 98/5
**rea [1]**  200/3
**reach [9]**  19/1 22/8 24/3
87/12 87/15 109/11 139/12
140/12 170/4
**reaching [2]**  87/8 87/18
**react [2]**  23/5 31/4
**reacted [1]**  23/20
**reaction [11]**  4/11 7/21 7/22
7/25 8/19 24/14 27/2 28/4
29/8 53/6 108/8
**reactionary [2]**  31/1 31/2
**read [13]**  11/3 13/5 52/9
54/24 55/7 75/18 84/6 122/2
122/5 190/15 209/15 210/4
210/14
**reading [4]**  3/14 21/20 191/7
199/24

**reads [1]**  52/18
**ready [6]**  143/7 190/4 209/21
210/8 212/18 214/2
**real [1]**  24/7
**reality [1]**  85/4
**really [13]**  3/24 5/24 7/9
77/25 132/21 136/2 140/7
142/18 144/5 158/23 165/25
203/9 211/25
**rearguing [1]**  206/22
**reason [10]**  10/4 60/1 61/12
87/19 102/22 116/15 138/11
195/6 199/20 200/5
**reasonable [19]**  5/22 5/23
6/3 8/16 12/19 23/23 53/7
53/19 55/18 56/12 96/8
108/17 118/15 121/20 193/6
198/6 200/11 203/24 204/1
**reasons [6]**  10/5 87/20
138/11 188/16 199/6 199/14
**rebuttal [2]**  208/20 209/1
**recall [33]**  15/11 17/2 17/4
25/9 25/14 25/17 25/21 33/11
33/12 33/20 33/21 34/23
36/17 50/8 51/3 58/15 65/19
81/20 87/9 93/10 105/14
106/19 110/22 111/24 112/19
114/17 167/10 167/12 167/18
167/21 187/5 188/14 192/2
**receive [6]**  19/8 102/12
152/11 155/2 172/15 187/4
**received [17]**  2/17 21/3
21/14 36/13 37/16 38/20
38/24 39/12 42/17 102/14
103/25 106/18 106/20 107/5
152/13 166/21 187/9
**receiving [9]**  21/9 21/16
154/15 157/10 157/10 167/18
187/5 188/11 188/14
**recess [7]**  51/20 54/22
117/12 118/21 170/25 171/3
202/22
**recessed [1]**  214/5
**recipient [6]**  4/11 7/22 8/16
12/19 23/23 108/18
**recipient's [1]**  53/8
**recipient's shoes [1]**  53/8
**recognition [1]**  97/16
**recognize [13]**  22/24 37/6
40/17 40/25 41/1 41/2 48/7
51/6 51/8 107/25 143/13
144/21 204/7
**recollection [3]**  36/20 37/11
74/1
**reconcile [1]**  3/6
**record [36]**  3/13 11/3 14/1
14/4 14/5 22/11 66/25 67/15
75/13 84/6 92/1 92/17 98/19
99/9 120/23 121/12 122/3
122/22 125/23 158/15 159/10
159/15 162/4 188/17 192/6
192/9 206/17 206/23 206/25
207/8 207/9 210/1 211/17
212/4 212/18 214/8
**recorded [1]**  171/25
**recording [1]**  188/11
**records [95]**  25/7 36/10
36/13 36/15 37/12 37/16

37/17 37/19 37/22 37/23
37/24 38/3 38/3 38/3 38/6
38/20 38/24 39/12 40/24
40/24 42/10 42/13 42/17
42/24 43/4 43/15 43/21 45/1
45/3 45/5 45/9 46/23 46/24
47/1 47/5 47/6 47/7 47/10
48/5 48/13 48/22 49/1 49/14
49/15 50/10 50/12 50/20 51/2
57/14 65/15 65/16 65/20 66/3
66/6 66/12 67/5 67/6 67/21
70/25 71/20 71/21 73/8 73/9
73/15 73/17 73/18 74/2 74/4
74/7 74/9 74/15 74/20 75/15
75/21 75/24 76/5 76/10 76/13
77/20 77/22 77/23 78/14
91/21 92/12 94/7 96/16 96/16
97/7 97/7 97/8 97/10 98/7
140/21 189/18 211/12
**recross [4]**  2/6 95/25 96/3
98/4
**RECROSS-EXAMINATION [1]**  96/3
**red [1]**  196/20
**redacted [2]**  42/16 47/11
**redirect [10]**  2/5 2/7 2/14
86/23 86/25 98/5 117/6
124/24 188/24 188/25
**redline [6]**  3/2 3/16 192/3
192/5 196/11 204/14
**redlined [1]**  207/1
**refer [3]**  44/1 45/15 192/8
**reference [9]**  44/1 50/1
52/20 54/7 102/21 109/10
181/18 182/2 182/10
**referenced [1]**  48/25
**referred [3]**  63/12 100/18
109/11
**referring [11]**  13/15 66/16
102/15 176/11 176/21 176/25
177/6 177/19 177/25 181/23
182/3
**refresh [4]**  36/20 37/11
75/12 76/2
**refreshed [1]**  76/4
**refreshes [1]**  73/25
**regard [7]**  8/25 13/17 14/13
55/17 56/11 120/14 159/5
**regarding [15]**  4/7 4/18 4/19
8/7 46/7 55/12 56/6 58/18
102/15 117/19 122/16 122/17
165/22 189/17 208/8
**register [1]**  135/21
**registered [6]**  133/2 133/4
133/7 133/8 135/19 135/20
**reiterated [1]**  77/25
**relate [1]**  157/21
**related [3]**  77/6 77/17
106/12
**relates [4]**  4/18 13/24 76/11
205/12
**relating [3]**  23/19 81/9
185/13
**relative [17]**  4/7 4/10 20/14
24/20 25/3 26/5 32/10 38/21
43/15 43/18 98/7 98/11
104/12 105/21 107/3 111/3
201/7
**relatively [2]**  104/21 105/16

**R**

**relayed [1]**   177/17
**relevance [6]**   6/6 26/24 29/3
53/20 109/21 133/10
**relevancy [3]**   5/17 6/4 28/2
**relevant [20]**   4/12 4/16 6/15
7/8 7/23 11/22 14/8 14/9
28/4 29/7 29/17 53/7 53/19
109/23 110/2 121/21 133/15
138/20 160/20 198/16
**relied [2]**   7/25 205/25
**rely [3]**   203/3 205/18 208/14
**remain [5]**   35/25 52/2 117/4
123/1 171/1
**remaining [1]**   14/6
**remains [3]**   14/24 171/19
203/13
**remark [1]**   203/24
**remember [24]**   39/7 50/11
59/2 61/16 62/15 77/8 77/18
82/23 83/6 117/7 136/25
139/6 150/19 150/20 154/15
154/17 154/23 157/10 162/2
165/25 166/1 166/3 168/10
178/3
**remind [9]**   44/9 52/1 108/15
117/4 132/24 168/11 171/1
180/1 187/17
**reminded [1]**   87/23
**reminder [2]**   34/20 132/23
**removal [1]**   212/25
**remove [1]**   213/16
**removed [1]**   207/1
**renew [3]**   82/7 207/19 208/6
**reorder [1]**   209/23
**reordered [1]**   209/23
**rephrase [11]**   17/11 19/24
20/9 20/19 20/20 27/5 82/1
88/1 88/16 89/1 90/10
**reply [2]**   208/7 208/12
**report [1]**   97/11
**Reporter [5]**   1/23 9/7 99/10
214/11 214/12
**reports [1]**   98/24
**Republican [2]**   133/4 135/22
**request [12]**   7/9 10/19 23/9
65/16 66/2 76/13 108/12
199/11 201/15 204/25 205/13
206/25
**requested [10]**   74/4 74/9
76/5 77/16 98/18 104/12
197/16 197/23 199/8 206/24
**requesting [2]**   77/18 202/6
**requests [6]**   65/15 197/2
207/2 207/3 207/15 213/19
**require [4]**   4/22 28/19
197/25 205/19
**required [3]**   200/13 200/14
208/3
**requirement [2]**   199/21 200/3
**requires [2]**   199/15 200/11
**requiring [1]**   199/25
**reread [1]**   197/19
**rescue [1]**   113/20
**research [6]**   65/23 65/24
117/9 135/12 135/14 170/21
**researched [2]**   65/19 91/16

**researching [1]**   85/6
**reserve [1]**   119/8
**residence [26]**   15/15 16/2
16/9 16/10 16/11 16/19 17/3
18/1 34/14 35/15 35/19 35/22
111/25 112/14 113/23 114/1
114/7 114/11 114/14 114/16
114/22 115/17 116/5 116/11
116/13 116/18
**resident [1]**   21/25
**resolve [2]**   51/16 198/10
**resolved [1]**   105/25
**resources [1]**   97/18
**respect [11]**   8/10 27/14
27/16 46/12 81/24 87/24
109/3 109/18 136/15 203/1
204/11
**respected [1]**   175/12
**respecting [1]**   121/13
**respond [4]**   10/14 133/11
133/13 135/11
**responded [7]**   6/9 10/11
13/19 18/25 34/11 35/7 82/13
**response [16]**   5/10 5/23 6/17
11/17 12/24 18/13 18/14 20/1
61/5 88/2 89/19 89/23 109/22
155/25 204/17 208/13
**responsibilities [1]**   100/12
**responsible [1]**   100/15
**rest [4]**   115/6 180/17 189/24
190/1
**restate [3]**   20/9 174/6 188/7
**rested [1]**   207/18
**resting [1]**   117/22
**restriction [2]**   137/18
198/15
**restrictions [2]**   201/19
208/21
**restroom [1]**   54/19
**rests [5]**   118/24 125/4 125/5
190/6 190/7
**result [4]**   50/19 110/17
173/2 173/13
**resume [1]**   123/1
**retail [1]**   131/18
**retake [1]**   159/3
**retelling [1]**   159/18
**retired [4]**   60/23 132/10
132/11 175/11
**retirement [3]**   59/20 126/24
126/24
**retold [1]**   159/20
**retrieve [1]**   116/17
**return [3]**   15/14 171/2
191/14
**returned [2]**   14/20 171/16
**returns [2]**   55/2 122/23
**reversible [2]**   199/5 199/6
**review [11]**   5/20 21/19 28/14
36/20 42/13 43/21 94/7
106/24 107/1 107/11 119/19
**reviewed [21]**   21/10 21/21
22/3 30/19 32/14 39/13 40/25
42/17 47/11 50/9 50/11 51/2
58/8 64/24 75/19 77/20 98/7
98/25 103/25 108/6 204/3
**reviewing [9]**   37/10 37/21
38/23 38/23 46/24 104/2

