```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2               WEST PALM BEACH DIVISION

 3             CASE NO. 21-CR-80039-ROSENBERG

 4
       UNITED STATES OF AMERICA,      .
 5                                    .
       Plaintiff,                     .
 6                                    .
             vs.                      .
 7                                    .
       SUZANNE ELLEN KAYE,            .  West Palm Beach, FL
 8                                    .  June 29, 2022
                                      .
 9     Defendant.                     .

10                        VOLUME 3
                    JURY TRIAL PROCEEDINGS
11        BEFORE THE HONORABLE ROBIN L. ROSENBERG
                UNITED STATES DISTRICT JUDGE
12

13     APPEARANCES:

14

15     FOR THE PLAINTIFF:        MARK DISPOTO
                                 SHANNON DARSCH
16                               United States Attorney's Office
                                 500 E Broward Boulevard
17                               7th Floor
                                 Fort Lauderdale, FL 33301
18                               561-820-8711

19     FOR THE DEFENDANT:        KRISTY MILITELLO, ESQ.
                                 SCOTT BERRY, ESQ.
20                               Federal Public Defenders Office
                                 450 S. Australian Avenue
21                               Suite 500
                                 West Palm Beach, FL 33401
22                               561-833-6288

23     Official Court Reporter:  Pauline A. Stipes
                                 HON. ROBIN L. ROSENBERG
24                               West Palm Beach/Ft. Pierce, Fl
                                 561-803-3434
25
```

1          *THE COURT:*  All right.  We will be one more minute and
2     then we will be ready to go.
3          Melanie is showing counsel the redacted superseding
4     indictment.  She removed the forfeiture provision, but in so
5     doing, needed to remove the signature as well.  I want to make
6     sure it is acceptable to the Government and to the Defense as a
7     document that would go back to the jury when they go back to
8     deliberate.
9          *MR. DISPOTO:*  It is acceptable for the Government.
10          *THE COURT:*  Okay.
11          *MR. BERRY:*  Acceptable for the Defense.
12          *THE COURT:*  When they come in, that's the first thing
13    I am going to do, the jury instructions, and then I'll turn it
14    over to counsel for closing argument.  Was there anything else
15    that needed to be addressed?
16          *MR. DISPOTO:*  No, your Honor.
17          *MR. BERRY:*  Not from the Defense, Your Honor.
18          *THE COURT:*  Okay, we can bring our jury in.
19          Thanks, Ricardo.
20      *(Thereupon, the jury returns to the courtroom.)*
21          *THE COURT:*  Welcome back, members of the jury, you may
22    be seated.  I hope everyone had a nice evening.
23          At this point, we are going to distribute the jury
24    instructions and a copy of the verdict form to you.  So I will
25    give a moment for that to happen.

Pauline A. Stipes, Official Federal Reporter

1          Let me clarify, a copy of the jury instructions are

2    being disseminated to you.  I will be reading the verdict form,

3    but you don't have a copy of it yet.

4          All right.  I am going to read the jury instructions,

5    but you have a copy of it so you can follow along with me.  As

6    I indicated, the jury instructions do go back with you when you

7    deliberate.

8          Jury instructions.  Members of the jury, it is my duty

9    to instruct you on the rules of law that you must use in

10   deciding this case.  After I have completed these instructions,

11   the attorneys will give their closing arguments, and then you

12   will go to the jury room and begin your discussions, what we

13   call deliberations.  You must decide whether the Government has

14   proved the specific facts necessary to find the Defendant

15   guilty beyond a reasonable doubt.

16         Duty to follow instructions and the presumption of

17   innocence.  Your decision must be based only on the evidence

18   presented here.  You must not be influenced in any way by

19   sympathy for or prejudice against the defendant or the

20   Government.  You must follow the law as I explain it, even if

21   you do not agree with the law, and you must follow all of my

22   instructions as a whole.  You must not single out or disregard

23   any of the Court's instructions on the law.

24         The indictment, or in this case the superseding

25   indictment, or formal charge against a Defendant isn't evidence

Pauline A. Stipes, Official Federal Reporter

1   of guilt.  The law presumes every Defendant is innocent.  The

2   Defendant does not have to prove his or her innocence or

3   produce any evidence at all.  The Government must prove guilt

4   beyond a reasonable doubt.  If it fails to do so, you must find

5   the Defendant not guilty.

6          Definition of reasonable doubt.  The Government's

7   burden of proof is heavy, but it does not have to prove a

8   Defendant's guilt beyond all possible doubt.  The Government's

9   proof only has to exclude any reasonable doubt concerning the

10  Defendant's guilt.  A reasonable doubt is a real doubt based on

11  your reason and common sense after you have carefully and

12  impartially considered all of the evidence in the case.

13         Proof beyond a reasonable doubt is proof so convincing

14  that you would be willing to rely and act on it without

15  hesitation in the most important of your own affairs.  If you

16  are convinced that the Defendant has been proved guilty beyond

17  a reasonable doubt, say so.  If you are not convinced, say so.

18         Consideration of direct and circumstantial evidence,

19  argument of counsel, comments by the Court.  As I said before,

20  you must consider only the evidence that I have admitted in the

21  case.  Evidence includes the testimony of witnesses and the

22  exhibits admitted.  Anything the lawyers say is not evidence

23  and isn't binding on you.

24         You shouldn't assume from anything I have said that I

25  have any opinion about any factual issue in this case.  Except

Pauline A. Stipes, Official Federal Reporter

1    for my instructions to you on the law, you should disregard

2    anything that I may have said during the trial in arriving at

3    your own decision about the facts.  Your own recollection and

4    interpretation of the evidence is what matters.

5              In considering the evidence you may use reasoning and

6    common sense to make deductions and reach conclusions.  You

7    shouldn't be concerned about whether the evidence is direct or

8    circumstantial.

9              "Direct evidence" is the testimony of a person who

10   asserts that he or she has actual knowledge of a fact, such as

11   an eye-witness.  "Circumstantial evidence" is proof of a chain

12   of facts and circumstances that tend to prove or disprove a

13   fact.  There is no legal difference in the weight you may give

14   to either direct or circumstantial evidence.

15             Credibility of witnesses.  When I say you must

16   consider all the evidence, I don't mean that you must accept

17   all the evidence as true or accurate.  You should decide

18   whether you believe what each witness had to say and how

19   important the testimony was.

20             In making that decision, you may believe or disbelieve

21   any witness in whole or in part.  The number of witnesses

22   testifying concerning a particular point does not necessarily

23   matter.

24             To decide whether you believe any witness, I suggest

25   that you ask yourself a few questions.

1          Did the witness impress you as one who was telling the
2     truth?
3          Did the witness have any particular reason not to tell
4     the truth?
5          Did the witness have a personal interest in the
6     outcome of the case?
7          Did the witness seem to have a good memory?
8          Did the witness have the opportunity and ability to
9     accurately observe the things he or she testified about?
10         Did the witness appear to understand the questions
11    clearly and answer them directly?
12         Did the witness' testimony differ from other testimony
13    or other evidence?
14         Impeachment of witnesses because of inconsistent
15    statements.  You should also ask yourself whether there was
16    evidence that a witness testified falsely about an important
17    fact, and ask whether there was evidence that at some other
18    time a witness said or did something, or didn't say or do
19    something, that was different from the testimony the witness
20    gave during this trial.
21         Keep in mind that a simple mistake doesn't mean a
22    witness wasn't telling the truth as he or she remembers it.
23    People naturally tend to forget some things or remember them
24    inaccurately, so if a witness misstated something, you must
25    decide whether it was because of an innocent lapse in memory or

1    an intentional deception.  The significance of your decision

2    may depend on whether the misstatement is about an important

3    fact or about an unimportant detail.

4           Introduction to offense instructions.  The indictment,

5    or superseding indictment we have in this case, charges two

6    separate crimes, called counts, against the Defendant.  Each

7    count has a number.  You will be given a copy of the

8    superseding indictment to refer to during your deliberations.

9           Both counts charge that the Defendant did knowingly

10    transmit in interstate commerce a communication containing any

11    threat to injure the person of another.  I will explain the law

12    governing this substantive offense in a moment.

13           On or about a particular date, knowingly.  You will

14    see that the indictment charges that a crime was committed on

15    or about a certain date.  The Government does not have to prove

16    that the offense occurred on an exact date.  The Government

17    only has to prove beyond a reasonable doubt that the crime was

18    committed on a date reasonably close to the date alleged.

19           The word "knowingly" means that an act was done

20    voluntarily and intentionally and not because of a mistake or

21    by accident.

22           Interstate transmission of threat to kidnap or injure

23    18 U.S.C. Section 875(c).  It is a Federal crime to knowingly

24    send in interstate commerce a true threat to injure any person.

25    The Defendant can be found guilty of this crime only if the

 1    following facts are proved beyond a reasonable doubt:

 2         One, the Defendant knowingly sent a message in

 3    interstate commerce containing a true threat to injure the

 4    person of another; and, two, the Defendant sent the message

 5    with the intent to communicate a true threat or with the

 6    knowledge that it would be viewed as a true threat.

 7         "To transmit something in interstate commerce" means

 8    to send it from a place in one state to a place in another

 9    state.  The Government does not have to prove that the

10    Defendant intended to carry out the threat.  A true threat is a

11    serious threat, not idle talk, a careless remark, or something

12    said jokingly, that is made under circumstances that would

13    place a reasonable person in fear of being injured.

14         Theory of defense instruction.  The First Amendment of

15    the United States Constitution permits restrictions upon the

16    content of speech in only a few well-defined and narrow classes

17    of speech.  The only exception relevant here is for true

18    threats.

19         As I said before, a true threat is a serious threat,

20    not idle thought, a careless remark, or something said jokingly

21    that is made under circumstances, that would place a reasonable

22    person in fear of being kidnapped, killed, or physically

23    injured.  Ms. Kaye contends that her statements were not true

24    threats, but rather political speech protected by the First

25    Amendment.

```
1              If you have a reasonable doubt as to whether the
2    statements made in the videos were true threats you must find
3    Ms. Kaye not guilty as to all counts.
4              Caution, punishment.  Each count of the indictment
5    charges a separate crime.  You must consider each crime and the
6    evidence relating to it separately.  If you find the Defendant
7    guilty or not guilty of one crime, that must not affect your
8    verdict for any other crime.
9              I caution you that the Defendant is on trial only for
10   the specific crimes charged in the superseding indictment.  You
11   are here to determine whether the Defendant is guilty or not
12   guilty of those specific crimes.  You must never consider
13   punishment in any way to decide whether the Defendant is
14   guilty.  If you find the Defendant guilty, the punishment is
15   for the judge alone to decide later.
16             Duty to deliberate.  Your verdict, whether guilty or
17   not guilty, must be unanimous, in other words, you must all
18   agree.  Your deliberations are secret and you will never have
19   to explain your verdict to anyone.
20             Each of you must decide the case for yourself, but
21   only after fully considering the evidence with the other
22   jurors.  So you must discuss the case with one another and try
23   to reach an agreement.  While you are discussing the case,
24   don't hesitate to reexamine your own opinion and change your
25   mind if you become convinced that you were wrong, but don't
```

     1    give up your honest beliefs just because others think

     2    differently or because you simply want to get the case over

     3    with.

     4         Remember that in a very real way you are judges,

     5    judges of the facts.  Your only interest is to seek the truth

     6    from the evidence in the case.

     7         Note-taking.  You have been permitted to take notes

     8    during the trial.  Most of you, perhaps all of you, have taken

     9    advantage of that opportunity.  You must use your notes only as

    10    a memory aid during deliberations.  You must not give your

    11    notes priority over your independent recollection of the

    12    evidence, and you must not allow yourself to be unduly

    13    influenced by the notes of other jurors.  I emphasize that

    14    notes are not entitled to any greater weight than your memories

    15    or impressions about the testimony.

    16         When you get to the jury room, choose one of your

    17    members to act as the foreperson.  The foreperson will direct

    18    your deliberations and will speak for you in court.

    19         A verdict form has been prepared for your convenience.

    20    I am holding it up here.  It is on a blue piece of paper.  It

    21    will go back when you go back to deliberate along with the copy

    22    of the superseding indictment and the exhibits.

    23         I will read the verdict form to you now.

    24         It reads:  Verdict, one, as to Count 1 of the

    25    indictment, interstate transmission of a threat to injure, we,

                    Pauline A. Stipes, Official Federal Reporter

 1    the jury, unanimously find by proof beyond a reasonable doubt

 2    the Defendant, Suzanne Ellen Kaye, guilty or not guilty, and

 3    there is a line to check one or the other.

 4          Two, as to Count 2 of the indictment, interstate

 5    transmission of a threat to injure, we, the jury, unanimously

 6    find by proof beyond a reasonable doubt the Defendant, Suzanne

 7    Ellen Kaye, guilty or not guilty, and it says, so say we all.

 8    There's a line to put the date and a line for the foreperson to

 9    sign.

10          You will take the verdict form with you to the jury

11    room.  When you have all agreed on the verdict, your foreperson

12    must fill in the form, sign it, date it, carry it, and then you

13    will return to the courtroom.

14          Now, if you wish to communicate with me at any time

15    please write down your message or question on a piece of paper

16    and give it to our U.S -- a Security Officer or a Marshal, and

17    the Marshal or Security Officer will bring it to me and I will

18    respond as promptly as possible either in writing or talking to

19    you in the courtroom.

20          I caution you not to tell me how many jurors have

21    voted one way or the other at that time.  In other words, if

22    you truly have a question, and sometimes that happens, write

23    the question down, don't tell me anything else, on the piece of

24    paper, hand it to the U.S. Marshal or Security Officer.  He or

25    she will bring it to me, and I will confer with the attorneys

```
 1   and get you a response as quickly as possible.

 2           From the Government, did the Court give the

 3   instructions as we discussed in the conference, subject to all

 4   objections?

 5           MR. DISPOTO:  Yes, your Honor.

 6           THE COURT:  From the Defense, did the Court give the

 7   instructions as we discussed in the conference, subject to all

 8   objections that are a matter of record?

 9           MR. BERRY:  Yes, your Honor.

10           THE COURT:  At this time I will turn to the Government

11   to ask if you have a closing argument that you would like to

12   give; and if so, you may come to the podium.

13           MS. DARSCH:  Yes, your Honor.

14           THE COURT:  Okay.

15           MS. DARSCH:  Good morning.

16           THE JURY:  Good morning.

17           MS. DARSCH:  When this case first started, we told you

18   there wasn't much of a dispute about the essential facts in

19   this case, and that is because the videos truly speak for

20   themselves.

21           Unlike most trials, the crimes in this case were

22   committed on videos.  Ms. Kaye recorded herself committing

23   crimes.  She didn't do it once, she did this three times,

24   recorded herself, and as a result, this case isn't difficult.

25   You just have to use your common sense.
```

Pauline A. Stipes, Official Federal Reporter

1          So, let's talk about the evidence.  I first want to go

2     through the timeline of events in this case, but it is really

3     important.

4          On January 16, 2021, FBI's National Threat Operations

5     Center received an electronic tip from a civilian and it

6     related to the January 6th event, and their very experienced

7     team of threat intake evaluators examined that tip with their

8     training and their procedures and they deemed it was important

9     for further review.

10          So, on January 21, 2021, NTOC sent that tip to FBI's

11     West Palm Beach field office for review, and it was assigned to

12     Agent Smith.  Because it involved a January 6th event, he

13     needed to interview Ms. Kaye.

14          And on January 28, 2021, Agent Smith reached out to

15     Ms. Kaye, he calls her on the telephone, and it was cordial.

16     The conversation was that he needed to meet with her.  He even

17     told her the reason he wanted to meet with her, it was so that

18     he could interview her about the January 6th event, and she

19     said all the reasons why she needed to meet him at her house,

20     and she said, I have plenty of time to talk to you.

21          She invited him to her home, she gave him her address,

22     and he said -- he took her up on the invite, and that he would

23     be around later that day.

24          But as we all know, later on January 28, 2021, Special

25     Agent Smith was unable to come by, so he called her and he was

```
 1    courteous to call her and let her know he was unable to stop
 2    by.  He left her a message.  He never said I wasn't coming, he
 3    never closed off the interview, but conveniently, she didn't
 4    get that call, she didn't answer.  And it was on that same
 5    phone that she uses all the time, the same phone that she uses
 6    for her social media, to record her videos, that she often has
 7    on her.  That was the phone he called, but she didn't get it
 8    this time.
 9            She answered the first time, but not this time, and
10    she also didn't answer on February 2nd, because he did try
11    again, and he went to her house where she invited him and gave
12    him that address, but she conveniently didn't answer, and a
13    reasonable inference can be drawn that she changed course, she
14    didn't want to talk to Agent Smith.
15            Unbeknownst to Agent Smith, on February 1, 2021, she
16    uploads video one to Instagram and Facebook.
17            Now, it says February 1st, the social media records
18    say February 1st, and that is in social media records time.
19    You also heard testimony it could have been the night before
20    that she uploaded the video, but as the judge just instructed
21    you, we don't have to prove beyond a reasonable doubt an exact
22    date as long as it is reasonably around that date.
23            So, on February 1st she uploads this video, and we
24    have all seen this video, and I am going to play it for you
25    again.  Before I play that video, I want you to pay special
```

Pauline A. Stipes, Official Federal Reporter

 1    attention to certain things in this video.

 2         I want you to see how she transitions.  In the

 3    beginning, it is hello, friends, and then, she transitions to

 4    you guys, and when she does that, I want you to notice her

 5    anger and her profanity and how she is dropping fuck.

 6         I also want you to notice that toward the end of that

 7    video where she makes her true threat to that FBI agent that

 8    she just invited to her home three days prior, that is why the

 9    timeline is important, because on January 28th he called her,

10    and it is February 1st.  She just invited him, and she said in

11    that video, if you come here, I will shoot your fucking ass.

12         The Defense wants you to believe this is just an act

13    of performance because she is an actress and it is a parody.

14    This is not an act, this is the real Ms. Kaye.

15         You observed her while her Defense attorney was asking

16    her friendly questions about her background, and she was

17    smiling, and that was just background questions and he was

18    asking her other questions.

19         But when the Government wanted to ask Ms. Kaye about

20    the facts of this case, she was argumentative and combative and

21    evasive, and arguing it's just a TikTok, it's just a TikTok, it

22    is just a TikTok.  I will explain later that TikTok doesn't

23    give you a right to make a true threat.

24         Ms. Kaye is not acting in this video, this is the real

25    Ms. Kaye, just like that was the real Ms. Kaye when the

Pauline A. Stipes, Official Federal Reporter

1   Government was questioning her.

2        *(Thereupon, the video was played.)*

3           So, there is the transition I wanted you to notice,

4   "you guys."

5           Now, she can be mad all she wants, that she thinks the

6   FBI spent four years prosecuting General Flynn without

7   evidence.  She is entitled to say that, that is her right.  She

8   can say she doesn't want them to come fucking talk to her, that

9   is her right.  She can title this video Fuck the FBI, that is

10   her right.  She can tell them they are out of their

11   motherfucking mind, that is her right.

12          But she doesn't have a right to make a direct true

13   threat, shoot your fucking ass if you come here, to that

14   special agent who kindly called her three days prior and she

15   invited to her home and said, I have plenty of time to talk to

16   you.

17          But that video wasn't good enough because six or seven

18   minutes later she posts video two.  She uploads video two to

19   Instagram.  She removed video one from Instagram only.  Before

20   I play this video, I want you to notice how her anger

21   escalates.  I want you to see how her profanity escalates.  I

22   want you to see the anger in her face, in her eyes.  I want you

23   to see again the transition when she says "you", and I want you

24   to see the true threat at the end that she will shoot their

25   fucking ass if they come to her house.

1        *(Thereupon, the video was played.)*

2            So, again there is the transition from friends versus

3    to you when she is talking to the FBI.  She can tell her

4    friends about her conversation with the FBI, and she has a

5    right to counsel, and she would need to be arrested to get her

6    right to counsel, and again, she can talk about how she

7    disagrees with them prosecuting General Flynn.

8            She can tell them she has a First Amendment right to

9    free speech, but she can't make a true threat to that same FBI

10   agent that she invited to her home three days prior to shoot

11   your fucking ass if you come to my house.

12           So, fuck you, fuck you following me.  I'm glad you

13   know who I am, motherfucker.

14           And on February 8th, this was a game changer for the

15   FBI, because prior to February 8th, the FBI just simply wanted

16   to interview her.  They only wanted to interview her and they

17   told her that they just wanted to interview her, and on

18   February 8th, a second tip to FBI's National Threat Operations

19   Center comes in about Ms. Kaye from a civilian who saw her

20   video as a threat to the FBI.

21           *MR. BERRY:*  Objection, facts not in evidence.  Judge,

22   also a confrontation clause issue.

23           *MS. DARSCH:*  It is in evidence, your Honor.  I am only

24   commenting about the evidence, the tip that was submitted via

25   an electronic tip, the video was attached.  This was in

Pauline A. Stipes, Official Federal Reporter

1   evidence.

2          MR. BERRY:  The content of the tip is not in evidence

3   because it was a confrontation issue.

4          MS. DARSCH:  The content of the tip is that the video

5   was attached, and I am going over the video, and it is relevant

6   to show effect on the listener.

7          MR. BERRY:  Judge, I would ask to approach.

8          THE COURT:  You may approach.

9       (Thereupon, the following sidebar proceedings were had:)

10         THE COURT:  Okay.  So, why doesn't counsel just

11   state -- I just saw the realtime.  NTOC received the tip on

12   February 8th from a civilian witness, it was an electronic tip

13   attaching the video, and the civilian notified NTOC because

14   they deemed it a threat to the FBI.

15         That is a reasonable inference that could be drawn

16   from the evidence.  That is in evidence, that is a reasonable

17   inference that he submitted this electronic tip with the video,

18   and it is in evidence, and it is relevant.

19         MR. BERRY:  That evidence did not come in because we

20   have a confrontation clause.

21         THE COURT:  When you say the evidence, are you talking

22   about through testimony --

23         MS. DARSCH:  Through NTOC.

24         THE COURT:  -- there was a second tip?

25         MR. BERRY:  There was no evidence about what the

Pauline A. Stipes, Official Federal Reporter

```
 1    tipster believed, there is no evidence about that.  There is a
 2    reason there is no evidence, he didn't testify, and there is a
 3    confrontation cause problem.
 4        THE COURT:  So, the objection is to what the tipster
 5    believed.  There is no dispute that there was evidence of a
 6    second tip, and the second tip included the video, and the
 7    Government acted on the video.  So, it is the inference of what
 8    the tipster believed?
 9        MS. DARSCH:  The tipster sent the threat to the FBI.
10        THE COURT:  So, he sent it there, that is the way to
11    say it, as opposed to what he or she believed.
12        MS. MILITELLO:  What came out is that he submitted an
13    online tip, not that he sent it to a center.  This is the
14    conversation we had, they would not get into the tip.  We know
15    he is a political adversary, he submitted many of Ms. Kaye's
16    videos, and we can't get into that.
17        THE COURT:  There is no objection to the FBI receiving
18    a second tip with the video from a tipster?
19        MS. MILITELLO:  We ask to strike that the tipster
20    characterizes it as a threat.
21        THE COURT:  What do you want the Court to do?
22        MS. MILITELLO:  Just that it was sent to the National
23    FBI Center.
24        THE COURT:  Is there an objection that it was sent to
25    the National Threat Operations Center?
```

Pauline A. Stipes, Official Federal Reporter

 1          MS. MILITELLO:  To a national -- no.  To a threat

 2     center, no.

 3          MS. DARSCH:  NTOC is the National Threat Operations

 4     Center.  That came in through Jeffrey Youngblood.

 5          THE COURT:  Do you want me to pull out my notes?  You

 6     don't think the evidence came in through Youngblood that the

 7     tip came through NTOC?

 8          MS. MILITELLO:  They came in through NTOC, but not

 9     anything about it being --

10          MS. DARSCH:  Am I allowed to say NTOC is the National

11     Threat Operations Center?

12          THE COURT:  That came in.

13          MS. DARSCH:  She has a problem with that.

14          MS. MILITELLO:  The problem is the continued

15     bolstering and -- the problem is back dooring --

16          MS. DARSCH:  I am not back dooring.

17          THE COURT:  I am going to instruct the jury to

18     disregard the last statement regarding any characterization of

19     what the tipster believed, and I will allow you to restate that

20     the second tip came in from a tipster which had the video and

21     went to NTOC, and you can say what NTOC is.

22          MS. DARSCH:  I can say a civilian submitted a tip on

23     February 8th to NTOC, with -- an electronic tip with the video

24     attached?

25          THE COURT:  Yes.

1   *(Thereupon, the proceedings at sidebar concluded.)*

2   THE COURT:  Okay.  So, ladies and gentlemen, I am

3 going to ask you to disregard the last statement by counsel

4 regarding any description or characterization of what the

5 second tipster may have thought, or why he or she did what he

6 or she did.  I am going to ask you to disregard to the extent

7 there was any closing argument relating to the state of mind of

8 the second tipster, and I will allow counsel to proceed

9 consistent with our conference.

10   MS. DARSCH:  So, on February 8th, the second tip to

11 NTOC came in, and once again the FBI West Palm Beach field

12 office is notified, and it went through those levels of review

13 at NTOC with the threat intake examiners, and the threat intake

14 examiners' supervisor, and they deemed that tip, they moved

15 based on their protocols, threat to safety, threat to life.

16   And then it went to the West Palm Beach field office,

17 and that supervisor also looked at this tip with the video

18 attached and deemed it a threat to life, and therefore, they

19 called off the interview for Agent Smith to go interview her

20 because the video attached said that if he came to her house

21 she would shoot, and they took it very seriously.

22   And they devised an entire operational plan, an

23 enhanced arrest for when they were going to arrest her based

24 off of that video, and fortunately she was arrested without

25 incident.  And on February 17, 2021, she is arrested and she is

1    charged with interstate transmission of a threat to injure.

2           Based on the facts I just stated, the Government has

3    proven beyond a reasonable doubt that she made an interstate

4    transmission of a threat to injure.  But how do we know this?

5           Because the Judge just read to you the elements of the

6    crime charged, and these are the elements:

7           One, the Defendant knowingly sent a message in

8    interstate commerce containing a true threat to injure the

9    person of another; and the Defendant sent the message with the

10   intent to communicate a true threat, or with knowledge that it

11   would be viewed as a true threat.

12          Now, we know she knowingly sent a message.  There is

13   no dispute there, she sent a message.  It is on video.  And

14   there is no dispute for interstate commerce.  The stipulation

15   was read by Mr. Dispoto, the parties have agreed the interstate

16   commerce element has been satisfied.

17          The issue you have to decide is, is this a true

18   threat, and did the Defendant intend to communicate that true

19   threat, or did she do so with knowledge that it would be

20   perceived as such.

21          Well, how do we know what a true threat is?  Because

22   the judge advised you on what a true threat is.  A true threat

23   is serious talk, it is not a careless remark, it is not said

24   jokingly.  It is made under circumstances that would place a

25   reasonable person in fear of being injured.  And this was a

```
 1   true threat.
 2           Well, how do we know?  How do we know this is a true
 3   threat?  I will give you some reasons based on the evidence.
 4           She is not joking in this video.  There is nothing
 5   funny about these videos.  She doesn't say she is joking.  In
 6   fact, she is angry.
 7           Number two, her demeanor, she is angry, she is using
 8   profanity, her anger is escalating.  She even self-identifies
 9   as an angry patriot.  That is who she is, she is angry.
10           Number three, her specific target, the FBI, when she
11   transitions to "you guys" and "you", and "I am glad you know
12   who I am, motherfucker, stop fucking following me," that same
13   agent that she invited to her home three days prior.
14           Number four, it is unambiguous, it can't get any
15   clearer.  "If you come to my house, I will shoot your fucking
16   ass."
17           It is not vague.  That is a direct statement of
18   personal intent.  Context, she knows the agents are coming to
19   her house, she invited them three days prior.  This is not some
20   random person sitting behind a keyboard venting and blowing off
21   steam that she is mad about current events or some political
22   figure.  That is not what this is.
23           She had access to this agent.  It wasn't a matter of
24   if he was coming to the house, it was a matter of when.  He was
25   coming, the meeting was never called off.  She had access to
```

1    him.

2           Six, she made three videos.  She wasn't satisfied with

3    the first one, so with the second one her anger, it escalates,

4    she uses he is more profanity.  The third video, she

5    intentionally chooses a very specific song made by the artist

6    The Police, for the police.  She chose that song, every breath

7    you take, every move you make, I'll be watching you.

