```
 1                     UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF FLORIDA
 2                       WEST PALM BEACH DIVISION

 3                   CASE NO. 21-CR-80039-ROSENBERG

 4

       UNITED STATES OF AMERICA,      .
 5                                     .
       Plaintiff,                      .
 6                                     .
              vs.                      .
 7                                     .
       SUZANNE ELLEN KAYE,             .  West Palm Beach, FL
 8                                     .  April 21, 2023

 9     Defendant.                      .

10                        SENTENCING PROCEEDINGS
11              BEFORE THE HONORABLE ROBIN L. ROSENBERG
                     UNITED STATES DISTRICT JUDGE
12

13     APPEARANCES:

14
       FOR THE PLAINTIFF:          MARK DISPOTO
15                                 SHANNON DARSCH
                                   United States Attorney's Office
16                                 500 E Broward Boulevard
                                   7th Floor
17                                 Fort Lauderdale, FL 33301
                                   561-820-8711
18
       FOR THE DEFENDANT:          KRISTY MILITELLO, ESQ.
19                                 SCOTT G. BERRY, ESQ.
                                   Federal Public Defenders Office
20                                 450 S. Australian Avenue
                                   Suite 500
21                                 West Palm Beach, FL 33401
                                   561-833-6288
22

23     Official Court Reporter:    Pauline A. Stipes
                                   HON. ROBIN L. ROSENBERG
24                                 West Palm Beach/Ft. Pierce, Fl
                                   561-820-8711
25
```

**Pauline A. Stipes, Official Federal Reporter**

INDEX

**WILLIAM MARK HOLBROOK**

Direct Examination by Mr. Dispoto              Page 99

Cross Examination by Ms. Militello             Page 148

Redirect Examination by Mr. Dispoto            Page 162

**EXHIBITS**

|  | I.D. | Received |
|---|---|---|
| Government Exhibit 1 | | Page 50 |
| Government Exhibit 2 | | Page 51 |
| Government Exhibit 3 | | Page 53 |
| Government Exhibits 4, 5 | | Page 98 |

**Pauline A. Stipes, Official Federal Reporter**

1           *THE COURT:*  Good morning, you may be seated.

2           Okay, the matter before the Court this morning is

3     United States of America versus Suzanne Ellen Kaye, Case Number

4     21-CR-80039.  If we could begin by having all counsel state

5     their appearance for the record, the appearance of Ms. Kaye,

6     and the appearance of our Probation Officer.

7           *MR. DISPOTO:*  Your Honor, good morning, Mark Dispoto

8     and Shannon Darsch on behalf of the United States.  Also

9     present with us at counsel table is the case agent, Arthur

10    Smith, from the FBI.

11          *THE COURT:*  Good morning.

12          *MS. MILITELLO:*  Good morning, your Honor, Kristy

13    Militello and Scott Berry, along with our investigator, Sarah

14    Shannon, here with Mrs. Kaye.

15          *THE COURT:*  Good morning.

16          *PROBATION OFFICER:*  Good morning, your Honor, Nicole

17    Garcia on behalf of the United States Probation Office.

18          *THE COURT:*  Good morning.

19          By way of background, on June 30, 2022, Ms. Kaye was

20    found guilty by a jury of Count 2 of the superseding

21    indictment.  Count 2 charges Ms. Kaye with transmitting in

22    interstate commerce a communication containing any threat to

23    injure the person of another, that is agents from the Federal

24    Bureau of Investigation, in a video posted on a social media

25    platform sent through the internet, in violation of 18 United

1   States Code, Section 875(c).

2          I am going to take a moment at this point because in

3   reviewing the transcript, in light of the activity that

4   followed the reading -- the publishing of the verdict and

5   argument made by counsel, it appears as if the Court never

6   stated on the record that Ms. Kaye was to be adjudicated guilty

7   of Count 2 of the indictment.

8          At this time, based on the verdict rendered on

9   June 30, 2022, which is at Docket Entry 121, the Court

10  adjudicates Ms. Kaye guilty of Count 2 of the indictment.

11         Upon the rendering -- well, okay, so I am doing that

12  now.

13         The Pre-Sentence Investigation Report appears at

14  Docket Entry 144.  Did the Government receive and have ample

15  opportunity to review it?

16         *MR. DISPOTO:*  Yes, your Honor.

17         *THE COURT:*  Did Defense receive and have ample

18  opportunity to review it with Ms. Kaye?

19         *MS. MILITELLO:*  Yes, your Honor.

20         *THE COURT:*  Is there any legal reason why the Court

21  should not pronounce sentence in this case today?

22         *MR. DISPOTO:*  No, your Honor.

23         *MS. MILITELLO:*  Not right now.

24         *THE COURT:*  Ms. Kaye, I want you to know that you have

25  the right to make any statement that you wish before I

Pauline A. Stipes, Official Federal Reporter

1    pronounce your sentence.  Do you understand that you have that

2    right?

3              THE DEFENDANT:  Yes, ma'am.

4              THE COURT:  Do you whether you will want to make a

5    statement to the Court before I pronounce your sentence?

6              THE DEFENDANT:  No, ma'am, I do not wish to make a

7    statement.

8              THE COURT:  Okay.  The Court received quite a bit in

9    connection with the sentencing.  Let me try to review all of it

10   to ensure that I have received everything that you wanted me to

11   receive and review.

12             There was a sentencing memorandum at Docket Entry 140,

13   objections to the PSI at Docket Entry 141, a motion for

14   downward variance at Docket Entry 142, a notice of supplemental

15   authority in support of the Defendant's PSI objections and

16   motion for downward variance at Docket Entry 143, the

17   Government's response to the objections to the PSI at Docket

18   Entry 145, a notice of filing for the Court's review at

19   sentencing at Docket Entry 156, a sealed notice of filing

20   report and CV of report and CV of Dr. Pedro Saez at Docket

21   Entry 158, the Government's notice of intent to introduce

22   medical testimony at sentencing at Docket Entry 159,

23   Government's motion to seal attached letter from Dr. W. Mark

24   Holbrook at Docket Entry 160, notice of filing letters for the

25   Court's consideration at Docket Entry 163, a second notice of

1    filing letter at Docket Entry 164.

2              Does that sound like everything that you all have

3    submitted to the Court in connection with the sentencing?

4              MR. DISPOTO:  Your Honor, the only other matter, last

5    night, out of an abundance of caution, I filed a motion to

6    partially unseal the Defendant's medical records simply for the

7    purpose of using some of those records for the proceedings

8    today.

9              I don't know if your Honor had an opportunity to

10   review that.  I didn't know, quite frankly, whether it was

11   necessary, but since the records are currently under seal, if

12   we are going to make reference to them and question the

13   Government's expert this afternoon, I submitted that request

14   for a partial unsealing for purposes of today's proceedings.

15             THE COURT:  Let's see here.  Let me look at the docket

16   sheet.

17             MS. MILITELLO:  If your Honor would allow, I may be

18   able to clarify.

19             THE COURT:  Yes, I do see it.

20             MS. MILITELLO:  So, the Government's motion to unseal

21   was filed late last night.  To clarify, I don't believe this

22   Court ever sealed Mrs. Kaye's medical records, we didn't

23   formally file a copy with the Court.  To that end, I would like

24   to make clear for the record a couple of things.

25             Mrs. Kaye's records were provided in full to the

1    United States Probation Office and, of course, they have had

2    months to review them and clarify anything in the event the

3    Defense misrepresented the records, but in one of the

4    Government's filings they had indicated, which was true at the

5    time, that they did not have a copy of Mrs. Kaye's records.

6            Months ago a copy was provided to the Government and

7    the Government and I agreed on protective measures, and I think

8    that is why the Government is asking the Court to unseal, but

9    we never filed a motion with the Court to formally seal the

10   records.  I trusted the Government's representation that they

11   would abide by the protective measures that we had agreed to,

12   such that I did not think I needed to involve the Court.

13           To that end, I have no objection.  Their expert of BOP

14   was provided a copy of the records and I do think it is

15   permissible for them to discuss with their expert what the

16   records state.

17           We do not have any objection to that filing, and I

18   just wanted to be clear that a copy of the records, although

19   technically I think the Court owns the copy that Probation has,

20   a separate copy was not provided to the Court.  We do have one

21   in the event that the Court would like a full copy of the

22   records, and we also provided in one of our notice of filings a

23   sworn declaration from our investigator that the summary she

24   provided was accurate to the best of her abilities.

25           *THE COURT:*  Okay.  So, without objection, the motion

Pauline A. Stipes, Official Federal Reporter

1    that was filed last night is granted.

2            *MR. DISPOTO:* **Your Honor, may I add some information**

3    **to this topic?**

4            *THE COURT:* **Yes.**

5            *MR. DISPOTO:* **First, counsel is correct, she did**

6    **subsequently provide the Government with a copy of the**

7    **Defendant's medical records, and we thank her for doing so, and**

8    **we do have those.**

9            **Second, I fully intend to honor what counsel and I**

10   **discussed regarding protecting these records, which is why I**

11   **filed the motion.**

12           **So that I am perfectly clear, while I understand that**

13   **those records may not have ever been filed under seal, I do**

14   **intend for purposes of today's proceedings to make reference to**

15   **some of those records and admit them into evidence for purposes**

16   **of the Court's consideration during sentencing.**

17           **I don't know if a subsequent motion to seal is going**

18   **to be necessary with respect to those records, but basically we**

19   **are talking about approximately 20 pages of the 11,000 pages**

20   **that the Defense presented to the Government and to the**

21   **Probation Office and Dr. Holbrook's report which I have already**

22   **filed under seal.  Those are the -- that is the scope of the**

23   **matters that I am referring to.**

24           *THE COURT:* **Okay.  Maybe we will take them up -- if**

25   **there is any request or objection as you are getting into any**

1    kind of examination of any of the witnesses where any relief is

2    being sought by the other party you will let me know.

3            And to reference the motion that was just granted and

4    unopposed is the one at Docket Entry 165.

5            Okay.  So, proceeding along, with that addition of

6    that late filed motion, everything else is -- includes the

7    totality of what the parties submitted to the Court for today's

8    sentencing?

9            *MS. MILITELLO:*  Did the Court include Docket Entry

10   148?  We filed a notice of review -- filing for the Court's

11   review at sentencing a number of exhibits, including a contempt

12   order against the BOP out of the Middle District of Florida

13   related to medical care of an individual, two Department of

14   Justice, Office of the Inspector General reports regarding

15   issues with BOP medical care, a news article and a Department

16   of Justice sentencing memorandum regarding January 6th.

17           *THE COURT:*  I have all that, that is not 148, though.

18   That is --

19           *THE COURTROOM DEPUTY:*  156.

20           *THE COURT:*  Let me go back to it.  156, notice of

21   filing the Court's review at sentencing.

22           *MS. MILITELLO:*  Right, it is 156.  My apologies.

23           *THE COURT:*  That's all right.  I did mention that one.

24           *MS. MILITELLO:*  Okay.  Thank you.

25           *THE COURT:*  Okay.  So, with that, let me make sure I

```
 1   follow my script, otherwise I will forget, just like I forgot
 2   to adjudicate.  We have gone over everything.  Typically, what
 3   we would do now is get into the objections before I will go
 4   over the Guideline range.  Is there any reason why we can't
 5   take that up now?
 6            Any of the witnesses who are coming, do they need to
 7   be heard prior to the Court's consideration of these objections
 8   or can we take these objections up first?
 9            MR. DISPOTO:  I believe, Judge, we can take the
10   objections first.
11            THE COURT:  Defense agree?
12            MS. MILITELLO:  Yes.
13            THE COURT:  Okay, give me a moment.  The objections
14   appear at Docket Entry 141.  All right.  So, as far as the
15   objections go -- well, we have legal and factual objections.  I
16   suppose we can take the factual objections up first.
17            We have the objection one in which Ms. Kaye objects to
18   the tipster's mischaracterization of her social media post as
19   antidemocratic.
20            I will leave it to the Defense to -- let me go through
21   each one, and then you can let me know what argument you want
22   to make and what relief, if any, you are seeking, or whether
23   these were just made for purposes of the record.
24            You have your second factual objection where Ms. Kaye
25   seeks to clarify the facts regarding her communication with the
```

1   FBI.  If the FBI called Ms. Kaye to apologize to her for their

2   failure to meet with her at her home as they agreed, Ms. Kaye

3   did not get that voice mail message.

4          Three, Ms. Kaye would clarify that records indicate

5   that both the tips made to the Government were made by the same

6   person, who is an individual in the opposite political party as

7   Ms. Kaye.

8          Four, the videos posted on Instagram, Facebook, and

9   TikTok were substantially similar.

10         Five, Ms. Kaye understands that the testimony at trial

11  was that the FBI viewed and investigated her statements as a

12  threat to life, but she maintains that she never intended her

13  videos to be considered a true threat to life.

14         Six, while Ms. Kaye does not have any criminal

15  history points, the PSI lists one conviction for theft and

16  several arrests related to Ms. Kaye's violent conduct.  In

17  1984, she was convicted of theft of personal property in Los

18  Angeles, in 2010, she assaulted her husband in front of her

19  minor children, in 2010 she assaulted a woman, in 2020 she

20  attacked her daughter, ripping her daughter's shirt, wielding a

21  kitchen knife and stabbing the door that the daughter hid

22  behind.

23         As to the theft conviction, Ms. Kaye argues that she

24  does not believe she was prosecuted for the theft.  Probation

25  has put forward in its response that it simply files the

1    records obtained from the Los Angeles Police Department.

2           As to her arrest related to violent conduct, Ms. Kaye

3    disputes the allegations, putting forward her own version of

4    the events in question, and seeks to have these removed from

5    the PSI.  Probation has responded that the narratives provided

6    in paragraphs 28, 29, and 30 were obtained from the Court

7    records and accompanied the disposition in each of the

8    following cases.  These convictions and charges do not factor

9    into her Guideline range.

10          Seven, Ms. Kaye clarifies that she uses her medical

11   marijuana vape pen nearly every hour in order to prevent

12   potentially deadly seizures.  She uses a new cartridge weekly

13   and about five cartridges a month.

14          And eight, Ms. Kayes states that she has been

15   receiving Social Security since 2005.

16          Did the Court summarize the factual objections

17   accurately on behalf of the Defense?

18          *MS. MILITELLO:*  Yes.  I would add that we included

19   some additional facts in our objections that we think are

20   pertinent potentially for appellate review.  I maintain that

21   all the facts that we submitted are accurate and should be

22   included or clarified in the PSI.

23          The only additional factual objection I have is one to

24   the addendum, which is why it was not included by the Court,

25   and not to get to the legal issue described, but in -- I guess

1   it is page six at the top of the addendum to the PSI, Docket

2   144-1, there is the Probation Officer's response where they are

3   describing Mrs. Kaye's testimony at trial.

4         I would note for the record Probation was not present

5   for her testimony at trial.  My understanding, or my assumption

6   I should say, is that this information came from the

7   Government.  No Probation Officer asked me for a description of

8   Mrs. Kaye's testimony at trial, but nevertheless, their

9   description was that Mrs. Kaye was evasive, argumentative, and

10   combative.

11         I would ask the Court to make factual findings as to

12   that because we explicitly disagree with her demeanor being

13   portrayed as such.  In a case where we are talking about speech

14   without conduct, I think all parties can agree this is, if

15   nothing else, a close case similar to Watts, where the

16   Appellate Court will likely be looking at the sufficiency of

17   evidence.  I would hate for the Appellate Court to cite this as

18   fact when I don't believe she was any of these things during

19   her testimony.

20         And then, I didn't know if the Court wanted me to

21   address the other factual objections at this time or not.

22         *THE COURT:*  So, I have added the one that you just

23   mentioned in the addendum on page six at the top.  I see where

24   you are referring to the observation -- or comment and the

25   Probation Officer's response that despite her genuine anger in

1   the videos, as evidenced by her rage and profanity, the

2   Defendant claims she did not mean what she said.  Then it says,

3   on cross-examination she was evasive, argumentative, and

4   combative.

5           The question that I have for the Defense is:  What is

6   it that you are seeking with respect to these factual

7   objections?  Is it the same as to all of them?  Do you need to

8   go through each one one at a time and tell me what you are

9   seeking with respect to the objections?

10          *MS. MILITELLO:*  I think we may need to briefly.  My

11  understanding from the Government's response is that they defer

12  to the Court as to many of these factual issues.  While they

13  may not play an impact into a Guideline calculation, they may

14  play a part in appellate review.

15          For example, as the Court knows, our expert was

16  excluded from testifying at trial, but had he testified, he

17  would have testified that individuals treat speech as more

18  threatening when it comes from someone of the opposite

19  political party.  There is no disagreement in this case, it

20  came out at an earlier hearing as well, that the tipster is of

21  the opposite political party of Mrs. Kaye.  I think that is an

22  important fact that was not included in the PSI that should be

23  included.

24          I think -- I have tried to be as fair and forthcoming

25  in these factual objections as I could be.

                    Pauline A. Stipes, Official Federal Reporter

1    *THE COURT:*  **Let's start with the first objection.**
2    **What paragraph are we looking at?**
3        *MS. MILITELLO:*  **Objection number one is paragraph**
4    **four, the tipster.**
5        *THE COURT:*  **The tipster reported that the Defendant,**
6    **Suzanne Ellen Kaye, claimed she was at United States Capitol in**
7    **Washington, D.C. on January 6, 2021, and that she may have**
8    **additional information.  What is the request?**
9        *MS. MILITELLO:*  **We want included in the PSI -- I am**
10   **sorry.  My objection states that the tipster characterized her**
11   **social media posts as being antidemocratic, and we disagree**
12   **with that characterization.  That is in paragraph four of the**
13   **PSI.**
14       *THE COURT:*  **You say that is not what the tipster said**
15   **or Ms. Kaye doesn't think that her statements were**
16   **antidemocratic?**
17       *MS. MILITELLO:*  **We do not believe the statements from**
18   **this non-testifying tipster are accurate.  What is included in**
19   **the PSI is this tip that they were this way, and we would like**
20   **to clarify that we do not believe her posts were, in fact,**
21   **antidemocratic.**
22       *THE COURT:*  **Is there any objection from the Government**
23   **to a sentence being added that says, Ms. Kaye does not believe**
24   **that her statements were antidemocratic?**
25       *MR. DISPOTO:*  **No objection.**

1          THE COURT:  Is that sufficient from the Defense if

2     that sentence is added?

3          MS. MILITELLO:  Yes.

4          THE COURT:  Can I ask Probation to make that addition?

5          PROBATION OFFICER:  Yes, your Honor.

6          THE COURT:  Thank you.  That is the first objection

7     and that is paragraph four of the PSI.

8          What is the next paragraph?

9          MS. MILITELLO:  Paragraph seven of the PSI is

10    regarding the contact with the FBI.  So, paragraph seven

11    discusses -- we heard testimony at trial that the FBI called

12    Mrs. Kaye to apologize and say that they could not meet with

13    her as planned.  The PSI does not indicate, however, and I

14    believe the parties agree, that that conversation did not

15    happen in real time.  In other words, they did not actually

16    communicate either in person or by phone that information.

17         The testimony at trial was that the FBI agent left a

18    voice mail and no one could say whether Mrs. Kaye got that

19    voice mail.  She testified she did not receive the voice mail.

20    From the PSI it sounds like they had an in-person conversation

21    and that did not happen.

22         THE COURT:  Do you want a sentence added that -- let's

23    see.  Let's go back up to "The agents called her thereafter and

24    apologized for not being able to come to her house as planned.

25    They told her that they would call her again to let her know

```
 1    when they would be able to return."
 2           So, let me first ask, does the Government agree that
 3    it is undisputed that the phone call didn't take place sort of
 4    in person, person to person, but whatever phone message --
 5    whatever phone call was made, it was by way of a voice message,
 6    or is that disputed?
 7           MR. DISPOTO:  It is my understanding, Judge, and I am
 8    trying to remember the testimony, that they never spoke a
 9    second time.  So, any efforts to contact her thereafter did not
10    result in a direct communication.
11           THE COURT:  Okay.  So, what if we were to say -- where
12    it says "The agents called her thereafter and left a voice
13    message apologizing for not being able to come to her house as
14    planned," they told her on the message -- on the voice message
15    that they would call her again to let her know when they would
16    be able to return, period.  Ms. Kaye indicates that she did not
17    receive the voice message.
18           MS. MILITELLO:  Yes, that would be satisfactory.
19           THE COURT:  Is that acceptable to the Government?
20           MR. DISPOTO:  Judge, I'm sorry, I was conferring with
21    the case agent.  Quite frankly, Judge, we are not a hundred
22    percent sure as to whether an actual voice mail message was
23    left or it was his intention to do that.  She never answered.
24    In the interest of getting it right, maybe we should just take
25    it out from where it starts "the agent called" to "would be
```

 1   able to return."

 2           THE COURT:  Is that acceptable to the Defense?

 3           MS. MILITELLO:  Yes.

 4           THE COURT:  We will take those two sentences out, the

 5   one beginning with "the agents" and the one beginning with

 6   "they told," the last two sentences of paragraph seven.

 7           The next paragraph, what are we looking at?

 8           MS. MILITELLO:  Paragraph eight, yes, we wanted

 9   clarification that the records about the tips were from the

10   same person.  That is my understanding from the pretrial

11   litigation, there was a discussion about whether the Government

12   was going to bring in the tipster, they chose not to at the

13   trial.

14           We do not want it to appear in the PSI as if there was

15   another tipster.  My understanding is that there wasn't, this

16   is the same individual that we have been speaking about who

17   Mrs. Kaye knew his wife from college and they are on the

18   opposite political spectrum.

19           THE COURT:  Do you want the opposite political party

20   in as well as that it was the same person?

21           MS. MILITELLO:  Yes.

22           THE COURT:  Is there any objection to paragraph eight,

23   on February 28, 2021, the FBI received another online tip from

24   the same individual -- where is that same individual

25   referenced?

```
 1              MS. MILITELLO:  I believe that was paragraph four.

 2              THE COURT:  From the same individual referenced in

 3    paragraph four who provided a link to -- to a video posted to

 4    the Defendant's known Facebook page.  The tipster claimed in

 5    the online tip that the video was a threat to shoot the FBI,

 6    and then adding a sentence, the tipster is of the opposite

 7    political party as the Defendant.

 8              MR. DISPOTO:  I don't have an objection to everything

 9    except the last sentence.  While I speculate that that is true,

10    I don't believe there was any testimony at trial, nor do I

11    believe it is relevant as to what political party the tipster

12    belongs to.

13              I understand Ms. Militello's argument and theory had

14    she been permitted to have an expert testify at trial, but that

15    expert didn't testify, so I see no justification for adding

16    that last sentence.

17              THE COURT:  Even if the Court were to change it to Ms.

18    Kaye believes that the tipster was of an opposite political

19    party, that would take care of whether it was true or not, you

20    would still object on relevancy.

21              MR. DISPOTO:  Yes, it is better, but still not

22    relevant.

23              THE COURT:  Okay.

24              MS. MILITELLO:  I don't have a copy of the tip with

25    me.  May I have a minute?
```

1          *THE COURT:*  **Yes.**

2          *MS. MILITELLO:*  **My investigator is trying to pull the**

3     **interview.**

4          *THE COURT:*  **Are you looking into this opposite party**

5     **issue?**

6          *MS. MILITELLO:*  **Yes.  My understanding is that he**

7     **did speak to the FBI about that and that that information was**

8     **provided in discovery.**

9          *THE COURT:*  **Let's go to the next one and as soon as**

10    **your investigator has informed you about that we'll return to**

11    **that objection.**

12         **The fourth objection is as to which paragraph, the**

13    **similarity of the postings?**

14         *MS. MILITELLO:*  **That is paragraph ten of the PSI, and**

15    **I was trying to reread it because the Government and I did**

16    **reach some agreement.  I know we are doing facts separate from**

17    **the law, but as the Court knows, there was an agreement as to**

18    **there being just one threat under the totality of the**

19    **circumstances here.**

20         **I was rereading my objection as to why I wrote it.**

21         **I think my concern initially was that the PSI did not**

22    **reflect the substantial similarity of the videos, including the**

23    **fact that for weeks, if not months, the FBI was putting in**

24    **sworn affidavits the videos were the same, and only upon either**

25    **further investigation or the filings by the Defense, I am not**

1      sure which, are they saying the videos are different.

2              I think that's important when we are discussing

3      whether they are separate threats and what the intent was in

4      this case.  So, I wanted it to be reflected that, you know, for

5      days, if not weeks, as it related to this case, the complaints,

6      the search warrants, the FBI was submitting to the Court these

7      were the same videos.

8              THE COURT:  Is that what you want in or that she

9      believes they are substantially similar?

10             MS. MILITELLO:  I think both things are true, your

11     Honor.  Certainly our position is that they are substantially

12     similar, and I think that is corroborated by the FBI's own

13     filings that the videos were "the same."

14             THE COURT:  From the Government.

15             MR. DISPOTO:  Your Honor, we are not contesting the

16     legal objection regarding the number of different videos, so I

17     think by virtue of us not claiming there were more than two

18     different videos, I think this issue is somewhat moot, and I am

19     not certain exactly what the Defense wants to change about

20     paragraph ten.  Is that what we are talking about?  I am not

21     sure what else to say about that.

22             THE COURT:  Maybe Defense can tell us what it is that

23     you are specifically looking for paragraph ten so the

24     Government knows how to respond.

25             MR. BERRY:  Your Honor, if I may.

1          *THE COURT:*  Uh-hum.

2          *MR. BERRY:*  What we are trying to do here is clarify

3    in paragraph ten, in the second sentence that says "on the same

4    date," that tends to suggest that right from that date they

5    first viewed these two videos that they thought these were

6    separate, and that is not what the evidence seems to suggest.

7    The discovery suggests otherwise, that they for months did not

8    realize they were separate because they thought they were the

9    same video, which is, in fact, what Ms. Kaye's intent was all

10   along, it was really one video and different takes.

11          I think we can just add a sentence that says something

12   to that effect, that says the FBI for many months did not

13   realize or recognize that these were actually two separate

14   videos as they were so similar in nature, and maybe add

15   something to the effect the evidence at trial from Mrs. Kaye's

16   testimony was that -- her intent was that this was really to be

17   just one video, separate takes of the same video.

18          *THE COURT:*  They were sub takes of the same video?  Is

19   that the word you used, sub takes?

20          *MR. BERRY:*  She intended to upload one video, these

21   were separate takes.

22          *THE COURT:*  How does that sound to the Government, a

23   sentence added at the end that says, the FBI for many months

24   did not realize they were separate videos as they were

25   substantially similar, period?  Ms. Kaye -- Ms. Kaye's intent

23

1       was that they were to be different takes of the same video.

2               MR. DISPOTO:  Judge, my only hesitation is I do not

3       want to start injecting facts that were not testified to during

4       trial or not proven during these proceedings.  I still believe

5       this is much ado about nothing, and while I agree to the main

6       point, which is that I don't believe the FBI realized right

7       away that these were different videos, to say things like for

8       several months, I don't know that it was several months.  I

9       don't think the witness ever testified how long it took for --

10              THE COURT:  What about if we take out for many months?

11      The FBI initially did not realize they were separate videos as

12      they were substantially similar, period.

13              MR. DISPOTO:  Yes, I think that is accurate.

14              THE COURT:  Is that sentence acceptable to the

15      Defense?

16              MS. MILITELLO:  Yes.

17              THE COURT:  Did you get that, Nicole?

18              PROBATION OFFICER:  One more time, your Honor, please.

19              THE COURT:  The sentence at the very end would read:

20      The FBI initially did not realize they were separate videos as

21      they were substantially similar, period.

22              And as to the second sentence, was there any objection

23      from the Government that Ms. Kaye's intent was that they were

24      different takes of the same video?

25              MR. DISPOTO:  Judge, I am going to rely on the trial

**Pauline A. Stipes, Official Federal Reporter**

1   testimony in that regard.  I am reluctant to agree to any facts

2   regarding her intent that were not put into evidence at trial

3   and your Honor finds to be sufficiently credible to be

4   included.

5           THE COURT:  Is it Defense's position that that was

6   testified to at trial?

7           MS. MILITELLO:  It was, but if I could clarify how the

8   Court is wording that.  I think it might be better to say

9   Mrs. Kaye testified that she intended to upload the same video.

10          THE COURT:  Okay.

11          MS. MILITELLO:  She didn't succeed at that, obviously.

12          THE COURT:  And the testimony reflects that?

13          MS. MILITELLO:  The testimony I am certain reflected

14   that at trial, and of course the Court can rely on its own

15   recollection.  She did testify that she intended to upload the

16   same video.

17          THE COURT:  We will add a sentence after the sentence

18   I just read that says, "Ms. Kaye testified at trial that she

19   intended to upload the same video."  Okay.  So those two

20   sentences added.

21          All right.  Does that take care of the fourth

22   objection?

23          MS. MILITELLO:  Yes.

24          THE COURT:  The fifth objection goes to which

25   paragraph?

Pauline A. Stipes, Official Federal Reporter

1      *MS. MILITELLO:*  **The next objection I think is one that**

2   **Probation corrected.  There was a scrivener's error at**

3   **paragraph 15 and the Probation Officer corrected that in the**

4   **addendum.  It is not in the body of the PSI, but in the**

5   **addendum they did fix it.**

6      *THE COURT:*  **All righty.  So the next one is the sixth**

7   **objection.**

8      *MS. MILITELLO:*  **The next objection is a legal**

9   **objection, although it is one the Government and I have an**

10  **agreement on, so I don't know if the Court wants to address it**

11  **because we have agreed or move on.**

12     *THE COURT:*  **Has it already been resolved?  Do you need**

13  **the Court to make -- or Probation to make any changes?**

14     *MS. MILITELLO:*  **The Government filed their agreement**

15  **as to that objection after Probation filed the addendum, and**

16  **Probation did not file a second addendum.**

17     *THE COURT:*  **Why don't you put it on the record then.**

18     *MS. MILITELLO:*  **Sure.  We objected to the two-level**

19  **increase for there being more than two threats for all the**

20  **reasons articulated, and the Government agrees that that two**

21  **levels should not apply in this case.  The PSI does not**

22  **yet reflect that agreement and I think the Court would need to**

23  **rule on it as well.**

24     *THE COURT:*  **This is the objection to application**

25  **2A6.1(b)(2)(A), a two-level enhancement for an offense**

1    involving more than two threats, which applies because –- which

2    was included in the PSI because she posted the threats to

3    Facebook, TikTok, and Instagram, and the Government agrees with

4    the objection that there should not be a two-level enhancement?

5         *MS. MILITELLO:* **Yes.**

6         *THE COURT:* **Okay. So the Court sustains that**

7    **objection and -- sustains that objection.**

8         **So, that really is the first legal objection.**

9         **Were there any on other factual objections that the**

10   **Court needs to address before we return to number three, which**

11   **had to deal with the tipster and the opposite political party,**

12   **anything else factually?**

13        *MS. MILITELLO:* **There are some factual objections**

14   **starting at paragraph ten of my objections, and then of the**

15   **PSI, it looks like paragraph 25, and paragraphs in the PSI 28,**

16   **29, 30, these are the ones related to her criminal history.**

17        **Should the Government want these facts included, they**

18   **have the burden of proving those facts. Even Probation it**

19   **seems tried to verify some of the facts from one of the old**

20   **arrests, but we are talking 30 or 40 years ago and it seems**

21   **like they weren't able to get any additional information.**

22        **But certainly our position would be that the Court**

23   **should not consider those arrests, the facts in those**

24   **affidavits as summarized, without adequate evidence before the**

25   **Court, including testimony from those individuals or other**

1      evidence to support the inclusion in the PSI.

2              THE COURT:  Are we talking about paragraphs 25 for

3      theft of personal property, 26, driver's license, and what

4      else?

5              MS. MILITELLO:  Not 26, I apologize.  At paragraph

6      ten, I objected to -- Defense filing 141, at paragraph ten,

7      that objection relates to paragraph 25, which is the theft, and

8      Mrs. Kaye believes that that was her mother prosecuted,

9      although she was present, and not her, that she wasn't

10     prosecuted.  So, I guess we are talking almost 40 years ago, my

11     understanding is Probation wasn't able to get any additional

12     information on that.  I don't know if the Government has any to

13     prove that it was actually Ms. Kaye and not her mother.

14             THE COURT:  So, what is the request, that the Court

15     not consider paragraph 25 in its consideration of the sentence?

16             MS. MILITELLO:  That would be the secondary request.

17     If the Government can't prove it, it should be stricken from

18     the PSI, but secondarily, the Court could say the evidence is

19     insufficient to rely on it.

20             THE COURT:  And from the Government.

21             MR. DISPOTO:  Your Honor, we would rely on the

22     information that Probation has included in the Pre-Sentence

23     Investigation Report with respect to Ms. Kaye's criminal

24     history.  I don't believe it is incumbent upon the Government

25     to have to provide the Court with any additional information in

 1  that regard for it to be included in the PSI.

 2          It remains to be seen to what extent the Government

 3  relies on any of these matters in its argument to the Court,

 4  but I suppose if it does, Defense can make whatever objections

 5  she wants at that time, and we can address it at that time.

 6          For now, we would rely on the information provided by

 7  Probation and the information supplied in the addendum that

 8  Probation prepared in response to these objections.

 9          *THE COURT:*  Can I hear from Probation about what

10  information was relied upon for paragraph 25.

11          *PROBATION OFFICER:*  Your Honor, as Defense has

12  mentioned, the cases are old, we do have limited information

13  from the state of California.  However, that information was

14  filed under this Defendant's name, so we reported it as such.

15  We could note that the Defendant disputes this information,

16  however, the information we have is connected with the

17  Defendant's name and date of birth.

18          *THE COURT:*  Okay.  Why don't we add a sentence at the

19  end of 25 that says the Defendant disputes this information?

20  Okay.  And then the parties are free to make whatever argument

21  you want --

22          *MR. DISPOTO:*  That is acceptable to the Government.

23          *THE COURT:*  -- to the extent you are relying upon it.

24          Is that acceptable to the Defense?

25          *MS. MILITELLO:*  I would note, in terms of legal

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | arguments, when there is a dispute as to priors there is a |
| 2 | plethora of case law about how the Government could seek to |
| 3 | prove them using fingerprints, DNA.  Of course we don't have |
| 4 | fingerprints, we don't have any of those sorts of records here. |
| 5 | I would ask that -- I am less concerned about a theft |
| 6 | from when Mrs. Kaye was allegedly 21 years old 40 years ago, |
| 7 | but perhaps that she disputes she was the person involved in |
| 8 | this arrest.  That way it is clear we are disputing her |
| 9 | identity and not just a theft.  Then I have more specific |
| 10 | objections as we go on to the other arrests. |
| 11 | THE COURT:  She disputes that she was the person in -- |
| 12 | MS. MILITELLO:  She disputes that she was the |
| 13 | Defendant in that case. |
| 14 | THE COURT:  All right.  So, let's include that |
| 15 | sentence:  Ms. Kaye disputes that she was the Defendant in this |
| 16 | case, for number 25.  Okay. |
| 17 | MS. MILITELLO:  But, so as it relates to paragraphs |
| 18 | 28, 29, and 30, my position is that the Court should strike the |
| 19 | factual narratives in these cases.  Unless I am wrong and they |
| 20 | have sworn testimony to provide to the Court or a witness to |
| 21 | provide to the Court, I am strongly objecting to what appears |
| 22 | to be unsworn hearsay summaries. |
| 23 | I don't dispute that Probation summarized an |
| 24 | affidavit, but what you have is hearsay upon hearsay upon |
| 25 | hearsay.  These are all nol-prossed or dropped cases where |

Pauline A. Stipes, Official Federal Reporter

1    there are no factual findings from the Court to support that

2    any of these facts occurred.

3         Often with these probable cause affidavits,

4    particularly for misdemeanors, and even a felony, law

5    enforcement themselves did not personally see or observe any of

6    the things that are in these statements, and that appears to be

7    true here where law enforcement would be relying upon a hearsay

8    statement of another individual, and without any Court findings

9    that any of these facts occurred, I believe it would be

10   improper for the Court to rely on any of these factual

11   narratives unless the Government can prove them today by a

12   preponderance of the evidence, which the case law is clear is

13   their burden to do if the Court is to rely upon these facts.

14        THE COURT:  What is one of the cases that you are

15   relying upon, just case name and cite?

16        MS. MILITELLO:  Honestly, your Honor, that is not

17   something I thought would be in dispute today.

18        THE COURT:  Does the Government dispute that, that if

19   there is a dispute as to a prior where Probation has pulled up,

20   say, a record or an affidavit, or probable cause affidavit,

21   that in order for the Court to rely upon it -- are you saying

22   in order for it to be included in the PSI or in order for the

23   Court to rely upon it, or both?

24        MS. MILITELLO:  I think certainly for the Court to

25   rely upon it, and so, what I have had Courts do in the past,

Pauline A. Stipes, Official Federal Reporter

1    and I don't know if it is this Court -- I can think of this

2    with other judges where they have included the arrest, the

3    arrest happened, Probation accurately acknowledges the arrest,

4    but they strike the factual narrative.

5            THE COURT:  When the Government doesn't come in to

6    prove by a preponderance of the evidence that the narrative is

7    correct, is accurate?

8            MS. MILITELLO:  Yes, because if the Court doesn't do

9    that, then it is assumed that these facts are true, and we

10   don't --

11           THE COURT:  Well, what if the -- so, for example, in

12   28 it says "according to court records."  Was that just from --

13   not just, but was that from a probable cause affidavit, for

14   example, from Probation, let's say for the domestic battery

15   when it says "according to court records?"

16           PROBATION OFFICER:  Yes, that is correct, your Honor.

17           THE COURT:  So, from a probable cause affidavit.  If

18   it were to say, for example, according to a probable cause

19   affidavit, and it went on to read as it reads, and then it

20   shows the disposition as nol-prossed, would that not be an

21   accurate assessment of the status; and if so, is the same

22   objection there that it should be not included, or is it then

23   the objection that it shouldn't be relied upon because it was a

24   probable cause affidavit and/or because it was nol-prossed?

25           MS. MILITELLO:  It is the same objection because even

1    if it is a probable cause affidavit, we don't know if the Court

2    found probable cause.  There is a nol pros, so there wouldn't

3    be a Grand Jury finding there was probable cause.  We don't

4    know if these witnesses -- without the probable cause

5    affidavit, we don't know if the witnesses gave sworn testimony

6    to the law enforcement officer as the basis for probable cause.

7         My experience in State Court, often law enforcement

8    errs in that capacity and they forget to get a sworn statement

9    from the witness, so they will write a probable cause affidavit

10   because in their minds there is probable cause, but the

11   affidavit is deficient because it is not relying upon sworn

12   testimony.

13        Here our position, and I believe the case law reflects

14   that if the Government wants to use these facts and asks the

15   Court to rely upon them, they bear the burden of proving them.

16   In terms of what evidence is sufficient to prove that Mrs. Kaye

17   engaged in any of these violent actions, our position would be

18   that they need a witness who was personally present for these

19   things, or at least a finding from the Court that these events

20   occurred, something to that effect that would be sufficient for

21   the Court to rely upon them.  I don't think we have anything to

22   that effect here today.

23        *THE COURT:*  Okay.  Does the Government agree with that

24   proposition in the law?

25        *MR. DISPOTO:*  We don't, Judge.

1          *THE COURT:*  **You don't disagree.  You disagree or you**
2   **don't?**

3          *MR. DISPOTO:*  **I disagree.**

4          *THE COURT:*  **First, do we have the case that Defense is**
5   **relying upon?**

6          **I know it comes up often with respect to what -- about**
7   **priors.  I can't say I recall seeing where someone has argued**
8   **that the law requires for each and every listing of prior**
9   **offenses or convictions that the Government has the burden of**
10  **proving them by a preponderance of the evidence.**

11         *MR. DISPOTO:*  **I have cases if the Court wants.**

12         *MS. MILITELLO:*  **So, in my objection --**

13         *THE COURT:*  **I want to be clear, is it that the Defense**
14  **is saying that the Government has the burden to prove the facts**
15  **in the charging document or just that it was charged?**

16         *MS. MILITELLO:*  **We would agree that the charge exists,**
17  **and so, to save whose burden it is to prove that the charge**
18  **occurred, we would agree that Probation accurately reflected**
19  **that these charges -- that there was an arrest and then a nol**
20  **pros, so a dropped charge.**

21         **The only case I cited in my objection is the old**
22  **Supreme Court case that I am sure the Court is familiar with,**
23  **which is Shepard versus United States, 544 U.S. 13, from 2005,**
24  **where, of course, there is discussion that facts can be relied**
25  **upon in the PSI when they come from, quote "the charging**

1    document in terms of a plea agreement or a transcript of

2    colloquy between the judge and the defendant in which the

3    factual basis for the plea was confirmed by the Defendant or to

4    some comparable judicial record with this information."

5           What we have here with nol prossed cases, though, is

6    no charging document.  As we know from State Court, when you

7    have a nol pros often the charges are never even filed.  If

8    charges were filed, the Government should bring that in today

9    and prove it.  I don't see any Indictments or Informations that

10   have been filed with the Court to prove facts from a charging

11   document.

12          THE COURT:  Don't you get to a nol pros only after

13   there is a charging document to then nol pros it?

14          MS. MILITELLO:  Not on misdemeanors, no, and not on

15   felonies.  It could be just from an arrest, the probable cause

16   affidavit can act as the charging document.

17          THE COURT:  But there is a docket number.  Are you

18   saying a docket number could just be associated with a nol

19   pros, but not with an underlying charge?

20          MS. MILITELLO:  It can be associated with a notice to

21   appear on a traffic ticket or even on certain misdemeanors.  It

22   can also be associated with a probable cause affidavit.  You

23   will not necessarily have an Information, so that is why when

24   you have these arraignment dates in County Court, hundreds of

25   cases are dropped, they are nol-prossed, and the Government

Pauline A. Stipes, Official Federal Reporter

1   elects not to file.

2          THE COURT:  What is the case that the Government is

3   relying up on?

4          MR. DISPOTO:  I have two in particular, Judge.  The

5   first one is United States versus Aguilar-Vasquez, 739 F. App'x

6   954 --

7          THE COURT:  I am sorry, Fed. Appendix what?

8          MR. DISPOTO:  954, at 956.  There the Eleventh Circuit

9   found that the Court's reliance on PSI's factual statements

10  regarding prior arrests for violence against women was

11  procedurally reasonable, although the Defendant disputed the

12  allegations, where there was sufficient evidentiary foundation,

13  namely police reports, supported PSI and the Court considered

14  statutory sentencing factors.

15         Also, in United States versus Clark, 836 F. App'x 818,

16  at 822, the Eleventh Circuit in 2020 --

17         THE COURT:  818 at what?

18         MR. DISPOTO:  At 822.

19         THE COURT:  Okay.

20         MR. DISPOTO:  "We have frequently affirmed upward

21  variances where the sentencing Court considered, among other

22  things, a Defendant's prior arrests as part of his overall

23  criminal history."

24         I would also note that in Section 1B1.4 of the

25  Guidelines --

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  1B --
 2              MR. DISPOTO:  1.4.  The Guideline states, "In
 3   determining the sentence to impose within the Guideline range,
 4   or whether a departure from the Guidelines is warranted, the
 5   Court may consider without limitation any information
 6   concerning the background, character, and conduct of the
 7   Defendant unless otherwise prohibited by law."
 8              THE COURT:  Okay.  All right.  You have given me your
 9   cases, your argument.
10              MS. MILITELLO:  Could I add one?
11              THE COURT:  Yes.
12              MS. MILITELLO:  I will, of course, let the Court rule,
13   but I will add, in another portion of the PSI we objected to
14   the Court's consideration of acquitted conduct, and it seems
15   that that argument would apply equally here, and while the
16   Guidelines do currently still allow for the Court's
17   consideration of acquitted conduct, we continue to argue that
18   that is unconstitutional, and the Court should not consider
19   acquitted conduct.
20              Here we don't have acquitted conduct, but I think the
21   same sort of analysis apples, if you have a wrongful arrest the
22   Court should not consider it.  While the Government has
23   apparently cited these two, it sounds like Federal Appendix
24   cases, my understanding would be that those are unpublished
25   opinions.  Even then, the first one, Aguilar, the Government's
```

1    quote, there must be sufficient evidentiary findings, and it

2    sounded like police reports were introduced to the Court.  We

3    don't have any police reports here, so I would object to the

4    Court considering any of these facts.

5            THE COURT:  These arguments are directed at 28, 29,

6    and 30?

7            MS. MILITELLO:  Yes.

8            THE COURT:  28 and 29 were nol-prossed and 30 was no

9    filed.  Is that right?

10           MS. MILITELLO:  Yes.  So, the difference is 28 and 29

11   were misdemeanors so there is a nol pros.  No file means the

12   prosecution has elected not to file charges, so there would be

13   no charging document, as we mentioned.

14           THE COURT:  So, your objection is that the narrative

15   as to 28, 29, and 30 should be stricken.  That is your first

16   choice, correct?

17           MS. MILITELLO:  Yes.

18           THE COURT:  Your second choice is that it remains in,

19   but you have the Court sort of affirmatively indicate that it

20   is not relying upon those narratives.

21           MS. MILITELLO:  Yes, and perhaps also a brief

22   inclusion that the Defendant disputes the facts contained in

23   those paragraphs.

24           THE COURT:  Let me ask, for the Government, is there

25   any reason why, at a minimum, the third option can't be,

```
 1   regardless of the Court's ruling, included that the Defendant

 2   disputes the facts set forth in this paragraph?

 3            MR. DISPOTO:  No objection to that.

 4            THE COURT:  Okay.  We will have Probation Officer add

 5   that as to 28, 29, 30, the end of each sentence.  I am going to

 6   take a look at some of these cases, so we will keep going and I

 7   will come back to a ruling as to which way the Court is going

 8   to go.

 9            Is it fair to say, in the interest of understanding

10   the Government's position, is the Government going to be

11   relying upon, or asking the Court, in consideration of the 3553

12   factors and everything else before the Court for imposition of

13   a sentence, relying upon the narratives of 28, 29 and 30?

14            MR. DISPOTO:  We believe that those narratives are

15   relevant for purposes of 3553 factors.  Quite frankly, Judge, I

16   don't intend to rely heavily on them, but we do think those are

17   fair game.

18            THE COURT:  Let me take a look when we break at the

19   cases.

20            What other factual objections are there before we

21   return to the one --

22            PROBATION OFFICER:  I'm sorry, your Honor, I didn't

23   want this to pass without me mentioning that we do have a

24   charging document for paragraph 28 if that would want to be

25   reviewed by the Court.
```

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  **State for the record what we have there.**
2    **Is it the Information?**
3          *PROBATION OFFICER:*  **The Information that was filed for**
4    **domestic battery which is cited in paragraph 28.**
5          *THE COURT:*  **Do the parties want to see that?**
6          *MS. MILITELLO:*  **If the Government intends to introduce**
7    **it as fact and evidence, we would like to see a copy.  Does the**
8    **Probation Office also have a copy of the nol pros?  Sometimes**
9    **it indicates why the charges were dismissed.**
10         *PROBATION OFFICER:*  **Yes, that exists as well.**
11         *THE COURT:*  **Does it indicate why it was nol-prossed?**
12         *PROBATION OFFICER:*  **The victim failed to appear, in**
13   **addition, no reasonable likelihood of successful prosecution.**
14         *THE COURT:*  **Okay.  And what about for paragraph 29, do**
15   **you have a charging document?**
16         *PROBATION OFFICER:*  **There is no charging document for**
17   **paragraph 29.  I can look for a nol pros.**
18         *THE COURT:*  **Okay.  And if either party wants to look**
19   **at what Probation has, you are welcome to look at it.**
20         *PROBATION OFFICER:*  **There is a document for the nol**
21   **pros in paragraph 29, which indicates the victim failed to**
22   **appear at trial, and no reasonable likelihood of successful**
23   **prosecution.**
24         *THE COURT:*  **Okay, thank you.  And for paragraph 30.**
25         *PROBATION OFFICER:*  **There is no charging document for**

**Pauline A. Stipes, Official Federal Reporter**

1    paragraph 30.  I will review for nol pros information.

2              THE COURT:  **Okay.**

3              PROBATION OFFICER:  **Paragraph 30 is a no file and it**

4    **indicates insufficient evidence exists to prove the charge**

5    **beyond a reasonable doubt due to an uncooperative victim and**

6    **lack of independent evidence.**

7              THE COURT:  **Does either party want to look at the**

8    **documents?**

9              MR. DISPOTO:  **No, Judge, but in light of the fact the**

10   **Defense has raised this issue, we would ask that the PSI**

11   **include the information that was just provided to the Court by**

12   **Probation, specifically that the charges in paragraphs 28 and**

13   **29 were nol-prossed because the victim failed to appear, and I**

14   **am paraphrasing, but I think it said no reasonable chance for**

15   **conviction, and that in paragraph 30 the case was no filed at**

16   **least in part because the victim was uncooperative.**

17            **We would ask that that information be included in the**

18   **PSI.**

19            THE COURT:  **Any objection -- I know we have not gotten**

20   **to the ultimate determination about what the Court will do as**

21   **to striking and/or relying, but any objection, to the extent**

22   **that it remains in, that that be added as well?**

23            MS. MILITELLO:  **No objection.  I would ask that the**

24   **full information Probation read be included.**

25            THE COURT:  **In addition to the sentence that I asked**

**Pauline A. Stipes, Official Federal Reporter**

41

```
 1   Probation to include at the end of each of 28, 29, and 30, in
 2   addition let's include the exact language that comes from the
 3   nol pros and the no file in paragraphs 28, 29 and 30.
 4        PROBATION OFFICER:  Yes, your Honor.
 5        THE COURT:  Okay.  Thank you.  All right.  Any other
 6   factual objections?
 7        MS. MILITELLO:  If I could have a minute.  I think
 8   Probation may have corrected the rest.
 9        THE COURT:  All right.  And you were going to get back
10   to me on the opposite political party issue.
11        MS. MILITELLO:  If it is okay with the Court, I will
12   go one by one.  The next two objections, which related to
13   paragraphs 34 and 37, I believe that the Probation Office
14   corrected in the PSI.
15        At paragraphs 40 to 41, my understanding is that
16   Probation adopted the medical summary that we included.  So I
17   think, as long as the Court accepts those adoptions, and I
18   believe the Government in their last filing agreed that is what
19   Probation did, then we don't have any objections to that as
20   well.
21        It was a little ambiguous to me whether Probation was
22   adopting our full summary as provided or just that introductory
23   paragraph.
24        PROBATION OFFICER:  Your Honor, it is the intention
25   that the Probation Office adopts the Defendant's full medical
```

Pauline A. Stipes, Official Federal Reporter

 1    summary.  We have no reason or evidence to dispute any of that

 2    information.  It is voluminous, so I don't know if the Court

 3    wants that included in the Pre-Sentence Report or an individual

 4    filing in support of that information.

 5         THE COURT:  What is the Defense seeking?

 6         MS. MILITELLO:  I would ask that all of it be included

 7    in the PSI.  In the event that she does go to prison, I don't

 8    think the BOP is going to look at Defense filings.

 9         THE COURT:  Is there an objection from the Government

10    to including the medical records as part of the PSI?

11         MR. DISPOTO:  One moment, Judge.  I am going to

12    respectfully not take a position on it.  It doesn't sound like

13    something that is normally done, but I can't articulate a

14    reason to object.  I will defer to the Court on that one.

15         THE COURT:  Any problem with Probation including the

16    medical records as part of the PSI?

17         PROBATION OFFICER:  No, your Honor.

18         THE COURT:  All right.  The Court will -- make sure

19    you use that microphone, also, if you have it.

20         We will have the Probation Office include the medical

21    information as part of the PSI.

22         PROBATION OFFICER:  Your Honor, to be clear, we are

23    discussing the inclusion of the information in the Defense's

24    filing starting at page nine and ending at page 19?

25         THE COURT:  Is that what Defense is seeking?

Pauline A. Stipes, Official Federal Reporter

1          *MS. MILITELLO:*  **Yes.**

2          *MR. DISPOTO:*  **They are not seeking the actual records**

3     **themselves, just that summary?**

4          *MS. MILITELLO:*  **Correct.**

5          *THE COURT:*  **Okay.**

6          *MR. DISPOTO:*  **That is fine, Judge.  Before we**

7     **continue, I think your Honor had asked if the parties wanted to**

8     **see the probable cause affidavits relative to those prior**

9     **arrests.  Would the Court mind, while we go forward, can we see**

10    **those from Probation?**

11         *THE COURT:*  **Yes.**

12         *MR. DISPOTO:*  **We can look and move on at the same**

13    **time.**

14         *THE COURT:*  **All right.  You want to see the probable**

15    **cause affidavit, the nol pros and the no file.  The record will**

16    **reflect that the Government has those now and will make them**

17    **available to Defense if they want to see them.**

18         **Are there any other factual objections?**

19         *MS. MILITELLO:*  **Just one last one, which is in the**

20    **addendum that I mentioned, the summary from the Probation**

21    **Office about Mrs. Kaye's demeanor during trial, including at**

22    **cross-examination that she was evasive, argumentative and**

23    **combative.**

24         **The Court can either strike that language or make its**

25    **own findings, but we do object to this description as being**

1    inaccurate.

2         THE COURT:  **Any objection from the Government for that**

3    **language to be stricken?**

4         MR. DISPOTO:  **Judge, I would defer to the trial**

5    **testimony, in particular Ms. Kaye's testimony both on direct**

6    **and cross-examination, and defer to the Court to how you want**

7    **it described.**

8         THE COURT:  **Is that the one sentence that you wanted**

9    **out, the one --**

10        MS. MILITELLO:  **In terms of facts.  I disagree with**

11   **Probation's legal conclusion the sentence before and after**

12   **that, but I think this is just the fact that needs to come out,**

13   **yes.**

14        THE COURT:  **The sentence beginning with "on**

15   **cross-examination?"**

16        MS. MILITELLO:  **Yes.**

17        THE COURT:  **The Court will request that Probation**

18   **strike that sentence and the Court will rely upon its own**

19   **recollection of Ms. Kaye's demeanor at trial as this Judge**

20   **presided over the trial.**

21        PROBATION OFFICER:  **I'm sorry, your Honor, what**

22   **paragraph was that?**

23        THE COURT:  **It's on page six of the addendum, and it's**

24   **in the Probation Officer's response in the second paragraph,**

25   **the second to last sentence, the third line.  It begins with**

1    "on cross-examination."

2            That sentence only will come out so it reads:  On

3    cross-examination she was evasive, argumentative and combative,

4    that comes out.

5            Does Defense want to return to the third objection

6    regarding the opposite political party?  Did you find what you

7    were looking for?

8            MS. MILITELLO:  I did not, but I have a little more

9    information to provide to the Court.

10           THE COURT:  Would you remind the Court what paragraph

11   that is directed to?

12           MS. MILITELLO:  The paragraphs relating to the

13   tipster, so I believe that is paragraph nine and paragraph

14   eight of the PSI.  What I don't have handy is the Daubert

15   Hearing where I know this came up as well.  I thought this had

16   come up from an interview with the FBI, it did not.  I will

17   tell the Court that my investigator is here and can testify

18   that she did interview the tipster by phone and he did tell her

19   that he was a member of the opposite political party.

20           If the Court accepts that proffer or would like to

21   hear that sworn testimony from my investigator, I could submit

22   that now.  I thought it also came out at the Daubert Hearing,

23   but I don't have that transcript and I --

24           THE COURT:  The relevancy of that is?

25           MS. MILITELLO:  The relevancy is that, should the

Pauline A. Stipes, Official Federal Reporter

```
 1    Court be reversed on the exclusion of our expert, that part of

 2    what he would testify about is how one views threats

 3    differently when made by someone having opposite political

 4    views.

 5            I think having that fact that this individual is of

 6    the opposite party is important as it relates to the

 7    Daubert issue.  I agree it wasn't relevant at the trial the way

 8    things came out at the trial and given the Court's rulings, but

 9    for appellate review it may be relevant.

10        THE COURT:  Any objection from the Government for a

11    sentence to be included either at the end of paragraph four or

12    eight that the Defense investigator testified, or if we accept

13    her proffer, or she can state it under oath today, that she

14    interviewed the tipster and the tipster said he was of the

15    opposite political party of the Defendant.

16        MR. DISPOTO:  We still believe, Judge, that that is

17    not relevant.  As far as the veracity of that fact, I trust Ms.

18    Militello if she is representing that to the Court.  I don't

19    dispute the factual accuracy as to that, but I do not think it

20    is relevant.

21        THE COURT:  Okay.  I will sustain that objection and

22    ask Probation to include -- do you want that at the end of

23    paragraph four or eight?

24        MS. MILITELLO:  I think the Court just ruled that in

25    paragraph eight it is the same tipster as paragraph four, such
```

Pauline A. Stipes, Official Federal Reporter

```
 1    that if we included it in paragraph four that should be
 2    sufficient.
 3              THE COURT:  It would be that the Defense investigator
 4    proffered that -- the Defense proffered that the Defense
 5    investigator interviewed the tipster and the tipster told the
 6    investigator that he was of the opposite political party of the
 7    Defendant.
 8              PROBATION OFFICER:  Yes, your Honor.
 9              THE COURT:  Okay, great.
10         Any other factual objections other than the one I will
11    ultimately rule on with respect to the three paragraphs
12    relating to the narratives associated with the nol pros and the
13    no file?
14              MS. MILITELLO:  No more factual objections from the
15    Defense.
16              MR. DISPOTO:  Your Honor, can we revisit paragraphs 28
17    through 30 before the Court rules on those?
18              THE COURT:  Yes.
19              MR. DISPOTO:  Thank you for providing us with an
20    opportunity to review the paperwork that the Probation Office
21    gathered relative to these matters.
22         If we could take them in order, Judge.  If I
23    understand the argument correctly from the Defense is that
24    these are merely allegations without any reliable corroboration
25    and the Court shouldn't just rely on allegations that
```

48

 1    ultimately resulted in the matters being nol-prossed or no

 2    filed.

 3            I would like the record to reflect and for the Court

 4    to be aware that with respect to paragraph 28, the complainant

 5    in that case --

 6            THE COURT:  I think we should mark these as exhibits.

 7            We are going to call that maybe Court Exhibit 1, and

 8    that is the Court records relating to paragraph 28, so as you

 9    go in each turn -- is there any objection to that being

10    admitted?

11            MR. DISPOTO:  No objection from the Government.

12            MS. MILITELLO:  Probably not, although I think it is

13    the Government's burden to introduce and admit them.  Before we

14    do that, the Government has not yet given my co-counsel an

15    opportunity to read these affidavits.

16            THE COURT:  It can be Government rather than Court, so

17    let's mark it as Exhibit 1, Government Exhibit 1.  If it is not

18    objected to, let me know either way so we know whether it

19    should be admitted or not.  This is Government Exhibit 1 marked

20    with respect to the Court records underlying paragraph 28.

21            Okay, you may proceed.  Mr. Dispoto, you can proceed.

22            MR. DISPOTO:  I provided the salient documents to the

23    Defense, but I am going to need them in about two minutes.  Let

24    me continue if I may.

25            On paragraph 28 the original allegation from the

Pauline A. Stipes, Official Federal Reporter

```
 1    complainant, and this would be according to the Pre-Sentence

 2    Investigation Report, Michael Weinzoff, officers met with him.

 3    He reported he returned home with his minor children from

 4    visiting their grandmother after an argument with his wife, his

 5    wife being the Defendant.  He found his residence to be tossed,

 6    clothes and items were thrown across the room.

 7           The Defendant then began cursing, approaching the

 8    Defendant in an aggressive manner and punched him in the lip

 9    causing swelling and bleeding.  The Defendant's children gave a

10    verbal and written statement to them witnessing the Defendant's

11    action.

12           That was the original allegation, and if I understand

13    correctly from reading this, and I'm sure the Defense will

14    correct me if I am wrong, the complainant in this case was this

15    Defendant's son, Michael Weinzoff.

16           MS. MILITELLO:  I would say that Michael is the

17    husband, Sam is the son.

18           THE COURT:  Michael is the husband.  Is there any

19    objection to it being admitted now that Defense has reviewed

20    it?

21           MR. BERRY:  Your Honor, we maintain the information in

22    the report is unreliable, but for purposes of the Court making

23    a decision, it is admissible.

24           THE COURT:  It is what?

25           MR. BERRY:  I think for the purpose of the Court
```

Pauline A. Stipes, Official Federal Reporter

1    making a decision, it is admissible.  We submit that the

2    information in the report is unreliable.

3              THE COURT:  Government Exhibit 1 is admitted.

4         (Whereupon Government Exhibit 1 was marked for evidence.)

5              MR. DISPOTO:  According to the probable cause

6    affidavit relative to paragraph 28, and this was sworn out by

7    an Officer Duross on January 18, 2010, contained within that

8    probable cause affidavit is the following, "I observed Michael

9    Weinzoff's upper lip was slightly swollen.  I observed several

10   scratches about his left neck area.  Michael Weinzoff declined

11   medical treatment.  Michael Weinzoff's injuries were

12   photographed by CPL Crestwell.  Based upon the above facts,"

13   and then it lists the violation of battery against the

14   Defendant.

15             So, for purposes of the corroboration and reliable

16   information that the Defendant is seeking, clearly here there

17   is an indication from the probable cause affidavit that the

18   complainant's injuries were observed by law enforcement and

19   photographed.

20             With respect to paragraph 29 --

21             THE COURT:  Okay.  We will call that, the Court

22   records underlying paragraph 29, Government Exhibit 2.

23             Defense, are you looking at that now?

24             MR. BERRY:  Yes, your Honor.

25             THE COURT:  After you have looked at that, let me know

Pauline A. Stipes, Official Federal Reporter

1     if there's any objection to admitting it as well.

2          You may proceed.

3          *MR. DISPOTO:*  With respect to paragraph 29, according

4     to Court records, on December 31, 2010, officers responded to a

5     call for assistance.  They were met by a victim who is

6     identified by name in the Pre-Sentence Investigation Report.

7     "The victim advised that she was acquainted with the Defendant

8     who had stolen $110 from her a few days earlier.  The victim

9     advised that she took her money back from the Defendant,

10    causing her to become angry.

11         "As a result, the Defendant began choking the victim,

12    scratching and hitting her.  The Defendant ripped the victim's

13    underwear and bit her on the right leg.  The victim was able to

14    escape the Defendant, enter her home and call 911.  Upon the

15    officers' arrival, the Defendant was at the residence waiting

16    to fight the victim.  The witness' neighbors reported that the

17    Defendant was the aggressor."

18         *THE COURT:*  Any objection to Government Exhibit 2

19    being admitted?

20         *MR. BERRY:*  Same position, the information in it is

21    unreliable, but for purposes of this hearing it could be

22    admitted.

23         *THE COURT:*  Government Exhibit 2 is admitted.

24         (Whereupon Government Exhibit 2 was marked for evidence.)

25         *MR. DISPOTO:*  According to the probable cause

Pauline A. Stipes, Official Federal Reporter

1    affidavit that appears to have been prepared by an Officer

2    Romstadt on December 31, 2010, it indicates that "photos of the

3    complainant's injuries were taken which reflected a bruise

4    above her left eye, deep scratches on her lower back and neck,

5    and a bite indentation on her right leg above her knee.

6              "Ms. Kaye was given" -- WTA I believe it says.

7              Judge, once again from the complaint affidavit itself

8    there is clear corroboration of injuries as reported by the

9    complainant in that matter.

10             And finally, with respect to paragraph 30, this is an

11   allegation of an incident that occurred as a result of a

12   welfare check on February 4, 2020.  "Upon arrival, officers met

13   with the Defendant who appeared to be healthy and okay.  The

14   officer returned to the patrol car and called the complainant,

15   a Brett Weinzoff, who was the Defendant's daughter.

16             "Brett reported that when she returned home her mother

17   had boxed up her belongings and placed them outside.  The

18   complainant advised the Defendant began cursing and screaming

19   at her and she entered the apartment.

20             "The complainant attempted to be civil, but

21   the Defendant grabbed her shirt collar causing it to rip.  The

22   Defendant walked away and began to rummage through a drawer.  A

23   witness who was present, as well as the complainant, both saw

24   the Defendant arm herself with a knife and proceed towards the

25   complainant.  The complainant closed the door and her friend

1    was able to restrain the Defendant after she stabbed the door

2    four to five times.

3              "Witness statements were provided to law enforcement.

4    A search form was consented to and the officers noted stab

5    marks in the bedroom door."

6              THE COURT:  Any objection to Government Exhibit 3,

7    which is the Court records underlying the allegations in

8    paragraph 30?

9              MR. BERRY:  Same position, Judge.

10             THE COURT:  Government Exhibit 3 is admitted.

11         (Whereupon Government Exhibit 3 was marked for evidence.)

12             MR. DISPOTO:  According to the probable cause

13   affidavit prepared by an Officer Wagner on February 6, 2020,

14   "Once inside the residence where the complainant's room was the

15   officer witnessed five marks in the middle of the door that

16   appeared to be stab marks.  Photographs were taken of the

17   marks."

18             Once again, Judge, corroboration of the allegations

19   made by the complainants in that case as well.

20             THE COURT:  Okay.  So, I will review them and, as I

21   said, the case law.  Is there any further argument on this

22   issue?

23             MS. MILITELLO:  If I can briefly respond to a few of

24   sort of the issues that I see simply from their summary.  I

25   haven't read the reports, though co-counsel did.

54

1            For example, at paragraph 28, I believe that the

2      Government correctly proffered to the Court that there was this

3      alleged injury, and what we don't have is an understanding that

4      this injury or knowledge from any independent source, because

5      that officer was not present during any fight, whether the

6      injury occurred that day, whether Mrs. Kaye was the source of

7      that injury, whether the injury happened as a result of self

8      defense.

9            We just have this hearsay statement of the

10     husband/victim who, by the way, remains very supportive of

11     Mrs. Kaye to today, that I guess this misdemeanor domestic

12     battery, you know, they found probable cause for, and the

13     prosecution deemed the evidence was sufficient to proceed.

14           There's the same issues with the next two paragraphs,

15     that we don't have an officer present for any of these alleged

16     incidents.  I did put in the PSI, and I would note in my

17     objections that Mrs. Kaye, as to paragraph 29, denies she hit

18     her husband.  As to the next paragraph, she submits her

19     daughter was the one trying to rob her and that she is actually

20     the victim.

21           The problem is, if Mrs. Kaye was actually the victim,

22     right, the officer wasn't present, and we don't have the

23     daughter here to say one way or the other.  Instead, we have

24     Mrs. Kaye actually denying that she engaged in any wrongful

25     behavior.  And again, no one came to court to testify, right,

1    so we don't have any vetted testimony to support these facts.

2           The same as it relates to paragraph 30, it sounds like

3    the victim -- alleged victim came home, was upset to find that

4    she was being evicted from her mother's residence and a fight

5    resulted from that of some sort, whether verbally or of some

6    other nature, but certainly, you know, it almost sounds as if

7    the victim there engaged in a burglary if she entered a home

8    she was not permitted to be inside of.

9           We don't know if that is one reason the State decided

10   not to press charges.  Maybe that victim herself was subject to

11   criminal prosecution.  We don't know, so I'd ask the Court,

12   without testimony or any other corroborating evidence, not to

13   consider those hearsay statements.  At this point they are

14   unreliable, insufficient evidence exists to hold Mrs. Kaye in

15   any way accountable for those actions.

16           *THE COURT:*  Okay.  Anything further on the factual

17   objections?

18           *MS. MILITELLO:*  Not on the facts, your Honor.

19           *THE COURT:*  We have taken up one of the legal

20   objections, we have two more.  We will take a quick five-minute

21   break -- why don't we say a ten-minute break and we'll come

22   back and take up the legal objections.  It is 25 after 11:00,

23   we'll come back at 25 of 12:00 and take up the two legal

24   objections next.  Okay?

25           *MS. MILITELLO:*  Thank you.

                    Pauline A. Stipes, Official Federal Reporter

```
 1          (Thereupon, a short recess was taken.)

 2          THE COURT:  I wanted to ask one question where we left

 3     off and then move into legal objections.

 4          We are going to take a lunch break.  I don't know if

 5     you want to let her know that, so she will have plenty of time

 6     to talk.

 7          MS. MILITELLO:  I think she was going to take

 8     medication.

 9          THE COURT:  I want everybody to know we will take a

10     lunch break, depending on how the legal objections go, when we

11     end up finishing on that, before we move into the next phase.

12          Okay.  I had one followup question on the last factual

13     objection we were speaking about, paragraphs 28 through 30, and

14     then we will move into the legal objections.

15          I understand Defense argument to be, among other

16     things that have been filled out in detail, that the Government

17     has failed to prove by a preponderance of the evidence the

18     allegations in paragraphs 28, 29 and 30.

19          Is Defense relying solely upon the argument that the

20     Government has failed to prove these allegations by a

21     preponderance of the evidence, and that is the basis for having

22     the allegations stricken, and to the extent that -- and that

23     those allegations are not rebutted by the Defense, but rather,

24     because they are insufficient they should be stricken?

25          And/or alternatively, if the Court were to find, for
```

 1    example, that the Government has met by a preponderance of the

 2    evidence the allegations in paragraphs 28, 29 and 30 based on

 3    Government's Exhibits 1, 2, 3, does Defense have any evidence

 4    it would want to present to rebut those allegations?

 5              MS. MILITELLO:  Okay.  So, I would say that the

 6    Court -- primarily our position is that the Government has

 7    provided insufficient evidence for the facts to remain in the

 8    PSI; however, we do actually dispute the facts contained

 9    therein.  Although we are not going to introduce evidence to

10    rebut them, I would ask the Court, similar to other paragraphs,

11    just include that Mrs. Kaye does dispute the facts contained in

12    each paragraph, which is what I indicated in my objections, but

13    we are not going to provide any additional evidence at this

14    time.

15              THE COURT:  Okay.  I think we already crossed that

16    bridge, didn't we, that the Government didn't have any

17    objection and that Probation is already going to include that

18    Defense disputes the allegations.

19              MS. MILITELLO:  Okay.

20              THE COURT:  Okay.  So, let's move on to the legal

21    objections and the legal objection -- the first one we have

22    already resolved and the Court sustained it, that is the

23    2A6.1(b)(2)(A) two-level enhancement, and that was not objected

24    to by the Government.

25              Now, in the second legal objection, in her second

1   legal objection, Ms. Kaye objects to the exclusion of the

2   2A6.1(b)(6) four-level reduction applicable when the offense

3   involved a single instance evidencing little or no

4   deliberation.

5        As the Court understands it, Ms. Kaye argues that her

6   offense involved little deliberation.  The videos were posted

7   in such a quick haphazard style such that she erroneously

8   posted two versions of the same video, she did not engage in

9   extensive planning to make her videos, she did not go and buy

10  anything such as a firearm to make her video, and she did not

11  post over multiple days, weeks, or months.

12       Probation has pointed out in the PSI that the videos

13  were scripted, involved her changing locations, holding

14  alcohol, and editing in which she overlaid a song over the

15  video content, so they were not prepared quickly.

16       The Government agrees and points out that Ms. Kaye had

17  three days between her first contact with the FBI and the

18  posting of the videos, which was time to deliberate on her

19  conduct.  She had to edit the videos and post them on multiple

20  platforms and she did not remove them later after further

21  deliberation, which the Government argues is evidence that she

22  deliberated before posting them online.

23       The Government also puts forward support of -- what it

24  argues is support in Eleventh Circuit case law, citing United

25  States versus Russell, 322 F. App'x 920, at 924, Eleventh

1    Circuit, 2009.  In Russell, the Eleventh Circuit upheld a

2    District Court's imposition of the four-level enhancement for

3    deliberation.  The District Court had imposed the enhancement

4    on a defendant who had intended to kill the President based

5    upon him hitchhiking from Alabama toward D.C. to do so, making

6    it at least to Georgia, and based upon his detailed motivation

7    as to why he wanted to kill the President.

8            In Russell, the Eleventh Circuit cites a factually

9    analogous Fifth Circuit case, United States versus Stevenson,

10   126 F.3d 662, at 665, Fifth Circuit, 1997.  In Stevenson, the

11   Fifth Circuit upheld a District Court's finding that a

12   Defendant deliberated before sending a threatening letter based

13   on him getting stationery, postage, and mailing the letter, all

14   of which indicated the crime was not momentary.

15           Ultimately, the Eleventh Circuit pointed out in

16   Russell that a District Court must conduct a case-by-case

17   review of the factual context of a threat in order to make a

18   deliberation finding.

19           With that, from the Defense.

20           MS. MILITELLO:  I agree the Court will need to make

21   specific findings, but as we have said from day one in our

22   motion to dismiss, of course, context matters, and that is one

23   of the reasons why I continue to cite with so much factual

24   detail all the 875(c) threat cases and threats against the

25   President, which is a different subsection, but just threat

1   cases in general, because what we so often see are threats that

2   occur over the course of days, weeks, months, and frankly

3   in Counterman that was argued before the Supreme Court this

4   week, threats over the course of two years.

5          And so, when we are talking about what is little

6   deliberation, it is rare to find a threats case that occurred

7   in about an hour, which is what the testimony was at trial.  We

8   know that these videos were posted within minutes of each

9   other, the Government introduced those records to the jury and

10  to the Court, and we know that, yes, a script was written.

11         I am not arguing that no deliberation took place, but

12  what I am saying is that all of this it appears took place in

13  about an hour.  I dispute Probation, they weren't present for

14  the trial, but their position that there were different

15  backgrounds or locations.  I recall that I think there was a

16  slight change in the camera angle, but they both took place in

17  the exact same space in her one-bedroom apartment.  The timing

18  of the videos as they were posted and as they were made were

19  within minutes of each other.

20         That is what we are talking about here, not in Russell

21  where someone hitchhikes for days to go carry out their threat,

22  and the carrying out the threat part is important because when

23  we are all in law school and we talk about what conduct

24  violates the First Amendment, it's usually speech plus

25  something, speech plus going to obtain a weapon, speech plus

Pauline A. Stipes, Official Federal Reporter

1    travel, speech plus going to a victim's home.  You have that

2    conduct, frankly, in every single case the Government cites.

3              What we don't have here is Mrs. Kaye obtaining a

4    weapon.  We don't have her obtaining anything, purchasing

5    anything.  We don't have her traveling anywhere.  We don't even

6    have her sending this to the FBI, right.  She didn't do any of

7    these number of things.  I know the Court has heard all of

8    these arguments before, but she didn't go to the FBI office and

9    make these threats.  She didn't, like in Counterman, call the

10   FBI officer, Facebook him, message him, send him these things.

11             If she had taken any of those additional steps, maybe

12   even within the hour, there would have been more deliberation,

13   but none of those things occurred here.

14             When we talk about what is little deliberation in the

15   context of a threats case, I also cited some of these

16   January 6th cases.  Certainly they didn't involve that level of

17   planning where people are obtaining armored vehicles, guns,

18   ammunition, texting their friends and family members their

19   plans to travel to D.C. to carry out threats against Pelosi,

20   against Vice President Pence.  I cited one of the convictions

21   in the January 6th case where that individual then traveled to

22   D.C. with all of those things he obtained, and after the

23   January 6th riot was sort of squelched, that he planned on

24   executing Pelosi on live TV.

25             That was far more than little deliberation, but when

1    we look at threat cases, I would submit that the conduct here

2    does fit within that narrow definition.

3           THE COURT:  Response from the Government.

4           MR. DISPOTO:  Your Honor, I would first note that the

5    burden is on the Defense to demonstrate the application of this

6    level reduction, and in their motion -- or in their objections

7    to the Pre-Sentence Investigation Report where they articulate

8    the basis for little to no deliberation, they don't cite to a

9    single case that has facts substantially similar to the instant

10   matter supporting the application of that four-level reduction.

11           I think it is important to note, Judge, that the

12   standard here is a very low one.  The Court does not have to

13   believe that the Defendant engaged in some type of a

14   sophisticated crime scheme or that it was time consuming in its

15   planning or execution.

16           The application of the reduction simply states that it

17   applies when the Defendant has demonstrated, in essence, little

18   to no deliberation, and here the evidence that was presented at

19   court clearly demonstrated a level of planning and deliberation

20   that was required for her to create these videos.

21           Your Honor may recall that it was three days between

22   the time that Agent Smith initially contacted her to the time

23   that these videos were posted online.  During that time frame,

24   Ms. Kaye created two videos, albeit substantially similar,

25   where it appears from the content of those videos that these

Pauline A. Stipes, Official Federal Reporter

1  were scripted, these were not just the random musings of an

2  angry person.

3          She specifically invoked her constitutional rights,

4  she made reference to the prosection of a three star general,

5  she threatened to shoot Agent Smith if he came to her house.

6          In both of the videos she repeated almost verbatim

7  that same scripted diatribe.  Clearly that evidences a certain

8  level of planning, but beyond that, she took it one step

9  further.  When she created what we have been referring to

10 throughout these proceedings as the third video, she overlaid

11 it with a song, a song that was specifically selected by her to

12 support her message, which is I'll Be Watching You.

13         Now, she claimed at trial that what she really meant

14 was the agent was watching me, but be that as it may, that took

15 a level of deliberation and planning to pick the right song

16 that fed into the message that she was conveying in the video.

17         So these are now three cuts, if you will, of the same

18 message that she planned out to send to her social media

19 audience.  This is much different than an alternative scenario.

20         Imagine, if you will, that someone sees a video online

21 and decides to retweet it, or she merely forwards it to someone

22 else, a video maybe that that person didn't create, but without

23 really thinking about it, had a knee-jerk reaction and did

24 something with little to no deliberation that ultimately

25 resulted in a criminal charge.  This was not that scenario.

1          This was scripted specifically by her designed to send

2   just the right message that she wanted to send to her social

3   media audience, and specifically to Agent Smith, but announced

4   to her social media audience to convey a message that she has

5   claimed all throughout these proceedings was a political

6   message, one that was thought out with certainly a substantial

7   level of deliberation to convey just the message that she

8   wanted to convey.

9          MS. MILITELLO:  May I respond briefly?

10         I first take issue with the Government now sort of

11   piggybacking on this three-day period.  There was no evidence

12   presented at trial from any party that Mrs. Kaye did anything

13   to create these videos, write the script, do anything related

14   to the FBI during those three days.

15         Instead, the testimony was that the videos were

16   created and posted the same day, in fact I believe within about

17   an hour.  So they would like the Court to assume, I don't know,

18   that for three days she did something with these videos, but

19   they have the ability, the technology perhaps to prove those

20   things.  They did not, and instead, Mrs. Kaye testified that

21   she created the video on the same day it was posted.

22         I take issue with this idea -- well, two parts.  The

23   Government is correct, I did not cite any cases where little

24   deliberation was granted, and I continue to this day, as I have

25   for two years, to say that I have yet to find a case prosecuted

Pauline A. Stipes, Official Federal Reporter

1    by the Federal Government where so little conduct resulted in a

2    conviction, and our Defense expert said the same thing at the

3    Daubert Hearing.

4         It is very hard to find a case like Mrs. Kaye when,

5    frankly, I believe her conduct to this day is still covered by

6    the First Amendment and that they are trying to curtail the

7    protections of the First Amendment, and they have never been

8    able to do so in such a way that resulted in a conviction.

9    There is no case like hers.

10        In every single case where even it is just one

11   message, it is sent directly to the person, or the person goes

12   to that house, or they call a Senator's home, or they email the

13   Senator directly.  There is something more direct that we are

14   missing here, and because of that, I can't cite a case like

15   hers because I have yet to find one like hers, and the

16   Government, I have been saying this for years, has yet to

17   provide to the Court or to the Defense any case like hers where

18   so little conduct resulted in a conviction.  This may very well

19   be an issue of first impression for the Court.

20        I take issue with this idea that if someone retweeted

21   someone else's video then maybe you would qualify.  I sure hope

22   the First Amendment would cover you in that instance as well.

23   I find that really offensive, this idea that if someone

24   retweets someone else's video this Government office is now

25   going to prosecute them, but apparently recommend a reduction.

Pauline A. Stipes, Official Federal Reporter

1            The First Amendment covers speech and I realize that

2   we have a conviction here, but what we are talking about in the

3   scheme of every case, every single one the Government has

4   provided to the Court involved warnings -- sorry, I was going

5   to say every single one provided much more conduct.

6            The majority of the cases, not every one, but almost

7   every case without fail that the Government cited in their

8   sentencing memorandum involved a Federal agency warning the

9   Defendant, hey, knock it off, cease your conduct, you know

10  what, we take these threats you are making to Senator Ernst

11  seriously, you need to stop it, or we take these threats

12  against the President seriously.  That's why we are

13  investigating.  Did you mean this as a threat?  Cut it out or

14  we are going to prosecute you, and then the person continues to

15  engage in the same conduct.

16           That is not little deliberation; that is the person

17  now knowing they are on the Federal Government's radar and they

18  are continuing to conduct the same type of threatening

19  activity.  Here, no one warned Mrs. Kaye to stop.  Her first

20  warning was them appearing at her house with SWAT vehicles and

21  arresting her.  If they had and then she continued to post

22  another video, again, there would have been more deliberation,

23  more conduct, more planning.  Those things didn't occur here.

24           So, our position is that this is a case that the Court

25  should find involved little deliberation and she should receive

Pauline A. Stipes, Official Federal Reporter

1     the four-level reduction.

2              *THE COURT:* **Anything further from the Government?**

3              *MR. DISPOTO:* **No, your Honor, thank you.**

4              *THE COURT:* **Okay.  Let me hear argument on -- let's**

5     **move on to the third legal objection.**

6              **The third legal objection is that Section 3E1.1**

7     **permits for an acceptance of responsibility reduction when a**

8     **defendant goes to trial to assert and preserve issues that do**

9     **not relate to factual guilt, such as to make a constitutional**

10    **challenge to a statute or a challenge to the applicability of a**

11    **statute to his conduct.**

12             **This section goes on to explain that in these**

13    **circumstances determination that a defendant has accepted**

14    **responsibility will be based primarily upon pretrial statements**

15    **and conduct.**

16             **Ms. Kaye argues that she has admitted the facts of her**

17    **case.  The Government, on the other hand, argues that Ms. Kaye**

18    **has not accepted responsibility, citing her calling her videos**

19    **political theater and denying that she intended to threaten**

20    **anyone.**

21             **Probation afforded Ms. Kaye the opportunity to**

22    **apologize and her apology, as she has referred to it in the**

23    **PSI, reads as follows: "Your Honor, the Court, and the general**

24    **public, in making my social media content I did not intend to**

25    **threaten the FBI, but I am sorry for the spectacle**

1    and resulting fallout.  I regret risking my own health and life

2    with my granddaughter.  When I had my seizure in court I made a

3    deal with God if I survived and lived I would not post

4    political videos like this again.  I will never post something

5    like this again."

6           So, let me hear from the parties on this third

7    objection.

8           *MS. MILITELLO:*  Well, as the Court knows, we filed

9    what I think is a very strong motion to dismiss in this case

10   over a year ago, and the Court denied that motion, and we had

11   cited before the Court a case where a motion to dismiss on a

12   threats case was granted, and I recall the Court saying that

13   your Honor didn't believe in this circuit that procedurally you

14   could grant that type of motion.

15          I understand why the Court felt that way, but what

16   that means is, in order to preserve her constitutional right

17   Mrs. Kaye's only option for appellate review was to have a

18   trial.  There was no other option, just like there wasn't for

19   Watts, even though his speech was later found by the United

20   States Supreme Court to be protected.

21          So, Mrs. Kaye went to trial and we stipulated to the

22   admission of the videos.  In fact, we were the ones who

23   provided the Government the video with the music.  We did that

24   at the motion to dismiss.  We never disputed that she posted

25   these videos, we never disputed the authenticity of the

1    evidence.  Really, we didn't dispute any of the facts.

2            The only factual dispute relates to Mrs. Kaye's

3    intent, which the Government sort of argued specific intent is

4    not required anyway.  There continues to be this split that the

5    Supreme Court is now hearing oral argument about related to

6    Elonis and whether specific intent is required.  So, there is a

7    dispute as to that, even though it is unclear what intent level

8    is required for conviction.

9            But certainly there were no disagreements as to any of

10   the other material facts.  From day one when we filed our

11   motion we truthfully and honestly provided to the Court that

12   Mrs. Kaye posted these videos and why she did so.

13           Our position is that this case is akin to a motion to

14   dismiss on constitutional issues, or when we have motions to

15   suppress for Fourth Amendment issues and the Defendant has to

16   go to trial to preserve that issue.  That is what happened

17   here, and the Guidelines allow for acceptance under those

18   circumstances.

19           If we had changed the facts and we were proffering to

20   the jury facts differing from what was in our motion to dismiss

21   that would be a different situation, right.  That is not what

22   happened.  We have maintained a consistent position as it

23   relates to the facts of this case, and that is why I believe

24   that she qualifies for the acceptance.

25           And sort of as it relates to Probation's response

1     about her opportunity to say sorry, you know, one, I don't

2     think that is relevant to the Guideline position; two, she has

3     her lawyers telling her they believe this is protected First

4     Amendment speech.  She has Dr. David Brooks, a Ph.D., J.D.

5     expert in conflict speech, telling her he believes this is

6     protected First Amendment speech.

7            She knows through our work product that we have

8     consulted, as I told the Court when we were trying to find

9     experts, several J.D. law experts in constitutional law who

10    believe this was protected speech.  At a minimum, because I

11    continue to say the Government has yet to provide any case

12    where so little conduct has been prosecuted, it is at least a

13    gray area.

14           It is an area where they are testing what the limits

15    of the First Amendment are, and so, it is with good faith that

16    we tell the Court we believe there is a strong constitutional

17    law argument and constitutional protection issue here that she

18    needed to protect and protect, frankly, on behalf of all of us.

19           We may not agree with her speech, and so I can

20    understand why Probation or others might have wanted to hear

21    some sort of apology, but the First Amendment protects speech

22    that makes us all uncomfortable and speech that we don't agree

23    with.  We do that to protect the free exchange of ideas.  We do

24    that so we don't end up in a society that bans books and

25    engages in Government retaliation of speech and building

Pauline A. Stipes, Official Federal Reporter

```
 1    prisons at Disney World.  We do that to protect the rights of

 2    all of us.

 3              To be clear, Mrs. Kaye's speech has been chilled,

 4    right.  So, what they want from her is some sort of remorse.

 5    She has stopped posting in this capacity.  There is no

 6    information from the Government in the two plus years that this

 7    case has been pending that she has done anything like this

 8    again.  Instead, the PSI, of course, reflects that she has

 9    abided by all of the conditions of the Court.

10              Beyond that, she is not posting any videos that she

11    has made herself any more or any political videos in this

12    nature.  She has essentially been silenced, but she has also

13    accepted that silence, right, which shows her acceptance of

14    this process, her deference to the Court, and her faith that in

15    the end the laws of this country and the Court and protections

16    of the First Amendment will prevail.

17              In light of those circumstances, we believe that she

18    should receive the acceptance reduction, the two levels, of

19    course not a third level because the Government did proceed to

20    trial, but that she is entitled to the other two levels because

21    she had no alternative but to go to trial in order to preserve

22    her First Amendment rights in this case.

23         THE COURT:  From the Government.

24         MR. DISPOTO:  Once again, Judge, I would begin by

25    citing to the Court it is the Defendant's burden of proving
```

Pauline A. Stipes, Official Federal Reporter

1    that she has accepted responsibility.  Once again, the Defense

2    has not provided this Court with a single case that supports

3    her position of a defendant receiving acceptance of

4    responsibility in a case like this.

5              This idea, Judge, that this matter is so idiosyncratic

6    that it does not exist in the entire universe, a set of facts

7    where an individual has been prosecuted under similar

8    circumstances to Ms. Kaye is simply not true.

9              I provided the Court with several cases of a similar

10   nature and it appears that none of those cases support the

11   positions that the Defense is taking because they are not

12   citing to them as any authority, persuasive or otherwise, to

13   support the positions that they are making in this case.

14             In particular, United States versus Cooper, a case out

15   of the Middle District of Tennessee, where a Defendant posted

16   an online threat against law enforcement agencies,

17   Killingsworth, Northern District of Ohio, 2020, two online

18   posts against local police threatening to kill.  In Dierks, as

19   the Defense mentions, three tweets against Senator Joni Ernst.

20   In Howard, Fifth Circuit, 2020, a single voice mail message

21   left for then Attorney General Holder.

22             There are numerous cases that are similar to Ms.

23   Kaye's scenario, yet none of those appear to support any of the

24   positions taken by Ms. Militello in this matter, specifically

25   as it relates to acceptance of responsibility.

Pauline A. Stipes, Official Federal Reporter

1           As the Guidelines particularly indicate, it is rare

2   for an individual who goes to trial gets acceptance of

3   responsibility.  The Eleventh Circuit has found as such as

4   recently as 1997 in Joyner versus the United States.  The

5   commentary specifically states that this two-level reduction

6   for somebody who goes to trial is, quote, "not intended to

7   apply to a defendant who puts the Government to its burden of

8   proof at trial by denying the essential factual elements of

9   guilt."

10          That is exactly what Ms. Kaye did.  She may have a

11  reason for that, she may be attempting to preserve her rights

12  to an appeal because she believes that what she did was not

13  criminal, but she still disputed the essential elements of the

14  case.

15          Specifically, the Government had to prove two things,

16  both of which she disputed:  First, that she conveyed a true

17  threat, which she denies; and second, that she did not intend

18  to communicate a true threat and had no knowledge that it would

19  be viewed as such.  She denied that as well.

20          When questioned about why she did what she did, she

21  continued to claim that this was a parody or some type of

22  benign TikTok video, which the jury clearly rejected.

23          So, it is the Government's position that Defense has

24  failed to meet their burden and that there is an insufficient

25  basis to apply the two-level reduction to someone like Ms. Kaye

1   who went to trial and disputed the essential elements of the

2   charged crime.

3          MS. MILITELLO:  Your Honor, may I respond?

4          THE COURT:  Yes.

5          MS. MILITELLO:  The Government is right that we did

6   not agree that this was a true threat because that calls for a

7   legal conclusion of the Court.  We asked for the Court to do

8   that in our motion to dismiss, and procedurally I understand

9   why the Court couldn't do it, but that requires a Court

10  finding.

11         They are right that we don't believe this meets the

12  standard of a true threat under the First Amendment.  I would

13  love if the Court -- I think if the Court will allow me to do

14  it now, because either I'm going to do it now or at the next,

15  to just bring up some of these cases the Government cited, and

16  they are in my footnote in my pleading, so I won't go through

17  too much.

18         But in my arguments I summarize how many of them

19  involved weapons, how many of them involved warnings from law

20  enforcement, right, stop your conduct, people continue to

21  engage, but I put the conduct, the specific facts in footnote

22  I, which starts at page 26 in my filing.

23         So we have -- I will take them in order from what the

24  Government said.  We have Cooper, and they are right,

25  Cooper involved --

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  **Which filing are you looking at?**

2          *MS. MILITELLO:*  **This is document 141, page 29.  Cooper**

3    involved two separate online threats which, again, we don't

4    think they are separate threats.  Be that as it may, what then

5    happened -- the threats are very explicit.  I would say they

6    are much more serious than they are here, talking about

7    bombing, and a lot to do with Federal agencies, posting online

8    pictures of firearms and Ted Kaczynski surrounding the text, do

9    it for him.  So, it was not just the post, there are these

10   corroborating posts.

11          In addition to the corroborating posts, right, when

12   you are trying to decide what did this person mean, did he

13   intend what he threatened, well, they did a search of the home,

14   and as the Court knows, the Government -- the FBI did not do

15   that in Ms. Kaye's case, but here they did.

16          When they did a search of the home they found a screen

17   shot with the locations of ten power plants which supplied a

18   majority of the power to the United States, screen shots of

19   firearms, saved conversations regarding how to build a thermite

20   bomb, diagrams of how to build a "Cupric Thermite Firebomb," a

21   gasoline bomb.  I mean, it goes on and on.

22          In terms of corroborating evidence that that was a

23   true threat, again, we are in a different world than what we

24   have with Mrs. Kaye.  That individual also saved videos of mass

25   shootings, like the two Mosques at Christchurch in New Zealand.

1    His own family had made statements to law enforcement regarding

2    his use of violence, punching holes in the walls, his desire --

3         THE COURT:  Slow down a little bit, please.

4         MS. MILITELLO:  And so there were corroborating

5    statements from law enforcement, from searches of the home,

6    from internet posts to make those two posts true threats,

7    unlike what we have here.

8         Killingsworth is the second case that the Government

9    cited, which is in footnote I as well, that is on page 26, the

10   very first case.  Killingsworth involved multiple threats on

11   social media, we know at least two that I mentioned in the

12   facts here.  He actually directed his comments to the specific

13   individuals he was threatening, unlike Mrs. Kaye who just

14   posted her video and didn't tag or send it to anyone.

15        Beyond that, he was arrested and law enforcement

16   interviewed him, and at his interview they said, do you mean

17   it, are you intending to threaten people, and he reiterated the

18   seriousness of his threats by saying, quote, "That more cops

19   need to be shot because the police were killing people,"

20   unquote.

21        In addition, that individual was on parole for a

22   violent felony, he was criminal history category VI, so there

23   were all these other things in that case to corroborate what

24   the poster meant.

25        In Dierks, it is similar.  Dierks was one of the

Pauline A. Stipes, Official Federal Reporter

```
 1      individuals who was warned to stop making threats.  State law
 2      enforcement went to him and told him to, quote, "tone it down,"
 3      and that is when he was saying things that -- I have the quotes
 4      in here, they are pretty violent.  So, law enforcement tells
 5      him to stop, he doesn't stop.  He sends several more tweets
 6      over several days, right, and then the Federal Government
 7      arrests him.
 8              When they arrest him they find weapons which he could
 9      have used to carry out the threats, and while he is awaiting
10      trial, he starts posting about the Federal agent in the case
11      and making statements during the trial.
12              So, when I say to the Court I have yet to find a case
13      similar to Mrs. Kaye, I mean it.  The cases the Government
14      cites are true threat cases, but they involve so much more
15      conduct than Mrs. Kaye's case does.
16              THE COURT:  Okay.  All righty.  So, let me ask -- take
17      a pause.
18              Has all argument been made as to all factual and legal
19      objections, the Court having already ruled on factual
20      objections and having ruled on one of the three legal
21      objections?
22              MR. DISPOTO:  Judge, the only thing I would like to
23      add, if I may have 30 seconds, to the last argument that
24      counsel made, she is not -- I know she knows this, but she is
25      not limited to threats cases when she argues to the Court that
```

1      Ms. Kaye who, according to the Defense, is exercising her

2      rights to go to trial and she has to dispute the essential

3      elements for purposes of preserving her appeals.  She is not

4      limited to threats cases when she makes those arguments.

5              Yet, there is no cases even outside the realm of

6      threats cases that they have presented to the Court where

7      similarly situated Defendants who have disputed the essential

8      elements of crimes charged went to trial, lost, but yet got

9      acceptance of responsibility.  So I just make that additional

10     argument.

11             THE COURT:  All right.

12             MS. MILITELLO:  I just wanted to answer the Court's

13     question because I still do have a legal objection that the

14     Court missed that I raised related to what I called the

15     built-in departure provision of the Guidelines.

16             We were asking the Court -- and truthfully, the Court

17     can depart based on that Guideline language or just vary as we

18     requested, but there is a specific provision within the

19     Guidelines, so I had raised the objection saying the Court

20     should consider that as well.

21             THE COURT:  Is this contained in your motion for

22     downward variance?

23             MS. MILITELLO:  No, it is contained in my PSI

24     objections, I believe.  It starts at paragraph 17 of my

25     objection in Docket Entry 141, relating to paragraph 72.


                    Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  **Okay, let me get paragraph 17.**

2          **Paragraph 17:  Mrs. Kaye objects to the finding that**

3   **no factors warrant a departure or variance.  The Court should**

4   **depart or vary because the Guidelines overstate her culpability**

5   **and do not adequately account for the minor conduct at issue in**

6   **this case compared to that of most true threat cases.**

7          **To that end, the PSI also fails to include two**

8   **important provisions of 2A6.1 commentary, including the**

9   **built-in departure provision of note 4-A, which states:  The**

10  **Commission recognizes that offenses covered by this Guideline**

11  **may include a particularly wide range of conduct, and that it**

12  **is not possible to include all the potentially relevant**

13  **circumstances in the offense level.  Factors not incorporated**

14  **in the Guideline may be considered by the Court in determining**

15  **whether a departure from the Guidelines is warranted.**

16         **So, I guess you are making this both as an objection**

17  **to the calculations, as well as an argument for departure and**

18  **for a variance.**

19         *MS. MILITELLO:*  **Yes, I think it can be considered**

20  **under both, and I would be happy -- the Court would be**

21  **permitted to rule on both at the end, or whatever the Court's**

22  **preference is.**

23         **I think it is important because I don't know of**

24  **another Guideline, and I am not going to say one doesn't exist**

25  **because I don't know for sure, but I don't know of another**

**Pauline A. Stipes, Official Federal Reporter**

1    Guideline where the commentary explicitly says the offenses in

2    this Guideline include such a wide range of conduct that the

3    Court may need to depart to reach the right result.  Right?

4         It is not hard to see that varying degree of conduct

5    in these threats cases that we are all talking about, which is

6    one reason I filed the January 6th related threats cases.  I

7    mean for two reasons.  One, it is important that the Government

8    has chosen not to indict, presumably for free speech reasons,

9    any of the individuals that were chanting "Hang Mike Pence,"

10   and literally chasing him around the Capitol and built a

11   gallows.  Sure, they are charging them with trespass, maybe

12   even charging them with disorderly conduct.  They are not being

13   charged with threats.

14        Be that as it may, I went through literally every

15   single January 6th conviction from the Department of Justice's

16   own charts, their filing, and in every single case before the

17   sentencing judges, so there is no disparity because, of course,

18   that is a 3553 factor, and in those cases -- I cited before the

19   Court in my notice every one of the threats cases that have

20   been charged and convicted, and they are summarized.

21        We can pick any of them, but one of them, Meredith

22   Cleveland, is an individual who traveled to D.C. from out of

23   state, sent many, many threatening messages.  He is intercepted

24   on January 6th a mile from the Capitol.  In his possession are

25   assault style rifles with a telescopic sight, 2500 rounds of

1    ammunition, multiple high capacity magazines, so he had

2    unregistered firearms, and then I put the paragraph of threats,

3    and they are significant and they are disturbing.

4            And after the insurrection he -- I don't want to

5    repeat the vulgar things he said about Nancy Pelosi, but let's

6    just say they talked about executing her on TV when she went to

7    certify the election.

8            So we have an individual sending these threats to

9    various individuals and online, and then who travels to make

10   the threat happen, right, who obtains the weapons to make the

11   threat happen, sends it to multiple people, all convicted under

12   the very same Guideline.

13           There is clearly a spectrum of speech that the Court

14   has to consider and a spectrum of conduct.

15           And so, the Guidelines say when considering where the

16   Defendant's conduct lies, note 4-A says that the Court should

17   look at the Defendant's intent and the likelihood the Defendant

18   would carry out the threat.

19           Frankly, I think it is undisputed in this case that

20   the parties believe that Mrs. Kaye was not going to carry out

21   her threat.  I know the Government has said as much to us.  I

22   don't know if they have said it on the record, so I will let

23   them proffer what they'd like to the Court.

24           Certainly they did not execute a search warrant to see

25   if she had a firearm, that came out at trial, and if they

1  thought she did, we'd assume they would have done that.  There

2  is no evidence that she tried to obtain a firearm.  They did

3  not interview her, they chose not to, to ask, did you mean

4  this, or in any other way, you know, did they look to see if

5  she intended to carry out the threat.

6          We know the FBI didn't see the video for weeks.  So,

7  if she intended to carry out the threat, presumably we would

8  have seen her go to their office or call the agent or reach out

9  to the agent in some capacity to carry out the threat.  I think

10 instead, all the evidence warrants the inference that she did

11 not intend to carry out the threat, a 61-year-old disabled

12 woman who posted the video and then heard nothing about it for

13 weeks.

14         So, the Guideline commentary specifically says that in

15 that circumstance a departure may be warranted.

16         When we are talking about a case that involves no

17 warning by law enforcement that this is serious, no interview

18 where they ask her what her intent is, no weapons, no

19 traveling, no efforts to even name the victim, let alone make

20 the victim see the supposed threat, I continue to maintain that

21 this is one of the least serious on the spectrum of cases, and

22 the Guidelines seem to account for that and ask the Court to

23 account for that and to depart accordingly.

24         *THE COURT:*  Okay.  So, I understand it is in your

25 legal objections and it is being argued as a departure, but you

1    acknowledge the Court can consider it as a variance, but it is

2    not directed to a particular provision of -- or paragraph of

3    the PSI that you are kind of objecting to, in other words, a

4    calculation.

5          Or is it that you are saying we can point to a

6    particular paragraph in the PSI that you are legally objecting

7    to, as opposed to making an argument once the Court establishes

8    what the Guideline range is, that you would argue why she is

9    entitled to a departure or a variance based on the same

10   argument you just made.

11         I just want to be clear about that.

12         MS. MILITELLO:  I listed it as an objection to

13   paragraph 72 of the PSI, because 72 of the PSI is where

14   Probation notes legal departures.  My guess is that they didn't

15   catch this, and it is an unusual provision, one which I have

16   never seen, so I understand that.

17         The commentary specifically says, you know, these

18   Guidelines may be considered by the Court in determining

19   whether a departure or variance from the Guideline is

20   warranted.

21         THE COURT:  Understood.  I see what you are saying.

22         Any response from the Government?  I would imagine you

23   would be making larger argument with respect to any opposition

24   that the Government may have to a departure or variance when

25   the Court fully hears argument on variances or departures.

```
 1              MR. DISPOTO:  I don't want to take up more time than

 2    necessary, so I will hold my response until later.

 3              THE COURT:  Okay.  With that being said, have all

 4    factual and legal objections been brought to the Court's

 5    attention?

 6              MS. MILITELLO:  Other than our motion for downward

 7    variance, yes.

 8              MR. DISPOTO:  Yes.

 9              THE COURT:  I think what would be a good idea -- I

10    would like to review some of the things we have gone over with

11    respect to these objections over the lunch hour and I will come

12    back.  Upon returning, I will make the ruling, I will go over

13    the Guideline range in light of the ruling so you know where

14    you stand.

15              Then why don't you tell me what your plan is and how

16    much time you think you need for lunch, so we can come up with

17    a game plan that will have us conclude by this afternoon.

18              MR. DISPOTO:  As far as this afternoon's proceedings,

19    Judge, it is my intention to call one witness, Dr. Holbrook,

20    who is going to provide relevant testimony with respect to

21    Ms. Kaye's medical history as well as her current medical

22    needs.

23              THE COURT:  How long do you think you will be with

24    that witness?

25              MR. DISPOTO:  I think my direct examination will take
```

```
 1    60 to 75 minutes, is my best estimate.

 2             I would ask, of course, we hold off on adjudicating

 3    the motion for a downward departure until after the Court has

 4    had an opportunity to hear that testimony because a substantial

 5    basis for that motion is Ms. Kaye's medical condition.

 6             THE COURT:  Yes, understood.

 7             MR. DISPOTO:  Once Dr. Holbrook finishes testifying,

 8    we can address the motion for a downward variance and whatever

 9    other sentencing arguments.

10             THE COURT:  And Defense has a witness?

11             MS. MILITELLO:  No, we don't intend to call any

12    witnesses.

13             THE COURT:  Okay.  So it is just going to be argument.

14             MS. MILITELLO:  Yes, and not that much more argument.

15             THE COURT:  Is Defense, for planning purposes, in

16    agreement that the Government can call its witness right after

17    the lunch hour, or do you want to make your argument before the

18    Government does that, just so they can plan with their witness?

19             MS. MILITELLO:  That is fine.  I, in all candor, had

20    reached out to the Government -- this has already taken longer,

21    and I understand I bear responsibility for that this morning.

22    In light of Mrs. Kaye's health issues, I filed as much as I

23    could in writing.  I wanted to make our presentation as

24    abbreviated as possible.  She has been having seizures in the

25    presence of my investigator, I think most recently last week.
```

Pauline A. Stipes, Official Federal Reporter

```
 1    So, I am concerned about her being here all day.

 2            THE COURT:  Okay.  Right.  So, let's try to move along

 3    of course trying to address everything that has been raised.

 4            So, what amount of time do you need for lunch?  We can

 5    take as little time as you need, but enough time to be

 6    comfortable.  It is 12:30.

 7            MS. MILITELLO:  We are ready whenever your Honor would

 8    like.  Mrs. Kaye is too nervous to eat, so we will take

 9    whatever time the Court wants to give us.

10            THE COURT:  Government.

11            MR. DISPOTO:  Your Honor, I was going to suggest an

12    hour.  If the Court does that, we will finish the proceedings

13    this afternoon, but if the Court wants to have a shorter time,

14    we are available.

15            THE COURT:  Okay.  Why don't we say 30 minutes.

16            We will be back at one o'clock.  Have your witness

17    ready, and I will make the ruling, and it seems as if it is

18    amenable to the Defense that you will be able to put on your

19    witness at 1:00.

20            We will see you back at 1:00.

21       (Thereupon, a luncheon recess was taken.)

22            THE COURT:  Okay, you may be seated.

23            All right.  I said I would take up the remaining --

24    the two remaining legal objections and the one remaining

25    factual objection with respect to paragraphs 28, 29 and 30.
```

Pauline A. Stipes, Official Federal Reporter

87

1      We know that we have already added the sentence at the

2   end of each of those paragraphs, per the Defense's request and

3   no objection from the Government, that the Defendant disputes

4   the allegations in those paragraphs, so that has already been

5   taken care of.

6      In the morning session we had a thorough discussion of

7   sort of what is in the record and we've admitted -- the Court

8   has admitted Exhibits 1, 2, and 3, which reflect the probable

9   cause affidavit, and the other information that is contained --

10  that our Probation Officer gave us, both parties have had an

11  opportunity to review, the Court has reviewed, is part of the

12  record, and having reviewed everything in the record and

13  argument that has been made, the Court does find the Government

14  has met by a preponderance of the evidence its burden as to the

15  allegations in paragraphs 28, 29 and 30.

16      So the Court is going to deny the Defendant's request

17  to strike paragraphs 28, 29 and 30.

18      The Court having found that the Government met its

19  burden and Defense offering that it was offering no rebuttal

20  evidence, but was resting entirely on the argument that the

21  Government hasn't met its burden, the Court finds that the

22  Government has met its burden based on the record evidence, and

23  therefore will not strike 28, 29 and 30, recognizes Ms. Kaye's

24  position that she denies it, recognizes the age of two of the

25  three of them, 28 was 2010; paragraph 29 was 2010; paragraph 30

```
 1   was 2020, so that is more recent, recognize that in paragraph
 2   28 it was a nol pros, paragraph 29 was a nol pros, and
 3   paragraph 30 was a no file.
 4           The Court considered all of those things and the Court
 5   denying the request to strike doesn't mean the Court isn't
 6   still nevertheless considering the totality of everything that
 7   remains in the PSI.  That is the ruling with respect to that
 8   remaining factual objection.
 9           With respect to the legal objections, so we are now
10   talking about the 2A6.1(b)(6) four-level reduction applicable
11   when the offense involves a single instance evidencing little
12   or no deliberation, and the burden is on the defendant to prove
13   by a preponderance of the evidence -- to establish by a
14   preponderance of the evidence that that four-level reduction
15   should apply.
16           The Court does note, as the Eleventh Circuit has
17   indicated in the United States versus Russell, 322 F. App'x
18   920, 2009, that for this decrease to apply the Defendant's
19   threat must not only have been limited to a single instance,
20   but it must also have evidenced little or no deliberation.
21           I know much of the argument has been focused on the
22   little or no evidence, the single instance hasn't received much
23   attention.  There is not much guidance on what an instance
24   means, although the Court notes that we are talking about more
25   than one video here.  So, it speaks to whether in fact this is
```

```
 1    even just a single instance.

 2            And it has to be both, not only limited to a single

 3    instance, but also have evidence of little or no deliberation,

 4    but even if this could be construed as a single instance, the

 5    Court does not find that this evidences little or no

 6    deliberation.

 7            I think even the Defense has acknowledged, or at least

 8    that is how the Court interprets it, but even if that is a

 9    misinterpretation that there was some deliberation, in other

10    words -- I haven't heard argument that this is no deliberation,

11    but rather it's little deliberation, but regardless of whether

12    the Court has accurately understood the Defendant's position or

13    not, the Court finds the Defense has not shown by a

14    preponderance of the evidence that there is little or no

15    deliberation.

16            The -- as the Government points out -- the Government

17    made argument that the burden is low, but that was argument,

18    and the Government argued in response, and the Court found this

19    persuasive and furthers the Court's view as to why the

20    preponderance of the evidence standard was not met by the

21    Defense, that there was a level of planning and deliberation

22    required to create the videos.

23            I know there is disagreement about the three days

24    between when Agent Smith contacted the Defendant and when the

25    videos were posted online.  Whether they were prepared over a
```

1    three-day period, prepared in one day, to the Court it doesn't

2    matter, but the preparation, planning, and deliberation going

3    into preparing the video, more than one video, to the Court's

4    mind evidences more than little or no deliberation.

5            She had to create the video.  Even if they were

6    substantially similar, they had to be created.  They were

7    scripted.  There may or may not have been testimony about

8    whether they were scripted or not, but even if the Court is not

9    recalling correctly as to whether Ms. Kaye acknowledged that

10   they were scripted, that they were the same, which evidences

11   that she either has a very good memory in remembering what the

12   first video was to say it again for the second, or more likely,

13   that it was written out and prepared.

14           And they -- there was music overlaying a song to her

15   message, and this did not strike the Court as something

16   impulsive or spontaneous or something akin to perhaps sort of

17   an excited utterance, not to suggest that it was intended to

18   match the Federal Rule of Evidence consistent with an excited

19   utterance.

20           When I think of little or no evidence, based on my

21   review of all the cases and the Guideline, I don't see here

22   sort of impromptu, spontaneous, giving no thought, no

23   deliberation.  To the contrary, I do see that it did require

24   more than little deliberation.

25           The Eleventh Circuit points out different scenarios.

1    We have the Horton case -- rather, the United States versus

2    Stevenson case, 126 F.3d 622, Fifth Circuit, 1997, that the

3    Eleventh Circuit in Russell points to, and in that case, you

4    know, preparing a letter and the various steps that were

5    needed, putting a stamp, writing the letter, getting an

6    address, and the act of actually mailing it, talks about one

7    letter, and that was deemed to be having more than little or no

8    deliberation.

9           And the Horton case, which is also cited in the

10   Russell case, United States versus Horton, 98 F.3d 313, Seventh

11   Circuit, 1996.  The Seventh Circuit found there was no

12   deliberation, or at least little deliberation, but in that case

13   the Court found that there was much speculation that maybe the

14   District Court had to draw upon to determine what the Defendant

15   had done before making the call about the bomb one day after

16   the Oklahoma City bombing.

17          The Court doesn't rely upon any speculation here.  The

18   Court relies upon evidence as to what it takes to prepare the

19   video as described in trial, and quite frankly, common sense

20   understanding of actually putting a video together with music,

21   with props, and that doesn't evidence to the Court little or no

22   deliberation as contemplated under 2A6.1(b)(5).

23          So, for that reason, based on the totality of what has

24   been argued and the evidence presented to the Court, the Court

25   overrules that objection, finding that the Defense has not

Pauline A. Stipes, Official Federal Reporter

1   shown by a preponderance of the evidence that that decrease of

2   four points applies.

3           With respect to the last legal objection, which is the

4   acceptance of responsibility, we have the Section 3E1.1 which

5   permits for an acceptance of responsibility reduction when a

6   defendant goes to trial to preserve issues that do not relate

7   to factual guilt.

8           The section goes on to explain that in these

9   circumstances, a determination that a Defendant has accepted

10  responsibility will be based primarily upon pretrial statement

11  and conduct.

12          The Court has not found that Ms. Kaye has met by a

13  preponderance of the evidence the -- has not shown by a

14  preponderance of the evidence that she has either made pretrial

15  statements or conduct or, quite frankly, even post-trial

16  statements or conduct toward accepting responsibility.

17          The Court passes no judgment based on Ms. Kaye's

18  conduct at trial.  She had every right to go to trial, she had

19  every right to say and do what she wanted to do to put her best

20  defense forward.  That is not the basis by which the Court

21  makes its ruling, but rather all of her actions and statements,

22  or lack thereof, pretrial and post trial.

23          As the Court noted in United States versus Casterline,

24  C-A-S-T-E-R-L-I-N-E, 103 F.3d 76, a 1996 case -- let's see --

25  the Court pointed out that the Defendant argued that he went to

1    trial just to test the Lopez interstate commerce issue.  This

2    was one of the rare situations in which a defendant may clearly

3    demonstrate an acceptance of responsibility for his criminal

4    conduct even though he exercises his constitutional right to

5    trial.

6        The Court went on to say, "Casterline's able counsel

7    may have seen that as the purpose of trial, but the evidence

8    did not establish that Casterline himself had manifested

9    acceptance of responsibility in any way subject to litigation

10   of the Lopez issue or not.  His pre-sentence report portrayed

11   him as a man strikingly unwilling to accept responsibility for

12   his conduct, but he did nothing to show the contrary.  His

13   post-conviction letter to the judge saying he was sorry is

14   something, but not much," and that is citing to United States

15   versus Vance, 62 F.3d 1152, at 1160, Ninth Circuit, 1995.

16       The Court says, "Our review of 3E1.1 determination is

17   deferential.  The trial judge was within her discretion in

18   deciding that Casterline did not manifest acceptance of

19   responsibility.

20       When the Court looks at Ms. Kaye's statement in the

21   PSI, she said she did not intend to threaten the FBI and that

22   she's sorry for the spectacle and resulting fallout.  She

23   regrets risking her own health and life with her granddaughter.

24       I don't see anything there about any kind of a regret

25   of perhaps causing any harm or fear or risk to the FBI agent or

```
 1    agents at large.

 2            I think that one can preserve one's right to go to

 3    trial and even one's belief in one's constitutional rights, and

 4    that is exactly what a trial is for and, quite frankly, the

 5    appellate process, which I know Ms. Kaye will avail herself of,

 6    and she has every right to do so, but somewhere in there is the

 7    ability to accept responsibility for a crime that -- for which

 8    she has been convicted of and the Court hasn't seen that yet.

 9    So, for that reason that objection is overruled.

10            So, with the Court's rulings and all -- has the Court

11    made its rulings on all of the factual and legal objections,

12    from the Government?

13            MR. DISPOTO:  Yes, your Honor.

14            THE COURT:  From the Defense?

15            MS. MILITELLO:  I don't think the Court ruled on the

16    built-in departure.

17            THE COURT:  Yes, thank you for reminding me.  I will

18    have you make that argument in greater detail, or the Court

19    will address that in connection with the variance.  Is that

20    acceptable to Defense?

21            MS. MILITELLO:  Yes.

22            THE COURT:  With that, then, the total offense level

23    is 18, the criminal history category is I, the custody range is

24    27 to 33 months, ineligible for probation, one to three years

25    of supervised release, a fine of 10,000 to $100,000,
```

Pauline A. Stipes, Official Federal Reporter

```
 1    restitution not applicable, and a special assessment of $100.

 2          Does the Government agree with that?

 3          MR. DISPOTO:  Yes, your Honor.

 4          THE COURT:  Does Defense agree with that?

 5          MS. MILITELLO:  May we have just one minute?

 6          I believe the Court said she is ineligible for

 7    probation; is that right?

 8          THE COURT:  Under the guideline, is that correct from

 9    Probation?  We'll double check that.

10          MS. MILITELLO:  The PSI does not reflect that.  The

11    PSI, at paragraph 67, says she is eligible for probation.  I

12    don't believe that this is a statute that would prohibit

13    probation.

14          THE COURT:  Okay, let's take a look at that to double

15    check.

16          PROBATION OFFICER:  Your Honor, as this is a Class D

17    felony, the Defendant is eligible for a term probation between

18    one and five years under the statute.

19          THE COURT:  So, the recitation is amended to reflect

20    that, eligible for one to five years of probation under the

21    Guidelines.

22          Does Defense now agree with the calculations in light

23    of the Court's ruling?

24          MS. MILITELLO:  Yes.  We maintain our legal

25    objections, but agree with the calculations.
```

Pauline A. Stipes, Official Federal Reporter

```
 1            THE COURT:  Okay.  With that, let me turn it over to
 2      Defense for any argument you have at all, including, but not
 3      limited to your motion for variance and/or departure, which you
 4      have touched on already.
 5            Well, I actually take that back.  We discussed before
 6      the lunch hour that in light of the fact the Government has a
 7      witness, the parties are in agreement that the Government can
 8      call its witness first and then we will have examination,
 9      cross-examination, and I will go back to the Defense for any
10      argument you have or any evidence you want to submit in
11      connection with the sentencing.
12            So, from the Government.
13            MS. MILITELLO:  Thank you, your Honor, and the
14      Government and I have agreed that they should call their
15      witness first.  We also wanted to bring to the Court's
16      attention, and of course it is your Honor's decision, but that
17      the Court's the parties have agreed, in the event that your
18      Honor does impose a jail sentence, that Mrs. Kaye should be
19      permitted to self surrender.  It is not the request of either
20      party that she would be incarcerated today.
21            MR. DISPOTO:  Judge, to expound on that briefly, I
22      intend to address that issue with Dr. Holbrook.  The simple
23      basis for that is purely medical, and we will explain in more
24      detail why we think a self surrender is the right course of
25      action in this case.
```

**Pauline A. Stipes, Official Federal Reporter**

```
 1              THE COURT:  Okay.

 2              MR. DISPOTO:  Your Honor, at this time the Government

 3    calls Dr. Holbrook to the stand.

 4              THE COURT:  He may come forward to the witness stand

 5    and be sworn in.

 6              WILLIAM HOLBROOK, GOVERNMENT'S WITNESS, SWORN

 7              THE COURTROOM DEPUTY:  If you'd speak into the

 8    microphone and state your full name for the record and spell

 9    your last name for the court reporter, please.

10              THE WITNESS:  William Mark Holbrook, H-O-L-B-R-O-O-K.

11              THE COURT:  You may proceed.

12              MR. DISPOTO:  Judge, a couple of quick housekeeping

13    matters before I begin my examination.  It is the Government's

14    intention to admit two items into evidence with this witness,

15    first the doctor's curriculum vitae, and second, his letter

16    dated January 5th, which I filed with the Court under seal.

17              I don't know if it is necessary to admit them into

18    evidence at these proceedings or not, but since they are filed

19    under seal, in an abundance of caution I'm doing so anyway.

20    The resume doesn't have to be sealed, but the letter was filed

21    under seal.  I don't believe there is an objection from the

22    Defense.

23              THE COURT:  No objection?

24              MS. MILITELLO:  No objection.

25              THE COURT:  Okay.  So, Dr. Holbrook's CV is admitted
```

1    without objection as Government Exhibit 4, and the report of

2    Dr. Holbrook's is also admitted without objection as Government

3    Exhibit 5.  And is that under seal?

4         MR. DISPOTO:  Number 5 is under seal.

5         THE COURT:  Okay.

6    (Whereupon Government Exhibits 4, 5 were marked for

7    evidence.)

8         MR. DISPOTO:  One final matter, Judge, I am going to

9    be referencing, as I indicated earlier, about 20 pages of Ms.

10   Kaye's medical records.  In light of our discussion this

11   morning, I presume that the best course of action moving

12   forward would be for me to move these into evidence as well and

13   file them under seal.

14        I will mark those as Government Exhibit 6, and I can

15   move them in now or at the conclusion of the testimony,

16   whatever Defense prefers.

17        THE COURT:  What are you calling them?

18        MR. DISPOTO:  Approximately 20 pages of Ms. Kaye's

19   medical records.

20        THE COURT:  Okay.  Any objection?

21        MS. MILITELLO:  I haven't seen these 20 pages.  I

22   don't have an objection sort of in the hypothetical of

23   introducing Mrs. Kaye's medical records, but I don't know if

24   the pages the Government intends to introduce are complete

25   pages.  I haven't seen them.  Whenever the Government --

```
 1   hopefully they will show them to me before they show them to
 2   the witness and then proceed.
 3            MR. DISPOTO:  Why don't I do that.
 4            THE COURT:  They are under seal as well?
 5            MR. DISPOTO:  Yes, they will be filed under seal as
 6   well.
 7                        DIRECT EXAMINATION
 8   BY MR. DISPOTO:
 9   Q.   Doctor, good afternoon.
10   A.   Good afternoon.
11   Q.   Welcome.  Could you please introduce yourself to the Judge?
12   A.   Yes, I am Dr. Mark Holbrook.  I am the regional medical
13   director for the southeast region for the Bureau of Prisons.
14   Q.   Doctor, I want to begin by asking you a couple of questions
15   about your current employment and your background.
16       In what capacity are you employed at the Bureau of Prisons?
17   A.   Currently, I am the regional medical director for the
18   southeast region, which entails 17 institutions within the
19   Bureau, including South Carolina, Georgia, Alabama,
20   Mississippi, Florida, and Puerto Rico.
21   Q.   How long have you been employed as the medical director for
22   the southeast region of the Bureau of Prisons?
23   A.   Since January 1st.
24   Q.   Can you describe generally what are your duties and
25   responsibilities in that capacity?
```

1    A.   I can.   In that capacity, my responsibilities are general

2    oversight of medical care provided to the 17 institutions in

3    the southeast region.   It can range from going to assist

4    institutions to provide medical care, it could go and make

5    recommendations to institution to how they can better the

6    guidelines, improve care.   I also interview for the clinical

7    directors for those institutions.

8        It can also be done by regional physicians and I served in

9    that capacity for two years prior to this, but we go and

10   basically review the clinical records, the person in charge of

11   the medical care at each institution, to make sure they are

12   performing in accordance with BOP policy and guidelines.

13   Q.   By virtue of your position as southeast regional medical

14   director, are you familiar with the medical services that are

15   provided throughout all institutions in the Bureau of Prisons?

16   A.   Yes.

17   Q.   Are the medical services that are provided in your region

18   the same as other regions throughout the country?

19   A.   In general, yes.   We do not have a Federal medical center,

20   some of the other regions do have Federal medical centers which

21   provide a higher level of medical care.   All of our

22   institutions are care one, care two, and we have one that has

23   care three inmates.   Some of the medical centers have patients

24   that are much sicker and cared for, they may be getting cancer

25   treatment, significant service, such as organ replacement.   We

1    do not have those in our region.

2            *THE COURT:*  Could I ask you to come closer to your

3    microphone.

4            *THE WITNESS:*  I am sorry.

5            *THE COURT:*  There you go.  Thank you.

6    *BY MR. DISPOTO:*

7    *Q.*  Do you supervise regional positions?

8    *A.*  Yes.

9    *Q.*  How many?

10   *A.*  Currently one.  My position that I left has not been

11   filled, currently I supervise one regional position.

12   *Q.*  When you make reference to a regional position you had

13   left, prior to being the regional director, you were a regional

14   physician with the Bureau of Prisons; is that correct?

15   *A.*  Correct.

16   *Q.*  Where did you serve in that capacity?

17   *A.*  My home office has remained as it is now at FCI and FDC,

18   Federal Prison Camp in Talladega, and then I travel from that

19   location as needed, but I serve in that capacity from that

20   office and travel to institutions as needed.

21   *Q.*  And how long, approximately, did you work as a regional

22   physician in Talladega?

23   *A.*  As original position, a little over two years before I was

24   selected for my current position.

25   *Q.*  What were your general responsibilities as a regional

Pauline A. Stipes, Official Federal Reporter

1    director?

2    A.   Very similar -- you mean as a regional physician?

3    Q.   Yes.

4    A.   Very similar in that I could be asked by the regional

5    medical director to do peer reviews, often go to institutions

6    to provide assistance to help maintain chronic care.  We would

7    actually go and assist in seeing the patients to maintain care

8    according to BOP policy and guidelines.

9    Q.   Before working as a regional physician, did you work in any

10   other capacity at the Bureau of Prisons?

11   A.   I did.  I started with the Bureau in 2009, and served as

12   clinical director at FCI Talladega for a little over ten years.

13   Q.   Doctor, in light of the fact that your curriculum vitae has

14   been admitted into evidence, I am not going to go through the

15   rest of it with you.

16       Can you tell us, though, have you ever been qualified as an

17   expert to testify in court?

18   A.   Yes, in Federal Court in Montgomery, Alabama,

19   approximately -- I am going to say 11 years ago, I don't

20   remember the exact date.

21   Q.   That is fine.  In what field of medicine?

22   A.   In correctional medicine, as an expert in correctional

23   medicine.

24       MR. DISPOTO:  Your Honor, at this time the Government

25   proffers this witness as an expert in the field of correctional

Pauline A. Stipes, Official Federal Reporter

1   medicine.

2           THE COURT:  Any objection?

3           MS. MILITELLO:  No.

4           THE COURT:  Dr. Holbrook is accepted by the Court as

5   an expert in correctional medicine.

6   BY MR. DISPOTO:

7   Q.  Doctor, prior to coming in to court here today, did you

8   have an opportunity to review medical records that I sent you?

9   A.  Yes.

10  Q.  And were those records of the Defendant in this case, Ms.

11  Kaye?

12  A.  Correct.

13  Q.  Have you reviewed at least some, if not a substantial

14  portion of those records?

15  A.  I reviewed a substantial portion.  Trying to look through

16  those records, as you know, it was a very large file, and I

17  tried to look at the things that I felt would be most relevant,

18  such as admissions, footnotes, hospital notes, history and

19  physicals, discharge summaries, some of the lab -- not lab

20  tests, but the neurologic testing, MRI, CT.

21  Q.  And based upon your review of Ms. Kaye's medical records,

22  are you familiar generally with her medical history and her

23  current medical conditions?

24  A.  Yes.

25  Q.  In a few moments I will ask you about some specific

1   portions of those records, but before I do that, can you tell

2   us first generally how would you describe her medical history?

3   What does, generally, her medical history show?

4   A.  It is a very complicated history, it goes back, and I would

5   say probably one of the key elements is -- I believe it was in

6   2009, I did not have records that went back that far, but some

7   of the records refer back to 2009 where she had gastric bypass

8   surgery.

9       The records show that she had many complications related to

10  the gastric bypass surgery, including malnutrition, recurrent

11  abdominal hernias, multiple hernia repairs, multiple bowel

12  surgeries, just an extremely complicated history related to

13  that and complications thereon.

14      It also indicates, as the Court has been made aware, she

15  has a history of a seizure disorder.  I don't see in the most

16  current information I have been provided that she was on

17  medication for hyperthyroidism, but that is in her history.

18  She has a history of hypertension, anxiety, there's reference

19  to bipolar disorder.  She has a history of chronic pain.  It

20  appears the chronic pain was both related to abdominal pain,

21  probably relevant to complications and a continuation after her

22  gastric bypass surgery.

23      I also saw evidence that she had some cervical spine in her

24  neck issues that led to chronic pain, and that has been dealt

25  with -- I think the records you sent me start in 2011, 2012, so

```
 1   for many years that has been dealt with.
 2   Q.  So, how would you describe her current state of health and
 3   medical condition?
 4   A.  Again, complicated history, but based on what I could see,
 5   other than some break-through seizures, appears to be fairly
 6   stable.  I think she is on medication for her blood pressure at
 7   this time.  Again, the most recent information you provided did
 8   not indicate that she is on thyroid medication or currently on
 9   any pain medication.
10   Q.  Let's talk a little bit about her current state of health.
11       You are aware from reviewing the records that Ms. Kaye has
12   suffered some seizures over the past several years?
13   A.  Correct.
14   Q.  Do you recall whether Ms. Kaye is currently taking any
15   anti-seizure medication?
16   A.  According to the information that was presented, I think it
17   may be from Dr. Wolff who signed a single statement that she is
18   on medical marijuana or cannabis for her seizures.  The records
19   indicate that in the past she had refused Keppra and Dilantin,
20   looks like she may have taken them for a short period of time.
21       There is references throughout that she was not compliant
22   with that and I currently saw in the most recent information no
23   seizure medication other than she is apparently taking medical
24   marijuana.
25   Q.  In your capacity as a physician, are you familiar with
```

Pauline A. Stipes, Official Federal Reporter

```
 1    these anti-seizure medications?
 2    A.   Yes.
 3    Q.   Are you also familiar with the general efficacy of not only
 4    those medications, but other medications that are commonly
 5    utilized to treat or prevent seizures?
 6    A.   It looks like upon discharge, and I believe it was maybe
 7    June of 2022, I am not sure exactly when the Court hearing was,
 8    I think that may have been roughly the time, they discharged
 9    her on Keppra and Dilantin, which are two we would frequently
10    use to treat seizures.  I also noted that one of the newer
11    agents, Vimpat, was given to her at one point, a newer agent,
12    but one that can be used for seizures.
13    Q.   You mentioned medical marijuana.  Is medical marijuana
14    commonly used by physicians to either treat or prevent
15    seizures?
16    A.   You know, I guess if you do a Google search, you will see
17    some references.  It is not approved through the DEA to be
18    used, it is still a substance that is against Federal law, so
19    within my scope of practice, it is not anything I have ever
20    used or would be allowed to use because of the Federal law.
21    Q.   Are you aware of whether there has been any testing done on
22    the efficacy of medical marijuana to prevent seizures?
23    A.   When you look, it looks like there is information on both
24    sides, there may be some benefit, but there are negative
25    effects, there's questionable benefit.
```

| | |
|---|---|
| 1 | If you look at THC and CBD oil, there is a little bit of -- |
| 2 | I want to say CBD oil, not THC, in an oral form that is given |
| 3 | for only two very specific types of juvenile seizures, and |
| 4 | because that is not full cannabis, but a portion with the oil, |
| 5 | I believe that is FDA approved, but not something that we use |
| 6 | for adults, and it's only for two very specific types of |
| 7 | seizure in children. |
| 8 | Q.  Is it fair to say the Bureau of Prisons does not dispense |
| 9 | medicinal marijuana for any medical purpose? |
| 10 | A.  That is correct. |
| 11 | Q.  So, that would not be available to Mrs. Kaye if she is |
| 12 | ordered into the custody of the Bureau of Prisons, correct? |
| 13 | A.  It would not be available to her both because it is not DEA |
| 14 | approved and it is against Federal law to have that substance. |
| 15 | Q.  Okay. |
| 16 | MR. DISPOTO:  Sorry, Judge, one moment, please. |
| 17 | BY MR. DISPOTO: |
| 18 | Q.  Doctor, I want to ask you some specific questions about the |
| 19 | records. |
| 20 | With the Court's permission, Judge, can I display -- thank |
| 21 | you. |
| 22 | Doctor, I am showing you a portion of Ms. Kaye's records |
| 23 | dated May 7, 2012.  This appears to be a medical record |
| 24 | authored by a Dr. Sergeyev Serpa-Pavel. |
| 25 | Do you see that? |

```
 1   A.  Yes.

 2           THE COURT:  Is this part of Government's Exhibit 6?

 3           MR. DISPOTO:  Yes, ma'am.

 4           THE COURT:  Just making it clear for the record what

 5   we are looking at, is it the first page, or is there a Bate

 6   stamp number, or something to make it clear what we are looking

 7   at?

 8           MR. DISPOTO:  I will number them numerically, so this

 9   will be page one.

10           THE COURT:  This is page one of the approximate 20.

11           MR. DISPOTO:  Correct.

12           THE COURT:  Okay.

13           MR. DISPOTO:  Judge, it might also be helpful for the

14   record that the medical records that were provided to the

15   Government were provided in parts generally, Part 1 through 30

16   in different pdf's.  This would be in the pdf entitled Part 29,

17   and this is page one from the records that were provided to

18   Probation and to the Government.

19   BY MR. DISPOTO:

20   Q.  Doctor, according to this record, there is four points that

21   are listed under assessment/plan.

22       Do you see that?

23   A.  I do.

24   Q.  Can you read for us what it says under number 1?

25   A.  Number 1: AB -- it says ABD, but that's abdominal pain,
```

1   likely multi factorial, 1 cm peri-anistomic ulcer/ventral

2   hernia/functional constipation/bipolar-possible Munchausens.

3   Q.  Are you familiar with the term Munchausens?

4   A.  Yes.

5   Q.  What is that?

6   A.  Munchausen is a condition where the patient either makes

7   themselves sick or cause injury to themselves in order to

8   continually receive medical care.

9   Q.  Are you familiar with the term malingering?

10  A.  Yes.

11  Q.  Is there a distinction between malingering and Munchausens?

12  A.  There is a little bit of a distinction.  Malingering would

13  typically be where somebody is just factitious, making up the

14  symptoms.  In Munchausen, they can actually be inducing the

15  illness or causing self harm.

16  Q.  Is there any way to know from this record why Dr.

17  Serpa-Pavel noted possible Munchausens?

18  A.  Yes.  It looks here "patient reports pain persists and

19  continues to request IV Dilaudid for possible secondary gain

20  despite able to sleep comfortably with heart rate in the 90's,

21  respiratory rate in 11 observed personally in the ICU yesterday

22  and clearly does not have any severe pain."

23  Q.  So, do you think that observation by the doctor is linked

24  to the notation of possible Munchausens?

25  A.  I would think that is what he is referring to, yes.

1    *Q.*  There is also an indication here in the center of this

2    document after the words "cleared by psychiatry," the doctor

3    notes "but I feel this patient is very manic and not well

4    controlled, and I also have concern for possible Munchausen

5    Syndrome or conversion disorder where patient complains of pain

6    and has had multiple surgeries," unquote.

7         What is meant when he says not well controlled?  What does

8    that mean?

9    *A.*  Hold on, let me read that, if you don't mind.

10   *Q.*  Sure.

11   *A.*  It looks like he is referencing her mania.  Again, I

12   mentioned that she had at least references in the medical

13   record of bipolar disorder, and it looks like he feels she is

14   in a manic phase.

15   *Q.*  When he makes reference to conversion disorder, what does

16   that mean?

17   *A.*  Conversion disorder is kind of in that same factitious

18   disorder, however, conversion disorder is a little different.

19   Conversion disorder is when the person has the symptoms, but we

20   cannot find any medical reason for them to have the symptoms.

21   They appear to be real to the person, and it is felt to be more

22   of a psychologic disorder.  To the patient they are real, but

23   there is no medical explanation for it.

24   *Q.*  Can we move now to page two of Exhibit 6, and this would be

25   Part 26 of the pdf, page nine.

1        Here, Doctor, we are looking at a patient record dated

2    September 28, 2012, so this would be approximately four and a

3    half months after the first one.  And you notice here in the

4    middle of this page under number four it says, history of

5    malingering.

6        Do you see that?

7    A.  I do.

8    Q.  I believe a few moments ago you explained somewhat of a

9    distinction between malingering and Munchausens, correct?

10   A.  Yes.  Again, we are talked about several terms here.

11   Malingering is more intentional, more of a psychological

12   intentional faking of the disease, if you will.

13   Q.  This record makes a notation dated September 23, 2012 that

14   reads as follows, quote, "Patient c/o" -- which I --

15   A.  Complains of.

16   Q.  "Complains of constipation.  Is in a room without any other

17   patients.  Nurse states patient's bathroom smells like feces

18   after patient uses it, despite her continued denial of having

19   bowel movements.  Patient then became irate and nursing

20   supervisor was called."

21       Do you see that?

22   A.  I do.

23   Q.  Does that information that is contained within Ms. Kaye's

24   medical history concern you at all relative to the treatment

25   that she may have been receiving thereafter as it relates to

1    her compliance or lack thereof?

2    A.   I think it raises a question, at least to this doctor, that

3    some of her complaints are not real.

4    Q.   Let me now show you page three, also dated September 29,

5    2012.

6        Under diagnosis assessment and plan there is an indication

7    here that reads, "Patient has high threshold for pain and

8    history of malingering, need to be mild with narcotics."

9        Do you see that?

10   A.   I do.

11   Q.   Can you explain to us what is meant by high threshold for

12   pain?  In the context of Ms. Kaye's medical history, what is

13   the relevance of this notation?

14   A.   I really don't understand.  I would have thought he would

15   have said has a low threshold for pain and maybe a higher -- or

16   low tolerance because when he refers to a history of

17   malingering and mild narcotics, I would think the rest of --

18   the records would indicate that a little bit of pain is deemed

19   by her to be severe, and I think that is probably what he was

20   getting at.  I am not sure he used the correct language, but I

21   can't speak to that.

22   Q.   With respect to the phrase "need to be mild with

23   narcotics," can you explain to us what is meant there in this

24   context?

25   A.   I think in this context, and again I am speculating because

```
1    I am not the physician who examined her or wrote this, but just

2    reading his chart, he is saying be careful about giving pain

3    medicine because she is going to continue to want more pain

4    medicine, is what I would interpret that to mean.

5    Q.  Okay.  Now showing you page four, and this would be Part

6    23, page 55 of the records.

7        This is a medical record dated January 29, 2013, that

8    includes information regarding the fact that Ms. Kaye has a

9    history of complicated ventral hernia repair.

10       Do you see that?

11   A.  Yes.

12   Q.  Now, if we look down at the bottom, this record indicates,

13   quote, "At this time patient is very upset that Dr. Larson does

14   not want to repair hernia/defect.  She states she cannot live

15   like this in this pain and quality of life.  States she cannot

16   eat and cannot have a BM, cannot walk without pain.  I have

17   told her to discuss this with Dr. Larson directly and if she

18   does not wish to do surgery, I have no choice but to discharge

19   her once she can tolerate po."

20       What is that?

21   A.  Oral intake, per oral.

22   Q.  "And have her be seen on out patient basis.  At this time I

23   will call pain management to assist with pain pills as she

24   clearly is Dilaudid seeking and needs OP followup."

25       What is OP followup?
```

1    *A.*   Outpatient.

2    *Q.*   What does the doctor mean here when he says that she is

3    clearly Dilaudid seeking?

4    *A.*   Dilaudid is one of our stronger pain medications and he

5    seems to feels that is what she is after, is just Dilaudid and

6    wants more of it.

7    *Q.*   Now showing you page five, which is Part 24, page 572.

8       This is a record dated February 12, 2013, and it appears to

9    be authored by a Dr. -- I'm not sure how to read this -- James

10   Grim Grija.  Do you see under major depressive

11   disorder/recurrent missions, Ms. Kaye told the doctor, "I

12   cannot live like this any more, I need more surgery?"

13   *A.*   Yes.

14   *Q.*   At the bottom of this document there is a plan that is

15   articulated that consists of the following, "I have discussed

16   possible dc."  What does that stand for?

17   *A.*   Discharge.

18   *Q.*   "Home later today if no surgical plan for tomorrow.  She

19   can go home w pain meds and be seen as OP and scheduled as OP

20   for surgery.  Will await psych to review as she constantly is

21   asking for more surgery and more procedures.  Unable to wean

22   pain meds as she is complaining of pain."

23      In evaluating -- or in reviewing this case medical history

24   to better understand her current medical needs to determine

25   whether the Bureau of Prisons can satisfy those needs, does

Pauline A. Stipes, Official Federal Reporter

1    this information on this page that goes back to 2013 have any

2    significance or any concerns for you?

3    A.  It has concerns for us to be able to meet her needs.  I

4    think it is relevant in seeing her past history of at least

5    some physician's feeling or entertaining the idea of

6    Munchausens, which would include the desire for more surgery to

7    obtain more pain medication.

8    Q.  Next showing you page six, this would be Part 22 at page

9    213.

10       This is a record from February 14, 2013, so this is two

11   days after what we just saw, and here under chronic pain

12   syndrome there is an indication of "all pain management MDs

13   here will not see patient."

14       Do you see that?

15   A.  I do.

16   Q.  Is that relevant or concerning to you at all with respect

17   to her medical history and her current medical needs?

18   A.  It is concerning when any physician says they are not going

19   to see a patient.  The inference here for me would be that they

20   have seen her, they have offered what they can, they have

21   nothing more to offer, and they won't see her anymore.

22   Q.  Is it common for doctors to not see a patient anymore

23   simply because they feel like they've offered what they could

24   and they have nothing else to offer?  Does that sometimes

25   happen?

```
 1    A.  It does sometimes happen, it is not common.

 2    Q.  By the way, is there any way for you to know from your

 3    review of the medical records whether these medical doctors

 4    would not see her any more for reasons having to do with her

 5    behavior?  Is there any way to know?

 6    A.  There were some behavior questions, but, no, from the

 7    records I was given, which I did not see -- they may have been

 8    in there and I may have overlooked them, again, it was

 9    voluminous.  There may be information.  I did not see

10    information -- or much information from psychology or from pain

11    management in the records I was provided.

12    Q.  Okay.  I'm now showing you, this is page seven of

13    Government Exhibit 6, and this is Part 24, page 247.

14        Doctor, this is a record dated February 28, 2013.  That

15    would be approximately two weeks after the record we just

16    looked at regarding the doctors refusing to see her.

17        This plan indicates "patient now refuses SNF."  Do you know

18    what SNF is?

19    A.  I believe that indicates skilled nursing facility.  For the

20    Court, I think you would better understand it as a rehab.

21    Q.  "Wants to go home, will resume HHC already ordered."

22        What is HHC?

23    A.  Home health care.

24    Q.  "Patient became very aggressive when I wanted to discharge

25    her today.  She started yelling at me and telling me that it
```

1    was malpractice for me to be sent home not knowing if I will

2    have a reaction to this medication, and also, I have an active

3    infection, how can I go home."

4         Two lines down it says, "I calmly discussed her urine

5    results and that we have a PCP appointment" --

6         What does that stand for?

7    A.   Patient care provider.

8    Q.   -- "set up for her with Dr. Abraham on Friday and that she

9    could followup there.  She again became very aggressive and

10   threatened to" -- it says "suit me."  Do you see that?

11   A.   I would assume that was sue me.  Let me make one

12   correction.  PCP, that probably means in this case primary care

13   provider.

14   Q.   "I then walked out of the room and returned with the charge

15   nurse to tell her that I will no longer be following her in the

16   hospital and her care would be redirected.  Administration was

17   also called to assist the patient with her concerns."

18        What relevance, if any, do you find in these types of

19   behaviors that Ms. Kaye has demonstrated to her medical

20   providers back in 2013?

21   A.   Well, to me, it shows she was unwilling to follow the

22   advice of a physician that was caring for her at that time.  It

23   indicates she became angry with him, and he refused to care for

24   her any longer because he felt like she was ready to be

25   discharged and she was refusing.

|    |    |
|----|----|
| 1  | Q.  Okay.  Let's move now to page nine.  This is Part 16, page |
| 2  | 239.  This is a medical record regarding a admission date at |
| 3  | JFK Medical Center on February 9, 2016. |
| 4  |      Do you see that? |
| 5  | A.  I do. |
| 6  | Q.  The consulting physician would have been Dr. Aviv Katz? |
| 7  | A.  Right. |
| 8  | Q.  At the bottom of this document there is some information |
| 9  | under social history.  Do you see that? |
| 10 | A.  I do. |
| 11 | Q.  It says, "Nonsmoker.  She smokes marijuana regularly |
| 12 | whenever she obtains it.  She has a son who has been in and out |
| 13 | of rehab." |
| 14 |      Do you know, Doctor, from reviewing these records when it |
| 15 | was that Ms. Kaye was prescribed medicinal marijuana for |
| 16 | treatment of her seizures? |
| 17 | A.  I do not.  I see reference to her being on it, it looks |
| 18 | like it was the time she went to the hospital after her court |
| 19 | case, and I see the letter from the physician apparently that |
| 20 | prescribed her medical marijuana.  I did not know when she |
| 21 | began taking it. |
| 22 | Q.  There is certainly no reference or no indication here on |
| 23 | this document, which once again goes back to February of 2016, |
| 24 | that she was taking medical marijuana to treat seizures at that |
| 25 | time? |

```
 1    A.   I don't see anything, no.
 2    Q.   Now showing you a record dated July 1, 2016, this is going
 3    to be page ten of Exhibit 6 and Part 15, page 185, 186.
 4         You see here there is an indication in this record that the
 5    "patient with h/o seizures on Keppra 250 milligrams TID."
 6         Can you tell us what that means?
 7    A.   Yes history of seizures, on Keppra, which is a seizure
 8    medication, 250 milligrams, three times a day.  TID is three
 9    times a day.
10    Q.   At least as early as July 2016, Ms. Kaye was taking seizure
11    medication?
12    A.   Correct.
13    Q.   There is an indication here od complaint of breakthrough
14    focal seizure.  What does that mean?
15    A.   It means that she is still having some seizures on the
16    medication.
17    Q.   The doctor indicates the medication is going to be
18    increased to 500 milligrams BID.  What is that?
19    A.   That means he increased it to 500 milligrams twice a day,
20    which would be a thousand milligrams, as opposed to
21    750 milligrams she was taking previously.
22    Q.   "Infection and narcotics can lower the seizure threshold."
23    What does that mean?
24    A.   What he indicates here is that if she has an infection, it
25    changes the body and would be easier for the body to have a
```

1    seizure, and narcotics, because of their affect on the brain,

2    could actually make it easier to have a seizure.

3    Q.  Are you aware from reviewing her records whether she had

4    any type of infection in 2016 that could lower her seizure

5    threshold?

6    A.  I do not recall.

7    Q.  Do you know if the author of this report knew of one or was

8    just making an indication that if she has one, that could cause

9    a seizure threshold to be lowered?

10   A.  In this being the diagnosis assessment plan, it is

11   difficult because he only lists seizure disorder.  I would

12   think he thought she had one if he is going to list it there.

13   I can't ascertain, based on this page, whether she had a

14   current infection at that time or he was just saying she could

15   in the future.

16   Q.  With respect to narcotics lowering the seizure threshold,

17   do you have an opinion as to whether taking marijuana could

18   lower the seizure threshold if taking anti-seizure medication?

19   A.  That would be a debatable issue that really studies are not

20   there to totally understand, and it is beyond my expertise.

21   Q.  Fair enough.  Okay, thank you.

22       Let's move to page 11.  This is Part 13, page 1 four 2.

23   This is a portion of a medical record from JFK Medical Center

24   entitled Psychiatric Evaluation, the admission date being

25   November 11, 2016.  Do you see that?

```
 1    A.  I do.
 2    Q.  At the bottom of the document it lists history of present
 3    illness, which indicates the following, "The patient is a
 4    54-year-old female with extensive psychiatric history, bipolar
 5    disorder, also with multiple medical issues."
 6         Moving on to page 12, "including hypertension, chronic
 7    pain, seizure disorder, brought from home under Baker Act after
 8    she was talking to the insurance company telling them that she
 9    was going to die or kill herself if she does not get better and
10    get her medications."
11         Does this information in her medical history from 2016
12    cause you any concerns with respect to her medical history,
13    specifically as it relates to the treatment of her seizures?
14    A.  It has more concern with her underlying psychiatric
15    disorder.  I said previously I didn't see many.  I do recall
16    this psychiatric evaluation because it called for an
17    involuntary hospitalization.  So, the main concern would be
18    just her bipolar disorder, anxiety, and depression.
19    Q.  By the way, do you know if Ms. Kaye is currently receiving
20    any psychiatric care at this time?
21    A.  I think there was an evaluation by the Court, or for the
22    Court, but as to that, I don't know.
23    Q.  Still looking at page 12, Exhibit 6, in past psychiatric
24    history it indicates "multiple previous psychiatric
25    hospitalizations, last of which was November 2, 2016, at JFK
```

1    North.  She sees Dr. Motiram and has been on and off medication

2    for a while.  Reportedly, she was off medication from January

3    until November 2nd, and she just started back up again."

4         Under substance abuse history it says "Significant for

5    cannabis since age 14."

6         Any of the information contained in this record do you find

7    particularly relevant or concerning regarding her medical

8    history?

9    A.   I have a concern that she has a history of cannabis abuse

10   going back to age 14, and that now that is what she is being

11   given for seizures.

12   Q.   I am now showing you page 13 of Government Exhibit 6, this

13   is Part 12, page 137.

14        This is a record of the admission date of August 15, 2019,

15   JFK Medical Center in Florida.  Do you see that?

16   A.   I do.

17   Q.   Now, this record indicates --

18             THE COURT:  Did you say August 15?

19             MR. DISPOTO:  If I did, I apologize.  August 5, 2019.

20             THE COURT:  Yes.

21   BY MR. DISPOTO:

22   Q.   This record indicates a history and conditions recorded.

23   Do you see that?

24   A.   I do.

25   Q.   The date of service here would be August 7, 2019.  Do you

Pauline A. Stipes, Official Federal Reporter

1   see that?

2   A.   I do.

3   Q.   And by the way, on the upper left-hand corner, this

4   document is entitled -- you are going to have to help me with

5   that word -- an electro something or other report?

6   A.   Electroencephalogram report, the EEG is what is referred

7   to, you are probably getting to that, an electroencephalogram.

8   It's a measure of brain activity, it is used to pick up seizure

9   activity in the brain.

10  Q.   Are EEGs commonly used to determine brain activity after

11  somebody is reported having a seizure?

12  A.   Yes.

13  Q.   Is it a device that is used -- strike that.

14      What is the device used for as it relates to seizure

15  activity?

16  A.   It is used to help determine the source of the seizure

17  activity and to show that there is actual seizure activity

18  during that time period, and in this case, I believe it was on

19  from 8/7/19, from 2:30 until 1:35 the next day, August the 8th.

20  Q.   That is a pretty lengthy reading of brain activity, is it

21  not?

22  A.   It is pretty standard.

23  Q.   This record indicates an 18 channel computerized digital

24  EEG recording was performed on Ms. Kaye, correct?

25  A.   Correct.

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  Could you read for us what it says on the background and
 2    then I will have you explain what that means?
 3    A.  Under background?
 4    Q.  Yes.
 5    A.  Can you repeat that question?
 6    Q.  Under background, starting with "There is diffuse
 7    generalized slowing."
 8    A.  "There is diffuse generalized slowing in the theta range
 9    seen throughout the recording.  There are intermittent
10    triphasic waves seen during this recording, which I cannot
11    exclude left frontal sharps.  There is extensive muscle
12    artifact during parts of the recording which limits
13    interpretation at times.  No clear seizures are seen during
14    this recording."
15    Q.  Is that a description of the results of the EEG that was
16    performed on August 7th, or a previous EEG?
17    A.  Theat would be describing this EEG.
18    Q.  What is that telling us?
19    A.  That is telling us that there was some slowing of the brain
20    waves, but no seizures.  Slowing of the brain waves could be
21    from medications, a whole host of items could cause that.
22    Q.  So, is it possible that a patient could experience what
23    they believe to be a seizure only to have it turn out that
24    there is no indication on an EEG that she actually suffered
25    from a seizure?
```

1    A.   There are two possibilities here.  It is possible she has

2    seizures that are not captured during the EEG.  It is also

3    possible she has pseudo seizures, which they are real to them,

4    they look real, but there is no electrical activity found in

5    the brain to show the cause of the seizure.

6    Q.   Under impression when Dr. Casanova reports abnormal EEG due

7    to generalized slowing, is that not an indication of seizure

8    activity?

9    A.   No.  I am not a neurologist, but not to my understanding.

10   Q.   Let's now go to page 14, this is going to be Part 12, page

11   176.  This is a record from the JFK Medical Center dated

12   August 6, 2019, under assessment and plan.

13        Do you see that?

14   A.   I do.

15   Q.   There is an indication in this hospital record that on that

16   date, "The patient had a questionable seizure witnessed by RN."

17   Is that a nurse, yes?

18   A.   Yes, registered nurse.

19   Q.   "Was on EEG monitoring, but unfortunately some

20   leads displaced during the event, but no evidence of abnormal

21   EEG finds in remaining central leads as per Neurology," and in

22   parentheses it says, "neurology input appreciated.  Once no

23   further seizures will conduct SBT."

24        Do you know what that stands for?

25   A.   I do not.

1    *Q.*  "Care discussed with son at bedside who shares that the

2    patient was using ETOH."

3        What is that?

4    *A.*  Alcohol.

5    *Q.*  "And cannabis and may not have been adherent with her meds.

6    Monitor on EEG for 24 hours, will wean from sedation if no

7    seizure activity."

8        Can you paraphrase for us the state of affairs here as of

9    August 26, 2019?

10   *A.*  Yes.  It looks like the RN witnesses some possible seizure

11   activity that was questionable and resolved quickly.  They

12   didn't see anything abnormal on the EEG, but apparently with

13   the movement some of the leads were knocked off.  If there are

14   no further seizures, they are going to conduct some other

15   neurologic test.  I don't in that abbreviation.

16       The son was at bedside and reporting she had been using

17   alcohol and cannabis, and was not taking -- or may not have

18   been taking her regular medications that were prescribed.

19   *Q.*  If she wasn't taking her medications as prescribed, would

20   that be a cause of her having a seizure or experiencing brain

21   activity that she believed was a seizure?

22   *A.*  Yes.

23   *Q.*  What about mixing alcohol with medication, could the

24   ingestion of alcohol affect the efficacy of anti-seizure

25   medications?

```
 1   A.   I would think it would because of the effect on the brain.
 2   Q.   Now showing you page 15, which is a record from JFK Medical
 3   Center for the admission date of November 13, 2019, date of
 4   service, November 15, 2019.
 5        Do you see that?
 6   A.   I do.
 7   Q.   It appears that this is another EEG that was performed?
 8   A.   Correct.
 9   Q.   And just for reference, this would be approximately three
10   months after the August EEG we talked about earlier; is that
11   right?
12   A.   That appears to be.
13   Q.   Can you read for us -- once again, it indicates an abnormal
14   EEG due to generalized swelling in the theta range.
15        Do you see that?
16   A.   I do.
17   Q.   What is the clinical correlation?
18   A.   Again, slowing -- let me read through it.  No epileptiform
19   discharges or seizure sequences.  We all know the term epilepsy
20   is really a better term for seizures, that is the diagnosis,
21   and they did not see those discharges in the brain or seizure
22   activity during this study.
23   Q.   So, if she did have a seizure on this occasion, what would
24   be the potential cause for it if it wasn't something that was
25   indicated on the EEG?
```

1    A.  Well, again, it could be a seizure that is not picked up on

2    the EEG because it had cleared and there was no activity.

3    Often times when there is a seizure, you continue to see

4    abnormal activity on the brain even if it doesn't reach the

5    seizure threshold.  That does not appear to be the case here.

6    Pseudo-seizures would also be a question that would be raised.

7    If you look at the chart, that question has been raised at

8    times.

9    Q.  Doctor, do you recall in your review of Ms. Kaye's medical

10   records how many different EEG tests did you see in the records

11   were performed on Ms. Kaye?

12   A.  I reviewed three.  There may be more because I believe you

13   indicated when you sent it to me there are over 10,000 pages,

14   so it was difficult to review everything.  I tried to find as

15   many as I could, and I found three.

16   Q.  Of those three, how many do you recall confirmed through

17   the EEG that Ms. Kaye did in fact have a seizure, at least as

18   it relates to the results of the brain activity tests?

19   A.  One of the three.

20   Q.  Now showing you page 16 of Government Exhibit 6, this is a

21   record from JFK Medical Center, approximately November 13,

22   2019.  It says, "Patient admits medication non-adherence, 2/2

23   difficulties with insurance, reports seizure activity poorly

24   controlled with CBD."

25       What is 2/2 difficulties?

1   A.   I would say secondary to.

2   Q.   What does CBD stand for?

3   A.   Substance with cannabis, CBD oil possibly, it's a make up

4   of cannabis.

5   Q.   So, if Ms. Kaye back in November of 2019, was reporting

6   seizure activity, could that potentially be explained by the

7   fact that she was non-adherent to her medications?

8   A.   Yes, it would likely be secondary to non-adherence to

9   medications, although some people even on the best of

10   medications will continue to have some seizure activity.

11   Q.   With respect to her cannabis use at that time, any way of

12   knowing whether that in any way contributed to her having

13   seizure activity or not?

14   A.   No, not that I can tell, and I don't know if this is

15   prescribed or obtained some other way.

16   Q.   Next, page 17, this is Part two, page 110.  JFK Medical

17   record dated March 23, 2020.

18        This document talks about a breakthrough seizure, which is

19   listed under number one.  Can you explain to us what is meant

20   by a breakthrough seizure?

21   A.   That means you are under treatment, but you have seizures

22   anyway, and it breaks through the treatment and you have a

23   seizure.

24   Q.   This author, Dr. Yvonne -- it's hard to see, it may be

25   Jurcik.

Pauline A. Stipes, Official Federal Reporter

1    Dr. Yvonne reports that there are several extenuating

2    circumstances to this breakthrough seizure problem.  Do you see

3    that?

4    A.  Yes.

5    Q.  The first one she lists is unclear etoh withdrawal.  What

6    does that mean?

7    A.  That would mean it was unclear to her if this was possibly

8    secondary to alcohol withdrawal.  That would be where somebody

9    is using a high volume of alcohol, they stop, as many people

10   are aware, you go into DTs or delirium tremors, which can be a

11   fatal condition, and those patients will often seize as part of

12   the delirium tremors.

13   Q.  She also lists possible narcotic analgesic withdrawal.

14   What does that mean?

15   A.  Again, she could have narcotics, and have stopped taking

16   them and having withdrawal from the narcotics.

17   Q.  Are we talking about legally prescribed narcotics?

18   A.  Possibly.  In this case, probably given her history of

19   chronic pain in her abdomen and neck.  It is clear that much

20   before this time when we were talking about the Dilaudid, she

21   was on significant pain medication then.

22   Q.  Dr. Yvonne also reports she, meaning Ms. Kaye, "has been

23   noncompliant, though she did get the Dilantin 200 BID --"

24       What is BID?

25   A.  Twice a day.

1    Q.  -- "during the previous hospitalization.  In the past she

2    was on Dilantin with Keppra, 500 BID.  Why it was reduced to

3    250 BID is unclear to me."

4        Do you see that?

5    A.  I do.

6    Q.  There's a further reference that she had multiple EEGs

7    which, as a rule, shows slowing without seizure activity, and

8    the recommended plan was to continue Dilantin, 200 BID, with

9    Keppra, 500 BID.

10   A.  I see that.  Correct.

11   Q.  Now, there is an indication here if she has more seizures

12   once the Propofol is discontinued, she would add Vimpat to her

13   meds.  You mentioned that earlier.  What is that?

14   A.  That is one of the newer seizure medicines that seems to be

15   very effective.  It's not used as a first line agent, your

16   first line is going to be Dilantin.  We used to use phenobarb,

17   it is not used much any more.  Dilantin and Keppra seem to be

18   the most common that we use, but Vimpat is used for some more

19   difficult to control seizure activity.

20       I will add that is a medication that is non-formulary for

21   the Bureau of Prisons, Vimpat, but we have a process to obtain

22   non-formulary medications.  I have had institutions with

23   patients on Vimpat.  So it is available even if you look in the

24   Bureau's non-formulary and it may not show up.

25   Q.  Page 18, Part two, this is a record from JFK Medical Center

1    dated March 27, 2020.

2        The comments of this document indicate 58-year-old female

3    well-known to the ICU with PMHx -- what is that?

4    A.   Past medical history.

5    Q.   -- of pseudo-seizures, poly substance abuse, seizure

6    disorder, and a list of other conditions including h/o alcohol

7    abuse.  Do you see that?

8    A.   Right, history of alcohol abuse.

9    Q.   I believe you told us before about pseudo-seizures.  Could

10   you explain again what is meant by pseudo-seizure?

11   A.   A pseudo-seizure is more a psychological disorder where the

12   seizure appears real, it looks real, it is real to the patient,

13   but there is no medical explanation and no brain wave

14   determination of why the patient would be having a seizure,

15   thus they are very difficult to treat.

16   Q.   Okay.  Now I am showing you -- this is going to be page 19,

17   Government Exhibit 6.  This is a record from April 15, 2021

18   admission to the West Boca Medical Center.

19       Do you see that?

20   A.   I do.

21   Q.   Under history of present illness, once again it makes

22   reference to possible seizure versus pseudo-seizure here in the

23   ER.

24   A.   I see that.

25   Q.   And under social history, it makes reference to she drinks

1    alcohol once or twice a week and she does actively use

2    cannabis.  Do you see that?

3    A.  I do see that.

4    Q.  I am now showing you on page 20 of the same record

5    regarding her history of present illness, "Patient is a

6    59-year-old female who has a history of seizure disorder

7    presented with breakthrough seizure.  She was diagnosed with

8    epilepsy about 12 years ago and initially was on combination of

9    Dilantin and Keppra.  Patient claimed that after talking to her

10   neurologist back then, she was switched to medical marijuana

11   and apparently was doing well and has not had any seizures for

12   the last year and a half.  Yesterday she presented with a

13   seizure activity."

14       Moving forward, "Patient stated that her seizures are

15   usually triggered by stress or sleep deprivation."

16       Are you familiar to what extent stress or sleep deprivation

17   can cause seizures or is that outside your field or expertise?

18   A.  I am not a neurologist, but stress can induce seizure

19   activity to somebody that is predisposed to having seizures.  I

20   often tell patients I never discount anything that stress can

21   do.

22       Can you put that back up for me?

23   Q.  Yes.

24   A.  I am sorry.  I think you asked me about sleep deprivation.

25   Sleep deprivation will definitely induce seizures.  In fact,

1    often EEGs are done with sleep deprivation to try to induce the

2    seizure activity in the EEG.

3    *Q.*  On page 21 of this same record it indicates that as of

4    April 15, 2021, Ms. Kaye was taking two home medications,

5    neither of which relate to preventing seizures.

6        Do you see that?

7    *A.*  Yes.

8    *Q.*  On page 22, admission date -- same record, West Boca

9    Medical Center.  The plan here is to restart her on Keppra,

10   "continue Keppra until she sees her new neurologist sometime

11   next month."

12   *A.*  Correct.

13   *Q.*  As of April 2021, her attending provider at the West Boca

14   Medical Center was recommending that she go back on the

15   anti-seizure medication that she had been taking earlier which

16   she had since stopped taking?

17   *A.*  That is correct.  It appears, based on the information you

18   provided previously, that she had a breakthrough seizure even

19   on the medical marijuana, and he is again prescribing Keppra as

20   a seizure medication.

21   *Q.*  We have two more pages of these records.

22       This is now page 23 of Government Exhibit 6, this would be

23   the Good Samaritan Hospital records from June 29, 2022.  Under

24   the discharge diagnosis and plan it indicates, "60-year-old

25   female with history of epilepsy, hypertension, admitted with a

```
 1    seizure yesterday at the courthouse, and one reported seizure
 2    when EMS arrived.  She reported seizures were triggered by
 3    stress while at court proceedings, and patient had not been
 4    able to get the cannabis which she takes for her seizures.  On
 5    arrival in emergency room patient was post" -- what is ictal?
 6    A.  Post ictal is a state of confusion, less responsive, that
 7    we often see following a seizure where you are confused, you
 8    may or may not know where you are, and we refer to that as post
 9    ictal state, meaning after the seizure, you have a period where
10    you are less responsive and confused.
11    Q.  Hypertensive and tachycardic?
12    A.  Tachycardic, elevated heart rate.
13    Q.  "Now awake and alert, patient has been refusing Dilantin
14    and Keppra and states she controls her seizures with cannabis."
15         Let's talk about the cannabis for a moment.  When somebody
16    is taking medicinal marijuana as an anti-seizure medication,
17    are you aware of how -- how many times a day is somebody to
18    take that substance?  Is it a daily intake?  How does that
19    work, do you know?
20    A.  I do not know.
21    Q.  There is a reference in here that she was not able to get
22    her cannabis which she takes for seizures.  Is there any
23    indication in here as to whether she took cannabis that morning
24    before court, or the day before, or at any point prior to her
25    being in the courtroom?
```

1    A.  I do not see any clear indication.

2    Q.  Now, when we look back at the previous record, April 15,

3    2021, when the plan was to restart her on Keppra, fast forward

4    to June of 2022, she is refusing Dilantin and Keppra, correct?

5    A.  I see that, yes.

6    Q.  So, at some point between the April 2021 date and the June

7    2022 date, if she was in fact prescribed Keppra by the West

8    Boca Medical Center, she decided to no longer take it?

9    A.  She decided not to take it or didn't get it filled, that I

10   have no idea.  The record indicates she is not taking it at

11   this time.

12   Q.  Can you provide us with an explanation, based on your

13   expertise, why an individual who is taking medicinal marijuana

14   as an anti-seizure medication would nonetheless continue to

15   have seizures?

16   A.  Yes.  Again, I can't really speak to medical marijuana

17   because that is not something I use.

18        Some seizure patients will have breakthrough seizures even

19   on medication.  I certainly would have agreed with the

20   physicians that put her on Keppra and Dilantin as a better

21   choice.

22   Q.  And finally, with respect to the Good Samaritan Hospital

23   records, there is a note here "Seizures appear to start as a

24   partial simple followed by general tonic-clonic with loss of

25   consciousness, however, they are brief and patient does not

1    appear to have any significant postictal period.  Between

2    seizures she is alert and awake."

3        Can you explain to us what that means?

4    A.  Yes, on a couple of levels.  Number one, they start as

5    partial, which can be a little focal twitch such as a arm

6    moving, an eye twitching, and when it talks about going into

7    general tonic-clonic with loss of consciousness, that is what

8    most people think of when they think of a seizure where they

9    fall on the floor, jerk, bite their tongue, possibly lose

10   control of their bowel/bladder function.  That is typically

11   what you refer to as a tonic-clonic.  It's not uncommon to

12   have, and just about all of them will have lost consciousness.

13   They will not know what is going on at that time.

14       Hold on.  I need that back.

15   Q.  Did I take that away too fast?

16   A.  Way too fast.

17   Q.  Sorry.

18   A.  The interesting part here is that they know they are brief

19   and there is not a post ictal period.  Normally with a

20   tonic-clonic seizure you will be post ictal after, and it notes

21   that in between the seizure she is alert and awake.  In my

22   interpretation, they are saying she is completely normal in

23   between.

24   Q.  So, let's talk, then, a little bit about the medical care

25   that the Bureau of Prisons would offer her if Ms. Kaye is

Pauline A. Stipes, Official Federal Reporter

1    sentenced to incarceration.  Take us through sort of that

2    process.

3        Let's start with sort of her original arrival at a Bureau

4    of Prisons facility.  You and I have spoken about her self

5    surrendering, correct?

6    A.  Correct.

7    Q.  Let's start there.

8        First, can we agree that it is our goal to ensure that if

9    Ms. Kaye is sentenced to prison, that she gets the best

10   possible care that the Bureau of Prisons can offer?

11   A.  Yes.

12   Q.  And can we also agree, to the extent possible, the Bureau

13   of Prisons is going to try to avoid any lapse in care due to

14   circumstances beyond Ms. Kaye's control?

15   A.  Yes.

16   Q.  So, let's start with self surrender.

17   A.  Okay.

18   Q.  Do you have a plan or suggestion for a self surrender for

19   Ms. Kaye that would be beneficial for her medically?  What

20   would that look like?

21   A.  Okay.  As you and I discussed, there are several levels of

22   care within the Bureau of Prisons and our care level

23   guidelines.  Care level one is a relatively healthy adult, may

24   have a minimal medical problem such as hypertension, high

25   cholesterol.  One medical problem can be cared for in any of

1   our institutions.

2       Care two is for one that has more medical problems where

3   you see a physician or a nurse practitioner or nurse, somewhere

4   between every month and six months.

5       Care three is a level where you would have a much higher

6   need for care, almost on a weekly basis, or you have ongoing

7   issues that need to be followed.

8       And care four I said was basically our highest level,

9   almost like in the hospital, they're there for cancer care,

10   physical therapy after major surgery.

11       My understanding is all of the information is provided to

12   the Bureau of Prisons, and first of all they will look -- this

13   is outside of my field, but they will look at what level of

14   prison you need to go to, whether it be a high, a medium, a

15   low, and that is security level, that is based on security.

16       But then within the care levels, I think she would be a

17   care two, which would be our traditional multi-level problem,

18   or in this case, my recommendation would be that she be in a

19   care level three.  Because of her breakthrough seizures and

20   ongoing issue with her seizures, I would recommend that she be

21   in a higher level of care where they have more coverage, not

22   just 12 hours a day and then nobody overnight, but where she'd

23   have a high level coverage and better medical care.

24   Q.  Where is the closest care three facility in the Bureau of

25   Prisons?

Pauline A. Stipes, Official Federal Reporter

1    A.  Female or in general?

2    Q.  Female.

3    A.  Female, I spoke with -- as we had discussed, I spoke with

4    designations and they felt like, based on the information I

5    provided to them, that she would probably be designated to

6    Carswell, which is outside of Fort Worth, or in Fort Worth,

7    Texas.

8    Q.  So, if the Court fashioned as part of its sentence that Ms.

9    Kaye self surrender to that facility on a date certain, would

10   that potentially avoid any issues with her receiving the best

11   medical care sort of from day one; and if so, what problem or

12   what potential problem would it rectify by having her self

13   surrender to that facility?

14   A.  I think the benefit of having her self surrender, she is

15   already at a higher care level.  Should she have an issue

16   there, they have more staff and are better prepared to take

17   care of the issue, if she had a seizure.  The seizure is what

18   we are most concerned about in this case, and that would be the

19   benefit of her self surrendering to Carswell as opposed to

20   being moved by bus or plane from a local facility.

21   Q.  If for whatever reason it proves to be logistically

22   impossible for Ms. Kaye to self surrender to that facility, can

23   she self surrender to a Federal facility in South Florida and

24   be immediately transferred to that medical facility?

25   A.  It would not be immediate, she would need to be designated

Pauline A. Stipes, Official Federal Reporter

1    to that facility.  Part of that is information gets loaded in

2    from a custody standpoint.  When I spoke to designations,

3    because my concern was to have her somewhere where her seizures

4    would be taken care of, when I talked to designation, they said

5    if I would let them know if she is sentenced to Federal prison,

6    that they would expedite getting her designated to the

7    appropriate facility.

8    Q.  How long, approximately, would it take for her to get

9    transferred to that facility if she self surrenders in South

10   Florida?

11   A.  I can't commit to a time.  My conversation with them, I

12   would think probably a week or two.  I was told Carswell can

13   probably get her in pretty quick, but I am not sure how long it

14   would take on the custody part for all that to go in their

15   system, so I am hesitant to commit to an exact time.

16   Q.  Will she still get medical care if she, hypothetically,

17   self surrenders to FDC Miami pending her transfer to the

18   medical facility?

19   A.  Yes.  Since I feel like she would be a care level three, I

20   would like to know when she is sentenced so I -- or when she

21   would have to self surrender, I would like to know so I could

22   reach out to the clinical director at that facility and make

23   him aware because her medicine is going to need to be changed.

24        As we discussed, I recommend it not be late in the day or

25   on a Friday, so we make sure there is time for the medication

1    to be put into the system and the pharmacy to fill the

2    medication.

3    Q.  You made reference to having already made some phone calls

4    to get information about the best plan possible for us to

5    execute for Ms. Kaye if she is sent to prison; is that correct?

6    A.  Correct.

7    Q.  Is it fair to say that you are willing and able to be

8    directly involved in this case as it relates to the medical

9    care being provided by the Bureau of Prisons to ensure that she

10   is getting the best care possible?

11   A.  It is fair to say in that I will pass the information to

12   the clinical director.  You mentioned Miami, that is within my

13   region, and I certainly would talk to them directly.  I can

14   send the information and talk to them at Carswell so that they

15   know, based on my review, what they would be receiving.

16       I will be out of town and out of the country and not have

17   the ability to contact them for about two weeks in May, but

18   outside of that, yes, I am certainly willing to be involved.

19   Q.  So, let's talk, then, about the process and the services

20   that are available to Ms. Kaye once she self surrenders, and

21   let's assume for purposes of my questioning that she self

22   surrenders to the medical facility in Texas.

23   A.  Okay.

24   Q.  Take us through from the moment she enters, what is the

25   Bureau of Prisons going to do for her to ensure that all her

1    medical needs are met?

2    A.   The first thing she would have, within 24 hours or shortly

3    after arrival, is an intake screening done either by a nurse or

4    a medical provider, and they will take her information, run

5    through her history, note her medications, get with the

6    provider to put in those medications so they could be signed by

7    a physician.

8         In her case, and this is my concern, we are not going to be

9    able to provide medical marijuana by Federal law.  That is why

10   I would like to speak with the clinical director prior to her

11   arrival so they know as soon as she gets there that an order

12   needs to be placed to change her to a more traditional

13   anti-seizure medication.

14   Q.   Are you confident that the anti-seizure medication to be

15   provided to her is as provenly effective as medical marijuana?

16   A.   Oh, I think it is more provenly effective.  I haven't seen

17   any great studies for medical marijuana.  Certainly it is not

18   FDA approved as a legal substance by the Federal Government.

19        It is very difficult to look at this chart and know how

20   effective it is going to be because there are compliance issues

21   throughout with both Keppra and Dilantin, which would be the

22   most likely medication that she would be started on.

23   Q.   Are there other medications that can either be added or can

24   be used to replace those medications as you go if the doctors

25   feel necessary?

1   *A.*  Yes, and the care falls under the supervision of the

2   clinical director at that individual prison.

3       We mentioned Vimpat as one that was recommended previously

4   for her, and as to the medication, we could submit a

5   non-formulary, and there are other seizure medications that can

6   be used.  Ultimately, we can do a referral out to a

7   neurologist, that would be my recommendation.  If she began

8   having seizures beyond the capability of the clinical director

9   there or the physicians that would be taking care of her at

10  that facility, they would consult neurology to get them

11  involved to see if there are other medications they are more

12  comfortable with to treat her seizures.

13  *Q.*  Are there other specialists that the Bureau of Prisons

14  could provide to Ms. Kaye other than a neurologist, for

15  example, if she needs any type of psychiatric care?

16  *A.*  Yes.  You sent me some information where some care was

17  recommended by a psychologist recently.  We have psychologists

18  at every institution, so she will be provided care by a

19  psychologist and referral to a psychiatrist as needed.  Most of

20  our psychiatric care with a psychiatrist is provided via

21  telemedicine with BOP psychiatrists.

22  *Q.*  Are you aware that the Defense had a neuropsych evaluation

23  of Ms. Kaye recently of which a report was drafted that I sent

24  to you?

25  *A.*  Correct, that is what I was referring to.

Pauline A. Stipes, Official Federal Reporter

145

```
1    Q.   I believe contained in that report is a recommendation that
2    Ms. Kaye receive psychological or psychiatric treatment on an
3    as-needed basis.
4    A.   Correct.
5    Q.   Is it fair to say, based upon what you just told us, the
6    Bureau of Prisons would be able to do that?
7    A.   Yes.
8    Q.   Do you have any reason to believe that if she has to take
9    any medication to treat any psychological or psychiatric
10   issues, that those medications would in any way interfere with
11   here anti-seizure medications?
12   A.   There are medications that would, but as physicians we look
13   at that.  Medications are filled by our pharmacists, we call it
14   our bureau of electronic record that actually indicates and
15   will give you a warning when you put it in, such as Wellbutrin.
16   Wellbutrin is an antidepressant that we know can lower the
17   seizure threshold, so we would avoid those types of
18   medications.
19   Q.   The neurologist also recommended treating any current
20   symptoms of mood disorders.  Is that something the Bureau of
21   Prisons would be able to do as well?
22   A.   Yes, that is more of a counseling and in-depth with
23   psychology, but it is certainly available.
24   Q.   I believe you indicated earlier that the consumption of
25   alcohol, certainly the abuse of alcohol could impede the
```

```
 1    efficacy of anti-seizure medications; is that right?
 2    A.   I would think that is possible.  Again, I am not a
 3    neurologist, so I don't want to the say that definitely, but
 4    alcohol has an effect on a lot of medications.
 5    Q.   Is it fair to say Ms. Kaye with will not have permissible
 6    access to alcohol while in the Bureau of Prisons?
 7    A.   Permissible, yes.
 8    Q.   How would you describe the level of monitoring that the
 9    Bureau of Prisons medical staff will be able to provide Ms.
10    Kaye to ensure the best care possible?
11    A.   Typically -- I want to go back and followup.  You asked me
12    about when she first arrives and talked about the medication.
13    Within 14 days of arrival in any of our facilities, you
14    typically will see a mid-level provider for a full history and
15    physical and then you will see a physician for a chronic care
16    visit within 14 to 30 days, and then the physician, if you are
17    enrolled in chronic care, which she certainly will be, will see
18    you at a minimum of once a year, but then we see you as needed.
19    If we need to see you sooner, you are certainly seen sooner.
20         There is a sick call process, you could make sick call.  If
21    you are not in a locked down unit, it is four days a week, much
22    the same as you would go to a doctor.
23    Q.   You mentioned there is a care four level facility that
24    basically requires hospitalization; is that right?
25    A.   Not necessarily hospitalization, but can function up to
```

```
 1    that level.
 2    Q.  Are there certain patients -- certain individuals, I should
 3    say, whose medical needs are so serious or so sophisticated
 4    that you would say the Bureau of Prisons would have a hard time
 5    meeting their medical needs?
 6    A.  Those are very few.  There are some, but those are very
 7    few.
 8    Q.  Is Ms. Kaye one of those very few?
 9    A.  No.
10    Q.  Are you confident as you sit here today that the Bureau of
11    Prisons is fully equipped to provide her with the appropriate
12    medical care to meet her needs?
13    A.  Yes.
14         MR. DISPOTO:  Thank you.  Your Honor, that is all I
15    have.
16         THE COURT:   All right.  Since we went for quite
17    awhile there, we will take a brief recess and then we will do
18    cross-examination.  It is five minutes to 3:00, we will be back
19    in ten minutes.  I remind our witness not to discuss your
20    testimony with anyone.  You remain under oath.
21      (Thereupon, a short recess was taken.)
22         THE COURT:  All right.  You may be seated.  The
23    witness is on the stand under oath, subject to
24    cross-examination at this point.
25         MS. MILITELLO:  May I begin, your Honor?
```

Pauline A. Stipes, Official Federal Reporter

1          *THE COURT:*  **You may.**

2                          **CROSS-EXAMINATION**

3     *BY MS. MILITELLO*:

4     *Q.*  **Good afternoon, Doctor.**

5     *A.*  **Good afternoon.**

6     *Q.*  **Is it fair to say you are not likely to treat Mrs. Kaye if**

7     **she is sentenced to the Bureau of Prisons?**

8     *A.*  **That is correct.**

9     *Q.*  **Is it not likely, or not even possible?**

10    *A.*  **It is not likely.  It is possible because I will go to**

11    **institutions and see patients when they are in the southeast**

12    **region and assist.  I do still see patients in the southeast**

13    **region, but it is unlikely that I would provide her direct**

14    **patient care.**

15    *Q.*  **And you think that she will be at a medical facility and**

16    **you don't work full time at those medical facilities; is that**

17    **right?**

18    *A.*  **I do not.**

19    *Q.*  **You are not a neurologist; is that right?**

20    *A.*  **Correct.**

21    *Q.*  **Do you have any specialty in terms of residency in**

22    **neurology or seizures, anything like that?**

23    *A.*  **No.  I am residency trained and board certified in family**

24    **medicine.**

25    *Q.*  **Did you have an opportunity to review or read the**

**Pauline A. Stipes, Official Federal Reporter**

1    Defendant's motion for downward variance at Docket Entry 142,

2    where my co-counsel and I signed a sworn declaration about the

3    facts that we personally observed after the verdict in this

4    case?

5    A.  I do not recall.  I would have to see the document to know

6    if I looked at it.

7         MS. MILITELLO:  Your Honor, may I approach?

8         THE COURT:  Yes.  I will remind everybody to speak

9    directly into the microphone when everybody is talking.

10        THE WITNESS:  I don't remember this document exactly.

11   I have looked at so many documents in this case, it is hard for

12   me to remember exactly.  I could take time to read through it

13   if you would like me to.

14   BY MS. MILITELLO:

15   Q.  Did you read the first page when you were looking at it?

16   A.  I don't remember having read this before.

17   Q.  Okay.  I would like to talk to you about the status

18   epilepticus.  Certainly when I wrote that affidavit, I was not

19   trained in neurology.

20   A.  Uh-hum.

21   Q.  But would you agree from your general studies of seizures

22   and of medicine that an individual should usually come out of

23   the seizure or roll out of the seizure within five minutes?

24   A.  It can be any variance of time.  I have seen them go for

25   long periods of time, I have seen them last for a few seconds.

Pauline A. Stipes, Official Federal Reporter

150

1   Q.  Would you agree with -- and feel free to look at the

2   medical organizations I cited -- seizures lasting more than

3   five minutes is considered life threatening and that emergency

4   personnel should be called?  Would you agree with that

5   statement?

6   A.  In general, yes.

7   Q.  Do you agree that if a person has a seizure where you talk

8   about they lose consciousness and do not regain consciousness,

9   they roll into another seizure, that that also is typically a

10  life-threatening emergency?

11  A.  It can be.

12  Q.  If that occurs over and over and over again for over 20

13  minutes, that is likely a life-threatening emergency?

14  A.  I don't know I would use the term "likely", I would say

15  possibly.  It is not unusual for a patient to come into an

16  emergency room in status epilepticus, as you referred to, who

17  has been seizing for a significant period of time and not die

18  from that.

19  Q.  You agree status epilepticus can kill patients?

20  A.  It can, yes.

21  Q.  It can cause permanent brain damage?

22  A.  To my knowledge, yes.

23  Q.  You would agree if someone is in status epilepticus and

24  they stop breathing, that that might be life threatening?

25  A.  Certainly.

1    Q.  They're turning blue and there's no pulse, that is a

2    serious situation?

3    A.  Absolutely.

4    Q.  Going through these medical records, you said there were

5    11,000, did you get a chance to count?  I think it is actually

6    closer to 13,000 now.

7    A.  Now, I absolutely did not count.

8    Q.  You agree there are a lot of them?

9    A.  I agree there are a lot of them.

10   Q.  You were here in court earlier when we adopted the summary

11   my investigator swore under oath to be fair and accurate, we

12   included that in the PSI.  Did you get a chance to read that

13   summary she wrote?

14   A.  I am not sure.  Again, with nothing to look at, I don't

15   know.

16   Q.  I am happy to show you what I filed.  I am wondering if

17   that summary was provided to you to help you?

18   A.  I was provided a lot of additional information that you

19   submitted to the attorneys.  I don't know exactly because,

20   again, I am not looking at it.

21   Q.  Were you provided a copy of the Pre-Sentence Investigation

22   Report in this case?

23   A.  I don't remember specifics.  I focused more on the medical

24   record that I was provided.  There were some additional pieces

25   of information that didn't pertain as much to her medical care,

|    |                                                                            |
|----|----------------------------------------------------------------------------|
| 1  | so they were of less interest to me, but I did review them if I            |
| 2  | was given them.  I don't remember exactly.                                 |
| 3  | Q.  Okay.  I would like to go over some of the records with you             |
| 4  | that you mentioned in the context in which they are found in                |
| 5  | the medical records.                                                       |
| 6  | A.  Sure.                                                                   |
| 7  | Q.  Starting with the very first page of the Government exhibit             |
| 8  | that they showed, May 7, 2012, let's start there.  2012, you               |
| 9  | would agree, is more than a decade ago, right?                             |
| 10 | A.  Yes.                                                                    |
| 11 | Q.  Showing you this exhibit.                                               |
| 12 |     Now, 2012, a decade ago, there is an indication about some             |
| 13 | manic behavior and some issues with psychiatry.                            |
| 14 |     Are you aware that Mrs. Kaye has been receiving Social                  |
| 15 | Security disability related to her mental health since 2005?               |
| 16 | A.  No.                                                                     |
| 17 | Q.  Okay.  If that information was included in the Probation                |
| 18 | report or in our summary, you didn't see it; is that fair to               |
| 19 | say?                                                                        |
| 20 | A.  I didn't see it.  I don't know that it would be relevant.              |
| 21 | Q.  Well, you agree it might be relevant to explain the                     |
| 22 | diagnosis of bipolar, a history of Baker Act, a history of                  |
| 23 | suicide attempts, depression, things like that, that would be              |
| 24 | sufficient for a Social Security disability finding?                        |
| 25 | A.  Possibly.                                                               |

Pauline A. Stipes, Official Federal Reporter

|    |    |
|----|----|
| 1  | Q. Yeah, okay.  So, then here we have in the Government's |
| 2  | first exhibit this possible -- I don't know how to say this |
| 3  | word. |
| 4  | A. Munchausens. |
| 5  | Q. Munchausens. |
| 6  | I will show a summary that the Court just had added to the |
| 7  | Pre-Sentence Report related to this hospital admission. |
| 8  | It's at Docket Entry 141, page ten, and my investigator |
| 9  | summarized that during this admission, where there is this |
| 10 | possible Munchausen that you mentioned, Mrs. Kaye suffered a |
| 11 | seizure and was administered Ativan, that she was admitted for |
| 12 | acute chronic abdominal pain and that she ultimately underwent |
| 13 | surgery for her hernia and was discharged on May 11; which |
| 14 | would have been just a few days later after this note. |
| 15 | Does that sound consistent with your review of the hospital |
| 16 | records, that she actually received surgery just a couple days |
| 17 | after this, or do you not recall? |
| 18 | A. I don't recall.  I looked at a lot of records, she has |
| 19 | received multiple surgeries.  Is it surprising it is part of |
| 20 | this hospitalization?  No. |
| 21 | Q. Okay.  Government Exhibit 2, September 23, 2012, there is |
| 22 | some discussion about whether there is malingering and her |
| 23 | behavior when she was at the hospital.  I show you again |
| 24 | Defense Exhibit 141. |
| 25 | The summary of the records show that she was admitted to |

```
 1    the hospital for abdominal pain where they discovered

 2    additional hernia issues, doctors performed an additional

 3    surgery.  Two days prior to Government Exhibit 2 she developed

 4    DVT.

 5        Is that a blood clot?

 6  A.  Correct, deep vein thrombosis.

 7  Q.  In her right subclavian and right auxiliary vein, chest

 8    area, she wasn't discharged for -- it looks like ten days

 9    total.

10  A.  Okay.

11  Q.  Does that sound consistent?

12  A.  Consistent with what?

13  Q.  You introduced one page to show one day.  I am trying to

14    put this record into context that while she was at the hospital

15    those ten days she underwent several surgeries and had

16    additional complications.

17  A.  Okay.

18  Q.  Do you agree?

19  A.  That is what the record appears to show.  I am just

20    answering the question to what I am presented.

21  Q.  I understand that.  I want to make sure the Court has a

22    full understanding of what happened during these hospital

23    stays, not just one day.

24  A.  Sure.

25  Q.  Would you agree that if a patient requests surgery, that a
```

Pauline A. Stipes, Official Federal Reporter

| | |
|---|---|
| 1 | medical doctor ethically will not perform that surgery unless |
| 2 | it is medically warranted? |
| 3 | A.   Restate your question, please. |
| 4 | Q.   There was some insinuation that Mrs. Kaye was requesting |
| 5 | surgeries that were not medically warranted. |
| 6 | Can a doctor do that?  Can a doctor perform a surgery |
| 7 | because a patient requested it and there are no medical needs? |
| 8 | A.   There are often differences between the opinions of |
| 9 | surgeons. |
| 10 | All I referred to was the chart that showed one surgeon |
| 11 | said he didn't recommend the surgery.  I did see where |
| 12 | typically -- I believe Dr. Larson was the one she was seeing |
| 13 | for most of her surgeries, and he often did agree to perform |
| 14 | the surgery.  I wasn't there, I can't attest which is which. |
| 15 | The records show that Larson did some surgeries, and it also |
| 16 | shows there were some doctors that questioned it. |
| 17 | Q.   You agree doctors take an oath to do no harm, right? |
| 18 | A.   They take an oath, yes, but they have different opinions. |
| 19 | Q.   The record indicates at least one medical surgeon thought |
| 20 | the surgeries were warranted, right? |
| 21 | A.   Yes. |
| 22 | Q.   Now, Government Exhibit 3, which was September of 2012, |
| 23 | there is some discussion about whether she had a high threshold |
| 24 | for pain and what that meant in terms of her prescription |
| 25 | medication. |

1      In your review of these 11 to 13,000 pages of medical

2  records, did you see history of recent prescriptions for pain

3  medications?  By recent, let's say for the last five years.

4  *A.*  I did not.

5  *Q.*  To be clear, if there was some sort of pain medication

6  seeking behavior, that does appear to be ten years old, 11

7  years old?

8  *A.*  I don't know the exact date, but it was older, not in the

9  recent records.

10  *Q.*  Thank you.

11      I am not going to go through every one of these since the

12  Court has admitted the summaries, but I do want to go through a

13  few more with you.

14  *A.*  Sure.

15          *MR. DISPOTO:*  Your Honor, I want our record to be

16  clear.  I think Ms. Militello inadvertently is making reference

17  to exhibit numbers that are not accurate.  She made reference

18  to Exhibit Number 3.  I believe she was referring to Exhibit

19  Number 6, page three with respect to the medical records that

20  the Government used.

21          She also made reference to Exhibit 141, I think she

22  was talking about Docket Entry 141 regarding her pleadings.

23  So, if I am right about that, I want the record to be clear on

24  it for future review purposes of the transcript.

25          *THE COURT:*  All the medical records are Exhibit 6.

```
 1              MR. DISPOTO:  Right.
 2              THE COURT:  They were indicated by page number, there
 3       were 22 or 23 pages.  The Government numbered them and referred
 4       to them page by page.
 5              MS. MILITELLO:  I think this was page 13, tab 8.
 6              MR. DISPOTO:  Page 13.
 7              MS. MILITELLO:  This is an admission from --
 8              MR. DISPOTO:  August 6th.
 9       BY MS. MILITELLO:
10       Q.  Page 13 of the Government exhibit discusses one of these
11       EEGs where it is unclear if Mrs. Kaye had a seizure, that was
12       your testimony, from August 5, 2019?
13       A.  Correct.
14       Q.  My question to you is whether you reviewed the records
15       relating to that entire admission from August of 2018?
16       A.  I looked through all these, I don't know that I read them
17       page by page because, as you said, there are 11,000 to 13,000
18       pages, but I did look through that entire record.  I was
19       specifically looking for EEGs, because I knew that would help
20       us ascertain the seizures.
21       Q.  So this is dated August 7 to August 8.
22          In our summary at Docket Entry 141, page 13, we summarize
23       that admission as beginning several days prior, so she was
24       admitted to the hospital on August 4th, and went to the ER for
25       abdominal pain, diarrhea, nausea and vomiting that had been
```

1   persistent for a few days.  She is placed on observation.

2   According to the medical record, she had multiple surgeries and

3   was admitted on the 5th, so again a few days prior to the

4   record that you saw.  The records indicate that she is given

5   Ativan twice with no response.

6       Would you agree Ativan is used to treat seizures?

7   A.  Yes.

8   Q.  They declared her status epilepticus, the seizures caused

9   acute respiratory failure, a Code Blue was issued for cardiac

10  failure.  She was intubated and placed in a medically induced

11  coma for a week.

12      Do you remember seeing this?

13  A.  I don't remember exactly that, but if it is in there,

14  that's fine.

15  Q.  She was put on a feeding tube to feed her while she was in

16  a coma, and eventually had other issues.

17  A.  I do remember reviewing her chart, that she had DVTs and

18  multiple medical complications.  It looked like a lot of this

19  was likely related to her complications from her gastric bypass

20  surgery.  I went through this and a lot of the issues related

21  to malnutrition, and some of the issues seemed to be metabolic

22  in nature, probably secondary to abnormal electrolytes.

23  Q.  I don't know if you know this or this is something maybe a

24  neurologist could answer, could the pain associated with this

25  ongoing ulcers, stomach pain, gastro-intentional issues,

1    hernia, can that -- the body's response to those infections or

2    that pain have any correlation to the seizures?

3    A.  I think the infection could.  I think it would be unusual

4    to be the pain, although, again, I think there was a lot of

5    question in some of the hospitalizations regarding her

6    nutritional status, and certainly that could play an issue.

7    Q.  Talking about her nutritional status, I didn't count them,

8    but would you say she has probably had about a dozen surgeries?

9    A.  I didn't count them either.  There are multiple hernia

10   repairs, small bowel obstruction, hernias all over the place,

11   likely related to all of the surgeries and repairs she had

12   leading to failure.  I believe I saw some question about

13   anorexia, bulimia before or after the gastric bypass.

14   Certainly a complicated history from the gastric bypass I think

15   led to a lot of issues with the electrolyte imbalance.

16   Q.  For example, February 28, 2013, you testified about going

17   to the hospital, she was supposed to followup with a primary

18   care provider, and she didn't want to leave, she said she was

19   in pain.

20        Do you recall that during that same admission she was

21   diagnosed later with having E. coli in her urinary tract?

22   A.  It looked to me at the time the doctor made that comment he

23   had checked the urine and it was clear.  I believe that was in

24   the statement, so that would be after the fact that she had the

25   E. coli, after he made that statement.

| | |
|---|---|
| 1 | Q.  Within that same admission, but within a couple days after |
| 2 | the record you were provided they found this E. coli and gave |
| 3 | her an antibiotic; is that right? |
| 4 | A.  I don't have that in front of me, so I can't testify |
| 5 | specifically, but I would not dispute that. |
| 6 | Q.  So, is it fair to say through these records that we just |
| 7 | discussed there really is less than one percent, so a small |
| 8 | portion of all of the records in Mrs. Kaye's case? |
| 9 | A.  Oh, yes. |
| 10 | Q.  And almost each one of these hospitalizations, almost |
| 11 | everyone, she had a surgery.  Is that fair to say? |
| 12 | A.  Of the early hospitalizations, yes.  Not so much with the |
| 13 | event that occurred here at the court or so some of the more |
| 14 | recent -- I don't know that I saw any recent surgeries, they |
| 15 | all appeared to be more 2012, '13, '14, '15, '16, in that time |
| 16 | frame. |
| 17 | Q.  Correct.  So we know -- you would agree that she had this |
| 18 | coma, cardiac failure, on a ventilator and eating tube in 2019? |
| 19 | A.  Okay. |
| 20 | Q.  And then they showed a record in March 2020 showing a |
| 21 | breakthrough seizure, and she was on that record diagnosed as |
| 22 | having status epilepticus at JFK in the past.  Is that fair to |
| 23 | say that is throughout the records as well? |
| 24 | A.  Yes, there are a lot of references in all of these records |
| 25 | to her past history, and that is in there, yes. |

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  And you mentioned her admission on June 29, 2022, that she
 2    was post ictal?
 3    A.  Post ictal.
 4    Q.  Okay.  She was post ictal on arrival at the hospital?
 5    A.  Correct.
 6    Q.  Later on, she had another seizure it appeared at the
 7    hospital where she was not post ictal?
 8    A.  Correct.
 9    Q.  When she first got there, whatever incident this was we had
10    in court, she was post ictal?
11    A.  That is correct, according to the record.
12    Q.  Yes.  Are you aware Mrs. Kaye had within the last -- she
13    had hernia repair surgery, too, within the last six months or a
14    year.  Are you aware of those very recent surgeries that
15    occurred?
16    A.  If I saw that, I don't remember that.  Again, I think most
17    of my records -- there were some updated records.  When I went
18    back and reviewed them again I focused more from the court
19    back.  There were so many of these surgeries, it is difficult
20    for me to remember exactly when they were.
21    Q.  Okay.
22         MS. MILITELLO:  I don't have any other questions, your
23    Honor.
24         THE COURT:  Any redirect?
25         MR. DISPOTO:  Very briefly, your Honor.
```

Pauline A. Stipes, Official Federal Reporter

1                    REDIRECT EXAMINATION

2    *BY MR. DISPOTO:*

3    *Q.*  Doctor, you were questioned a moment ago about Ms. Kaye

4    recently having hernia surgery.  Do you remember that?

5    *A.*  I do.

6    *Q.*  Is the Bureau of Prisons equipped to provide her with any

7    necessary followup care that she may need post surgery and may

8    be currently undergoing?

9    *A.*  Yes.

10   *Q.*  You also were questioned a little bit about the seizure

11   that took place in this courtroom last summer.  I want to make

12   sure that I understand the sort of interplay between the

13   medical marijuana and the seizure itself.

14       If Ms. Kaye was taking medicinal marijuana to avoid

15   seizures, but she had a seizure in the court that day, is it

16   fair to say that the medical marijuana that she was taking was

17   not effective to prevent that seizure?

18   *A.*  If she had been taking it, yes.

19   *Q.*  If Ms. Kaye was not taking her medical marijuana as

20   prescribed, is it fair to say that she was being non-compliant

21   with the taking of the exact medicinal marijuana that is

22   designed to prevent her from having seizures?

23   *A.*  I'm hesitant to answer that because I don't know where she

24   was before she came to trial.  I don't know if she was in a

25   local jail and came to trial, because the local jail would not

| | |
|---|---|
| 1 | provide that, or if she came from home to trial.  If she came |
| 2 | from home to trial, I think you would be able to say that. |
| 3 | Again, that is not a medication that I use, so I don't know the |
| 4 | answer other than it would appear she wasn't taking it as |
| 5 | prescribed if she didn't take it. |
| 6 | Q.  Fair enough.  If we assume from my hypothetical that she is |
| 7 | not incarcerated, she was coming from home to court during a |
| 8 | three-day trial -- |
| 9 | A.  Okay. |
| 10 | Q.  -- if Ms. Kaye for whatever reason was not taking her |
| 11 | medical marijuana, then her non-compliance with taking it could |
| 12 | have been a reason why she had a seizure? |
| 13 | A.  If the medication is effective, yes. |
| 14 |           MR. DISPOTO:  Thank you, Doctor. |
| 15 |           THE COURT:  Okay, thank you very much.  You may step |
| 16 | down. |
| 17 |           THE WITNESS:  Am I excused to leave, your Honor? |
| 18 |           THE COURT:  Does either party need our witness any |
| 19 | longer? |
| 20 |           MS. MILITELLO:  No. |
| 21 |           MR. DISPOTO:  I do not, Judge. |
| 22 |           THE COURT:  Yes, you may leave, I appreciate your |
| 23 | time. |
| 24 |           All right.  Turning it over to Defense for any |
| 25 | evidence you'd like to present or any argument you'd like to |

1    make.

2         MS. MILITELLO:  If the Court has reviewed and accepted

3    our filings, including the sworn declaration in our motion for

4    downward variance at Docket Entry 142, the CV and report of our

5    neuropsychologist, Dr. Saez, the letters from the friends and

6    family, and I believe through admissions to the PSI the Court

7    has accepted the sworn declaration of my investigator, and I

8    also filed some other notice of filings containing Department

9    of Justice OIG reports, if the Court is admitting those and

10   reviewing them, then we don't intend to call any witnesses.  I

11   would refer to them in our argument for the downward variance.

12        THE COURT:  Yes, we haven't put them in evidence for

13   this proceeding, but I have seen them and they are on the

14   docket and I have reviewed them.

15        MS. MILITELLO:  I think that is sufficient.  They

16   don't have to be admitted as exhibits if we agree the Court

17   will look at them and is considering them.  It is slightly

18   unusual to have Mr. Berry and I -- our motion for downward

19   variance contained our sworn declaration.  We did follow the

20   rules for a sworn declaration and just electronically signed

21   it.

22        We wanted there to be a record of what occurred after

23   court, and to the best of our ability as fact witnesses, which

24   is an unusual position to be in as Defense counsel, we

25   summarized the facts.  Any medical conclusions are up for

Pauline A. Stipes, Official Federal Reporter

1  interpretation, but we wanted to describe the facts so there

2  was a record of seizure activity after the verdict.

3          *THE COURT:*  Yes, those are part of the record, the

4  Court has considered it leading into the proceeding and will

5  consider it as part of the overall record for purposes of

6  rendering the sentence in this case.

7          *MS. MILITELLO:*  I will speak briefly about Dr. Saez's

8  report.  He is a neuropsychologist with a specialty in seizure

9  disorders.  He did a residency at NYU in their seizure

10 department, and we hired him specifically because we had

11 noticed some deficits in Mrs. Kaye's thinking.

12         Now, unfortunately, we did not have an evaluation done

13 before the episode after the trial, so I cannot tell the Court

14 how long she has had deficits, but if the Court has reviewed

15 the report, you will see there were noticeable signs of

16 impairment as it related to her testing, neurological

17 impairment.  He was able to identify the specific portions of

18 the brain that likely her seizures were coming from as a result

19 of that testing.

20         So I think -- I didn't want to go into too much detail

21 because the Court admitted the medical records and summary from

22 our investigator into evidence.  I think it is clear Mrs. Kaye

23 is a flawed physically and neurologically woman before the

24 Court.  She was Baker Acted as recently as 2016, but she has

25 been on Social Security disability for mental health since

```
 1    2005.  So, it is not a surprise to me to see these records

 2    about some manic behavior or some depression or some suicide

 3    attempts, evidence of bipolar.  That's consistent with things

 4    she has been struggling with for decades, but now she has

 5    dozens of surgeries, lots of pain, and now this ongoing seizure

 6    disorder.

 7              There are a lot of complications, and as the Court

 8    knows because we have been submitting medical documentation, we

 9    have had to continue this hearing multiple times because her

10    health was such that the doctors couldn't even provide the

11    surgery when they needed to.  Her blood pressure was too high,

12    they had concerns about her heart, she had COVID, and has

13    ongoing health and medical issues that I believe are relevant

14    for the Court's consideration when imposing a sentence.

15              When the Court -- as the Court knows, we are asking

16    that no jail time be imposed here.

17              We've already discussed pretty extensively a lot of

18    the Government's cases, and these threats cases they cited,

19    Killingsworth that we talked about earlier, he received a

20    30-month sentence, which is only a few more months than the

21    Government is requesting here, despite the fact he had criminal

22    history category VI, he had multiple posts, he was interviewed

23    by police that I meant what I said, more cops need to die.  He

24    was on parole at the time and his sentence was akin to what the

25    Government is asking for.
```

1          Dierks did receive a much more serious sentence, but

2     he was also someone who was warned to stop and did not stop.

3     The Government wrote in their sentencing memorandum in his case

4     they were most troubled by the fact that not only did he engage

5     in these multiple threats, but then he threatened a neighbor,

6     and they presented evidence about the threat to this other

7     victim.

8          Fratus, F-R-A-T-U-S, another case the Government

9     cited, involved emails to the Philadelphia Police Department,

10    Massachusetts law enforcement, threats against the Jewish

11    Children's Charity, three voice mails directly to them.  Law

12    enforcement still told him to stop, he did not stop, he

13    continued threatening people.  He got four years in prison.

14         I only bring these cases up because we are talking

15    about the spectrum of threats and compared to them, Mrs. Kaye's

16    case is de minimus.

17         I provided for the Court several cases where probation

18    was entered, one in this district for -- an 875(c) threats

19    case.  I provided to the Court an example of diversion being

20    offered in a threats case, and I would strongly encourage the

21    Court to find that this is a case where no jail would be

22    appropriate for a few reasons.

23         One, when we are looking at the scope of conduct, that

24    her conduct warrants a lesser sentence, right, both because her

25    intent to carry out the threat was nonexistent, there were no

```
 1    weapons.  We are not talking about like we are in Counterman,

 2    the Supreme Court case, two years of conduct of threatening and

 3    stalking.

 4            One of the things that has been brought up and brought

 5    up to by the Probation Office is harm to the victim, and as of

 6    now, we have not heard from the victim, we have not heard of

 7    any harm to him.  To be clear, we have all heard cases where

 8    victims have actually been shot, and I am here defending the

 9    person who shot the victim.  There is no physical harm here.

10            In terms of psychological harm, there has been no

11    evidence or testimony about that either.  This victim was not

12    even named in the video, and while we have a threat to the FBI

13    as a whole, respectfully, their job is to investigate threats.

14    That is what we as taxpayers pay them to do.

15            The Government cited in their memorandum how some

16    agency investigated thousands of threats and found, I don't

17    know, some percentage of them to be credible.  That is what

18    they should do, that is their job.  That doesn't mean they

19    should all be prosecuted.  The New York Times recently wrote

20    that the Capitol Police are investigating over 10,000 threats

21    to Congress.  None of us want to live in a world where this

22    occurs, but it does.  Only 75 have warranted indictments.

23            Law enforcement should, when they hear about a threat,

24    investigate it.  Is the threat to the President real?  Is the

25    threat to Congress real?  Is the threat to the FBI real?  There
```

```
1    is a difference between investigating, maybe going out and

2    interviewing the person, executing a search warrant, and then

3    charging them.

4              I now we are far past that, but when we talk about

5    harm to the victim, I do not believe their investigating is a

6    harm.  I think that is their duty.  We have yet to hear about

7    any actual harm, and I submit to the Court there is none to

8    this agent or the agency.  None has been provided in the PSI.

9    There has been no evidence of harm, and I think it is

10   important, because we all have cases where there is actual harm

11   to victims, whether it be children abused, adults who are

12   injured.

13             In some of these threats cases we see where people

14   need to get injunctions, they need to go into protective

15   custody, they need to move across the country, they need

16   bodyguards.  We know cases where individuals have had to sell

17   their retirement and hire personal protection for their homes.

18   Harm is real in a lot of these threats cases, but that is not

19   present here, and I think the Court should consider that.

20             We also know from my supplemental filing that the

21   interactive data analyzer from the United States Sentencing

22   Commission shows us that 25 percent of criminal history

23   category I Defendants scored under 2A6.1 received a probation

24   only sentence, and I would submit to the Court that Mrs. Kaye

25   should be one of those 25 percent.
```

Pauline A. Stipes, Official Federal Reporter

1          She is a 61-year-old woman, disabled physically and

2     emotionally, no criminal convictions, zero criminal history

3     points, who posted a video without real harm, without weeks or

4     months of planning, who could suffer real harm to herself if

5     incarcerated.  It is a substantial risk.

6          I know the Government disputed in their filing what

7     Mr. Berry and I swore to under oath, but it is not something

8     that we have forgotten.  My neuropsychologist recorded the

9     history of her seizures as it relates solely to her case.  She

10    had a seizure and a hospitalization at her arrest.  The FBI had

11    to take her to the hospital before they took her to the jail.

12    While she was at the jail she had a seizure, she was

13    hospitalized again.  Those dates are in Dr. Saez's report.

14         She was hospitalized while this case was pending.  We

15    discussed some of that earlier today with the doctor, she had a

16    seizure and then also had some abdominal pain and another

17    surgery.  Since the trial she has had a number of hernia

18    surgeries, but most significantly was the incident the Court

19    saw herself after the verdict.

20         And so, she has suffered very real physical

21    consequences as a result of her conduct, and she has modified

22    her own conduct as we discussed as well as a result.  Her

23    speech has been chilled, she has stopped posting anything

24    remotely similar as a result of this conduct, and I believe

25    that that shows deference to the Court and to the process, and

Pauline A. Stipes, Official Federal Reporter

1    shows that she is not someone who hasn't learned from this

2    experience.

3            She certainly changed her behavior.  She has two years

4    supervised release without any violations.  She not only -- and

5    the PSI reflects this, the doctor wasn't aware of it, but she

6    not only received a mental health evaluation, but she did

7    months of treatment.  She has exceeded all the treatment the

8    United States Probation Office can offer her.  My

9    neuropsychologist recommends more specialized treatment, and I

10   think long term that would be best for Mrs. Kaye, but that is

11   not something she can get specifically through the U.S.

12   Probation Office, but he does recommend continued guidance and

13   counseling.

14           She has a lot on her plate.  She is a woman who is

15   taking full-time care of her granddaughter still.  Her son

16   lives with her.  She is in this retirement facility where if

17   she is not there her son, Sam, cannot live with her.  She is

18   their sole -- I don't want to say sole child caretaker, but

19   essentially is to this grandbaby.

20           The Court received a number of letters and I think

21   also describe who she is to her husband, who is in a nursing

22   home.  He couldn't be present today, but she visits him, she

23   brings the baby.  She has a real impact on her family and her

24   community around her and they have all indicated that she is

25   not who she appears to be on this video.

1          We have mentioned to the Court, and I will briefly, I

2     know Mrs. Kaye's speech is not the speech of any of us in the

3     court, it is not speech we would use, and it is unpleasant

4     speech, right.  Her speech is not words that we would choose,

5     but our position continues to be that the First Amendment

6     requires us to tolerate unpleasant speech.

7          We know from the Supreme Court that includes even

8     antigay hate speech, includes lying about military heroism,

9     includes even selling violent dog fights, and from Watts we

10    know that political speech is often abusive, inexact, and maybe

11    vehement and caustic and unpleasantly sharp, and I submit to

12    the Court that her speech closely mirrors that of Watts, and

13    even if it did cross the line, that it still is in the lesser

14    scale of conduct such that it deserves lesser penalty than

15    incarceration.

16         In terms of an actual sentence, I would ask the Court

17    to be mindful of the fact that she has already been on

18    supervision for two years.  I think the Court could impose a

19    sentence of time served with supervised release.  I leave to

20    your discretion how long that should be.  She has ongoing

21    medical and health issues.

22         I have spoken with one of the appellate lawyers.  We

23    are hoping for an opinion from the United States Supreme Court

24    as to this issue regarding intent which, depending on how they

25    rule, could be binding and controlling in this case, could

Pauline A. Stipes, Official Federal Reporter

1    require a new trial.  It is anticipated that that opinion would

2    be issued in June.  I do not believe that Mrs. Kaye should have

3    to surrender or report to prison prior to us having a ruling on

4    that issue from the Supreme Court in terms we would be asking

5    the Court, if prison is imposed, for an appellate bond in

6    addition to a self surrender date.

7         We believe -- I know the Court is well versed in our

8    jury instruction issues.  Our position is that the jury should

9    have been advised and instructed differently than they were,

10   such that there are good faith appellate issues in this case

11   which would warrant an appellate bond.  So, in the event that

12   the Court finds that Mrs. Kaye should be incarcerated, we would

13   ask for that as well.

14        The last thing I want to bring to the Court's

15   attention is I -- I know early on I told the Court I tried to

16   look up almost every 875(c) threats case that I could find.  I

17   haven't been as diligent about that recently, since the trial,

18   but I did find a recent one from the Middle District, and it

19   pled just a couple of months ago, February 24th of this year.

20        It is an 875(c) threats charge against two victims at

21   the VA, this involves a veteran, but the conduct described in

22   this complaint -- this is case 22-CR-00374, out of the Middle

23   District of Florida, and it originates in May of 2021.

24        The first complaint, paragraph eight, describes the

25   victim receiving 50 intimidating, harassing, and threatening

Pauline A. Stipes, Official Federal Reporter

1    text messages:  I kind of want to go kill everyone, I know I

2    can pull this off, on and on, there's cursing.  A few days

3    later, November 7th, the victim receives 98 more text messages

4    from this individual, again he talks about killing everyone,

5    how he is the real threat, etc.

6           Ten days later there are more text messages from this

7    defendant, this time about flashbacks and explosives, chemistry

8    and bombing.  Then on April 5th of the next year, some months

9    later, there are 40 text messages sent to the victim; April 16,

10   36 text messages to the victim; May 20, the complaint describes

11   "escalating behavior," where he starts texting the victim, I am

12   going to start punching you in the, there's cursing, face,

13   kicking you, etc.

14          Then he and starts texting a second victim, you know

15   with technology I don't even need to follow you home I can show

16   up at that guy's house in the middle of the night and kill his

17   wife in front of him there are more text messages related to

18   killing that victim and his family.

19          May 27, the first victim receives another 36 text

20   messages from the victim.  (sic)  When I am quiet I am plotting

21   to f'ing destroy you and everyone you love.  I have an entire

22   medical record of names of people who f'ing screwed me for the

23   last two years.

24          These are the kinds of cases that the Department of

25   Justice is prosecuting, months and months of conduct, and they

Pauline A. Stipes, Official Federal Reporter

1    are very different than that of Mrs. Kaye's.

2            In that instance, although the individual pled to a

3    felony, the Department of Justice even agreed to a two-level

4    downward adjustment.  It doesn't say why, but I suspect it is

5    has to do with a likelihood of him not carrying out the threat,

6    but I don't know, of course the acceptance of responsibility.

7            I bring it to the Court's attention because it is the

8    most recent threats case I could find and how very different it

9    is from Mrs. Kaye's, and if 25 percent of cases in her category

10   are not receiving prison time, she certainly should not be one

11   who is.

12           Thank you.

13           *THE COURT:*  Thank you.  From the Government.

14           *MR. DISPOTO:*  Thank you, Judge.

15           Your Honor, I would like to begin my comments this

16   afternoon by addressing what I perceive to be the biggest

17   difference between the way the Government sees this case and

18   the way the Defendant sees this case.

19           We are now well after a jury has rendered its verdict

20   finding the Defendant guilty of making a criminal threat, yet

21   the Defense continues to refer to Ms. Kaye's criminal threat as

22   political speech and as unpleasant language.

23           In the Government's view, Judge, that is a substantial

24   and, quite frankly, unjustifiable under representation of what

25   Ms. Kaye's speech really was because by virtue of the jury's

Pauline A. Stipes, Official Federal Reporter

1    verdict in this case, it quite simply was criminal, and we

2    should really start there when analyzing the 3553 factors to

3    determine not only whether to grant the Defendant's motion for

4    a downward variance, but to determine what would be an

5    appropriate sentence in this case.

6           I submit to your Honor that both the nature and the

7    circumstances of the offense, as well as the harm that was

8    caused in this case is substantial.  Threats of violence and

9    death to law enforcement who serve to protect our communities

10   should not be tolerated.  Full stop.  The Government --

11         *THE COURT:*  Let me interrupt you for a moment because

12   there was reference to we are not hearing from a victim.

13         Did the Government -- was there an obligation for the

14   Government to notify anybody?  Do you consider Agent Smith to

15   be the victim?  I know he was here earlier, but he is not here

16   now.  I want to make sure we have covered our bases in terms of

17   notifying any victims of the opportunity to be heard, and then

18   you can continue.

19         *MR. DISPOTO:*  Thank you, Judge.  Agent Smith was the

20   target of this threat.  He is considered a victim in this case,

21   and as the Court correctly pointed out, he was here earlier.

22   Since this trial Agent Smith has been promoted to a position of

23   supervisor that investigates national security matters.

24         Due to his work on other cases, unfortunately he could

25   not be here to see these proceedings through, but he indicated

Pauline A. Stipes, Official Federal Reporter

1    to us that he is fine with the proceedings continuing, that he

2    didn't necessarily plan on making a statement.  So, we

3    certainly believe it is appropriate for the matter to proceed

4    without him here.

5         THE COURT:  Okay.

6         MR. DISPOTO:  He has been so notified.

7         THE COURT:  Okay.

8         MR. DISPOTO:  That brings me to sort of one of the

9    important points that needs to be made, and that is to address

10   the harm in this case.  Ms. Militello has a very narrow view of

11   the harm in this case, and she looks at the harm specifically

12   as it relates to the impact that Ms. Kaye's language had on

13   Agent Smith, and I will acknowledge Agent Smith is a trained

14   law enforcement officer, he has a thick skin, and nobody is

15   arguing that Agent Smith has suffered any substantial personal

16   harm by virtue of the threat.

17        But I would submit to the Court that the harm that

18   exists in this case is much broader, and if the Defense doesn't

19   see it, they are missing the point.

20        The harm that Ms. Kaye caused is the harm that violent

21   rhetoric has in our public discourse and our Courts have

22   recognized that part of the ubiquity of violent political

23   rhetoric actually causes serious harm.

24        I refer to a thesis that was submitted in April 2002

25   to the Department of Criminal Justice, the University of

```
 1    Arkansas, wherein they describe the dangers of violent
 2    political rhetoric as follows:  Violent political rhetoric --
 3    this was in 2021, I'm sorry.
 4          Violent political rhetoric was positively associated
 5    with mass shootings and hypothesize that this was because
 6    violent political rhetoric may stimulate racism, xenophobia,
 7    and anger towards those who have been the targets of the VPR
 8    and help erode social norms against violence.  The VPR would
 9    legitimize the use of violence in the minds of those amenable
10    to such rhetoric.
11          In 2021, Daniel Byman of Brookings Institute wrote a
12    piece entitled How Hateful Rhetoric Connects to Real World
13    Violence.  He pointed out in that piece that there was a study
14    in Sweden that found hateful speech spurs negative emotions --
15    I am sorry -- towards the target community amount listeners.
16          Another study of European audiences found that
17    exposure to politicians' violent rhetoric increases support for
18    political violence among those surveyed.  Such rhetoric also
19    makes political violence against the target community seem more
20    legitimate.
21          In Germany there was another study that found that
22    increases in anti-refugee sentiments on Facebook led to
23    increases in violence against refugees.  When Facebook had an
24    outage or when different events dominated the news, the
25    violence fell off.
```

Pauline A. Stipes, Official Federal Reporter

1           So, think about what Ms. Kaye did in this case.  By

2    her own admission, she broadcast at least one, if not two

3    videos on multiple social media platforms to what she described

4    as her like-minded audience.  She told them about the FBI

5    having come to her home and she threatened to take up arms and

6    to kill them if they came to her house.

7           She specifically made reference to the persecution of

8    General Flynn, she made reference to exercising her Second

9    Amendment rights and for her to use violence if necessary.

10          Remember, this was I believe in 2021 -- right, this

11   would have been 2021, which obviously only a couple years ago,

12   and we have seen as a society within the last, I would submit,

13   five years, maybe longer, substantial heated rhetoric online.

14          I made reference in my memorandum to the Court that in

15   2021, the news outlet Reuters had reported in excess of 850

16   threatening and hostile messages to election officials and

17   staff regarding the 2020 election.  Approximately 110 out of

18   the 850 were regarded as true threats according to experts who

19   reviewed them.  200 of the 850 wish death, yet very few

20   actually resulted in prosecutions.

21          The point here, Judge, is this:  Nobody is arguing

22   that offensive conduct or offensive speech should be

23   suppressed.  Nobody is claiming that unpopular views, even

24   views that are politically charged, do not have value in what I

25   like to refer to as the marketplace of ideas.  They do.  This

1    case is not about that.

2         This case is about drawing a distinction between

3    lawful speech, even unpopular speech, and criminal conduct, and

4    it is incumbent certainly upon the Court to draw that line, to

5    draw that distinction, and when it comes to violent death

6    threats that are made against law enforcement, law enforcement

7    who are charged with protecting all of us, that that is a

8    serious harm, and it should be treated seriously by the Courts.

9         I want to read to your Honor, in United States versus

10   Pratersch, 808 F. App'x 768, this is an Eleventh Circuit case

11   from 2020.  In this case the Defendant was convicted of making

12   a threatening phone call to the office of Senator Bernie

13   Sanders from Vermont.  At sentencing the Court found that was a

14   serious threat, and this is what the Court said:

15        "I remember when I was a kid the civics teachers used

16   to tell us, I disagree with you with every fiber of my being,

17   but I will fight to my death to protect your right to say it."

18        I think that is what is being damaged by things like

19   this.  So, I take it very seriously, says the Court, and

20   although I take you at face value that you weren't going to fly

21   up there and do anything, maybe you didn't have the

22   where-with-all to do it, but when you made that phone call

23   everything gets turned on its head.  You have all of these

24   Federal law enforcement agencies that have to take it

25   seriously.  They have to investigate it, they have to come down

Pauline A. Stipes, Official Federal Reporter

1    and talk to you.  They have to begin a Federal prosecution and

2    do all of these things.

3             That is this case, and that is the harm that we are

4    talking about.

5             In that case, the Court sentenced Mr. Pratersch to the

6    low end of the Guidelines, which is exactly what the Government

7    in this case is recommending.  So, when we look at the 3553

8    factors, we have to consider how the Defendant's speech harmed

9    all of us, because the truth of the matter is, is that by

10   putting out in the public sphere violent death threats against

11   law enforcement Ms. Kaye is potentially emboldening others,

12   maybe those of like-minded individuals to not just think it,

13   maybe not just even say it, but to actually go out and do it.

14            That link between violent rhetoric and violent

15   behavior in others has been studied and has been connected, and

16   that is the type of harm that the Government believes is

17   substantial in this case.

18            In addition to the nature and circumstances of the

19   offense, the history and the characteristics of the Defendant

20   also is not favorable to Ms. Kaye.

21            She has never accepted responsibility for what she did

22   in this case, as your Honor pointed out earlier.  Her

23   explanation of engaging in a parody or just a TikTok video was

24   rejected by this jury.  I do submit to your Honor that on

25   cross-examination she was evasive and somewhat argumentative,

1    and in fact, Judge, she has had absolutely no insight into her

2    own criminal behavior.

3            This is not the first time that Ms. Kaye has engaged

4    in combative, violent behavior.  As we discussed earlier, and

5    that's contained in the Pre-Sentence Investigation Report,

6    there are three prior arrests that admittedly did not result in

7    convictions where two family members and a neighbor alleged in

8    three different incidents violent behavior against Ms. Kaye.

9            And we now know from the probable cause affidavits

10   that are now in the record that in each and every one of those

11   occasions law enforcement corroborated the veracity of the

12   original allegations by seeing visible signs of injury, and in

13   one case damage to a door that Ms. Kaye was alleged to have

14   struck with a knife.  They documented -- they observed and

15   documented those incidents.

16           Moreover, we see in the medical records themselves Ms.

17   Kaye on previous occasions being belligerent and abusive to

18   medical staff, so much so that on at least one occasion several

19   years ago doctors wouldn't even see her anymore.

20           So, Ms. Kaye has demonstrated a history of violent and

21   threatening behavior which once again weighs heavily in favor

22   of a Guideline sentence.

23           We would also cite to the need for the sentence to

24   reflect the seriousness of the law, to promote respect for the

25   law, and deterrence.  The deterrence factor is certainly

1    connected and is intertwined with my arguments earlier

2    regarding the need to distinguish between passionate lawful

3    speech and true threats.

4           Finally, Judge, I would like to comment on the

5    Defendant's medical history because the Defense injected that

6    into this case.  They submitted to Probation the 11,000 or so

7    pages of medical records, and relied on it heavily to support

8    their request for a sentence of time served or I suppose in the

9    alternative, probation.

10          What we learned from Dr. Holbrook's testimony is that

11   not only is there undoubtedly a serious medical history for Ms.

12   Kaye that resulted in multiple hospitalizations, surgeries with

13   respect to hernia, yes, seizures, and possibly also some mental

14   health issues there as well, but it is also clear that Ms. Kaye

15   could possibly have contributed to some of her medical

16   problems, in particular the onset of her seizures.

17          There is a question as to whether she was malingering

18   going back to 2012.  As I indicated earlier, she has been

19   belligerent to medical staff, she ahs been noncompliant with

20   her medications at times.  She has had a history of alcohol

21   abuse, a history of opioid dependence.  She has had some

22   questionable seizures and some breakthrough seizures.  She

23   hasn't been taking any anti-seizure medication since I

24   believe -- according to the Defense, going back to I believe

25   2019, when she had that medical procedure.  I think it was -- I

1    can't remember what it was for, and she has been taking

2    marijuana since the age of 14.

3           And the question that that raises is:  Is Ms. Kaye

4    receiving medicinal marijuana because it is medically

5    necessary, medically effective, or is it because she likes

6    marijuana and she is choosing to take marijuana over other, and

7    according to Dr. Holbrook, more effective medications that are

8    out there?

9           Dr. Holbrook explained clearly during his testimony

10   this afternoon that the Bureau of Prisons is more than capable

11   of treating her medical needs.  He has personally seen to it

12   that he will intervene to ensure that she receives the best

13   possible care.

14          The Government has agreed to have her self surrender

15   to the medical facility in Texas to ensure that she doesn't

16   have any lapse in care due to the transportation or otherwise.

17          At the end of the day, Judge, let's paraphrase what --

18   the argument that the Defense is making as it relates to her

19   medical care.

20          What the Defense is saying is, my seizures are brought

21   on by stress and I can't go to jail because jail is too

22   stressful, because if I go to jail and I can't have my

23   medicinal marijuana and if I succumb to stress, I am going to

24   have a seizure.

25          Forget the fact that there are other medications

1    available, forget the fact that I will be treated by an array

2    of medical professionals, forget the fact that I won't be

3    abusing alcohol because it won't be there.  I won't be taking

4    marijuana because it won't be there, but it is stressful, and

5    when I get stressed I have a seizure.

6           Well, I would submit to the Court that is the wrong

7    message.  That is certainly not a message the Court should send

8    by imposing its sentence, and at the end of the day, it just

9    lacks accountability.  It lacks accountability for her criminal

10   behavior which to this day she has never accepted and never

11   taken responsibility for.

12          We believe, Judge, when considering all of the 3553

13   factors, and considering the medical care that she will receive

14   in prison, a sentence at the low end of the advisory Guidelines

15   is appropriate, and we would ask for the Court to impose a

16   sentence of 27 months.

17          Thank you.

18          THE COURT:  Anything further from the Defense?

19          MS. MILITELLO:  Just briefly.  I forgot to cite, but I

20   had filed with the Court two Department of Justice, Office of

21   Inspector General reports.  I think it is noteworthy that they

22   are from the Department of Justice, so we have this

23   prosecutor's own agency finding deficiencies in the Bureau of

24   Prisons medical care.

25          The audit from 2022 specifically -- first, it is

Pauline A. Stipes, Official Federal Reporter

1    titled Audit of the Federal Bureau of Prisons Comprehensive

2    Medical Services Contracts and they specifically note that when

3    you have these referrals for these contractors, that that is

4    where the BOP is most deficient, and as we heard from the

5    doctor who testified today, if Mrs. Kaye needed a referral for

6    a neurologist, that is the process she would go through.

7          I didn't spend much time, frankly, cross-examining

8    him on that because I don't think he is the person who

9    testifies in front of Congress about these medical failures.

10   We have official reports from their agency saying the BOP has

11   problems, and not only in that arena, but secondarily with

12   aging inmates and inmates with severe medical issues.

13         I filed the full reports with the Court, I trust the

14   Court to have reviewed them.

15         So, I believe this doctor would do his best to treat

16   Mrs. Kaye, but he also testified he wouldn't be the one

17   treating her, and he is not a neurologist.  So, we have reports

18   that are greater in scope and evidence and review, calling

19   themselves an audit of the entire Bureau of Prisons system,

20   that should give the Court pause when thinking whether they can

21   actually adequately treat Mrs. Kaye.

22         I forgot to bring that up initially, so I wanted to

23   bring it up now.

24         Secondly, I'd like to address, if I may, briefly this

25   Pratersch case.  I put the messages called and left on Senator

1    Bernie Sanders' machine directly and the facts of the same

2    footnote that we referenced earlier in document 141, and it is

3    actually on page 30 of the filing.

4         The messages are not substantially the same as they

5    are in this case.  They were left directly on Senator Sanders'

6    telephone line, unlike in this case where no message was left

7    directly with the FBI.  They are quite explicit, hateful,

8    racist.  I am hesitant to even read them in the record, so I

9    would ask the Court to review that filing, but they are much

10   more lewd and explicit than what we have here.

11        And in addition to those three separate messages made

12   to Senator Sanders' phone line, there is a finding from the

13   Court that at trial that individual, quote, "testified

14   untruthfully in front of the jury."

15        There is no such finding in this case.

16        Lastly, I'd point out that that defendant received a

17   15-month sentence, which is significantly less than what the

18   Government is asking for today.  I don't know his age, I don't

19   know his medical issues.  What I do know is that his conduct is

20   far more egregious and directed than what we have here.  He

21   lied in front of the jury and he still received less time than

22   the Government is requesting.

23        I understand, because it is sort of understandable, it

24   is an unusual situation to be here and continue to justify and

25   defend Mrs. Kaye's conduct.  I don't know that I have ever done

Pauline A. Stipes, Official Federal Reporter

1    that before, but certainly there was a jury verdict and a

2    finding of guilt in the Watts case as well before the Supreme

3    Court overturned it and found it to be protected speech.

4            Celebrities, elected officials, our former President,

5    have demonstrated and put on social media far more violent

6    rhetoric than Mrs. Kaye ever has.  The Department of Justice

7    has elected not to prosecute those individuals for whatever

8    reason, but to put then on Mrs. Kaye change in societal norms,

9    frankly, is unjust and unfair and not representative of her

10   limited scope and audience compared to those.

11           We cited many examples in our motion to dismiss, and I

12   know the Court can reference them, they are in a footnote.  It

13   would be unfair to punish her for that escalating violence.

14   She is not the cause of it, and we do stand by our position

15   that her speech is protected.  I do not believe she should be

16   punished for exercising her right to trial in that capacity.

17           Lastly, I really do believe the Government cherry

18   picked the records that were introduced to the Court.  I have a

19   copy if the Court would like to see them, but there is no

20   disagreement from the Government that our summary provided was

21   accurate.  In every one of those instances where they have

22   provided one record from one day from one nurse, Mrs. Kaye went

23   on and had a surgery, she went on and had antibiotics ordered.

24           In the one instance she was put in a medically induced

25   coma and on a ventilator with a feeding tube and she stayed a

1   month.  The Government didn't introduce that through their

2   doctor to the Court, so I would point out to the Court that

3   there was a lot more in the medical records than what was

4   introduced through the testimony here today.  That's all.

5            THE COURT:  Okay, thank you.

6            Have the parties been heard in full through their

7   counsel?

8            MR. DISPOTO:  Yes, your Honor, thank you.

9            MS. MILITELLO:  Yes.

10           THE COURT:  We will take a brief recess and come back.

11       (Thereupon, a short recess was taken.)

12           THE COURT:  All right.  You may be seated.

13           All right.  The Court has considered the statements of

14  all of the parties, the Pre-Sentence Report which contains the

15  advisory Guidelines, and the statutory factors that are set

16  forth in Title 18 United States Code, Section 3553(a).

17           It is the finding of the Court that the Defendant is

18  not able to pay a fine.

19           The Court set forth in the beginning the extent of the

20  record that it has considered in coming to its judgment as to

21  an appropriate sentence for Ms. Kaye, so I am not going to

22  repeat it.  Suffice it to say that it is an extensive record,

23  as well as an extensive day of argument and evidence

24  presentation, as well as, of course, a trial in this case.

25           The 3553 factors do require the Court to impose a

1   sentence that is sufficient, but not greater than necessary to

2   comply with the purposes that are set forth in paragraph two of

3   the subsection of this portion of the statute.

4           In determining the particular sentence to be imposed,

5   the Court must consider the nature and circumstances of the

6   offense and the history and characteristics of the Defendant,

7   the need for the sentence imposed to reflect the seriousness of

8   the offense, to promote respect for the law, and to provide

9   just punishment for the offense, to afford adequate deterrence

10  from criminal conduct, to protect the public from further

11  crimes of the Defendant, and to provide the Defendant with

12  needed educational or vocational training, medical care, or

13  other correctional treatment in the most effective manner.

14          In addition, the Court must consider, among other

15  things, any pertinent policy statements in the Guidelines, and

16  the need to avoid unwarranted sentence disparities among

17  Defendants with similar records who have been found guilty of

18  similar conduct.

19          We know in this case that with the Court's rulings on

20  the objections, having sustained some and overruled others, the

21  Guideline range ultimately landed at 27 to 33 months, and

22  Defense has moved for a downward variance as well as the

23  downward departure based on 3553 factors, but also pointing out

24  the sentencing Guideline Section 2A6.1, as well as the

25  accompanying note 4-A.

1          And just to repeat what has been stated in the record

2     before, that provides that offenses covered by this Guideline

3     may include a particularly wide range of conduct and that it is

4     not possible to include all of the potentially relevant

5     circumstances in the offense level.  Factors not incorporated

6     in the Guideline may be considered by the Court in determining

7     whether a departure from the Guidelines is warranted.

8          And in addition, the Sentencing Commission explains

9     that a Court should consider the Defendant's intent and the

10    likelihood that the Defendant would carry out the threat.  So,

11    that is in connection with 2A6.1, which was one of the

12    arguments that the Defense raised in its objection, but agreed

13    to have the Court consider as part of the overall motion for a

14    downward variance in addition to the Defense's other arguments.

15         We know that Ms. Kaye was charged with two counts of

16    transmitting interstate threats to injure and a jury convicted

17    her of one count of transmitting interstate threats to injure.

18    And as we know from everything we have been discussing all day

19    today that this is a serious crime in the sense that it carries

20    with it a serious penalty.

21         It is certainly not the highest end of the Guidelines

22    that the Court or perhaps counsel have ever seen.  There are

23    many cases that come through this court where Guideline ranges

24    are as high as 120 and 155 for drugs and guns, so certainly it

25    is not the high end, but certainly it is not de minimus.  It is

Pauline A. Stipes, Official Federal Reporter

1    not a zero to six or a six to 12, or anything of that nature.

2          It reflects the seriousness of the offense for many of

3    the reasons that have been articulated here in court today and

4    the plethora of case law that speaks to the seriousness of the

5    offense.

6          So, during argument today, the Defense did make a

7    number of arguments, some of which suggested that Ms. Kaye's

8    threats were not serious insofar as the way the Court is

9    interpreting it, that one, she had not intended to carry out

10   the threat.  And again, on the spectrum of the many, many

11   cases -- and certainly the Defense did a lot of research, the

12   Government did a lot of research, and the Court actually did

13   its own research and found additional cases that neither party

14   had cited to.  The Court actually asked the Probation Office to

15   educate it as to other cases that maybe it was aware of with

16   respect to these types of threat cases.

17         As I said, the parties submitted many analogous cases

18   to the Court for its review and the Court conducted its own

19   research.

20         I guess, just for illustrative purchases only to give

21   the parties an appreciation of the extent to the Court's

22   research on the cases and trying to understand to the best that

23   it could where Ms. Kaye's acts fell on a spectrum of some of

24   the cases that are out there -- and again, there are many

25   factors the Court has to take into account.  This one probably

1  falls within the 2A6.1, kind of that broad range, as well as

2  the Court wanting to be mindful of not imposing a sentence that

3  results in disparate -- disparity in sentences, but also the

4  sense of the seriousness of the offense as it relates to other

5  crimes.

6          The Court is, for the record, holding up a

7  demonstrative of a spectrum that the Court put together of all

8  of the different cases, the ones that the Government pointed

9  out, the ones that the Defense pointed out, and the ones that

10  the Court found to see what those cases were all about.

11  Granted, there is some information the Court couldn't glean,

12  mitigating factors, health issues, for example, such as what we

13  have with Mrs. Kaye, criminal history.  But nevertheless, it

14  was an attempt to understand the range of threat cases, if you

15  will, that are out there.

16          Defense argued that not only were Ms. Kaye's threats

17  not serious, or perhaps of the most serious nature, but that,

18  again, Ms. Kaye's threats were nowhere near as serious as any

19  of the other threats made in analogous cases submitted by the

20  parties.

21          For instance, and this is just for illustrative

22  purposes because, as the parties can see from the demonstrative

23  that the Court showed, there must be over 15 or 17 different

24  cases that fall on this spectrum that I put together so I could

25  see where Ms. Kaye's case fell.

Pauline A. Stipes, Official Federal Reporter

1          The Government submitted to the Court United States

2     versus Cooper.  In that case Defendant Cooper made two separate

3     online threats which Defense counsel today described as very

4     explicit and much more serious than the case here.  In that

5     case, law enforcement reportedly found screen shots of how to

6     build bombs, maps of power plants, and other corroborating

7     evidence in the Defendant's home that indicated to the Court

8     and to law enforcement that Defendant Cooper's threats were

9     true threats.

10          The Government also submitted United States versus

11    Killingsworth.  In that case, Defendant Killingsworth posted

12    multiple threats on social media threatening the police and he

13    specifically directed those comments toward the police,

14    ensuring that the police would view the threats.

15          When Defendant Killingsworth was arrested and

16    interviewed by law enforcement, Killingsworth told law

17    enforcement that he meant what he said in the posted threats,

18    which Defense in this case argues renders Killingsworth's

19    threats much more serious than Ms. Kaye's threats.

20          The Court does agree in part with the Defense.  Ms.

21    Kaye's threats are not the most aggressive or the most serious

22    of all the threats that the Court has reviewed in the multitude

23    of analogous cases shown on the demonstrative chart that the

24    Court put together.

25          For example, the Defense submitted the sentencing of

Pauline A. Stipes, Official Federal Reporter

1  Cleveland Meredith to the Court for consideration.  Meredith,

2  who had obtained many weapons and traveled to Washington, D.C.

3  on January 6, 2021, made vulgar, violent, and explicit threats

4  against Nancy Pelosi.  Meredith was ultimately sentenced to 28

5  months in prison.

6        Defense argues that Meredith's threats were more

7  aggressive and serious than Ms. Kaye's threats because they

8  accompanied threatening corroborating action indicating that

9  they were true threats.

10        By contrast, in this case there is no allegation that

11  Ms. Kaye meant to act upon her threat.  Law enforcement never

12  asked Ms. Kaye if she meant to carry out her threats.  She did

13  not obtain weapons, travel, or have any other contact with law

14  enforcement.

15        For these reasons, the Court agrees with the Defense

16  that Ms. Kaye's threats are not the most aggressive or serious

17  of the threats that the Court has reviewed, and the parties

18  have brought to the Court's attention, and the Court considers

19  this pursuant to the Sentencing Guideline Section 2A6.1, note

20  4-A.

21        However, the Court does not agree with the Defense

22  that Ms. Kaye's threats were not serious.  The Court views them

23  as personal threats.  The FBI agent had spoken with Ms. Kaye on

24  the phone before she posted her threats.  So, in this way, the

25  threats were directed at the specific FBI agent that she had

1    spoken with, and the posts were liable to be seen by that

2    agent.  Because Ms. Kaye's threats to shoot the FBI agent were

3    personal in nature, within the universe of threat cases that

4    the Court has reviewed, Ms. Kaye's threats, while not the most

5    aggressive or the most serious, they are also not the least

6    aggressive or the least serious.

7          Ms. Kaye's threats are not de minimus, and the Court

8    also credits the Government's argument on the harm in this

9    case.  Threats against law enforcement, public servants who

10   work each day to keep us safe, are serious.  Law enforcement

11   have to investigate these threats in setting aside whether this

12   causes them fear.  It is a waste of time, resources, and

13   creates a hostile environment for law enforcement.

14         Further, while there is no evidence that a victim was

15   personally harmed in this case, that is not a reason not to

16   treat Ms. Kaye's threat seriously as it is a serious crime, but

17   instead, as a serious crime -- but instead, it is a factor that

18   the Court takes into consideration when imposing a sentence.

19         Now, the Court must consider each case on its facts,

20   and as I indicated, there are many facts that are not

21   necessarily known to the Court as to these other cases.  What

22   plays -- what the Court has seen is that while the sentences

23   reflect the individual facts of each case and the background of

24   each defendant, it is clear to the Court that probation is the

25   exception and not the rule in these cases.  Incarceration is

Pauline A. Stipes, Official Federal Reporter

1    typical in sentencings for interstate transmission of a threat

2    to injure based on the totality of cases the Court has

3    reviewed.

4            Incarceration was also imposed in cases involving just

5    one threat.  For example, in United States versus Howard, the

6    case that the Government submitted to this Court, Defendant

7    Howard left one voice mail for Attorney General Eric Holder.

8    In that voice message, he threatened to kill Attorney General

9    Holder.  In that case the sentencing Court sentenced Howard to

10   30 months in prison.

11           In another case, United States versus Nicholas,

12   Defendant Nicholas sent a total of four letters to the

13   Inspector General.  In one of the letters he threatened to kill

14   FBI agents.  The sentencing Court in that case sentenced

15   Defendant Nicholas to 45 months.

16           Each case is different and the Court, having done its

17   research, reviewed all of the submissions and listened to the

18   testimony, imposes a sentence in this case based on the

19   specific facts of this case.

20           So, the Court does consider the seriousness of the

21   crime here and Ms. Kaye's personal background, her personal --

22   nature and personal circumstances of her background.  What has

23   played prominently in today's proceeding is Ms. Kaye's health.

24           The Court has reviewed the written submissions of the

25   parties describing Ms. Kaye's medical history and listened

Pauline A. Stipes, Official Federal Reporter

1    carefully to the expert who testified, Dr. Holbrook, Dr. Mark

2    Holbrook, as well as all of the records that were filed by

3    Defense in this case.

4           The Court has reviewed the written submissions of the

5    parties describing Ms. Kaye's medical history, Ms. Kaye's

6    neuropsychological report, listened to the testimony here

7    today, and there is no doubt from the Court's review, the Court

8    believes that Ms. Kaye does suffer from a serious health

9    condition, in fact perhaps a number of health conditions.  She

10   is medically frail and she may face medical hardship, and she

11   will require much medical care.

12          But from the testimony given today from Dr. Holbrook,

13   the Court does believe that the Bureau of Prisons can provide

14   Ms. Kaye with whatever medical care she needs.

15          The Court noted that Dr. Holbrook not only opined

16   generally as to what the different levels of care, treatment

17   are in the Bureau of Prisons, but went so far as to identify a

18   particular facility, a particular prison of the Bureau of

19   Prisons in Texas, Carswell outside of Fort Worth, and knew

20   exactly what kind of care, I think level three -- he thought

21   that Ms. Kaye maybe would be a two or three, but went with the

22   higher one, three, and has actually made a number of contacts

23   including in Miami, so to the extent, if she were not to self

24   surrender, how that would operate.

25          There was a great level of detail and care given to

                Pauline A. Stipes, Official Federal Reporter

```
1    his presentation of how Ms. Kaye could be treated in the best

2    and most medically effective way should she be incarcerated.

3              The other 3553 factors play into the Court's

4    consideration in addition to, you know, what the Court has

5    indicated as far as needing to ensure that there is not

6    disparity, taking into account personal circumstances, the

7    seriousness of the offense, which the Court has spoken to given

8    the array of cases and how Courts are treating them, the very

9    important need, as with any case and particularly this one, to

10   promote respect for the law, to provide just punishment, to

11   afford adequate deterrence not only to Ms. Kaye, but to protect

12   the public from further crimes of the Defendant, and to provide

13   general deterrence to others who may be apt to commit similar

14   crimes and would be influenced by the sentence of this Court

15   and the array of sentences that other sentencing Courts are

16   imposing for crimes of this nature.

17             The Court has considered the need for Ms. Kaye's

18   particularly medical care that is to be provided in the most

19   effective manner.

20             Having taken all of this into account, the Court is

21   prepared to pronounce its sentence that is, in the Court's

22   view, accounting for everything in the record, consistent with

23   the 3553(a) factors, granting in part the motion for a downward

24   variance and/or a downward departure under the provision that

25   the Defense has cited to the Court, 2A6.1, but also because
```

1    of -- and in that regard, that her offense is not among the

2    most serious, and also the serious medical needs that Ms. Kaye

3    has.

4           So, the Court is granting in part that motion for

5    departure or variance, and therefore, it is the judgment of the

6    Court that the Defendant, Suzanne Ellen Kaye, is committed to

7    the Bureau of Prisons to be imprisoned for 18 months.

8           Upon release from imprisonment, she will be placed on

9    supervised release for two years.  Within 72 hours of release

10   she shall report in person to the Probation Office in the

11   district where she is released.

12          While on supervised release, she shall comply with the

13   mandatory and standard conditions of supervised release, which

14   include not committing any crimes, being prohibited from

15   possessing a firearm or other dangerous device, not unlawfully

16   possessing a controlled substance, and cooperating in the

17   collection of DNA.

18          She shall also comply with the following special

19   conditions, and they include that she shall submit to a search

20   of her person or property conducted in a reasonable manner and

21   at a reasonable time by the U.S. Probation Officer.

22          She shall participate in an approved inpatient or

23   outpatient mental health treatment program.  She will

24   contribute to the cost of services rendered based on her

25   ability to pay or availability of third-party payment.

1          If she has any unpaid amount of restitution, fines, or

2     special assessments, she shall notify the Probation Officer of

3     any material change in her economic circumstances that might

4     affect her ability to pay.

5          She shall have no personal mail, telephone, or

6     computer contact with the Federal Bureau of Investigation or

7     with the victims of this offense.

8          It is further ordered that Ms. Kaye shall pay

9     immediately to the United States a special assessment of $100.

10         The total sentence, therefore, is 18 months

11    imprisonment, two years of supervised release, and a $100

12    special assessment.

13         Now that the sentence has been imposed, does the

14    Defendant or her counsel object to the Court's finding of fact

15    or to the manner in which the sentence was pronounced?

16         *MS. MILITELLO:*  Yes, your Honor, we maintain all the

17    objections that we made before the Court today.  We object on

18    procedural grounds as it relates to the plus four enhancement

19    under Guideline 2A6.1.  We maintain that she should have

20    received a reduction for little deliberation.

21         We maintain that she should have received a reduction

22    for acceptance.  We maintain that the factual paragraphs -- or

23    narratives, paragraphs 28, 29, and 30 should have been struck,

24    particularly where the Government argued that unproven conduct

25    before the Court in their later argument.

Pauline A. Stipes, Official Federal Reporter

1          We'd also object as to the sentence being

2    substantively unreasonable pursuant to Booker and its progeny.

3    While we acknowledge the Court granted some variance, we

4    believe a greater variance, pursuant to subsection 4-A in the

5    note as we talked about, is warranted.

6          In addition to that, her medical needs and lack of

7    criminal history and other things that we discussed, such that

8    the sentence itself is unreasonable and greater than necessary

9    in this particular case, and we also maintain the disparity

10   with other cases that we cited and exhibited to the Court the

11   sentence is too great.

12          THE COURT:  From the Government.

13          MR. DISPOTO:  None, your Honor, thank you.

14          THE COURT:  Ms. Kaye, you have the right to appeal the

15   sentence imposed.  Any Notice of Appeal must be filed within 14

16   days after the entry of the judgment.  If you are unable to pay

17   the cost of an appeal you may apply for leave to appeal in

18   forma pauperis.

19          The parties have already indicated through counsel

20   that they are in agreement that Ms. Kaye should be given the

21   ability to self surrender.  The Court has taken upon itself to

22   look at the calendar and to assess what would be sufficient

23   time for the designation to take place, and also that it not be

24   on a Friday.  That was something Dr. Holbrook had said.

25          So, the Court was going to require that by July 13th

Pauline A. Stipes, Official Federal Reporter

```
 1    that -- July 13th, by noon, Ms. Kaye self surrenders.

 2              If I understood Dr. Holbrook correctly, and if this is

 3    what the parties' intent is, that she is to self surrender to

 4    Carswell --

 5              THE COURTROOM DEPUTY:  The Bureau of Prisons will

 6    designate, it is not guaranteed.

 7              THE COURT:  Okay.  The Bureau of Prisons will

 8    designate.  He had mentioned that that seemed to be a suitable

 9    place outside of Fort Worth.  So, she would self surrender to

10    wherever is designated or to the closest -- to report by no

11    later than noon on July 13th to wherever she has been

12    designated or, alternatively, to the closest office of the U.S.

13    Marshal on that date.

14              So, July 13th before noon.

15              MR. DISPOTO:  Your Honor, may I be heard on that?

16              THE COURT:  Yes.

17              MR. DISPOTO:  Admittedly, Judge, I am not familiar

18    with how all this all works, but I can convey to your Honor

19    that, based on my discussions with Dr. Holbrook, the idea, the

20    goal was to have her surrender directly to the Federal Medical

21    Center in Carswell and not anywhere else, to avoid a lag in

22    medical care pending transfer to the ultimate Federal medical

23    facility.

24              Is your Honor able to limit the order for Ms. Kaye to

25    self surrender specifically to that facility?  By the way, I
```

1   asked Dr. Holbrook the followup question which is --

2         *THE COURT:*  **What happens if she doesn't?**

3         *MR. DISPOTO:*  **Correct.**

4         *THE COURT:*  **And he explained the process, if she went**

5   **to Miami what would happen, and there is a process in place as**

6   **he explained it.**

7         *MR. DISPOTO:*  **Yes.  So, when I asked him, I said,**

8   **well, what if the Judge orders that she self surrender at**

9   **Carswell, but she is ultimately not designated at Carswell?  He**

10   **says, well -- he believed that was unlikely to happen, but in**

11   **the event that would happen, we would have to go back to your**

12   **Honor to have your Honor amend the judgment.**

13         **I only bring all this up because I would hate for**

14   **Ms. Kaye to self surrender at the Marshals here in South**

15   **Florida in mid July, and then the whole self surrender process**

16   **basically would have been sort of pointless because now she has**

17   **to be transferred and that might take some time.**

18         *THE COURT:*  **Let's find out from Probation, maybe, how**

19   **the process works, and then we can hear argument if there even**

20   **should be argument.**

21         *PROBATION OFFICER:*  **Yes, your Honor.  To the point of**

22   **designation, my office is responsible for submitting documents**

23   **that the BOP uses to determine that within seven days of**

24   **sentencing.  Those documents go to the designation center in**

25   **Grand Prairie, Texas.  They take 30 days to 45 days for the**

1    designation.  If we do the work on the front end with us having

2    the doctor here today, if the Government were to reach out to

3    the doctor and let him know that all of the documents have been

4    submitted, I believe he, being an employee of the BOP, could

5    contact the designation center and have a discussion with

6    somebody there to further direct that designation to the

7    facility that he, himself, recommended in court.

8          *THE COURT:*  **Those things could take place, and**

9    **ultimately --**

10          *THE COURTROOM DEPUTY:*  **We can make, as we have done in**

11    **the past with other sentencings, make the recommendation, but**

12    **that is only a recommendation.**

13          *THE COURT:*  **If the Court makes a recommendation and it**

14    **recommends Carswell -- I will let both sides be heard as to**

15    **whether that is what Ms. Kaye would want -- then the only**

16    **question becomes whether the Court gives her the option of self**

17    **surrendering locally and be transported there or requires her**

18    **to go directly to Carswell.**

19          **So, does Ms. Kaye want to go to Carswell?**

20          *MS. MILITELLO:*  **I don't know that she wants to go to**

21    **Carswell, but she would like to go to a medical hospital.  I**

22    **personally have had clients surrender at medical hospitals, and**

23    **what the Court has done in those cases is made the**

24    **recommendation that the Defendant surrender to the hospital or**

25    **at the designated facility or to the local facility, and I**

**Pauline A. Stipes, Official Federal Reporter**

1    think that is particularly important here for two reasons.

2              One, we don't know what medical facility she will be

3    designated to; two, she is indigent; three, she is indigent

4    with significant medical issues and she may need medical

5    transport.  Whether the Marshals can provide that, whether I

6    need a court order, I need to look into.  I know there was some

7    discussion with someone in D.C. who worked for the Marshals

8    Office and arranges medical transport.

9              Does that apply for a person who is indigent?  I don't

10   know.  So, at this point I would ask that she be permitted to

11   surrender either at the designated facility or the local

12   facility like we always do.

13             *THE COURT:*  You don't want Carswell, you just want it

14   to be to a medical facility.

15             *MS. MILITELLO:*  At this time, because I don't know

16   what the best medical facility would be for her.

17             *MR. DISPOTO:*  I also want to provide your Honor with

18   some additional information based on my discussions with Dr.

19   Holbrook.

20             If Ms. Kaye self surrenders to the Marshals, it is my

21   understanding that she will be initially housed at the Palm

22   Beach County Jail.  Dr. Holbrook will have less control over

23   what medical care she is getting there.  Presumably she is

24   going to be held there until transferred to FDC Miami and then

25   transferred to the designated facility.  That could take days,

Pauline A. Stipes, Official Federal Reporter

```
 1    if not weeks, and she is in that sort of gap period of time
 2    that we are all trying to avoid.
 3              The reason the Government had suggested -- by the way,
 4    just so the Court also knows, I informed Defense counsel of
 5    this issue, I believe it was earlier this week, maybe on
 6    Monday, and the options -- the best options as we see it is
 7    self surrender either directly to the medical facility at
 8    Carswell or to FDC Miami.  I believe the doctor testified to
 9    that a little bit today.
10         FDC Miami is less ideal, but it is within his purview
11    in the southeast region of the Bureau of Prisons where he would
12    have some more direct control over here care pending transport
13    to the medical facility.
14         THE COURT:  He did say that if she self surrendered in
15    South Florida, that he spoke with BOP and they would try to
16    expedite getting her to the facility in Texas, but it could
17    take a week or two.
18         MR. DISPOTO:  I would ask that she self surrender, in
19    that case, to FDC Miami, not to the Marshals in Palm Beach.
20         MS. MILITELLO:  Defense would agree.  We can get her
21    to Miami.
22         THE COURT:  So then, maybe what the Court will say is
23    that she must surrender by no later than noon on July 13th, and
24    she must surrender either to the designated facility, and the
25    Court is making a recommendation that it be a medical facility,
```

1    and if she chooses not to surrender to the medical facility,

2    then she must self surrender to FDC Miami by no later than noon

3    on July 13th.  Okay?

4         *THE COURTROOM DEPUTY:*  Can she go to Miami?  She has

5    to go to the Marshals Office and they can take her.

6         *MS. MILITELLO:*  That is right, that they will

7    report -- if they go to Miami, they go to the Marshals Office

8    in Miami.

9         *THE COURT:*  Are we requiring her to self surrender to

10   the Marshals Office in Miami?

11        *MS. MILITELLO:*  Or the designated facility.  I have

12   had Courts here do exactly that.

13        *THE COURT:*  We'll make a modest amendment to what I

14   said, and it is either going to be to the designated facility

15   or to the U.S. Marshal in Miami.

16        Okay.  What else do we need to address?

17        *MS. MILITELLO:*  Defense requests the appellate bond

18   that we requested earlier.  Particularly with Counterman being

19   heard before the United States Supreme Court this week, they

20   took certification on the intent required in order to convict

21   someone in a threats case.  If the Supreme Court took cert,

22   then obviously that is an issue that is not clear cut, and I

23   don't believe Mrs. Kaye should go to prison before we have a

24   decision in that case, which could require a retrial here.

25        *THE COURT:*  I am going to ask that you put it in

Pauline A. Stipes, Official Federal Reporter

1  writing and submit it to the Court because I'd like to review

2  it.  I wasn't sure myself whether you needed to wait for any

3  kind of Notice of Appeal to do that.

4         Since we don't have a self surrender date until

5  July 13, if you'd go ahead and timely file a motion so I can

6  hear any response and I can study the issue and make a ruling.

7         MS. MILITELLO:  Yes, of course.

8         THE COURT:  What else?  Anything else?

9         All right.  That concludes the proceeding.  Thank you

10  very much, and I wish you well, Ms. Kaye.

11         (Thereupon, the hearing was concluded.)

12                              *  *  *

13     I certify that the foregoing is a correct transcript

14  from the record of proceedings in the above matter.

15

16     Date:  April 28,2023

17                    /s/ Pauline A. Stipes, Official Federal Reporter

18                         Signature of Court Reporter

19

20

21

22

23

24

25

**Pauline A. Stipes, Official Federal Reporter**

MR. BERRY: [8]   21/24 22/1
22/19 49/20 49/24 50/23
51/19 53/8
MR. DISPOTO: [90]   3/6 4/15
4/21 6/3 8/1 8/4 10/8 15/24
17/6 17/19 19/7 19/20 21/14
23/1 23/12 23/24 27/20 28/21
32/24 33/2 33/10 35/3 35/7
35/17 35/19 36/1 38/2 38/13
40/8 42/10 43/1 43/5 43/11
44/3 46/15 47/15 47/18 48/10
48/21 50/4 51/2 51/24 53/11
62/3 67/2 71/23 77/21 83/25
84/7 84/17 84/24 85/6 86/10
94/12 95/2 96/20 97/1 97/11
98/3 98/7 98/17 99/2 99/4
102/23 107/15 108/2 108/7
108/10 108/12 122/18 147/13
156/14 156/25 157/5 157/7
161/24 163/13 163/20 175/13
176/18 177/5 177/7 189/7
202/12 203/14 203/16 204/2
204/6 206/16 207/17
MS. MILITELLO: [123]   3/11
4/18 4/22 6/16 6/19 9/8 9/21
9/23 10/11 12/17 14/9 15/2
15/8 15/16 16/2 16/8 17/17
18/2 18/7 18/20 18/25 19/23
20/1 20/5 20/13 21/9 23/15
24/6 24/10 24/12 24/22 24/25
25/7 25/13 25/17 26/4 26/12
27/4 27/15 28/24 29/11 29/16
30/15 30/23 31/7 31/24 33/11
33/15 34/13 34/19 36/9 36/11
37/6 37/9 37/16 37/20 39/5
40/22 41/6 41/10 42/5 42/25
43/3 43/18 44/9 44/15 45/7
45/11 45/24 46/23 47/13
48/11 49/15 53/22 55/17
55/24 56/6 57/4 57/18 59/19
64/8 68/7 74/2 74/4 75/1
76/3 78/11 78/22 79/18 83/11
84/5 85/10 85/13 85/18 86/6
94/14 94/20 95/4 95/9 95/23
96/12 97/23 98/20 103/2
147/24 149/6 157/4 157/6
161/21 163/19 164/1 164/14
165/6 185/18 189/8 201/15
205/19 206/14 207/19 208/5
208/10 208/16 209/6
PROBATION OFFICER: [21]
3/15 16/4 23/17 28/10 31/15
38/21 39/2 39/9 39/11 39/15
39/19 39/24 40/2 41/3 41/23
42/16 42/21 44/20 47/7 95/15
204/20
THE COURT: [231]
THE COURTROOM DEPUTY: [5]
9/18 97/6 203/4 205/9 208/3
THE DEFENDANT: [2]   5/2 5/5
THE WITNESS: [4]   97/9 101/3
149/9 163/16

$

$100 [3]   95/1 201/9 201/11
$100,000 [1]   94/25

$110 [1]   255/8

'

'13 [1]   160/15
'14 [1]   160/15
'15 [1]   160/15
'16 [1]   160/15

/

/s [1]   209/17

0

00374 [1]   173/22

1

1.4 [1]   36/2
10,000 [3]   94/25 128/13
168/20
103 [1]   92/24
11 [7]   102/19 109/21 120/22
120/25 153/13 156/1 156/6
11,000 [4]   8/19 151/5 157/17
183/6
110 [2]   129/16 179/17
1152 [1]   93/15
1160 [1]   93/15
11:00 [1]   55/22
12 [8]   114/8 121/6 121/23
122/13 125/10 133/8 139/22
192/1
120 [1]   191/24
121 [1]   4/9
126 [2]   59/10 91/2
12:00 [1]   55/23
12:30 [1]   86/6
13 [10]   33/23 120/22 122/12
127/3 128/21 157/5 157/6
157/10 157/22 209/5
13,000 [3]   151/6 156/1
157/17
137 [1]   122/13
13th [6]   202/25 203/1 203/11
203/14 207/23 208/3
14 [8]   115/10 122/5 122/10
125/10 146/13 146/16 184/2
202/15
140 [1]   5/12
141 [11]   5/13 10/14 27/6
75/2 78/25 153/8 153/24
156/21 156/22 157/22 187/2
142 [3]   5/14 149/1 164/4
143 [1]   5/16
144 [1]   4/14
144–1 [1]   13/2
145 [1]   5/18
148 [3]   2/4 9/10 9/17
15 [10]   25/3 119/3 122/14
122/18 127/2 127/4 132/17
134/4 136/2 193/23
15-month [1]   187/17
155 [1]   191/24
156 [4]   5/9 9/19 9/20 9/22
158 [1]   5/21
159 [1]   5/22
16 [3]   118/1 128/20 174/9
160 [1]   5/24
162 [1]   2/5
163 [1]   5/25

164 [1]   6/1
165 [1]   9/4
17 [7]   78/24 79/1 79/2 99/18
100/2 129/16 193/23
176 [1]   125/11
18 [8]   3/25 50/7 94/23
123/23 131/25 189/16 200/7
201/10
185 [1]   119/3
186 [1]   119/3
19 [3]   42/24 123/19 132/16
1984 [1]   11/17
1995 [1]   93/15
1996 [2]   91/11 92/24
1997 [3]   59/10 73/4 91/2
1:00 [2]   86/19 86/20
1:35 [1]   123/19
1B [1]   36/1
1B1.4 [1]   35/24
1st [1]   99/23

2

2/2 [2]   128/22 128/25
20 [8]   8/19 98/9 98/18 98/21
108/10 133/4 150/12 174/10
200 [3]   130/23 131/8 179/19
2002 [1]   177/24
2005 [4]   12/15 33/23 152/15
166/1
2009 [5]   59/1 88/18 102/11
104/6 104/7
2010 [7]   11/18 11/19 50/7
51/4 52/2 87/25 87/25
2011 [1]   104/25
2012 [12]   104/23 107/23
111/2 111/13 112/5 152/8
152/8 152/12 153/21 155/22
160/15 183/18
2013 [7]   113/7 114/8 115/1
115/10 116/14 117/20 159/16
2016 [9]   118/3 118/23 119/2
119/10 120/4 120/25 121/11
121/25 165/24
2018 [1]   157/15
2019 [12]   122/14 122/19
122/25 125/12 126/9 127/3
127/4 128/22 129/5 157/12
160/18 183/25
2020 [12]   11/19 35/16 52/12
53/13 72/17 72/20 88/1
129/17 132/1 160/20 179/17
180/11
2021 [14]   15/7 18/23 132/17
134/4 134/13 136/3 136/6
173/23 178/3 178/11 179/10
179/11 179/15 195/3
2022 [8]   3/19 4/9 106/7
134/23 136/4 136/7 161/1
185/25
2023 [1]   1/8
21 [3]   1/8 29/6 134/3
21-CR-80039 [1]   3/4
21-CR-80039-ROSENBERG [1]
1/3
213 [1]   115/9
22 [3]   115/8 134/8 157/3
22-CR-00374 [1]   173/22
23 [6]   111/13 113/6 129/17

**2**

**23... [3]**   134/22 153/21 157/3
**239 [1]**   118/2
**24 [4]**   114/7 116/13 126/6 143/2
**247 [1]**   116/13
**24th [1]**   173/19
**25 [9]**   26/15 27/2 27/7 27/15 28/10 28/19 29/16 55/22 55/23
**25 percent [3]**   169/22 169/25 175/9
**250 [1]**   131/3
**250 milligrams [2]**   119/5 119/8
**2500 [1]**   80/25
**26 [6]**   27/3 27/5 74/22 76/9 110/25 126/9
**27 [5]**   94/24 132/1 174/19 185/16 190/21
**28 [37]**   12/6 18/23 26/15 29/18 31/12 37/5 37/8 37/10 37/15 38/5 38/13 38/24 39/4 40/12 41/1 41/3 47/16 48/4 48/8 48/20 48/25 50/6 54/1 56/13 56/18 57/2 86/25 87/15 87/17 87/23 87/25 88/2 111/2 116/14 159/16 195/4 201/23
**28,2023 [1]**   209/16
**29 [34]**   12/6 26/16 29/18 37/5 37/8 37/10 37/15 38/5 38/13 39/14 39/17 39/21 40/13 41/1 41/3 50/20 50/22 51/3 54/17 56/18 57/2 75/2 86/25 87/15 87/17 87/23 87/25 88/2 108/16 112/4 113/7 134/23 161/1 201/23
**2:30 [1]**   123/19
**2A6.1 [13]**   25/25 57/23 58/2 79/8 88/10 91/22 169/23 190/24 191/11 193/1 195/19 199/25 201/19
**2nd [1]**   122/3

**3**

**30 [38]**   3/19 4/9 12/6 26/16 26/20 29/18 37/6 37/8 37/15 38/5 38/13 39/24 40/1 40/3 40/15 41/1 41/3 47/17 52/10 53/8 55/2 56/13 56/18 57/2 77/23 86/15 86/25 87/15 87/17 87/23 87/25 88/3 108/15 146/16 187/3 197/10 201/23 204/25
**30-month [1]**   166/20
**31 [2]**   51/4 52/2
**313 [1]**   91/10
**322 [2]**   58/25 88/17
**33 [2]**   94/24 190/21
**33301 [1]**   1/17
**33401 [1]**   1/21
**34 [1]**   41/13
**3553 [11]**   38/11 38/15 80/18 176/2 181/7 185/12 189/16 189/25 190/23 199/3 199/23
**36 [2]**   174/10 174/19

**37 [1]**   41/2
**3:00 [1]**   147/18
**3E1.1 [3]**   67/6 92/4 93/16

**4**

**4-A [5]**   79/9 81/16 190/25 195/20 202/4
**40 [5]**   26/20 27/10 29/6 41/15 174/9
**41 [1]**   41/15
**45 [2]**   197/15 204/25
**450 [1]**   1/20
**4th [1]**   157/24

**5**

**50 [2]**   2/9 173/25
**500 [5]**   1/16 1/20 119/19 131/2 131/9
**500 milligrams [1]**   119/18
**51 [1]**   2/9
**53 [1]**   2/10
**54-year-old [1]**   121/4
**544 [1]**   33/23
**55 [1]**   113/6
**561-820-8711 [2]**   1/17 1/24
**561-833-6288 [1]**   1/21
**572 [1]**   114/7
**58-year-old [1]**   132/2
**59-year-old [1]**   133/6
**5th [3]**   97/16 158/3 174/8

**6**

**60 [1]**   85/1
**60-year-old [1]**   134/24
**61-year-old [2]**   82/11 170/1
**62 [1]**   93/15
**622 [1]**   91/2
**6288 [1]**   1/21
**662 [1]**   59/10
**665 [1]**   59/10
**67 [1]**   95/11
**6th [8]**   9/16 61/16 61/21 61/23 80/6 80/15 80/24 157/8

**7**

**72 [4]**   78/25 83/13 83/13 200/9
**739 [1]**   35/5
**75 [2]**   85/1 168/22
**750 milligrams [1]**   119/21
**76 [1]**   92/24
**768 [1]**   180/10
**7th [3]**   1/16 124/16 174/3

**8**

**8/7/19 [1]**   123/19
**80039 [1]**   3/4
**808 [1]**   180/10
**818 [2]**   35/15 35/17
**822 [2]**   35/16 35/18
**836 [1]**   35/15
**850 [3]**   179/15 179/18 179/19
**8711 [2]**   1/17 1/24
**875 [5]**   4/1 59/24 167/18 173/16 173/20
**8th [1]**   123/19

**9**

**90's [1]**   109/20
**911 [1]**   51/14
**920 [2]**   58/25 88/18
**924 [1]**   58/25
**954 [2]**   35/6 35/8
**956 [1]**   35/8
**98 [3]**   2/10 91/10 174/3
**99 [1]**   2/3

**A**

**AB [1]**   108/25
**abbreviated [1]**   85/24
**abbreviation [1]**   126/15
**ABD [1]**   108/25
**abdomen [1]**   130/19
**abdominal [7]**   104/11 104/20 108/25 153/12 154/1 157/25 170/16
**abide [1]**   7/11
**abided [1]**   71/9
**abilities [1]**   7/24
**ability [7]**   64/19 94/7 142/17 164/23 200/25 201/4 202/21
**able [26]**   6/18 16/24 17/1 17/13 17/16 18/1 26/21 27/11 51/13 53/1 65/8 86/18 93/6 109/20 115/3 135/4 135/21 142/7 143/9 145/6 145/21 146/9 163/2 165/17 189/18 203/24
**abnormal [6]**   125/6 125/20 126/12 127/13 128/4 158/22
**about [116]**   8/19 12/13 13/13 18/9 18/11 18/16 20/7 20/10 21/19 21/20 21/21 23/5 23/10 27/2 28/9 29/2 29/5 33/6 39/14 40/20 43/21 46/2 48/23 50/10 56/13 60/5 60/7 60/13 60/20 60/23 61/14 63/23 64/16 66/2 69/5 70/1 73/20 75/6 77/10 80/5 81/5 81/6 82/12 82/16 83/11 86/1 88/10 88/24 89/23 90/7 91/6 91/15 93/24 98/9 99/15 103/25 105/10 107/18 111/10 113/2 126/23 127/10 129/18 130/17 130/20 132/9 133/8 133/24 135/15 137/6 137/12 137/24 138/4 140/18 142/4 142/17 142/19 146/12 146/12 149/2 149/17 150/8 152/12 153/22 155/23 156/22 156/23 159/7 159/8 159/12 159/16 162/3 162/10 165/7 166/2 166/12 166/19 167/6 167/15 168/1 168/11 168/23 169/4 169/6 172/8 173/17 174/4 174/7 179/1 179/4 180/1 180/2 181/4 186/9 193/10 202/5
**above [4]**   50/12 52/4 52/5 209/14
**Abraham [1]**   117/8
**absolutely [3]**   151/3 151/7 182/1
**abundance [2]**   6/5 97/19

**A**

**abuse [7]** 122/4 122/9 132/5 132/7 132/8 145/25 183/21
**abused [1]** 169/11
**abusing [1]** 185/3
**abusive [2]** 172/10 182/17
**accept [3]** 46/12 93/11 94/7
**acceptable [6]** 17/19 18/2 23/14 28/22 28/24 94/20
**acceptance [16]** 67/7 69/17 69/24 71/13 71/18 72/3 72/25 73/2 78/9 92/4 92/5 93/3 93/9 93/18 175/6 201/22
**accepted [10]** 67/13 67/18 71/13 72/1 92/9 103/4 164/2 164/7 181/21 185/10
**accepting [1]** 92/16
**accepts [2]** 41/17 45/20
**access [1]** 146/6
**accompanied [2]** 12/7 195/8
**accompanying [1]** 190/25
**accordance [1]** 100/12
**according [17]** 31/12 31/15 31/18 49/1 50/5 51/3 51/25 53/12 78/1 102/8 105/16 108/20 158/2 161/11 179/18 183/24 184/7
**accordingly [1]** 82/23
**account [6]** 79/5 82/22 82/23 192/25 199/6 199/20
**accountability [2]** 185/9 185/9
**accountable [1]** 55/15
**accounting [1]** 199/22
**accuracy [1]** 46/19
**accurate [9]** 7/24 12/21 15/18 23/13 31/7 31/21 151/11 156/17 188/21
**accurately [4]** 12/17 31/3 33/18 89/12
**acknowledge [3]** 83/1 177/13 202/3
**acknowledged [2]** 89/7 90/9
**acknowledges [1]** 31/3
**acquainted [1]** 51/7
**acquitted [4]** 36/14 36/17 36/19 36/20
**across [2]** 49/6 169/15
**act [5]** 34/16 91/6 121/7 152/22 195/11
**Acted [1]** 165/24
**action [4]** 49/11 96/25 98/11 195/8
**actions [3]** 32/17 55/15 92/21
**active [1]** 117/2
**actively [1]** 133/1
**activity [28]** 4/3 66/19 123/8 123/9 123/10 123/15 123/17 123/17 123/20 125/4 125/8 126/7 126/11 126/21 127/22 128/2 128/4 128/18 128/23 129/6 129/10 129/13 131/7 131/19 133/13 133/19 134/2 165/2
**acts [1]** 192/23
**actual [6]** 17/22 43/2 123/17

169/7 169/25 172/16
**actually [27]** 16/15 22/13 27/13 54/19 54/21 54/24 57/8 76/12 91/6 91/20 96/5 102/7 109/14 120/2 124/24 145/14 151/5 153/16 168/8 177/23 179/20 181/13 186/21 187/3 192/12 192/14 198/22
**acute [2]** 153/12 158/9
**add [12]** 8/2 12/18 22/11 22/14 24/17 28/18 36/10 36/13 38/4 77/23 131/12 131/20
**added [10]** 13/22 15/23 16/2 16/22 22/23 24/20 40/22 87/1 143/23 153/6
**addendum [10]** 12/24 13/1 13/23 25/4 25/5 25/15 25/16 28/7 43/20 44/23
**adding [2]** 19/6 19/15
**addition [15]** 9/5 16/4 39/13 40/25 41/2 75/11 76/21 173/6 181/18 187/11 190/14 191/8 191/14 199/4 202/6
**additional [16]** 12/19 12/23 15/8 26/21 27/11 27/25 57/13 61/11 78/9 151/18 151/24 154/2 154/2 154/16 192/13 206/18
**address [12]** 13/21 25/10 26/10 28/5 85/8 86/3 91/6 94/19 96/22 177/9 186/24 208/16
**addressing [1]** 175/16
**adequate [3]** 26/24 190/9 199/11
**adequately [2]** 79/5 186/21
**adherence [2]** 128/22 129/8
**adherent [2]** 126/5 129/7
**adjudicate [1]** 10/2
**adjudicated [1]** 4/6
**adjudicates [1]** 4/10
**adjudicating [1]** 85/2
**adjustment [1]** 175/4
**administered [1]** 153/11
**Administration [1]** 117/16
**admissible [2]** 49/23 50/1
**admission [16]** 68/22 118/2 120/24 122/14 127/3 132/18 134/8 153/7 153/9 157/7 157/15 157/23 159/20 160/1 161/1 179/2
**admissions [2]** 103/18 164/6
**admit [4]** 8/15 48/13 97/14 97/17
**admits [1]** 128/22
**admitted [22]** 48/10 48/19 49/19 50/3 51/19 51/22 51/23 53/10 67/16 87/7 87/8 97/25 98/2 102/14 134/25 153/11 153/25 156/12 157/24 158/3 164/16 165/21
**admittedly [2]** 182/6 203/17
**admitting [2]** 51/1 164/9
**ado [1]** 23/5
**adopted [2]** 41/16 151/10
**adopting [1]** 41/22
**adoptions [1]** 41/17

**adopts [1]** 41/25
**adult [2]** 138/23
**adults [2]** 107/6 169/11
**advice [1]** 117/22
**advised [4]** 51/7 51/9 52/18 173/9
**advisory [2]** 185/14 189/15
**affairs [1]** 126/8
**affect [3]** 120/1 126/24 201/4
**affidavit [22]** 29/24 30/20 30/20 31/13 31/17 31/19 31/24 32/1 32/5 32/9 32/11 34/16 34/22 43/15 50/6 50/8 50/17 52/1 52/7 53/13 87/9 149/18
**affidavits [6]** 20/24 26/24 30/3 43/8 48/15 182/9
**affirmatively [1]** 37/19
**affirmed [1]** 35/20
**afford [2]** 190/9 199/11
**afforded [1]** 67/21
**after [43]** 24/17 25/15 34/12 44/11 49/4 50/25 53/1 55/22 58/20 61/22 81/4 85/3 85/16 91/15 104/21 110/2 111/3 111/18 114/5 115/11 116/15 118/18 121/7 123/10 127/10 133/9 135/9 137/20 139/10 143/3 149/3 153/14 153/17 159/13 159/24 159/25 160/1 164/22 165/2 165/13 170/19 175/19 202/16
**afternoon [9]** 6/13 84/17 86/13 99/9 99/10 148/4 148/5 175/16 184/10
**afternoon's [1]** 84/18
**again [47]** 16/25 17/15 52/7 53/18 54/25 66/22 68/4 68/5 71/8 71/24 72/1 75/3 75/23 90/12 105/4 105/7 110/11 111/10 112/25 116/8 117/9 118/23 122/3 127/13 127/18 128/1 130/15 132/10 132/21 134/19 136/16 146/2 150/12 151/14 151/20 153/23 158/3 159/4 161/16 161/18 163/3 170/13 174/4 182/21 192/10 192/24 193/18
**against [22]** 9/12 35/10 50/13 59/24 61/19 61/20 66/12 72/16 72/18 72/19 106/18 107/14 167/10 173/20 178/8 178/19 178/23 180/6 181/10 182/8 195/4 196/9
**age [5]** 87/24 122/5 122/10 184/2 187/18
**agencies [3]** 72/16 75/7 180/24
**agency [5]** 66/8 168/16 169/8 185/23 186/10
**agent [26]** 3/9 16/17 17/21 17/25 62/22 63/5 63/14 64/3 77/10 82/8 82/9 89/24 93/25 106/11 131/15 169/8 176/14 176/19 176/22 177/13 177/13 177/15 195/23 195/25 196/2 196/2

**A**

agents [7]   3/23 16/23 17/12
18/5 94/1 106/11 197/14
aggressive [8]   49/8 116/24
117/9 194/21 195/7 195/16
196/5 196/6
aggressor [1]   51/17
aging [1]   186/12
ago [14]   7/6 26/20 27/10
29/6 68/10 102/19 111/8
133/8 152/9 152/12 162/3
173/19 179/11 182/19
agree [40]   10/11 13/14 16/14
17/2 23/5 24/1 32/23 33/16
33/18 46/7 59/20 70/19 70/22
74/6 95/2 95/4 95/22 95/25
138/8 138/12 149/21 150/1
150/4 150/7 150/19 150/23
151/8 151/9 152/9 152/21
154/18 154/25 155/13 155/17
158/6 160/17 164/16 194/20
195/21 207/20
agreed [11]   7/7 7/11 11/2
25/11 41/18 96/14 96/17
136/19 175/3 184/14 191/12
agreement [9]   20/16 20/17
25/10 25/14 25/22 34/1 85/16
96/7 202/20
agrees [4]   25/20 26/3 58/16
195/15
Aguilar [2]   35/5 36/25
Aguilar-Vasquez [1]   35/5
ahead [1]   209/5
ahs [1]   183/19
akin [3]   69/13 90/16 166/24
Alabama [3]   59/5 99/19
102/18
albeit [1]   62/24
alcohol [16]   58/14 126/4
126/17 126/23 126/24 130/8
130/9 132/6 132/8 133/1
145/25 145/25 146/4 146/6
183/20 185/3
alert [3]   135/13 137/2
137/21
all [104]   3/4 5/9 6/2 9/17
9/23 10/14 12/21 13/14 14/7
22/9 24/21 25/6 25/19 29/14
29/25 36/8 41/5 41/9 42/6
42/18 43/14 59/13 59/24
60/12 60/23 61/7 61/22 64/5
70/18 70/22 71/2 71/9 76/23
77/16 77/18 77/18 78/11
79/12 80/5 81/11 82/10 84/3
85/19 86/1 86/23 88/4 90/21
92/21 94/10 94/11 96/2
100/15 100/21 111/24 115/12
115/16 127/19 137/12 139/11
139/12 141/14 142/25 147/14
147/16 147/22 155/10 156/25
157/16 159/10 159/11 160/8
160/15 160/24 163/24 168/7
168/19 169/10 171/7 171/24
180/7 180/22 180/23 181/2
181/9 185/12 189/4 189/12
189/13 189/14 191/4 191/18
193/7 193/10 194/22 197/17

198/2 199/22 201/16 203/18
203/18 204/13 205/3 207/2
209/9
allegation [4]   48/25 49/12
52/11 195/10
allegations [16]   12/3 35/12
47/24 47/25 53/7 53/18 56/18
56/20 56/22 56/23 57/2 57/4
57/18 87/4 87/15 182/12
alleged [5]   54/3 54/15 55/3
182/7 182/13
allegedly [1]   29/6
allow [4]   6/17 36/16 69/17
74/13
allowed [1]   106/20
almost [9]   27/10 55/6 63/6
66/6 139/6 139/9 160/10
160/10 173/16
alone [1]   82/19
along [4]   3/13 9/5 22/10
86/2
already [16]   8/21 25/12
57/15 57/17 57/22 77/19
85/20 87/1 87/4 96/4 116/21
140/15 142/3 166/17 172/17
202/19
also [67]   3/8 7/22 34/22
35/15 35/24 37/21 39/8 42/19
45/22 58/23 61/15 71/12
75/24 79/7 88/20 89/3 91/9
96/15 98/2 100/6 100/8
104/14 104/23 106/3 106/10
108/13 110/1 110/4 112/4
117/2 117/17 121/5 125/2
128/6 130/13 130/22 138/12
145/19 150/9 155/15 156/21
162/10 164/8 167/2 169/20
170/16 171/21 178/18 181/20
182/23 183/13 183/14 186/16
190/23 193/3 194/10 196/5
196/8 197/4 199/25 200/2
200/18 202/1 202/9 202/23
206/17 207/4
alternative [3]   63/19 71/21
183/9
alternatively [2]   56/25
203/12
although [11]   7/18 25/9 27/9
35/11 48/12 57/9 88/24 129/9
159/4 175/2 180/20
always [1]   206/12
am [70]   4/2 4/11 8/12 8/23
15/9 17/7 20/25 21/18 21/20
23/25 24/1 24/13 29/5 29/19
29/21 33/22 35/7 38/5 40/14
42/11 48/23 49/14 60/11
60/12 67/25 79/24 86/1 98/8
99/12 99/12 99/17 101/4
102/14 102/19 106/7 107/22
112/20 112/25 113/1 122/12
125/9 132/16 133/4 133/18
133/24 141/13 141/15 142/18
146/2 148/23 151/14 151/16
151/16 151/20 154/13 154/19
154/20 156/11 156/23 163/17
168/8 174/11 174/20 174/20
178/15 184/23 187/8 189/21
203/17 208/25

ambiguous [1]   41/21
amenable [2]   86/18 178/9
amend [1]   204/12
amended [1]   95/19
amendment [16]   60/24 65/6
65/7 65/22 66/1 69/15 70/4
70/6 70/15 70/21 71/16 71/22
74/12 172/5 179/9 208/13
AMERICA [2]   1/4 3/3
ammunition [2]   61/18 81/1
among [6]   35/21 56/15 178/18
190/14 190/16 200/1
amount [3]   86/4 178/15 201/1
ample [2]   4/14 4/17
analgesic [1]   130/13
analogous [4]   59/9 192/17
193/19 194/23
analysis [1]   36/21
analyzer [1]   169/21
analyzing [1]   176/2
and not [1]   188/9
and resulting [1]   68/1
and threats [1]   59/24
and/or [5]   31/24 40/21 56/25
96/3 199/24
Angeles [2]   11/18 12/1
anger [2]   13/25 178/7
angle [1]   60/16
angry [3]   51/10 63/2 117/23
anistomic [1]   109/1
announced [1]   64/3
anorexia [1]   159/13
another [17]   3/23 18/15
18/23 30/8 36/13 66/22 79/24
79/25 127/7 150/9 161/6
167/8 170/16 174/19 178/16
178/21 197/11
answer [4]   78/12 158/24
162/23 163/4
answered [1]   17/23
answering [1]   154/20
anti [13]   105/15 106/1
120/18 126/24 134/15 135/16
136/14 143/13 143/14 145/11
146/1 178/22 183/23
anti-refugee [1]   178/22
anti-seizure [12]   105/15
106/1 120/18 126/24 134/15
135/16 136/14 143/13 143/14
145/11 146/1 183/23
antibiotic [1]   160/3
antibiotics [1]   188/23
anticipated [1]   173/1
antidemocratic [5]   10/19
15/11 15/16 15/21 15/24
antidepressant [1]   145/16
antigay [1]   172/8
anxiety [2]   104/18 121/18
any [164]   3/22 4/20 4/25
7/17 8/25 8/25 9/1 9/1 10/4
10/6 10/22 11/14 13/18 15/22
17/9 18/22 19/10 23/22 24/1
25/13 26/9 26/21 27/11 27/12
27/25 28/3 29/4 30/2 30/5
30/8 30/9 30/10 32/17 34/9
36/5 37/3 37/4 37/25 40/19
40/21 41/5 41/19 42/1 42/15
43/18 44/2 46/10 47/10 47/24

**A**

**any... [115]** 48/9 49/18 51/1
51/18 53/6 53/21 54/4 54/5
54/15 54/24 55/1 55/12 55/15
57/3 57/13 57/16 61/6 61/11
64/12 64/23 65/17 69/1 69/9
70/11 71/10 71/11 71/11
72/12 72/23 80/9 80/21 82/4
83/22 83/23 85/11 91/17 93/9
93/24 93/25 96/2 96/9 96/10
98/20 102/9 103/2 105/9
105/14 106/21 107/9 109/16
109/22 110/20 111/16 114/12
115/1 115/2 115/18 116/2
116/4 116/5 117/18 117/24
120/4 121/12 121/20 122/6
129/11 129/12 131/17 133/11
135/22 135/24 136/1 137/1
138/13 138/25 140/10 143/17
144/15 145/8 145/9 145/9
145/10 145/19 146/13 148/21
149/24 159/2 160/14 161/22
161/24 162/6 163/18 163/24
163/25 164/10 164/25 168/7
169/7 171/4 172/2 176/17
177/15 183/23 184/16 190/15
193/18 195/13 199/9 200/14
201/1 201/3 202/15 209/2
209/6
**anybody [1]** 176/14
**anymore [3]** 115/21 115/22
182/19
**anyone [3]** 67/20 76/14
147/20
**anything [22]** 7/2 26/12
32/21 55/16 58/10 61/4 61/5
64/12 64/13 67/2 71/7 93/24
106/19 119/1 126/12 133/20
148/22 170/23 180/21 185/18
192/1 209/8
**anyway [3]** 69/4 97/19 129/22
**anywhere [2]** 61/5 203/21
**apartment [2]** 52/19 60/17
**apologies [1]** 9/22
**apologize [5]** 11/1 16/12
27/5 67/22 122/19
**apologized [1]** 16/24
**apologizing [1]** 17/13
**apology [2]** 67/22 70/21
**App'x [5]** 35/5 35/15 58/25
88/17 180/10
**apparently [6]** 36/23 65/25
105/23 118/19 126/12 133/11
**appeal [6]** 73/12 202/14
202/15 202/17 202/17 209/3
**appeals [1]** 78/3
**appear [13]** 10/14 18/14
34/21 39/12 39/22 40/13
72/23 110/21 128/5 136/23
137/1 156/6 163/4
**appearance [3]** 3/5 3/5 3/6
**APPEARANCES [1]** 1/13
**appeared [4]** 52/13 53/16
160/15 161/6
**appearing [1]** 66/20
**appears [18]** 4/5 4/13 29/21
30/6 52/1 60/12 62/25 72/10

104/20 105/25 107/23 114/8
127/7 127/12 132/12 134/17
154/19 171/25
**appellate [12]** 12/20 13/16
13/17 14/14 46/9 68/17 94/5
172/22 173/5 173/10 173/11
208/17
**Appendix [2]** 35/7 36/23
**apples [1]** 36/21
**applicability [1]** 67/10
**applicable [3]** 58/2 88/10
95/1
**application [4]** 25/24 62/5
62/10 62/16
**applies [3]** 26/1 62/17 92/2
**apply [8]** 25/21 36/15 73/7
73/25 88/15 88/18 202/17
206/9
**appointment [1]** 117/5
**appreciate [1]** 163/22
**appreciated [1]** 125/22
**appreciation [1]** 192/21
**approach [1]** 149/7
**approaching [1]** 49/7
**appropriate [7]** 141/7 147/11
167/22 176/5 177/3 185/15
189/21
**approved [5]** 106/17 107/5
107/14 143/18 200/22
**approximate [1]** 108/10
**approximately [10]** 8/19
98/18 101/21 102/19 111/2
116/15 127/9 128/21 141/8
179/17
**April [10]** 1/8 132/17 134/4
134/13 136/2 136/6 174/8
174/9 177/24 209/16
**April 15 [3]** 132/17 134/4
136/2
**April 16 [1]** 174/9
**April 2021 [2]** 134/13 136/6
**April 5th [1]** 174/8
**apt [1]** 199/13
**are [285]**
**area [4]** 50/10 70/13 70/14
154/8
**arena [1]** 186/11
**argue [2]** 36/17 83/8
**argued [9]** 33/7 60/3 69/3
82/25 89/18 91/24 92/25
193/16 201/24
**argues [9]** 11/23 58/5 58/21
58/24 67/16 67/17 77/25
194/18 195/6
**arguing [3]** 60/11 177/15
179/21
**argument [44]** 4/5 10/21
19/13 28/3 28/20 36/9 36/15
47/23 49/4 53/21 56/15 56/19
67/4 69/5 70/17 77/18 77/23
78/10 79/17 83/7 83/10 83/23
83/25 85/13 85/14 85/17
87/13 87/20 88/21 89/10
89/17 89/17 94/18 96/2 96/10
163/25 164/11 184/18 189/23
192/6 196/8 201/25 204/19
204/20
**argument on [1]** 67/4

**argumentative [5]** 13/9 14/3
43/22 45/3 181/25
**arguments [10]** 29/1 37/5
61/8 74/18 78/4 85/9 183/1
191/12 191/14 192/7
**Arkansas [1]** 178/1
**arm [2]** 52/24 137/5
**armored [1]** 61/17
**arms [1]** 179/5
**around [2]** 80/10 171/24
**arraignment [1]** 34/24
**arranges [1]** 206/8
**array [3]** 185/1 199/8 199/15
**arrest [10]** 12/2 29/8 31/2
31/3 31/3 33/19 34/15 36/21
77/8 170/10
**arrested [2]** 76/15 194/15
**arresting [1]** 66/21
**arrests [9]** 11/16 26/20
26/23 29/10 35/10 35/22 43/9
77/7 182/6
**arrival [8]** 51/15 52/12
135/5 138/3 143/3 143/11
146/13 161/4
**arrived [1]** 135/2
**arrives [1]** 146/12
**Arthur [1]** 3/9
**article [1]** 9/15
**articulate [2]** 42/13 62/7
**articulated [3]** 25/20 114/15
192/3
**artifact [1]** 124/12
**as [347]**
**as-needed [1]** 145/3
**ascertain [2]** 120/13 157/20
**aside [1]** 196/11
**ask [28]** 13/11 16/4 17/2
29/5 37/24 40/10 40/17 40/23
42/6 46/22 55/11 56/2 57/10
77/16 82/3 82/18 82/22 85/2
101/2 103/25 107/18 172/16
173/13 185/15 187/9 206/10
207/18 208/25
**ask that [1]** 29/5
**asked [11]** 13/7 40/25 43/7
74/7 102/4 133/24 146/11
192/14 195/12 204/1 204/7
**asking [9]** 7/8 38/11 78/16
99/14 114/21 166/15 166/25
173/4 187/18
**asks [1]** 32/14
**assault [1]** 80/25
**assaulted [2]** 11/18 11/19
**assert [1]** 67/8
**assess [1]** 202/22
**assessment [8]** 31/21 95/1
108/21 112/6 120/10 125/12
201/9 201/12
**assessment/plan [1]** 108/21
**assessments [1]** 201/2
**assist [5]** 100/3 102/7
113/23 117/17 148/12
**assistance [2]** 51/5 102/6
**associated [6]** 34/18 34/20
34/22 47/12 158/24 178/4
**assume [5]** 64/17 82/1 117/11
142/21 163/6
**assumed [1]** 31/9

## A

assumption [1]   13/5
Ativan [3]   153/11 158/5
158/6
attached [1]   5/23
attacked [1]   11/20
attempt [1]   193/14
attempted [1]   52/20
attempting [1]   73/11
attempts [2]   152/23 166/3
attending [1]   134/13
attention [6]   84/5 88/23
96/16 173/15 175/7 195/18
attest [1]   155/14
Attorney [3]   72/21 197/7
197/8
Attorney's [1]   1/15
attorneys [1]   151/19
audience [5]   63/19 64/3 64/4
179/4 188/10
audiences [1]   178/16
audit [3]   185/25 186/1
186/19
August [15]   122/14 122/18
122/19 122/25 123/19 124/16
125/12 126/9 127/10 157/8
157/12 157/15 157/21 157/21
157/24
August 15 [2]   122/14 122/18
August 26 [1]   126/9
August 4th [1]   157/24
August 5 [2]   122/19 157/12
August 6 [1]   125/12
August 6th [1]   157/8
August 7 [2]   122/25 157/21
August 7th [1]   124/16
August 8 [1]   157/21
Australian [1]   1/20
authenticity [1]   68/25
author [2]   120/7 129/24
authored [2]   107/24 114/9
authority [2]   5/15 72/12
auxiliary [1]   154/7
avail [1]   94/5
availability [1]   200/25
available [8]   43/17 86/14
107/11 107/13 131/23 142/20
145/23 185/1
Avenue [1]   1/20
Aviv [1]   118/6
avoid [7]   138/13 140/10
145/17 162/14 190/16 203/21
207/2
await [1]   114/20
awaiting [1]   77/9
awake [3]   135/13 137/2
137/21
aware [14]   48/4 104/14
105/11 106/21 120/3 130/10
135/17 141/23 144/22 152/14
161/12 161/14 171/5 192/15
away [3]   23/7 52/22 137/15
awhile [1]   147/17

## B

baby [1]   171/23
back [35]   9/20 16/23 38/7
41/9 51/9 52/4 55/22 55/23
84/12 86/16 86/20 96/5 96/9
104/4 104/6 104/7 115/1
117/20 118/23 122/3 122/10
129/5 133/10 133/22 134/14
136/2 137/14 146/11 147/18
161/18 161/19 183/18 183/24
189/10 204/11
background [9]   3/19 36/6
96/15 124/1 124/3 124/6
196/23 197/21 197/22
backgrounds [1]   60/15
Baker [3]   121/7 152/22
165/24
bans [1]   70/24
based [29]   4/8 50/12 57/2
59/4 59/6 59/12 67/14 78/17
83/9 87/22 90/20 91/23 92/10
92/17 103/21 105/4 120/13
134/17 136/12 139/15 140/4
142/15 145/5 190/23 197/2
197/18 200/24 203/19 206/18
bases [1]   176/16
basically [5]   8/18 100/10
139/8 146/24 204/16
basis [11]   32/6 34/3 56/21
62/8 73/25 85/5 92/20 96/23
113/22 139/6 145/3
Bate [1]   108/5
bathroom [1]   111/17
battery [4]   31/14 39/4 50/13
54/12
be [324]
be Dilantin [1]   131/16
BEACH [6]   1/2 1/7 1/21 1/24
206/22 207/19
Beach/Ft [1]   1/24
bear [2]   32/15 85/21
became [4]   111/19 116/24
117/9 117/23
because [91]   4/2 13/12 20/15
22/8 25/11 26/1 26/2 31/8
31/23 31/24 31/25 32/10
32/11 40/13 40/16 54/4 56/24
60/1 60/22 65/14 65/15 70/10
71/19 71/20 72/11 73/12 74/6
74/14 76/19 78/13 79/4 79/23
79/25 80/17 83/13 85/4
106/20 107/4 107/13 112/16
112/25 113/3 115/23 117/24
120/1 120/11 121/16 127/1
128/2 128/12 136/17 139/19
141/3 141/23 143/20 148/10
151/19 155/7 157/17 157/19
162/23 162/25 165/10 165/21
166/8 166/9 167/14 167/24
169/10 175/7 175/25 176/11
178/5 181/9 183/5 184/4
184/5 184/21 184/22 185/3
185/4 186/8 187/23 193/22
195/7 196/2 199/25 204/13
204/16 206/15 209/1
become [1]   51/10
becomes [1]   205/16
bedroom [2]   53/5 60/17
bedside [2]   126/1 126/16
been [91]   8/13 12/14 18/16
19/14 25/12 34/10 52/1 56/16
41/9 51/9 52/4 55/22 55/23
84/12 86/16 86/20 96/5 96/9
104/4 104/6 104/7 115/1
117/20 118/23 122/3 122/10
129/5 133/10 133/22 134/14
136/2 137/14 146/11 147/18
161/18 161/19 183/18 183/24
189/10 204/11
61/12 63/9 65/7 65/16 66/22
70/12 71/3 71/7 71/12 72/7
77/18 80/20 84/4 85/24 86/3
87/4 87/13 88/19 88/21 90/7
91/24 94/8 99/21 101/10
102/14 102/16 104/14 104/16
104/24 105/1 106/8 106/21
111/25 116/7 118/6 118/12
122/1 126/5 126/16 126/18
128/7 130/22 134/15 135/3
135/13 150/17 152/14 153/14
157/25 162/18 163/12 165/25
166/4 166/8 168/4 168/8
168/10 169/8 169/9 170/23
172/17 173/9 173/17 176/22
177/6 178/7 179/11 181/15
181/15 183/18 183/19 183/23
184/1 189/6 190/17 191/1
191/18 192/3 201/13 201/23
203/11 204/16 205/3
been chilled [1]   71/3
before [48]   1/11 3/2 4/25
5/5 10/3 26/10 26/24 38/12
38/20 43/6 44/11 47/17 48/13
56/11 58/22 59/12 60/3 61/8
68/11 80/16 80/18 85/17
91/15 96/5 97/13 99/1 101/23
102/9 104/1 130/20 132/9
135/24 135/24 149/16 159/13
162/24 165/13 165/23 170/11
188/1 188/2 191/2 195/24
201/17 201/25 203/14 208/19
208/23
began [6]   49/7 51/11 52/18
52/22 118/21 144/7
begin [7]   3/4 71/24 97/13
99/14 147/25 175/15 181/1
beginning [5]   18/5 18/5
44/14 157/23 189/19
begins [1]   44/25
behalf [4]   3/8 3/17 12/17
70/18
behavior [15]   54/25 116/5
116/6 152/13 153/23 156/6
166/2 171/3 174/11 181/15
182/2 182/4 182/8 182/21
185/10
behaviors [1]   117/19
behind [1]   11/22
being [36]   9/2 13/12 15/11
15/23 16/24 17/13 20/18
25/19 43/25 48/1 48/9 49/5
49/19 51/19 55/4 80/12 82/25
84/3 86/1 101/13 118/17
120/10 120/24 122/10 135/25
140/20 142/9 162/20 167/19
180/16 180/18 182/17 200/14
202/1 205/4 208/18
belief [1]   94/3
believe [74]   6/21 10/9 11/24
13/18 15/17 15/20 15/23
16/14 19/1 19/10 19/11 23/4
23/6 27/24 30/9 32/13 38/14
41/13 41/18 45/13 46/16 52/6
54/1 62/13 64/16 65/5 68/13
69/23 70/3 70/10 70/16 71/17
74/11 78/24 81/20 95/6 95/12
97/21 104/5 106/6 107/5

**B**

**believe... [1]** 111/8 116/19 123/18 124/23 128/12 132/9 145/1 145/8 145/24 155/12 156/18 159/12 159/23 164/6 166/13 169/5 170/24 173/2 173/7 177/3 179/10 183/24 183/24 185/12 186/15 188/15 188/17 198/13 202/4 205/4 207/5 207/8 208/23
**believed [2]** 126/21 204/10
**believes [7]** 19/18 21/9 27/8 70/5 73/12 181/16 198/8
**belligerent [2]** 182/17 183/19
**belongings [1]** 52/17
**belongs [1]** 19/12
**beneficial [1]** 138/19
**benefit [4]** 106/24 106/25 140/14 140/19
**benign [1]** 73/22
**Bernie [2]** 180/12 187/1
**BERRY [4]** 1/19 3/13 164/18 170/7
**best [18]** 7/24 85/1 92/19 98/11 129/9 138/9 140/10 142/4 142/10 146/10 164/23 171/10 184/12 186/15 192/22 199/1 206/16 207/6
**better [10]** 19/21 24/8 100/5 114/24 116/20 121/9 127/20 136/20 139/23 140/16
**between [19]** 34/2 58/17 62/21 89/24 95/17 109/11 111/9 136/6 137/1 137/21 137/23 139/4 155/8 162/12 169/1 175/17 180/2 181/14 183/2
**beyond [7]** 40/5 63/8 71/10 76/15 120/20 138/14 144/8
**BID [7]** 119/18 130/23 130/24 131/2 131/3 131/8 131/9
**biggest [1]** 175/16
**binding [1]** 172/25
**bipolar [7]** 104/19 109/2 110/13 121/4 121/18 152/22 166/3
**birth [1]** 28/17
**bit [10]** 5/8 51/13 76/3 105/10 107/1 109/12 112/18 137/24 162/10 207/9
**bite [2]** 52/5 137/9
**bladder [1]** 137/10
**bleeding [1]** 49/9
**blood [3]** 105/6 154/5 166/11
**blue [2]** 151/1 158/9
**BM [1]** 113/16
**board [1]** 148/23
**Boca [4]** 132/18 134/8 134/13 136/8
**body [3]** 25/4 119/25 119/25
**body's [1]** 159/1
**bodyguards [1]** 169/16
**bomb [3]** 75/20 75/21 91/15
**bombing [3]** 75/7 91/16 174/8
**bombs [1]** 194/6
**bond [3]** 173/5 173/11 208/17

**Booker [1]** 202/2
**books [1]** 70/24
**BOP [12]** 7/13 9/12 9/15 42/8 100/12 102/8 144/21 186/4 186/10 204/23 205/4 207/15
**both [20]** 11/5 21/10 30/23 44/5 52/23 60/16 63/6 73/16 79/16 79/20 79/21 87/10 89/2 104/20 106/23 107/13 143/21 167/24 176/6 205/14
**bottom [4]** 113/12 114/14 118/8 121/2
**Boulevard [1]** 1/16
**bowel [4]** 104/11 111/19 137/10 159/10
**bowel/bladder [1]** 137/10
**boxed [1]** 52/17
**brain [16]** 120/1 123/8 123/9 123/10 123/20 124/19 124/20 125/5 126/20 127/1 127/21 128/4 128/18 132/13 150/21 165/18
**break [6]** 38/18 55/21 55/21 56/4 56/10 105/5
**break-through [1]** 105/5
**breaks [1]** 129/22
**breakthrough [10]** 119/13 129/18 129/20 130/2 133/7 134/18 136/18 139/19 160/21 183/22
**breathing [1]** 150/24
**Brett [2]** 52/15 52/16
**Brett reported [1]** 52/16
**bridge [1]** 57/16
**brief [5]** 37/21 136/25 137/18 147/17 189/10
**briefly [9]** 14/10 53/23 64/9 96/21 161/25 165/7 172/1 185/19 186/24
**bring [10]** 18/12 34/8 74/15 96/15 167/14 173/14 175/7 186/22 186/23 204/13
**brings [2]** 171/23 177/8
**broad [1]** 193/1
**broadcast [1]** 179/2
**broader [1]** 177/18
**Brookings [1]** 178/11
**Brooks [1]** 70/4
**brought [6]** 84/4 121/7 168/4 168/4 184/20 195/18
**Broward [1]** 1/16
**bruise [1]** 52/3
**build [3]** 75/19 75/20 194/6
**building [1]** 70/25
**built [4]** 78/15 79/9 80/10 94/16
**built-in [3]** 78/15 79/9 94/16
**bulimia [1]** 159/13
**burden [17]** 26/18 30/13 32/15 33/9 33/14 33/17 48/13 62/5 71/25 73/7 73/24 87/14 87/19 87/21 87/22 88/12 89/17
**bureau [44]** 3/24 99/13 99/16 99/19 99/22 100/15 101/14 102/10 102/11 107/8 107/12 114/25 131/21 137/25 138/3

138/10 138/12 138/22 139/12 139/24 142/9 142/25 144/13 145/6 145/14 145/20 146/6 146/9 147/4 147/10 148/7 162/6 184/10 185/23 186/1 186/19 198/13 198/17 198/18 200/7 201/6 203/5 203/7 207/11
**Bureau's [1]** 131/24
**burglary [1]** 55/7
**bus [1]** 140/20
**buy [1]** 58/9
**Byman [1]** 178/11
**bypass [6]** 104/7 104/10 104/22 158/19 159/13 159/14

**C**

**C-A-S-T-E-R-L-I-N-E [1]** 92/24
**c/o [1]** 111/14
**calculation [2]** 14/13 83/4
**calculations [3]** 79/17 95/22 95/25
**calendar [1]** 202/22
**California [1]** 28/13
**call [24]** 16/25 17/3 17/5 17/15 48/7 50/21 51/5 51/14 61/9 65/12 82/8 84/19 85/11 85/16 91/15 96/8 96/14 113/23 145/13 146/20 146/20 164/10 180/12 180/22
**call pain [1]** 113/23
**called [12]** 11/1 16/11 16/23 17/12 17/25 52/14 78/14 111/20 117/17 121/16 150/4 186/25
**calling [3]** 67/18 98/17 186/18
**calls [3]** 74/6 97/3 142/3
**calmly [1]** 117/4
**came [14]** 13/6 14/20 45/15 45/22 46/8 54/25 55/3 63/5 81/25 162/24 162/25 163/1 163/1 179/6
**camera [1]** 60/16
**Camp [1]** 101/18
**can [115]** 10/8 10/9 10/16 10/21 13/14 16/4 21/22 22/11 24/14 28/4 28/5 28/9 30/11 31/1 33/24 34/16 34/20 34/22 39/17 43/9 43/12 43/24 45/17 46/13 47/16 48/16 48/21 53/23 70/19 78/17 79/19 80/21 83/1 83/5 84/16 85/8 85/16 85/18 86/4 94/2 96/7 98/14 99/24 100/1 100/3 100/5 100/8 102/16 104/1 106/12 107/20 108/24 109/14 110/24 112/11 112/23 113/19 114/19 114/25 115/20 117/3 119/6 119/22 124/5 126/8 127/13 129/14 129/19 130/10 133/17 133/18 133/20 133/22 136/12 137/3 137/5 138/8 138/10 138/12 138/25 140/22 141/12 142/13 143/23 143/23 144/5 144/6 145/16 146/25 149/24 150/11 150/19 150/20

**C**

**can... [22]** 150/21 155/6 155/6 159/1 171/8 171/11 174/2 174/15 176/18 186/20 188/12 193/22 198/13 203/18 204/19 205/10 206/5 207/20 208/4 208/5 209/5 209/6
**can't [15]** 10/4 27/17 33/7 37/25 42/13 65/14 112/21 120/13 136/16 141/11 155/14 160/4 184/1 184/21 184/22
**cancer [2]** 100/24 139/9
**candor [1]** 85/19
**cannabis [15]** 105/18 107/4 122/5 122/9 126/5 126/17 129/3 129/4 129/11 133/2 135/4 135/14 135/15 135/22 135/23
**cannot [9]** 110/20 113/14 113/15 113/16 113/16 114/12 124/10 165/13 171/17
**capability [1]** 144/8
**capable [1]** 184/10
**capacity [13]** 32/8 71/5 81/1 82/9 99/16 99/25 100/1 100/9 101/16 101/19 102/10 105/25 188/16
**Capitol [4]** 15/6 80/10 80/24 168/20
**captured [1]** 125/2
**car [1]** 52/14
**cardiac [2]** 158/9 160/18
**care [79]** 9/13 9/15 19/19 24/21 87/5 100/2 100/4 100/6 100/11 100/21 100/22 100/22 100/23 102/6 102/7 109/8 116/23 117/7 117/12 117/16 117/23 121/20 126/1 137/24 138/10 138/13 138/22 138/22 138/23 139/2 139/5 139/6 139/8 139/9 139/16 139/17 139/19 139/21 139/23 139/24 140/11 140/15 140/17 141/4 141/16 141/19 142/9 142/10 144/1 144/9 144/15 144/16 144/18 144/20 146/10 146/15 146/17 146/23 147/12 148/14 151/25 159/18 162/7 171/15 184/13 184/16 184/19 185/13 185/24 190/12 198/11 198/14 198/16 198/20 198/25 199/18 203/22 206/23 207/12
**cared [2]** 100/24 138/25
**careful [1]** 113/2
**carefully [1]** 198/1
**caretaker [1]** 171/18
**caring [1]** 117/22
**Carolina [1]** 99/19
**carries [1]** 191/19
**carry [13]** 60/21 61/19 77/9 81/18 81/20 82/5 82/7 82/9 82/11 167/25 191/10 192/9 195/12
**carrying [2]** 60/22 175/5
**Carswell [15]** 140/6 140/19 141/12 142/14 198/19 203/4 203/21 204/9 204/13 205/14

205/18 205/19 205/21 206/13 207/8
**cartridge [1]** 12/12
**cartridges [1]** 12/13
**Casanova [1]** 125/6
**case [160]** 1/3 3/3 3/9 4/21 13/13 13/15 14/19 17/21 21/4 21/5 25/21 29/2 29/13 29/16 30/12 30/15 32/13 33/4 33/21 33/22 35/2 40/15 48/5 49/14 53/19 53/21 58/24 59/9 59/16 59/16 60/6 61/2 61/15 61/21 62/9 64/25 65/4 65/9 65/10 65/14 65/17 66/3 66/7 66/24 67/17 68/9 68/11 68/12 69/13 69/23 70/11 71/7 71/22 72/2 72/4 72/13 72/14 73/14 75/15 76/8 76/10 76/23 77/10 77/12 77/15 79/6 80/16 81/19 82/16 91/1 91/2 91/3 91/9 91/10 91/12 92/24 96/25 103/10 114/23 117/12 118/19 123/18 128/5 130/18 139/18 140/18 142/8 143/8 149/4 149/11 151/22 160/8 165/6 167/3 167/8 167/16 167/19 167/20 167/21 168/2 170/9 170/14 172/25 173/10 173/16 173/22 175/8 175/17 175/18 176/1 176/5 176/8 176/20 177/10 177/11 177/18 179/1 180/1 180/2 180/10 180/11 181/3 181/5 181/7 181/17 181/22 182/13 183/6 186/25 187/5 187/6 187/15 188/2 189/24 190/19 192/4 193/25 194/2 194/4 194/5 194/11 194/18 195/10 196/9 196/15 196/19 196/23 197/6 197/9 197/11 197/14 197/16 197/18 197/19 198/3 199/9 202/9 207/19 208/21 208/24
**case-by-case [1]** 59/16
**cases [69]** 12/8 28/12 29/19 29/25 30/14 33/11 34/5 34/25 36/9 36/24 38/6 38/19 59/24 60/1 61/16 62/1 64/23 66/6 72/9 72/10 72/22 74/15 77/13 77/14 77/25 78/4 78/5 78/6 79/6 80/5 80/6 80/18 80/19 82/21 90/21 166/18 166/18 167/14 167/17 168/7 169/10 169/13 169/16 169/18 174/24 175/9 176/24 191/23 192/11 192/13 192/15 192/16 192/17 192/22 192/24 193/8 193/10 193/14 193/19 193/24 194/23 196/3 196/21 196/25 197/2 197/4 199/8 202/10 205/23
**Casterline [3]** 92/23 93/8 93/18
**Casterline's [1]** 93/6
**catch [1]** 83/15
**category [5]** 76/22 94/23 166/22 169/23 175/9
**cause [35]** 30/3 30/20 31/13 31/17 31/18 31/24 32/1 32/2 32/3 32/4 32/6 32/9 32/10

34/15 34/22 43/8 43/15 50/5 50/8 50/17 51/25 53/12 54/12 87/9 109/7 120/8 121/12 124/21 125/5 126/20 127/24 133/17 157/20 182/9 188/14
**caused [3]** 158/8 176/8 177/20
**causes [2]** 177/23 196/12
**causing [5]** 49/9 51/10 52/21 93/25 109/15
**causing swelling [1]** 49/9
**caustic [1]** 172/11
**caution [2]** 6/5 97/19
**CBD [5]** 107/1 107/2 128/24 129/2 129/3
**cease [1]** 66/9
**Celebrities [1]** 188/4
**center [16]** 100/19 110/1 118/3 120/23 122/15 125/11 127/3 128/21 131/25 132/18 134/9 134/14 136/8 203/21 204/24 205/5
**centers [2]** 100/20 100/23
**central [1]** 125/21
**cert [1]** 208/21
**certain [7]** 21/19 24/13 34/21 63/7 140/9 147/2 147/2
**certainly [32]** 21/11 26/22 30/24 55/6 61/16 64/6 69/9 81/24 118/22 136/19 142/13 142/18 143/17 145/23 145/25 146/17 146/19 149/18 150/25 159/6 159/14 171/3 175/10 177/3 180/4 182/25 185/7 188/1 191/21 191/24 191/25 192/11
**certification [1]** 208/20
**certified [1]** 148/23
**certify [2]** 81/7 209/13
**cervical [1]** 104/23
**challenge [2]** 67/10 67/10
**chance [3]** 40/14 151/5 151/12
**change [6]** 19/17 21/19 60/16 143/12 188/8 201/3
**changed [3]** 69/19 141/23 171/3
**changes [2]** 25/13 119/25
**changing [1]** 58/13
**channel [1]** 123/23
**chanting [1]** 80/9
**character [1]** 36/6
**characteristics [2]** 181/19 190/6
**characterization [1]** 15/12
**characterized [1]** 15/10
**charge [9]** 33/16 33/17 33/20 34/19 40/4 63/25 100/10 117/14 173/20
**charged [8]** 33/15 74/2 78/8 80/13 80/20 179/24 180/7 191/15
**charges [9]** 3/21 12/8 33/19 34/7 34/8 37/12 39/9 40/12 55/10
**charging [14]** 33/15 33/25 34/6 34/10 34/13 34/16 37/13 38/24 39/15 39/16 39/25

**C**

charging... [3]   80/11 80/12 169/3
Charity [1]   167/11
chart [6]   113/2 128/7 143/19 155/10 158/17 194/23
charts [1]   80/16
chasing [1]   80/10
check [3]   52/12 95/9 95/15
checked [1]   159/23
chemistry [1]   174/7
cherry [1]   188/17
chest [1]   154/7
child [1]   171/18
children [5]   11/19 49/3 49/9 107/7 169/11
Children's [1]   167/11
chilled [2]   71/3 170/23
choice [4]   37/16 37/18 113/18 136/21
choking [1]   51/11
cholesterol [1]   138/25
choose [1]   172/4
chooses [1]   208/1
choosing [1]   184/6
chose [2]   18/12 82/3
chosen [1]   80/8
Christchurch [1]   75/25
chronic [10]   102/6 104/19 104/20 104/24 115/11 121/6 130/19 146/15 146/17 153/12
circuit [21]   35/8 35/16 58/24 59/1 59/1 59/8 59/9 59/10 59/11 59/15 68/13 72/20 73/3 88/16 90/25 91/2 91/3 91/11 91/11 93/15 180/10
circumstance [1]   82/15
circumstances [16]   20/19 67/13 69/18 71/17 72/8 79/13 92/9 130/2 138/14 176/7 181/18 190/5 191/5 197/22 199/6 201/3
cite [8]   13/17 30/15 59/23 62/8 64/23 65/14 182/23 185/19
cited [19]   33/21 36/23 39/4 61/15 61/20 66/7 68/11 74/15 76/9 80/18 91/9 150/2 166/18 167/9 168/15 188/11 192/14 199/25 202/10
cites [3]   59/8 61/2 77/14
citing [5]   58/24 67/18 71/25 72/12 93/14
City [1]   91/16
civics [1]   180/15
civil [1]   52/20
claim [1]   73/21
claimed [5]   15/6 19/4 63/13 64/5 133/9
claiming [2]   21/17 179/23
claims [1]   14/2
clarification [1]   18/9
clarified [1]   12/22
clarifies [1]   12/10
clarify [8]   6/18 6/21 7/2 10/25 11/4 15/20 22/2 24/7

Clark [1]   255/15
Class [1]   95/16
clear [24]   6/24 7/18 8/12 29/8 30/12 33/13 42/22 52/8 71/3 83/11 108/4 108/6 124/13 130/19 136/1 156/5 156/16 156/23 159/23 165/22 168/7 183/14 196/24 208/22
cleared [2]   110/2 128/2
clearly [10]   50/16 62/19 63/7 73/22 81/13 93/2 109/22 113/24 114/3 184/9
Cleveland [2]   80/22 195/1
clients [1]   205/22
clinical [9]   100/6 100/10 102/12 127/17 141/22 142/12 143/10 144/2 144/8
clonic [4]   136/24 137/7 137/11 137/20
close [1]   13/15
closed [1]   52/25
closely [1]   172/12
closer [2]   101/2 151/6
closest [3]   139/24 203/10 203/12
clot [1]   154/5
clothes [1]   49/6
cm [1]   109/1
co [3]   48/14 53/25 149/2
co-counsel [3]   48/14 53/25 149/2
Code [3]   4/1 158/9 189/16
coli [3]   159/21 159/25 160/2
collar [1]   52/21
collection [1]   200/17
college [1]   18/17
colloquy [1]   34/2
coma [4]   158/11 158/16 160/18 188/25
combative [5]   13/10 14/4 43/23 45/3 182/4
combination [1]   133/8
come [20]   16/24 17/13 31/5 33/25 38/7 44/12 45/2 45/16 55/21 55/23 84/11 84/16 97/4 101/2 149/22 150/15 179/5 180/25 189/10 191/23
comes [5]   14/18 33/6 41/2 45/4 180/5
comfortable [2]   86/6 144/12
comfortably [1]   109/20
coming [5]   10/6 103/7 163/7 165/18 189/20
comment [3]   13/24 159/22 183/4
commentary [5]   73/5 79/8 80/1 82/14 83/17
comments [4]   76/12 132/2 175/15 194/13
commerce [2]   3/22 93/1
Commission [3]   79/10 169/22 191/8
commit [3]   141/11 141/15 199/13
committed [1]   200/6
committing [1]   200/14
common [4]   91/19 115/22 116/1 131/18

commonly [3]   106/4 106/14 123/10
communicate [2]   16/16 73/18
communication [3]   3/22 10/25 17/10
communities [1]   176/9
community [3]   171/24 178/15 178/19
company [1]   121/8
comparable [1]   34/4
compared [3]   79/6 167/15 188/10
complainant [10]   48/4 49/1 49/14 52/9 52/14 52/18 52/20 52/23 52/25 52/25
complainant's [3]   50/18 52/3 53/14
complainants [1]   53/19
complaining [1]   114/22
complains [3]   110/5 111/15 111/16
complaint [5]   52/7 119/13 173/22 173/24 174/10
complaints [2]   21/5 112/3
complete [1]   98/24
completely [1]   137/22
compliance [3]   112/1 143/20 163/11
compliant [2]   105/21 162/20
complicated [5]   104/4 104/12 105/4 113/9 159/14
complications [7]   104/9 104/13 104/21 154/16 158/18 158/19 166/7
comply [3]   190/2 200/12 200/18
Comprehensive [1]   186/1
computer [1]   201/6
computerized [1]   123/23
concern [8]   20/21 110/4 111/24 121/14 121/17 122/9 141/3 143/8
concerned [3]   29/5 86/1 140/18
concerning [4]   36/6 115/16 115/18 122/7
concerns [5]   115/2 115/3 117/17 121/12 166/12
conclude [1]   84/17
concluded [1]   209/11
concludes [1]   209/9
conclusion [3]   44/11 74/7 98/15
conclusions [1]   164/25
condition [5]   85/5 105/3 109/6 130/11 198/9
conditions [7]   71/9 103/23 122/22 132/6 198/9 200/13 200/19
conduct [58]   11/16 12/2 13/14 36/6 36/14 36/17 36/19 36/20 58/19 59/16 60/23 61/2 62/1 65/1 65/5 65/18 66/5 66/15 66/18 66/23 67/11 67/15 70/12 74/20 74/21 77/15 79/5 79/11 80/2 80/4 80/12 81/14 81/16 92/11 92/15 92/16 92/18 93/4 93/12

**C**

**conduct... [19]**   125/23 126/14 167/23 167/24 168/2 170/21 170/22 170/24 172/14 173/21 174/25 179/22 180/3 187/19 187/25 190/10 190/18 191/3 201/24
**conduct, [1]**   66/9
**conduct, you [1]**   66/9
**conducted [2]**   192/18 200/20
**conferring [1]**   17/20
**confident [2]**   143/14 147/10
**confirmed [2]**   34/3 128/16
**conflict [1]**   70/5
**confused [2]**   135/7 135/10
**confusion [1]**   135/6
**Congress [3]**   168/21 168/25 186/9
**connected [3]**   28/16 181/15 183/1
**connection [5]**   5/9 6/3 94/19 96/11 191/11
**Connects [1]**   178/12
**consciousness [5]**   136/25 137/7 137/12 150/8 150/8
**consented [1]**   53/4
**consequences [1]**   170/21
**consider [19]**   26/23 27/15 36/5 36/18 36/22 55/13 78/20 81/14 83/1 165/5 169/19 176/14 181/8 190/5 190/14 191/9 191/13 196/19 197/20
**consideration [11]**   5/25 8/16 10/7 27/15 36/14 36/17 38/11 166/14 195/1 196/18 199/4
**considered [14]**   11/13 35/13 35/21 79/14 79/19 83/18 88/4 150/3 165/4 176/20 189/13 189/20 191/6 199/17
**considering [6]**   37/4 81/15 88/6 164/17 185/13 185/13
**considering where [1]**   81/15
**considers [1]**   195/18
**consistent [7]**   69/22 90/18 153/15 154/11 154/12 166/3 199/22
**consists [1]**   114/15
**constantly [1]**   114/20
**constipation [2]**   109/2 111/16
**constipation/bipolar-possible [1]**   109/2
**constitutional [9]**   63/3 67/9 68/16 69/14 70/9 70/16 70/17 93/4 94/3
**construed [1]**   89/4
**consult [1]**   144/10
**consulted [1]**   70/8
**consulting [1]**   118/6
**consuming [1]**   62/14
**consumption [1]**   145/24
**contact [7]**   16/10 17/9 58/17 142/17 195/13 201/6 205/5
**contacted [2]**   62/22 89/24
**contacts [1]**   198/22
**contained [12]**   37/22 50/7 57/8 57/11 78/21 78/23 87/9

111/23 125/2 145/1 164/19 182/5
**containing [2]**   3/22 164/8
**contains [1]**   189/14
**contemplated [1]**   91/22
**contempt [1]**   9/11
**content [3]**   58/15 62/25 67/24
**contesting [1]**   21/15
**context [8]**   59/17 59/22 61/15 112/12 112/24 112/25 152/4 154/14
**continually [1]**   109/8
**continuation [1]**   104/21
**continue [17]**   36/17 43/7 48/24 59/23 64/24 70/11 74/20 82/20 113/3 128/3 129/10 131/8 134/10 136/14 166/9 176/18 187/24
**continued [5]**   66/21 73/21 111/18 167/13 171/12
**continues [5]**   66/14 69/4 109/19 172/5 175/21
**continuing [2]**   66/18 177/1
**contractors [1]**   186/3
**Contracts [1]**   186/2
**contrary [2]**   90/23 93/12
**contrast [1]**   195/10
**contribute [1]**   200/24
**contributed [2]**   129/12 183/15
**control [5]**   131/19 137/10 138/14 206/22 207/12
**controlled [4]**   110/4 110/7 128/24 200/16
**controlling [1]**   172/25
**controls [1]**   135/14
**conversation [3]**   16/14 16/20 141/11
**conversations [1]**   75/19
**conversion [5]**   55/5 110/15 110/17 110/18 110/19
**convey [4]**   64/4 64/7 64/8 203/18
**conveyed [1]**   73/16
**conveying [1]**   63/16
**convict [1]**   208/20
**convicted [6]**   11/17 80/20 81/11 94/8 180/11 191/16
**conviction [10]**   11/15 11/23 40/15 65/2 65/8 65/18 66/2 69/8 80/15 93/13
**convictions [5]**   12/8 33/9 61/20 170/2 182/7
**Cooper [6]**   72/14 74/24 74/25 75/2 194/2 194/2
**Cooper involved [1]**   74/25
**Cooper's [1]**   194/8
**cooperating [1]**   200/16
**cops [2]**   76/18 166/23
**copy [14]**   6/23 7/5 7/6 7/14 7/18 7/19 7/20 7/21 8/6 19/24 39/7 39/8 151/21 188/19
**corner [1]**   123/3
**correct [41]**   8/5 31/7 31/16 37/16 43/4 49/14 64/23 95/8 101/14 101/15 103/12 105/13

107/10 107/12 108/11 111/9 112/20 119/12 123/24 123/25 127/8 131/10 134/12 134/17 136/4 138/5 138/6 142/5 142/6 144/25 145/4 148/8 148/20 154/6 157/13 160/17 161/5 161/8 161/11 204/3 209/13
**corrected [4]**   25/2 25/3 41/8 41/14
**correction [1]**   117/12
**correctional [5]**   102/22 102/22 102/25 103/5 190/13
**correctly [6]**   47/23 49/13 54/2 90/9 176/21 203/2
**correlation [2]**   127/17 159/2
**corroborate [1]**   76/23
**corroborated [2]**   21/12 182/11
**corroborating [7]**   55/12 75/10 75/11 75/22 76/4 194/6 195/8
**corroboration [4]**   47/24 50/15 52/8 53/18
**cost [2]**   200/24 202/17
**could [69]**   3/4 14/25 16/12 16/18 24/7 27/18 28/15 29/2 34/15 34/18 36/10 41/7 45/21 47/22 51/21 68/14 77/8 85/23 89/4 99/11 100/4 101/2 102/4 105/4 115/23 117/9 120/2 120/4 120/8 120/14 120/17 124/1 124/20 124/21 124/22 126/23 128/1 128/15 129/6 130/15 132/9 141/21 143/6 144/4 144/14 145/25 146/20 149/12 158/24 158/24 159/3 159/6 163/11 170/4 172/18 172/25 172/25 173/16 175/8 176/24 183/15 192/23 193/24 199/1 205/4 205/8 206/25 207/16 208/24
**couldn't [4]**   74/9 166/10 171/22 193/11
**counsel [17]**   3/4 3/9 4/5 8/5 8/9 48/14 53/25 77/24 93/6 149/2 164/24 189/7 191/22 194/3 201/14 202/19 207/4
**counseling [2]**   145/22 171/13
**count [9]**   3/20 3/21 4/7 4/10 151/5 151/7 159/7 159/9 191/17
**Counterman [4]**   60/3 61/9 168/1 208/18
**country [4]**   71/15 100/18 142/16 169/15
**counts [1]**   191/15
**County [2]**   34/24 206/22
**couple [8]**   6/24 97/12 99/14 137/4 153/16 160/1 173/19 179/11
**course [19]**   7/1 24/14 29/3 33/24 36/12 59/22 60/2 60/4 71/8 71/19 80/17 85/2 86/3 96/16 96/24 98/11 175/6 189/24 209/7
**court [384]**
**Court's [33]**   5/18 5/25 8/16

**C**

**Court's... [30]**   9/10 9/21
10/7 35/9 36/14 36/16 38/1
46/8 59/2 59/11 78/12 79/21
84/4 89/19 90/3 94/10 95/23
96/15 96/17 107/20 166/14
173/14 175/7 190/19 192/21
195/18 198/7 199/3 199/21
201/14
**courthouse [1]**   135/1
**courtroom [2]**   135/25 162/11
**Courts [6]**   30/25 177/21
180/8 199/8 199/15 208/12
**cover [1]**   65/22
**coverage [2]**   139/21 139/23
**covered [4]**   65/5 79/10
176/16 191/2
**covers [1]**   66/1
**COVID [1]**   166/12
**CPL [1]**   50/12
**CR [3]**   1/3 3/4 173/22
**create [5]**   62/20 63/22 64/13
89/22 90/5
**created [5]**   62/24 63/9 64/16
64/21 90/6
**creates [1]**   196/13
**creates a [1]**   196/13
**credible [2]**   24/3 168/17
**credits [1]**   196/8
**Crestwell [1]**   50/12
**crime [8]**   59/14 62/14 74/2
94/7 191/19 196/16 196/17
197/21
**crimes [7]**   78/8 190/11 193/5
199/12 199/14 199/16 200/14
**criminal [24]**   11/14 26/16
27/23 35/23 55/11 63/25
73/13 76/22 93/3 94/23
166/21 169/22 170/2 170/2
175/20 175/21 176/1 177/25
180/3 182/2 185/9 190/10
193/13 202/7
**cross [14]**   2/4 14/3 43/22
44/6 44/15 45/1 45/3 96/9
147/18 147/24 148/2 172/13
181/25 186/7
**cross-examination [11]**   14/3
43/22 44/6 44/15 45/1 45/3
96/9 147/18 147/24 148/2
181/25
**cross-examining [1]**   186/7
**crossed [1]**   57/15
**CT [1]**   103/20
**culpability [1]**   79/4
**Cupric [1]**   75/20
**current [11]**   84/21 99/15
101/24 103/23 104/16 105/2
105/10 114/24 115/17 120/14
145/19
**currently [10]**   6/11 36/16
99/17 101/10 101/11 105/8
105/14 105/22 121/19 162/8
**curriculum [2]**   97/15 102/13
**cursing [4]**   49/7 52/18 174/2
174/12
**curtail [1]**   65/6
**custody [5]**   94/23 107/12

141/2 141/25 169/15
**cut [2]**   66/13 208/22
**cuts [1]**   63/17
**CV [4]**   5/20 5/20 97/25 164/4

**D**

**D.C [7]**   15/7 59/5 61/19
61/22 80/22 195/2 206/7
**daily [1]**   135/18
**damage [2]**   150/21 182/13
**damaged [1]**   180/18
**dangerous [1]**   200/15
**dangers [1]**   178/1
**Daniel [1]**   178/11
**DARSCH [2]**   1/15 3/8
**data [1]**   169/21
**date [20]**   22/4 22/4 28/17
102/20 118/2 120/24 122/14
122/25 125/16 127/3 127/3
134/8 136/6 136/7 140/9
156/8 173/6 203/13 209/4
209/16
**dated [13]**   97/16 107/23
111/1 111/13 112/4 113/7
114/8 116/14 119/2 125/11
129/17 132/1 157/21
**dates [2]**   34/24 170/13
**Daubert [4]**   45/14 45/22 46/7
65/3
**Daubert issue [1]**   46/7
**daughter [5]**   11/20 11/21
52/15 54/19 54/23
**daughter's [1]**   11/20
**David [1]**   70/4
**day [33]**   54/6 59/21 64/11
64/16 64/21 64/24 65/5 69/10
86/1 90/1 90/1 91/15 119/8
119/9 119/19 123/19 130/25
135/17 135/24 139/22 140/11
141/24 154/13 154/23 162/15
163/8 184/17 185/8 185/10
188/22 189/23 191/18 196/10
**days [31]**   21/5 51/8 58/11
58/17 60/2 60/21 62/21 64/14
64/18 77/6 89/23 115/11
146/13 146/16 146/21 153/14
153/16 154/3 154/8 154/15
157/23 158/1 158/3 160/1
174/2 174/6 202/16 204/23
204/25 204/25 206/25
**dc [1]**   114/16
**de [3]**   167/16 191/25 196/7
**DEA [2]**   106/17 107/13
**deadly [1]**   12/12
**deal [2]**   26/11 68/3
**dealt [2]**   104/24 105/1
**death [5]**   176/9 179/19 180/5
180/17 181/10
**debatable [1]**   120/19
**decade [2]**   152/9 152/12
**decades [1]**   166/4
**December [2]**   51/4 52/2
**decide [1]**   75/12
**decided [3]**   55/9 136/8 136/9
**decides [1]**   63/21
**deciding [1]**   93/18
**decision [4]**   49/23 50/1
96/16 208/24

**declaration [6]**   7/23 149/2
164/3 164/7 164/19 164/20
**declared [1]**   158/8
**declined [1]**   50/10
**decrease [2]**   88/18 92/1
**deemed [3]**   54/13 91/7 112/18
**deep [2]**   52/4 154/6
**defect [1]**   113/14
**defend [1]**   187/25
**defendant [80]**   1/9 1/18 14/2
15/5 19/7 28/15 28/19 29/13
29/15 34/2 34/3 35/11 36/7
37/22 38/1 46/15 47/7 49/5
49/7 49/8 50/14 50/16 51/7
51/9 51/11 51/12 51/14 51/15
51/17 52/13 52/18 52/21
52/22 52/24 53/1 59/4 59/12
62/13 62/17 66/9 67/8 67/13
69/15 72/3 72/15 73/7 81/17
87/3 88/12 89/24 91/14 92/6
92/9 92/25 93/2 95/17 103/10
174/7 175/18 175/20 180/11
181/19 187/16 189/17 190/6
190/11 190/11 191/10 194/2
194/8 194/11 194/15 196/24
197/6 197/12 197/15 199/12
200/6 201/14 205/24
**Defendant after [1]**   53/1
**Defendant's [24]**   5/15 6/6
8/7 19/4 28/14 28/17 35/22
41/25 49/9 49/10 49/15 52/15
71/25 81/16 81/17 87/16
88/18 89/12 149/1 176/3
181/8 183/5 191/9 194/7
**Defendants [3]**   78/7 169/23
190/17
**Defenders [1]**   1/19
**defending [1]**   168/8
**defense [96]**   4/17 7/3 8/20
10/11 10/20 12/17 14/5 16/1
18/2 20/25 21/19 21/22 23/15
27/6 28/4 28/11 28/24 33/4
33/13 40/10 42/5 42/8 42/25
43/17 45/5 46/12 47/3 47/4
47/4 47/15 47/23 48/23 49/13
49/19 50/23 54/8 56/15 56/19
56/23 57/3 57/18 59/19 62/5
65/2 65/17 72/1 72/11 72/19
73/23 78/1 85/10 85/15 86/18
87/19 89/7 89/13 89/21 91/25
92/20 94/14 94/20 95/4 95/22
96/2 96/9 97/22 98/16 144/22
153/24 163/24 164/24 175/21
177/18 183/5 183/24 184/18
184/20 185/18 190/22 191/12
192/6 192/11 193/9 193/16
194/3 194/18 194/20 194/25
195/6 195/15 195/21 198/3
199/25 207/4 207/20 208/17
**Defense to [1]**   10/20
**Defense's [4]**   24/5 42/23
87/2 191/14
**defer [4]**   14/11 42/14 44/4
44/6
**deference [2]**   71/14 170/25
**deferential [1]**   93/17
**deficiencies [1]**   185/23
**deficient [2]**   32/11 186/4

**D**

**deficits [2]** 165/11 165/14
**definitely [2]** 133/25 146/3
**definition [1]** 62/2
**degree [1]** 80/4
**deliberate [1]** 58/18
**deliberated [2]** 58/22 59/12
**deliberation [38]** 58/4 58/6
58/21 59/3 59/18 60/6 60/11
61/12 61/14 61/25 62/8 62/18
62/19 63/15 63/24 64/7 64/24
66/16 66/22 66/25 88/12
88/20 89/3 89/6 89/9 89/10
89/11 89/15 89/21 90/2 90/4
90/23 90/24 91/8 91/12 91/12
91/22 201/20
**delirium [2]** 130/10 130/12
**demeanor [3]** 13/12 43/21
44/19
**demonstrate [2]** 62/5 93/3
**demonstrated [5]** 62/17 62/19
117/19 182/20 188/5
**demonstrative [3]** 193/7
193/22 194/23
**denial [1]** 111/18
**denied [2]** 68/10 73/19
**denies [3]** 54/17 73/17 87/24
**deny [1]** 87/16
**denying [4]** 54/24 67/19 73/8
88/5
**depart [4]** 78/17 79/4 80/3
82/23
**department [13]** 9/13 9/15
12/1 80/15 164/8 165/10
167/9 174/24 175/3 177/25
185/20 185/22 188/6
**departure [18]** 36/4 78/15
79/3 79/9 79/15 79/17 82/15
82/25 83/9 83/19 83/24 85/3
94/16 96/3 190/23 191/7
199/24 200/5
**departures [2]** 83/14 83/25
**dependence [1]** 183/21
**depending [2]** 56/10 172/24
**depression [3]** 121/18 152/23
166/2
**depressive [1]** 114/10
**deprivation [5]** 133/15
133/16 133/24 133/25 134/1
**depth [1]** 145/22
**describe [7]** 99/24 104/2
105/2 146/8 165/1 171/21
178/1
**described [6]** 12/25 44/7
91/19 173/21 179/3 194/3
**describes [2]** 173/24 174/10
**describing [4]** 13/3 124/17
197/25 198/5
**description [4]** 13/7 13/9
43/25 124/15
**deserves [1]** 172/14
**designate [2]** 203/6 203/8
**designated [13]** 140/5 140/25
141/6 203/10 203/12 204/9
205/25 206/3 206/11 206/25
207/24 208/11 208/14
**designation [7]** 141/4 202/23

204/22 204/24 205/1 205/5
205/6
**designations [2]** 140/4 141/2
**designed [2]** 64/1 162/22
**desire [2]** 76/2 115/6
**despite [4]** 13/25 109/20
111/18 166/21
**destroy [1]** 174/21
**detail [6]** 56/16 59/24 94/18
96/24 165/20 198/25
**detailed [1]** 59/6
**determination [5]** 40/20
67/13 92/9 93/16 132/14
**determination that [1]** 67/13
**determine [7]** 91/14 114/24
123/10 123/16 176/3 176/4
204/23
**determining [5]** 36/3 79/14
83/18 190/4 191/6
**deterrence [5]** 182/25 182/25
190/9 199/11 199/13
**developed [1]** 154/3
**device [3]** 123/13 123/14
200/15
**diagnosed [3]** 133/7 159/21
160/21
**diagnosis [5]** 112/6 120/10
127/20 134/24 152/22
**diagrams [1]** 75/20
**diarrhea [1]** 157/25
**diatribe [1]** 63/7
**did [125]** 4/14 4/17 7/5 7/12
8/5 9/9 9/23 11/3 12/16 14/2
16/14 16/15 16/19 16/21 17/9
17/16 20/7 20/15 20/21 22/7
22/12 22/24 23/11 23/17
23/20 24/15 25/5 25/16 30/5
41/19 45/6 45/8 45/16 45/18
45/18 53/25 54/16 58/8 58/9
58/10 58/20 63/23 64/12
64/18 64/20 66/13 66/13
67/24 68/23 69/12 71/19
73/10 73/12 73/17 73/20
73/20 74/5 75/12 75/12 75/13
75/14 75/15 75/16 81/24 82/1
82/2 82/3 82/4 82/10 90/15
90/23 93/8 93/12 93/18 93/21
101/16 101/21 102/9 102/11
103/7 104/6 105/7 116/7
116/9 118/20 122/18 122/19
127/21 127/23 128/10 128/17
130/23 137/15 148/25 149/15
151/5 151/7 151/12 152/1
155/11 155/13 155/15 156/2
156/4 157/18 164/19 165/9
165/12 167/1 167/2 167/4
167/12 171/6 172/13 173/18
176/13 179/1 181/21 182/6
192/6 192/11 192/12 192/12
195/12 207/14
**did speak [1]** 20/7
**didn't [36]** 6/10 6/22 13/20
17/3 19/15 24/11 38/22 57/16
57/16 61/6 61/8 61/9 61/16
63/22 66/23 68/13 69/1 76/14
82/6 83/14 121/15 126/12
136/9 151/25 152/18 152/20
155/11 159/17 159/9 159/18

163/5 165/20 177/2 180/21
186/7 189/1
**die [3]** 121/9 150/17 166/23
**Dierks [4]** 72/18 76/25 76/25
167/1
**difference [3]** 37/10 169/1
175/17
**differences [1]** 155/8
**different [25]** 21/1 21/16
21/18 22/10 23/1 23/7 23/24
59/25 60/14 63/19 69/21
75/23 90/25 108/16 110/18
128/10 155/18 175/1 175/8
178/24 182/8 193/8 193/23
197/16 198/16
**differently [2]** 46/3 173/9
**differing [1]** 69/20
**difficult [6]** 120/11 128/14
131/19 132/15 143/19 161/19
**difficulties [2]** 128/23
128/25
**diffuse [2]** 124/6 124/8
**digital [1]** 123/23
**Dilantin [12]** 105/19 106/9
130/23 131/2 131/8 131/16
131/17 133/9 135/13 136/4
136/20 143/21
**Dilaudid [6]** 109/19 113/24
114/3 114/4 114/5 130/20
**Dilaudid seeking [1]** 114/3
**diligent [1]** 173/17
**direct [9]** 2/3 17/10 44/5
65/13 84/25 99/7 148/13
205/6 207/12
**directed [7]** 37/5 45/11
76/12 83/2 187/20 194/13
195/25
**directly [13]** 65/11 65/13
113/17 142/8 142/13 149/9
167/11 187/1 187/5 187/7
203/20 205/18 207/7
**director [13]** 99/13 99/17
99/21 100/14 101/13 102/1
102/5 102/12 141/22 142/12
143/10 144/2 144/8
**directors [1]** 100/7
**disability [3]** 152/15 152/24
165/25
**disabled [2]** 82/11 170/1
**disagree [7]** 13/12 15/11
33/1 33/1 33/3 44/10 180/16
**disagreement [3]** 14/19 89/23
188/20
**disagreements [1]** 69/9
**discharge [6]** 103/19 106/6
113/18 114/17 116/24 134/24
**discharged [4]** 106/8 117/25
153/13 154/8
**discharges [2]** 127/19 127/21
**discontinued [1]** 131/12
**discount [1]** 133/20
**discourse [1]** 177/21
**discovered [1]** 154/1
**discovery [2]** 20/8 22/7
**discretion [2]** 93/17 172/20
**discuss [3]** 7/15 113/17
147/19
**discussed [14]** 8/10 96/5

**D**

**discussed... [12]**  114/15
117/4 126/1 138/21 140/3
141/24 160/7 166/17 170/15
170/22 182/4 202/7
**discusses [2]**  16/11 157/10
**discussing [3]**  21/2 42/23
191/18
**discussion [8]**  18/11 33/24
87/6 98/10 153/22 155/23
205/5 206/7
**discussions [2]**  203/19
206/18
**disease [1]**  111/12
**dismiss [8]**  59/22 68/9 68/11
68/24 69/14 69/20 74/4
188/11
**dismissed [1]**  39/9
**Disney [1]**  71/1
**disorder [20]**  104/15 104/19
110/5 110/13 110/15 110/17
110/18 110/18 110/19 110/22
114/11 120/11 121/5 121/7
121/15 121/18 132/6 132/11
133/6 166/6
**disorder/recurrent [1]**
114/11
**disorderly [1]**  80/12
**disorders [2]**  145/20 165/9
**disparate [1]**  193/3
**disparities [1]**  190/16
**disparity [4]**  80/17 193/3
199/6 202/9
**dispense [1]**  107/8
**displaced [1]**  125/20
**display [1]**  107/20
**disposition [2]**  12/7 31/20
**DISPOTO [5]**  1/14 2/3 2/5 3/7
48/21
**dispute [15]**  29/1 29/23
30/17 30/18 30/19 42/1 46/19
57/8 57/11 60/13 69/1 69/2
69/7 78/2 160/5
**disputed [9]**  17/6 35/11
68/24 68/25 73/13 73/16 74/1
78/7 170/6
**disputes [11]**  12/3 28/15
28/19 29/7 29/11 29/12 29/15
37/22 38/2 57/18 87/3
**disputes that [1]**  29/12
**disputing [1]**  29/8
**distinction [5]**  109/11
109/12 111/9 180/2 180/5
**distinguish [1]**  183/2
**district [15]**  1/1 1/1 1/11
9/12 59/2 59/3 59/11 59/16
72/15 72/17 91/14 167/18
173/18 173/23 200/11
**disturbing [1]**  81/3
**diversion [1]**  167/19
**DIVISION [1]**  1/2
**DNA [2]**  29/3 200/17
**do [184]**  5/1 5/4 5/6 6/19
7/14 7/17 7/20 8/8 8/13 10/3
10/6 12/8 14/7 15/17 15/20
16/22 17/23 18/14 18/19
19/10 22/2 23/2 25/12 28/12

30/13 30/21 31/8 33/4 36/16
38/16 38/23 39/5 39/14 40/20
43/25 46/19 46/22 48/14 57/8
59/5 61/6 64/13 65/8 67/8
70/23 70/23 71/1 74/7 74/9
74/13 74/14 75/7 75/8 75/14
76/16 78/13 79/5 84/23 85/17
86/4 90/23 92/6 92/19 92/19
94/6 99/3 100/19 100/20
101/1 101/7 102/5 104/1
105/14 106/16 107/25 108/22
108/23 109/23 111/6 111/7
111/21 111/22 112/9 112/10
113/10 113/18 114/10 115/14
115/15 116/4 116/17 117/10
117/18 118/4 118/5 118/9
118/10 118/14 118/17 120/6
120/7 120/17 120/25 121/1
121/15 121/19 122/6 122/15
122/16 122/23 122/24 122/25
123/2 125/13 125/14 125/24
125/25 127/5 127/6 127/15
127/16 128/9 128/16 130/2
131/4 131/5 132/7 132/19
132/20 133/2 133/3 133/21
134/6 135/19 135/20 136/1
138/18 142/25 144/6 145/6
145/8 145/21 147/17 148/12
148/18 148/21 149/5 150/7
150/8 153/17 154/18 155/6
155/17 156/12 158/12 158/17
159/20 162/4 162/5 163/21
168/14 168/18 169/5 173/2
175/5 176/14 179/24 179/25
180/21 180/22 181/2 181/13
181/24 186/15 187/19 188/14
188/15 188/17 189/25 205/1
206/12 208/12 208/16 209/3
**docket [27]**  4/9 4/14 5/12
5/13 5/14 5/16 5/17 5/19
5/20 5/22 5/24 5/25 6/1 6/15
9/4 9/9 10/14 13/1 34/17
34/18 78/25 149/1 153/8
156/22 157/22 164/4 164/14
**doctor [33]**  99/9 99/14
102/13 103/7 107/18 107/22
108/20 109/23 110/2 111/1
112/2 114/2 114/11 116/14
118/14 119/17 128/9 146/22
148/4 155/1 155/6 155/6
159/22 162/3 163/14 170/15
171/5 186/5 186/15 189/2
205/2 205/3 207/8
**doctor's [1]**  97/15
**doctors [9]**  115/22 116/3
116/16 143/24 154/2 155/16
155/17 166/10 182/19
**document [24]**  33/15 34/1
34/6 34/11 34/13 34/16 37/13
38/24 39/15 39/16 39/20
39/25 75/2 110/2 114/14
118/8 118/23 121/2 123/4
129/18 132/2 149/5 149/10
187/2
**documentation [1]**  166/8
**documented [2]**  182/14 182/15
**documents [6]**  40/8 48/22
149/11 204/22 204/24 205/3

**does [72]**  6/2 11/14 11/24
15/23 16/13 17/2 22/22 24/21
25/21 28/4 30/18 32/23 39/7
39/11 40/7 42/7 45/5 57/3
57/11 62/2 62/12 72/6 77/15
85/18 86/12 87/13 88/16 89/5
95/2 95/4 95/10 95/22 96/18
104/3 107/8 109/22 110/7
110/15 111/23 113/13 113/18
114/2 114/16 114/25 115/24
116/1 117/6 119/14 119/23
121/9 121/11 128/5 129/2
130/6 130/14 133/1 135/18
136/25 153/15 154/11 156/6
163/18 168/22 171/12 194/20
195/21 197/20 198/8 198/13
201/13 205/19 206/9
**doesn't [17]**  15/15 31/5 31/8
42/12 77/5 79/24 88/5 90/1
91/17 91/21 97/20 128/4
168/18 175/4 177/18 184/15
204/2
**dog [1]**  172/9
**doing [5]**  4/11 8/7 20/16
97/19 133/11
**domestic [3]**  31/14 39/4
54/11
**dominated [1]**  178/24
**don't [123]**  6/9 6/21 8/17
13/18 19/8 19/10 19/24 23/6
23/8 23/9 25/10 25/17 27/12
27/24 28/18 29/3 29/4 29/23
31/1 31/10 32/1 32/3 32/5
32/21 32/25 33/1 33/2 34/9
34/12 36/20 37/3 38/16 41/19
42/2 42/7 45/14 45/23 46/18
54/3 54/15 54/22 55/1 55/9
55/11 55/21 56/4 61/3 61/4
61/5 61/5 62/8 64/17 70/1
70/22 70/24 74/11 75/3 79/23
79/25 79/25 81/4 81/22 84/1
84/15 85/11 86/15 90/21
93/24 94/15 95/12 97/17
97/21 98/22 98/23 99/3
102/19 104/15 110/9 112/14
119/1 121/22 126/15 129/14
146/3 148/16 149/10 149/16
150/14 151/14 151/19 151/23
152/2 152/20 153/2 153/18
156/8 157/16 158/13 158/23
160/4 160/14 161/16 161/22
162/23 162/24 163/3 164/10
164/16 168/16 171/18 174/15
175/6 186/8 187/18 187/18
187/25 205/20 206/2 206/9
206/13 206/15 208/23 209/4
**don't end [1]**  70/24
**done [13]**  42/13 71/7 82/1
91/15 100/8 106/21 134/1
143/3 165/12 187/25 197/16
205/10 205/23
**door [6]**  11/21 52/25 53/1
53/5 53/15 182/13
**double [2]**  95/9 95/14
**doubt [2]**  40/5 198/7
**down [7]**  76/3 77/2 113/12
117/4 146/21 163/16 180/25
**downward [17]**  5/14 5/16

**D**

downward... [15]   78/22 84/6
85/3 85/8 149/1 164/4 164/11
164/18 175/4 176/4 190/22
190/23 191/14 199/23 199/24
dozen [1]   159/8
dozens [1]   166/5
Dr [42]   5/20 5/23 8/21 70/4
84/19 85/7 96/22 97/3 97/25
98/2 99/12 103/4 105/17
107/24 109/16 113/13 113/17
114/9 117/8 118/6 122/1
125/6 129/24 130/1 130/22
155/12 164/5 165/7 170/13
183/10 184/7 184/9 198/1
198/1 198/12 198/15 202/24
203/2 203/19 204/1 206/18
206/22
drafted [1]   144/23
draw [3]   91/14 180/4 180/5
drawer [1]   52/22
drawing [1]   180/2
drinks [1]   132/25
driver's [1]   27/3
dropped [3]   29/25 33/20
34/25
drugs [1]   191/24
DTs [1]   130/10
due [6]   40/5 125/6 127/14
138/13 176/24 184/16
during [23]   8/16 13/18 23/3
23/4 43/21 54/5 62/23 64/14
77/11 123/18 124/10 124/12
124/13 125/2 125/20 127/22
131/1 153/9 154/22 159/20
163/7 184/9 192/6
Duross [1]   50/7
duties [1]   99/24
duty [1]   169/6
DVT [1]   154/4
DVTs [1]   158/17

**E**

each [19]   10/21 12/7 14/8
33/8 38/5 41/1 48/9 57/12
60/8 60/19 87/2 100/11
160/10 182/10 196/10 196/19
196/23 196/24 197/16
earlier [19]   14/20 51/8 98/9
127/10 131/13 134/15 145/24
151/10 166/19 170/15 176/15
176/21 181/22 182/4 183/1
183/18 187/2 207/5 208/18
early [3]   119/10 160/12
173/15
easier [2]   119/25 120/2
eat [2]   86/8 113/16
eating [1]   160/18
economic [1]   201/3
edit [1]   58/19
editing [1]   58/14
educate [1]   192/15
educational [1]   190/12
EEG [20]   123/6 123/24 124/15
124/16 124/17 124/24 125/2
125/6 125/19 125/21 126/6
126/12 127/7 127/10 127/14
127/25 127/25 128/10 128/17
134/2
EEGs [5]   123/10 131/6 134/1
157/11 157/19
effect [6]   22/12 22/15 32/20
32/22 127/1 146/4
effective [11]   131/15 143/15
143/16 143/20 162/17 163/13
184/5 184/7 190/13 199/2
199/19
effects [1]   106/25
efficacy [4]   106/3 106/22
126/24 146/1
efforts [2]   17/9 82/19
egregious [1]   187/20
eight [8]   12/14 18/8 18/22
45/14 46/12 46/23 46/25
173/24
either [22]   16/16 20/24
39/18 40/7 43/24 46/11 48/18
74/14 90/11 92/14 96/19
106/14 109/6 143/3 143/23
159/9 163/18 168/11 206/11
207/7 207/24 208/14
elected [3]   37/12 188/4
188/7
election [3]   81/7 179/16
179/17
electrical [1]   125/4
electro [1]   123/5
electroencephalogram [2]
123/6 123/7
electrolyte [1]   159/15
electrolytes [1]   158/22
electronic [1]   145/14
electronically [1]   164/20
elects [1]   35/1
elements [6]   73/8 73/13 74/1
78/3 78/8 104/5
elevated [1]   135/12
Eleventh [12]   35/8 35/16
58/24 58/25 59/1 59/8 59/15
73/3 88/16 90/25 91/3 180/10
eligible [3]   95/11 95/17
95/20
ELLEN [4]   1/7 3/3 15/6 200/6
Elonis [1]   69/6
else [12]   9/6 13/15 21/21
26/12 27/4 38/12 63/22
115/24 203/21 208/16 209/8
209/8
else's [2]   65/21 65/24
email [1]   65/12
emails [1]   167/9
emboldening [1]   181/11
emergency [5]   135/5 150/3
150/10 150/13 150/16
emotionally [1]   170/2
emotions [1]   178/14
employed [2]   99/16 99/21
employee [1]   205/4
employment [1]   99/15
EMS [1]   135/2
encourage [1]   167/20
end [22]   6/23 7/13 22/23
23/19 28/19 38/5 41/1 46/11
46/22 56/11 70/24 71/15 79/7
79/21 87/2 181/6 184/17

185/8 185/14 191/21 191/25
205/1
ending [1]   42/24
enforcement [33]   30/5 30/7
32/6 32/7 50/18 53/3 72/16
74/20 76/1 76/5 76/15 77/2
77/4 82/17 167/10 167/12
168/23 176/9 177/14 180/6
180/6 180/24 181/11 182/11
194/5 194/8 194/16 194/17
195/11 195/14 196/9 196/10
196/13
engage [4]   58/8 66/15 74/21
167/4
engaged [5]   32/17 54/24 55/7
62/13 182/3
engages [1]   70/25
engaging [1]   181/23
enhancement [6]   25/25 26/4
57/23 59/2 59/3 201/18
enough [3]   86/5 120/21 163/6
enrolled [1]   146/17
ensure [8]   5/10 138/8 142/9
142/25 146/10 184/12 184/15
199/5
ensuring [1]   194/14
entails [1]   99/18
enter [1]   51/14
entered [3]   52/19 55/7
167/18
enters [1]   142/24
entertaining [1]   115/5
entire [5]   72/6 157/15
157/18 174/21 186/19
entirely [1]   87/20
entitled [6]   71/20 83/9
108/16 120/24 123/4 178/12
entry [23]   4/9 4/14 5/12
5/13 5/14 5/16 5/18 5/19
5/21 5/22 5/24 5/25 6/1 9/4
9/9 10/14 78/25 149/1 153/8
156/22 157/22 164/4 202/16
environment [1]   196/13
epilepsy [3]   127/19 133/8
134/25
epilepticus [6]   149/18
150/16 150/19 150/23 158/8
160/22
epileptiform [1]   127/18
episode [1]   165/13
equally [1]   36/15
equipped [2]   147/11 162/6
ER [2]   132/23 157/24
Eric [1]   197/7
Ernst [2]   66/10 72/19
erode [1]   178/8
erroneously [1]   58/7
error [1]   25/2
errs [1]   32/8
escalating [2]   174/11 188/13
escape [1]   51/14
ESQ [2]   1/18 1/19
essence [1]   62/17
essential [5]   73/8 73/13
74/1 78/2 78/7
essentially [2]   71/12 171/19
establish [2]   88/13 93/8
establishes [1]   83/7

**E**

estimate [1]  85/1
etc [2]  174/5 174/13
ethically [1]  155/1
etoh [2]  126/2 130/5
European [1]  178/16
evaluating [1]  114/23
evaluation [6]  120/24 121/16
 121/21 144/22 165/12 171/6
evasive [5]  13/9 14/3 43/22
 45/3 181/25
even [43]  19/17 26/18 30/4
 31/25 34/7 34/21 36/25 61/5
 61/12 65/10 68/19 69/7 78/5
 80/12 82/19 89/1 89/4 89/7
 89/8 90/5 90/8 92/15 93/4
 94/3 128/4 129/9 131/23
 134/18 136/18 148/9 166/10
 168/12 172/7 172/9 172/13
 174/15 175/3 179/23 180/3
 181/13 182/19 187/8 204/19
event [8]  7/2 7/21 42/7
 96/17 125/20 160/13 173/11
 204/11
events [3]  12/4 32/19 178/24
eventually [1]  158/16
ever [8]  6/22 8/13 23/9
 102/16 106/19 187/25 188/6
 191/22
every [22]  12/11 33/8 61/2
 65/10 66/3 66/3 66/5 66/6
 66/7 80/14 80/16 80/19 92/18
 92/19 94/6 139/4 144/18
 156/11 173/16 180/16 182/10
 188/21
everybody [3]  56/9 149/8
 149/9
everyone [4]  160/11 174/1
 174/4 174/21
everything [13]  5/10 6/2 9/6
 10/2 19/8 38/12 86/3 87/12
 88/6 128/14 180/23 191/18
 199/22
evicted [1]  55/4
evidence [73]  8/15 13/17
 22/6 22/15 24/2 26/24 27/1
 27/18 30/12 31/6 32/16 33/10
 39/7 40/4 40/6 42/1 50/4
 51/24 53/11 54/13 55/12
 55/14 56/17 56/21 57/2 57/3
 57/7 57/9 57/13 58/21 62/18
 64/11 69/1 75/22 82/2 82/10
 87/14 87/20 87/22 88/13
 88/14 88/22 89/3 89/14 89/20
 90/18 90/20 91/18 91/21
 91/24 92/1 92/13 92/14 93/7
 96/10 97/14 97/18 98/7 98/12
 102/14 104/23 125/20 163/25
 164/12 165/22 166/3 167/6
 168/11 169/9 186/18 189/23
 194/7 196/14
evidence that [1]  82/2
evidenced [2]  14/1 88/20
evidences [4]  63/7 89/5 90/4
 90/10
evidencing [2]  58/3 88/11
evidentiary [2]  35/12 37/1

exact [6]  52/2 60/17 102/20
 141/15 156/8 162/21
exactly [13]  21/19 73/10
 94/4 106/7 149/10 149/12
 151/19 152/2 158/13 161/20
 181/6 198/20 208/12
examination [20]  2/3 2/4 2/5
 9/1 14/3 43/22 44/6 44/15
 45/1 45/3 84/25 96/8 96/9
 97/13 99/7 147/18 147/24
 148/2 162/1 181/25
examined [1]  131/1
examining [1]  186/7
example [12]  14/15 31/11
 31/14 31/18 54/1 57/1 144/15
 159/16 167/19 193/12 194/25
 197/5
examples [1]  188/11
exceeded [1]  171/7
except [1]  19/9
exception [1]  196/25
excess [1]  179/15
exchange [1]  70/23
excited [2]  90/17 90/18
exclude [1]  124/11
excluded [1]  14/16
exclusion [2]  46/1 58/1
excused [1]  163/17
execute [2]  81/24 142/5
executing [3]  61/24 81/6
 169/2
execution [1]  62/15
exercises [1]  93/4
exercising [3]  78/1 179/8
 188/16
exhibit [41]  2/9 2/9 2/10
 48/7 48/17 48/17 48/19 50/3
 50/4 50/22 51/18 51/23 51/24
 53/6 53/10 53/11 98/1 98/3
 98/14 108/2 110/24 116/13
 119/3 121/23 122/12 128/20
 132/17 134/22 152/7 152/11
 153/2 153/21 153/24 154/3
 155/22 156/17 156/18 156/18
 156/21 156/25 157/10
exhibited [1]  202/10
exhibits [8]  2/7 2/10 9/11
 48/6 57/3 87/8 98/6 164/16
exist [2]  72/6 79/24
exists [5]  33/16 39/10 40/4
 55/14 177/18
expedite [2]  141/6 207/16
experience [3]  32/7 124/22
 171/2
experiencing [1]  126/20
expert [14]  6/13 7/13 7/15
 14/15 19/14 19/15 46/1 65/2
 70/5 102/17 102/22 102/25
 103/5 198/1
expertise [3]  120/20 133/17
 136/13
experts [3]  70/9 70/9 179/18
explain [10]  67/12 92/8
 96/23 112/11 112/23 124/2
 129/19 132/10 137/3 152/21
explained [5]  111/8 129/6
 184/9 204/4 204/6
explains [1]  191/8

explanation [4]  110/23
 132/13 136/12 181/23
explicit [5]  75/5 187/7
 187/10 194/4 195/3
explicitly [2]  13/12 80/1
explosives [1]  174/7
exposure [1]  178/17
expound [1]  96/21
extensive [5]  58/9 121/4
 124/11 189/22 189/23
extensively [1]  166/17
extent [9]  28/2 28/23 40/21
 56/22 133/16 138/12 189/19
 192/21 198/23
extenuating [1]  130/1
extremely [1]  104/12
eye [2]  52/4 137/6

**F**

f'ing [2]  174/21 174/22
F-R-A-T-U-S [1]  167/8
F.3d [5]  59/10 91/2 91/10
 92/24 93/15
face [3]  174/12 180/20
 198/10
Facebook [6]  11/8 19/4 26/3
 61/10 178/22 178/23
facilities [2]  146/13 148/16
facility [40]  116/19 138/4
 139/24 140/9 140/13 140/20
 140/22 140/23 140/24 141/1
 141/7 141/9 141/18 141/22
 142/22 144/10 146/23 148/15
 171/16 184/15 198/18 203/23
 203/25 205/7 205/25 205/25
 206/2 206/11 206/12 206/14
 206/16 206/25 207/7 207/13
 207/16 207/24 207/25 208/1
 208/11 208/14
fact [31]  13/18 14/22 15/20
 20/23 22/9 39/7 40/9 44/12
 46/5 46/17 64/16 68/22 88/25
 96/6 102/13 113/8 128/17
 129/7 133/25 136/7 159/24
 164/23 166/21 167/4 172/17
 182/1 184/25 185/1 185/2
 198/9 201/14
factitious [2]  109/13 110/17
factor [4]  12/8 80/18 182/25
 196/17
factorial [1]  109/1
factors [16]  35/14 38/12
 38/15 79/3 79/13 176/2 181/8
 185/13 189/15 189/25 190/23
 191/5 192/25 193/12 199/3
 199/23
facts [46]  10/25 12/19 12/21
 20/16 23/3 24/1 26/17 26/18
 26/19 26/23 30/2 30/9 30/13
 31/9 32/14 33/14 33/24 34/10
 37/4 37/22 38/2 44/10 50/12
 55/1 55/18 57/7 57/8 57/11
 62/9 67/16 69/1 69/10 69/19
 69/20 69/23 72/6 74/21 76/12
 149/3 164/25 165/1 187/1
 196/19 196/20 196/23 197/19
factual [39]  10/15 10/16
 10/24 12/16 12/23 13/11

# F

**factual... [33]**   13/21 14/6
14/12 14/25 26/9 26/13 29/19
30/1 30/10 31/4 34/3 35/9
38/20 41/6 43/18 46/19 47/10
47/14 55/16 56/12 59/17
59/23 67/9 69/2 73/8 77/18
77/19 84/4 86/25 88/8 92/7
94/11 201/22
**factual objections [1]**   38/20
**factually [2]**   26/12 59/8
**fail [1]**   66/7
**failed [6]**   39/12 39/21 40/13
56/17 56/20 73/24
**fails [1]**   79/7
**failure [5]**   11/2 158/9
158/10 159/12 160/18
**failures [1]**   186/9
**fair [18]**   14/24 38/9 38/17
107/8 120/21 142/7 142/11
145/5 146/5 148/6 151/11
152/18 160/6 160/11 160/22
162/16 162/20 163/6
**fairly [1]**   105/5
**faith [3]**   70/15 71/14 173/10
**faking [1]**   111/12
**fall [2]**   137/9 193/24
**fallout [2]**   68/1 93/22
**falls [2]**   144/1 193/1
**familiar [9]**   33/22 100/14
103/22 105/25 106/3 109/3
109/9 133/16 203/17
**family [7]**   61/18 76/1 148/23
164/6 171/23 174/18 182/7
**far [10]**   10/14 46/17 61/25
84/18 104/6 169/4 187/20
188/5 198/17 199/5
**fashioned [1]**   140/8
**fast [3]**   136/3 137/15 137/16
**fatal [1]**   130/11
**favor [1]**   182/21
**favorable [1]**   181/20
**FBI [37]**   3/10 11/1 11/1
11/11 16/10 16/11 16/17
18/23 19/5 20/7 20/23 21/6
22/12 22/23 23/6 23/11 23/20
45/16 58/17 61/6 61/8 61/10
64/14 67/25 75/14 82/6 93/21
93/25 168/12 168/25 170/10
179/4 187/7 195/23 195/25
196/2 197/14
**FBI's [1]**   21/12
**FCI [2]**   101/17 102/12
**FDA [2]**   107/5 143/18
**FDC [7]**   101/17 141/17 206/24
207/8 207/10 207/19 208/2
**fear [2]**   93/25 196/12
**February [10]**   18/23 52/12
53/13 114/8 115/10 116/14
118/3 118/23 159/16 173/19
**February 12 [1]**   114/8
**February 14 [1]**   115/10
**February 24th [1]**   173/19
**February 28 [3]**   18/23 116/14
159/16
**February 4 [1]**   52/12
**February 9 [1]**   118/3

**feces [1]**   135/17
**fed [2]**   35/7 63/16
**Federal [28]**   1/19 3/23 36/23
65/1 66/8 66/17 75/7 77/6
77/10 90/18 100/19 100/20
101/18 102/18 106/18 106/20
107/14 140/23 141/5 143/9
143/18 180/24 181/1 186/1
201/6 203/20 203/22 209/17
**feed [1]**   158/15
**feeding [2]**   158/15 188/25
**feel [5]**   110/3 115/23 141/19
143/25 150/1
**feeling [1]**   115/5
**feels [2]**   110/13 114/5
**fell [3]**   178/25 192/23
193/25
**felonies [1]**   34/15
**felony [4]**   30/4 76/22 95/17
175/3
**felt [5]**   68/15 103/17 110/21
117/24 140/4
**female [7]**   121/4 132/2 133/6
134/25 140/1 140/2 140/3
**few [16]**   51/8 53/23 103/25
111/8 147/6 147/7 147/8
149/25 153/14 156/13 158/1
158/3 166/20 167/22 174/2
179/19
**fiber [1]**   180/16
**field [4]**   102/21 102/25
133/17 139/13
**fifth [6]**   24/24 59/9 59/10
59/11 72/20 91/2
**fight [4]**   51/16 54/5 55/4
180/17
**fights [1]**   172/9
**file [13]**   6/23 25/16 35/1
37/11 37/12 40/3 41/3 43/15
47/13 88/3 98/13 103/16
209/5
**filed [33]**   6/5 6/21 7/9 8/1
8/11 8/13 8/22 9/6 9/10
25/14 25/15 28/14 34/7 34/8
34/10 37/9 39/3 40/15 48/2
68/8 69/10 80/6 85/22 97/16
97/18 97/20 99/5 151/16
164/8 185/20 186/13 198/2
202/15
**files [1]**   11/25
**filing [18]**   5/18 5/19 5/24
6/1 7/17 9/10 9/21 27/6
41/18 42/4 42/24 74/22 75/1
80/16 169/20 170/6 187/3
187/9
**filings [7]**   7/4 7/22 20/25
21/13 42/8 164/3 164/8
**fill [1]**   142/1
**filled [4]**   56/16 101/11
136/3 145/13
**final [1]**   98/8
**finally [3]**   52/10 136/22
183/4
**find [23]**   45/6 55/3 56/25
60/6 64/25 65/4 65/15 65/23
66/25 70/8 77/8 77/12 87/13
89/5 110/20 117/18 122/6
128/14 167/21 173/16 173/18

**finding [15]**   32/3 32/19
59/11 59/18 74/10 79/2 91/25
152/24 175/20 185/23 187/12
187/15 188/2 189/17 201/14
**findings [6]**   13/11 30/1 30/8
37/1 43/25 59/21
**finds [5]**   24/3 87/21 89/13
125/21 173/12
**fine [7]**   43/6 85/19 94/25
102/21 158/14 177/1 189/18
**fines [1]**   201/1
**fingerprints [2]**   29/3 29/4
**finish [1]**   86/12
**finishes [1]**   85/7
**finishing [1]**   56/11
**firearm [4]**   58/10 81/25 82/2
200/15
**firearms [3]**   75/8 75/19 81/2
**Firebomb [1]**   75/20
**first [56]**   8/5 10/8 10/10
10/16 15/11 16/6 17/2 22/5
26/8 33/4 35/5 36/25 37/15
57/21 58/17 60/24 62/4 64/10
65/6 65/7 65/19 65/22 66/1
66/19 70/3 70/6 70/15 70/21
71/16 71/22 73/16 74/12
76/10 90/12 96/8 96/15 97/15
104/2 108/5 111/3 130/5
131/15 131/16 138/8 139/12
143/2 146/12 149/15 152/7
153/2 161/9 172/5 173/24
174/19 182/3 185/25
**fit [1]**   62/2
**five [13]**   11/10 12/13 53/2
53/15 55/20 95/18 95/20
114/7 147/18 149/23 150/3
156/3 179/13
**five-minute [1]**   55/20
**fix [1]**   25/5
**FL [4]**   1/7 1/17 1/21 1/24
**flashbacks [1]**   174/7
**flawed [1]**   165/23
**floor [2]**   1/16 137/9
**FLORIDA [9]**   1/1 9/12 99/20
122/15 140/23 141/10 173/23
204/15 207/15
**fly [1]**   180/20
**Flynn [1]**   179/8
**focal [2]**   119/14 137/5
**focused [3]**   88/21 151/23
161/18
**follow [4]**   10/1 117/21
164/19 174/15
**followed [3]**   4/4 136/24
139/7
**following [7]**   12/8 50/8
114/15 117/15 121/3 135/7
200/18
**follows [3]**   67/23 111/14
178/2
**followup [8]**   56/12 113/24
113/25 117/9 146/11 159/17
162/7 204/1
**footnote [5]**   74/16 74/21
76/9 187/2 188/12
**footnotes [1]**   103/18
**for acceptance [1]**   201/22

**F**

for interstate [1]   197/1
for the [1]   190/7
foregoing [1]   209/13
forget [5]   10/1 32/8 184/25
  185/1 185/2
forgot [3]   10/1 185/19
  186/22
forgotten [1]   170/8
form [2]   53/4 107/2
forma [1]   202/18
formally [2]   6/23 7/9
former [1]   188/4
formulary [4]   131/20 131/22
  131/24 144/5
Fort [5]   1/17 140/6 140/6
  198/19 203/9
forth [4]   38/2 189/16 189/19
  190/2
forthcoming [1]   14/24
forward [9]   11/25 12/3 43/9
  58/23 92/20 97/4 98/12
  133/14 136/3
forwards [1]   63/21
found [27]   3/20 32/2 35/9
  49/5 54/12 68/19 73/3 75/16
  87/18 89/18 91/11 91/13
  92/12 125/4 128/15 152/4
  160/2 168/16 178/14 178/16
  178/21 180/13 188/3 190/17
  192/13 193/10 194/5
foundation [1]   35/12
four [29]   11/8 15/4 15/12
  16/7 19/1 19/3 46/11 46/23
  46/25 47/1 53/2 58/2 59/2
  62/10 67/1 88/10 88/14 92/2
  108/20 111/2 111/4 113/5
  120/22 139/8 146/21 146/23
  167/13 197/12 201/18
four-level [5]   58/2 62/10
  67/1 88/10 88/14
four-level enhancement [1]
  59/2
fourth [3]   20/12 24/21 69/15
frail [1]   198/10
frame [2]   62/23 160/16
frankly [14]   6/10 17/21
  38/15 60/2 61/2 65/5 70/18
  81/19 91/19 92/15 94/4
  175/24 186/7 188/9
Fratus [1]   167/8
free [4]   28/20 70/23 80/8
  150/1
frequently [2]   35/20 106/9
Friday [3]   117/8 141/25
  202/24
friend [1]   52/25
friends [2]   61/18 164/5
front [7]   11/18 160/4 174/17
  186/9 187/14 187/21 205/1
frontal [1]   124/11
Ft [1]   1/24
full [14]   6/25 7/21 40/24
  41/22 41/25 97/8 107/4
  146/14 148/16 154/22 171/15
  176/10 186/13 189/6
full-time [1]   171/15

fully [3]   83/25 147/11
function [2]   137/10 146/25
functional [1]   109/2
further [15]   20/25 53/21
  55/16 58/20 63/9 67/2 125/23
  126/14 131/6 185/18 190/10
  196/14 199/12 201/8 205/6
furthers [1]   89/19
future [2]   120/15 156/24

**G**

gain [1]   109/19
gallows [1]   80/11
game [2]   38/17 84/17
gap [1]   207/1
Garcia [1]   3/17
gasoline [1]   75/21
gastric [6]   104/7 104/10
  104/22 158/19 159/13 159/14
gastro [1]   158/25
gastro-intentional [1]
  158/25
gathered [1]   47/21
gave [4]   32/5 49/9 87/10
  160/2
general [20]   9/14 60/1 63/4
  67/23 72/21 100/1 100/19
  101/25 106/3 136/24 137/7
  140/1 149/21 150/6 179/8
  185/21 197/7 197/8 197/13
  199/13
generalized [4]   124/7 124/8
  125/7 127/14
generally [6]   99/24 103/22
  104/2 104/3 108/15 198/16
genuine [1]   13/25
Georgia [2]   59/6 99/19
Germany [1]   178/21
get [28]   10/3 11/3 12/25
  23/17 26/21 27/11 32/8 34/12
  41/9 79/1 121/9 121/10
  130/23 135/4 135/21 136/9
  141/8 141/13 141/16 142/4
  143/5 144/10 151/5 151/12
  169/14 171/11 185/5 207/20
gets [5]   73/2 138/9 141/1
  143/11 180/23
getting [11]   8/25 17/24
  59/13 91/5 100/24 112/20
  123/7 141/6 142/10 206/23
  207/16
give [5]   10/13 86/9 145/15
  186/20 192/20
given [15]   36/8 46/8 48/14
  52/6 106/11 107/2 116/7
  122/11 130/18 152/2 158/4
  198/12 198/25 199/7 202/20
gives [1]   205/16
giving [2]   90/22 113/2
glean [1]   193/11
go [67]   9/20 10/3 10/15
  10/20 14/8 16/23 20/9 29/10
  38/8 41/12 42/7 43/9 48/9
  56/10 58/9 60/21 61/8 69/16
  71/21 74/16 78/2 82/8 84/12
  92/18 94/2 96/9 100/4 100/9
  101/5 102/5 102/7 102/14
  114/19 116/21 117/3 125/10

130/10 134/14 139/14 141/14
  143/24 146/11 146/22 148/10
  149/24 152/3 156/11 156/12
  165/20 169/14 174/1 181/13
  184/21 184/22 186/6 204/11
  204/24 205/18 205/19 205/20
  205/21 208/4 208/5 208/7
  208/7 208/23 209/5
goal [2]   138/8 203/20
God [1]   68/3
goes [12]   24/24 65/11 67/8
  67/12 73/2 73/6 75/21 92/6
  92/8 104/4 115/1 118/23
going [69]   4/2 6/12 8/17
  18/12 23/25 38/5 38/6 38/7
  38/10 41/9 42/8 42/11 48/7
  48/23 56/4 56/7 57/9 57/13
  57/17 60/25 61/1 65/25 66/4
  66/14 74/14 79/24 81/20
  84/20 85/13 86/11 87/16 90/2
  98/8 100/3 102/14 102/19
  113/3 115/18 119/2 119/17
  120/12 121/9 122/10 123/4
  125/10 126/14 131/16 132/16
  137/6 137/13 138/13 141/23
  142/25 143/8 143/20 151/4
  156/11 159/16 169/1 174/12
  180/20 183/18 183/24 184/23
  189/21 202/25 206/24 208/14
  208/25
gone [2]   10/2 84/10
good [17]   3/1 3/7 3/11 3/12
  3/15 3/16 3/18 70/15 84/9
  90/11 99/9 99/10 134/23
  136/22 148/4 148/5 173/10
Google [1]   106/16
got [4]   16/18 78/8 161/9
  167/13
gotten [1]   40/19
Government [177]   2/9 2/9
  2/10 2/10 4/14 7/6 7/7 7/8
  8/6 8/20 11/5 13/7 15/22
  17/2 17/19 18/11 20/15 21/14
  21/24 22/22 23/23 25/9 25/14
  25/20 26/3 26/17 27/12 27/17
  27/20 27/24 28/2 28/22 29/2
  30/11 30/18 31/5 32/14 32/23
  33/9 33/14 34/8 34/25 35/2
  36/22 37/24 38/10 39/6 41/18
  42/9 43/16 44/2 46/10 48/11
  48/14 48/16 48/17 48/19 50/3
  50/4 50/22 51/18 51/23 51/24
  53/6 53/10 53/11 54/2 56/16
  56/20 57/1 57/6 57/16 57/24
  58/16 58/21 58/23 60/9 61/2
  62/3 64/10 64/23 65/1 65/16
  65/24 66/3 66/7 67/2 67/17
  68/23 69/3 70/11 70/25 71/6
  71/19 71/23 73/7 73/15 74/5
  74/15 74/24 75/14 76/8 77/6
  77/13 80/7 81/21 83/22 83/24
  85/16 85/18 85/20 86/10 87/3
  87/13 87/18 87/20 87/21 87/22
  89/16 89/16 89/18 94/12 95/2
  96/6 96/7 96/12 96/14 97/2
  98/1 98/2 98/6 98/14 98/24
  98/25 102/24 108/15 108/18
  116/13 122/12 128/20 132/17

**G**

Government... **[37]**  134/22
143/18 152/7 153/21 154/3
155/22 156/20 157/3 157/10
166/21 166/25 167/3 167/8
168/15 170/6 175/13 175/17
176/10 176/13 176/14 181/6
181/16 184/14 187/18 187/22
188/17 188/20 189/1 192/12
193/8 194/1 194/10 197/6
201/24 202/12 205/2 207/3
Government's **[21]**  5/17 5/21
5/23 6/13 6/20 7/4 7/10
14/11 36/25 38/10 48/13 57/3
66/17 73/23 97/6 97/13 108/2
153/1 166/18 175/23 196/8
grabbed **[1]**  52/21
Grand **[2]**  32/3 204/25
grandbaby **[1]**  171/19
granddaughter **[3]**  68/2 93/23
171/15
grandmother **[1]**  49/4
grant **[2]**  68/14 176/3
granted **[6]**  8/1 9/3 64/24
68/12 193/11 202/3
granting **[2]**  199/23 200/4
gray **[1]**  70/13
great **[4]**  47/9 143/17 198/25
202/11
greater **[5]**  94/18 186/18
190/1 202/4 202/8
Grija **[1]**  114/10
Grim **[1]**  114/10
grounds **[1]**  201/18
guaranteed **[1]**  203/6
guess **[7]**  12/25 27/10 54/11
79/16 83/14 106/16 192/20
guidance **[2]**  88/23 171/12
guideline **[27]**  10/4 12/9
14/13 36/2 36/3 70/2 78/17
79/10 79/14 79/24 80/1 80/2
81/12 82/14 83/8 83/19 84/13
90/21 95/8 182/22 190/21
190/24 191/2 191/6 191/23
195/19 201/19
guidelines **[23]**  35/25 36/4
36/16 69/17 73/1 78/15 78/19
79/4 79/15 81/15 82/22 83/18
95/21 100/6 100/12 102/8
138/23 181/6 185/14 189/15
190/15 191/7 191/21
guilt **[4]**  67/9 73/9 92/7
188/2
guilty **[5]**  3/20 4/6 4/10
175/20 190/17
guns **[2]**  61/17 191/24
guy's **[1]**  174/16

**H**

H-O-L-B-R-O-O-K **[1]**  97/10
h/o **[2]**  119/5 132/6
had **[120]**  6/9 7/1 7/4 7/11
14/16 16/20 19/13 26/11
30/25 43/7 45/15 51/8 52/17
56/12 58/16 58/19 59/3 59/4
61/11 63/23 66/21 68/2 68/10
69/19 71/21 73/15 73/18 76/1

78/19 81/22 81/25 85/4 85/19
87/6 87/10 90/5 90/6 91/14
91/15 92/18 92/18 93/8
101/12 104/7 104/9 104/23
105/19 110/6 110/12 120/3
120/12 120/13 125/16 126/16
128/2 131/6 131/22 133/11
134/15 134/16 134/18 135/3
140/3 140/17 144/22 153/6
154/15 155/23 157/11 157/25
158/2 158/16 158/17 159/8
159/11 159/23 159/24 160/11
160/17 161/6 161/9 161/12
161/13 162/15 162/18 163/12
165/10 165/14 166/9 166/12
166/12 166/21 166/22 169/16
170/10 170/10 170/12 170/15
170/16 170/17 177/12 178/23
179/15 182/1 183/20 183/21
183/25 185/20 188/23 188/23
192/9 192/14 195/2 195/23
195/25 202/24 203/8 205/22
207/3 208/12
half **[2]**  111/3 133/12
hand **[2]**  67/17 123/3
handy **[1]**  45/14
Hang **[1]**  80/9
haphazard **[1]**  58/7
happen **[9]**  16/15 16/21 81/10
81/11 115/25 116/1 204/5
204/10 204/11
happened **[6]**  31/3 54/7 69/16
69/22 75/5 154/22
happens **[1]**  204/2
happy **[2]**  79/20 151/16
harassing **[1]**  173/25
hard **[5]**  65/4 80/4 129/24
147/4 149/11
hardship **[1]**  198/10
harm **[28]**  93/25 109/15
155/17 168/5 168/7 168/9
168/10 169/5 169/6 169/7
169/9 169/10 169/18 170/3
170/4 176/7 177/10 177/11
177/11 177/16 177/17 177/20
177/20 177/23 180/8 181/3
181/16 196/8
harmed **[2]**  181/8 196/15
has **[205]**  7/19 11/25 12/5
12/14 20/10 25/12 27/12
27/22 28/11 30/19 33/7 33/9
33/14 36/22 37/12 39/19
40/10 43/16 48/14 49/19
56/17 56/20 57/1 57/6 58/12
61/7 62/9 62/17 64/4 65/16
66/3 67/13 67/16 67/18 67/22
69/15 70/2 70/4 70/11 70/12
71/3 71/5 71/7 71/7 71/8
71/11 71/12 71/12 72/1 72/2
72/7 73/3 73/23 77/18 78/2
80/8 81/14 81/21 85/3 85/10
85/20 85/24 86/3 87/4 87/8
87/11 87/13 87/14 87/22
88/16 88/21 89/2 89/7 89/12
89/13 90/11 91/23 91/25 92/9
92/12 92/12 92/13 92/14 94/6
94/8 94/10 96/6 100/22
101/10 101/17 102/13 104/14

104/15 104/18 104/19 104/24
105/1 105/11 106/21 110/6
110/19 112/7 112/15 113/8
115/3 117/19 118/12 118/12
119/24 120/8 121/14 122/1
122/9 125/1 125/3 128/7
130/22 131/11 133/6 133/11
135/13 139/2 145/8 146/4
150/7 150/17 152/14 153/18
154/21 156/12 159/8 164/2
164/7 165/4 165/14 165/14
165/24 166/4 166/4 166/12
168/4 168/10 169/8 169/9
170/7 170/20 170/21 170/23
170/23 171/3 171/7 171/14
171/23 172/17 172/20 175/5
175/19 176/22 177/6 177/10
177/14 177/15 177/21 181/15
181/15 181/21 182/1 182/3
182/20 183/18 183/20 183/21
184/1 184/11 184/14 185/10
186/10 188/6 188/7 189/13
189/20 190/22 191/1 192/25
194/22 195/17 196/4 196/22
197/2 197/22 197/24 198/4
198/22 199/4 199/7 199/17
199/25 200/3 201/1 201/13
202/21 203/11 204/16 205/23
208/4
hasn't **[5]**  87/21 88/22 94/8
171/1 183/23
hate **[3]**  13/17 172/8 204/13
hateful **[3]**  178/12 178/14
187/7
have **[333]**
haven't **[7]**  53/25 89/10
98/21 98/25 143/16 164/12
173/17
having **[34]**  3/4 46/3 46/5
56/21 77/19 77/20 85/24
87/12 87/18 91/7 111/18
116/4 119/15 123/11 126/20
129/12 130/16 132/14 133/19
140/12 140/14 142/3 144/8
149/16 159/21 160/22 162/4
162/22 173/3 179/5 190/20
197/16 199/20 205/1
he **[118]**  14/16 14/16 20/6
45/18 45/19 46/2 46/14 47/6
49/3 49/3 49/5 59/7 61/22
61/23 63/5 70/5 75/12 75/13
76/12 76/13 76/15 76/17
76/22 77/3 77/5 77/5 77/8
77/9 77/10 80/23 81/1 81/4
81/5 92/25 93/4 93/12 93/13
97/4 109/25 110/7 110/11
110/13 110/15 112/14 112/16
112/19 112/20 113/2 114/2
114/4 117/23 117/24 119/19
119/24 120/11 120/12 120/12
120/14 134/19 155/11 155/13
159/22 159/25 165/8 165/9
165/17 166/19 166/21 166/22
166/22 166/23 167/2 167/4
167/5 167/12 167/12 167/13
171/12 171/22 174/4 174/5
174/11 174/14 176/15 176/15
176/20 176/21 176/24 176/25

**H**

**he... [29]**  177/1 177/1 177/6 177/14 178/13 184/11 184/12 186/8 186/16 186/16 186/17 187/20 187/21 194/12 194/17 194/17 197/8 197/13 198/20 203/8 204/4 204/6 204/9 204/10 205/4 205/7 207/11 207/14 207/15
**head [1]**  180/23
**health [18]**  68/1 85/22 93/23 105/2 105/10 116/23 152/15 165/25 166/10 166/13 171/6 172/21 183/14 193/12 197/23 198/8 198/9 200/23
**healthy [2]**  52/13 138/23
**hear [10]**  28/9 45/21 67/4 68/6 70/20 85/4 168/23 169/6 204/19 209/6
**heard [14]**  10/7 16/11 61/7 82/12 89/10 168/6 168/6 168/7 176/17 186/4 189/6 203/15 205/14 208/19
**hearing [10]**  14/20 45/15 45/22 51/21 65/3 69/5 106/7 166/9 176/12 209/11
**hears [1]**  83/25
**hearsay [7]**  29/22 29/24 29/24 29/25 30/7 54/9 55/13
**heart [3]**  109/20 135/12 166/12
**heated [1]**  179/13
**heavily [3]**  38/16 182/21 183/7
**held [1]**  206/24
**help [6]**  102/6 123/4 123/16 151/17 157/19 178/8
**helpful [1]**  108/13
**her [334]**
**here [92]**  3/14 6/15 20/19 22/2 29/4 30/7 32/13 32/22 34/5 36/15 36/20 37/3 45/17 50/16 54/23 60/20 61/3 61/13 62/1 62/12 62/18 65/14 66/2 66/19 66/23 69/17 70/17 75/6 75/15 76/7 76/12 77/4 86/1 88/25 90/21 91/17 103/7 109/18 110/1 111/1 111/3 111/10 112/7 114/2 115/11 115/13 115/19 118/22 119/4 119/13 119/24 122/25 125/1 126/8 128/5 131/11 132/22 134/9 135/21 135/23 136/23 137/18 145/11 147/10 151/10 153/1 160/13 166/16 166/21 168/8 168/9 169/19 176/15 176/15 176/21 176/25 177/4 179/21 187/10 187/20 187/24 189/4 192/3 194/4 197/21 198/6 204/14 205/2 206/1 207/12 208/12 208/24
**hernia [12]**  104/11 109/2 113/9 113/14 153/13 154/2 159/1 159/9 161/13 162/4 170/17 183/13
**hernia/defect [1]**  113/14
**hernia/functional [1]**  109/2

**hernias [2]**  104/11 159/10
**heroism [1]**  172/8
**hers [4]**  65/9 65/15 65/15 65/17
**herself [7]**  52/24 55/10 71/11 94/5 121/9 170/4 170/19
**hesitant [3]**  141/15 162/23 187/8
**hesitation [1]**  23/2
**hey [1]**  66/9
**HHC [2]**  116/21 116/22
**hid [1]**  11/21
**high [11]**  81/1 112/7 112/11 130/9 138/24 139/14 139/23 155/23 166/11 191/24 191/25
**higher [6]**  100/21 112/15 139/5 139/21 140/15 198/22
**highest [2]**  139/8 191/21
**him [28]**  49/2 49/8 59/5 59/13 61/10 61/10 61/10 75/9 76/16 77/2 77/2 77/5 77/7 77/8 80/10 93/11 117/23 141/23 165/10 167/12 168/7 171/22 174/17 175/5 177/4 186/8 204/7 205/3
**him on [1]**  186/8
**himself [2]**  93/8 205/7
**hire [1]**  169/17
**hired [1]**  165/10
**his [37]**  17/23 18/17 35/22 49/3 49/4 49/4 49/5 50/10 59/6 67/11 68/19 76/1 76/2 76/2 76/12 76/16 76/18 80/24 93/3 93/4 93/10 93/12 93/12 97/15 113/2 166/24 167/3 174/16 174/18 176/24 184/9 186/15 187/18 187/19 187/19 199/1 207/10
**history [68]**  11/15 26/16 27/24 35/23 76/22 84/21 94/23 103/18 103/22 104/2 104/3 104/4 104/12 104/15 104/17 104/18 104/19 105/4 111/4 111/24 112/8 112/12 112/16 113/9 114/23 115/4 115/17 118/9 119/7 121/2 121/4 121/11 121/12 121/24 122/4 122/8 122/9 122/22 130/18 132/4 132/8 132/21 132/25 133/5 133/6 134/25 143/5 146/14 152/22 152/22 156/2 159/14 160/25 166/22 169/22 170/2 170/9 181/19 182/20 183/5 183/11 183/20 183/21 190/6 193/13 197/25 198/5 202/7
**history points [1]**  11/15
**hit [1]**  54/17
**hitchhikes [1]**  60/21
**hitchhiking [1]**  59/5
**hitting [1]**  51/12
**HOLBROOK [22]**  2/2 5/24 84/19 85/7 96/22 97/3 97/6 97/10 99/12 103/4 184/7 184/9 198/1 198/2 198/12 198/15 202/24 203/2 203/19 204/1 206/19 206/22

**Holbrook's [4]**  8/21 97/25 98/2 183/10
**hold [5]**  55/14 84/2 85/2 110/9 137/14
**Holder [3]**  72/21 197/7 197/9
**holding [2]**  58/13 193/6
**holes [1]**  76/2
**home [27]**  11/2 49/3 51/14 52/16 55/3 55/7 61/1 65/12 75/13 75/16 76/5 101/17 114/18 114/19 116/21 116/23 117/1 117/3 121/7 134/4 163/1 163/2 163/7 171/22 174/15 179/5 194/7
**homes [1]**  169/17
**HON [1]**  1/23
**honestly [2]**  30/16 69/11
**honor [70]**  3/7 3/12 3/16 4/16 4/19 4/22 6/4 6/9 6/17 8/2 8/9 16/5 21/11 21/15 21/25 23/18 24/3 27/21 28/11 30/16 31/16 38/22 41/4 41/24 42/17 42/22 43/7 44/21 47/8 47/16 49/21 50/24 55/18 62/4 62/21 67/3 67/23 68/13 74/3 86/7 86/11 94/13 95/3 95/16 96/13 96/18 97/2 102/24 147/14 147/25 149/7 156/15 161/23 161/25 163/17 175/15 176/6 180/9 181/22 181/24 189/8 201/16 202/13 203/15 203/18 203/24 204/12 204/12 204/21 206/17
**Honor's [1]**  96/16
**HONORABLE [1]**  1/11
**hope [1]**  65/21
**hopefully [1]**  99/1
**hoping [1]**  172/23
**Horton [3]**  91/1 91/9 91/10
**hospital [20]**  103/18 117/16 118/18 125/15 134/23 136/22 139/9 153/7 153/15 153/23 154/1 154/14 154/22 157/24 159/17 161/4 161/7 170/11 205/21 205/24
**hospitalization [6]**  121/17 131/1 146/24 146/25 153/20 170/10
**hospitalizations [5]**  121/25 159/5 160/10 160/12 183/12
**hospitalized [2]**  170/13 170/14
**hospitals [1]**  205/22
**host [1]**  124/21
**hostile [2]**  179/16 196/13
**hour [9]**  12/11 60/7 60/13 61/12 64/17 84/11 85/17 86/12 96/6
**hours [4]**  126/6 139/22 143/2 200/9
**house [7]**  16/24 17/13 63/5 65/12 66/20 174/16 179/6
**housed [1]**  206/21
**housekeeping [1]**  97/12
**how [47]**  21/24 22/22 23/9 24/7 29/2 44/6 46/2 56/10 74/18 74/19 75/19 75/20 84/15 84/23 89/8 99/21 100/5

**H**

**how... [30]**   101/9 101/21
104/2 105/2 114/9 117/3
128/10 128/16 135/17 135/17
135/18 141/8 141/13 143/19
146/8 153/2 165/14 168/15
172/20 172/24 174/5 175/8
178/12 181/8 194/5 198/24
199/1 199/8 203/18 204/18
**Howard [4]**   72/20 197/5 197/7
197/9
**however [7]**   16/13 28/13
28/16 57/8 110/18 136/25
195/21
**hum [2]**   22/1 149/20
**hundred [1]**   17/21
**hundreds [1]**   34/24
**husband [6]**   11/18 49/17
49/18 54/10 54/18 171/21
**husband/victim [1]**   54/10
**hypertension [4]**   104/18
121/6 134/23 138/24
**Hypertensive [1]**   135/11
**hyperthyroidism [1]**   104/17
**hypothesize [1]**   178/5
**hypothetical [2]**   98/22 163/6
**hypothetically [1]**   141/16

**I**

**I could [1]**   24/7
**I'd [4]**   55/11 186/24 187/16
209/1
**I'll [1]**   63/12
**I'm [10]**   17/20 38/22 44/21
49/13 74/14 97/19 114/9
116/12 162/23 178/3
**I.D [1]**   2/8
**ictal [10]**   135/5 135/6 135/9
137/19 137/20 161/2 161/3
161/4 161/7 161/10
**ICU [2]**   109/21 132/3
**idea [8]**   64/22 65/20 65/23
72/5 84/9 115/5 136/10
203/19
**ideal [1]**   207/10
**ideas [2]**   70/23 179/25
**identified [1]**   51/6
**identify [2]**   165/17 198/17
**identity [1]**   29/9
**idiosyncratic [1]**   72/5
**illness [4]**   109/15 121/3
132/21 133/5
**illustrative [2]**   192/20
193/21
**imagine [2]**   63/20 83/22
**imbalance [1]**   159/15
**immediate [1]**   140/25
**immediately [2]**   140/24 201/9
**impact [3]**   14/13 171/23
177/12
**impairment [2]**   165/16 165/17
**impede [1]**   145/25
**important [12]**   14/22 21/2
46/6 60/22 62/11 79/8 79/23
80/7 169/10 177/9 199/9
206/1
**impose [5]**   36/3 96/18 172/18

185/15 184/25
**imposed [8]**   59/3 166/16
173/5 190/4 190/7 197/4
201/13 202/15
**imposes [1]**   197/18
**imposing [5]**   166/14 185/8
193/2 196/18 199/16
**imposition [2]**   38/12 59/2
**impossible [1]**   140/22
**impression [2]**   65/19 125/6
**imprisoned [1]**   200/7
**imprisonment [2]**   200/8
201/11
**impromptu [1]**   90/22
**improper [1]**   30/10
**improve [1]**   100/6
**impulsive [1]**   90/16
**in Counterman [1]**   60/3
**in-depth [1]**   145/22
**in-person [1]**   16/20
**inaccurate [1]**   44/1
**inadvertently [1]**   156/16
**incarcerated [5]**   96/20 163/7
170/5 173/12 199/2
**incarceration [4]**   138/1
172/15 196/25 197/4
**incident [3]**   52/11 161/9
170/18
**incidents [3]**   54/16 182/8
182/15
**include [18]**   9/9 29/14 40/11
41/1 41/2 42/20 46/22 57/11
57/17 79/7 79/11 79/12 80/2
115/6 191/3 191/4 200/14
200/19
**included [25]**   12/18 12/22
12/24 14/22 14/23 15/9 15/18
24/4 26/2 26/17 27/22 28/1
30/22 31/2 31/22 38/1 40/17
40/24 41/16 42/3 42/6 46/11
47/1 151/12 152/17
**includes [5]**   9/6 113/8 172/7
172/8 172/9
**including [14]**   9/11 20/22
26/25 42/10 42/15 43/21 79/8
96/2 99/19 104/10 121/6
132/6 164/3 198/23
**inclusion [3]**   27/1 37/22
42/23
**incorporated [2]**   79/13 191/5
**increase [1]**   25/19
**increased [2]**   119/18 119/19
**increases [3]**   178/17 178/22
178/23
**incumbent [2]**   27/24 180/4
**indentation [1]**   52/5
**independent [2]**   40/6 54/4
**INDEX [1]**   2/1
**indicate [10]**   11/4 16/13
37/19 39/11 73/1 105/8
105/19 112/18 132/2 158/4
**indicated [16]**   7/4 57/12
59/14 88/17 98/9 127/25
128/13 145/24 157/2 171/24
176/25 183/18 194/7 196/20
199/5 202/19
**indicates [23]**   17/16 39/9
39/21 40/4 52/2 104/14

113/12 116/17 116/19 117/23
119/17 119/24 121/3 121/24
122/17 122/22 123/23 127/13
134/3 134/24 136/10 145/14
155/19
**indicating [1]**   195/8
**indication [15]**   50/17 110/1
112/6 115/12 118/22 119/4
119/13 120/8 124/24 125/7
125/15 131/11 135/23 136/1
152/12
**indict [1]**   80/8
**indictment [3]**   3/21 4/7 4/10
**indictments [2]**   34/9 168/22
**indigent [3]**   206/3 206/3
206/9
**individual [23]**   9/13 11/6
18/16 18/24 18/24 19/2 30/8
42/3 46/5 61/21 72/7 73/2
75/24 76/21 80/22 81/8
136/13 144/2 149/22 174/4
175/2 187/13 196/23
**individuals [10]**   14/17 26/25
76/13 77/1 80/9 81/9 147/2
169/16 181/12 188/7
**induce [3]**   133/18 133/25
134/1
**induced [2]**   158/10 188/24
**inducing [1]**   109/14
**ineligible [2]**   94/24 95/6
**inexact [1]**   172/10
**infection [6]**   117/3 119/22
119/24 120/4 120/14 159/3
**infections [1]**   159/1
**inference [2]**   82/10 115/19
**influenced [1]**   199/14
**information [65]**   8/2 13/6
15/8 16/16 20/7 26/21 27/12
27/22 27/25 28/6 28/7 28/10
28/12 28/13 28/15 28/16
28/19 34/4 34/23 36/5 39/2
39/3 40/1 40/11 40/17 40/24
42/2 42/4 42/21 42/23 45/9
49/21 50/2 50/16 51/20 71/6
87/9 104/16 105/7 105/16
105/22 106/23 111/23 113/8
115/1 116/9 116/10 116/10
118/8 121/11 122/6 134/17
139/11 140/4 141/1 142/4
142/11 142/14 143/4 144/16
151/18 151/25 152/17 193/11
206/18
**Informations [1]**   34/9
**informed [2]**   20/10 207/4
**ingestion [1]**   126/24
**initially [7]**   20/21 23/11
23/20 62/22 133/8 186/22
206/21
**injected [1]**   183/5
**injecting [1]**   23/3
**injunctions [1]**   169/14
**injure [4]**   3/23 191/16
191/17 197/2
**injured [1]**   169/12
**injuries [4]**   50/11 50/18
52/3 52/8
**injury [7]**   54/3 54/4 54/6
54/7 54/7 109/7 182/12

**I**

**inmates [3]** 100/23 186/12 186/12
**inpatient [1]** 200/22
**input [1]** 125/22
**inside [2]** 53/14 55/8
**insight [1]** 182/1
**insinuation [1]** 155/4
**insofar [1]** 192/8
**Inspector [3]** 9/14 185/21 197/13
**Instagram [2]** 11/8 26/3
**instance [12]** 58/3 65/22 88/11 88/19 88/22 88/23 89/1 89/3 89/4 175/2 188/24 193/21
**instances [1]** 188/21
**instant [1]** 62/9
**instead [7]** 54/23 64/15 64/20 71/8 82/10 196/17 196/17
**Institute [1]** 178/11
**institution [3]** 100/5 100/11 144/18
**institutions [11]** 99/18 100/2 100/4 100/7 100/15 100/22 101/20 102/5 131/22 139/1 148/11
**instructed [1]** 173/9
**instruction [1]** 173/8
**insufficient [6]** 27/19 40/4 55/14 56/24 57/7 73/24
**insurance [2]** 121/6 128/23
**insurrection [1]** 81/4
**insurrection he [1]** 81/4
**intake [3]** 113/21 135/18 143/3
**intend [11]** 8/9 8/14 38/16 67/24 73/17 75/13 82/11 85/11 93/21 96/22 164/10
**intended [12]** 11/12 22/20 24/9 24/15 24/19 59/4 67/19 73/6 82/5 82/7 90/17 192/9
**intending [1]** 76/17
**intends [2]** 39/6 98/24
**intent [18]** 5/21 21/3 22/9 22/16 22/25 23/23 24/2 69/3 69/3 69/6 69/7 81/17 82/18 167/25 172/24 191/9 203/3 208/20
**intention [4]** 17/23 41/24 84/19 97/14
**intentional [3]** 111/11 111/12 158/25
**interactive [1]** 169/21
**intercepted [1]** 80/23
**interest [3]** 17/24 38/9 152/1
**interesting [1]** 137/18
**interfere [1]** 145/10
**intermittent [1]** 124/9
**internet [2]** 3/25 76/6
**interplay [1]** 162/12
**interpret [1]** 113/4
**interpretation [3]** 124/13 137/22 165/1
**interpreting [1]** 192/9

**interprets [1]** 89/8
**interrupt [1]** 176/11
**interstate [5]** 3/22 93/1 191/16 191/17 197/1
**intertwined [1]** 183/1
**intervene [1]** 184/12
**interview [7]** 20/3 45/16 45/18 76/16 82/3 82/17 100/6
**interviewed [5]** 46/14 47/5 76/16 166/22 194/16
**interviewing [1]** 169/2
**intimidating [1]** 173/25
**introduce [7]** 5/21 39/6 48/13 57/9 98/24 99/11 189/1
**introduced [5]** 37/2 60/9 154/13 188/18 189/4
**introducing [1]** 98/23
**introductory [1]** 41/22
**intubated [1]** 158/10
**investigate [4]** 168/13 168/24 180/25 196/11
**investigated [2]** 11/11 168/16
**investigates [1]** 176/23
**investigating [4]** 66/13 168/20 169/1 169/5
**investigation [10]** 3/24 4/13 20/25 27/23 49/2 51/6 62/7 151/21 182/5 201/6
**investigator [15]** 3/13 7/23 20/2 20/10 45/17 45/21 46/12 47/3 47/5 47/6 85/25 151/11 153/8 164/7 165/22
**invoked [1]** 63/3
**involuntary [1]** 121/17
**involve [3]** 7/12 61/16 77/14
**involved [16]** 29/7 58/3 58/6 58/13 66/4 66/8 66/25 74/19 74/19 74/25 75/3 76/10 142/8 142/18 144/11 167/9
**involves [3]** 82/16 88/11 173/21
**involving [2]** 26/1 197/4
**irate [1]** 111/19
**is [930]**
**is the [1]** 25/24
**isn't [1]** 88/5
**issue [27]** 12/25 20/5 21/18 40/10 41/10 46/7 53/22 64/10 64/22 65/19 65/20 69/16 70/17 79/5 93/1 93/10 96/22 120/19 139/20 140/15 140/17 159/6 172/24 173/4 207/5 208/22 209/6
**issued [2]** 158/9 173/2
**issues [31]** 9/15 14/12 53/24 54/14 67/8 69/14 69/15 85/22 92/6 104/24 121/5 139/7 140/10 143/20 145/10 152/13 154/2 158/16 158/20 158/21 158/25 159/15 166/13 172/21 173/8 173/10 183/14 186/12 187/19 193/12 206/4
**it [547]**
**it's [11]** 44/23 44/23 60/24 89/11 107/6 123/8 129/3 129/24 131/15 137/11 153/8
**items [3]** 49/6 97/14 124/21

**its [29]** 11/25 24/14 27/15 28/3 43/24 44/18 62/14 73/7 85/16 87/14 87/18 87/21 87/22 92/21 94/11 96/8 140/8 175/19 180/23 185/8 189/20 191/12 192/13 192/18 192/18 196/19 197/16 199/21 202/2
**itself [4]** 52/7 162/13 202/8 202/21
**IV [1]** 109/19

**J**

**J.D [2]** 70/4 70/9
**jail [11]** 96/18 162/25 162/25 166/16 167/21 170/11 170/12 184/21 184/21 184/22 206/22
**James [1]** 114/9
**January [14]** 9/16 15/7 50/7 61/16 61/21 61/23 80/6 80/15 80/24 97/16 99/23 113/7 122/2 195/3
**January 18 [1]** 50/7
**January 29 [1]** 113/7
**January 5th [1]** 97/16
**January 6 [1]** 15/7
**January 6th [4]** 9/16 61/16 80/6 80/15
**jerk [2]** 63/23 137/9
**Jewish [1]** 167/10
**JFK [10]** 118/3 120/23 121/25 122/15 125/11 127/2 128/21 129/16 131/25 160/22
**job [2]** 168/13 168/18
**Joni [1]** 72/19
**Joyner [1]** 73/4
**judge [46]** 1/11 10/9 17/7 17/20 17/21 23/2 23/25 32/25 34/2 35/4 38/15 40/9 42/11 43/6 44/4 44/19 46/16 47/22 52/7 53/9 53/18 62/11 71/24 72/5 77/22 84/19 93/13 93/17 96/21 97/12 98/8 99/11 107/16 107/20 108/13 163/21 175/14 175/23 176/19 179/21 182/1 183/4 184/17 185/12 203/17 204/8
**judges [2]** 31/2 80/17
**judgment [5]** 92/17 189/20 200/5 202/16 204/12
**judicial [1]** 34/4
**July [10]** 119/2 119/10 202/25 203/1 203/11 203/14 204/15 207/23 208/3 209/5
**July 13 [1]** 209/5
**July 13th [6]** 202/25 203/1 203/11 203/14 207/23 208/3
**July 2016 [1]** 119/10
**June [8]** 3/19 4/9 106/7 134/23 136/4 136/6 161/1 173/2
**June 29 [2]** 134/23 161/1
**June 30 [1]** 4/9
**Jurcik [1]** 129/25
**jury [13]** 3/20 32/3 60/9 69/20 73/22 173/8 173/8 175/19 181/24 187/14 187/21 188/1 191/16

**J**

**jury's [1]** 175/25
**just [82]** 7/18 9/3 10/1
10/23 13/22 17/24 20/18
22/11 22/17 24/18 29/9 30/15
31/12 31/13 33/15 34/15
34/18 40/11 41/22 43/3 43/19
44/12 46/24 47/25 54/9 57/11
59/25 63/1 64/2 64/7 65/10
68/18 74/15 75/9 76/13 78/9
78/12 78/17 81/6 83/10 83/11
85/13 85/18 89/1 93/1 95/5
104/12 108/4 109/13 113/1
114/5 115/11 116/15 120/8
120/14 121/18 122/3 127/9
137/12 139/22 145/5 153/6
153/14 153/16 154/19 154/23
160/6 164/20 173/19 181/12
181/13 181/23 185/8 185/19
190/9 191/1 192/20 193/21
197/4 199/10 206/13 207/4
**Justice [9]** 9/14 9/16 164/9
174/25 175/3 177/25 185/20
185/22 188/6
**Justice's [1]** 80/15
**justification [1]** 19/15
**justify [1]** 187/24
**juvenile [1]** 107/3

**K**

**Kaczynski [1]** 75/8
**Katz [1]** 118/6
**KAYE [161]** 1/7 3/3 3/5 3/14
3/19 3/21 4/6 4/10 4/18 4/24
10/17 10/24 11/1 11/2 11/4
11/7 11/10 11/14 11/23 12/2
12/10 13/9 14/21 15/6 15/15
15/23 16/12 16/18 17/16
18/17 19/18 22/25 24/9 24/18
27/8 27/13 29/6 29/15 32/16
52/6 54/6 54/11 54/17 54/21
54/24 55/14 57/11 58/1 58/5
58/16 61/3 62/24 64/12 64/20
65/4 66/19 67/16 67/17 67/21
68/21 69/12 72/8 73/10 73/25
75/24 76/13 77/13 78/1 79/2
81/20 86/8 90/9 92/12 94/5
96/18 103/11 105/11 105/14
107/11 113/8 114/11 117/19
118/15 119/10 121/19 123/24
128/11 128/17 129/5 130/22
134/4 137/25 138/9 138/19
140/9 140/22 142/5 142/20
144/14 144/23 145/2 146/5
146/10 147/8 148/6 152/14
153/10 155/4 157/11 161/12
162/3 162/14 162/19 163/10
165/22 169/24 171/10 173/2
173/12 177/20 179/1 181/11
181/20 182/3 182/8 182/13
182/17 182/20 183/12 183/14
184/3 186/5 186/16 186/21
188/6 188/8 188/22 189/21
191/15 193/13 195/11 195/12
195/23 198/8 198/14 198/21
199/1 199/11 200/2 200/6
201/8 202/14 202/20 203/1

203/24 204/21 205/15 205/19
206/20 208/23 209/10
**Kaye's [65]** 6/22 6/25 7/5
11/16 13/3 13/8 22/9 22/15
22/25 23/23 27/23 43/21 44/5
44/19 68/17 69/2 71/3 72/23
75/15 77/15 84/21 85/5 85/22
87/23 92/17 93/20 98/10
98/18 98/23 103/21 107/22
111/23 112/12 128/9 138/14
160/8 165/11 167/15 172/2
175/1 175/9 175/21 175/25
177/12 187/25 192/7 192/23
193/16 193/18 193/25 194/19
194/21 195/7 195/16 195/22
196/2 196/4 196/7 196/16
197/21 197/23 197/25 198/5
198/5 199/17
**Kayes [1]** 12/14
**keep [2]** 38/6 196/10
**Keppra [17]** 105/19 106/9
119/5 119/7 131/2 131/9
131/17 133/9 134/9 134/10
134/19 135/14 136/3 136/4
136/7 136/20 143/21
**key [1]** 104/5
**kicking [1]** 174/13
**kid [1]** 180/15
**kill [10]** 59/4 59/7 72/18
121/9 150/19 174/1 174/16
179/6 197/8 197/13
**killing [3]** 76/19 174/4
174/18
**Killingsworth [8]** 72/17 76/8
76/10 166/19 194/11 194/11
194/15 194/16
**Killingsworth's [1]** 194/18
**kind [8]** 9/1 83/3 93/24
110/17 174/1 193/1 198/20
209/3
**kinds [1]** 174/24
**kitchen [1]** 11/21
**knee [2]** 52/5 63/23
**knee-jerk [1]** 63/23
**knew [4]** 18/17 120/7 157/19
198/19
**knife [3]** 11/21 52/24 182/14
**knock [1]** 66/9
**knocked [1]** 126/13
**know [127]** 4/24 6/9 6/10
8/17 9/2 10/21 13/20 16/25
17/15 20/16 21/4 23/8 25/10
27/12 31/1 32/1 32/4 32/5
33/6 34/6 40/19 42/2 45/15
48/18 48/18 50/25 54/12 55/6
55/9 55/11 56/4 56/5 56/9
60/8 60/10 61/7 64/17 66/9
70/1 76/11 77/24 79/23 79/25
79/25 81/21 81/22 82/4 82/6
83/17 84/13 87/1 88/21 89/23
91/4 94/5 97/17 98/23 103/16
106/16 109/16 116/2 116/5
116/17 118/14 118/20 120/7
121/19 121/22 125/24 127/19
129/14 135/8 135/19 135/20
137/13 137/18 141/5 141/20
141/21 142/15 143/11 143/19
145/16 149/5 150/14 151/15

151/19 152/19 153/2 156/8
157/16 158/23 158/23 160/14
160/17 162/23 162/24 163/3
168/17 169/16 169/20 170/6
172/2 172/7 172/10 173/7
173/15 174/1 174/14 175/6
176/15 182/9 187/18 187/19
187/19 187/25 188/12 190/19
191/15 191/18 199/4 205/3
205/20 206/2 206/6 206/10
206/15
**knowing [3]** 66/17 117/1
129/12
**knowledge [3]** 54/4 73/18
150/22
**known [3]** 19/4 132/3 196/21
**knows [10]** 14/15 20/17 21/24
68/8 70/7 75/14 77/24 166/8
166/15 207/4
**KRISTY [2]** 1/18 3/12

**L**

**lab [2]** 103/19 103/19
**lack [4]** 40/6 92/22 112/1
202/6
**lacks [2]** 185/9 185/9
**lag [1]** 203/21
**landed [1]** 190/21
**language [7]** 41/2 43/24 44/3
78/17 112/20 175/22 177/12
**lapse [2]** 138/13 184/16
**large [2]** 94/1 103/16
**larger [1]** 83/23
**Larson [4]** 113/13 113/17
155/12 155/15
**last [24]** 6/4 6/21 8/1 18/6
19/9 19/16 41/18 43/19 44/25
56/12 77/23 85/25 92/3 97/9
121/25 133/12 149/25 156/3
161/12 161/13 162/11 173/14
174/23 179/12
**lasting [1]** 150/2
**Lastly [2]** 187/16 188/17
**late [3]** 6/21 9/6 141/24
**later [14]** 58/20 68/19 84/2
114/18 153/14 159/21 161/6
174/3 174/6 174/9 201/25
203/11 207/23 208/2
**Lauderdale [1]** 1/17
**law [55]** 20/17 29/2 30/4
30/7 30/12 32/6 32/7 32/13
32/24 33/8 36/7 50/18 53/3
53/21 58/24 60/23 70/9 70/9
70/17 72/16 74/19 76/1 76/5
76/15 77/1 77/4 82/17 106/18
106/20 107/14 143/9 167/10
167/11 168/23 176/9 177/14
180/6 180/6 180/24 181/11
182/11 182/24 182/25 190/8
192/4 194/5 194/8 194/16
194/16 195/11 195/13 196/9
196/10 196/13 199/10
**lawful [2]** 180/3 183/2
**laws [1]** 71/15
**lawyers [2]** 70/3 172/22
**leading [2]** 159/12 165/4
**leads [3]** 125/20 125/21
126/13

**L**

**leads displaced [1]**   125/20
**learned [2]**   171/1 183/10
**least [19]**   32/19 40/16 59/6
  70/12 76/11 82/21 89/7 91/12
  103/13 110/12 112/2 115/4
  119/10 128/17 155/19 179/2
  182/18 196/5 196/6
**leave [6]**   10/20 159/18
  163/17 163/22 172/19 202/17
**led [3]**   104/24 159/15 178/22
**left [15]**   16/17 17/12 17/23
  50/10 52/4 56/2 72/21 101/10
  101/13 123/3 124/11 186/25
  187/5 187/6 197/7
**left frontal [1]**   124/11
**left-hand [1]**   123/3
**leg [2]**   51/13 52/5
**legal [33]**   4/20 10/15 12/25
  21/16 25/8 26/8 28/25 44/11
  55/19 55/22 55/23 56/3 56/10
  56/14 57/20 57/21 57/25 58/1
  67/5 67/6 74/7 77/18 77/20
  78/13 82/25 83/14 84/4 86/24
  88/9 92/3 94/11 95/24 143/18
**legally [2]**   83/6 130/17
**legitimate [1]**   178/20
**legitimize [1]**   178/9
**lengthy [1]**   123/20
**less [9]**   29/5 135/6 135/10
  152/1 160/7 187/17 187/21
  206/22 207/10
**lesser [3]**   167/24 172/13
  172/14
**let [32]**   5/9 6/15 9/2 9/20
  9/25 10/20 10/21 16/25 17/2
  17/15 36/12 37/24 38/18
  48/18 48/23 50/25 56/5 67/4
  68/6 77/16 79/1 81/22 82/19
  96/1 110/9 112/4 117/11
  127/18 141/5 176/11 205/3
  205/14
**let's [30]**   6/15 15/1 16/22
  16/23 20/9 29/14 31/14 41/2
  48/17 57/20 67/4 81/5 86/2
  92/24 95/14 105/10 118/1
  120/22 125/10 135/15 137/24
  138/3 138/7 138/16 142/19
  142/21 152/8 156/3 184/17
  204/18
**letter [11]**   5/23 6/1 59/12
  59/13 91/4 91/5 91/7 93/13
  97/15 97/20 118/19
**letters [5]**   5/24 164/5
  171/20 197/12 197/13
**level [44]**   25/18 25/25 26/4
  57/23 58/2 59/2 61/16 62/6
  62/10 62/19 63/8 63/15 64/7
  67/1 69/7 71/19 73/5 73/25
  79/13 88/10 88/14 89/21
  94/22 100/21 138/22 138/23
  139/5 139/8 139/13 139/15
  139/17 139/19 139/21 139/23
  140/15 141/19 146/8 146/14
  146/23 147/1 175/3 191/5
  198/20 198/25
**levels [7]**   25/21 71/18 71/20
  137/4 138/25 139/16 198/16
**lewd [1]**   187/10
**liable [1]**   196/1
**license [1]**   27/3
**lied [1]**   187/21
**lies [1]**   81/16
**life [9]**   11/12 11/13 68/1
  93/23 113/15 150/3 150/10
  150/13 150/24
**life-threatening [2]**   150/10
  150/13
**light [9]**   4/3 40/9 71/17
  84/13 85/22 95/22 96/6 98/10
  102/13
**like [74]**   6/2 6/23 7/21 10/1
  15/19 16/20 23/7 26/15 26/21
  36/23 37/2 39/7 42/12 45/20
  48/3 55/2 61/9 64/17 65/4
  65/9 65/14 65/15 65/17 68/4
  68/5 68/18 71/7 72/4 73/25
  75/25 77/22 81/23 84/10 86/8
  105/20 106/6 106/23 110/11
  110/13 111/17 113/15 114/12
  115/23 117/24 118/18 126/10
  138/20 139/9 140/4 141/19
  141/20 141/21 143/10 148/22
  149/13 149/17 152/3 152/23
  154/8 158/18 163/25 163/25
  168/1 175/15 179/4 179/25
  180/18 181/12 183/4 186/24
  188/19 205/21 206/12 209/1
**like-minded [2]**   179/4 181/12
**likelihood [5]**   39/13 39/22
  81/17 175/5 191/10
**likely [13]**   13/16 90/12
  109/1 129/8 143/22 148/6
  148/9 148/10 150/13 150/14
  158/19 159/11 165/18
**likes [1]**   184/5
**limit [1]**   203/24
**limitation [1]**   36/5
**limited [7]**   28/12 77/25 78/4
  88/19 89/2 96/3 188/10
**limits [2]**   70/14 124/12
**line [7]**   44/25 131/15 131/16
  172/13 180/4 187/6 187/12
**lines [1]**   117/4
**link [2]**   19/3 181/14
**linked [1]**   109/23
**lip [2]**   49/8 50/9
**list [2]**   120/12 132/6
**listed [3]**   83/12 108/21
  129/19
**listened [3]**   197/17 197/25
  198/6
**listeners [1]**   178/15
**listing [1]**   33/8
**lists [6]**   11/15 50/13 120/11
  121/2 130/5 130/13
**literally [2]**   80/10 80/14
**litigation [2]**   18/11 93/9
**little [43]**   41/21 45/8 58/3
  58/6 60/5 61/14 61/25 62/8
  62/17 63/24 64/23 65/1 65/18
  66/16 66/25 70/12 76/3 86/5
  88/11 88/20 88/22 89/3 89/5
  89/11 89/14 90/4 90/20 90/24
  91/7 91/12 91/21 101/23
  137/4 138/22 139/16 198/16
**live [5]**   61/24 113/14 114/12
  168/21 171/17
**lived [1]**   68/3
**lives [1]**   171/16
**loaded [1]**   141/1
**local [6]**   72/18 140/20
  162/25 162/25 205/25 206/11
**locally [1]**   205/17
**location [1]**   101/19
**locations [3]**   58/13 60/15
  75/17
**locked [1]**   146/21
**logistically [1]**   140/21
**long [11]**   23/9 41/17 84/23
  99/21 101/21 141/8 141/13
  149/25 165/14 171/10 172/20
**longer [6]**   85/20 117/15
  117/24 136/8 163/19 179/13
**look [35]**   6/15 38/6 38/18
  39/17 39/18 39/19 40/7 42/8
  43/12 62/1 81/17 82/4 95/14
  103/15 103/17 106/23 107/1
  113/12 125/4 128/7 131/23
  136/2 138/20 139/12 139/13
  143/19 145/12 150/1 151/14
  157/18 164/17 173/16 181/7
  202/22 206/6
**looked [8]**   50/25 116/16
  149/6 149/11 153/18 157/16
  158/18 159/22
**looking [16]**   13/16 15/2 18/7
  20/4 21/23 45/7 50/23 75/1
  108/5 108/6 111/1 121/23
  149/15 151/20 157/19 167/23
**looks [3]**   26/15 93/20
  105/20 106/6 106/23 109/18
  110/11 110/13 118/17 126/10
  132/12 154/8 177/11
**Lopez [2]**   93/1 93/10
**Los [2]**   11/17 12/1
**lose [2]**   137/9 150/8
**loss [2]**   136/24 137/7
**lost [2]**   78/8 137/12
**lot [18]**   75/7 146/4 151/8
  151/9 151/18 153/18 158/18
  158/20 159/4 159/15 160/24
  166/7 166/17 169/18 171/14
  189/3 192/11 192/12
**lots [1]**   166/5
**love [2]**   74/13 174/21
**love if [1]**   74/13
**low [7]**   62/12 89/17 112/15
  112/16 139/15 181/6 185/14
**lower [5]**   52/4 119/22 120/4
  120/18 145/16
**lowered [1]**   120/9
**lowering [1]**   120/16
**lunch [7]**   56/4 56/10 84/11
  84/16 85/17 86/4 96/6
**luncheon [1]**   86/21
**lying [1]**   172/8

**M**

**ma'am [3]**   5/3 5/6 108/3
**machine [1]**   187/1

**M**

**made [39]**   4/5 10/23 11/5
11/5 17/5 46/3 53/19 60/18
63/4 68/2 71/11 76/1 77/18
77/24 83/10 87/13 89/17
92/14 94/11 104/14 142/3
142/3 156/17 156/21 159/22
159/25 177/9 179/7 179/8
179/14 180/6 180/22 187/11
193/19 194/2 195/3 198/22
201/17 205/23
**made reference [1]**   63/4
**magazines [1]**   81/1
**mail [8]**   11/3 16/18 16/19
16/19 17/22 72/20 197/7
201/5
**mailing [1]**   59/13 91/6
**mails [1]**   167/11
**main [2]**   23/5 121/17
**maintain [11]**   12/20 49/21
82/20 95/24 102/6 102/7
201/16 201/19 201/21 201/22
202/9
**maintained [1]**   69/22
**maintains [1]**   11/12
**major [2]**   114/10 139/10
**majority [2]**   66/6 75/18
**make [52]**   4/25 5/4 5/6 6/12
6/24 8/14 9/25 10/22 13/11
16/4 25/13 25/13 28/4 28/20
42/18 43/16 43/24 58/9 58/10
59/17 59/20 61/9 67/9 76/6
78/9 81/9 81/10 82/19 84/12
85/17 85/23 86/17 94/18
100/4 100/11 101/12 108/6
117/11 120/2 129/3 141/22
141/25 146/20 154/21 162/11
164/1 176/16 192/6 205/10
205/11 208/13 209/6
**make reference [1]**   6/12
**makes [7]**   70/22 78/4 92/21
109/6 110/15 111/13 132/21
132/25 178/19 205/13
**making [21]**   49/22 50/1 59/5
66/10 67/24 72/13 77/1 77/11
79/16 83/7 83/23 91/15 108/4
109/13 120/8 156/16 175/20
177/2 180/11 184/18 207/25
**malingering [10]**   109/9
109/11 109/12 111/5 111/9
111/11 112/8 112/17 153/22
183/17
**malnutrition [2]**   104/10
158/21
**malpractice [1]**   117/1
**man [1]**   93/11
**management [3]**   113/23 115/12
116/11
**mandatory [1]**   200/13
**mania [1]**   110/11
**manic [4]**   110/3 110/14
152/13 166/2
**manifest [1]**   93/18
**manifested [1]**   93/8
**manner [5]**   49/8 190/13
199/19 200/20 201/15
**many [28]**   14/12 22/12 22/23

23/10 74/24 74/19 80/23
80/23 101/9 104/9 105/1
121/15 128/10 128/15 128/16
130/9 135/17 149/11 161/19
188/11 191/23 192/2 192/10
192/10 192/17 192/24 195/2
196/20
**maps [1]**   194/6
**March [3]**   129/17 132/1
160/20
**March 23 [1]**   129/17
**March 27 [1]**   132/1
**marijuana [32]**   12/11 105/18
105/24 106/13 106/13 106/22
107/9 118/11 118/15 118/20
118/24 120/17 133/10 134/19
135/16 136/13 136/16 143/9
143/15 143/17 162/13 162/14
162/16 162/19 162/21 163/11
184/2 184/4 184/6 184/6
184/23 185/4
**mark [10]**   1/14 2/2 3/7 5/23
48/6 48/17 97/10 98/14 99/12
198/1
**marked [5]**   48/19 50/4 51/24
53/11 98/6
**marketplace [1]**   179/25
**marks [4]**   53/5 53/15 53/16
53/17
**Marshal [2]**   203/13 208/15
**Marshals [8]**   204/14 206/5
206/7 206/20 207/19 208/5
208/7 208/10
**mass [2]**   75/24 178/5
**Massachusetts [1]**   167/10
**match [1]**   90/18
**material [2]**   69/10 201/3
**matter [11]**   3/2 6/4 52/9
62/10 72/5 72/24 90/2 98/8
177/3 181/9 209/14
**matters [7]**   8/23 28/3 47/21
48/1 59/22 97/13 176/23
**may [83]**   3/1 6/17 8/2 8/13
14/10 14/13 14/13 15/7 19/25
21/25 36/5 41/8 46/9 48/21
48/24 51/2 62/21 63/14 64/9
65/18 70/19 73/10 73/11 74/3
75/4 77/23 79/11 79/14 80/3
80/14 82/15 83/18 83/24
86/22 90/7 90/7 93/2 93/7
95/5 97/4 97/11 100/24
105/17 105/20 106/8 106/24
107/23 111/25 116/7 116/8
116/9 126/5 126/17 128/12
129/24 131/24 135/8 135/8
138/23 142/17 147/22 147/25
148/1 149/7 152/8 153/13
162/7 162/7 163/15 163/22
173/23 174/10 174/19 178/6
186/24 189/12 191/3 191/6
198/10 199/13 202/17 203/15
206/4
**maybe [25]**   8/24 17/24 21/22
22/14 48/7 55/10 61/11 63/22
65/21 80/11 91/13 106/6
112/15 158/23 169/1 172/10
179/13 180/21 181/12 181/13
192/15 198/21 204/18 207/5

**MDs [1]**   115/12
**me [64]**   5/9 5/10 6/15 9/2
9/20 9/25 10/13 10/20 10/21
13/7 13/20 14/8 17/2 19/25
36/8 37/24 38/18 38/23 41/10
41/21 48/18 48/24 49/14
50/25 63/14 67/4 68/6 74/13
77/16 79/1 84/15 94/17 96/1
98/12 99/1 104/25 110/9
112/4 115/19 116/25 116/25
117/1 117/10 117/11 117/11
117/21 123/4 127/18 128/13
131/3 133/22 133/24 144/16
146/11 149/12 149/13 152/1
159/22 160/4 161/20 166/1
174/22 176/11 177/8
**mean [20]**   14/2 66/13 75/12
75/21 76/16 77/13 80/7 82/3
88/5 102/2 110/8 110/16
113/4 114/2 119/14 119/23
130/6 130/7 130/14 168/18
**meaning [2]**   130/22 135/9
**means [10]**   37/11 68/16 88/24
117/12 119/6 119/15 119/19
124/2 129/21 137/3
**meant [12]**   63/13 76/24 110/7
112/11 112/23 129/19 132/10
155/24 166/23 194/17 195/11
195/12
**measure [1]**   123/8
**measures [2]**   7/7 7/11
**media [11]**   3/24 10/18 15/11
63/18 64/3 64/4 67/24 76/11
179/3 188/5 194/12
**medical [178]**   5/22 6/6 6/22
8/7 9/13 9/15 12/10 41/16
41/25 42/10 42/16 42/20
50/1 84/21 84/21 85/5 96/23
98/10 98/19 98/23 99/12
99/17 99/21 100/2 100/4
100/11 100/13 100/14 100/17
100/19 100/20 100/21 100/23
102/5 103/8 103/21 103/22
103/23 104/2 104/3 105/3
105/18 105/23 106/13 106/15
106/22 107/9 107/23 108/14
109/8 110/12 110/20 110/23
111/24 112/12 113/7 114/23
114/24 115/17 115/17 116/3
116/3 117/19 118/2 118/3
118/20 118/24 120/23 120/23
121/5 121/11 121/12 122/7
122/15 125/11 127/2 128/9
128/21 129/16 131/25 132/4
132/13 132/18 133/10 134/9
134/14 134/19 136/8 136/16
137/24 138/24 138/25 139/2
139/23 140/11 140/24 141/16
141/18 142/8 142/22 143/1
143/4 143/9 143/15 143/17
146/9 147/3 147/5 147/12
148/15 148/16 150/2 151/4
151/23 151/25 152/5 155/1
155/7 155/19 156/1 156/19
156/25 158/2 158/18 162/13
162/16 162/19 163/11 164/25
165/21 166/8 166/13 172/21

207/22

## M

**medical... [45]** 174/22
182/16 182/18 183/5 183/7
183/11 183/15 183/19 183/25
184/11 184/15 184/19 185/2
185/13 185/24 186/2 186/9
186/12 187/19 189/3 190/12
197/25 198/5 198/10 198/11
198/14 199/18 200/2 202/6
203/20 203/22 203/22 205/21
205/22 206/2 206/4 206/4
206/8 206/14 206/16 206/23
207/7 207/13 207/25 208/1
**medical care [1]** 9/13
**medical complications [1]**
158/18
**medically [9]** 138/19 155/2
155/5 158/10 184/4 184/5
188/24 198/10 199/2
**medication [38]** 56/8 104/17
105/6 105/8 105/9 105/15
105/23 115/7 117/2 119/8
119/11 119/16 119/17 120/18
122/1 122/2 126/23 128/22
130/21 131/20 134/15 134/20
135/16 136/14 136/19 141/25
142/2 143/13 143/14 143/22
144/4 145/9 146/12 155/25
156/5 163/3 163/13 183/23
**medications [31]** 106/1 106/4
106/4 114/4 121/10 124/21
126/18 126/19 126/25 129/7
129/9 129/10 131/22 134/4
143/5 143/6 143/23 143/24
144/5 144/11 145/10 145/11
145/12 145/13 145/18 146/1
146/4 156/3 183/20 184/7
184/25
**medicinal [8]** 107/9 118/15
135/16 136/13 162/14 162/21
184/4 184/23
**medicine [10]** 102/21 102/22
102/23 103/1 103/5 113/3
113/4 141/23 148/24 149/22
**medicines [1]** 131/14
**medium [1]** 139/14
**meds [4]** 114/19 114/22 126/5
131/13
**meet [5]** 11/2 16/12 73/24
115/3 147/12
**meeting [1]** 147/5
**meets [1]** 74/11
**member [1]** 45/19
**members [2]** 61/18 182/7
**memorandum [6]** 5/12 9/16
66/8 167/3 168/15 179/14
**memory [1]** 90/11
**mental [5]** 152/15 165/25
171/6 183/13 200/23
**mention [1]** 9/23
**mentioned [16]** 13/23 28/12
37/13 43/20 76/11 106/13
110/12 131/13 142/12 144/3
146/23 152/4 153/10 161/1
172/1 203/8
**mentioning [1]** 38/23
**mentions [1]** 72/19

**Meredith [4]** 80/21 195/1
195/1 195/4
**Meredith's [1]** 195/6
**merely [2]** 47/24 63/21
**message [23]** 11/3 17/4 17/5
17/13 17/14 17/14 17/17
17/22 61/10 63/12 63/16
63/18 64/2 64/4 64/6 64/7
65/11 72/20 90/15 185/7
185/7 187/6 197/8
**messages [12]** 80/23 174/1
174/3 174/6 174/9 174/10
174/17 174/20 179/16 186/25
187/4 187/11
**met [11]** 49/2 51/5 52/12
57/1 87/14 87/18 87/21 87/22
89/20 92/12 143/1
**metabolic [1]** 158/21
**Miami [15]** 141/17 142/12
198/23 204/5 206/24 207/8
207/10 207/19 207/21 208/2
208/4 208/7 208/8 208/10
208/15
**Michael [7]** 49/2 49/15 49/16
49/18 50/8 50/10 50/11
**microphone [4]** 42/19 97/8
101/3 149/9
**mid [2]** 146/14 204/15
**mid-level [1]** 146/14
**middle [7]** 9/12 53/15 72/15
111/4 173/18 173/22 174/16
**might [7]** 24/8 70/20 108/13
150/24 152/21 201/3 204/17
**Mike [1]** 80/9
**mild [3]** 112/8 112/17 112/22
**mile [1]** 80/24
**military [1]** 172/8
**MILITELLO [7]** 1/18 2/4 3/13
46/18 72/24 156/16 177/10
**Militello's [1]** 19/13
**milligrams [6]** 119/5 119/8
119/18 119/19 119/20 119/21
**mind [3]** 43/9 90/4 110/9
**minded [2]** 179/4 181/12
**mindful [2]** 172/17 193/2
**minds [2]** 32/10 178/9
**minimal [1]** 138/24
**minimum [3]** 37/25 70/10
146/18
**minimus [3]** 167/16 191/25
196/7
**minor [3]** 11/19 49/3 79/5
**minute [5]** 19/25 41/7 55/20
55/21 95/5
**minutes [10]** 48/23 60/8
60/19 85/1 86/15 147/18
147/19 149/23 150/3 150/13
**mirrors [1]** 172/12
**mischaracterization [1]**
10/18
**misdemeanor [1]** 54/11
**misdemeanors [4]** 30/4 34/14
34/21 37/11
**misinterpretation [1]** 89/9
**misrepresented [1]** 7/3
**missed [1]** 78/14
**missing [2]** 65/14 177/19
**missions [1]** 114/11

**Mississippi [1]** 99/20
**mitigating [1]** 193/12
**mixing [1]** 126/23
**modest [1]** 208/13
**modified [1]** 170/21
**moment [8]** 4/2 10/13 42/11
107/16 135/15 142/24 162/3
176/11
**momentary [1]** 59/14
**moments [2]** 103/25 111/8
**Monday [1]** 207/6
**money [1]** 51/9
**Monitor [1]** 126/6
**monitoring [2]** 125/19 146/8
**Montgomery [1]** 102/18
**month [6]** 12/13 134/11 139/4
166/20 187/17 189/1
**months [30]** 7/2 7/6 20/23
22/7 22/12 22/23 23/8 23/8
23/10 58/11 60/2 94/24 111/3
127/10 139/4 161/13 166/20
170/4 171/7 173/19 174/8
174/25 174/25 185/16 190/21
195/5 197/10 197/15 200/7
201/10
**mood [1]** 145/20
**moot [1]** 21/18
**more [83]** 14/17 21/17 23/18
25/19 26/1 29/9 45/8 47/14
55/20 61/12 61/25 65/13 66/5
66/22 66/23 66/23 71/11 75/6
76/18 77/5 77/14 84/1 85/14
88/1 88/24 90/3 90/4 90/12
90/24 91/7 96/23 110/21
111/11 111/11 113/3 114/6
114/12 114/12 114/21 114/21
115/6 115/7 115/21 116/4
121/14 128/12 131/11 131/17
131/18 132/11 134/21 139/2
139/21 140/16 143/12 143/16
144/11 145/22 150/2 151/23
152/9 156/13 160/13 160/15
161/18 166/20 166/23 167/1
171/9 174/3 174/6 174/17
178/19 184/7 184/10 187/10
187/20 188/5 189/3 194/4
194/19 195/6 207/12
**Moreover [1]** 182/16
**morning [12]** 3/1 3/2 3/7
3/11 3/12 3/15 3/16 3/18
85/21 87/6 98/11 135/23
**Mosques [1]** 75/25
**most [27]** 79/6 85/25 103/17
104/15 105/7 105/22 131/18
137/8 140/18 143/22 144/19
155/13 161/16 167/4 170/18
175/8 186/4 190/13 193/17
194/21 194/21 195/16 196/4
196/5 199/2 199/18 200/2
**mother [3]** 27/8 27/13 52/16
**mother's [1]** 55/4
**motion [37]** 5/13 5/16 5/23
6/5 6/20 7/9 7/25 8/11 8/17
9/3 9/6 59/22 62/6 68/9
68/10 68/11 68/14 68/24
69/11 69/13 69/20 74/8 78/21
84/6 85/3 85/5 85/8 96/3
149/1 164/3 164/18 176/3

**M**

**motion... [5]**   188/11 191/13
199/23 200/4 209/5
**motions [1]**   69/14
**Motiram [1]**   122/1
**motivation [1]**   59/6
**move [14]**   25/11 43/12 56/3
56/11 56/14 57/20 67/5 86/2
98/12 98/15 110/24 118/1
120/22 169/15
**moved [2]**   140/20 190/22
**movement [1]**   126/13
**movements [1]**   111/19
**moving [4]**   98/11 121/6
133/14 137/6
**Mr [6]**   2/3 2/5 48/21 164/18
170/7 181/5
**MRI [1]**   103/20
**Mrs [5]**   69/2 148/6 167/15
173/12 186/16
**Mrs. [66]**   3/14 6/22 6/25 7/5
13/3 13/8 13/9 14/21 16/12
16/18 18/17 22/15 24/9 27/8
29/6 32/16 43/21 54/6 54/11
54/17 54/21 54/24 55/14
57/11 61/3 64/12 64/20 65/4
66/19 68/17 68/21 69/12 71/3
75/24 76/13 77/13 77/15 79/2
81/20 85/22 86/8 96/18 98/23
107/11 152/14 153/10 155/4
157/11 160/8 161/12 165/11
165/22 169/24 171/10 172/2
173/2 175/1 175/9 186/5
186/21 187/25 188/6 188/8
188/22 193/13 208/23
**Mrs. Kaye [48]**   3/14 13/9
14/21 16/12 16/18 18/17 24/9
27/8 29/6 32/16 54/6 54/11
54/17 54/21 54/24 55/14
57/11 61/3 64/12 64/20 65/4
66/19 68/21 69/12 75/24
76/13 77/13 79/2 81/20 86/8
96/18 107/11 152/14 153/10
155/4 157/11 161/12 165/22
169/24 171/10 173/2 186/5
186/21 188/6 188/8 188/22
193/13 208/23
**Mrs. Kaye's [18]**   6/22 6/25
7/5 13/3 13/8 22/15 43/21
68/17 71/3 77/15 85/22 98/23
160/8 165/11 172/2 175/1
175/9 187/25
**Ms [126]**   2/4 3/19 3/21 4/6
4/10 4/18 4/24 10/17 11/1
11/4 11/10 11/14 11/16 11/23
12/2 12/10 12/14 15/15 15/23
17/16 19/13 19/17 22/25
24/18 27/13 29/15 44/5 44/19
46/17 52/6 58/5 58/16 67/17
72/22 72/24 73/25 75/15 85/5
90/9 94/5 98/9 98/18 103/10
103/21 105/14 112/12 113/8
114/11 117/19 119/10 121/19
123/24 128/9 128/11 128/17
129/5 130/22 137/25 138/9
138/14 138/19 140/8 140/22
142/5 144/14 144/23 145/2

146/5 146/25 147/8 156/16
162/19 163/10 175/21 175/25
177/10 177/12 177/20 181/11
181/20 182/3 182/8 182/13
182/16 182/20 183/11 183/14
184/3 189/21 192/7 192/23
193/16 193/18 193/25 194/19
194/20 195/7 195/11 195/12
195/16 195/22 196/2 196/4
196/7 196/16 197/21 197/23
197/25 198/5 198/5 198/8
198/14 198/21 199/1 199/11
199/17 200/2 201/8 202/14
202/20 203/1 203/24 205/15
205/19 206/20 209/10
**Ms. [32]**   3/5 10/24 11/2 11/7
22/9 22/25 23/23 27/23 58/1
62/24 67/16 67/21 72/8 73/10
78/1 84/21 87/23 92/12 92/17
93/20 105/11 107/22 111/23
118/15 134/4 142/20 162/3
162/14 179/1 191/15 195/23
204/14
**Ms. Kaye [22]**   3/5 10/24 11/2
11/7 58/1 62/24 67/16 67/21
72/8 73/10 78/1 92/12 105/11
118/15 134/4 142/20 162/3
162/14 179/1 191/15 195/23
204/14
**Ms. Kaye's [10]**   22/9 22/25
23/23 27/23 84/21 87/23
92/17 93/20 107/22 111/23
**much [35]**   23/5 59/23 63/19
66/5 74/17 75/6 77/14 81/21
84/16 85/14 85/22 88/21
88/22 88/23 91/13 93/14
100/24 116/10 130/19 131/17
139/5 146/21 151/25 160/12
163/15 165/20 167/1 177/18
182/18 186/7 187/9 194/4
194/19 198/11 209/10
**multi [2]**   109/1 139/17
**multi-level [1]**   139/17
**multiple [21]**   58/11 58/19
76/10 81/1 81/11 104/11
104/11 110/6 121/5 121/24
131/6 153/19 158/2 158/18
159/9 166/9 166/22 167/5
179/3 183/12 194/12
**multitude [1]**   194/22
**Munchausen [4]**   109/6 109/14
110/4 153/10
**Munchausens [9]**   109/2 109/3
109/11 109/17 109/24 111/9
115/6 153/4 153/5
**muscle [1]**   124/11
**music [3]**   68/23 90/14 91/20
**musings [1]**   63/1
**must [12]**   37/1 59/16 88/19
88/20 190/5 190/14 193/23
196/19 202/15 207/23 207/24
208/2
**my [86]**   9/22 10/1 13/5 13/5
14/10 15/10 17/7 18/10 18/15
20/2 20/6 20/20 20/21 23/2
26/14 27/10 29/18 32/7 33/12
33/21 36/24 41/15 45/17
45/21 48/14 54/16 57/12

67/24 68/1 68/2 68/2 74/16
74/16 74/18 74/22 78/23
78/24 80/19 83/14 84/2 84/19
84/25 85/1 85/25 90/20 97/13
100/1 101/10 101/17 101/24
106/19 120/20 125/9 137/21
139/11 139/13 139/18 141/3
141/11 142/12 142/15 142/21
143/8 144/7 149/2 150/22
151/11 153/8 157/14 161/17
163/6 164/7 169/20 170/8
171/8 175/15 179/14 180/16
180/17 183/1 184/20 184/22
203/19 204/22 206/18 206/20
**my recommendation [1]**   139/18
**myself [1]**   209/2

**N**

**name [7]**   28/14 28/17 30/15
51/6 82/19 97/8 97/9
**named [1]**   168/12
**namely [1]**   35/13
**names [1]**   174/22
**Nancy [2]**   81/5 195/4
**narcotic [1]**   130/13
**narcotics [9]**   112/8 112/17
112/23 119/22 120/1 120/16
130/15 130/16 130/17
**narrative [3]**   31/4 31/6
37/14
**narratives [8]**   12/5 29/19
30/11 37/20 38/13 38/14
47/12 201/23
**narrow [2]**   62/2 177/10
**national [1]**   176/23
**nature [13]**   22/14 55/6 71/12
72/10 158/22 176/6 181/18
190/5 192/1 193/17 196/3
197/22 199/16
**nausea [1]**   157/25
**near [1]**   193/18
**nearly [1]**   12/11
**necessarily [4]**   34/23 146/25
177/2 196/21
**necessary [10]**   6/11 8/18
84/2 97/17 143/25 162/7
179/9 184/5 190/1 202/8
**neck [4]**   50/10 52/4 104/24
130/19
**need [42]**   10/6 14/7 14/10
25/12 25/22 32/18 48/23
59/20 66/11 76/19 80/3 84/16
86/4 86/5 112/8 112/22
114/12 137/14 139/6 139/7
139/14 140/25 141/23 146/19
162/7 163/18 166/23 169/14
169/14 169/15 169/15 174/15
182/23 183/2 190/7 190/16
199/9 199/17 206/4 206/6
206/6 208/16
**needed [12]**   7/12 70/18 91/5
101/19 101/20 144/19 145/3
146/18 166/11 186/5 190/12
209/2
**needing [1]**   199/5
**needs [20]**   26/10 44/12 84/22
113/24 114/24 114/25 115/3
115/17 143/1 143/12 144/15

**N**

needs... [9]   147/3 147/5
147/12 155/7 177/9 184/11
198/14 200/2 202/6
negative [2]   106/24 178/14
neighbor [2]   167/5 182/7
neighbors [1]   51/16
neither [2]   134/5 192/13
nervous [1]   86/8
neurologic [2]   103/20 126/15
neurological [1]   165/16
neurologically [1]   165/23
neurologist [12]   125/9
133/10 133/18 134/10 144/7
144/14 145/19 146/3 148/19
158/24 186/6 186/17
neurology [5]   125/21 125/22
144/10 148/22 149/19
neurology input [1]   125/2
neuropsych [1]   144/22
neuropsychological [1]   198/6
neuropsychologist [4]   164/5
165/8 170/8 171/9
never [16]   4/5 7/9 11/12
17/8 17/23 34/7 65/7 68/4
68/24 68/25 83/16 133/20
181/21 185/10 185/10 195/11
nevertheless [3]   13/8 88/6
193/13
new [5]   12/12 75/25 134/10
168/19 173/1
newer [3]   106/10 106/11
131/14
news [3]   9/15 178/24 179/15
next [17]   16/8 18/7 20/9
25/1 25/6 25/8 41/12 54/14
54/18 55/24 56/11 74/14
115/8 123/19 129/16 134/11
174/8
Nicholas [3]   197/11 197/12
197/15
Nicole [2]   3/16 23/17
night [4]   6/5 6/21 8/1
174/16
nine [4]   42/24 45/13 110/25
118/1
Ninth [1]   93/15
no [132]   1/3 4/22 5/6 7/13
13/7 14/19 15/25 16/18 19/15
30/1 34/6 34/14 37/8 37/11
37/13 38/3 39/13 39/16 39/22
39/25 40/3 40/9 40/14 40/15
40/23 41/3 42/1 42/17 43/15
47/13 47/14 48/1 48/11 54/25
58/3 60/11 62/8 62/18 63/24
64/11 65/9 66/19 67/3 68/18
69/9 71/5 71/21 73/18 78/5
78/23 79/3 80/17 82/2 82/16
82/17 82/18 82/18 82/19
85/11 87/3 87/19 88/3 88/12
88/20 88/22 89/3 89/5 89/10
89/14 90/4 90/20 90/22 90/22
91/7 91/11 91/21 92/17 97/23
97/24 103/3 105/22 110/23
113/18 114/18 116/6 117/15
118/22 118/22 119/1 124/13
124/20 124/24 125/4 125/9

125/20 125/22 126/6 126/14
127/18 128/2 129/14 132/13
132/13 136/8 136/10 147/9
148/23 151/1 152/16 153/20
155/7 155/17 158/5 163/20
166/16 167/21 167/25 168/9
168/10 169/9 170/2 182/1
187/6 187/15 188/19 195/10
196/14 198/7 201/5 203/10
207/23 208/2
nobody [4]   139/22 177/14
179/21 179/23
nol [25]   29/25 31/20 31/24
32/2 33/19 34/5 34/7 34/12
34/13 34/18 34/25 37/8 37/11
39/8 39/11 39/17 39/20 40/1
40/13 41/3 43/15 47/12 48/1
88/2 88/2
nol-prossed [8]   29/25 31/20
31/24 34/25 37/8 39/11 40/13
48/1
non [10]   15/18 128/22 129/7
129/8 131/20 131/22 131/24
144/5 162/20 163/11
non-adherence [2]   128/22
129/8
non-adherent [1]   129/7
non-compliance [1]   163/11
non-compliant [1]   162/20
non-formulary [4]   131/20
131/22 131/24 144/5
non-testifying [1]   15/18
noncompliant [2]   130/23
183/19
none [7]   61/13 72/10 72/23
168/21 169/7 169/8 202/13
nonetheless [1]   136/14
nonexistent [1]   167/25
Nonsmoker [1]   118/11
noon [5]   203/1 203/11 203/14
207/23 208/2
normal [1]   137/22
normally [2]   42/13 137/19
norms [2]   178/8 188/8
North [1]   122/1
Northern [1]   72/17
not [388]
not consider [1]   27/15
not prepared [1]   58/15
notation [3]   109/24 111/13
112/13
note [17]   13/4 28/15 28/25
35/24 54/16 62/4 62/11 79/9
81/16 88/16 136/23 143/5
153/14 186/2 190/25 195/19
202/5
noted [5]   53/4 92/23 106/10
109/17 198/15
notes [5]   83/14 88/24 103/18
110/3 137/20
noteworthy [1]   185/21
nothing [7]   13/15 23/5 82/12
93/12 115/21 115/24 151/14
notice [15]   5/14 5/18 5/19
5/21 5/24 5/25 7/22 9/10
9/20 34/20 80/19 111/3 164/8
202/15 209/3
noticeable [1]   165/15

noticed [1]   165/11
notified [1]   177/6
notify [2]   176/14 201/2
notifying [1]   176/17
November [8]   120/25 121/25
122/3 127/3 127/4 128/21
129/5 174/3
November 13 [2]   127/3 128/21
November 15 [1]   127/4
November 7th [1]   174/3
now [60]   4/12 4/23 10/3 10/5
28/6 43/16 45/22 49/19 50/23
57/25 63/13 63/17 64/10
65/24 66/17 69/5 74/14 74/14
88/9 95/22 98/15 101/17
110/24 112/4 113/5 113/12
114/7 116/12 116/17 118/1
119/2 122/10 122/12 122/17
125/10 127/2 128/20 131/11
132/16 133/4 134/22 135/13
136/2 151/6 151/7 152/12
155/22 165/12 166/4 166/5
168/6 169/4 175/19 176/16
182/9 182/10 186/23 196/19
201/13 204/16
nowhere [1]   193/18
number [25]   3/3 9/11 15/3
21/16 26/10 29/16 34/17
34/18 61/7 98/4 108/6 108/8
108/24 108/25 111/4 129/19
137/4 156/18 156/19 157/2
170/17 171/20 192/7 198/9
198/22
numbered [1]   157/3
numbers [1]   156/17
numerically [1]   108/8
numerous [1]   72/22
nurse [8]   111/17 117/15
125/17 125/18 139/3 139/3
143/3 188/22
nursing [3]   111/19 116/19
171/21
nutritional [2]   159/6 159/7
NYU [1]   165/9

**O**

o'clock [1]   86/16
oath [7]   46/13 147/20 147/23
151/11 155/17 155/18 170/7
object [7]   19/20 37/3 42/14
43/25 201/14 201/17 202/1
objected [5]   25/18 27/6
36/13 48/18 57/23
objecting [3]   29/21 83/3
83/6
objection [82]   7/13 7/17
7/25 8/25 10/17 10/24 12/23
15/1 15/3 15/10 15/22 15/25
16/6 18/22 19/8 20/11 20/12
20/20 21/16 23/22 24/22
24/24 25/1 25/7 25/8 25/9
25/15 25/24 26/4 26/7 26/7
26/8 27/7 31/22 31/23 31/25
33/12 33/21 37/14 38/3 40/19
40/21 40/23 42/9 44/2 45/5
46/10 46/21 48/9 48/11 49/19
51/1 51/18 53/6 56/13 57/17
57/21 57/25 58/1 67/5 67/6

**O**

**objection... [21]**  68/7 78/13 78/19 78/25 79/16 83/12 86/25 87/3 88/8 91/25 92/3 94/9 97/21 97/23 97/24 98/1 98/2 98/20 98/22 103/2 191/12

**objections [54]**  5/13 5/15 5/17 10/3 10/7 10/8 10/10 10/13 10/15 10/15 10/16 12/16 12/19 13/21 14/7 14/9 14/25 26/9 26/13 26/14 28/4 28/8 29/10 38/20 41/6 41/12 41/19 43/18 47/10 47/14 54/17 55/17 55/20 55/22 55/24 56/3 56/10 56/14 57/12 57/21 62/6 77/19 77/20 77/21 78/24 82/25 84/4 84/11 86/24 88/9 94/11 95/25 190/20 201/17

**objects [3]**  10/17 58/1 79/2
**obligation [1]**  176/13
**observation [3]**  13/24 109/23 158/1
**observe [1]**  30/5
**observed [6]**  50/8 50/9 50/18 109/21 149/3 182/14
**obstruction [1]**  159/10
**obtain [5]**  60/25 82/2 115/7 131/21 195/13
**obtained [5]**  12/1 12/6 61/22 129/15 195/2
**obtaining [3]**  61/3 61/4 61/17
**obtains [2]**  81/10 118/12
**obviously [3]**  24/11 179/11 208/22
**occasion [2]**  127/23 182/18
**occasions [2]**  182/11 182/17
**occur [2]**  60/2 66/23
**occurred [11]**  30/2 30/9 32/20 33/18 52/11 54/6 60/6 61/13 160/13 161/15 164/22
**occurs [2]**  150/12 168/22
**od [1]**  119/13
**off [8]**  56/3 66/9 85/2 122/1 122/2 126/13 174/2 178/25
**offense [18]**  25/25 58/2 58/6 79/13 88/11 94/22 176/7 181/19 190/6 190/8 190/9 191/5 192/2 192/5 193/4 199/7 200/1 201/7
**offenses [4]**  33/9 79/10 80/1 191/2
**offensive [3]**  65/23 179/22 179/22
**offer [5]**  115/21 115/24 137/25 138/10 171/8
**offered [3]**  115/20 115/23 167/20
**offering [2]**  87/19 87/19
**office [30]**  1/15 1/19 3/17 7/1 8/21 9/14 39/8 41/13 41/25 42/20 43/21 47/20 61/8 65/24 82/8 101/17 101/20 168/5 171/8 171/12 180/12 185/20 192/14 200/10 203/12

204/22 205/9 208/5 208/7 208/10
**officer [18]**  3/6 13/7 25/3 32/6 38/4 50/7 52/1 52/14 53/13 53/15 54/5 54/15 54/22 61/10 87/10 177/14 200/21 201/2
**Officer's [3]**  13/2 13/25 44/24
**officers [4]**  49/2 51/4 52/12 53/4
**officers' [1]**  51/15
**official [3]**  1/23 186/10 209/17
**officials [2]**  179/16 188/4
**often [14]**  30/3 32/7 33/6 34/7 60/1 102/5 128/3 130/11 133/20 134/1 135/7 155/8 155/13 172/10
**Oh [2]**  143/16 160/9
**Ohio [1]**  72/17
**OIG [1]**  164/9
**oil [4]**  107/1 107/2 107/4 129/3
**okay [84]**  3/2 4/11 5/8 7/25 8/24 9/5 9/24 9/25 10/13 17/11 19/23 24/10 24/19 26/6 28/18 28/20 29/16 32/23 35/19 36/8 38/4 39/14 39/18 39/24 40/2 41/5 41/11 43/5 46/21 47/9 48/21 50/21 52/13 53/20 55/16 55/24 56/12 57/5 57/15 57/19 57/20 67/4 77/16 79/1 82/24 84/3 85/13 86/2 86/15 86/22 95/14 96/1 97/1 97/25 98/5 98/20 107/15 108/12 113/5 116/12 118/1 120/21 132/16 138/17 138/21 142/23 149/17 152/3 152/17 153/1 153/21 154/10 154/17 160/19 161/4 161/21 163/9 163/15 177/5 177/7 189/5 203/7 208/3 208/16
**Oklahoma [1]**  91/16
**old [12]**  26/19 28/12 29/6 33/21 82/11 121/4 132/2 133/6 134/24 156/6 156/7 170/1
**older [1]**  156/8
**once [17]**  52/7 53/14 53/18 71/24 72/1 83/7 85/7 113/19 118/23 125/22 127/13 131/12 132/21 133/1 142/20 146/18 182/21
**one [156]**  7/3 7/20 7/22 9/4 9/23 10/17 10/21 11/15 12/23 13/22 14/8 14/8 15/3 16/18 18/5 18/5 20/9 20/18 22/10 22/17 22/20 23/18 25/1 25/6 25/9 26/19 30/14 35/5 36/10 36/25 38/21 41/12 41/12 42/11 42/14 43/19 43/19 44/8 44/9 46/2 47/10 54/19 54/23 54/25 55/9 55/19 56/2 56/12 57/21 59/21 59/22 60/17 61/20 62/12 63/8 64/6 65/10 65/15 66/3 66/5 66/6 66/19 69/10 70/1 76/25 77/20 79/24

80/6 80/7 80/19 80/21 82/21 83/15 84/19 86/16 86/24 88/25 90/1 90/3 91/6 91/15 93/2 94/2 94/24 95/5 95/18 95/20 98/8 100/22 100/22 101/10 101/11 104/5 106/10 106/11 106/12 107/16 108/9 108/10 108/17 111/3 114/4 117/11 120/7 120/8 120/12 128/19 129/19 130/5 131/14 135/1 137/4 138/23 138/25 139/2 140/11 144/3 147/8 154/13 154/13 154/23 155/10 155/12 155/19 156/11 157/10 160/7 160/10 167/18 167/23 168/4 169/25 172/22 173/18 175/10 177/8 179/2 182/10 182/13 182/18 186/16 188/21 188/22 188/22 188/24 191/11 191/17 192/9 192/25 197/5 197/7 197/13 198/22 199/9 206/2
**one's [3]**  94/2 94/3 94/3
**one-bedroom [1]**  60/17
**ones [5]**  26/16 66/22 193/8 193/9 193/9
**ongoing [6]**  139/6 139/20 158/25 166/5 166/13 172/20
**online [13]**  18/23 19/5 58/22 62/23 63/20 72/16 72/17 75/3 75/7 81/9 89/25 179/13 194/3
**only [35]**  6/4 12/23 20/24 23/2 33/21 34/12 45/2 68/17 69/2 77/22 88/19 89/2 106/3 107/3 107/6 120/11 124/23 166/20 167/4 167/14 168/22 169/24 171/4 171/6 176/3 179/11 183/11 186/11 192/20 193/16 198/15 199/11 204/13 205/12 205/15
**onset [1]**  183/16
**OP [4]**  113/24 113/25 114/19 114/19
**operate [1]**  198/24
**opined [1]**  198/15
**opinion [3]**  120/17 172/23 173/1
**opinions [3]**  36/25 155/8 155/18
**opioid [1]**  183/21
**opportunity [12]**  4/15 4/18 6/9 47/20 48/15 67/21 70/1 85/4 87/11 103/8 148/25 176/17
**opposed [3]**  83/7 119/20 140/19
**opposite [16]**  11/6 14/18 14/21 18/18 18/19 19/6 19/18 20/4 26/11 41/10 45/6 45/19 46/3 46/6 46/15 47/6
**opposition [1]**  83/23
**option [4]**  37/25 68/17 68/18 205/16
**options [2]**  207/6 207/6
**or an [1]**  42/3
**oral [4]**  69/5 107/2 113/21 113/21
**order [15]**  9/12 12/11 30/21

**O**

order... [12]   30/22 30/22
47/22 59/17 68/16 71/21
74/23 109/7 143/11 203/24
206/6 208/20
ordered [4]   107/12 116/21
188/23 201/8
orders [1]   204/8
organ [1]   100/25
organizations [1]   150/2
original [5]   48/25 49/12
101/23 138/3 182/12
originates [1]   173/23
other [71]   6/4 9/2 13/21
16/15 26/9 26/25 29/10 31/2
35/21 38/20 41/5 43/18 47/10
47/10 54/23 55/6 55/12 56/15
57/10 60/9 60/19 67/17 68/18
69/10 71/20 76/23 82/4 83/3
84/6 85/9 87/9 89/9 100/18
100/20 102/10 105/5 105/23
106/4 111/16 123/5 126/14
129/15 132/6 143/23 144/5
144/11 144/13 144/14 158/16
161/22 163/4 164/8 167/6
176/24 184/6 184/25 190/13
190/14 191/14 192/15 193/4
193/19 194/6 195/13 196/21
199/3 199/15 200/15 202/7
202/10 205/11
others [5]   70/20 181/11
181/15 190/20 199/13
otherwise [5]   10/1 22/7 36/7
72/12 184/16
our [63]   3/6 3/13 7/22 7/23
12/19 14/15 21/11 26/22
32/13 32/17 41/22 46/1 57/6
59/21 65/2 66/24 69/10 69/13
69/20 70/7 74/8 84/6 85/23
87/10 93/16 95/24 98/10
100/21 101/1 114/4 138/8
138/22 139/1 139/8 139/17
144/20 145/13 145/14 146/13
147/19 152/18 156/15 157/22
163/18 164/3 164/3 164/4
164/11 164/18 164/19 164/23
165/22 172/5 173/7 173/8
176/9 176/16 177/21 177/21
188/4 188/11 188/14 188/20
our objections [1]   12/19
out [72]   6/5 9/12 14/20
17/25 18/4 23/10 44/9 44/12
45/2 45/4 45/22 46/8 50/6
56/16 58/12 58/16 59/15
60/21 60/22 61/19 63/18 64/6
66/13 72/14 77/9 80/22 81/18
81/20 81/25 82/5 82/7 82/8
82/9 82/11 85/20 89/16 90/13
90/25 92/25 113/22 117/14
118/12 124/23 141/22 142/16
142/16 144/6 149/22 149/23
167/25 169/1 173/22 175/5
176/21 178/13 179/17 181/10
181/13 181/22 184/8 187/16
189/2 190/23 191/10 192/9
192/24 193/9 193/9 193/15
195/12 204/18 205/2

outage [1]   178/24
outlet [1]   179/15
outpatient [2]   114/1 200/23
outside [8]   52/17 78/5
133/17 139/13 140/6 142/18
198/19 203/9
over [30]   10/2 10/4 44/20
58/11 58/14 60/2 60/4 68/10
77/6 84/10 84/11 84/12 89/25
96/1 101/23 102/12 105/12
128/13 150/12 150/12 150/12
150/12 152/3 159/10 163/24
168/20 184/6 193/23 206/22
207/12
overall [3]   35/22 165/5
191/13
overlaid [2]   58/14 63/10
overlaying [1]   90/14
overlooked [1]   116/8
overnight [1]   139/22
overruled [2]   94/9 190/20
overrules [1]   91/25
oversight [1]   100/2
overstate [1]   79/4
overturned [1]   188/3
own [15]   12/3 21/12 24/14
43/25 44/18 68/1 76/1 80/16
93/23 170/22 179/2 182/2
185/23 192/13 192/18
owns [1]   7/19

**P**

page [71]   2/3 2/4 2/5 2/9
2/9 2/10 2/10 13/1 13/23
19/4 42/24 42/24 44/23 74/22
75/2 76/9 108/5 108/9 108/10
108/17 110/24 110/25 111/4
112/4 113/5 113/6 114/7
114/7 115/1 115/8 115/8
119/3 119/3 120/13 120/22
120/22 121/6 121/23 122/12
122/13 125/10 125/10 127/2
128/20 129/16 129/16 131/25
132/16 133/4 134/3 134/8
134/22 149/15 152/7 153/8
154/13 156/19 157/2 157/4
157/4 157/5 157/6 157/10
157/17 157/17 157/22 187/3
pages [13]   8/19 8/19 98/9
98/18 98/21 98/24 98/25
128/13 134/21 156/1 157/3
157/18 183/7
pain [43]   104/19 104/20
104/20 104/24 105/9 108/25
109/18 109/22 110/5 112/7
112/12 112/15 112/18 113/2
113/3 113/15 113/16 113/23
113/23 114/4 114/19 114/22
114/22 115/7 115/11 115/12
116/10 121/7 130/19 130/21
153/12 154/1 155/24 156/2
156/5 157/25 158/24 158/25
159/2 159/4 159/19 166/5
170/16
PALM [6]   1/2 1/7 1/21 1/24
206/21 207/19
paperwork [1]   47/20

paragraph [79]   15/2 15/3
15/12 16/7 16/8 16/9 16/10
18/6 18/7 18/8 18/22 19/1
19/3 20/12 20/14 21/20 21/23
22/3 24/25 25/3 26/14 26/15
27/5 27/6 27/7 27/15 28/10
38/2 38/24 39/4 39/14 39/17
39/21 39/24 40/1 40/3 40/15
41/23 44/22 44/24 45/10
45/13 45/13 46/11 46/23
46/25 46/25 47/1 48/4 48/8
48/20 48/25 50/6 50/20 50/22
51/3 52/10 53/8 54/1 54/17
54/18 55/2 57/12 78/24 78/25
79/1 79/2 81/2 83/2 83/6
83/13 87/25 87/25 88/1 88/2
88/3 95/11 173/24 190/2
paragraphs [24]   12/6 26/15
27/2 29/17 37/23 40/12 41/3
41/13 41/15 45/12 47/11
47/16 54/14 56/13 56/18 57/2
57/10 86/25 87/2 87/4 87/15
87/17 201/22 201/23
paraphrase [2]   126/8 184/17
paraphrasing [1]   40/14
parentheses [1]   125/22
parody [2]   73/21 181/23
parole [2]   76/21 166/24
part [37]   14/14 35/22 40/16
42/10 42/16 42/21 46/1 60/22
87/11 108/2 108/15 108/16
110/25 113/5 114/7 115/8
116/13 118/1 119/3 120/22
122/13 125/10 129/16 130/11
131/25 137/18 140/8 141/1
141/14 153/19 165/3 165/5
177/22 191/13 194/20 199/23
200/4
partial [3]   6/14 136/24
137/5
partially [1]   6/6
participate [1]   200/22
particular [10]   35/4 44/5
72/14 83/2 83/6 183/16 190/4
198/18 198/18 202/9
particularly [10]   30/4 73/1
79/11 122/7 191/3 199/9
199/18 201/24 206/1 208/18
parties [21]   9/7 13/14 16/14
28/20 39/5 43/7 68/6 81/20
87/10 96/7 96/17 189/6
189/14 192/17 192/21 193/20
193/22 195/17 197/25 198/5
202/19
parties' [1]   203/3
parts [3]   64/22 108/15
124/12
party [23]   9/2 11/6 14/19
14/21 18/19 19/7 19/11 19/19
20/4 26/11 39/18 40/7 41/10
45/6 45/19 46/6 46/15 47/6
64/12 96/20 163/18 192/13
200/25
pass [2]   38/23 142/11
passes [1]   92/17
passionate [1]   183/2
past [11]   30/25 105/12
105/19 115/4 121/23 131/1

**P**

**past...** **[5]** 132/4 160/22 160/25 169/4 205/11
**patient** **[38]** 109/6 109/18 110/3 110/5 110/22 111/1 111/14 111/18 111/19 112/7 113/13 113/22 115/13 115/19 115/22 116/17 116/24 117/7 117/17 119/5 121/3 124/22 125/16 126/2 128/22 132/12 132/14 133/5 133/9 133/14 135/3 135/5 135/13 136/25 148/14 150/15 154/25 155/7
**Patient claimed** **[1]** 133/9
**patient's** **[1]** 111/17
**patients** **[11]** 100/23 102/7 111/17 130/11 131/23 133/20 136/18 147/2 148/11 148/12 150/19
**patrol** **[1]** 52/14
**Pauline** **[2]** 1/23 209/17
**pauperis** **[1]** 202/18
**pause** **[2]** 77/17 186/20
**Pavel** **[2]** 107/24 109/17
**pay** **[6]** 168/14 189/18 200/25 201/4 201/8 202/16
**payment** **[1]** 200/25
**PCP** **[2]** 117/5 117/12
**pdf** **[2]** 108/16 110/25
**pdf's** **[1]** 108/16
**Pedro** **[1]** 5/20
**peer** **[1]** 102/5
**Pelosi** **[4]** 61/19 61/24 81/5 195/4
**pen** **[1]** 12/11
**penalty** **[2]** 172/14 191/20
**Pence** **[2]** 61/20 80/9
**pending** **[5]** 71/7 141/17 170/14 203/22 207/12
**people** **[11]** 61/17 74/20 76/17 76/19 81/11 129/9 130/9 137/8 167/13 169/13 174/22
**per** **[3]** 87/2 113/21 125/21
**perceive** **[1]** 175/16
**percent** **[5]** 17/22 160/7 169/22 169/25 175/9
**percentage** **[1]** 168/17
**perfectly** **[1]** 8/12
**perform** **[3]** 155/1 155/6 155/13
**performed** **[5]** 123/24 124/16 127/7 128/11 154/2
**performing** **[1]** 100/12
**perhaps** **[8]** 29/7 37/21 64/19 90/16 93/25 191/22 193/17 198/9
**peri** **[1]** 109/1
**peri-anistomic** **[1]** 109/1
**period** **[13]** 17/16 22/25 23/12 23/21 64/11 90/1 105/20 123/18 135/9 137/1 137/19 150/17 207/1
**periods** **[1]** 149/25
**permanent** **[1]** 150/21
**permissible** **[3]** 7/15 146/5 146/7

**permission** **[1]** 107/20
**permits** **[2]** 67/7 92/5
**permitted** **[5]** 19/14 55/8 79/21 96/19 206/10
**persecution** **[1]** 179/7
**persistent** **[1]** 158/1
**persists** **[1]** 109/18
**person** **[28]** 3/23 11/6 16/16 16/20 17/4 17/4 17/4 18/10 18/20 29/7 29/11 63/2 63/22 65/11 65/11 66/14 66/16 75/12 100/10 110/19 110/21 150/7 168/9 169/2 186/8 200/10 200/20 206/9
**personal** **[11]** 11/17 27/3 169/17 177/15 195/23 196/3 197/21 197/21 197/22 199/6 201/5
**personally** **[7]** 30/5 32/18 109/21 149/3 184/11 196/15 205/22
**personnel** **[1]** 150/4
**persuasive** **[2]** 72/12 89/19
**pertain** **[1]** 151/25
**pertinent** **[2]** 12/20 190/15
**Ph.D** **[1]** 70/4
**pharmacists** **[1]** 145/13
**pharmacy** **[1]** 142/1
**phase** **[2]** 56/11 110/14
**phenobarb** **[1]** 131/16
**Philadelphia** **[1]** 167/9
**phone** **[10]** 16/16 17/3 17/4 17/5 45/18 142/3 180/12 180/22 187/12 195/24
**photographed** **[2]** 50/12 50/19
**Photographs** **[1]** 53/16
**photos** **[1]** 52/2
**phrase** **[1]** 112/22
**physical** **[4]** 139/10 146/15 168/9 170/20
**physically** **[2]** 165/23 170/1
**physicals** **[1]** 103/19
**physician** **[14]** 101/14 101/22 102/2 102/9 105/25 113/1 115/18 117/22 118/6 118/19 139/3 143/7 146/15 146/16
**physician's** **[1]** 115/5
**physicians** **[5]** 100/8 106/14 136/20 144/9 145/12
**pick** **[3]** 63/15 80/21 123/8
**picked** **[2]** 128/1 188/18
**pictures** **[1]** 75/8
**piece** **[2]** 178/12 178/13
**pieces** **[1]** 151/24
**Pierce** **[1]** 1/24
**piggybacking** **[1]** 64/11
**pills** **[1]** 113/23
**place** **[10]** 17/3 60/11 60/12 60/16 159/10 162/11 202/23 203/9 204/5 205/8
**placed** **[5]** 52/17 143/12 158/1 158/10 200/8
**Plaintiff** **[2]** 1/5 1/14
**plan** **[17]** 84/15 84/17 85/18 108/21 112/6 114/14 114/18 116/17 120/10 125/12 131/8 134/9 134/24 136/3 138/18 142/4 177/2

**plane** **[1]** 140/20
**planned** **[5]** 16/13 16/24 17/14 61/23 63/18
**planning** **[11]** 58/9 61/17 62/15 62/19 63/8 63/15 66/23 85/15 89/21 90/2 170/4
**plans** **[1]** 61/19
**plants** **[2]** 75/17 194/6
**plate** **[1]** 171/14
**platform** **[1]** 3/25
**platforms** **[2]** 58/20 179/3
**play** **[4]** 14/13 14/14 159/6 199/3
**played** **[1]** 197/23
**plays** **[1]** 196/22
**plea** **[2]** 34/1 34/3
**pleading** **[1]** 74/16
**pleadings** **[1]** 156/22
**please** **[6]** 23/18 76/3 97/9 99/11 107/16 155/3
**pled** **[2]** 173/19 175/2
**plenty** **[1]** 56/5
**plethora** **[2]** 29/2 192/4
**plotting** **[1]** 174/20
**plus** **[6]** 60/24 60/25 60/25 61/1 71/6 201/18
**PMHx** **[1]** 132/3
**po** **[1]** 113/19
**point** **[14]** 4/2 23/6 55/13 83/5 106/11 135/24 136/6 147/24 177/19 179/21 187/16 189/2 204/21 206/10
**pointed** **[8]** 58/12 59/15 92/25 176/21 178/13 181/22 193/8 193/9
**pointing** **[1]** 190/23
**pointless** **[1]** 204/16
**points** **[9]** 11/15 58/16 89/16 90/25 91/3 92/2 108/20 170/3 177/9
**police** **[12]** 12/1 35/13 37/2 37/3 72/18 76/19 166/23 167/9 168/20 194/12 194/13 194/14
**policy** **[3]** 100/12 102/8 190/15
**political** **[28]** 11/6 14/19 14/21 18/18 18/19 19/7 19/11 19/18 26/11 41/10 45/6 45/19 46/3 46/15 47/6 64/5 67/19 68/4 71/11 172/10 175/22 177/22 178/2 178/2 178/4 178/6 178/18 178/19
**politically** **[1]** 179/24
**politicians'** **[1]** 178/17
**poly** **[1]** 132/5
**poorly** **[1]** 128/23
**portion** **[8]** 36/13 103/14 103/15 107/4 107/22 120/23 160/8 190/3
**portions** **[2]** 104/1 165/17
**portrayed** **[2]** 13/13 93/10
**position** **[31]** 21/11 24/5 26/22 29/18 32/13 32/17 38/10 42/12 51/20 53/9 57/6 60/14 66/24 69/13 69/22 70/2 72/3 73/23 87/24 89/12 100/13 101/10 101/11 101/12

**P**

**position... [7]** 101/23
101/24 164/24 172/5 173/8
176/22 188/14
**positions [4]** 72/11 72/13
72/24 101/7
**positively [1]** 178/4
**possessing [2]** 200/15 200/16
**possession [1]** 80/24
**possibilities [1]** 125/1
**possible [26]** 79/12 85/24
109/2 109/17 109/19 109/24
110/4 114/16 124/22 125/1
125/3 126/10 130/13 132/22
138/10 138/12 142/4 142/10
146/2 146/10 148/9 148/10
153/2 153/10 184/13 191/4
**possibly [8]** 129/3 130/7
130/18 137/9 150/15 152/25
183/13 183/15
**post [21]** 10/18 58/11 58/19
66/21 68/3 68/4 75/9 92/15
92/22 93/13 135/5 135/6
135/8 137/19 137/20 161/2
161/3 161/4 161/7 161/10
162/7
**post-conviction [1]** 93/13
**post-trial [1]** 92/15
**postage [1]** 59/13
**posted [21]** 3/24 11/8 19/3
26/2 58/6 58/8 60/8 60/18
62/23 64/16 64/21 68/24
69/12 72/15 76/14 82/12
89/25 170/3 194/11 194/17
195/24
**poster [1]** 76/24
**postictal [1]** 137/1
**posting [7]** 58/18 58/22 71/5
71/10 75/7 77/10 170/23
**postings [1]** 20/13
**posts [9]** 15/11 15/20 72/18
75/10 75/11 76/6 76/6 166/22
196/1
**potential [2]** 127/24 140/12
**potentially [7]** 12/12 12/20
79/12 129/6 140/10 181/11
191/4
**power [3]** 75/17 75/18 194/6
**power to [1]** 75/18
**practice [1]** 106/19
**practitioner [1]** 139/3
**Prairie [1]** 204/25
**Pratersch [3]** 180/10 181/5
186/25
**pre [11]** 4/13 27/22 42/3
49/1 51/6 62/7 93/10 151/21
153/7 182/5 189/14
**pre-sentence [11]** 4/13 27/22
42/3 49/1 51/6 62/7 93/10
151/21 153/7 182/5 189/14
**predisposed [1]** 133/19
**preference [1]** 79/22
**prefers [1]** 98/16
**preparation [1]** 90/2
**prepare [1]** 91/18
**prepared [9]** 28/8 52/1 53/13
58/15 89/25 90/1 90/13

140/16 194/11
**preparing [2]** 90/3 91/4
**preponderance [14]** 30/12
31/6 33/10 56/17 56/21 57/1
87/14 88/13 88/14 89/14
89/20 92/1 92/13 92/14
**prescribed [9]** 118/15 118/20
126/18 126/19 129/15 130/17
136/7 162/20 163/5
**prescribing [1]** 134/19
**prescription [1]** 155/24
**prescriptions [1]** 156/2
**presence [1]** 85/25
**present [16]** 3/9 13/4 27/9
32/18 52/23 54/5 54/15 54/22
57/4 60/13 121/2 132/21
133/5 163/25 169/19 171/22
**presentation [3]** 85/23
189/24 199/1
**presented [10]** 8/20 62/18
64/12 78/6 91/24 105/16
133/7 133/12 154/20 167/6
**preserve [7]** 67/8 68/16
69/16 71/21 73/11 92/6 94/2
**preserving [1]** 78/3
**presided [1]** 44/20
**President [7]** 59/4 59/7
59/25 61/20 66/12 168/24
188/4
**press [1]** 55/10
**press charges [1]** 55/10
**pressure [2]** 105/6 166/11
**presumably [3]** 80/8 82/7
206/23
**presume [1]** 98/11
**pretrial [5]** 18/10 67/14
92/10 92/14 92/22
**pretty [5]** 77/4 123/20
123/22 141/13 166/17
**prevail [1]** 71/16
**prevent [6]** 12/11 106/5
106/14 106/22 162/17 162/22
**preventing [1]** 134/5
**previous [5]** 121/24 124/16
131/1 136/2 182/17
**previously [4]** 119/21 121/15
134/18 144/3
**primarily [3]** 57/6 67/14
92/10
**primary [2]** 117/12 159/17
**prior [16]** 10/7 30/19 33/8
35/10 35/22 43/8 100/9
101/13 103/7 135/24 143/10
154/3 157/23 158/3 173/3
182/6
**priors [2]** 29/1 33/7
**prison [16]** 42/7 101/18
138/9 139/14 141/5 142/5
144/2 167/13 173/3 173/5
175/10 185/14 195/5 197/10
198/18 208/23
**prisons [40]** 71/1 99/13
99/16 99/22 100/15 101/14
102/10 107/8 107/12 114/25
131/21 137/25 138/4 138/10
138/13 138/22 139/12 139/25
142/9 142/25 144/13 145/6
145/21 146/6 146/9 147/4

147/11 148/7 162/6 184/10
185/24 186/1 186/19 198/13
198/17 198/19 200/7 203/5
203/7 207/11
**probable [25]** 30/3 30/20
31/13 31/17 31/18 31/24 32/1
32/2 32/3 32/4 32/6 32/9
32/10 34/15 34/22 43/8 43/14
50/5 50/8 50/17 51/25 53/12
54/12 87/8 182/9
**probably [13]** 48/12 104/5
104/21 112/19 117/12 123/7
130/18 140/5 141/12 141/13
158/22 159/8 192/25
**probation [77]** 3/6 3/17 7/1
7/19 8/21 11/24 12/5 13/2
13/4 13/7 13/25 16/4 25/2
25/3 25/13 25/15 25/16 26/18
27/11 27/22 28/7 28/8 28/9
29/23 30/19 31/3 31/14 33/18
38/4 39/8 39/19 40/12 40/24
41/1 41/8 41/13 41/16 41/19
41/21 41/25 42/15 42/20
43/10 43/20 44/17 44/24
46/22 47/20 57/17 58/12
60/13 67/21 70/20 83/14
87/10 94/24 95/7 95/9 95/11
95/13 95/17 95/20 108/18
152/17 167/17 168/5 169/23
171/8 171/12 183/6 183/9
192/14 196/24 200/10 200/21
201/2 204/18
**Probation's [2]** 44/11 69/25
**problem [8]** 42/15 54/21
130/2 138/24 138/25 139/17
140/11 140/12
**problems [3]** 139/2 183/16
186/11
**procedural [1]** 201/18
**procedurally [3]** 35/11 68/13
74/8
**procedure [1]** 183/25
**procedures [1]** 114/21
**proceed [9]** 48/21 48/21 51/2
52/24 54/13 71/19 97/11 99/2
177/3
**proceeding [5]** 9/5 164/13
165/4 197/23 209/9
**proceedings [14]** 1/10 6/7
6/14 8/14 23/4 63/10 64/5
84/18 86/12 97/18 135/3
176/25 177/1 209/14
**process [12]** 71/14 94/5
131/21 138/2 142/19 146/20
170/25 186/6 204/4 204/5
204/15 204/19
**product [1]** 70/7
**profanity [1]** 14/1
**professionals [1]** 185/2
**proffer [3]** 45/20 46/13
81/23
**proffered [3]** 47/4 47/4 54/2
**proffering [1]** 69/19
**proffers [1]** 102/25
**progeny [1]** 202/2
**program [1]** 200/23
**prohibit [1]** 95/12
**prohibited [2]** 36/7 200/14

**P**

**prominently [1]** 197/23
**promote [3]** 182/24 190/8
199/10
**promoted [1]** 176/22
**pronounce [4]** 4/21 5/1 5/5
199/21
**pronounced [1]** 201/15
**proof [1]** 73/8
**property [3]** 11/17 27/3
200/20
**Propofol [1]** 131/12
**proposition [1]** 32/24
**props [1]** 91/21
**pros [16]** 32/2 33/20 34/7
34/12 34/13 34/19 37/11 39/8
39/17 39/21 40/1 41/3 43/15
47/12 88/2 88/2
**prosection [1]** 63/4
**prosecute [3]** 65/25 66/14
188/7
**prosecuted [7]** 11/24 27/8
27/10 64/25 70/12 72/7
168/19
**prosecuting [1]** 174/25
**prosecution [6]** 37/12 39/13
39/23 54/13 55/11 181/1
**prosecutions [1]** 179/20
**prosecutor's [1]** 185/23
**prossed [9]** 29/25 31/20
31/24 34/5 34/25 37/8 39/11
40/13 48/1
**protect [8]** 70/18 70/18
70/23 71/1 176/9 180/17
190/10 199/11
**protected [6]** 68/20 70/3
70/6 70/10 188/3 188/15
**protecting [2]** 8/10 180/7
**protection [2]** 70/17 169/17
**protections [2]** 65/7 71/15
**protective [3]** 7/7 7/11
169/14
**protects [1]** 70/21
**prove [16]** 27/13 27/17 29/3
30/11 31/6 32/16 33/14 33/17
34/9 34/10 40/4 56/17 56/20
64/19 73/15 88/12
**proven [1]** 23/4
**provenly [2]** 143/15 143/16
**proves [1]** 140/21
**provide [28]** 8/6 27/25 29/20
29/21 45/9 57/13 65/17 70/11
84/20 100/4 100/21 102/6
136/12 143/9 144/14 146/9
147/11 148/13 162/6 163/1
166/10 190/8 190/11 198/13
199/10 199/12 206/5 206/17
**provided [48]** 6/25 7/6 7/14
7/20 7/22 7/24 12/5 19/3
20/8 28/6 40/11 41/22 48/22
53/3 57/7 66/4 66/5 68/23
69/11 72/2 72/9 100/2 100/15
100/17 104/16 105/7 108/14
108/15 108/17 116/11 134/18
139/11 140/5 142/9 143/15
144/18 144/20 151/17 151/18
151/21 151/24 160/2 167/17

167/19 168/22 188/20 188/22
199/18
**provider [7]** 117/7 117/13
134/13 143/4 143/6 146/14
159/18
**providers [1]** 117/20
**provides [1]** 191/2
**providing [1]** 47/19
**proving [4]** 26/18 32/15
33/10 71/25
**provision [6]** 78/15 78/18
79/9 83/2 83/15 199/24
**provisions [1]** 79/8
**pseudo [7]** 125/3 128/6 132/5
132/9 132/10 132/11 132/22
**pseudo-seizure [3]** 132/10
132/11 132/22
**pseudo-seizures [3]** 128/6
132/5 132/9
**PSI [57]** 5/13 5/15 5/17
11/15 12/5 12/22 13/1 14/22
15/9 15/13 15/19 16/7 16/9
16/13 16/20 18/14 20/14
20/21 25/4 25/21 26/2 26/15
26/15 27/1 27/18 28/1 30/22
33/25 35/13 36/13 40/10
40/18 41/14 42/7 42/10 42/16
42/21 45/14 54/16 57/8 58/12
67/23 71/8 78/23 79/7 83/3
83/6 83/13 83/13 88/7 93/21
95/10 95/11 151/12 164/6
169/8 171/5
**PSI's [1]** 35/9
**psych [1]** 114/20
**psychiatric [11]** 120/24
121/4 121/14 121/16 121/20
121/23 121/24 144/15 144/20
145/2 145/9
**psychiatrist [2]** 144/19
144/20
**psychiatrists [1]** 144/21
**psychiatry [2]** 110/2 152/13
**psychologic [1]** 110/22
**psychological [5]** 111/11
132/11 145/2 145/9 168/10
**psychologist [2]** 144/17
144/19
**psychologists [1]** 144/17
**psychology [2]** 116/10 145/23
**public [4]** 1/19 67/24 177/21
181/10 190/10 196/9 199/12
**publishing [1]** 4/4
**Puerto [1]** 99/20
**pull [2]** 20/2 174/2
**pulled [1]** 30/19
**pulse [1]** 151/1
**punched [1]** 49/8
**punching [2]** 76/2 174/12
**punish [1]** 188/13
**punished [1]** 188/16
**punishment [2]** 190/9 199/10
**purchases [1]** 192/20
**purchasing [1]** 61/4
**purely [1]** 96/23
**purpose [4]** 6/7 49/25 93/7
107/9
**purposes [15]** 6/14 8/14 8/15
10/23 38/15 49/22 50/15

51/21 78/3 85/15 142/21
156/24 165/5 190/2 193/22
**pursuant [3]** 195/19 202/2
202/4
**purview [1]** 207/10
**put [24]** 11/25 24/2 25/17
54/16 74/21 81/2 86/18 92/19
133/22 136/20 142/1 143/6
145/15 154/14 158/15 164/12
186/25 188/5 188/8 188/24
193/7 193/24 194/24 208/25
**puts [2]** 58/23 73/7
**putting [5]** 12/3 20/23 91/5
91/20 181/10

**Q**

**qualified [1]** 102/16
**qualifies [1]** 69/24
**qualify [1]** 65/21
**quality [1]** 113/15
**question [19]** 6/12 12/4 14/5
56/2 56/12 78/13 112/2 124/5
128/6 128/7 154/20 155/3
157/14 159/5 159/12 183/17
184/3 204/1 205/16
**questionable [4]** 106/25
125/16 126/11 183/22
**questioned [4]** 73/20 155/16
162/3 162/10
**questioning [1]** 142/21
**questions [4]** 99/14 107/18
116/6 161/22
**quick [4]** 55/20 58/7 97/12
141/13
**quickly [2]** 58/15 126/11
**quiet [1]** 174/20
**quite [11]** 5/8 6/10 17/21
38/15 91/19 92/15 94/4
147/16 175/24 176/1 187/7
**quote [8]** 33/25 37/1 73/6
76/18 77/2 111/14 113/13
187/13
**quotes [1]** 77/3

**R**

**racism [1]** 178/6
**racist [1]** 187/8
**radar [1]** 66/17
**rage [1]** 14/1
**raised [7]** 40/10 78/14 78/19
86/3 128/6 128/7 191/12
**raises [2]** 112/2 184/3
**random [1]** 63/1
**range [15]** 10/4 12/9 36/3
79/11 80/2 83/8 84/13 94/23
100/3 124/8 127/14 190/21
191/3 193/1 193/14
**ranges [1]** 191/23
**rare [3]** 60/6 73/1 93/2
**rate [3]** 109/20 109/21
135/12
**rather [5]** 48/16 56/23 89/11
91/1 92/21
**reach [6]** 20/16 80/3 82/8
128/4 141/22 205/2
**reached [1]** 85/20
**reaction [2]** 63/23 117/2
**read [20]** 23/19 24/18 31/9

**R**

**read... [17]**   40/24 48/15
53/25 108/24 110/9 114/9
124/1 127/13 127/18 148/25
149/12 149/15 149/16 151/12
157/16 180/9 187/8
**reading [4]**   4/4 49/13 113/2
123/20
**reads [5]**   31/19 45/2 67/23
111/14 112/7
**ready [3]**   86/7 86/17 117/24
**real [19]**   16/15 110/21
110/22 112/3 125/3 125/4
132/12 132/12 132/12 168/24
168/25 168/25 169/18 170/3
170/4 170/20 171/23 174/5
178/12
**realize [6]**   22/8 22/13 22/24
23/11 23/20 66/1
**realized [1]**   23/6
**really [15]**   22/10 22/16 26/8
63/13 63/23 65/23 69/1
112/14 120/19 127/20 136/16
160/7 175/25 176/2 188/17
**realm [1]**   78/5
**reason [18]**   4/20 10/4 37/25
42/1 42/14 55/9 73/11 80/6
91/23 94/9 110/20 140/21
145/8 163/10 163/12 188/8
196/15 207/3
**reasonable [7]**   35/11 39/13
39/22 40/5 40/14 200/20
200/21
**reasons [9]**   25/20 59/23 80/7
80/8 116/4 167/22 192/3
195/15 206/1
**rebut [2]**   57/4 57/10
**rebuttal [1]**   87/19
**rebutted [1]**   56/23
**recall [13]**   33/7 60/15 62/21
68/12 105/14 120/6 121/15
128/9 128/16 149/5 153/17
153/18 159/20
**recalling [1]**   90/9
**receive [11]**   4/14 4/17 5/11
16/19 17/17 66/25 71/18
109/8 145/2 167/1 185/13
**received [15]**   2/8 5/8 5/10
18/23 88/22 153/16 153/19
166/19 169/23 171/6 171/20
187/16 187/21 201/20 201/21
**receives [3]**   174/3 174/19
184/12
**receiving [10]**   12/15 72/3
111/25 121/19 140/10 142/15
152/14 173/25 175/10 184/4
**recent [11]**   88/1 105/7
105/22 156/2 156/3 156/9
160/14 160/14 161/14 173/18
175/8
**recently [8]**   73/4 85/25
144/17 144/23 162/4 165/24
168/19 173/17
**recess [6]**   56/1 86/21 147/17
147/21 189/10 189/11
**recitation [1]**   95/19
**recognize [2]**   22/13 88/1

**recognized [2]**   177/22
**recognizes [3]**   79/10 87/23
87/24
**recollection [2]**   24/15 44/19
**recommend [5]**   65/25 139/20
141/24 155/11 171/12
**recommendation [8]**   139/18
144/7 145/1 205/11 205/12
205/13 205/24 207/25
**recommendations [1]**   100/5
**recommended [5]**   131/8 144/3
144/17 145/19 205/7
**recommending [2]**   134/14
181/7
**recommends [2]**   171/9 205/14
**record [80]**   3/5 4/6 6/24
10/23 13/4 25/17 30/20 34/4
39/1 43/15 48/3 81/22 87/7
87/12 87/12 87/22 97/8
107/23 108/4 108/14 108/20
109/16 110/13 111/1 111/13
113/7 113/12 114/8 115/10
116/14 116/15 118/2 119/2
119/4 120/23 122/6 122/14
122/17 122/22 123/23 125/11
125/15 127/2 128/21 129/17
131/25 132/17 133/4 134/3
134/8 136/2 136/10 145/14
151/24 154/14 154/19 155/19
156/15 156/23 157/18 158/2
158/4 160/2 160/20 160/21
161/11 164/22 165/2 165/3
165/5 174/22 182/10 187/8
188/22 189/20 189/22 191/1
193/6 199/22 209/14
**recorded [2]**   122/22 170/8
**recording [5]**   123/24 124/9
124/10 124/12 124/14
**records [92]**   6/6 6/7 6/11
6/22 6/25 7/3 7/5 7/10 7/14
7/16 7/18 7/22 8/7 8/10 8/13
8/15 8/18 11/4 12/1 12/7
18/9 29/4 31/12 31/15 42/10
42/16 43/2 48/8 48/20 50/22
51/4 53/7 60/9 98/10 98/19
98/23 100/10 103/8 103/10
103/14 103/16 103/21 104/1
104/6 104/7 104/9 104/25
105/11 105/18 107/19 107/22
108/14 108/17 112/18 113/6
116/3 116/7 116/11 118/14
120/3 128/10 128/10 134/21
134/23 136/23 151/4 152/3
152/5 153/16 153/18 153/25
155/15 156/2 156/9 156/19
156/25 157/14 158/4 160/6
160/8 160/23 160/24 161/17
161/17 165/21 166/1 182/16
183/7 188/18 189/3 190/17
198/2
**rectify [1]**   140/12
**recurrent [2]**   104/10 114/11
**redirect [3]**   2/5 161/24
162/1
**redirected [1]**   117/16
**reduced [1]**   131/2
**reduction [15]**   58/2 62/6
62/10 62/16 65/25 67/1 67/7

71/18 73/5 73/25 88/10 88/14
92/5 201/20 201/21
**refer [7]**   104/7 135/8 137/11
164/11 175/21 177/24 179/25
**reference [23]**   6/12 8/14 9/3
63/4 101/12 104/18 110/15
118/17 118/22 127/9 131/6
132/22 132/25 135/21 142/3
156/16 156/17 156/21 176/12
179/7 179/8 179/14 188/12
**referenced [3]**   18/25 19/2
187/2
**references [4]**   105/21 106/17
110/12 160/24
**referencing [2]**   98/9 110/11
**referral [3]**   144/6 144/19
186/5
**referrals [1]**   186/3
**referred [5]**   67/22 123/6
150/16 155/10 157/3
**referring [6]**   8/23 13/24
63/9 109/25 144/25 156/18
**refers [1]**   112/16
**reflect [10]**   20/22 25/22
43/16 48/3 87/8 95/10 95/19
182/24 190/7 196/23
**reflected [4]**   21/4 24/13
33/18 52/3
**reflects [5]**   24/12 32/13
71/8 171/5 192/2
**refugee [1]**   178/22
**refugees [1]**   178/23
**refused [2]**   105/19 117/23
**refuses [1]**   116/17
**refusing [4]**   116/16 117/25
135/13 136/4
**regain [1]**   150/8
**regard [3]**   24/1 28/1 200/1
**regarded [1]**   179/18
**regarding [21]**   8/10 9/14
9/16 10/25 16/10 21/16 24/2
35/10 45/6 75/19 76/1 113/8
116/16 118/2 122/7 133/5
156/22 159/5 172/24 179/17
183/2
**regardless [2]**   38/1 89/11
**region [10]**   99/13 99/18
99/22 100/3 100/17 101/1
142/13 148/12 148/13 207/11
**regional [14]**   99/12 99/17
100/8 100/13 101/7 101/11
101/12 101/13 101/13 101/21
101/25 102/2 102/4 102/9
**regions [2]**   100/18 100/20
**registered [1]**   125/18
**regret [2]**   68/1 93/24
**regrets [1]**   93/23
**regular [1]**   126/18
**regularly [1]**   118/11
**rehab [2]**   116/20 118/13
**reiterated [1]**   76/17
**rejected [2]**   73/22 181/24
**relate [3]**   67/9 92/6 134/5
**related [20]**   9/13 11/16 12/2
21/5 26/16 41/12 64/13 69/5
78/14 80/6 104/9 104/12
104/20 152/15 153/7 158/19
158/20 159/11 165/16 174/17

**R**

**relates [18]**   27/7 29/17 46/6
55/2 69/2 69/23 69/25 72/25
111/25 121/13 123/14 128/18
142/8 170/9 177/12 184/18
193/4 201/18
**relating [5]**   45/12 47/12
48/8 78/25 157/15
**relative [4]**   43/8 47/21 50/6
111/24
**relatively [1]**   138/23
**release [9]**   94/25 171/4
172/19 200/8 200/9 200/9
200/12 200/13 201/11
**released [1]**   200/11
**relevance [2]**   112/13 117/18
**relevancy [3]**   19/20 45/24
45/25
**relevant [19]**   19/11 19/22
38/15 46/7 46/9 46/17 46/20
70/2 79/12 84/20 103/17
104/21 115/4 115/16 122/7
152/20 152/21 166/13 191/4
**reliable [2]**   47/24 50/15
**reliance [1]**   35/9
**relied [4]**   28/10 31/23 33/24
183/7
**relief [2]**   9/1 10/22
**relies [2]**   28/3 91/18
**reluctant [1]**   24/1
**rely [16]**   23/25 24/14 27/19
27/21 28/6 30/10 30/13 30/21
30/23 30/25 32/15 32/21
38/16 44/18 47/25 91/17
**relying [11]**   28/23 30/7
30/15 32/11 33/5 35/3 37/20
38/11 38/13 40/21 56/19
**remain [2]**   57/7 147/20
**remained [1]**   101/17
**remaining [5]**   86/23 86/24
86/24 88/8 125/21
**remains [5]**   28/2 37/18 40/22
54/10 88/7
**remember [16]**   17/8 102/20
149/10 149/12 149/16 151/23
152/2 158/12 158/13 158/17
161/16 161/20 162/4 179/10
180/15 184/1
**remembering [1]**   90/11
**remind [3]**   45/10 147/19
149/8
**reminding [1]**   94/17
**remorse [1]**   71/4
**remotely [1]**   170/24
**remove [1]**   58/20
**removed [1]**   12/4
**rendered [3]**   4/8 175/19
200/24
**rendering [2]**   4/11 165/6
**renders [1]**   194/18
**repair [3]**   113/9 113/14
161/13
**repairs [3]**   104/11 159/10
159/11
**repeat [4]**   81/5 124/5 189/22
191/1
**repeated [1]**   63/6

**replace [1]**   143/24
**replacement [1]**   100/25
**report [32]**   4/13 5/20 5/20
8/21 27/23 42/3 49/2 49/22
50/2 51/6 62/7 93/10 98/1
120/7 123/5 123/6 144/23
145/1 151/22 152/18 153/7
164/4 165/8 165/15 170/13
173/3 182/5 189/14 198/6
200/10 203/10 208/7
**reported [10]**   15/5 28/14
49/3 51/16 52/8 52/16 123/11
135/1 135/2 179/15
**reportedly [2]**   122/2 194/5
**reporter [4]**   1/23 97/9
209/17 209/18
**reporting [2]**   126/16 129/5
**reports [15]**   9/14 35/13 37/2
37/3 53/25 109/18 125/6
128/23 130/1 130/22 164/9
185/21 186/10 186/13 186/17
**representation [2]**   7/10
175/24
**representative [1]**   188/9
**representing [1]**   46/18
**request [12]**   6/13 8/25 15/8
27/14 27/16 44/17 87/2 87/16
88/5 96/19 109/19 183/8
**requested [3]**   78/18 155/7
208/18
**requesting [3]**   155/4 166/21
187/22
**requests [2]**   154/25 208/17
**require [6]**   90/23 173/1
189/25 198/11 202/25 208/24
**required [6]**   62/20 69/4 69/6
69/8 89/22 208/20
**requires [5]**   33/8 74/9
146/24 172/6 205/17
**requiring [1]**   208/9
**reread [1]**   20/15
**rereading [1]**   20/20
**research [5]**   192/11 192/12
192/13 192/19 192/22 197/17
**residence [4]**   49/5 51/15
53/14 55/4
**residency [3]**   148/21 148/23
165/9
**resolved [3]**   25/12 57/22
126/11
**resources [1]**   196/12
**respect [30]**   8/18 14/6 14/9
27/23 33/6 47/11 48/4 48/20
50/20 51/3 52/10 83/23 84/11
84/20 86/25 88/7 88/9 92/3
112/22 115/16 120/16 121/12
129/11 136/22 156/19 182/24
183/13 190/8 192/16 199/10
**respectfully [2]**   42/12
168/13
**respiratory [2]**   109/21 158/9
**respond [4]**   21/24 53/23 64/9
74/3
**responded [2]**   12/5 51/4
**response [15]**   5/17 11/25
13/2 13/25 14/11 28/8 44/24
62/3 69/25 83/22 84/2 89/18
158/5 159/1 209/6

**responsibilities [3]**   99/25
100/1 101/25
**responsibility [21]**   67/7
67/14 67/18 72/1 72/4 72/25
73/3 78/9 85/21 92/4 92/5
92/10 92/16 93/3 93/9 93/11
93/19 94/7 175/6 181/21
185/11
**responsible [1]**   204/22
**responsive [2]**   135/6 135/10
**rest [3]**   41/8 102/15 112/17
**restart [2]**   134/9 136/3
**Restate [1]**   155/3
**resting [1]**   87/20
**restitution [2]**   95/1 201/1
**restrain [1]**   53/1
**result [10]**   17/10 51/11
52/11 54/7 80/3 165/18
170/21 170/22 170/24 182/6
**resulted [8]**   48/1 55/5 63/25
65/1 65/8 65/18 179/20
183/12
**resulting [2]**   68/1 93/22
**results [4]**   117/5 124/15
128/18 193/3
**resume [2]**   97/20 116/21
**retaliation [1]**   70/25
**retirement [2]**   169/17 171/16
**retrial [1]**   208/24
**return [7]**   17/1 17/16 18/1
20/10 26/10 38/21 45/5
**returned [4]**   49/3 52/14
52/16 117/14
**returning [1]**   84/12
**retweet [1]**   63/21
**retweeted [1]**   65/20
**retweets [1]**   65/24
**Reuters [1]**   179/15
**reversed [1]**   46/1
**review [40]**   4/15 4/18 5/9
5/11 5/18 6/10 7/2 9/10 9/11
9/21 12/20 14/14 40/1 46/9
47/20 53/20 59/17 68/17
84/10 87/11 90/21 93/16
100/10 103/8 103/21 114/20
116/3 128/9 128/14 142/15
148/25 152/1 153/15 156/1
156/24 186/18 187/9 192/18
198/7 209/1
**reviewed [21]**   38/25 49/19
87/11 87/12 103/13 103/15
128/12 157/14 161/18 164/2
164/14 165/14 179/19 186/14
194/22 195/17 196/4 197/3
197/17 197/24 198/4
**reviewing [7]**   4/3 105/11
114/23 118/14 120/3 158/17
164/10
**reviews [1]**   102/5
**revisit [1]**   47/16
**rhetoric [13]**   177/21 177/23
178/2 178/2 178/4 178/6
178/10 178/12 178/17 178/18
179/13 181/14 188/6
**Rico [1]**   99/20
**rifles [1]**   80/25
**right [76]**   4/23 4/25 5/2
9/22 9/23 10/14 17/24 22/4

**R**

**right...** [68]   23/6 24/21
29/14 36/8 37/9 41/5 41/9
42/18 43/14 51/13 52/5 54/22
54/25 61/6 63/15 64/2 68/16
69/21 71/4 71/13 74/5 74/11
74/20 74/24 75/11 77/6 78/11
80/3 80/3 81/10 85/16 86/2
86/23 92/18 92/19 93/4 94/2
94/6 95/7 96/24 118/7 127/11
132/8 146/1 146/24 147/16
147/22 148/17 148/19 152/9
154/7 154/7 155/17 155/20
156/23 157/1 160/3 163/24
167/24 172/4 179/10 180/17
188/16 189/12 189/13 202/14
208/6 209/9
**rights** [7]   63/3 71/1 71/22
73/11 78/2 94/3 179/9
**righty** [2]   25/6 77/16
**riot** [1]   61/23
**rip** [1]   52/21
**ripped** [1]   51/12
**ripping** [1]   11/20
**risk** [2]   93/25 170/5
**risking** [2]   68/1 93/23
**RN** [2]   125/16 126/10
**rob** [1]   54/19
**ROBIN** [2]   1/11 1/23
**roll** [2]   149/23 150/9
**Romstadt** [1]   52/2
**room** [6]   49/6 53/14 111/16
117/14 135/5 150/16
**ROSENBERG** [3]   1/3 1/11 1/23
**roughly** [1]   106/8
**rounds** [1]   80/25
**rule** [8]   25/23 36/12 47/11
79/21 90/18 131/7 172/25
196/25
**ruled** [4]   46/24 77/19 77/20
94/15
**rules** [2]   47/17 164/20
**ruling** [10]   38/1 38/7 84/12
84/13 86/17 88/7 92/21 95/23
173/3 209/6
**rulings** [4]   46/8 94/10 94/11
190/19
**rummage** [1]   52/22
**run** [1]   143/4
**Russell** [8]   58/25 59/1 59/8
59/16 60/20 88/17 91/3 91/10

**S**

**Saez** [2]   5/20 164/5
**Saez's** [2]   165/7 170/13
**safe** [1]   196/10
**said** [31]   14/2 15/14 40/14
46/14 53/21 59/21 65/2 74/24
76/16 81/5 81/21 81/22 84/3
86/23 93/21 95/6 112/15
121/15 139/8 141/4 151/4
155/11 157/17 159/18 166/23
180/14 192/17 194/17 202/24
204/7 208/14
**salient** [1]   48/22
**Sam** [2]   49/1 171/17
**Samaritan** [2]   134/23 136/22

**same** [51]   12/5 14/7 18/10
18/16 18/20 18/24 18/24 19/2
20/24 21/7 21/13 22/3 22/9
22/17 22/18 23/1 23/24 24/9
24/16 24/19 31/21 31/25
36/21 43/12 46/25 51/20 53/9
54/14 55/2 58/8 60/17 63/7
63/17 64/16 64/21 65/2 66/15
66/18 81/12 83/9 90/10
100/18 110/17 133/4 134/3
134/8 146/22 159/20 160/1
187/1 187/4
**Sanders** [1]   180/13
**Sanders'** [3]   187/1 187/5
187/12
**Sarah** [1]   3/13
**satisfactory** [1]   17/18
**satisfy** [1]   114/25
**save** [1]   33/17
**saved** [2]   75/19 75/24
**saw** [9]   52/23 104/23 105/22
115/11 158/4 159/12 160/14
161/16 170/19
**say** [63]   13/6 15/14 16/12
16/18 17/11 21/21 23/7 24/8
27/18 30/20 31/14 31/18 33/7
38/9 49/16 54/23 55/21 57/5
64/25 66/5 70/1 70/11 75/5
77/12 79/24 81/6 81/15 86/15
90/12 92/19 93/6 102/19
104/5 107/2 107/8 122/18
129/1 142/7 142/11 145/5
146/3 146/5 147/3 147/4
148/6 150/14 152/19 153/2
156/3 159/8 160/6 160/11
160/23 162/16 162/20 163/2
171/18 175/4 180/17 181/13
189/22 207/14 207/22
**saying** [18]   21/1 30/21 33/14
34/18 60/12 65/16 68/12
76/18 77/3 78/19 83/5 83/21
93/13 113/2 120/14 137/22
182/20 186/10
**says** [33]   14/2 15/23 17/12
22/3 22/11 22/12 22/23 24/18
28/19 31/12 31/15 52/6 80/1
81/16 82/14 83/17 93/16
95/11 108/24 108/25 110/7
111/4 114/2 115/18 117/4
117/10 118/11 122/4 124/1
125/22 128/22 180/19 204/10
**SBT** [1]   125/23
**scale** [1]   172/14
**scenario** [3]   63/19 63/25
72/23
**scenarios** [1]   90/25
**scheduled** [1]   114/19
**scheme** [2]   62/14 66/3
**school** [1]   60/23
**scope** [5]   8/22 106/19 167/23
186/18 188/10
**scored** [1]   169/23
**SCOTT** [2]   1/19 3/13
**scratches** [2]   50/10 52/4
**scratching** [1]   51/12
**screaming** [1]   52/18
**screen** [3]   75/16 75/18 194/5
**screening** [1]   143/3

**screwed** [1]   174/22
**script** [3]   10/1 60/10 64/13
**scripted** [7]   58/13 63/1 63/7
64/1 90/7 90/8 90/10
**scrivener's** [1]   25/2
**seal** [14]   5/23 6/11 7/9 8/13
8/17 8/22 97/16 97/19 97/21
98/3 98/4 98/13 99/4 99/5
**sealed** [3]   5/19 6/22 97/20
**search** [8]   21/6 53/4 75/13
75/16 81/24 106/16 169/2
200/19
**searches** [1]   76/5
**seated** [4]   3/1 86/22 147/22
189/12
**second** [18]   5/25 8/9 10/24
17/9 22/3 23/22 25/16 37/18
44/24 44/25 57/25 57/25
73/17 76/8 90/12 97/15
174/14 179/8
**secondarily** [2]   27/18 186/11
**secondary** [6]   27/16 109/19
129/1 129/8 130/8 158/22
**Secondly** [1]   186/24
**seconds** [2]   77/23 149/25
**section** [9]   4/1 35/24 67/6
67/12 92/4 92/8 189/16
190/24 195/19
**security** [7]   12/15 139/15
139/15 152/15 152/24 165/25
176/23
**sedation** [1]   126/6
**see** [103]   6/15 6/19 13/23
16/23 19/15 30/5 34/9 39/5
39/7 43/8 43/9 43/14 43/17
53/24 60/1 80/4 81/24 82/4
82/6 82/20 83/21 86/20 90/21
90/23 92/24 92/24 104/15
105/4 106/16 107/25 108/22
111/6 111/21 112/9 113/10
114/10 115/13 115/14 115/19
115/21 115/22 116/4 116/7
116/9 116/16 117/10 118/4
118/9 118/17 118/19 119/1
119/4 120/25 121/15 122/15
122/23 123/1 125/13 126/12
127/5 127/15 127/21 128/3
128/10 129/24 130/2 131/4
131/10 132/7 132/19 132/24
133/2 133/3 134/6 135/7
136/1 136/5 139/3 144/11
146/14 146/15 146/17 146/18
146/19 148/11 148/12 149/5
152/18 152/20 155/11 156/2
165/15 166/1 169/13 176/25
177/19 182/16 182/19 188/19
193/10 193/22 193/25 207/6
**seeing** [6]   33/7 102/7 115/4
155/12 158/12 182/12
**seek** [1]   29/2
**seeking** [10]   10/22 14/6 14/9
42/5 42/25 43/2 50/16 113/24
114/3 156/6
**seeks** [2]   10/25 12/4
**seem** [3]   82/22 131/17 178/19
**seemed** [2]   158/21 203/8
**seems** [7]   22/6 26/19 26/20
36/14 86/17 114/5 131/14

**S**

**seen [23]**  28/2 82/8 83/16
93/7 94/8 98/21 98/25 113/22
114/19 115/20 124/9 124/10
124/13 143/16 146/19 149/24
149/25 164/13 179/12 184/11
191/22 196/1 196/22
**sees [5]**  63/20 122/1 134/10
175/17 175/18
**seize [1]**  130/11
**seize as [1]**  130/11
**seizing [1]**  150/17
**seizure [108]**  68/2 104/15
105/15 105/23 106/1 107/7
119/7 119/10 119/14 119/22
120/1 120/2 120/4 120/9
120/11 120/16 120/18 120/18
121/7 123/8 123/11 123/14
123/16 123/17 124/23 124/25
125/5 125/7 125/16 126/7
126/10 126/20 126/21 126/24
127/19 127/21 127/23 128/1
128/3 128/5 128/17 128/23
129/6 129/10 129/13 129/18
129/20 129/23 130/2 131/7
131/14 131/19 132/5 132/10
132/11 132/12 132/14 132/22
132/22 133/6 133/7 133/13
133/18 134/2 134/15 134/18
134/20 135/1 135/1 135/7
135/9 135/16 136/14 136/18
137/8 137/20 137/21 140/17
140/17 143/13 143/14 144/5
145/11 145/17 146/1 149/23
149/23 150/7 150/9 153/11
157/11 160/21 161/6 162/10
162/13 162/15 162/17 163/12
165/2 165/8 165/9 166/5
170/10 170/12 170/16 183/23
184/24 185/5
**seizures [65]**  12/12 85/24
105/5 105/12 105/18 106/5
106/10 106/12 106/15 106/22
107/3 118/16 118/24 119/5
119/7 119/15 121/13 122/11
124/13 124/20 125/2 125/3
125/23 126/14 127/20 128/6
129/21 131/11 132/5 132/9
133/11 133/14 133/17 133/19
133/25 134/5 135/2 135/4
135/14 135/22 136/15 136/18
136/23 137/2 139/19 139/20
141/3 144/8 144/12 148/22
149/21 150/2 157/20 158/6
158/8 159/2 162/15 162/22
165/18 170/9 183/13 183/16
183/22 183/22 184/20
**selected [2]**  63/11 101/24
**self [37]**  54/7 96/19 96/24
109/15 138/4 138/16 138/18
140/9 140/12 140/14 140/19
140/22 140/23 141/9 141/17
141/21 142/20 142/21 173/6
184/14 198/23 202/21 203/1
203/3 203/9 203/25 204/8
204/14 204/15 205/16 206/20
207/7 207/14 207/18 208/2

208/9 209/25
**sell [1]**  169/16
**selling [1]**  172/9
**Senator [7]**  65/13 66/10
72/19 180/12 186/25 187/5
187/12
**Senator's [1]**  65/12
**send [7]**  61/10 63/18 64/1
64/2 76/14 142/14 185/7
**sending [3]**  59/12 61/6 81/8
**sends [2]**  77/5 81/11
**sense [3]**  91/19 191/19 193/4
**sent [12]**  3/25 65/11 80/23
103/8 104/25 117/1 128/13
142/5 144/16 144/23 174/9
197/12
**sent a [1]**  197/12
**sentence [79]**  4/13 4/21 5/1
5/5 15/23 16/2 16/22 19/6
19/9 19/16 22/3 22/11 22/23
23/14 23/19 23/22 24/17
24/17 27/15 27/22 28/18
29/15 36/3 38/5 38/13 40/25
42/3 44/8 44/11 44/14 44/18
44/25 45/2 46/11 49/1 51/6
62/7 87/1 93/10 96/18 140/8
151/21 153/7 165/6 166/14
166/20 166/24 167/1 167/24
169/24 172/16 172/19 176/5
182/5 182/22 182/23 183/8
185/8 185/14 185/16 187/17
189/14 189/21 190/1 190/4
190/7 190/16 193/2 196/18
197/18 199/14 199/21 201/10
201/13 201/15 202/1 202/8
202/11 202/15
**sentenced [9]**  138/1 138/9
141/5 141/20 148/7 181/5
195/4 197/9 197/14
**sentences [6]**  18/4 18/6
24/20 193/3 196/22 199/15
**sentencing [28]**  1/10 5/9
5/12 5/19 5/22 6/3 8/16 9/8
9/11 9/16 9/21 35/14 35/21
66/8 80/17 85/9 96/11 167/3
169/21 180/13 190/24 191/8
194/25 195/19 197/9 197/14
199/15 204/24
**sentencings [2]**  197/1 205/11
**sentiments [1]**  178/22
**separate [15]**  7/20 20/16
21/3 22/6 22/8 22/13 22/17
22/21 22/24 23/11 23/20 75/3
75/4 187/11 194/2
**September [5]**  111/2 111/13
112/4 153/21 155/22
**September 23 [2]**  111/13
153/21
**September 28 [1]**  111/2
**September 29 [1]**  112/4
**sequences [1]**  127/19
**Sergeyev [1]**  107/24
**serious [30]**  75/6 82/17
82/21 147/3 151/2 167/1
177/23 180/8 180/14 183/11
191/19 191/20 192/8 193/17
193/17 193/18 194/4 194/19
194/21 195/7 195/16 195/22

196/5 196/6 196/10 196/16
196/17 198/8 200/2 200/2
**seriously [6]**  66/11 66/12
180/8 180/19 180/25 196/16
**seriousness [8]**  76/18 182/24
190/7 192/2 192/4 193/4
197/20 199/7
**Serpa [2]**  107/24 109/17
**Serpa-Pavel [2]**  107/24
109/17
**servants [1]**  196/9
**serve [3]**  101/16 101/19
176/9
**served [4]**  100/8 102/11
172/19 183/8
**service [3]**  100/25 122/25
127/4
**services [5]**  100/14 100/17
142/19 186/2 200/24
**session [1]**  87/6
**set [6]**  38/2 72/6 117/8
189/15 189/19 190/2
**setting [1]**  196/11
**seven [6]**  12/10 16/9 16/10
18/6 116/12 204/23
**Seventh [2]**  91/10 91/11
**several [16]**  11/16 23/8 23/8
50/9 70/9 72/9 77/5 77/6
105/12 111/10 130/1 138/21
154/15 157/23 167/17 182/18
**severe [3]**  109/22 112/19
186/12
**shall [8]**  200/10 200/12
200/18 200/19 200/22 201/2
201/5 201/8
**SHANNON [3]**  1/15 3/8 3/14
**shares [1]**  126/1
**sharp [1]**  172/11
**sharps [1]**  124/11
**she [472]**
**she is [1]**  206/23
**she uses [1]**  12/10
**she was [1]**  105/21
**she went [1]**  81/6
**she'd [1]**  139/22
**she's [1]**  93/22
**sheet [1]**  6/16
**Shepard [1]**  33/23
**shirt [2]**  11/20 52/21
**shoot [3]**  19/5 63/5 196/2
**shootings [2]**  75/25 178/5
**short [4]**  56/1 105/20 147/21
189/11
**shorter [1]**  86/13
**shortly [1]**  143/2
**shot [4]**  75/17 76/19 168/8
168/9
**shots [2]**  75/18 194/5
**should [59]**  4/21 12/21 13/6
14/22 17/24 25/21 26/4 26/17
26/23 27/17 29/18 31/22 34/8
36/18 36/22 37/15 45/25 47/1
48/6 48/19 56/24 66/25 66/25
71/18 78/20 79/3 81/16 88/15
96/14 96/18 140/15 147/2
149/22 150/4 168/18 168/19
168/23 169/19 169/25 172/20
173/2 173/8 173/12 175/10

**S**

**should... [15]**   176/2 176/10
179/22 180/8 185/7 186/20
188/15 191/9 199/2 201/19
201/21 201/23 202/20 204/20
208/23
**should consider [1]**   78/20
**shouldn't [2]**   31/23 47/25
**show [17]**   93/12 99/1 99/1
104/3 104/9 112/4 123/17
125/5 131/24 151/16 153/6
153/23 153/25 154/13 154/19
155/15 174/15
**showed [4]**   152/8 155/10
160/20 193/23
**showing [13]**   107/22 113/5
114/7 115/8 116/12 119/2
122/12 127/2 128/20 132/16
133/4 152/11 160/20
**shown [4]**   89/13 92/1 92/13
194/23
**shows [8]**   31/20 71/13 117/21
131/7 155/16 169/22 170/25
171/1
**sic [1]**   174/20
**sick [3]**   109/7 146/20 146/20
**sicker [1]**   100/24
**sides [2]**   106/24 205/14
**sight [1]**   80/25
**Signature [1]**   209/18
**signed [4]**   105/17 143/6
149/2 164/20
**significance [1]**   115/2
**significant [7]**   81/3 100/25
122/4 130/21 137/1 150/17
206/4
**significantly [2]**   170/18
187/17
**signs [2]**   165/15 182/12
**silence [1]**   71/13
**silenced [1]**   71/12
**similar [23]**   11/9 13/15 21/9
21/12 22/14 22/25 23/12
23/21 57/10 62/9 62/24 72/7
72/9 72/22 76/25 77/13 90/6
102/2 102/4 170/24 190/17
190/18 199/13
**similarity [2]**   20/13 20/22
**similarly [1]**   78/7
**simple [2]**   96/22 136/24
**simply [7]**   6/6 11/25 53/24
62/16 72/8 115/23 176/1
**since [17]**   6/11 12/15 97/18
99/23 122/5 134/16 141/19
147/16 152/15 156/11 165/25
170/17 173/17 176/22 183/23
184/2 209/4
**single [17]**   58/3 61/2 62/9
65/10 66/3 66/5 72/2 72/20
80/15 80/16 88/11 88/19
88/22 89/1 89/2 89/4 105/17
**sit [1]**   147/10
**situated [1]**   78/7
**situation [3]**   69/21 151/2
187/24
**situations [1]**   93/2
**six [9]**   11/14 13/1 13/23

44/23 115/25 139/4 161/13
192/1 192/1
**sixth [1]**   25/6
**skilled [1]**   116/19
**skin [1]**   177/14
**sleep [6]**   109/20 133/15
133/16 133/24 133/25 134/1
**slight [1]**   60/16
**slightly [2]**   50/9 164/17
**Slow [1]**   76/3
**slowing [7]**   124/7 124/8
124/19 124/20 125/7 127/18
131/7
**small [2]**   159/10 160/7
**smells [1]**   111/17
**Smith [11]**   3/10 62/22 63/5
64/3 89/24 176/14 176/19
176/22 177/13 177/13 177/15
**smokes [1]**   118/11
**SNF [2]**   116/17 116/18
**so [211]**
**social [18]**   3/24 10/18 12/15
15/11 63/18 64/2 64/4 67/24
76/11 118/9 132/25 152/14
152/24 165/25 178/8 179/3
188/5 194/12
**societal [1]**   188/8
**society [2]**   70/24 179/12
**sole [2]**   171/18 171/19
**solely [2]**   56/19 170/9
**some [91]**   6/7 8/2 8/15 12/19
20/16 26/13 26/19 34/4 38/6
55/5 55/5 61/15 62/13 70/21
71/4 73/21 74/15 82/9 84/10
89/9 100/20 100/23 103/13
103/19 103/25 104/6 104/23
105/5 105/12 106/17 106/24
107/18 112/3 115/5 116/6
118/8 119/15 124/19 125/19
126/10 126/13 126/14 129/9
129/10 129/15 131/18 136/6
136/18 142/3 144/16 144/16
147/6 151/24 152/3 152/12
152/13 153/22 155/4 155/15
155/16 155/23 156/5 158/21
159/5 159/12 160/13 161/17
164/8 165/11 166/2 166/2
166/2 168/15 168/17 169/13
170/15 170/16 174/8 183/13
183/15 183/21 183/22 190/20
192/7 192/23 193/11 202/3
204/17 206/6 206/18 207/12
**somebody [8]**   73/6 109/13
123/11 130/8 133/19 135/15
135/17 205/6
**someone [16]**   14/18 33/7 46/3
60/21 63/20 63/21 65/20
65/21 65/23 65/24 73/25
150/23 167/2 171/1 206/7
208/21
**something [23]**   22/11 22/15
30/17 32/20 42/13 60/25
63/24 64/18 65/13 68/4 90/15
90/16 93/14 107/5 108/6
123/5 127/24 136/17 145/20
158/23 170/7 171/11 202/24
**sometime [1]**   134/10
**sometimes [3]**   39/8 115/24

116/1
**somewhat [3]**   21/18 111/8
181/25
**somewhere [3]**   94/6 139/3
141/3
**son [7]**   49/15 49/17 118/12
126/1 126/16 171/15 171/17
**song [5]**   58/14 63/11 63/11
63/15 90/14
**soon [2]**   20/9 143/11
**sooner [2]**   146/19 146/19
**sophisticated [2]**   62/14
147/3
**sorry [16]**   15/10 17/20 35/7
38/22 44/21 66/4 67/25 70/1
93/13 93/22 101/4 107/16
133/24 137/17 178/3 178/15
**sort [24]**   17/3 36/21 37/19
53/24 55/5 61/23 64/10 69/3
69/25 70/21 71/4 87/7 90/16
90/22 98/22 138/1 138/3
140/11 156/5 162/12 177/8
187/23 204/16 207/1
**sorts [1]**   29/4
**sought [1]**   9/2
**sound [5]**   6/2 22/22 42/12
153/15 154/11
**sounded [1]**   37/2
**sounds [4]**   16/20 36/23 55/2
55/6
**source [3]**   54/4 54/6 123/16
**South [5]**   99/19 140/23 141/9
204/14 207/15
**southeast [8]**   99/13 99/18
99/22 100/3 100/13 148/11
148/12 207/11
**SOUTHERN [1]**   1/1
**space [1]**   60/17
**speak [7]**   20/7 97/7 112/21
136/16 143/10 149/8 165/7
**speaking [2]**   18/16 56/13
**speaks [2]**   88/25 192/4
**special [5]**   95/1 200/18
201/2 201/9 201/12
**specialists [1]**   144/13
**specialized [1]**   171/9
**specialty [2]**   148/21 165/8
**specific [14]**   29/9 59/21
69/3 69/6 74/21 76/12 78/18
103/25 107/3 107/6 107/18
165/17 195/25 197/19
**specifically [22]**   21/23
40/12 63/3 63/11 64/1 64/3
72/24 73/5 73/15 82/14 83/17
121/13 157/19 160/5 165/10
171/11 177/11 179/7 185/25
186/2 194/13 203/25
**specifics [1]**   151/23
**spectacle [2]**   67/25 93/22
**spectrum [9]**   18/18 81/13
81/14 82/21 167/15 192/10
192/23 193/7 193/24
**speculate [1]**   19/9
**speculating [1]**   112/25
**speculation [2]**   91/13 91/17
**speech [39]**   13/13 14/17
60/24 60/25 60/25 61/1 66/1
68/19 70/4 70/5 70/6 70/10

**S**

**speech... [27]**   70/19 70/21
70/22 70/25 71/3 80/8 81/13
170/23 172/2 172/2 172/3
172/4 172/4 172/6 172/8
172/10 172/12 175/22 175/25
178/14 179/22 180/3 180/3
181/8 183/3 188/3 188/15
**spell [1]**   97/8
**spend [1]**   186/7
**sphere [1]**   181/10
**spine [1]**   104/23
**split [1]**   69/4
**spoke [5]**   17/8 140/3 140/3
141/2 207/15
**spoken [5]**   138/4 172/22
195/23 196/1 199/7
**spontaneous [2]**   90/16 90/22
**spurs [1]**   178/14
**squelched [1]**   61/23
**stab [2]**   53/4 53/16
**stabbed [1]**   53/1
**stabbing [1]**   11/21
**stable [1]**   105/6
**staff [5]**   140/16 146/9
179/17 182/18 183/19
**stalking [1]**   168/3
**stamp [2]**   91/5 108/6
**stand [8]**   84/14 97/3 97/4
114/16 117/6 129/2 147/23
188/14
**standard [5]**   62/12 74/12
89/20 123/22 200/13
**standpoint [1]**   141/2
**stands [1]**   125/24
**star [1]**   63/4
**start [11]**   15/1 23/3 104/25
136/23 137/4 138/3 138/7
138/16 152/8 174/12 176/2
**started [4]**   102/11 116/25
122/3 143/22
**starting [4]**   26/14 42/24
124/6 152/7
**starts [6]**   17/25 74/22 77/10
78/24 174/11 174/14
**state [16]**   3/4 7/16 28/13
32/7 34/6 39/1 46/13 55/9
77/1 80/23 97/8 105/2 105/10
126/8 135/6 135/9
**stated [3]**   4/6 133/14 191/1
**statement [14]**   4/25 5/5 5/7
30/8 32/8 49/10 54/9 92/10
93/20 105/17 150/5 159/24
159/25 177/2
**statements [17]**   11/11 15/15
15/17 15/24 30/6 35/9 53/3
55/13 67/14 76/1 76/5 77/11
92/15 92/16 92/21 189/13
190/15
**states [45]**   1/1 1/4 1/11
1/15 3/3 3/8 3/17 4/1 7/1
12/14 15/6 15/10 33/23 35/5
35/15 36/2 58/25 59/9 62/16
68/20 72/14 73/4 73/5 75/18
79/9 88/17 91/1 91/10 92/23
93/14 111/17 113/14 113/15
135/14 169/21 171/8 172/23

180/9 189/25 194/1 194/10
197/5 197/11 201/9 208/19
**stationery [1]**   59/13
**status [9]**   31/21 149/17
150/16 150/19 150/23 158/8
159/6 159/7 160/22
**statute [5]**   67/10 67/11
95/12 95/18 190/3
**statutory [2]**   35/14 189/15
**stayed [1]**   188/25
**stays [1]**   154/23
**step [2]**   63/8 163/15
**steps [2]**   61/11 91/4
**Stevenson [3]**   59/9 59/10
91/2
**still [18]**   19/20 19/21 23/4
36/16 46/16 65/5 73/13 78/13
88/6 106/18 119/15 121/23
141/16 148/12 167/12 171/15
172/13 187/21
**stimulate [1]**   178/6
**Stipes [2]**   1/23 209/17
**stipulated [1]**   68/21
**stolen [1]**   51/8
**stomach [1]**   158/25
**stop [13]**   66/11 66/19 74/20
77/1 77/5 77/5 130/9 150/24
167/2 167/2 167/12 167/12
176/10
**stopped [4]**   71/5 130/15
134/16 170/23
**stress [7]**   133/15 133/16
133/18 133/20 135/3 184/21
184/23
**stressed [1]**   185/5
**stressful [2]**   184/22 185/4
**stricken [5]**   27/17 37/15
44/3 56/22 56/24
**strike [9]**   29/18 31/4 43/24
44/18 87/17 87/23 88/5 90/15
123/13
**striking [1]**   40/21
**strikingly [1]**   93/11
**strong [2]**   68/9 70/16
**stronger [1]**   114/4
**strongly [2]**   29/21 167/20
**struck [2]**   182/14 201/23
**struggling [1]**   166/4
**studied [1]**   181/15
**studies [3]**   120/19 143/17
149/21
**study [5]**   127/22 178/13
178/16 178/21 209/6
**style [2]**   58/7 80/25
**sub [2]**   22/18 22/19
**subclavian [1]**   154/7
**subject [3]**   55/10 93/9
147/23
**submissions [3]**   197/17
197/24 198/4
**submit [15]**   45/21 50/1 62/1
96/10 144/4 169/7 169/24
172/11 176/6 177/17 179/12
181/24 185/6 200/19 209/1
**submits [1]**   54/18
**submitted [14]**   6/3 6/13 9/7
12/21 151/19 177/24 183/6
192/17 193/19 194/1 194/10

194/25 197/6 205/4
**submitting [3]**   21/6 166/8
204/22
**subsection [3]**   59/25 190/3
202/4
**subsequent [1]**   8/17
**subsequently [1]**   8/6
**substance [8]**   106/18 107/14
122/4 129/3 132/5 135/18
143/18 200/16
**substantial [11]**   20/22 64/6
85/4 103/13 103/15 170/5
175/23 176/8 177/15 179/13
181/17
**substantially [10]**   11/9 21/9
21/11 22/25 23/12 23/21 62/9
62/24 90/6 187/4
**substantively [1]**   202/2
**succeed [1]**   24/11
**successful [2]**   39/13 39/22
**succumb [1]**   184/23
**such [25]**   7/12 13/13 28/14
46/25 58/7 58/7 58/10 65/8
67/9 73/3 73/19 80/2 100/25
103/18 137/5 138/24 145/15
166/10 172/14 173/10 178/10
178/18 187/15 193/12 202/7
**sue [1]**   117/11
**suffer [2]**   170/4 198/8
**suffered [5]**   105/12 124/24
153/10 170/20 177/15
**Suffice [1]**   189/22
**sufficiency [1]**   13/16
**sufficient [11]**   16/1 32/16
32/20 35/12 37/1 47/2 54/13
152/24 164/15 190/1 202/22
**sufficiently [1]**   24/3
**suggest [4]**   22/4 22/6 86/11
90/17
**suggested [2]**   192/7 207/3
**suggestion [1]**   138/18
**suggests [1]**   22/7
**suicide [2]**   152/23 166/2
**suit [1]**   117/10
**suitable [1]**   203/8
**Suite [1]**   1/20
**summaries [3]**   29/22 103/19
156/12
**summarize [3]**   12/16 74/18
157/22
**summarized [5]**   26/24 29/23
80/20 153/9 164/25
**summary [16]**   7/23 41/16
41/22 42/1 43/3 43/20 53/24
151/10 151/13 151/17 152/18
153/6 153/25 157/22 165/21
188/20
**summer [1]**   162/11
**superseding [1]**   3/20
**supervise [2]**   101/7 101/11
**supervised [7]**   94/25 171/4
172/19 200/9 200/12 200/13
201/11
**supervision [2]**   144/1 172/18
**supervisor [2]**   111/20 176/23
**supplemental [2]**   5/14 169/20
**supplied [2]**   28/7 75/17
**support [13]**   5/15 27/1 30/1

**S**

support... **[10]**   42/4 55/1
58/23 58/24 63/12 72/10
72/13 72/23 178/17 183/7
support for **[1]**   178/17
supported **[1]**   35/13
supporting **[1]**   62/10
supportive **[1]**   54/10
supports **[1]**   72/2
suppose **[3]**   10/16 28/4 183/8
supposed **[2]**   82/20 159/17
suppress **[1]**   69/15
suppressed **[1]**   179/23
Supreme **[11]**   33/22 60/3
68/20 69/5 168/2 172/7
172/23 173/4 188/2 208/19
208/21
sure **[26]**   9/25 17/22 21/1
21/21 25/18 33/22 42/18
49/13 65/21 79/25 80/11
100/11 106/7 110/10 112/20
114/9 141/13 141/25 151/14
152/6 154/21 154/24 156/14
162/12 176/16 209/2
surgeon **[2]**   155/10 155/19
surgeons **[1]**   155/9
surgeries **[17]**   104/12 110/6
153/19 154/15 155/5 155/13
155/15 155/20 158/2 159/8
159/11 160/14 161/14 161/19
166/5 170/18 183/12
surgery **[25]**   104/8 104/10
104/22 113/18 114/12 114/20
114/21 115/6 139/10 153/13
153/16 154/3 154/25 155/1
155/6 155/11 155/14 158/20
160/11 161/13 162/4 162/7
166/11 170/17 188/23
surgical **[1]**   114/18
surprise **[1]**   166/1
surprising **[1]**   153/19
surrender **[33]**   96/19 96/24
138/16 138/18 140/9 140/13
140/14 140/22 140/23 141/21
173/3 173/6 184/14 198/24
202/21 203/3 203/9 203/20
203/25 204/8 204/14 204/15
205/22 205/24 206/11 207/7
207/18 207/23 207/24 208/1
208/2 208/9 209/4
surrendered **[1]**   207/14
surrendering **[3]**   138/5
140/19 205/17
surrenders **[6]**   141/9 141/17
142/20 142/22 203/1 206/20
surrounding **[1]**   75/8
surveyed **[1]**   178/18
survived **[1]**   68/3
suspect **[1]**   175/4
sustain **[1]**   46/21
sustained **[2]**   57/22 190/20
sustains **[2]**   26/6 26/7
SUZANNE **[4]**   1/7 3/3 15/6
200/6
SWAT **[1]**   66/20
Sweden **[1]**   178/14
swelling **[2]**   49/9 127/14

switched **[2]**   131 133/10
swollen **[1]**   50/9
swore **[2]**   151/11 170/7
sworn **[15]**   7/23 20/24 29/20
32/5 32/8 32/11 45/21 50/6
97/5 97/6 149/2 164/3 164/7
164/19 164/20
symptoms **[4]**   109/14 110/19
110/20 145/20
syndrome **[2]**   110/5 115/12
system **[3]**   141/15 142/1
186/19

**T**

tab **[1]**   157/5
table **[1]**   3/9
tachycardic **[2]**   135/11
135/12
tag **[1]**   76/14
take **[67]**   4/2 8/24 10/5 10/8
10/9 10/16 17/3 17/24 18/4
19/19 23/10 24/21 38/6 38/18
42/12 47/22 55/20 55/22
55/23 56/4 56/7 56/9 64/10
64/22 65/20 66/10 66/11
74/23 77/16 84/1 84/25 86/5
86/8 86/23 95/14 96/5 135/18
136/8 136/9 137/15 138/1
140/16 141/8 141/14 142/24
143/4 145/8 147/17 149/12
155/17 155/18 163/5 170/11
179/5 180/19 180/20 180/24
184/6 189/10 192/25 202/23
204/17 204/25 205/8 206/25
207/17 208/5
taken **[16]**   52/3 53/16 55/19
56/1 61/11 72/24 85/20 86/21
87/5 105/20 141/4 147/21
185/11 189/11 199/20 202/21
takes **[11]**   22/10 22/17 22/18
22/19 22/21 23/1 23/24 91/18
135/4 135/22 196/18
takes of **[1]**   22/18
taking **[33]**   72/11 105/14
105/23 118/21 118/24 119/10
119/21 120/17 120/18 126/17
126/18 126/19 130/15 134/4
134/15 134/16 135/16 136/10
136/13 144/9 162/14 162/16
162/18 162/19 162/21 163/4
163/10 163/11 171/15 183/23
184/1 185/3 199/6
talk **[13]**   56/6 60/23 61/14
105/10 135/15 137/24 142/13
142/14 142/19 149/17 150/7
169/4 181/1
talked **[7]**   81/6 111/10
127/10 141/4 146/12 166/19
202/5
talking **[24]**   8/19 13/13
21/20 26/20 27/2 27/10 60/5
60/20 66/2 75/6 80/5 82/16
88/10 88/24 121/8 130/17
130/20 133/9 149/9 156/22
159/7 167/14 168/1 181/4
talks **[4]**   91/6 129/18 137/6
174/4
Talladega **[3]**   101/18 101/22

102/12
target **[3]**   176/20 178/15
178/19
targets **[1]**   178/7
taxpayers **[1]**   168/14
teachers **[1]**   180/15
technically **[1]**   7/19
technology **[2]**   64/19 174/15
Ted **[1]**   75/8
telemedicine **[1]**   144/21
telephone **[2]**   187/6 201/5
telescopic **[1]**   80/25
tell **[14]**   14/8 21/22 45/17
45/18 70/16 84/15 102/16
104/1 117/15 119/6 129/14
133/20 165/13 180/16
telling **[6]**   70/3 70/5 116/25
121/8 124/18 124/19
tells **[1]**   77/4
ten **[17]**   20/14 21/20 21/23
22/3 26/14 27/6 27/6 55/21
75/17 102/12 119/3 147/19
153/8 154/8 154/15 156/6
174/6
ten-minute **[1]**   55/21
tends **[1]**   22/4
Tennessee **[1]**   72/15
term **[7]**   95/17 109/3 109/9
127/19 127/20 150/14 177/5
terms **[12]**   28/25 32/16 34/1
44/10 75/22 111/10 148/21
155/24 168/10 172/16 173/4
176/16
test **[2]**   93/1 126/15
testified **[16]**   14/16 14/17
16/19 23/3 23/9 24/6 24/9
24/18 46/12 64/20 159/16
186/5 186/16 187/13 198/1
207/8
testifies **[1]**   186/9
testify **[8]**   19/14 19/15
24/15 45/17 46/2 54/25
102/17 160/4
testifying **[3]**   14/16 15/18
85/7
testimony **[38]**   5/22 11/10
13/3 13/5 13/8 13/19 16/11
16/17 17/8 19/10 22/16 24/1
24/12 24/13 26/25 29/20 32/5
32/12 44/5 44/5 45/21 55/1
55/12 60/7 64/15 84/20 85/4
90/7 98/15 147/20 157/12
168/11 183/10 184/9 189/4
197/18 198/6 198/12
testing **[5]**   70/14 103/20
106/21 165/16 165/19
tests **[3]**   103/20 128/10
128/18
Texas **[6]**   140/7 142/22
184/15 198/19 204/25 207/16
text **[8]**   75/8 174/1 174/3
174/6 174/9 174/10 174/17
174/19
texting **[3]**   61/18 174/11
174/14
than **[43]**   21/17 25/19 26/1
47/10 48/16 61/25 63/19 75/6
75/23 77/15 84/1 84/6 88/25

**T**

**than... [30]**   90/3 90/4 90/24 91/7 105/5 105/23 144/14 150/2 152/9 160/7 163/4 166/20 172/14 173/9 175/1 184/10 187/10 187/17 187/20 187/21 188/6 189/3 190/1 194/4 194/19 195/7 202/8 203/11 207/23 208/2

**thank [26]**   8/7 9/24 16/6 39/24 41/5 47/19 55/25 67/3 94/17 96/13 101/5 107/20 120/21 147/14 156/10 163/14 163/15 175/12 175/13 175/14 176/19 185/17 189/5 189/8 202/13 209/9

**that [1470]**

**that I [1]**   54/11

**that she [1]**   29/7

**that's [8]**   9/23 21/2 66/12 108/25 158/14 166/3 182/5 189/4

**THC [2]**   107/1 107/2

**the 90's [1]**   109/20

**the allegations [1]**   12/3

**the Defendant [1]**   52/21

**the police [1]**   194/14

**the PSI [1]**   40/10

**the tip [1]**   19/24

**the videos [2]**   11/8 58/6

**Theat [1]**   124/17

**theater [1]**   67/19

**theft [8]**   11/15 11/17 11/23 11/24 27/3 27/7 29/5 29/9

**their [44]**   3/5 7/13 7/15 11/1 13/8 25/14 30/13 32/10 41/18 49/4 53/24 60/14 60/21 61/18 61/18 62/6 62/6 66/7 73/24 80/16 82/8 85/18 96/14 120/1 137/9 137/10 141/14 147/5 165/9 167/3 168/13 168/15 168/18 169/5 169/6 169/17 169/17 170/6 171/18 183/8 186/10 189/1 189/6 201/25

**them [93]**   6/12 7/2 7/15 8/15 8/24 14/7 29/3 30/11 32/15 32/15 32/21 33/10 38/16 43/16 43/17 47/22 48/13 48/23 49/10 52/17 53/20 57/10 58/19 58/20 58/22 65/25 66/20 72/12 74/18 74/19 74/23 80/11 80/12 80/21 80/21 81/23 87/25 97/17 98/13 98/15 98/17 98/25 99/1 99/1 105/20 108/8 110/20 116/8 121/8 125/3 130/16 137/12 140/5 141/5 141/11 142/13 142/14 142/17 144/10 149/24 149/25 151/8 151/9 152/1 152/2 157/3 157/4 157/16 159/7 159/9 161/18 164/10 164/11 164/12 164/13 164/14 164/17 164/17 167/11 167/15 168/14 168/17 169/3 179/4 179/6 179/19 186/14 187/8 188/12 188/19

**themselves [6]**   30/5 43/3 109/7 109/7 182/16 186/19

**then [65]**   10/21 13/20 14/2 19/6 25/17 26/14 28/20 29/9 31/9 31/19 31/22 33/19 34/13 36/25 41/19 49/7 50/13 56/3 56/14 61/21 65/21 66/14 66/21 72/21 75/4 77/6 81/2 81/9 82/12 84/15 94/22 96/8 99/2 101/18 111/19 117/14 124/2 130/21 133/10 137/24 139/16 139/22 142/19 146/15 146/16 146/18 147/17 153/1 160/20 163/11 164/10 167/5 169/2 170/16 174/8 174/14 176/17 188/8 204/15 204/19 205/15 206/24 207/22 208/2 208/22

**theory [1]**   19/13

**therapy [1]**   139/10

**there [242]**

**there's [8]**   51/1 54/14 104/18 106/25 131/6 151/1 174/2 174/12

**thereafter [4]**   16/23 17/9 17/12 111/25

**therefore [3]**   87/23 200/5 201/10

**therein [1]**   57/9

**thereof [2]**   92/22 112/1

**thereon [1]**   104/13

**Thereupon [5]**   56/1 86/21 147/21 189/11 209/11

**thermite [2]**   75/19 75/20

**these [112]**   8/10 10/7 10/8 10/23 12/4 12/8 13/18 14/6 14/12 14/25 21/6 22/5 22/5 22/13 22/20 23/4 23/7 26/16 26/17 28/3 28/8 29/19 29/25 30/2 30/3 30/6 30/9 30/10 30/13 31/9 32/4 32/14 32/17 32/18 32/19 33/19 34/24 36/23 37/4 37/5 38/6 47/21 47/24 48/6 48/15 54/15 55/1 56/20 60/8 61/7 61/8 61/9 61/10 61/15 62/20 62/23 62/25 63/1 63/10 63/17 64/5 64/13 64/18 66/10 66/11 67/12 68/25 69/12 74/15 75/9 76/23 80/5 81/8 83/17 84/11 92/8 97/18 98/12 98/21 106/1 116/3 117/18 118/14 134/21 151/4 154/22 156/1 156/11 157/10 157/16 160/6 160/10 160/24 161/19 166/1 166/18 167/5 167/14 169/13 169/18 174/24 176/25 180/23 181/2 186/3 186/3 186/9 192/16 195/15 196/11 196/21 196/25

**thesis [1]**   177/24

**theta [2]**   124/8 127/14

**they [244]**

**they'd [1]**   81/23

**they're [2]**   139/9 151/1

**they've [1]**   115/23

**thick [1]**   177/14

**thing [4]**   65/2 77/22 143/2

195/22 198/22 199/8

173/14

**things [30]**   6/24 13/18 21/10 23/7 30/6 32/19 35/22 46/8 56/16 61/7 61/10 61/13 61/22 64/20 66/23 73/15 76/23 77/3 81/5 84/10 88/4 103/17 152/23 166/3 168/4 180/18 181/2 190/15 202/7 205/8

**think [112]**   7/7 7/12 7/14 7/19 12/19 13/14 14/10 14/21 14/24 15/15 20/21 21/2 21/10 21/12 21/17 21/18 22/11 23/9 23/13 24/8 25/1 25/22 30/24 31/1 32/21 36/20 38/16 40/14 41/7 41/17 42/8 43/7 44/12 46/5 46/19 46/24 48/6 48/12 49/25 56/7 57/15 60/15 62/11 68/9 70/2 74/13 75/4 79/19 79/23 81/19 82/9 84/9 84/16 84/23 84/25 85/25 89/7 90/20 94/2 94/15 96/24 104/25 105/6 105/16 106/8 109/23 109/25 112/2 112/17 112/19 112/25 115/4 116/20 120/12 121/21 127/1 133/24 137/8 137/8 139/16 140/14 141/12 143/16 146/2 148/15 151/5 156/16 156/21 157/5 159/3 159/3 159/4 159/14 161/16 163/2 164/15 165/20 165/22 169/6 169/9 169/19 171/10 171/20 172/18 179/1 180/18 181/12 183/25 185/21 186/8 198/20 206/1

**thinking [3]**   63/23 165/11 186/20

**third [9]**   37/25 44/25 45/5 63/10 67/5 67/6 68/6 71/19 200/25

**third-party [1]**   200/25

**this [368]**

**thorough [1]**   87/6

**those [87]**   6/7 8/8 8/13 8/15 8/18 8/22 18/4 24/19 26/18 26/23 26/23 26/25 29/4 36/24 37/20 37/23 38/14 38/16 41/17 43/8 43/10 43/16 47/17 55/13 55/15 56/23 57/4 60/9 61/11 61/13 61/22 62/25 64/14 64/19 66/23 69/17 71/17 72/10 72/23 76/6 78/4 80/18 87/2 87/4 88/4 98/14 100/7 101/1 103/10 103/14 103/16 104/1 106/4 114/25 127/21 128/16 130/11 143/6 143/24 145/10 145/17 147/6 147/6 147/8 148/16 154/15 159/1 161/14 164/9 165/3 169/25 170/13 178/7 178/9 178/18 181/12 182/10 182/15 187/11 188/7 188/10 188/21 193/10 194/13 204/24 205/8 205/23

**though [8]**   9/17 34/5 53/25 68/19 69/7 93/4 102/16 130/23

**thought [12]**   22/5 22/8 30/17 45/15 45/22 64/6 82/1 90/22

**T**

**thought... [4]**   112/14 120/12 155/19 198/20
**thousand [1]**   119/20
**thousands [1]**   168/16
**threat [53]**   3/22 11/12 11/13 19/5 20/18 59/17 59/24 59/25 60/21 60/22 62/1 66/13 72/16 73/17 73/18 74/6 74/12 75/23 77/14 79/6 81/10 81/11 81/18 81/21 82/5 82/7 82/9 82/11 82/20 88/19 167/6 167/25 168/12 168/23 168/24 168/25 168/25 174/5 175/5 175/20 175/21 176/20 177/16 180/14 191/10 192/10 192/16 193/14 195/11 196/3 196/16 197/1 197/5
**threaten [4]**   67/19 67/25 76/17 93/21
**threatened [7]**   63/5 75/13 117/10 167/5 179/5 197/8 197/13
**threatening [18]**   14/18 59/12 66/18 72/18 76/13 80/23 150/3 150/10 150/13 150/24 167/13 168/2 173/25 179/16 180/12 182/21 194/12 195/8
**threats [84]**   21/3 25/19 26/1 26/2 46/2 59/24 60/1 60/4 60/6 61/9 61/15 61/19 66/10 66/11 68/12 75/3 75/4 75/5 76/6 76/10 76/18 77/1 77/9 77/25 78/4 78/6 80/5 80/6 80/13 80/19 81/2 81/8 166/18 167/5 167/10 167/15 167/18 167/20 168/13 168/16 168/20 169/13 169/18 173/16 173/20 175/8 176/8 179/18 180/6 181/10 183/3 191/16 191/17 192/8 193/16 193/18 193/19 194/3 194/8 194/9 194/12 194/14 194/17 194/19 194/19 194/21 194/22 195/3 195/6 195/7 195/9 195/12 195/16 195/17 195/22 195/23 195/24 195/25 196/2 196/4 196/7 196/9 196/11 208/21
**three [39]**   11/4 26/10 47/11 58/17 62/21 63/4 63/17 64/11 64/14 64/18 72/19 77/20 87/25 89/23 90/1 94/24 100/23 112/4 119/8 119/8 127/9 128/12 128/15 128/16 128/19 139/5 139/19 139/24 141/19 156/19 163/8 167/11 182/6 182/8 187/11 198/20 198/21 198/22 206/3
**three-day [3]**   64/11 90/1 163/8
**threshold [11]**   112/7 112/11 112/15 119/22 120/5 120/9 120/16 120/18 128/5 145/17 155/23
**thrombosis [1]**   154/6
**through [37]**   3/25 10/20 14/8 47/17 52/22 56/13 70/7 74/16

80/14 102/25 103/15 105/5 106/17 108/15 127/18 128/16 129/22 138/1 142/24 143/5 149/12 151/4 156/11 156/12 157/16 157/18 158/20 160/6 164/6 171/11 176/25 186/6 189/1 189/4 189/6 191/23 202/19
**throughout [8]**   63/10 64/5 100/15 100/18 105/21 124/9 143/21 160/23
**thrown [1]**   49/6
**thus [1]**   132/15
**thyroid [1]**   105/8
**ticket [1]**   34/21
**TID [2]**   119/5 119/8
**TikTok [4]**   11/9 26/3 73/22 181/23
**time [69]**   4/8 7/5 13/21 14/8 16/15 17/9 23/18 28/5 28/5 43/13 56/5 57/14 58/18 62/14 62/22 62/22 62/23 84/1 84/16 86/4 86/5 86/5 86/9 86/13 97/2 102/24 105/7 105/20 106/8 113/13 113/22 117/22 118/18 118/25 120/14 121/20 123/18 129/11 130/20 136/11 137/13 141/11 141/15 141/25 147/4 148/16 149/12 149/24 149/25 150/17 159/22 160/15 163/23 166/16 166/24 171/15 172/19 174/7 175/10 182/3 183/8 186/7 187/21 196/12 200/21 202/23 204/17 206/15 207/1
**timely [1]**   209/5
**times [10]**   53/2 119/8 119/9 124/13 128/3 128/8 135/17 166/9 168/19 183/20
**timing [1]**   60/17
**tip [4]**   15/19 18/23 19/5 19/24
**tips [2]**   11/5 18/9
**tipster [20]**   14/20 15/4 15/5 15/10 15/14 15/18 18/12 18/15 19/4 19/6 19/11 19/18 26/11 45/13 45/18 46/14 46/14 46/25 47/5 47/5
**tipster's [1]**   10/18
**Title [1]**   189/16
**titled [1]**   186/1
**to convict [1]**   208/20
**to deliberate [1]**   58/18
**to threaten [1]**   93/21
**today [27]**   4/21 6/8 30/11 30/17 32/22 34/8 46/13 54/11 96/20 103/7 114/18 116/25 147/10 170/15 171/22 186/5 187/18 189/4 191/19 192/3 192/6 194/3 198/7 198/12 201/17 205/2 207/9
**today's [4]**   6/14 8/14 9/7 197/23
**together [4]**   91/20 193/7 193/24 194/24
**told [15]**   16/25 17/14 18/6 47/5 70/8 77/2 113/17 114/11 132/9 141/12 145/5 167/12

173/15 179/4 194/16
**tolerance [1]**   112/16
**tolerate [2]**   113/19 172/6
**tolerated [1]**   176/10
**tomorrow [1]**   114/18
**tone [1]**   77/2
**tongue [1]**   137/9
**tonic [4]**   136/24 137/7 137/11 137/20
**tonic-clonic [4]**   136/24 137/7 137/11 137/20
**too [9]**   74/17 86/8 137/15 137/16 161/13 165/20 166/11 184/21 202/11
**took [12]**   23/9 51/9 60/11 60/12 60/16 63/8 63/14 135/23 162/11 170/11 208/20 208/21
**top [2]**   13/1 13/23
**topic [1]**   8/3
**tossed [1]**   49/5
**total [4]**   94/22 154/9 197/12 201/10
**totality [5]**   9/7 20/18 88/6 91/23 197/2
**totally [1]**   120/20
**touched [1]**   96/4
**toward [3]**   59/5 92/16 194/13
**towards [3]**   52/24 178/7 178/15
**town [1]**   142/16
**tract [1]**   159/21
**traditional [2]**   139/17 143/12
**traffic [1]**   34/21
**trained [3]**   148/23 149/19 177/13
**training [1]**   190/12
**transcript [5]**   4/3 34/1 45/23 156/24 209/13
**transfer [2]**   141/17 203/22
**transferred [5]**   140/24 141/9 204/17 206/24 206/25
**transmission [1]**   197/1
**transmitting [3]**   3/21 191/16 191/17
**transport [3]**   206/5 206/8 207/12
**transportation [1]**   184/16
**transported [1]**   205/17
**travel [5]**   61/1 61/19 101/18 101/20 195/13
**traveled [3]**   61/21 80/22 195/2
**traveling [2]**   61/5 82/19
**travels [1]**   81/9
**treat [13]**   14/17 106/5 106/10 106/14 118/24 132/15 144/12 145/9 148/6 158/6 186/15 186/21 186/25
**treated [3]**   180/8 185/1 199/1
**treating [4]**   145/19 184/11 186/17 199/8
**treatment [14]**   50/11 100/25 111/24 118/16 121/13 129/21 129/22 145/2 171/7 171/7 171/9 190/13 198/16 200/23

**T**

**tremors [2]**   130/10 130/12
**trespass [1]**   80/11
**trial [68]**   11/10 13/3 13/5
13/8 14/16 16/11 16/17 18/13
19/10 19/14 22/15 23/4 23/25
24/2 24/6 24/14 24/18 39/22
43/21 44/4 44/19 44/20 46/7
46/8 60/7 60/14 63/13 64/12
67/8 68/18 68/21 69/16 71/20
71/21 73/2 73/6 73/8 74/1
77/10 77/11 78/2 78/8 81/25
91/19 92/6 92/15 92/18 92/18
92/22 93/1 93/5 93/7 93/17
94/3 94/4 162/24 162/25
163/1 163/2 163/8 165/13
170/17 173/1 173/17 176/22
187/13 188/16 189/24
**trial that [1]**   63/13
**tried [6]**   14/24 26/19 82/2
103/17 128/14 173/15
**triggered [2]**   133/15 135/2
**triphasic [1]**   124/10
**troubled [1]**   167/4
**true [20]**   7/4 11/13 19/9
19/19 21/10 30/7 31/9 72/8
73/16 73/18 74/6 74/12 75/23
76/6 77/14 79/6 179/18 183/3
194/9 195/9
**trust [2]**   46/17 186/13
**trusted [1]**   7/10
**truth [1]**   181/9
**truthfully [2]**   69/11 78/16
**try [5]**   5/9 86/2 134/1
138/13 207/15
**trying [13]**   17/8 20/2 20/15
22/2 54/19 65/6 70/8 75/12
86/3 103/15 154/13 192/22
207/2
**tube [3]**   158/15 160/18
188/25
**turn [3]**   48/9 96/1 124/23
**turned [1]**   180/23
**turning [2]**   151/1 163/24
**TV [2]**   61/24 81/6
**tweets [2]**   72/19 77/5
**twice [4]**   119/19 130/25
133/1 158/5
**twitch [1]**   137/5
**twitching [1]**   137/6
**two [81]**   9/13 18/4 18/6
21/17 22/5 22/13 24/19 25/18
25/19 25/20 25/25 26/1 26/4
35/4 36/23 41/12 48/23 54/14
55/20 55/23 57/23 58/8 60/4
62/24 64/22 64/25 70/2 71/6
71/18 71/20 72/17 73/5 73/15
73/25 75/3 75/25 76/6 76/11
79/7 80/7 86/24 87/24 97/14
100/9 100/22 101/23 106/9
107/3 107/6 110/24 115/10
116/15 117/4 125/1 129/16
131/25 134/4 134/21 139/2
139/17 141/12 142/17 154/3
168/2 171/3 172/18 173/20
174/23 175/3 179/2 182/7
185/20 190/2 191/15 194/2
198/21 200/12 201/11 206/1
206/3 207/17
**two-level [7]**   25/18 25/25
26/4 57/23 73/5 73/25 175/3
**type [7]**   62/13 66/18 68/14
73/21 120/4 144/15 181/16
**types [5]**   107/3 107/6 117/18
145/17 192/16
**typical [1]**   197/1
**typically [7]**   10/2 109/13
137/10 146/11 146/14 150/9
155/12

**U**

**U.S [5]**   33/23 171/11 200/21
203/12 208/15
**ubiquity [1]**   177/22
**Uh [2]**   22/1 149/20
**Uh-hum [2]**   22/1 149/20
**ulcer [1]**   109/1
**ulcer/ventral [1]**   109/1
**ulcers [2]**   158/25
**ultimate [2]**   40/20 203/22
**ultimately [10]**   47/11 48/1
59/15 63/24 144/6 153/12
190/21 195/4 204/9 205/9
**unable [2]**   114/21 202/16
**unclear [5]**   69/7 130/5 130/7
131/3 157/11
**uncomfortable [1]**   70/22
**uncommon [1]**   137/11
**unconstitutional [1]**   36/18
**uncooperative [2]**   40/5 40/16
**under [50]**   6/11 8/13 8/22
20/18 28/14 46/13 69/17 72/7
74/12 79/20 81/11 91/22 95/8
95/18 95/20 97/16 97/19
97/21 98/3 98/4 98/13 99/4
99/5 108/21 108/24 111/4
112/6 114/10 115/11 118/9
121/7 122/4 124/3 124/6
125/6 125/12 129/19 129/21
132/21 132/25 134/23 144/1
147/20 147/23 151/11 169/23
170/7 175/24 199/24 201/19
**undergoing [1]**   162/8
**underlying [5]**   34/19 48/20
50/22 53/7 121/14
**understand [21]**   5/1 8/12
19/13 47/23 49/12 56/15
68/15 70/20 74/8 82/24 83/16
85/21 112/14 114/24 116/20
120/20 154/21 162/12 187/23
192/22 193/14
**understandable [1]**   187/23
**understanding [16]**   13/5
14/11 17/7 18/10 18/15 26/6
27/11 36/24 38/9 41/15 54/3
91/20 125/9 139/11 154/22
206/21
**understands [2]**   11/10 58/5
**understood [4]**   83/21 85/6
89/12 203/2
**underwear [1]**   51/13
**underwent [2]**   153/12 154/15
**undisputed [2]**   17/3 81/19
**undoubtedly [1]**   183/11
**unfair [2]**   188/9 188/13

**unfortunately [3]**   125/19
165/12 176/24
**unit [1]**   146/21
**UNITED [35]**   1/1 1/4 1/11
1/15 3/3 3/8 3/17 3/25 7/1
15/6 33/23 35/5 35/15 58/24
59/9 68/19 72/14 73/4 75/18
88/17 91/1 91/10 92/23 93/14
169/21 171/8 172/23 180/9
189/16 194/1 194/10 197/5
197/11 201/9 208/19
**universe [2]**   72/6 196/3
**University [1]**   177/25
**unjust [1]**   188/9
**unjustifiable [1]**   175/24
**unlawfully [1]**   200/15
**unless [4]**   29/19 30/11 36/7
155/1
**unlike [3]**   76/7 76/13 187/6
**unlikely [2]**   148/13 204/10
**unopposed [1]**   9/4
**unpaid [1]**   201/1
**unpleasant [3]**   172/3 172/6
175/22
**unpleasantly [1]**   172/11
**unpopular [2]**   179/23 180/3
**unproven [1]**   201/24
**unpublished [1]**   36/24
**unquote [2]**   76/20 110/6
**unreasonable [2]**   202/2 202/8
**unregistered [1]**   81/2
**unreliable [4]**   49/22 50/2
51/21 55/14
**unseal [3]**   6/6 6/20 7/8
**unsealing [1]**   6/14
**unsworn [1]**   29/22
**until [7]**   84/2 85/3 122/3
123/19 134/10 206/24 209/4
**untruthfully [1]**   187/14
**unusual [6]**   83/15 150/15
159/3 164/18 164/24 187/24
**unwarranted [1]**   190/16
**unwilling [2]**   93/11 117/21
**up [41]**   8/24 10/5 10/8 10/16
16/23 30/19 33/6 35/3 45/15
45/16 52/17 55/19 55/22
55/23 56/11 70/24 74/15 84/1
84/16 86/23 109/13 117/8
122/3 123/8 128/1 129/3
131/24 133/22 146/25 164/25
167/14 168/4 168/5 173/16
174/16 179/5 180/21 186/22
186/23 193/6 204/13
**updated [1]**   161/17
**upheld [2]**   59/1 59/11
**upload [4]**   22/20 24/9 24/15
24/19
**upon [42]**   4/11 20/24 27/24
28/10 28/23 29/24 29/24 30/7
30/13 30/15 30/21 30/23
30/25 31/23 32/11 32/15
32/21 33/5 33/25 37/20 38/11
38/13 44/18 50/12 51/14
52/12 56/19 59/5 59/6 67/14
84/12 91/14 91/17 91/18
92/10 103/21 106/12 145/5
180/4 195/11 200/8 202/21
**upper [2]**   50/9 123/3

**U**

**upset [2]** 55/3 113/13
**upward [1]** 35/20
**urinary [1]** 159/21
**urine [2]** 117/4 159/23
**us [43]** 3/9 21/17 21/22
 47/19 70/18 70/22 71/2 81/21
 84/17 86/9 87/10 102/16
 104/2 108/24 112/11 112/23
 115/3 119/6 124/1 124/18
 124/19 126/8 127/13 129/19
 132/9 136/12 137/3 138/1
 142/4 142/24 145/5 157/20
 168/21 169/22 172/2 172/6
 173/3 177/1 180/7 180/16
 181/9 196/10 205/1
**use [16]** 32/14 42/19 76/2
 106/10 106/20 107/5 129/11
 131/16 131/18 133/1 136/17
 150/14 163/3 172/3 178/9
 179/9
**used [21]** 22/19 77/9 106/12
 106/14 106/18 106/20 112/20
 123/8 123/10 123/13 123/14
 123/16 131/15 131/16 131/17
 131/18 143/24 144/6 156/20
 158/6 180/15
**uses [4]** 12/10 12/12 111/18
 204/23
**using [5]** 6/7 29/3 126/2
 126/16 130/9
**usually [3]** 60/24 133/15
 149/22
**utilized [1]** 106/5
**utterance [2]** 90/17 90/19

**V**

**VA [1]** 173/21
**value [2]** 179/24 180/20
**Vance [1]** 93/15
**vape [1]** 12/11
**variance [25]** 5/14 5/16
 78/22 79/3 79/18 83/1 83/9
 83/19 83/24 84/7 85/8 94/19
 96/3 149/1 149/24 164/4
 164/11 164/19 176/4 190/22
 191/14 199/24 200/5 202/3
 202/4
**variances [2]** 35/21 83/25
**various [2]** 81/9 91/4
**vary [2]** 78/17 79/4
**varying [1]** 80/4
**Vasquez [1]** 35/5
**vehement [1]** 172/11
**vehicles [2]** 61/17 66/20
**vein [2]** 154/6 154/7
**ventilator [2]** 160/18 188/25
**ventral [2]** 109/1 113/9
**veracity [2]** 46/17 182/11
**verbal [1]** 49/10
**verbally [1]** 55/5
**verbatim [1]** 63/6
**verdict [8]** 4/4 4/8 149/3
 165/2 170/19 175/19 176/1
 188/1
**verify [1]** 26/19
**Vermont [1]** 180/13

**versed [1]** 255 73/7
**version [1]** 12/3
**versions [1]** 58/8
**versus [19]** 3/3 33/23 35/5
 35/15 58/25 59/9 72/14 73/4
 88/17 91/1 91/10 92/23 93/15
 132/22 180/9 194/2 194/10
 197/5 197/11
**very [39]** 23/19 54/10 62/12
 65/4 65/18 68/9 75/5 76/10
 81/12 90/11 102/2 102/4
 103/16 104/4 107/3 107/6
 110/3 113/13 116/24 117/9
 131/15 132/15 143/19 147/6
 147/6 147/8 152/7 161/14
 161/25 163/15 170/20 175/1
 175/8 177/10 179/19 180/19
 194/3 199/8 209/10
**veteran [1]** 173/21
**vetted [1]** 55/1
**VI [2]** 76/22 166/22
**via [1]** 144/20
**Vice [1]** 61/20
**victim [39]** 39/12 39/21 40/5
 40/13 40/16 51/5 51/7 51/8
 51/11 51/13 51/16 54/10
 54/20 54/21 55/3 55/3 55/7
 55/10 82/19 82/20 167/7
 168/5 168/6 168/9 168/11
 169/5 173/25 174/3 174/9
 174/10 174/11 174/14 174/18
 174/19 174/20 176/12 176/15
 176/20 196/14
**victim's [2]** 51/12 61/1
**victims [5]** 168/8 169/11
 173/20 176/17 201/7
**video [41]** 3/24 19/3 19/5
 22/9 22/10 22/17 22/17 22/18
 22/20 23/1 23/24 24/9 24/16
 24/19 58/8 58/10 58/15 63/10
 63/16 63/20 63/22 64/21
 65/21 65/24 66/22 68/23
 73/22 76/14 82/6 82/12 88/25
 90/3 90/3 90/5 90/12 91/19
 91/20 168/12 170/3 171/25
 181/23
**videos [42]** 11/8 11/13 14/1
 20/22 20/24 21/1 21/7 21/13
 21/16 21/18 22/5 22/14 22/24
 23/7 23/11 23/20 58/6 58/9
 58/12 58/18 58/19 60/8 60/18
 62/20 62/23 62/24 62/25 63/6
 64/13 64/15 64/18 67/18 68/4
 68/22 68/25 69/12 71/10
 71/11 75/24 89/22 89/25
 179/3
**view [5]** 89/19 175/23 177/10
 194/14 199/22
**viewed [3]** 11/11 22/5 73/19
**views [5]** 46/2 46/4 179/23
 179/24 195/22
**Vimpat [6]** 106/11 131/12
 131/18 131/21 131/23 144/3
**violates [1]** 60/24
**violation [2]** 3/25 50/13
**violations [1]** 171/4
**violence [12]** 35/10 76/2
 176/8 178/8 178/9 178/13

 178/18 178/19 178/23 178/25
 179/9 188/13
**violent [22]** 11/16 12/2
 32/17 76/22 77/4 172/9
 177/20 177/22 178/1 178/2
 178/4 178/6 178/17 180/5
 181/10 181/14 181/14 182/4
 182/8 182/20 188/5 195/3
**virtue [4]** 21/17 100/13
 175/25 177/16
**visible [1]** 182/12
**visit [1]** 146/16
**visiting [1]** 49/4
**visits [1]** 171/22
**vitae [2]** 97/15 102/13
**vocational [1]** 190/12
**voice [13]** 11/3 16/18 16/19
 16/19 17/5 17/12 17/14 17/17
 17/22 72/20 167/11 197/7
 197/8
**volume [1]** 130/9
**voluminous [2]** 42/2 116/9
**vomiting [1]** 157/25
**VPR [2]** 178/7 178/8
**vulgar [2]** 81/5 195/3

**W**

**Wagner [1]** 53/13
**wait [1]** 209/2
**waiting [1]** 51/15
**walk [1]** 113/16
**walked [2]** 52/22 117/14
**walls [1]** 76/2
**want [55]** 4/24 5/4 10/21
 15/9 16/22 18/14 18/19 21/8
 23/3 26/17 28/21 33/13 38/23
 38/24 39/5 40/7 43/14 43/17
 44/6 45/5 46/22 56/5 56/9
 57/4 71/4 81/4 83/11 84/1
 85/17 96/10 99/14 107/2
 107/18 113/3 113/14 146/3
 146/11 154/21 156/12 156/15
 156/23 159/18 162/11 165/20
 168/21 171/18 173/14 174/1
 176/16 180/9 205/15 205/19
 206/13 206/13 206/17
**wanted [20]** 5/10 7/18 13/20
 18/8 21/4 43/7 44/8 56/2
 59/7 64/2 64/8 70/20 78/12
 85/23 92/19 96/15 116/24
 164/22 165/1 186/22
**wanting [1]** 193/2
**wants [12]** 21/19 25/10 28/5
 32/14 33/11 39/18 42/3 86/9
 86/13 114/6 116/21 205/20
**warned [3]** 66/19 77/1 167/2
**warning [4]** 66/8 66/20 82/17
 145/15
**warnings [2]** 66/4 74/19
**warrant [4]** 79/3 81/24 169/2
 173/11
**warranted [10]** 36/4 79/15
 82/15 83/20 155/2 155/5
 155/20 168/22 191/7 202/5
**warrants [3]** 21/6 82/10
 167/24
**was [389]**
**was positively [1]** 178/4

**W**

**was the [1]**   53/14

**Washington [2]**   15/7 195/2

**wasn't [13]**   18/15 27/9 27/11
46/7 54/22 68/18 126/19
127/24 154/8 155/14 163/4
171/5 209/2

**wasn't relevant [1]**   46/7

**waste [1]**   196/12

**watching [2]**   63/12 63/14

**Watts [5]**   13/15 68/19 172/9
172/12 188/2

**wave [1]**   132/13

**waves [3]**   124/10 124/20
124/20

**way [32]**   3/19 15/19 17/5
29/8 38/7 46/7 48/18 54/10
54/23 55/15 65/8 68/15 82/4
93/9 109/16 116/2 116/2
116/5 121/19 123/3 129/11
129/12 129/15 137/16 145/10
175/17 175/18 192/8 195/24
199/2 203/25 207/3

**we [395]**

**we'd [2]**   82/1 202/1

**we'll [5]**   20/10 55/21 55/23
95/9 208/13

**we've [2]**   87/7 166/17

**wean [2]**   114/21 126/6

**weapon [2]**   60/25 61/4

**weapons [7]**   74/19 77/8 81/10
82/18 168/1 195/2 195/13

**week [9]**   60/4 85/25 133/1
141/12 146/21 158/11 207/5
207/17 208/19

**weekly [2]**   12/12 139/6

**weeks [10]**   20/23 21/5 58/11
60/2 82/6 82/13 116/15
142/17 170/3 207/1

**weighs [1]**   182/21

**Weinzoff [4]**   49/2 49/15
50/10 52/15

**Weinzoff's [2]**   50/9 50/11

**welcome [2]**   39/19 99/11

**welfare [1]**   52/12

**well [53]**   4/11 10/15 14/20
18/20 25/23 31/11 39/10
40/22 41/20 45/15 51/1 52/23
53/19 64/22 65/18 65/22 68/8
73/19 75/13 76/9 78/20 79/17
84/21 96/5 98/12 99/4 99/6
110/3 110/7 117/21 128/1
132/3 133/11 145/21 152/21
160/23 170/22 173/7 173/13
175/19 176/7 183/14 185/6
188/2 189/23 189/24 190/22
190/24 193/1 198/2 204/8
204/10 209/10

**well-known [1]**   132/3

**Wellbutrin [2]**   145/15 145/16

**went [20]**   31/19 68/21 74/1
77/2 78/8 80/14 81/6 92/25
93/6 104/6 118/18 147/16
157/24 158/20 161/17 188/22
188/23 198/17 198/21 204/4

**were [134]**   6/25 10/23 11/5
11/9 12/6 15/15 15/19 15/20
15/24 17/21 18/9 19/17 20/24
21/7 21/13 21/17 22/5 22/8
22/8 22/13 22/14 22/18 22/21
22/24 22/24 23/1 23/3 23/7
23/11 23/12 23/20 23/21
23/23 24/2 26/9 31/18 34/8
37/2 37/8 37/11 39/9 40/13
41/9 45/7 49/6 50/11 50/18
51/5 52/3 53/3 53/16 56/13
56/25 58/6 58/13 58/15 60/8
60/14 60/18 60/18 60/18
62/23 63/1 63/1 64/15 68/22
69/9 69/19 70/8 76/4 76/19
76/23 78/16 80/9 89/25 89/25
90/5 90/6 90/8 90/10 90/10
91/4 98/6 101/13 101/25
103/10 108/14 108/15 108/17
116/6 126/13 126/18 128/11
130/20 135/2 149/15 151/4
151/10 151/21 151/24 152/1
155/5 155/16 155/20 157/2
157/3 160/2 161/17 161/19
161/20 162/3 162/10 165/15
165/18 167/4 167/25 173/9
179/18 187/5 188/18 192/8
193/10 193/16 193/18 194/8
195/6 195/9 195/22 195/25
196/1 196/2 198/2 198/23
205/2

**weren't [3]**   26/21 60/13
180/20

**WEST [8]**   1/2 1/7 1/21 1/24
132/18 134/8 134/13 136/7

**what [233]**

**whatever [13]**   17/4 17/5 28/4
28/20 79/21 85/8 86/9 98/16
140/21 161/9 163/10 188/7
198/14

**when [106]**   13/18 14/18 17/1
17/15 21/2 29/1 29/6 31/5
31/15 33/25 34/6 34/23 38/18
46/3 52/16 56/10 58/2 60/5
60/22 61/14 61/25 62/17 63/9
65/4 67/7 68/2 69/10 69/14
70/8 73/20 75/11 75/16 77/3
77/8 77/12 77/25 78/4 81/6
81/15 82/16 83/24 88/11
89/24 89/24 90/20 92/5 93/20
101/12 106/7 106/23 110/7
110/15 110/19 112/16 114/2
115/18 116/24 118/14 118/20
125/6 128/3 128/13 130/20
135/2 135/15 136/2 136/3
137/6 137/8 141/2 141/4
141/20 141/20 145/15 146/12
148/11 149/9 149/15 149/18
151/10 153/23 161/9 161/17
161/20 166/11 166/14 166/15
167/23 168/23 169/4 174/20
176/2 178/23 178/24 180/5
180/15 180/22 181/7 183/25
185/5 185/12 186/2 186/20
194/15 196/18 204/7

**whenever [3]**   86/7 98/25
118/12

**where [86]**   9/1 10/24 13/2
13/13 13/15 13/23 17/11
17/25 18/24 29/25 30/7 30/19
31/2 33/7 33/24 35/12 35/21
45/15 53/14 56/2 60/21 61/17
61/21 62/7 62/25 64/23 65/1
65/10 65/17 68/11 70/12
70/14 72/7 72/15 78/6 80/1
81/15 82/18 83/13 84/13
101/16 104/7 109/6 109/13
110/5 130/8 132/11 135/7
135/8 135/9 137/8 139/2
139/5 139/21 139/22 139/24
141/3 144/16 149/2 150/7
153/9 154/1 155/11 157/11
161/7 162/23 167/17 167/21
168/7 168/21 169/10 169/13
169/16 171/16 174/11 180/22
182/7 186/4 187/6 188/21
191/23 192/23 193/25 200/11
201/24 207/11

**where-with-all [1]**   180/22

**wherein [1]**   178/1

**Whereupon [4]**   50/4 51/24
53/11 98/6

**wherever [2]**   203/10 203/11

**whether [47]**   5/4 6/10 10/22
16/18 17/22 18/11 19/19 21/3
36/4 41/21 48/18 54/5 54/6
54/7 55/5 69/6 79/15 83/19
88/25 89/11 89/25 90/8 90/9
105/14 106/21 114/25 116/3
120/3 120/13 120/17 129/12
135/23 139/14 153/22 155/23
157/14 169/11 176/3 183/17
186/20 191/7 196/11 205/15
205/16 206/5 206/5 209/2

**which [111]**   4/9 7/4 8/10
8/21 10/17 12/24 20/12 21/1
22/9 23/6 24/24 26/1 26/1
26/10 27/7 30/12 33/23 34/2
38/7 39/4 39/21 41/12 43/19
52/3 53/7 57/12 58/14 58/18
58/21 59/14 59/25 60/7 63/12
69/3 71/13 73/16 73/17 73/22
74/22 75/11 75/3 75/17 76/9
77/8 79/9 80/5 83/15 87/8
90/10 91/9 92/3 92/4 92/20
93/2 94/5 94/7 96/3 97/16
99/18 100/20 106/9 111/14
114/7 115/6 116/7 118/23
119/7 119/20 121/3 121/25
124/10 124/12 125/3 127/2
129/18 130/10 131/7 134/5
134/15 135/4 135/22 137/5
139/17 140/6 143/21 144/23
146/17 152/4 153/13 155/14
155/14 155/22 164/23 166/20
172/24 173/11 179/11 181/6
182/21 185/10 187/17 189/14
191/11 192/7 194/3 194/18
199/7 200/13 201/15 204/1
208/24

**which I [1]**   111/14

**while [22]**   8/12 11/14 14/12
19/9 23/5 36/15 36/22 43/9
77/9 122/2 135/3 146/6
154/14 158/15 168/12 170/12
170/14 196/4 196/14 196/22
200/12 202/3

**who [59]**   10/6 11/6 18/16

## W

**who... [56]**   19/3 32/18 51/5
51/8 52/13 52/15 52/23 54/10
59/4 68/22 70/9 73/2 73/6
73/7 74/1 76/13 77/1 78/1
78/7 80/22 81/9 81/10 82/12
84/20 105/17 113/1 118/12
126/1 133/6 136/13 150/16
167/2 168/9 169/11 170/3
170/4 171/1 171/14 171/21
171/21 171/25 174/22 175/11
176/9 178/7 179/18 180/7
186/5 186/8 190/17 195/2
196/9 198/1 199/13 206/7
206/9

**whole [3]**   124/21 168/13
204/15

**whose [2]**   33/17 147/3

**why [35]**   4/20 7/8 8/10 10/4
12/24 20/20 25/17 28/18
34/23 37/25 39/9 39/11 55/21
59/7 59/23 66/12 68/15 69/12
69/23 70/20 73/20 74/9 83/8
84/15 86/15 89/19 96/24 99/3
109/16 131/2 132/14 136/13
143/9 163/12 175/4

**wide [3]**   79/11 80/2 191/3

**wielding [1]**   11/20

**wife [4]**   18/17 49/4 49/5
174/17

**will [137]**   5/4 8/24 9/2 10/1
10/3 10/20 13/16 18/4 24/17
32/9 34/23 36/12 36/13 38/4
38/6 38/7 40/1 40/20 41/11
42/14 42/18 42/20 43/15
43/16 44/17 44/18 45/2 45/16
46/21 47/10 49/13 50/21
53/20 55/20 56/5 56/9 56/14
59/20 63/17 63/20 67/14 68/4
71/16 74/13 74/23 81/22 84/2
84/11 84/12 84/12 84/17
84/23 84/25 86/8 86/12 86/16
86/17 86/18 86/20 87/23
92/10 94/5 94/17 94/19 96/8
96/9 96/23 98/14 99/1 99/5
103/25 106/16 108/8 108/9
111/12 113/23 114/20 115/13
116/21 117/1 117/15 124/2
125/23 126/6 129/10 130/11
131/20 133/25 136/18 137/12
137/13 137/20 139/12 139/13
141/16 142/11 142/16 143/4
144/18 145/15 146/5 146/9
146/14 146/15 146/17 146/17
147/17 147/17 147/18 148/10
148/15 149/8 153/6 155/1
164/17 165/4 165/7 165/15
172/1 177/13 180/17 184/12
185/1 185/13 189/10 193/15
198/11 200/8 200/23 203/5
203/7 205/14 206/2 206/21
206/22 207/22 208/6

**WILLIAM [3]**   2/2 97/6 97/10

**willing [2]**   142/7 142/18

**wish [5]**   4/25 5/6 113/18
179/19 209/10

**withdrawal [4]**   130/5 130/8

130/13 130/25

**within [30]**   36/3 50/7 60/8
60/19 61/12 62/2 64/16 78/18
93/17 99/18 106/19 111/23
138/22 139/16 142/12 143/2
146/13 146/16 149/23 160/1
160/1 161/12 161/13 179/12
193/1 196/3 200/9 202/15
204/23 207/10

**without [20]**   7/25 13/14
26/24 30/8 32/4 36/5 38/23
47/24 55/12 63/22 66/7 98/1
98/2 111/16 113/16 131/7
170/3 170/3 171/4 177/4

**without seizure [1]**   131/7

**witness [24]**   23/9 29/20 32/9
32/18 52/23 53/3 84/19 84/24
85/10 85/16 85/18 86/16
86/19 96/7 96/8 96/15 97/4
97/6 97/14 99/2 102/25
147/19 147/23 163/18

**witness' [1]**   51/16

**witnessed [2]**   53/15 125/16

**witnesses [8]**   9/1 10/6 32/4
32/5 85/12 126/10 164/10
164/23

**witnessing [1]**   49/10

**Wolff [1]**   105/17

**woman [5]**   11/19 82/12 165/23
170/1 171/14

**women [1]**   35/10

**won't [6]**   74/16 115/21 185/2
185/3 185/3 185/4

**wondering [1]**   151/16

**word [3]**   22/19 123/5 153/3

**wording [1]**   24/8

**words [5]**   16/15 83/3 89/10
110/2 172/4

**work [8]**   70/7 101/21 102/9
135/19 148/16 176/24 196/10
205/1

**worked [1]**   206/7

**working [1]**   102/9

**works [2]**   203/18 204/19

**world [4]**   71/1 75/23 168/21
178/12

**Worth [4]**   140/6 140/6 198/19
203/9

**would [259]**

**wouldn't [3]**   32/2 182/19
186/16

**write [2]**   32/9 64/13

**writing [3]**   85/23 91/5 209/1

**written [5]**   49/10 60/10
90/13 197/24 198/4

**wrong [3]**   29/19 49/14 185/6

**wrongful [2]**   36/21 54/24

**wrote [7]**   20/20 113/1 149/18
151/13 167/3 168/19 178/11

**WTA [1]**   52/6

## X

**xenophobia [1]**   178/6

## Y

**Yeah [1]**   153/1

**year [12]**   68/10 82/11 121/4
132/2 133/6 133/12 134/24

146/18 161/14 170/1 173/19
174/8

**years [31]**   26/20 27/10 29/6
29/6 60/4 64/25 65/16 71/6
94/24 95/18 95/20 100/9
101/23 102/12 102/19 105/1
105/12 133/8 156/3 156/6
156/7 167/13 168/2 171/3
172/18 174/23 179/11 179/13
182/19 200/9 201/11

**yelling [1]**   116/25

**yes [119]**   4/16 4/19 5/3 6/19
8/4 10/12 12/18 16/3 16/5
17/18 18/3 18/8 18/21 19/21
20/1 20/6 23/13 23/16 24/23
26/5 31/8 31/16 36/11 37/7
37/10 37/17 37/21 39/10 41/4
43/1 43/11 44/13 44/16 47/8
47/18 50/24 60/10 74/4 79/19
84/7 84/8 85/6 85/14 94/13
94/17 94/21 95/3 95/24 99/5
99/12 100/16 100/19 101/8
102/3 102/18 103/9 103/24
106/2 108/1 108/3 109/4
109/10 109/18 109/25 111/10
113/11 114/13 119/7 122/20
123/12 124/4 125/17 125/18
126/10 126/22 129/8 130/4
133/23 134/7 136/5 136/16
137/4 138/11 138/15 141/19
142/18 144/1 144/16 145/7
145/22 146/7 147/13 149/8
150/6 150/20 150/22 152/10
155/18 155/21 158/7 160/9
160/12 160/24 160/25 161/12
162/9 162/18 163/13 163/22
164/12 165/3 183/13 189/8
189/9 201/16 203/16 204/7
204/21 209/7

**yesterday [3]**   109/21 133/12
135/1

**yet [14]**   25/22 48/14 64/25
65/15 65/16 70/11 72/23
77/12 78/5 78/8 94/8 169/6
175/20 179/19

**yet reflect [1]**   25/22

**York [1]**   168/19

**you [423]**

**you'd [4]**   97/7 163/25 163/25
209/5

**your [114]**   3/7 3/12 3/16
4/16 4/19 4/22 5/1 5/5 6/4
6/9 6/17 8/2 10/24 16/5
20/10 21/10 21/15 21/25
23/18 24/3 27/21 28/11 30/16
31/16 36/8 36/9 37/14 37/15
37/18 38/22 41/4 41/24 42/17
42/22 43/7 44/21 47/8 47/16
49/21 50/24 55/18 62/4 62/21
66/9 67/3 67/23 68/13 74/3
74/20 78/21 82/24 84/15
85/17 86/7 86/11 86/16 86/18
94/13 95/3 95/16 96/3 96/13
96/16 96/17 97/2 97/8 97/9
99/15 99/15 99/24 100/13
100/17 101/2 101/25 102/13
102/24 103/21 105/25 116/2
128/9 131/15 133/17 136/12

**Y**

**your... [31]**  147/14 147/19 147/25 149/7 149/21 153/15 155/3 156/1 156/15 157/12 161/22 161/25 163/17 163/22 172/20 175/15 176/6 180/9 180/17 181/22 181/24 189/8 201/16 202/13 203/15 203/18 203/24 204/11 204/12 204/21 206/17
**yourself [1]**  99/11
**Yvonne [3]**  129/24 130/1 130/22

**Z**

**Zealand [1]**  75/25
**zero [2]**  170/2 192/1