©©

©          **BRENDA KAYE**

21CR80039

71740 San Jacinto Dr. Apt. 68

Rancho Mirage, CA. 92270

(cell) 760-832-0000

FILED BY NC D.C.

AUG 1 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**Reg: SUZANNE ELLEN KAYE**

Registration # 30400-509

August 7, 2023

Dear Judge Rosenberg,

I am writing you because I am in much distress regarding my daughter, Suzanne Kaye. To my understanding you are the authority who ordered Suzanne to this particular Federal Prison under the advice of a representative of the Federal Bureau of Prisons. Carswell was chosen because it housed a Medical Facility and it would be able to give the care and attention to the physical needs that Suzanne required, e.g. Epilepsy. I also was told by Suzanne's attorneys that you were witness to an episode that occurred in the Courtroom during proceedings. I am also aware that you read her Medical Records and know that this episode was one of so many and that a hospital ambulance took her to the hospital where she had a endotracheal tube placed down her throat to open up the airwave so that she could breathe. She was there for several days and you gave her time to go home and recuperate, which I sincerely thank you for.

Several days after Suzanne arrived at Carswell which was July 13th, 2023 she had another seizure. Carswell does not have a Doctor on staff on a regular basis. They have Physician Assistants. They are

not trained to do the procedures necessary to handle this situation. They were unable to find a central line. They proceeded to call the closest hospital. While waiting for the ambulance, Suzanne suffered with the seizure. Upon arrival they proceeded to the hospital and the staff there were unable to find a central line as well because Suzanne was writhing uncontrollably and they did not know how to handle the situation so they decided to send her back. The Carswell Prison does not to-date have her Medical Records which should have proceeded her. They had no idea she suffered from high blood pressure but when they saw that her pressure was dangerously high, they administered blood pressure medication. They cannot, as P.A. Brown voiced, give her a pass for the elevator as they do not have her medical records, therefor, Suzanne must walk up and down 100 steps a few times a day. If you recall Suzanne had a (third) hernia operation while awaiting sentencing. It seems that the hernia is breaking through the mesh to hold it in place due to all that movement. That too is in the medical records as well as an edenoma on the brain, high blood pressure, serious back problems, arthritis, and bi-polar.

At this time she is so tensed up as a 41 year old woman hung herself and, from what I understand, she was epileptic as well. The help for epilepsy is to ride it out in Carswell. One can, and then just pass on if that does not work.

I believe that a further look into this situation is warranted and to be evaluated as to not lead to the early demise of my daughter.

Thank you for hearing me and allowing me to intrude on your busy schedule.

Sincerely,

*[signature]*

Brenda Kaye
71740 San Jacinto Dr.
Apt. 68
Rancho Mirage, CA 92270-5507

SN BERNARDINO CA 923

8 AUG 2023 PM 7 L

USMS INSPECTED

Judge Robin L. Rosenberg
Southern District of Florida
Paul G. Rogers Federal Building
And Court house
701 Clematis Street
Courtroom 1
West Palm Beach, Florida 33401

33401-510199