# Andrew Adler

---

**From:**          COOK SANDRA (05034051)

**Sent Date:**     Thursday, September 14, 2023 10:51 AM

**To:**            andrew_adler@fd.org

**Subject:**       Ms. Kaye

I am writing in support of releasing Ms. Kaye.  I lived in the same unit as Ms. Kaye until yesterday when they moved her into the hospital unit. Ms. Kaye, as well as many others at Carswell, do not get the treatment they need. Kayle Johnson just wrote an article for the Star-Telegram Newspaper detailing Gwen Riders suicide last month. Gwen was sent here for medical treatment, epilepsy, and she was deemed a faker. Unable to get the medical and psychology treatment she needed, she ended her life due to the abuse she suffered at Carswell. The newspaper article details it all. I knew Ms. Rider. I knew the suffering she endured and I know Ms. Kaye. They believe she is faking it and if it wasn't for the inmates last week when Ms. Kaye had a seizure, she would not be alive today. The ratio of inmates to medical staff makes it impossible for even the best doctors to take care of the needs of the inmates. I have seen many women die unnecessary. Woman walk around with hernia's the size of melons poking out of there stomachs. Women go blind. One woman, deemed a faker lost most of her tongue to cancer for failure for the BOP to act. Besides that, rehabilitation is needed for those who go to prison. Prison in and of itself is NOT REHABILITATIVE. Carswell is riddled with neglect. If you try to stand up for yourself, retaliation is swift and brutal. Death row inmates are in the building behind us. Because this is the only female medical facility minimum security inmates are housed with the most heinous of crimes because the satellite camp is partially closed due to crumpling infrastructure. The list of problems within Carswell are many. Dietary needs are not met, dental is not addressed. I have been on routine dental care since 2017 and have not seen the dentist for my needs. I hope this sheds some light on the real conditions at Carswell. Ms. Kaye should not be here with her seizures happening so often. There just isn't enough staff to attend to her. She is afraid she is going to die here. That isn't too far fetched.

LOG IN



**Fort Worth Star-Telegram**

Part of the McClatchy Media Network

Local News   Crime   Sports   Texas Politics   Food   •   Opinion   Obituaries   Jobs   Personal

CRIME

# She went to Texas prison for treatment. Instead, abuse contributed to her suicide, women say

BY **KALEY JOHNSON** SEPTEMBER 05, 2023 6:00 AM





Gwen Rider, a mother of two, died by suicide while incarcerated at FMC Carswell, a federal prison in Fort Worth. Women at the facility said she was not placed on suicide watch when she should have been. STEVE RIDER *Provided*

 **Only have a minute? Listen instead**

Powered by **Trinity Audio**

Gwen Rider was known to show off pictures of her two kids to anyone who would listen at the federal prison she was incarcerated at in Fort Worth.

She loved to brag about her 11-year-old son and his computer programming skills and her 1-year-old daughter, with her big blue eyes.

Her children were the main focus of the speech Rider gave before the judge during her sentencing hearing in January.

**TOP VIDEOS**

00:06

"They remain my greatest pride and joy," the 44-year-old told Judge Timothy Hillman in a Massachusetts courtroom. "And I hope to be reunited with them as soon as possible."

In the sentencing hearing, Rider and her attorney talked about her struggles with PTSD, autism and substance use. Hillman said during the hearing that Rider's case "might be the saddest story I think I've ever heard." He sentenced her to three years in prison.

In 2022, Rider was diagnosed with epilepsy. To receive appropriate treatment, the Bureau of Prisons transferred her in March 2023 to FMC Carswell, the only federal medical facility for incarcerated women in the country.



Five months later on Aug. 3, Rider died by suicide at FMC Carswell.

While the Bureau of Prisons sent Rider to Carswell specifically for medical treatment, women incarcerated at the prison say she did not receive the psychological or medical treatment she needed.

Her father, Steve Rider, said a doctor at the facility told her that her epileptic seizures were not real.

"If she had been given proper medical care and there had not been this argument about epilepsy and the fact that she needed to be protected from it, probably she would be still alive," Steve Rider said.



