## Affidavit of Witness

I, **Sarah Shannon,** an investigator for the Federal Public Defender's Office, Southern District of Florida being of legal age, depose and say that:

1. I was assigned to the case on October 20, 2021 to assist Attorney Kristy Militello with the investigation on Suzanne Kaye's case.

2. Since being assigned to the case I have spent approximately two hundred hours with Ms. Suzanne Kaye, both in person, in court during the trial, and on the phone.

3. Last fall, at the request of counsel, I flew to Fort Worth, Texas on November 06, 2023 to visit with Ms. Kaye at FMC Carswell and ascertain my own opinions of her health, interview any BOP personnel who would speak with me, and obtain medical records from the local hospital.

4. I was able to visit with Ms. Kaye in person on November 07, 2023 at the Carswell prison.

5. When I was brought to see Ms. Kaye the first thing that I noticed was that she was in a wheelchair. In the two years that I have known her Ms. Kaye she has never used a wheel chair to assist her with mobility.

6. I also observed that she appeared to look like a "frail old lady" sitting there waiting for me. Her coloring was pale and she appeared thinner than when I saw her before she was incarcerated. She appeared weaker and actually looked older than she did before arriving at FMC Carswell. Just from looking at her she appeared to have aged. Prior to being incarcerated she had healthy looking skin that had nice warm coloring. When I saw her on November 07, 2023 her skin was no longer warm looking. Her skin appeared dull, pale and almost grey in appearance.

7. When she shook my hand and was able to hug me, she lacked the energy and strength that she had every other time we have met. She is one to give a person she likes a tight hug. That was lacking during this visit. Every time that I have met with Ms. Kaye before she was incarcerated she would come to the door full of energy and in a positive upbeat manner. She always has a tight hug waiting for me as well. She is small in stature, but her love of life and vibrancy she exuberates makes her appear so much bigger. In the past, she was also a lot stronger than she appeared. She did not feel strong during this visit; she felt weak.

8. While meeting with Ms. Kaye she stated that her sternum was broken while CPR was being performed. She stated several times that her chest and upper body hurt from the break. She also complained of her knee hurting from where they inserted an IV. Ms. Kaye told me that she greatly fears that she is going to die in FMC Carswell. She has this fear because she isn't being properly treated for her seizure disorder. When she does have a seizure, she informed me that at times BOP officers just leave her on a gurney/bed

and let her go through the episode without any medical intervention. She explained that during one of her seizures she stopped breathing and fellow inmates had to perform CPR on her to keep her alive. She has had several episodes in which she stops breathing and has to be revived by EMTs and other people. Suzanne also informed me that she is continually having seizures of various degrees while incarcerated. She stated that she is having the episodes due to not having the correct medications prescribed and from the stress of being incarcerated. She further explained that stress can be a major trigger for the seizures and believes that she will continue to have seizures the entire time of her incarceration.

9. During my nearly 20 years as an investigator and mitigation specialist I have worked with clients before, during and after incarceration. While it is common for people whom are incarcerated to age at a faster rate than the non-incarcerated population; Ms. Kaye appears to be aging at a more rapid and concerning rate than one would expect.

10. In the time I have known Ms. Kaye was dramatic but never an overly emotional woman. Suzanne always displayed a strong and confident personality, even when she was anxious and worried. She is not one that cries a lot, even though I have seen her cry, but when I walked up to her for this visit she immediately started crying. I believe she is so emotional for two reasons. The first reason is she truly is in fear for her life at FMC Carswell. She fears that they are not able to treat her medical conditions properly. The second reason she was crying and emotional is she was relieved to see a face she recognized and knows that her legal team is still on her side and looking after her. She continued to be upset and emotional during the entire visit together.

11. Throughout the entire visit I was able to visibly tell that Ms. Kaye was in physical pain. I observed the look of pain on her face and mannerisms during the visit. Ms. Kaye's movements where limited. She did not stretch her arms out or move her upper body around much. She tried to remain sitting as still has possible. Ms. Kaye also told me she was physically in pain. Her chest/ sternum hurt her from CPR was performed and they cracked her sternum. She also had pain in her knee. The knee pain was caused from an IV having to be placed through the knee because of ongoing difficulties in obtaining a vein for treatment. (She previously had an open chest portal for medication and emergency purposes).

