

Jessica Kotlyarov M.D.
600 Sandtree Dr. Suite 108
Palm Beach Gardens, FL 33403
PH: 561.631.7994
FAX: 561.335.3189

Date: June 17th, 2024

To Whom It May Concern,

Suzanne Kaye was initially seen by Dr. Kotlyarov on June 17th, 2024. She has been examined, evaluated and has met the criteria for the use of Medical Marijuana for her Epilepsy and Post-Traumatic Stress Disorder. She has been entered as a patient in the state's Medical Marijuana Use Registry and has been approved by the Florida Department of Health and Office of Medical Marijuana Use.

Sincerely,

_____

Jessica Kotlyarov, M.D.
Florida Medical License: ME164861
MMJ Health Physician