# EISENHOWER HEALTH

UTH PALM CANYON NEUROLOGY
5 S. PALM CANYON DRIVE
ALM SPRINGS CA 92264
Phone: 760-773-4560

8/7/2025

RE: Ms. Brenda Kaye
DOB:

To Whom it may concern;

The above noted individual is under my care for major neurocognitive impairment of the Alzheimer's type.
It is expected to progress.
It is not expected to remit nor resolve.
Please assist her daughter, Suzanne Kaye, in her efforts to relocate here to care for the patient.
The patient is not safe to complete her activities of daily living nor her instrumental activities of daily living without supervisory/safety level care.
Thank you for your attention to the matter.

Seymour M Young, MD
G 68559 CA
Neurology
Eisenhower Medical Associates