107/1 108/2 202/25
**rewind [1]**   161/11
**rewrite [1]**   158/19
**right [139]**   6/16 14/15 14/19
15/16 17/22 21/22 24/4 28/11
28/19 29/14 31/23 32/3 32/20
34/18 40/4 40/5 42/6 44/21
45/18 45/21 52/12 52/13
54/14 54/21 57/4 57/7 57/10
58/6 58/11 58/13 58/19 59/18
60/5 60/9 61/5 61/23 62/3
62/4 62/6 62/12 63/4 64/19
66/23 67/7 67/16 67/17 67/20
68/6 68/24 69/9 69/20 70/6
70/18 71/15 71/17 71/18
71/24 74/7 74/8 75/20 76/19
76/23 76/25 78/23 79/15
79/20 79/24 80/15 80/21
81/15 83/1 83/20 85/25 86/7
91/22 93/15 95/24 96/9 99/8
117/3 118/5 118/20 120/3
122/19 123/25 124/7 124/13
124/25 126/21 136/5 137/13
138/18 142/2 149/13 150/14
151/20 151/21 154/11 159/13
162/5 166/15 168/24 169/12
169/15 169/20 171/4 171/25
172/10 174/12 175/22 176/24
177/3 177/10 181/1 181/2
182/17 183/18 184/13 185/8
185/14 185/23 186/14 186/21
187/18 189/12 190/6 190/11
191/8 191/20 191/22 196/1
196/5 201/4 201/25 202/4
202/21 202/21 202/23 211/20
**right-hand [2]**   45/18 151/20
**rights [3]**   64/2 86/10 163/2
**ringing [1]**   34/16
**risk [2]**   13/21 53/21
**risks [2]**   53/25 82/17
**Road [1]**   36/6
**ROBIN [2]**   1/11 1/23
**role [2]**   136/12 136/16
**room [3]**   126/14 126/15 191/9
**ROSENBERG [3]**   1/3 1/11 1/23
**roughly [3]**   139/2 144/4
150/21
**route [1]**   31/6
**routine [1]**   111/22
**Rule [8]**   54/3 119/2 119/12
207/19 207/22 208/11 208/12
208/16
**ruled [1]**   87/25
**rules [1]**   190/20
**ruling [4]**   5/12 5/14 52/17
121/1
**rulings [5]**   28/12 87/23
121/13 121/14 205/10
**run [2]**   13/21 211/1
**running [1]**   142/2
**Russia [1]**   134/7

**S**

**Sadly [1]**   127/13
**safe [1]**   80/2
**safety [4]**   10/12 31/5 33/25
79/24
**said [78]**   10/21 13/15 19/17

**S**

**said... [75]**   24/10 24/23
28/19 29/4 31/11 32/2 33/24
34/3 35/6 58/8 59/2 60/16
61/5 61/8 61/10 62/11 62/13
62/15 64/9 65/5 74/12 76/19
77/5 77/25 78/5 79/6 85/16
89/20 91/7 99/14 109/12
113/18 124/11 128/10 128/16
135/4 135/12 141/5 142/21
145/20 152/24 156/1 156/1
156/2 163/1 165/2 165/18
165/20 165/21 175/20 176/10
177/1 177/3 177/6 177/9
178/8 178/14 178/17 182/6
182/8 186/12 190/20 197/12
197/21 198/16 198/21 199/4
199/4 199/5 199/22 200/6
201/25 203/25 207/13 212/4
**sake [1]**   44/19
**sales [1]**   131/18
**salesman [1]**   129/4
**same [35]**   9/13 16/2 20/17
42/1 44/5 44/15 46/9 48/19
49/11 50/1 51/21 61/10 64/19
64/22 65/1 70/8 88/21 88/23
92/9 92/12 96/20 102/25
117/7 137/9 138/14 139/23
139/24 140/21 147/13 167/18
170/20 180/22 190/21 212/8
213/7
**Samuel [5]**   128/4 128/6 128/9
128/16 129/5
**Samyang [1]**   147/25
**Saskay [3]**   129/18 162/19
162/20
**Sates [1]**   203/3
**Saturday [1]**   174/13
**saw [33]**   17/2 19/15 23/5
25/11 25/12 25/17 26/13
40/22 47/4 50/8 50/12 51/10
64/9 67/25 71/16 72/3 73/11
80/8 83/19 85/22 107/3 107/4
108/8 109/8 110/21 136/23
140/21 142/17 148/15 151/9
172/6 173/19 212/1
**say [58]**   6/10 12/4 19/25
31/3 33/24 34/8 36/14 46/4
48/2 49/6 57/16 58/25 61/24
63/17 65/21 65/22 74/8 74/16
83/23 84/3 89/15 89/18 90/7
94/7 99/12 106/12 119/7
136/7 136/18 142/7 153/23
155/16 158/18 161/3 164/7
164/18 169/18 172/12 173/24
175/21 176/9 176/20 176/21
176/24 178/19 179/17 181/22
181/23 185/15 187/3 187/8
195/9 199/2 199/3 200/1
202/5 212/14 212/18
**saying [8]**   6/8 41/6 96/19
155/3 175/25 178/22 200/20
212/25
**says [13]**   6/4 8/11 12/14
12/25 69/5 81/21 149/5
153/25 164/1 197/15 199/15
199/16 203/10

**scene [3]**   73/20 114/19
116/4
**schedule [2]**   62/11 62/13
**scheduled [2]**   62/25 92/21
**school [6]**   71/6 101/20
101/21 130/18 130/22 130/23
**scope [2]**   6/13 6/13
**SCOTT [2]**   1/19 126/3
**scratch [1]**   3/11
**screaming [1]**   86/6
**screen [8]**   40/12 42/4 42/5
74/18 75/2 143/3 171/23
180/6
**screens [1]**   190/5
**script [11]**   149/25 158/18
159/3 159/6 159/7 159/9
161/15 161/16 174/25 176/4
177/18
**scripted [1]**   178/19
**scripts [1]**   159/2
**search [20]**   10/9 36/14 36/17
37/9 37/12 65/11 73/14 75/16
76/13 77/10 85/17 85/19
85/22 86/12 86/14 86/14
86/16 90/2 122/8 122/18
**searched [5]**   79/24 85/16
85/18 85/21 85/23
**searching [1]**   35/9
**season [1]**   150/21
**seated [6]**   3/1 14/23 55/4
122/25 171/18 202/23
**second [32]**   16/16 38/25 39/3
39/5 39/6 39/7 49/15 56/4
64/1 67/12 67/18 67/22 86/9
109/12 136/24 137/9 137/11
137/12 144/6 148/2 154/10
161/9 162/2 162/10 163/1
176/24 177/10 180/9 181/11
181/14 182/15 183/13
**seconds [7]**   46/17 49/6 67/13
67/15 161/11 162/5 176/2
**section [5]**   47/24 53/9 196/9
196/16 203/3
**secure [2]**   80/3 115/2
**Security [1]**   175/9
**see [85]**   3/15 20/25 25/5
25/5 35/4 40/14 42/5 42/24
43/5 43/11 43/14 43/16 44/2
44/4 44/20 45/17 46/2 46/9
47/13 47/21 47/25 48/4 48/14
48/18 49/16 49/24 51/23 58/9
58/11 62/11 68/25 69/7 71/15
72/2 72/3 72/12 72/19 72/25
73/5 73/25 74/15 74/20 74/22
75/24 77/24 78/14 81/19
83/14 106/8 116/14 117/14
123/16 123/19 123/22 125/7
127/17 127/19 135/15 140/10
143/20 146/12 147/15 149/1
149/4 163/23 167/14 169/5
170/19 170/22 171/23 180/6
180/7 180/11 185/7 186/16
186/19 191/17 195/3 195/8
196/10 196/15 210/22 212/9
213/11 214/3
**seeing [8]**   6/24 42/4 50/11
51/3 58/15 63/10 74/7 127/22
**seek [2]**   121/21 121/22

**seeking [1]**   205/6
**seeks [1]**   53/2
**seem [1]**   132/17
**seemed [1]**   196/6
**seems [1]**   171/9
**seen [11]**   79/20 114/15
123/25 132/17 143/13 158/7
159/1 172/9 186/1 186/5
204/19
**seizure [1]**   171/8
**self [2]**   89/21 91/9
**self-serving [2]**   89/21 91/9
**send [4]**   70/14 70/17 71/1
190/17
**sending [1]**   185/4
**sends [1]**   68/22
**senior [1]**   16/15
**sense [2]**   117/18 206/7
**sent [17]**   19/11 19/13 21/20
22/2 23/1 26/2 69/9 93/14
96/18 102/20 102/22 102/23
103/20 106/5 198/1 203/19
204/14
**sentence [1]**   201/18
**separate [1]**   25/13
**series [5]**   44/5 85/4 148/19
150/19 159/1
**serious [5]**   13/20 108/10
174/15 200/22 203/24
**seriously [14]**   6/9 10/17
11/16 12/5 13/1 13/8 30/1
30/5 53/6 54/7 90/21 90/25
91/12 91/14
**serve [1]**   50/23
**served [1]**   101/14
**service [2]**   70/9 129/16
**serving [2]**   89/21 91/9
**set [8]**   94/8 94/11 113/24
113/25 116/4 190/5 206/18
211/3
**setting [1]**   80/2
**settings [5]**   93/23 94/2 94/9
94/11 169/20
**seven [5]**   45/8 48/11 67/15
67/22 100/11
**several [7]**   19/3 71/16 71/17
83/7 130/12 138/11 199/15
**SHANNON [1]**   1/15
**share [4]**   67/3 150/17 180/13
180/21
**shared [3]**   180/15 180/17
183/8
**shares [1]**   76/15
**sharing [1]**   185/12
**she [180]**   7/15 14/12 16/2
16/24 18/24 18/25 18/25
18/25 23/8 24/10 24/11 24/14
24/15 26/17 31/8 34/7 35/11
36/1 36/3 52/24 52/24 52/24
53/1 53/13 53/14 57/6 58/9
58/18 59/13 59/14 59/15 60/8
60/8 60/14 60/14 60/15 60/15
60/19 60/21 60/22 60/23
60/23 60/25 61/2 61/2 61/3
61/3 61/3 61/5 62/2 62/22
62/23 63/2 63/3 63/4 63/6
63/11 63/12 63/12 63/13
63/14 63/14 63/16 63/17

**S**

**she... [116]**   63/17 63/19
63/20 63/21 63/22 63/22
63/22 63/24 63/25 64/1 64/3
64/4 64/4 69/14 69/19 69/21
69/24 69/25 71/4 71/11 71/12
72/14 72/16 72/17 73/1 73/3
73/4 73/5 73/21 73/24 77/25
77/25 78/5 78/5 78/5 78/9
78/11 78/11 79/4 79/11 83/22
83/24 84/16 85/13 85/16
85/21 85/23 85/23 86/2 86/3
86/4 86/5 86/6 86/9 86/12
88/18 89/9 89/13 89/15 89/17
89/18 89/20 90/7 91/7 91/11
91/19 91/20 92/15 104/15
107/5 107/7 109/10 109/12
109/13 114/15 114/18 115/14
115/22 115/23 115/24 116/3
116/9 118/2 118/2 118/4
118/6 118/10 119/4 123/19
123/20 124/2 124/5 124/11
124/12 128/12 128/14 128/15
128/25 129/2 129/3 129/3
129/4 129/7 129/11 129/11
163/17 169/23 171/9 171/10
171/10 174/3 174/4 179/17
187/15 208/1 208/3
**she'd [1]**   72/12
**Sheriff's [1]**   36/5
**shift [1]**   132/15
**shifted [1]**   105/19
**shirt [6]**   153/22 153/24
154/3 154/6 154/8 164/1
**shock [2]**   159/22 177/7
**shocked [2]**   24/15 64/9
**shoes [1]**   53/8
**shooing [1]**   142/10
**shoot [14]**   22/9 23/8 24/11
64/4 78/5 79/8 91/11 107/7
109/13 138/17 163/2 176/25
177/10 178/14
**shooter [1]**   54/2
**shooting [3]**   54/8 72/20 78/7
124/14 154/9 171/3 202/22
**short [7]**   27/13 51/17 54/22
124/14 154/9 171/3 202/22
**shot [2]**   39/5 39/8
**shots [1]**   124/9
**should [28]**   7/14 7/24 12/8
13/4 30/7 51/16 72/19 118/23
120/8 120/9 121/19 136/16
137/15 137/17 137/17 137/19
152/3 190/5 192/21 195/9
195/9 195/25 197/24 200/17
202/12 204/10 205/15 212/14
**shouldn't [2]**   90/10 196/18
**show [40]**   8/1 10/4 10/17
16/7 22/15 29/7 39/18 39/21
53/5 53/7 54/6 58/2 58/6
62/15 71/21 74/1 75/11 143/3
143/11 144/16 144/18 146/15
147/20 148/11 150/10 151/15
152/7 153/21 154/2 157/6
157/13 157/15 157/16 160/3
161/8 162/1 162/15 171/22
173/12 200/7
**showed [7]**   16/8 24/25 25/15