8           FBI, you are watching me?  I am watching you.

9           Number seven, she broadcasted these messages publicly

10   for the world to see.  She could have set her Facebook to

11   private, but she didn't, she wanted the followers.

12          She wanted the FBI to see this.  She knew the FBI was

13   looking at her.  They kindly called her and told her three days

14   prior, she knew they were following her.  Fuck you following

15   me.  She didn't need to tag them.  She could have, that's one

16   method, but she didn't have to, they are going to see it.  It

17   was public.

18          Eight, she left the messages up for two weeks.  This

19   wasn't a knee jerk reaction where she got mad, the FBI wanted

20   to talk to her, and she was blowing off steam.  No.  She made

21   three videos, and she left the video up for two weeks.  From

22   February 1st until the time of her arrest on February 17th,

23   they were still up for the FBI and the world to see, for the

24   agent to see.

25          Nine, reaction of the listener.  We heard about how

Pauline A. Stipes, Official Federal Reporter

1    seriously the FBI took this.  We heard that it went through the

2    National Threat Operation Center, NTOC, it was submitted, an

3    electronic tip with the video attached, to FBI's threat center.

4         And then their very experienced team of threat intake

5    examiners, they called it TIES on the stand, evaluated the tip

6    and sent it to the West Palm Beach field office for further

7    review, and the supervisor of the West Palm Beach office took

8    it seriously.  He quickly told Agent Smith, don't go to her

9    house, don't go to her house.  She posted a video, if you come

10   there, she will shoot your fucking ass.

11        They took it so seriously that they arrested her, but

12   before they arrested her they had to devise an enhanced arrest,

13   an operational plan.  That is how seriously they took it.

14        Ten, motive.  We don't have to prove motive, these are

15   just factors for you to consider.  But why?  If you want to

16   know why, she is an angry patriot.  She is mad that General

17   Flynn was prosecuted with no evidence.  She is mad.  She has

18   that right, she can be mad, she can say fuck the FBI.  She can

19   disagree with the FBI.

20        She can do that, but she cannot make a true threat

21   that if they come to her house she will shoot their fucking

22   ass.  She doesn't want them to come to her house, that is why

23   she made this threat.  She is mad, she is angry, she doesn't

24   want them there.

25        And remember, the Government (sic) made much to-do

```
 1    about this, she has no guns, she has no access to guns, she
 2    doesn't have a concealed weapons permit.  That doesn't matter,
 3    as you heard the Judge tell you, the Government does not have
 4    to prove that she intended to carry out a threat.  We don't
 5    have to prove that.
 6            We have to prove that a true threat was made, and she
 7    intended to make that true threat, or she made that threat with
 8    knowledge that it would be perceived as such.
 9            And that true threat -- that is what a true threat is,
10    it is made under circumstances that a reasonable person -- it
11    would place a reasonable person in fear of being injured, and
12    the Government has proven beyond a reasonable doubt that
13    Ms. Kaye made a true threat, she intended to do so, or she did
14    it with knowledge that it would be perceived as such.
15            Ladies and gentlemen, after I close, the Defense will
16    have the opportunity to close, and then Mr. Dispoto, he will
17    have the opportunity to talk to you, but before I close, I want
18    to share with you some of the things about the Defense's case.
19            They want you to believe that this was just a
20    performance, a parody.  Don't fall for it.  This was no act.
21    The Defendant testified her pursuit in acting was not a
22    success, she is not a good actress.  She is not, you saw she
23    couldn't put on her best performance when the Government wanted
24    to ask her questions, when she got argumentative and says, it
25    is just TikTok.  That wasn't an answer to the question, and
```

```
 1   TikTok doesn't give you the right to make a true threat.
 2            She is not acting in this video, and she wasn't acting
 3   in her other videos that they showed you.  The marijuana video,
 4   she wasn't acting in it.  She testified she smokes marijuana.
 5   The dog video, she is no acting with this dog chasing an
 6   iguana.  She testified she has a dog, a Lab Pit mix.
 7            Her election worker video, she is not acting there.
 8   She testified she was an election worker.  She is not acting.
 9   That was the true Ms. Kaye on the stand when the Government
10   questioned her and she was argumentative.  It is the true
11   Ms. Kaye in these videos.
12            Ms. Kaye, she doesn't fuck around, she does not fuck
13   around.  She is zero percent fuck around, zero percent fuck
14   around.  She is not one hundred percent fuck around, she is
15   zero.  That is what her shirt said, zero person fuck around,
16   and that is who Ms. Kaye is.  She doesn't fuck around.
17            Every breath you take, every move you make, FBI agent
18   who I invited to my home three days prior, I will be watching
19   you.  You are fucking watching me?  I am watching you because I
20   am zero person fuck around.
21            You are coming to my house?  You are not coming to my
22   house, no, you are not, because if you come to my house, I'll
23   shoot your fucking ass because I am zero percent fuck around.
24            Thank you.
25            THE COURT:  That was 30 minutes and 24 seconds.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              Okay, is there any closing that the Defense wishes to
 2     make?
 3              MR. BERRY:  Yes, your Honor.
 4              THE COURT:  Okay, you may come.
 5              MR. BERRY:  Judge, may I move this podium?
 6              THE COURT:  You may.
 7              MR. BERRY:  Good morning.
 8              THE JURY:  Good morning.
 9              MR. BERRY:  In the United States of America in 2021,
10     the Federal Government arrested and jailed a 58-year-old woman
11     living in Century Village because she made a TikTok video that
12     they didn't like.
13              They learned about this video, they set up
14     surveillance of her, spent hours and agents watching her to
15     learn about her pattern of life.  They learned her pattern of
16     life is she stays home.
17              They involved between ten and 15 Federal agents.  They
18     had a planning meeting to decide how they were going to arrest
19     her.  They scoured her social media pages looking for some
20     other evidence of what her actual intent might be, and found
21     none.
22              They researched records to see if she had a carry and
23     concealed firearm permit.  She did not.  Looked for some
24     evidence that she was, in fact, armed.  They found none.
25              They involved the United States Attorney's Office,
```

```
 1    they obtained a warrant for her arrest.  The agents were
 2    experienced agents, agents that had investigated terrorism,
 3    Al-Qaeda, and on February 17th, these agents, many of them
 4    armed, showed up at Century Village to execute their arrest
 5    warrant, and a citizen who made a TikTok video went to jail.
 6          They took this threat so seriously, they had agents
 7    all over the country concerned about threats, they took this
 8    threat so seriously, and the threat -- make no mistake, the
 9    threat they were concerned about was a threat to shoot them.
10          I don't know of any other way to shoot somebody but
11    with a gun, so presumably that would be something they would be
12    looking for if they were real concerned that Ms. Kaye was going
13    to carry out that threat.
14          So concerned advised Agent Smith, better not go there.
15    So concerned that on the day of her arrest, when she was
16    walking her dog unarmed outside of her home they didn't even
17    take the time to search her house.  They didn't get a search
18    warrant, they didn't ask for consent.  They talked to her son
19    for one purpose, somebody had to take care of the dog because
20    Ms. Kaye was going to jail.
21          They were so afraid, that is their testimony, so
22    concerned that this was real, that this was a serious threat, a
23    true threat, they didn't even look for the gun.
24          Now, Agent Smith was told, don't go to the house,
25    don't go talk to her because we are concerned about what she
```

Pauline A. Stipes, Official Federal Reporter

```
 1    said, and that is fair.  That is fair.
 2           Why didn't they interview her, or try to interview her
 3    when they actually made the arrest?
 4           We don't want Agent Smith just showing up at the house
 5    to do this interview because he doesn't know, he doesn't know
 6    what she meant by it.  He doesn't know if she is serious and
 7    it's concerning, and that is legit.  It is legit to investigate
 8    that.  There's nothing wrong with the FBI investigating it.
 9           But on the day of her arrest, when she has been patted
10    down, she has been searched, she is surrounded by armed FBI
11    agents, she is brought down to the jail or to the FBI office
12    where they know it is safe to interview her, they could have
13    done that.  They could have asked her, what is with this video?
14    But they didn't.  Why not?
15           They told you why not.  I think it was Agent Smith, it
16    might have been Agent Allen, but I think it was Agent Smith,
17    wouldn't have made any difference.  They don't care.  They took
18    a citizen off the streets with no questions asked because she
19    said something.
20           Now, if they had spoken to her, they would have
21    learned what you all learned when she testified.  She would
22    have told them what she told you.  This was a TikTok video, it
23    was a video for social media.  It was a video she was using to
24    try to gain more followers, like-minded followers.  She's part
25    of the MAGA movement, she's a big supporter of President Trump,
```

1   and she thought that this video, scripted the way that it was,

2   portraying her the way she was portrayed, would attract more

3   followers like her.

4          She told you and she would have told the Government

5   that she got the idea for this video after Agent Smith didn't

6   show up.

7          Now, the Government knows that Agent Smith's phone

8   call to her was not a prank, and you all know that. We all

9   know that now.

10         Just for a moment imagine Ms. Kaye on the phone. She

11  is on TikTok, she's on Facebook, she's on Instagram, she has a

12  lot of followers, thousands. I think she said about 5,000

13  followers. Undisputed, by the way, no evidence to the contrary

14  about those things.

15         This is January 28th, this is just a few weeks out

16  from January 6th, right, where we have this insurrection, or

17  riot, or rally, depending on your political views, whatever you

18  want to call it that happened at the Capitol.

19         And she has been vocal, she has been vocal on social

20  media for several months since the election. We know that, we

21  have seen some of the videos. So, she gets this call from

22  someone who identifies himself as being from the FBI whose

23  name, not his fault, happens to be Agent Smith, probably the

24  most common surname in our country.

25         Agent Smith wants to talk to her about her presence at

```
 1    the Capitol on January 6th, a place that she knows she wasn't
 2    at.  She tells him -- she says, do you have any proof?  He
 3    says, that is what I want to talk to you about.  And then he
 4    says, I'd like to talk to you about it, and she says, well, I
 5    can't come to you, I don't drive.  You can come to me if you'd
 6    like.
 7         He needs to know her address.  The FBI doesn't know
 8    her address.  Is it really that unreasonable to think that
 9    maybe, just maybe Agent Smith is not actually an FBI agent?  Is
10    that maybe reasonable?  Maybe she knows, maybe she doesn't
11    know, maybe she is not sure, but is it really that unreasonable
12    that she couldn't think at that moment that this isn't somebody
13    from the FBI, someone pulling a prank?
14         They make plans, he's going to come by later that day.
15    She waits and then he doesn't show up.  Whether he called back
16    or not at 6:00 o'clock in the evening and left a message, or he
17    didn't, what difference does it make?  How unreasonable is it
18    to you that in that moment, that evening, that Ms. Kaye
19    couldn't possibly -- how unreasonable is it that she believed
20    that this was just a prank, that the FBI had not actually
21    contacted her?
22         And so she gets this idea for a TikTok.  She writes
23    her script and she stages and she gets her bottle -- her empty
24    bottle of Jack Daniels and she puts iced tea in it to make it
25    look like Jack Daniels.  That is part of the show.  And she
```

 1    records multiple versions.

 2            The Government is making it sound like, you know,

 3    these are individual threats that she was trying to post.  She

 4    told you, she didn't even realize she had posted multiple

 5    videos, she thought it was just the one.  The one she was

 6    trying to post, the one she was sending out there was the

 7    TikTok video.

 8            Can we play that, please.

 9      *(Thereupon, the video was played.)*

10            She told you, she told you that the bottle was filled

11    with iced tea.  That's what she told you.  There is no evidence

12    to the contrary.

13            In this courtroom, in this case where the Government

14    of the United States has the burden of proving this case beyond

15    a reasonable doubt, there is no evidence that they presented to

16    contradict that statement.  And why not?

17            Well, number one, it is true; and number two, they

18    didn't even look.  They could have gone into her apartment,

19    they could have looked.  Maybe they could have come in and

20    testified, oh, we never found a bottle.  Right?  There could

21    have been something, but there wasn't.  There's nothing.

22            She testified about a script.  Now, she told you that

23    after this was done she tossed the script.  There is no

24    evidence to the contrary.  There is innuendo, there's argument,

25    but there is no evidence to the contrary.

```
 1              She told you about the song, and despite Mr. Dispoto's
 2      best efforts, she maintained the reason that she picked that
 3      song by The Police, she wasn't talking about watching the FBI,
 4      she wasn't talking about stalking the FBI, she was letting her
 5      viewers know, her potential followers know that the FBI is
 6      watching you.  Is that such an unreasonable position for a MAGA
 7      supporter to take?
 8              And there is no evidence to the contrary about why she
 9      picked that song.  There is no other social media post
10      somewhere that tells you the real reason, there's no diary,
11      there's no documentation, there's no witness, there is nothing.
12      They just don't believe it, that is it, and they can't believe
13      it because it hurts their case.
14              But there is evidence that corroborates this idea that
15      Ms. Kaye was making TikTok videos to try to gain followers,
16      that she uses music as a hook.
17              Can we please have Exhibit E.
18          (Thereupon, the video was played.)
19              But wait, there is more.  Can we have Exhibit H.
20          (Thereupon, the video was played.)
21              How different is it?  What do we think she is doing?
22      The music is the hook, TikTok is her audience.  She's trying to
23      gain followers, that is what she is doing.  That's what these
24      are.
25              The Government talked in their closing about the
```

Pauline A. Stipes, Official Federal Reporter

```
 1    transition during the course of the video, and what they are
 2    getting at is, when we're talking about threats, is it directed
 3    at someone, right?  Just kind of walking around randomly saying
 4    things, that doesn't really seem like a threat, but if you are
 5    directing it at someone, that makes it look like more of a
 6    threat, and it's context, it matters.
 7            What are all of the ways, if she really wanted to
 8    threaten the FBI, that she could have done it?  She could have
 9    tagged them.  That would have at least alerted them that she
10    was talking to them.  She could have sent it to them.  She
11    could have emailed it to them.  She could have made a disc and
12    dropped it off at his office.  She could have gone down there
13    and said it to his face.  There are a lots of ways she could
14    have threatened the FBI directly.
15            Their position is, her choice was to make a TikTok
16    video, put it out on TikTok, and Facebook, and Instagram and
17    hope that maybe the FBI might see it.  It is like sending a
18    threat by a letter and not putting an address or a name on it
19    and hoping that it gets there.
20            Who does she address it to?  When she talks, when the
21    video begins, who is she talking to?  Friends, TikTok family,
22    patriot family, that is who she is talking to, and she is
23    telling a story.
24            It is not true.  It is based in fact, there was a
25    phone call from the FBI, it didn't just happen, it was three
```

```
 1   days earlier, but most of what she says is not what occurred.
 2           One of the things that is really disturbing about this
 3   case is how the Government addressed, which I guess is
 4   something that is kind of the elephant in the room, the
 5   January 6th issue.
 6           Let's be clear, she is not on trial for anything
 7   related to January 6th.  There is no evidence, nor is there any
 8   accusation that she was present at the Capitol on January 6th,
 9   that she had anything to do with what happened at the Capitol
10   on January 6th, that she planned it in any way.  There is no
11   evidence of any of that.  There is no prosecution pending
12   against her about that.  There is no indictment, there is no
13   charge.
14           Make no mistake about it, it has been 18 months, there
15   are over 800 people who have been charged.  The Federal
16   Government has cell phone records and thousands of hours of
17   video footage from cell phones and people that were there.  You
18   don't think that Ms. Kaye, who was posting everything from her
19   dog, to her smoking marijuana, to her views on the election,
20   you don't think that if she were at the Capitol on January 6th,
21   we would have video of it.
22           It is obvious to everyone, I think, in the courtroom,
23   she wasn't there, but that wasn't good enough.
24           On redirect examination of Agent Smith, Mr. Dispoto
25   just couldn't let that go.  Well, you haven't reviewed
```

```
 1    everything, you don't know if there might be evidence
 2    someplace.  It's not even relevant to the case.  Why does it
 3    matter?  Why does he want you to think that she might have been
 4    associated with something on January 6th?
 5            The Judge has instructed you on the law, and I want to
 6    talk a little bit about that.  I want to start by talking to
 7    you about proof beyond a reasonable doubt.
 8            The Government has the burden in this case to prove
 9    this case beyond and to the exclusion of every reasonable
10    doubt, that is their job.  We didn't have to have Ms. Kaye
11    testify, and if she had not testified, you would have been told
12    that you can't hold it against her because it is not on us.  If
13    they don't produce the evidence, it's a not guilty.  That is
14    all there is to it.
15            The amount of evidence they need, that is what we are
16    talking about when we're talking about proof beyond a
17    reasonable doubt, the amount of evidence they need.  How sure
18    do you all need to be, how confident in your verdict do you
19    need to be before you can find someone guilty?  Because if you
20    are not that confident, if it is not beyond a reasonable doubt,
21    it has to be not guilty.
22            The Judge read you an instruction about reasonable
23    doubt, and she explained what that means, what proof beyond a
24    reasonable doubt means, and what she said was:  Proof beyond a
25    reasonable doubt is proof so convincing that you would be
```

Pauline A. Stipes, Official Federal Reporter

1    willing to rely and act on it without hesitation in the most

2    important of your own affairs.

3          So, think about your life's most important affairs,

4    your child is sick and might need surgery, and you have to

5    decide whether or not to do it.  How sure would you have to be

6    that your child needed that surgery before you'd let the doctor

7    perform it?

8          That is what we are talking about, proof beyond a

9    reasonable doubt.

10         Now, what do you have to be sure about?

11         Well, the Government talked about this, too, but the

12   Judge instructed you about the elements, the ingredients that

13   the Government has to have in order to have a guilty finding,

14   right.  What do they have to prove?

15         The Defendant knowingly sent a message in interstate

16   commerce containing a true threat to injure the person of

17   another.  So, it had to actually have a true threat.  Also, the

18   Defendant sent the message with the intent to communicate that

19   true threat, or with the knowledge that it would be viewed as a

20   true threat.  They have to prove both, right?  So, it had to

21   actually be a true threat, she had to either mean it that way,

22   or know that that is how it would have been viewed, and the

23   instruction defined true threat.

24         Let's just start by talking about the word "true."

25   Right?  Use your common sense.  What are we talking about?

```
 1   Real, actual, not parody, not a show, true.  A true threat is a
 2   serious threat, not idle talk, or a careless remark, or
 3   something said jokingly, made under circumstances that would
 4   place a reasonable person in fear of being injured.
 5         Let me give you an example.  If I walk up to you on
 6   the street, I point a gun at your head, you don't know me, you
 7   have never seen me before, and I say I am going to shoot your
 8   ass, and that is all the facts, that certainly sounds like a
 9   true threat.
10         But if I am on stage, if I am on Broadway, and I walk
11   up to someone on that stage with a prop, a fake gun, and I
12   point it at that person's head in the middle of a play and I
13   say, I am going to shoot your ass, and then the audience claps,
14   I said the same words, that is not a true threat.
15         And it is important because the First Amendment to our
16   Constitution protects one and not the other.  It protects that
17   performance.  And so the Government's burden is to prove beyond
18   a reasonable doubt to you that what Ms. Kaye did on that video
19   was in fact a true threat, that it was real, that it was
20   serious.
21         Now, they say she doesn't have to intend to carry out
22   the threat.  Okay, that is the law, that is true.
23         This might be a little different if between the time
24   that Agent Smith contacted her and the time they arrested her
25   she had gone out and purchased a gun, that might be different.
```

 1    That would certainly look like it was a true threat, or if she

 2    owned a gun.  Even then, that is stretching it, but if she at

 3    least had a firearm.  She didn't, there is no evidence of it.

 4         The First Amendment protects all of us, and it

 5    protects a lot of things, it is very broad.  We do have the

 6    right to free speech in this country.  It protects rap artists

 7    when they say fuck the police and talk about murdering them.

 8    It talks about individuals on -- at the Washington Monument at

 9    the height of the Vietnam War saying that if they put a gun in

10    his hands to fight in that war that the first person he would

11    have in his sights would be Lyndon B. Johnson, the President of

12    the United States.  It protects that person.

13         It protects people that burn flags and crosses, it

14    protects hateful, horrible things, and there are only limited

15    exceptions.  There are only limited exceptions, and the only

16    one that could be relevant here, the only one for you to

17    consider is this true threat idea.

18         Next week, Monday, we celebrate the 4th of July, we

19    celebrate our independence, we celebrate freedom, we celebrate

20    liberty, and if liberty means anything at all, it means the

21    right to tell people what they don't want to hear.

22         It is about -- the First Amendment is about protecting

23    freedom of speech, allowing for the free exchange of ideas, and

24    that is what your decision is about today, the freedom to say

25    something offensive, particularly to the Government, without

1   fear of repercussions, freedom to speak publicly, to criticize

2   Government officials, FBI agents, to challenge authority, to

3   express thoughts and ideas through rhetoric, through art, and

4   even through social media.

5          It is about the right to stand in the town square, or

6   what has become the modern day town square, the internet, and

7   shout at the top of your lungs that which a fellow American

8   would spend a lifetime protesting at the top of theirs, and to

9   do it without fear that someone, Government, the FBI, would

10  hear what you said, show up at your home, and bring you to jail

11  and prosecute you because they didn't like it.

12         That is what your decision means.  That is what this

13  case is about.  That is why it is so important because here

14  that is exactly what has happened.

15         I suspect that not all of you have the same political

16  views.  I'm guessing if there's 14 of you in a room, you

17  probably have 15 different opinions.  I suspect that for some

18  of you it may be hard to see this case and these facts, largely

19  undisputed as the Government mentioned, through the lens of an

20  American rather than through the lens of a liberal American or

21  a conservative American or a MAGA supporting American.

22         It is difficult, particularly in these times, to step

23  away from our tribe and to remember our principles that bring

24  all of us together as Americans.

25         I am a Federal Public Defender, as is Ms. Militello.

```
 1    You can imagine that we often represent people who we don't

 2    agree with.  Mrs. Kaye and I probably couldn't disagree more

 3    about politics.  Frankly, she probably couldn't agree with many

 4    of you even on the facts underlying her beliefs.

 5           But the First Amendment was not written to protect my

 6    ideas and my thoughts and my words alone; it was written for

 7    her, too.  It was written to encourage the free exchange of

 8    ideas and to ultimately make us a more perfect union, and it is

 9    here to protect all of us, even Ms. Kaye, even if you think

10    what she said was stupid, ridiculous, frightening, a bad idea.

11           So, we are going to ask you to go back to the jury

12    room and consider all of the evidence, think about what you

13    believe really happened here, and find her not guilty.

14           Thank you.

15           THE COURT:  Okay, any further closing from the

16    Government?

17           MR. DISPOTO:  Yes, your Honor, thank you.

18           THE COURT:  Okay.

19           MR. DISPOTO:  Good morning again, ladies and

20    gentlemen.

21           Let me be clear right up front, Ms. Kaye is not on

22    trial because she has exercised her rights.  She is not on

23    trial because she expressed her political views.  She is not on

24    trial because she said things the Government didn't like.  She

25    is not on trial because she is angry.  She is not on trial
```

```
 1   because she said things that people don't want to hear.

 2            That is what the Defense wants to make this case sound

 3   like.  That is how they want to portray it.  That is how they

 4   have portrayed it.  It is simply not true because the evidence

 5   in this case has shown that Ms. Kaye is on trial because she

 6   crossed the line, a line that our Constitution recognizes.

 7            Mr. Berry talked very eloquently about the

 8   Constitution, and the Government agrees largely with his

 9   characterizations, the importance of it as our founding

10   document of our nation, and when it comes to the First

11   Amendment, I think we can all agree that there is a very broad

12   array of speech that contributes to the marketplace of ideas

13   and it is not always speech that we agree with.

14            Sometimes it is angry, sometimes it is hateful,

15   sometimes it hurts, but we protect it nonetheless as a nation.

16   And I don't presume for one second that Ms. Kaye loves her

17   country any more or any less than any one of you.

18            I don't need to see you wearing a flag pin, or flag

19   earrings, or a big bow, or wrap yourself in an American flag, I

20   don't need to see it to presume that you love this country as

21   much as anyone else, and I cast no judgment on Ms. Kaye and the

22   amount that she loves hers.

23            We have to recognize a fundamental truth when it comes

24   to our Constitution and it was contained within the Judge's

25   instructions to you.  The Constitution and freedoms that are
```

Pauline A. Stipes, Official Federal Reporter

1    set forth therein have certain very narrow limits.

2         The First Amendment tolerates a lot of things, but it

3    doesn't tolerate you to walk into a crowded movie theater and

4    yell "fire," and it also doesn't allow you to utter a true

5    threat.

6         The Second Amendment tolerates a lot of things and it

7    guarantees each and every one of us the right to bear arms, but

8    it does not allow you to invite Federal agents to your home and

9    then shoot to kill them if they show up.  There are limits and

10   Ms. Kaye is here because she crossed the line.

11        Ms. Darsch and I have told you during the course of

12   this trial repeatedly that a lot of what Ms. Kaye said is

13   constitutionally protected.  She thinks General Flynn was

14   persecuted with no evidence, that is her right.  She wants to

15   tell the FBI to go fuck themselves, that is her right, but as

16   soon as she said, I will shoot your fucking ass if you come

17   here, she crossed the line, and in the eyes of the law that is

18   not okay.

19        We have to respect those boundaries.  The law requires

20   it, respect those boundaries.  She didn't.  You know why?  She

21   told you why.  She didn't care.  The great poet Maya Angelou

22   once said, when somebody tells you who they are, believe them.

23   She told you who she was.  Zero percent fuck around, that is

24   who she is, an unapologetic person.  She showed no remorse on

25   the witness stand, no insight into her own poor judgment, took

1    no responsibility for what she did, zero, because she is not
2    going to apologize.  She didn't think she did anything wrong.
3    She didn't care.
4            Instead, she comes in here with her excuses and her
5    stories, and I will get to those in a moment, but if we are
6    going to honor the spirit of the Constitution and we are going
7    to honor the spirit of what Mr. Berry argued to you about the
8    importance of the Constitution, we need to recognize something
9    else.
10           The Constitution and its limits apply to every one of
11   us.  It doesn't excuse Ms. Kaye because she is 58 years old.
12   It doesn't only apply to alleged terrorists, and members of
13   Al-Qaeda, and other more dangerous people.  Those aren't only
14   the people that are bound by the limits of our Constitution.
15   It applies to every one of us, including 50-year-old women who
16   live in Century Village, and if you cross the line, you have to
17   be held accountable.
18           Let's talk about the Defense's excuses.  We heard
19   about a parody.  This wasn't a parody.  What is a parody?  A
20   parody is imitation through comedic exaggeration.  John Stewart
21   on the Daily Show, that is a parody, he is making fun of the
22   news.  Stephen Colbert in the Colbert Report was acting like a
23   conservative broadcaster, a conservative newsman, he was poking
24   fun at the news.  That is parody.  The Office, Steve Carell,
25   right, clueless Steve, manager of the office, that is parody.

1    Reno 911, those bumbling cops on the street, parody.  This

2    wasn't parody, she wasn't imitating anyone and she wasn't

3    joking about anything.

4         We also heard from the Defense a lot of criticism

5    about her methods of communication, right?  They made issue

6    about the fact that, well, okay, yes, she sent the message out,

7    but she didn't do all these other things, right.  She didn't

8    tag the FBI, she didn't call them directly, she didn't send a

9    message through the mail, she didn't send a carrier pigeon, she

10   didn't shoot off rockets.  We heard all the things she didn't

11   do, right?  Those are methods of communication.  That is what

12   they are talking about.

13        As the Judge instructed you, the Government is not

14   requiring to prove any particular method that she used.  This

15   is the method that she chose.  She posted videos on line, and

16   the fact that she didn't choose other methods doesn't exonerate

17   her from the methods that she chose.