## SENTENCED TO PRISON AFTER SUICIDE ATTEMPT

Gwen Rider was an very intelligent child with an excellent memory, her father said. She dealt with mental health issues throughout her life, he said. She had trauma and PTSD after being molested in a Catholic school, and she was the one who found her brother's body when he died by suicide.

Still, she had a soft heart. She was extremely empathetic and befriended everyone, Steve Rider said. She once saw a dog running around on a busy street and she immediately pulled over, rescued the dog and adopted it as her own.





Gwen Rider was extremely empathetic and befriended everyone, her father, Steve Rider said. She was sentenced to three years in prison after stealing morphine she planned to use in a suicide attempt. She died by suicide in prison. Steve Rider *Provided*



She studied to become a nurse and developed "an encyclopedic knowledge of medicine," her father said.

In 2020, Rider worked at a nursing home in Massachusetts. On Nov. 6, 2020, she was overseeing a unit specializing in care for residents with dementia. It was the height of the COVID-19 pandemic, and Rider was having legal issues with her son's school, according to court records from her sentencing hearing.

Nov. 6 also happened to be the anniversary of her brother's suicide, whose death she had always felt somewhat responsible for, according to her father.

As she cared for a patient who was nonverbal and received morphine for pain, Rider removed about 70% of the morphine from the bottle and replaced it with water.



She planned to use the morphine to die by suicide.

Rider did not go through with her plan; she said during her sentencing hearing she worried what would happen to her son. When another nurse noticed the missing morphine, Rider was charged with tampering with a consumer product and obtaining a controlled substance by fraud and deception.

She surrendered her nursing license and lost custody of her children.

"I think it would have been OK if she had not been incarcerated and had simply surrendered her nursing license," Steve Rider said. "The person wasn't harmed. They just missed a dose of the painkiller."



Rider's attorney argued at the sentencing hearing that his client should be

punishment for what she'd done, he said.

Instead, Hillman sentenced Rider to three years in prison and recommended she participate in psychological care.

"Ms. Rider, I know this is not a good day, and nobody here takes any pleasure in what's going on," Hillman said. "I can only wish you the best, and hopefully this is a beginning; and it sounds like you've got a good start on it, so good luck."

## ALLEGATIONS OF ABUSE

Gwen Rider was initially incarcerated on the East Coast near her family. But when she was diagnosed with epilepsy, the Bureau of Prisons sent her to Carswell.



At Carswell, Gwen Rider was able to see a psychologist at the facility that she spoke very highly of, Steve Rider said. She was working through further trauma from her time at a prison in Rhode Island, where Steve Rider said she was physically abused by a staff member.

But a medical professional at the facility "was very abusive to Gwen," he said.

"The doctor kept insisting her seizures were fake even though she had a work-up and it showed it," Steve Rider said. "There are people who feel that this doctor drove Gwen to suicide."



Steve Rider said he isn't sure if he can endorse that idea. "Each person is responsible for what they do," he said. But he remembers many conversations about the woman treating his daughter's epilepsy and said she was "clearly incompetent."

Carswell has a history of alleged medical neglect. In 2020, 70 women at the prison filed a lawsuit, alleging abusive treatment during COVID lockdown. In October 2020, Cynthia Baxter died two weeks after being released from Carswell. Baxter had cancer and did not receive needed treatment from the prison, people incarcerated at the facility said.

In April 2021, 62-year-old Martha Evanoff died after begging for medical attention for months and being denied help, women at the prison said. In June 2021, 54-year-old Sherri Hillman, who was still awaiting a sentencing hearing, died at Carswell after being transferred there to receive medical care; one woman said she screamed for help for days but staff ignored her.

## NOT PLACED ON SUICIDE WATCH

Five women incarcerated at the prison with Gwen Rider said she had attempted to die by suicide several times but was not on suicide watch at the time of her death.



**DON'T LET BIG TECH CANCEL LOCAL NE**

Contact your Member of Congress about the Journalism Competition and Preservation Act:
(202) 224-3121

Paid fo

NE

According to the BOP's suicide prevention policy, a person who is suicidal will receive appropriate preventive supervision and other treatment. If a person is suicidal, they should be placed on suicide watch and only removed when they are no longer at imminent risk for suicide.

But women at the prison say staff did not follow those procedures.