12. Perhaps most concerning, in the past Ms. Kaye was usually clear in her thoughts and never had any confusion about me or my identity. This was not the case during my November visit. By the time the visit was over, she was calling me by Attorney Kristy Militello's name. She even introduced me to the prison chaplain as Kristy. BOP Counselor Ms. Hernandez also told me that she is suffering from repeated instances of confusion and forgetfulness. An example of this is that Suzanne told me she mailed me something 3 different times and it kept getting returned, but when I spoke to the Ms. Hernandez about it, she informed me that Ms. Kaye was confused because she handles mailing out Ms. Kaye's mail and that she was forgetting the mail. This memory loss and confusion is substantially worse than prior to her incarceration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

Executed this 08th day of January, 2024 at West Palm Beach, Florida.

By: *Sarah Shannon* /s/ Sarah Shannon   Date: 01/08/2024
Affiants Name and Signature

STATE OF FLORIDA)
COUNTY OF PALM BEACH)

BEFORE ME, the undersigned authority personally appeared Sarah Shannon, who (X) is personally known to me or ( ) who presented _____ as identification and who did acknowledge before me that he executed the foregoing instrument for the purposes herein expressed.
WITNESS MY HAND and official seal at FPD Office, Palm Beach County, State of Florida, this 8th day of January, 2024.

Signature /s/ Marlon E. Johnson

MARLON E. JOHNSON
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG955955
Expires 2/5/2024

Notary Public, State of FLORIDA

My Commission expires:

From: **Kenya Mccloud** <kenyamccloud16@gmail.com>
Date: Fri, Jan 5, 2024 at 2:41 PM
Subject: Honorable Judge Rosenberg
To: <sarah_shannon@fd.org>

Dear, Honorable Judge Rosenberg

This is the family of Suzanne Kaye, we are hoping you can help us save her life and release her soon so she can get proper care to save her life. We also just wanted to inform you of our move to lake worth, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which is 5 minutes away from her medical HCA Florida JFK center where her doctors and surgeons are. We made the move to make sure we can accommodate her medical needs and she is more than welcome to come home to us, she has her own space and she is also a big help with her granddaughter. My wife is pregnant again and is due in march, my mother was such a big help with our first child and we are looking forward to having her here for her second grandchild too. Thank you for taking your time out and considering our request to have her home with us. Holidays have been hard without my mother and we really miss her.

*Thank you, we wish best regards*
*Samuel  Weinzoff & Kenya McCloud*

January 4, 2024

Ms. Brenda Kay3
71740 San Jacinto Drive, Apt. # 68
Rancho Mirage, CA. 92270

Regarding: SUZANNE ELLEN KAYE, Reg. # 30400-509

Your Honorable Judge Rosenberg,

It has been five months since I addressed my daughter's situation to you. Her incarceration began in July, 2023 and it was August 7, 2023 that I wrote to you regarding her medical plight and all she was going through due to the medical care provided to her. To date she has sustained wounds from the *help* received. Forgive me, but I too live in fear with the fact that I will outlive my daughter.

She was told that due to her age and medical condition that she could not work so she keeps busy reading and conducting Jewish services on the Sabbath. She was placed in a wheelchair for a while which made it impossible for her to exercise at all. She was also placed in a room alone away from the comfort of knowing that if she got ill she would have immediate help. Now she is told that she has to be 3 months free of medical mishap to even be considered early release.

To my understanding the concept of compassionate release is to assure the incarcerated individual will be able to receive the proper help under different guidelines. There is no rhyme nor reason in this. My grandson, Samuel Weinzoff moved his family walking distance from the JFK Hospital where Suzanne's doctors practice. She does not drive and spends her waking moments caring for her Granddaughter and her soon to be other granddaughter.

Suzanne is 62 years of age. If I were well enough, I would have been in the courtroom, and the Jury and yourself would have heard another rendition of Suzanne Kaye. But, it is past that and all I can do is plead for empathy towards my eldest child. Please exercise the right for a compassionate medical release and send my daughter home to assure that she will be cared for and survive this horrendous time in her life.

Sincerely,

*[signature]*