49/1 51/6 57/24 173/19
**showing [8]**   22/22 39/25 40/9
47/7 48/18 49/23 75/13 75/14
**shown [6]**   25/3 39/20 40/4
41/5 45/1 159/17
**shows [5]**   30/2 67/15 85/4
109/12 149/9
**shul [2]**   127/2 127/6
**sic [1]**   108/5
**side [2]**   44/21 54/9
**sidebar [7]**   4/22 28/7 30/7
31/18 89/3 89/6 90/18
**sign [2]**   52/10 140/16
**Signature [1]**   214/12
**signed [2]**   56/2 56/16
**significant [1]**   6/7
**signing [1]**   29/20
**signs [2]**   72/20 131/6
**similar [7]**   10/19 64/21
70/22 70/23 152/5 182/24
198/12
**similarly [1]**   66/1
**simply [5]**   6/14 20/4 81/23
199/5 208/14
**simultaneously [1]**   67/3
**since [13]**   6/18 18/8 22/17
47/11 62/8 88/10 121/10
127/16 131/15 132/13 133/8
133/8 197/8
**sing [1]**   141/8
**singer [2]**   132/2 184/8
**singing [2]**   132/4 160/19
**single [3]**   96/17 185/15
194/15
**sings [1]**   185/21
**sir [121]**   15/7 15/12 15/17
15/20 15/24 16/4 16/21 16/23
17/14 17/24 18/5 18/7 18/9
18/12 18/22 19/6 19/10 22/25
23/3 24/5 25/8 25/23 26/12
26/15 26/19 27/6 31/24 32/4
32/8 32/18 32/21 32/23 33/1
33/4 34/2 34/15 35/5 35/20
35/23 36/12 36/19 36/22 37/7
37/13 38/7 38/11 38/14 38/17
38/22 39/2 39/15 40/16 40/18
40/21 40/23 42/12 42/18 43/1
43/12 43/17 43/24 44/3 44/7
44/18 45/4 45/7 45/11 45/14
45/20 45/23 46/3 46/8 46/11
46/14 46/19 47/12 47/15 48/1
48/17 48/20 48/23 49/2 49/9
49/12 49/17 49/22 49/25 50/7
50/15 51/5 51/7 87/2 87/6
87/11 87/14 88/5 88/9 88/20
90/23 91/2 91/5 91/18 92/3
92/7 92/10 92/14 92/18 93/1
93/11 93/16 93/20 93/22 94/3
94/17 94/19 95/11 95/15 98/9
98/12 99/21 102/10
**sirs [1]**   32/12
**sit [2]**   29/9 158/24
**situation [3]**   114/13 123/24
124/4
**six [3]**   29/25 43/13 49/20
**skip [1]**   121/10
**Sky [1]**   129/9
**slight [1]**   12/24

**slightly [4]**   8/19 38/25
172/2 182/24
**SMITH [47]**   2/2 4/3 4/4 14/24
15/6 22/22 23/5 23/19 24/2
31/21 40/9 42/8 51/1 56/25
87/4 90/20 102/9 104/5 104/6
104/20 104/21 105/7 105/11
105/17 107/10 107/14 108/5
108/11 108/22 109/9 109/12
110/19 163/5 164/10 166/4
166/7 166/25 167/7 167/9
172/23 173/16 177/25 182/4
182/6 182/8 187/4 188/15
**Smith's [1]**   157/8
**smoke [3]**   138/16 138/17
149/20
**smoking [3]**   84/4 84/14 148/6
**smoother [1]**   119/21
**so [207]**   3/8 3/10 3/12 3/14
4/3 5/12 5/21 6/8 7/9 8/21
9/7 9/14 10/10 10/14 10/19
11/15 16/14 16/19 17/17
17/25 18/3 19/1 19/3 21/3
21/5 22/19 23/16 24/2 26/20
29/19 29/23 30/6 31/3 33/8
34/12 36/16 40/4 41/18 44/23
45/5 46/24 52/18 53/15 54/20
57/14 57/16 57/21 58/9 59/25
60/6 61/5 62/8 63/8 64/21
66/12 66/14 67/21 69/8 70/14
71/21 72/5 72/7 72/10 73/11
74/10 74/17 74/18 74/20
75/14 78/5 78/14 79/13 80/2
83/17 83/23 84/16 85/21
90/25 93/5 94/4 96/9 97/6
98/23 100/3 103/3 104/21
104/25 107/14 109/4 110/10
110/16 111/3 113/3 113/9
116/16 117/1 118/9 119/13
120/14 120/15 121/5 123/2
123/19 126/7 126/8 130/13
131/13 132/1 132/17 132/23
133/20 134/22 135/17 135/19
136/4 136/5 138/6 139/5
139/19 139/21 140/24 141/4
141/10 141/14 141/23 142/1
142/7 142/21 143/11 146/3
148/15 148/25 151/23 152/5
152/23 157/3 157/19 157/23
158/6 158/13 158/23 159/5
159/9 159/9 159/14 161/5
161/18 165/8 166/7 166/13
167/2 167/23 168/22 169/22
170/13 170/15 173/22 174/6
174/18 177/24 178/20 179/10
180/24 182/23 187/15 187/18
188/18 189/12 190/19 190/20
191/11 191/24 192/8 192/21
192/24 196/6 196/7 196/15
196/19 197/15 198/9 199/13
202/6 202/24 203/17 204/25
206/14 206/24 207/1 207/3
207/10 207/14 207/21 208/11
209/17 209/22 210/3 210/9
210/22 211/2 211/8 211/15
212/2 212/10 213/1 213/9
213/25
**So it's [1]**   169/22

**S**

**social [56]**   25/1 25/2 25/6
25/25 26/4 36/9 36/10 38/16
50/14 51/2 58/8 68/2 68/4
69/25 70/6 70/8 70/15 77/23
83/18 83/19 88/19 93/8 93/13
97/10 106/13 133/16 138/19
138/20 138/22 139/9 139/11
140/2 140/4 142/4 144/1
146/3 148/4 150/5 151/1
151/3 155/18 161/19 165/9
165/13 168/11 168/12 168/15
169/1 169/14 172/24 173/2
178/9 181/18 182/24 187/25
188/10
**socially [1]**   134/19
**software [1]**   97/16
**some [47]**   3/6 5/9 5/17 6/5
10/16 13/21 21/19 24/24
30/21 39/6 42/16 43/14 45/22
46/1 47/23 57/17 60/1 73/25
78/11 81/14 84/3 87/4 87/4
105/7 114/24 115/3 132/17
135/15 140/3 140/16 140/21
144/1 151/3 151/12 152/15
153/16 153/16 155/16 157/8
173/9 179/17 190/13 195/6
197/25 199/10 201/5 201/17
**somebody [8]**   16/5 17/12 95/7
106/3 142/17 155/18 177/3
178/20
**somehow [2]**   89/12 89/21
**someone [10]**   58/1 70/11
70/17 79/13 79/19 129/6
142/22 155/3 165/9 165/13
**something [24]**   20/22 20/23
21/4 21/5 30/2 32/7 41/24
61/4 70/14 71/7 71/8 81/11
85/2 87/24 104/16 105/3
105/19 143/13 144/1 148/22
203/24 205/6 207/4 209/20
**sometime [7]**   19/14 106/22
113/2 139/4 151/6 168/22
173/15
**sometimes [2]**   91/25 100/18
**somewhat [1]**   147/3
**somewhere [1]**   103/11
**son [10]**   17/1 35/15 35/17
35/18 116/12 116/14 116/16
116/17 124/13 127/18
**son's [1]**   128/4
**song [17]**   25/21 25/23 25/24
25/24 141/8 149/14 160/20
183/25 184/5 184/10 184/13
184/15 184/22 184/24 185/3
185/6 185/21
**soon [5]**   114/10 128/21
129/11 190/23 210/9
**sorry [29]**   6/25 10/14 20/16
21/22 24/22 47/3 60/7 67/12
70/22 74/10 83/17 93/12
96/22 106/20 111/10 127/2
139/15 139/19 150/5 153/23
160/13 161/3 163/15 164/14
164/15 169/23 180/2 202/18
209/4
**sorry to [1]**   24/22

**sort [11]**   21/19 24/13 37/21
45/18 59/24 70/11 105/1
114/3 114/24 140/16 204/1
**sound [14]**   29/17 39/22 39/23
39/24 41/6 67/15 74/4 77/7
143/5 143/12 143/15 144/13
144/18 151/21
**sounds [13]**   3/18 5/2 9/13
11/24 12/22 57/22 67/20 74/7
74/8 96/8 118/16 118/15 135/6
**sources [1]**   97/12
**SOUTHERN [1]**   1/1
**spark [2]**   137/7 178/9
**sparks [2]**   178/11 178/24
**speak [13]**   15/15 18/21 57/21
75/8 82/19 99/8 109/5 120/13
125/21 156/5 187/14 187/17
203/9
**speaker [1]**   200/21
**speaking [2]**   63/20 111/4
**speaks [1]**   204/2
**special [13]**   14/24 16/6 73/5
83/9 98/17 99/25 101/6
101/18 102/8 104/4 105/17
123/15 164/10
**specialized [1]**   100/25
**specializing [1]**   101/7
**specific [15]**   7/10 29/12
62/17 62/19 68/20 70/17
82/14 170/10 199/15 199/17
199/19 199/21 199/23 200/1
213/3
**specifically [18]**   21/13 24/6
25/14 45/3 48/12 49/3 53/4
53/12 77/16 91/10 93/9 109/7
109/18 149/12 164/18 185/13
188/13 207/13
**specifics [1]**   33/23
**speculation [2]**   174/2 187/11
**speech [19]**   91/8 137/7 179/2
179/6 179/15 197/4 197/5
197/7 197/12 197/14 198/14
198/15 198/16 201/20 201/21
201/23 206/4 208/1 208/9
**spell [2]**   99/9 125/22
**Spence [1]**   83/10
**Spencer's [1]**   154/7
**spend [2]**   85/6 190/12
**spent [2]**   175/20 176/13
**sphere [1]**   169/7
**spice [1]**   146/6
**spicy [1]**   146/8
**split [1]**   198/8
**spoke [1]**   18/4
**squad [2]**   73/2 103/12
**stab [2]**   3/5 3/9
**stage [2]**   158/20 158/22
**staged [2]**   34/10 149/25
**stages [1]**   207/22
**stalking [4]**   184/22 197/20
199/14 199/21
**stamp [1]**   66/24
**stand [8]**   4/4 10/15 14/24
20/15 87/17 123/1 125/18
207/14
**standard [18]**   5/21 8/11 34/2
34/3 71/23 104/3 197/3
197/21 199/23 200/13 200/16