18        Parallel that argument to a different context.

19   Imagine, if you would, this was a trial about a burglary of a

20   home and the allegation is that the Defendant burglarized the

21   home by walking through the front door.  Imagine if the Defense

22   made an argument that said, well, he didn't go through the

23   window, he didn't go around the back door, he didn't go through

24   the basement, he didn't commit any property damage.  Those are

25   methods of committing the crime.

```
 1              Those arguments wouldn't be persuasive for obvious

 2      reasons and neither are these.  This is the method she chose,

 3      she chose to broadcast her videos to the world.  So the fact

 4      that she didn't do the other things doesn't exonerate her.

 5              We heard a lot about the fact that she didn't own a

 6      gun and the fact that law enforcement didn't even check to see

 7      if she owned a gun.

 8              Let's think about that for a moment and think about

 9      how irrelevant that really is, because let's suppose for the

10      sake of argument that they did check, and she didn't own any

11      guns.  Did that make the threat any less serious?  Of course

12      not, right?

13              You can evaluate the seriousness of the threat within

14      the four corners of the video.  You don't need to do other

15      research and figure out anything more than what you see, and

16      even if she didn't own any guns, it doesn't make the threat any

17      less serious.

18              They are going to argue, well, but it's evidence she

19      couldn't carry it out.  That is fine, but the Government

20      doesn't have to prove that and the law doesn't require it.  So,

21      whether they did or didn't check for guns is irrelevant.  Just

22      like interviewing her, they want to suggest to you, well, they

23      never even spoke to her about it.

24              Well, putting aside for a second that she clearly

25      invoked her Second Amendment right to counsel on the video and
```

 1   indicated she didn't want to talk to them, put that aside for
 2   one moment.  Even if they spoke to her and she said, no, I was
 3   just kidding, no, it was parody, does that make the threat any
 4   less real?
 5         Her audience didn't know that she thinks it was parody
 6   or she claims it was parody.  Her self-serving denials about
 7   the videos doesn't make the video any less real to the
 8   listener, to the reasonable person viewing it.  That is also a
 9   red herring when they bring that up.
10         Mr. Berry used an analogy about Broadway and I would
11   suggest to you, ladies and gentlemen, it is a false analogy.
12   It is an inaccurate analogy.
13         What did he say to you?  He said, well, if I stand in
14   front of you with a gun in my hand and I point it at you, and I
15   say, give me your money, okay, a reasonable person would
16   perceive that to be a real threat, right?
17         By the way, if the gun turns out to be unloaded, can't
18   possibly actually shoot you because there are no bullets in the
19   gun, does that make this threat any less real?  Of course not.
20         What does Mr. Berry say?  Mr. Berry says, well, if you
21   are on Broadway and you're in a performance and you point a gun
22   to somebody, does anybody think that is a real threat?  The
23   answer, of course, is no.  Why is that different?  That is
24   different because everyone in the audience knows they are on
25   Broadway, they know it is theater.

```
 1              Her audience didn't know it was theater, her audience
 2      didn't know they were sitting in a Broadway show, so it is a
 3      false analogy.
 4              We heard Ms. Kaye herself talk about the fact that it
 5      was just words, just a TikTok, as if you can't threaten someone
 6      on TikTok.  It wasn't just words, it was also action.  Truth be
 7      told, had she in the privacy of her own home, while talking to
 8      a friend, or even communicating maybe on the phone with a
 9      friend, and said if the FBI comes here, I am going to shoot
10      their fucking ass, that is not a threat broadcast to the whole
11      world.
12              The action she took was putting that threat on social
13      media.  That is the action.  So, while words matter, and words
14      have consequences, this trial is not about punishing someone
15      just for their words, it is punishing them for their words and
16      their actions.
17              So, when you go back in the jury room and you get the
18      case, think about everything that we said to you here this
19      morning and remember Ms. Kaye and her testimony, because I
20      would submit to you, ladies and gentlemen, that Ms. Kaye's
21      defense, specifically her explanation for her video, is no
22      defense to this crime because think about what she is telling
23      you.  She is telling you, I didn't mean it.
24              Okay, fine, let's take her at her word.  I suggest you
25      not do that, but let's for the sake of argument take her at her
```

```
 1   word, she didn't mean it.  Okay?
 2         What she is telling you is that this was a
 3   performance, this was an act, and when you are acting, when you
 4   are performing, what is your number one goal?  To get your
 5   audience to believe you, right, to be believable.  You don't
 6   want your audience to know you are acting, you want your
 7   audience to think it is real.  The best actors in the world
 8   have an incredible ability to do that, to look like it is real.
 9         So, if you take her at her word, she made a threat
10   with the intent on leaving the reasonable person to believe it
11   was true.  That is the crime, and by virtue of her words --
12         MR. BERRY:  Objection.  Judge, I don't believe that is
13   a proper statement of the law.
14         THE COURT:  Well, the jury has been instructed on the
15   law.  I am going to overrule the objection.
16         MR. DISPOTO:  Her words, her profanity, her
17   specificity, and all the other factors Ms. Darsch talked about
18   indicates to you that it is serious.  Whether she claims now it
19   was parody or it was a theater is no defense because any
20   reasonable person viewing that video under the circumstances
21   under which it was made would absolutely believe this was a
22   threat to injure.
23         That is why she is doing it.  That is why she is here.
24   Words matter.  There are limits to the Constitution.  She
25   crossed them, and she has absolutely no contrition and no
```

1    insight into her own wrongdoing.

2         Based upon all of the evidence that has been presented

3    to you in this case, ladies and gentlemen, I ask you to render

4    the only just verdict in this case based upon the evidence

5    presented to you, and that is a guilty on both counts.

6         Thank you.

7         *THE COURT:*  Okay, thank you.

8         All right, ladies and gentlemen, we have reached the

9    point in time where you will be escorted back to the jury room.

10   Melanie will be in in a moment to bring you back.  We will

11   gather your phones as you are not to have your phones when you

12   deliberate and, of course, we will give those back to you, and

13   she will also be speaking with you about lunch.

14        I want to caution you, it will just take another

15   minute or two, that you are not to begin deliberations until

16   you actually have the evidence back in the room with you.  You

17   can get situated, you can even begin to discuss the selection

18   of your foreperson, but you are not to begin the actual

19   deliberations until the evidence comes back to you, and that

20   should be very shortly.  There wasn't that much, there weren't

21   that many exhibits that were admitted into evidence.

22        Because much of the evidence, if not all of the

23   evidence, or certainly the majority of it is -- are videos that

24   were played for you, what the parties have done, and this is

25   not uncommon, they are providing you with a clean computer, in

```
 1   other words, it has nothing else on it.

 2             Did you decide, are you providing discs?

 3        MR. DISPOTO:  A disc, a thumb drive, and also hard

 4   copies of the paper exhibits.

 5        THE COURT:  For the videos, it is bot a disc and a

 6   thumb drive?

 7        MR. DISPOTO:  The Government's is on a disc, the

 8   Defense's are on a thumb drive.

 9        THE COURT:  For the Government hobbits that were by

10   way of videos and other electronic means, there is a disc you

11   will be able to put in.  Should you have any problems, that

12   would be an example of writing a note to the Court and letting

13   us know so we can assist.

14             And the Defendant's exhibits, which also consist of a

15   number of videos, will be on a thumb drive, and I take it there

16   is at least an exhibit or two that is a paper copy.

17             That is what you will have brought back to you

18   shortly, but maybe you can get situated and look at the lunch

19   menu in the interim.

20             If I could ask juror number 13 and juror number 14 to

21   remain here in the courtroom for a moment, and the rest of you

22   can be escorted back with Melanie.  Thanks so much.

23        (Thereupon, the jury left the courtroom at 11:11 a.m.)

24        THE COURT:  All right.  You may be seated.

25             Jurors 13 and 14, I wanted to apprize you that you
```

Pauline A. Stipes, Official Federal Reporter

```
 1   were seated as alternate jurors.  I don't know how familiar you
 2   are with criminal cases, but if you are and you did the math,
 3   you would have noticed that there were 14 of you sitting back
 4   there rather than 12.  I want you to appreciate that this is a
 5   vitally important role to the extent you feel disappointed or
 6   feel this may have been a waste of your time.
 7        I can't tell you on how many occasions we have had to
 8   have one of out alternates move right into the position of a
 9   primary juror because something happened.  To that end, it is
10   still that case that something could happen.  I will get to
11   that in a moment.  In other words, sometimes jurors go back and
12   something happens and we may still need to call upon our
13   alternates.
14        In any event, your role was vitally important, and as
15   I mentioned, if any one of our 12 jurors had to be excused for
16   any reason, you would have moved right in.  There was no
17   distinction, it was really just the way the numbers fell.  Most
18   every judge, if he or she can, seats alternate jurors,
19   particularly in criminal cases because you can see how much
20   time and effort goes into these cases, and should we lose a
21   juror and we don't have the full 12, it could lead to a
22   mistrial and everything would have to be done over again.
23        I want you to appreciate how important the role of an
24   alternate juror is, but the law does not allow you to go back
25   to deliberate.  What I am going to ask is that we make sure
```

Pauline A. Stipes, Official Federal Reporter

```
 1   when you leave that Melanie has your phone number.

 2            You can be excused and you can go on with your day as

 3   you would.  There are no restrictions other than I am going to

 4   ask that you abide by the rules I have given you up until this

 5   point, which is still not discuss with anybody, not review any

 6   media should there be nay relating to the case, not do any

 7   research about the case, not have any interaction with the

 8   case.

 9            In the remote possibility, but it could happen, and a

10   lot of it will depend on if it could happen and when it might

11   happen, if we were to lose one of our jurors between now and

12   when they reach a verdict, it is possible that we would need to

13   call you to see if you could come back to serve.

14            So, to that end, I will have Melanie call you either

15   way when the jury has reached its verdict so you know you no

16   longer have to be on standby in that regard.  I would just ask

17   in an abundance of caution that you abide by the same rules

18   that the Court has given you up until now even though I am

19   releasing you, and we will be sure to call you to let you know

20   if and when a verdict is reached so you know that is no longer

21   the case.

22            But you can go on to work, go back home, whatever it

23   is you need to do.  I am hopeful and optimistic that our 12

24   jurors will be able to conclude their responsibility, but it is

25   not outside the realm of possibilities that you walk across the
```

Pauline A. Stipes, Official Federal Reporter

1    street, five, ten minutes from now, or a half hour from now an

2    emergency arises and a juror has to leave.  There is a good

3    possibility, with consultation with the parties, we would reach

4    back out to you and see if you could come back and assume the

5    same role that you have served up until this point.  You have

6    listened to all of the evidence and you've been instructed in

7    the law.

8         With that, I am going to excuse you.  I have a small

9    token of our appreciation for your service, it is a certificate

10   of appreciation, as well as a letter that confirms the dates

11   that you have been here, and your attendance fee and all of the

12   other pertinent information that I think you will need.

13        Maybe you will walk with them to see if Melanie is

14   available.  I am not sure there was anything else she needs to

15   discuss with our alternates.  It is with great gratitude, and I

16   know I speak on behalf of everyone in thanking you for your

17   service as jurors in this case.

18        *(Thereupon, the alternate jurors left the courtroom.)*

19        *THE COURT:*  Okay.  If we could get everybody's phone

20   number, what we -- so what we are doing right now is asking you

21   to put the exhibits up there.  We know they are not

22   deliberating.  Melanie is going through the lunch menu with

23   them, then she will bring the exhibits back, the superseding

24   indictment, which has been redacted and approved by everybody,

25   the verdict form on the blue piece of paper.

```
 1              We are told that if she is putting the lunch order in

 2    now, it will come at 12:00.  We will call you if and when we

 3    have any questions.  I don't communicate with the jury at all

 4    until I have conferred with you, even if it is something like

 5    we need an easel or a calculator, which is more common in civil

 6    cases.  I confer with counsel on they want me to respond.

 7              If you could remain in the general vicinity, whether

 8    it be the courthouse or close proximity, so if we need to have

 9    you come back you are able to do so easily.

10              Any questions or comments?

11              MR. DISPOTO:  No, your Honor.

12              THE COURT:  I did want to take a moment because I know

13    sometimes after a verdict is rendered I lose everybody's

14    attention.  What I did want to say is that I know this case has

15    been a case that has been in the works for a long time.

16              I know that there are, as with all cases, but maybe

17    particularly with this one strongly held views about the

18    positions that each of the parties have taken.

19              I do want the parties to know, so the Government, here

20    we have the FBI representative, and Ms, Kaye, represented by

21    her attorneys, that the attorneys have done an excellent job.

22    They have advocated every step of the way for the positions

23    that they are representing and they have done so in a

24    professional manner and in a manner that displays a high

25    quality of legal work.
```

 1          I think that was displayed here in court over the last

 2   few days and, you know, the system is that 12 jurors will make

 3   the factual determination, and that is what our system is built

 4   on.

 5          But I just want you to know, from the Court's

 6   perspective, that the parties should feel that they have been

 7   represented at the highest level, and that their interests have

 8   been put forward and, you know, that you should at least know

 9   that from the Court.

10          MR. DISPOTO:  Thank you, Judge.

11          MR. BERRY:  Thank you.

12          MS. MILITELLO:  Thank you.

13          THE COURT:  We will see everybody back here when we

14   have any questions and/or when there is a verdict.

15      (Thereupon, a luncheon recess was taken.)

16          THE COURT:  All right.  Counsel should have copies of

17   the note that we received.  It says:  Can we please have

18   layman's terms of charges one and two, or explain the

19   difference between the two of them.  It is dated and signed by

20   Juror 11, the foreman.

21          I will get input.  Have counsel had an opportunity to

22   talk?

23          MR. DISPOTO:  Not to each other.

24          THE COURT:  Do you want to take a moment to see if you

25   have a joint recommendation on how to respond?

1        *(Pause.)*

2            MR. DISPOTO:  Judge, I think we agree that we would

3    jointly ask the Court to refer the jury back to the superseding

4    indictment, which they have a copy of.  I don't think it would

5    be proper to provide them any further guidance than for them to

6    refer to those two charges to understand the difference between

7    the two of them.

8            THE COURT:  Do you want me to say on the note, please

9    refer to the superseding indictment, or something more?

10           MR. DISPOTO:  Please refer to the superseding

11   indictment for the difference between charges one and two.

12   That is what they are specifically asking, right?

13           MS. MILITELLO:  I don't think the Court should even

14   say that because that is, in effect, the Court commenting on

15   the evidence.  Part of our argument was that these videos were

16   virtually identical.  So, I don't think that the Court should

17   comment that there is a difference.

18           THE COURT:  Do you want me to just say, please refer

19   to the superseding indictment?

20           MS. MILITELLO:  Yes.

21           THE COURT:  All right.  Why don't we try that and see

22   if they come back.

23           MR. DISPOTO:  Okay.

24        *(Thereupon, a brief recess was taken.)*

25           THE COURT:  Okay, we do have a verdict.  We have

Pauline A. Stipes, Official Federal Reporter

1   everybody here, so we will bring our jurors in, please.

2   *(Thereupon, the jury returns to the courtroom at 4:30 p.m.)*

3          THE COURT:  Welcome back, ladies and gentlemen.  You

4   may be seated.

5          If I could ask our foreperson if our jury has

6   unanimously agreed on its verdict?

7          THE FOREPERSON:  Yes.

8          THE COURT:  Okay.  Could you please hand the verdict

9   to our courtroom deputy.  Thank you.

10         Okay.  The Court does not find that there are any

11  irregularities with the verdict, so I am going to ask that our

12  courtroom deputy publish the verdict.

13         What that means, ladies and gentlemen, is that she

14  will read the verdict out loud.  Please listen carefully

15  because following the publication, the jury may be polled, that

16  is, each juror may be asked individually whether their verdict

17  as published constitutes his or her verdict in all respects.

18  So please pay careful attention to the publication of the

19  verdict.

20         THE COURTROOM DEPUTY:  In Case Number 21-CR-80039,

21  United States of America versus Suzanne Ellen Kaye:  Verdict:

22  Number one, as to Count 1 of the indictment, interstate

23  transmission of a threat to injure, we, the, jury unanimously

24  find by proof beyond a reasonable doubt the Defendant, Suzanne

25  Ellen Kaye, not guilty.

```
 1              As to Count 2 of the indictment, interstate
 2     transmission of a threat to injure, we, the jury, unanimously
 3     find by proof beyond a reasonable doubt the Defendant, Suzanne
 4     Ellen Kaye, guilty, and it is signed by the foreperson with
 5     today's date.
 6              THE COURT:  Would either side like the jury polled?
 7     Government?
 8              MR. DISPOTO:  No, your Honor.
 9              THE COURT:  Defense?
10              MS. MILITELLO:  Yes.
11              THE COURT:  Could you please poll the jury?
12     BY THE COURTROOM DEPUTY:
13     Q.  Juror number 1, is the verdict as read your verdict?
14     A.  Yes.
15     Q.  Number 2?
16     A.  Yes.
17     Q.  Number 3?
18     A.  Yes.
19     Q.  Number 4?
20     A.  Yes.
21     Q.  Number 5?
22     A.  Yes.
23     Q.  Number 6?
24     A.  Yes.
25     Q.  Number 7?
```

Pauline A. Stipes, Official Federal Reporter

1    *A.*  Yes.

2    *Q.*  Number 8?

3    *A.*  Yes.

4    *Q.*  Number 9?

5    *A.*  Yes.

6    *Q.*  Number 10?

7    *A.*  Yes.

8    *Q.*  Number 11?

9    *A.*  Yes.

10    *Q.*  Number 12?

11    *A.*  Yes.

12        *THE COURTROOM DEPUTY:*  We have a unanimous verdict.

13        *THE COURT:*  Okay, thank you.

14        Okay, just one moment.

15        Okay, I am going to have counsel come to sidebar for

16    one moment.

17    *(Thereupon, the following sidebar proceedings were had:)*

18        *THE COURT:*  Okay.  In an abundance of caution, I want

19    to make sure there is nothing else other than polling the jury

20    that any of the parties wanted the Court to inquire of the jury

21    before I discharge them.

22        *MR. DISPOTO:*  No.

23        *MS. MILITELLO:*  It's an inconsistent verdict.  I don't

24    know that there is anything the Court can do at this time about

25    it with the jury.

1          *THE COURT:*  If you are making an argument that it is

2    an inconsistent verdict, I would like to hear the argument.

3          *MS. MILITELLO:*  I am not prepared to make that

4    argument right now.  Maybe perhaps I should be.

5          *THE COURT:*  Hypothetically, in a case where there is

6    an inconsistent verdict -- that is why the Court reviews the

7    verdict, is to make a finding there is no inconsistency.  If

8    there is an inconsistency, hypothetically, I am not saying it

9    is here, but we can confer with counsel, and if there is

10   agreement, the jury may be sent back before we discharge the

11   jury, while we still have the jury, for the jury to correct the

12   inconsistency.

13         That is my understanding of why we review it to see if

14   it is consistent or inconsistent.

15         *MR. BERRY:*  Perhaps we could take a brief recess and

16   we can confer with each other and the appellate counsel.

17         *THE COURT:*  Let me excuse them for a second.

18     *(Thereupon, the proceedings at sidebar concluded.)*

19         *THE COURT:*  Okay, ladies and gentlemen, I am just

20   going to ask you to step back into the room, jury room where

21   you just were.  I want to confer a little bit more with the

22   parties before we get to the next step.  So, just bear with us.

23         You've given your verdict, so I am appreciative of

24   that, but I am going to ask for a brief recess.  It is a little

25   hard to do at sidebar with the noise on.  We will bring you

Pauline A. Stipes, Official Federal Reporter

```
 1   right back in as soon as we can.  Thank you so much.
 2        (Thereupon, the jury leaves the courtroom.)
 3        THE COURT:  Okay, all right.  So, we had a little
 4   sidebar, but Defense, do you want to be more fully heard?  Do
 5   you need time, as you requested sidebar, to confer?
 6        MS. MILITELLO:  Yes.  Frankly, I would like to call
 7   someone who has more experience on this issue than I do, and
 8   hopefully get back to the Court very quickly.
 9        THE COURT:  Just for the Court's edification, so
10   there's no confusion in the Court's mind, Count 1 was based on
11   what production versus Count 2?
12        MR. DISPOTO:  Count 1 refers to the first video that
13   was the subject of the tip, that would be the Facebook and
14   Instagram video.  I'd describe it as the less vulgar of the two
15   videos.  Count 2 relates to that second video that not only was
16   on TikTok, but was on Instagram.  That was the one that
17   contained more vulgarities.
18        THE COURT:  The music.
19        MR. DISPOTO:  Yes, music on the TikTok, but not on the
20   Instagram, correct.
21        THE COURT:  That is Count 2.
22        MR. DISPOTO:  Correct.
23        THE COURT:  That is the Count they found guilty.
24        Okay, all right.  So, why don't we just take a few
25   moments and let Defense confer about what position they are
```

Pauline A. Stipes, Official Federal Reporter

```
 1    taking and, Government, you can -- I would say speak with each
 2    other.  I don't know if the Government wants to confer with
 3    anybody as well.
 4            Should you ultimately be taking a position, not that
 5    the Court will agree or disagree, if you are going to be taking
 6    a position that there is no inconsistent verdict, then what I
 7    would do is discharge them.  If you are taking a position that
 8    there was an inconsistent verdict, I would like to hear your
 9    legal argument and factual argument, and see if there is
10    opposition.
11            Then, if the Court were to agree, I would be looking
12    to ask counsel, are you making any requests of the Court.  So I
13    want you to walk through the steps so we can cover the ground
14    that we want to cover after you have conferred with your
15    colleagues.
16            MS. MILITELLO:  Okay.
17            THE COURT:  Okay, we will be back.
18        (Thereupon, a short recess was taken.)
19            THE COURT:  Okay, did anyone want to be heard before I
20    bring the jury back in?
21            MS. MILITELLO:  Defense maintains the position that it
22    is an inconsistent verdict.  The Court heard the evidence in
23    the case, but it is the case where the videos are so similar
24    that Agent Smith, who testified, swore under oath in the
25    complaint and at least two search warrants that are in the
```

1    judicial docket that the videos were "the same."  Later he

2    realized they were not the same, but the fact that he swore

3    under oath three times that they were the same is the best

4    evidence that they are substantially the same, and he said that

5    on my cross-examination.

6              I think for the jury to reach a guilty verdict on one

7    count and not guilty on the other is inconsistent.  The problem

8    is, I think there would potentially be a double jeopardy issue

9    interfering with the jury deliberations to send the jury back

10   out to deliberate further.  So, at this time the Defense would

11   move for a mistrial based on the inconsistent verdict.

12             *THE COURT:*  Any response?

13             *MR. DISPOTO:*  Yes, Judge.  We oppose that request.

14   First of all, it is the position of the Government that these

15   are not inconsistent verdicts.  The jury was certainly entitled

16   to consider the distinguishing contextual factors between those

17   two videos to determine whether they were true threats, and in

18   the video that formed the basis of the count of conviction,

19   clearly Ms. Kaye was more vulgar and profane during that video,

20   so these are not inconsistent verdicts.

21             Even if they were inconsistent verdicts, the case law

22   is clear that a defendant convicted by a jury on one count

23   cannot attack the conviction because it was inconsistent with

24   the verdict of acquittal on another count.  I cite for the

25   Court United States versus Powell at 469 U.S. 57.

Pauline A. Stipes, Official Federal Reporter

1              There is a host of other cases, Judge, I will just

2      cite from the Eleventh Circuit, United States versus Schlaen,

3      at 300 F.3d 1313, Eleventh Circuit, out of 2002.

4              Regardless of whether it is a verdict that is

5      consistent or inconsistent, it is the Government's position

6      that the appropriate course of action moving forward is to

7      accept the verdict, to discharge the jury, and the Defense can

8      file any motions that they want to file, but there is no basis

9      for the declaration of a mistrial.

10             THE COURT:  Okay.  Have the parties been heard in

11     full?

12             MR. DISPOTO:  Yes.

13             MS. MILITELLO:  Yes.

14             THE COURT:  Okay.  The Court does agree with the

15     Government.  The Court has done its own research as well.  I

16     suspect there is more case law than the Court has found, but

17     among the cases that the Court has identified is Reider versus

18     Phillip Morris, 793 F.3d, 1254, an Eleventh Circuit 2015 case,

19     wherein the Court says that a verdict is inconsistent when

20     there is no rational nonspeculative way to reconcile two

21     essential jury findings.  A District Court must make all

22     reasonable efforts to reconcile an inconsistent jury verdict,

23     and if there is a view of the case which makes the jury's

24     answers consistent, the Court must adopt that view and enter

25     judgment accordingly.

Pauline A. Stipes, Official Federal Reporter

1      To determine whether a conflict in the verdict can be

2   reconciled, District Court must ask whether the jury's answers

3   could reflect a logical and probable decision on the relevant

4   issues.

5      Then there is the case of United States versus Romero,

6   542 Federal Appendix 879, Eleventh Circuit, 2013, where the

7   Court said that, with respect to that case, even assuming that

8   the jury's verdicts in that case on Counts 1, 3, 4 of the

9   indictment were truly inconsistent, the United States Supreme

10  Court has made clear that a defendant cannot challenge a

11  conviction on a ground that it is inconsistent with the verdict

12  of acquittal on another count.

13     Citing to some other cases where the holdings were

14  that there is no reason to vacate a conviction merely because

15  the verdicts cannot be rationally reconciled, and the jury

16  verdicts are insulated from review on grounds of inconsistency;

17  another case for the proposition inconsistency in the verdict

18  is not necessary; another case in which the proposition is that

19  the Supreme Court has plainly determined that jury verdicts are

20  insulated from review on the grounds that they are

21  inconsistent.

22     The Court goes on to say, as the Supreme Court has

23  explained, where truly inconsistent verdicts have been reached

24  the most that can be said is that the verdict shows that either

25  in the acquittal or in the conviction the jury did not speak

```
 1    their real conclusions, but that does not show that they were

 2    not convinced of the Defendant's guilt.  A jury may reach

 3    seemingly inconsistent verdicts through mistake, compromise, or

 4    lenity, which often makes it impossible to determine whether

 5    the inconsistency favored the Defendant or the Government.

 6           So, the Court finds, based on the case law, that there

 7    is not an inconsistent verdict, and even if there was, the

 8    Court would not be -- would not take any action to review or

 9    undo the jury's verdict.

10           But just on the facts the Court can say, having

11    listened to the evidence and getting the clarification as to

12    which videos were the subject of Count 1 and which were the

13    subject of Count 2, the Government has clearly articulated, and

14    the Court doesn't disagree, that it has presented evidence both

15    by showing the different videos and also in argument and

16    evidence that has come out as to the distinction.  Even though

17    they may be in other respects similar, they are different

18    videos.  Nobody is saying that they are not different.

19           Some may have the view that they are similar, some may

20    have the view that they are substantially similar, but that is

21    exactly what the jury is charged with making, is those factual

22    determinations, and the Court believes that there is sufficient

23    evidence from which a jury could conclude that the video that

24    is the subject of Count 2 would lead the jury to unanimously

25    find the Defendant guilty, whereas they would not have found
```

1   that as to Count 1.

2          So, with that, I am going to deny any motion for

3   mistrial.  I am going to bring the jury back in and discharge

4   the jury.

5      *(Thereupon, the jury returns to the courtroom.)*

6          *THE COURT:*  All right.  Welcome back, ladies and

7   gentlemen, you may be seated.  Thank you for your patience.

8          At this point, I am prepared to discharge you.  I

9   first want to say a few words.  I want to thank you on behalf

10  of the parties and the attorneys and all involved for your

11  service and consideration of this case.  You have been very

12  attentive, prompt every morning, willing to stay later, and we

13  really couldn't ask more of jurors than the service you have

14  performed, so we are very appreciative.

15         I do want to advise you of some very special

16  privileges that are enjoyed by jurors.  No juror can be asked

17  to talk about the discussions that occurred in the jury room

18  except the by court order.

19         For many centuries our society has relied upon juries

20  for consideration of difficult cases.  We have recognized for

21  hundreds of years that a jury's deliberations, discussions, and

22  votes should remain their private affair as long as they wish

23  it.  Therefore, the law gives you a unique privilege not to

24  speak about the jury's work, but that will be up to you.

25         You can speak to others about your deliberations or

Pauline A. Stipes, Official Federal Reporter

```
 1   you can choose not to.  It will be up to you to decide whether
 2   you preserve your privacy as a juror.
 3           You are no longer required to abide by the rules that
 4   I have given you, so consistent with that, you are free to talk
 5   about the case with whomever, including the deliberations, and
 6   to the extent there are any further requirements on your
 7   subpoena, I never know how long you are supposed to be calling
 8   in -- but Melanie says you are done, so I guess you are done.
 9           So, we will return your phones, and we do have a small
10   token of appreciation, which is a certificate of appreciation,
11   as well as a letter confirming the dates that you have been
12   here.
13           Thank you so much for your service.  Have a nice rest
14   of the day, and the rest of the week.
15       (Thereupon, the jury left the courtroom.)
16       THE COURT:  Okay.  We will wait one moment for Melanie
17   to provide us with a date for sentencing.
18           Is there anything else other than scheduling the
19   sentencing date that the parties need to be heard on?
20       MR. DISPOTO:  Your Honor, for the record, the
21   Government has no objections to Ms. Kaye remaining out on bond
22   on all the previously determined terms and conditions pending
23   sentence.
24       THE COURT:  Okay.  And Defense's position?
25       MS. MILITELLO:  We have a number of reasons why we
```

Pauline A. Stipes, Official Federal Reporter

1    believe Ms. Kaye should remain out on bond.  If the Court wants

2    argument on it -- of course, if the Government is agreeing then

3    I think --

4         THE COURT:  Yes, the Government is agreeing, so that

5    is helpful.