Staff and some of the women incarcerated at the facility picked on Gwen Rider because of her seizures and because she grinded her teeth at night, said Faith Blake, who was in the same unit as Gwen Rider.



ZOLUCKY    shop now

Alicia Elliot, who is incarcerated at Carswell, said Gwen Rider was placed in suicide watch for a few days and then released into general population. Merrideth Horton, who was incarcerated at Carswell until January, said it was

common for people who needed mental health attention to not receive the help they needed.

According to Shannon Richardson, who is also incarcerated at Carswell, Gwen Rider told a lieutenant that when she got off suicide watch, "that one way or the other she was going to succeed."

Richardson said that should have prompted staff to keep Gwen Rider on the mental health unit.

"Instead she was thrown right back into (general population) with hundreds of women and no close supervision," Richardson said.



The Bureau of Prisons did not answer the Star-Telegram's questions about why Gwen Rider was released back into general population and if the program coordinator first performed a face-to-face evaluation, which is required under the BOP's suicide prevention policy.

"I don't want her to be only (remembered for) that she ended her own life," Blake said. "Her kids have to know that they were big time loved."

### 'I WAS VERY PROUD OF HER'

Gwen Rider called her dad and son nearly every day while in prison, Steve Rider said, and he had "never known another who loved her children more than her — it was exceptional."



"I was very proud of her and very proud to call her my daughter," he said.

Steve Rider, 75, and his husband are adopting Gwen Rider's children. He has now lost two children to suicide.

Research shows that incarceration worsens existing mental health conditions. In state and federal prisons, a total of 4,500 people died by suicide from 2001 to 2019., according to a U.S. Bureau of Justice Statistics report in 2021. The number of suicides increased 83% over that period.

"I'm looking forward to putting all this behind me," Steve Rider said. "I am very good at forgetting bad things."



thefrugalconsumer.com

*The National Suicide Prevention Lifeline is a hotline for individuals in crisis or*

# Andrew Adler

---

From:          MARNEY AMANDA NICOLE (56544177)

Sent Date:     Thursday, September 14, 2023 8:50 AM

To:            andrew_adler@fd.org

Subject:       Statement


To whom it may concern;

  This is a factual statement of what I observed in regards to the matter of Suzanne Kaye.  The evening of September 3rd, I was in the atrium when my other roommate hurriedly got my attention, Ms.. Suzanne Kaye was beginning to seize in her bed.  My roommate and I got her on the floor where we observed that she wasn't breathing.  My roommate began mouth to mouth resuscitation while I tilted her head back, as the guards that were standing by were either unwilling or unable to.  The guards did attempt to do chest compressions on her. The lieutenants arrived and dragged an unconscious and not breathing Ms. Kaye out into the atrium by one arm. They were ordering us away from her, and my roommate was quickly tiring of breathing for her.  Another inmate came and took over the resuscitations, and we refused to leave Ms.. Kaye out of fear for her life.  At that time medical finally arrived and placed her on a stretcher out for the hospital.

  I feel justice would be better served if Ms. Kaye were allowed home confinement, nearer to her own medical care doctors.  I worried for her safety if left in FMC Carswell.

Nichole Wagoner

So it was on September 3 2023 was when Suzanne kaye had a siezure and in the middle of her siezures she stopped breathing and her roomate katherin moore checked her pulse and when she did she didn't have a pulse. So they called the guards it took them 10 minutes to get medical to come down. Then they finally arrived 10 minutes later in the waiting process an inmate was the only one who brought suzanne kaye back to life. The Guards and the medical nurses didn't even know what to do. Once the inmate brought suzanne back thats when they wheeled her to the hospital.

I Bonnie Moore have witnessed that Susan Kaye had a seizure and stopped breathing on September 3rd 2023. I live upstairs right across from her room. I saw her roomate's Kathrine Moore and Amanda Maroney set her on the floor in a blanket while Kathrine Moore was doing CPR on her. Another inmate came name Kathrine came and did CPR on her as well. They brought her out of the room and layed her on the floor. The officer watched. When they finally got her breathing she went into another seizure. So when medical came they lifted her in the blanket onto the stretcher. And they took her out.