200/16 200/17 200/25 203/13
207/1 208/3 212/20
**standing [4]**   13/3 113/20
114/8 209/12
**stands [3]**   137/4 137/21
197/24
**staple [1]**   209/22
**star [2]**   63/15 175/2
**start [27]**   42/8 57/2 111/21
120/4 125/9 125/17 127/21
132/21 134/13 134/15 135/5
135/10 148/19 157/21 158/15
158/17 168/12 168/15 168/19
168/20 169/1 169/15 175/24
184/24 208/24 210/9 210/10
**started [6]**   26/6 135/15
135/17 139/2 143/6 214/2
**starters [1]**   40/7
**starting [1]**   3/11
**starts [1]**   122/1
**state [18]**   7/1 7/8 7/19
42/19 75/13 77/6 77/13 78/15
78/18 78/19 89/11 90/1 90/4
99/9 125/22 189/16 189/19
203/12
**stated [2]**   188/16 206/23
**statement [13]**   32/6 32/9
32/10 88/25 91/11 177/4
177/7 198/7 199/9 199/12
199/12 200/8 203/14
**statements [4]**   82/12 193/22
193/24 200/21
**states [18]**   1/1 1/4 1/11
1/15 6/21 23/14 53/9 54/11
55/11 55/14 55/15 56/5 56/8
56/9 65/8 137/7 196/9 201/19
**status [7]**   14/15 18/15 18/18
18/19 19/18 20/5 20/13
**statute [3]**   197/20 199/14
199/22
**stay [2]**   14/1 185/16
**step [7]**   52/3 98/14 111/6
111/20 125/1 184/25 189/13
**steps [1]**   29/15
**still [27]**   3/7 6/5 7/17
11/19 13/7 18/20 19/20 28/19
40/9 40/17 52/13 56/14 75/5
88/22 89/25 90/3 91/10 91/12
107/25 121/15 135/19 150/9
165/24 198/6 201/22 205/6
209/12
**Sting [3]**   184/7 184/8 185/21
**stink [1]**   136/20
**Stipes [2]**   1/23 214/11
**stipulate [3]**   55/16 56/10
122/16
**stipulation [9]**   52/8 55/10
55/12 56/4 56/6 56/16 122/4
122/12 122/17
**stipulations [6]**   52/15 54/23
55/7 122/2 123/6 211/4
**stolen [1]**   134/8
**stop [5]**   3/19 156/22 161/12
165/12 167/14
**stopped [1]**   18/10
**stopping [1]**   119/9
**stories [3]**   16/17 76/14
76/14

**S**

**story [3]** 114/2 159/19 159/20
**straight [1]** 38/3
**stranger [3]** 173/5 173/9 173/12
**strategy [1]** 140/9
**streaming [1]** 58/9
**stricken [2]** 187/14 207/1
**strike [5]** 17/11 21/13 26/9 105/14 111/10
**Stubblefield [1]** 83/10
**stuff [4]** 74/22 147/15 169/4 188/21
**subject [5]** 53/1 114/11 117/5 159/5 210/1
**subjective [9]** 6/1 197/25 199/25 200/11 200/13 200/16 200/17 203/12 203/21
**subjectively [1]** 208/3
**submission [3]** 197/2 204/18 205/18
**submissions [1]** 202/25
**submit [5]** 65/15 65/20 66/2 66/6 68/17
**submitted [7]** 9/15 32/24 33/2 36/14 69/21 195/7 208/15
**subpoena [1]** 96/18
**subpoenaed [1]** 96/5
**subpoenas [1]** 65/11
**Subsection [2]** 198/25 203/18
**subsequent [1]** 134/18
**subsequently [1]** 52/10
**substance [3]** 8/14 12/17 207/20
**substantially [1]** 182/24
**substantive [1]** 212/13
**substitute [1]** 192/24
**successfully [1]** 97/4
**such [6]** 8/13 12/16 23/18 89/1 94/21 206/7
**suffered [1]** 127/15
**sufficient [2]** 207/25 209/7
**suggest [1]** 168/8
**suggested [2]** 29/22 89/9
**suggestion [1]** 89/12
**suit [1]** 206/2
**Suite [1]** 1/20
**sum [2]** 10/2 10/3
**summary [1]** 80/9
**summer [1]** 9/25
**superimpose [1]** 184/1
**supervise [5]** 101/23 102/1 102/2 102/8 109/20
**supervised [1]** 98/24
**supervisor [6]** 19/8 33/16 44/17 100/7 100/13 112/6
**supervisory [5]** 26/3 99/25 100/10 102/12 115/16
**Supp.3d [2]** 9/18 9/19
**supplied [8]** 4/8 4/14 6/19 9/1 48/21 98/24 98/25 121/23
**supply [1]** 4/10
**support [6]** 4/15 32/3 32/5 78/15 81/5 207/23
**supported [1]** 206/10

**supporters [3]** 158/4 158/5 158/5
**supporting [1]** 142/2
**suppose [1]** 4/2
**supposed [2]** 159/17 182/16
**Supreme [8]** 197/12 197/15 198/4 198/10 198/19 200/18 201/24 203/11
**sure [38]** 3/17 5/15 13/11 19/25 34/21 50/12 50/17 60/2 64/17 65/21 65/22 65/24 66/7 70/3 74/8 74/16 75/1 77/9 79/20 80/23 81/1 81/21 82/2 87/22 95/8 96/12 98/10 99/25 120/4 126/6 132/23 138/9 143/5 205/5 207/16 210/7 210/24 211/2
**surgery [1]** 134/18
**surprised [1]** 146/13
**surrounding [1]** 10/6
**surveillance [14]** 81/17 83/7 83/9 111/20 111/24 112/15 112/23 113/10 113/24 113/25 114/7 114/9 114/13 114/23
**sustain [3]** 88/24 107/19 111/16
**Sustained [2]** 106/6 156/12
**SUZANNE [16]** 1/7 2/11 43/8 47/19 47/22 48/10 55/12 55/24 56/3 56/6 104/13 104/19 125/17 125/20 125/24 138/7
**suzanne.kaye1 [1]** 149/5
**SWAT [4]** 12/3 12/8 13/2 113/13
**swear [2]** 125/19 145/1
**swearing [1]** 144/24
**swiftly [1]** 29/8
**swig [1]** 159/18
**switch [1]** 138/18
**sworn [4]** 90/2 99/7 125/20 144/25
**system [1]** 115/2

**T**

**T-shirt [5]** 153/22 153/24 154/6 154/8 164/1
**T.V [1]** 85/4
**tactical [2]** 113/14 116/5
**tag [2]** 68/20 68/22
**tagged [5]** 69/6 69/8 69/24 69/25 78/9
**tagging [3]** 76/24 77/3 93/13
**take [48]** 3/9 3/21 5/6 10/10 11/6 29/15 30/1 30/5 35/15 51/16 51/17 51/18 80/2 92/15 92/18 99/4 114/12 117/2 117/4 118/1 118/23 134/17 142/1 153/7 157/20 160/19 161/5 162/6 162/7 180/10 180/11 180/11 181/2 182/22 183/1 183/11 183/13 183/16 184/2 184/24 185/1 191/11 192/7 202/10 202/14 212/1 212/9 213/16
**taken [20]** 3/5 7/15 13/9 35/3 35/24 36/1 36/3 54/22 79/25 91/10 91/12 91/14

115/20 115/23 116/20 118/21 150/17 171/3 202/22 203/12
**takes [3]** 31/6 127/18 158/8
**taking [10]** 6/18 13/1 35/10 116/4 159/18 195/25 196/1 209/24 212/3 213/20
**talk [59]** 12/3 12/23 12/25 13/8 19/7 21/12 21/22 24/12 43/25 48/12 54/20 60/13 60/25 62/5 62/8 63/4 63/23 72/12 72/17 79/12 92/25 102/17 132/15 136/23 138/19 138/19 139/14 140/24 143/8 145/25 148/17 148/18 154/9 155/20 155/24 156/4 164/21 165/2 165/14 165/15 165/19 165/21 167/5 168/11 170/13 173/17 174/23 177/21 180/4 183/17 185/14 199/1 203/24 208/19
**talked [10]** 18/24 24/8 24/9 49/7 73/15 110/3 148/6 155/19 156/15 197/19
**talking [27]** 3/14 3/15 10/20 13/19 13/21 15/10 21/23 21/24 22/7 31/21 52/11 80/19 83/18 129/25 132/13 135/16 150/22 156/7 162/12 170/9 175/21 177/11 177/15 179/11 179/11 185/8 185/9
**talks [1]** 199/17
**tanks [1]** 12/3
**taped [2]** 160/25 161/17
**target [8]** 147/3 151/25 157/25 158/2 170/3 170/4 170/5 170/5
**targeting [1]** 152/5
**task [14]** 33/19 100/1 100/13 100/15 100/22 101/6 101/24 102/3 102/4 102/6 109/18 112/6 113/16 113/19
**tasked [1]** 104/6
**tea [1]** 160/10
**team [27]** 58/8 77/20 91/16 101/16 102/5 110/9 112/16 113/5 113/9 113/10 113/10 113/11 113/11 113/13 113/22 113/24 113/25 114/4 114/7 114/7 114/10 114/12 114/13 114/23 115/3 115/6 116/4
**technically [1]** 96/12
**telephone [2]** 63/16 159/19
**tell [32]** 17/10 17/15 17/16 24/6 25/20 32/5 35/6 58/25 59/4 61/3 63/14 63/22 63/25 64/4 87/15 93/2 93/4 99/3 107/3 112/1 113/3 117/19 118/9 130/4 130/13 134/12 141/11 154/17 156/7 158/14 165/15 212/18
**telling [8]** 19/17 20/12 21/8 24/22 35/6 92/23 185/12 186/13
**temple [2]** 60/5 127/3
**ten [7]** 12/7 33/22 35/2 102/2 113/7 113/8 113/19
**tend [1]** 53/19

**T**

**tender [1]**   163/9
**tens [1]**   80/24
**tentative [1]**   3/22
**term [3]**   26/11 105/1 203/15
**terms [2]**   204/19 207/9
**terrible [1]**   11/24
**terrorism [7]**   100/1 100/13
100/16 100/16 100/19 101/1
101/6
**test [3]**   6/3 6/14 200/11
**testified [10]**   45/16 51/1
80/7 87/7 90/20 103/7 123/15
163/25 164/20 183/18
**testifies [2]**   118/2 121/12
**testify [20]**   7/24 29/11
29/13 81/24 82/8 85/21 118/3
118/4 118/7 118/10 118/23
119/3 119/4 192/21 192/22
192/25 212/21 213/3 213/13
213/15
**testifying [5]**   19/22 23/19
121/16 212/16 213/4
**testimony [28]**   4/19 4/24 9/2
10/2 10/3 10/16 11/10 11/11
11/16 13/8 14/6 15/11 15/13
52/2 103/2 109/3 157/9 165/8
166/19 171/2 172/22 174/8
177/24 187/24 188/9 197/6
197/9 208/15
**tethered [1]**   188/2
**text [3]**   172/18 188/1 188/10
**texts [1]**   188/18
**than [15]**   6/4 25/15 50/5
57/3 71/17 83/19 112/1
138/16 138/17 151/4 154/20
181/15 182/15 182/25 201/17
**thank [26]**   15/3 21/6 23/25
40/12 51/24 56/19 86/22
86/23 86/24 95/23 98/1 98/14
99/22 100/3 116/25 117/15
118/19 124/25 149/2 163/18
188/22 189/12 190/10 207/12
213/23 214/4
**Thanks [3]**   34/21 126/7
171/14
**that [1151]**
**that's [8]**   3/22 34/18 54/25
72/13 123/17 124/10 131/19
171/12
**the Government [1]**   53/4
**the objective [1]**   203/13
**the speaker [1]**   200/21
**their [23]**   7/25 28/4 29/8
46/23 58/2 92/5 94/2 94/5
97/18 112/17 113/14 113/14
123/22 128/3 131/5 135/1
137/14 137/14 149/8 160/15
179/13 210/19 213/18
**them [58]**   3/8 3/20 3/25 6/8
8/14 12/17 55/17 68/22 68/25
72/2 72/3 72/4 74/18 77/9
78/20 78/22 79/20 88/19
94/12 109/13 119/19 119/20
119/22 122/2 122/3 135/17
142/10 145/18 145/19 147/24
153/8 153/9 154/7 161/19