6         I think it would be important for the Government to

7    help establish a record, or at least advise the Court on your

8    position with respect to various statutes that, arguably, are

9    at play when it comes to making determinations about remaining

10   on bond versus remand.

11        I am sure you are familiar with them, 18 U.S.C.,

12   Section 3143, 18 U.S.C., Section 3142, 18 U.S.C., Section 3145,

13   18 U.S.C., Section 3156.

14        I think it would be important for the Government to

15   state on the record why it is in agreement with the Defense in

16   not seeking a remand, and whether the Government believes that

17   otherwise is mandatory except for certain explicit findings

18   that the Court makes with respect to an offense of this nature.

19        MR. DISPOTO:  Thank you, Judge.

20        Your Honor, although Ms. Kaye has now lost the

21   presumption of innocence since she has been convicted, we do

22   have the benefit of the past -- I guess more than a year where

23   she has been on bond and has followed all of the terms and

24   conditions of the bond so far.

25        So, certainly her record during that time of

Pauline A. Stipes, Official Federal Reporter

```
 1    demonstrating to the Court that she is willing and able to
 2    abide by those terms and conditions is persuasive to the
 3    Government.
 4          Furthermore, Judge, we believe that in light of the
 5    fact that there would be serious consequences at sentencing to
 6    Ms. Kaye, potentially, if she did not honor the terms and
 7    conditions of bond moving forward, we are satisfied that she
 8    neither poses a danger to the community or a risk of flight
 9    pending sentence.  So, for those reasons, Judge, we do not have
10    an objection to her continuing out on bond.
11          THE COURT:  I guess maybe I will be a little more
12    specific.
13          Insofar as 18 U.S.C., Section 3143 would require, when
14    a case involves a crime of violence, that the Court must have
15    the defendant remanded.  And so the question is whether it is a
16    crime of violence, and the Court has done its research.  You
17    can advise the Court on your position.
18          And if it is a crime of violence, then there must be a
19    remand unless, under 18 U.S.C., Section 3143(2)(a)(i), judicial
20    officer finds there is a substantial likelihood that a motion
21    for acquittal or a new trial will be granted or; (ii) an
22    attorney for the Government has recommended that no sentence of
23    imprisonment be imposed on the person and; (iii) if the
24    judicial officer finds by clear and convincing evidence that
25    the person is not likely to flee or pose a danger to any other
```

```
 1    person in the community.

 2            Now, there is the question of whether it is a crime of

 3    violence.  If it is, to meet the language of that statute, it

 4    would be the Court's understanding that the Court would have to

 5    make a determination there is a substantial likelihood that a

 6    motion for acquittal or a new trial will be granted, or

 7    the attorney for the Government has recommended that no

 8    sentence of imprisonment be imposed on the person -- I haven't

 9    heard you say that -- and, and that is the clear and convincing

10    evidence not likely to not flee or pose a danger.

11            You did address B, you did not address the other

12    sections.

13            While we are talking about it, I will say that in

14    addition to that, the Court found 18 U.S.C., Section 3145,

15    Subsection C, which does seem to make a provision that if it is

16    shown there are exceptional reasons why a person's detention

17    would not be appropriate, then that, too, may be a basis for

18    which the Court could not order a remand of the Defendant.

19            I think it's important that the record be clear on the

20    basis.  I am not necessarily taking issue with -- I think it is

21    fair to say not even not necessarily, I am not taking issue

22    with your recommendation, but if the Court is to adopt the

23    joint recommendation, it first needs to understand the factual

24    and legal predicate to give authority to the Court to adopt the

25    joint recommendation, even if it's a joint recommendation.
```

1          MR. DISPOTO:  My apologies, I didn't have this in the

2     forefront of my brain or at my fingertip, so I appreciate the

3     Court focusing the attorneys on the issues.

4          Your Honor, I can say to the Court that I am not in a

5     position -- in looking at Section 3143(a)(2)(A), I am not in a

6     position to concede to your Honor that there is a substantial

7     likelihood that a motion for an acquittal or new trial will be

8     granted, or that the Government will not be recommending a

9     sentence of imprisonment at the time of sentencing.

10          So, I would not go that far and make those

11     representations to the Court.

12          Your Honor also made reference to 3142 --

13          THE COURT:  All of that comes into play if it is a

14     crime of violence.  Are you taking the position it is a crime

15     of violence?

16          MR. DISPOTO:  Yes, your Honor.

17          THE COURT:  If that were the case, then you presumably

18     could look to 18 U.S.C., Section 3145, Subsection C, which

19     speaks to the exceptional reasons, and there is a case that

20     talks about -- it doesn't really define what exceptional

21     reasons are.  That's United States versus Santoro, 359 -- no,

22     hold on a second.  Let's see.  Here it is, sorry, U.S. versus

23     Meister.

24          But actually on the crime of violence, that was what I

25     was going to be citing to, but that is a District Court of

1    Maine, United States versus Santoro, 359 F.Supp.3d 122, but

2    also the definition of crime of violence is set forth in 18

3    United States Code, Section 3156(4)(a), and it does include an

4    offense that has an element of the offense the use, attempted

5    use, or threatened use of physical force against the person or

6    property of another.

7          United States versus Meister, 744 F.3d 1236, which is

8    an Eleventh Circuit 2013 case, is when the Eleventh Circuit

9    recognized that the District Court is construed as the judicial

10   officer referenced in 18 United States Code, Section 3145 for

11   purposes of making a determination of the exceptional reasons.

12   And in that case, the -- you know, the Defendant was terminally

13   ill and undergoing chemotherapy, but it brought into play 3145,

14   and the exceptional reasons portion of Subsection C.

15         Before you respond, I just want to make it clear on

16   the record, based on the verdict, that Ms. Kaye is adjudicated

17   not guilty as to Count 1 and guilty as to Count 2, so we don't

18   lose sight of doing that.

19         There were some things mentioned with respect to

20   Ms. Kaye's condition, and to the extent that the parties

21   believe that it has been clearly shown that there are

22   exceptional reasons why her detention would not be appropriate.

23         MR. DISPOTO:  Your Honor, in all candor, I don't have

24   enough information about Ms. Kaye's medical condition to

25   represent to the Court that it is our belied that that rises to

1    the level of exceptional circumstances.  I am not comfortable

2    arguing or representing to the Court that that is our position.

3    I would defer to your Honor in that regard and turn it over to

4    counsel to make whatever proffer she makes regarding her

5    medical condition.

6         Other than possible medical reasons, Judge, I am not

7    aware of any other circumstances, other than her age, which I

8    don't think is likely to be sufficient to establish such

9    circumstances.

10        THE COURT:  Let me turn it over to Defense for a

11   response.

12        MS. MILITELLO:  One of the reasons why we believe she

13   shouldn't be remanded are the exceptional circumstances.  I

14   don't see a U.S. Marshal here, but I think we could bring one

15   up if necessary.  In between when she initially appeared and

16   when she came for her bond release she had to be hospitalized

17   for a seizure.  She had a seizure during this trial.

18        We made a record now probably 15 months ago that she

19   needed access to medical marijuana because of her seizure

20   disorder.  She was hospitalized when I made that argument.

21        Judge, for the record, she is having a seizure right

22   now.

23        THE COURT:  Can we call a medical --

24        THE COURTROOM DEPUTY:  Call medical, she is having a

25   seizure.  911 has been called.

Pauline A. Stipes, Official Federal Reporter

```
 1        (The Defendant collapsed.)

 2        (Thereupon, there was a brief recess.)

 3            THE COURT:  Thanks for being so terrific with her and

 4   caring so much.

 5            I am going to go back on the record, because Pauline

 6   had to go off the record, and just express my real sorrow for

 7   what has just happened.  Ms. Kaye just had a very serious

 8   seizure, she has been taken away by the fire/rescue, and it was

 9   right at the time that Defense was making -- about to make its

10   position known, her position known with respect to the

11   extraordinary circumstances as to why, under the law, she

12   should not be remanded.

13            The Court is not going to remand Ms. Kaye.  These

14   circumstances are extraordinary.  The Court wishes Ms. Kaye

15   well and hopes Defense counsel will keep the Court apprized of

16   her medical status, and Mrs. Richardson will be in touch

17   regarding sentencing, and it will be in a way that will

18   accommodate Ms. Kaye's medical condition.

19            Is there anything further that needed to be addressed?

20            MR. DISPOTO:  Nothing from the Government, Judge.

21            THE COURT:  Okay.

22        (Thereupon, the trial was concluded.)

23                          *  *  *

24

25
```

Pauline A. Stipes, Official Federal Reporter

1        I certify that the foregoing is a correct transcript

2  from the record of proceedings in the above matter.

3

4     Date:  August 26, 2022

5               /s/ Pauline A. Stipes, Official Federal Reporter

6                  Signature of Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Pauline A. Stipes, Official Federal Reporter

**MR. BERRY: [15]**   2/10 2/16
12/8 17/20 18/1 18/6 18/18
18/24 28/2 28/4 28/6 28/8
50/11 57/10 62/14
**MR. DISPOTO: [27]**   2/8 2/15
12/4 42/16 42/18 50/15 52/2
52/6 56/10 57/9 57/22 58/1
58/9 58/22 60/7 61/21 63/11
63/18 63/21 65/12 66/11
70/19 71/18 73/25 74/15
75/22 77/19
**MS. DARSCH: [13]**   12/12
12/14 12/16 17/22 18/3 18/22
19/8 20/2 20/9 20/12 20/15
20/21 21/9
**MS. MILITELLO: [18]**   19/11
19/18 19/21 19/25 20/7 20/13
57/11 58/12 58/19 60/9 61/22
62/2 63/5 64/15 64/20 66/12
70/24 76/11
**THE COURT: [73]**   1/24 2/9
2/11 2/17 2/20 12/5 12/9
12/13 18/7 18/9 18/20 18/23
19/3 19/9 19/16 19/20 19/23
20/4 20/11 20/16 20/24 21/1
27/24 28/3 28/5 42/14 42/17
50/13 51/6 52/4 52/8 52/23
55/18 56/11 57/12 57/15
57/23 58/7 58/17 58/20 58/24
59/2 59/7 60/5 60/8 60/10
61/12 61/17 61/25 62/4 62/16
62/18 63/2 63/8 63/17 63/20
63/22 64/16 64/18 65/11 66/9
66/13 69/5 70/15 70/23 71/3
72/10 74/12 74/16 76/9 76/22
77/2 77/20
**THE COURTROOM DEPUTY: [3]**
59/19 61/11 76/23
**THE FOREPERSON: [1]**   59/6
**THE JURY: [2]**   12/15 28/7

**/**

**/s [1]**   78/5

**1**

**10 [1]**   61/6
**11 [2]**   57/20 61/8
**11:11 [1]**   52/23
**12 [6]**   53/4 53/15 53/21
54/23 57/2 61/10
**122 [1]**   75/1
**1236 [1]**   75/7
**1254 [1]**   66/18
**12:00 [1]**   56/2
**13 [2]**   52/20 52/25
**1313 [1]**   66/3
**14 [4]**   41/16 52/20 52/25
53/3
**15 [3]**   18/17 41/17 76/18
**16 [1]**   13/4
**17 [1]**   21/25
**17th [2]**   24/22 29/3
**18 [12]**   7/23 36/14 71/11
71/12 71/12 71/13 72/13
72/19 73/14 74/18 75/2 75/10
**1st [5]**   14/17 14/18 14/23

15/10 24/22

**2**

**2002 [1]**   66/3
**2013 [2]**   67/6 75/8
**2015 [1]**   66/18
**2021 [7]**   13/4 13/10 13/14
13/24 14/15 21/25 28/9
**2022 [2]**   1/8 78/4
**21 [1]**   13/10
**21-CR-80039 [1]**   59/20
**21-CR-80039-ROSENBERG [1]**
1/3
**24 [1]**   27/25
**26 [1]**   78/4
**28 [2]**   13/14 13/24
**28th [2]**   15/9 31/15
**29 [1]**   1/8
**2nd [1]**   14/10

**3**

**30 [1]**   27/25
**300 [1]**   66/3
**3142 [2]**   71/12 74/12
**3143 [4]**   71/12 72/13 72/19
74/5
**3145 [5]**   71/12 73/14 74/18
75/10 75/13
**3156 [2]**   71/13 75/3
**33301 [1]**   1/17
**33401 [1]**   1/21
**3434 [1]**   1/24
**359 [2]**   74/21 75/1

**4**

**450 [1]**   1/20
**469 [1]**   65/25
**4:30 [1]**   59/2
**4th [1]**   40/18

**5**

**5,000 [1]**   31/12
**50-year-old [1]**   45/15
**500 [2]**   1/16 1/20
**542 [1]**   67/6
**561-803-3434 [1]**   1/24
**561-820-8711 [1]**   1/17
**561-833-6288 [1]**   1/21
**57 [1]**   65/25
**58 [1]**   45/11
**58-year-old [1]**   28/10

**6**

**6288 [1]**   1/21
**6:00 o'clock [1]**   32/16
**6th [11]**   13/6 13/12 13/18
31/16 32/1 36/5 36/7 36/8
36/10 36/20 37/4

**7**

**744 [1]**   75/7
**793 [1]**   66/18
**7th [1]**   1/16

**8**

**800 [1]**   36/15
**80039 [1]**   59/20
**8711 [1]**   1/17

**875 [1]**   7/23
**879 [1]**   67/6
**8th [6]**   17/14 17/15 17/18
18/12 20/23 21/10

**9**

**911 [2]**   46/1 76/25

**A**

**a.m [1]**   52/23
**abide [4]**   54/4 54/17 70/3
72/2
**ability [2]**   6/8 50/8
**able [4]**   52/11 54/24 56/9
72/1
**about [103]**
**above [1]**   78/2
**absolutely [2]**   50/21 50/25
**abundance [2]**   54/17 61/18
**accept [2]**   5/16 66/7
**acceptable [3]**   2/6 2/9 2/11
**access [4]**   23/23 23/25 26/1
76/19
**accident [1]**   7/21
**accommodate [1]**   77/18
**accordingly [1]**   66/25
**accountable [1]**   45/17
**accurate [1]**   5/17
**accurately [1]**   6/9
**accusation [1]**   36/8
**acquittal [6]**   65/24 67/12
67/25 72/21 73/6 74/7
**across [1]**   54/25
**act [8]**   4/14 7/19 10/17
15/12 15/14 26/20 38/1 50/3
**acted [1]**   19/7
**acting [11]**   15/24 26/21 27/2
27/2 27/4 27/5 27/7 27/8
45/22 50/3 50/6
**action [5]**   49/6 49/12 49/13
66/6 68/8
**actions [1]**   49/16
**actors [1]**   50/7
**actress [2]**   15/13 26/22
**actual [4]**   5/10 28/20 39/1
51/18
**actually [8]**   30/3 32/9 32/20
38/17 38/21 48/18 51/16
74/24
**addition [1]**   73/14
**address [8]**   13/21 14/12 32/7
32/8 35/18 35/20 73/11 73/11
**addressed [3]**   2/15 36/3
77/19
**adjudicated [1]**   75/16
**admitted [3]**   4/20 4/22 51/21
**adopt [3]**   66/24 73/22 73/24
**advantage [1]**   10/9
**adversary [1]**   19/15
**advise [3]**   69/15 71/7 72/17
**advised [2]**   22/22 29/14
**advocated [1]**   56/22
**affair [1]**   69/22
**affairs [3]**   4/15 38/2 38/3
**affect [1]**   9/7
**afraid [1]**   29/21
**after [8]**   3/10 4/11 9/21
26/15 31/5 33/23 56/13 64/14

**A**

again [8]   14/11 14/25 16/23
17/2 17/6 21/11 42/19 53/22
against [6]   3/19 3/25 7/6
36/12 37/12 75/5
age [1]   76/7
agent [29]   13/12 13/14 13/25
14/14 14/15 15/7 16/14 17/10
21/19 23/13 23/23 24/24 25/8
27/17 29/14 29/24 30/4 30/15
30/16 30/16 31/5 31/7 31/23
31/25 32/9 32/9 36/24 39/24
64/24
agents [11]   23/18 28/14
28/17 29/1 29/2 29/2 29/3
29/6 30/11 41/2 44/8
ago [1]   76/18
agree [10]   3/21 9/18 42/2
42/3 43/11 43/13 58/2 64/5
64/11 66/14
agreed [3]   11/11 22/15 59/6
agreeing [2]   71/2 71/4
agreement [3]   9/23 62/10
71/15
agrees [1]   43/8
aid [1]   10/10
Al [2]   29/3 45/13
Al-Qaeda [2]   29/3 45/13
alerted [1]   35/9
all [59]   2/1 3/4 3/21 4/3
4/8 4/12 5/16 5/17 9/3 9/17
10/8 11/7 11/11 12/3 12/7
13/19 13/24 14/5 14/24 16/5
29/7 30/21 31/8 31/8 35/7
37/14 37/18 39/8 40/4 40/20
41/15 41/24 42/9 42/12 43/11
46/7 46/10 50/17 51/2 51/8
51/22 52/24 55/6 55/11 56/3
56/16 57/16 58/21 59/17 63/3
63/24 65/14 66/21 69/6 69/10
70/22 71/23 74/13 75/23
allegation [1]   46/20
alleged [2]   7/18 45/12
Allen [1]   30/16
allow [6]   10/12 20/19 21/8
44/4 44/8 53/24
allowed [1]   20/10
allowing [1]   40/23
alone [2]   9/15 42/6
along [2]   3/5 10/21
also [17]   6/15 14/10 14/19
15/6 17/22 21/17 38/17 44/4
46/4 48/8 49/6 51/13 52/3
52/14 68/15 74/12 75/2
alternate [4]   53/1 53/18
53/24 55/18
alternates [3]   53/8 53/13
55/15
although [1]   71/20
always [1]   43/13
am [49]   2/13 3/4 10/20 14/24
17/13 17/23 18/5 20/10 20/16
20/17 21/2 21/6 23/11 23/12
24/8 27/19 27/20 27/23 39/7
39/10 39/10 39/13 41/25 49/9
50/15 52/25 54/3 54/18 54/23
55/8 55/14 59/11 61/15 62/3

62/8 62/19 62/23 62/24 69/2
69/3 69/8 71/11 73/20 73/21
74/4 74/5 76/1 76/6 77/5
Amendment [11]   8/14 8/25
17/8 39/15 40/4 40/22 42/5
43/11 44/2 44/6 47/25
AMERICA [3]   1/4 28/9 59/21
American [6]   41/7 41/20
41/20 41/21 41/21 43/19
Americans [1]   41/24
among [1]   66/17
amount [3]   37/15 37/17 43/22
analogy [4]   48/10 48/11
48/12 49/3
and/or [1]   57/14
Angelou [1]   44/21
anger [5]   15/5 16/20 16/22
23/8 24/3
angry [8]   23/6 23/7 23/9
23/9 25/16 25/23 42/25 43/14
another [12]   7/11 8/4 8/8
9/22 22/9 38/17 51/14 65/24
67/12 67/17 67/18 75/6
answer [6]   6/11 14/4 14/10
14/12 26/25 48/23
answered [1]   14/9
answers [2]   66/24 67/2
any [61]   3/18 3/23 4/3 4/9
4/25 4/25 5/21 5/24 6/3 7/10
7/24 9/8 9/13 10/14 11/14
20/18 21/4 21/7 23/14 28/1
29/10 30/17 32/2 36/7 36/10
36/11 42/15 43/17 43/17
43/17 46/14 46/24 47/10
47/11 47/16 47/16 48/3 48/7
48/19 50/19 52/11 53/14
53/15 53/16 54/5 54/6 54/7
56/3 56/10 57/14 58/5 59/10
61/20 64/12 65/12 66/8 68/8
69/2 70/6 72/25 76/7
anybody [3]   48/22 54/5 64/3
anyone [4]   9/19 43/21 46/2
64/19
anything [16]   2/14 4/22 4/24
5/2 11/23 20/9 36/6 36/9
40/20 45/2 46/3 47/15 55/14
61/24 70/18 77/19
apartment [1]   33/18
apologies [1]   74/1
apologize [1]   45/2
appear [1]   6/10
APPEARANCES [1]   1/13
appeared [1]   76/15
appellate [1]   62/16
Appendix [1]   67/6
applies [1]   45/15
apply [2]   45/10 45/12
appreciate [3]   53/4 53/23
74/2
appreciation [4]   55/9 55/10
70/10 70/10
appreciative [2]   62/23 69/14
apprize [1]   52/25
apprized [1]   77/15
approach [2]   18/7 18/8
appropriate [3]   66/6 73/17
75/22
approved [1]   55/24

are [108]
aren't [1]   45/13
arguably [1]   71/8
argue [1]   47/18
argued [1]   45/7
arguing [2]   15/21 76/2
argument [18]   2/14 4/19
12/11 21/7 33/24 46/18 46/22
47/10 49/25 58/15 62/1 62/2
62/4 64/9 64/9 68/15 71/2
76/20
argumentative [3]   15/20
26/24 27/10
arguments [2]   3/11 47/1
arises [1]   55/2
armed [3]   28/24 29/4 30/10
arms [1]   44/7
around [14]   13/23 14/22
27/12 27/13 27/13 27/14
27/14 27/15 27/16 27/20
27/23 35/3 44/23 46/23
array [1]   43/12
arrest [10]   21/23 21/23
24/22 25/12 28/18 29/1 29/4
29/15 30/3 30/9
arrested [7]   17/5 21/24
21/25 25/11 25/12 28/10
39/24
arriving [1]   5/2
art [1]   41/3
articulated [1]   68/13
artist [1]   24/5
artists [1]   40/6
as [84]
as 18 [1]   72/13
aside [2]   47/24 48/1
ask [25]   5/25 6/15 6/17
12/11 15/19 18/7 19/19 21/3
21/6 26/24 29/18 42/11 51/3
52/20 53/25 54/4 54/16 58/3
59/5 59/11 62/20 62/24 64/12
67/2 69/13
asked [4]   30/13 30/18 59/16
69/16
asking [4]   15/15 15/18 55/20
58/12
ass [12]   15/11 16/13 16/25
17/11 23/16 25/10 25/22
27/23 39/8 39/13 44/16 49/10
asserts [1]   5/10
assigned [1]   13/11
assist [1]   52/13
associated [1]   37/4
assume [2]   4/24 55/4
assuming [1]   67/7
attached [6]   17/25 18/5
20/24 21/18 21/20 25/3
attaching [1]   18/13
attack [1]   65/23
attempted [1]   75/4
attendance [1]   55/11
attention [3]   15/1 56/14
59/18
attentive [1]   69/12
attorney [3]   15/15 72/22
73/7
Attorney's [2]   1/15 28/25
attorneys [6]   3/11 11/25

## A

**attorneys... [4]**   56/21 56/21 69/10 74/3
**attract [1]**   31/2
**audience [9]**   34/22 39/13 48/5 48/24 49/1 49/1 50/5 50/6 50/7
**August [1]**   78/4
**Australian [1]**   1/20
**authority [2]**   41/2 73/24
**available [1]**   55/14
**Avenue [1]**   1/20
**aware [1]**   76/7
**away [2]**   41/23 77/8

## B

**back [42]**   2/7 2/7 2/21 3/6 10/21 10/21 20/15 20/16 32/15 42/11 46/23 49/17 51/9 51/10 51/12 51/16 51/19 52/17 52/22 53/3 53/11 53/24 54/13 54/22 55/4 55/4 55/23 56/9 57/13 58/3 58/22 59/3 62/10 62/20 63/1 63/8 64/17 64/20 65/9 69/3 69/6 77/5
**background [2]**   15/16 15/17
**bad [1]**   42/10
**based [13]**   3/17 4/10 21/15 21/23 22/2 23/3 35/24 51/2 51/4 63/10 65/11 68/6 75/16
**basement [1]**   46/24
**basis [4]**   65/18 66/8 73/17 73/20
**be [118]**
**BEACH [9]**   1/2 1/7 1/21 1/24 13/11 21/11 21/16 25/6 25/7
**Beach/Ft [1]**   1/24
**bear [2]**   44/7 62/22
**because [58]**   6/14 6/25 7/20 10/1 10/2 12/19 13/12 14/10 15/9 15/13 16/17 17/15 18/3 18/13 18/19 21/20 22/5 22/21 27/19 27/22 27/23 28/11 29/19 29/25 30/5 30/18 34/13 37/12 37/19 39/15 41/11 41/13 42/22 42/23 42/24 42/25 43/1 43/4 43/5 44/10 45/1 45/11 47/9 48/18 48/24 49/19 49/22 50/19 51/22 53/9 53/19 56/12 58/14 59/15 65/23 67/14 76/19 77/5
**become [2]**   9/25 41/6
**been [35]**   4/16 10/7 10/19 14/19 22/16 30/9 30/10 30/16 31/19 31/19 33/21 36/14 36/15 37/3 37/11 38/22 50/14 51/2 53/6 55/6 55/11 55/24 56/15 56/15 57/6 57/8 66/10 67/23 69/11 70/11 71/21 71/23 75/21 76/25 77/8
**before [16]**   1/11 4/19 8/19 14/19 14/25 16/19 25/12 26/17 37/19 38/6 39/7 61/21 62/10 62/22 64/19 75/15
**begin [4]**   3/12 51/15 51/17 51/18
**beginning [1]**   15/3

**begins [1]**   35/21
**behalf [2]**   55/16 69/9
**behind [1]**   23/20
**being [9]**   3/2 8/13 8/22 20/9 22/25 26/11 31/22 39/4 77/3
**belied [1]**   75/25
**beliefs [2]**   10/1 42/4
**believable [1]**   50/5
**believe [17]**   5/18 5/20 5/24 15/12 26/19 34/12 34/12 42/13 44/22 50/5 50/10 50/12 50/21 71/1 72/4 75/21 76/12
**believed [6]**   19/1 19/5 19/8 19/11 20/19 32/19
**believes [2]**   68/22 71/16
**benefit [1]**   71/22
**BERRY [6]**   1/19 43/7 45/7 48/10 48/20 48/20
**best [4]**   26/23 34/2 50/7 65/3
**better [1]**   29/14
**between [8]**   28/17 39/23 54/11 57/19 58/6 58/11 65/16 76/15
**beyond [23]**   3/15 4/4 4/8 4/13 4/16 7/17 8/1 11/1 11/6 14/21 22/3 26/12 33/14 37/7 37/9 37/16 37/20 37/23 37/24 38/9 37/19 59/24 60/3
**big [2]**   30/25 43/19
**binding [1]**   4/23
**bit [2]**   37/6 62/21
**blowing [2]**   23/20 24/20
**blue [2]**   10/20 55/25
**bolstering [1]**   20/15
**bond [8]**   70/21 71/1 71/10 71/23 71/24 72/7 72/10 76/16
**bot [1]**   52/5
**both [4]**   7/9 38/20 51/5 68/14
**Both counts [1]**   7/9
**bottle [4]**   32/23 32/24 33/10 33/20
**Boulevard [1]**   1/16
**bound [1]**   45/14
**boundaries [2]**   44/19 44/20
**bow [1]**   43/19
**brain [1]**   74/2
**breath [2]**   24/6 27/17
**brief [4]**   58/24 62/15 62/24 77/2
**bring [13]**   2/18 11/17 11/25 41/10 41/23 48/9 51/10 55/23 59/1 62/25 64/20 69/3 76/14
**broad [2]**   40/5 43/11
**broadcast [2]**   47/3 49/10
**broadcasted [1]**   24/9
**broadcaster [1]**   45/23
**Broadway [5]**   39/10 48/10 48/21 48/25 49/2
**brought [3]**   30/11 52/17 75/13
**Broward [1]**   1/16
**built [1]**   57/3
**bullets [1]**   48/18
**bumbling [1]**   46/1
**burden [4]**   4/7 33/14 37/8 39/17