When she came back on Tue 5th 2023 her arms and hands were really swollen. Even bruised everywhere where they tried to stick a needle in her arm. She could barley move.

She went back to the hospital on Wed 6th 2023 cause of her arm was hurting her. When she came back on Sat 9th 2023 saying they did nothing for her except put her on blood thinners.

With her type of seizures she doesn't belong here because there is no medical treatment or medication for her here. They don't prescribe that kind of medication here. Please give her a imadeat compassion release. She needs to be with her family. Not here.

Sincerely
Bonnie Moore

I didn't see much, but what I did see was Ms. Kaye being dragged unresponsive from her cell on a sheet. The unit had been "racked up", or sent to our rooms, at this point; I observed over and through tables her bunkie giving her CPR, then swapping out with another inmate that I know only as Colombia while staff arrived on the scene. Staff, consisting of a Compound officer, a Lieutenant, and two or three unit officers, stood by and observed Colombia as she assisted Ms. Kaye until Medical staff arrived with a guerney. Ms. Kaye was lifted on to the guerney via the sheet on which she was still laying and wheeled out of the unit.

*Rebecca Nichols*
Rebecca Nichols
Reg. No. 66768-019

To whom it may concern;

The following is a factual statement in regards to the events in the matter of Ms. Suzanne Kaye.

On Sunday 09/03/2023 a medical emergancy was called at Ms. Kayes' room. I almost immediatly saw a CO drag an unconsious Ms Kaye of out her room by her arm. Following that her roomate began doing mouth to mouth resusitalion as Ms. Kaye was not breathing. Appartently neither CO on the medical call was either able or willing to do this. As her roomate tired another inmate immediatly took over mouth to mouth. Medical finally got her and a still unconsious Kaye was removed from the unit.

She returned 09/05/2023. At this time she was covered in bruises and had an extremely swollen and hot right upper arm.

On 09/06/2023 she returned to FMC Carswell medical/surgical unit, where she was again rushed to the hospital.

Upon her return 09/07/2023 I was told she had multiple blood clots due to the 37 unsuccesful attempts

to start an IV during her inital
hospital visit.
    I feel that it would be a miscarriege
of justice to keep Ms. Kaye in FMC Carswell
when home confinement would be a
more prudent outcome. This is for
the best intrest of of Ms. Kaye as her
life is truely on the line.

                    Sincerely.
                    Jayme Estrada

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Nw Health Services | DATE: 8/17/23 |
|---|---|
| FROM: Suzanne Kaye | REGISTER NO.: 30400-509 |
| WORK ASSIGNMENT: NA | UNIT: 2S |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request. I've had over 10 seizures here since my arrival
on 7/13. There is no protical for status epileptics here-
on every occassion, no post ictal assessment is
preformed. I am not recieving the proper medication
either. Usually Dilantin is given with Keppra
to try to mange, as well as Ativan.
My last seizure, waited 2 hours
while I was activly seizing to call rescue when
Versed was given.

(Do not write below this line)                                   ⟶

DISPOSITION:

See response from Clinical
Director attached.


Signature Staff Member R. Collins          Date 8/8/23

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

My fear is for my life as well as the Brain damage that can occur from seizures like mine.

Yesterday at 4pm I Suffered a series of seizures that went untreated. left in the hallway as the staff carried out business as usual. I was as well as my Judge and legal team that this facility had the medical expertise aswell as the medicines and equipment to handle my complex issues — its apparent to me, this was and is not the case. My next series of seizures can Render me catatonic or worse. Brain damaged or deceased _____

She went to the ER on 07/20/2023 due to seizure activity and because of suspected hitting her head while on blood thinners she was sent to the ER to rule out brain bleed.  She was sent back to us and the report from the hospital indicated she refused to have all testing performed or labs and that she was a poor historian.  Also, they wrote also in the note that she did not have body movement consistent with seizures, Patient unwilling to allow further investigation.  Refusing to have labs and imaging and requesting to be discharged.

Due to this and her verbal complaint in main line on 08/14/23 about having a brain tumor and uncontrolled seizure, I ordered labs, neurology consult and brain MRI to be performed which are now pending to be done if she does not refuse like she did in the outside hospital when she was sent out.