168/7 170/22 178/14 183/11
185/23 186/16 186/19 186/20
192/7 192/8 202/3 202/5
205/15 206/13 206/14 206/14
206/18 208/10 209/22 209/23
210/8 210/10 211/8 211/24
**themselves [2]**   67/24 137/13
**then [61]**   3/9 5/6 5/14 5/24
6/10 9/15 12/8 20/7 30/23
34/11 50/12 52/9 67/18 72/3
74/14 80/9 80/9 81/21 101/22
102/25 112/16 117/6 122/10
130/8 134/7 148/2 154/2
155/12 158/19 159/9 159/18
170/1 171/12 180/9 181/11
190/1 190/16 190/17 192/21
195/18 195/21 195/22 195/23
195/24 196/8 198/17 199/17
199/24 200/4 202/11 203/23
204/6 206/18 209/24 209/24
210/3 210/4 210/5 210/5
212/11 213/12
**theory [15]**   92/11 195/18
195/22 201/5 201/6 201/9
204/11 204/16 204/20 205/2
205/10 209/23 209/25 212/9
212/12
**there [182]**   5/17 5/17 6/5
6/17 7/7 8/21 10/8 12/8
12/22 13/1 13/22 16/22 17/4
17/12 17/22 17/23 19/21 20/4
23/8 23/8 25/23 28/12 28/22
30/4 30/8 30/23 30/24 31/4
31/5 31/7 31/7 38/25 39/6
39/22 39/23 40/11 40/12 41/9
43/10 43/14 45/9 45/10 45/21
46/1 46/6 46/12 47/16 47/17
47/20 47/23 49/15 58/3 58/13
60/6 62/9 62/10 62/17 64/18
65/14 66/8 66/10 68/16 69/11
73/7 73/9 75/5 75/20 75/21
77/9 77/22 78/15 79/1 79/12
79/17 79/20 80/12 80/22
80/23 81/2 82/21 82/22 82/23
83/2 83/6 83/9 83/13 84/3
88/22 90/8 90/11 90/15 91/21
92/16 92/20 94/18 94/20
94/25 95/9 95/14 96/17 97/19
98/20 98/21 98/22 99/1 105/4
108/23 109/4 112/3 113/7
113/9 113/18 113/20 118/10
119/18 121/11 121/25 124/7
126/19 126/21 129/5 134/7
137/17 146/13 146/14 147/14
149/2 149/4 149/8 149/11
150/5 150/7 151/12 152/15
156/1 156/3 156/3 157/8
161/11 162/13 164/24 164/25
165/20 165/22 166/15 167/10
167/14 169/5 169/19 171/9
175/20 181/22 182/2 183/15
187/19 188/19 188/19 189/9
190/8 190/19 191/23 192/21
192/22 193/23 195/11 196/6
197/21 198/7 199/6 204/5
204/6 206/17 207/13 207/16
209/14 211/3 212/7 212/7
212/14 212/16 212/20 213/3

**there's [2]**   59/24 153/14
**thereafter [2]**   15/19 18/21
**therefore [5]**   8/12 12/15
23/18 52/25 54/3
**Thereupon [38]**   14/20 23/4
28/7 31/18 44/14 49/10 50/4
50/25 51/25 52/4 54/22 55/2
89/6 90/18 108/3 117/16
118/21 122/23 143/17 144/14
144/19 145/15 146/20 147/22
148/13 150/12 151/17 152/9
160/4 161/10 162/17 170/24
171/3 171/16 174/17 191/19
202/22 214/5
**these [45]**   28/21 32/2 42/10
42/13 42/16 43/15 43/21 45/5
47/10 48/5 48/12 69/24 70/8
71/1 71/12 71/20 72/7 74/24
76/13 78/14 93/19 97/18
119/23 135/1 135/10 136/21
139/19 145/17 150/22 150/23
150/24 151/17 152/23 161/18
169/10 170/9 170/10 178/5
183/3 185/25 186/5 188/12
198/9 205/21 206/9
**they [151]**   3/15 5/22 6/8 6/9
6/9 7/14 7/25 8/1 8/1 8/18
10/5 10/9 10/17 10/20 10/21
11/3 12/2 12/4 12/4 12/5
12/6 12/6 13/8 13/19 13/20
14/16 16/13 24/11 24/25
28/16 28/18 28/23 28/23 29/8
29/9 29/14 29/14 29/15 30/1
30/2 30/11 30/12 31/6 31/7
31/8 32/24 37/18 38/8 38/9
54/18 57/23 60/2 64/21 64/21
65/1 65/5 65/10 66/1 66/5
67/25 68/8 70/6 71/8 71/21
71/23 74/16 75/16 77/8 78/22
79/13 80/5 81/9 81/10 81/19
82/12 85/18 90/1 91/25 93/18
94/4 94/10 94/11 96/15 96/16
96/18 96/24 107/20 113/13
113/14 115/6 115/7 115/8
119/25 120/2 121/11 121/19
122/2 122/6 122/6 123/22
125/13 127/1 132/23 134/11
134/24 135/15 136/15 136/20
155/3 155/22 160/21 163/16
168/6 169/11 172/25 175/15
175/23 178/15 178/23 179/8
179/13 183/6 183/15 184/17
184/17 185/7 185/18 185/24
186/15 190/16 192/6 197/22
198/12 198/15 198/17 198/23
199/1 199/1 199/3 199/4
199/5 199/10 200/24 203/5
210/9 210/10 210/14 210/22
211/8 212/10 212/18
**they're [2]**   185/19 185/22
**thief [1]**   134/3
**thing [9]**   3/20 7/1 64/19
119/15 123/20 148/8 149/10
154/24 212/1
**things [25]**   13/2 29/20 77/13
79/1 79/9 80/7 82/13 84/4
96/23 119/1 121/18 131/8
131/17 132/19 135/15 148/24

**T**

**things... [9]**   153/18 154/24
155/9 168/17 179/17 188/18
197/10 207/14 209/22

**think [59]**   5/16 6/3 6/5
11/17 11/22 11/22 13/1 16/16
20/24 25/24 30/6 30/12 31/3
31/12 45/2 60/6 60/6 60/12
61/15 63/13 70/22 82/22 83/7
83/12 85/3 95/3 117/24 118/1
118/15 127/19 133/14 135/2
136/15 137/15 137/17 143/12
149/1 150/16 152/4 152/24
155/10 157/14 165/5 165/24
166/13 166/25 174/3 179/10
183/7 191/23 197/11 197/13
201/6 202/3 205/15 207/13
209/8 212/4 213/21

**thinking [7]**   3/10 3/22 90/14
90/15 157/4 165/12 193/23

**thinks [1]**   13/4

**third [1]**   16/16

**this [221]**

**thorough [1]**   95/17

**those [62]**   7/9 18/13 24/14
25/6 25/7 25/14 32/24 33/2
36/13 37/12 37/17 37/22 38/6
38/21 41/18 44/20 47/1 67/5
67/6 71/1 77/8 77/20 77/23
79/9 83/19 84/2 88/19 90/12
91/9 92/6 98/7 98/11 100/18
107/6 107/7 113/8 116/24
121/4 123/7 130/16 131/5
136/25 138/24 143/1 158/7
158/9 158/11 159/2 159/6
160/22 160/23 187/8 187/9
188/18 197/10 200/21 205/10
207/2 207/15 208/11 212/13
212/14

**though [6]**   4/5 28/18 61/16
146/1 170/5 195/25

**thought [20]**   7/13 10/22
24/10 25/12 64/21 65/1 134/7
137/8 142/18 155/7 155/16
167/13 168/8 172/24 173/2
178/9 178/12 178/24 183/7
201/16

**thoughts [1]**   137/4

**thousand [1]**   153/6

**thousands [5]**   80/24 80/25
97/1 97/4 153/14

**threat [56]**   4/12 4/13 4/13
5/18 5/22 6/6 7/22 8/17 8/20
8/21 10/6 10/7 10/11 12/20
13/20 23/8 23/24 24/7 24/10
29/8 47/5 53/5 82/4 88/13
90/12 100/16 100/18 102/13
107/5 108/10 108/11 108/19
108/22 109/9 109/15 110/7
110/8 110/11 110/18 110/25
112/10 115/19 121/17 121/20
196/9 198/2 198/3 198/5
200/12 203/2 203/15 203/20
203/21 203/23 203/24 207/24

**threaten [9]**   6/2 7/16 163/5
178/13 178/23 179/3 179/12
179/24 208/4

**threatened [2]**   90/13 179/4

**threatening [6]**   22/9 86/9
87/9 163/2 178/11 179/2

**threatens [1]**   179/5

**threats [18]**   53/7 54/7 77/17
77/22 82/6 82/17 83/14
109/19 110/9 179/7 179/7
179/8 197/22 198/16 198/18
198/24 200/20 201/21

**three [32]**   17/7 18/3 18/13
18/16 25/13 28/22 30/13
47/23 63/15 64/18 67/8 102/6
113/9 127/22 138/24 145/19
146/25 158/6 160/24 160/25
161/11 161/18 161/20 162/2
162/5 173/15 175/2 177/20
178/1 179/14 182/4 209/23

**three-second [1]**   162/2

**through [37]**   3/18 18/16
30/11 41/17 41/19 55/14
55/16 56/8 56/10 70/15 70/17
70/20 74/5 74/11 77/21 78/14
79/23 82/11 95/3 98/8 119/22
119/24 121/1 121/5 125/10
137/19 142/12 142/20 149/20
150/19 165/18 180/20 191/21
192/4 207/20 211/8 211/9

**throw [2]**   147/15 169/4

**thumb [1]**   119/17

**thus [1]**   203/10

**ties [1]**   94/14

**TikTok [74]**   25/4 26/1 50/16
50/18 50/20 51/9 56/13 65/5
65/8 65/20 66/12 66/14 66/16
66/19 66/25 67/2 67/3 67/5
67/6 70/22 70/22 71/13
138/20 139/5 139/7 139/23
139/24 140/1 140/6 140/7
140/8 140/15 140/16 140/19
141/23 145/18 147/7 148/23
149/1 149/5 149/8 150/5
150/15 150/15 150/18 150/20
153/3 153/4 153/12 157/22
157/23 160/1 161/25 162/24
163/4 172/6 174/16 174/18
175/24 175/25 176/6 177/18
177/23 178/16 178/20 179/3
180/16 180/19 180/21 180/23
180/24 183/17 183/21 186/11

**time [107]**   4/22 8/1 16/5
16/6 16/12 16/24 17/3 17/10
18/18 25/9 25/12 29/12 30/1
31/6 31/9 34/6 35/13 38/1
41/18 42/1 46/13 46/15 46/19
46/21 49/3 50/9 51/17 56/14
58/5 60/25 61/15 61/16 62/11
62/17 62/19 66/24 71/21
71/22 71/23 73/18 73/23
73/24 80/5 85/6 88/11 92/23
96/11 97/25 98/16 99/12
102/6 104/13 106/20 108/13
112/15 112/23 113/1 113/5
113/18 113/22 114/1 114/15
114/17 115/9 116/1 116/3
116/8 116/11 116/13 117/1
119/22 125/3 130/6 132/12
133/2 138/15 150/3 150/25
151/6 152/2 153/2 154/17