**burglarized [1]**   46/20
**burglary [1]**   46/19
**burn [1]**   40/13

## C

**calculator [1]**   56/5
**call [16]**   3/13 14/1 14/4 31/8 31/18 31/21 35/25 46/8 53/12 54/13 54/14 54/19 56/2 63/6 76/23 76/24
**called [11]**   7/6 13/25 14/7 15/9 16/14 21/19 23/25 24/13 25/5 32/15 76/25
**calling [1]**   70/7
**calls [1]**   13/15
**came [10]**   19/12 20/4 20/6 20/7 20/8 20/12 20/20 21/11 21/20 76/16
**can [52]**   2/18 3/5 7/25 14/13 16/5 16/8 16/9 16/10 17/3 17/6 17/8 20/21 20/22 25/18 25/18 25/18 25/20 32/5 33/8 34/17 34/19 37/19 42/1 43/11 47/13 51/17 51/17 52/13 52/18 52/22 53/18 53/19 54/2 54/2 54/22 57/17 61/24 62/9 62/16 63/1 64/1 64/13 66/7 67/1 67/24 68/10 69/16 69/25 70/1 72/17 74/4 76/23
**can't [9]**   17/9 19/16 23/14 32/5 34/12 37/12 48/17 49/5 53/7
**candor [1]**   75/23
**cannot [4]**   25/20 65/23 67/10 67/15
**Capitol [5]**   31/18 32/1 36/8 36/9 36/20
**care [4]**   29/19 30/17 44/21 45/3
**careful [1]**   59/18
**carefully [2]**   4/11 59/14
**careless [4]**   8/11 8/20 22/23 39/2
**Carell [1]**   45/24
**caring [1]**   77/4
**carrier [1]**   46/9
**carry [7]**   8/10 11/12 26/4 28/22 29/13 39/21 47/19
**case [63]**   1/3 3/10 3/24 4/12 4/21 4/25 6/6 7/5 9/20 9/22 9/23 10/2 10/6 12/17 12/19 12/21 12/24 13/2 15/20 26/18 33/13 33/14 34/13 36/3 37/2 37/8 37/9 41/13 41/18 43/2 43/5 49/18 51/3 51/4 53/10 54/6 54/7 54/8 54/21 55/17 56/14 56/15 59/20 62/5 64/23 64/23 65/21 66/16 66/18 66/23 67/5 67/7 67/8 67/17 67/18 68/6 69/11 70/5 72/14 74/17 74/19 75/8 75/12
**cases [9]**   53/2 53/19 53/20 56/6 56/16 66/1 66/17 67/13 69/20
**cast [1]**   43/21
**cause [1]**   19/3
**caution [6]**   9/4 9/9 11/20 51/14 54/17 61/18

**C**

celebrate [4]   40/18 40/19 40/19 40/19
cell [2]   36/16 36/17
center [10]   13/5 17/19 19/13 19/23 19/25 20/2 20/4 20/11 25/2 25/3
centuries [1]   69/19
Century [3]   28/11 29/4 45/16
certain [4]   7/15 15/1 44/1 71/17
certainly [5]   39/8 40/1 51/23 65/15 71/25
certificate [2]   55/9 70/10
certify [1]   78/1
chain [1]   5/11
challenge [2]   41/2 67/10
change [1]   9/24
changed [1]   14/13
changer [1]   17/14
characterization [2]   20/18 21/4
characterizations [1]   43/9
characterizes [1]   19/20
charge [3]   3/25 7/9 36/13
charged [5]   9/10 22/1 22/6 36/15 68/21
charges [6]   7/5 7/14 9/5 57/18 58/6 58/11
chasing [1]   27/5
check [4]   11/3 47/6 47/10 47/21
chemotherapy [1]   75/13
child [2]   38/4 38/6
choice [1]   35/15
choose [3]   10/16 46/16 70/1
chooses [1]   24/5
chose [5]   24/6 46/15 46/17 47/2 47/3
Circuit [6]   66/2 66/3 66/18 67/6 75/8 75/8
circumstances [13]   5/12 8/12 8/21 22/24 26/10 39/3 50/20 76/1 76/7 76/9 76/13 77/11 77/14
circumstantial [4]   4/18 5/8 5/11 5/14
cite [2]   65/24 66/2
citing [2]   67/13 74/25
citizen [2]   29/5 30/18
civil [1]   56/5
civilian [5]   13/5 17/19 18/12 18/13 20/22
claims [2]   48/6 50/18
claps [1]   39/13
clarification [1]   68/11
clarify [1]   3/1
classes [1]   8/16
clause [2]   17/22 18/20
clean [1]   51/25
clear [8]   36/6 42/21 65/22 67/10 72/24 73/9 73/19 75/15
clearer [1]   23/15
clearly [5]   6/11 47/24 65/19 68/13 75/21
close [5]   7/18 26/15 26/16 26/17 56/8

closed [1]   14/3
closing [7]   2/14 3/11 12/11 21/7 28/1 34/25 42/15
clueless [1]   45/25
Code [2]   75/3 75/10
Colbert [2]   45/22 45/22
collapsed [1]   77/1
colleagues [1]   64/15
combative [1]   15/20
come [27]   2/12 12/12 13/25 15/11 16/8 16/13 16/25 17/11 18/19 23/15 25/9 25/21 25/22 27/22 28/4 32/5 32/5 32/14 33/19 44/16 54/13 55/4 56/2 56/9 58/22 61/15 68/16
comedic [1]   45/20
comes [8]   17/19 43/10 43/23 45/4 49/9 51/19 71/9 74/13
comfortable [1]   76/1
coming [6]   14/2 23/18 23/24 23/25 27/21 27/21
comment [1]   58/17
commenting [2]   17/24 58/14
comments [2]   4/19 56/10
commerce [8]   7/10 7/24 8/3 8/7 22/8 22/14 22/16 38/16
commit [1]   46/24
committed [3]   7/14 7/18 12/22
committing [2]   12/22 46/25
common [6]   4/11 5/6 12/25 31/24 38/25 56/5
communicate [6]   8/5 11/14 22/10 22/18 38/18 56/3
communicating [1]   49/8
communication [3]   7/10 46/5 46/11
community [2]   72/8 73/1
complaint [1]   64/25
completed [1]   3/10
compromise [1]   68/3
computer [1]   51/25
concealed [2]   26/2 28/23
concede [1]   74/6
concerned [8]   5/7 29/7 29/9 29/12 29/14 29/15 29/22 29/25
concerning [3]   4/9 5/22 30/7
conclude [2]   54/24 68/23
concluded [3]   21/1 62/18 77/22
conclusions [2]   5/6 68/1
condition [4]   75/20 75/24 76/5 77/18
conditions [4]   70/22 71/24 72/2 72/7
confer [8]   11/25 56/6 62/9 62/16 62/21 63/5 63/25 64/2
conference [3]   12/3 12/7 21/9
conferred [2]   56/4 64/14
confident [2]   37/18 37/20
confirming [1]   70/11
confirms [1]   55/10
conflict [1]   67/1
confrontation [4]   17/22 18/3 18/20 19/3
confusion [1]   63/10

consent [1]   29/18
consequences [2]   49/14 72/5
conservative [3]   41/21 45/23 45/23
consider [8]   4/20 5/16 9/5 9/12 25/15 40/17 42/12 65/16
consideration [3]   4/18 69/11 69/20
considered [1]   4/12
considering [2]   5/5 9/21
consist [1]   52/14
consistent [5]   21/9 62/14 66/5 66/24 70/4
constitutes [1]   59/17
Constitution [11]   8/15 39/16 43/6 43/8 43/24 43/25 45/6 45/8 45/10 45/14 50/24
constitutionally [1]   44/13
construed [1]   75/9
consultation [1]   55/3
contacted [2]   32/21 39/24
contained [2]   43/24 63/17
containing [4]   7/10 8/3 22/8 38/16
contends [1]   8/23
content [3]   8/16 18/2 18/4
context [3]   23/18 35/6 46/18
contextual [1]   65/16
continued [1]   20/14
continuing [1]   72/10
contradict [1]   33/16
contrary [5]   31/13 33/12 33/24 33/25 34/8
contributes [1]   43/12
contrition [1]   50/25
convenience [1]   10/19
conveniently [2]   14/3 14/12
conversation [3]   13/16 17/4 19/14
convicted [2]   65/22 71/21
conviction [5]   65/18 65/23 67/11 67/14 67/25
convinced [4]   4/16 4/17 9/25 68/2
convincing [4]   4/13 37/25 72/24 73/9
copies [2]   52/4 57/16
cops [1]   46/1
copy [8]   2/24 3/1 3/3 3/5 7/7 10/21 52/16 58/4
cordial [1]   13/15
corners [1]   47/14
correct [4]   62/11 63/20 63/22 78/1
corroborates [1]   34/14
could [37]   13/18 14/19 18/15 24/10 24/15 30/12 30/13 33/18 33/19 33/19 33/20 35/8 35/8 35/10 35/11 35/11 35/12 35/13 40/16 52/20 53/10 53/21 54/9 54/10 54/13 55/4 55/19 56/7 59/5 59/8 60/11 62/15 67/3 68/23 73/18 74/18 76/14
couldn't [8]   26/23 32/12 32/19 36/25 42/2 42/3 47/19 69/13
counsel [18]   2/3 2/14 4/19

**C**

counsel... [15]   17/5 17/6
18/10 21/3 21/8 47/25 56/6
57/16 57/21 61/15 62/9 62/16
64/12 76/4 77/15
count [23]   7/7 9/4 10/24
11/4 59/22 60/1 63/10 63/11
63/12 63/15 63/21 63/23 65/7
65/18 65/22 65/24 67/12
68/12 68/13 68/24 69/1 75/17
75/17
country [5]   29/7 31/24 40/6
43/17 43/20
counts [5]   7/6 7/9 9/3 51/5
67/8
course [9]   14/13 35/1 44/11
47/11 48/19 48/23 51/12 66/6
71/2
court [67]   1/1 1/23 4/19
10/18 12/2 12/6 19/21 52/12
54/18 57/1 57/9 58/3 58/13
58/14 58/16 59/10 61/20
61/24 62/6 63/8 64/5 64/11
64/12 64/22 65/25 66/14
66/15 66/16 66/17 66/19
66/21 66/24 67/2 67/7 67/10
67/19 67/22 67/22 68/6 68/8
68/10 68/14 68/22 69/18 71/1
71/7 71/18 72/1 72/14 72/16
72/17 73/4 73/14 73/18 73/22
73/24 74/3 74/4 74/11 74/25
75/9 75/25 76/2 77/13 77/14
77/15 78/6
Court's [5]   3/23 57/5 63/9
63/10 73/4
courteous [1]   14/1
courthouse [1]   56/8
courtroom [14]   2/20 11/13
11/19 33/13 36/22 52/21
52/23 55/18 59/2 59/9 59/12
63/2 69/5 70/15
cover [2]   64/13 64/14
CR [2]   1/3 59/20
Credibility [1]   5/15
crime [20]   7/14 7/17 7/23
7/25 9/5 9/5 9/7 9/8 22/6
46/25 49/22 50/11 72/14
72/16 72/18 73/2 74/14 74/14
74/24 75/2
crimes [5]   7/6 9/10 9/12
12/21 12/23
criminal [2]   53/2 53/19
criticism [1]   46/4
criticize [1]   41/1
cross [2]   45/16 65/5
cross-examination [1]   65/5
crossed [4]   43/6 44/10 44/17
50/25
crosses [1]   40/13
crowded [1]   44/3
current [1]   23/21

**D**

Daily [1]   45/21
damage [1]   46/24
danger [3]   72/8 72/25 73/10
dangerous [1]   45/13

Daniels [2]   32/24 32/25
DARSCH [3]   1/15 44/11 50/17
date [13]   7/13 7/15 7/16
7/18 7/18 11/8 11/12 14/22
14/22 60/5 70/17 70/19 78/4
dated [1]   57/19
dates [2]   55/10 70/11
day [7]   13/23 29/15 30/9
32/14 41/6 54/2 70/14
days [9]   15/8 16/14 17/10
23/13 23/19 24/13 27/18 36/1
57/2
deception [1]   7/1
decide [12]   3/13 5/17 5/24
6/25 9/13 9/15 9/20 22/17
28/18 38/5 52/2 70/1
deciding [1]   3/10
decision [7]   3/17 5/3 5/20
7/1 40/24 41/12 67/3
declaration [1]   66/9
deductions [1]   5/6
deemed [4]   13/8 18/14 21/14
21/18
defendant [39]   1/9 1/18 3/14
3/19 3/25 4/1 4/2 4/5 4/16
7/6 7/9 7/25 8/2 8/4 8/10
9/6 9/9 9/11 9/13 9/14 11/2
11/6 22/7 22/9 22/18 26/21
38/15 38/18 46/20 59/24 60/3
65/22 67/10 68/5 68/25 72/15
73/18 75/12 77/1
Defendant's [4]   4/8 4/10
52/14 68/2
Defender [1]   41/25
Defenders [1]   1/19
defense [25]   2/6 2/11 2/17
8/14 12/6 15/12 15/15 26/15
28/1 43/2 46/4 46/21 49/21
49/22 50/19 60/9 63/4 63/25
64/21 65/10 66/7 71/15 76/10
77/9 77/15
Defense's [4]   26/18 45/18
52/8 70/24
defer [1]   76/3
define [1]   74/20
defined [2]   8/16 38/23
definition [2]   4/6 75/2
deliberate [7]   2/8 3/7 9/16
10/21 51/12 53/25 65/10
deliberating [1]   55/22
deliberations [11]   3/13 7/8
9/18 10/10 10/18 51/15 51/19
65/9 69/21 69/25 70/5
demeanor [1]   23/7
demonstrating [1]   72/1
denials [1]   48/6
deny [1]   69/2
depend [2]   7/2 54/10
depending [1]   31/17
deputy [2]   59/9 59/12
describe [1]   63/14
description [1]   21/4
despite [1]   34/1
detail [1]   7/3
detention [2]   73/16 75/22
determination [3]   57/3 73/5
75/11
determinations [2]   68/22

71/9
determine [4]   9/11 65/17
67/1 68/4
determine whether [1]   68/4
determined [2]   67/19 70/22
devise [1]   25/12
devised [1]   21/22
diary [1]   34/10
did [36]   6/1 6/3 6/5 6/7 6/8
6/10 6/12 6/18 7/9 12/2 12/6
12/23 14/10 18/19 21/5 21/6
22/18 22/19 26/13 28/23
39/18 45/1 45/2 47/10 47/11
47/21 48/13 52/2 53/2 56/12
56/14 64/19 67/25 72/6 73/11
73/11
didn't [57]   6/18 12/23 14/3
14/4 14/7 14/10 14/12 14/14
19/2 24/15 24/16 28/12
29/16 29/17 29/18 29/23 30/2
30/14 31/5 32/17 33/4 33/18
35/25 37/10 40/3 41/11 42/24
44/20 44/21 45/2 45/3 46/7
46/7 46/8 46/8 46/9 46/10
46/10 46/16 46/22 46/23
46/23 46/24 47/4 47/5 47/6
47/10 47/16 47/21 48/1 48/5
49/1 49/2 49/23 50/1 74/1
differ [1]   6/12
difference [7]   5/13 30/17
32/17 57/19 58/6 58/11 58/17
different [11]   6/19 34/21
39/23 39/25 41/17 46/18
48/23 48/24 68/15 68/17
68/18
differently [1]   10/2
difficult [3]   12/24 41/22
69/20
direct [7]   4/18 5/7 5/9 5/14
10/17 16/12 23/17
directed [1]   35/2
directing [1]   35/5
directly [3]   6/11 35/14 46/8
disagree [4]   25/19 42/2 64/5
68/14
disagrees [1]   17/7
disappointed [1]   53/5
disbelieve [1]   5/20
disc [5]   35/11 52/3 52/5
52/7 52/10
discharge [6]   61/21 62/10
64/7 66/7 69/3 69/8
discs [1]   52/2
discuss [4]   9/22 51/17 54/5
55/15
discussed [2]   12/3 12/7
discussing [1]   9/23
discussions [3]   3/12 69/17
69/21
disorder [1]   76/20
displayed [1]   57/1
displays [1]   56/24
DISPOTO [4]   1/14 22/15 26/16
36/24
Dispoto's [1]   34/1
disprove [1]   5/12
dispute [4]   12/18 19/5 22/13
22/14

## D

**disregard [5]**  3/22 5/1 20/18 21/3 21/6
**disseminated [1]**  3/2
**distinction [2]**  53/17 68/16
**distinguishing [1]**  65/16
**distribute [1]**  2/23
**DISTRICT [7]**  1/1 1/1 1/11 66/21 67/2 74/25 75/9
**disturbing [1]**  36/2
**DIVISION [1]**  1/2
**do [52]**  2/13 3/6 3/21 4/4 6/18 12/23 19/21 19/21 20/5 22/4 22/19 22/21 23/2 23/2 25/20 25/25 26/13 30/5 32/2 34/21 36/9 37/18 37/18 38/5 38/10 38/14 40/5 41/9 46/7 46/11 47/4 47/14 49/25 50/8 54/6 54/23 56/9 56/19 57/24 58/8 58/18 58/25 61/24 62/25 63/4 63/4 63/7 64/7 69/15 70/9 71/21 72/9
**docket [1]**  65/1
**doctor [1]**  38/6
**document [2]**  2/7 43/10
**documentation [1]**  34/11
**does [23]**  4/2 4/7 5/22 7/15 8/9 15/4 26/3 27/12 32/17 35/20 37/2 37/3 44/8 48/3 48/19 48/20 48/22 53/24 59/10 66/14 68/1 73/15 75/3
**doesn't [33]**  6/21 15/22 16/8 16/12 18/10 23/5 25/22 25/23 26/2 26/2 27/1 27/12 27/16 30/5 30/5 30/6 32/7 32/10 32/15 35/4 39/21 44/3 44/4 45/11 45/12 46/16 47/4 47/16 47/20 47/20 48/7 68/14 74/20
**dog [6]**  27/5 27/5 27/6 29/16 29/19 36/19
**doing [6]**  2/5 34/21 34/23 50/23 55/20 75/18
**don't [47]**  3/3 5/16 9/24 9/25 11/23 14/21 20/6 25/8 25/9 25/14 26/4 26/20 29/10 29/24 29/25 30/4 30/17 32/5 34/12 36/18 36/20 37/1 37/13 39/6 40/21 42/1 43/1 43/16 43/18 43/20 47/14 50/5 50/12 53/1 53/21 56/3 58/4 58/13 58/16 58/21 61/23 63/24 64/2 75/17 75/23 76/8 76/14
**done [12]**  7/19 30/13 33/23 35/8 51/24 53/22 56/21 56/23 66/15 70/8 70/8 72/16
**door [2]**  46/21 46/23
**dooring [2]**  20/15 20/16
**double [1]**  65/8
**doubt [29]**  3/15 4/4 4/6 4/8 4/9 4/10 4/10 4/13 4/17 7/17 8/1 9/1 11/1 11/6 14/21 22/3 26/12 33/15 37/7 37/10 37/17 37/20 37/23 37/24 37/25 38/9 39/18 59/24 60/3
**down [5]**  11/15 11/23 30/10 30/11 35/12
**drawn [2]**  14/13 18/15

**drive [5]**  32/5 52/3 52/6 52/8 52/15
**dropped [1]**  35/12
**dropping [1]**  15/5
**during [10]**  5/2 6/20 7/8 10/8 10/10 35/1 44/11 65/19 71/25 76/17
**duty [3]**  3/8 3/16 9/16

## E

**each [11]**  5/18 7/6 9/4 9/5 9/20 44/7 56/18 57/23 59/16 62/16 64/1
**earlier [1]**  36/1
**earrings [1]**  43/19
**easel [1]**  56/5
**easily [1]**  56/9
**edification [1]**  63/9
**effect [2]**  18/6 58/14
**effort [1]**  53/20
**efforts [2]**  34/2 66/22
**Eight [1]**  24/18
**either [6]**  5/14 11/18 38/21 54/14 60/6 67/24
**election [4]**  27/7 27/8 31/20 36/19
**electronic [7]**  13/5 17/25 18/12 18/17 20/23 25/3 52/10
**element [2]**  22/16 75/4
**elements [3]**  22/5 22/6 38/12
**elephant [1]**  36/4
**Eleventh [6]**  66/2 66/3 66/18 67/6 75/8 75/8
**ELLEN [6]**  1/7 11/2 11/7 59/21 59/25 60/4
**eloquently [1]**  43/7
**else [8]**  2/14 11/23 43/21 45/9 52/1 55/14 61/19 70/18
**emailed [1]**  35/11
**emergency [1]**  55/2
**emphasize [1]**  10/13
**empty [1]**  32/23
**encourage [1]**  43/7
**end [4]**  15/6 16/24 53/9 54/14
**enforcement [1]**  47/6
**enhanced [2]**  21/23 25/12
**enjoyed [1]**  69/16
**enough [3]**  16/17 36/23 75/24
**enter [1]**  66/24
**entire [1]**  21/22
**entitled [3]**  10/14 16/7 65/15
**escalates [3]**  16/21 16/21 24/3
**escalating [1]**  23/8
**escorted [2]**  51/9 52/22
**ESQ [2]**  1/18 1/19
**essential [2]**  12/18 66/21
**establish [2]**  71/7 76/8
**evaluate [1]**  47/13
**evaluated [1]**  25/5
**evaluators [1]**  13/7
**evasive [1]**  15/21
**even [28]**  3/20 13/16 23/8 29/16 29/23 33/4 33/18 37/2 40/2 41/4 42/4 42/9 42/9 47/6 47/16 47/23 48/2 49/8

**evening [3]**  2/22 32/16 32/18
**event [4]**  13/6 13/12 13/18 53/14
**events [2]**  13/2 23/21
**every [12]**  4/1 24/6 24/7 27/17 27/17 37/9 44/7 45/10 45/15 53/18 56/22 69/12
**everybody [3]**  55/24 57/13 59/1
**everybody's [2]**  55/19 56/13
**everyone [4]**  2/22 36/22 48/24 55/16
**everything [4]**  36/18 37/1 49/18 53/22
**evidence [79]**
**exact [2]**  7/16 14/21
**exactly [2]**  41/14 68/21
**exaggeration [1]**  45/20
**examination [2]**  36/24 65/5
**examined [1]**  13/7
**examiners [2]**  21/13 25/5
**examiners' [1]**  21/14
**example [2]**  39/5 52/12
**excellent [1]**  56/21
**except [3]**  4/25 69/18 71/17
**exception [1]**  8/17
**exceptional [8]**  73/16 74/19 74/20 75/11 75/14 75/22 76/1 76/13
**exceptions [2]**  40/15 40/15
**exchange [2]**  40/23 42/7
**exclude [1]**  4/9
**exclusion [1]**  37/9
**excuse [3]**  45/11 55/8 62/17
**excused [2]**  53/15 54/2
**excuses [2]**  45/4 45/18
**execute [1]**  29/4
**exercised [1]**  42/22
**exhibit [3]**  34/17 34/19 52/16
**exhibits [7]**  4/22 10/22 51/21 52/4 52/14 55/21 55/23 52/1
**exonerate [2]**  46/16 47/4
**experience [1]**  63/7
**experienced [3]**  13/6 25/4 29/2
**explain [5]**  3/20 7/11 9/19 15/22 57/18
**explained [2]**  37/23 67/23
**explanation [1]**  49/21
**explicit [1]**  71/17
**express [2]**  41/3 77/6
**expressed [1]**  42/23
**extent [4]**  21/6 53/5 70/6 75/20
**extraordinary [2]**  77/11 77/14
**eye [1]**  5/11
**eye-witness [1]**  5/11
**eyes [2]**  16/22 44/17

## F

**F.3d [3]**  66/3 66/18 75/7
**F.Supp.3d [1]**  75/1
**face [2]**  16/22 35/13
**Facebook [5]**  14/16 24/10

**F**

Facebook... [3]   31/11 35/16 63/13

fact [16]   5/10 5/13 6/17 7/3 23/6 28/24 35/24 39/19 46/6 46/16 47/3 47/5 47/6 49/4 65/2 72/5

factors [3]   25/15 50/17 65/16

facts [13]   3/14 5/3 5/12 8/1 10/5 12/18 15/20 17/21 22/2 39/8 41/18 42/4 68/10

factual [5]   4/25 57/3 64/9 68/21 73/23

fails [1]   4/4

fair [3]   30/1 30/1 73/21

fake [1]   39/11

fall [1]   26/20

false [2]   48/11 49/3

falsely [1]   6/16

familiar [2]   53/1 71/11

family [2]   35/21 35/22

far [2]   71/24 74/10

fault [1]   31/23

favored [1]   68/5

FBI [45]   15/7 16/6 16/9 17/3 17/4 17/9 17/15 17/15 17/20 18/14 19/9 19/17 19/23 21/11 23/10 24/8 24/12 24/12 24/19 24/23 25/1 25/18 25/19 27/17 30/8 30/10 30/11 31/22 32/7 32/9 32/13 32/20 34/3 34/4 34/5 35/8 35/14 35/17 35/25 41/2 41/9 44/15 46/8 49/9 56/20

FBI's [4]   13/4 13/10 17/18 25/3

fear [7]   8/13 8/22 22/25 26/11 39/4 41/1 41/9

February [16]   14/10 14/15 14/17 14/18 14/23 15/10 17/14 17/15 17/18 18/12 20/23 21/10 21/25 24/22 24/22 29/3