154/24 156/20 156/24 158/15
170/17 172/20 173/4 175/13
176/17 180/22 183/7 183/16
187/1 187/19 187/24 188/10
189/23 190/13 191/4 191/15
197/19 208/19 208/21 208/23
209/19

**timed [1]**   69/17

**timely [1]**   119/13

**times [8]**   17/5 17/7 119/10
127/23 130/16 160/25 178/18
189/9

**timing [8]**   6/19 27/2 27/21
28/4 29/4 29/6 29/19 191/12

**tip [7]**   71/6 71/6 103/19
105/25 106/5 106/12 155/23

**tips [2]**   71/10 97/14

**tipster [1]**   106/2

**title [4]**   45/12 69/5 192/10
206/2

**titles [1]**   67/25

**to February [1]**   76/8

**today [19]**   3/18 3/24 4/1
64/9 66/12 83/20 87/25 118/7
136/1 136/2 136/21 138/19
141/7 141/8 172/9 191/15
207/7 207/13 211/9

**together [4]**   30/25 81/7
202/15 206/12

**told [41]**   15/18 20/15 21/8
24/2 27/7 50/13 59/2 59/6
60/12 60/14 60/15 60/23 61/2
62/14 73/17 87/12 87/17
90/24 95/12 129/11 141/10
150/1 155/22 156/3 156/16
157/15 164/11 164/13 164/20
165/14 166/8 166/16 169/3
169/4 177/21 180/5 182/22
184/4 186/25 187/3 202/3

**tomorrow [13]**   3/20 118/11
190/14 190/14 190/22 190/23
191/6 191/18 209/19 211/2
212/6 214/1 214/3

**tone [1]**   39/10

**tonight [1]**   209/18

**too [5]**   118/14 147/11 148/4
211/5 213/9

**took [28]**   6/8 10/17 11/16
12/5 13/8 13/11 13/20 29/14
30/8 31/6 34/11 35/12 53/5
54/6 90/20 90/21 90/25
108/10 108/10 112/19 180/10
183/14 183/15 196/10 196/11
205/4 205/7 212/17

**tools [2]**   95/4 111/18

**top [2]**   44/21 45/8

**topic [1]**   192/8

**total [4]**   25/10 34/25 80/23
113/16

**totally [1]**   139/24

**touch [1]**   201/5

**touched [2]**   137/24 162/5

**tour [1]**   131/19

**toward [1]**   191/24

**towards [1]**   195/5

**tower [1]**   96/15

**Tracy [1]**   206/1

**trades [2]**   131/21 131/23

**T**

**trained [1]** 78/24
**training [8]** 101/8 113/14
142/11 142/12 142/13 142/23
143/24 151/9
**trajectory [3]** 19/18 20/13
110/14
**transcript [1]** 214/7
**transferred [1]** 103/12
**transferring [1]** 35/10
**transmission [4]** 195/17
196/8 203/2 212/11
**transported [2]** 85/24 116/3
**transporting [1]** 85/20
**travel [2]** 97/7 131/20
**traveled [3]** 55/22 55/25
57/6
**treatment [1]** 134/18
**trend [5]** 143/2 146/6 146/7
150/7 150/15
**trending [1]** 140/10
**trends [1]** 143/1
**trial [15]** 1/10 9/24 53/1
55/12 56/6 98/19 120/13
120/18 122/15 122/16 123/5
143/7 143/7 192/8 208/15
**tried [3]** 18/6 67/2 79/16
**triple [1]** 127/15
**true [24]** 4/13 66/21 88/13
90/12 173/15 174/22 175/13
176/16 177/9 186/16 186/19
198/2 198/3 198/5 198/16
198/18 198/24 200/12 200/20
201/21 203/15 203/20 203/21
203/23
**Trump [7]** 83/25 132/25
133/24 133/25 135/7 135/23
142/2
**Trump's [1]** 175/9
**trust [1]** 74/16
**try [7]** 132/4 140/2 140/4
142/5 145/20 148/20 170/3
**trying [21]** 3/5 9/6 20/24
28/24 29/4 109/11 117/20
132/5 140/5 140/6 140/12
140/13 140/14 141/23 142/24
148/19 151/1 152/23 170/4
170/7 178/19
**Tube [1]** 141/2
**turn [5]** 125/7 154/11 176/2
176/5 210/4
**turned [3]** 34/21 59/9 166/4
**turning [1]** 48/11
**twice [2]** 18/6 209/8
**Twitter [3]** 68/9 68/19 70/23
**two [48]** 4/20 10/5 10/7 10/7
10/8 11/18 12/5 17/7 20/3
28/22 36/16 44/20 48/3 48/12
52/15 53/1 55/7 67/11 75/21
81/11 83/4 84/10 89/24
101/21 109/10 112/2 113/19
121/2 121/25 122/14 123/5
126/20 136/23 151/1 168/17
180/4 182/20 182/23 182/25
183/6 183/6 183/7 188/13
196/6 198/1 212/13 212/15
213/6

**two-fold [2]** 89/24
**two-month [1]** 151/1
**type [10]** 16/10 16/11 16/24
17/1 84/21 103/18 110/11
114/11 135/3 164/4
**types [4]** 197/3 197/4 197/7
205/21
**typically [3]** 106/22 112/24
113/15

**U**

**U.S [12]** 26/21 27/8 27/17
28/23 32/16 101/17 101/17
111/7 111/11 201/7 204/5
204/6
**U.S.C [1]** 196/16
**Uh [11]** 133/1 134/23 141/25
151/11 154/22 167/4 168/25
175/4 183/20 184/9 184/20
**Uh-hum [11]** 133/1 134/23
141/25 151/11 154/22 167/4
168/25 175/4 183/20 184/9
184/20
**ultimate [1]** 5/14
**ultimately [8]** 8/14 12/17
23/21 25/3 29/25 108/16
133/17 203/10
**ultra [1]** 158/5
**um [4]** 50/17 81/16 89/10
89/24
**um-m-m [4]** 50/17 81/16 89/10
89/24
**unable [3]** 15/14 53/16 92/20
**unannounced [2]** 16/7 16/8
**unconstitutional [1]** 198/15
**under [20]** 6/14 11/19 11/25
14/9 14/25 26/14 26/17 52/2
77/7 105/2 117/4 122/6 123/1
171/1 171/19 198/25 200/13
200/14 203/2 203/25
**undergone [1]** 142/11
**undersigned [2]** 55/15 56/9
**understand [9]** 7/12 16/10
30/7 30/16 119/23 135/2
155/9 156/2 178/17
**understanding [10]** 13/15
43/22 45/5 48/24 93/19
115/11 115/12 116/12 137/2
169/22
**understands [2]** 29/24 204/12
**undue [1]** 53/21
**unduly [2]** 53/11 53/23
**unintentional [1]** 88/2
**unit [1]** 113/17
**UNITED [18]** 1/1 1/4 1/11
1/15 6/21 23/14 53/9 54/11
55/11 55/14 55/15 56/5 56/8
56/9 65/8 196/9 201/18 203/2
**universal [1]** 46/19
**university [3]** 101/21 101/22
206/4
**unknown [1]** 11/19
**unlawful [1]** 200/22
**Unless [1]** 41/9
**unnecessary [1]** 206/22
**unnecessary and [1]** 206/22
**unofficial [1]** 84/14
**unquote [1]** 178/9

**unrelated [3]** 6/10 11/20
11/24
**unsuccessful [1]** 18/16
**unsure [1]** 20/7
**until [18]** 31/17 51/21 62/5
72/2 72/3 118/11 119/8 130/7
158/19 168/20 168/20 171/2
171/7 181/1 182/23 190/25
191/24 210/10
**up [68]** 5/6 7/2 9/22 12/10
12/17 13/6 15/1 16/7 16/8
16/15 23/21 28/23 52/6 54/14
59/22 62/15 71/19 74/24 83/4
83/17 85/1 85/7 109/12 113/9
113/12 113/13 113/24 113/25
114/13 116/4 116/17 118/23
119/2 120/1 120/2 131/6
139/18 140/16 140/24 149/4
149/9 151/1 151/20 153/18
157/6 157/13 157/15 157/16
158/17 158/23 163/16 167/10
171/5 173/12 179/8 181/9
182/20 182/25 183/1 183/6
187/14 190/5 192/1 195/9
197/24 202/14 206/13 212/10
**uphold [1]** 145/1
**upload [1]** 50/2
**uploaded [4]** 46/13 46/15
49/4 49/18
**upon [10]** 7/25 93/17 94/7
95/12 107/11 116/2 143/24
201/19 203/3 205/25
**upper [1]** 45/17
**url [1]** 84/21
**us [57]** 13/6 15/18 16/11
19/17 20/12 21/8 22/5 22/10
24/2 24/6 24/22 25/20 27/7
32/5 34/19 35/6 35/7 37/20
39/3 50/13 87/12 87/15 90/24
95/12 96/19 103/20 107/3
109/17 110/6 113/3 114/3
117/20 129/12 130/13 134/12
139/9 140/3 141/3 141/10
141/11 150/1 150/7 154/17
158/14 168/11 169/3 169/4
172/12 180/5 182/22 184/4
186/25 187/3 195/5 198/13
207/21 211/16
**USB [4]** 210/17 210/19 210/20
210/24
**use [17]** 8/7 10/17 26/8
34/20 41/25 46/22 54/19 58/1
149/21 149/23 153/19 158/20
159/14 159/14 172/15 186/25
196/18
**used [8]** 43/22 46/21 139/15
141/1 177/23 186/13 204/10
208/1
**useful [1]** 203/13
**user [5]** 67/2 84/7 94/1
140/17 140/19
**uses [2]** 37/18 198/18
**using [11]** 97/7 97/7 97/7
97/10 97/12 97/16 174/25
187/24 187/25 188/1 188/9
**usually [3]** 112/17 113/2
195/4
**Utah [1]** 101/22

**U**

**UTC [6]**   46/17 46/18 46/23
49/5 49/19 71/21
**utilize [1]**   111/19
**utilizing [1]**   178/9
**uttered [2]**   24/14 90/21