February 17 [1]   21/25

February 17th [2]   24/22 29/3

February 8th [6]   17/14 17/15 17/18 18/12 20/23 21/10

Federal [9]   1/19 7/23 28/10 28/17 36/15 41/25 44/8 67/6 78/5

fee [1]   55/11

feel [3]   53/5 53/6 57/6

fell [1]   53/17

fellow [1]   41/7

few [6]   5/25 8/16 31/15 57/2 63/24 69/9

field [4]   13/11 21/11 21/16 25/6

fight [1]   40/10

figure [2]   23/22 47/15

file [2]   66/8 66/8

fill [1]   11/12

filled [1]   33/10

find [13]   3/14 4/4 9/2 9/6 9/14 11/1 11/6 37/19 42/13 59/10 59/24 60/3 68/25

finding [2]   38/13 62/7

findings [2]   66/21 71/17

finds [3]   68/6 72/20 72/24

fine [2]   47/19 49/24

fingertip [1]   74/2

fire [2]   44/4 77/8

fire/rescue [1]   77/8

firearm [2]   28/23 40/3

first [19]   2/12 8/14 8/24 12/17 13/11 14/9 17/8 24/3 39/15 40/4 40/10 40/22 42/5 43/10 44/2 63/12 65/14 69/9 73/23

five [1]   55/1

FL [4]   1/7 1/17 1/21 1/24

flag [3]   43/18 43/18 43/19

flags [1]   40/13

flee [2]   72/25 73/10

flight [1]   72/8

Floor [1]   1/16

FLORIDA [1]   1/1

Flynn [4]   16/6 17/7 25/17 44/13

focusing [1]   74/3

follow [4]   3/5 3/16 3/20 3/21

followed [1]   71/23

followers [9]   24/11 30/24 30/24 31/3 31/12 31/13 34/5 34/15 34/23

following [8]   8/1 17/12 18/9 23/12 24/14 24/14 59/15 61/17

footage [1]   36/17

force [1]   75/5

forefront [1]   74/2

foregoing [1]   78/1

foreman [1]   57/20

foreperson [7]   10/17 10/17 11/8 11/11 51/18 59/5 60/4

forfeiture [1]   2/4

forget [1]   6/23

form [7]   2/24 3/2 10/19 10/23 11/10 11/12 55/25

formal [1]   3/25

formed [1]   65/18

Fort [1]   1/17

forth [2]   44/1 75/2

fortunately [1]   21/24

forward [3]   57/8 66/6 72/7

found [8]   7/25 28/20 28/24 33/20 63/23 66/16 68/25 73/14

founding [1]   43/9

four [3]   16/6 23/14 47/14

Frankly [2]   42/3 63/6

free [5]   17/9 40/6 40/23 42/7 70/4

freedom [4]   40/19 40/23 40/24 41/1

freedoms [1]   43/25

friend [2]   49/8 49/9

friendly [1]   15/16

friends [4]   15/3 17/2 17/4 35/21

frightening [1]   42/10

front [3]   42/21 46/21 48/14

Ft [1]   1/24

fuck [18]   15/5 16/9 17/12 17/12 24/14 25/18 27/12 27/12 27/13 27/13 27/14 27/15 27/16 27/20 27/23 40/7 44/15 44/23

fucking [13]   15/11 16/8 16/13 16/25 17/11 23/12 23/15 25/10 25/21 27/19 27/23 44/16 49/10

full [2]   53/21 66/11

fully [2]   9/21 63/4

fun [2]   45/21 45/24

fundamental [1]   43/23

funny [1]   23/5

further [7]   13/9 25/6 42/15 58/5 65/10 70/6 77/19

Furthermore [1]   72/4

**G**

gain [3]   30/24 34/15 34/23

game [1]   17/14

gather [1]   51/11

gave [3]   6/20 13/21 14/11

general [5]   16/6 17/7 25/16 44/13 56/7

gentlemen [11]   21/2 26/15 42/20 48/11 49/20 51/3 51/8 59/3 59/13 62/19 69/7

get [20]   10/2 10/16 12/1 14/4 14/7 17/5 19/14 19/16 23/14 29/17 45/5 49/17 50/4 51/17 52/18 53/10 55/19 57/21 62/22 63/8

gets [4]   31/21 32/22 32/23 35/19

getting [2]   35/2 68/11

give [16]   2/25 3/11 5/13 10/1 10/10 11/16 12/2 12/6 12/12 15/23 23/3 27/1 39/5 48/15 51/12 73/24

given [5]   7/7 54/4 54/18 62/23 70/4

gives [1]   69/23

glad [2]   17/12 23/11

go [29]   2/2 2/7 2/7 3/6 3/12 10/21 10/21 13/1 21/19 25/8 25/9 29/14 29/24 29/25 36/25 42/11 44/15 46/22 46/23 46/23 49/17 53/11 53/24 54/2 54/22 54/22 74/10 77/5 77/6

goal [1]   50/4

goes [2]   53/20 67/22

going [37]   2/13 2/23 3/4 14/24 18/5 20/17 21/3 21/6 21/23 24/16 28/18 29/12 29/20 32/14 39/7 39/13 42/11 45/2 45/6 45/6 47/18 49/9 50/15 53/25 54/3 55/8 55/22 59/11 61/15 62/20 62/24 64/5 69/2 69/3 74/25 77/5 77/13

gone [3]   33/18 35/12 39/25

good [10]   6/7 12/15 12/16 16/17 26/22 28/7 28/8 36/23 42/19 55/2

got [3]   24/19 26/24 31/5

governing [1]   7/12

Government [59]   2/6 2/9 3/13 3/20 4/3 7/15 7/16 8/9 12/2

## G

**Government... [50]** 12/10
15/19 16/1 19/7 22/2 25/25
26/3 26/12 26/23 27/9 28/10
31/4 31/7 33/2 33/13 34/25
36/3 36/16 37/8 38/11 38/13
40/25 41/2 41/9 41/19 42/16
42/24 43/8 46/13 47/19 52/9
56/19 60/7 64/1 64/2 65/14
66/15 68/5 68/13 70/21 71/2
71/4 71/6 71/14 71/16 72/3
72/22 73/7 74/8 77/20
**Government's [5]** 4/6 4/8
39/17 52/7 66/5
**granted [3]** 72/21 73/6 74/8
**gratitude [1]** 55/15
**great [2]** 44/21 55/15
**greater [1]** 10/14
**ground [2]** 64/13 67/11
**grounds [2]** 67/16 67/20
**guarantees [1]** 44/7
**guess [4]** 36/3 70/8 71/22
72/11
**guessing [1]** 41/16
**guidance [1]** 58/5
**guilt [5]** 4/1 4/3 4/8 4/10
68/2
**guilty [31]** 3/15 4/5 4/16
7/25 9/3 9/7 9/7 9/11 9/12
9/14 9/14 9/16 9/17 11/2
11/2 11/7 11/7 37/13 37/19
37/21 38/13 42/13 51/5 59/25
60/4 63/23 65/6 65/7 68/25
75/17 75/17
**gun [13]** 29/11 29/23 39/6
39/11 39/25 40/2 40/9 47/6
47/7 48/14 48/17 48/19 48/21
**guns [5]** 26/1 26/1 47/11
47/16 47/21
**guys [3]** 15/4 16/4 23/11

## H

**had [33]** 2/22 5/18 18/9
19/14 20/20 23/23 23/25
25/12 28/18 28/22 29/2 29/6
29/19 30/20 32/20 33/4 36/9
37/11 38/17 38/20 38/21
39/25 40/3 49/7 53/7 53/15
57/21 61/17 63/3 76/16 76/17
77/6 77/7
**half [1]** 55/1
**hand [3]** 11/24 48/14 59/8
**hands [1]** 40/10
**happen [6]** 2/25 35/25 53/10
54/9 54/10 54/11
**happened [6]** 31/18 36/9
41/14 42/13 53/9 77/7
**happens [3]** 11/22 31/23
53/12
**hard [3]** 41/18 52/3 62/25
**has [70]** 3/13 4/9 4/16 5/10
7/7 7/17 10/19 14/6 17/4
17/8 20/13 22/2 22/16 25/17
26/1 26/1 26/12 27/6 30/9
30/10 31/11 31/19 31/19
33/14 36/14 36/16 37/5 37/8
37/21 38/13 41/6 41/14 42/22

---

43/5 50/14 50/25 51/2 52/1
54/1 54/15 54/18 55/2 55/24
56/14 56/15 59/5 63/7 66/15
66/16 66/17 67/10 67/19
67/22 68/13 68/14 68/16
69/19 70/21 71/20 71/21
71/23 71/23 72/16 72/22 73/7
75/4 75/21 76/25 77/7 77/8
**hateful [2]** 40/14 43/14
**have [162]**
**haven't [2]** 36/25 73/8
**having [3]** 68/10 76/21 76/24
**he [63]** 5/10 6/9 6/22 11/24
13/12 13/15 13/16 13/16
13/17 13/18 13/22 13/22
13/22 13/25 13/25 14/1 14/2
14/2 14/2 14/7 14/10 14/11
15/9 15/17 18/17 19/2 19/10
19/11 19/12 19/13 19/15
19/15 21/5 21/5 21/20 23/24
23/24 24/4 25/8 26/16 30/5
30/5 30/6 32/2 32/3 32/7
32/15 32/15 32/16 37/3 40/10
45/21 45/23 46/22 46/23
46/23 46/24 48/13 48/13
53/18 65/1 65/2 65/4
**he's [1]** 32/14
**head [2]** 39/6 39/12
**hear [5]** 40/21 41/10 43/1
62/2 64/8
**heard [15]** 14/19 24/25 25/1
26/3 45/18 46/4 46/10 47/5
49/4 63/4 64/19 64/22 66/10
70/19 73/9
**heavy [1]** 4/7
**height [1]** 40/9
**held [2]** 45/17 56/17
**hello [1]** 15/3
**help [1]** 71/7
**helpful [1]** 71/5
**her [173]**
**here [26]** 3/18 8/17 9/11
10/20 15/11 16/13 40/16
41/13 42/9 42/13 44/10 44/17
45/4 49/9 49/18 50/23 52/21
55/11 56/19 57/1 57/13 59/1
62/9 70/12 74/22 76/14
**herring [1]** 48/9
**hers [1]** 43/22
**herself [3]** 12/22 12/24 49/4
**hesitate [1]** 9/24
**hesitation [2]** 4/15 38/1
**high [1]** 56/24
**highest [1]** 57/7
**him [8]** 13/19 13/21 13/21
14/11 14/12 15/10 24/1 32/2
**himself [1]** 31/22
**his [8]** 4/2 31/23 35/12
35/13 40/10 40/11 43/8 59/17
**hobbits [1]** 52/9
**hold [2]** 37/12 74/22
**holding [1]** 10/20
**holdings [1]** 67/13
**home [14]** 13/21 15/8 16/15
17/10 23/13 27/18 28/16
29/16 41/10 44/8 46/20 46/21
49/7 54/22
**HON [1]** 1/23

---

**honest [1]** 10/1
**honor [21]** 2/16 2/17 12/5
12/9 12/13 17/23 28/3 42/17
45/6 45/7 56/11 60/8 70/20
71/20 72/6 74/4 74/6 74/12
74/16 75/23 76/3
**HONORABLE [1]** 1/11
**hook [2]** 34/16 34/22
**hope [2]** 2/22 35/17
**hopeful [1]** 54/23
**hopefully [1]** 63/8
**hopes [1]** 77/15
**hoping [1]** 35/19
**horrible [1]** 40/14
**hospitalized [2]** 76/16 76/20
**host [1]** 66/1
**hour [1]** 55/1
**hours [2]** 28/14 36/16
**house [18]** 13/19 14/11 16/25
17/11 21/20 23/15 23/19
23/24 25/9 25/9 25/21 25/22
27/21 27/22 27/22 29/17
29/24 30/4
**how [31]** 5/18 11/20 15/2
15/5 16/20 16/21 17/6 22/4
22/21 23/2 23/2 24/25 25/13
28/18 32/17 32/19 34/21 36/3
37/17 37/18 38/5 38/22 43/3
43/3 47/9 53/1 53/7 53/19
53/23 57/25 70/7
**hundred [1]** 27/14
**hundreds [1]** 69/21
**hurts [2]** 34/13 43/15
**hypothetically [2]** 62/5 62/8

## I

**I emphasize [1]** 10/13
**I'd [2]** 32/4 63/14
**I'll [3]** 2/13 24/7 27/22
**I'm [2]** 17/12 41/16
**iced [2]** 32/24 33/11
**idea [5]** 31/5 32/22 34/14
40/17 42/10
**ideas [5]** 40/23 41/3 42/6
42/8 43/12
**identical [1]** 58/16
**identified [1]** 66/17
**identifies [2]** 23/8 31/22
**idle [3]** 8/11 8/20 39/2
**iguana [1]** 27/6
**ii [1]** 72/21
**iii [1]** 72/23
**ill [1]** 75/13
**imagine [4]** 31/10 42/1 46/19
46/21
**imitating [1]** 46/2
**imitation [1]** 45/20
**impartially [1]** 4/12
**Impeachment [1]** 6/14
**importance [2]** 43/9 45/8
**important [17]** 4/15 5/19
6/16 7/2 13/3 13/8 15/9 38/2
38/3 39/15 41/13 53/5 53/14
53/23 71/6 71/14 73/19
**imposed [2]** 72/23 73/8
**impossible [1]** 68/4
**impress [1]** 6/1
**impressions [1]** 10/15

## I

imprisonment [3]   72/23 73/8 74/9
inaccurate [1]   48/12
inaccurately [1]   6/24
incident [1]   21/25
include [1]   75/3
included [1]   19/6
includes [1]   4/21
including [2]   45/15 70/5
inconsistency [6]   62/7 62/8 62/12 67/16 67/17 68/5
inconsistent [23]   6/14 61/23 62/2 62/6 62/14 64/6 64/8 64/22 65/7 65/11 65/15 65/20 65/21 65/23 66/5 66/19 66/22 67/9 67/11 67/21 67/23 68/3 68/7
incredible [1]   50/8
independence [1]   40/19
independent [1]   10/11
indicated [2]   3/6 48/1
indicates [1]   50/18
indictment [21]   2/4 3/24 3/25 7/4 7/5 7/8 7/14 9/4 9/10 10/22 10/25 11/4 36/12 55/24 58/4 58/9 58/11 58/19 59/22 60/1 67/9
individual [1]   33/3
individually [1]   59/16
individuals [1]   40/8
inference [4]   14/13 18/15 18/17 19/7
influenced [2]   3/18 10/13
information [2]   55/12 75/24
ingredients [1]   38/12
initially [1]   76/15
injure [13]   7/11 7/22 7/24 8/3 10/25 11/5 22/1 22/4 22/8 38/16 50/22 59/23 60/2
injured [5]   8/13 8/23 22/25 26/11 39/4
innocence [3]   3/17 4/2 71/21
innocent [2]   4/1 6/25
innuendo [1]   33/24
input [1]   57/21
inquire [1]   61/20
insight [2]   44/25 51/1
Insofar [1]   72/13
Instagram [8]   14/16 16/19 16/19 31/11 35/16 63/14 63/16 63/20
Instead [1]   45/4
instruct [2]   3/9 20/17
instructed [6]   14/20 37/5 38/12 46/13 50/14 55/6
instruction [3]   8/14 37/22 38/23
instructions [15]   2/13 2/24 3/1 3/4 3/6 3/8 3/10 3/16 3/22 3/23 5/1 7/4 12/3 12/7 43/25
insulated [2]   67/16 67/20
insurrection [1]   31/16
intake [4]   13/7 21/13 21/13 25/4
intend [2]   22/18 39/21

intended [4]   8/10 26/4 26/7 26/13
intent [6]   8/5 22/10 23/18 28/20 38/18 50/10
intentional [1]   7/1
intentionally [2]   7/20 24/5
interaction [1]   54/7
interest [2]   6/5 10/5
interests [1]   57/7
interfering [1]   65/9
interim [1]   52/19
internet [1]   41/6
interpretation [1]   5/4
interstate [15]   7/10 7/22 7/24 8/3 8/7 10/25 11/4 22/1 22/3 22/8 22/14 22/15 38/15 59/22 60/1
interview [12]   13/13 13/18 14/3 17/16 17/16 17/17 21/19 21/19 30/2 30/2 30/5 30/12
interviewing [1]   47/22
Introduction [1]   7/4
investigate [1]   30/7
investigated [1]   29/2
investigating [1]   30/8
invite [2]   13/22 44/8
invited [9]   13/21 14/11 15/8 15/10 16/15 17/10 23/13 23/19 27/18
invoked [1]   47/25
involved [4]   13/12 28/17 28/25 69/10
involves [1]   72/14
irregularities [1]   59/11
irrelevant [2]   47/9 47/21
is [439]
isn't [4]   3/25 4/23 12/24 32/12
issue [10]   4/25 17/22 18/3 22/17 36/5 46/5 63/7 65/8 73/20 73/21
issues [2]   67/4 74/3
it [305]
it's [10]   15/21 15/21 30/7 35/6 37/2 37/13 47/18 61/23 73/19 73/25
its [6]   45/10 54/15 59/6 66/15 72/16 77/9

## J

Jack [2]   32/24 32/25
jail [4]   29/5 29/20 30/11 41/10
jailed [1]   28/10
January [17]   13/4 13/6 13/10 13/12 13/14 13/18 13/24 15/9 31/15 31/16 32/1 36/5 36/7 36/8 36/10 36/20 37/4
January 16 [1]   13/4
January 21 [1]   13/10
January 28 [2]   13/14 13/24
January 28th [2]   15/9 31/15
January 6th [11]   13/6 13/12 13/18 31/16 32/1 36/5 36/7 36/8 36/10 36/20 37/4
Jeffrey [1]   20/4
jeopardy [1]   65/8
jerk [1]   24/19

job [2]   37/10 56/21
John [1]   45/20
Johnson [1]   40/11
joint [4]   57/25 73/23 73/25 73/25
jointly [1]   58/3
joking [3]   23/4 23/5 46/3
jokingly [4]   8/12 8/20 22/24 39/3
judge [25]   1/11 9/15 14/20 17/21 18/7 22/5 22/22 26/3 28/5 37/5 37/22 38/12 46/13 50/12 53/18 57/10 58/2 65/13 66/1 71/19 72/4 72/9 76/6 76/21 77/20
Judge's [1]   43/24
judges [2]   10/4 10/5
judgment [3]   43/21 44/25 66/25
judicial [4]   65/1 72/19 72/24 75/9
July [1]   40/18
June [1]   1/8
juries [1]   69/19
juror [11]   52/20 52/20 53/9 53/21 53/24 55/2 57/20 59/16 60/13 69/16 70/2
jurors [16]   9/22 10/13 11/20 52/25 53/1 53/11 53/15 53/18 54/11 54/24 55/17 55/18 57/2 59/1 69/13 69/16
jury [63]   1/10 2/7 2/13 2/18 2/20 2/21 2/23 3/1 3/4 3/6 3/8 3/8 3/12 10/16 11/1 11/5 11/10 20/17 42/11 49/17 50/14 51/9 52/23 54/15 56/3 58/3 59/2 59/5 59/15 59/23 60/2 60/6 60/11 61/19 61/20 61/25 62/10 62/11 62/11 62/11 62/20 63/2 64/20 65/6 65/9 65/9 65/15 65/22 66/7 66/21 66/22 67/15 67/19 67/25 68/2 68/21 68/23 68/24 69/3 69/4 69/5 69/17 70/15
jury's [6]   66/23 67/2 67/8 68/9 69/21 69/24
just [56]   10/1 12/25 14/20 15/8 15/10 15/12 15/17 15/21 15/21 15/22 15/25 17/15 17/17 18/10 18/11 19/22 22/2 22/5 25/15 26/19 26/25 30/4 31/10 31/15 32/9 32/20 33/5 34/12 35/3 35/25 36/25 38/24 47/21 48/3 49/5 49/5 49/6 49/15 51/4 51/14 53/17 54/16 57/5 58/18 61/14 62/19 62/21 62/22 63/9 63/24 66/1 68/10 75/15 77/6 77/7 77/7

## K

KAYE [51]   1/7 8/23 9/3 11/2 11/7 12/22 13/13 13/15 15/14 15/19 15/24 15/25 15/25 17/19 26/13 27/9 27/11 27/12 27/16 29/12 29/20 31/10 32/18 34/15 36/18 37/10 39/18 42/2 42/9 42/21 43/5 43/16 43/21 44/10 44/12

## K

**KAYE... [16]**   45/11 49/4
49/19 56/20 59/21 59/25 60/4
65/19 70/21 71/1 71/20 72/6
75/16 77/7 77/13 77/14
**Kaye's [5]**   19/15 49/20 75/20
75/24 77/18
**keep [2]**   6/21 77/15
**keyboard [1]**   23/20
**kidding [1]**   48/3
**kidnap [1]**   7/22
**kidnapped [1]**   8/22
**kill [1]**   44/9
**killed [1]**   8/22
**kind [2]**   35/3 36/4
**kindly [2]**   16/14 24/13
**knee [1]**   24/19
**knew [2]**   24/12 24/14
**know [53]**   13/24 14/1 17/13
19/14 22/4 22/12 22/21 23/2
23/2 23/11 25/16 29/10 30/5
30/5 30/6 30/12 31/8 31/9
31/20 32/7 32/7 32/11 33/2
34/5 34/5 37/1 38/22 39/6
44/20 48/5 48/25 49/1 49/2
50/6 52/13 53/1 54/15 54/19
54/20 55/16 55/21 56/12
56/14 56/16 56/19 57/2 57/5
57/8 57/8 61/24 64/2 70/7
75/12
**knowingly [8]**   7/9 7/13 7/19
7/23 8/2 22/7 22/12 38/15
**knowledge [7]**   5/10 8/6 22/10
22/19 26/8 26/14 38/19
**known [2]**   77/10 77/10
**knows [5]**   23/18 31/7 32/1
32/10 48/24
**KRISTY [1]**   1/18

## L

**Lab [1]**   27/6
**ladies [11]**   21/2 26/15 42/19
48/11 49/20 51/3 51/8 59/3
59/13 62/19 69/6
**language [1]**   73/3
**lapse [1]**   6/25
**largely [2]**   41/18 43/8
**last [3]**   20/18 21/3 57/1
**later [8]**   9/15 13/23 13/24
15/22 16/18 32/14 65/1 69/12
**Lauderdale [1]**   1/17
**law [22]**   3/9 3/20 3/21 3/23
4/1 5/1 7/11 37/5 39/22
44/17 44/19 47/6 47/20 50/13
50/15 53/24 55/7 65/21 66/16
68/6 69/23 77/11
**lawyers [1]**   4/22
**layman's [1]**   57/18
**lead [2]**   53/21 68/24
**learn [1]**   28/15
**learned [4]**   28/13 28/15
30/21 30/21
**least [6]**   35/9 40/3 52/16
57/8 64/25 71/7
**leave [2]**   54/1 55/2
**leaves [1]**   63/2
**leaving [1]**   50/10

**left [7]**   14/2 24/18 24/21
32/16 52/23 55/18 70/15
**legal [4]**   5/13 56/25 64/9
73/24
**legit [2]**   30/7 30/7
**lenity [1]**   68/4
**lens [2]**   41/19 41/20
**less [7]**   43/17 47/11 47/17
48/4 48/7 48/19 63/14
**let [10]**   3/1 14/1 36/25 38/6
39/5 42/21 54/19 62/17 63/25
76/10
**let's [9]**   13/1 36/6 38/24
45/18 47/8 47/9 49/24 49/25
74/22
**letter [3]**   35/18 55/10 70/11
**letting [2]**   34/4 52/12
**level [2]**   57/7 76/1
**levels [1]**   21/12
**liberal [1]**   41/20
**liberty [2]**   40/20 40/20
**life [4]**   21/15 21/18 28/15
28/16
**life's [1]**   38/3
**lifetime [1]**   41/8
**light [1]**   72/4
**like [25]**   12/11 15/25 28/12
30/24 31/3 32/4 32/6 32/25
33/2 35/4 35/5 35/17 39/8
40/1 41/11 42/24 43/3 45/22
47/22 50/8 56/4 60/6 62/2
63/6 64/8
**like-minded [1]**   30/24
**likelihood [3]**   72/20 73/5
74/7
**likely [3]**   72/25 73/10 76/8
**limited [2]**   40/14 40/15
**limits [5]**   44/1 44/9 45/10
45/14 50/24
**line [9]**   11/3 11/8 11/8 43/6
43/6 44/10 44/17 45/16 46/15
**listen [1]**   59/14
**listened [2]**   55/6 68/11
**listener [3]**   18/6 24/25 48/8
**little [6]**   37/6 39/23 62/21
62/24 63/3 72/11
**live [1]**   45/16
**living [1]**   28/11
**logical [1]**   67/3
**long [4]**   14/22 56/15 69/22
70/7
**longer [3]**   54/16 54/20 70/3
**look [8]**   29/23 32/25 33/18
35/5 40/1 50/8 52/18 74/18
**looked [3]**   21/17 28/23 33/19
**looking [5]**   24/13 28/19
29/12 64/11 74/5
**lose [4]**   53/20 54/11 56/13
75/18
**lost [1]**   71/20
**lot [8]**   31/12 40/5 44/2 44/6
44/12 46/4 47/5 54/10
**lots [1]**   35/13
**loud [1]**   59/14
**love [1]**   43/20
**loves [2]**   43/16 43/22
**lunch [4]**   51/13 52/18 55/22
56/1

**luncheon [1]**   57/15
**lungs [1]**   41/7
**Lyndon [1]**   40/11

## M

**mad [7]**   16/5 23/21 24/19
25/16 25/17 25/18 25/23
**made [28]**   8/12 8/21 9/2 22/3
22/24 24/2 24/5 24/20 25/23
25/25 26/6 26/7 26/10 26/13
28/11 29/5 30/3 30/17 35/11
39/3 46/5 46/22 50/9 50/21
67/10 74/12 76/18 76/20
**MAGA [3]**   30/25 34/6 41/21
**mail [1]**   46/9
**Maine [1]**   75/1
**maintained [1]**   34/2
**maintains [1]**   64/21
**majority [1]**   51/23
**make [36]**   2/5 5/6 15/23
16/12 17/9 24/7 25/20 26/7
27/1 27/17 28/2 29/8 32/14
32/17 32/24 35/15 36/14 42/8
43/2 47/11 47/16 48/3 48/7
48/19 53/25 57/2 61/19 62/3
62/7 66/21 73/5 73/15 74/10
75/15 76/4 77/9
**makes [6]**   15/7 35/5 66/23
68/4 71/18 76/4
**making [10]**   5/20 33/2 34/15
45/21 62/1 64/12 68/21 71/9
75/11 77/9
**manager [1]**   45/25
**mandatory [1]**   71/17
**manner [2]**   56/24 56/24
**many [7]**   11/20 19/15 29/3
42/3 51/21 53/7 69/19
**marijuana [4]**   27/3 27/4
36/19 76/19
**MARK [1]**   1/14
**marketplace [1]**   43/12
**Marshal [4]**   11/16 11/17
11/24 76/14
**math [1]**   53/2
**matter [6]**   5/23 12/8 23/23
23/24 26/2 37/3 49/13 50/2
78/2
**matters [2]**   5/4 35/6
**may [26]**   2/21 5/2 5/5 5/13
5/20 7/2 12/12 18/8 21/5
28/4 28/5 28/6 41/18 52/24
53/6 53/12 59/4 59/15 59/16
62/10 68/2 68/17 68/19 68/21
69/7 73/17
**Maya [1]**   44/21
**maybe [14]**   32/9 32/9 32/10
32/10 32/10 32/11 33/19
35/17 49/8 52/18 55/13 56/16
62/4 72/11
**me [24]**   3/1 3/5 11/14 11/17
11/20 11/23 11/25 17/12 20/5
23/12 24/8 24/15 27/19 32/5
39/5 39/6 39/7 42/21 48/15
56/6 58/8 58/18 62/17 76/10
**mean [5]**   5/16 6/21 38/21
49/23 50/1
**means [9]**   7/19 8/7 37/23
37/24 40/20 40/20 41/12

**M**

means... [2]   52/10 59/13
meant [1]   30/6
media [10]   14/6 14/17 14/18
28/19 30/23 31/20 34/9 41/4
49/13 54/6
medical [8]   75/24 76/5 76/6
76/19 76/23 76/24 77/16
77/18
meet [4]   13/16 13/17 13/19
73/3
meeting [2]   23/25 28/18
Meister [2]   74/23 75/7
Melanie [9]   2/3 51/10 52/22
54/1 54/14 55/13 55/22 70/8
70/16
members [4]   2/21 3/8 10/17
45/12
memories [1]   10/14
memory [3]   6/7 6/25 10/10
mentioned [3]   41/19 53/15
75/19
menu [2]   52/19 55/22
merely [1]   67/14
message [13]   8/2 8/4 11/15
14/2 22/7 22/9 22/12 22/13
32/16 38/15 38/18 46/6 46/9
messages [2]   24/9 24/18
method [4]   24/16 46/14 46/15
47/2
methods [5]   46/5 46/11 46/16
46/17 46/25
middle [1]   39/12
might [9]   28/20 30/16 35/17
37/1 37/3 38/4 39/23 39/25
54/10
MILITELLO [2]   1/18 41/25
mind [5]   6/21 9/25 16/11
21/7 63/10
minded [1]   30/24
minute [2]   2/1 51/15
minutes [3]   16/18 27/25 55/1
misstated [1]   6/24
misstatement [1]   7/2
mistake [5]   6/21 7/20 29/8
36/14 68/3
mistrial [4]   53/22 65/11
66/9 69/3
mix [1]   27/6
modern [1]   41/6
moment [16]   2/25 7/12 31/10
32/12 32/18 45/5 47/8 48/2
51/10 52/21 53/11 56/12
57/24 61/14 61/16 70/16
moments [1]   63/25
Monday [1]   40/18
money [1]   48/15
months [3]   31/20 36/14 76/18
Monument [1]   40/8
more [22]   2/1 24/4 30/24
31/2 34/19 35/5 42/2 42/8
43/17 45/13 47/15 56/5 58/9
62/21 63/4 63/7 63/17 65/19
66/16 69/13 71/22 72/11
morning [7]   12/15 12/16 28/7
28/8 42/19 49/19 69/12
Morris [1]   66/18

most [9]   4/15 10/8 12/21
31/24 36/1 38/1 38/3 53/17
67/24
motherfucker [2]   17/13 23/12
motherfucking [1]   16/11
motion [4]   69/2 72/20 73/6
74/7
motions [1]   66/8
motive [2]   25/14 25/14
move [5]   24/7 27/17 28/5
53/8 65/11
moved [2]   21/14 53/16
movement [1]   30/25
movie [1]   44/3
moving [2]   66/6 72/7
Mr [9]   22/15 26/16 34/1
36/24 43/7 45/7 48/10 48/20
48/20
Mrs. [2]   42/2 77/16
Mrs. Kaye [1]   42/2
Ms Richardson [1]   77/16
Ms [13]   15/25 15/25 19/15
41/25 42/21 43/21 45/11
49/20 50/17 56/20 71/1 75/24
77/14
Ms. [39]   8/23 9/3 12/22
13/13 13/15 15/14 15/19
15/24 17/19 26/13 27/9 27/11
27/12 27/16 29/12 29/20
31/10 32/18 34/15 36/18
37/10 39/18 42/9 43/5 43/16
44/10 44/11 44/12 49/4 49/19
65/19 70/21 71/20 72/6 75/16
75/20 77/7 77/13 77/18
Ms. Darsch [1]   44/11
Ms. Kaye [36]   8/23 9/3 12/22
13/13 13/15 15/14 15/19
15/24 17/19 26/13 27/9 27/11
27/12 27/16 29/12 29/20
31/10 32/18 34/15 36/18
37/10 39/18 42/9 43/5 43/16
44/10 44/12 49/4 49/19 65/19
70/21 71/20 72/6 75/16 77/7
77/13
Ms. Kaye's [2]   75/20 77/18
much [10]   12/18 25/25 43/21
51/20 51/22 52/22 53/19 63/1
70/13 77/4
multiple [2]   33/1 33/4
murdering [1]   40/7
music [4]   34/16 34/22 63/18
63/19
must [30]   3/9 3/13 3/17 3/18
3/20 3/21 3/22 4/3 4/4 4/20
5/15 5/16 6/24 9/2 9/5 9/7
9/12 9/17 9/17 9/20 9/22
10/9 10/10 10/12 11/12 66/21
66/24 67/2 72/14 72/18
my [20]   3/8 3/21 5/1 17/11
20/5 23/15 27/18 27/21 27/21
27/22 42/5 42/6 42/6 48/14
62/13 65/5 74/1 74/2 74/2
77/6