**V**

**validity [1]**   135/16
**value [2]**   159/22 177/8
**vanity [3]**   42/24 43/2 47/20
**variations [1]**   25/10
**variety [1]**   82/11
**various [2]**   59/25 162/12
**vary [1]**   205/1
**Vegas [4]**   102/22 102/23
103/8 103/10
**Vegas' [1]**   104/18
**vehicle [8]**   16/24 17/1 17/2
34/11 35/10 112/18 114/20
123/25
**vehicles [3]**   25/9 114/9
123/23
**verbal [1]**   52/8
**verbatim [2]**   9/16 28/18
**verdict [8]**   194/24 195/4
195/24 195/25 202/14 202/15
210/4 212/3
**version [21]**   3/3 3/12 3/13
3/16 27/13 42/16 161/5 184/5
184/15 184/17 184/19 192/1
192/2 192/3 196/11 196/12
196/20 204/14 210/1 212/6
213/16
**versions [4]**   64/18 161/18
161/20 181/1
**versus [19]**   6/21 23/14 38/4
54/11 55/11 56/5 198/17
198/19 198/21 199/9 199/11
199/25 200/19 200/24 201/7
204/4 204/6 208/2 210/23
**very [19]**   5/7 28/10 33/12
60/3 60/22 64/6 64/13 98/14
107/4 108/10 119/1 124/25
129/8 136/16 175/12 183/21
190/24 190/24 206/6
**via [1]**   37/18
**victim [3]**   5/18 8/23 8/23
**victim's [1]**   5/24
**video [202]**   7/6 21/10 21/21
21/23 21/24 22/1 22/6 22/24
23/1 23/5 23/20 24/6 24/8
24/13 25/5 25/10 25/12 25/15
25/22 26/2 26/3 26/13 26/16
38/25 39/3 39/5 39/6 39/7
39/13 40/24 41/3 41/4 44/12
44/13 44/15 44/20 45/6 45/10
45/12 45/16 46/7 46/10 46/12
46/13 47/1 47/2 47/4 48/15
48/24 48/25 49/3 49/7 49/10
49/11 49/15 50/1 50/4 50/5
50/8 50/25 51/6 51/9 53/14
55/19 55/23 56/6 63/13 64/7
64/9 65/1 66/14 66/16 66/17
66/19 66/20 66/24 67/12
67/13 67/18 69/9 69/14 69/17
69/21 71/10 71/15 79/4 79/9

80/8 91/1 106/13 106/16
106/18 107/1 107/3 107/4
107/8 107/9 107/11 107/15
108/3 108/6 108/8 108/21
108/25 109/7 109/8 109/24
110/2 110/12 110/12 110/17
110/20 110/21 121/16 122/17
143/11 143/13 143/17 143/21
143/23 143/24 144/19 145/2
146/24 147/1 147/2 148/2
148/15 148/24 148/25 149/4
149/7 149/10 149/13 149/21
152/5 152/14 152/22 157/21
158/8 158/15 159/4 159/10
159/15 159/17 160/1 160/17
160/20 161/8 161/10 162/2
168/21 170/3 171/25 172/2
172/3 172/6 173/24 174/14
174/17 174/18 174/21 175/1
175/14 175/19 176/2 176/17
176/19 176/23 177/19 177/24
178/14 178/19 178/21 180/5
180/9 180/11 180/18 180/20
180/20 180/22 180/24 181/1
181/4 181/11 181/14 181/16
181/17 181/19 181/21 182/1
182/9 182/13 182/15 182/22
183/13 183/17 184/1 185/8
186/12 186/17 186/19
**videos [85]**   24/25 24/25
25/14 25/17 26/3 32/2 38/1
38/6 38/10 38/23 44/20 51/3
51/10 52/24 53/1 54/3 56/13
63/10 64/15 64/24 67/7 67/11
67/24 69/24 71/1 71/12 72/1
73/12 76/14 83/19 84/3 85/5
87/9 88/12 88/19 90/21 93/17
93/19 107/19 121/22 132/17
133/17 136/23 140/11 150/20
150/22 150/23 152/23 158/6
158/7 158/9 158/11 158/13
159/1 159/2 159/5 159/6
160/24 162/12 162/23 162/25
168/15 168/17 168/17 168/19
168/20 168/20 169/7 169/18
170/9 172/8 172/9 173/19
180/4 180/22 182/20 182/23
183/6 183/7 183/21 185/25
186/5 187/25 188/12 188/20
**videotape [1]**   146/10
**view [1]**   5/22
**viewed [11]**   5/18 6/6 24/17
26/2 26/16 45/17 121/16
173/25 174/14 198/3 203/20
**viewpoint [6]**   5/24 134/24
135/1 135/6 135/7 135/8
**viewpoints [1]**   135/10
**views [13]**   132/16 132/19
134/9 134/16 135/25 136/21
152/5 205/3 205/9 205/13
205/15 206/4 206/6
**VII [1]**   206/2
**Viking [1]**   141/2
**Village [9]**   12/4 16/14 59/17
59/20 83/5 85/13 126/18
126/23 126/24
**violence [2]**   197/7 200/23
**Virginia [10]**   198/17 198/19

198/21 199/9 199/11 199/25
200/18 200/24 204/4 208/2
**virtue [1]**   92/11
**visit [2]**   157/5 174/23
**visited [1]**   93/21
**visual [2]**   34/1 114/21
**visually [1]**   17/12
**vital [1]**   131/6
**vocational [6]**   130/23 130/24
131/1 131/2 131/4 131/9
**voice [6]**   62/2 62/11 62/15
107/13 164/14 164/15
**VOLUME [1]**   1/10
**vote [7]**   133/2 133/8 133/9
133/20 135/19 135/20 142/9
**voted [2]**   133/21 135/23

**W**

**wait [7]**   4/24 29/9 39/6
171/7 190/25 211/14 211/15
**waited [1]**   29/25
**waiting [3]**   6/16 9/3 190/4
**wake [2]**   148/17 148/18
**walk [1]**   124/3
**walking [7]**   35/11 85/14
114/18 124/5 162/21 167/25
168/1
**wall [1]**   147/15
**walls [1]**   158/23
**want [80]**   4/4 5/11 12/3 13/5
13/19 14/1 14/3 19/24 20/21
23/17 27/5 29/23 34/8 36/14
40/5 41/11 48/12 51/17 60/1
68/25 70/14 71/19 79/8 82/1
82/14 87/4 87/22 99/16
102/11 108/15 118/22 119/2
120/23 121/12 132/15 132/15
136/5 137/3 138/7 138/18
140/7 141/8 142/1 143/3
144/16 147/14 149/10 152/4
152/7 153/21 154/2 156/4
156/9 158/18 158/18 158/20
158/20 158/21 162/1 162/10
165/2 165/19 165/21 170/2
170/3 170/15 171/14 171/22
182/17 182/19 186/20 187/14
192/5 197/18 209/2 209/7
209/10 209/17 211/1 212/5
**wanted [31]**   4/6 4/17 4/23
52/5 60/12 73/18 76/14 76/17
79/11 89/25 118/23 138/8
140/2 155/19 155/23 162/13
164/20 165/14 165/15 169/17
173/17 174/23 177/21 186/16
186/19 197/5 206/23 207/1
207/5 207/12 207/14
**wants [4]**   54/9 79/12 90/6
209/2
**war [1]**   141/16
**warning [3]**   209/3 209/10
209/13
**warnings [2]**   209/5 209/6
**warrant [18]**   10/9 27/25
30/20 32/22 36/14 36/17
36/21 37/9 37/12 73/14 75/16
76/13 77/10 80/10 86/14 90/2
122/9 122/18
**warranted [1]**   206/9

## W

**warrants [2]**   29/20 65/11
**was [487]**
**Washington [3]**   102/20 104/9
126/10
**wasn't [18]**   8/4 14/12 18/25
31/2 62/17 68/7 86/6 86/9
105/5 124/15 156/2 156/3
156/3 157/15 174/15 181/12
183/15 188/19
**waste [2]**   191/4 197/18
**watch [5]**   40/5 78/1 116/5
146/22 147/4
**watching [16]**   114/7 123/19
140/10 160/21 160/23 185/1
185/5 185/7 185/16 185/18
185/19 185/20 185/21 185/22
185/23 185/24
**Wawa [1]**   128/19
**way [36]**   6/7 16/9 25/9 25/15
26/8 29/16 32/9 33/9 33/9
40/11 42/13 52/23 53/13
62/17 65/20 78/18 79/14 89/1
89/16 95/17 98/10 104/25
109/5 111/22 135/2 156/13
166/8 167/5 169/19 173/24
174/22 175/20 178/5 180/15
203/18 212/2
**ways [2]**   69/11 90/16
**we [365]**
**we'd [2]**   171/12 210/18
**we'll [6]**   187/16 191/11
192/24 202/11 206/13 213/16
**we're [2]**   191/5 202/14
**weaker [1]**   8/21
**wealth [1]**   204/5
**weapons [1]**   100/24
**wearing [1]**   164/1
**website [2]**   68/14 69/21
**weed [5]**   84/4 84/14 84/17
138/16 149/20
**week [4]**   78/1 127/23 127/25
143/7
**weekend [1]**   83/6
**weeks [5]**   10/8 74/10 101/9
182/25 183/6
**Weinsoff [1]**   127/11
**welcome [5]**   14/22 55/3 99/21
122/24 171/17
**well [50]**   5/7 6/12 6/13
15/24 18/24 21/10 23/6 23/8
24/8 25/5 27/14 27/19 28/24
30/10 34/10 38/19 39/10
43/10 43/15 63/9 63/12 70/6
70/23 87/17 87/21 93/17
118/9 129/3 136/2 140/22
141/1 145/18 153/1 156/2
156/18 157/15 158/17 165/2
165/18 165/21 172/18 175/12
178/14 189/7 196/11 201/20
203/4 204/6 207/15 212/14
**went [33]**   7/24 9/22 10/9
16/19 18/1 21/10 21/17 21/17
21/19 24/19 25/6 25/11 28/17
67/18 72/10 81/14 85/11
91/13 95/3 98/8 101/9 101/21
103/7 103/10 111/24 116/21

130/11 130/24 150/19 156/24
166/24 167/2 172/23
**were [183]**   4/15 6/11 10/9
10/10 11/25 13/16 15/9 16/5
18/20 21/14 23/13 25/1 25/2
31/21 33/2 33/19 34/9 34/12
34/23 37/25 38/10 41/21 45/1
50/6 50/19 56/14 57/9 57/15
57/19 58/13 59/6 64/9 64/22
65/1 67/8 67/11 67/25 71/21
71/23 72/21 72/25 73/7 74/14
75/15 75/16 76/5 76/19 76/23
77/5 77/22 82/17 82/18 82/21
83/1 83/4 83/9 83/13 83/19
84/3 88/10 89/6 90/25 91/21
92/15 92/20 93/5 93/8 93/18
93/19 94/8 94/10 94/11 94/14
94/18 94/24 96/10 97/1 97/4
104/18 105/16 107/6 108/23
112/22 113/7 113/8 113/12
113/13 113/16 113/18 113/20
114/19 114/24 115/9 115/24
121/22 122/6 122/20 123/8
123/19 125/14 126/10 126/13
129/25 130/3 132/1 132/5
133/2 133/4 134/20 135/15
135/19 139/10 140/4 141/3
142/8 142/13 142/22 142/23
143/7 145/20 149/14 150/3
150/20 150/22 150/23 150/24
151/3 151/7 151/12 152/23
152/23 153/11 157/3 157/23
159/15 160/21 161/22 162/12
162/21 162/21 163/2 164/24
165/9 165/12 165/20 165/22
166/8 167/21 167/23 169/11
170/10 172/8 172/25 173/4
173/9 173/12 174/15 175/13
175/14 176/11 176/16 177/6
177/11 177/15 177/19 183/6
184/13 185/3 185/4 185/25
186/5 186/13 193/23 196/6
199/6 199/14 203/5 207/3
207/14 207/14 207/16 212/14
212/14
**weren't [2]**   24/3 123/18
**WEST [7]**   1/2 1/7 1/21 1/24
21/25 100/13 104/16
**what [280]**
**what does [1]**   136/4
**whatever [4]**   12/3 17/20
61/12 99/17
**whatnot [1]**   12/8
**Whats [1]**   141/19
**wheel [2]**   156/23 156/25
**when [163]**   3/10 3/13 3/17
4/21 5/12 6/11 10/9 10/23
12/24 13/15 15/9 16/9 16/19
19/11 19/11 19/15 21/14
21/19 23/5 24/10 24/14 25/6
25/11 28/11 30/7 32/1 35/3
35/7 36/13 37/11 37/14 37/16
45/15 49/18 50/11 51/1 52/25
54/9 59/8 60/4 61/14 61/17
62/2 63/17 64/9 66/14 68/22
71/20 71/22 72/21 72/25
73/11 76/21 77/10 77/21
78/14 79/12 79/19 79/23