**N**

name [2]   31/23 35/18
narrow [2]   8/16 44/1
nation [2]   43/10 43/15

national [8]   13/4 17/18
19/22 19/25 20/1 20/3 20/10
25/2
naturally [1]   6/23
nature [1]   71/18
nay [1]   54/6
necessarily [3]   5/22 73/20
73/21
necessary [3]   3/14 67/18
need [19]   17/5 24/15 37/15
37/17 37/18 37/19 38/4 43/18
43/20 45/8 47/14 53/12 54/12
54/23 55/12 56/5 56/8 63/5
70/19
needed [8]   2/5 2/15 13/13
13/16 13/19 38/6 76/19 77/19
needs [3]   32/7 55/14 73/23
neither [2]   47/2 72/8
never [9]   9/12 9/18 14/2
14/3 23/25 33/20 39/7 47/23
70/7
new [3]   72/21 73/6 74/7
news [2]   45/22 45/24
newsman [1]   45/23
next [2]   40/18 62/22
nice [2]   2/22 70/13
night [1]   14/19
Nine [1]   24/25
no [70]   1/3 2/16 5/13 18/25
19/1 19/2 19/5 19/17 20/1
20/2 22/13 22/14 24/20 25/17
26/1 26/1 26/20 27/5 27/22
29/8 30/18 31/13 33/1 33/15
33/23 33/25 34/8 34/9 34/10
34/11 34/11 36/7 36/10 36/11
36/12 36/12 36/14 40/3 43/21
44/14 44/24 44/25 45/1 48/2
48/3 48/18 48/23 49/21 50/19
50/25 50/25 53/16 54/3 54/15
54/20 56/11 60/8 61/22 62/7
63/10 64/6 66/8 66/20 67/14
69/16 70/3 70/21 72/22 73/7
74/21
Nobody [1]   68/18
noise [1]   62/25
none [2]   28/21 28/24
nonetheless [1]   43/15
nonspeculative [1]   66/20
not [161]
not affect [1]   9/7
not taking [1]   73/21
note [4]   10/7 52/12 57/17
58/8
Note-taking [1]   10/7
notes [6]   10/7 10/9 10/11
10/13 10/14 20/5
nothing [7]   23/4 30/8 33/21
34/11 52/1 61/19 77/20
notice [4]   15/4 15/6 16/3
16/20
noticed [1]   53/3
notified [2]   18/13 21/12
now [24]   10/23 11/14 14/17
16/5 22/12 29/24 30/20 31/7
31/9 33/22 38/10 39/21 50/18
54/11 54/18 55/1 55/1 55/20
56/2 62/4 71/20 73/2 76/18

**N**

now... [1]  76/22
NTOC [14]  13/10 18/11 18/13
  18/23 20/3 20/7 20/8 20/10
  20/21 20/21 20/23 21/11
  21/13 25/2
number [29]  5/21 7/7 23/7
  23/10 23/14 24/9 33/17 33/17
  50/4 52/15 52/20 52/20 54/1
  55/20 59/20 59/22 60/13
  60/15 60/17 60/19 60/21
  60/23 60/25 61/2 61/4 61/6
  61/8 61/10 70/25
numbers [1]  53/17

**O**

o'clock [1]  32/16
oath [2]  64/24 65/3
objection [7]  17/21 19/4
  19/17 19/24 50/12 50/15
  72/10
objections [3]  12/4 12/8
  70/21
observe [1]  6/9
observed [1]  15/15
obtained [1]  29/1
obvious [2]  36/22 47/1
occasions [1]  53/7
occurred [3]  7/16 36/1 69/17
off [10]  14/3 21/19 21/24
  23/20 23/25 24/20 30/18
  35/12 46/10 77/6
offense [6]  7/4 7/12 7/16
  71/18 75/4 75/4
offensive [1]  40/25
office [12]  1/15 1/19 13/11
  21/12 21/16 25/6 25/7 28/25
  30/11 35/12 45/24 45/25
officer [6]  11/16 11/17
  11/24 72/20 72/24 75/10
Official [2]  1/23 78/5
officials [1]  41/2
often [3]  14/6 42/1 68/4
oh [1]  33/20
okay [36]  2/10 2/18 12/14
  18/10 21/2 28/1 28/4 39/22
  42/15 42/18 44/18 46/6 48/15
  49/24 50/1 51/7 55/19 58/23
  58/25 59/8 59/10 61/13 61/14
  61/15 61/18 62/19 63/3 63/24
  64/16 64/17 64/19 66/10
  66/14 70/16 70/24 77/21
old [3]  28/10 45/11 45/15
once [3]  12/23 21/11 44/22
one [48]  2/1 6/1 8/2 8/8 9/7
  9/22 10/16 10/24 11/3 11/21
  14/16 16/19 22/7 24/3 24/3
  24/15 27/14 29/19 33/5 33/5
  33/6 33/17 36/2 39/16 40/16
  40/16 43/16 43/17 44/7 45/10
  45/15 48/2 50/4 53/8 53/15
  54/11 56/17 57/18 58/11
  59/22 61/14 61/16 63/16 65/6
  65/22 70/16 76/12 76/14
online [1]  19/13
only [22]  3/17 4/9 4/20 7/17
  7/25 8/16 8/17 9/9 9/21 10/5

10/9 16/19 17/16 17/23 40/14
  40/15 40/15 40/16 45/12
  45/13 51/4 63/15
Operation [1]  25/2
operational [2]  21/22 25/13
Operations [5]  13/4 17/18
  19/25 20/3 20/11
opinion [2]  4/25 9/24
opinions [1]  41/17
opportunity [5]  6/8 10/9
  26/16 26/17 57/21
oppose [1]  65/13
opposed [1]  19/11
opposition [1]  64/10
optimistic [1]  54/23
order [4]  38/13 56/1 69/18
  73/18
other [41]  6/12 6/13 6/17
  9/8 9/17 9/21 10/13 11/3
  11/21 11/21 15/18 27/3 28/20
  29/10 34/9 39/16 45/13 46/7
  46/16 47/4 47/14 50/17 52/1
  52/10 53/11 54/3 55/12 57/23
  61/19 62/16 64/2 65/7 66/1
  67/13 68/17 70/18 72/25
  73/11 76/6 76/7 76/7
others [2]  10/1 69/25
otherwise [1]  71/17
our [29]  2/18 11/16 21/9
  31/24 39/15 40/19 41/23
  41/23 43/6 43/9 43/10 43/24
  45/14 53/12 53/15 54/11
  54/23 55/9 55/15 57/3 58/15
  59/1 59/5 59/5 59/9 59/11
  69/19 75/25 76/2
out [26]  3/22 8/10 13/14
  16/10 19/12 20/5 26/4 29/13
  31/15 33/6 35/16 39/21 39/25
  46/6 47/15 47/19 48/17 53/8
  55/4 59/14 65/10 66/3 68/16
  70/21 71/1 72/10
outcome [1]  6/6
outside [1]  29/16 54/25
over [10]  2/14 10/2 10/11
  18/5 29/7 36/15 53/22 57/1
  76/3 76/10
overrule [1]  50/15
own [12]  4/15 5/3 5/3 9/24
  38/2 44/25 47/5 47/10 47/16
  49/7 51/1 66/15
owned [2]  40/2 47/7

**P**

p.m [1]  59/2
pages [1]  28/19
PALM [9]  1/2 1/7 1/21 1/24
  13/11 21/11 21/16 25/6 25/7
paper [6]  10/20 11/15 11/24
  52/4 52/16 55/25
Parallel [1]  46/18
parody [16]  15/13 26/20 39/1
  45/19 45/19 45/19 45/20
  45/21 45/24 45/25 46/1 46/2
  48/3 48/5 48/6 50/19
part [4]  5/21 30/24 32/25
  58/15
particular [4]  5/22 6/3 7/13
  46/14

particularly [4]  40/25 41/22
  53/19 56/17
parties [12]  22/15 51/24
  55/3 56/18 56/19 57/6 61/20
  62/22 66/10 69/10 70/19
  75/20
past [1]  71/22
patience [1]  69/7
patriot [3]  23/9 25/16 35/22
patted [1]  30/9
pattern [2]  28/15 28/15
Pauline [3]  1/23 77/5 78/5
Pause [1]  58/1
pay [2]  14/25 59/18
pending [3]  36/11 70/22 72/9
people [9]  6/23 36/15 36/17
  40/13 40/21 42/1 43/1 45/13
  45/14
perceive [1]  48/16
perceived [3]  22/20 26/8
  26/14
percent [5]  27/13 27/13
  27/14 27/23 44/23
perfect [1]  42/8
perform [1]  38/7
performance [6]  15/13 26/20
  26/23 39/17 48/21 50/3
performed [1]  69/14
performing [1]  50/4
perhaps [3]  10/8 62/4 62/15
permit [2]  26/2 28/23
permits [1]  8/15
permitted [1]  10/7
persecuted [1]  44/14
person [27]  5/9 7/11 7/24
  8/4 8/13 8/22 22/9 22/25
  23/20 26/10 26/11 27/15
  27/20 38/16 39/4 40/10 40/12
  44/24 48/8 48/15 50/10 50/20
  72/23 72/25 73/1 73/8 75/5
person's [2]  39/12 73/16
personal [2]  6/5 23/18
perspective [1]  57/6
persuasive [2]  47/1 72/2
pertinent [1]  55/12
Phillip [1]  66/18
phone [10]  14/5 14/5 14/7
  31/7 31/10 35/25 36/16 49/8
  54/1 55/19
phones [4]  36/17 51/11 51/11
  70/9
physical [1]  75/5
physically [1]  8/22
picked [2]  34/2 34/9
piece [4]  10/20 11/15 11/23
  55/25
Pierce [1]  1/24
pigeon [1]  46/9
pin [1]  43/18
Pit [1]  27/6
place [8]  8/8 8/8 8/13 8/21
  22/24 26/11 32/1 39/4
plainly [1]  67/19
Plaintiff [2]  1/5 1/14
plan [2]  21/22 25/13
planned [1]  36/10
planning [1]  28/18
plans [1]  32/14

**P**

**play [8]** 14/24 14/25 16/20 33/8 39/12 71/9 74/13 75/13
**played [6]** 16/2 17/1 33/9 34/18 34/20 51/24
**please [12]** 11/15 33/8 34/17 57/17 58/8 58/10 58/18 59/1 59/8 59/14 59/18 60/11
**plenty [2]** 13/20 16/15
**podium [2]** 12/12 28/5
**poet [1]** 44/21
**point [10]** 2/23 5/22 39/6 39/12 48/14 48/21 51/9 54/5 55/5 69/8
**poking [1]** 45/23
**police [4]** 24/6 24/6 34/3 40/7
**political [6]** 8/24 19/15 23/21 31/17 41/15 42/23
**politics [1]** 42/3
**poll [1]** 60/11
**polled [2]** 59/15 60/6
**polling [1]** 61/19
**poor [1]** 44/25
**portion [1]** 75/14
**portray [1]** 43/3
**portrayed [2]** 31/2 43/4
**portraying [1]** 31/2
**pose [2]** 72/25 73/10
**poses [1]** 72/8
**position [19]** 34/6 35/15 53/8 63/25 64/4 64/6 64/7 64/21 65/14 66/5 70/24 71/8 72/17 74/5 74/6 74/14 76/2 77/10 77/10
**positions [2]** 56/18 56/22
**possibilities [1]** 54/25
**possibility [2]** 54/9 55/3
**possible [5]** 4/8 11/18 12/1 54/12 76/6
**possibly [2]** 32/19 48/18
**post [3]** 33/3 33/6 34/9
**posted [3]** 25/9 33/4 46/15
**posting [1]** 36/18
**posts [1]** 16/18
**potential [1]** 34/5
**potentially [2]** 65/8 72/6
**Powell [1]** 65/25
**prank [3]** 31/8 32/13 32/20
**predicate [1]** 73/24
**prejudice [1]** 3/19
**prepared [3]** 10/19 62/3 69/8
**presence [1]** 31/25
**present [1]** 36/8
**presented [5]** 3/18 33/15 51/2 51/5 68/14
**preserve [1]** 70/2
**President [2]** 30/25 40/11
**presumably [2]** 29/11 74/17
**presume [2]** 43/16 43/20
**presumes [1]** 4/1
**presumption [2]** 3/16 71/21
**previously [1]** 70/22
**primary [1]** 53/9
**principles [1]** 41/23
**prior [8]** 15/8 16/14 17/10 17/15 23/13 23/19 24/14
27/18
**priority [1]** 10/11
**privacy [2]** 49/7 70/2
**private [2]** 24/11 69/22
**privilege [1]** 69/23
**privileges [1]** 69/16
**probable [1]** 67/3
**probably [5]** 31/23 41/17 42/2 42/3 76/18
**problem [5]** 19/3 20/13 20/14 20/15 65/7
**problems [1]** 52/11
**procedures [1]** 13/8
**proceed [1]** 21/8
**proceedings [6]** 1/10 18/9 21/1 61/17 62/18 78/2
**produce [2]** 4/3 37/13
**production [1]** 63/11
**profane [1]** 65/19
**profanity [5]** 15/5 16/21 23/8 24/4 50/16
**professional [1]** 56/24
**proffer [1]** 76/4
**prompt [1]** 69/12
**promptly [1]** 11/18
**proof [16]** 4/7 4/9 4/13 4/13 5/11 11/1 11/6 32/2 37/7 37/16 37/23 37/24 37/25 38/8 59/24 60/3
**prop [1]** 39/11
**proper [2]** 50/13 58/5
**property [2]** 46/24 75/6
**proposition [2]** 67/17 67/18
**prosecute [1]** 41/11
**prosecuted [1]** 25/17
**prosecuting [2]** 16/6 17/7
**prosecution [1]** 36/11
**protect [2]** 42/5 42/9 43/15
**protected [2]** 8/24 44/13
**protecting [1]** 40/22
**protects [8]** 39/16 39/16 40/4 40/5 40/6 40/12 40/13 40/14
**protesting [1]** 41/8
**protocols [1]** 21/15
**prove [18]** 4/2 4/3 4/7 5/12 7/15 7/17 8/9 14/21 25/14 26/4 26/5 26/6 37/8 38/14 38/20 39/17 46/14 47/20
**proved [3]** 3/14 4/16 8/1
**proven [2]** 22/3 26/12
**provide [2]** 58/5 70/17
**providing [2]** 51/25 52/2
**proving [1]** 33/14
**provision [2]** 2/4 73/15
**proximity [1]** 56/8
**public [3]** 1/19 24/17 41/25
**publication [2]** 59/15 59/18
**publicly [2]** 24/9 41/1
**publish [1]** 59/12
**published [1]** 59/17
**pull [1]** 20/5
**pulling [1]** 32/13
**punishing [2]** 49/14 49/15
**punishment [3]** 9/4 9/13 9/14
**purchased [1]** 39/25
**purpose [1]** 29/19
**purposes [1]** 75/11

**pursuit [1]** 26/21
**put [8]** 11/8 26/23 35/16 40/9 48/1 52/11 55/21 57/8
**puts [1]** 32/24
**putting [4]** 35/18 47/24 49/12 56/1

**Q**

**Qaeda [2]** 29/3 45/13
**quality [1]** 56/25
**question [6]** 11/15 11/22 11/23 26/25 72/15 73/2
**questioned [1]** 27/10
**questioning [1]** 16/1
**questions [10]** 5/25 6/10 15/16 15/17 15/18 26/24 30/18 56/3 56/10 57/14
**quickly [3]** 12/1 25/8 63/8

**R**

**rally [1]** 31/17
**random [1]** 23/20
**randomly [1]** 35/3
**rap [1]** 40/6
**rather [3]** 8/24 41/20 53/4
**rational [1]** 66/20
**rationally [1]** 67/15
**reach [6]** 5/6 9/23 54/12 55/3 65/6 68/2
**reached [5]** 13/14 51/8 54/15 54/20 67/23
**reaction [2]** 24/19 24/25
**read [7]** 3/4 10/23 22/5 22/15 37/22 59/14 60/13
**reading [1]** 3/2
**reads [1]** 10/24
**ready [1]** 2/2
**real [19]** 4/10 10/4 15/14 15/24 15/25 29/12 29/22 34/10 39/1 39/19 48/4 48/7 48/16 48/19 48/22 50/7 50/8 68/1 77/6
**realize [1]** 33/4
**realized [1]** 65/2
**really [11]** 13/2 32/8 32/11 35/4 35/7 36/2 42/13 47/9 53/17 69/13 74/20
**realm [1]** 54/25
**realtime [1]** 18/11
**reason [8]** 4/11 6/3 13/17 19/2 34/2 34/10 53/16 67/14
**reasonable [42]** 3/15 4/4 4/6 4/9 4/10 4/13 4/17 7/17 8/1 8/13 8/21 9/1 11/1 11/6 14/13 14/21 18/15 18/16 22/3 22/25 26/10 26/11 26/12 32/10 33/15 37/7 37/9 37/17 37/20 37/22 37/24 37/25 38/9 39/4 39/18 48/8 48/15 50/10 50/20 59/24 60/3 66/22
**reasonably [2]** 7/18 14/22
**reasoning [1]** 5/5
**reasons [13]** 13/19 23/3 47/2 70/25 72/9 73/16 74/19 74/21 75/11 75/14 75/22 76/6 76/12
**received [3]** 13/5 18/11 57/17
**receiving [1]** 19/17

**R**

recess [6]  57/15 58/24 62/15
62/24 64/18 77/2
recognize [2]  43/23 45/8
recognized [2]  69/20 75/9
recognizes [1]  43/6
recollection [2]  5/3 10/11
recommendation [5]  57/25
73/22 73/23 73/25 73/25
recommended [2]  72/22 73/7
recommending [1]  74/8
reconcile [2]  66/20 66/22
reconciled [2]  67/2 67/15
record [13]  12/8 14/6 70/20
71/7 71/15 71/25 73/19 75/16
76/18 76/21 77/5 77/6 78/2
recorded [2]  12/22 12/24
records [5]  14/17 14/18
28/22 33/1 36/16
red [1]  48/9
redacted [2]  2/3 55/24
redirect [1]  36/24
reexamine [1]  9/24
refer [6]  7/8 58/3 58/6 58/9
58/10 58/18
reference [1]  74/12
referenced [1]  75/10
refers [1]  63/12
reflect [1]  67/3
regard [2]  54/16 76/3
regarding [4]  20/18 21/4
76/4 77/17
Regardless [1]  66/4
Reider [1]  66/17
related [2]  13/6 36/7
relates [1]  63/15
relating [3]  9/6 21/7 54/6
release [1]  76/16
releasing [1]  54/19
relevant [6]  8/17 18/5 18/18
37/2 40/16 67/3
relied [1]  69/19
rely [2]  4/14 38/1
remain [4]  52/21 56/7 69/22
71/1
remaining [2]  70/21 71/9
remand [5]  71/10 71/16 72/19
73/18 77/13
remanded [3]  72/15 76/13
77/12
remark [4]  8/11 8/20 22/23
39/2
remember [5]  6/23 10/4 25/25
41/23 49/19
remembers [1]  6/22
remorse [1]  44/24
remote [1]  54/9
remove [1]  2/5
removed [2]  2/4 16/19
render [1]  51/3
rendered [1]  56/13
Reno [1]  46/1
repeatedly [1]  44/12
repercussions [1]  41/1
Report [1]  45/22
Reporter [2]  1/23 78/5 78/6
represent [2]  42/1 75/25

representations [1]  74/11
representative [1]  56/20
represented [2]  56/20 57/7
representing [2]  56/23 76/2
request [1]  65/13
requested [1]  63/5
requests [1]  64/12
require [2]  47/20 72/13
required [1]  70/3
requirements [1]  70/6
requires [1]  44/19
requiring [1]  46/14
rescue [1]  77/8
research [4]  47/15 54/7
66/15 72/16
researched [1]  28/22
respect [7]  44/19 44/20 67/7
71/8 71/18 75/19 77/10
respects [2]  59/17 68/17
respond [4]  11/18 56/6 57/25
75/15
response [3]  12/1 65/12
76/11
responsibility [2]  45/1
54/24
rest [3]  52/21 70/13 70/14
restate [1]  20/19
restrictions [2]  8/15 54/3
result [1]  12/24
return [2]  11/13 70/9
returns [3]  2/20 59/2 69/5
review [9]  13/9 13/11 21/12
25/7 54/5 62/13 67/16 67/20
68/8
reviewed [1]  36/25
reviews [1]  62/6
rhetoric [1]  41/3
Ricardo [1]  2/19
Richardson [1]  77/16
ridiculous [1]  42/10
right [49]  2/1 3/4 15/23
16/7 16/9 16/10 16/11 16/12
17/5 17/6 17/8 25/18 27/1
31/16 33/20 35/3 38/14 38/20
38/25 40/6 40/21 41/5 42/21
44/7 44/14 44/15 45/25 46/5
46/7 46/11 47/12 47/25 48/16
50/5 51/8 52/24 53/8 53/16
55/20 57/16 58/12 58/21 62/4
63/1 63/3 63/24 69/6 76/21
77/9
rights [1]  42/22
riot [1]  31/17
rises [1]  75/25
risk [1]  72/8
ROBIN [2]  1/11 1/23
rockets [1]  46/10
role [4]  53/5 53/14 53/22
55/5
Romero [1]  67/5
room [12]  3/12 10/16 11/11
36/4 41/16 42/12 49/17 51/9
51/16 62/20 62/20 69/17
ROSENBERG [3]  1/3 1/11 1/23
rules [4]  3/9 54/4 54/17
70/3

**S**

safe [1]  30/12
safety [1]  21/15
said [38]  4/19 4/24 5/2 6/18
8/12 8/19 8/20 13/19 13/20
13/22 14/2 15/10 16/15 21/20
22/23 27/15 30/1 30/19 31/12
35/13 37/24 39/3 39/14 41/10
42/10 42/24 43/1 44/12 44/16
44/22 46/22 48/2 48/13 49/9
49/18 65/4 67/7 67/24
sake [2]  47/10 49/25
same [12]  14/4 14/5 17/9
23/12 39/14 41/15 54/17 55/5
65/1 65/2 65/3 65/4
Santoro [2]  74/21 75/1
satisfied [3]  22/16 24/2
72/7
saw [3]  17/19 18/11 26/22
say [37]  4/17 4/17 4/22 5/15
5/18 6/18 11/7 14/18 16/7
16/8 18/21 19/11 20/10 20/21
20/22 23/5 25/18 39/7 39/13
39/21 40/7 40/24 48/13 48/15
48/20 56/14 58/8 58/14 58/18
64/1 67/22 68/10 69/9 73/9
73/13 73/21 74/4
saying [4]  35/3 40/9 62/8
68/18
says [13]  11/7 14/17 16/23
26/24 32/2 32/3 32/4 32/4
36/1 48/20 57/17 66/19 70/8
scheduling [1]  70/18
Schlaen [1]  66/2
SCOTT [1]  1/19
scoured [1]  28/19
script [3]  32/23 33/22 33/23
scripted [1]  31/1
search [3]  29/17 29/17 64/25
searched [1]  30/10
seated [5]  2/22 52/24 53/1
59/4 69/7
seats [1]  53/18
second [17]  17/18 18/24 19/6
19/6 19/18 20/20 21/5 21/8
21/10 24/3 43/16 44/6 47/24
47/25 62/17 63/15 74/22
seconds [1]  27/25
secret [1]  9/18
Section [12]  7/23 71/12
71/12 71/12 71/13 72/13
72/19 73/14 74/5 74/18 75/3
75/10
sections [1]  73/12
Security [3]  11/16 11/17
11/24
see [29]  7/14 15/2 16/21
16/22 16/23 16/24 24/10
24/12 24/16 24/23 24/24
28/22 35/17 41/18 43/18
43/20 47/6 47/15 53/19 54/13
55/4 55/13 57/13 57/24 58/21
62/13 64/9 74/22 76/14
seek [1]  10/5
seeking [1]  71/16
seem [3]  6/7 35/4 73/15
seemingly [1]  68/3

**S**

**seen [3]** 14/24 31/21 39/7
**seizure [6]** 76/17 76/17
 76/19 76/21 76/25 77/8
**selection [1]** 51/17
**self [2]** 23/8 48/6
**self-identifies [1]** 23/8
**self-serving [1]** 48/6
**send [5]** 7/24 8/8 46/8 46/9
 65/9
**sending [2]** 33/6 35/17
**sense [4]** 4/11 5/6 12/25
 38/25
**sent [18]** 8/2 8/4 13/10 19/9
 19/10 19/13 19/22 19/24 22/7
 22/9 22/12 22/13 25/6 35/10
 38/15 38/18 46/6 62/10
**sentence [5]** 70/23 72/9
 72/22 73/8 74/9
**sentencing [5]** 70/17 70/19
 72/5 74/9 77/17
**separate [2]** 7/6 9/5
**separately [1]** 9/6
**serious [12]** 8/11 8/19 22/23
 29/22 30/6 39/2 39/20 47/11
 47/17 50/18 72/5 77/7
**seriously [7]** 21/21 25/1
 25/8 25/11 25/13 29/6 29/8
**seriousness [1]** 47/13
**serve [1]** 54/13
**served [1]** 55/5
**service [5]** 55/9 55/17 69/11
 69/13 70/13
**serving [1]** 48/6
**set [4]** 24/10 28/13 44/1
 75/2
**seven [2]** 16/17 24/9
**several [1]** 31/20
**SHANNON [1]** 1/15
**share [1]** 26/18
**she [354]**
**she's [5]** 30/24 30/25 31/11
 31/11 34/22
**shirt [1]** 27/15
**shoot [18]** 15/11 16/13 16/24
 17/10 21/21 23/15 25/10
 25/21 27/23 29/9 29/10 39/7
 39/13 44/9 44/16 46/10 48/18
 49/9
**short [1]** 64/18
**shortly [2]** 51/20 52/18
**should [17]** 5/1 5/17 6/15
 51/20 52/11 53/20 54/6 57/6
 57/8 57/16 58/13 58/16 62/4
 64/4 69/22 71/1 77/12
**shouldn't [3]** 4/24 5/7 76/13
**shout [1]** 41/7
**show [10]** 18/6 31/6 32/15
 32/25 39/1 41/10 44/9 45/21
 49/2 68/1
**showed [3]** 27/3 29/4 44/24
**showing [3]** 2/3 30/4 68/15
**shown [3]** 43/5 73/16 75/21
**shows [1]** 67/24
**sic [1]** 25/25
**sick [1]** 38/4
**side [1]** 60/6