80/19 82/17 82/22 83/2 85/8
85/17 85/18 88/18 92/20 99/4
103/25 108/8 112/17 119/22
123/20 123/22 127/18 127/22
129/25 132/5 132/21 134/5
134/12 134/12 135/1 135/5
135/10 135/14 136/7 138/1
139/2 140/16 142/7 142/21
144/4 149/21 150/17 150/21
150/21 151/7 154/18 154/20
155/16 156/20 157/3 157/13
157/13 157/15 159/9 161/18
162/25 163/1 164/7 164/10
165/14 165/15 165/17 166/6
166/7 166/24 167/9 167/13
168/11 168/15 169/1 170/16
175/21 176/20 176/21 176/24
177/1 177/5 177/9 177/20
179/13 180/21 181/22 181/23
184/13 185/13 186/12 187/15
189/9 190/21 190/22 190/24
190/25 192/7 192/25 196/15
197/9 198/18 199/1 199/17
200/19 204/14 206/6 206/18
206/23 212/16 212/18 212/21
212/2 213/13
**When the [1]**   157/13
**where [71]**   3/22 6/11 8/23
10/8 12/12 12/14 13/13 15/1
17/21 21/14 21/16 22/3 28/22
31/4 31/5 36/3 44/8 44/23
44/24 59/24 65/11 65/15 66/2
68/16 70/11 76/21 77/25 78/9
78/11 80/12 95/9 100/25
101/6 101/15 101/20 102/19
103/18 104/15 112/14 115/24
116/19 126/13 126/15 126/17
128/8 128/14 130/3 130/10
130/13 132/17 132/25 141/20
147/5 150/14 155/13 155/15
156/16 157/16 157/17 158/24
159/7 161/16 180/25 182/2
186/15 192/22 198/23 199/22
200/21 201/24 213/21
**whereby [1]**   203/18
**Whereupon [7]**   36/25 41/15
41/21 123/8 125/14 144/11
145/14
**wherever [1]**   34/12
**whether [36]**   4/12 5/22 8/15
12/18 17/2 17/4 17/10 23/22
25/17 50/8 50/9 82/23 89/14
89/17 90/11 91/15 91/16 95/6
96/15 96/24 104/8 104/9
108/17 111/12 114/12 118/2
118/22 121/19 143/20 167/10
167/15 168/2 193/23 197/23
203/14 205/5
**which [66]**   4/9 4/16 6/10 7/4
7/5 7/23 8/7 9/1 9/2 12/2
13/10 13/21 13/22 13/23 15/1
25/2 25/25 27/17 31/22 41/24
42/8 42/19 42/19 44/16 45/15
52/19 53/1 53/8 54/10 55/17
56/11 88/8 89/13 93/13 104/3
106/1 107/22 109/1 113/11
113/13 120/23 122/4 138/24
138/24 151/15 161/24 161/24

**W**

**which... [19]** 162/1 162/5
162/15 180/6 180/6 189/16
189/18 192/9 195/24 196/20
196/20 201/24 204/4 206/3
207/8 212/22 213/10 213/11
213/12
**while [8]** 7/1 20/25 85/13
124/5 191/5 191/12 201/17
202/14
**whiskey [1]** 159/18
**whit [1]** 170/20
**who [47]** 8/16 12/19 23/23
33/14 33/14 35/13 38/18
43/22 48/9 50/16 57/9 57/14
57/19 76/20 84/17 92/9 93/21
94/18 96/6 96/21 97/1 108/18
109/20 133/9 133/20 147/3
147/4 148/22 151/25 155/5
155/17 158/2 158/3 165/22
173/5 173/25 174/14 175/5
176/21 176/25 177/6 177/15
177/25 179/5 181/22 182/6
182/8
**whole [8]** 9/1 73/21 115/1
160/17 174/8 174/11 185/3
189/6
**wholeheartedly [1]** 204/13
**why [53]** 11/6 18/23 23/7
29/10 29/13 30/8 41/6 50/22
59/6 60/12 76/20 79/4 79/8
82/12 87/15 89/9 102/23
116/15 121/16 127/6 127/14
133/22 134/2 138/10 139/8
139/9 139/10 140/1 149/24
156/2 156/4 156/22 160/20
160/24 161/1 162/5 165/2
165/19 165/21 171/7 182/20
182/23 183/6 183/12 188/7
196/15 196/17 197/4 198/9
199/6 200/5 200/7 203/17
**wide [1]** 81/1
**wild [1]** 135/1
**will [123]** 3/7 3/14 3/15
3/17 3/18 3/19 3/21 4/22
5/12 5/24 8/12 8/13 9/8
12/15 12/16 14/19 14/25 20/6
21/6 23/18 27/23 29/19 30/10
31/11 34/20 40/20 41/25
51/20 51/23 52/1 52/8 52/9
52/9 54/13 54/21 56/16 88/24
99/3 99/4 116/6 117/3 117/4
117/5 117/11 117/12 117/14
117/17 117/25 118/1 118/3
118/7 118/11 119/1 119/20
119/21 119/23 120/17 125/7
125/17 125/18 126/20 133/16
133/16 133/18 135/12 138/9
138/19 142/18 143/12 169/15
170/6 170/19 170/22 170/25
171/10 177/9 190/1 190/1
190/14 190/15 190/15 190/16
190/17 190/24 191/1 191/5
191/10 191/11 191/12 191/13
191/16 191/17 191/24 192/8
195/21 202/11 202/11 202/21
205/6 205/18 206/12 206/15

206/18 208/21 209/12 209/15
209/15 209/17 209/18 209/18
209/21 210/3 210/3 210/12
210/13 210/17 211/6 211/14
212/6 212/7 213/16 214/2
214/3
**willing [3]** 92/15 92/18
166/8
**withdraw [1]** 103/3
**within [11]** 25/21 40/24 48/5
67/8 67/13 93/23 96/6 173/15
176/2 176/2 184/1
**without [28]** 10/20 19/17
20/12 21/8 24/22 29/19 33/23
35/6 39/18 41/13 41/20 70/12
74/7 90/16 92/6 105/6 115/20
120/24 121/5 123/7 125/13
137/18 143/15 144/10 144/18
145/12 146/17 156/7
**witness [55]** 4/3 4/8 4/25
5/3 5/4 7/24 8/15 12/18
19/22 19/25 20/2 21/1 21/2
23/19 28/25 29/1 37/2 39/18
39/21 40/5 41/5 52/1 52/4
53/16 54/14 54/17 56/19
75/11 75/15 81/23 82/8 82/15
87/22 88/25 89/8 89/14 90/16
95/23 98/15 98/20 98/24 99/5
99/7 106/8 107/21 109/2
116/25 117/4 123/1 143/17
144/17 144/19 163/10 187/12
187/19
**witness' [3]** 74/19 74/25
143/3
**witnesses [6]** 23/21 52/20
53/2 108/16 193/16 193/21
**woman [1]** 84/16
**won't [1]** 197/1
**word [7]** 3/7 26/8 26/10
136/4 153/19 154/10 185/15
**words [10]** 7/15 24/14 77/8
89/18 90/20 105/1 178/6
179/9 179/9 183/23
**work [17]** 32/16 72/7 81/7
96/12 101/2 104/18 104/18
104/25 128/16 129/2 129/4
131/8 131/9 145/23 191/12
209/15 211/2
**worker [9]** 142/6 142/7 142/8
142/19 142/23 143/25 144/25
168/21 206/3
**working [9]** 52/7 100/22
132/9 132/10 150/24 152/24
153/1 163/17 190/2
**world [7]** 46/22 141/8 169/15
185/4 185/10 185/12 185/12
**worship [1]** 59/24
**Worth [1]** 128/15
**would [182]** 5/10 5/12 5/13
5/21 5/22 6/5 6/14 6/19 8/17
9/15 10/2 10/3 10/19 12/20
13/2 13/5 16/2 23/9 23/24
24/11 33/14 33/21 36/20
41/18 41/25 44/15 45/8 49/20
50/1 53/4 53/8 53/11 53/16
53/20 54/1 55/7 57/2 57/16
57/21 57/23 58/1 59/4 61/8
61/10 61/17 62/11 62/14

62/14 63/4 63/10 64/6 65/25
66/5 67/7 67/24 69/5 69/11
71/12 74/9 74/15 74/17 75/14
77/10 77/21 78/5 78/18 78/19
79/3 79/11 79/19 80/12 83/22
83/23 84/3 84/21 89/12 89/16
89/18 89/21 90/5 91/8 91/10
91/11 91/12 91/13 91/13 94/4
94/11 96/5 96/8 96/12 97/6
99/9 99/12 99/23 104/3 107/7
108/19 109/1 109/13 110/1
110/3 112/14 116/7 118/13
118/14 118/16 119/11 121/14
121/18 121/21 121/22 122/1
122/10 125/8 125/9 132/24
133/23 135/25 137/9 139/2
142/9 143/8 144/7 145/8
147/7 151/23 156/19 157/21
161/5 163/16 164/7 168/6
168/8 168/22 168/23 170/16
173/19 173/24 174/2 174/3
178/14 178/23 180/14 180/16
180/16 181/14 182/14 184/21
184/21 187/9 189/15 189/17
189/23 191/21 192/25 194/2
195/10 195/11 195/15 195/17
195/23 195/23 195/24 197/10
197/15 198/3 202/5 203/17
203/20 203/25 205/13 207/19
207/24 208/2 208/6 208/11
208/14 208/25 210/7 210/18
210/25
**wouldn't [5]** 14/5 23/6 41/6
63/23 87/18
**wow [1]** 142/18
**write [5]** 32/7 80/8 159/1
159/9 174/25
**writing [1]** 158/17
**written [1]** 38/3
**wrong [4]** 38/2 59/9 169/4
209/14
**wrote [5]** 32/9 77/9 90/1
159/3 159/6

**X**

**X-rays [1]** 131/8

**Y**

**yeah [8]** 152/12 155/7 168/6
173/23 175/18 175/23 181/5
182/19
**year [8]** 48/3 84/9 84/16
142/1 150/21 150/25 154/21
168/12
**years [16]** 88/4 88/7 100/6
100/11 101/3 101/14 101/21
109/18 115/14 126/20 129/24
131/12 136/2 150/1 175/21
176/13
**yelling [1]** 124/15
**yellow [1]** 45/18
**Yep [1]** 183/22
**yes [468]**
**yesterday [6]** 4/7 4/16 7/4
10/15 12/5 15/9
**yet [9]** 3/4 39/19 39/24 41/8
120/2 188/5 189/25 190/19
190/20

**Y**

**York [6]**   9/8 9/21 54/12
 130/4 130/7 130/14
**you [1440]**
**you a [1]**   134/24
**you figured [1]**   155/14
**you'd [5]**   59/20 64/24 67/5
 138/16 146/13
**you're [1]**   168/24
**you've [2]**   18/16 117/25
**your [263]**
**yourself [9]**   32/7 58/23
 83/13 99/23 146/10 164/7
 177/17 178/5 179/22
**yourselves [1]**   104/17
**Yuri [1]**   129/9

**Z**

**Zero [2]**   153/25 164/1
**zip [3]**   37/23 38/2 38/2
**zone [3]**   46/21 71/21 71/22