**sidebar [8]** 18/9 21/1 61/15
 61/17 62/18 62/25 63/4 63/5
**sight [1]** 75/18
**sights [1]** 40/11
**sign [2]** 11/9 11/12
**signature [2]** 2/5 78/6
**signed [2]** 57/19 60/4
**significance [1]** 7/1
**similar [4]** 64/23 68/17
 68/19 68/20
**simple [1]** 6/21
**simply [3]** 10/2 17/15 43/4
**since [2]** 31/20 71/21
**single [1]** 3/22
**sitting [3]** 23/20 49/2 53/3
**situated [2]** 51/17 52/18
**six [2]** 16/17 24/2
**small [2]** 55/8 70/9
**smiling [1]** 15/17
**Smith [19]** 13/12 13/14 13/25
 14/14 14/15 21/19 25/8 29/14
 29/24 30/4 30/15 30/16 31/5
 31/23 31/25 32/9 36/24 39/24
 64/24
**Smith's [1]** 31/7
**smokes [1]** 27/4
**smoking [1]** 36/19
**so [93]**
**social [9]** 14/6 14/17 14/18
 28/19 30/23 31/19 34/9 41/4
 49/12
**society [1]** 69/19
**some [15]** 6/17 6/23 23/3
 23/19 23/21 26/18 28/19
 28/23 31/21 41/17 67/13
 68/19 68/19 69/15 75/19
**somebody [5]** 29/10 29/19
 32/12 44/22 48/22
**someone [10]** 31/22 32/13
 35/3 35/5 37/19 39/11 41/9
 49/5 49/14 63/7
**someplace [1]** 37/2
**something [19]** 6/18 6/19
 6/24 8/7 8/11 8/20 29/11
 30/19 33/21 36/4 37/4 39/3
 40/25 45/8 53/9 53/10 53/12
 56/4 58/9
**sometimes [6]** 11/22 43/14
 43/14 43/15 53/11 56/13
**somewhere [1]** 34/10
**son [1]** 29/18
**song [5]** 24/5 24/6 34/1 34/3
 34/9
**soon [2]** 44/16 63/1
**sorrow [1]** 77/6
**sorry [1]** 74/22
**sound [2]** 33/2 43/2
**sounds [1]** 39/8
**SOUTHERN [1]** 1/1
**speak [8]** 10/18 12/19 41/1
 55/16 64/1 67/25 69/24 69/25
**speaking [1]** 51/13
**speaks [1]** 74/19
**special [4]** 13/24 14/25
 16/14 69/15
**specific [6]** 3/14 9/10 9/12
 23/10 24/5 72/12
**specifically [2]** 49/21 58/12

**specificity [1]** 50/17
**speech [8]** 8/16 8/17 8/24
 17/9 40/6 40/23 43/12 43/13
**spend [1]** 41/8
**spent [2]** 16/6 28/14
**spirit [2]** 45/6 45/7
**spoke [2]** 47/23 48/2
**spoken [1]** 30/20
**square [2]** 41/5 41/6
**stage [2]** 39/10 39/11
**stages [1]** 32/23
**stalking [1]** 34/4
**stand [5]** 25/5 27/9 41/5
 44/25 48/13
**standby [1]** 54/16
**start [2]** 37/6 38/24
**started [1]** 12/17
**state [5]** 8/8 8/9 18/11 21/7
 71/15
**stated [1]** 22/2
**statement [5]** 20/18 21/3
 23/17 33/16 50/13
**statements [3]** 6/15 8/23 9/2
**STATES [19]** 1/1 1/4 1/11
 1/15 8/15 28/9 28/25 33/14
 40/12 59/21 65/25 66/2 67/5
 67/9 74/21 75/1 75/3 75/7
 75/10
**status [1]** 77/16
**statute [1]** 73/3
**statutes [1]** 71/8
**stay [1]** 69/12
**stays [1]** 28/16
**steam [2]** 23/21 24/20
**step [4]** 41/22 56/22 62/20
 62/22
**Stephen [1]** 45/22
**steps [1]** 64/13
**Steve [2]** 45/24 45/25
**Stewart [1]** 45/20
**still [5]** 24/23 53/10 53/12
 54/5 62/11
**Stipes [2]** 1/23 78/5
**stipulation [1]** 22/14
**stop [2]** 14/1 23/12
**stories [1]** 45/5
**story [1]** 35/23
**street [3]** 39/6 46/1 55/1
**streets [1]** 30/18
**stretching [1]** 40/2
**strike [1]** 19/19
**strongly [1]** 56/17
**stupid [1]** 42/10
**subject [6]** 12/3 12/7 63/13
 68/12 68/13 68/24
**submit [1]** 49/20
**submitted [6]** 17/24 18/17
 19/12 19/15 20/22 25/2
**subpoena [1]** 70/7
**Subsection [3]** 73/15 74/18
 75/14
**substantial [3]** 72/20 73/5
 74/6
**substantially [2]** 65/4 68/20
**substantive [1]** 7/12
**success [1]** 26/22
**such [6]** 5/10 22/20 26/8
 26/14 34/6 76/8

**S**

**sufficient [2]**   68/22 76/8
**suggest [4]**   5/24 47/22 48/11 49/24
**Suite [1]**   1/20
**superseding [11]**   2/3 3/24 7/5 7/8 9/10 10/22 55/23 58/3 58/9 58/10 58/19
**supervisor [3]**   21/14 21/17 25/7
**supporter [2]**   30/25 34/7
**supporting [1]**   41/21
**suppose [1]**   47/9
**supposed [1]**   70/7
**Supreme [3]**   67/19 67/19 67/22
**sure [10]**   2/6 32/11 37/17 38/5 38/10 53/25 54/19 55/14 61/19 71/11
**surgery [2]**   38/4 38/6
**surname [1]**   31/24
**surrounded [1]**   30/10
**surveillance [1]**   28/14
**suspect [3]**   41/15 41/17 66/16
**SUZANNE [6]**   1/7 11/2 11/6 59/21 59/24 60/3
**swore [2]**   64/24 65/2
**sympathy [1]**   3/19
**system [2]**   57/2 57/3

**T**

**tag [2]**   24/15 46/8
**tagged [1]**   35/9
**take [17]**   10/7 11/10 24/7 27/17 29/17 29/19 34/7 49/24 49/25 50/9 51/14 52/15 56/12 57/24 62/15 63/24 68/8
**taken [6]**   10/8 56/18 57/15 58/24 64/18 77/8
**taking [8]**   10/7 64/1 64/4 64/5 64/7 73/20 73/21 74/14
**talk [23]**   8/11 13/1 13/20 14/14 16/8 16/15 17/6 22/23 24/20 26/17 29/25 31/25 32/3 32/4 37/6 39/2 40/7 45/18 48/1 49/4 57/22 69/17 70/4
**talked [5]**   29/18 34/25 38/11 43/7 50/17
**talking [18]**   11/18 17/3 18/21 34/3 34/4 35/2 35/10 35/21 35/22 37/6 37/16 37/16 38/8 38/24 38/25 46/12 49/7 73/13
**talks [3]**   35/20 40/8 74/20
**target [1]**   23/10
**tea [2]**   32/24 33/11
**team [2]**   13/7 25/4
**telephone [1]**   13/15
**tell [10]**   6/3 11/20 11/23 16/10 17/3 17/8 26/3 40/21 44/15 53/7
**telling [6]**   6/1 6/22 35/23 49/22 49/23 50/2
**tells [3]**   32/2 34/10 44/22
**ten [3]**   25/14 28/17 55/11
**tend [2]**   5/12 6/23
**terminally [1]**   75/12

**terms [5]**   57/18 70/22 71/23 72/2 72/6
**terrific [1]**   77/3
**terrorism [1]**   29/2
**terrorists [1]**   45/12
**testified [11]**   6/9 6/16 26/21 27/4 27/6 27/8 30/21 33/20 33/22 37/11 64/24
**testify [2]**   19/2 37/11
**testifying [1]**   5/22
**testimony [11]**   4/21 5/9 5/19 6/12 6/12 6/19 10/15 14/19 18/22 29/21 49/19
**than [15]**   10/14 41/20 43/17 47/15 53/4 54/3 58/5 61/19 63/7 66/16 69/13 70/18 71/22 76/6 76/7
**thank [15]**   27/24 42/14 42/17 51/6 51/7 57/10 57/11 57/12 59/9 61/13 63/1 69/7 69/9 70/13 71/19
**thanking [1]**   55/16
**Thanks [3]**   2/19 52/22 77/3
**that [536]**
**that's [5]**   2/12 24/15 33/11 34/23 74/21
**the attorney [1]**   73/7
**the conviction [1]**   65/23
**theater [4]**   44/3 48/25 49/1 50/19
**their [24]**   3/11 13/6 13/7 13/8 16/10 16/24 21/15 25/4 25/21 29/4 29/21 34/13 34/25 35/15 37/10 49/10 49/15 49/15 49/16 54/24 57/7 59/16 68/1 69/22
**theirs [1]**   41/8
**them [35]**   6/11 6/23 16/8 16/10 17/7 17/8 23/19 24/15 25/22 25/24 29/3 29/9 30/22 35/9 35/9 35/10 35/10 35/11 40/7 44/9 44/22 46/8 48/1 49/15 50/25 55/13 55/23 57/19 58/5 58/5 58/7 61/21 62/17 64/7 71/11
**themselves [2]**   12/20 44/15
**then [21]**   2/2 2/13 3/11 11/12 15/3 21/16 25/4 26/16 32/3 32/15 39/13 40/2 44/9 55/23 64/6 64/11 67/5 71/2 72/18 73/17 74/17
**Theory [1]**   8/14
**there [114]**
**there's [9]**   11/8 30/8 33/21 33/24 34/10 34/11 34/11 41/16 63/10
**therefore [2]**   21/18 69/23
**therein [1]**   44/1
**Thereupon [21]**   2/20 16/2 17/1 18/9 21/1 33/9 34/18 34/20 52/23 55/18 57/15 58/24 59/2 61/17 62/18 63/2 64/18 69/5 70/15 77/2 77/22
**these [18]**   3/10 22/6 23/5 24/9 25/14 27/11 29/3 33/3 34/23 41/18 41/22 46/7 47/2 53/20 58/15 65/14 65/20 77/13

**they [129]**
**thing [1]**   2/12
**things [17]**   6/9 6/23 15/1 26/18 31/14 35/4 36/2 40/5 40/14 42/24 43/1 44/2 44/6 46/7 46/10 47/4 75/19
**think [38]**   10/1 20/6 30/15 30/16 31/12 32/8 32/12 34/21 36/18 36/20 36/22 37/3 38/3 42/9 42/12 43/11 45/2 47/8 47/8 48/22 49/18 49/22 50/7 55/12 57/1 58/2 58/4 58/13 58/16 65/6 65/8 71/3 71/6 71/14 73/19 73/20 76/8 76/14
**thinks [3]**   16/5 44/13 48/5
**third [1]**   24/4
**this [116]**
**those [18]**   9/12 21/12 31/14 44/19 44/20 45/5 45/13 46/1 46/11 46/24 47/1 51/12 58/6 65/16 68/21 72/2 72/9 74/10
**though [2]**   54/18 68/16
**thought [4]**   8/20 21/5 31/1 33/5
**thoughts [2]**   41/3 42/6
**thousands [2]**   31/12 36/16
**threat [98]**
**threaten [2]**   35/8 49/5
**threatened [2]**   35/14 75/5
**threats [7]**   8/18 8/24 9/2 29/7 33/3 35/2 65/17
**three [13]**   12/23 15/8 16/14 17/10 23/10 23/13 23/19 24/2 24/13 24/21 27/18 35/25 65/3
**through [22]**   13/2 18/22 18/23 20/4 20/6 20/7 20/8 21/12 25/1 41/3 41/3 41/4 41/19 41/20 45/20 46/9 46/21 46/22 46/23 55/22 64/13 68/3
**thumb [4]**   52/3 52/6 52/8 52/15
**TIES [1]**   25/5
**TikTok [21]**   15/21 15/21 15/22 15/22 26/25 27/1 28/11 29/5 30/22 31/11 32/22 33/7 34/15 34/22 35/15 35/16 35/21 49/5 49/6 63/16 63/19
**time [25]**   6/18 11/14 11/21 12/10 13/20 14/5 14/8 14/9 14/9 14/18 16/15 24/22 29/17 39/23 39/24 51/9 53/6 53/20 56/15 61/24 63/5 65/10 71/25 74/9 77/9
**timeline [2]**   13/2 15/9
**times [3]**   12/23 41/22 65/3
**tip [27]**   13/5 13/7 13/10 17/18 17/24 17/25 18/2 18/4 18/11 18/12 18/17 18/24 19/6 19/6 19/13 19/14 19/18 20/7 20/20 20/22 20/23 21/10 21/14 21/17 25/3 25/5 63/13
**tipster [10]**   19/1 19/4 19/8 19/9 19/18 19/19 20/19 20/20 21/5 21/8
**title [1]**   16/9
**to Count [1]**   59/22
**to-do [1]**   25/25
**today [1]**   40/24

**T**

**today's [1]**   60/5
**together [1]**   41/24
**token [2]**   55/9 70/10
**told [23]**   12/17 13/17 17/17
  24/13 25/8 29/24 30/15 30/22
  30/22 31/4 31/4 33/4 33/10
  33/10 33/11 33/22 34/1 37/11
  44/11 44/21 44/23 49/7 56/1
**tolerate [1]**   44/3
**tolerates [2]**   44/2 44/6
**too [3]**   38/11 42/7 73/17
**took [11]**   13/22 21/21 25/1
  25/7 25/11 25/13 29/6 29/7
  30/17 44/25 49/12
**top [2]**   41/7 41/8
**tossed [1]**   33/23
**touch [1]**   77/16
**toward [1]**   15/6
**town [2]**   41/5 41/6
**training [1]**   13/8
**transcript [1]**   78/1
**transition [4]**   16/3 16/23
  17/2 35/1
**transitions [3]**   15/2 15/3
  23/11
**transmission [7]**   7/22 10/25
  11/5 22/1 22/4 59/23 60/2
**transmit [2]**   7/10 8/7
**trial [20]**   1/10 5/2 6/20 9/9
  10/8 36/6 42/22 42/23 42/24
  42/25 42/25 43/5 44/12 46/19
  49/14 72/21 73/6 74/7 76/17
  77/22
**trials [1]**   12/21
**tribe [1]**   41/23
**true [56]**   5/17 7/24 8/3 8/5
  8/6 8/10 8/17 8/19 8/23 9/2
  15/7 15/23 16/12 16/24 17/9
  22/8 22/10 22/11 22/17 22/18
  22/21 22/22 22/22 23/1 23/2
  25/20 26/6 26/7 26/9 26/9
  26/13 27/1 27/9 27/10 29/23
  33/17 35/24 38/16 38/17
  38/19 38/20 38/21 38/23
  38/24 39/1 39/1 39/9 39/14
  39/19 39/22 40/1 40/17 43/4
  44/4 50/11 65/17
**truly [4]**   11/22 12/19 67/9
  67/23
**Trump [1]**   30/25
**truth [6]**   6/2 6/4 6/22 10/5
  43/23 49/6
**try [6]**   9/22 14/10 30/2
  30/24 34/15 58/21
**trying [3]**   33/3 33/6 34/22
**turn [4]**   2/13 12/10 76/3
  76/10
**turns [1]**   48/17
**two [20]**   7/5 8/4 11/4 16/18
  16/18 23/7 24/18 24/21 33/17
  51/15 52/16 57/18 57/19 58/6
  58/7 58/11 63/14 64/25 65/17
  66/20

**U**

**U.S [5]**   11/16 11/24 65/25

**U.S.C [9]**   7/23 71/11 71/12
  71/12 71/13 72/13 72/19
  73/14 74/18
**ultimately [2]**   42/8 64/4
**unable [2]**   13/25 14/1
**unambiguous [1]**   23/14
**unanimous [2]**   9/17 61/12
**unanimously [6]**   11/1 11/5
  59/6 59/23 60/2 68/24
**unapologetic [1]**   44/24
**unarmed [1]**   29/16
**Unbeknownst [1]**   14/15
**uncommon [1]**   51/25
**under [11]**   8/12 8/21 22/24
  26/10 39/3 50/20 50/21 64/24
  65/3 72/19 77/11
**undergoing [1]**   75/13
**underlying [1]**   42/4
**understand [3]**   6/10 58/6
  73/23
**understanding [2]**   62/13 73/4
**undisputed [2]**   31/13 41/19
**undo [1]**   68/9
**unduly [1]**   10/12
**unimportant [1]**   7/3
**union [1]**   42/8
**unique [1]**   69/23
**UNITED [19]**   1/1 1/4 1/11
  1/15 8/15 28/9 28/25 33/14
  40/12 59/21 65/25 66/2 67/5
  67/9 74/21 75/1 75/3 75/7
  75/10
**unless [1]**   72/19
**Unlike [1]**   12/21
**unloaded [1]**   48/17
**unreasonable [5]**   32/8 32/11
  32/17 32/19 34/6
**until [7]**   24/22 51/15 51/19
  54/4 54/18 55/5 56/4
**up [24]**   10/1 10/20 13/22
  24/18 24/21 24/23 28/13 29/4
  30/4 31/6 32/15 39/5 39/11
  41/10 42/21 44/9 48/9 54/4
  54/18 55/5 55/21 69/24 70/1
  76/15
**uploaded [1]**   14/20
**uploads [3]**   14/16 14/23
  16/18
**upon [5]**   8/15 51/2 51/4
  53/12 69/19
**us [11]**   37/12 40/4 41/24
  42/8 42/9 44/7 45/11 45/15
  52/13 62/22 70/17
**use [8]**   3/9 5/5 10/9 12/25
  38/25 75/4 75/5 75/5
**used [2]**   46/14 48/10
**uses [4]**   14/5 14/5 24/4
  34/16
**using [2]**   23/7 30/23
**utter [1]**   44/4

**V**

**vacate [1]**   67/14
**vague [1]**   23/17
**various [1]**   71/8
**venting [1]**   23/20
**verdict [53]**   2/24 3/2 9/8

**9/16 9/19 10/19 10/23 10/24**
  11/10 11/11 37/18 51/4 54/12
  54/15 54/20 55/25 56/13
  57/14 58/25 59/6 59/8 59/11
  59/12 59/14 59/16 59/17
  59/19 59/21 60/13 60/13
  61/12 61/23 62/2 62/6 62/7
  62/23 64/6 64/8 64/22 65/6
  65/11 65/24 66/4 66/7 66/19
  66/22 67/1 67/11 67/17 67/24
  68/7 68/9 75/16
**verdicts [9]**   65/15 65/20
  65/21 67/8 67/15 67/16 67/19
  67/23 68/3
**versions [1]**   33/1
**versus [12]**   17/2 59/21 63/11
  65/25 66/2 66/17 67/5 71/10
  74/21 74/22 75/1 75/7
**very [15]**   10/4 13/6 21/21
  24/5 25/4 40/5 43/7 43/11
  44/1 51/20 63/8 69/11 69/14
  69/15 77/7
**via [1]**   17/24
**vicinity [1]**   56/7
**video [71]**   14/16 14/20 14/23
  14/24 14/25 15/1 15/7 15/11
  15/24 16/2 16/9 16/17 16/18
  16/18 16/19 16/20 17/1 17/20
  17/25 18/4 18/5 18/13 18/17
  19/6 19/7 19/18 20/20 20/23
  21/17 21/20 21/24 22/13 23/4
  24/4 24/21 25/3 25/9 27/2
  27/3 27/5 27/7 28/11 28/13
  29/5 30/13 30/22 30/23 30/23
  31/1 31/5 33/7 33/9 34/18
  34/20 35/1 35/16 35/21 36/17
  36/21 39/18 47/14 47/25 48/7
  49/21 50/20 63/12 63/14
  63/15 65/18 65/19 68/23
**videos [28]**   9/2 12/19 12/22
  14/6 19/16 23/5 24/2 24/21
  27/3 27/11 31/21 33/5 34/15
  46/15 47/3 48/7 51/23 52/5
  52/10 52/15 58/15 63/15
  64/23 65/1 65/17 68/12 68/15
  68/18
**Vietnam [1]**   40/9
**view [4]**   66/23 66/24 68/19
  68/20
**view of [1]**   66/23
**viewed [4]**   8/6 22/11 38/19
  38/22
**viewers [1]**   34/5
**viewing [2]**   48/8 50/20
**views [5]**   31/17 36/19 41/16
  42/23 56/17
**Village [3]**   28/11 29/4 45/16
**violence [8]**   72/14 72/16
  72/18 73/3 74/14 74/15 74/24
  75/2
**virtually [1]**   58/16
**virtue [1]**   50/11
**vitally [2]**   53/5 53/14
**vocal [2]**   31/19 31/19
**VOLUME [1]**   1/10
**voluntarily [1]**   7/20
**voted [1]**   11/21
**votes [1]**   69/22

**V**

**vulgar [2]** 63/14 65/19
**vulgarities [1]** 63/17

**W**

**wait [2]** 34/19 70/16
**waits [1]** 32/15
**walk [6]** 39/5 39/10 44/3
54/25 55/13 64/13
**walking [3]** 34/19 35/3 46/21
**want [56]** 2/5 10/2 13/1
14/14 14/25 15/2 15/4 15/6
16/8 16/20 16/21 16/22 16/22
16/23 19/21 20/5 25/15 25/22
25/24 26/17 26/19 30/4 31/18
32/3 37/3 37/5 37/6 40/21
43/1 43/3 47/22 48/1 50/6
50/6 51/14 53/4 53/23 56/6
56/12 56/14 56/19 57/5 57/24
58/8 58/18 61/18 62/21 63/4
64/13 64/14 64/19 66/8 69/9
69/9 69/15 75/15
**wanted [13]** 13/17 15/19 16/3
17/15 17/16 17/17 24/11
24/12 24/19 26/23 35/7 52/25
61/20
**wants [7]** 15/12 16/5 31/25
43/2 44/14 64/2 71/1
**war [2]** 40/9 40/10
**warrant [3]** 29/1 29/5 29/18
**warrants [1]** 64/25
**was [155]**
**Washington [1]** 40/8
**wasn't [22]** 6/22 12/18 14/2
16/17 23/23 24/2 24/19 26/25
27/2 27/4 32/1 33/21 34/3
34/4 36/23 36/23 45/19 46/2
46/2 46/2 49/6 51/20
**waste [1]** 53/6
**watching [9]** 24/7 24/8 24/8
27/18 27/19 27/19 28/14 34/3
34/6
**way [18]** 3/18 9/13 10/4
11/21 19/10 29/10 31/1 31/2
31/13 36/10 38/21 48/17
52/10 53/17 54/15 56/22
66/20 77/17
**ways [2]** 35/7 35/13
**we [137]**
**we're [2]** 35/2 37/16
**weapons [1]** 26/2
**wearing [1]** 43/18
**week [2]** 40/18 70/14
**weeks [3]** 24/18 24/21 31/15
**weight [2]** 5/13 10/14
**Welcome [3]** 2/21 59/3 69/6
**well [21]** 2/5 8/16 22/21
23/2 32/4 33/17 36/25 38/11
46/6 46/22 47/18 47/22 47/24
48/13 48/20 50/14 55/10 64/3
66/15 70/11 77/15
**well-defined [1]** 8/16
**went [6]** 14/11 20/21 21/12
21/16 25/1 29/5
**were [38]** 8/23 9/2 9/25
12/21 18/9 21/23 24/14 24/23
28/18 29/1 29/9 29/12 29/21

36/17 36/20 49/2 51/21 51/24
52/9 53/1 53/3 54/11 58/15
61/17 62/21 64/11 65/1 65/2
65/3 65/17 65/21 67/9 67/13
68/1 68/12 68/12 74/17 75/19
**weren't [1]** 51/20
**WEST [9]** 1/2 1/7 1/21 1/24
13/11 21/11 21/16 25/6 25/7
**what [81]**
**whatever [3]** 31/17 54/22
76/4
**when [52]** 2/7 2/12 3/6 5/15
10/16 10/21 11/11 12/17 15/4
15/19 15/25 16/23 17/3 18/21
21/23 23/10 23/24 26/23
26/24 27/9 29/15 30/3 30/9
30/21 35/2 35/20 35/20 37/16
40/7 43/10 43/23 44/22 48/9
49/17 50/3 50/3 51/11 54/1
54/10 54/12 54/15 54/20 56/2
57/13 57/14 66/19 71/9 72/13
75/8 76/15 76/16 76/20
**where [14]** 14/11 15/7 24/19
30/12 31/16 33/13 51/9 62/5
62/20 64/23 67/6 67/13 67/23
71/22
**whereas [1]** 68/25
**wherein [1]** 66/19
**whether [27]** 3/13 5/7 5/18
5/24 6/15 6/17 6/25 7/2 9/1
9/11 9/13 9/16 32/15 38/5
47/21 50/18 56/7 59/16 65/17
66/4 67/1 67/2 68/4 70/1
71/16 72/15 73/2
**which [21]** 20/20 36/3 41/7
50/21 52/14 54/5 55/24 56/5
58/4 66/23 67/18 68/4 68/12
68/12 68/23 70/10 73/15
73/18 74/18 75/7 76/7
**while [6]** 9/23 15/15 49/7
49/13 62/11 73/13
**who [23]** 5/9 6/1 16/14 17/13
17/19 23/9 23/12 27/16 27/18
29/5 31/22 35/20 35/21 35/22
36/15 36/18 42/1 44/22 44/23
44/24 45/15 63/7 64/24
**whole [3]** 3/22 5/21 49/10
**whomever [1]** 70/5
**whose [1]** 31/22
**why [30]** 13/19 15/8 18/10
21/5 25/15 25/16 25/22 30/2
30/14 30/15 33/16 34/8 37/2
37/3 41/13 44/20 44/21 48/23
50/23 50/23 58/21 62/6 62/13
63/24 70/25 71/15 73/16
75/22 76/12 77/11
**will [77]** 2/1 2/2 2/24 3/2
3/11 3/12 7/7 7/11 7/13 9/18
10/17 10/18 10/21 10/23
11/10 11/13 11/17 11/17
11/25 11/25 12/10 15/11
15/22 16/24 20/19 21/8 23/3
23/15 25/10 25/21 26/15
26/16 27/18 44/16 45/5 51/9
51/10 51/10 51/12 51/13
51/14 52/11 52/15 52/17
53/10 54/10 54/14 54/19
54/24 55/12 55/13 55/23 56/2

56/2 57/2 57/13 57/21 59/1
59/14 62/25 64/5 64/17 66/1
69/24 70/1 70/9 70/16 72/11
72/21 73/6 73/13 74/7 74/8
77/15 77/16 77/17 77/17
**willing [4]** 4/14 38/1 69/12
72/1
**window [1]** 46/23
**wish [2]** 11/14 69/22
**wishes [2]** 28/1 77/14
**within [2]** 43/24 47/13
**without [6]** 4/14 16/6 21/24
38/1 40/25 41/9
**witness [18]** 5/11 5/18 5/21
5/24 6/1 6/3 6/5 6/7 6/8
6/10 6/16 6/18 6/19 6/22
6/24 18/12 34/11 44/25
**witness' [1]** 6/12
**witnesses [4]** 4/21 5/15 5/21
6/14
**woman [1]** 28/10
**women [1]** 45/15
**word [5]** 7/19 38/24 49/24
50/1 50/9
**words [16]** 9/17 11/21 39/14
42/6 49/5 49/6 49/13 49/13
49/15 49/15 50/11 50/16
50/24 52/1 53/11 69/9
**work [3]** 54/22 56/25 69/24
**worker [2]** 27/7 27/8
**works [1]** 56/15
**world [5]** 24/10 24/23 47/3
49/11 50/7
**would [75]** 2/7 4/14 8/6 8/12
8/21 12/11 13/22 17/5 18/7
19/14 21/21 22/11 22/19
22/24 26/8 26/11 26/14 29/11
29/11 30/20 30/21 31/2 31/4
35/9 36/21 37/11 37/25 38/5
38/19 38/22 39/3 40/1 40/10
40/11 41/8 41/9 46/19 48/10
48/15 49/20 50/21 52/12 53/3
53/16 53/22 54/3 54/12 54/16
55/3 58/2 58/4 60/6 62/2
63/6 63/13 64/1 64/7 64/8
64/11 65/8 65/10 68/8 68/8
68/24 68/25 71/6 71/14 72/5
72/13 73/4 73/4 73/17 74/10
75/22 76/3
**wouldn't [2]** 30/17 47/1
**wrap [1]** 43/19
**write [2]** 11/15 11/22
**writes [1]** 32/22
**writing [2]** 11/18 52/12
**written [3]** 42/5 42/6 42/7
**wrong [3]** 9/25 30/8 45/2
**wrongdoing [1]** 51/1

**Y**

**year [3]** 28/10 45/15 71/22
**years [3]** 16/6 45/11 69/21
**yell [1]** 44/4
**yes [29]** 12/5 12/9 12/13
20/25 28/3 42/17 46/6 58/20
59/7 60/10 60/14 60/16 60/18
60/20 60/22 60/24 61/1 61/3
61/5 61/7 61/9 61/11 63/6
63/19 65/13 66/12 66/13 71/4

**Y**

**yes... [1]**   74/16
**yet [1]**   3/3
**you [406]**
**you can't [1]**   49/5
**you'd [2]**   32/5 38/6
**you're [1]**   48/21
**you've [2]**   55/6 62/23
**Youngblood [2]**   20/4 20/6
**your [95]**
**yourself [5]**   5/25 6/15 9/20
 10/12 43/19

**Z**

**zero [8]**   27/13 27/13 27/15
 27/15 27/20 27/23 44/23 45/1